# UNITED STATES DEPARTMENT OF JUSTICE
# OFFICE OF THE UNITED STATES TRUSTEE
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| | Case No. 25-11034 (CTG) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*, | |
| | Jointly Administered |
| | |
| Debtors. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Nissan North America, Inc.**, Attn: Joseph Hession, 1 Nissan Way, Franklin, TN 37067, Phone: 615-725-1000, Email: joseph.hession@nissan-usa.com

2. **Robert Bosch LLC**, Attn: Adam Wienner, 38000 Hills Tech Drive, Farmington Hills, MI 48331, Phone: 248-876-6651, Email: adam.wienner@us.bosch.com

3. **Mazda North American Operations,** Attn: Christopher Wilson, 200 Spectrum Center Drive, Suite 100, Irvine, CA 92618, Email: cwilso70@mazdausa.com

4. **Tesla, Inc.**, Attn: Keith Porapaiboon, Giga Texas, 1 Tesla Road, Austin, TX 78725, Phone: 650-681-5000, Email: contractnotices@tesla.com

5. **Covestro LLC**, Attn: Joseph Fischer, 1 Covestro Circle, Pittsburgh, PA 15205, Phone: 412-413-5619, Email: joseph.fischer@covestro.com

6. **Avnet, Inc.**, Attn: Dennis Losik, 2211 S. 47th Street, Phoenix, AZ 85034, Phone: 847-396-7401, Email: dennis.losik@avnet.com

7. **Johnson Matthey Plc**, Attn: Amy Donohue-Babiak, 1397 King Road, West Chester, PA 19380, Phone: 610-971-3084, Email: amy.donohue-babiak@matthey.com

ANDREW R. VARA
United States Trustee, Region 3

*/s/ Timothy J. Fox* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: June 25, 2025

Attorneys assigned to this Case: Timothy J. Fox, Esq. and Jane M. Leamy, Esq., Phone: (302) 573-6491
Debtors' Counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100