# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | Case No. 25-11034 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned cases (these "Cases") appears by and through its undersigned proposed counsel, pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Committee hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rule of the United States Bankruptcy Court District of Delaware (the "Local Rules"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, be given to and served upon the following:

| **PAUL HASTINGS LLP** | **MORRIS JAMES LLP** |
|---|---|
| Kristopher M. Hansen, Esq. | Eric J. Monzo, Esq. |
| Jonathan D. Canfield, Esq. | Jason S. Levin, Esq. |
| Gabriel E. Sasson, Esq. | Siena B. Cerra, Esq. |
| Marcella Leonard, Esq. | 500 Delaware Avenue, Suite 1500 |
| 200 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10166 | Telephone: (302) 888-6800 |
| Telephone: (212) 318-6000 | Facsimile: (302) 571-1750 |
| Facsimile: (212) 319-2665 | E-mail: emonzo@morrisjames.com |
| E-mail: krishansen@paulhastings.com | jlevin@morrisjames.com |
| joncanfield@paulhastings.com | scerra@morrisjames.com |
| gabesasson@paulhastings.com | |
| marcellaleonard@paulhastings.com | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

17402150/1

-2-

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, the applicable Local Rules, and sections of the Bankruptcy Code specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these cases and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex or otherwise, all of which shall be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these Cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; (5) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; (6) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice; (7) any election of remedy; or (8) any other rights, claims, actions, setoffs, or recoupments to which the Committee, is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Committee expressly states otherwise, the Committee does not consent to the entry of final orders or judgments by this Court if it is determined that this Court,

absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: June 27, 2025 | **MORRIS JAMES LLP** |
| | */s/ Eric J. Monzo* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Jason S. Levin (DE Bar No. 6434) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | jlevin@morrisjames.com |
| | scerra@morrisjames.com |
| | -and- |
| | **PAUL HASTINGS LLP** |
| | Kristopher M. Hansen (*pro hac vice* forthcoming) |
| | Jonathan D. Canfield (*pro hac vice* forthcoming) |
| | Gabriel E. Sasson (*pro hac vice* forthcoming) |
| | Marcella Leonard (*pro hac vice* forthcoming) |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 318-6000 |
| | Facsimile: (212) 319-2665 |
| | E-mail: krishansen@paulhastings.com |
| | joncanfield@paulhastings.com |
| | gabesasson@paulhastings.com |
| | marcellaleonard@paulhastings.com |
| | *Proposed Counsel to the Official Committee of Unsecured Creditors* |