## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis.  The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis.  As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards.  Upon the application of such standards, the financial information could be subject to changes, which could be material.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled.  The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors.  Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements.  Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist.  Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements.  In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals.  Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors.  The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

4.      **Description of the Debtors' Chapter 11 Cases**.  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102].  On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5.    **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.    **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a.    **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.    **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

c.    **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.    **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.    **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.    **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.    **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.    **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

Furthermore, certain of the individuals or entities identified as insiders may not been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.    **Methodology**.

a.    **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.    **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.    **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.    **Consolidated Entity Accounts Payable and Disbursement Systems**.  Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]    *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "<u>Cash Management Order</u>"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.    **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.   **Language Translation**.  The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h.   **Currency and Foreign Currency Conversion**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i.   **Payment of Prepetition Claims Pursuant to First Day Orders**.  Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities.  Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.     **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.     **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.     **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.    **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.   **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.   **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.   **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.   **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.   **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.   **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.   **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.   **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

13

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## Part 1 –  Cash and Cash Equivalents

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.**  Schedule A/B 3 lists bank account balances at net book value as of the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

## Part 2 –  Deposits and Prepayments

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –** **Accounts Receivable**

**Schedule A/B 11 – Accounts Receivable**. The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –** **Investments**

**Schedule A/B 15 – Investments**. Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –** **Inventory, Excluding Agricultural Assets**

a.   **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**. Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight. Amounts are shown net of reserves and other adjustments.

b.   **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**. The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –** **Office Furniture, Fixtures, and Equipment; and Collectibles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 – Machinery, Equipment, and Vehicles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 – Real Property**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 – Intangibles and Intellectual Property**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 – All Other Assets**

a.    **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.    **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

carriers and various surety bonds provided by multiple third-party sureties.  The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage).  The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion").  Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.    **Schedule A/B 75 – Other Contingent and Unliquidated Claims**.  The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a.   **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.  **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date. Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders. In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order. In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors. Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent. Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing. The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G. Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not independently set forth on Schedule G. Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G. In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors. In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statements**

a.   **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.   **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.   **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

22

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.  **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.    **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.    **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.    **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.    **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.    **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.    **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.  The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.    **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.    **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.    **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.    **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name     Marelli Aftermarket Italy S.p.A.

United States Bankruptcy Court for the:     District of Delaware

Case number (If known):     25-11087

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* .....................................................................................................     $    14,050,871.34*

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* .................................................................................................     $    193,697,642.49*

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* ...................................................................................................     $    207,748,513.83*

---

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................     $    Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................................     $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................     **+** $    64,385,831.25*

4. **Total liabilities** .....................................................................................................................................     $    64,385,831.25*

    Lines 2 + 3a + 3b

---

**\*Plus Undetermined Amounts**

**Fill in this information to identify the case:**

Debtor name  Marelli Aftermarket Italy S.p.A.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11087

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1.  **Does the debtor have any cash or cash equivalents?**

☐  No. Go to Part 2.

☑  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand** | $ | 0.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | ___ ___ ___ ___ | $ 239,764.04 |
| 3.2 | | ___ ___ ___ ___ | $ |

4.  **Other cash equivalents** *(Identify all)*

| 4.1 None | | $ 0.00 |
|---|---|---|
| 4.2 | | $ |

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 239,764.04

**Part 2:**  **Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

☐  No. Go to Part 3.

☑  Yes. Fill in the information below. | Current value of debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 None | $ 0.00 |
|---|---|
| 7.2 | $ |

Debtor   Marelli Aftermarket Italy S.p.A.                                      Case number (if known) 25-11087
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES _____  $ _____ 26,409.10

   8.2 COMMERCIAL AND OTHER PREPAID EXPENSES _____  $ _____ 808,717.00

9. **Total of Part 2.**                                                                            $ _____ 835,126.10

   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐  No. Go to Part 4.

    ☑  Yes. Fill in the information below.

                                                                        **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:     31,201,160.96    —    1,703,819.87    =  ..... →    $   29,497,341.09
                              face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:          524,165.08    —      524,165.08    =  ..... →    $            0.00
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                                                            $   29,497,341.09

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:  Investments**

13. **Does the debtor own any investments?**

    ☐  No. Go to Part 5.

    ☑  Yes. Fill in the information below.

                                                    **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 None _____  _____  $            0.00

    14.2 _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1 See Attached Rider _____  _____ %  _____  $   Undetermined

    15.2 _____  _____ %  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 None _____  _____  $            0.00

    16.2 _____  _____  $ _____

17. **Total of Part 4**                                                                            $   Undetermined

    Add lines 14 through 16. Copy the total to line 83.

*Plus Undetermined Amounts

Debtor    Marelli Aftermarket Italy S.p.A.                    Case number (if known)  25-11087
          Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| NONE | MM / DD / YYYY | $ | | $ 0.00 |
| 20. **Work in progress** | | | | |
| NONE | MM / DD / YYYY | $ | | $ 0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED MM / DD / YYYY | $ 37,316,915.22 | NET BOOK VALUE | $ 37,316,915.22 |
| 22. **Other inventory or supplies** | | | | |
| NONE | MM / DD / YYYY | $ | | $ 0.00 |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

    $  37,316,915.22

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ ___Undetermined___ Valuation method ___N/A___ Current value $ ___Undetermined___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops–either planted or harvested** | | | |
|  | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
|  | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
|  | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
|  | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
|  | $ | | $ |

Debtor    Marelli Aftermarket Italy S.p.A.                                    Case number (if known) 25-11087
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                       $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | $ _____ | _____ | $ _____ |
| **40.  Office fixtures** | $ _____ | _____ | $ _____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| **42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                       $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

Debtor    Marelli Aftermarket Italy S.p.A.

Name

Case number (If known)  25-11087

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ | | $              0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $              0.00 |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $              0.00 |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $    39,068.08* | | 39,068.08* |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$              39,068.08*

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**\*Plus Undetermined Amounts**

Debtor    Marelli Aftermarket Italy S.p.A.    Case number (if known) 25-11087
          Name

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $   14,050,871.34* | | $   14,050,871.34* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$   14,050,871.34*

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| 61.  **Internet domain names and websites** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| 62.  **Licenses, franchises, and royalties** | | | |
| None | $ | | $   0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTS | $   Undetermined | N/A | $   Undetermined |
| 64.  **Other intangibles, or intellectual property** | | | |
| None | $ | | $   0.00 |
| 65.  **Goodwill** | | | |
| GOODWILL | $   Undetermined | N/A | $   Undetermined |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$   Undetermined

*Plus Undetermined Amounts

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 33 of 401

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

None  _____ — _____ = → $   0.00

Total Face Amount    Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year _____ | $ | 0.00 |
| | Tax Year _____ | $ | |
| | Tax Year _____ | $ | |

73. **Interests in insurance policies or annuities**

See Attached Rider                                                      $   Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None                                                                    $   0.00

Nature of Claim   _____

Amount Requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                                                    $   0.00

Nature of Claim   _____

Amount Requested   $ _____

76. **Trusts, equitable or future interests in property**

None                                                                    $   0.00

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

See Attached Rider                                                      $   125,769,427.96

                                                                        $   _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $   125,769,427.96*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**\*Plus Undetermined Amounts**

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (If known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 239,764.04 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 835,126.10 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 29,497,341.09 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 37,316,915.22 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 39,068.08* | |
| 88. | **Real property.** *Copy line 56, Part 9.* . ............................................................ → | | $14,050,871.34* |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ 125,769,427.96* | |
| 91. | **Total.** Add lines 80 through 90 for each column.............................91a. | $ 193,697,642.49* | + 91b. $14,050,871.34* |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. | | $ 207,748,513.83* |

*Plus Undetermined Amounts

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                  Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **0011 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **0038 | $57.07 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **1872 | $28,494.22 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **8346 | $0.00 |
| CITIZENS BANK | OPERATING ACCOUNT | **1465 | $1,000.00 |
| UNICREDIT | OPERATING - TAX ACCOUNT | **7294 | $210,212.75 |
| | | **TOTAL** | **$239,764.04** |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| FCA SECURITY S.C.P.A. | 0.03 | N/A | Undetermined |
| MAGNETI MARELLI REPUESTOS S.A. | 81.941 | N/A | Undetermined |
| MARELLI AFTERMARKET GERMANY GMBH | 100 | N/A | Undetermined |
| MARELLI AFTERMARKET POLAND SP. Z O.O. | 100 | N/A | Undetermined |
| MARELLI AFTERMARKET SPAIN S.L. | 100 | N/A | Undetermined |
| MARELLI COFAP DO BRASIL LTDA | 100 | N/A | Undetermined |
| TECHALLIANCE GMBH | 4.43 | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| OWNED ASSETS | $39,068.08 | NET BOOK VALUE | $39,068.08 |
| 18 PROPERTY LEASES - CORBETTA PLANT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201193731-FW394PH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201361013-FZ960PP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201616245-GD618ZR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201807905-GL833SD | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201851026-GH090MT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201882082-GH318YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201921734-GJ110CN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1201926073-GH166YP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202195810-GM298FY | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202237367-GP457PS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243393-GP032VF | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243394-GP970SR | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202243395-GN418EX | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202265234-GN863WN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202265236-GN327CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202265237-GN167RW | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202265366-GN861WN | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202265450-GN307CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202265625 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202265641-GN308CT | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202336341-GR396SB | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                                              Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 1202337527-GP003BP | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202804412-GT471VK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202834412-GV625RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202834416-GV635RK | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202838505-GR579CS | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202838519-GR171DV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202848594-GV939CV | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202927647-GW794GH | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 1202944015-GW705HZ | Undetermined | NET BOOK VALUE | Undetermined |
| FIVE INDUSTRIAL BUILDING SUB-LEASE AGREEMENTS FOR OFFICES | Undetermined | NET BOOK VALUE | Undetermined |
| LOGISTIC SERVICE CONTRACT - PADOVA | Undetermined | NET BOOK VALUE | Undetermined |
| LOGISTIC SERVICE CONTRACT - PERO | Undetermined | NET BOOK VALUE | Undetermined |
| LOGISTIC SERVICE CONTRACT - SPM | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$39,068.08** + Undetermined Amounts |

Debtor Name: Marelli Aftermarket Italy S.p.A.                                                          Case Number: 25-11087

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $14,050,871.34 | NET BOOK VALUE | $14,050,871.34 |
| AUTOCOM SRL SEDE DI CARINI WHS, VIA GALILEO GALILEI 18/20, CARINI, 90040, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| AUTOMECCANICA SENISE WAREHOUSE, ZONA INDUSTRIALE, SENISE, 85038, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CAGLIARI WAREHOUSE, VIA DEL FANGARIO 3, CAGLIARI, 09028, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CALENZANO FIRENSE WAREHOUSE, VIA DI PRATO, 80, CALENZANO, 50041, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| LMED AVIGLIANA WAREHOUSE, VIALE DEI MARESCHI 15, AVIGLIANA, 10051, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| LODI SAN MARTIN IN STRADA (ALITRANS) WAREHOUSE, STRADA PROVINCIALE 17, SAN MARTINO IN STRADA, 26817, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| MISTERBIANCO WAREHOUSE, VIA GEORGE MARSHALL, MISTERBIANCO, 95045, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| PADOVA WAREHOUSE, VIA NUOVA ZELANDA 8, PADOVA, 35127, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| PALERMO WAREHOUSE, VIALE MICHELANGELO 57/91, PALERMO, 90145, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| PERO WAREHOUSE, 24, VIA G. D'ANNUNZIO, PERO, 20016, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| REDCAR ROMA WAREHOUSE, VIA TAURIANOVA 92B, ROMA, 00178, ITALY | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| ISTANBUL OFFICE, ESENTEPE MAH. BÜYÜKDERE CAD. NO: 145 IC KAPI NO: 14 SISLI (TOFAS HAN), ISTANBUL, 34394, TÜRKIYE | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| LAZZATE WAREHOUSE, VIA S. LORENZO KM 133, LAZZATE, 20824, ITALY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| MOSEZZO WAREHOUSE, VIA ROSSINI 10/C, IMPIANTO 1, SAN PIETRO MOSEZZO, 28060, ITALY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | TOTAL | $14,050,871.34 |
| | | | | + Undetermined Amounts |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): VITALONI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): JIE SHI XING | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                  Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (EU TRADE MARKS): EQUAL GUARANTEED QUALITY | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): FLUITEK | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): GLYCOTEK | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): MAGNETI MARELLI ELABORAZIONI 1919 | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): NRGZ GUARANTEED BY MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): OILTEK | Undetermined | N/A | Undetermined |
| TRADEMARK (FRANCE): NRGZ GUARANTEED BY MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (GREECE): VITALONI | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): EQUAL GUARANTEED QUALITY | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): GID GILARDINI DISTRIBUZIONE | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): GILARDINI DISTRIBUZIONE | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): VITALONI | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): VITALONI | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                        Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (MALTA): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (PORTUGAL): NRGZ GUARANTEED BY MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (TAIWAN): VITALONI | Undetermined | N/A | Undetermined |
| TRADEMARK (TURKEY): OILTEK | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): CHECKSTAR | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): EQUAL GUARANTEED QUALITY | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): NRGZ GUARANTEED BY MAGNETI MARELLI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): VITALONI | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: ALLPOWERWEB.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR.FR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR.INFO | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR24.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR24.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR-BLOG.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR-DATASURF.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CHECKSTAR-TECHBLOG.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: COFAP.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: E-MARELLI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: IVECO-ALLPOWER.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: IVECO-ALLPOWERCAT.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI.NET | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.COM.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.COM.TR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.DK | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.FR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.RU | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-AFTERMARKET.US | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLICAMPUS.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CAMPUS.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.ASIA | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.CO.IL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.COM.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.COM.TR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.COM.TW | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.FR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.HK | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.NET.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.ORG.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.TW | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-CHECKSTAR.US | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-DAILYWEB.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-DATASURF.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-ELABORAZIONI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-ELABORAZIONI.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-GECO.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-MET.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-METSTAR.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-METWEB.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-NEWGECO5.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                      Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.COM.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.DK | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.FR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.PL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.RU | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-PARTS-AND-SERVICES.US | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MAGNETIMARELLI-STAR.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLIMODULI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.COM.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.COM.TR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.DK | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.FR | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.NET.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.ORG.CN | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.PL | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.RU | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MM-AFTERMARKET.US | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MMCOFAP.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: MODULIELABORAZIONI.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MODULIELABORAZIONI.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: OFFICINA24.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: OFFICINA24.IT | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: SUPPORT-MM.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: THEBLUE-EYE.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: THEBLU-EYE.COM | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                          Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                                Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101044400220250003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                              Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                          Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                      Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                                    Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                        Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Aftermarket Italy S.p.A.                                          Case Number:  25-11087

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| ADVANCES PAID TO EMPLOYEES | $346,817.19 |
| FINANCIAL RECEIVABLES | $7,245.29 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET GERMANY GMBH | $4,916,908.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET POLAND SP. Z O.O. | $5,448,876.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET SPAIN S.L. | $2,501,480.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI EUROPE S.P.A. | $110,370,678.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI INTERNATIONAL TRADING (SHANGHAI) CO., LTD | $208,089.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $170,322.72 |
| REFUNDS DUE FROM SOCIAL SECURITY AGENCIES | $109,365.21 |
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $1,689,646.55 |
| **TOTAL** | **$125,769,427.96** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Aftermarket Italy S.p.A. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11087 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

---

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

### 2.1

**Creditor's name**
MIZUHO BANK, LTD.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined     $ _____ Undetermined

**Creditor's mailing address**
1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**
GUARANTOR OF SENIOR FINANCING AGREEMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

### 2.2

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____     $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (If known): | 25-11087 |
|--------|----------------------------------|-------------------------|----------|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|------------------------------------------------|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2.  1 | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

Debtor    Marelli Aftermarket Italy S.p.A.

United States Bankruptcy Court for the:    District of Delaware

Case number    25-11087
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | $ _____ | $ _____ |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | ☐ No<br>☐ Yes | | |
| **2.2** | **Priority creditor's name and mailing address** | $ _____ | $ _____ |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | ☐ No<br>☐ Yes | | |
| **2.3** | **Priority creditor's name and mailing address** | $ _____ | $ _____ |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** | | |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | ☐ No<br>☐ Yes | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
360 GRADI S.N.C.
VIA ALBERELLE 53 D
ROZZANO, 20089
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 25,910.39

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.2** | **Nonpriority creditor's name and mailing address**
3GI RICAMBI SRL
VIA ADRIATICA, 67
PADOVA, 35125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 118,910.67

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.3** | **Nonpriority creditor's name and mailing address**
A.B. CARSERVICE
VIA DEL LAVORO 6
SALA BOLOGNESE, 40100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,266.29

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.4** | **Nonpriority creditor's name and mailing address**
A.R. AUTORIPARAZIONI SRL
VIA XXV APRILE 30
CALDERARA DI RENO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 383.48

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.5** | **Nonpriority creditor's name and mailing address**
A+A MONFERRATO S.R.L.
VIA UNITÀ  Dâ€™ITALIA N.17
GRUGLIASCO, 10095
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 578.28

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.6** | **Nonpriority creditor's name and mailing address**
AC  HOTEL PADOVA S.R.L.
VIA S.SERLIO, 28
BOLOGNA, 40126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 135.85

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**
AC ROLCAR SRL
VIA EMILIA 12
SANMAURO TORINEDE, 10099
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 257,947.97

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.8** **Nonpriority creditor's name and mailing address**
ACI SPORT S.P.A.
VIA SOLFERINO, 32
ROMA, 00185
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 20,892.74

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.9** **Nonpriority creditor's name and mailing address**
ACUBE S.R.L.
VIA BIDONE, 45
TORTONA, 15057
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 601.72

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.10** **Nonpriority creditor's name and mailing address**
AD SERVICES S.R.L.
VIA NICOLO' GIANNOTTA 6/6A
CATANIA, 95126
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,108.87

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**3.11** **Nonpriority creditor's name and mailing address**
ADAMO SNC
VIA POSILLIPO, 342/B
NAPOLI, 80123
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 6,971.02

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|--------|----------------------------------|--|------------------------|----------|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

ADDESIO SRL
VIA COSTA DELLA GAVETA 2
POTENZA, 85100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,547.14

---

**3.13** **Nonpriority creditor's name and mailing address**

ADER JOLIBOIS
6 PLACE SAINT SULPICE
PARIS, 75006
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,082.54

---

**3.14** **Nonpriority creditor's name and mailing address**

ADIPA S.A.S. ATLANTIQUE DISTRIBUTIO
10, RUE DU LEMINEUR Z.I. B.P.20381
HERBLAIN CEDEX, 44819
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,773.13

---

**3.15** **Nonpriority creditor's name and mailing address**

ADRIATICA PARTS SRL
VIA CAPANNINI 11
JESI, 60035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 58,497.45

---

**3.16** **Nonpriority creditor's name and mailing address**

AECOC
RONDA GENERAL MITRE, 10
BARCELONA, 08017
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 648.47

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|-------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

AEFFE 04 SRL
VIA STAZIONE DI CIAMPINO 170C-170D
ROMA, 00118
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,523.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

AERRE CAR SRL
VIA SAN FRANCESCO 60
TRIESTE, 34133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,348.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

AFTERMARKET SALES
P.O. BOX 390
FEATHERBROOK, 1746
SOUTH AFRICA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 766.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

AGAZZONE S.N.C.
VIA UNITA DITALIA 13
BOCA, 28010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 588.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

AGENZIA METROPOLITANA
VIA SODERINI 24
MILANO, 20146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 342.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 72,302.70 |
| --- | --- | --- | --- |

AL RICAMBIO SRL
VIA SIMETO 13
CAGLIARI, 09122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 522.32 |
| --- | --- | --- | --- |

ALBA RICAMBI SRL
VIA ALESSANDRO VOLTA 12
ESTE, 35042
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 70.05 |
| --- | --- | --- | --- |

ALBERGO TRE VILLE S.R.L.
VIA BENEDETTA 97/A
PARMA, 43100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 543.37 |
| --- | --- | --- | --- |

ALBERTO CIANO SRL
VIA STADERA, 201
NAPOLI, 80143
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 45,229.94 |
| --- | --- | --- | --- |

ALD AUTOMOTIVE ITALIA S.R.L.
VIALE LUCA GAURICO, 187
ROMA, 00143
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

ALDO DAL MASO & C. S.N.C.
VIA BADIA 7
CAMISANO VICENTINO, 36043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 30,226.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

ALGO SPA A SOCIO UNICO
VIA BRIANZA 13
ALBAVILLA, 22031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 386,111.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

ALITRANS SRL
STRADA PROVINCIALE 107 LODIGIANA, 1
SAN MARTINO IN STRADA, 26817
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 21,189.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

ALLIANCE AUTOMOTIVE PROCUREMENT LIM
CHANCERY LANE 90
WC2A 1EU LONDON GB,
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,854.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

ALLIANCE AUTOMOTIVE PROCUREMENT LTD
2ND FLOOR 90 CHANCERY LANE
LONDON, WC2A1EU
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,768.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

ALPI CAR SNC
V.LE CADORE 71 C
PONTE NELLE ALPI, 32014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 360.15

---

**3.33** | **Nonpriority creditor's name and mailing address**

ALTEA UP SRL
VIA LEPETIT 8
LAINATE, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,642.69

---

**3.34** | **Nonpriority creditor's name and mailing address**

ALTERNATIVE AUTOPARTS
ZAC DE L'AQUEDUC AVENUE DU
FRESNES, 94260
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94,869.75

---

**3.35** | **Nonpriority creditor's name and mailing address**

ALTIERI CARS SRL
VIA MARIO DE SENA 54
NOLA, 80035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 673.72

---

**3.36** | **Nonpriority creditor's name and mailing address**

AMAZON EU S.A.R.L.
Avenue John F. Kennedy 48
LUSSENBURGO, 1855
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,084.17

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

AMAZON EU SARL
VIALE MONTE GRAPPA, 3/5
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,155.06

---

**3.38** **Nonpriority creditor's name and mailing address**

AMG SRL
SP 231 KM 34,800
CORATO, 70033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,000.78

---

**3.39** **Nonpriority creditor's name and mailing address**

ANGELETTI AUTORICAMBI SRL
VIA D.CONCORDIA, 68
PIEDIRIPA DI MACERATA, 62010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,457.84

---

**3.40** **Nonpriority creditor's name and mailing address**

ANIEL
BOITE POSTALE 117 Z.I. TOULON EST
TOULON CEDEX 9, 83079
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,196.70

---

**3.41** **Nonpriority creditor's name and mailing address**

ANTAL INTERNATIONAL ITALY LIMITED
PIAZZALE CADORNA 4
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54,800.64

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

ARAGONA SRL
CONTRADA PAGLIARA ZONA PIP SN
TREBISACCE, 87075
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,259.63

---

**3.43** **Nonpriority creditor's name and mailing address**

ARCESE TRASPORTI SPA
VIA A.MORO, 95
ARCO, 38062
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,497.31

---

**3.44** **Nonpriority creditor's name and mailing address**

ARCHER TRANS - PARTS CO LTD.
NO. 258 MIN TSU EAST RD.
TAIPEI, 104
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 469,703.31

---

**3.45** **Nonpriority creditor's name and mailing address**

ARENACCIA CRA GROUP SRL
VIA ARENACCIA 50/52
NAPOLI, 80143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,998.43

---

**3.46** **Nonpriority creditor's name and mailing address**

ARESI SRL
VIA V. CAPELLO, 74/76
GENOVA, 16151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 570.68

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number *(if known)* | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

ARET SRL
CIRCON.TRIONFALE 98
ROMA, 00195
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,443.61

---

**3.48** | **Nonpriority creditor's name and mailing address**

ARKAS ITALIA SRL
PONTE MOROSINI 59/3
GENOVA, 16126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 463.52

---

**3.49** | **Nonpriority creditor's name and mailing address**

ARMANI EDOARDO & C. SAS
ZONA ART. SPINA  FRAZ. STRADA 37E
PIEVE DI BONO, 38085
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,754.82

---

**3.50** | **Nonpriority creditor's name and mailing address**

ARNALDO ROSSI SPA
VIALE C.DEL PRETE 1077
LUCCA, 55100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,270.49

---

**3.51** | **Nonpriority creditor's name and mailing address**

ARRIGONI E UGGE SNC
VIA DON MAZZOLARI
CASTELLEONE, 26012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182.37

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** | **Nonpriority creditor's name and mailing address**

ARTEC ADVANCED REMAN TECHNOLOGY GMB
GEWERBEGEBIET U. ESEITERSTRASSE 13
ILLINGEN, 66557
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,984.39

---

**3.53** | **Nonpriority creditor's name and mailing address**

ARVAL SERVICE LEASE ITALIA SPA
VIA SETTE REGOLE 21
SCANDICCI, 50018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 76,418.35

---

**3.54** | **Nonpriority creditor's name and mailing address**

ARVATO DISTRIBUTION GMBH
FR. MENZEFRICKE STRASSE 16-18
VERSMOLD, 33775
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,253.79

---

**3.55** | **Nonpriority creditor's name and mailing address**

AS MOTORI SURIANO ANTONIO
VIA EUROPA S.S.18 SNC
AMANTEA, 87032
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 832.14

---

**3.56** | **Nonpriority creditor's name and mailing address**

ASM SERVICE SRL
VIA VITTORIO VENETO, 4
MARIGLIANO, 80034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,358.14

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

ASOLOCAR SRL
VIA DELL ARTIGIANATO 2
ASOLO, 31011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 570.09

---

**3.58** | **Nonpriority creditor's name and mailing address**

ASSOCAAF SPA
VIA CHIARAVALLE 8
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 389.31

---

**3.59** | **Nonpriority creditor's name and mailing address**

ASSOCIAZIONE CNOS-FAP REGIONE PIEMO
VIA MARIA AUSILIATRICE 32
TORINO, 10152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 308.25

---

**3.60** | **Nonpriority creditor's name and mailing address**

AUDES GROUP S.R.L.
VIA MONTE GRAPPA 19
LIMENA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,129.74

---

**3.61** | **Nonpriority creditor's name and mailing address**

AUREA AUTOCARROZZERIA SRL
VIA DELLE BENEDETTINE 28A
ROMA, 00135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,548.58

---

Case 25-11034-CTG   Doc 557   Filed 08/11/25   Page 75 of 401

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,840.81 |
| --- | --- | --- | --- |

AURILIS GROUP S.A.
1 BOULEVARD VERDUN BP 329
AURILLAC, 15003
FRANCE

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,461.31 |
| --- | --- | --- | --- |

AUTELEKTRA S.R.L. (RIETI)
VIA FRATELLI SEBASTIANI, 41
RIETI, 02100
ITALY

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,490.99 |
| --- | --- | --- | --- |

AUTELEKTRA SRL
V. SCUOLA D. TORRETTA, 103
L.AQUILA, 67100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 513.06 |
| --- | --- | --- | --- |

AUTELEKTRA SRL
VIA GARIBALDI 390
AVEZZANO, 67051
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,894.39 |
| --- | --- | --- | --- |

AUTO EQUIPE SNC
VIA MARCONI, 45/4
BENTIVOGLIO, 40010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67**

**Nonpriority creditor's name and mailing address**

AUTO IN SRL
VIALE GRAN SASSO 7/15
L'AQUILA, 67100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,226.74

---

**3.68**

**Nonpriority creditor's name and mailing address**

AUTO RACING S.R.L.
VIA NAZIONALE 16
MALONNO, 25040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,915.48

---

**3.69**

**Nonpriority creditor's name and mailing address**

AUTOACTU POINT COM
3 AVENUE DES PAVILLONS
BOIS-COLOMBES, 92270
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,141.68

---

**3.70**

**Nonpriority creditor's name and mailing address**

AUTOCARROZZERIA 99 SNC
VIA ALBERTO GUIDI 18
TERNI, 05100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 390.96

---

**3.71**

**Nonpriority creditor's name and mailing address**

AUTOCARROZZERIA BANDINI S.R.L.
VIA L. DELLA VALLE 5
FEDENZA, 43036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 255.35

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** | **Nonpriority creditor's name and mailing address**

AUTOCARROZZERIA BARTALINI DI
VIA UGOLINO DI VIERI 18-20
SIENA, 53100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,037.42

---

**3.73** | **Nonpriority creditor's name and mailing address**

AUTOCARROZZERIA F.LLI CICINELLI S.N
VIA G. PIRELLI 14 23
TRIGGIANO, 70019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,618.00

---

**3.74** | **Nonpriority creditor's name and mailing address**

AUTOCARROZZERIA FRATELLI FRANCI SNC
VIA PISCIARELLI 87
POZZUOLI, 80078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45,142.09

---

**3.75** | **Nonpriority creditor's name and mailing address**

AUTOCARROZZERIA MOLOGNO SRL
VIA STATALE, 445
MOLOGNO, 55050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,470.85

---

**3.76** | **Nonpriority creditor's name and mailing address**

AUTOCARROZZERIA TRETOLA SRL
SS.7 APPIA KM255+100
APOLLOSA, 82030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 275.78

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.77** | **Nonpriority creditor's name and mailing address**

AUTOCENTER COLELLA SRL
VIA VINCENZO AULISIO, 14/16/18
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,612.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**

AUTOCENTRO CASETTA MATTEI SNC
VIA DEI CANTELMO 170
ROMA, 00148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 26,540.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**

AUTOCENTRO F.LLI MUTO SRL
VIA AMENDOLA, 3
MEDESANO, 43014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 370.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**

AUTOCOM SRL
VIALE MICHELANGELO 57/91
PALERMO, 90145
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,089.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address**

AUTOCRIPPA SRL
VIA COMO, 5
OLGIATE MOLGORA, 23887
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,004.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 94,371.44 |
|---|---|---|---|

AUTODATA LIMITED
PRIORS WAY
MAIDENHEAD, SL6 2HP
UNITED KINGDOM

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,512.83 |
|---|---|---|---|

AUTODIAGNOSTIC
VIALE STAZIONE, 27
DRONERO, 12025
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,850.15 |
|---|---|---|---|

AUTODINO SNC
VIALE DELL INDUSTRIA SNC
GREZZANA, 37023
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 549.97 |
|---|---|---|---|

AUTODISTRIBUTION
12 RUE DES ENTREPRENEURS
CHILLY MAZARIN CEDEX, 91380
FRANCE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 835.70 |
|---|---|---|---|

AUTODROMO NAZIONALE MONZA S.P.A.
VIA VEDANO, 5
MONZA, 20900
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

AUTOELECTRIC S.N.C.
VIA MONTEGRAPPA, 13/15
PINEROLO, 10064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,346.35

---

**3.88** **Nonpriority creditor's name and mailing address**

AUTOELEKTRA SRL
VIA CAVALLOTTI 15
MONTESILVANO, 65015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 585.49

---

**3.89** **Nonpriority creditor's name and mailing address**

AUTOELETTRICA MARIANI SRL
VIA GRUCCIA 184
SAN GIOVANNI VALDARNO, 52027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,344.63

---

**3.90** **Nonpriority creditor's name and mailing address**

AUTOELETTRICA MARIANI SRL
VIA GRUCCIA 184
SAN GIOVANNI VALDARNO, 52027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,380.39

---

**3.91** **Nonpriority creditor's name and mailing address**

AUTOELETTRONICA F.LLI DOMINICI SNC
VIA SERRAVALLE, 99
ARQUATA SCRIVIA, 15061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,533.19

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

AUTOEMILIA S.R.L.
VIA CIVESIO 5
SAN DONATO MILANESE, 20097
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

$ 2,565.08

---

**3.93** Nonpriority creditor's name and mailing address

AUTOFFICINA ABM S.R.L.
VIA MARTINO AICHNER 1
TRENTO, 38121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

$ 1,211.99

---

**3.94** Nonpriority creditor's name and mailing address

AUTOFFICINA ALFANO SRLS
VIA PENTELETE
OTTAVIANO, 80040
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

$ 373.68

---

**3.95** Nonpriority creditor's name and mailing address

AUTOFFICINA ALTIERI ANTONIO
VIA DONATO GARGASOLE, 18/20/22
BARI, 70125
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

$ 5,547.05

---

**3.96** Nonpriority creditor's name and mailing address

AUTOFFICINA ANDREA MARGUTTI DI
VIA CESARE BATTISTI 18
SESTO SAN GIOVANNI, 20099
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

$ 4,248.77

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA BALLARINI S.R.L
VIA GALLODORO 58
JESI, 60035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,085.83

---

**3.98** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA BASSI SRL
VIA LODI 21
MELZO, 20066
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136.00

---

**3.99** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA BERICA
VIA BASILIO DELLA SCOLA 56
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,830.03

---

**3.100** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA BINDELLA SNC DI GIAMPIE
VIA BADIA, 352
PIACENZA D ADIGE, 35040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,385.63

---

**3.101** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA CALISTI SRL
VIA A. MANZONI, 37
VITORCHIANO, 01030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,937.17

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

AUTOFFICINA CAMPANA SNC DI GIUSEPPE
LOC. PIANE TROSCE SNC
VIGNANELLO, 01039
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 235.87

---

**3.103** Nonpriority creditor's name and mailing address

AUTOFFICINA CARDONI LUIGINO
VIA DEI CIPRESSI, 18
SEMONTE, 06024
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,727.98

---

**3.104** Nonpriority creditor's name and mailing address

AUTOFFICINA CARRELLA ANTONIO
P.ZZA RISORGIMENTO, 1
CARATE BRIANZA, 20048
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,414.25

---

**3.105** Nonpriority creditor's name and mailing address

AUTOFFICINA CARROZZERIA DAILY CAR
VIA PISTOIA 38
TORINO, 10144
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 987.60

---

**3.106** Nonpriority creditor's name and mailing address

AUTOFFICINA CARROZZERIA QUADRIFOGLI
VIA BRUNELLESCHI 19
CORSICO, 20094
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 131.70

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** **Nonpriority creditor's name and mailing address**

AUTOFFICINA CARROZZERIA TOMASELLO D
VIA PRIVATA EUGENIO BRIZI 1
MILANO, 20139
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,066.40

---

**3.108** **Nonpriority creditor's name and mailing address**

AUTOFFICINA CARUSO SANTO
C.DA PIANO SNC
GANGI, 90024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,485.92

---

**3.109** **Nonpriority creditor's name and mailing address**

AUTOFFICINA CECONI ROBERTO
VIA SPILIMBERGO 70
PASIAN DI PRATO, 33037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,036.03

---

**3.110** **Nonpriority creditor's name and mailing address**

AUTOFFICINA COLOMBARA FABIO
VIA DANTE ALIGHIERI, 9/A
SAN VINCENZO DI GALLIERA, 44015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,197.66

---

**3.111** **Nonpriority creditor's name and mailing address**

AUTOFFICINA COLOMBARI SNC DI
VIA CATALANI 1
SEREGNO, 20831
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 308.96

---

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 85 of 401

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.112 Nonpriority creditor's name and mailing address**

AUTOFFICINA CORCIULO VALERIO
VIA OSANNA, 45
BRINDISI, 72100
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 313.21

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.113 Nonpriority creditor's name and mailing address**

AUTOFFICINA DE MARCO CARMELO
VIA R. CAPALBO
ACRI, 87041
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 623.75

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.114 Nonpriority creditor's name and mailing address**

AUTOFFICINA DELL'AMICO ALBERTO &C.S
VIA DELLE PINETE, 141 54037  (MS)
MARINA DI MASSA, 54037
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 21,748.79

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.115 Nonpriority creditor's name and mailing address**

AUTOFFICINA DOLCE SRL
VIA DELLE PRIMULE 80
POTENZA, 85100
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,094.26

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.116 Nonpriority creditor's name and mailing address**

AUTOFFICINA ELETTRAUTO BERTOLETTI
VIA RISORGIMENTO 49
CLUSANE D'ISEO, 25049
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 11.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA ELETTRAUTO NICCOLETTI A
VIA FEDERIGI 453
QUERCETA, 55047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 891.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA ELETTRAUTO Z.F.ZOVICO F
VIALE SAN LAZZARO 61
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 185.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA F.LLI TEGAZZINI SNC
VIA BELFIORE, 32
CA DI DAVID, 37061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,697.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA F.LLI VELTRI SNC
VIA ANTONIO MONACO 11
COSENZA, 87100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,365.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA FABBRI SRL
VIA DELLA MAGGIOLA 27
MONTECOSARO, 62010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,439.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA GALETTI SRL
VIA MANTOVA, 797C
BORGO VIRGILIO, 46030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                6,033.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA K SNC
VIA NAZIONALE 55/16
PIANORO, 40065
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$              12,996.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA L.M. SNC
VIA NAZIONALE SNC
SOCI, 52010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,369.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA LA CHIESETTA SNC
VIA ENRICO FERMI 22
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$              22,108.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA LORENZ SAS
VIA LODI
VIGNATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                2,713.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 88 of 401

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

AUTOFFICINA MONCALIERI SNC DI
VIA VITTIME DI BOLOGNA 11
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,245.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

AUTOFFICINA MONTAGNER CHRISTIAN
VIA BORTOLOZZI 13
SAN BIAGIO DI CALLALTA, 31048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,623.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

AUTOFFICINA NEW CAR SNC
VIA LAURENTINA 839
ROMA, 00143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,830.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

AUTOFFICINA NOSELLA MICHELE & C. SN
VIA DELLE ACQUE, 37
PORDENONE, 33170
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,312.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

AUTOFFICINA PADDOCK SRL
VIA ENRICO BERLINGUER SNC
L'AQUILA, 67100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,543.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** Nonpriority creditor's name and mailing address

AUTOFFICINA PROPATO FRANCESCO
CONTRADA PIANO CATALDO
LAURIA, 85044
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 355.50

---

**3.133** Nonpriority creditor's name and mailing address

AUTOFFICINA RICCIONE GOMME SNC
VIA CELLA RAIBANO 16/E
MISANO ADRIATICO, 47843
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,483.84

---

**3.134** Nonpriority creditor's name and mailing address

AUTOFFICINA SAN BOVO SNC DI TAMBORN
VIA LOMELLINA 54
VOGHERA, 27058
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,782.17

---

**3.135** Nonpriority creditor's name and mailing address

AUTOFFICINA SANDRI SRL
VIA NAZIONALE 120
BELVEDERE DI TEZZE, 36050
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 28,073.79

---

**3.136** Nonpriority creditor's name and mailing address

AUTOFFICINA SANI AUTO SRL
VIA E TORRICELLI 50/A
VERONA, 37136
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 71.44

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA SANTA MONICA SRL
VIA LARGA
MISANO ADRIATICO, 47543
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,589.63

---

**3.138** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA SAPONE VITO
VIA D. COTUGNO 19
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 122.23

---

**3.139** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA SOTTILE
VIA GIUSEPPE MUSSI 5
MILANO, 20154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,134.03

---

**3.140** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA SOTTILE ALESSANDRO
VIA G. CODARA
MILANO, 20144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,531.21

---

**3.141** | **Nonpriority creditor's name and mailing address**

AUTOFFICINA TRENTO SRL
STRADA DEL SANTO 43
CADONEGHE, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,781.84

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 903.02 |
|---|---|---|---|

AUTOFFICINE NICLI SNC DI NICLI
VIA UDINE 22/A
RIVE D ARCANO, 33030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,448.99 |
|---|---|---|---|

AUTOFORNITURE CARROZZERIA SRL
VIA DEL LAVORO, 3
CARAVAGGIO, 24047
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,835.50 |
|---|---|---|---|

AUTOFORNITURE SILVESTRI MARIO S.N.C
VIA CORECCHIO 21/B
FORLI, 47122
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 274.46 |
|---|---|---|---|

AUTOGAMMA S.N.C. DI MAURI MATTIA
VIA MANZONI  FRAZ MIROVANO
ALZATE BRIANZA, 22040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,256.73 |
|---|---|---|---|

AUTOIDEA S.N.C
VIA GIUSEPPE DI VITTORIO 15
VIZZOLO PREDABISSI, 20070
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

AUTOLIPARI GROUP SRLS
CORSO ASPROMONTE 3
OPPIDO MAMERTINA, 89014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 289.86

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.148** **Nonpriority creditor's name and mailing address**

AUTOLUCE SRL
VIA APELLE 43
MILANO, 20128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,906.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.149** **Nonpriority creditor's name and mailing address**

AUTOLUCE SRL
VIA KEPLERO 11
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,142.84

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.150** **Nonpriority creditor's name and mailing address**

AUTOLUX RAVENNA SRL
VIA A. CESARI , 2
RAVENA, 48121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 32,089.53

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.151** **Nonpriority creditor's name and mailing address**

AUTOMEC DE GIOVANNI
VIA UGO BASSI 118
COLLEPASSO, 73040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 497.34

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.152** Nonpriority creditor's name and mailing address

AUTOMECCANICA LAGONEGRESE
CONTRADA VERNETA SNC
LAGONEGRO, 85042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 163.61

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.153** Nonpriority creditor's name and mailing address

AUTOMECCANICA LUCANA SRL
ZONA INDUSTRIALE
SENISE, 85038
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 9,133.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.154** Nonpriority creditor's name and mailing address

AUTOMECCANICA METANOPOLI SNC
VIA GAETANO SALVEMINI 1
SAN DONATO MILANESE, 20097
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 506.21

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.155** Nonpriority creditor's name and mailing address

AUTOMOBILES PEUGEOT S.A.
2 Bd de l'Europe
Poissy, 78300
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 7,991.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.156** Nonpriority creditor's name and mailing address

AUTOMOBILI SALERNO SRL
VIA AMEDEO DAOSTA 11/13
VIGLIANO DI MEDIGLIA, 20060
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,108.01

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 10,194.11 |
|---|---|---|---|

AUTOMORONI SRL
S.S. 235 LOCALITA BOCCALERA SNC
CORNEGLIANO LAUDENSE, 26854
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,527.17 |
|---|---|---|---|

AUTOMOTIVE BOLOGNA SNC
VIALE ALDO MORO 29-31
GIOVINAZZO, 70054
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,633.49 |
|---|---|---|---|

AUTOMOTIVE SERVICE HUB SRL
VIA DEI MISSAGLIA 89
MILANO, 20142
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 21,370.18 |
|---|---|---|---|

AUTONOVANTA SNC
VIA DE DEO 40
FASANO, 72015
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 19,424.51 |
|---|---|---|---|

AUTORICAMBI 2000 SNC DI SANDRINI
VIA DELL INDUSTRIA 1
CURTAROLO, 35010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

AUTORICAMBI ARCA SRL
VIA PASCOLI 76
COMISO, 97013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 662.01

---

**3.163** **Nonpriority creditor's name and mailing address**

AUTORICAMBI ETRURIA SRL
VIA DEGLI ARROTINI 85
LIVORNO, 57121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,708.40

---

**3.164** **Nonpriority creditor's name and mailing address**

AUTORICAMBI GIGLIO
VIA MARIA RIPOSO, 52
ALCAMO, 91001
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 88.01

---

**3.165** **Nonpriority creditor's name and mailing address**

AUTORICAMBI GONNELLA
VIA BELVEDERE, 249
BATTIPAGLIA, 84091
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,204.66

---

**3.166** **Nonpriority creditor's name and mailing address**

AUTORICAMBI GRAZZINI SNC
PIAZZA GRAMSCI, 22
EMPOLI, 50053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.53

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** Nonpriority creditor's name and mailing address

AUTORICAMBI MA.RI.A.
VIA SETTIMIO DAVID
SORIANO NEL CIMINO, 01038
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,897.08

---

**3.168** Nonpriority creditor's name and mailing address

AUTORICAMBI MANCUSI SRL
VIA SILVIO BARATTA 143
SALERNO, 84134
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 55,223.92

---

**3.169** Nonpriority creditor's name and mailing address

AUTORICAMBI PA RO SAS
VIA FLLI LUMIERE  98 100
AREZZO, 52100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,937.83

---

**3.170** Nonpriority creditor's name and mailing address

AUTORICAMBI PELLI SRL
VIA MONTANELLI, 1-3-5-7
PONTASSIEVE, 50065
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 811.60

---

**3.171** Nonpriority creditor's name and mailing address

AUTORICAMBI PORDENONESE SNC
VIALE LINO ZANUSSI 4
PORDENONE, 33170
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,576.19

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

AUTORIPARAZIONE BRAMBILLA UMBERTO
VIA G. OBERDAN 46/A
CAMBIAGO, 20040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.14

---

**3.173** **Nonpriority creditor's name and mailing address**

AUTORIPARAZIONE MECTRONIC
VIA BUZZI 33
RHO, 20017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,107.39

---

**3.174** **Nonpriority creditor's name and mailing address**

AUTORIPARAZIONE TINTI S.R.L.
VIA DELLA MECCANICA 15
SAN LAZZARO DI SAVENA, 40068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31.35

---

**3.175** **Nonpriority creditor's name and mailing address**

AUTORIPARAZIONI CAPUCCHIO SNC DI
CORSO IV NOVEMBRE 53
CAFASSE, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,210.35

---

**3.176** **Nonpriority creditor's name and mailing address**

AUTORIPARAZIONI CARLUCCIO SNC
VIA G.B. CURTI 46/BIS
BORGOMANERO, 28021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,135.49

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI CASANOVA DI
VIA NIKOLAJEWKA 4
BOVEZZO, 25073
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                813.42

---

**3.178** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI CAVALLERI S.R.L.
VIA CURTI 1091
URGNANO, 24059
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$             11,847.38

---

**3.179** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI DOLCI S.R.L S.R.L
VIA IV NOVEMBRE 16
ODOLO, 25076
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$              4,438.89

---

**3.180** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI F.LLI SABENA SNC
VIA MARTINA 2/4
SAVIGLIANO, 12038
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                 50.54

---

**3.181** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI GENNARELLI ALDO SNC
VIA DEL CAMPO SPORTIVO 11
ORTE, 01028
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                340.50

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI GENONI
VIA CESARE ABBA, 4
BUSTO ARSIZIO, 21052
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,654.48

---

**3.183** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI GIACOMELLI SNC
VIA M. GALBIATI 16
CARUGO, 22060
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 66.86

---

**3.184** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI LEONARDO DA VINCI
VIA AMENDOLA 12/R
GENOVA, 16145
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 819.93

---

**3.185** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI M. & G. CAR SERVICE
VIALE EUROPA 31/33
BORGO SAN GIACOMO, 25022
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 378.93

---

**3.186** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI MARINA SNC
VIA STATALE 228, 63
PALAZZO CANAVESE, 10100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,457.96

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 20,182.82 |
|---|---|---|---|---|

AUTORIPARAZIONI ME.PI SNC
VIA ELEONORA D ARBOREA 8
ASSEMINI, 09032
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 148.02 |
|---|---|---|---|---|

AUTORIPARAZIONI MELANO MIRALDO SAS
VIA PODGORA 14 / I
PINEROLO, 10064
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 3,391.11 |
|---|---|---|---|---|

AUTORIPARAZIONI MIGLIOLI SNC DI
VIA DEI TIGLI 1/3
CREMOSANO, 26010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 1,655.27 |
|---|---|---|---|---|

AUTORIPARAZIONI RAMONDA SNC
VIA NEGRI DI SANFRONT
MADONNA DELL OLMO, 12100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ | 19,625.71 |
|---|---|---|---|---|

AUTORIPARAZIONI SNC
VIA GARIBALDI
GAGGIANO, 20083
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.192** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI STELVIO SNC DI SALA
VIA CASALE STANGA LA
GROSIO, 23033
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 213.91

---

**3.193** Nonpriority creditor's name and mailing address

AUTORIPARAZIONI VICENTINI SRL
VIA  EVANGELISTA TORRICELLI 71/A
VERONA, 37135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 53,015.89

---

**3.194** Nonpriority creditor's name and mailing address

AUTORODELLA SRL
CORSO ACQUI, 159
NIZZA MONFERRATO, 14049
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,263.44

---

**3.195** Nonpriority creditor's name and mailing address

AUTOSALONE ALLODI SNC
VIA DELLE RIMEMBRANZE  7
SORBOLO, 43058
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,870.15

---

**3.196** Nonpriority creditor's name and mailing address

AUTOSALONE FRATELLI BONAGLIA SRL
VIA BRESCIA 12
PONTEVICO, 25026
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 464.86

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197**

**Nonpriority creditor's name and mailing address**

AUTOSCALA S.R.L.
VIA CADUTI DI AMOLA 16 / I
BORGO PANIGALE, 40132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,312.59

---

**3.198**

**Nonpriority creditor's name and mailing address**

AUTOSERVICE BUCARELLI
VIA MOTTARONE, 2
OLEGGIO, 28047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,305.02

---

**3.199**

**Nonpriority creditor's name and mailing address**

AUTOSERVICE MUNDIAL SNC DI
VIA ALBINONI 1
REGGIO EMILIA, 42100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75.42

---

**3.200**

**Nonpriority creditor's name and mailing address**

AUTOSERVICE SNC DI ROSATI & C.
VIALE DELLA LIBERTA', 274
CHIANCIANO TERMI, 53042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,096.86

---

**3.201**

**Nonpriority creditor's name and mailing address**

AUTOSERVIZIO P.L.P. SNC
VIA MARIO TOGNATO 11 Z.A.LE ESTE
PADOVA, 35042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,473.55

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202 Nonpriority creditor's name and mailing address**

AUTOSILANO SRL
VIALE MONZA 25
MILANO, 20125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55.72

---

**3.203 Nonpriority creditor's name and mailing address**

AUTOSTAZIONE MA.GAR. SRL
VIA FRANCESCO GALEOTA 33/B
NAPOLI, 80125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 858.94

---

**3.204 Nonpriority creditor's name and mailing address**

AUTOTECH E.S.T. S.R.L.
VIA FABIANO LANDI, 120
ROMA, 00125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,534.03

---

**3.205 Nonpriority creditor's name and mailing address**

AUTOTECNICA DRC SNC
STRADA STATALE 150, 134
NOTARESCO, 64024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 246.59

---

**3.206 Nonpriority creditor's name and mailing address**

AUTOTECNICA RICAMBI SRL
VIALE EUROPA, 25
ROMANO D'EZZELINO, 36060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,802.24

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.207** | **Nonpriority creditor's name and mailing address**

AUTOTECNICA SRL
V.PLATANI 17
CREMONA, 26100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,785.06

---

**3.208** | **Nonpriority creditor's name and mailing address**

AUTOVILLA SNC DI VILLA LUCIANO & C.
V.VARESE-ANG.CASC.MARIA
SOLARO, 20020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 246.60

---

**3.209** | **Nonpriority creditor's name and mailing address**

AVIS AUTOVERMIETUNG GMBH & CO. KG.
ZIMMERSMUEHLENWEG 21
OBERURSEL, 61437
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 146.61

---

**3.210** | **Nonpriority creditor's name and mailing address**

AVIS BUDGET ITALIA S.P.A.
VIALE CARMELO BENE, 70 1231
ROMA, 00139
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.31

---

**3.211** | **Nonpriority creditor's name and mailing address**

AWAWDEH AUTO SPARE PARTS
P.O. BOX
27248 SHARJAH U.A.E.,
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,409.93

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212** Nonpriority creditor's name and mailing address
AXA MATRIX RISK CONSULTANT SA
VIA COMO 17
MILANO, 20154
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

$ 27,605.75

---

**3.213** Nonpriority creditor's name and mailing address
AXWAY SRL
STRADA 4 PALAZZO A7
ASSAGO, 20090
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

$ 1,050.35

---

**3.214** Nonpriority creditor's name and mailing address
AZ RICAMBI SRL
ZONA IND.LE PREDA NIEDDA NORD ST 5
SASSARI, 06130
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

$ 15,927.12

---

**3.215** Nonpriority creditor's name and mailing address
AZOTAL SPA
VIALE PAPA GIOVANNI XXIII 94/D
BERGAMO, 24121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

$ 83,077.77

---

**3.216** Nonpriority creditor's name and mailing address
BDO ITALIA S.P.A.
VIALE ABRUZZI 94
MILANO, 20131
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

$ 17,121.36

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217** | **Nonpriority creditor's name and mailing address**

BDO TAX S.R.L. STP
VIA G. NEGRI 10
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,785.56

---

**3.218** | **Nonpriority creditor's name and mailing address**

BE.DA. DI D'ANIELLO GIOVANNI SRL
VIA DELLA TECNICA 2A
APRILIA, 04011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,094.73

---

**3.219** | **Nonpriority creditor's name and mailing address**

BEGHINI SRL
LOCALITA PONTE DONICO SNC
VILLAFRANCA IN LUNIGIANA, 54028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,815.90

---

**3.220** | **Nonpriority creditor's name and mailing address**

BELL GARAGE SAS DI ROTA PAOL ALESSA
VIA POGGIBONSI 12
MILANO, 20146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,965.61

---

**3.221** | **Nonpriority creditor's name and mailing address**

BENEDETTI ANDRIANO&FIGLI SNC
VIA NAZIONALE 51/A
PALAZZOLO DELLO STELLA, 33056
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1.14

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

BENETTOLO SAS DI BENETTOLO
VIA BENEDETTO CROCE 25
PIOVE DI SACCO, 35028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,982.13

**3.223** **Nonpriority creditor's name and mailing address**

BERARDONE SRL
VIA G. DI VITTORIO 9/INT A
VIGGIANO, 85059
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,268.69

**3.224** **Nonpriority creditor's name and mailing address**

BETA AUTO SPARE PARS CENTER
P.O. BOX 39122
SHARJAH,
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,071.26

**3.225** **Nonpriority creditor's name and mailing address**

BETA-TRANS S.P.A.
VIA LONDRA 7/9
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,711.66

**3.226** **Nonpriority creditor's name and mailing address**

BIANCHINI E GOATELLI SNC DI GHIETTI
VIA RAFFO 49
SESTRI LEVANTE, 16039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 63,249.45

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

BIAUTO GROUP SRL
VIA S.V. DE PAOLI, 15
ROMA, 00152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,020.96

---

**3.228** **Nonpriority creditor's name and mailing address**

BIOTTI HOTELS DI BIOTTI G. E C SAS
VIALE REGINA ELENA 84
RIMINI, 47921
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90.19

---

**3.229** **Nonpriority creditor's name and mailing address**

BIRAGHI E SORDELLI AUTO SRL
VIA BOVISASCA 50
NOVATE MILANESE, 20026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,533.08

---

**3.230** **Nonpriority creditor's name and mailing address**

BITRON SERVICE S.P.A.
Via  Antonio G. Ignazio Bertola, 34
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,382.71

---

**3.231** **Nonpriority creditor's name and mailing address**

BM SRL
VIA GRAMSCI 19 21
QUINTO DI TREVISO, 31055
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,758.22

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

BOLOGNA GOMME (BG1)
VIA PERSICETANA VECCHIA 20
BARGELLINO, 40012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28,611.32

---

**3.233** **Nonpriority creditor's name and mailing address**

BOLOGNA GOMME (BG5)
Via del Commercio 7
Castel Guelfo, 40023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,539.26

---

**3.234** **Nonpriority creditor's name and mailing address**

BOLOGNA GOMME (BG6)
VIA T.A EDISON 23
CASTEL SAN PIETRO, 40024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,813.02

---

**3.235** **Nonpriority creditor's name and mailing address**

BOLOGNA GOMME (BG7)
Via Galliera 10,12
Funo di Argelato, 40050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,365.61

---

**3.236** **Nonpriority creditor's name and mailing address**

BONETTI AUTO SRL
VIA NAZIONALE,111
MALONNO, 25040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,239.46

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237** **Nonpriority creditor's name and mailing address**

BONNICI MOTORSPORT SNC
VIA CATIRA, 51
SAN GREGORIO DI CATANIA, 95027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,214.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**

BONSI ROMOLO E FIGLI SNC
VIA MERANO 101 R
GENOVA SESTRI PONENTE, 16154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,766.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**

BONTEX 2 S.R.O.
POD TURNOVSKOU TRATI 18
PRAGUE, 19800
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,024.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**

BRASCA ANTONIO E FIGLI SNC
VIA MARGHERITA VIGANO DE VIZZI 66
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,419.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**

BREMBO NV
V.LE EUROPA 2 PAL.B PIANO 2Â° 25
STEZZANO, 24040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,499,987.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.242 Nonpriority creditor's name and mailing address**
BRIANZA SRL
VIA GARIBALDI 60/A
PASSIRANO, 25050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,376.76

---

**3.243 Nonpriority creditor's name and mailing address**
BRIZZOLARI GREENTECH SAS
VIALE ITALIA 19
LEVATE, 24040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,198.90

---

**3.244 Nonpriority creditor's name and mailing address**
BRUSAMARELLO PADOVA S.R.L.
VIA UNITA D'ITALIA, 19
LIMENA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,131.19

---

**3.245 Nonpriority creditor's name and mailing address**
BT ITALIA SPA
VIA TUCIDIDE 56
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,736.12

---

**3.246 Nonpriority creditor's name and mailing address**
BUGATTI AUTORICAMBI SPA
VIA ISEO 3 C
CASTEGNATO, 25045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77.29

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 445.75 |
| --- | --- | --- | --- |

BUONOCARS SNC
LOCALITA' LIPIANI 3/A
ALTARE, 17041
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,342.73 |
| --- | --- | --- | --- |

BUREAU VERITAS ITALIA SPA
VIALE MONZA 347
MILANO, 20126
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.55 |
| --- | --- | --- | --- |

C.A.D. MODENA TIR SERVICE S.R.L
VIA DEL PASSATORE, 65
CAMPOGALLIANO, 41011
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,072.92 |
| --- | --- | --- | --- |

C.D.A.L.
8 RUE DE BOURGOGNE
SAINT PRIEST, 69800
FRANCE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,635.14 |
| --- | --- | --- | --- |

C.D.A.L. SUD
28, RUE FREDERIC SAUVAGE
MARSEILLE, 13014
FRANCE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

C.E.C. AUTORIPARAZIONI S.N.C.
VIA SESTO, 48
CREMONA, 26100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66.86

---

**3.253** **Nonpriority creditor's name and mailing address**

C.F.M. SNC DI MARINO ANTONIO
VIA DUCCIO GALIMBERTI 32
ROMA, 00136
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,497.79

---

**3.254** **Nonpriority creditor's name and mailing address**

C.H. ROBINSON EUROPE.BV
TELEPORTBOULEVARD 120
AMSTERDAM, 1043 EJ
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 233,764.99

---

**3.255** **Nonpriority creditor's name and mailing address**

C.R. RICAMBI S.R.L.
VIA CAVALIERE, 170
CATANIA, 95127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 205,815.05

---

**3.256** **Nonpriority creditor's name and mailing address**

C.R.C. RICAMBISTI CAMPANI
INTERPORTO DI NOLA LOTTO DI 211/212
NOLA, 80035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,566.96

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------|---------|---------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** **Nonpriority creditor's name and mailing address**

C.R.R.A. CENTRO RIPARAZIONE E REVIS
STRADA SABOTINO 14 /
BORGO PIAVE, 04100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 357.40

---

**3.258** **Nonpriority creditor's name and mailing address**

C.R.V. SERVICE SRL
VIA TORINO 168
COLLEGNO, 10093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 132.56

---

**3.259** **Nonpriority creditor's name and mailing address**

CA AUTO BANK S.P.A.
CORSO ORBASSANO
TORINO, 10137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,501.04

---

**3.260** **Nonpriority creditor's name and mailing address**

CAMPANIA AUTORICAMBI FORMIA SRL
CARDINALE VERDE 23 /
SANT'ANTIMO, 80029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 173,293.32

---

**3.261** **Nonpriority creditor's name and mailing address**

CAMPELLO MARINE BY NUOVA AUTORICAMB
VIA COLOMBARA 125 B
MALCONTENTA, 30030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,201.77

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.262** Nonpriority creditor's name and mailing address

CAMPOBASSO MOTORI SRL
VIA M. ZANOTTI, 275
SAN SEVERO, 71016
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,175.87

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.263** Nonpriority creditor's name and mailing address

CANDI S.R.L
VIA DEI BOSCHI, 162
PIEVE AL TOPPO, 52041
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 421.58

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.264** Nonpriority creditor's name and mailing address

CANGINI LIBERO E WILLIAN SNC
VIA CARRAIA MADONNINA, 11/13
RAVENNA, 48100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 86.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.265** Nonpriority creditor's name and mailing address

CANINO & RUBINO SRL
VIA FRANCESCO CULCASI 13
TRAPANI, 91100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 84.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.266** Nonpriority creditor's name and mailing address

CAPGEMINI ITALIA S.P.A.
VIA DI TORRE SPACCATA 140
ROMA, 00173
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 19,499.89

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267** | **Nonpriority creditor's name and mailing address**

CAR & MORE SRL
VIA CESARE BATTISTI, 38
GAZZADA SCHIANNO, 21045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 405.06

---

**3.268** | **Nonpriority creditor's name and mailing address**

CAR BLIND GARGANO SRL
VIA GENERALE CALA ULLOA 30
NAPOLI, 80141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 476.55

---

**3.269** | **Nonpriority creditor's name and mailing address**

CAR LUX SRL
VIALE VOLANO 195
FERRARA, 44100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 420.61

---

**3.270** | **Nonpriority creditor's name and mailing address**

CAR SERVICE BOLZON
VIA CIRCONVALLAZIONE EST 8
CASTELFRANCO VENETO, 31033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,613.08

---

**3.271** | **Nonpriority creditor's name and mailing address**

CAR SERVICE ITALIA SRL
VIA LEONARDO DA VINCI 41
REANA DEL ROYALE, 32010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,930.19

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,854.22 |
|---|---|---|---|

CAR SERVICE SNC
VIA LAGOMAGGIO, 18
RIMINI, 47037
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 89.06 |
|---|---|---|---|

CAR.MEC.SOC.COOP
VIA E.MONTALE SNC
PONTECAGNANO FAIANO, 84098
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,333.85 |
|---|---|---|---|

CARAUTO S.R.L.
VIA CANDELO, 71
BIELLA, 13900
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29,354.35 |
|---|---|---|---|

CARGO SERVICE S.R.L.
VIA SAN GIUSEPPE ALLA RENA 19/A
CATANIA, 95121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,123.07 |
|---|---|---|---|

CARLINO 3 SRL
VIA KENNEDY 19
PARABITA, 73052
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,983.84 |
|---|---|---|---|

CARROZZERIA 2 EMME SNC
VIA CAMILLO ROSALBA 52
BARI, 70100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,846.75 |
|---|---|---|---|

CARROZZERIA ALDROVANDI
VIA LEVADELLO 6
CASTIGLIONE DELLE STIVIERE, 46043
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,171.47 |
|---|---|---|---|

CARROZZERIA AREA 51
VIA MARTIRI PER LA LIBERTA' 60
VOLVERA, 10040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,388.17 |
|---|---|---|---|

CARROZZERIA AROM SRL
VIA COLOMBAIE 4
BRESCIA, 25132
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 267.43 |
|---|---|---|---|

CARROZZERIA ASSANELLI S.N.C.
VIA UGO LA MALFA 46/48
MELZO, 20066
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.282** **Nonpriority creditor's name and mailing address**

CARROZZERIA AURELIA SRL
VIA S PIETRO IN CAMPO
BARGA, 55051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,276.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283** **Nonpriority creditor's name and mailing address**

CARROZZERIA AUTO MOTO FUTURA
VIA DELL'ARTIGIANATO 21
POGGIO RENATICO, 44028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,096.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284** **Nonpriority creditor's name and mailing address**

CARROZZERIA AUTORIPARAZIONI
CORSO CARLO ALBERTO 124
LECCO, 23900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 31,260.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285** **Nonpriority creditor's name and mailing address**

CARROZZERIA BELLA SRL
VIA MESSINA 631
CATANIA, 95126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,496.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**

CARROZZERIA BORZI REMO SNC
VIA REGINA, 57
SORICO, 22010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,416.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG   Doc 557   Filed 08/11/25   Page 120 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.287 Nonpriority creditor's name and mailing address**

CARROZZERIA CARPENTIERE S.A.S.
VIA CESARE BATTISTI 2B
SETTALA, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33.43

---

**3.288 Nonpriority creditor's name and mailing address**

CARROZZERIA CHIELLO SRLS
STRADA BUSSOLINO 6
CASEI GEROLA, 27050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,164.21

---

**3.289 Nonpriority creditor's name and mailing address**

CARROZZERIA DIAMANTE SRL
Via Francesco Crispi 52/A
PARMA, 43126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,069.34

---

**3.290 Nonpriority creditor's name and mailing address**

CARROZZERIA FABRIZI SNC
VIA CAMPOSTEFANO 73
ARCE, 03032
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 626.66

---

**3.291 Nonpriority creditor's name and mailing address**

CARROZZERIA FACCO LUCIANO
VIA CADUTI DI RUSSIA 12 / I-
CURTAROLO, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,647.34

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.292** **Nonpriority creditor's name and mailing address**

CARROZZERIA FIORE
VIA CASAMASSIMA
CAPURSO, 70010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 195.00

---

**3.293** **Nonpriority creditor's name and mailing address**

CARROZZERIA GILDO SRL
VIA DEL PIOPPETO
GARDOLO, 38121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,767.43

---

**3.294** **Nonpriority creditor's name and mailing address**

CARROZZERIA LA MODERNA SRL
VIA MONTI 24
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 648.83

---

**3.295** **Nonpriority creditor's name and mailing address**

CARROZZERIA MAGIC SRL
VIA ADALBERTO MIGLIORATI 5
PERUGIA, 06132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,989.22

---

**3.296** **Nonpriority creditor's name and mailing address**

CARROZZERIA MARAGA SRL
VIA SORIANO NEL CIMINO 15
ROMA, 00188
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,524.31

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,375.31 |
|---|---|---|---|

CARROZZERIA METROCAR
VIA G.GENTILE, 48/50, 71
BARI, 70126
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,472.71 |
|---|---|---|---|

CARROZZERIA MEZZETTA
VIA SOCCORSO 21/A
CASTIGLIONE DEL LAGO, 06061
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,315.18 |
|---|---|---|---|

CARROZZERIA MILANO S.R.L.
VIA VOLTA 34
GAGGIANO, 20083
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 98.47 |
|---|---|---|---|

CARROZZERIA RE S.A.S
VIA DEI FABBRI 7
BREGANZE, 36042
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,732.28 |
|---|---|---|---|

CARROZZERIA ROYAL SNC
VIA MERANO 101/I/R
GENOVA, 16154
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**

CARROZZERIA SALERNO MARTINO
VIA VITTORIO VENETO 6
INVERUNO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    22.28

---

**3.303** | **Nonpriority creditor's name and mailing address**

CARROZZERIA SCACCABAROZZI F.LLI SNC
VIA STATALE 47
SANTA MARIA HOE, 23889
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,339.37

---

**3.304** | **Nonpriority creditor's name and mailing address**

CARROZZERIA SIRONI GAETANO SNC
VIA STATALE 11
BARZAGO, 23890
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5,744.74

---

**3.305** | **Nonpriority creditor's name and mailing address**

CARROZZERIA SPRINT SNC
LOCALITA LA CAIOLI 69
CASTIGLIONE DEL LAGO, 06061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    8,056.37

---

**3.306** | **Nonpriority creditor's name and mailing address**

CARROZZERIA TUNISI SNC
VIA TORINO, 21 BIS
PIANEZZA, 10044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,674.43

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

CARROZZERIA VESCOVI SRL
VIA ALTA 5
MARCON, 30020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,156.00

---

**3.308** **Nonpriority creditor's name and mailing address**

CARROZZERIA VILLANOVA S.N.C. DI TOS
LARGO PEDERZANA 10/12/14
VILLANOVA DI CASTENASO BOLOGNA, 40055
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,098.57

---

**3.309** **Nonpriority creditor's name and mailing address**

CARS CENTER SRL
VIA ROMA 102
CAVENAGO BRIANZA, 20873
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,855.36

---

**3.310** **Nonpriority creditor's name and mailing address**

CARS TECNOLOGIES & SOLUTIONS SRL
VIA TORRIONE 3
PUGLIANELLO, 82030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,749.18

---

**3.311** **Nonpriority creditor's name and mailing address**

CAST MONACO
19 RUE BASSE
MONACO, 98000
MONACO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,109.71

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.312** | **Nonpriority creditor's name and mailing address** | $ 105.61 |
| | CAV. SOCRATE INCERTI E FIGLI SNC<br>VIA REGGIO, 51/A<br>PARMA, 43126<br>ITALY | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **3.313** | **Nonpriority creditor's name and mailing address** | $ 5,140.18 |
| | CDR AUTO SRL<br>VIA DALMAZIA, 127<br>BRESCIA, 25125<br>ITALY | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **3.314** | **Nonpriority creditor's name and mailing address** | $ 1,904.90 |
| | CEAB DUE SRL<br>V.LE L. BORRI, 168<br>VARESE, 21100<br>ITALY | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **3.315** | **Nonpriority creditor's name and mailing address** | $ 151,642.59 |
| | CEAM SNC DI CANE & C<br>SS231 INT6 B ZONA IND<br>MONTICELLO D ALBA, 12066<br>ITALY | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| **3.316** | **Nonpriority creditor's name and mailing address** | $ 8,431.31 |
| | CEI - COMITATO ELETTROTECNICOITALIA<br>VIA SACCARDO, 9<br>MILANO, 20134<br>ITALY | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317** **Nonpriority creditor's name and mailing address**

CEMEDI S.R.L SOCIETA UNIPERSONALE
CORSO MASSIMO D'AZEGLIO 25
TORINO, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,730.99

---

**3.318** **Nonpriority creditor's name and mailing address**

CENTER CAR SRL
VIA FAUSTO GULLO 16
POLISTENA, 89024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 707.11

---

**3.319** **Nonpriority creditor's name and mailing address**

CENTER CAR SRL
VIA FRANCIA, 2/D
SONDRIO, 23100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,875.75

---

**3.320** **Nonpriority creditor's name and mailing address**

CENTRO ASSISTENZA GRANATA SRL
VIA SIBARI 11
MILANO, 20141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,253.24

---

**3.321** **Nonpriority creditor's name and mailing address**

CENTRO AUTO DELL'INDUSTRIA SRL
VIA RINASCITA 7/A
OZZANO EMILIA, 40064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,755.13

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.322** Nonpriority creditor's name and mailing address

CENTRO AUTO SACCO E SCHIERI SRL
VIA GOLDONI 91
VIGNOLA, 41058
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                11,358.49

---

**3.323** Nonpriority creditor's name and mailing address

CENTRO AUTO TRS SRL
VIA BRUNETTI 2
MILANO, 20156
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                    133.21

---

**3.324** Nonpriority creditor's name and mailing address

CENTRO AUTORIPARAZIONI LEVORATO
VIA CAZZAGHETTO, 95
DOLO, 30031
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                 1,056.06

---

**3.325** Nonpriority creditor's name and mailing address

CENTRO CAR SERVICE SAS
VIA TESSITORI 6
ORVIETO, 05019
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                    450.55

---

**3.326** Nonpriority creditor's name and mailing address

CENTRO DIAGNOSTICO ITALIANO SPA
VIA SAINT BON 20
MILANO, 20147
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                 1,564.10

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.327** | **Nonpriority creditor's name and mailing address**

CENTRO GOMME
VIA BERGAMO 25
TREVIGLIO, 24047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,999.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

CENTRO GOMME BRIANZOLO SRL
VIA DEL GUADO, 39
DESIO, 20832
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 462.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

CENTRO REVISIONI VOMERO SRL
VIA DOMENICO FONTANA 28/34
NAPOLI, 80128
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 473.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

CENTRO SERVIZI AUTO RASOTTO S.R.L.
VIA S.FOSCA, 25
DUEVILLE, 36031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 64.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

CENTRO SERVIZI SALUZZO SNC
VIA TORINO, 75/A
SALUZZO, 12037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,894.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332 Nonpriority creditor's name and mailing address**

CENTRO SERVIZIO AUTO PALMAROLA SNC
VIA DELLA PALMAROLA 180
ROMA, 00135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,272.70

---

**3.333 Nonpriority creditor's name and mailing address**

CEPAS S.R.L.
VIA MARIO BIANCHINI 13
ROMA, 00142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,361.78

---

**3.334 Nonpriority creditor's name and mailing address**

CERVED GROUP S.P.A.
VIA DELL'UNIONE EUROPEA N.6/A-6/B
SAN DONATO, 20097
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99.41

---

**3.335 Nonpriority creditor's name and mailing address**

CESIFORM SRL
VIA D'ARIGANANO 2C
FOGGIA, 71121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 195.00

---

**3.336 Nonpriority creditor's name and mailing address**

CEVA  LOGISTICS ITALIA SRL
STRADA 3 PALAZZO B 5
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,239,408.09

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.337** | **Nonpriority creditor's name and mailing address**

CEVA AUTOMOTIVE LOGISTICS POLAND SP
UL. KONWOJWA 51
BIELSKO - BIALA, 43346
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,186.05

---

**3.338** | **Nonpriority creditor's name and mailing address**

CEVA FREIGHT ITALY SRL
V.J.F.KENNEDY, 3 FRAZ. MILLEPINI
RODANO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 129,048.89

---

**3.339** | **Nonpriority creditor's name and mailing address**

CEVA LOGISTICS ITALIA SRL ITALIA SR
STRADA 3 PALAZZO B5
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 975,676.53

---

**3.340** | **Nonpriority creditor's name and mailing address**

CHAUSSENDE APPRAU
ZI DE LA GANDONNE 7,RUE DE
SALON DE PROVENCE, 13300
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,011.96

---

**3.341** | **Nonpriority creditor's name and mailing address**

CHEMSAFE SRL
VIA RIBES 5
COLLERETTO GIACOSA, 10010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 913.34

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** **Nonpriority creditor's name and mailing address**

CHIN PECH CO., LTD.
3F, NO 272-1, XINSHU RD
NEW TAIPEI CITY, 242
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,815.21

---

**3.343** **Nonpriority creditor's name and mailing address**

CIBLEX FRANCE S.A.S.
97 RUE MIRABEAU
IVRY SUR SEINE, 94200
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,710.19

---

**3.344** **Nonpriority creditor's name and mailing address**

CIBRARIO SNC DI PAVANI & CAVAGLIA
VIA SAN ROCCO 1
ANDEZENO, 10020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,828.95

---

**3.345** **Nonpriority creditor's name and mailing address**

CIDA AUTO COMPONENTS S.P.A.
STRADA  S. CATERINA 4
BARI, 70124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 162,635.58

---

**3.346** **Nonpriority creditor's name and mailing address**

CIPPITANI SANDRO
VIA G. CORRIDONI 8
CISTERNA DI LATINA, 04012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,237.07

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347** Nonpriority creditor's name and mailing address

CIRO RICAMBI  S.R.L.
VIA TORRE, 63
SAVIANO, 80039
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 92,416.12

**3.348** Nonpriority creditor's name and mailing address

CITS V SERVICE (ITALY) SRL
VIA ANTONIO SALANDRA 18
ROMA, 00187
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,901.87

**3.349** Nonpriority creditor's name and mailing address

CLEPA AISBI
BOULEVARD BRAND WHITLOCK 87/B1
BRUSSELS, 1200
BELGIUM

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,133.44

**3.350** Nonpriority creditor's name and mailing address

CMZ RICAMBI S.R.L.
VIA VILLAFONTANA, 41
OPPEANO FRAZ. VILLAFONTANA, 37050
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,533.93

**3.351** Nonpriority creditor's name and mailing address

CO.GE.AL. S.R.L.
VIA EINUADI, 12/14
NUORO, 08100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 376.19

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352** **Nonpriority creditor's name and mailing address**

CO.MAR.CA
VIA FERDINANDO DI GIORGI 1 C
PALERMO, 90145
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 342.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353** **Nonpriority creditor's name and mailing address**

CO.R.A.L. COOP.SRL
VIA DEGLI ACQUAIOLI 10
LIVORNO, 57122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354** **Nonpriority creditor's name and mailing address**

CO.RI. AUTORIPARAZIONI SNC
VIA CHIANTORE
TORINO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 65.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355** **Nonpriority creditor's name and mailing address**

CO2 ADVERTISING S.R.L.
VIA GIOVANNI GIOLITTI 14
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 87.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356** **Nonpriority creditor's name and mailing address**

COARSA SRL
Z.I. PREDDA NIEDDAS NORD
SASSARI, 07100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 505.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,704.68 |
|---|---|---|---|

COARSA SRL (ORISTANO)
Via Romagna, 25
Oristano, 09170
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358   Nonpriority creditor's name and mailing address**

COARSA SRL (SASSARI)
z.i. Predda Nieddas nord
Sassari, 07100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 644.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359   Nonpriority creditor's name and mailing address**

COJALI  ITALY S.R.L.
VIA RAFFAELLO SANZIO 12
CESANO BOSCONE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 912.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360   Nonpriority creditor's name and mailing address**

COLACI BUSINESS HUB DWC-LLC
OFFICE 463, BUILDING C, BUSSINES
DUBAI,
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,123.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.361   Nonpriority creditor's name and mailing address**

COLLINS SRL
VIA G. PEZZOTTI, 4
MILANO, 20141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,532.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.362** Nonpriority creditor's name and mailing address

COLOMBO & SALA SNC
VIA TORRICELLI
CARONNO PERTUSELLA, 21042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,772.60

---

**3.363** Nonpriority creditor's name and mailing address

COLZANI SRL SOCIO UNICO
VIA MILANO 40
SEREGNO, 20831
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,850.08

---

**3.364** Nonpriority creditor's name and mailing address

COM & GRAPH IMPRESSIONS
6 BIS, CHEMIN SOUS LES SAULES
NEYRON, 01700
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 500.06

---

**3.365** Nonpriority creditor's name and mailing address

COMIECO
VIA VITTOR PISANI 10
MILANO, 20124
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 386.22

---

**3.366** Nonpriority creditor's name and mailing address

COMMERCIALGRILL S.R.L.
VIALE DE BLASIO, 4 C/O PARCO COMM
BARI, 70121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 148.30

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** Nonpriority creditor's name and mailing address

COMPAGNIA FIDUCIARIA NAZIONALE SPA
GALLERIA DE CRISTOFORIS 3
MILANO, 20122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,308.47

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.368** Nonpriority creditor's name and mailing address

COMPAGNIE FRANCAISE D'ASSURANCE POUR LE COMMERCE
EXTERIERUR S.A.
1 PLACE COSTES ET BELLONTE
BOIS-COLOMBES, 92270
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  SURETY BOND #: 2268489 FOR THE BENEFIT OF
AGENZIA DELLE DOGANE DI MILANO 2

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.369** Nonpriority creditor's name and mailing address

COMPASS GROUP ITALIA SPA
VIA ANGELO SCARSELLINI 14
MILANO, 20161
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 74.80

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.370** Nonpriority creditor's name and mailing address

COMPTOIR GUYANAIS DE L'AUTO SAS
874, ROUTE DE LA MADELEINE
CAYENNE, 97300
GUYANA

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 337.73

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.371** Nonpriority creditor's name and mailing address

CONGIU ARMANDO & C. SNC
VIALE DEI PLATANI, 15
MURAVERA, 09043
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,316.90

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.372** **Nonpriority creditor's name and mailing address**

CONS. A-R-S- SOC. COOP.VA
V.LE TOSELLI 14/16/18
SIENA, 53100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,870.68

---

**3.373** **Nonpriority creditor's name and mailing address**

CONSORZIO FENCAR FEDERAZIONE NAZION
VIALE DELL'ARTIGIANO 2DA TRAV. DX
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,141.73

---

**3.374** **Nonpriority creditor's name and mailing address**

CONTESSI CARLO S.R.L.
CONTESSI CARLO S.R.L.
RAVENNA, 48121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,651.03

---

**3.375** **Nonpriority creditor's name and mailing address**

COPE AUTORICAMBI SRL
CORSO SEBASTOPOLI 233 A
TORINO, 10137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112,213.46

---

**3.376** **Nonpriority creditor's name and mailing address**

CORA S.A.S.
445 RUE A. AMPERE ZI DU CHAPOTIN
CHAPONNAY, 69970
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,125.20

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.377 Nonpriority creditor's name and mailing address**

COREPLA
VIA DEL VECCHIO POLITECNICO
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.34

---

**3.378 Nonpriority creditor's name and mailing address**

COSEPURI SOC. COOP P.A.
VIA AUGUSTO POLLASTRI,8
BOLOGNA, 40138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109.75

---

**3.379 Nonpriority creditor's name and mailing address**

CR.F. ELETTRONICA SAS
VIA STABILIMENTI, 132/134
SANTA VENERINA CT, 95010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.81

---

**3.380 Nonpriority creditor's name and mailing address**

CRAVEDI S.P.A
VIALE DELLA REPUBBLICA 4/C
FONTANE DI VILLORBA, 31020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,561.97

---

**3.381 Nonpriority creditor's name and mailing address**

CRAVEDI S.P.A.
VIA DELLA SIDERURGIA, 16
ZAI 2 BASSONE, 37139
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 52,262.62

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,498.05 |
|---|---|---|---|

CRAVEDI SPA
VIA GIOTTO, 9
MOGLIANO VENETO ZONA INDUSTRIALE S., 31021
ITALY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | | $ 3,379.97 |
|---|---|---|---|

CRISTINA SRL
VIA FONTANELLE 50
CATANIA, 95041
ITALY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | | $ 2,055.02 |
|---|---|---|---|

CRITERION RESEARCH S.R.L.
VIA MALAGA 6
MILANO, 20143
ITALY

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | | $ 912.55 |
|---|---|---|---|

CUPIDO ERMANNO
VIA TUDERTE
NARNI, 05035
ITALY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | | $ 15,186.24 |
|---|---|---|---|

CVP S.R.L.
VIA CIRCONVALLAZIONE 53
ACQUI TERME, 15011
ITALY

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45,252.52 |
|---|---|---|---|

D.R.E.S. DI BARBANTE S.R.L.
VIA SAMPOLO, 38
PALERMO, 90143
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | | $ 326.22 |
|---|---|---|---|

DA.MA SRL
Via Monteleoni 4 58100 Grosseto GR
Grosseto, 58100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | | $ 3,196.70 |
|---|---|---|---|

DAF CONSEIL SAS
6 RUE BERNARD PALISSY ZI LA
BATIMENT, 91070
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | | $ 1,027.51 |
|---|---|---|---|

DAIMLER AG.
MERCEDESSTRASSE 120
STUTTGART, 70372
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | | $ 104,457.19 |
|---|---|---|---|

DANCAR SRL
VIA TAVAZZANO, 14
MILANO, 20155
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.392** Nonpriority creditor's name and mailing address

D'ANDREA MOTORS SRL
ZONA ARTIGIANALE C.DA FIORENTINO SN
VILLAFRANCA TIRRENA, 98049
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 665.62

---

**3.393** Nonpriority creditor's name and mailing address

D'ANGELANTONIO  SRL
VIA RAIALE 145 ZONA IND.LE
PESCARA, 65128
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 18.61

---

**3.394** Nonpriority creditor's name and mailing address

D'ANGELO SNC DI F.LLI D'ANGELO G E
VIA NAZIONALE 23
VIA NAZIONALE 23, 64100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 958.91

---

**3.395** Nonpriority creditor's name and mailing address

D'AQUILA SRLS
VIA DELL'AGRICOLTURA, 61
CASTROVILLARI, 87012
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,765.64

---

**3.396** Nonpriority creditor's name and mailing address

DAS EUROPE SRL
VIA LEOPOLDO GIUNTINI 50F
EMPOLI, 50053
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,205.20

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.397** Nonpriority creditor's name and mailing address
DASIR
5 RUE DE CATALOGNE
DECINES CHARPIEU, 69150
FRANCE

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,279.25

---

**3.398** Nonpriority creditor's name and mailing address
DAUNIA SOCCORSO DI CICCONE SRL
VIALE DEGLI ARTIGIANI 58
FOGGIA, 71121
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,497.58

---

**3.399** Nonpriority creditor's name and mailing address
DAYCO EUROPE SRL
VIA PAPA LEONE XII, 45
CHIETI SCALO, 66100
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,808.12

---

**3.400** Nonpriority creditor's name and mailing address
DBINFORMATION SPA
STRADA 4, PALAZZO A, SCALA 2
ASSAGO, 20057
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,089.27

---

**3.401** Nonpriority creditor's name and mailing address
DE ANGELIS  SRL
VIA  URBINATE 1 LOC. S. DONATO
URBINO, 06129
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,023.33

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 37,225.22 |
|---|---|---|---|

DE CAROLIS SRL
VIA DEL COMMERCIO, 19
APRILIA, 04011
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40,622.41 |
|---|---|---|---|

DE FRANCO ROCCO & C. SAS
VIA TIMPONE SCIFARIELLO
CASTROVILLARI, 87012
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,987.19 |
|---|---|---|---|

DE LUCA UGO SNC
VIA MAMELI, 28
OLBIA, 07026
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,217.18 |
|---|---|---|---|

DE MARIA AUTO S.N.C. DI GIANNI DE M
VIA ASIAGO 20
COMO, 22100
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 263.18 |
|---|---|---|---|

DEA SRLS
VIA GHIAROLA NUOVA, 34
FIORANO MODENESE, 41042
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** **Nonpriority creditor's name and mailing address**

DEAR SRL
VIA PORTICO 2
ORIO AL SERIO, 24050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 696.42

---

**3.408** **Nonpriority creditor's name and mailing address**

DECAR SRL
VIA VANONI 45/B
PIANTEDO, 23010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,811.97

---

**3.409** **Nonpriority creditor's name and mailing address**

DELL SA
VIALE MILANO FIORI PALAZZO WTC
ASSAGO MILANOFIORI, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 438.86

---

**3.410** **Nonpriority creditor's name and mailing address**

DELOITTE & TOUCHE S.P.A.
VIA TORTONA 25
MILANO, 20144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 116,999.37

---

**3.411** **Nonpriority creditor's name and mailing address**

DELPA AUTOFFICINA SNC DI DELLA CORT
VIA DEGLI IMBRIANI 17
MILANO, 20158
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 222.08

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412** Nonpriority creditor's name and mailing address

DENSO THERMAL SYSTEMS SPA
FRAZIONE MASIO 24
POIRINO, 10146
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 339,485.00

---

**3.413** Nonpriority creditor's name and mailing address

DH LIGHTING EUROPE S.A.R.L.
35 RUE ROBERT SCHUMAN-STROOOSS
FRISANGE, 5751
LUXEMBOURG

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 52,011.21

---

**3.414** Nonpriority creditor's name and mailing address

DHL EXPRESS (ITALY) SRL
VIA G.S.BERNARDO STR 5,PAL.U/3
ROZZANO,LOC.MILANOFIORI, 20090
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,743.69

---

**3.415** Nonpriority creditor's name and mailing address

DHL GLOBAL FORWARDING (ITALY) SPA
V.GRAN S.BERNARDO ST.5 PALAZZO U3
ROZZANO, 20089
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 46,171.90

---

**3.416** Nonpriority creditor's name and mailing address

DI VINA SNC DI VINA SALVATORE E ALE
VIA ISTRIA, 3
PETRALIA SOPRANA, 90144
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,072.74

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number *(if known)* | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** **Nonpriority creditor's name and mailing address**

DI. CAR. ASSISTANCE SRL
VIA FORMELLESE SUD, KM 5,695
FORMELLO, 00060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 143.08

---

**3.418** **Nonpriority creditor's name and mailing address**

DI.PA. SPORT SRL
VIA DELLA CHIUSA, 34
ROVELETO DI CADEO, 29010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 134,744.27

---

**3.419** **Nonpriority creditor's name and mailing address**

DIEMMECAR SNC
VIA MONTE MULAT, 18
PREDAZZO, 38037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,027.85

---

**3.420** **Nonpriority creditor's name and mailing address**

DIMENSIONE MOTORI S.N.C.
VIA PIRANDELLO 4
ABBIATEGRASSO, 20081
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.29

---

**3.421** **Nonpriority creditor's name and mailing address**

DIMSPORT SRL
LOCALITA SAN IORIO 8B Z.I.
SERRALUNGA DI CREA, 15020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 720.93

---

Case 25-11034-CTG   Doc 557   Filed 08/11/25   Page 147 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.422** **Nonpriority creditor's name and mailing address**

DISTRI CASH
ZONE ARTISANALE D'USSEAU
STE SOULLE, 17220
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,349.60

---

**3.423** **Nonpriority creditor's name and mailing address**

DITTA BORRILLO DONATO
Via Roma 2
Molinara, 82020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 369.86

---

**3.424** **Nonpriority creditor's name and mailing address**

DITTA RUSSO GAETANO RICAMBI AUTO
VIA P BRONZETTI 80
S NICOLA LA STRADA,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,821.45

---

**3.425** **Nonpriority creditor's name and mailing address**

DITTA TUMMINIA PIETRO
VIA GIOACCHINO DI MARZO
palermo, 90144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 659.01

---

**3.426** **Nonpriority creditor's name and mailing address**

DN AUTOMOTIVE ITALY SRL UNIPERSONAL
VIA S. ANTONIO, 59
PASSIRANO, 25050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 973,204.08

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** | **Nonpriority creditor's name and mailing address**

DODI SOCIETA COOPERATIVA SNC
VIA ILARIUZZI, 13
PARMA, 43126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,688.84

---

**3.428** | **Nonpriority creditor's name and mailing address**

DOMINICI SRL
VIALE DEI PICCIOTTI 30
PALERMO, 90123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,842.32

---

**3.429** | **Nonpriority creditor's name and mailing address**

DR SRL
VIA GIULIO NATTA 9 B
TORINO, 10148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,030.41

---

**3.430** | **Nonpriority creditor's name and mailing address**

DRAM SNC
CDA CHIANIZZI ZONA IND
SENISE, 85038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,614.76

---

**3.431** | **Nonpriority creditor's name and mailing address**

DRIVALIA S.P.A.
CORSO ORBASSANO 367
TORINO, 10137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 879.87

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.50 |
|---|---|---|---|

DSV AIR & SEA GMBH
GRUENER DEICH 1
HAMBURG, 20097
GERMANY

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,221.02 |
|---|---|---|---|

DUE EMME SRL (TORINO)
CORSO SEBASTOPOLI 233A
Torino, 10137
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,845.76 |
|---|---|---|---|

DUE EMME SRL (VOGHERA)
VIA DEI MILLE 25
VOGHERA, 27058
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,053.52 |
|---|---|---|---|

DUESSEGI EDITORE S.R.L.
VIA DELL'ANNUNCIATA 27
MILANO, 20128
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,856.99 |
|---|---|---|---|

DYNATRACE S.R.L.
VIALE ENRICO FORLANINI 23
MILANO, 20134
ITALY

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 150 of 401

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.437** **Nonpriority creditor's name and mailing address**

E.P. SERVIZI SRL SEMPLIFICATA
VIA DELLE FORNACI SNC
TREVI NEL LAZIO, 03010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,759.79

---

**3.438** **Nonpriority creditor's name and mailing address**

ECO.CAR S.A.S.
VIA XXI APRILE 1945 51
SANT' AGATA BOLOGNESE, 40019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,820.20

---

**3.439** **Nonpriority creditor's name and mailing address**

EDINET S.R.L.
CORSO ITALIA 66
PIETRA LIGURE, 17027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,207.74

---

**3.440** **Nonpriority creditor's name and mailing address**

EDITORIALE DOMUS SPA
VIA GIANNI MAZZOCCHI 1 3
ROZZANO, 20089
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,583.25

---

**3.441** **Nonpriority creditor's name and mailing address**

EION SRL
VIA INGHILTERRA 4
VIGONZA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 340,106.40

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.442** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | EL MOHER CAR TRADING<br>BUILD. 11 ELKOBA ST ROXY , HELIOPOL<br>CAIRO,<br>EGYPT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $ 4,437.71

| | | |
|---|---|---|
| **3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | ELAH-DUFOUR SPA SOC.ALIMENTARI RIUN<br>STRADA SERRAVELLE, 73<br>NOVI LIGURE, 15067<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $ 266.49

| | | |
|---|---|---|
| **3.444** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | ELEKTRA DI COTICELLI CIRO<br>VIA MOTTA BARDASCINI, 95<br>SANTA MARIA LA CARITA, 80050<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $ 379.67

| | | |
|---|---|---|
| **3.445** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | ELETTRA 1938 SPA<br>V.LE EUROPA 63<br>MONTECCHIO MAGGIORE, 36075<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $ 468.21

| | | |
|---|---|---|
| **3.446** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | ELETTRAUTO BERTANI ROBERTO<br>VIA IMPERATRIZ 14<br>LEGNANO, 20025<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

Amount of claim: $ 78.09

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.447** **Nonpriority creditor's name and mailing address**

ELETTRAUTO BOLOGNESE SRL
VIA OFANTO SNC
LATINA, 04100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 920.77

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.448** **Nonpriority creditor's name and mailing address**

ELETTRAUTO BRESCIANI GIANCARLO
VIA ALBANO SEGURI 22A2B
MANTOVA, 46100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 812.70

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.449** **Nonpriority creditor's name and mailing address**

ELETTRAUTO CAMPANINI VASCO & C. SNC
VIA DI VITTORIO 13
MARMIROLO, 46045
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,773.74

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.450** **Nonpriority creditor's name and mailing address**

ELETTRAUTO MARINO SERAFINO
VIA CARDAME 8
CORIGLIANO CALABRO, 87064
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,129.86

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.451** **Nonpriority creditor's name and mailing address**

ELETTRICA EMMEEFFE SRL
VIA URAGO 13/A
TAVERNERIO, 22038
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 35,072.92

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** **Nonpriority creditor's name and mailing address**

ELETTROCLIMA SNC DI CARRARO LUIGI &
VIA VISCO 12
LIMENA, 35010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,801.42

---

**3.453** **Nonpriority creditor's name and mailing address**

ELETTRODIESEL EMILIA SNC DI
VIA INDIPENDENZA 3/H
MODENA, 41122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,613.58

---

**3.454** **Nonpriority creditor's name and mailing address**

ELETTROFFICINA DI RUTIGLIANI BIAGIO
VIA MILLICO 57
TERLIZZI, 70038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,469.73

---

**3.455** **Nonpriority creditor's name and mailing address**

ELETTRONICA MOTOR SYSTEM  SAS
VIA BORGONUOVO 44
ISOLA DEL LIRI, 03036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,513.71

---

**3.456** **Nonpriority creditor's name and mailing address**

ELETTROSYSTEM SNC DI
VIA E. FERMI 65/L
REGGIO EMILIA, 42123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 353.95

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.457** | **Nonpriority creditor's name and mailing address**

ELKE S.R.L.
VIA XXV APRILE 202
NICHELINO, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 24,763.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address**

EMBASSY FREIGHT SERVICES SPA
VIA ETTORE MAJORANA 6
REGGIO EMILIA, 42100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,084.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address**

EMMEA SNC DI BARO MARCO E PISTONE A
STRADA STATALE 26 KM 24
STRAMBINO, 10019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,256.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address**

EMPORIO GOMME MOMESSO SAS
VIA VITTORIO VENETO, 81
SAN DONA DI PIAVE, 30027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 23,635.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address**

ENGINEERING D.HUB S.P.A.
VIALE CARLO VIOLA  76
PONT SAINT MARTIN, 11026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 31,339.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 155 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.462** | **Nonpriority creditor's name and mailing address**

ENHANCERS S.R.L.
VIA CARLO ALBERTO 55
TORINO, 10123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 84,883.90

---

**3.463** | **Nonpriority creditor's name and mailing address**

EPCARSGT SL
CALLE MIRAMARGES NUM 7 PLANTA 2 PTA
VIC, 08500
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,009.23

---

**3.464** | **Nonpriority creditor's name and mailing address**

EREDI DI COLOMBO CARLO SDF
VIA ASPROMONTE 69
LECCO, 23900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,748.58

---

**3.465** | **Nonpriority creditor's name and mailing address**

EREDI DI DADONE DOMENICO SAS
CORSO A. GRAMSCI, 25
CUNEO, 12100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,201.93

---

**3.466** | **Nonpriority creditor's name and mailing address**

ESCLUSIVA SRL
VIA TERRE RISAIE 10
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,647.39

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.467** | **Nonpriority creditor's name and mailing address**

ESSE TRE SRL
VIA SILVIO PELLICO, 12
MEDA, 20821
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,986.09

---

**3.468** | **Nonpriority creditor's name and mailing address**

ESTEMOTOR S.R.L.
VIA ATHESTE 65
ESTE, 35042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,840.91

---

**3.469** | **Nonpriority creditor's name and mailing address**

ETAB. LUMLUX
1, RUE THOMAS EDISON
GENNEVILLIERS, 92233
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,708.40

---

**3.470** | **Nonpriority creditor's name and mailing address**

ETAI SERVICES FINANCIERS
ANTONY PARC 2
ANTONY, 92160
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,989.26

---

**3.471** | **Nonpriority creditor's name and mailing address**

EUCON GMBH
MARTIN-LUTHER-KING-WEG 2
MUNSTER, 48155
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101,350.36

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.472** Nonpriority creditor's name and mailing address

EURO CAR PARTS LIMITED
BIRCH COPPICE BUSINESS PARK,DANNY M
DORDON TAMWORTH, B78 1SE
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 17,394.64

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.473** Nonpriority creditor's name and mailing address

EURO IMPACT S.R.L.
VIA MARIO PAGANO, 25
CINISELLO BALSAMO, 20092
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 419.26

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.474** Nonpriority creditor's name and mailing address

EUROCAR S.R.L.
VIA E. GRECO SNC
RIETI, 02100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 483.86

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.475** Nonpriority creditor's name and mailing address

EUROFFICINA DI SAMA CHRISTIAN & C.
VIA CERCHIA DI S.EGIDIO 920/930
CESENA, 47521
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,079.28

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.476** Nonpriority creditor's name and mailing address

EUROLAVORO SOCIETA CONSORTILE ARL
VIA XX SETTEMBRE 30
LEGNANO, 20025
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,166.10

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 4,994.97 |
|---|---|---|---|

EUROPCAR ITALIA SPA
PIAZZALE DELL INDUSTRIA 40/46
ROMA, 00144
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 38,784.01 |
|---|---|---|---|

EVERGREEN DESIGN HOUSE LIMITED
33 QUINTON CLOSE
WARWICK, CV35 7TN
UNITED KINGDOM

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 27,668.43 |
|---|---|---|---|

EXADIS
52 RUE JEAN ZAY
SAINT- PRIEST, 69800
FRANCE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 7,139,145.38 |
|---|---|---|---|

EXIDE TECHNOLOGIES SRL
VIA D ALIGHIERI 100 106
ROMANO DI LOMBARDIA, 24058
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 11,253.67 |
|---|---|---|---|

F. MEA DI FRANCESCO MEA & C. SNC
VIA DEI VERDONI  28
ROMA, 00169
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.482** **Nonpriority creditor's name and mailing address**

F.A. CARSERVICES SRLS
VIA VADEROA 83
FIUMICINO, 00054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                29,270.62

---

**3.483** **Nonpriority creditor's name and mailing address**

F.ILI NEGRI DI NEGRI ENRICO & C. SN
VIALE ROMA 25
CHIAVENNA, 23022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    686.93

---

**3.484** **Nonpriority creditor's name and mailing address**

F.LLI AIACHINI DI CARLO AIACHINI E
VIALE MADONNINA DEI CENTAURI, 130
CASTELLAZZO BORMIDA, 15073
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,238.95

---

**3.485** **Nonpriority creditor's name and mailing address**

F.LLI AMADORI SNC DI PIER DOMENICO
VIA PROVINCIALE, 2/A
FIUMANA DI PREDAPPIO, 47010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    311.01

---

**3.486** **Nonpriority creditor's name and mailing address**

F.LLI BIANCO SNC DI VINCENZO &
FRAZIONE VORAGNO 13
CERES, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    201.70

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.487** Nonpriority creditor's name and mailing address

F.LLI CALARCO SRL
VIALE DELLA LIBERTA' 18
REGGIO CALABRIA, 89123
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,674.41

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.488** Nonpriority creditor's name and mailing address

F.LLI CANNETTO SRL
STRADA AMERINA 55A
AMELIA, 05022
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 172.66

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.489** Nonpriority creditor's name and mailing address

F.LLI CARAVATI SNC
VIA OLTRONA, 21
BARASSO, 21020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 6,347.03

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.490** Nonpriority creditor's name and mailing address

F.LLI COMENSOLI OLIVARI S.A.S
LOCALITA TRE PONTI, 4
SAN PAOLO, 25020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,411.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.491** Nonpriority creditor's name and mailing address

F.LLI DI VELLO S.N.C. DI DI VELLO M
VIA PROVINCIALE, PRIMA TRAVERSA 1
TOCCO DA CASAURIA, 65028
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,408.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,756.96 |
|---|---|---|---|

F.LLI DIEZ SNC
SONA ART.LE MONTE COINZOLU, 14
ITTIRI, 07044
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 732.54 |
|---|---|---|---|

F.LLI FALCO DI FALCO DOMENICO E C S
VIALE TRIESTE 95
SESSAAURUNCA, 81037
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 593.52 |
|---|---|---|---|

F.LLI FERRARO DI FERRARO CALOGERO
VIA MOZART 1
CANICATTI, 92024
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,031.03 |
|---|---|---|---|

F.LLI GANDOLFI S.R.L.
VIA MULINAZZO,2029
LUSURASCO, 29010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,850.14 |
|---|---|---|---|

F.LLI GUARIGLIA OVIDIO E CARMINE SR
VIA RISORGIMENTO, 8
AGROPOLI, 84100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.497** | **Nonpriority creditor's name and mailing address**

F.LLI MILIGHETTI SNC DI MILIGHETTI
VIA TEVERE 65 67
CASTIGLION FIORENTINO, 52043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,596.53

**3.498** | **Nonpriority creditor's name and mailing address**

F.LLI MORICHI DI ANDREA E MARZIA MO
VIA ALBERTINI 4
ANCONA, 60131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 689.10

**3.499** | **Nonpriority creditor's name and mailing address**

F.LLI MORRONE & FIGLI SRL
VIA GREGORIO LAMANNA 10
COSENZA, 87100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,269.89

**3.500** | **Nonpriority creditor's name and mailing address**

F.LLI MURA & C. SNC
VIA FELICE CAVALLOTTI, 80
MONTICHIARI, 25018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,025.77

**3.501** | **Nonpriority creditor's name and mailing address**

F.LLI PIROTTA SNC DI PIROTTA
VIA S.GAETANO 53
CASATENOVO, 23880
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,346.98

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502** **Nonpriority creditor's name and mailing address**

F.LLI ROTTIGNI SNC AUTOFFICINA
VIA M. CERRUTI 6-8 N
GENOVA SESTRI PONENTE, 16154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,822.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.503** **Nonpriority creditor's name and mailing address**

F.LLI RUSCONI SNC DI ERNESTO & C.
VIA CASTAGNERA 11
VALMADRERA, 23868
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,654.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.504** **Nonpriority creditor's name and mailing address**

F.LLI SANVITO SNC DI RINALDO &
VIA CONCORDIA 4/A
VEDUGGIO CON COLZANO, 20837
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,796.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.505** **Nonpriority creditor's name and mailing address**

F.LLI SEGLIANI SNC
VIA MONSELICE
DESIO, 20832
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,267.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.506** **Nonpriority creditor's name and mailing address**

F.LLI UGLIETTI MASSIMO & PAOLO SNC
VIA BRIGATE GARIBALDI 56
VARALLO SESIA, 13019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,237.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.507** **Nonpriority creditor's name and mailing address**

FACET S.R.L. A SOCIO UNICO
CORSO FRANCIA 329
COLLEGNO, 10093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   3,692.01

---

**3.508** **Nonpriority creditor's name and mailing address**

FACILERENT SRL
VIA CIMILIARCO, SNC
CASORIA, 80026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   3,582.91

---

**3.509** **Nonpriority creditor's name and mailing address**

FAGIOLI CAR SERVICE
VIA MILANO 111
NERVIANO, 20014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,513.91

---

**3.510** **Nonpriority creditor's name and mailing address**

FALBO RICAMBI SRL
S.S.106 BIS ZONA IND.SETT.4
CORIGLIANO SCALO, 87064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   3,928.86

---

**3.511** **Nonpriority creditor's name and mailing address**

FANTON AUTO SRL
VIA DELL ARTIGIANATO 2
CASALSERUGO, 35020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     216.22

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.512 Nonpriority creditor's name and mailing address**
FARAM S.R.L.U.
V.LE DEI MILLE 25
VOGHERA, 27058
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,798.63

**3.513 Nonpriority creditor's name and mailing address**
FAREL S.A.S. DI RANDAZZO ROSALIA &
VIA SANTO SPIRITO, 67
CALTANISSETTA, 93100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,248.75

**3.514 Nonpriority creditor's name and mailing address**
FAREL S.A.S. DI RANDAZZO ROSALIA &
VIA ALCAMO, 15
TRAPANI, 91100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,069.72

**3.515 Nonpriority creditor's name and mailing address**
FARINA SRL
VIA BICE CREMAGNANI,54
VIMERCATE, 20871
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 789.70

**3.516 Nonpriority creditor's name and mailing address**
FASTBA SNC DI STEFANI ORFEO E C.
VIA SIORA ADRIANA DEL VESCOVO
TREVISO, 31100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,477.20

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.517** **Nonpriority creditor's name and mailing address**

FCA GREECE A.E.
580A VOULIAGMENIS AV.
ATHENS, 16452
GREECE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 944.48

---

**3.518** **Nonpriority creditor's name and mailing address**

FCA ITALY SPA
CORSO G AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,386.59

---

**3.519** **Nonpriority creditor's name and mailing address**

FCA ITALY SPA
CORSO AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,677.55

---

**3.520** **Nonpriority creditor's name and mailing address**

FCA SECURITY S.C.P.A.
VIA PLAVA 86
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67,041.47

---

**3.521** **Nonpriority creditor's name and mailing address**

FCAR SRL
VIA C PISACANE 50 52
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130,514.78

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.522** | **Nonpriority creditor's name and mailing address**

FEDERAL MOGUL POWERTRAIN ITALY SRL
VIA FRATELLI MELIGA, 7
CHIVASSO, 10034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,199.42

---

**3.523** | **Nonpriority creditor's name and mailing address**

FIB SRL
STRADA PROV LE PER GIOIA CENTRO
SAN POTITO SANNITICO, 81016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 190,415.64

---

**3.524** | **Nonpriority creditor's name and mailing address**

FIERA S.R.L.
STR. GORETTA 94/L
MAPPANO, 10079
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,807.98

---

**3.525** | **Nonpriority creditor's name and mailing address**

FIERE INTERNAZIONALI DI BOLOGNA SPA
VIALE DELLA FIERA 20
BOLOGNA, 40127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 696.42

---

**3.526** | **Nonpriority creditor's name and mailing address**

FINCO FRANCESCO
VIALE ANDROMEDA 62
GRADO, 34073
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,820.45

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.527** | **Nonpriority creditor's name and mailing address**

FLA SERVICE SRL
VIA CONTE DELLA CERRA 24B
NAPOLI, 80129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,233.81

---

**3.528** | **Nonpriority creditor's name and mailing address**

FLASH CAR S.N.C.
VIA GOLFARELLI 80
FORLI, 47122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,437.57

---

**3.529** | **Nonpriority creditor's name and mailing address**

FLASHBAY LIMITED
6 THE FOUNTAIN CENTRE
FULHAM, SW6 2YW
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 971.04

---

**3.530** | **Nonpriority creditor's name and mailing address**

FLEXBIMEC INTERNATIONAL S.R.L.
VIA ROMA 26
ALBINEA, 42020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,138.35

---

**3.531** | **Nonpriority creditor's name and mailing address**

FLYCAR SNC DI TRALLI E CALZOLARI
VIA VIRGILIANA 100
BONDENO, 44012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 884.78

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.532** | **Nonpriority creditor's name and mailing address**

FOLTRAN SERVICE SRL
VIA CAPITELLO, 1/C
ZELARINO, 30174
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,898.20

---

**3.533** | **Nonpriority creditor's name and mailing address**

FORD WERKE GMBH
HENRY FORD STRASSE, 1
KOELN, 50725
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,048.53

---

**3.534** | **Nonpriority creditor's name and mailing address**

FORELETTRONICA S.R.L.
VIA DANTE,14
CISLIANO, 20080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 274.00

---

**3.535** | **Nonpriority creditor's name and mailing address**

FOUNDRY ALFE CHEM SRL
CORSO BRESCIA 77
TORINO, 10155
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 837,842.75

---

**3.536** | **Nonpriority creditor's name and mailing address**

FOUR SPORTS SRL UNIPERSONALE
VIA DELLE AZALEE 8
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,399.29

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.537** | **Nonpriority creditor's name and mailing address**

FPS STRATFORD
STRATFORD UPON AVON
CV37 9NY REGION WA WARWICKSHIRE,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 662.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**

FRAMA COSTRUZIONI S.R.L.
VIA XXV APRILE 20
DESIO, 20832
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 328.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**

FRANA GOMME S.R.L
VIA PIZZO DEL DIAVOLO 6
MADONE, 24040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 89.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**

FRANCO LEMBO SRL
VIA SANDRO PERTINI SN
PATTI, 98066
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,754.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address**

FRATELLI BASILE SRL
VIA LUCENTO
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,496.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.542** Nonpriority creditor's name and mailing address

FRATELLI GAROFALO SAS
VIA PIO X 30
CORBETTA, 20011
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 187.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.543** Nonpriority creditor's name and mailing address

FRATELLI MEA F.MEA DI FRANCESCO MEA
VIA DEI VERDONI, 28
ROMA, 00169
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 79,451.22

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.544** Nonpriority creditor's name and mailing address

FRATERNALI AUTO SNC
VIA METAURO 19
FERMIGNANO, 61033
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,933.07

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.545** Nonpriority creditor's name and mailing address

FREGUIA SRL
VIA PIERLUIGI NERVI 24 26
JESOLO, 30016
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,140.48

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.546** Nonpriority creditor's name and mailing address

FRENOCAR SPA IN CONCORDATO PREVENTI
VIA COLICO  10
MILANO, 20158
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 15,503.48

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|------------------------------------|------------------------|----------|
|        | Name                               |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547** | **Nonpriority creditor's name and mailing address**

FRI.TECH. S.R.L.
VIA GRATTERIA 3
MONDOVI, 12084
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 348,356.99

---

**3.548** | **Nonpriority creditor's name and mailing address**

FRIULI RICAMBI AUTO SRL
VIA MARCUZZI, 65 Z.INDUSTR.C
FAGAGNA, 33034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,884.15

---

**3.549** | **Nonpriority creditor's name and mailing address**

FUSARO SRL
VIA RODI 48
CERVARO, 03044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,413.24

---

**3.550** | **Nonpriority creditor's name and mailing address**

FUTURAUTO DI CRIPPA G. & C. SAS
VIA BERNARDINO VERRO, 22
MILANO, 20141
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,738.05

---

**3.551** | **Nonpriority creditor's name and mailing address**

G&G MOTORS SRL - SEDE SALERNO
VIA DEI CARRARI 39
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,205.71

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.552** Nonpriority creditor's name and mailing address

G. & G. MOTORS SRL
VIA PROVINCIALE SARNO
NOCERA INFERIORE, 84014
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 33,818.16

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.553** Nonpriority creditor's name and mailing address

G.B. SERVICE DI BIANCO GIANLUCA
VIA SOLETO, 18
MARTANO, 73025
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,201.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.554** Nonpriority creditor's name and mailing address

G.D.P. SERVICE
VIA CAMILLO ROSALBA 50/A
BARI, 70124
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 23,629.95

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.555** Nonpriority creditor's name and mailing address

G.E.M. GENERAL ELECTRIC MARKET S.R.
VIA SAVONA, 89
CUNEO, 12100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 42,271.69

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.556** Nonpriority creditor's name and mailing address

G.M. AUTO SNC DI GROSSO A. & MANCUS
VIA FALCONE E BORSELLINO 22
GRAMMICHELE, 95042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,462.51

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 53,248.60 |
|---|---|---|---|

G.M. AUTORICAMBI  SRL
VIA  G. PASSERINI 17/19
ROMA, 00171
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 705.72 |
|---|---|---|---|

G.P.M. DI PICCOLO GIUSEPPE
VIA FORNO VECCHIO 9
MARIGLIANO, 80034
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,379.19 |
|---|---|---|---|

G.T. MOTORS SRL
VIA M.SPADAFORA C.DA BEVIOLA SN
VENETICO MARINA, 98040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,506.48 |
|---|---|---|---|

G.T.R. CAR SERVICE S.R.L
VIA TURATI 6 / 20016 PERO MI
PERO, 20016
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,316.63 |
|---|---|---|---|

G.T.R. CAR SERVICE S.R.L
VIALE MONTEGRAPPA 4
PAVIA, 27100
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.562**

**Nonpriority creditor's name and mailing address**

GAMMA AUTO SRL
VIA FLAMINIA 696/A
FALCONARA MARITTIMA, 60015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 549.66

---

**3.563**

**Nonpriority creditor's name and mailing address**

GAMMAPLAST SRL
G. ABBATE, 68
CASTAGNOLE DELLE LANZE, 14054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,469.42

---

**3.564**

**Nonpriority creditor's name and mailing address**

GARAGE 88 SRL
VIA SAN GIOVANNI BOSCO, 17
ORIO CANAVESE, 10010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 655.87

---

**3.565**

**Nonpriority creditor's name and mailing address**

GARAGE ARCA DI ARDINO LORENZO S.R.L
VIA GIUSEPPE ZANARDELLI 87
BARI, 70125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,547.53

---

**3.566**

**Nonpriority creditor's name and mailing address**

GARAGE GASPARRI SNC
VIA SAN BERNARDINO
LEGNANO, 20025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,272.84

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.567** | **Nonpriority creditor's name and mailing address**

GARAGE MILANO SNC
VIA MARCO BIAGI 23
PESCHIERA DEL GARDA, 37019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,191.94

---

**3.568** | **Nonpriority creditor's name and mailing address**

GARAGE TERME DI GIULIANO MAURO E C.
VIA MONTEVERDE, 4
AQUI TERME, 15011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,364.52

---

**3.569** | **Nonpriority creditor's name and mailing address**

GARAGE VOLTRI DI BERTA GIUSEPPE S.A
G. BUFFA 92R
GENOVA, 16158
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,719.01

---

**3.570** | **Nonpriority creditor's name and mailing address**

GARBINO S.R.L.
VIA DELLA TOMBA ANTICA 12
TERENZANO, 33050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,423.25

---

**3.571** | **Nonpriority creditor's name and mailing address**

GARGOUR MOBILITY SAL
MERCEDES BENZ BUILDING, 1 ST FLOOR
TRIPOLO HIGHWAY, BAUCHRIEH,BEIRUT, 110371
LEBANON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,191.44

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572** Nonpriority creditor's name and mailing address

GATE SRL
VIALE MATTEOTTI 27
FIRENZE, 50121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 566.04

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.573** Nonpriority creditor's name and mailing address

GATTO GOMME  SRLS
VIA PLEBISCITO 231
CATANIA, 95121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,526.18

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.574** Nonpriority creditor's name and mailing address

GAUSS (JIAXING) CO., LTD
TANGHUI ROAD, 858
JIAXING, 314000
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 140,863.43

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.575** Nonpriority creditor's name and mailing address

GC GROUP SRL
VIALE TICINO, 70
GAVIRATE, 21026
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 24,807.63

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.576** Nonpriority creditor's name and mailing address

GDL AUTOMOTIVE SRL
VIA PONTINA KM 31.200
POMEZIA, 00071
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,488.48

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.577** | **Nonpriority creditor's name and mailing address**

GEATEK SRL
VIA PER SACCA 58/1
COLORNO, 43052
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,451.14

---

**3.578** | **Nonpriority creditor's name and mailing address**

GEFCO ITALIA SPA
STRADA 3 PALAZZO B5
ASSAGO, 20057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,039.26

---

**3.579** | **Nonpriority creditor's name and mailing address**

GEI DI GENTILINI A AND C SRL
VIALE ITALIA 7 9 A
BRESCIA, 25122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,971.70

---

**3.580** | **Nonpriority creditor's name and mailing address**

GEM GENERAL ELECTRIC MARKET SRL
VIA SERVETTAZ 171R
SAVONA, 17100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,572.15

---

**3.581** | **Nonpriority creditor's name and mailing address**

GENERAL AUTO S.R.L.
VIA NAZ.PUGLIE KM.36,400
CASALNUOVO, 80013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700,231.27

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.582**

**Nonpriority creditor's name and mailing address**

GENERALI ITALIA S.P.A.
PIAZZA DUCA DEGLI ABRUZZI, 2
TRIESTE, 34132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: 410366760 FOR THE BENEFIT OF AGENZIA DELLE DOGANE E DEI MONOPOLI – UFFICIO DI MILANO 2

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.583**

**Nonpriority creditor's name and mailing address**

GENOVA RICAMBI SRL
VIA ROMAIRONE 42E
GENOVA BOLZANETO, 16162
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 230,433.46

---

**3.584**

**Nonpriority creditor's name and mailing address**

GF MOTORSPORT DI GELSOMINO CARMELO
VIA ROMA 149-151
CEFALU, 90015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,381.45

---

**3.585**

**Nonpriority creditor's name and mailing address**

GG PROFITS SP. Z O.O.
VIA SPACEROWA 6/8
PABIANICE, 95200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,121.95

---

**3.586**

**Nonpriority creditor's name and mailing address**

GGR DI GREPPI GIUSEPPE
CORSO MARCELLO PRESTINARI 138/140
VERCELLI, 13100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,434.13

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.587** **Nonpriority creditor's name and mailing address**

GI BER SRL
VIA MARCONI 117
ROMANO DI LOMBARDIA, 24058
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 557.14

---

**3.588** **Nonpriority creditor's name and mailing address**

GIANNI BALESTRA CARSERVICE SRL
VIA EDUARDO DE FILIPPO 55
SANT'ANASTAIA, 80048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,029.18

---

**3.589** **Nonpriority creditor's name and mailing address**

GIEFFECARSERVICE SNC
VIA BALDASSERIA, 298
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,224.56

---

**3.590** **Nonpriority creditor's name and mailing address**

GIPA ITALIA SRL
VIA MELCHIORRE GIOIA, 70
MILANO, 20125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,331.88

---

**3.591** **Nonpriority creditor's name and mailing address**

GIUFFRE' FRANCIS LEFEBVRE SPA
VIA BUSTO ARSIZIO, 40
MILANO, 20151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 216.92

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.592** **Nonpriority creditor's name and mailing address**

GIUFFRIDA & SCUDERI S.R.L.
CORSO CARLO MARX 80
MISTERBIANCO, 95045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 43,414.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.593** **Nonpriority creditor's name and mailing address**

GIUFFRIDA CAR SERVICE S.R.L.
VIA DEL COMMERCIO 11
LISSONE, 20035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 26,441.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.594** **Nonpriority creditor's name and mailing address**

GIUFFRIDA CAR SERVICE SRL
VIALE MONZA 62
SOVICO, 20845
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,870.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.595** **Nonpriority creditor's name and mailing address**

GL EVENTS ITALIA S.P.A.
via Nizza 294
Torino, 10126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,179.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.596** **Nonpriority creditor's name and mailing address**

GLOB CAR S.N.C.
VIA BARISANO DA TRANI 20
ANDRIA, 76123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 188.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.597** Nonpriority creditor's name and mailing address

GLOBAL CAR SERVICE S.R.L.S.
VIA R.LUXEMBURG SNC
MORMANNO, 87026
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 141.07

---

**3.598** Nonpriority creditor's name and mailing address

GLOBAL ONE AUTOMOTIVE GMBH
KENNEDYALLE 78
FRANKFURT AM MAIN, 60956
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,896.27

---

**3.599** Nonpriority creditor's name and mailing address

GLOBAL SYSTEM CAR DI BISSOLO GIUSEP
VIA FONTANELLE 56
ALBARO DI RONCO ALL ADIGE, 37050
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,149.89

---

**3.600** Nonpriority creditor's name and mailing address

GLOBAL TRADING S.R.L. A SOCIO UNICO
VIA MILANO 40
SEREGNO, 20831
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,141.68

---

**3.601** Nonpriority creditor's name and mailing address

GLOBUS CITY S.R.L.
VIA T. IMPERATORE, 4
FORLI', 47100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 115.31

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.602** **Nonpriority creditor's name and mailing address**

GM AUTOMOBIL SERVICE
VIA ALDO MORO 18
CINISI, 90045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,257.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.603** **Nonpriority creditor's name and mailing address**

GN CAR S.R.L.
VIA PACINOTTI 12
VILLORBA, 31050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,500.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.604** **Nonpriority creditor's name and mailing address**

GOLD CAR S.R.L.
VIA SALASSA 11
CUORGNE, 10082
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,139.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.605** **Nonpriority creditor's name and mailing address**

GOLF HOTEL QUATTROTORRI S.R.L.
VIA CORCIANESE, 260/A
ELLERA, 06074
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 105.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.606** **Nonpriority creditor's name and mailing address**

GOMMAUTO ISOLA SRL
VIA SIMONE DA CORBETTA, NÂ° 104
CORBETTA, 20011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,343.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.607**

**Nonpriority creditor's name and mailing address**

GOMME TOP S.R.L.S.
VIA RESPIGHI 44
MODENA, 41122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                937.60

---

**3.608**

**Nonpriority creditor's name and mailing address**

GORI AUTOMOTIVE S.R.L.
Z.I. LOTTO 30
TEMPO PAUSANIA, 07029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             10,335.61

---

**3.609**

**Nonpriority creditor's name and mailing address**

GP CARROZZERIA DI GIOVANNI PELLEGRI
VIA DEL BOSCONE 34
CASTENEDOLO, 25014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                121.44

---

**3.610**

**Nonpriority creditor's name and mailing address**

GPI GROUPEMENT DE PLATEFORMES
8 RUE DE BOURGOGNE
SAINT PRIEST, 69800
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             26,212.57

---

**3.611**

**Nonpriority creditor's name and mailing address**

GRASSATO SAS DI GRASSATO DAVIDE
VIA TRIESTINA 214/B
FAVARO VENETOSOM, 30030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             21,071.67

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.612**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | 27,400.32 |
|---|---|---|---|
| GREAT PLACE TO WORK INSTITUTE ITALI<br>VIQA DELLA MOSCOVA, 40/5<br>MILANO, 20121<br>ITALY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

**3.613**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | 13,673.90 |
|---|---|---|---|
| GROUPAUTO<br>3 RUE DU CHENE VERT<br>LE RHEU CEDEX, 35651<br>FRANCE | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

**3.614**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | 23,831.45 |
|---|---|---|---|
| GROUPE AGRA SA<br>6 AVENUE LIONEL TERRAY<br>MEYZIEU, 69330<br>FRANCE | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

**3.615**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | 8,713.94 |
|---|---|---|---|
| GRUPPO BONIFACIO SRL<br>VIA BOTTEGHELLE 442<br>NAPOLI, 80147<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

**3.616**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | 10,963.31 |
|---|---|---|---|
| GRUPPO BONIFACIO SRL (VOLLA)<br>VIA PALAZZIELLO, SNC<br>VOLLA, 80040<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.617** Nonpriority creditor's name and mailing address

GRUPPO RICAMBI FANO SRL
VIA GIOVANNI FALCONE  1
FANO, 61032
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 766.07

---

**3.618** Nonpriority creditor's name and mailing address

GS1 ITALY
VIA PIETRO PALEOCAPA, 7
MILANO, 20121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 685.01

---

**3.619** Nonpriority creditor's name and mailing address

GSP EUROPE GMBH
PROSTA 18
WARSZAWA, 80718
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 35,074.80

---

**3.620** Nonpriority creditor's name and mailing address

H&A SRL
VIA DURINI, 23
MILANO, 20122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 35,392.08

---

**3.621** Nonpriority creditor's name and mailing address

HAN YALE IND. CO., LTD.
NO 20LUGONG S. 5TH RD.
LUGANG TOWNSHIP, 505
TAIWAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 91,143.44

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 34,454.76 |
|---|---|---|---|

HAYNESPRO BV
FLANKEMENT 6
NL-3831 LEUSDEN,
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 253.56 |
|---|---|---|---|

HERTZ ITALIANA S.R.L.
VIA DEL CASALE CAVALLARI, 204
ROMA, 00156
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 459.81 |
|---|---|---|---|

HIPPONIO AUTO ELETTRICO DI
CORSO ITALIA 9
SAN GREGORIO D'IPPONA, 89853
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 79.92 |
|---|---|---|---|

HOTEL NUOVO  SUISSE
VIA MAZZINI, 119
ALASSIO, 17021
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 123.30 |
|---|---|---|---|

HOTEL PANORAMIC SRL
VIA SCHISE, 22
GIARDINI NAXOS, 93030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 188 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.627** **Nonpriority creditor's name and mailing address**

HP ITALY S.R.L.
VIA CARLO DONAT CATTIN, 5
CERNUSCO SUL NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117.20

---

**3.628** **Nonpriority creditor's name and mailing address**

HP2 SAS
VIA GIORDANO BRUNO 10R
GENOVA, 16146
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,295.17

---

**3.629** **Nonpriority creditor's name and mailing address**

HPFS RENTAL
VIA G.DI VITTORIO 9
CERNUSCO S/N, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 139.28

---

**3.630** **Nonpriority creditor's name and mailing address**

HSM ITALIA SRL UNIPERSONALE
VIA CERVA, 30
MILANO, 20122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.00

---

**3.631** **Nonpriority creditor's name and mailing address**

I COLLI SRL
VIA SANTA MARGHERITA 12/B
ANCONA, 60129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73.07

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.632

**Nonpriority creditor's name and mailing address**

I.F.E.R. SNC
VIA GRANDI  ZONA IND.LE
RAGUSA, 97100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 396.27

### 3.633

**Nonpriority creditor's name and mailing address**

IBM ITALIA SPA
CIRCONVALLAZIONE IDROSCALO SNC
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,416.26

### 3.634

**Nonpriority creditor's name and mailing address**

ICON EXHIBITIONS & DISPLAY LTD
WATLING STREET A5
CANNOCK, WS11 9XG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,458.23

### 3.635

**Nonpriority creditor's name and mailing address**

IDEA UFFICIO SNC DI RANZANI & VALEN
VIA A. DE GASPERI, 36
MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57.08

### 3.636

**Nonpriority creditor's name and mailing address**

IL SOLE 24 ORE S.P.A.
VIA MONTE ROSA, 91
MILANO, 20149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 478.25

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** **Nonpriority creditor's name and mailing address**

IL TRALICCIO BIS S.N.C.
VIA STAFANO TURR, 32
GENOVA, 16147
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 251.17

---

**3.638** **Nonpriority creditor's name and mailing address**

ILMED LOGISTICS & TECHNOLOGIES S.R.
VIALE DEI MARESCHI, 15
AVIGLIANA, 10051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,502.34

---

**3.639** **Nonpriority creditor's name and mailing address**

IMMOBILIARE DEL CAMPO SRL
VIA OLEARI 4
BOLOGNA, 40121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45.67

---

**3.640** **Nonpriority creditor's name and mailing address**

INDUSTRIA GRAFICA RABOLINI S.R.L.
VIA TANARO SNC
PARABIAGO, 20015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,683.93

---

**3.641** **Nonpriority creditor's name and mailing address**

INFOCERT S.P.A.
PIAZZA SALLUSTIO 9
ROMA, 00147
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,233.01

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.642 Nonpriority creditor's name and mailing address**

INOXCAR RACING S.R.L.
Strada Hans Clemer, 237
Roccabruna, 12020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,640.95

---

**3.643 Nonpriority creditor's name and mailing address**

INREBUS TECHNOLOGIES S.R.L.
CORSO VINZAGLIO, 23
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,542.39

---

**3.644 Nonpriority creditor's name and mailing address**

INTERCOINS S.R.L.
VIA GALILEO GALILEI 10
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,331.65

---

**3.645 Nonpriority creditor's name and mailing address**

INTERSERVICE SPA
VIA SAN SEBASTIAN 4
TRENTO, 38121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,489.17

---

**3.646 Nonpriority creditor's name and mailing address**

INTERTEK ITALIA SPA
VIA MIGLIOLI, 2/A
CERNUSCO SUL NAVIGLIO, 20063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,734.31

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 192 of 401

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647** **Nonpriority creditor's name and mailing address**

INVOLUTION EUROPE SP. Z.O.O.
UL. WINCENTEGO RZYMOWSKIEGO 31
WARSZAWA, 02697
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,023.62

**3.648** **Nonpriority creditor's name and mailing address**

IPD SAS
.P 2015 10 PLACE DU GÃ©NÃ©RAL DE GAUL
ANTONY CEDEX, 96186
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,852.14

**3.649** **Nonpriority creditor's name and mailing address**

IPER GOMME - VENERE SRL
VIA TRIESTE, 100
BESOZZO, 21023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,744.22

**3.650** **Nonpriority creditor's name and mailing address**

IPERPNEUS SRL (SEDE IMOLA)
VIA UGO LA MALFA 1
IMOLA, 40026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 874.63

**3.651** **Nonpriority creditor's name and mailing address**

IPPOLITI ALBERTO & C. SNC
S.S. 17 BIS -BIVIO TORRETTA
L AQUILA, 67100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,105.39

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.652 Nonpriority creditor's name and mailing address**

IPSOFACTORY SRL
VIALE MONTESI 5
CARTURA, 35025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,363.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.653 Nonpriority creditor's name and mailing address**

ISOARDI S.R.L
VIA PINEROLO 77
CAVOUR, 10061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,059.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.654 Nonpriority creditor's name and mailing address**

ISPETTORIA SALESIANA SA ZENO
VIA DON GIOVANNI MINZONI 50
VERONA, 37138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 980.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.655 Nonpriority creditor's name and mailing address**

ITALPNEUS S.R.L
VIVA TOSCO ROMAGNOLO 21 /
FORNACETTE - CALCINAIA, 56021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 109.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.656 Nonpriority creditor's name and mailing address**

IUCCIO RICAMBI SNC
VIA DELL EDILIZIA 4
POTENZA, 85100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,468.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657** | **Nonpriority creditor's name and mailing address**

IVI INIZIATIVE VENETE IMMOBILIARI S
VIA TRICESIMO, 71
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 139.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address**

JET AIR SERVICE S.P.A.
VIA R.SANZIO 6/8
SEGRATE, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 124,248.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address**

JGL DI PERRO LAURA & C. SAS
VIA LATINA 134
COLLEGNO, 10093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,518.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address**

JIANGSU EASYLAND AUTOMOTIVE
NO 30, YANCHANG ROAD
WUXI, 214174
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 955,872.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address**

JIANGSU XINHUA AUTO PARTS CO.,LTD
NO.11 ECONOMIC AVENUE ECONOMIC DEVE
SUQIAN CITY JIANGSU PROVINCE CHINA,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 128,180.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662**  **Nonpriority creditor's name and mailing address**

JNB TEAM SRL
VIA XXV MARZO, 67
DOMAGNANO REP. SAN MARINO, 47895
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      34,250.40

---

**3.663**  **Nonpriority creditor's name and mailing address**

JURGEN LIEBISCH GMBH
WILHELM-BERGNER-STRASSE 11 C
GLINDE, 21509
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      32,030.65

---

**3.664**  **Nonpriority creditor's name and mailing address**

KARTE SRL
VIA TREVIGLIO 15
BRIGNANO GERA D ADDA, 24053
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       1,586.46

---

**3.665**  **Nonpriority creditor's name and mailing address**

KEY TECHNOLOGIES SPA
VIA EDISON 4
BINASCO, 20082
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      32,282.07

---

**3.666**  **Nonpriority creditor's name and mailing address**

KOMPUNET INFORMATICA SRL
STRADA DELLA MARINA 2 7
SENIGALLIA, 60019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     275,314.40

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.667** | **Nonpriority creditor's name and mailing address**

KOSHI L.L.C. SRL
ZONA INDUSTRIALE
PRIZREN,
KOSOVO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,533.03

---

**3.668** | **Nonpriority creditor's name and mailing address**

KOTUKO SRL
VIA TRENTACOSTE,9
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,082.54

---

**3.669** | **Nonpriority creditor's name and mailing address**

KRI SPA
VIA V. PISANI 16
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 373.11

---

**3.670** | **Nonpriority creditor's name and mailing address**

KUSTOM REPAIR DI KEDAR DI IULIO
CONTRADA CERRETO SNC
FRANCAVILLA AL MARE, 66023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 463.43

---

**3.671** | **Nonpriority creditor's name and mailing address**

L AUTO S.R.L.
VIA STELVIO, 91
MONTAGNA PIANO, 23020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,095.13

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.672** Nonpriority creditor's name and mailing address

L AUTORICAMBIO SRL
CORSO SEMPIONE, 153
LEGNANO, 20025
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 27,640.93

---

**3.673** Nonpriority creditor's name and mailing address

L OCCASIONE SNC
VIA VECCHIA PROVINCIALE, 50
ARCHI, 89051
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 898.26

---

**3.674** Nonpriority creditor's name and mailing address

L OFFICINA SNC DI ALTEMANI FRANCO
VIA I MAGGIO 5
RONCOFERRARO, 46037
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,513.79

---

**3.675** Nonpriority creditor's name and mailing address

L.G.I.R. SAS
6 AVENUE LIONEL TERRAY
MEYZIEU, 69330
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 62.57

---

**3.676** Nonpriority creditor's name and mailing address

L2 SNC DI BARRO SERGIO & C.
Via Milano, 4
Motta di Livenza, 31045
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 327.39

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number *(if known)* | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.677 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 282.15 |
|---|---|---|---|

L2 SNC DI BARRO SERGIO & C.
VIA MILANO 4
MOTTA DI LIVENZA, 31045
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 458.89 |
|---|---|---|---|

LA BOX AUTO SRL
VIA DELL'ARTIGIANATO 8  VR
SOMMACAMPAGNA, 37066
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,436.20 |
|---|---|---|---|

LA MARCA SALVATORE
VIA GENOVA N. 144/23
TORINO, 10127
ITALY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 74.21 |
|---|---|---|---|

LA RUOTA HOTEL
STRADA STATALE MONREGALE
PIANFEI, 12080
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 228.34 |
|---|---|---|---|

LA SOLE SNC DI ALBERTINI E RONCA
VIA TOSCANA 2,FRAZIONE CODOGNINO
CORNEGLIANO LAUDENSE, 26854
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td><td>Amount of claim</td></tr>
</table>

| 3.682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 2,217.22 |
|---|---|---|---|

LAMEZIA RICAMBI SRL
VIA DEL PROGRESSO 103
LAMEZIA TERME, 88046
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 161.13 |
|---|---|---|---|

LANCIA SERVICE BORRIELLO
VIALE EUROPA 47
TORRE DEL GRECO, 80059
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 242.49 |
|---|---|---|---|

LAUDATI AUTOSERVICES
VIA PIANODARDINE
ATRIPALDA, 83042
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 711,147.22 |
|---|---|---|---|

LAUNCH ITALY SRL
VIA DOMENICO CIMAROSA, 73
CASALECCHIO DI RENO, 40033
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 1,107.10 |
|---|---|---|---|

L'AUTOCENTRO SRL
VIA SAN MICHELE 8
POMARANCE, 56045
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.687** **Nonpriority creditor's name and mailing address**

L'AUTORICAMBIO DI SAPORITO MASSIMO
VIA UBERTO BONINO COMPL.SITAT
MESSINA, 98124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 36,206.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.688** **Nonpriority creditor's name and mailing address**

LAVENDEL CONSULTING PRIVATE LIMITED
Tirupur 5/185, Lakeview Avenue Munn
Tamil Nadu, 642112
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,480.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.689** **Nonpriority creditor's name and mailing address**

LAZZARONI SRL
VIA PADANA SUPERIORE 44 / 46
CAZZAGO SAN MARTINO, 25046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 590.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.690** **Nonpriority creditor's name and mailing address**

LC.P.AUTO SRL
VIA SAN FRANCESCO D ASSISI 5/A
ERBA, 22036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,748.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.691** **Nonpriority creditor's name and mailing address**

LCN AUTOMOTIVE  EQUIPMENT SA
CL. CRISTOBAL COLON 304
GUADALAJARA, 19004
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,483.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|--------|--------|--------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.692 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,099.45 |
|---|---|---|---|

LE CAR SERVICE SRL
VIA RINO GAETANO  93015 NISCEMI CL
NISCEMI, 93015
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,703.42 |
|---|---|---|---|

LEASYS SPA
VIALE DELLE ARTI 181
FIUMICINO, 00054
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,381.00 |
|---|---|---|---|

LEGGI ENNIO
VIA DIVERSIVO ACQUACHIARA KM 1.600
FONDI, 04022
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 37,662.92 |
|---|---|---|---|

LEONARDO DA VINCI AUTO SRL
VIA A. MANUZIO, 57 R
GENOVA, 16143
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,443.38 |
|---|---|---|---|

LHM AUTOMOTIVE LTD
TY MAWR
MAESHAFN, CH7 5LU
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.697** **Nonpriority creditor's name and mailing address**

LI BERGOLIS PNEUMATICI
LOCALITA' PACE SNC
MONTE SANT'ANGELO, 71037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,407.45

---

**3.698** **Nonpriority creditor's name and mailing address**

LIM OTOMOTIV TIC. LTD. STI
ABIDE-I HURRIYET CAD. NO:211
SISLI, 34381
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136,810.56

---

**3.699** **Nonpriority creditor's name and mailing address**

LINKEDIN IRELAND
GARDNER HOUSE, WILTON PLAZA
DUBLIN,
IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,026.83

---

**3.700** **Nonpriority creditor's name and mailing address**

LKQ EURO LIMITED
1 LONDON STREET READING
LONDON, RG1 4QW
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,346.65

---

**3.701** **Nonpriority creditor's name and mailing address**

LMT SRL
VIA DEL GIRASOLE 7
SAN DAMASO, 41126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,684.67

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.702** **Nonpriority creditor's name and mailing address**

LOGISTEO
2102 ROUE DENIS PAPIN PARC D ACTIVI
REAU, 77550
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,720.06

---

**3.703** **Nonpriority creditor's name and mailing address**

LOGOTEL S.P.A.
VIA VENTURA, 15
MILANO, 20134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,416.80

---

**3.704** **Nonpriority creditor's name and mailing address**

LOGWIN AIR + OCEAN ITALY SRL
VIA G.DI VITTORIO 21
CALEPPIO DI SETTALA, 20049
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,428.05

---

**3.705** **Nonpriority creditor's name and mailing address**

LONGO UN MONDO DI SPECIALITA' SRL
VIA VISCARDA 22
SAN GIORGIO SU LEGNANO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39.73

---

**3.706** **Nonpriority creditor's name and mailing address**

LOZZA SPA (ZANICA)
VIA PAGLIA 5
ZANICA, 24050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,386.95

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.707** Nonpriority creditor's name and mailing address

LP AUTO DI LATORRE PASQUALE E
SP109 ZONA INDUSTRIALE LOTTO, 20
PULSANO, 74026
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 988.07

---

**3.708** Nonpriority creditor's name and mailing address

LPR SRL
SS 10 LOC CATTAGNINA
SAN NICOLO, 29010
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,301,975.98

---

**3.709** Nonpriority creditor's name and mailing address

M&T INSIEME S.R.O.
OBCHODNA 169/21
SECOVCE, 07801
SLOVAK REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,253.79

---

**3.710** Nonpriority creditor's name and mailing address

M.G.A. MOTORI SRL
VIA RIPUARIA, 77/A LOC.VARCATURO
GIUGLIANO, 80014
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,186.12

---

**3.711** Nonpriority creditor's name and mailing address

M.P. AUTO DI MAGNATTA PAOLO
VIA BUENOS AIRES 6
TORINO, 13134
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,702.37

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.712** **Nonpriority creditor's name and mailing address**

M.T. AUTOSERVICE SNC
VIA F .CASONI 17/A
GENOVA, 16143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,353.56

---

**3.713** **Nonpriority creditor's name and mailing address**

M.T.M. DI MOBILIA ANTONIO
STRADA PROVINCIALE 89 SNC
RANDAZZO, 95036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,429.70

---

**3.714** **Nonpriority creditor's name and mailing address**

M2 AUTO SAS DI MAURO CORTI E C.
VIA GIOVANNI XXIII 76
MOLTENO, 23847
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 867.06

---

**3.715** **Nonpriority creditor's name and mailing address**

MA FRA SPA
VIA AQUILEIA 44 46
BARANZATE, 20021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101,954.90

---

**3.716** **Nonpriority creditor's name and mailing address**

MA.GI.CAR 3000 SRL
VIA DEL FANGARIO 3
CAGLIARI, 09122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,708.40

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.717** **Nonpriority creditor's name and mailing address**

MA.GI.CAR 3000 SRL
VIA DEL FANGARIO 3
CAGLIARI, 09122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    16,948.71

---

**3.718** **Nonpriority creditor's name and mailing address**

MAGGIONI AUTO SNC
VIA MILANO, 24
LOMAGNA, 23871
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    14,111.17

---

**3.719** **Nonpriority creditor's name and mailing address**

MAGIC PNEUS SNC DI BOTTAZZI LUCA &
VIA DEL COMMERCIO 1
PIUMAZZO, 41013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,275.26

---

**3.720** **Nonpriority creditor's name and mailing address**

MAGIC PNEUS SNC DI BOTTAZZI LUCA &
VIA ANTONIO CESARI, 28/30 41123
MODENA, 41123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,607.16

---

**3.721** **Nonpriority creditor's name and mailing address**

MAGNETI MARELLI REPUESTOS S.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    9,637.00

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.722** Nonpriority creditor's name and mailing address

MAHLE AFTERMARKET GMBH
PRAGSTRASSE 26-46
STUTTGART, 70376
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                907,589.88

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.723** Nonpriority creditor's name and mailing address

MAHLE AFTERMARKET GMBH
PRAGSTRASSE 26-46
70376 STUTTGART,
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                      77.54

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.724** Nonpriority creditor's name and mailing address

MAHLE AFTERMARKET ITALY S.R.L.
VIA RUDOLF DIESEL 10/A
PARMA, 43122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                 83,508.65

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.725** Nonpriority creditor's name and mailing address

MAINARDI CAR SERVICE DI AMADIO & C.
VIA CESARE PAVESE 26/A
CERASOLO DI CORIANO, 47853
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                   4,475.75

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.726** Nonpriority creditor's name and mailing address

MALGESINI AUTO SAS
VIA STATALE, 82
COSIO VALTELLINO, 23013
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                   8,714.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727** **Nonpriority creditor's name and mailing address**

MANGIARDI GROUP SRL
VIA AFFACCIO, 90
VIBO VALENTIA, 89900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,182.53

---

**3.728** **Nonpriority creditor's name and mailing address**

MANN + HUMMEL FT POLAND SP. Z.O.O.
UL WROCLAWSKA 145
GOSTYN, 63800
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,270,628.29

---

**3.729** **Nonpriority creditor's name and mailing address**

MANUTAN ITALIA S.P.A.
VIA ALDO PALAZZI 20
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 624.90

---

**3.730** **Nonpriority creditor's name and mailing address**

MARABINI GOMME SNC
VIA ROSLE 16
MEDICINA, 40059
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,784.22

---

**3.731** **Nonpriority creditor's name and mailing address**

MARANZANA FRATELLI SRL
VIA TAVAGNACCO 127
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,264.05

---

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 209 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.732** | **Nonpriority creditor's name and mailing address**

MARCO GOMME S.R.L.
VIA SERGIO RAMELLI 17
CODOGNO, 26845
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,381.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address**

MARELLI ARGENTAN FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,588.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 207,944.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,510,215.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,297.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING USA LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,425,180.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE SYSTEMS EUROPE PLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 36,746.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.739** **Nonpriority creditor's name and mailing address**

MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 581,959.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.740** **Nonpriority creditor's name and mailing address**

MARELLI COFAP DO BRASIL LTDA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 3,877,957.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.741** **Nonpriority creditor's name and mailing address**

MARELLI ESPAÑA S.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 408,371.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.742** | **Nonpriority creditor's name and mailing address**

MARELLI FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 168,270.00

---

**3.743** | **Nonpriority creditor's name and mailing address**

MARELLI GERMANY GMBH
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,049,943.00

---

**3.744** | **Nonpriority creditor's name and mailing address**

MARELLI KECHNEC SLOVAKIA S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 499,028.00

---

**3.745** | **Nonpriority creditor's name and mailing address**

MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM
SIRKETI
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,577,692.00

---

**3.746** | **Nonpriority creditor's name and mailing address**

MARELLI PLOIESTI ROMANIA S.R.L.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,482.00

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.747** | **Nonpriority creditor's name and mailing address**

MARELLI SOSNOWIEC POLAND SP. Z. O.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,898,137.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address**

MARELLI SUSPENSION SYSTEMS ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 90,105.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address**

MARELLI TENNESSEE USA LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 347.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address**

MARINAZ AUTO SRL
LOC. DOLINA 355/A
SAN DORLIGO DELLA VALLE, 34018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,826.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address**

MARSH SPA
VIALE BODIO, 33
MILANO, 20158
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 599.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.752** **Nonpriority creditor's name and mailing address**

MARTINI AUTO SERVICE S.N.C.
VIA MONTE NOZZOLO 11
FIUMICINO, 00054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,013.70

---

**3.753** **Nonpriority creditor's name and mailing address**

MARTINO AUTO SRLS
VIA PIZZONE 11/7
MERCATO SAN SEVERINO, 84085
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,729.94

---

**3.754** **Nonpriority creditor's name and mailing address**

MASELLACARSERVICE SNC
VIA LAUBERG 5/7
FASANO, 72015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,410.31

---

**3.755** **Nonpriority creditor's name and mailing address**

MASINI PARTS SRL
VIA VENEZIANI 12
FERRARA, 44124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,197.24

---

**3.756** **Nonpriority creditor's name and mailing address**

MASINI RICAMBI E RETTIFICHE SRL
Via Veneziani 14
Ferrara, 44124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,073.33

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.757** Nonpriority creditor's name and mailing address

MATTEIS ALESSIO SAS
VIA SOCCI, 8D
PISA, 56121
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 5,152.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.758** Nonpriority creditor's name and mailing address

MAURICAR SRL
VIA FRATELLI CERVI 9
VIMODRONE, 20090
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 4,591.30

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.759** Nonpriority creditor's name and mailing address

MAXCAR DI TORRIERI MASSIMO
FONDO VALLE ALENTO,51
TORREVECCHIA TEATINA, 66010
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 349.86

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.760** Nonpriority creditor's name and mailing address

MAYOTTE SUPER PIECES
LES HAUTS DE CALIFORNIE
LE LAMENTIN, 97232
MARTINIQUE

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 31.49

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.761** Nonpriority creditor's name and mailing address

MAZZA FRANCESCO & FIGLI SRL
Via Taranto-Lecce 87
Fragagnano, 74022
ITALY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 491.93

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** **Nonpriority creditor's name and mailing address**

MAZZA S.N.C DI MAZZA BIAGIO
VIA DELLE RIMEMBRANZE 64
S.PIETRO CLAREN, 95030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,349.95

---

**3.763** **Nonpriority creditor's name and mailing address**

MB.L. SRL
VIA VIII STRADA POGGILUPI 155
TERRANUOVA BRACCIOLINI, 52028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                8,383.92

---

**3.764** **Nonpriority creditor's name and mailing address**

MC AUTOMOTIVE SRLS
VIA AGOSTINO DI BARTOLOMEI SNC
ORTA DI ATELLA, 81030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                13,271.50

---

**3.765** **Nonpriority creditor's name and mailing address**

MDR S.R.L.
VIA BUOZZI 227A
CAMPI BISENZIO, 50013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                570.84

---

**3.766** **Nonpriority creditor's name and mailing address**

MDS COM S.A.R.L.
42, RUE DU MARECHAL FOCH
LEUVILLE SUR ORGE, 91310
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                17,391.01

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767** | **Nonpriority creditor's name and mailing address**

MEA SRL
VIA SCALA DI BETTA 87
SANT AGATA LI BATTIATI, 95030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    11,664.09

---

**3.768** | **Nonpriority creditor's name and mailing address**

MEC AUTORICAMBI SRL
VIA C.DA PIANO CATALDO-ZONA INDUST.
LAURIA, 85044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    607.16

---

**3.769** | **Nonpriority creditor's name and mailing address**

MECCANICA 3.0 SRL
VIA G. DI PRISCO 256
OTTAVIANO, 80044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    10,053.02

---

**3.770** | **Nonpriority creditor's name and mailing address**

MECCATRONICA SERVICE SAS
VIA GENNARO TRINCONE 33
SALERNO, 84126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    6,513.93

---

**3.771** | **Nonpriority creditor's name and mailing address**

MECCATRONICA SRL
VIA SERRAVALLE, 34
ARQUATA SCRIVIA, 15061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    17,002.85

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,264.12 |
| --- | --- | --- | --- |

MECCATRONICI F.LLI CAVALAZZI SNC DI
VIA MILANO 90
MAGENTA, 20013
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45,667.20 |
| --- | --- | --- | --- |

MEDIA AND SPORT MANAGEMENT LTD
6TH FLOOR - 2 KINGDOM STREET
PADDINGTON - LONDON, W2 6BD
UNITED KINGDOM

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1.71 |
| --- | --- | --- | --- |

MEDIOCREDITO ITALIANO SPA
CORSO DI PORTA ROMANA, 16
MILANO, 20122
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 326.59 |
| --- | --- | --- | --- |

MELARDI VINCENZO
VIA ZANARDELLI 4
BRONTE, 95034
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,752.03 |
| --- | --- | --- | --- |

MERIT POLAND SP. Z O.O.
PODOLE 60
KRAKÃ³W, 30394
POLAND

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.777** Nonpriority creditor's name and mailing address

MESSE FRANKFURT EXHBITION GMBH
LUDWIG-ERHARD-ANLAGE 1
FRANKFURT AM MAIN, 60327
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 39,958.80

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.778** Nonpriority creditor's name and mailing address

METELLI SPA
VIA BONOTTO 3/5
COLOGNE, 25033
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 268,246.67

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.779** Nonpriority creditor's name and mailing address

METROPOLE DEPOT
10, RUE DU COUTELIER
ST HERBLAIN, 44800
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 190.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.780** Nonpriority creditor's name and mailing address

MI.FRA.CAR S.R.L.
VIALE DELL ARTIGIANATO ZONA CISA
LUCERA, 71036
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 937.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.781** Nonpriority creditor's name and mailing address

MIDAC S.P.A.
VIA A. VOLTA, 2  Z.I.
SOAVE, 37038
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,176,227.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.782** **Nonpriority creditor's name and mailing address**

MIDAS ITALIA SPA SOCIO UNICO EX ART
V.LE C.EMANUELE II, N.150
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 487.73

---

**3.783** **Nonpriority creditor's name and mailing address**

MILABB SRL
QUARTIERE INDUSTRIALE MIRABELLA
ABBIATEGRASSO, 20081
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 285.42

---

**3.784** **Nonpriority creditor's name and mailing address**

MILANAUTO SRL
VIA EDISON,7
COLOGNO MONZESE, 20093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,923.66

---

**3.785** **Nonpriority creditor's name and mailing address**

MILITERNI & ASSOCIATI
VIA GONZAGA 7
MILANO, 20100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 787.47

---

**3.786** **Nonpriority creditor's name and mailing address**

MINAZZI S.A.S.
VIA F. CORRIDONI 15
VARESE, 21100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 63.24

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.787** **Nonpriority creditor's name and mailing address**

MINAZZI S.A.S.
VIA F. CORRIDONI 15
VARESE, 21100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,984.08

---

**3.788** **Nonpriority creditor's name and mailing address**

MINELLI & FOTI SNC AUTOFFICINA ED E
VIA CADUTI E DISPERSI IN GUERRA 15
BOLOGNA, 40139
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,010.83

---

**3.789** **Nonpriority creditor's name and mailing address**

MITO SERVICE S.R.L.S.
VIA ARTIGIANI 46
SESTO ED UNITI, 26028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,391.20

---

**3.790** **Nonpriority creditor's name and mailing address**

MOCCIA CAR SERVICE
VIA NAPOLI,9
NOLA, 80035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117,219.61

---

**3.791** **Nonpriority creditor's name and mailing address**

MOI ALBERTO SRL
VIA PIOPPO 9
ZONA BELFIORE  MANTOVA, 46100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,362.97

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.792** **Nonpriority creditor's name and mailing address**

MOLEDDA GRAZIANO E FIGLIO SNC
VIA  MANNIRONI 70
NUORO, 08100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                9,086.37

---

**3.793** **Nonpriority creditor's name and mailing address**

MOLINO CAR SERVICE SRL
VIA UGO DI SANT'ONOFRIO 113
BARCELLONA POZZO DI GOTTO, 98051
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,300.93

---

**3.794** **Nonpriority creditor's name and mailing address**

MOLISE RICAMBI SNC DI TAMBURRI ANTO
CDA CAMPI MARZI 8 9
BOJANO, 86021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,409.26

---

**3.795** **Nonpriority creditor's name and mailing address**

MONDIALCAR SERVICE SNC
PIAZZA GIOLITTI 92
BRA, 12042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                15,431.39

---

**3.796** **Nonpriority creditor's name and mailing address**

MONGINEVRO S.N.C.
CORSO COSENZA, 22
TORINO, 10134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                11.14

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** Nonpriority creditor's name and mailing address

MONTANARI LUIGI E C. SAS
VIALE D'ANNUNZIO 104
RICCIONE, 47838
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 47.38

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.798** Nonpriority creditor's name and mailing address

MONTECCHIARINI S.R.L.
VIA SAN GIOVANNI DON BOSCO 19
MACERATA, 62100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 523.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.799** Nonpriority creditor's name and mailing address

MORETTI GROUP
VIA ARA DI STANGA 67
VELLETRI, 00049
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 8,260.83

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.800** Nonpriority creditor's name and mailing address

MORRONI CAR SERVICE
LOC. CASE FABBRIZI 15
GUALDO TADINO, 06023
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 10.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.801** Nonpriority creditor's name and mailing address

MOTOR CAR DI SERENI ALBERTO
VIA DELLA FIORANDOLA SNC
AREZZO, 52100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,781.94

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 223 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.802** | **Nonpriority creditor's name and mailing address**

MOTOR PARTS S.A.S.
Z.I. DE LA PILATERIE 2,RUE DES
WASQUEHAL, 59290
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,156.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address**

MOTUS S.R.L.
VIA DOMENICO CATALANO 88
SCAFATI, 84018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 39,710.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address**

MR MECCATRONICA SRLS
VIA PACINOTTI, SNC
PONTECAGNANO FAIANO, 84098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,764.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address**

MULTILOG SPA
VIA BOSCOFANGONE - ZONA
NOLA, 80035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,297.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address**

MULTISERVICE CAR FUSTO SALVATORE
VIA DEI BIZANTINI 44
LAMEZIA TERME, 88046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 168.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.807** | **Nonpriority creditor's name and mailing address**

N & C SRL
VIA BOSCO SN
VEGLIE, 73010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,263.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address**

N.D.R. S.R.L.
STRADALE CIRCONVALLAZIONE, 16
BRICHERASIO, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 713,526.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address**

N.T.P. SRL
VIA ARTIGIANI, 18
APPIANO, 39057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 668.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address**

NAME LIGHTING LLC
P.O. BOX 673
FAIRFIELD, 06824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,219.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 859.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.812** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 609.69

---

**3.813** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,117.50

---

**3.814** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 763.89

---

**3.815** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,694.59

---

**3.816** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 191.86

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.817 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 3,353.10 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.818 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 3,213.62 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.819 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 50.74 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.820 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 1,730.71 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.821 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 4,609.56 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.822** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,167.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.823** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,519.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.824** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,201.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.825** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,656.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.826** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 32,757.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|-----------------------------------|------------------------|----------|
|        | Name                              |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,632.53 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 958.46 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 812.14 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,263.33 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,314.89 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number *(if known)* | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,467.53 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,242.80 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,183.20 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,630.91 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,996.19 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor   Marelli Aftermarket Italy S.p.A.                           Case number (if known)   25-11087
         Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.837** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 8,905.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 157.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,150.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 10,439.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,101.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.842** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 637.06

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.843** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 2,561.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.844** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 5,110.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.845** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 787.41

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.846** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 1,726.16

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.847** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,585.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.848** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 188.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.849** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,901.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.850** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 611.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.851** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,128.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 233 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 616.18

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.853** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 392.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.854** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 15,129.39

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.855** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 44.67

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.856** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 334.28

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.857** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 4,783.60

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.858** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 20,997.06

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.859** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 32.85

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.860** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 1,583.75

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.861** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 21,707.58

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 74,780.05 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,515.29 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 759.09 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,068.58 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 272.97 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.867** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,499.80

---

**3.868** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,495.82

---

**3.869** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 584.65

---

**3.870** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,037.36

---

**3.871** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60.61

| Part 2: | Additional Page | |
| --- | --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 389.03 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 580.22 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 178.91 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,596.41 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,223.83 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.877** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 2,054.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 14,383.78

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 19,761.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 918.51

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.881** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 9,062.34

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.882** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,510.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.883** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 399.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.884** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,894.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.885** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,872.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.886** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,142.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.887** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                    4,164.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.888** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                   14,120.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.889** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                      583.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.890** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                    2,206.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.891** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                    2,759.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 42.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,271.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 31,574.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,090.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,889.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,920.89

---

**3.898** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,161.63

---

**3.899** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 122.57

---

**3.900** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,840.67

---

**3.901** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,942.83

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,208.44 |
|---|---|---|---|
| | NAME ON FILE | ☐ Contingent | |
| | ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.903 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,959.16 |
|---|---|---|---|
| | NAME ON FILE | ☐ Contingent | |
| | ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,179.53 |
|---|---|---|---|
| | NAME ON FILE | ☐ Contingent | |
| | ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.905 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23.07 |
|---|---|---|---|
| | NAME ON FILE | ☑ Contingent | |
| | ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.906 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,415.74 |
|---|---|---|---|
| | NAME ON FILE | ☐ Contingent | |
| | ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.907** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 469.39

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.908** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 6,589.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.909** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 19,949.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.910** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 13,713.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.911** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 22.29

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.912** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 32,438.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.913** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,807.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.914** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25,424.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.915** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,095.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.916** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,785.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.917** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,677.00

---

**3.918** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,405.74

---

**3.919** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,283.36

---

**3.920** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,309.28

---

**3.921** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 492.68

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.922 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,229.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.923 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 163.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.924 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 271.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.925 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 55.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.926 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 593.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.927** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,502.90

---

**3.928** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 232.50

---

**3.929** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 985.77

---

**3.930** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,621.86

---

**3.931** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 171.83

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.932 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,216.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.933 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 70.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.934 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 9,924.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.935 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 48.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

**3.936 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 660.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.937** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,685.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.938** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,214.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.939** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 198.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 467.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.941** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 62.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                23.89

---

**3.943** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$             8,104.16

---

**3.944** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$             1,929.79

---

**3.945** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$             9,819.82

---

**3.946** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$            15,584.25

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,141.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.948** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 434.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.949** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,623.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.950** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,995.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.951** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,334.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.952** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,804.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.953** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,009.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.954** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 884.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.955** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 645.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.956** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,219.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG    Doc 557    Filed 08/11/25    Page 254 of 401

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.957** | **Nonpriority creditor's name and mailing address**

NEA
VIA BRAILLE, 6
FORNACE ZARATTINI, 48010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,006.27

---

**3.958** | **Nonpriority creditor's name and mailing address**

NEOPARTS SCRL
VIALE CERTOSA 1
MILANO, 20149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,874.97

---

**3.959** | **Nonpriority creditor's name and mailing address**

NEOX S.R.L.
VIA CHINOTTO, 1
ROMA, 00195
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,958.80

---

**3.960** | **Nonpriority creditor's name and mailing address**

NEW PARTS SRL
VIA G. FIORANTINI 16
SAN BENEDETTO DEL TRONTO, 63074
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,609.91

---

**3.961** | **Nonpriority creditor's name and mailing address**

NEW POINT SERVICE DI DI
VIA PISCINA TRE CANCELLI 13
NETTUNO, 00048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,730.66

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.962** | **Nonpriority creditor's name and mailing address**

NEW PROGETTO AUTO SERVICE SRL
VIA GUIDO ROSSA 21
BUSALLA, 16012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,099.07

---

**3.963** | **Nonpriority creditor's name and mailing address**

NEXION S.P.A.
STRADA STATALE 468 N. 9
CORREGGIO, 42015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 272,828.60

---

**3.964** | **Nonpriority creditor's name and mailing address**

NEXUS AUTOMOTIVE INTERNATIONAL
5 RAMPE DE LA TREILLE
GENEVE, 1204
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,271.00

---

**3.965** | **Nonpriority creditor's name and mailing address**

NICE CAR RENTAL SRL
VIA SAN LORENZO, 73
CARINI, 90044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86.74

---

**3.966** | **Nonpriority creditor's name and mailing address**

NICMA FACILITY S.P.A
VIA PERETTO MARTIN GIORGINA, 6
FAVRIA, 10083
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 913.34

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.967** **Nonpriority creditor's name and mailing address**

NORDSPEDIZIONIERI DUE SRL
VIA XXIV MAGGIO 6
TRIESTE, 34133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18.50

---

**3.968** **Nonpriority creditor's name and mailing address**

NORTHGATEARINSO ITALIA S.R.L.
VIALE SARCA, 235
MILANO, 20126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,229.85

---

**3.969** **Nonpriority creditor's name and mailing address**

NR DISTRIBUZIONE CARBURANTI SNC
VIA C. BATTISTI 54
CORNATE D'ADDA, 20040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,259.35

---

**3.970** **Nonpriority creditor's name and mailing address**

NRG SPA
VIA ROBERTO WENNER, 83
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,050.82

---

**3.971** **Nonpriority creditor's name and mailing address**

NTN EUROPE
1 RUE DES USINES
ANNECY CEDEX, 74017
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 237.33

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.972** **Nonpriority creditor's name and mailing address**

NUOVA AUTO 3 SRL
STRADA STATALE 16 KM 859
FASANO, 72015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 165.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.973** **Nonpriority creditor's name and mailing address**

NUOVA CAROZZERIA OFFICINA PARADISI
VIA DEGLI ARTIGIANI 15
MEDOLLA, 41036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 977.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.974** **Nonpriority creditor's name and mailing address**

NUOVA ELETTRICITA  AUTO SRL
VIA MANZONI, 14
FORLI, 47100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,384.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.975** **Nonpriority creditor's name and mailing address**

NUOVA ELETTRICITA AUTO S.R.L.
VIA CAVALCAVIA, 293
CESENA, 47521
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,153.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.976** **Nonpriority creditor's name and mailing address**

NUOVA ESSECI CAR SRL
VIA IÂ° MAGGIO 17/19
VILLAFRANCA DI VERONA, 37069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,697.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.977 Nonpriority creditor's name and mailing address**

NUOVA GES SRL
VIA FRANCIA 9
VERONA, 27135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 591.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.978 Nonpriority creditor's name and mailing address**

NUOVA L.M.I. IMPIANTISTICA INDUSTRI
VIA F.LLI CAIROLI, 62
SEREGNO, 20038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,568.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.979 Nonpriority creditor's name and mailing address**

NUOVA LUCCA CAR SNC
VIA DELLA CANOVETTA,235/B
LUCCA, 55100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,463.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.980 Nonpriority creditor's name and mailing address**

NUOVA NEON BASSANO S.P.A.
VIA DELLE ROSE , N.10/12
BASSANO DEL GRAPPA, 36061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,067.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.981 Nonpriority creditor's name and mailing address**

NUOVA OFFICINA OMNIA SRLS
VIA AMBRA, 35
GROSSETO, 58100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 203.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.982** **Nonpriority creditor's name and mailing address**

NUOVA R E A SRL
V.LE REPUBBLICA 22 B
CREMA, 26013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,644.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.983** **Nonpriority creditor's name and mailing address**

NUOVA R.E.A.G. S.R.L.
VIA SIRIA, 39/41/43
GROSSETO, 58100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 666.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.984** **Nonpriority creditor's name and mailing address**

NUOVA TEAM CAR MP SRL
VIA DEL RIPOSO, 93
NAPOLI, 80144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 930.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.985** **Nonpriority creditor's name and mailing address**

NUOVO CARAP SRL
VIA LEONARDO DA VINCI, 500
PALERMO, 90129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,223.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.986** **Nonpriority creditor's name and mailing address**

O.I.P.A.
LOT LES HAUTS DE CALIFORNIE
LAMENTIN, 97232
GUADELOUPE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 147.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.987** **Nonpriority creditor's name and mailing address**

O.R.A.
VIA DEGLI ARTIGIANI, 50
CAPRALBA, 26010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.08

---

**3.988** **Nonpriority creditor's name and mailing address**

ODELO BULGARIA EOOD
INDUSTRIAL ZONE KAPSIDA, BAVARIA 11
KUKLEN, 4101
BULGARIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 88,032.41

---

**3.989** **Nonpriority creditor's name and mailing address**

OFF. BICCIATO EVELINO SRL
VIA G. MARCONI, 18
SELVAZZANO DENTRO, 35030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,030.07

---

**3.990** **Nonpriority creditor's name and mailing address**

OFF. MECC. NUNZIO BELLUARDO & C. SA
VIA LEONARDO SCIASCIA 115
COMISO, 97013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,608.77

---

**3.991** **Nonpriority creditor's name and mailing address**

OFFICINA AGOSTINELLI SNC
VIA BENEDETTO CROCE 30/32
GUBBIO, 06024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,039.95

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.992** **Nonpriority creditor's name and mailing address**

OFFICINA ANTINUCCI FRANCESCO
VIA S. AGATA, 12
SESSA AURUNCA, 81037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 795.01

---

**3.993** **Nonpriority creditor's name and mailing address**

OFFICINA AUTORIZZATA
SFERRACAVALLO 19/C
CRISPIANO, 74012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,454.77

---

**3.994** **Nonpriority creditor's name and mailing address**

OFFICINA BARBAZZA DI DENIS BARBAZZA
VIA G.B. TIEPOLO 30
MOGLIANO VENETO, 31021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,902.00

---

**3.995** **Nonpriority creditor's name and mailing address**

OFFICINA BIVIO SNC DI BORASO PAOLO
VIA TRIESTINA 21
SAN STINO DI LIVENZA, 30029
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 93.07

---

**3.996** **Nonpriority creditor's name and mailing address**

OFFICINA CAR CHECK DI GRAZIANO ANTO
ZONA INDUSTRIALE SS. 598 KM 71,600
MISSANELLO, 85010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67.85

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.997** | **Nonpriority creditor's name and mailing address**

OFFICINA CARREA SNC
VIA DEI REGGIO
GENOVA, 16155
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 13,226.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.998** | **Nonpriority creditor's name and mailing address**

OFFICINA DEFAZIO MATTEO
VIALE USA 19
CERIGNOLA, 71042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 591.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.999** | **Nonpriority creditor's name and mailing address**

OFFICINA DEL BIANCO SRL
VIA LIGURIA
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,165.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1000** | **Nonpriority creditor's name and mailing address**

OFFICINA DIANA SRL
C.DA SOLAZZO S.S. 117 BIS
PIAZZA ARMERINA, 94015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,222.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1001** | **Nonpriority creditor's name and mailing address**

OFFICINA G.CAR DI GRASSO CLAUDIO
VIA A. BARTERI, 6
PERUGIA, 06129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 18,191.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.100 2** Nonpriority creditor's name and mailing address

OFFICINA GAETANO S.R.L.
LOC. BAS VILLAIR, 13
QUART, 11020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,243.64

---

**3.100 3** Nonpriority creditor's name and mailing address

OFFICINA GORETTI SNC
VIA TOMMASO CAMPANELLA 26
CANNETO CORCIANO, 06073
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,302.82

---

**3.100 4** Nonpriority creditor's name and mailing address

OFFICINA GT SRL
VIA RESPIGHI 46
MODENA, 41122
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,014.98

---

**3.100 5** Nonpriority creditor's name and mailing address

OFFICINA GUERRA DI GUERRA DAVIDE &
VIA SAVARNA
SAVARNA, 48123
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,818.71

---

**3.100 6** Nonpriority creditor's name and mailing address

OFFICINA MANDIROLA SRL
VIA ISONZO 76
ALESSANDRIA, 15121
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,845.38

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.100 7**

**Nonpriority creditor's name and mailing address**

OFFICINA MARTONE FABRIZIO
VIA MURATA 19
GALLUCCIO, 81044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 863.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA DA FRANCO
VIA FRANCESCO FILOS 28
LAVIS, 38015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,364.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA DE LUCA SRL
VIA POZZILLO, LOC.PONTESELICE
CASERTA, 81100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,415.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA F.LLI FALCHI A.
ZONA INDUSTRIALE BASTARDO
GIANO UMBRIA, 06030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 680.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA FRANCIOSO
VIA DEI FORNACIARI 10
OSTUNI, 72017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,271.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA LEONARDO SRL
VIA ENRICO MATTEI 1
CASERTA, 81100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,741.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA MUTARELLI
VIA NAZIONALE, 173
FOIANO DI VAL FORTORE, 82020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                2,420.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA PANTIGLIONI SAS
VIA BRESCIA, 5
MANTOVA, 46100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                100.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA RAPISARDI GIUSEP
VIA V. EMANUELE, 492
ALGIRA, 94011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                254.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA SCHIBONI
VIA DELL ACQUA ACETOSA 42
CIAMPINO, 00043
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                813.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.101 7**

**Nonpriority creditor's name and mailing address**

OFFICINA MECCANICA VONO DOMENICO
CONTRADA SANGINITI 5
CHIARAVALLE CENTRALE, 88064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,249.30

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

OFFICINA PENNESTRI S.R.L.
VIA PIERO  PORTALUPPI
MILANO, 20138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 823.40

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

OFFICINA PIRAS GIAN PIERO
VIA FRANCESCO CASU
SUELLI, 09040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 791.36

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

OFFICINA SALVO' DI SALVO' LUCA & C.
VIA SAN BELLINO 24/BIS
ALBIGNASEGO, 35020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,948.30

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

OFFICINA SCUDERI SAS
VIA PILATA, 27
MISTERBIANCO, 95045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,904.43

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 2**

**Nonpriority creditor's name and mailing address**

OFFICINA STRUPPA S.R.L.S.
VIA AUGUSTO PEDULLA, 93 16165 GENOV
GENOVA, 16165
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 429.05

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

OFFICINE COLOMBO SRL
VIA MILANO 44
CORBETTA, 20011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,253.56

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

OFFICINE MARTINI SNC
CORSO MOCENISIO 79
ROSTA, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,509.90

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

OFFICINE MECCANICHE CIMEP SRL
VIA CERVITO 34
FISCIANO, 84084
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,676.38

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

OFFICINE MECCANICHE CRESTO SRL
VIA RIVARA, 11B
PERTUSIO, 10080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,013.81

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1027**

**Nonpriority creditor's name and mailing address**

OFFICINE PARNASSO SRL
VIA ROMA ANGOLO VIA CROCE ROSSA SN
MESSINA, 98124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,922.17

---

**3.1028**

**Nonpriority creditor's name and mailing address**

OFFICINE STIVARI SAS
VIA BOLOGNA 63/65
RIOLO TERME, 48025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,241.83

---

**3.1029**

**Nonpriority creditor's name and mailing address**

OFFICINE STRADA DUE SRL
VIA BORGO TOCCHI, 9
ROSA', 36027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,232.22

---

**3.1030**

**Nonpriority creditor's name and mailing address**

OFFICINE ZUDDAS SAS
VIA CARBONAZZI 4/8/12
CAGLIARI, 09123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,815.40

---

**3.1031**

**Nonpriority creditor's name and mailing address**

OLSA PARTS SRL
CORSO ALLAMANO, 70
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 221,749.93

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.103
2** **Nonpriority creditor's name and mailing address**

OMNIA LANGUAGE SOLUTIONS S.R.L.
VIA CORRIDONI, 17
BERGAMO, 24124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.56

---

**3.103
3** **Nonpriority creditor's name and mailing address**

OMNISYST S.P.A.
P.LE CADUTI DI NASSIRYA 22
SANT'ANGELO LODIGIANO, 26885
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 82.77

---

**3.103
4** **Nonpriority creditor's name and mailing address**

ORATORIO DON BOSCO
VIA XIII MARTIRI 76
SAN DONA' DI PIAVE, 30027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29.06

---

**3.103
5** **Nonpriority creditor's name and mailing address**

ORIENTAL CAR SRL
VIALE S. BARTOLOMEO 629/B
LA SPEZIA, 19126
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19,314.21

---

**3.103
6** **Nonpriority creditor's name and mailing address**

ORMA S.R.L.
V.LE KENNEDY
DORGALI, 08022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,404.65

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**

ORMA SRL
Z.I. PRATO SARDO NUORO
NUORO, 09100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,809.33

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

ORO-CAR SRL
VIALE HANOI 40
PONTASSIEVE, 50065
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 336.36

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

OTTOWHEELS SRL UNIPERSONALE
VIA CORTIGIANI, 3/A
BUONCONVENTO, 53022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 542.90

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

OVERCAR GARAGE SRLS
VIA ANDREA ROMALDO 149/171
SALERNO, 84122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,854.54

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

P.M.M. S.N.C.
VIA TOSCANA 6
VIGNATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,219.38

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 2**

**Nonpriority creditor's name and mailing address**

P.R. DI RADOLE PIETRO
VIA ISOLABUONA, 16
ISOLABUONA, 16019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 821.51

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

PAL WIPING SYSTEMS S.R.O.
ZDBISKO 613
KLECANY, 25067
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,506.35

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

PAOLO & TOM PNEUMATICI SAS
VIA ENRICO MATTEI 4
MINERBIO, 40061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,617.28

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

PARCHEGGIARE S.R.L.
VIA FABIO FILZI 2
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.13

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

PARTECIPAZIONE SOCIETA' COOP. SOCIA
VIA POZZUOLO 330
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 302.25

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 7** | **Nonpriority creditor's name and mailing address**

PARTNER' S SMEA GEP SAS
2 RUE COPERNIC-PARC D'ACTIVITE A10
LA CHAUSSEE ST6.-VICTOR, 41260
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 8** | **Nonpriority creditor's name and mailing address**

PE.DE.MA SRL
VIA UDINE, 6/8
POMEZIA, 00040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 864.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 9** | **Nonpriority creditor's name and mailing address**

PEDEMA SERVICE SRL
VIA UDINE 6/8
POMEZIA, 00071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,514.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 0** | **Nonpriority creditor's name and mailing address**

PEDROTTI SRL
VIA MATTEOTTI
MORI, 38065
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,513.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 1** | **Nonpriority creditor's name and mailing address**

PELATTI SRL
VIA PRADA 4
VIGNOLA, 41058
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25,891.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.105 2** — **Nonpriority creditor's name and mailing address**

PELLEGRINI FABIO & C. SNC
VIA TOCCO DA CASAURIA, 65
ROMA, 00131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 18,024.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 3** — **Nonpriority creditor's name and mailing address**

PENNISI AUTO DI PENNISI GIUSEPPE
VIA PAOLO VASTA 225/A
ACIREALE, 95024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,975.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 4** — **Nonpriority creditor's name and mailing address**

PEO CAR DI CLAUDIO E MARCO RIPAMONT
VIA DON GNOCCHI, 31
SANTO STEFANO TICINO, 20010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,052.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 5** — **Nonpriority creditor's name and mailing address**

PERRETTA CAR SRL
VIA SAVIANO 139
NOLA, 80035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 28,482.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 6** — **Nonpriority creditor's name and mailing address**

PERUGIA RICAMBI S.R.L.
VIA VINCENZO BELLINI 14
ELLERA DI CORCIANO, 06073
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 41,723.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1057**

**Nonpriority creditor's name and mailing address**

PHINIA DELPHI UK LTD
BRUNEL WAY, STROUDWATER BUSINESS
GLOUCESTERSHIRE,UNITED KINGDOM,GL10,
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,939.80

---

**3.1058**

**Nonpriority creditor's name and mailing address**

PHOENIX GROUP
CONTRADA CATALMO POLO
SANTA TERESA RIVA, 98028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,412.22

---

**3.1059**

**Nonpriority creditor's name and mailing address**

PIANACCE SOC. COOP
VIA MAESTRI DEL LAVORO, 6
SILVI MARINA, 64028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,647.17

---

**3.1060**

**Nonpriority creditor's name and mailing address**

PICCHIO & STELLA SNC
VIA NAZIONALE, 89/A
FABRO SCALO, 05010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 596.59

---

**3.1061**

**Nonpriority creditor's name and mailing address**

PIEFFE SERVICE SRL
Via Braie 564/C 18033 IM
Camporosso, 18033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.61

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 2**

**Nonpriority creditor's name and mailing address**

PIEMONTE RICAMBI SRL
VIA A. SANSOVINO 205/6
TORINO, 10151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,003.78

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

PIETRO E GIOVANNI PACCANELLI
VIA ROMA 106
MALGRATE, 23864
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,722.74

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

PIETRO LO DICO SRL
VIA VITTORIO EMANUELE 344
PALERMO, 90134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,004.29

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

PIRRO S.A.S. DI MATTEO PIRRO & C.
CORSO SCUOLA AGRARIA 1
CERIGNOLA, 71042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,330.85

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

PIT STOP CAR
VIA RUANDA 23
OLBIA, 07026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,574.14

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1067**

**Nonpriority creditor's name and mailing address**

PLASTIC COMPONENTS AND MODULES
VIA DE ROBERTO, 71
NAPOLI, 80143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 268.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1068**

**Nonpriority creditor's name and mailing address**

PLATEFORME TECHNIQUE MONTAJAULT
33 AVENUE DE LA LOGE
MIGNE AUXANCES, 86440
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 903.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1069**

**Nonpriority creditor's name and mailing address**

PLATINIUM GROUP SAM
2, RUE DU GABIAN
MONACO, 98000
MONACO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,609.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1070**

**Nonpriority creditor's name and mailing address**

PNEUS SPORT S.R.L.
VIA SAN DONATO 112
BOLOGNA, 40127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 551.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1071**

**Nonpriority creditor's name and mailing address**

POLIGEST HOSPITALITY LAZIO SRL
PIAZZA SANTALESSANDRO, 6
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 89.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 2** **Nonpriority creditor's name and mailing address**

POLOTTO NADIO & C. SNC
VIA CRISTOFORO COLOMBO 5
CORDENONS, 33084
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                7,298.56

---

**3.107 3** **Nonpriority creditor's name and mailing address**

POSTE ITALIANE SPA
VIALE EUROPA, 190
ROMA, 00140
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,682.33

---

**3.107 4** **Nonpriority creditor's name and mailing address**

POSTEL SPA
VIALE G. MASSAIA 31
ROMA, 00154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,953.31

---

**3.107 5** **Nonpriority creditor's name and mailing address**

POSTERARO OSTERINO
VIA S.S. 278 BIS SNC
LAGO, 87035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                267.51

---

**3.107 6** **Nonpriority creditor's name and mailing address**

PRENATAL RETAIL GROUP S.P.A.
VIA BERTANI 6
MILANO, 20154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                315.45

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.107 7** **Nonpriority creditor's name and mailing address**

PRESUTTI & LEONI SNC DI PRESUTTI
VIA PIETRASANTINA, 157/A
PISA, 56122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,241.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 8** **Nonpriority creditor's name and mailing address**

PRICE F(X) EMEA GMBH
LAUTERNING 16
PFAFFENHOFEN AD GLONN, 85235
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 114,168.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 9** **Nonpriority creditor's name and mailing address**

PRIMA SOSNOWIEC COMPLEX PLASTIC SYS
UI. GEN. M. ZARUSKIEGO 11
SOSNOWIEC, 41200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,629.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 0** **Nonpriority creditor's name and mailing address**

PRIMA SRL
VIA DE GASPERI, 99/A
AGRATE BRIANZA, 20864
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,150.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 1** **Nonpriority creditor's name and mailing address**

PROFESSIONAL CAR
STRADA BENEDETTA, 57/A
PARMA, 43100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,257.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 2**

**Nonpriority creditor's name and mailing address**

PROGETTO SERVICE SRL
VIA ARDUINO. 4
TORINO, 10134
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,701.35

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

PROMOS MARKETING E COMUNICAZIONE S.
VIA LANZONE 36
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,918.04

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

PROPOSTE SRL
VIA BEAULARD, 11
TORINO, 10139
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,416.80

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

PUBLIEDITOR SRL
VIA ERCOLE OLDOFREDI 47
MILANO, 20124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,769.60

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

PUBLISTAR SRL
VIA STATALE 153 SSALBA BRA
S VITTORA D ALBA, 12069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171.25

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1087**

**Nonpriority creditor's name and mailing address**

PUNTO GOMME AUTOSERVICE SAS
VIALE G. TRISORIO LIUZZI, 87 A
CEGLIE DEL CAMPO, 70129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,994.53

---

**3.1088**

**Nonpriority creditor's name and mailing address**

PURESPORT SRL
VIA GALILEO GALILEI 15
CORREZZANA, 20856
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,607.61

---

**3.1089**

**Nonpriority creditor's name and mailing address**

QUADRIFOGLIO VERDE
VIA SIMETO SNC
GIARDINI NAXOS, 98035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,519.37

---

**3.1090**

**Nonpriority creditor's name and mailing address**

QUADRIFOGLIO VERDE SRLS
VIA SIMETO SN
GIARDINI NAXOS, 98035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 301.06

---

**3.1091**

**Nonpriority creditor's name and mailing address**

QUINTON HAZELL ESPANA S.A. DIV. LIP
VITORIA 8 APARTADO 19
LLODIO -ALAVA, 01400
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,662.13

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.109 2**

**Nonpriority creditor's name and mailing address**

R.AUTO S.R.L.S.
VIA GERA 48
GESSATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                22,134.77

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

R.C.I. RICAMBI CENTRO ITALIA SRL
VIA PONTE DEL GRILLO KM. 1,800
CAPENA, 00060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                10,504.76

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

R.D.N. SERVICES S.A.S.
CONTRADA CUCCAVECCHIA SNC
CANICATTI, 92024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,549.68

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

R.E.A.M. DI S.SERRA
V.AUTONOMIA SICILIANA 142
PALERMO, 90143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                761.34

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

R.E.A.S. S.R.L.
C.DA RIPAMORTA,
BENEVENTO, 82100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                16,440.11

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1097**

**Nonpriority creditor's name and mailing address**

R.E.I.C.A. SNC DI VACCARO
STRADA PROVINCIALE PIANURA 2
POZZUOLI DI NAPOLI, 80078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,642.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1098**

**Nonpriority creditor's name and mailing address**

R.F. ELETTRONICA DI RUSSO GRAZIANO
VIA STABILIMENTI 132/134
SANTA VENERINA, 95010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 871.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1099**

**Nonpriority creditor's name and mailing address**

RABITA GIUSEPPE & C S.N.C.
VIA DELLO STADIO 46
BARRAFRANCA, 94012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45,432.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1100**

**Nonpriority creditor's name and mailing address**

RACING FORCE SPA
VIA E. BAZZANO, 5
RONCO SCRIVIA, 16019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,039.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1101**

**Nonpriority creditor's name and mailing address**

RAL TORINO SRL
Strada San Mauro 18
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 94,746.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.110 2**

**Nonpriority creditor's name and mailing address**

RAMA S.R.L. C.R.
STRADA PROV LE BARI MODUGNO 4 H
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,044.47

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

RAMAUTO SRL
CORSO RE ARDUINO 89 91
RIVAROLO CANAVESE, 10086
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,362.22

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

RAMPA AUTO DI OLIVIERI P & C SNC
VIA NAZIONALE ADRIATICA, 75
ROSETO, 64026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,107.88

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

RANDAZZO
VIA VAL D'OSSOLA 7
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 597.43

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

RE CAR SRL
VIA BOLOGNA 85 INT C 2
PRATO, 59100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,423.80

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.110 7**

**Nonpriority creditor's name and mailing address**

RE. TA. GOMME DRIVER CENTER SRL
VIA DELL'AGRICOLTURA 25
SAN FELICE SU PANARO, 41038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   3,574.95

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

REAL AUTO SRL
CORSO FRANCIA 327
COLLEGNO, 10093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   2,736.95

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

REAY SCHOOL OF ENGLISH
6 AVENUE ADRIEN TREUILLE
CHATELLERAULT, 86100
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      137.00

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

RECAR RICAMBI AUTO SRLS
Via Nazionale, 103
CINISI, 90045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   5,164.50

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

REDCAR GROUP SRL
VIA DEL CALICE, 41 G
ROMA, 00178
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  12,234.98

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 2**

**Nonpriority creditor's name and mailing address**

REDCAR SRL
VIA DEL CALICE 41/G
ROMA, 00178
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 87,317.81

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

REGISTER S.P.A.
VIALE DELLA GIOVENE ITALIA, 17
FIRENZE, 50122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 22,200.88

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

REGISTER.IT SPA
VIALE GIOVINE ITALIA, 17
FIRENZE, 50122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      141.60

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

REGONESI SRL
VIA E. BORSA 17
MONZA, 20900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   1,150.81

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

REMAT SAS DI GALLORINO S
VIA G. FERRARIS, 116/120
AREZZO, 52100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   4,674.69

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.111 7**

**Nonpriority creditor's name and mailing address**

REMEDIA TSR SRL TECNOLOGIE E
VIA MESSINA 38
MILANO, 20154
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  2,505.99

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

RESISTOR SRL
VIA P TOGLIATTI 21 E 23
SENAGO, 20030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  253,583.10

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

RETAIL PETROLEUM SERVICES LTD
EMPEROR COURT - EMPEROR WAY
CW1 6BD CREWE - CHESHIRE,
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  414.66

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

RETAIL PETROLEUM SERVICES LTD
EMPEROR COURT - EMPEROR WAY
CW1 6BD CREWE - CHESHIRE (GB),
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,141.68

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

RETTIFICA VICENTINA SRL
VIA DIVISIONE FOLGORE 56
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  12,338.91

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112 2**

**Nonpriority creditor's name and mailing address**

RF GROUP SRL
VIA A. MORO, 2/A
ISOLA DELLA SCALA, 37063
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,108.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

RHENUS LOGISTICS SPA
VIA DELLE AZELEE 6
BUCCINASCO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 193.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

RI.E.M. S.R.L.
VIA CACCIATORI DELL'IRNO, 18
SALERNO, 84100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 125.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

RI.M.EL. DI GAGLIARDINI SESTO & C.
ZONA INDUSTRIALE GRUI, 31
SAN GAVINO MONREALE, 09037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,736.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

RI.MEC.A. SRL
VIA UMBERTO NOBILE SNC
RENDE, 87036
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,088.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| **3.112 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 171.75 |
|---|---|---|---|

RICAMBI ACCESSORI AUTO DI FIORE ROC
PIAZZALE GRAMSCI, 15
CASTEL SAN GIOVANNI, 29015
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.112 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,966.97 |
|---|---|---|---|

RICAMBI AUTO BERNOCCHI SRL
VIA PONTE LADRONE, 44
ROMA, 00125
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.112 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 699.99 |
|---|---|---|---|

RICAMBI AUTO F.LLI LORENTI S.R.L.
VIALE STAZIONE 29/31
CROTONE, 88900
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.113 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,794.77 |
|---|---|---|---|

RICAMBI GAS AUTO S.AS. DI ROSSI
VIA GIOVANNI VERGA 9
CASIER, 31030
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.113 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,940.30 |
|---|---|---|---|

RI-CAMBIO SICILIANO S.R.L.
VIA LUCA 19
CHIARAVALLE CENTRALE, 88064
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.113
2**

**Nonpriority creditor's name and mailing address**

RIDENDRIVE SRL
CORSO RE UMBERTO I, 13 C/O MAT
TURIN, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,055.02

---

**3.113
3**

**Nonpriority creditor's name and mailing address**

RIEM SRL
Via Trieste 161
Montichiari, 25018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,156.18

---

**3.113
4**

**Nonpriority creditor's name and mailing address**

RILEGNO
VIA AURELIO SAFFI 83
CESENATICO, 47042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,767.09

---

**3.113
5**

**Nonpriority creditor's name and mailing address**

RIMA DISTRIBUZIONE SRL
VIALE MAGNA GRECIA 9
CATANZARO, 88100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.29

---

**3.113
6**

**Nonpriority creditor's name and mailing address**

RIPARA CARS 84 S.R.L.S.
DELLA LONGARINA 1
GUIDONIA, 00012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.38

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7**
**Nonpriority creditor's name and mailing address**

RIZZATO ANTONIO SNC
VIA SAN MARCO, 16
PADOVA, 35129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,588.66

---

**3.113 8**
**Nonpriority creditor's name and mailing address**

RMC SRL
VIA DELLA STANGA 19
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,545.97

---

**3.113 9**
**Nonpriority creditor's name and mailing address**

ROMAGNUOLO AUTO SRLS
VIA FRANCESCO VITO 50
PIGNATARO MAGGIORE, 81052
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,899.53

---

**3.114 0**
**Nonpriority creditor's name and mailing address**

ROMAGNUOLO TYRES SRL
VIA FRANCESCO VITO 48
PIGNATARO MAGGIORE, 81052
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 338.92

---

**3.114 1**
**Nonpriority creditor's name and mailing address**

ROMANO FABIO E C. S.A.S.
VIA SAN SOSSIO, 4
SOMMA VESUVIANA, 80049
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,409.07

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

ROMM SRL
VIA BORGO PALAZZO, 142
BERGAMO, 24125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,591.80

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

RONCALLI VIAGGI DI OROVIAGGI S. BEN
VIA PITENTINO 2
BERGAMO, 24124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150,199.42

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

RORE CAR DI ROMANO RAFFAELE
VIA CUTONE
CASTELLO DI CISTERNA, 80030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,256.71

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

ROSTAGNO ANDREA CSS AUTORIPARAZIONI
VIA TORINO 75/A
SALUZZO, 12037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 561.48

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

RP AUTOSERVICE SRL
VIA DINO FERRARI, 65
VIGNOLA, 43094
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39.70

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.114 7**

**Nonpriority creditor's name and mailing address**

RS COMPONENTS S.P.A.
VIA M.V. DE VIZZI, 93/95
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 145.94

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

RTH IT SRL
VIA DONATO MENICHELLA 304
ROMA, 00156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 576.64

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

RUIAN HONGKE XINDE ELECTRIC CO.,LTD
NO.49 CHANGAN ROAD
HANTIAN TANGXIA TOWN, RUIAN CITY, 325204
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 268,664.20

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

S.A.C.A.T. SNC
VIA MARCONI 6
TRIESTE, 34133
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,854.00

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

S.C.I.A. SRL
VIALE DELLA INDUSTRIA 33
PIACENZA, 29122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,340.37

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.115 2**

**Nonpriority creditor's name and mailing address**

S.E.S.P.
10, RUE PERGOLESE
PARIS CEDEX 16, 75782
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,023.39

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

S.I.D.A.T. SPA
CORSO VINZAGLIO 2
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,192.25

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

S.I.RA.L. SPA
VIA BOSCOFANGONE, ZONA INDUSTRIALE
NOLA, 80035
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112,859.99

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

SABARICAMBI SRL
VIA SICILIA 36 38
REGGIA EMILIA, 42122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,961.89

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

SACA SNC DI RUSSO RAFFAELE E C.
VIA BENEDETTO BRIN 48
NAPOLI, 80142
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60.17

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.115 7** **Nonpriority creditor's name and mailing address**

SAFETY CAR SRL
VIA CASALECCHIO 3
RIMINI, 47924
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,058.79

---

**3.115 8** **Nonpriority creditor's name and mailing address**

SAFI ECO SRL
VIA ENRICO MATTEI 14
TORRE MELISSA, 88814
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,286.45

---

**3.115 9** **Nonpriority creditor's name and mailing address**

SALERI AFTERMARKET SPA
VIA RUCA 406
LUMEZZANE, 25065
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              47,180.32

---

**3.116 0** **Nonpriority creditor's name and mailing address**

SALESFORCE.COM ITALY S.R.L.
PIAZZA FILIPPO MEDA, 5
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,396.27

---

**3.116 1** **Nonpriority creditor's name and mailing address**

SALVA SRL
VIA ZIA LISA, 253
CATANIA, 95121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              21,834.92

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.116 2** Nonpriority creditor's name and mailing address

SALVAUTO SERVICE S.A.S. DI CASTIGLI
VIALE EUROPA 70/C4
CUSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,750.64

---

**3.116 3** Nonpriority creditor's name and mailing address

SAM GOMME S.N.C.
VIA DELLA COOPERAZIONE 23
BOLOGNA, 40129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,147.16

---

**3.116 4** Nonpriority creditor's name and mailing address

SAMM S.R.L
ADA PORCILANA 38
SAN BONIFACIO, 37047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 259.50

---

**3.116 5** Nonpriority creditor's name and mailing address

SAN GIORGIO AUTO SRL
VIA DEL FORTE DI SAN MARTINO, 7
GENOVA, 16131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,765.77

---

**3.116 6** Nonpriority creditor's name and mailing address

SAN GIORGIO DISTRIBUZIONE SRL/
VIA BRIGATE PARTIGIANE 18 20
CAIROMONTENOTTE, 17014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 626.31

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------|----------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.116 7** **Nonpriority creditor's name and mailing address**

SANMEN XIMAI CORPORATION LIMITED
PUBAGANG TOWN, SANMEN COUNTY,
310000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,645.95

---

**3.116 8** **Nonpriority creditor's name and mailing address**

SANTISE MOTORS
STRADA STATALE 18 TIRRENA INFER 285
SANGINETO, 87020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,194.83

---

**3.116 9** **Nonpriority creditor's name and mailing address**

SAS ALTONE
10 RUE FREDERICO GARCIA LORCA
TOULOUSE, 31200
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,105.18

---

**3.117 0** **Nonpriority creditor's name and mailing address**

SAS DROP PIECES AUTO
99/101 AVENUE LOUIS ROCHE
GENNEVILLIERS, 92230
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 184.14

---

**3.117 1** **Nonpriority creditor's name and mailing address**

SAS GROUPAUTO INTERNATIONAL
147 AVENUE CHARLES DE GAULLE
NEUILLY SUR SENE, 92200
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171,252.00

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117 2** **Nonpriority creditor's name and mailing address**

SAS PRCO
ROUTE DE L'ISLE D'ESPAGNAC
GOND-PONTOUVRE, 16160
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,046.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 3** **Nonpriority creditor's name and mailing address**

SAS SARBACANE SOFTWA
3, AVENUE ANTOINE PINAY
PARC D'ACTIVES DES 4 VENTS, HEM, 59510
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 858.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 4** **Nonpriority creditor's name and mailing address**

SAS SERGEANT EST
49 RUE MARCEL BROT
NANCY, 54000
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 456.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 5** **Nonpriority creditor's name and mailing address**

SASU LE HELLO
BD PIERRE-LEFAUCHEUX
LE MANS CEDEX, 72025
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 814.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 6** **Nonpriority creditor's name and mailing address**

SATIZ TECHNICAL PUBLISHING
CORSO TAZZOLI 215 12B
TORINO, 10137
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 171.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 236 of 273 |
|---|---|---|

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7** Nonpriority creditor's name and mailing address

SCAM SAS DI ANTONIO MORANDOTTI & C
VIA CATTANEO 13
MAGENTA, 20013
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 114.17

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.117 8** Nonpriority creditor's name and mailing address

SCAME PARRE SPA
VIA COSTA ERA 15
PARRE, 24020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 664.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.117 9** Nonpriority creditor's name and mailing address

SCARFONE CAR SERVICE SAS
VIA E. TOTI 5
CONCOREZZO, 20863
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 181.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.118 0** Nonpriority creditor's name and mailing address

SCAVO VITANTONIO
VIA G. PEDRONI
BARI, 70124
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 564.82

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.118 1** Nonpriority creditor's name and mailing address

SCIA SRL
VIA ZACCONI 34 A
PARMA, 43100
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 37,495.72

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|----------------------------------|------------------------|----------|
|        | Name                             |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.118 2 | **Nonpriority creditor's name and mailing address**<br><br>SEADA INTERNATIONAL SRLS<br>VIA ROMA 27<br>SOLARO, 20020<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 42,813.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.118 3 | **Nonpriority creditor's name and mailing address**<br><br>SEDAL PNEUMATICI<br>VIA BONFADINA 100<br>CAZZAGO SAN MARTINO, 25046<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 225.69 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.118 4 | **Nonpriority creditor's name and mailing address**<br><br>SEGEA SRL<br>VIA DEI SALESIANI, 31/B<br>MESTRE VENEZIA, 30174<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 4,490.01 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.118 5 | **Nonpriority creditor's name and mailing address**<br><br>SELLARI UMBERTO SRL<br>VIA A MORO 218<br>FROSINONE, 03100<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 8,159.37 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.118 6 | **Nonpriority creditor's name and mailing address**<br><br>SEMA SERVICE S.A.S DI PICCINI FABIO<br>VIA GENOVA 25<br>AREZZO, 52100<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 246.55 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.118 7**

**Nonpriority creditor's name and mailing address**

S'ENERGIE
1 RUE FRANCIADE
LA CHAUSSEE ST VICTOR, 41260
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,679.43

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

SERICAMBI SRL
VIA VOLPE 144
OSSPEDALETTO, 56014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,757.63

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

SERICRAFT LAB SNC DI RICHIARDONE PA
VIA SALUZZO 53
TORINO, 10125
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,520.33

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

SERRALUNGA MASSIMILIANO
CORSO MONCALIERI 518 INT 14 B
TORINO, 10131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,391.83

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

SERVICE CAR SRL
VIA DEL TRULLO 122/D
ROMA, 00148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,960.04

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 2** | **Nonpriority creditor's name and mailing address**

SERVICE CARS SNC
VIA ATELLANA, 130
CAIVANO, 80023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    15,034.29

---

**3.119 3** | **Nonpriority creditor's name and mailing address**

SERVICE CARS SRL
VIA CASTOLDI, 4/A
TREZZANO SUL NAVIGLIO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    35,659.33

---

**3.119 4** | **Nonpriority creditor's name and mailing address**

SERVICE LINGOTTO SRL
VIA CANELLI 49
TORINO, 10127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,538.59

---

**3.119 5** | **Nonpriority creditor's name and mailing address**

SERVICE MAINENTI S.R.L.
VIA CHIODA 125/A
VERONA, 37136
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    407.54

---

**3.119 6** | **Nonpriority creditor's name and mailing address**

SERVICES OUTILLAGES
6, BOULEVARD DANIELLE CASANOVA
MARSEILLE, 13014
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    527.74

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 7** Nonpriority creditor's name and mailing address

SERVIZI GENERALI ITALIA S.R.L.
CORSO MAGENTA 32
MILANO, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,374.48

---

**3.119 8** Nonpriority creditor's name and mailing address

SEWS CABIND SPA
CSO PASTRENGO 40
COLLEGNO, 10093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,889.23

---

**3.119 9** Nonpriority creditor's name and mailing address

SGI SOCIETA GENERALE DELL IMMAGINE
VIA POMARO 3
TORINO, 10136
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,769.25

---

**3.120 0** Nonpriority creditor's name and mailing address

SGROMO BERNARDO
VIA ROMA, 7
CURINGA, 88022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,072.62

---

**3.120 1** Nonpriority creditor's name and mailing address

SIFA' SOCIETA' ITALIANA FLOTTE
VIA GIORGIO DE CHIRICOV 36/D
REGGIO NELL'EMILIA, 42124
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,267.98

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.120 2**

**Nonpriority creditor's name and mailing address**

SIMONCINI MARIO & C. SNC
VIALE PIETRO TOSELLI 110
SIENA, 53100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,301.27

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

SINTESI AUTOMOTIVE
Via Luciano Morganti 46
SESTO SAN GIOVANNI, 20099
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 148.55

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

SIRIO S.R.L.
CONTRADA ROVANO VIA ITALIA
MOSCIANO SANT'ANGELO, 64023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,693.40

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

SISTEM PNEUS GROUP SNC DI IMERIO RA
VIA EMILIA PONENTE 3333
CESENA, 47522
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,209.50

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

SMALLFISH S.R.L.
VIA FUSETTI 2
MILANO, 20143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,427.10

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
| | Name | | | |

| **Part 2:** | **Additional Page** |
| | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

SMAT INTERNATIONAL SRL
VIA DI FRANCIA 38
GENOVA, 16149
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,815.05

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

SO.TE.A SRL
VIA S.S. VENAFRANA KM 18
VENAFRO, 86079
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,447.17

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

SOC. CARBONE MOTORS SRL
VIA LUCCI, 78
OTTAVIANO, 80044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 186.00

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

SOFINN ITALIA SRL
VIA NAZIONALE DELLE PUGLIE KM 2500
AFRAGOLA, 80021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,710.91

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

SOMATRANS SAS
40 RUE FRANCINE FROMONT Z.EST
VAULX-EN-VELIN CEDEX, 69511
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 124.28

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.121 2**

**Nonpriority creditor's name and mailing address**
SOMORA MOTOR PARTS LTD.
38 FONTHILL BUSINESS PARK
DUBLIN, D22WF44,
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,396.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**
SOPRA STERIA GROUP SPA
STR 4 PAL A7 MILANOFIORI
ASSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45,194.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
SORES SRL
VIA G.MARCONI, 78
CASAVATORE, 80020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 898.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
SORRENTINO GROUP S.A.S.
VIA CASA ANIELLO 113
SANT'ANTONIO ABATE, 80057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,273.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**
SOS LAZIO SRL
VIA DEL PIANETA VENERE 25
ROMA, 00144
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,655.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 7**

**Nonpriority creditor's name and mailing address**

SPACCHETTI SRL
VIA EZIO BARTOLOMEI 24M
FOLIGNO, 06034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 286.90

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

SPACCHETTI SRL
VIA SORIANO 5L
PERUGIA, 06132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433.53

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

SPADA NICOLA & C. SAS
VIA INDUSTRIALE 21
TORREGROTTA, 98040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,197.97

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

SPARKTRONIC CO., LTD.
ROOM 2002 BUILDING B, MEIJIANG GONG
TIANJIN, 300211
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,341.44

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

SPEEDBACK & CIE
RUE DE LA BOETIE
PARIS, 75008
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,142.24

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 2**   **Nonpriority creditor's name and mailing address**

SPERANDEO CENTRO AUTORIPARAZIONI SN
VIA MONTE BIANCO 67/69/71
ROZZANO, 20089
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   15,662.92

---

**3.122 3**   **Nonpriority creditor's name and mailing address**

SPEROTTO S.A.S. DI BLACK PRINCE SRL
VIA MAESTRI DEL LAVORO, 22
FIUME VENETO, 33080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   15,786.45

---

**3.122 4**   **Nonpriority creditor's name and mailing address**

SPEROTTO S.A.S. DI BLACK PRINCE SRL
VIA LUSSEMBURGO 3
VERONA, 37135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   16,440.01

---

**3.122 5**   **Nonpriority creditor's name and mailing address**

SPEROTTO S.A.S. DI BLACK PRINCE SRL
VIA NOALESE 72C
TREVISO, 31100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   4,512.02

---

**3.122 6**   **Nonpriority creditor's name and mailing address**

SPEROTTO S.A.S. DI BLACK PRINCE SRL
VIA KENNEDY 11
SAN DONA DI PIAVE, 30027
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   19,738.71

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122 7**

**Nonpriority creditor's name and mailing address**

SPJ ESPEJOS Y CABLES PARA AUTOMOCIO
POL. IND. LES COMES, AVDA
IGUALADA, 08700
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 171,287.06

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

STAFFIERO ANTONIO MARIO
VIA CARAPELLE (S.P.81 ORTA NOVA )
ORTA NOVA, 71045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,480.77

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

STANDARD & TESTING S.R.L.
VIA IPPOLITO NIEVO 25
TORINO, 10153
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182.67

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

STANDGREEN SRL
VIA MONTE AVARO 30/36
CHIUDUNO, 24060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 169,231.23

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

STAR MOTOR SRL
CONTRADA RIVIERE 48
DIAMANTE, 87023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117.56

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.123 2** **Nonpriority creditor's name and mailing address**

STARACE SRL
VIALE LIBERTA' 175 BIS
PORTICI, 80055
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,215.67

---

**3.123 3** **Nonpriority creditor's name and mailing address**

STARACE SRL
VIA NAPOLI 138 140
CASTELLAMMARE DI STABIA,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,730.00

---

**3.123 4** **Nonpriority creditor's name and mailing address**

STEFANO CARSERVICE SRL UNIPERSONALE
VIA PELIO 10
GENOVA, 16147
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,046.68

---

**3.123 5** **Nonpriority creditor's name and mailing address**

STELO SRL - HOTEL EXCELSIOR
VIA CATTANEO, 67
MAGENTA, 20013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 239.75

---

**3.123 6** **Nonpriority creditor's name and mailing address**

STEQ SOCIETE' TUNISIENNE D'EQUIPEME
5, RUE 8603, ZONE IND.CHARGUIA
TUNIS CEDEX, 1080
TUNISIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,868.22

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.123 7** **Nonpriority creditor's name and mailing address**

STOP & START S.R.L.
VIA NAPOLI, 130/132
CATANIA, 95127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,490.82

---

**3.123 8** **Nonpriority creditor's name and mailing address**

STUDIO LEGALE MIGLIAVACCA
VIA CERNUSCHI,  1
MILANO, 20129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,735.91

---

**3.123 9** **Nonpriority creditor's name and mailing address**

STUDIO NOTARILE MORONE
VIA MERCANTINI 5
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,712.52

---

**3.124 0** **Nonpriority creditor's name and mailing address**

STUDIO TORTA S.P.A.
VIA VIOTTI 9
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,412.90

---

**3.124 1** **Nonpriority creditor's name and mailing address**

SUD CAR MULTISERVICE SRL
VIA SCALA BIANCA 5
ADRANO, 95031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 201.13

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**

SYSTEMAX ITALY S.R.L.
IL GIRASOLE U.D.V. 2-01
LACCHIARELLA, 20084
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 972.94

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

T.S.L. S.R.L.
AUTOPORTO DI FERNETTI
MONRUPINO, 34016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31.97

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

TAIZHOU XINTENG OIL PUMP CO.,LTD.
UNTY NO.6 JINDIFU ROAD
ZHEJIANG, 317600
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 383,857.33

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

TAMARA MOLINARO
VIA ROMA, 51 F
MOLTRASIO, 22010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,850.08

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

TARANTINO E PETROLO S.N.C
VIA CHIERI, 91
ANDEZENO, 10020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,476.34

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.124 7**

**Nonpriority creditor's name and mailing address**

TARENZI S.P.A.
VIA FABIO FILZI 14
BARANZATE, 20021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 246.38

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

TARGETCOM
TOUR DASNIERES HALL A 4 AVENUE
ASNIERES-SUR-SEINE, 92600
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 411.00

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

TAVIAN SAS DI DEL MESTRE ROBERTO &
VIA I MAGGIO 8
PALMANOVA, 33057
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,452.18

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

TAZZETTI S.P.A.
CORSO EUROPA 600/A
VOLPIANO, 10088
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 222,939.51

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

TEAM VIEWER GMBH
KUHNBERGSTRASSE, 16
GOPPINGEN, 73037
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 485.78

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 2**

**Nonpriority creditor's name and mailing address**

TECALLIANCE GMBH TECCOM
STEINHEILSTR. 10
ISMANING, 85737
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 103,165.83

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

TECHNIK-AUTO SERVICE SNC
VIA CARTIERA 156
BORGONUOVO  SASSO MARCONI, 40037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,594.03

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

TECNOAUTO DI ENRICO D'OVIDIO
CONTRADA VILLA MARTELLI 312
LANCIANO, 66034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,653.96

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

TECNOAUTO DI SALTARI G. & C.
VIA DELL'INDUSTRIA 3/5
CORRIDONIA, 62014
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,143.58

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

TECNODIESEL SNC DI MARANELLI UMBERT
VIA ABETONE, 21/A
ROVERETO, 38068
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,138.25

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 7** | **Nonpriority creditor's name and mailing address**

TECNODUE SPA
VIA GIANBATTISTA UNTERVEGER 88 90
TRENTO, 38121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,226.49

---

**3.125 8** | **Nonpriority creditor's name and mailing address**

TECNOEMME SAS
VIA FOSSATA 8
TORINO, 10155
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,327.20

---

**3.125 9** | **Nonpriority creditor's name and mailing address**

TECNOGARAGE SAS
VIALE ALFONSO I D ARAGONA
FOGGIA, 71121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,344.04

---

**3.126 0** | **Nonpriority creditor's name and mailing address**

TECNOKAR POINT SRL
VIA DELLO STATUTO 6
PONTECAGNANO FAIANO, 84098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,774.55

---

**3.126 1** | **Nonpriority creditor's name and mailing address**

TECNORICAMBI SRL
A. MANZONI 183 /  FG
FOGGIA, 71100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,349.95

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.126 2**

**Nonpriority creditor's name and mailing address**

TEGGI AUTO DI TEGGI MARIO, BARBARA
VIA XXIII DICEMBRE, 7
PALAGANO, 41046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,593.01

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

TEKNE CONSULTING SRL
S.S. 156 DEI MONTI LEPINI KM 50,200
LATINA, 04100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,803.31

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

TELECOM ITALIA SPA
CORSO MATTEOTTI 8
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.36

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

TELOS GROUP S.R.L.
VIA NEWTON N. 12
PERO, 20016
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 98,195.90

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

TELOS GS (ALESSANDRIA)
VIA CILEA 1
ALESSANDRIA, 15121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,610.51

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 7**

**Nonpriority creditor's name and mailing address**

TELOS GS (ASTI)
Via Amerigo Vespucci 21
Asti, 14100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,059.84

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

TELOS GS (CASALE MONFERRATO)
Via Achille Grandi 12
Casale Monferrato, 15033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,586.08

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

TELOS GS (NICHELINO)
Via Torino 400
Nichelino, 10042
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,403.16

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

TELOS GS SPA
VIA AOSTA 5
VENARIA REALE, 10078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 113,861.46

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

TELOS GS SPA (BOLOGNA)
VIA MAGISTRINI 3/7
BOLOGNA, 40013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84,272.31

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127 2** **Nonpriority creditor's name and mailing address**

TELOS GS SPA (MODENA)
VIA NONANTOLANA 970/A
MODENA, 41122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,650.32

---

**3.127 3** **Nonpriority creditor's name and mailing address**

TELOS PDM S.R.L.
VIALE PALMANOVA 329 3
UDINE, 33100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 87,488.66

---

**3.127 4** **Nonpriority creditor's name and mailing address**

TELOS SPA (LOMBARDIA)
Via Pellegrini 17
Cairate, 21050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,753.77

---

**3.127 5** **Nonpriority creditor's name and mailing address**

TENORE MARCELLO
VIA PASTRENGO 31 BIS
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,956.48

---

**3.127 6** **Nonpriority creditor's name and mailing address**

TERMOLI CAR SERVICE DI CENCI & CIAV
Via Arti e Mestieri 37a
Termoli, 86039
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,541.85

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127 7**

**Nonpriority creditor's name and mailing address**

TERNANA SOCCORSO SRL
STRADA SABBIONI, 32
TERNI, 05100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,376.32

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

TERRENI TITO SRL
VIA CRISTOFORO COLOMBO, 43
GOITO, 46044
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,411.39

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

TERRENI TITO SRL (LEVATA)
VIA GUARESCHI 26
LEVATA DI CURTATONE, 46010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,431.90

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

TERRENI TITO SRL (MIRANDOLA)
VIA DI MEZZO 17
MIRANDOLA, 41037
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,868.99

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

THE GARAGE DI MOREGOLA MATTIA
VIA MILANO 62
BIELLA, 13900
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,226.90

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 2**

**Nonpriority creditor's name and mailing address**

TIBURTINI SRL
VIA DELLE CASE ROSSE,23
ROMA, 00131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66.85

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

TOFAS TURK OTOMOBIL FABRIKASI AS
BUYUKDERE CD TOFAS HAN  ZINCIRLIKUY
SISLI -ISTANBUL, 34394
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,470.08

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

TOMASI AUTO SRL
VIA SALVO D ACQUISTO, 2
GUIDIZZOLO, 46040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,291.21

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

TOMASONI ALVARO & C. SNC
VIA DELL INDUSTRIA 19/21
CASTELLEONE, 26012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,369.83

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

TONY CAR SERVICE SRL
VIA ROMA, 273
FASANO, 72015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,597.97

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1287**

**Nonpriority creditor's name and mailing address**

TOP CAR SERVICE SRL
VIA VARIANTE 97
CERVINARA, 83012
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                31,401.37

---

**3.1288**

**Nonpriority creditor's name and mailing address**

TOTARO PIU' SERVICE SAS
Via della Resistenza, 106
Vico del Gargano, 71018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                     685.60

---

**3.1289**

**Nonpriority creditor's name and mailing address**

TP CAR S.A.S. DI TURCHETTO
VIA BRUGHETTI 4/E
BOVISIO MASCIAGO, 20030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  1,235.12

---

**3.1290**

**Nonpriority creditor's name and mailing address**

TRAIL AND TRUCK SRL
VIA GALILEO GALILEI 10
SETTIMO MILANESE, 20019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                11,413.23

---

**3.1291**

**Nonpriority creditor's name and mailing address**

TRANSPOREON GMBH
MAGIRUS-DEUTZ-STRASSE 16
ULM, 89077
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                11,193.72

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.129 2** **Nonpriority creditor's name and mailing address**

TRE-D SRL
TRAV. A D'AMICO 1
CAVA DEI TIRRENI, 84013
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 55,186.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 3** **Nonpriority creditor's name and mailing address**

TRENTINO SOCCORSO S.R.L.
VIA ALESSANDRO VOLTA, 9
LAVIS, 38015
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,299.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 4** **Nonpriority creditor's name and mailing address**

TRENTO GIOVANNI SRL
VIALE BRIANZA, 13
VAREDO, 20814
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,026.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 5** **Nonpriority creditor's name and mailing address**

TRICO LIMITED
1 BRASSEY ROAD
OLD POTTS WAY, SY73FAUK, UK, 75008
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 118,746.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 6** **Nonpriority creditor's name and mailing address**

TRIS CAR DI MINA GIUSEPPE
VIA ROVIGO 9
RIVOLI, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 466.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1297**

**Nonpriority creditor's name and mailing address**

TRZ RICAMBI AUTO SRL
VIA MARIA LORENZA LONGO 44
ROMA, 00151
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,858.37

---

**3.1298**

**Nonpriority creditor's name and mailing address**

TUMMINIA  SRL
VIA C. MONTEVERDI 36/A
PALERMO, 90145
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,195.69

---

**3.1299**

**Nonpriority creditor's name and mailing address**

TURKAS OTOMOTIV YAN SANAYI
ORKIDE CAD N:6
BURSA, 16135
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104,110.95

---

**3.1300**

**Nonpriority creditor's name and mailing address**

TURKER ULUSLARARASI NAKLIYAT ITHALA
FATIH MAHALLESI, YAKACIK CADDESI 23
SAMANDIRA ISTANBUL, 34885
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.12

---

**3.1301**

**Nonpriority creditor's name and mailing address**

TUTTO MARMITTE E RICAMBI AUTO S.R.L
VIA TRAPANI 28
CASTELVETRANO, 91022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,313.24

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.130 2** **Nonpriority creditor's name and mailing address**

TUTTORICAMBI S.R.L.
VIA MATTEOTTI, 167
BORGOMANERO, 28021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34,594.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 3** **Nonpriority creditor's name and mailing address**

TYCHE SAGL
VIA SIMEN 3
LUGANO, 6900
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,097.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 4** **Nonpriority creditor's name and mailing address**

ULTER-SPORT SP. ZO.O.
UL.WYZWOLENIA, 24
WEGIERSKA GORKA, 34350
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,940.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 5** **Nonpriority creditor's name and mailing address**

ULTINON MOTION ITALY S.R.L
Via M Vigano de Vizzi 93 95
CINISELLO BALSAMO, 20092
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 230,963.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 6** **Nonpriority creditor's name and mailing address**

UNICAR S.R.L.
VIA S. BERNARDINO SNC
FIORENZUOLA D'ADDA, 29017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,703.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7**

**Nonpriority creditor's name and mailing address**

UNICO MILANO SRL
VIA I° MAGGIO 52
LAZZATE, 20824
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                984.58

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

UNICREDIT SPA
VIA ALESSANDRO SPECCHI 16
ROMA, 00186
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                501.44

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

UNIKA SERVICE SRL
VIA LIGURIA 1
SAONARA, 35020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              16,980.69

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

UNIONRICAMBI SRL
VIA  SASSONIA 2 A
RIMINI, 47922
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              37,663.80

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

UPS ITALIA S.R.L.
VIA FANTOLI N.15/2
MILANO, 20138
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                449.39

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 2**

**Nonpriority creditor's name and mailing address**

URBANI VITTORIO & FIGLIO SNC
VIALE FIUME 12/B
MANTOVA, 46100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,079.45

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

URS ITALIA SRL
VIA CINQUE MAGGIO, 89/7 (VILLA CARR
GENOVA, 16147
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 685.00

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

UVET GBT S.P.A.
BOSTIONI DI PORTA VOLTA 10
MILANO, 20121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,061.86

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

VALTULINI PIERANGELO
VIA BRIANZA 42
ALBAVILLA, 22031
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 704.94

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

VANZETTO GIANFRANCO SRLS
VIA PIALOI 35
MARCON, 30020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,814.72

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|--------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.131 7** **Nonpriority creditor's name and mailing address**

VASTA SRL
VIA ANNA KULISCIOFF 7
MILANO, 20152
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,582.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131 8** **Nonpriority creditor's name and mailing address**

VEICOLI BLINDATI NOM S.R.L.
VIA PIETRO CROSTAROSA 3
ROMA, 00173
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 616.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131 9** **Nonpriority creditor's name and mailing address**

VENTANA SERRA SPA
TANGENZIALE SUD KM 20,500
INT. SITO - RIVALTA, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,420.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 0** **Nonpriority creditor's name and mailing address**

VENTURA PALMIRO
SP 334 PER GALLIPOLI SNC
PARABITA, 73052
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 432.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 1** **Nonpriority creditor's name and mailing address**

VIRIDEA SRL - SOCIETA AGRICOLA
VIALE EUROPA 11
CUSAGO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 159.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

**Nonpriority creditor's name and mailing address**

VM AUTO GROUP SOCIETA'
VIA PIRANDELLO 10
OLBIA, 07026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 142.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

WACKY METZGER S.R.L.
CORSO GALILEO FERRARIS, 31
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 62,449.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

WACKY WEAPON S.R.L.
CORSO GALILEO FERRARIS 31
TORINO, 10121
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,023.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

WENZHOU HUAQIANG AUTO PARTS
THIRD FLOOR, 40,LIMING INDUSTRIAL
WENZHOU, 325000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 498,013.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

WENZHOU HUIRUN IMPORT &
NO. 368, 5TH AVENUE,
BINHAI INDUSTRIAL AREA ECONOMIC TEC, 325025
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 198,376.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.132 7** **Nonpriority creditor's name and mailing address**

WENZHOU S AND G ELECTRICAL MACHINER
4TH FLOOR NORTH TERMINAL OF
WENZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,086.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 8** **Nonpriority creditor's name and mailing address**

WES MANAGEMENT SARL
18, RUE NOTRE-DAME DE LORETTE
MONACO, 98000
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 17,125.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 9** **Nonpriority creditor's name and mailing address**

WEST LAKE S.R.L.
VIA FIUME, 13
VIMERCATE, 20871
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,312.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 0** **Nonpriority creditor's name and mailing address**

WIPRO LIMITED
DODDAKANNELLI - SARJAPUR ROAD
BENGALURU, 560035,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 18,859.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133 1** **Nonpriority creditor's name and mailing address**

X DRIVE SRL
VIA ALFREDO CATALANI, 23
ROMA, 00199
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 696.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|--------|------------------------------------|------------------------|----------|
|        | Name                               |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

XGM CORPORATION LIMITED
COASTAL INDUSTRY CITY, SANMEN,
TAIZHOU CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 862,862.95

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

XILOS EXHIBITIONS AND EVENTS LLC
OFFICE 2802, IRIS BAY, BUSINESS BAY
DUBAI, 211827
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,712.52

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

YANTAI WINHERE AUTO-PART MANUFACTUR
NO. 80 TAISHAN ROAD
ETDZ AREA OF YANTAI, 264006
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 260,536.74

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

ZANDOMENEGHI LINO & CLAUDIO SNC
VIA BIVIO MOTTA, 1
TREVISO, 31100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,725.21

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

ZANOTTI SNC DI ZANOTTI MASSIMILIANO
VIA PIEMONTE, 8
VARESE, 21100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,633.76

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.133 7** **Nonpriority creditor's name and mailing address**

ZANOTTO & FIGLI SRL
VIA ASTICHELLO, 70
VICENZA, 36100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,933.15

---

**3.133 8** **Nonpriority creditor's name and mailing address**

ZHEJIANG ABORN AUTOMOTIVE SENSORS C
N. 90, SHANDONG ROAD
RUIAN, 325200
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 597.56

---

**3.133 9** **Nonpriority creditor's name and mailing address**

ZHEJIANG DADONGWU
NO.2599 HUZHI ROAD HUZHOU
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120,241.52

---

**3.134 0** **Nonpriority creditor's name and mailing address**

ZHEJIANG DEYE AUTOMOBILE
477 NO.JINHAI 3 ROAD,BINHAI INDUSTR
WENZHOU CITY, 325000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67,932.95

---

**3.134 1** **Nonpriority creditor's name and mailing address**

ZHEJIANG GOLD INTELLIGENT
NO 333 JIANGNAN AVENUEU
NANBIN DISTRICT, RUIAN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 480,589.17

---

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.134 2**

**Nonpriority creditor's name and mailing address**

ZHEJIANG HAWBO AUTO PARTS CO., LTD
NO.888 NANMING ROAD, LIANDU DISTRIC
LISHUI, ZHEJIANG, 323000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,772.36

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

ZHEJIANG WINSAFE AUTOMOTIVE
NO.11, ZHONGXING ROAD
HUANGZHAI TOWN, 322204
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 207,449.68

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

ZINGARELLI SRL
VIA CAVALIERI DEL LAVORO 24 3
MONCALIERI, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,939.29

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

ZINGERLEMETAL S.P.A.
SCIAVES, FORCHE 7
NAZ-SCIAVES, 39040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,410.62

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

ZKW LICHTSYSTEME GMBH
SCHEIBBSER STRASSE 17
WIESELBURG, 3250
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 288,519.89

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known) | 25-11087 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.134 7**  **Nonpriority creditor's name and mailing address**

ZKW SLOVAKIA S.R.O.
BEDZIANSKA CESTA 679/375
KRUSOVCE, 956 31
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 184,920.42

---

**3.134 8**  **Nonpriority creditor's name and mailing address**

ZONTA LUIGI & F.LLI SNC
VIA ALBERE 3D
FELLETTE  ROMANO DEZZELINO, 36060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,242.77

---

**3.134 9**  **Nonpriority creditor's name and mailing address**

ZORZETTO SAS DI ZORZETTO MAURIZIO &
VIA GRANDI - ZONA IND.LE- 18
CASALE MONFERRATO, 15033
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 633.84

---

**3.135 0**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.135 1**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line <br> ☐ Not listed.  Explain | |
| 4.2 | | Line <br> ☐ Not listed.  Explain | |
| 4.3 | | Line <br> ☐ Not listed.  Explain | |
| 4.4 | | Line <br> ☐ Not listed.  Explain | |
| 4.5 | | Line <br> ☐ Not listed.  Explain | |
| 4.6 | | Line <br> ☐ Not listed.  Explain | |
| 4.7 | | Line <br> ☐ Not listed.  Explain | |
| 4.8 | | Line <br> ☐ Not listed.  Explain | |
| 4.9 | | Line <br> ☐ Not listed.  Explain | |

Debtor    Marelli Aftermarket Italy S.p.A.                              Case number (if known)    25-11087
          Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ | 64,385,831.25 |
|  |  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 64,385,831.25 |
|  |  |  |  | + Undetermined Amounts |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Aftermarket Italy S.p.A. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11087 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED: 03/06/2019 | A.T.CO. ARABIAN TRADING CO.SRL FR.VENINA 7/A ASSAGO, MI, 20090 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED: 06/18/2018 | A.T.CO. ARABIAN TRADING CO.SRL FR. VENINA 7/A ASSAGO, MI, 20090 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | CHECKSTAR AGREEMENT DATED: 10/17/2015 | ACK AUTOMOTIVE SERVICE SPARE PARTS TIC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | AGENCY AGREEMENT DATED: 05/16/2016 | AFRICAN AUTOMOTIVE ENTREPRENEURS MODDERCREST HIGH STREET LABORATORIUM BUILDING MODDERFONTEIN, SOUTH AFRICA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATE SERVICES AGREEMENT [PSD] 2017 DATED: 01/01/2017 | AGRA 6, AVENUE LIONEL TERRAY - 69330 MEYZIEU. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | 2019 ANNUAL WRITTEN AGREEMENT DATED: 01/01/2019 | AGRA ASSOCIATIVE GROUP RECHANGE AUTOMOTIVE 6, AVENUE LIONEL TERRAY - 69330 MEYZIEU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 09/01/2015 | AKZO NOBEL COATINGS S.P.A. VIA CARLO GOLDONI 38/40 TREZZANO SUL NAVIGLIO, MI, 20090 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 06/18/2018 | AL DIPLOMACY AUTO SPARE PARTS SHARJAH INDUSTRIAL AREA NO.5 SHARJAH, 6793 UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 02/06/2019 | AL DIPLOMACY AUTO SPARE PARTS SHARJAH INDUSTRIAL AREA N. 5 SHARJAH, 6793 UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL CONDITIONS FOR THE SUPPLY OF EQUIVALENT SPARE PARTS DATED: 02/23/2017 | ALD AUTOMOTIVE ITALIA S.R.L. ROME, VIALE ALEXANDRE GUSTAVE EIFFEL, 15 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL CONDITIONS FOR THE PROVISION OF THE AUTO PARTS SERVICE DATED: 01/01/2015 | ALD AUTOMOTIVE ITALIA S.R.L. ROME, VIALE ALEXANDRE GUSTAVE EIFFEL, 15 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/30/2016 | ALGO S.P.A. VIA BRIANZA, 13 - 22031 ALBAVILLA (CO), PARTITA IVA (VAT) N. 09103360963  ATTENTION: GENERAL MANAGER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                    Case number (if known):  25-11087

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest: ANNEXURES DATED: 04/16/2021 | ALITRANS S. R. L. PROVINCIALE 107 1 26817 SAN MARTINOIN STRADA LO |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest: PROPOSAL IN RELATION TO LOGISTICS SERVICES AGREEMENT DATED: 04/01/2021 | ALITRANS S.R.L. PROVINCIAL ROAD 107 LODIGIANA N. 1 SAN MARTINO IN STRADA, LO, 26817 ITALY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest: ACCEPTANCE OF PROPOSED AMENDMENTS TO THE LOGISTICS SERVICES CONTRACT DATED: 10/01/2024 | ALITRANS S.R.L. 26817 SAN MARTINO IN STRADA (LO), VIA STRADA PROVINCIALE 107 LODIGIANA N.1 |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest: LOGISTICS SERVICES CONTRACT | ALITRANS S.R.L. STRADA PROVINCIALE 107 LODIGIANA, N.1 26817 – SAN MARTINO IN STRADA (LO) |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION AGREEMENT DATED: 06/18/2018 | ALL EUROPEAN AUTO SUPPLY 1450 JARVIS MR. ROTEM GILL FEMDALE, MI 48220 |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION AGREEMENT DATED: 04/09/2018 | ALLIED VEHICLES LIMITED THE PARTS HUB UNIT 12 POSSILPARK INDUSTRIAL ESTATE GLASGOW, G22 6U SCOTLAND |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest: REFERENCING AGREEMENT DATED: 01/01/2018 | ALTERNATIVE AUTOPARTS ZAC DE L'AQUEDUC AVENUE DU FRESNES, 94260 FRANCE |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |

Debtor   Marelli Aftermarket Italy S.p.A.                                    Case number (if known):   25-11087
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL TERMS DATED: 05/26/2015 | AMAZON EU SARL RUE PLAETIS, L-2338 LUXEMBOURG RCS LUXEMBOURG: B-101818 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | PREFERENTIAL DISTRIBUTION AGREEMENT DATED: 07/01/2016 | ANTEDO AG 6702 CLARO ATTENTION OF: MR. ANTONIO E. PICCARDO Claro, 6702 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 03/14/2019 | ANTEDO AG STRADA CANTONALE 28 CLARO 6702 CH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 06/18/2018 | ANTEDOAG STRADA CANTONALE 28 CLARO 6702 CH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | DECLARATION OF INTENT DATED: 08/26/2010 | AP EXHAUST PRODUCTS, INC 300 DIXIE TRAIL GOLDSBORO, NC 27530 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 03/12/2019 | ARABIAN AUTO AGENCY CO.LTD P.O. BOX 2223 JEDDAH, 21451 SAUDI ARABIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX Z1 - ARVAL AOS VIP CUSTOMER MANAGEMENT TO THE PROPOSAL FOR A FRAMEWORK CONTRACT FOR THE SUPPLY OF SPARE PARTS DATED: 05/15/2017 | ARVAL SERVICE LEASE ITALIA S P.A. 50018 - SCANDICCI (FI), VIA PISANA 314/B. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                    Case number (if known):    25-11087

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | ACCEPTANCE OF PROPOSALS FOR EXCEPTIONS AND/OR ADDITIONS TO THE GENERAL CONDITIONS OF THE FRAMEWORK SUPPLY CONTRACT DATED: 12/17/2018 | ARVAL SERVICE LEASE ITALIA S.P.A 50018 - SCANDICCI (FI), VIA PISANA 314/B |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF SPARE DATED: 05/17/2017 | ARVAL SERVICE LEASE ITALIA S.P.A 50018 - SCANDICCI (FI), VIA PISANA 314/B |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR A FRAMEWORK CONTRACT FOR SUPPLY | ARVAL SERVICE LEASE ITALIA S.P.A 50018 - SCANDICCI (FI), VIA PISANA 314/B |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | A FRAMEWORK CONTRACT FOR THE SUPPLY OF SPARE PARTS DATED: 04/17/2016 | ARVAL SERVICE LEASE ITALIA S.P.A 50018 - SCANDICCI (FI),VIA PISANA 314/B |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF SPARE PARTS DATED: 05/01/2018 | ARVAL SERVICE LEASE ITALIA S.P.A. VIA SETTE REGOLE, 21 50018 SCANDICCI - FI ATTN: LUCIANO GAMBA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 07/17/2017 | ARVAL SERVICE LEASE ITALIA S.P.A. 50018 - SCANDICCI (FI), VIA PISANA 314/B, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 11/09/2015 | ATHENA S.P.A. VIA DELLE ALBERE NO  13, 36045 ALONTE (VI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known) | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT DATED: 08/01/2016 | ATHLON CAR LEASE ITALY S.R.L. VIA GOITO 58/A 00185 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 11/16/2017 | AUDES GROUP S.R.L. VIA NOVENTANA 192 35027 NOVENTA PADOVANA (PD) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 04/22/2017 | AUDES GROUP S.R.L. VIA NOVENTANA 192 NOVENTA PADOVANA, PD, 35027 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REFERENCE TO THE FRAMEWORK AGREEMENT FOR THE PROVISION OF SERVICES DATED: 03/22/2016 | AUTO PRESTO & BENE S.P.A. VIA MARENCO, N. 25 10126 - TORINO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE PROVISION OF SERVICES DATED: 02/22/2016 | AUTO PRESTO & BENE S.P.A. VIA CARLO MARENCO, 25 10126 TORINO TO THE KIND ATTENTION OF MR. GIULIO STELLA FAX 011 6533442 PEC AUTOPRESTOEBENE@PEC.UNIPOL.IT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/18/2018 | AUTOACCESSORI S.A. ALLA GERRA 3   BEDANO 6930 CH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 03/13/2017 | AUTOCOM S.R.L. PALERMO, VIALE MICHELANGELO NO. 57/91 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Aftermarket Italy S.p.A.                    Case number (if known): 25-11087

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 03/03/2018 | AUTOCOM S.R.L. PALERMO, VIALE MICHELANGELO NO. 57/91 |

| 2.41 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 03/03/2018 | AUTOCOM S.R.L. PALERMO, VIALE MICHELANGELO NO. 57/91 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| 2.42 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 03/08/2019 | AUTOCOM S.R.L. PALERMO, VIALE MICHELANGELO NO. 57/91 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| 2.43 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GLOBAL AGREEMENT DATED: 07/25/2016 | AUTODISTRIBUTION SA 22, AVENUE ARISTIDE BRIAND - 94110 ARCUEIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| 2.44 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | GLOBAL AGREEMENT DATED: 01/01/2017 | AUTODISTRIBUTION SA 22, AVENUE ARISTIDE BRIAND - 94110 ARCUEIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| 2.45 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2019 DATED: 03/22/2019 | AUTOFORNITURE BIPA SRL VIA GABOTTO 31 BRA, CN, 12042 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| 2.46 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/18/2018 | AUTOFORNITURE BIPA SRL VIA GABOTTO 31 BRA, CN, 12042 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| 2.47 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | 2019 BUSINESS PARTNER AGREEMENT DATED: 02/22/2019 | AUTOLIA GROUP 6, AVENUE LIONEL TERRAY - 69330 MEYZIEU |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Case 25-11034-CTG   Doc 557   Filed 08/11/25   Page 342 of 401

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | 2016 COMMERCIAL PARTNERSHIP AGREEMENT DATED: 01/01/2016 | AUTOLIA GROUP<br>6 AVENUE LIONEL TERRAY - 69330 MEYZIEU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 11/01/2017 | AUTOMECCANICA LUCANA SRL<br>SENISE (PZ), ZONA INDUSTRIALE SNC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 11/01/2017 | AUTOMECCANICA LUCANA SRL<br>SENISE (PZ), ZONA INDUSTRIALE SNC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 11/01/2017 | AUTOMECCANICA LUCANA SRL<br>ZONA INDUSTRIALE SNC 85038 SENISE (PZ) ATTN. EGIDIO MESSUTI E-MAIL: AUTOMECCANICALUCANA@PEC.IT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 10/31/2016 | AUTOMECCANICA LUCANA SRL<br>ZONA INDUSTRIALE SNC 85038 SENISE (PZ) ATT. EGIDIO MESSUTI EMAIL: AUTOMECCANICALUCANA@PEC.IT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | ACCORD DE RFA 2017 DATED: 04/20/2017 | AUTOMOTOR FRANCE<br>LE LUMINIS<br>91 RUEJEAN JAURES<br>PUTEAUX, 92800<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT | AWAWDEH AUTO SPARE PARTS<br>INDUSTRIAL AREA N. 4<br>P.O. BOX 27248<br>SHARJAH,<br>UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 07/31/2018 | AWAWDEH AUTO SPARE PARTS INDUSTRIAL AREA NO.4 P.O.BOX 27248 SHARJAH, UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 11/22/2017 | AXALTA COATING SYSTEMS ITALY S.R.L. VIA ROMA, 80 20873 - CAVENAGO BRIANZA ATTN: ADELE PIROLA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 11/17/2015 | AXXO S.R.L. VIA SAN GIMIGNANO 2, 20146 MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 03/05/2015 | AZIENDA BERGAMASCA FORMAZIONE TRESCORE BALNEARIO (BG), VIA DAMIANO CHIESA 12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE TRANSACTION DEED (HEREINAFTER, "SETTLEMENT AGREEMENT") DATED: 11/27/2015 | B.N.T. S.R.L. VIA ACQUI 25 10090 CASCINE VICA RIVOLI (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | BANK GUARANTEE LETTER DATED: 03/10/2016 | BANCA POPOLARE VALCONCA VIA BUCCI, 61 - 47833 MORCIANO DI ROMAGNA (RN) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 01/01/2015 | BASF ITALIA S.P.A. VIA MARCONATO, 8 ATTN: MARCO ANTONIO MORETTI CESANO MADERNO, MB, 20811 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 01/01/2018 | BASF ITALIA S.P.A. VIA MARCONATO, 8 - 20811 CESANO MADERNO (MB) ATTN: FILIPPO CENTAMORI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT OF EXCISE DUTIES / TAXES ACTIVITIES DATED: 10/19/2022 | BDO TAX S.R.L STP. VIALE ABRUZZI,94 MILANO, 20131 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | PRINCIPLES OF BUSINESS RELATIONSHIP DATED: 09/18/2010 | BEHR HELLA SERVICE GMBH DR.-MANFRED-BEHR-STR. 1 SCHWABISCH-HALL, 74523 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 03/27/2008 | BEHR HELLA SERVICE GMBH DR.-MANFRED-BEHR-STR. 17 ATTN: EXECUTIVE DIRECTOR MR. JURGEN LAUCHE SCHWABISCH HALL, 4523 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 08/26/2015 | BELLUZZI-FIORAVANTI INSTITUTE OF HIGHER EDUCATION BOLOGNA (BO), VIA CASSINI 3 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS | BETA AUTO SPARE PARTS CENTER P.O. BOX 39122 SHARJAH, UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 09/19/2022 | BETA -TRANS S.P.A. VIA VALTELLINA, 18/20 MILANO, 20159 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/10/2019 | BLUEBASIC SRL<br>VIA GALVANI 20 - FLERO 25020 - BRESCIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE SUPPLY AGREEMENT DATED: 12/17/2018 | BREMBO S.P.A.<br>VIA BREMBO, 25<br>VIALE EUROPA, 2<br>CURNO, STEZZANO, BERGAMO, 24035, 24040<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SUPPLY AGREEMENT DATED: 11/18/2019 | BREMBO S.P.A.<br>CUMO, VIA BREMBO NO. 25, PARTITA IVA (VAT) N. 00222620163 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 07/24/2018 | BREMBO S.P.A.<br>CUMO, VIA BREMBO NO. 25, PARTITA IVA (VAT) N. 00222620163, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 02/26/2016 | BRISK TABOR A.S<br>VOZICKA 2068<br>TABOR, 390 02<br>CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/13/2016 | BUGATTI AUTORICAMBI S.P.A<br>VIA ISEO 3C<br>CASTEGNATO, BS, 25045<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 07/11/2019 | BUGATTI AUTORICAMBI S.P.A<br>VIA ISEO 3C<br>CASTEGNATO, BS, 25045<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.76**

State what the contract or lease is for and the nature of the debtor's interest: LOGISTICS SERVICES CONTRACT DATED: 07/01/2019

State the term remaining: Undetermined

List the contract number of any government contract:

BUT. GEE. CAR 3000 S.R.L.
CAGLIARI, VIA DEL FANGARIO N. 3

---

**2.77**

State what the contract or lease is for and the nature of the debtor's interest: LOGISTICS SERVICES CONTRACT DATED: 07/01/2019

State the term remaining: Undetermined

List the contract number of any government contract:

BUT. GEE. CAR 3000 S.R.L.
CAGLIARI, VIA DEL FANGARIO N. 3

---

**2.78**

State what the contract or lease is for and the nature of the debtor's interest: LOGISTICS SERVICES CONTRACT DATED: 05/13/2019

State the term remaining: Undetermined

List the contract number of any government contract:

BUT. GEE. CAR 3000 S.R.L.
CAGLIARI, VIA DEL FANGARIO N. 3

---

**2.79**

State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE AGREEMENT DATED: 05/28/2025

State the term remaining: Undetermined

List the contract number of any government contract:

CAPGEMINI ITALIA S.P.A.
VIA DI TORRE SPACCATA, 140
ROME,
ITALY

---

**2.80**

State what the contract or lease is for and the nature of the debtor's interest: MARELLI AFTERMARKET SALES FORCE PROJECT IMPLEMENTATION DATED: 02/06/2024

State the term remaining: Undetermined

List the contract number of any government contract:

CAPGEMINI ITALIA S.P.A.
VIA DI TORRE SPACCATA 140
ROMA, 00173
ITALY

---

**2.81**

State what the contract or lease is for and the nature of the debtor's interest: SUPPLEMENTARY AGREEMENT TO THE FRAMEWORK AGREEMENT FOR ASSISTANCE AND PROVISION OF SERVICES OF 9 DECEMBER 2014 DATED: 03/01/2016

State the term remaining: Undetermined

List the contract number of any government contract:

CAR SERVER S.P.A
VIA G.B. VICO, 10/C - 42124 REGGIO EMILIA

---

**2.82**

State what the contract or lease is for and the nature of the debtor's interest: FRAMEWORK AGREEMENT FOR ASSISTANCE AND PROVISION OF SERVICES DATED: 05/15/2018

State the term remaining: Undetermined

List the contract number of any government contract:

CAR SERVER S.P.A
VIA G.B. VICO, 10/C - 42124 REGGIO EMILIA

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR ASSISTANCE AND PROVISION OF SERVICES DATED: 05/08/2019 | CAR SERVER S.P.A. VIA G.B. VICO, 10/C - 42124 REGGIO EMILIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR ASSISTANCE AND PROVISION OF SERVICES DATED: 07/21/2017 | CAR SERVER S.P.A. VIA G.B. VICO, 10/C - 42124 REGGIO EMILIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR A REPORT DATED: 01/01/2016 | CAR SOLUTION RENT SRL VIA WALTER TOBAGI ,9 20068 PESCHIERA BORROMEO ( MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | BANK GUARANTEE LETTER DATED: 03/22/2018 | CASSA DI RISPARMIO DI ASTI S.P.A ASTI, PIAZZA LIBERIA N. 23, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION CONTRACT DATED: 01/01/2016 | CAST MONACO RUE BASSE 19, 98000 MONACO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION CONTRACT | CAST MONACO RUE BASSE 19, 98000 MONACO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION CONTRACT DATED: 01/01/2015 | CAST MONACO RUE BASSE 19, 98000 MONACO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION CONTRACT DATED: 01/01/2017 | CAST MONACO RUE BASSE 19, 98000 MONACO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | 2018 COMMERCIAL AGREEMENT DATED: 11/20/2018 | CDAL LYON PLATFORM, CDAL SUD 8 RUE DE BOURGOGNE, 69800 SAINT-PRIEST |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES PROPOSAL AND GENERAL TERMS DATED: 09/05/2016 | CEVA LOGISTICS ARGENTINA S.A. AZOPARDO 1071, P.B., IN THE AUTONOMOUS CITY OF BUENOS AIRES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 01/01/2025 | CEVA LOGISTICS ITALIA S.R.L ASSAGO MILANOFIORI, STREET 3, BUILDING B5, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 01/01/2017 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO, CENTRO DIREZIONALE MILANOFIORI, STRADA 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 01/01/2025 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, BUILDING B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM N. 5 TO THE LOGISTICS SERVICES CONTRACT DATED: 05/04/2022 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, BUILDING B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES CONTRACT DATED: 01/01/2017 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM N. 6-2024 TO THE LOGISTICS SERVICES CONTRACT DATED: 01/01/2025 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, BUILDING B5, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 08/01/2014 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO, CENTRO DIREZIONALE MILANOFIORI, STRADA 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES CONTRACT DATED: 01/01/2017 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM N. 4 TO THE LOGISTICS SERVICES CONTRACT DATED: 10/05/2021 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, BUILDING B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE LOGISTICS SERVICES CONTRACT DATED: 04/07/2017 | CEVA LOGISTICS ITALIA S.R.L. STRADA N. 3, PALAZZO B5 20089 - ASSAGO MILANOFIORI (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES CONTRACT DATED: 01/01/2017 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 01/01/2025 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, BUILDING B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM N. 3 TO THE LOGISTICS SERVICES CONTRACT DATED: 12/23/2020 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, BUILDING B5, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOGISTICS SERVICES CONTRACT | CEVA LOGISTICS ITALIA S.R.L. ASSAGO, CENTRO DIREZIONALE MILANOFIORI, STRADA 3, PALAZZO B5, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT! DATED: 01/01/2017 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO, CENTRO DIREZIONALE MILANOFIORI, STRADA 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES CONTRACT DATED: 09/21/2016 | CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 01/01/2025 | CEVA LOGISTICS ITALIA S.R.L. STREET 3 BUILDING B5 ASSAGO MILANOFIORI ASSAGO, MI, 20090 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES CONTRACT DATED: 07/21/2011 | CEVA LOGISTICS ITALIA SRL STRADA 3 PALAZZO B/5 ASSAGO, MI, 20090 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.    Case number (if known): 25-11087
          Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 07/17/2018 | CHAMAM - DIVISION GROS 60 RUE EL KHA WARESMI ZI ST GOBAI MEGRINE-RIADH 2014 TN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED: 08/24/2010 | CHRYSLER GROUP LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 08/26/2010 | CHRYSLER GROUP LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE AGENCY AGREEMENT DATED: 03/24/2017 | COLACI BUSINESS HUB DWC-LCC OFFICE 46 BUILDING C BUSINESS PARK DUBAI WORLD CENTRAL P.O. 66961 DUBAI, UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT DATED: 10/12/2016 | COLACI BUSINESS HUB DWC-LCC OFFICE 46 BUILDING C BUSINESS PARK DUBAI WORLD CENTRAL P.O. 66961 DUBAI, UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 06/18/2018 | COLACI BUSINESS HUB DWC-LLC OFFICE 463 BUILDING C BUSSINES DUBAI, UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT | COLCACI BUSINESS HUB DWC-LLC OFFICE 463 BUILDING C BUSINESS DUBAI, UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Aftermarket Italy S.p.A.                                    Case number (if known):   25-11087
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 06/18/2018 | COLE1RO GENERAL SUPPLIES LTD. MSIDA VALLEY ROAD BIRK1RKARA BKR9D23 MT |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 04/08/2019 | COLEIRO GENERAL SUPPLIES LTD. MSIDA VALLEY ROAD BIRKIRKARA BKR9023 MT |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REFERENCE TO THE DISTRIBUTION AGREEMENT DATED: 02/26/2016 | COLZANI S.P.A. VIA COMINA, N. 47 20831 - SEREGNO (MB) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 10/20/2015 | COLZANI S.P.A. SEREGNO (MB), VIA COMINA NO. 47 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 12/22/2017 | COLZANI S.P.A. A SOCIO UNICO VIA COMINA N. N. 47 SEREGNO, MB, 70123 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPANY CATERING CONTRACT DATED: 03/20/2023 | COMPASS GROUP VIA ANGELO SCARSELLINI HOTELS, 14 – 20161 MILAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPANY CATERING CONTRACT DATED: 03/30/2023 | COMPASS GROUP ITALIA S.P.A VIA ANGELO SCARSELLINI HOTELS, 14 – 20161 MILAN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Aftermarket Italy S.p.A.                                    Case number (if known):   25-11087
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** State what the contract or lease is for and the nature of the debtor's interest: III° AMENDMENT TO THE "CORPORATE CATERING CONTRACT" DATED: 03/30/2023 | COMPASS GROUP ITALIA S.P.A. VIA ANGELO SCARSELLINI, 14– 20161 MILAN |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.126** State what the contract or lease is for and the nature of the debtor's interest: PRICE ADJUSTMENT COMMUNICATION UNDER THE CORPORATE CATERING CONTRACT DATED: 06/01/2024 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.127** State what the contract or lease is for and the nature of the debtor's interest: III° AMENDMENT TO THE "CORPORATE CATERING CONTRACT", DATED: 04/01/2023 | COMPASS GROUP ITALIA S.P.A. VIA ANGELO SCARSELLINI, 14– 20161 MILAN– |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.128** State what the contract or lease is for and the nature of the debtor's interest: CONTRACTUAL AMENDMENT DATED: 01/01/2023 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.129** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE CORPORATE CATERING CONTRACT DATED: 03/29/2022 | COMPASS GROUP ITALIA S.P.A. ANGELO SCARSELLINI, 14, 20161 MILAN |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.130** State what the contract or lease is for and the nature of the debtor's interest: COMMERCIAL AGREEMENT DATED: 09/11/2015 | CONFORMGEST S.P.A PIAZZA DUOMO, 12 - 13900 BIELLA (BI) |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.131** State what the contract or lease is for and the nature of the debtor's interest: 2018 TRADE AGREEMENT DATED: 07/23/2018 | CONSORZIO ASSORICAMBI VIA SANTA RITA DA CASCIA, 33 - 20143 MILAN (MI) |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BROKERAGE AGREEMENT DATED: 07/05/2019 | CONSORZIO PDA PROGETTO DISTRIBUZIONE AUTOMOTIVE 10129 TURIN, CORSO ROSSELLI N. 45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 07/12/2018 | CONTITECH SLOVENIJA, D.O.O SKOFJELOSKA C. KRANJ, 64000 SLOVENIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT & DISCOUNT AGREEMENT DATED: 02/07/2019 | CONTITECH SLOVENIJA, D.O.O SKOFJELOSKA C. KRANJ, 64000 SLOVENIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/12/2018 | CORPORACION UPWARDS S.A LA MUELA - 50196, POLIGONO CENTROVIA, CALLE LA HABANA N. 17, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SUPPLY AGREEMENT DATED: 07/30/2019 | CORPORACION UPWARDS S.A. POLIGONO CENTROVIA, CALLE LA HABANA N. 17 50196 LA MUELA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE AMENDMENT OF THE TRADEMARK LICENSE AGREEMENT DATED: 01/01/2022 | DA SILVA S.A.S. T 280 RUE LÉON JOULIN BP 33706 TOULOUSE CEDEX, 31037 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/18/2018 | DAR INTERNATIONAL VIA GALILEO FERRARIS N.9 RIVALTA DI TORINO, TO, 10040 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Aftermarket Italy S.p.A.                                    Case number (if known):   25-11087

_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 06/17/2016 | DELGROSSO S.P.A VIA CALATAFIMI 51. 10042 NICHELINO (TO). P.L. 02586520013 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | OPERATIONAL LEASING CONTRACT PRELIMINARY INFORMATION FORM DATED: 09/23/2024 | DERINDERE TURIZM OTOMOTIV SAN. A.S. (DERINDERE) OLD BUYUKDERECAD. ORJIN MASLAK IS MERKEZI SITESI NO:27 INTERIOR DOOR NO:62 SARIYER / ISTANBUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF PURCHASE (2018 EDITION) DATED: 02/11/2019 | DINITECH MECHATRONIK ALEKRONIK, PRODUCTION, HANDEL  DINITECH S INH LUGITSCH 63, 89TH JAGERBERG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | CHECKSTAR CONTRACT DATED: 09/15/2015 | DIRAM SERVICES SARL 14, RUE KADI BAKKAR QUARTIER BURGER CASABLANCA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT | DMAX RACING S.R.L MILAN (MI), CAP 20146, VIA G.B. MORONI N. 32, P.I.  08457760968, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 07/17/2018 | E.SCAZIKIS-L. MARANGOS S.A 570 22INDUSTRIAL AREA SINDOS THESSALONIKI, 57022 GREECE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 03/15/2019 | E.SCAZIKIS-L. MARANGOS S.A. 570 22INDUSTRIAL AREA SINDOS THESSALONIKI, 57022 GREECE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS COOPERATION AGREEMENT DATED: 07/20/2018 | ECOPOWER CONSORTIUM VIA ANGELOSCARSELLINI 11/13 MILAN, MI, 20161 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF PROFESSIONAL ASSIGNMENT DATED: 06/18/2024 | ELG (EUROPEAN LAW GROUP) MILANO C/O STUDIO LEGALE MONTEFUSCO CORSO VENEZIA, 61 - 20122 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED: 05/31/2019 | EURO CAR PARTS LTD & ECP IRELAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED: 09/06/2018 | EURO CAR PARTS LTD & ECP IRELAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE AGREEMENT DATED: 05/28/2019 | EUROMASTER ITALIA SRL VIALE LUIGI BODIO 37, 20158 MILAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK CONTRACT FOR THE PURCHASE OF SERVICES DATED: 05/01/2017 | EUROPCAR ITALIA S.P.A. BOLZANO, CORSO ITALIA, 32 - CAP. 39100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 06/12/2019 | EXIDE TECHNOLOGIES S.R.L. VIA DANTE ALIGHIERI 100/106 ROMANO DI LOMBARDIA, 24058 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Aftermarket Italy S.p.A.                    Case number (if known)    25-11087
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT | EXIDE TECHNOLOGIES SRL VIA DANTE ALIGHIERI 100/106 ROMANO DI LOMBARDIA, 24058 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.154** State what the contract or lease is for and the nature of the debtor's interest | TRANSACTION AGREEMENT DATED: 05/02/2017 | F.A.R.E.L. DI RANDAZZO ROSALIA & C. S.A.S TRAPANI, VIA ALCAMO N. 13 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.155** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 10/14/2018 | FACET S.R.L. A SOCIO UNICO COLLEGNO (TURIN), CORSO FRANCIA NO. 329 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.156** State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2019 DATED: 06/03/2019 | FAD CAR AND DERIVATIVES SUPPLIES 16 RUE ANNABA BEN AROUS 2013 TN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.157** State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 05/22/2018 | FAD CAR AND DERIVATIVES SUPPLIES 16 RUE ANNABA BEN AROUS 2013 TN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.158** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FBK EUROPE SP. Z O.O. UL.GWIAZDZISTA 62/12/2, 53-413 WROCTAW |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.159** State what the contract or lease is for and the nature of the debtor's interest | MSSA ADDENDUM OF 05.05.2014 DATED: 09/01/2017 | FCA ITALY S.P.A. CORSO AGNELLI N. 200 10100 - TURIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AND SERVICE AGREEMENT DATED: 04/01/2017 | FCA ITALY S.P.A. TORINO (TO), C.SO GIOVANNI AGNELLI 200, 10135 LARGO SENATORE AGNELLI, 5 10040 VOLVERA (TURIN) FOR THE ATTENTION OF MR. GIULIANO CASTELLO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES – FEES FOR SURVEILLANCE AND FIRE PREVENTION SERVICES FOR THE OPERATION DATED: 01/01/2003 | FCA SECURITY S.C.P.A. PLAVA 86, 10135 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 05/23/2018 | FIAMM ENERGY TECHNOLOGY S.P.A VIALE EUROPA,75, 36075 MONTECCHIO MAGGIORE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FIAMM ENERGY TECHNOLOGY SPA VIALE EUROPA 75, MONTECCHIO MAGGIORE, 36075 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SUPPLY AGREEMENT DATED: 07/30/2019 | FIB S.R J. STRADA PROV.LE PER GIOIA CENTRO AZIENDALE QUERCETE SNC 81016 SAN POTITO SANNITICO (CE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 06/16/2016 | FIB S.R.L. STRADA PROV.LE PER GIOIA - CENTRO AZIENDALE QUERCETE 81016 SAN POTITO SANNITICO (CE) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FIB SRL STRADA PROV LE PER GIOIA CENTRO SAN POTITO SANNITICO, 81016 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.167** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER RE. PRIVACY PROJECT - DPO SERVICE: 11/24/2022 | FIELDFISHER GLOBAL<br>VIA DELLA MOSCOVA, 3<br>MILAN, 20121<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 11/06/2015 | FIVE SEASONS S.R.L.<br>VIA BENZONI, NO. 11,  26013 CREMA (CR), REG. IMP. CREMONA NO. 01312450198 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REFERENCE TO THE SUPPLY CONTRACT DATED: 09/19/2016 | FIVE SEASONS S.R.L.<br>VIA BENZONI, N. 11 26013 - CREMA (CR) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 06/16/2016 | FIVE SEASONS S.R.L.<br>VIA BENZONI, NO. 11, 26013 CREMA (CR) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FOUNDRY ALFE CHEM SRL<br>CORSO BRESCIA 77<br>TORINO, 10155<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 07/31/2018 | FPS STRATFORD<br>TIMOTHY'S BRIDGE RD<br>STRATFORD UPON AVON, WA, CV37 9NY<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest | BANK GUARANTEE LETTER DATED: 03/10/2016 | FULL PARTS S.R.L<br>CORIANO (RN) VIA AUSA  173 P.I. 03687620405 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.174** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 04/14/2016 | FULL PARTS S.R.L VIA NUOVA CIRCONVALLAZIONE 57C 47900 RIMINI (RN) ATT. BIANCHINI ANDREA EMAIL: ANDREA.BIANCHINI@FULLPARTS.IT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.175** | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 04/01/2024 | GEE. CAR 3000 SRL VIA DEL FANGARIO 3 CAGLIARI, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.176** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE SUPPLY OF FIXED-TERM AND PERMANENT EMPLOYMENT DATED: 05/01/2022 | GI GROUP S.P.A. PIAZZA IV NOVEMBRE 5 MILAN, 20124 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.177** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL ONE AGREEMENT 2017-2018 DATED: 07/26/2017 | GLOBAL ONE AIRTOMOTIVE GMBH KENNEDYALLE 78 FRANKFURT AM MAIN, 60596 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.178** | State what the contract or lease is for and the nature of the debtor's interest | REFERENCING AGREEMENT DATED: 01/01/2017 | GPI ZA D'USSEAU, 8 RUE DES PEROTS, 17220 SAINTE SOULLE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.179** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION CONTRACT DATED: 03/30/2016 | GROOVYPEOPLE S.L CALLE CANGREJO, 16 CORRALEJO, LA OLIVA, LAS PALMAS, 35660 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BROKERAGE CONTRACT DATED: 07/26/2018 | GROUPAUTO ITALIA S.C.A.R.L. VIA CASSANESE N.224, CENTRO DIREZIONALE MILANO OLTRE-SEGRATE (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BROKERAGE AGREEMENT DATED: 06/24/2019 | GROUPAUTO ITALIA S.C.A.R.L. VIA CASSANESE N.224, CENTRO DIREZIONALE MILANO OLTRE-SEGRATE (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | AREA CODE RENTAL AGREEMENT | GS1 ITALY PIETRO PALEOCAPA 7 - 20121 MILANO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 01/11/2019 | HAVNESPRO B.V. FLANKEMENT 6 IN LEUSDEN, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HAYNESPRO B.V. FLANKEMENT 6 LEUSDEN, THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AND DISTRIBUTION AGREEMENT DATED: 01/01/2015 | HERTH+BUSS FAHRZEUGTEILE GMBH & CO. KG DIESELSTRABE 2-4 HEUSENSTAMM, 63150 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HERTH+BUSS FAHRZEUGTEILE GMBH & CO. KG DIESELSTRABE 2-4 HEUSENSTAMM, 63150 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | CHECKSTAR CONTRACT DATED: 06/21/2017 | HIRE AUTOMOTIVE GROUP SA Z.I SAPINO-LOT.122-NOUACEUR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.188** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 11/13/2012 | HMI S.R.L.<br>CARATE BRIANZA (MB) IN VIA A. VOLTA, 26/BIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.189** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 01/15/2018 | HMI S.R.L.<br>CARATE BRIANZA (MB) IN VIA A. VOLTA, 26/BIS VAT 09012160967 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.190** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/18/2018 | HO HIO HEN AUTOMOBILE S.A.S.<br>HAUTS DE CALIFORNIE LE LAMENTIN 97232 MQ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.191** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/18/2018 | HOFFPARTS ITALY DI DI SANTO MICHELA INTERPORTO SITO VIA PRIMA STRADA 12<br>ORBASSANO, TO, 10043<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.192** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 03/01/2019 | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO, 9<br>ATT.NE LUCA VIGANOTTI<br>CERNUSCO S/N, MI, 20063<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.193** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 10/27/2017 | HPFS RENTAL S.R.L<br>VIA G. DI VITTORIO,9 20063 CEMUSCO S/N (ML) ATT.NE LUCA NANNI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.194** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 06/30/2018 | HPFS RENTAL S.R.L.<br>VIA G. DI VITTORIO 9<br>P IVA 11073380153<br>CEMUSCO SUL NAVIGLIO, MILAN, 20053<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 11/14/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT CONSOLIDATING SCHEDULE DATED: 11/12/2019 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO, 9 20063 CERNUSCO S/N (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADVANCE PRICING AGREEMENT DATED: 10/27/2017 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO,9 20063 CEMUSCO S/N (ML) ATT.NE LUCA NANNI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM DATED: 09/11/2019 | HPFS RENTAL S.R.L. G. DI VITTORIO, 9 CERNUSCO SUL NAVIGLIO, ML, 20063 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 05/31/2018 | HPFS RENTAL S.R.L. VIA G. DI VITTORIO 9 P IVA 11073380153 CEMUSCO SUL NAVIGLIO, MILAN, 20053 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | FEASIBILITY STUDY AGREEMENT DATED: 01/09/2018 | INNEXT SRL VIA CORNAGGIA SFL, 20092 CINISELLO BALSAMO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR ASSISTANCE AND PROVISION OF SERVICES DATED: 09/21/2017 | INTERNATIONAL RENTING S.R.L. VIA RISORGIMENTO 13/45 FAENZA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                    Case number (if known):    25-11087

       Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | CHECKSTAR CONTRACT DATED: 02/18/2016 | ITALCARS.A MANDARONNA 300 LOT N°9, RTE DE SIDI MAAROUF, IN CASABLANCA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | CHECKSTAR CONTRACT DATED: 02/18/2016 | ITALCARS.A MANDARONNA 300 LOT N°9, RTE DE SIDI MAAROUF, IN CASABLANCA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 08/03/2019 | JAAFAR INTERNATIONAL COMPANY MARAMEC STREET OUZAI BEYROUTH, LEBANON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | JIANGSU XINHUA AUTO PARTS CO.,LTD NO.11 ECONOMIC AVENUE ECONOMIC DEVELOPMENT ZONE SIHONG COUNTY SUQIAN CITY, JIANGSU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE SUPPLY AGREEMENT DATED: 12/18/2018 | KARTE S.R.L. VIA TREVIGLIO N. 15 BRIGNANO GERA D'ADDA, BG, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SUPPLY CONTRACT DATED: 12/12/2019 | KEY TECHNOLOGIES S.P.A VIA EDISON, N. 4, 20082 BINASCO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE MAGNETI MARELLI GENERAL TERMS AND CONDITIONS OF PURCHASE DATED: 04/15/2021 | KEY TECHNOLOGIES S.P.A. VIA EDISON, N. 4, 20082 BINASCO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY CONTRACT DATED: 01/01/2019 | KEY TECHNOLOGIES S.P.A. VIA EDISON 4, 20082 BINASCO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE SUPPLY CONTRACT DATED: 12/09/2019 | KEY TECHNOLOGIES S.P.A. VIA EDISON, N. 4, 20082 BINASCO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY CONTRACT DATED: 04/14/2021 | KEY TECHNOLOGIES S.P.A. VIA EDISON, N. 4, 20082 BINASCO (MI) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 12/04/2019 | KOMPUNET INFORMATICA S.R.L. STRADA DELLA MARINA 2/7 TO THE ATTENTION OF MR. ANTONIO RUSSO SENIGALLIA, AB, 60019 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | CHECKSTAR CONTRACT DATED: 01/15/2016 | KR RACING VIA G.MARCONI 86 BI, MAGNETI MARELLI AFTER MARKET PARTS AND SERVICES S.P.A. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | DECLARATION OF INTENT DATED: 08/25/2010 | KYB AMERICA LLC 140 N.MITCHELL CT. ADDISON, IL 60101 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT- SALES TERM DATED: 02/01/2009 | LAUBER SP. Z O.O. 40 BRACI STANIUKOW SLUPSK, 76-200 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Aftermarket Italy S.p.A.
Name

Case number (if known):   25-11087

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.216** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE COLLABORATION AGREEMENT DATED: 10/01/2016 | LEASEPLAN ITALIA S.P.A. ROME, VIALE A. MARCHETTI, NO. 105 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.217** State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REFERENCE TO THE COLLABORATION AGREEMENT DATED: 06/18/2014 | LEASEPLAN ITALIA S.P.A. VIALE A. MARCHETTI, N. 105 06000 - ROME |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.218** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE COLLABORATION AGREEMENT DATED: 01/01/2017 | LEASEPLAN ITALIA S.P.A. ROME, VIALE A. MARCHETTI, NO. 105 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.219** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/01/2017 | LEASEPLAN ITALIA S.P.A. TRENTO, VIALE ADRIANO OLIVETTI 13 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.220** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 07/31/2015 | LEROY ACCESSOIRES DISTRIBUTION SARI RUE GUSTAVE EIFFEL 49 500 SEGRE |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.221** State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT | LEROY ACCESSOIRES DISTRIBUTION SARL RUE GUSTAVE EIFFEL SEGRE, 49 500 FRANCE |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.222** State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 09/28/2018 | LEROY ACCESSOIRES DISTRIBUTION SARL RUE GUSTAVE EIFFEL SEGRE, 49 500 FRANCE |

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT DATED: 12/18/2018 | LKQ EURO LIMITED LONDON STREET, READING RG1 4QW |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT | LKQ EURO LIMITED 1 LONDON STREET READING, RG1 4QW UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT | LKQ EURO LIMITED 1 LONDON STREET READING, RG1 4QW UNITED KINGDOM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | CHECKSTAR CONTRACT DATED: 04/16/2018 | LOCATION AUTO.COM SARL. 12 BD MOHAMMED V, FLOOR 2, BERRECHID |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLABORATION AGREEMENT DATED: 07/01/2016 | LOCAUTO S.P.A. VIA RODOLFO BELENZANI 46 - 38122 TRENTO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIONAL SOFTWARE AMENDMENT NUMBER ONE TO BASIC LICENSE AGREEMENT DATED: 12/19/2017 | LOGILITY, INC 470 EAST PACES FERRY ROADFORT DUNLOP, FORT PARKWAY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NUMBER TWO TO BASIC LICENSE AGREEMENT DATED: 10/28/2021 | LOGILITY, INC. FORT DUNLOP, FORT PARKWAY470 EAST PACES FERRY ROAD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/31/2015 | LPR S.R.L.<br>STRADA RIVASSO, 37<br>AGAZZANO, PC, 29010<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 05/24/2018 | LUMILEDS ITALY S.R.I.<br>MONZA (MB), VIA GAETANO CASATI 23, 20900, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY & DISTRIBUTION AGREEMENT | LUMILEDS ITALY S.R.L.<br>VIA GAETANO CASATI 23<br>MONZA, MB, 20900<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REFERENCE TO THE "SUPPLY AND DISTRIBUTION AGREEMENT DATED: 11/26/2017 | LUVATA ITALY S.R.L.<br>VIA GIULIO LOCATELLI, N. 22  33050 - POCENIA (UD) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 04/02/2020 | LYRA BEARING S.R.L<br>VIA GIORGIO VASARI 16<br>CADONEGHE, PD, 35010<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 05/04/2015 | M. FRIESEN GMBH<br>AM HEIDENNG 16<br>TO THE ATTENTION OF MR. MARCO-DIRK FRIESEN, D-16515<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE SUPPLY AGREEMENT DATED: 09/21/2018 | M. FRIESEN GMBH<br>ORANIENBURG. VAT N. DE 286350987/AM HEIDERING 16.16515<br>ORANIENBURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                Case number (if known):  25-11087
          Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX 2 SUPPLY AGREEMENT DATED: 03/25/2015 | M. FRIESEN GMBH AM HEIDERING 16.16515 ORANIENBURG |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.238** **State what the contract or lease is for and the nature of the debtor's interest** | SECOND ADDENDUM TO THE LOGISTICS SERVICES CONTRACT DATED: 04/01/2024 | MA. GEE. CAR 3000 SRL MAGICAR 3000 SRL VIA DEL FANGARIO 3 CAGLIARI, ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.239** **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SPECIFICATIONS FOR SUPPLY DATED: 04/19/2019 | MAGI CAR 3000 S.R.L. |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.240** **State what the contract or lease is for and the nature of the debtor's interest** | MARKET AGREEMENT DATED: 05/10/2021 | MAHLE AFTERMARKET ITALY S.P.A VIA RUDOLF DIESEL 10/A PARMA, PR, 43122 ITALY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.241** **State what the contract or lease is for and the nature of the debtor's interest** | COLLABORATION AGREEMENT DATED: 07/01/2015 | MANGO WARRANTY S.R.L. ROME, VIA OTTAVIANO 42 |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.242** **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 10/03/2019 | MANN+HUMMEL FT POLAND SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA SP.K UL. WROCLAWSKA 145 (ATTENTION - PIOTR KNAPP) GOSTYN, 63-800 POLAND |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.243** **State what the contract or lease is for and the nature of the debtor's interest** | DECLARATION OF INTENT DATED: 08/25/2010 | MANN+HUMMEL USA, INC. 2285 FRANKLIN ROAD BLOOMFIELD HILLS, MI 48302 |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                              Case number (if known):   25-11087
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/27/2022 | MARELLI COFAP DO BRASIL LTDA 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE AGREEMENT DATED: 09/27/2022 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/28/2022 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADEMARK LICENSE AGREEMENT DATED: 09/27/2022 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | DEBT TRANSFER AGREEMENT DATED: 03/12/2024 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 09/17/2022 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                          Case number (if known):  25-11087

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** **State what the contract or lease is for and the nature of the debtor's interest** SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.252** **State what the contract or lease is for and the nature of the debtor's interest** GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.253** **State what the contract or lease is for and the nature of the debtor's interest** DEBT TRANSFER AGREEMENT DATED: 03/12/2024 | MARELLI RUS LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.254** **State what the contract or lease is for and the nature of the debtor's interest** WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/27/2022 | MARELLI SUSPENSION SYSTEMS ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.255** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL CONDITIONS FOR FACTORING TRANSACTIONS DATED: 07/19/2019 | MEDIOFACTORING SPA MILAN, VIA MONTE DI PIETA 15 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.256** **State what the contract or lease is for and the nature of the debtor's interest** TRANSACTION AGREEMENT DATED: 07/27/2018 | MERCURIO VERNICI S.R.L. CONTRADA TORRE ALLEGRA CATANIA, CT 95121 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.257** **State what the contract or lease is for and the nature of the debtor's interest** SETTLEMENT AGREEMENT DATED: 01/02/2014 | MIDAC S.P.A. 37038 SOAVE (VR), VIA A. VOLTA N. 2 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

Debtor    Marelli Aftermarket Italy S.p.A.                                    Case number (if known):  25-11087
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.258** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 01/01/2014 | MIDAC S.P.A. VIA A. VOLTA, 2 Z.I. SOAVE, VERONA, 37038 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.259** State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REFERENCE TO THE SUPPLY CONTRACT DATED: 01/01/2016 | MIDAC S.P.A. VIA A. VOLTA, N. 2 37038 - SOAVE (VR) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.260** State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 02/01/2013 | ML-C MOBILELOCATION-COMPANY GMBH ROTWANDSTRASSE 7 ATTENTION: MR. MONI MALEK MUNICH, 81539 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.261** State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTING AGREEMENT FOR EQUIVALENT SPARE PARTS FOR THE YEAR 2020 DATED: 01/30/2020 | MOCAUTO S.P.A. VIA DEI MISSAGLIA, 89 20142 MILANO (MI) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.262** State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACTING AGREEMENT FOR EQUIVALENT SPARE PARTS FOR THE YEAR 2020 DATED: 01/30/2020 | MOCAUTO S.P.A. VIA DEI MISSAGLIA, 89 20142 MILANO (MI) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.263** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS CATEGORIES INDEPENDENT PLATFORMS 2018 DATED: 04/11/2018 | MOTOR - PARTS S.A.S 59262 SAINGHIN-EN-MELANTOIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.264** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/05/2015 | NABAICHUAN HOLDING CO. LTD YUEHU INDUSTRIAL ZONE WENZHOU CITY, ZHEJIANG, 325505 CHINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.265** | **State what the contract or lease is for and the nature of the debtor's interest** | CHECKSTAR CONTRACT DATED: 07/20/2017 | NADI MOTORS SARL TANGIER, GZENAYA INDUSTRIAL ZONE LOT 183 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.266** | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED: 06/13/2018 | NAME LIGHTING LLC 155 TURNEY ROAD FAIRFIELD, CT 06824 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.267** | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN FOR USE OF EQUIPMENT AGREEMENT DATED: 07/19/2016 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.268** | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT DATED: 06/16/2011 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.269** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 12/14/2017 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.270** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF OCCASIONAL PROFESSIONAL WORK | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.271** | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 07/03/2018 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                    Case number (if known)  25-11087
          Name

| | | | |
|---|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT DATED: 06/16/2011 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 04/01/2016 | NEOX S.R.L. ROME, VIA ANTONIO CHINOTTO 1 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 11/20/2018 | NEOX S.R.L. ROME, VIA ANTONIO CHINOTTO 1 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 11/20/2018 | NEOX S.R.L. ROME, VIA ANTONIO CHINOTTO 1 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 04/01/2015 | NEOX S.R.L. ROME, VIA ANTONIO CHINOTTO, NO. 1 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 11/20/2018 | NEOX S.R.L. ROME, VIA ANTONIO CHINOTTO 1 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP AGREEMENT DATED: 06/06/2017 | NEOX S.R.L. ROME, VIA ANTONIO CHINOTTO 1 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known): 25-11087 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.279** | State what the contract or lease is for and the nature of the debtor's interest | PREFERENTIAL DISTRIBUTION AGREEMENT DATED: 05/16/2016 | NEWCOCAR S.R.L.<br>STRADA ORBASSAANO 16/18, 10092 BEINASCO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.280** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 11/20/2018 | NEXION SPA<br>CORREGGIO (RE), STATE ROAD 468 NO. 9 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.281** | State what the contract or lease is for and the nature of the debtor's interest | PREFERRED SUPPLIER AGREEMENT DATED: 07/29/2015 | NEXUS AUTOMOTIVE INTERNATIONAL SA<br>54 RUE DE LAUSANNE, 1202 GENEVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.282** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NL MOTO S.R.O.<br>HRADEC C.P. 155<br>HRADEC, 33211<br>CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.283** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO SALES REPRESENTATION AGREEMENT DATED: 01/01/2018 | NORTH AMERICAN MARKETING ENTERPRISES, INC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.284** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO SALES REPRESENTATION AGREEMENT DATED: 06/09/2015 | NORTH AMERICAN MARKETING ENTERPRISES, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.285** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO SALES REPRESENTATION AGREEMENT DATED: 06/09/2015 | NORTH AMERICAN MARKETING ENTERPRISES, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                          Case number (if known):    25-11087
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 06/18/2018 | NORTHSIDE IMPORTS INC. 835 NEW DURHAM ROAD MR. DAVID JALILI EDISON, NJ 08817 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 09/08/2011 | NOVERO GMBH PARSEVALSTRASSE 7A ATTENTION: MR. RAZVAN OLOSU DUSSELDORF, 40468 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT AND SUPPLY AGREEMENT DATED: 09/08/2011 | NOVERO GMBH PARSEVALSTRASSE 7A DUSSELDORF, D-40468 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL IN RELATION TO FRAMEWORK AGREEMENT. DATED: 04/13/2012 | OCTO TELEMATICS S.P.A. VIA V. LAMARO 51,00173 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 11/16/2011 | OCTO TELEMATICS S.P.A. VIA VINCENZO LAMARO 51 - 00173 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 11/30/2011 | OCTO TELEMATICS S.P.A. VIA VINCENZO LAMARO 51, 00173 ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT TERMS AND CONDITIONS DATED: 12/19/2019 | ODELO DEUTSCHLAND GMBH | ULO AFTERMARKET ROBERT-BOSCH-STR. 3, 73312 GEISLINGEN,  VAT-ID-NR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.293** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK CONTRACT FOR SUPPLY AND SPONSORSHIP DATED: 11/30/2018 | OMP RACING S.P.A. RONCO SCRIVIA (GE), VIA E. BAZZANO, 5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.294** | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL AGREEMENT TO THE CONTRACT DATED: 08/30/2017 | OOO "AUTOMOTIVE LIGHTING" VOSTOCHNAJA OKRUZHNAJA ROAD, 18 RYAZAN, RYAZAN REGION, 390047 RUSSIAN FEDERATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.295** | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL AGREEMENT TO THE CONTRACT DATED: 09/05/2017 | OOO "AUTOMOTIVE LIGHTING" VOSTOCHNAJA OKRUZHNAJA ROAD, 18 RYAZAN, RYAZAN REGION, 390047 RUSSIAN FEDERATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.296** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 04/03/2017 | OOO "AUTOMOTIVE LIGHTING" VOSTOCHNAJA OKRUZHNAJA ROAD, 18 RYAZAN, RYAZAN REGION, 390047 RUSSIAN FEDERATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.297** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX 1 TO CONTRACT DATED: 07/21/2017 | OOO AUTOMOTIVE LIGHTING VOSTOCHNAJA OKRUZHNAJA ROAD, 18 RYAZAN, RYAZAN REGION, 390047 RUSSIAN FEDERATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.298** | State what the contract or lease is for and the nature of the debtor's interest | CHECKSTAR CONTRACT DATED: 09/02/2018 | OPTIMUM AUTO ALLEE DES PRITCHARDIAS N°17, AIN SEBAA, CASABLANCA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.299** | State what the contract or lease is for and the nature of the debtor's interest | 2018 FRG AGREEMENT DATED: 11/20/2018 | OSBERRY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                                    Case number (if known):  25-11087
                Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REFERENCE TO THE 2017 COMMERCIAL AGREEMENT DATED: 07/27/2018 | PDA CONSORTIUM<br>10129 TURIN, CORSO ROSSELLI N. 45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO COMMERCIAL AGREEMENT DATED: 07/27/2018 | PDA CONSORTIUM – PROGETTO DISTRIBUZIONE AUTOMOTIVE<br>CORSO ROSSELLI N. 45, 10129 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | IST PELLEGRINI MMAMPS MEAL VOUCHER AGREEMENT | PELLEGRINI S.P.A.<br>VIA LORENTEGGIO, 255 - 20152 - MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PHINIA DELPHI UK LIMITED<br>BRUNEL WAY<br>STROUDWATER BUSINESS PARK<br>STONEHOUSE, GLOUCESTERSHIRE, GL10 3SX<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | LETTER IN RELATION TO THE AGREEMENT DATED: 12/19/2018 | PIRELLI TYRE S.P.A<br>MILAN, VIALE PIERO E ALBERTO PIRELLI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SALES AGREEMENT DATED: 04/09/2019 | PLASTIC COMPONENTS FUEL SYSTEMS POLAND SP. Z O.O<br>UL. JEDNOSCI 44<br>SOSNOWIEC,<br>POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SALES AGREEMENT DATED: 04/09/2019 | PLASTIC COMPONENTS FUEL SYSTEMS POLAND SP. Z O.O<br>UL. JEDNOSCI 44<br>SOSNOWIEC,<br>POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                    Case number (if known): 25-11087
          Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SALES AGREEMENT DATED: 04/09/2019 | PLASTIC COMPONENTS FUEL SYSTEMS POLAND SP. Z O.O. UL. JEDNOSCI 44 SOSNOWIEC, POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 10/06/2015 | PNEUSMART B.V. HERENGRACHT 282 AMSTERDAM, 1016 BX THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 02/04/2020 | PPG ITALIA SALES & SERVICES S.R.L QUATTORDIO (AL), VIA SERRA N. 1 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 06/07/2017 | PPG ITALIA SALES & SERVICES S.R.L. VIA A. DE GASPERI, 17/19 ATTN: RAFFAELE NICOTERA LAINATE, MI, 20020 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 07/31/2018 | PRASCO UK LTD UNIT 4 ALPHA COURT CAPITOL PARK THOME, DONCASTER, DNS 5T2 UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 05/18/2018 | PRICOL WIPING SYSTEMS CZECH S.R.O. KLECANY 25067, ZDIBSKO 613, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BROKERAGE AGREEMENT DATED: 11/14/2018 | PROCAR SRL C.SO FRANCE NO. 204.10093 - COLLEGNO (TO) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                          Case number (if known):  25-11087
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.314** | State what the contract or lease is for and the nature of the debtor's interest | LETTER CONTRACT DATED: 05/12/2011 | QUALCOMM ENTERPRISE SERVICES LAAN VAN DIEPENVOORDE 17 WAALRE, 5582 LA THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.315** | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 09/27/2011 | QUALCOMM ENTERPRISE SERVICES EUROPE B.V LAAN VAN DIEPENVOORDE 17 WAALRE, 5582 LA THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.316** | State what the contract or lease is for and the nature of the debtor's interest | TRANSACTION AGREEMENT DATED: 05/02/2017 | RANDAZZO ROSALIA & C. S.A.S. VIA PARIDE N°5 91016 ERICE VIA ALCAMO N.13 - 91100 TRAPANI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.317** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 11/09/2015 | RED BULL S.R.L. VIA SAVONA, 97 INT. C11 20144, MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.318** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 11/09/2015 | RED BULL S.R.L. VIA SAVONA, 97 INT. C11 20144, MILAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.319** | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 03/15/2017 | RED CAR S.R.L. VIA DEL CALICE 41/G  00178, ROME. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.320** | State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES CONTRACT DATED: 01/01/2019 | RED CAR S.R.L. VIA DEL CALICE 41/G 00178 - ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

██  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.321** | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER WITH REFERENCE TO THE "ESTIMATOR CONTRACT" DATED: 04/01/2018 | RED CAR S.R.L. VIA DEL CALICE N.41/G ROME |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.322** | **State what the contract or lease is for and the nature of the debtor's interest** | CONSIGNMENT CONTRACT DATED: 12/01/2014 | RED CAR S.R.L. VIA DEL CALICE 41/G 00178, ROMA ATT. VALERIO BARBIERI EMAIL VBREDCAR@TISCALI.IT. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.323** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 12/31/2015 | RESISTOR S.R.L VIA PALMIRO TOGLIATTI, 21/23 SENAGO, MI, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.324** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE SUPPLY AGREEMENT DATED: 07/23/2019 | RESISTOR S.R.L. VIA TOGLIATTI 21/23 20030 SENAGO (ML) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.325** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE SUPPLY AGREEMENT DATED: 07/23/2019 | RESISTOR S.R.L. VIA TOGLIATTI 21/23 20030 SENAGO (ML) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.326** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 12/09/2019 | RUIAN HONGKE XINDE ELECTRIC CO. LTD. NO.49, CHANGAN ROAD HANTIAN TANGXIA TOWN TO THE ATTENTION OF THE. SALES MANAGER RUIAN CITY, ZHEJIANG, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.327** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | RUIAN HONGKE XINDE ELECTRIC CO., LTD NO.501, HUAHAI ROAD TANGXIA TOWN RUIAN CITY, ZHEJIANG, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Aftermarket Italy S.p.A.                                          Case number (if known):    25-11087
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT CONTRACT DATED: 05/25/2015 | SACER S.P.A. CASCINE VICA RIVOLI 10098 (TO), VIA NATALE  BRUNO 38 STRADA STATALE 131-KM 103 090070 TRAMATZA (OR)  ATT. MR. TOCCO RENE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER INFORMATION DATED: 02/01/2024 | SALESFORCE.COM ITALY S.R.L PIAZZA MEDA 5 MILAN, 20121 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER INFORMATION DATED: 02/01/2024 | SALESFORCE.COM ITALY S.R.L PIAZZA MEDA 5 MILAN, 20121 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER INFORMATION DATED: 02/01/2024 | SALESFORCE.COM ITALY S.R.L. PIAZZA MEDA 5 MILAN, 20121 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER INFORMATION DATED: 02/01/2024 | SALESFORCE.COM ITALY S.R.L. PIAZZA MEDA 5 MILAN, 20121 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | 2018 COMMERCIAL AGREEMENT DATED: 05/24/2018 | SAMAUTO S.P.A. VIA LORENZO LAROCCA N. 5 BARI, 70123 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 12/22/2017 | SAMAUTO S.P.A. VIA LORENZO LAROCCA N. 5 BARI, 70123 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | CHECKSTAR CONTRACT DATED: 06/13/2017 | SAMEL AUTO SARL AU ZI MGHOGHA SGHIRA, LOT REDA 1 B.P N° 4635 DRISSIA - TANGIER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | AFTER MARKET AGREEMENT DATED: 09/17/2001 | SEEMA ITALIANA S.P.A VIA DELTINDUSTRIA 17 TOLMEZZO, UDINE, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/18/2018 | SIDEXPORT SRL VIA DELLA LIBERTA' 33 GRUGLIASCO, TO, 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2019 DATED: 03/20/2019 | SIDEXPORT SRL VIA DELLA LIBERTA' 33 GRUGLIASCO, TO, 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE COLLABORATION AGREEMENT DATED: 03/01/2018 | SIFA' SOCIETA ITALIANA FLOTTE AZIENDALI SPA VIA DOGANA 1 TRENTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT DATED: 05/01/2015 | SIFA'SOCIETA' ITALIANA FLOTTE AZIENDALI S.P.A. VIA DOGANA, 1 – 38122 TRENTO (PN) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/01/2012 | SIRIO S.C.P.A. C.SO FERRUCCI, 112/A, 10138 TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Aftermarket Italy S.p.A.                    Case number (if known):   25-11087

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 01/04/2014 | SISTEMI SOSPENSIONI S.P.A. VIALE ALDO BORLETTI, 61/63 CORBETTA, MILAN, 20011 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2019 DATED: 04/17/2019 | SOCIETE TUNISIE TRANSMISSION SARL 100/26 Z.I. MEGRINE LOT SMMT BEN AROUS, 2033 TUNISIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/25/2018 | SOCIETE TUNISIE TRANSMISSION SARL 100/26 Z.I. MEGRINE LOT SMMT BEN AROUS, 2033 TUNISIE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT DATED: 07/17/2018 | SOCIETY HICHEM KAFFEL SERVICE "H K S 72, AVENUE HEDI CHAKER - 1002 TUNIS, VAT NO. 000 M A 1368526/X |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AGREEMENT DATED: 07/26/2017 | SODETE HICHEM KAFFEL SERVICE "H K S" 72, AVENUE HEDI CH AKER - 1002 TUNIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2019 | SODIREP 76, BOULEVARD JHOURIBGA CASABLANCA, 20100 MOROCCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2019 DATED: 05/14/2019 | SOEXIMEX 31-33 RUE PLEYEL ST DENIS, 93, 93200 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Aftermarket Italy S.p.A.                                                          Case number (if known):   25-11087
         Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.349** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/29/2018 | SOEXIMEX 31-33 RUE PLEYEL ST DENIS, 93, 93200 FRANCE |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.350** State what the contract or lease is for and the nature of the debtor's interest: SIDE LETTER WITH REFERENCE TO THE "APPLICATION MANAGEMENT & SUPPORT DATED: 11/24/2016 | SOPRA STERIA GROUP S.P.A. STRADA N. 4, PALAZZO N. 7 ASSAGO MILANOFIORI (MI) |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.351** State what the contract or lease is for and the nature of the debtor's interest: COMMERCIAL COLLABORATION AGREEMENT DATED: 11/20/2017 | SOS S.R.L. CORSO ALESSANDRIA, 471 - 14100 ASTI (AT) ATTN: STEFANO BORSELLO |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.352** State what the contract or lease is for and the nature of the debtor's interest: BANK GUARANTEE LETTER DATED: 03/22/2018 | SOS S.R.L. ASTI, CORSO ALESSANDRIA NO. 471 |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.353** State what the contract or lease is for and the nature of the debtor's interest: SUPPLY AGREEMENT DATED: 04/23/2019 | SPJ AUTOMOTIVE AFTERMARKET, S.L.U AVDA. EUROPA, 4, NAVE 3 - E08700 IGUALADA (BARCELONA) TO THE ATTENTION OF THE SALES DIRECTOR. |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.354** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION AGREEMENT DATED: 06/18/2018 | SSF IMPORTED AUTO PARTS LLC 466 Forbes Blvd MR. DAVID DEBOLT - Strategic Sourcing Manager South San Francisco, CA 94080 |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.355** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2018 DATED: 06/18/2016 | STEQ TUNISIAN EQUIPMENT COMPANY 8, RUE 8601 INDUSTRIAL ZONE. CHARGUIA I B.P. 746 - TUNIS CEDEX 1080 TN |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT TERMS AND CONDITIONS 2019 DATED: 04/24/2019 | STEQ TUNISIAN EQUIPMENT COMPANY 8, RUE 8601 INDUSTRIAL ZONE. CHARGUIA I B.P. 746 - TUNIS CEDEX 1080 TN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUN TONG SENG MOULD-TECH SDN. BHD. 16 JALAN P/8 MIEL INDUSTRIAL AREA BANDAR BARU BANGI, SELANGOR, 43650 MALAYSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUZHOU VOLKS ELEKTRONIK CO.,LTD NO.2, ZHANYE ROAD ZHONGXIN TECHNOLOGY CITY SUZHOU INDUSTRIAL PARK 215122 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TAIZHOU XINTENG OIL PUMP CO.,LTD. UNTY NO.6 JINDIFU ROAD ZHEJIANG, 317600 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO THE DATA SUPPLIER CONTRACT DATED: 12/13/2019 | TECALLIANCE GMBH EDMUND-RUMPLER-STR. 5 KOLN, 51149 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 10/18/2012 | TECNOMOTOR S.P.A. VIA G. MORUZZI 3/ A, 43100 PARMA (PR) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LETTER OF INTENT DATED: 10/18/2012 | TECNOMOTOR SPA VIA G. MORUZZI 3/A PARMA, 43100 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.                    Case number (if known): 25-11087

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AND SERVICES AGREEMENT DATED: 06/01/2024 | TEKNÉ CONSULTING SRL<br>VIA MONTE BIANCO SNC, 04100, LATINA (LT), PARTITA IVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AND SERVICES AGREEMENT | TEKNG CONSULTING SRL<br>S.S. 156 DEI MONTI LEPINI KM. 50,200, PARTITA IVA (VAT) N. IT02248210599 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | MULTIBUSINESS CONTRACT FOR THE MOBILE TELEPHONY SERVICE. | TELECOM ITALIA S.P.A.<br>MILAN, PIAZZA DEGLI AFFARI NO. 2, PEC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BROKERAGE AGREEMENT DATED: 06/26/2019 | TELOS GROUP S.R.L.<br>PERO (MI), VIA NEWTON N. 12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL BROKERAGE AGREEMENT DATED: 09/10/2018 | TELOS GROUP S.R.L.<br>VIA NEWTON, 12 - 20016 PERO (MI) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 01/01/2016 | TEMOT INTERNATIONAL AUTOPARTS GMBH<br>EUROPARING 60<br>RATINGEN, D-40878<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/28/2009 | TEXA S.P.A.<br>VIA 1 MAGGIO, 9<br>MONASTIER DI TREVISO, TV, 31050<br>ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Aftermarket Italy S.p.A.    Case number (if known):  25-11087
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 12/31/2012 | TEXA S.P.A. MONASTIER DI  TREVISO (TREVISO), VIA 1° MAGGIO |

| | | |
|---|---|---|
| **2.370** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY CONTRACT DATED: 12/31/2012 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

State the name and mailing address: TEXA S.P.A. MONASTIER DI  TREVISO (TREVISO), VIA 1° MAGGIO

| | | |
|---|---|---|
| **2.371** | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF INTENT DATED: 07/29/2008 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

TEXA S.P.A. MONASTIER DI TREVISO (TV), VIA I MAGGIO 9

| | | |
|---|---|---|
| **2.372** | **State what the contract or lease is for and the nature of the debtor's interest** | LOGISTICS SERVICES CONTRACT DATED: 10/26/2016 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

THE COMPANY CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5

| | | |
|---|---|---|
| **2.373** | **State what the contract or lease is for and the nature of the debtor's interest** | LOGISTICS SERVICES CONTRACT DATED: 10/26/2016 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

THE COMPANY CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5

| | | |
|---|---|---|
| **2.374** | **State what the contract or lease is for and the nature of the debtor's interest** | LOGISTICS SERVICES CONTRACT DATED: 10/26/2016 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

THE COMPANY CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5,

| | | |
|---|---|---|
| **2.375** | **State what the contract or lease is for and the nature of the debtor's interest** | LOGISTICS SERVICES CONTRACT DATED: 10/26/2016 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

THE COMPANY CEVA LOGISTICS ITALIA S.R.L. ASSAGO MILANOFIORI, STREET 3, PALAZZO B5

| | | |
|---|---|---|
| **2.376** | **State what the contract or lease is for and the nature of the debtor's interest** | LOGISTICS SERVICE CONTRACT DATED: 07/19/2016 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

THE LOGISTEO COMPANY RUE DENIS PAPIN,  77550 REAU

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | THE MATERIALS GROUP, LLC<br>575 BYRNE INDUSTRIAL DRIVE<br>ROCKFORD, MI 49341 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/13/2018 | THE POLITECNICO DI TORINO, C.F<br>INSTITUTION IN TURIN, CORSO DUCA DEGLI ABRUZZI N.24 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO LONG TERM SUPPLY AND DISTRIBUTION AGREEMENT DATED: 09/11/2017 | TOFAŞ TIIRK OTOMOBIL FABRIKASI A.Ş.<br>BIIYUKDERE CADDESI TOFAS HAN NO: 145<br>ZINCIRLIKUYU, ISTANBUL,<br>TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/15/2023 | TOFAŞ TURK OTOMOBIL FABRIKASI A.Ş.<br>BUYUKDERE CADDESI TOFAŞ HAN NO:145 34394 ZINCIRLIKUYU ISTANBUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/15/2023 | TOFAŞ TURK OTOMOBIL FABRIKASI A.Ş.<br>BUYUKDERE CADDESI TOFAŞ HAN NO:145 34394 ZINCIRLIKUYU ISTANBUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER TO LONG TERM SUPPLY AND DISTRIBUTION AGREEMENT DATED: 10/11/2017 | TOFAS TIIRK OTOMOBIL FABRIKASI A.S.<br>BUYUKDERE CADDESI TOFAŞ HAN NO:145 34394 ZINCIRLIKUYU ISTANBUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | OBJECT: SIDE LETTER TO LONG TERM SUPPLY AND DISTRIBUTION AGREEMENT DATED: 10/11/2017 | TOFAS TURK OTOMOBIL FABRIKASI A.S<br>BUYUKDERE CADDESI TOFAŞ HAN NO:145 34394 ZINCIRLIKUYU ISTANBUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): 25-11087 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.384** | State what the contract or lease is for and the nature of the debtor's interest | CHECKSTAR CONTRACT DATED: 07/03/2015 | TOP CONTROLE, SARL LOTISSEMENT KADIRIA LOT N° 33 RDC LISSASFA CASABLANCA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.385** | State what the contract or lease is for and the nature of the debtor's interest | PREFERENTIAL DISTRIBUTION AGREEMENT DATED: 10/26/2016 | TRADING ENTERPRISES CO LLC PO BOX 5628, RASHDIYA, DUBAI, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.386** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 06/18/2018 | TRADING ENTERPRISES COMPANY LLC 13TH ST OFF MARRAKECH ST UMM RAMOU DUBAI, 5628 UNITED ARAB EMIRATES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.387** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 06/19/2018 | TRYSET EURL 14 RUE LAKEHAL LAMRI MEZLOUG SETIF AIN ARNAT SETIF 19056 DZ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.388** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TURKAS OTOMOTIV YAN SANAYI ORKIDE CAD N:6 BURSA, 16135 TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.389** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UNION INDUSTRIA DE MOLDES E COMERCIO ATACADISTA DE MAQUINAS LTDA R DONA FRANCISCA 7796 ZONA INDUSTRIAL NOR JOINVILLE, SC 89219600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.390** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 07/31/2018 | UTOIMPORT D.O.O. VODNIKOVA CESTA99 LJUBLJANA SI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | Case number (if known): | 25-11087 |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | CHECKSTAR CONTRACT DATED: 02/18/2016 | WAFA LLD SA<br>5, BD ABDELMOUMEN - CASABLANCA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | CHECKSTAR CONTRACT DATED: 02/18/2016 | WAFA LLD SA<br>5, BD ABDELMOUMEN - CASABLANCA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | CHECKSTAR CONTRACT DATED: 02/18/2016 | WAFA LLD SA<br>5, BD ABDELMOUMEN - CASABLANCA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WENZHOU HUAQIANG AUTO PARTS<br>THIRD FLOOR, 40,LIMING INDUSTRIAL<br>WENZHOU, 325000<br>CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 02/08/2016 | WENZHOU HUAQIANG AUTO PARTS CO., LTD<br>NO.40 LIMING INDUSTRIAL ZONE<br>XINCHENG LUCHENG DISTRICT<br>WENZHOU,<br>CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WENZHOU HUIRUN IMPORT &<br>NO. 368, 5TH AVENUE,<br>BINHAI INDUSTRIAL AREA ECONOMIC TEC, 325025<br>CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 11/29/2019 | WENZHOU HUIRUN IMPORT & EXPORT CO.,LTD<br>326 ROOM<br>3 FLOOR<br>NO.1389, 1ST AVENUE<br>BINHAI INDUSTRIAL AREA, ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE<br>WENZHOU, 325025<br>CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known): 25-11087 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.398** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WINNER ITALIA S.R.L. REGISTERED OFFICE: VIA AVERSA N. 37, ROME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.399** | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL COLLABORATION AGREEMENT DATED: 03/12/2019 | WINNER ITALIA S.R.L. VIA AVERSA, 37 - 00177 ROME VIA BRUNO PONTECORVO, 4 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.400** | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS AGREEMENT DATED: 06/18/2018 | WORDPAC, INC. 37137 HICKORY STREET HANS WULFF-SENIOR VICE PRESIDENT OF PURCHASING NEWARK, CA 94560-5522 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.401** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YANTAI WINHERE AUTO-PART NO.80 TAISHAN ROAD ETDZ OF YANTAI, 264006 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.402** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/24/2016 | YOUTHSTREAM ORGANISATION SAM AVENUE DES CASTELANS 13 98000 MONACO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.403** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 06/09/2018 | YOUTHSTREAM ORGANISATION SAM GILD PASTOR CENTER7 RUE DU GABIAN, 98000 MONACO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.404** | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 01/01/2015 | ZENATEK S.A.R.L. 1 RUE DES GENETS, 98000 MONACO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (if known): 25-11087 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT DATED: 10/11/2016 | ZHCIJANG GOLD SHOCK ABSORBER CORP NO.8 CHUANGYE ROAD ZHENGLOU PINGYANG WENZHOU, ZHEJIANG, CHINA |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHEJIANG HAWBO AUTO PARTS CO., LTD. NO.888 NANMING ROAD LIANDU DISTRICT LISHUI CITY, ZHEJIANG, CHINA |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHEJIANG WINSAFE AUTOMOTIVE NO.11, ZHONGXING ROAD HUANGZHAI TOWN, 322204 CHINA |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name     Marelli Aftermarket Italy S.p.A.

United States Bankruptcy Court for the:     District of Delaware

Case number (If known):     25-11087

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (If known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (If known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.16 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.17 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.18 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.19 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.20 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.21 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.22 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (If known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (If known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Aftermarket Italy S.p.A. | | Case number (If known): | 25-11087 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.40 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.41 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.42 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.43 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.44 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.45 | Marelli Sosnowiec Poland Sp. z. o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Aftermarket Italy S.p.A. | | | Case number (If known): | 25-11087 |
|---|---|---|---|---|---|
| | Name | | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.51 | | | | ☐ D ☐ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

Official Form 206H   Schedule H: Codebtors   Page 7 of 7

**Fill in this information to identify the case and this filing:**

Debtor name  Marelli Aftermarket Italy S.p.A.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11087

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
　　　　　　　MM / DD / YYYY

**X** /s/ Alanna Abrahamson
Signature of individual signing on behalf of debtor

Alanna Abrahamson
Printed name

Executive Vice President, Chief Financial Officer
Position or relationship to debtor