# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | Case No. 25-11034 (CTG) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to in the First Day Declaration.

[3] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis.  The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis.  As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards.  Upon the application of such standards, the financial information could be subject to changes, which could be material.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled.  The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors.  Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements.  Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist.  Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements.  In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals.  Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements.  Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors.  The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

### **Global Notes and Overview of Methodology**

4.    **Description of the Debtors' Chapter 11 Cases**.  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102].  On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5.  **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.  **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.  **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b.  **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c.  **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

4

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.      **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.      **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.      **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.     **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.     **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.   **Methodology**.

a.   **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.   **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.      **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.      **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]    *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "<u>Cash Management Order</u>"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.    **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

9

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g. **Language Translation**. The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h. **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i. **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities.  Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.    **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.    **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.    **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.    **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.  **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.  **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.   **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.   **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.   **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.   **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.   **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## Part 1 – Cash and Cash Equivalents

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances at net book value as of the Petition Date. Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

## Part 2 – Deposits and Prepayments

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –  Accounts Receivable**

**Schedule A/B 11 – Accounts Receivable**.  The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –  Investments**

**Schedule A/B 15 – Investments**.  Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity.  Subsidiaries owned indirectly by a Debtor are not included.  Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –  Inventory, Excluding Agricultural Assets**

a.    **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**.  Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight.  Amounts are shown net of reserves and other adjustments.

b.    **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**.  The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –  Office Furniture, Fixtures, and Equipment; and Collectibles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

## Part 8 – Machinery, Equipment, and Vehicles

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

## Part 9 – Real Property

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

## Part 10 – Intangibles and Intellectual Property

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

## Part 11 – All Other Assets

a.  **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs).** The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.  **Schedule A/B 73 – Interests in Insurance Policies or Annuities.** The Debtors maintain various insurance policies administered by multiple third-party insurance

carriers and various surety bonds provided by multiple third-party sureties.  The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage).  The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion").  Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.  **Schedule A/B 75 – Other Contingent and Unliquidated Claims**.  The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

**Specific Notes Regarding Schedule E/F**

a.     **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

18

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.      **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date. Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders. In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order. In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors. Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent.  Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing.  The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

**Specific Notes Regarding Schedule G**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G.  Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not independently set forth on Schedule G.  Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G. In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors. In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statements**

a.   **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.   **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.   **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.  **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.      **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.      **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.      **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.      **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.      **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j. **Question 26 – Books, Records, and Financial Statements**. From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements. The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k. **Question 27 – Inventories of the Debtors' Property**. The Debtors perform full, "wall-to-wall" physical inventories on an annual basis. In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies. The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l. **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**. Refer to the Methodology section regarding all payments to insiders.

m. **Question 31 – Consolidated Tax Groups.** The Debtors conduct business in multiple countries. Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country. The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n. **Question 32 – Pension Fund Contributions.** Certain Debtors have made (and continue to make) contributions to pension funds outside the United States. Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries. Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries. In some countries, contributions are made not to private pension plans but to national public welfare funds. Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name    Marelli Cofap do Brasil Ltda

United States Bankruptcy Court for the:   District of Delaware

Case number (If known):    25-11102

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

      Copy line 88 from *Schedule A/B* .................................................................

      $     7,069,231.35*

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* .................................................................

      $     96,740,609.23*

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* .................................................................

      $     103,809,840.58*

---

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........................................

   $     Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................

      $     Undertermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

      **+** $     40,761,326.64*

4. **Total liabilities** ..............................................................................................................................

   Lines 2 + 3a + 3b

   $     40,761,326.64*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Marelli Cofap do Brasil Ltda

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11102

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 See Attached Rider | | | $ 4,527,051.20 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1 None | | $ 0.00 |
| --- | --- | --- |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $ 4,527,051.20

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.                                             Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 GUARANTEE DEPOSITS | $ 75,268.41 |
| --- | --- |
| 7.2 | $ |

Debtor  Marelli Cofap do Brasil Ltda.                                Case number (if known) 25-11102
        Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES                                    $          17,165.68

8.2  COMMERCIAL AND OTHER PREPAID EXPENSES                                          $         227,895.76

9. **Total of Part 2.**                                                               $         320,329.85

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.

☑  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:     33,436,290.52   —   0.00   =  ...... →   $   33,436,290.52
                             face amount        doubtful or uncollectible accounts

11b. Over 90 days old:        412,000.47   —   349,199.94   =  ...... →   $   62,800.53
                             face amount        doubtful or uncollectible accounts

12. **Total of Part 3**                                                               $      33,499,091.05

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:  Investments**

13. **Does the debtor own any investments?**

☐  No. Go to Part 5.

☑  Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 None                                                                    $              0.00

14.2                                                                         $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                     % of ownership:

15.1 See Attached Rider                       %                              $         Undetermined

15.2                                          %                              $

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 None                                                                    $              0.00

16.2                                                                         $

17. **Total of Part 4**                                                               $         Undetermined

Add lines 14 through 16. Copy the total to line 83.

---

*Plus Undetermined Amounts

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED MM / DD / YYYY | $ 13,222,897.34 | NET BOOK VALUE | $ 13,222,897.34 |
| 20. **Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED MM / DD / YYYY | $ 61,554.72 | NET BOOK VALUE | 61,554.72 |
| 21. **Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED MM / DD / YYYY | $ 31,902,091.39 | NET BOOK VALUE | 31,902,091.39 |
| 22. **Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED MM / DD / YYYY | $ 948,472.46 | NET BOOK VALUE | 948,472.46 |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$ 46,135,015.91

24. **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes. Book value $ ___Undetermined___ Valuation method ___N/A___ Current value $ ___Undetermined___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Marelli Cofap do Brasil Ltda
         Name
                                                                    Case number (If known)  25-11102

---

## Part 8:   Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  LEASED VEHICLES | $           475,478.51 | NET BOOK VALUE | $           475,478.51 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1  None | $ | | $           0.00 |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1  None | $ | | $           0.00 |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $    2,011,604.88* | | $    2,011,604.88* |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$      2,487,083.39*

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

**\*Plus Undetermined Amounts**

Debtor    Marelli Cofap do Brasil Ltda    Case number (if known) 25-11102
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $   7,069,231.35* | | $   7,069,231.35* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $   7,069,231.35*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| 61. **Internet domain names and websites** | | | |
| WEBSITE / INTERNET DOMAIN: COFAP.CL | $   Undetermined | N/A | $   Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| None | $ | | $   0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTS | $   Undetermined | N/A | $   Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| None | $ | | $   0.00 |
| 65. **Goodwill** | | | |
| None | $ | | $   0.00 |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $   Undetermined

*Plus Undetermined Amounts

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | _____ — _____ = → | $ 0.00 |
|---|---|---|
|  | Total Face Amount   Doubtful or uncollectible Amount |  |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| VARIOUS TAX ATTRIBUTES | Tax Year | VARIOUS | $ Undetermined |
|---|---|---|---|
|  | Tax Year |  | $ |
|  | Tax Year |  | $ |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ Undetermined |
|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ 0.00 |
|---|---|

**Nature of Claim** _____

**Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| See Attached Rider | $ Undetermined |
|---|---|

**Nature of Claim** _____

**Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

| None | $ 0.00 |
|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ 9,772,037.83 |
|---|---|
|  | $ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ 9,772,037.83* |
|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

*Plus Undetermined Amounts

| Debtor | Marelli Cofap do Brasil Ltda | Case number (If known) | 25-11102 |
|---|---|---|---|
| | Name | | |

---

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,527,051.20 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 320,329.85 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 33,499,091.05 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 46,135,015.91 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,487,083.39* | |
| 88. | **Real property.** *Copy line 56, Part 9.* ............................................... → | | $7,069,231.35* |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ 9,772,037.83* | |
| 91. | **Total.** Add lines 80 through 90 for each column.............................91a. | $ 96,740,609.23* | + 91b. $7,069,231.35* |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................................. | | $ 103,809,840.58* |

**\*Plus Undetermined Amounts**

---

Debtor Name: Marelli Cofap do Brasil Ltda                                  Case Number: 25-11102

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO DO BRASIL | OPERATING ACCOUNT | **4101 | $624,175.23 |
| BANCO DO BRASIL | OPERATING ACCOUNT | **7101 | $1,105,076.42 |
| BANCO SANTANDER | OPERATING ACCOUNT | **05-6 | $1,328,217.52 |
| BANCO SANTANDER | OPERATING ACCOUNT | **31-2 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **45-5 | $1,180,466.41 |
| BANCO SANTANDER | OPERATING ACCOUNT | **58-0 | $233,283.73 |
| BRADESCO | OPERATING ACCOUNT | **4448 | $54,122.36 |
| CITIBANK | OPERATING ACCOUNT | **5420 | $412.81 |
| CITIBANK | OPERATING ACCOUNT | **5439 | $296.72 |
| CITIZENS BANK | OPERATING ACCOUNT | **0965 | $1,000.00 |
| | | **TOTAL** | **$4,527,051.20** |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MAGNETI MARELLI REPUESTOS S.A. | 18.059 | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Cofap do Brasil Ltda                                              Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| OWNED ASSETS | $862,813.84 | NET BOOK VALUE | $862,813.84 |
| OWNED INDUSTRIAL EQUIPMENT | $17,792.14 | NET BOOK VALUE | $17,792.14 |
| OWNED PLANT AND MACHINERY | $338,419.88 | NET BOOK VALUE | $338,419.88 |
| TANGIBLE ASSETS IN PROGRESS | $792,579.02 | NET BOOK VALUE | $792,579.02 |
| COMMERCIAL OFFICE LEASE - AFTERMARKET | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C52 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C54 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C57 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C62 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C64 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C65 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C66 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C68 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C73 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C82 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C83 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C84 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C92 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C95 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVX4J81 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVX4J82 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVX4J83 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVX4J84 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1I10 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB0B39 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB0B41 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB1A10 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB1B16 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB1C66 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIF5F55 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIG7A70 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E21 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E71 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E73 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SII6D61 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SII6D69 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SII7I97 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ5F57 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ5F65 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ8I17 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ8I18 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ8I19 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ8I21 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ8I22 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ8I24 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ8I25 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C06 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C07 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C08 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C09 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C10 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C11 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C12 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C13 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C14 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C15 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C16 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C17 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C18 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A18 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A19 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A20 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A21 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A22 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A23 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A24 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A25 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A26 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A27 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A28 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A29 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A30 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A31 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A32 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A33 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4B15 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK5F75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK5F80 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK7A74 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A70 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A71 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A72 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A77 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A78 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1A79 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1B72 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1B75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL1B76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A71 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A72 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A78 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A79 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIN4F38 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIN4H79 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIO6I08 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIR3G60 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIT7A70 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIT7A75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIU5G78 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_TDO2D42 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_TDO2E56 | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - COFAP FABRICADORA DE PECAS LTDA | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - FCA RENTAL | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - MW CONSULTORIA IMOBILIARIA LTDA | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - SOCIEDADE SUL DO COMERCIO IMOBILIARIO | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - XANGAI CONSULTORIA IMOBILIARIA | Undetermined | NET BOOK VALUE | Undetermined |
| OFFICE RENT - FCALEASE-15-7766 | Undetermined | NET BOOK VALUE | Undetermined |
| TWO LEASE AGREEMENTS - FGVM ADMINISTRAÇÕES DE BENS PRÓPRIOS LTDA | Undetermined | NET BOOK VALUE | Undetermined |
| TWO LEASE AGREEMENTS - HEDGE DESENVOLVIMENTO LOGÍSTICO | Undetermined | NET BOOK VALUE | Undetermined |
| TWO LEASE AGREEMENTS - HRE VARGINHA EMPREENDIMENTOS | Undetermined | NET BOOK VALUE | Undetermined |
| TWO PLANT RENTALS | Undetermined | NET BOOK VALUE | Undetermined |

$2,011,604.88

+ Undetermined Amounts

Debtor Name:  Marelli Cofap do Brasil Ltda                                                Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $6,841,424.39 | NET BOOK VALUE | $6,841,424.39 |
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $227,806.96 | NET BOOK VALUE | $227,806.96 |
| VARGINHA LOGISTIC HUB, AVENIDA PORTO SECO, 1540 = CONDOMÍNIO INDUSTRIAL E TECNOLOGICO – AEROPORTO – VARGINHA MG, VARGINHA, 37031-090, BRAZIL | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| LAVRAS PLANT, RUA ROSA KASINSKI, 865/1065  DISTRITO INDUSTRIAL SILVIO MENICUCCI, LAVRAS, 37200-000, BRAZIL | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| MAUA PLANT WAREHOUSE OFFICE, AV. MANOEL DA NOBREGA 350, MAUÁ, 09380-120, BRAZIL | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CICLOPE 3RD PARTY, RODOVIA BR 265 KM 142, LAVRAS, 37200-000, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CURITIBA OFFICE, RUA STA CATARINA 65, AGUA VERDE - SALAS 302 AND 303A, CURITIBA, 80610-090, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| GOIANA OFFICE, AV. PIRES FERNANDES,39 - SALAS 102 & 104 - SETOR AEROPORTO, GOIANA, 74070-030, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| METALURGICA 3RD PARTY, RODOVIA BR 265 KM 342, LAVRAS, 37200-000, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| RECIFE OFFICE, RUA RIBEIRO DE BRITO 573 - SALAS 204 & 205, RECIFE, 51021-310, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| RIO DE JANEIRO OFFICE, SALA 102, AV. BRUXELAS,185, BONSUCESSO, RIO DE JANEIRO, 21041-000, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SAO PAULO OFFICE, AV. BRIGADEIRO FARIA LIMA, 201 - 10º ANDAR  - SALAS 101 & 102, SAO PAULO, 05426-100, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | TOTAL | $7,069,231.35<br>+ Undetermined Amounts |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. ARP130104314 STATUS: COUNTRY: ARGENTINA | Undetermined | N/A | Undetermined |
| PATENT NO. CA2706127 STATUS: GRANTED COUNTRY: CANADA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200880122354 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. EP08852104 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13881752 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010533677 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. RU2010125218 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. RU2012141462 STATUS: COUNTRY: RUSSIAN FEDERATION | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/734,713 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MMPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): MMPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (AUSTRALIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BOLIVIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BOLIVIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BOLIVIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BOLIVIA): COFAP | Undetermined | N/A | Undetermined |

Debtor Name: Marelli Cofap do Brasil Ltda                                      Case Number: 25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BOLIVIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BOLIVIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZI): KIT DE SUSPENSÃO COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): "SELECTRONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): ACTIVE CHARGE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): AMORTECEDOR MONOSHOCK PARA MOTOCICLETAS COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): AMORTECEDOR MONOSHOCK PARA MOTOCICLETAS COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): AMORTECEDOR SUPER PLUS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): AMORTECEDOR TURBOGAS COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): C & D CHECK & DRIVE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): C & D CHECK & DRIVE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CARGA PESADA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECK & DRIVE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECK & DRIVE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CHECK STAR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CMM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |

Debtor Name: Marelli Cofap do Brasil Ltda                                                          Case Number: 25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP AMORTECEDOR ELETRONICO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP ELETRONIC SYSTEM | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP ESCAP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): COFAP ESCAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP PARTS & SERVICES | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAP POWER SHOCK | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): COFAPINHO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CONECTA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CORREIA ACIONADORA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): CORREIA STEP COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                              Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                        Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUAS RODAS COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE MOTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE MOTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): DUE MOTOPARTS | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): DUE MOTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): É COFAP É DE CONFIANÇA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): É COFAP É DE CONFIANÇA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): F – RESPOND | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): FALTA NÃO É LEGAL | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): FLECS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                        Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): HP HIGH PERFORMANCE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): IMPACTOR COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFO NEWS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFO NEWS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFO NEWS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFO NEWS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFO NEWS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFO NEWS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFO NEWS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): INFOTEC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KADRON SERVCENTRO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): KIT GNC | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MAXXCONTROL | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MERCADO COMUM COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MERCADO COMUM COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MERCADO COMUM COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MERCADO COMUM COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MMPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MONOSHOCK COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): MONOSHOCK COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): ONDA DE PRÊMIOS COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): PASTILHA PARA FREIOS CERÂMICA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): PASTILHA PARA FREIOS CERÂMICA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): PASTILHA PARA FREIOS CERÂMICA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): PASTILHA PARA FREIOS CERÂMICA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): QUALIDADE COFAP GARANTIDA RETÍFICA CREDENCIADA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): QUALIDADE E GARANTIA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): QUALIDADE E GARANTIA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): QUALIDADE E GARANTIA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): QUALIDADE E GARANTIA COFAP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                          Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): REDE FIEL COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): REDE PRIMA LINEA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SAFEGATE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SAFEGATE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SAFEGATE COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SAFEGATE COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SAFEGATE COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SAFEGATE COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SHOCKTESTER COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SHOCKTESTER COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SHOCKTESTER COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SHOCKTESTER COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SPA COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SPA COFAP AMORTECEDOR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): STARLINE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SUPER RALLY | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SUPER RALLY KIT FREIO | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SUPER RALLY PASTILHAS PARA FREIOS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): TOP REPAIR | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): TRINCA DE OURO COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): TURBOGAS | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): TURBOGAS COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): U – CHOOSE | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): WEBER | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (CHILE): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHILE): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DUE AUTOPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MMPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MMPARTS | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (COLOMBIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (CROATIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (DENMARK): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ECUADOR): COFAP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (ECUADOR): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ECUADOR): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ECUADOR): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ECUADOR): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ECUADOR): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (EGYPT): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (EGYPT): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (EGYPT): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (EGYPT): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (EL SALVADOR): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (FRANCE): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (FRANCE): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (GERMANY): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (GERMANY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (GUATEMALA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (GUATEMALA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (GUATEMALA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (GUATEMALA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (GUATEMALA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (GUATEMALA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (HONDURAS): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (HONDURAS): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (HONDURAS): COFAP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                                  Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (HONDURAS): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (HONDURAS): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (INDIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (ITALY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (JORDAN): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (JORDAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (JORDAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (JORDAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (JORDAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (JORDAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (LITHUANIA): C COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): COFAP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (MEXICO): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (NICARAGUA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (NICARAGUA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PAKISTAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PAKISTAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PAKISTAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PAKISTAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PAKISTAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PAKISTAN): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PANAMA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): COFAP | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (PERU): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SERBIA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SINGAPORE): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): COFA | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (SPAIN): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (UKRAINE): COFAP C | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (URUGUAY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (VENEZUELA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (VENEZUELA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (VENEZUELA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (VENEZUELA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (VENEZUELA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (VENEZUELA): COFAP | Undetermined | N/A | Undetermined |
| TRADEMARK (VENEZUELA): KADRON | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                      Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name: Marelli Cofap do Brasil Ltda                                      Case Number: 25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                      Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                                        Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda

Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                    Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Cofap do Brasil Ltda                                                            Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of  every nature, including counterclaims of the debtor and rights to set off claims

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | ANNULMENT ACTION | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | COLLECTION ACTION | Undetermined | Undetermined |
| LITIGATION CLAIM | ACTION FOR ANNULMENT | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | LABOR DISPUTE | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | CONSUMER LAWSUIT | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Cofap do Brasil Ltda                                Case Number:  25-11102

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| ADVANCES PAID TO EMPLOYEES | $505,176.47 |
| INTERCOMPANY RECEIVABLE FROM MAGNETI MARELLI REPUESTOS S.A. | $3,726,494.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET ITALY S.P.A. | $3,961,020.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $517,435.96 |
| REFUNDS DUE FROM SOCIAL SECURITY AGENCIES | $113,558.44 |
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $948,352.96 |
| **TOTAL** | **$9,772,037.83** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Cofap do Brasil Ltda |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11102 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| MIZUHO BANK, LTD. | SEE NOTES ON SCHEDULE D | | |
| | | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**
GUARANTOR OF SENIOR FINANCING AGREEMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** UNDETERMINED

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| | | $ | $ |

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

| Debtor | Marelli Cofap do Brasil Ltda | Case number (If known): | 25-11102 |
|--------|------------------------------|-------------------------|----------|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. __1__ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

Debtor     Marelli Cofap do Brasil Ltda

United States Bankruptcy Court for the:    District of Delaware

Case number    25-11102
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
FEDERAL REVENUE OFFICE
SETOR DE AUTARQUIAS SUL QUADRA 06 ED. ÓRGÃOS
BL O - ASA SUL
BRASÍLIA, 70079-900
BRAZIL

**Date or dates debt was incurred**
UNDETERMINED

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (507(a)(8))

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** AUDIT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $   Undetermined
Priority amount: $   Undetermined

**2.2**   **Priority creditor's name and mailing address**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $
Priority amount: $

**2.3**   **Priority creditor's name and mailing address**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $
Priority amount: $

Debtor    Marelli Cofap do Brasil Ltda
          Name

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
1 GIGA COMPUTERS BRASIL EIRELI - EP
SERRA DE BOTUCATU 1195
SAO PAULO, 03727-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 94.67

---

**3.2**

**Nonpriority creditor's name and mailing address**
100% REWORK S.R.O.
Kaštanová 530/125b,
Brno, 620 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 170.59

---

**3.3**

**Nonpriority creditor's name and mailing address**
A.R.S. - INDUSTRIA E COMER DE PARAF
AV QUEIROS DOS SANTOS 690
SANTO ANDRE, 09015-310
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 163.38

---

**3.4**

**Nonpriority creditor's name and mailing address**
ABC EXPURGO SERV ESPEC SC LTDA EPP
AL DOM PEDRO DE ALCANTARA 618
SAO BERNARDO DO CAMPO, 09771-281
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 72.80

---

**3.5**

**Nonpriority creditor's name and mailing address**
ABECOM ROLAM PRODS BORR LTDA
R VINTE E UM DE ABRIL 1181
SAO PAULO, 03047-007
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 560.26

---

**3.6**

**Nonpriority creditor's name and mailing address**
ABSOLUTE SEGURANCA PATRIMONIAL LTDA
RUA PADRO ANTONIO DE SA 83
SAO PAULO, 03066-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 18,330.72

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 2 of 85

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|--------|------------------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,967.90 |
|---|---|---|---|

ABSOLUTE SERVIÇOS TERCEIRIZADOS
PADRE ANTONIO DE SÃ 83
SÃFO PAULO, 03066-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,766.61 |
|---|---|---|---|

ACCENTURE DO BRASIL LTDA
RUA SENADOR MILTON CAMPOS 145
NOVA LIMA, 34000-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 163.28 |
|---|---|---|---|

ADLER VERTRIEBS GMBH UND CO.
ALTENKESSELER STRASSE 17/B7
SAARBRUECKEN, 66115
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,581.10 |
|---|---|---|---|

AEB IND EMB LOGIST DE ABASTECIMENTO
RUA MARIA ORTIZ 85
SANTO ANDRE, 09070-270
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,399.11 |
|---|---|---|---|

AFE CORPORATION SERVICOS EMPRESARIA
AV. ITAPARK 2865
MAUA, 09350-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

AGUA MINERAL VARGINHA LTDA
ESTM VARGINHA A MONSENHOR PAULO S/N
VARGINHA, 37002-970
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 253.09

---

**3.13** **Nonpriority creditor's name and mailing address**

AHREND-LYRECO DEUTSCHLAND GMBH
Henschelring 4
Kirchheim, 85551
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.08

---

**3.14** **Nonpriority creditor's name and mailing address**

ALIANCA   COMERCIO  E IMPORTACAO
AV CASPER LIBERO 390
SAO PAULO, 01033-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,289.91

---

**3.15** **Nonpriority creditor's name and mailing address**

AMAZON TRANSPORTES LTDA
AV FRANCISCO FIRMO DE MATOS 166A
CONTAGEM, 32265-470
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,757.73

---

**3.16** **Nonpriority creditor's name and mailing address**

ANDRA S/A ELECTRIC SOLUTIONS
AV CASA VERDE 3031
SAO PAULO, 02519-200
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 61.43

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

ANHUI ENCORTICH AUTO PARTS CO., LTD
399 XINANJIANG ROAD
CHUZHOU CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 953,661.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

ANTON MÜLLER SONDERMASCHINEN GMBH
Kuthmühlweg 6
VS-Villingen, 78050
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 366.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

APC IND E COM DE EMBALAGENS EIRELI
AV. HUM 500
SAO PAULO, 06550-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,714.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

ASSOCIACAO AMIGOS METROVIARIOS DOS
R SERRA DE BOTUCATU 1197
SAO PAULO, 03317-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,096.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

ATES SPOL. S R.O.
Vigantice 279
Rožnov pod Radhoštěm, 756 61
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 107.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

AURELICE ALVES DE LIMA EPP
R EZEQUIEL FREIRE 566
SAO PAULO, 02034-002
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 591.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

AUTO GIRO DISTRIB PECAS LTDA
AV OLEGARIO MACIEL 70
BELO HORIZONTE, 30180-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 398.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

AUTO NORTE DISTRIBUIDORA DE PECAS L
ROD BR 101 KM 161 SN
BAYEUX, 58309-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 487.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

AUTOMEDIA S.R.O.
Okružní 5
Brno, 63800
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 172.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

B S B ROLAMENTOS LTDA
RUA ITAQUERA 233
SANTO ANDRE, 09185-690
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 792.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11162 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

BALDO & CIA LTDA
AV LUIZ EDUARDO MAGALHAES 688
EUNAPOLIS, 45820-970
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 778.74

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

BANCO PRODUCTS (INDIA) LTD
04 PLOT NO.04/B IN ASPEN INFRASTRUC
SPECIAL ECONOMIC ZONE, VILLAGE PIPA, 391760
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 41,582.92

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

BECOMEX CONSULTORIA LTDA
AV SANTOS DUMONT 935, 3 ANDAR
JOINVILLE, 89218-105
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 567.30

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

BEHR HELLA SERVICE
DR MANFRED BEHR STR 1
SCHWÄBISCH HALL,
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,550.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

BEZERRA & OLIVEIRA COM DE AUTOPECAS
RUA SINHOZINHO 134
PARNAMIRIM, 59146-690
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 659.80

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.32**

**Nonpriority creditor's name and mailing address**

BFX BORRACHAS AUTOMOTIVAS EIRELI
RUA GILSON MANOEL LEME DE ARRUD 370
LEME, 13617-416
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 566,277.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**

BIGNARDI IND E COM DE PAPEIS E ART
JOSE PEREIRA JORGE 242
SÃFO PAULO, 02067-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 431.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**

BLG INDUSTRIELOGISTIK GMBH & CO. KG
SENATOR BORTTSCHELLER 1
BREMEN, 28197
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,172.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**

BLUEPOOL GMBH
SCHELMENWASENSTR 16-20
STUTTGART, 70567
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,641.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**

BONANZA AUTO PECAS LTDA
QUADRA 12 LOTES 32/34 LOJAS 01
03 SUBSOLO - SETOR CENTRAL (GAMA)
BRASÍLIA, 72405
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11162 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

BR CONFECCOES LTDA
R COLUMBIA 951
SANTO ANDRE, 09241-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21.57

---

**3.38** | **Nonpriority creditor's name and mailing address**

BRAIN BOX BRL C ATIVADORES LTDA  EP
R BARATA RIBEIRO 237
SAO PAULO, 01308-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 470.10

---

**3.39** | **Nonpriority creditor's name and mailing address**

BRS SUPRIMENTOS CORPORATIVOS S/A
RUA JOSE MARTINS FER 601, GALPAO 40
SÃFO BERNARDO DO CAMPO, 09843-400
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433.79

---

**3.40** | **Nonpriority creditor's name and mailing address**

CAB TECNOLOGIA E SISTEMAS, COMERCIO
RUA NITERIO 78
SÃFO CAETANO DO SUL, 09510-200
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 792.34

---

**3.41** | **Nonpriority creditor's name and mailing address**

CENIC LABOLATORIO DE ENSAIOS  ESPEC
R OSWALDO DENARI 165
SAO CARLOS, 13568-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,293.20

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11162 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

CESTA BASICA BRASIL COMERCIO DE ALI
AVENIDA CABO BASILIO ZECHIM JUN 106
RIO CLARO, 13502-546
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,587.73

---

**3.43** **Nonpriority creditor's name and mailing address**

CESTA BASICA BRASIL COMERCIO DE ALI
AV DOUTOR RINALDO DE PINHO ALV 2680
PAULISTA, 53411-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 196.83

---

**3.44** **Nonpriority creditor's name and mailing address**

CHG MERIDIAN DO BRASIL ARRENDAMENO
ALAMEDA GRAJAU, 129 129, SL 1209
BARUERI, 06454-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,833.88

---

**3.45** **Nonpriority creditor's name and mailing address**

CHR. MAYR GMBH + CO.KG
EICHENSTRASSE 1
MAUERSTETTEN, 87665
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 339.43

---

**3.46** **Nonpriority creditor's name and mailing address**

CHUBB SEGUROS BRASIL S.A
AVENIDA REBOUCAS 3970
SAO PAULO, 05402-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,093.22

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

CLARIOS ENERGY SOLUTIONS BRASIL
RUA ONDINA SENGER MOREIRA 195
SOROCABA, 18087-133
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,633,904.02

---

**3.48** | **Nonpriority creditor's name and mailing address**

CLIPPING SERVICE RECORTES LTDA- EPP
AV. FAGUNDES FILHO 77
SAO PAULO, 04304-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,074.16

---

**3.49** | **Nonpriority creditor's name and mailing address**

COMERCIO DE TINTAS TRES DE MAIO LTD
AV DOM PEDRO I 1449
SANTO ANDRE, 09130-410
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,937.67

---

**3.50** | **Nonpriority creditor's name and mailing address**

COML AUTOBOR PECAS LTDA
R SANTA CIRILA 78
SAO PAULO, 03622-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83,260.55

---

**3.51** | **Nonpriority creditor's name and mailing address**

COMPREX  CZ S.R.O.
K Novému nádraží 2
Velké Meziříčí, 594 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 262.05

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11052 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.52** | **Nonpriority creditor's name and mailing address**

CONDAIR GMBH
PARKRING 3
GARCHING HOCHBRUECK, 85748
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

CONSELHO REGIONAL DOS REPRESENTANTES COMERCIAIS NO
ESTADO DE MINAS GERAIS
BIAS FORTES AVENUE, 382  LOURDES
BELO HORIZONTE, 30170-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

COPAFER COMERCIAL LTDA
AV DOUTOR ALBERTO SOARES SAMPA 2800
MAUA, 09380-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 250.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

CYRO CAVALCANTI AUTO PECAS LTDA
R MACIEL PINHEIRO 35
JOAO PESSOA, 58010-130
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 71.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

D S SCHIAVETTO E CIA LTDA EPP
AV JOSE ABBAS CASSEB 75
SAO JOSE DO RIO PRETO, 15092-606
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 113,659.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57**

**Nonpriority creditor's name and mailing address**

DEMES TECHNIK GMBH
Kieler Str. 678
Hamburg, 22527
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 851.28

---

**3.58**

**Nonpriority creditor's name and mailing address**

DEUTSCHE LEASING AG
Brückenstr. 5a
Berlin, 10179
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 403.81

---

**3.59**

**Nonpriority creditor's name and mailing address**

DOMINO SERVICOS TECNICOS ESPECIALIZ
RUA TONICO XAVIER 83
VARGINHA, 37014-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,875.12

---

**3.60**

**Nonpriority creditor's name and mailing address**

EBAZAR.COM.BR. LTDA
AVENIDA DAS NACOES UN 3003, PARTE A
OSASCO, 06233-903
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,805.20

---

**3.61**

**Nonpriority creditor's name and mailing address**

ECOSUPPLY RECICLADORA LTDA
AV. CÃ"NSUL ASSAF TRAD 2651
CAMPO GRANDE, 79013-545
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.64

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 41.90 |
|---|---|---|---|

ELETRIMON MONT MANUT INDL LTDA
R ROMEU CARNEVALLI 137
SAO JOSE DOS CAMPOS, 12209-005
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 12,607.51 |
|---|---|---|---|

EMBAGRAF EMBAL GRAFICA EDIT LTDA
EST DA AGUA CHATA 1.550
GUARULHOS, 07251-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 31,788.89 |
|---|---|---|---|

EMBALATEC INDL LTDA
R ALTENA 281
SALTO, 13329-610
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 20,120.88 |
|---|---|---|---|

EMBALATEC INDUSTRIAL LTDA
JORGE MARGY 1215
MOGI GUAÇU, 13840-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 726.91 |
|---|---|---|---|

EMBREPAR DO BRASIL EIRELI ME
RUA SAO JOAO 1274
MARINGA, 87030-201
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

ENERGOSERVIS, SPOL. S R.O. CHOMUTOV
Strupčice čp. 27
Chomutov, 430 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 803.22

---

**3.68** | **Nonpriority creditor's name and mailing address**

ERGOPREV C PRODS ERGONOMICOS LTDA
R FREI FIDELIS MOTA 545
SAO PAULO, 08070-130
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.91

---

**3.69** | **Nonpriority creditor's name and mailing address**

ESTIVAL IMPORTACAO & EXPORTACAO
RUA GERALDO GARCIA DO NASCIMENTO
FRANCA, 14406-075
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,107.75

---

**3.70** | **Nonpriority creditor's name and mailing address**

EUROLOGISTIQUE
Z.I. EUROPOLE SARREGUEMINES
HAMBACH, 57911
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 205.13

---

**3.71** | **Nonpriority creditor's name and mailing address**

EXPEDIBOR CIA INDL BORRACHAS AUTOM
RUA PREFEITO TAKUME KOIKE 200
FERRAZ DE VASCONCELOS, 08538-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,192.69

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11162 |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.72** | **Nonpriority creditor's name and mailing address**

EXPRESSO NEPOMUCENO SA
AV CASA GRANDE 480
DIADEMA, 09961-350
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,951.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address**

EXTELLPP EQPTOS EXTINTORES LTDA
R ONEDA 700
SAO BERNARDO DO CAMPO, 09895-280
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 389.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**

FAST BUYER S.P.A.
Corso Settembrini 167
Torino, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 383.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**

FAST SHOP SA
ROD ANHANGUERA KM 37,5
CAJAMAR, 07760-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 719.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**

FCA RENTAL LOCADORA DE AUTOMOVEIS
AV AFONSO PENA 1500, AND3  SL3
BELO HORIZONTE, 30130-921
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 642.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.77 Nonpriority creditor's name and mailing address**

FERRARO TELAS ESTE RANSPS MET LTDA
AV DOM PEDRO I 530
DIADEMA, 09991-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 862.80

---

**3.78 Nonpriority creditor's name and mailing address**

FINKE FORMENBAU GMBH
Industriestr. 26
Altenbeken Buke, 33184
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 127.02

---

**3.79 Nonpriority creditor's name and mailing address**

FINZLER, SCHROCK & KIMMEL GMBH
Arzbacher Str. 55/57
Bad Ems, 56130
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 51.40

---

**3.80 Nonpriority creditor's name and mailing address**

FLEXFORM INDÃŠSTRIA E COMÃ‰RCIO DE MÃ'
AVENIDA PAPA JOÃƒO PAULO I 1849
GUARULHOS, 07170-350
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,024.95

---

**3.81 Nonpriority creditor's name and mailing address**

FLYTOUR BUSINESS TRAVEL VIAGENS
AV DO CONTORNO 4118
BELO HORIZONTE, 30110-022
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,309.56

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

FORTBRAS AUTOPECAS SA
AV. DAS NAÇÕES UNIDAS
12995 - 18TH E 19TH ANDARES
CIDADE MONÇÕES
SÃO PAULO,
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 86.10

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.83** **Nonpriority creditor's name and mailing address**

FRENZEL INDUSTRIA DE BORRACHAS E PL
R VALDEMAR FLORES VIEIRA 204
CAPELA DE SANTANA, 95745-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 31,441.10

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.84** **Nonpriority creditor's name and mailing address**

FUNDICAO PLENTZ LTDA
GICOMO ZATTI 1728
CAXIAS DO SUL, 95043-290
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,841.89

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.85** **Nonpriority creditor's name and mailing address**

FUTURE HIGIENE PROFISSIONAL LTDA
RUA DA SEDA NATURAL 209
AMERICANA, 13474-773
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 672.27

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.86** **Nonpriority creditor's name and mailing address**

FUTURE TECHNOLOGIES
R. DO ROSÁRIO 103
RIO DE JANEIRO, 20041-004
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 965.76

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

GAFFAROĞLU TEKSTİL OPTİK SAN.TİC.LT
EMIRLER CARSISI NO 150 D 13
IZMIR, 35800
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 789.67

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.88** **Nonpriority creditor's name and mailing address**

GAUSS INDUSTRIA E COMERCIO LTDA
CELESTINO M DE SIQUEIRA 300
CURITIBA, 81350-240
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 40,680.38

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.89** **Nonpriority creditor's name and mailing address**

GCABE PRODUTOS ELETRICOS LTDA
ESTRADA SADAE TAKAGI 255
SAO BERNARDO DO CAMPO, 09852-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 472,995.01

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.90** **Nonpriority creditor's name and mailing address**

GILO SONDERPULVERBESCHICHTUNGS GMBH
Nestelbachberg 5
Nestelbach, 8302
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,970.98

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.91** **Nonpriority creditor's name and mailing address**

GISSI CONSTRUTORA E COMÃ‰RCIO EIRELI
GISSI CONSTRUTORA 88
RIBEIRÃƒO PIRES, 09403-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,804.71

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45,609.20 |
|---|---|---|---|

GK 108 INDUSTRIAL DE PARTES DE AUTO
AV VELA OLIMPICA 851
SOROCABA, 18087-350
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,084.60 |
|---|---|---|---|

GOLDEN SAT LOCACAO E COMERCIO
AVENIDA MARTIM FRANCISCO, 13 13
SANTO ANDRE, 09230-701
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44,676.18 |
|---|---|---|---|

GRAN SAPORE BR BRL S A
AV DAS COMUNICACOES 4
OSASCO, 06278-030
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 321.49 |
|---|---|---|---|

GRIPPER SYSTEMS, S. R. O.
Solná 1472/5
Ostrava, 702 00
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 252,684.35 |
|---|---|---|---|

GSP NANJING CO., LTD
NO. 59 SHUANGHU ROAD, GAOCHUN COUNT
NANJING CITY,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.97** **Nonpriority creditor's name and mailing address**

GUANAPACK IND DE EMBAL PLASTICA LTD
RUA ISALTINO SILVEIRA S/N
TRES RIOS, 25804-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,945.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

GUMMIWERK MEUSELWITZ
AM ANGER 12
MEUSELWITZ, 04610
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 661.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**

GÜNDÜZ ELEKTRİK SAN.
BURSA

TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

GVE LTD.
Ashburton House, Trafford Park Road
Manchester, M171BN
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,260.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**

GVN LOJİSTİK DANIŞMANLIK HİZMETLERİ
YENİKARAMAN MAH. 4. KANTAR SOK NO:2
BURSA,
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 287.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.102 Nonpriority creditor's name and mailing address**

H B FULLER BRASIL LTDA
RUA SUPERCOR 87
GUARULHOS, 07251-450
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,495.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 Nonpriority creditor's name and mailing address**

HAIRAM IND E COM AUTO PECAS LTDA
ROD ALMINO MONTEIRO 2305, BLODCO H
MOGI GUACU, 13855-017
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 253,878.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 Nonpriority creditor's name and mailing address**

HBW- GUBESCH KUNSTSTOFF
Bergstrasse 34
Wilhelmsdorf, 91489
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 165.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 Nonpriority creditor's name and mailing address**

HBW GUBESCH KUNSTSTOFF-ENGINEARING
Bahnhofswald 2
Emskirchen, 91448
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 501.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 Nonpriority creditor's name and mailing address**

HEATMEC INDÃSTRIA METALÃSRGICA LTDA
RUA JOSÃ‰ NICOLINI 100
RIBEIRAO PIRES, 09415-300
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,174.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.107** | **Nonpriority creditor's name and mailing address**

HERI AUTOMOTIVE HK CO LTD
RM 10C 10/F ACME BLDG 28
HONG KONG, 317607
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                491,975.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**

HEWLETT PACKARD BR
AV TAMBORE 74 200
BARUERI, 06460-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,903.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**

HIZLITÜRK LASTİK LTD.ŞTİ.
NO: 6 METRO GROS MARKET KARŞISI
BURSA,
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                144.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**

HORTOCAP COMERCIAL LTDA   ME
LIBERO BADARO 378
HORTOLANDIA, 13186-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                448.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**

HOXXIS - GESTAO DE SUPRIM. E FABRIC
ROD FERNAO DIAS KM 942 S/N
EXTREMA, 37640-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                493,404.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number *(if known)* | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112 Nonpriority creditor's name and mailing address**

HS STECKVERBINDUNGEN
Hohe Birke 6
Lauterhofen, 92283
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113 Nonpriority creditor's name and mailing address**

IGPECOGRAPH INDUSTRIA METALURGICA
VICENTE CECCARELLI 133
DIADEMA, 09941-670
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 362,635.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 Nonpriority creditor's name and mailing address**

IMPACTO CONTROL PRAGAS LTDA  ME
R ERCILIO ANTONIO MEIRA 492
HORTOLANDIA, 13185-220
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 69.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 Nonpriority creditor's name and mailing address**

INDUMYLL COFAP DO BRASIL LTDA
ANDRÉ LÍRIO ST, 7  OLHOS D'ÁGUA
BELO HORIZONTE, 30.390 -110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.116 Nonpriority creditor's name and mailing address**

INDUSTRIA E COMERCIO DE PRODUTOS
RETA DO PORTO DE CIMA, S/N, KM 2
MORRETES, 83350-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,506.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

INFOGO DO BRASIL
R AYRES DE OLIVEIRA CASTRO 23
SAO PAULO, 04544-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,547.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

INFORSHOP SUPRIMENTOS LTDA
RUA 1,1 275
ITU, 13312-902
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,055.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

INGENIEURBUERO GAUDER & VAN GEEST
Siemensstr. 22
Ditzingen, 71254
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,294.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

INSTRUMENT SYSTEMS GMBH
KASTENBAUERSTR. 2
München, 81677
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,174.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**

INTEGRA SOLUCOES INTEGRADAS EM MEDI
RUA IRMAO MARIO ESDRAS 462
VARGINHA, 37010-660
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,240.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 25-11034-CTG   Doc 594   Filed 08/11/25   Page 105 of 452

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

INTERMEC AUTOMOTIVE IND. E COM. EIR
RUA ROTA DOS IMIGRANTES 2249
HOLAMBRA, 13825-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,979.81

**3.123** **Nonpriority creditor's name and mailing address**

IRMAK AJANS TANITIM, GRAFİK VE MATB
NO: 39

TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 58.69

**3.124** **Nonpriority creditor's name and mailing address**

IŞIK PLASTİK SAN VE DIŞ TİC.PAZ.AŞ.
G.O.S.B. İHSAN DEDE CD.
KOCAELİ,
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15.14

**3.125** **Nonpriority creditor's name and mailing address**

JIANGSU XINHUA AUTO PARTS CO., LTD
11 ECONOMIC AVENUE
SUQIAN CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 261,257.10

**3.126** **Nonpriority creditor's name and mailing address**

JINZHOU DONGPENG AUTO SUSPENSION SY
85 XIHAI INDUSTRIAL PARTK
JINZHOU, 121007
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 221,844.60

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|--------|------------------------------|------------------------|----------|
|        | Name                         |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

JORGE ALBERTO E MURCA CONSULTORIA
AVENIDA ANTONIO ARTI 570, BLOCO ZUG
CAMPINAS, 13049-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,067.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

JUNGHEINRICH LIFT TRUCK COMERCIO DE
RODOVIA VICE PREFEIT 2535, GALPAO 2
ITUPEVA, 13295-454
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 689.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

JUNTO SEGUROS S.A
R VISCONDE DE NACAR 1440, 15 AND.
CURITIBA, 80410-201
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 9,360.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

KAROSSERIE BERNDT GMBH
IN LAISEN 78
REUTLINGEN, 72766
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 51.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

KENNEDY COMERCIAL ELETRICA EIRELI
AV CAMINHO DO MAR 2141
SAO BERNARDO DO CAMPO, 09612-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,279.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,146,595.49 |
|---|---|---|---|

**3.132** Nonpriority creditor's name and mailing address

KUNSHAN CADIC AUTO ELETRIC PARTS CO
QINGYANG BRANCH ROAD 100
KUNHSAN CITY,
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,146,595.49

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address

LEKO JAROSLAV TARABA
ČS.Letcù 1361
Nejdek, 36221
CZECH REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 167.19

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address

LIDERKRAFT INDUSTRIA DE EMBALAGENS
R ROGELIA GALLARDO ALONSO 360
AGUAI, 13864-304
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 9,122.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address

LIMER STAMP ESTAMPARIA, FERRAMENTAR
R JOSE FONTANIN 310
LIMEIRA, 13486-250
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 100,079.05

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address

LOGSOFT TECNOLOGIA EIRELI
AV RAJA GABAGLIA 3117, SALA 226
BELO HORIZONTE, 30350-563
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,771.96

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

LUMICENTER I C LUMINARIAS LTDA
AV ROCHA POMBO 2853
SAO JOSE DOS PINHAIS, 83010-620
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,209.92

**3.138** **Nonpriority creditor's name and mailing address**

LUXLITE LAMP SARL
8399 20 RUE DE L INDUSTRIE
WINDHOF, 155027
LUXEMBOURG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 163,213.37

**3.139** **Nonpriority creditor's name and mailing address**

M A P MOTORAD AUTOMOTIVE PARTS LTD
BAR LEV INDUSTRIAL PARK 6 SN
MISGAV,
ISRAEL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182,690.23

**3.140** **Nonpriority creditor's name and mailing address**

M&G ASSESSORIA LOGÃSTICA ADUANEIRA
AV SALUM ASSAD DAVID 310
VARGINHA, 37062-650
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117,038.64

**3.141** **Nonpriority creditor's name and mailing address**

M.G.T. FİLTRE KLİMA TES.SAN.TİC.LTD
OTO SANAYİ 4. LEVENT
İSTANBUL,
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 880.24

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
| --- | --- | --- | --- |
| | Name | | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.142** | **Nonpriority creditor's name and mailing address**

MACIEL & MACIEL LTDA.
C ST., 89  DISTRITO INDUSTRIAL
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$   Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**

MAHLE METAL LEVE S.A.
RODOVIA ENGENHEIRO JOAO TOSELLO 96
LIMEIRA, 13486-264
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   136,594.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**

MAIER GMBH CO KG
Schiltachstr. 59-61
Schramberg, 78713
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   78.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address**

MARCIO DIVINO AVILA TURISMO LTDA
AV PREFEITO SYLVIO DAMASO DE C 1407
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   18,646.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address**

MAREL INDUSTRIA E COMERCIO DO BRASI
R JOSÃ‰ LOPES 125
GUARULHOS, 07197-160
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   170,556.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG    Doc 594    Filed 08/11/25    Page 110 of 452

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31,507.00 |
|---|---|---|---|

MARELLI AFTERMARKET GERMANY GMBH
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 247.71 |
|---|---|---|---|

MARELLI INDIA PRIVATE LIMITED
5th Floor, Tower 8,Village Tikri,Se
GURUGRAM, HARYANA, 122018
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26,459.00 |
|---|---|---|---|

MARELLI POWERTRAIN (HEFEI) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,462,147.00 |
|---|---|---|---|

MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MECÂNICA AUTO CENTER ROMA EIRELLI
ROMA AVENUE, 733  SANTA TEREZINHA
PIRACICABA, 13408-035
BRAZIL

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 60.42 |
|---|---|---|---|

MEDICAL - LABORATORIO DE ANALISES
R OSVALDO CRUZ 361
SÃƟO CAETANO DO SUL, 09541-270
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 243.39 |
|---|---|---|---|

MENDEL VERLAG GMBH & CO. KG
Gerichtsstr. 42
Witten, 58452
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 138.55 |
|---|---|---|---|

MERTSE DEMÍR MARKET SAN.TÍC.LTD.ŞTÍ
NO: 420 NO:129/A
BURSA,
TURKEY

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,598.45 |
|---|---|---|---|

METALURGICA IGUACU LTDA
R ENGENHEIRO ARMANDO DE ARRUDA 264
SAO CAETANO DO SUL, 09581-160
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 25.09 |
|---|---|---|---|

METROPOLITAN LIFE SEG E PREV PRIV
RUA FLORIDA 1595
04565-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

MIDAS ALIMENTAÇÃO LTDA
PRAÇA T. NAGASHIMA 1010
VARGINHA, 37014-590
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,565.30

---

**3.158** | **Nonpriority creditor's name and mailing address**

MİKRON ELMAS KİMYA SAN.
NO 9/9
İSTANBUL, 80000
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                133.66

---

**3.159** | **Nonpriority creditor's name and mailing address**

MITECH S.R.O.
Žižkova 13
Jihlava, 586 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                130.62

---

**3.160** | **Nonpriority creditor's name and mailing address**

MK MESSTECHNIK GMBH
ZEPPELINSTRASSE 1
NOTZINGEN, 73274
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                76.16

---

**3.161** | **Nonpriority creditor's name and mailing address**

MOLEX ELEKTRONIC GMBH
Grashofstrasse 17
Ettlingen, 76275
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,802.85

| Debtor | Marelli Cofap do Brasil Ltda | | Case number (if known) | 25-11102 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

MUBEA BRL LTDA
AV EURICO AMBROGI SANTOS 2400
TAUBATE, 12042-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,666.47

---

**3.163** **Nonpriority creditor's name and mailing address**

MUNICIPIO DO RECIFE
AV. CAIS DO APOLO 925
RECIFE, 50030-903
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 91.96

---

**3.164** **Nonpriority creditor's name and mailing address**

MUSTAFA KOZANLI MÜH.MAK.SAN.TİC.LTD
635 SK. OTOMASYON PLAZA NO:39-41
BURSA,
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.64

---

**3.165** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26.38

---

**3.166** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 156.60

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.167** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.23

---

**3.168** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21,669.35

---

**3.169** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 410.71

---

**3.170** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.90

---

**3.171** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 159.35

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,204.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.178** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.179** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.180** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.181** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11162 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.183** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.184** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.185** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.188** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.189** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.190** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.191** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.198** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.199** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.200** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.201** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number *(if known)* | 25-11162 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.203** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.204** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.205** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.206** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.208** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.209** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.210** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.211** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.213** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.214** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.215** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.216** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.218**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.219**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.220**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.221**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**   LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number *(if known)* | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.232** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.233** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.234** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.235** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.236** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.237**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.238**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.239**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.240**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.241**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.242** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.243** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.244** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.245** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.246** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.248** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.249** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.250** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.251** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.253** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.254** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.255** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.256** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.257** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.261** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11162 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.263** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.264** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.265** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.266** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,166.45 |
|---|---|---|---|

NDDIGITAL SOFTWARE LTDA
DR. WALMOR RIBEIRO 431
LAGES, 88523-060
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 25-11034-CTG    Doc 594    Filed 08/11/25    Page 135 of 452

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.272** **Nonpriority creditor's name and mailing address**

NEW SOFT INFORMATICA LIMEIRA LTDA
AVENIDA SAUDADES 1625
LIMEIRA, 13480-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 755.63

---

**3.273** **Nonpriority creditor's name and mailing address**

NEXT SHIPPING LOGISTICA INTERNACION
RUA JORGE TZACHEL 350
ITAJAÃ, 88301-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80,644.13

---

**3.274** **Nonpriority creditor's name and mailing address**

NINGBO EBI BEARINGS AND AUTO PARTS
18 R TONG YUAN SOUTH ROAD
NINGBO, 315202
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 76,014.60

---

**3.275** **Nonpriority creditor's name and mailing address**

NINGBO LIPINGE MACHINE INDUSTRY CO.
188 BAIXIANG ROAD
ZHEJIANG PROVINCE, 315500
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,657.50

---

**3.276** **Nonpriority creditor's name and mailing address**

NINGBO PROMISE ELECTRICAL APPLIANCE
SUNJIAJING HENGHE TOWN CIXI CITY NI
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,202,932.00

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.277**  **Nonpriority creditor's name and mailing address**

NINGBO RENLONG MACHINERY CO., LID
12-2 SHANGXING ROAD, ZHEJIANG
SHANGTIAN, FENGHUA CITY,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        63,886.80

---

**3.278**  **Nonpriority creditor's name and mailing address**

NOVA GERACAO COMERCIAL ELETRICA LTD
PRACA MANDACARU 291
SANTO ANDRE, 09071-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                            962.89

---

**3.279**  **Nonpriority creditor's name and mailing address**

NOVA MIRAGE ARTES GRÁFICA LTDA
ALAMEDA SÃO CAETANO 2598
SÃO CAETANO DO SUL, 09560-500
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          4,037.70

---

**3.280**  **Nonpriority creditor's name and mailing address**

NOWAK LTD
132 UNIT1001 MIRA PLACE TOWER
KOWLOON, 1722769
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        55,677.60

---

**3.281**  **Nonpriority creditor's name and mailing address**

OFSOLUTION SIST EQPTOS LTDA
R DR ELISIO DE CASTRO 434
SAO PAULO, 04277-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                            154.28

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282** **Nonpriority creditor's name and mailing address**

OK HYDRAULIK S.R.O.
Polenská 5012/12
Jihlava, 586 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 118.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283** **Nonpriority creditor's name and mailing address**

OKAY S.R.O.
Kšírova 504/32
Brno, 61900
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 383.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284** **Nonpriority creditor's name and mailing address**

OLIMPIC INDUSTRIA DE AUTOPECAS LTDA
R DR JOSE HIGINO 895
SAO PAULO, 03189-040
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,736.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285** **Nonpriority creditor's name and mailing address**

OPINIAO TURISMO E TRANSPORTE
AVENIDA KAETHE RICHERS 1509
RIBEIRAO PIRES, 09400-630
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,089.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**

ORLOG - CONSULTORIA E SUPORTE TECN.
CONSELHEIRO LAFAYETTE 358
SÃO CAETANO O SUL, 09550-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,527.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42.87 |
|---|---|---|---|

OXYS S.R.O.
Valdštejnská 267
Jilemnice, 51401
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 265.02 |
|---|---|---|---|

P.S. OBERFLÄCHEN GMBH
Schloßstr. 1
Sassenberg, 48336
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,629.20 |
|---|---|---|---|

PACKDUQUE INDUSTRIA DE PLASTICOS
LAERTE DE PAIVA 218
VALINHOS, 13279-451
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 397,082.54 |
|---|---|---|---|

PEDREX INDUSTRIA METALURGICA LTDA
RODOVIA WALDOMIRO CORREA CAMARG S/N
ITU, 13301-331
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 115.75 |
|---|---|---|---|

PIAB VAKUUM GMBH
OTTO HAHN STRASSE 14
BUTZBACH, 35510
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 134.81 |
|---|---|---|---|

PORTAL SISTEMAS DE ENERGIA EIRELI
RUA TUPINAMBAS 662
DIADEMA, 09991-090
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,004.53 |
|---|---|---|---|

R.E. MANUTENCAO E SERVICOS
PRINCESA MARIA AMÃ‰LIA 455, SALA 2
SÃ�fO BERNARDO DO CAMPO, 09771-120
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 87.78 |
|---|---|---|---|

R.E.T. REIFF ELASTOMERTECHNIK GMBH
Julius-Kemmler-Str. 45
Reutlingen, 72770
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,154.19 |
|---|---|---|---|

RBA MANUTENCAO DE EMPILHADEIRAS
AVNIDA CLEMENTE ROSA 1081, BOX 1
JUNDIAI, 13210-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,069.13 |
|---|---|---|---|

REAL MOTO PECAS LTDA
AV ESTADOS UNIDOS 1028
CAMPINAS, 13040-099
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Marelli Cofap do Brasil Ltda                                    25-11102

Name                                          Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.297** | **Nonpriority creditor's name and mailing address**

REDE ANCORA MG IMP EXP E DIST A PCS
ROD ANEL RODOVIARIO S N
BELO HORIZONTE, 31310-295
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 35.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address**

REDE ANCORA SP IMP EXP E DIST A PCS
RUA JOAQUIM OLIVEIRA FREITAS 2188
SAO PAULO, 05133-005
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,067.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address**

RELEMIX ELETRONICA LTDA
RUA CACHOEIRA DO ARARI 418
SAO PAULO, 02078-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,676.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address**

RK ROSE + KRIEGER GMBH
POTSDAMER STRASSE 9
MINDEN, 32423
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,141.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address**

RÖCKELEIN GMBH
Neue Reichenbacher Str. 15
Neumarkt OT Reuth, 08496
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 489.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.302** **Nonpriority creditor's name and mailing address**

RODOVIARIO CAMILO DOS SANTOS
RUA SARGENTO AQUINO 75
RIO DE JANEIRO, 21021-640
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 121.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.303** **Nonpriority creditor's name and mailing address**

RODOVIÁRIO CAMILO DOS SANTOS
RUA SOLDADO ANTONIO M 57, GALPÃO 01
GUARULHOS, 07031-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,078.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.304** **Nonpriority creditor's name and mailing address**

RODOVIÁRIO CAMILO DOS SANTOS LTDA
RUA JOSÉ RIBEIRO BUENO 50
VARGINHA, 37066-405
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,047.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.305** **Nonpriority creditor's name and mailing address**

RODOVIÁRIO CAMILO DOS SANTOS LTDA
RODOVIA BR 040 KM 800 20
MATIAS BARBOSA, 36120-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.306** **Nonpriority creditor's name and mailing address**

RODOVIÁRIO CAMILO DOS SANTOS LTDA
RUA MARIO LOPES DA SILVA 85
POUSO ALEGRE, 37557-700
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.307** **Nonpriority creditor's name and mailing address**

RODOVIÁRIO CAMILO DOS SANTOS LTDA B
AV CESAR AUGUSTO FARIA SIMÃ•ES 1140
BELO HORIZONTE, 32242-190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 706.24

---

**3.308** **Nonpriority creditor's name and mailing address**

RODUART TRANSPORTE DE CARGAS EIRELI
R NATAL 158
SANTO ANDRE, 09195-310
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,048.26

---

**3.309** **Nonpriority creditor's name and mailing address**

ROTATEC LTDA
RUA MILCK FELIX (PRQ PANORAMA I 685
CAJAMAR, 07792-430
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,076.70

---

**3.310** **Nonpriority creditor's name and mailing address**

ROTOR MASTER INDUSTRIA E COMERCIO L
RUA PERNAMBUCO 385
SAO CAETANO DO SUL, 09521-140
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 720.43

---

**3.311** **Nonpriority creditor's name and mailing address**

RPL ROLAMENTO PAULISTA LTDA
AV QUEIROZ FILHO 812
SAO PAULO, 05319-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 108.39

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 46,059.80 |
|---|---|---|---|

RUIAN HONGKE XINDE ELECTRIC CO., LT
47 CHANGAN ROAD
RUIAN, 325204
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,462.56 |
|---|---|---|---|

SAMAUTO SPA
VIA LAROCCA 5
BARIZI,
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 67.26 |
|---|---|---|---|

SANTA FE RELOCATION SERVICES
U Prioru 1076/5
Praha 6, 161 00
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,118.99 |
|---|---|---|---|

SANTA MARIA ECOLOGIC LTDA
RUA JOSE LUIZ MAIA 59
VARGINHA, 370620-00
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SAO BERNARDO DO CAMPO
AV. JOÃO CESAR DE OLIVEIRA, 6261 GALPÃO 02 BAIRRO VILA
BEATRIZ, CONTAGEM (MG)
CONTAGEM, 32040-000
BRAZIL

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317** **Nonpriority creditor's name and mailing address**

SCHENKER DEUTSCHLAND AG
Geitlingstr. 70
Mühlheim, 45472
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 317.66

---

**3.318** **Nonpriority creditor's name and mailing address**

SCHWEIZER CHEMIE GMBH
Robert-Bosch-Str. 1
Freiberg am Neckar, 71691
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 487.03

---

**3.319** **Nonpriority creditor's name and mailing address**

SCITEC SOLUC ENSAIOS DE MAT E PROD
RUA SANTA MARTA 261
PALHOCA, 88132-712
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,997.16

---

**3.320** **Nonpriority creditor's name and mailing address**

SERIS  SERVICOS TECNICOS INDUSTRIAI
AV INDUSTRIAL 1680, SL 110 BL1
SANTO ANDRE, 09080-501
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,945.99

---

**3.321** **Nonpriority creditor's name and mailing address**

SERIS SERV TECN INDIS LTDA
R PIAUI 2019
BELO HORIZONTE, 30150-321
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,664.33

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,831.40 |
|---|---|---|---|

SERVICO SOCIAL DA INDUSTRIA,
PC JOSE CORREA DE CAMPOS 46
POUSO ALEGRE, 37550-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.323 | **Nonpriority creditor's name and mailing address** | | $ 510.59 |
|---|---|---|---|

SETTA SOLUCOES EM SAUDE LTDA
CAPRICHO 382
SÂÖO PAULO, 02254-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.324 | **Nonpriority creditor's name and mailing address** | | $ 49.25 |
|---|---|---|---|

SEW-EURODRIVE CZ S.R.O.
Lužná 591
Praha 6 - Vokovice, 160 00
CZECH REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.325 | **Nonpriority creditor's name and mailing address** | | $ 51,075.29 |
|---|---|---|---|

SHANGHAI VICTORY AUTO HEAT-TRANSFER
NO 3999 TINGWEY ROAD JINSHAN DISTRI
SHANGHAI,
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.326 | **Nonpriority creditor's name and mailing address** | | $ 168,311.00 |
|---|---|---|---|

SICHUAN CHUANNAN ABSORBER GROUP LT
GROUP 9, TONGGAO VILLAGE, YUJIN TOW

CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|--------|------------------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.327**

**Nonpriority creditor's name and mailing address**

SIM DISTRIB E IMPORT DE PECAS LTDA
AV SANTOS DUMONT 2025
ARAGUAINA, 77818-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2.25

---

**3.328**

**Nonpriority creditor's name and mailing address**

SIMERX COM E ASSESSORIA EMPRESARIAL
AV. SANTA RITA 826, SALA 205
NOVA SANTA RITA, 92480-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 131,726.15

---

**3.329**

**Nonpriority creditor's name and mailing address**

SIMERX HK LIMITED
23-25A CAMERON ROAD
KOWLOON, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,465.80

---

**3.330**

**Nonpriority creditor's name and mailing address**

SIMPRESS COMERCIO LOCACÃFO E SERVICO
AL ASIA POLO EMPRESARIAL 201, CJ 1
SANTANA DE PARNAIBA, 06543-312
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,793.66

---

**3.331**

**Nonpriority creditor's name and mailing address**

SINAL PRODUÃ‡Ã•ES SERIGRÃFICAS LTDA
AV. DAS NAÃ‡Ã•ES 2616
SANTO ANDRÃ‰, 09270-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 202.74

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11162 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,296.06 |
|---|---|---|---|

SIND T MT MEC M SAN MAUA RP RG SERR
R DONA GERTRUDES DE LIMA 202
SANTO ANDRE, 09020-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 119,963.30 |
|---|---|---|---|

SLOTTER INDUSTRIA DE EMBALAGEM LTDA
R TENENTE ONOFRE RODRIGUES DE A 962
MOGI DAS CRUZES, 08770-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,649.57 |
|---|---|---|---|

SMI DO BRASIL COM IMP E EXP DE MAQ
AV DR MAURO LINDEMBERG MONTEIRO 185
OSASCO, 06278-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 663.74 |
|---|---|---|---|

SPARK AG LTDA
ANTONIO PERUZZO 250
NOVA PRATA, 95320-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 66.11 |
|---|---|---|---|

SPEED COMPOSITE GMBH
Am Föhrenried 15/2
Baindt-Schachen, 88255
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.337 Nonpriority creditor's name and mailing address**

STEFANINI CONSLT A NFORM S A
AV MARGINAL 156
JAGUARIUNA, 13820-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,771.60

---

**3.338 Nonpriority creditor's name and mailing address**

STK INDUSTRIA E COMERCIO DE AUTO PE
RUA JOSE VERISSIMO 187
SANTO ANDRE, 09111-140
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,429.91

---

**3.339 Nonpriority creditor's name and mailing address**

SUMATEC C BALANCAS LTDA
R ANTONIO MAIA 224
SAO PAULO, 05204-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 118.89

---

**3.340 Nonpriority creditor's name and mailing address**

T C ACRIL LTDA ME
R EUGENIO RONCON 515
RIBEIRAO PIRES, 09411-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,317.33

---

**3.341 Nonpriority creditor's name and mailing address**

T&A BRASIL LTDA
AVENIDA INDUSTRIAL 780
SANTO ANDRE, 09080-510
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,325.58

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.342 Nonpriority creditor's name and mailing address**

TAIZHOU BLONS RUBBER & PLASTIC
218 Weiwu Road, Taizhou Economic
Taizhou, Zhejiang, 318000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85.32

---

**3.343 Nonpriority creditor's name and mailing address**

TAIZHOU JIANWEI MACHINERY CO., LTD
KANMEN TECHNOLOGICAL DEVELOPMENT ZO
TAIZHOU, 317602
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77,934.15

---

**3.344 Nonpriority creditor's name and mailing address**

TAIZHOU JIUJU TECHNOLOGY CO.,LTD
SN BINGANG INDUSTRIAL ZONE, GANJIAN
ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,038.73

---

**3.345 Nonpriority creditor's name and mailing address**

TAIZHOU XINTENG OIL PUMP CO. LTD
SHANGAO INDUSTRIAL ZONE YUHUAN COUN
ZHEJIANG PROVINCE,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99,879.72

---

**3.346 Nonpriority creditor's name and mailing address**

TEAM P.
ANNA BLOS WEG 22
STUTTGART, 70186
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,244.30

| Debtor | Marelli Cofap do Brasil Ltda | Case number *(if known)* | 25-11102 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.347** **Nonpriority creditor's name and mailing address**

TEAMVIEWER GMBH
Jahnstr. 30
Göppingen, 73037
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                        100.12

---

**3.348** **Nonpriority creditor's name and mailing address**

TECHSUS INDÚSTRIA DE AUTO PEÇAS ÇTDA
BENJAMIN CONSTANTE ST., 3870  CENTRO
JOINVILE, 89217-002
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                   Undetermined

---

**3.349** **Nonpriority creditor's name and mailing address**

TECLUZ COMANDOS ELETRS LTDA EPP
AV SANTO ESTEVAO 280
PIRACICABA, 13405-249
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                         82.68

---

**3.350** **Nonpriority creditor's name and mailing address**

TELEFONICA INFRAESTRUTURA E SEGURAN
AV ENG LUIZ CARLOS BERRINI 1376
SÃFO PAULO, 04571-936
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                        265.58

---

**3.351** **Nonpriority creditor's name and mailing address**

TERMACO TERM. MAR. DE CONTAINERS E
VIA CENTRO 4284 SL 01
SIMOES FILHOS, 43700-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                        194.52

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.352** **Nonpriority creditor's name and mailing address**

TERMACO TERM. MAR. DE CONTAINERS E
JOAO JOSE PEREIRA FILHO D2
MACEIO, 57081-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                31.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353** **Nonpriority creditor's name and mailing address**

TERMACO TERM. MAR. DE CONTAINERS E
AV. PILOTO PEREIRA TIM 314
PARNAMIRIM, 59146-480
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                34.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354** **Nonpriority creditor's name and mailing address**

TERMACO TERM. MAR. DE CONTAINERS E
JOSE  ALVES BZERRA 465, GALPÃFO A
RECIFE, 54325-610
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                88.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355** **Nonpriority creditor's name and mailing address**

TERMACO TERM. MAR. DE CONTAINERS E
ESTRADA DE RIBAMAR 2007
SÃFO JOSE DO RIBAMAR, 65110-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                37.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356** **Nonpriority creditor's name and mailing address**

TERMACO TERM. MAR. DE CONTAINERS E
AV. HENRY WALL DE CARVALHO 4555 B
TERESINA, 64022-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                72.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.357** | **Nonpriority creditor's name and mailing address**

TERMACO TERMINAIS MARITIMOS DE CONT
RUA JOSEPHA GOMES DE SOU 96, SALA 4
EXTREMA, 37640-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,525.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**

TEXAS PARTS AUTOPEÇAS EIRELLI
R DAS CARPAS 200, GALPAO B
ARAQUARI, 89245-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,812.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**

TIAGO DE OLIVEIRA CRUZ AGUA MINERAL
AVENIDA BARAO DE MAUA 3012
MAUA, 09340-440
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,164.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**

TICKET GESTAO EM MANUTENCAO EZC S.A
RUA MACHADO DE ASSIS 50, EDIF 03
CAMPO BOM, 93700-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 983.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address**

TICKET SOLUCOES HDFGT S/A
RUA MACHADO DE ASSIS 50
CAMPO LIMPO, 93700-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,921.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | | Case number (if known) | 25-11102 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.362** **Nonpriority creditor's name and mailing address**

TOPDEAR LOGÍSTICA E DISTRIBUIDORA LTDA.
JOÃO XXIII ST., 185  CENTRO
CONTAGEM, 32210-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.363** **Nonpriority creditor's name and mailing address**

TORCH AUTO PARTS CO LIMITED
68 HONGQI RD Zhuzhou, Hunan, China
ZHUZHOU, 410005
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 376,199.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.364** **Nonpriority creditor's name and mailing address**

TOTAL SAFETY COMERCIO DE EQUIPAMENT
AVENIDA DAS NACOES 679
SANTO ANDRE, 09260-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 868.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.365** **Nonpriority creditor's name and mailing address**

TOTALFLUX INDUSTRIA DE PRODUTOS
ESTRADA DA MAÇONARIA 160
SAO SEBASTIAO DO CAI, 95760-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 30,541.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.366** **Nonpriority creditor's name and mailing address**

TRANSPORTADORA CAPELA LTDA
AV SAO FRANCISCO  331 318
SANTOS, 11013-203
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 37,867.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

TRANSPORTES TRANSLOVATO LTDA
R GIOVANI RINALDO BIGAL 155
RIBEIRAO PRETO, 14092-376
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7.28

---

**3.368** **Nonpriority creditor's name and mailing address**

TRANSPORTES TRANSLOVATO LTDA
VIELA URGA 950
GUARULHOS, 07175-332
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8.37

---

**3.369** **Nonpriority creditor's name and mailing address**

TRANSPORTES TRANSLOVATO LTDA
ROD ADALTO CAMPOS DALLORTO SN
SUMARE, 13177-970
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,477.59

---

**3.370** **Nonpriority creditor's name and mailing address**

TRANSPORTES TRANSLOVATO LTDA
R CONCRETEX 430
GUARULHOS, 07232-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 349.18

---

**3.371** **Nonpriority creditor's name and mailing address**

TRANSPORTES TRANSLOVATO LTDA
AV DEZ DEZEMBRO 7833
LONDRINA, 86046-140
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,090.46

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.372 Nonpriority creditor's name and mailing address**

TRANSPORTES TRANSLOVATO LTDA
RUA WALDIR JOAO SELL 157
SAO JOSE, 88104-735
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 752.50

---

**3.373 Nonpriority creditor's name and mailing address**

TRANSPORTES TRANSLOVATO LTDA
AV PLNIO KROEFF 1655
PORTO ALEGRE, 91150-170
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,329.00

---

**3.374 Nonpriority creditor's name and mailing address**

TRIADE SEGURANCA ELETRONICA LTDA
AV SÃO JOSE 535B
VARGINHA, 37002-135
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,802.64

---

**3.375 Nonpriority creditor's name and mailing address**

TRIADE VIGILANCIA E SEGURANCA LTDA
AVENIDA SAO JOSE 535 A
VARGINHA, 37002-135
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,500.64

---

**3.376 Nonpriority creditor's name and mailing address**

TUBOCERTO INDUSTRIA TREFILADOS LTDA
AV OSAKA 25
ARUJA, 07400-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 370.21

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.377 Nonpriority creditor's name and mailing address**

UNIFY SOLUCOES EM TECN DA INF LTDA
RUA CYRO CORREIA P 2400, B1/2 S 6A8
CURITIBA, 81460-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,753.00

**3.378 Nonpriority creditor's name and mailing address**

UNIMED LAVRAS COOP TRABALHO MED
R DESEMBARGADOR ALBERTO LUZ 211
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 232.60

**3.379 Nonpriority creditor's name and mailing address**

UNITECH MANUTENCAO E SERVICOS LTDA.
ARTHUR CORRADI 177, SALA 1
VILA DUSI, 09725-240
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,325.12

**3.380 Nonpriority creditor's name and mailing address**

UP COMÉRCIO E MANUTENÇÃO LTDA
RUA CAMÕES 289
SANTO ANDRÉ, 09121-180
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 465.92

**3.381 Nonpriority creditor's name and mailing address**

USECAR LOCADORA DE VEÂCULOS S/A
USECAR LOCADORA DE VEÂCULOS S/A 520
BELO HORIZONTE, 30330-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,560.58

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.382** **Nonpriority creditor's name and mailing address**

USIFLUORS INDÚSTRIA E COMÉRCIO IMPORTAÇÃO E EXPORTAÇÃO
DE POLÍMEROS LTDA.
ZÉLIA DE LIMA ROSA AVENUE. 1720  CENTRO
BOITUVA, 18552-120
BRAZIL

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$   Undetermined

---

**3.383** **Nonpriority creditor's name and mailing address**

V A RODRIGUES ALVES SERV E TRANSP-E
ROD ENGENHEIRO FABI 257, N 257/ 277
CACHOEIRO DE ITAPEMIRIM, 29313-656
BRAZIL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   5,749.09

---

**3.384** **Nonpriority creditor's name and mailing address**

VALMAR IND. E CM. DE SERV. E USIN.L
RUA GUARANI 1128
DIADEMA, 09991-060
BRAZIL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   16,807.26

---

**3.385** **Nonpriority creditor's name and mailing address**

VAZ DE LIMA ENGENHARIA LTDA
RUA DOUTOR EDINEY CORDENONSI 242
AMERICANA, 13468-864
BRAZIL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   539.25

---

**3.386** **Nonpriority creditor's name and mailing address**

VENTANA SERRA BRL AGENC CARGAS LTDA
PC DA REPUBLICA 87
SANTOS, 11013-010
BRAZIL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   25,695.11

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.387** **Nonpriority creditor's name and mailing address**

VIBRACOUSTIC SOUTH AMERICA LTDA
AVENIDA ARCENIO RIEMMA 1415
TAUBATE, 12072-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 60.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**

VOITH TURBO S.R.O.
Hviezdoslavova 1a
Brno, 62700
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,017.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.389** **Nonpriority creditor's name and mailing address**

WASZNIOWSKI MARTIN
Nová 374
Kunžak, 37862
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 152.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** **Nonpriority creditor's name and mailing address**

WEIHAI BANGDE COOLING SYSTEM CO.,LT
XINGDA ROAD
QIAOTOU, 264212
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 56,247.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** **Nonpriority creditor's name and mailing address**

WENZHOU CHEZHOU AUTOMOBILE PARTS CO
DONGYI ROAD DONGXIN INDUSTRIAL ZONE
DONGXIN INDUSTRIAL ZONE,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,440.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.392** **Nonpriority creditor's name and mailing address**

WENZHOU HUIRUN IMPORT & EXPORT CO.,
YONGJIANG ROAD 55 SN
WENZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,624,799.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.393** **Nonpriority creditor's name and mailing address**

WILHELM LOERKEN GMBH A CO. KG
Clausenstrasse 37
Wuppertal, 42285
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 111.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.394** **Nonpriority creditor's name and mailing address**

WITTE VELBERT GMBH & CO.KG
HOEFERSTRASSE 3-15
VELBERT, 42551
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.395** **Nonpriority creditor's name and mailing address**

WUHU JIAXIAN DRIVE SHAFT CO.,LTD
1288 XICI 5 ROAD, ANHUI
WUHU, 241100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 71,830.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.396** **Nonpriority creditor's name and mailing address**

YALE CZ S.R.O.
Bezová 1658
Praha 4, 14714
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.397** Nonpriority creditor's name and mailing address

YANGZHOU FOCUS SHOCK ABSORBER CO.,L
SHAOBO INDUSTRIAL ZONE
YANGZHOU, 201206
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 3,278,096.62

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.398** Nonpriority creditor's name and mailing address

ZAMET, SPOL. S.R.O.
Vranča 818
Nový Hrozenkov, 75604
CZECH REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 269.35

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.399** Nonpriority creditor's name and mailing address

ZHANGJIANG LONGYUAN IMPORT AND
20# THE EUROPEAN INDUSTRY ZONE SN
JIANGSU PROVINCE,
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 307,352.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.400** Nonpriority creditor's name and mailing address

ZHEJIANG BATON DYNAMICS SYSTEMS CO.
ANYANG, RUJAN
ZHEJIANG, 325200
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 64,320.60

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.401** Nonpriority creditor's name and mailing address

ZHEJIANG DEMING AUTOMOBILE PARTS
92 DAYUAN STREET, LISHUI
LISHUI, WENZHOU, 323000
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 148,264.02

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.402** | **Nonpriority creditor's name and mailing address**

ZHEJIANG DEYE AUTOMOBILE PARTS CO.,
477 JINHAI 3 ROAD, BINHAI INDUSTRIA
WENZHOU, 325200
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45,635.84

---

**3.403** | **Nonpriority creditor's name and mailing address**

ZHEJIANG GOLD INTELLIGENT SUSPENSIO
8 NO.8 CHUANGYE ROAD
WENZHOU CITY,ZHEJIANG, 325000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 699,226.54

---

**3.404** | **Nonpriority creditor's name and mailing address**

ZHEJIANG JINJIA AUTOMOBILE PARTS CO
KAIFAYILU 369
RUIAN ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42,023.96

---

**3.405** | **Nonpriority creditor's name and mailing address**

ZHEJIANG JUGUANG AUTOMOBILE PARTS C
85 FENGDU 2ND ROAD
RUIAN CITY, 325204
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 82,887.30

---

**3.406** | **Nonpriority creditor's name and mailing address**

ZHEJIANG RUITAI SUSPENSION SYSTEM T
KAIYUE BUSINESS BUILDING 9
NINGBO,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 387,579.83

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known) | 25-11102 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** **Nonpriority creditor's name and mailing address**

ZOOM CARGO S.R.O.
U Vorlíků 3/367
Praha 6, 160 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.27

---

**3.408** **Nonpriority creditor's name and mailing address**

ZURICH ENGENHARIA E INCORPORACOES L
AV ENG LUIZ CARLOS BERRINI 1748
SÃO PAULO, 06340.210
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,797.50

---

**3.409** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.410** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.411** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|--------|------------------------------|-------------------------|----------|
|        | Name                         |                         |          |

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | | Line _____  ☐ Not listed.  Explain | |
| 4.2 | | Line _____  ☐ Not listed.  Explain | |
| 4.3 | | Line _____  ☐ Not listed.  Explain | |
| 4.4 | | Line _____  ☐ Not listed.  Explain | |
| 4.5 | | Line _____  ☐ Not listed.  Explain | |
| 4.6 | | Line _____  ☐ Not listed.  Explain | |
| 4.7 | | Line _____  ☐ Not listed.  Explain | |
| 4.8 | | Line _____  ☐ Not listed.  Explain | |
| 4.9 | | Line _____  ☐ Not listed.  Explain | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (If known)   25-11102

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
|  |  |  |  | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b.  **+** | $ | 40,761,326.64 |
|  |  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 40,761,326.64 |
|  |  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name    Marelli Cofap do Brasil Ltda

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11102

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 07/01/2009 | A.S. COLLA CONSULTORIA EM GESTAO EMPRESARIAL LTDA RUA ANAPURUS, 40, VILA  CECILIA MARIA, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO - CEP 09176-080 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 07/01/2009 | A.S. COLLA CONSULTORIA EM GESTAO EMPRESARIAL LTDA RUA ANAPURUS, 40, VILA  CECILIA MARIA, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO - CEP 09176-080 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ASSIGNMENT OF CONTRACT DATED: 06/14/2013 | A.S. SERVIQOS LTDA RUA CONENDADOR ESTEVES,  188 - CENTRO, MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: 01/06/2014 | ABC INDUSTRIA, COMERCIO, IMPORTACAO E EXPORTACAO DE COMPONENTES AUTOMOTIVOS LTDA. SAO BERNARDO DO CAMPO,  STATE OF SAO PAULO, AT RUA GARCIA LORCA, N° 105, CONJUNTO 03, BAIRRO: RUDGE RAMOS, CEP:  09695-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | ABC INDUSTRIA, COMERCIO, IMPORTAQAO E EXPORTAQAO DE COMPONENTES AUTOMOTIVOS LTDA. RODOVIA BR 101 NORTE S/N, KM 13 TO 15,  GALPAO SP.09, NOVA GOIANA, GOIANA - PE,  ZIP CODE 55900-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Cofap do Brasil Ltda _____   Case number (if known): 25-11102 _____

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/06/2014 | ABC INDUSTRIA, COMERCIO, IMPORTAQAO E EXPORTAQAO DE COMPONENTES AUTOMOTIVOS LTDA. RODOVIA BR 101 NORTE S/N, KM 13 TO 15,  GALPAO SP.09, NOVA GOIANA, GOIANA - PE,  ZIP CODE 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 09/16/2013 | ABS FREIOS LTDA BRAPO DO  NORTE / SC, AT RUA JOSE WATERKEMPER N°. 204, VILA NOVA, CEP: 88750-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LOCAL SERVICES AGREEMENT AMS DATED: 09/01/2014 | ACCENTURE DO BRASIL LTDA RUA ALEXANDRE DUMAS, 2051, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LOCAL SERVICES AGREEMENT AMS DATED: 03/01/2014 | ACCENTURE DO BRASIL LTDA RUA ALEXANDRE DUMAS, 2051, SAO PAULO, SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF CREDITS DATED: 11/10/2000 | ACESITA S.A. BELO HORIZONTE, STATE OF MINAS GERAIS, & AVENIDA  JOGO PINHEIRO, N° 580 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 08/07/2013 | ACESSORIOS POLIDORO LTDA. DRACENA/SP; AT AVENIDA WASHINGTON  LUIZ, 319/329, BAIRRO METROPOLE, CEP 17900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO. 4000029366 DATED: 05/20/2015 | ACQUATRAT SANEAMENTO LTDA - ME CORREIA DE SA, 118 CEP 02725-060 - BAIRRO DO LIMAO SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 03/10/2015 | AD COMERCIO DE REQAS E SERVIQOS LTDA. RUA DR. PAULO CESAR, N°. 228, SANTA ROSA, IN THE CITY OF NITEROI, STATE OF RIO DE JANEIRO, CER:  24220-400 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 09/03/2024 | ADMINISTRADORA DE BENS SUL LTDA SOCIEDADE SUL COMÉRCIO IMOBILIÁRIO LTDA AV. REPÚBLICA ARGENTINA, 1505 – SALA 714 - 7O. ANDAR, ÁGUA VERDE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 08/01/2012 | ADMINISTRADORA DE BENS SUL S/A AV. AGUA VERDE, 595 - 1ST. 76.536.275/0001-06 AND 76.676.774/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 08/01/2012 | ADMINISTRADORA DE BENS SUL S/A' AV. AGUA VERDE, 595 - 1ST. 76.536.275/0001-06 AND 76.676.774/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF COLLECTION AND PROCESSING OF USED AUTOMOTIVE FILTERS OF LUBRICATING OIL DATED: 07/01/2015 | AFFINIA AUTOMOTIVE LTDA. AVENIDA FUKUICHI NAKATA, 451 - BAIRRO PIRAPORINHA DIADEMA - SP - CEP 09950-400 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 08/04/2011 | AGUA DAS ROCHAS LTDA ESTRADA NEVIO CARLONE 03, RIACHO GRANDE, SAO BERNARDO DO CAMPO - SP ZIP CODE: 09832-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF BILATERAL TERMINATION OF A CONTRACT OF LOAN. DATED: 08/26/2011 | AGUIAR E CORREA COMERCIO E SERVIQOS AUTOMOTIVOS RUA LUCAS FORTUNATO, N° 91, VILA MATHIAS, SANTOS, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GAS (HYDROGEN) SUPPLY _ CONTRACT | AIR PRODUCTS BRASIL LTDA. AVENIDA FRANCISCO  MATARAZZO, N° 1400 - 11TH AND 12TH FLOORS - AGUA BRANCA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT | ALTERNATIVE SPARE PARTS INDUSTRIA E COMERCIO DE AUTO PEQAS LTDA SAO PAULO, AT RUA WALTRUDES CORREA, N°. 422, CEP: 05122-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 08/04/2011 | ALTO DA SERRA COM. E SERVIQOS LTDA ESTRADA NEVIO CARLONE 03,  RIACHO GRANDE, SAO BERNARDO DO CAMPO, SP CEP 09832-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | SIXTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/05/2014 | ALVARENGA SERVIQOS ADMINISTRATIVOS LTDA RUA PROFESSOR LIONS  CLUBE, 97 - BAIRRO SERRA AZUL, MUNICIPALITY OF LAVRAS, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 08/07/2015 | ALVES CIA LTDA AV. FERNANDO CORREA  DA COSTA, N° 3674, CEP: 78.070-200, JD SHANGRI-LA, IN THE CITY OF CUIABA, STATE OF MATO GROSSO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION SERVICE AGREEMENT: 02/04/2025 | AMAZON TRANSPORTES LTDA RUA NILTON COELHO DE ANDRADE N°210, JARDIM ANDARAÍ, SÃO PAULO/SP, CEP: 02167-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO. 4000027359 DATED: 04/19/2015 | AMF AMERICA MAQUINAS E FILTROS LTDA AVENIDA PATOS, 786 CUMBICA CEP 07222-010 GUARULHOS, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO. 4000027359 DATED: 04/19/2015 | AMF AMERICA MAQUINAS E FILTROS LTDA AVENIDA PATOS, 786 CUMBICA CEP 07222-010 GUARULHOS, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2006 | ANA CRISTINA VOLLRATH IZIDORO (AUDIOCENTER) RUA CIRILO DE SOUZA, 302, BAIRRO CASCALHO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 06/01/2022 | ÂNCORA IMOBILIÁRIA CENTRO COMERCIAL GUARARAPES CONDOMINIUM, RUA RIBEIRO DE BRITO Nº573, ROOM 205, BOA VIAGEM, RECIFE-PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT NO. 4000024420 | AP GARCIA ANALISES TECNICA DEMAQUINAS RUA MASSARANDUBA, 597 PARQUE JOAO RAMALHO CEP 09290-110 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 11/01/2006 | APASMA - ASSOCIATION OF PARENTS AND FRIENDS OF THE DEAF OF MAUA RUA SANTO ANDRE, N. 255 - JARDIM HAYDEE - MAUA  - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE PROVISION OF PROFESSIONAL LEGAL SERVICES DATED: 01/31/2014 | ARIBONI FABBRI E SCHMIDT LAW RUA GUARARAPES, 1909 - 7TH FLOOR - BROOKLIN SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND SERVICE AGREEMENT DATED: 03/31/2013 | ARQUITRAMA FEIRAS E EXPOSIQOES LTDA RUA DOMINGOS PAIVA, N° 72/84, BRAS, SAO PAULO SP - CEP: 03043-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND SERVICE AGREEMENT DATED: 04/07/2015 | ARQUITRAMA FEIRAS E EXPOSIQOES LTDA. RUA DOMINGOS PAIVA, N° 72/84, BRAS, SAO PAULO - SP - CEP: 03043-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF THE CONTRACT FOR THE PROVISION OF EMPLOYEE TRANSPORT SERVICES DATED: 07/01/2015 | ASSIGNOR CONTRACTOR: TRANSPORTADORA MARACA LTDA RIBEIRAO PIRES, STATE OF SAO PAULO, AT AVENIDA FRANCISCO MONTEIRO, 2191 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT SERVICE PROVISION DATED: 08/25/2015 | ASSIS - SP RUA DOM JOSE LAZARO NEVES, 48, SALA 08, 3° ANDAR - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE SALE OF TRAVELER ASSISTANCE CARDS DATED: 08/01/2010 | ASSIST - CARD DO BRASIL LTDA AVENIDA PAULISTA, 777 1ST AND 2ND FLOORS SAO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/30/2005 | ASSIST-CARD DO BRASIL LTDA AVENIDA PAULISTA, 777 1ST AND 2ND FLOORS SAO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE SALE OF TRAVELER ASSISTANCE CARDS DATED: 05/30/2008 | ASSIST-CARD INTERNATIONAL SERVICES S.A BOULEVARD DE PEROLLES 37 FRIBOURG, SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE SALE OF TRAVELER ASSISTANCE CARDS DATED: 08/01/2010 | ASSIST-CARD INTERNATIONAL SERVICES S.A. BOULEVARD DE PEROLLES 37 FRIBOURG, SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/21/2015 | ASSISTHERM ASSISTENCIA TERMICA LTDA. RUA CONDE, PRATES, 512/514 - SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF DONATION DATED: 06/10/2010 | ASSOCIAQAO BENEFICENTE RECREATIVA E EDUCACIONA UNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO, AT AV. ALEXANDRE DE GUSMAO, N° 1395 - CAPUAVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VOLUNTARY SERVICES CONTRACT SUMMARY DATED: 01/19/2015 | ASSOCIATION OF RECYCLABLE MATERIAL COLLECTORS OF LAVRAS RUA SILVIO MODESTO DE SOUZA N0 540, NOVA LAVRAS, LAVRAS-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF VOLUNTARY SERVICES FOR THE COLLECTION OF MATERIALS ARISING FROM SELECTIVE COLLECTION DATED: 03/25/2008 | ASSOCIATION OF RECYCLABLE MATERIAL COLLECTORS OF LAVRAS RUA SILVIO  MODESTO DE SOUZA N° 540, NOVA LAVRAS, LAVRAS-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/24/2015 | ATMOSFERA SISTEMAS DE INFORMAQAO LTDA 210 ADELE STREET, BL. 11 - ROOM 4 - JD. DOM BOSCO - SAO PAULO / SP - CEP: 04757-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/11/2015 | ATOC CONSULTORIA S/C LTDA AVENIDA AGUIA DE  HAIA, 2100 - BLOCO 04, APTO 74, RARQUE RAINEIRAS, SAO PAULO - SR, CEP: 03694-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | THIRTEENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | ATOC CONSULTORIA S/C LTDA AV. AGUIA DE HAIA, 2100, BLOCO 04, APTO 74,  MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known): 25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | FOURTEENTH AMENDMENT TO THE SERVICE AGREEMENT TABLE SUMMARY DATED: 01/06/2014 | ATOC CONSULTORIA S/C LTDA AV. AGUIA DE HAIA, 2100 - BLOCO 04, APTO 74, MUNICIPALITY OF SAO PAULO, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION OF THE CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 10/05/2015 | ATOC CONSULTORIA S/C LTDA AV. AGUIA DE HAIA, 2100, BLOCO 04, APTO 74, SAO PAULO - CAPITAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 05/22/2014 | AUTO PECAS NACIONAL LTDA CIDADE CARACICA- ES, AT ROD. BR 262, S/N, KM 05, CAMPO GRANDE, CEP: 29140-50 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 08/03/2012 | AUTOZONE BRASIL COMERCIO DE AUTOPEQAS LTDA. RUA DOM JOSE DE BARROS, 177 6TH FLOOR SUITE 602 ROOM 08 SAO PAULO, CEP 01038-100 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR THE PROVISION OF LEGAL SERVICES DATED: 03/16/2021 | AYRES RIBEIRO LAWYERS SAO PAULO RUA TENERIFE, 31 - 1°ANDAR VILA OLIMPIA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF CREDITS DATED: 11/10/2000 | BANCO ABN AMRO REAL S.A. AV. QATULLO VARGAS, 1.245 - 8° ANDAR CEP 30. 112-021- BELO HORIZONTE - MG FAX: 001/9281-8110 AL .: |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 08/15/2008 | BANCO ABN AMRO REAL S/A CAPITAL OF SAO PAULO, AT AVENIDA PAULISTA, N° 1374 - 3RD FLOOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 11/10/2011 | BANCO BRADESCO S.A. CIDADE DEDEUS S/N° - VILA YARA - CEP06029-900 - OSASCO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/10/2011 | BANCO BRADESCO S.A. CIDADE DEDEUS S/N° - VILA YARA - CEP06029-900 - OSASCO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | IMPORT FINANCE FACILITY AGREEMENT DATED: 04/04/2013 | BANCO BRADESCO S.A. - NEW YORK BRANCH 450 PARK AVENUE 32N'L/33NL FLOORS NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ACCESS TO INFORMATION AND BANKING SERVICES DATED: 10/11/2011 | BANCO BRADESCO S/A CIDADE DE DEUS,  MUNICIPALITY AND COUNTY OF OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR FINANCING AGREEMENT DATED: 01/09/2014 | BANCO DO BRASIL S.A. SOUTH BANKING SECTOR, BLOCK 4, BLOCK C, LOT 32.   CITY: BRAS^LIA UF:DF ZIP CODE: 70089-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT DATED: 04/02/2009 | BANCO ITAU S.A PRACA ALFREDO EGYDIO DE SOUZA ARANHA, 100, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/01/2014 | BANCO PRODUCTS [I] LTD BIL - 391 410 NEAR BHAILI RAILWAY STATION PADRA ROAD DIST. VADODARA, GUJARAT, INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda

Case number (if known):  25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF DEPOSIT DATED: 11/11/2011 | BANCOBRADESCO S.A. CITY OF GOD S/N° - VILA YARA  OSASCO  ZIP CODE  06029-900 SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/16/2010 | BBA ENGENHARIA E COMERCIO LTDA. RUA TENENTE BRUNO ACHIRPA, N° 118 - VILA NANCY, MOGI DAS CRUZES/SP - CEP:  08735100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL LEASE AGREEMENT DATED: 03/22/2017 | BBT IMOVEIS LTDA RUA RAUL SOARES N° 30 - LAVRAS/MG CEP 37.200-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL LEASE AGREEMENT DATED: 04/20/2017 | BBT REAL ESTATE LTDA RUA RAUL SOARES, N° 30 - LAVRAS/MG CEP  37200-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 06/10/2022 | BCM ADMINISTRAQAO E PARTICIPAQOES LTDA CITY OF VARGINHA, STATE OF MINAS GERAIS, AT RUA CITLOG, N° 333, AEROPORTO, CEP 37031- 090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE RESIDENTIAL LEASE AGREEMENT DATED: 12/10/2014 | BEAGA EMPREENDIMENTOS LTDA RUA SAO PAULO, N° 2.610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/18/2010 | BEHR BRASIL LTDA. ESTRADA DOS FERNANDES, NO. 510 - BAIRRO MIRANTE, CITY OF ARUJA, STATE OF SAO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED: 11/18/2010 | BEHR HELLA SERVICE GMBH DR.-MANFRED-BEHR-STR. 1 SCHWABISCH-HALL, 74523 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT DATED: 06/17/2010 | BEHR HELLA SERVICE GMBH DR.-MANFRED-BEHR-STR. 1 SCHWABISCH-HALL, 74523 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO DISTRIBUTION AGREEMENT DATED: 04/14/2015 | BEHR HELLA SERVICE GMBH DR.-MANFRED-BEHR-STR. 1 SCHWABISCH-HALL, 74523 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT | BEHRSUL RADIADORES LTDA. CURITIBA, PARANA, AT RUA CYRO CORREIO PEREIRA, N.° 667, CEP: 81.460050 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF AGENCY SERVICES DATED: 10/01/2008 | BELVITUR VIAGENS LTDA RUA PROFESSOR ANTONIO  ALEIXO, 604/MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF TRAVEL SERVICES AGENCY CONTRACT DATED: 02/04/2013 | BELVITUR VIAGENS LTDA RUA PROFESSOR ANTONIO ALEIXO, 604 - BELO HORIZONTE/MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF AGENCY SERVICES DATED: 10/01/2008 | BELVITUR VIAGENS LTDA RUA PROFESSOR ANTONIO  ALEIXO, 604/MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE TRAVEL SERVICES AGENCY AGREEMENT DATED: 09/04/2013 | BELVITUR VIAGENS LTDA RUA PROFESSOR ANTONIO ALEIXO, 604 - BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF AGENCY SERVICES DATED: 10/01/2008 | BELVITUR VIAGENS LTDA RUA PROFESSOR  ANTONIO ALEIXO, 604/MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/04/2014 | BERNARD & LEITE TRANSPORTES LTDA - EPP ROSA BONINI MARIANI, 149, JARDIM GUAPITUBA, MAUA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF COMMITMENT FOR THE SALE AND PURCHASE OF REAL ESTATE AND OTHER CONSIDERATIONS DATED: 09/25/2013 | BETA 50 INCORPORATION LTDA. AVENIDA PEREIRA BARRETO, 1.395, 20TH FLOOR, BAIRRO PARAISO - SANTO ANDRE/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF COMMITMENT FOR THE SALE AND PURCHASE OF REAL ESTATE AND OTHER COVENANTS DATED: | BETA 50 INCORPORATION LTDA. AVENIDA  PEREIRA BARRETO, 1.395, 20TH FLOOR, BAIRRO PARAISO - SANTO ANDRE/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ADVISORY SERVICES AGREEMENT DATED: 10/27/2008 | BONACHI ROCA CONSULTORIA EM GESTAO EMPRESARIAL LTDA. AVENIDA PORTUGAL, 677 - APTO.81, SANTO ANDRE-SP - CEP 09040-011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda                                                          Case number (if known):  25-11102

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 03/17/2014 | BOND CAR VE^CULOS LTDA (TW WIDMEN) RIO DE JANEIRO/RJ, AT RUA URUGUAI, N°. 258/260,  TIJUCA, CEP: 21510-060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 10/01/2012 | BOND CAR VEICULOS LTDA RUA URUGUAI, N°. 258/260, BAIRRO TIJUCA, CEP: 21510-060, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 08/01/2013 | BORFLEX INDUSTRIA E COMERCIO DE ARTEFATOS DE BORRACHA LTDA LEME/SP, AT RUA BIAZO VICENTINI, N°S. 464/478, CEP: 13614-330  ATTN: MR. RUBENS ROBERTO NESPOLO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS DATED: 02/22/2010 | BOZZA JUNIOR INDUSTRIA E COMERCIO LTDA RUA  ANTONIO LUCHIARI, NO. 1001, BUILDING K, INDUSTRIAL DISTRICT, IN THE CITY OF CAMPINAS, STATE OF SAO  PAULO ATTN: MR. JOAO BOZZA NETO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE GROUP INSURANCE DATED: 08/17/2004 | BRADESCO SAUDE S.A R. BARAO DEITAPAGIPE, 225 - RIO DE JANEIRO -RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE FOR REIMBURSEMENT DATED: 06/03/2014 | BRADESCO SAUDE S.A. R. BARAO DEITAPAGIPE, 225 - RIO DE JANEIRO -RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE GROUP INSURANCE DATED: 07/01/2006 | BRADESCO SAUDE S.A. R. BARAO DEITAPAGIPE, 225 - RIO DE JANEIRO -RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | ELEVENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | BRAIDA SERVICOS AMBIENTAIS LTDA - ME RUA BARAO DO RIO BRANCO,  240, BLOCO 01, APTO 152 - VILA ALZIRA, MUNICIPALITY OF SANTO ANDRE, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/05/2016 | BRAZIL TRANSLATIONS & SOLUTIONS TRANSLATIONS E INTERPRETAQOES LTDA PRA^CA DA SE, 21, CONJ. 1101-1105 - CENTRO, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN 2014 AEA . EVENTS DATED: 12/10/2013 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE  STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION DATED: 01/27/2015 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN AEA 2015 EVENTS DATED: 01/27/2015 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN 2014 AEA . EVENTS DATED: 12/10/2013 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE  STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 02/06/2014 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 03/09/2015 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION AGREEMENT DATED: 02/11/2008 | BREMBO S.P.A VIA BREMBO 25 CURNO, BG, 24035 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAND ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA 801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/01/2016 | BRENNAND ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAND ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, RECIFE, PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAND ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAND ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | SUMMARY TABLE TO THE SERVICE PROVISION CONTRACT DATED: 01/14/2008 | C.C.A.G. COMERCIO E CONSULTORIA DE INFORMATICA LTDA RUA TEIXEIRA DE MELO, N0 127,CJ.: 53, TATUAPE, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 06/10/2022 | CAFEZAIS DE MINAS AGROPECUARIA E EMPREENDIMENTOS LTDA CITY OF VARGINHA, STATE OF MINAS GERAIS, AT RUA CITLOG, N° 333, AEROPORTO, CEP 37031 -09 0 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | APPRENTICESHIP AGREEMENT DATED: 02/22/2010 | CAMP SBC CENTRE FOR TRAINING AND SOCIAL INTEGRATION MUNICIPALITY AT RUA SUECIA N.° 500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION | CAPORRINO E FEDRIGO COMERCIO DE PNEUS E ACESSORIOS LTDA SAO PAULO/SP, AT AVENIDA PROFESSOR FRANCISCO MORATO, N°. 2.718 -  PISO G1, BAIRRO BUTANTA, CEP 05512-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT. DATED: 08/16/2011 | CAPORRINO E FEDRIGO COMERCIO DE PNEUS E ACESSORIOS LTDA. AVENIDA PROF. FRANCISCO MORATO, N° 2.718, PISO G1, BUTANTA, IN THE CITY AND STATE OF  SAO PAULO, ZIP CODE: 05512-200, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 10/08/2015 | CAQULA DE PNEUS COM IMP EXP LTDA AV. JABAQUARA.  NO. 370. MIRANDOPOLIS, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO. ZIP CODE: 04046-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT. DATED: 08/24/2010 | CAQULA DE PNEUS COMERCIO, IMPORTAQAO E EXPORTAQAO LTDA. AVENIDA GOIAS, N° 128, CENTRO, IN THE CITY OF SAO CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT NO. MG 002/2013 DATED: 05/01/2013 | CARBONO SOLUCOES INDUSTRIAIS LTDA RUA DO REGISTRO, N° 1.715, BAIRRO VILA MAGDALENA, CONTAGEM/MG, CEP: 32017-390 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT TABLE SUMMARY DATED: 03/16/2014 | CARBONO SOLUCOES INDUSTRIAIS LTDA RUA DO REGISTRO, N° 1.715, BAIRRO VILA MAGDALENA, CONTAGEM/MG, CEP: 32017-390 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/28/2015 | CARPATEC COM DE PARA RAIOS LDTA ME AV. CORREGO DO LIMOEIRO, N° 263 - JD PEDRO JOSE NUNES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/23/2015 | CARPATEC COM DE PARA RAIOS LDTA ME AV. CORREGO DO LIMOEIRO, N° 283 - JD PEDRO JOSE NUNES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/16/2015 | CARPATEC COM DE PARA RAIOS LDTA ME AV. CORREGO DO LIMOEIRO, N° 283 - JD PEDRO JOSE NUNES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/03/2015 | CARPATEC COM DE PARA RAIOS LDTA ME AV. CORREGO DO LIMOEIRO, N° 283 - JD PEDRO JOSE NUNES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT CONCESSION AGREEMENT AND OTHER COVENANTS DATED: 01/26/2008 | CARRE FOUR INDUSTRIA E COMERCIO LTDA. RUA GEORGE EASTMAN, N° 213, VILA TRAMONTANO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, CEP 05690-905 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.118** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 12/14/2013 | CARVALHO IMOVEIS LTDA AV. PIRES FERNANDES    N° 39 QD. 29LT. 12/13 ROOM104 ED. PASSAGLIA, AIRPORT SECTOR, GOIANIA-GO |

| | | |
|---|---|---|
| **2.118** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 12/14/2013 | CARVALHO IMOVEIS LTDA AV. PIRES FERNANDES    N° 39 QD. 29LT. 12/13 ROOM104 ED. PASSAGLIA, AIRPORT SECTOR, GOIANIA-GO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.119** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 12/14/2013 | CARVALHO IMOVEIS LTDA AV. PIRES FERNANDES    N° 39 QD. 29LT. 12/13 ROOM104 ED. PASSAGLIA, AIRPORT SECTOR, GOIANIA-GO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.120** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 12/14/2013 | CARVALHO IMOVEIS LTDA AV. PIRES FERNANDES    N° 39 QD. 29LT. 12/13 ROOM104 ED. PASSAGLIA, AIRPORT SECTOR, GOIANIA-GO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.121** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 12/14/2022 | CARVALHO IMOVEIS LTDA GOIANIA-GO, AT RUA 147, 212, SETOR MARISTA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.122** State what the contract or lease is for and the nature of the debtor's interest | LOAN FOR USE AGREEMENT: 08/23/2011 | CARVALHO IMÓVEIS LTDA RUA 15, Nº. 657, SETOR MARISTA, GOIÂNIA, GO, CEP: 74130-150 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.123** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.124** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
_____
         Name

Case number (if known)   25-11102

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – LANGUAGE TEACHING SERVICES DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. AVENIDA PAULISTA, NO. 2006, 1º ANDAR, BAIRRO CERQUEIRA CÉSAR, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 06/19/2015 | CELSO FEFIM MUNICIPALITY OF  MAUA/SP, AT RUA PRESIDENTE HERMES DA FONSECA 334 - PARQUE SAO VICENTE- CEP: 09371-420 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT. DATED: 04/07/2011 | CENTRAL COMERCIO DE FERRAMENTAS E EQUIPAMENTOS AUTOMOTIVOS LTDA RUA LONDRES. N° 631, UTINGA. IN THE CITY OF SANTO ANDRE. STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
                Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 02/10/2014 | CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JÚLIO TOMÉ, NO. 32 – RUDGE RAMOS, SÃO BERNARDO DO CAMPO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JÚLIO TOMÉ, Nº 32, RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP, 09691-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | CENTRAL DE SERVICOS OUTSOURCED E TRABALHO TEMPORARIO LTDA. PRACA DR. NAYLOR SALLES GONTIJO, 104A, VILA PINTO, VARGINHA - MG, ZIP CODE: 37010510 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | CENTRAL DE SERVICOS OUTSOURCED E TRABALHO TEMPORARIO LTDA. PRACA DR. NAYLOR SALLES GONTIJO, 104A, VILA PINTO, VARGINHA - MG, ZIP CODE: 37010510 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | CENTRAL DE SERVIQOS OUTSOURCED E TRABALHO TEMPORARIO LTDA. PRAPA DR. NAYLOR SALLES GONTIJO, 104A, VILA PINTO, VARGINHA - MG, ZIP CODE: 37010510 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 07/23/2013 | CENTRO AUTOMOTIVO TELEZYNSKI E LOPES LTDA SAO PAULO/SP, AT AVENIDA  MARIA CAMPOS, 760, CENTRO - OSASCO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT. DATED: 12/01/2009 | CENTRO AUTOMOTIVO TELEZYNSKI E LOPES LTDA AVENIDA MARIA CAMPOS, N° 760, CENTRO, IN THE CITY OF OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
_____
         Name

Case number (if known)   25-11102
_____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 12/08/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A ALAMEDA MAMORÉ 687 – CONJUNTO 1402 - 14TH FLOOR, CEP 06454 -040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CITY OF BARUERI, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE AGREEMENT FOR LEASING CONTRACTS DATED: 12/01/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A ALAMEDA MAMORÉ, 687 – CONJUNTO 1402 - 14TH FLOOR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CITY OF BARUERI, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF RIGHTS AND OBLIGATIONS AND AMENDMENT TO THE LEASING AGREEMENT NO. 002 ("AGREEMENT") AND THE RESPECTIVE TERMS OF RECEIPT AND FINAL ACCEPTANCE, GOVERNED BY THE AGREEMENT FOR LEASING AGREEMENTS NO. 0081-32 ("AGREEMENT") | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, STATE OF SAO PAULO, REGISTERED WITH THE CNPJ/MF UNDER NO. 18.539.102/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LEASING CONTRACTS NO. 0081-32 DATED: 12/01/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORÉ 687 – CONJUNTO 1402 - 14º ANDAR, CEP 06454 -040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CITY OF BARUERI, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LEASING AGREEMENT NO. 0081-32: 09/19/2022. | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORÉ, Nº 687, 14º ANDAR, SALA 1402, ALPHAVILLE, BARUERI, SÃO PAULO, CEP: 06454-040. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF RIGHTS AND OBLIGATIONS AND AMENDMENT TO THE CONTRACT COMMERCIAL LEASE Nº 003 DATED: 11/14/2023 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, STATE OF SAO PAULO, REGISTERED WITH THE CNPJ/MF UNDER NO. 18.539.102/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE DECLARATION - NATIONAL AND INTERNATIONAL TRANSPORT IMPORT AND EXPORT: 12/28/2023 | CHUBB SEGUROS BRASIL S.A. AV. REBOUÇAS, 3.970 25° AO 28° ANDARES SÃO PAULO, SP, 05402-920 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PARTNERSHIP AND DISTRIBUTION AGREEMENT DATED: 06/02/2013 | CICLO ENGENHARIA LTDA. AVENIDA. C255, N.° 270, SALAS 719 E 720, ED CENTRO EMPRESARIAL SEBBA, SETOR NOVA SUIGA EM  GOIANIA/GOIAS, CEP: 74.280-140  ATTN.: SR. EDMAR NASCIMENTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT AND OTHER COVENANTS DATED: 12/01/2013 | CICLOPE COMPONENTES AUTOMOTIVOS LTDA RODOVIA  BR 265 KM 142, S/N, LAVRAS, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING AGREEMENT AND OTHER COVENANTS DATED: 05/30/2018 | CICLOPE COMPONENTES AUTOMOTIVOS LTDA. ATT: RAQUEL OLIVEIRA LIMA LAVRAS, MINAS GERAIS, ROD. BR 265, KM. 342, S/N° - CEP: 37200-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | BENS LOAN AGREEMENT DATED: 04/01/2018 | CICLOPE COMPONENTESAUTOMOTIVOS LTDA RODOVIA BR 265,KM 142, S/N, BAIRRO: SANTA CRUZ, LAVRAS/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 09/15/2008 | CICLOPE EMPREENDIMENTOS E PARTICIPACOES LTDA. RUA JOSE LUIZ DA PAIXAO, NUMBER 105, BAIRRO DA SERRA, LJACI , MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 02/10/2014 | CID – CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA RUA JÚLIO TOMÉ, NO. 32, RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID – CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JÚLIO TOMÉ, 32, RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT TABLE SUMMARY DATED: 10/02/2014 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT TABLE SUMMARY DATED: 10/02/2014 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT TABLE DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
                                                                    Case number (if known):  25-11102
         Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA. RUA JULIO  TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 05/28/2013 | CINDUMEL INDUSTRIA DE METAIS E LAMINADOS LTDA GUARULHOS/SP, AT RUA  LOURENCO. RICCO, N°. 277, CEP: 07042-161  ATTN: SR. WENCESLAU NETO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 02/15/2017 | CIXMETAL BUILDING AVENIDA MARECHAL  FIUZA DE CASTR, 4, CEP 05596-000 SAO PAULO,SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/15/2017 | CIXMETAL BUILDING AVENIDA MARECHAL  FIUZA DE CASTR, 4, CEP 05596-000 SAO PAULO,SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014 | CM COMANDOS LINEARES AV. ENGENHEIRO ALBERTO DE ZAGOTTIS, 760  MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.167** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.168** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.169** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.170** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.171** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.172** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2024 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.173** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS, |

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE DATED: 03/23/2015 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS DATED: 01/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA  COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor <u>Marelli Cofap do Brasil Ltda</u>                                    Case number (if known): <u>25-11102</u>
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2008 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 07/15/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.188** State what the contract or lease is for and the nature of the debtor's interest: 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA<br>RUA DOMINGOS DA COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| **2.189** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 02/09/2013<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA<br>RUA DOMINGOS DA COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| **2.190** State what the contract or lease is for and the nature of the debtor's interest: 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA<br>RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| **2.191** State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2024<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA<br>RUA DOMINGOS COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| **2.192** State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE SERVICE AGREEMENT TABLE DATED: 01/01/2014<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA<br>RUA DOMINGOS COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| **2.193** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA<br>RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.: 32.010-070 |
| **2.194** State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA<br>RUA DOMINGOS COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |

Debtor   Marelli Cofap do Brasil Ltda                    Case number (if known):   25-11102
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA  COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2023 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.: 32.010-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.: 32.010-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                    Case number (if known):    25-11102
_____
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA CMP COMPONENTS AND MODULES PLASTICOS INDUSTRIA E COMERCIO LTDA CONTAGEM, MINAS GERAIS, RUA DOMINGOS COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 01/01/2016 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, 80,  NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA RUA DOMINGOS  COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, MINAS GERAIS, RUA DOMINGOS  COSTA, 80, CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, STATE OF MINAS GERAIS, RUA DOMINGOS  COSTA, 80, CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA RUA DOMINGOS  COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY TABLE DATED: 09/02/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA  COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE SERVICES DATED: 04/15/2013 | COFAP ENTIDADE DE PREVIDENCIA PRIVADA AVENIDA MANOEL DA  NOBREGA, N° 350, BAIRRO CAPUAVA, IN THE MUNICIPALITY OF MAUA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COFAP FABRICADORA DE PECAS LTDA AVENIDA ALEXANDRE GUSMAO, N.° 1.395, BAIRRO CAPUAVA, SANTO  ANDRE/SP, ZIP CODE .: 09.110-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 10/30/2024 | COFAP FABRICADORA DE PEÇAS LTDA AVENIDA ALEXANDRE DE GUSMÃO N° 1.395, VILA HOMERO THON, SANTO ANDRÉ – SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COFAP FABRICADORA DE PECAS LTDA. AVENIDA ALEXANDRE GUSMAO, N.° 1.395, BAIRRO CAPUAVA, SANTO ANDRE/SP, ZIP CODE .: 09.110-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COFAP FABRICADORA DE PECAS LTDA. AVENIDA ALEXANDRE GUSMAO, N.° 1.395, BAIRRO CAPUAVA, SANTO ANDRE/SP, ZIP CODE .: 09.110-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | COL®LEP ENSINO DE IDIOMAS S.A. SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT NO. 575/13 DATED: 09/01/2013 | COLECTA MONITORAMENTO AMBIENTAL LTDA - ME AVENIDA SERRANA, 728, SALA 06 - BAIRRO SERRANO, MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE SERVICE AGREEMENT DATED: 08/01/2014 | COMAU DO BRASIL INDUSTRIA E COMERCIO LTDA RUA ALAMEDA SANTOS, N°. 455, 1ST FLOOR, CERQUEIRA CESAR - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM. DATED: 03/12/2009 | COMERCIAL AUTOMOTIVA LTDA. AVENIDA ANTON VON ZUBEN, N° 2.155 AND 1.293.  CENTRO, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 04/13/2010 | COMERCIAL DE PNEUS ROMA LTDA. AVENIDA ARICANDUVA, N° 5.376, JARDIM  ARICANDUVA, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 12/03/2015 | COMERCIAL E IMPORTADORA DE PNEUS LTDA AVENIDA ALCANTARA MACHADO,  725, BRAS, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO. CEP 03101-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 01/30/2017 | COMERCIAL E IMPORTADORA DE PNEUS LTDA AVENIDA PROFESSOR ATILIO INNOCENTI N° 642, 3RD FLOOR, ITAIM BIBI, MUNICIPALITY OF SAO PAULO, STATE OF  SAO PAULO, CEP 04538-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LENDING AGREEMENT DATED: 09/13/2013 | COMERCIO DE PNEUS VALETAO LTDA AV. BRIGADEIRO FARIA LIMA N°. 1870, CENTRO, CEP: 09720-000, CIDADE DE SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 02/13/2015 | COMERCIO DE PNEUS VALETAO LTDA (VALETAO) AT AV. BRIGADEIRO FARIA LIMA N°. 1870 CENTRO SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, 09720-000 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE DISTRIBUTION OF AUTOMOTIVE PRODUCTS BY LAND DATED: 05/06/2008 | COMMERCIAL E IMPORTADORA DE PNEUS LTDA AVENIDA PAULISTA, N° 453, 2°, CJS .: 21 TO 24, IN THE CITY AN^ STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000,  SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
      Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.244** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.245** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.246** | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.247** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.248** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.249** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.250** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
         Name
         Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** State what the contract or lease is for and the nature of the debtor's interest<br>FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining   Undetermined<br>List the contract number of any government contract | |
| **2.252** State what the contract or lease is for and the nature of the debtor's interest<br>6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| State the term remaining   Undetermined<br>List the contract number of any government contract | |
| **2.253** State what the contract or lease is for and the nature of the debtor's interest<br>2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| State the term remaining   Undetermined<br>List the contract number of any government contract | |
| **2.254** State what the contract or lease is for and the nature of the debtor's interest<br>4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| State the term remaining   Undetermined<br>List the contract number of any government contract | |
| **2.255** State what the contract or lease is for and the nature of the debtor's interest<br>6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| State the term remaining   Undetermined<br>List the contract number of any government contract | |
| **2.256** State what the contract or lease is for and the nature of the debtor's interest<br>2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining   Undetermined<br>List the contract number of any government contract | |
| **2.257** State what the contract or lease is for and the nature of the debtor's interest<br>2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| State the term remaining   Undetermined<br>List the contract number of any government contract | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                           Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, Nº 541, BAIRRO VILA LEOPOLDINA, SÃO PAULO/SP, CNPJ 10.215.988/0001-60 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, Nº 541, BAIRRO VILA LEOPOLDINA, SÃO PAULO – SP, CEP 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA ENGENHEIRO CAETANO ÁLVARES, N° 150, BAIRRO LIMÃO, 02546-000 - SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA ENGENHEIRO CAETANO ÁLVARES, NO. 150, BAIRRO LIMÃO, SÃO PAULO – SP – CEP: 02546-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO/SP CNPJ: 10.215.988/0001-60 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA ENGENHEIRO CAETANO ÁLVARES, 150, BAIRRO LIMÃO, SÃO PAULO – SP, 02546-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AV. ENG. CAETANO ÁLVARES, 150 - BAIRRO LIMÃO, SÃO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                    Case number (if known):   25-11102
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CNPJ: 10.215.988/0001-60 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, Nº 541, BAIRRO VILA LEOPOLDINA, SÃO PAULO/SP, CNPJ: 10.215.988/0001-60 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda                                      Case number (if known):   25-11102
          Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |

| | | |
|---|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 07/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/14/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.307** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.308** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.309** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.310** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.311** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.312** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.313** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.321** State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |

**2.321**
State what the contract or lease is for and the nature of the debtor's interest: FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 — COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP
State the term remaining: Undetermined
List the contract number of any government contract:

**2.322**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 — COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP
State the term remaining: Undetermined
List the contract number of any government contract:

**2.323**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 — COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP
State the term remaining: Undetermined
List the contract number of any government contract:

**2.324**
State what the contract or lease is for and the nature of the debtor's interest: CAR RENTAL AGREEMENT DATED: 05/31/2011 — COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP,
State the term remaining: Undetermined
List the contract number of any government contract:

**2.325**
State what the contract or lease is for and the nature of the debtor's interest: COMPANHIA DE LOCAQAO DAS AMERICAS DATED: 01/12/2012 — COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO,
State the term remaining: Undetermined
List the contract number of any government contract:

**2.326**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 — COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP
State the term remaining: Undetermined
List the contract number of any government contract:

**2.327**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 — COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP
State the term remaining: Undetermined
List the contract number of any government contract:

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.335** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.336** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.337** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.338** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.339** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.340** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 06/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.341** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
_____    Case number (if known):  25-11102
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.356** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |

| **2.356** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.357** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.358** | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/01/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.359** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.360** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.361** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.362** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
_____     Case number (if known):   25-11102
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.363** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 |
| | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.364** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 |
| | COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, 80,   BAIRRO CINCO, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.365** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 02/10/2014 |
| | COMPONENTES E MÓDULOS PLÁSTICOS INDÚSTRIA E COMÉRCIO LTDA. RUA DOMINGOS DA COSTA, NO. 80, CENTRO INDUSTRIAL DE CONTAGEM, CONTAGEM |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.366** State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 |
| | CONAD CONSULTORIA E ADMINISTRACAO LTDA RUA SANTO ANDRE, 535,   APT 34 - VILA ASSUNCAO, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.367** State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMPROMISE THAN CELEBRATE DEALERSHIP DATED: 05/28/2013 |
| | CONCESSIONAIRE OF GUARULHOS INTERNATIONAL AIRPORT S/A GUARULHOS/SP, LOCATED AT RODOVIA HELIO SMIDT, S/N°, 3° ANDAR, SALA 308, AEROPORTO INTERNACIONAL DE SAO PAULO - GOVERNADOR ANDRE FRANCO MONTORO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.368** State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT DATED: 07/14/2014 |
| | CONCESSIONAIRE OF GUARULHOS INTERNATIONAL AIRPORT S/A RODOVIA HELIO SMIDT, S/N°, 3°  ANDAR, SALA 308, AEROPORTO INTERNACIONAL DE SAO PAULO - GOVERNADOR ANDRE FRANCO MONTORO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.369** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT NO. 4000027146 DATED: 04/29/2015 |
| | CONFIANTEC ASSISTENCIA TECNICA DE EQUIPAMENTOS INDUSTRIAIS LTDA RUA TERCEIRO SARGENTO JOAO SOARES DE FARIA, 96 PARQUE NOVO MUNDO  CEP 02179-020 SAO PAULO, SP |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO. 4000046187 DATED: 11/12/2015 | CONSTRUTORA GOMES PIMENTEL LTDA AV CEL  JUVENTINO DIAS TEIXEIRA 17 JARDIM GLORIA CEP37200-000 LAVRAS, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS. | CONTITECH ANTRIEBSSYSTEME GMBH RONCHI D. VILLA FRANCA PADOVANA, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF 1ST AMENDMENT TO THE LEASE AGREEMENT DATED: 08/23/2024 | CORSL ABC LOCAÇÃO DE FORKLIFTS LTD RUA BERTIOGA, Nº 695, JARDIM ALZIRA FRANCO, SANTO ANDRÉ, CEP 09290-330, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT AND NON-DISCLOSURE AGREEMENT. DATED: 12/16/2009 | COYOTE SYSTEM SA 5 Rue Salomon de Rothschild Suresnes, 92150 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 05/22/2012 | CURINGA DOS PNEUS LTDA AVENIDA  REPUBLICA DO LIBANO, Nº. 1.886, WEST SECTOR, IN THE CITY OF GOIANIA-STATE OF GOIAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 03/14/2014 | CURINGA DOS PNEUS LTDA QS 03 LOTE 03/04 PRAGA 400A SETOR TAGUATINGA SUL, DF, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 05/07/2014 | CURINGA DOS PNEUS LTDA RUA CRS QUADRA 503 - BL. C LJS. 15/39, CEP: . 70331-530, CITY OF BRAS^LIA, FEDERAL  DISTRICT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 05/10/2013 | CURINGA DOS PNEUS LTDA RUA QS 03 - LOTE 03/04 PRAGA 400A, SETOR TAGUATINGA SUL, CEP: 72030-130, CIDADE  DE BRASHIA, DISTRITO FEDERAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 03/14/2014 | CURINGA DOS PNEUS LTDA QS 03 LOTE 03/04 PRAGA 400A SETOR TAGUATINGA SUL, DF, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 02/16/2014 | CURINGA DOS PNEUS LTDA. GOIANIA - GO, AT AVENIDA REPUBLICA DO LIBANO,  1886, BAIRRO SETOR OESTE, CEP 71115-030 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA AV. CRUZEIRO DO SUL, 2854, SAO PAULO - SP, 02030-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.384** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 **State the term remaining** — Undetermined **List the contract number of any government contract** | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| **2.385** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 **State the term remaining** — Undetermined **List the contract number of any government contract** | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA AV. CRUZEIRO DO SUL, 2854, SAO PAULO - SP, 02030-100 |
| **2.386** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 **State the term remaining** — Undetermined **List the contract number of any government contract** | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA AVENIDA CRUZEIRO DO SUL, 2854 1° ANDAR - SANTANA - SAO PAULO/SP ZIP CODE:  02030-100 |
| **2.387** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 **State the term remaining** — Undetermined **List the contract number of any government contract** | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| **2.388** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 **State the term remaining** — Undetermined **List the contract number of any government contract** | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| **2.389** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 **State the term remaining** — Undetermined **List the contract number of any government contract** | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA AVENIDA CRUZEIRO DO SUL, 2854 1° ANDAR - SANTANA - SAO PAULO/SP ZIP CODE:  02030-100 |
| **2.390** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AND ADVISORY AGREEMENT DATED: 08/09/2013 **State the term remaining** — Undetermined **List the contract number of any government contract** | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |

Debtor    Marelli Cofap do Brasil Ltda                                                Case number (if known):  25-11102
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.391** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 |
| | | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.392** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 |
| | | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.393** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 |
| | | DÉCIO CARVALHO ASSESSORIA DOCUMENTAL LTDA. AV. CRUZEIRO DO SUL, 2854 – 1º ANDAR, SANTANA, SÃO PAULO – SP – CEP 02030-100 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.394** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 |
| | | DÉCIO CARVALHO ASSESSORIA DOCUMENTAL LTDA. AV. CRUZEIRO DO SUL, 2854 – 1º ANDAR, SANTANA, SÃO PAULO – SP – CEP 02030-100 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.395** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM. DATED: 06/04/2009 |
| | | DELLA VIA PNEUS LTDA AV. SANTO AMARO, 1100, IN THE CITY OF  SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.396** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/25/2015 |
| | | DESENTUPIDORA E LOCADORA BRASILEIRA LTDA RUA PEDRO DE TOLEDO, 254, PAULICEIA - SBC / SP |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.397** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 04/22/2013 |
| | | DISTRIBUIDORA AUTOMOTIVA S.A RUA ERNESTO DE CASTRO, NO.  139/183 WITH FUNDS TO RUA VISCONDE DE PARNA^BA, NO. 986, 1.042 AND-1046, MOOCA, MUNICIPALITY OF  SAO PAULO, STATE OF SAO PAULO, ZIP CODE 03042-900 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

☐   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.398**

State what the contract or lease is for and the nature of the debtor's interest: CREDIT CONCESSION AGREEMENT AND OTHER COVENANTS DATED: 01/26/2008

State the term remaining: Undetermined

List the contract number of any government contract:

DISTRIBUIDORA AUTOMOTIVA S.A
RUA ERNESTO  DE CASTRO, NO. 139/183 WITH FUNDS AT RUA VISCONDE DE PARNA^BA, N° 986, 1.042 AND 1.046, MOOCA, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, CEP 03042-900

**2.399**

State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING AGREEMENT DATED: 04/22/2013

State the term remaining: Undetermined

List the contract number of any government contract:

DISTRIBUIDORA AUTOMOTIVA S.A.
RUA ERNESTO DE CASTRO, NO. 139/183 WITH FUNDS TO  RUA VISCONDE DE PARNA^BA, N° 986, 1.042 AND 1.046, MUNICIPALITY OF SAO PAULO, STATE OF SAO  PAULO, CEP 03042-900

**2.400**

State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE TRADE AGREEMENT DATED: 02/01/2015

State the term remaining: Undetermined

List the contract number of any government contract:

DISTRIBUIDORA AUTOMOTIVA S.A.
RUA ERNESTO DE CASTRO, N° 139/183 - MOOCA, SAO PAULO/SP, CEP 03042-010

**2.401**

State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF PARTNERSHIP AGREEMENT AND OTHER COVENANTS DATED: 02/16/2009

State the term remaining: Undetermined

List the contract number of any government contract:

DISTRIBUIDORA AUTOMOTIVA S.A.
RUA  ERNESTO DE CASTRO, NO. 139/183 WITH FUNDS TO RUA VISCONDE DE PARNA^BA, NO.  986, 1.042 AND 1.046, MOOCA, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO,  ZIP CODE 03042-900

**2.402**

State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 11/03/2015

State the term remaining: Undetermined

List the contract number of any government contract:

DISTRIBUIDORA AUTOMOTIVA S.A.
RUA ERNESTO DE CASTRO. NO. 139/183 WITH FUNDS FOR  RUA VISCONDE DE PARANA. NO. 986. 1,042 AND 1,046. MOOCA. MUNICIPALITY OF SAO PAULO. STATE OF SAO PAULO. ZIP CODE 03042-900

**2.403**

State what the contract or lease is for and the nature of the debtor's interest: INSTRUMENT OF TERMINATION OF LENDING OF EQUIPMENT DATED: 04/02/2014

State the term remaining: Undetermined

List the contract number of any government contract:

DISTRIBUIDORA AUTOMOTIVA S.A.
RUA  PIRATININGA, 879/899, (MOOCA) SAO PAULO/SP, CEP 03042-001

**2.404**

State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 02/26/2015

State the term remaining: Undetermined

List the contract number of any government contract:

DISTRIBUIDORA AUTOMOTIVA S.A.
RUA ERNESTO DE CASTRO, 37, BRAS, SAO PAULO/SP,  CEP 03042-010

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.405** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT OF SUPER SALES PROGRAM DATED: 02/01/2009 | DISTRIBUIDORA AUTOMOTIVA S.A.<br>RUA ERNESTO DE CASTRO, NO. 139/183 WITH FUNDS TO RUA VISCONDE DE PAMA^BA, NO. 986, 1.042 AND 1.046, MOOCA, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, ZIP CODE 03042-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.406** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/08/2013 | DLN CONSULTORIA E INFORMATICA LTDA<br>AV. JERONIMO MONTEIRO, 1000 - ED. TRADE CENTER, 3° ANDAR - CENTRO, MUNICIPALITY OF VITORIA, STATE OF ES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.407** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 02/26/2014 | DMINISTRADORA DE BENS SUL S/A<br>AV. AGUA VERDE, 595 1ST FLOOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.408** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 02/26/2014 | DMINISTRADORA DE BENS SUL S/A<br>AV. AGUA VERDE, 595 1ST FLOOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.409** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF COLLECTION AND PROCESSING OF USED AUTOMOTIVE FILTERS OF LUBRICATING OIL DATED: 07/01/2015 | DONALDSON DOBRASIL EQUIPAMENTOSINDS. LIMITED LIABILITY COMPANY<br>ROD.DOM PEDRO 1, KM 93.6- B. SITIO DA MOENDA ITATIBA - SP- CEP 13252-800 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.410** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 11/22/2007 | DOSOFT CONSULTORIA E SISTEMAS LTDA.<br>CITY AND STATE OF SAO PAULO, RUA GUARARAPES, N° 1.855, CJ .: 41, BROOKLIN NOVO, CEP 04561-004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.411** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS DATED: 03/02/2010 | DS SCHIAVETTO & CIA LTDA.<br>AVENIDA JOSE ABBAS CASSEB, N° 75, DISTRITO INDUSTRIAL ULISSES GUIMARAES, IN THE CITY OF SAO JOSE DO RIO PRETO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | EASY COMPUTING LTDA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | EASY COMPUTING LTDA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AUTHORIZATION AND OTHER COVENANTS DATED: 07/10/2013 | ECO INDUSTRIA E COMERCIO DE ARTEFACTS STAMPED METAL LTDA AVENIDA PEDROSO DE MORAIS. 1.619 - ROOM N°. 702 - ALTO DE PINHEIROS CEP: 05419-001 - SAO PAULO - SP. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 10/01/2013 | ECO INDUSTRIA E COMERCIO DE ARTEFACTS STAMPED METALS LTDA AVENIDA PEDROSO DE MORAIS, 1619, ROOM 702A. ALTO DE PINHEIROS, CEP:05.419-0001, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE SERVICES DATED: 01/01/2013 | ECOIMAGEM - DIAGNOSTICO POR ULTRA-SOM LTDA RUA ATLANTICA, 121 CEP: 109750-480 SAO BERNARDO DO CAMPO-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE DATED: 04/15/2013 | ECOIMAGEM - DIAGNOSTICO POR ULTRA-SOM LTDA RUA ATLANTICA, 121 CEP: 109750-480 SAO BERNARDO DO CAMPO-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE SERVICES NO. SUP 421/07 DATED: 04/15/2013 | ECOIMAGEM - DIAGNOSTICOS PORULTRA - SOM LTDA RUA ATLANTICA, 121 CEP:  109750-480 SAO BERNARDO DO CAMPO-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE SERVICES DATED: 12/01/2007 | ECOIMAGEM DIAGNOSTICOS POR ULTRA-SOM LTDA RUA ATLANTICA, 121 CEP: 09750-480 SAO BERNARDO DO CAMPO - SP, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE SERVICES DATED: 12/01/2007 | ECOIMAGEM DIAGNOSTICOS POR ULTRA-SOM LTDA RUA ATLANTICA, 121 CEP: 09750-480 SAO BERNARDO DO CAMPO - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE SERVICES DATED: 12/01/2007 | ECOIMAGEM DIAGNOSTICOS POR ULTRA-SOM LTDA RUA ATLANTICA, 121 CEP: 09750-480 SAO BERNARDO DO CAMPO - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF HOSPITAL MEDICAL ASSISTANCE SERVICES DATED: 12/01/2007 | ECOIMAGEM DIAGNOSTICOS POR ULTRA-SOM LTDA RUA ATLANTICA, 121 CEP: 09750-480 SAO BERNARDO DO CAMPO - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF MULTIPLE SERVICES DATED: 12/29/2014 | ECT - PUBLIC COMPANY RING ROAD, KM 21.5 - UNIVERSITY, CITY : LONDON, ZIP CODE : 31255-901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA RUA FIDALGA, 593, SALA 6, VILA MADALENA, SÃO PAULO/SP, 05432-070 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA RUA FIDALGA, Nº 593, SALA 6, VILA MADALENA, SÃO PAULO, SP, CEP 05432-070, CNPJ 08.604.094/0001-10 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Cofap do Brasil Ltda
          _____    Case number (if known): 25-11102
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 05/01/2009 | EDITORA MOL LTDA RUA FIDALGA, 593, SALA 6, VILA MADALENA, SÃO PAULO/SP, 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | EDITORA MOL LTDA MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | EDITORA MOL LTDA RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                    Case number (if known)    25-11102
_____
          Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | EDITORA MOL LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA SAO PAULO, SAO PAULO, RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070  ATTENTION: MR. RODRIGO PIPPONZI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 05/01/2009 | EDITORA MOL LTDA. THIS CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. RUA FIDALGA, 593, SALA 6, VILA MADALENA CEP 05432-070 - SAO PAULO - SP   ATTENTION: MR. RODRIGO PIPPONZI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT (EDITORIAL PRODUCTS: DIRECT LINE MAGAZINE, FAMILY NEWSPAPER, FRONT & BACK BULLETIN) DATED: 05/01/2009 | EDITORA MOL LTDA. RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, SÃO PAULO – SP – CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 05/01/2009 | EDITORA MOL LTDA. CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070  ATTENTION: MR. RODRIGO PIPPONZI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | EDITORA MOL LTDA. THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA  FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | | Case number (if known): | 25-11102 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.447** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.448** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.449** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA. RUA FIDALGA, 593, SALA 6, VILA MADALENA, SÃO PAULO – SP, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.450** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE USE OF THE ELECTRICITY DISTRIBUTION SYSTEM DATED: 08/21/2013 | ELETROPAULO METROPOLITANA ELETRICIDADE DE SAO PAULO S.A. AVENIDA DR. MARCOS PENTEADO DE ULHÔA RODRIGUES, 939, TORRE II CEP 06460-040 - SÍTIO TAMBORÉ - BARUERI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.451** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE AGREEMENT FOR THE USE OF THE DISTRIBUTION DATED: 05/29/2012 | ELETROPAULO METROPOLITANA ELETRICIDADE DE SAO PAULO S.A. AVENIDA DR. MARCOS PENTEADO DE ULHOA RODRIGUES, 939, TORRE I!  CEP 06460-040 - SMO TAMBORE - BARUERI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.452** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE USE OF THE ELECTRICITY DISTRIBUTION SYSTEM DATED: 02/01/2016 | ELETROPAULO METROPOLITANA ELETRICIDADE DE SAO PAULO S.A. AVENIDA DR. MARCOS PENTEADO DE ULHOA RODRIGUES, 939 TORRE II BARUERI, SP, 06460-040 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.453** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT SUPPLY CONTRACT DATED: 07/05/2013 | ELKE S.R.L VIA GRAZIA DELEDDA, 72 CANDIOLO, TO, 10060 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

        Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | PACKAGING SUPPLY AGREEMENT DATED: 01/01/2014 | EMBAGRAF EMBALAGEM GRAFICA E EDITORA LTDA ESTRADA AGUA CHATA, N° 1550, CEP: CEP 07251-000, IN THE CITY OF GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | PACKAGING SUPPLY AGREEMENT DATED: 01/01/2014 | EMBALATEC INDUSTRIAL LTDA AVENIDA VALENTINA  MELLO FREIRE BORESTEIN, N° 330, CEP 08735-270, VILA SAO FRANCISCO IN THE CITY OF MOGI DAS CRUZES, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | SUMMARY SHEET - CONTRACT FOR THE PROVISION OF SERVICES AND SALE OF PRODUCTS DATED: 08/07/2015 | EMPRESA BRASILEIRA DE CORREIOS E TELEGRAFOS RUA MERGENTHALLER, 592, BLOCO 11, 24° ANDAR - VILA LEOPOLDINA CITY: SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/06/2014 | EMPRESA BRASILEIRA DE CORREIOS E TELEGRAFOS RUA MERGENTHALER, 592 - BLOCO II, 24° ANDAR - VILA LEOPOLDINA  CITY: SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF FRAMEWORK CONTRACT SUMMARY DATED: 07/02/2012 | EMPRESA METROPOLE LIMITADA RUA TRIANGULO, N° 32, SALA 01, CENTRO, LAVRAS/MG, CEP: 37.200-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TRANSPORT SERVICES DATED: 07/02/2015 | EMPRESA METROPOLE LTDA - EPP RUA TRIANGULO, N° 32, SALA 01, CENTRO, CEP: 37.200-000, LAVRAS/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT | EMSENHUBER, ABE AND LAWYERS SAO PAULO: RUA GROENLANDIA, 1310 - JARDIM EUROPA - SAO PAULO/SP - CEP 01434-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT | EMSENHUBER, ABE E ADVOGADOS ASSOCIADOS SAO PAULO: RUA GROENLANDIA, 1310 - JARDIM EUROPA - SAO PAULO/SP - CEP 01434-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/13/2015 | ENGMANUT MANUTENPAO LTDA ME RUA  LAVINA, 285 - JD. ALVORADA - SANTO ANDRE - SP - CEP 09180-360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO. 4000029944 DATED: 05/18/2015 | ENGMANUT SERVIQOS DE MANUTENCAO LTDA RUA LAVINIA, 385, JARDIM ALVORADA, CEP 09180-360, SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT NO. 4000028915 DATED: 05/15/2015 | ENGMANUT SERVIQOS DE MANUTENQAO LTDA RUA LAVINIA, 385 JARDIM ALVORADA CEP 09180-360 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/04/2015 | ENGMANUT SERVIQOS DE MANUTENQAO LTDA - ME RUA LAVINIA, N°. 385 - JARDIM ALVORADA - SANTO ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT NO. 4000022915 DATED: 03/10/2015 | ENGMANUT SERVIQOS DE MANUTENQAO LTDA ME RUA LAVINIA, 385 JARDIM ALVORADA CEP 09180-360 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT NO. 4000028790 DATED: 05/07/2015 | EQUILAM INDUSTRIA E COMERCIO LTDA RUA  PRUDENTE DE MORAIS, 690 CEP 09920-410 DIADEMA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | ERGOM DO BRASIL RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | ERGOM DO BRASIL LTD RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | ERGOM DO BRASIL LTDA RODOVIA MG431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM DATED: | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.475** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.476** | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.477** | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO,  ITAUNA-MG, CEP: 35680-142 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.478** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY CONTRACT DATED: 04/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG CEP 35680-142 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.479** | **State what the contract or lease is for and the nature of the debtor's interest** | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.480** | **State what the contract or lease is for and the nature of the debtor's interest** | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.481** | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | ERGOM DO BRASIL LTDA RODOVIA  MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA- MG, CEP: 35680-142 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Cofap do Brasil Ltda                                Case number (if known)    25-11102
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE FLEET MANAGEMENT CONTRACT DATED: 07/03/2012 | ERGOM DO BRASIL LTDA RODOVIA.MG 431,' KM ' 51.7; MORRO DO ENGENHO, ITAUNA; MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | ERGOM DO BRASIL LTDA MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS, AT RODOVIA MG 431, KM 51.7, - CEP: 35680-142 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 09/28/2013 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA- MG, CEP: 35680-142 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY DATED: 04/11/2011 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2016 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Cofap do Brasil Ltda
         Name

Case number (if known):   25-11102

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | ERGOM DO BRASIL LTDA<br>RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | ERGOM DO BRASIL LTDA<br>RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 02/09/2013 | ERGOM DO BRASIL LTDA<br>ROD. MG 431 - KM 51.7 - MORRO DO ENGENHO,  ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | ERGOM DO BRASIL LTDA<br>RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 06/01/2009 | ERGOM DO BRASIL LTDA<br>ITAUNA, STATE OF MINAS GERAIS, AT  RODOVIA MG 431, KM 51.7, - CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | ERGOM DO BRASIL LTDA<br>ITAUNA, STATE OF MINAS GERAIS, AT RODOVIA  MG 431, KM 51.7, - CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 07/15/2010 | ERGOM DO BRASIL LTDA<br>RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 02/25/2010 | ERGOM DO BRASIL LTDA ITAUNA, STATE OF MINAS  GERAIS, AT RODOVIA MG 431, KM 51.7, - CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2011 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG CEP   35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                      Case number (if known):    25-11102
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.503** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680-142 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.504** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE: 35.680-590 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.505** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG CEP   35680-142 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.506** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/01/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.507** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2016 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS  GERAI |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.508** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.509** State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51,7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, CEP .: 35.680-590, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.510** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT ' SERVICES DATED: 08/01/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51.7, IN THE MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |

| | | |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.511** State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | ERGOM DO BRASIL LTDA RODOVIA MG431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590, |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.512** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680142 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.513** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.514** State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.515** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG, CEP: 35680-142 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.516** State what the contract or lease is for and the nature of the debtor's interest | THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG, CEP: 35680142 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
                Name

Case number (if known):   25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.517** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 05/01/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF  ITAUNA/MG |

**2.517**

State what the contract or lease is for and the nature of the debtor's interest: SERVICE AGREEMENT DATED: 05/01/2010

ERGOM DO BRASIL LTDA
RODOVIA MG 431, KM 51.7, MUNICIPALITY OF  ITAUNA/MG

State the term remaining: Undetermined

List the contract number of any government contract

**2.518**

State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012

ERGOM DO BRASIL LTDA
RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG, CEP: 35680-142

State the term remaining: Undetermined

List the contract number of any government contract

**2.519**

State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011

ERGOM DO BRASIL LTDA .
RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680-142

State the term remaining: Undetermined

List the contract number of any government contract

**2.520**

State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010

ERGOM DO BRASIL LTDA.
RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS - CEP 35680-142

State the term remaining: Undetermined

List the contract number of any government contract

**2.521**

State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010

ERGOM DO BRASIL LTDA.
RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS

State the term remaining: Undetermined

List the contract number of any government contract

**2.522**

State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010

ERGOM DO BRASIL LTDA.
RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS - CEP

State the term remaining: Undetermined

List the contract number of any government contract

**2.523**

State what the contract or lease is for and the nature of the debtor's interest: ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2023

ERGON DO BRASIL LTDA
RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS  GERAIS

State the term remaining: Undetermined

List the contract number of any government contract

Debtor   Marelli Cofap do Brasil Ltda
_____
Name

Case number (if known):  25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2010 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG, REGISTERED IN THE NATIONAL REGISTRY OF LEGAL ENTITIES OF THE MINISTRY OF FINANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.531** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/16/2013 | ERGON SAUDE OCUPACIONAL LTDA RUA DOUTOR MELO VIANA,  187, APTO 103, BAIRRO: VILA VERA CRUZ, LAVRAS, MG, CEP 32040-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.532** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/16/2013 | ERGON SAUDE OCUPACIONAL LTDA RUA DOUTOR MELO VIANA,  187, APTO 103, BAIRRO: VILA VERA CRUZ, LAVRAS, MG, CEP 32040-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.533** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 05/20/2013 | ESCORTS LIMITED SCO-232,-FIRST FLOOR, SECTOR-20,_PANCHKULA-134109 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.534** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF COMMITMENT FOR THE SALE AND PURCHASE OF REAL ESTATE AND OTHER CONSIDERATIONS DATED: 09/25/2013 | ESSENCIS SOLUCOES AMBIENTAIS S.A. ROD DOS BANDEIRANTES KM 33 CAIEIRAS, 07700-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.535** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 ATTENTION: MRS. VALERIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.536** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA CAPITAL STATE  OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.537** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA CAPITAL  STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO CEP 04582-000 - SAO PAULO - SP ATTENTION: MRS. VALERIA M. M. PERITO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAUL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name    Case number (if known):    25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/03/2010 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA RUA ÁLVARO RODRIGUES, N° 182, 2º ANDAR, VILA CORDEIRO, SÃO PAULO/SP, CEP: 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO - SP, CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO - SP, CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAÇÃO LTDA. ATTN: MRS. VALERIA M. M. PERITO RUA RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO – SP – CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 09/01/2012 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO, SÃO PAULO – SP – CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, NO. 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO – SP, CEP 04582-000, CNPJ: 56.994.858/0001-73 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO – SÃO PAULO – SP – CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO – SÃO PAULO – SP – CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. ATTN: MRS. VALERIA M. M. PERITO RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO – SÃO PAULO – SP – CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, Nº 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO – SP, CEP 04582-000 CNPJ: 56.994.858/0001-73 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE  OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/02/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE  OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
          Name
                                                    Case number (if known):    25-11102

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, CAPITAL STATE  OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
_____    Case number (if known): 25-11102
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04582000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
         Name                                                          Case number (if known):  25-11102

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. STRATEGY COMMUNICATION ADVISORY LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO CEP 04582-000 -   SAO PAULO - SP ATTENTION: MRS. VALERIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 02/27/2015 | EXCELSIOR S.A. - PNEUS E ACESSORIOS AV.  SERTORIO, N°. 1777, BAIRRO NAVEGANTES, IN THE CITY OF PORTO ALEGRE, STATE OF RIO GRANDE DO SUL, CEP: 91020-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF DISTRATO DE COMODATO DATED: 05/13/2013 | EXCELSIOR S.A. PNEUS E ACESSORIOS AV.  SERTORIO, N°. 1777, BAIRRO NAVEGANTES, IN THE CITY OF PORTO ALEGRE, STATE OF RIO GRANDE DO SUL, CEP: 91020-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda

Case number (if known):  25-11102

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.608** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 05/03/2012 | EXPEDIBOR CIA INDUSTRIAL DE BORRACHAS AUTOMOTIVAS RUA  PREFEITO TAKUME KOIKE, 200 - - NUCLEO ITAIM, FERRAZ DE VASCONCELOS, SP - CEP: 08538100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.609** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT ' SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES  THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS  GERAI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.610** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY  OF LAVRAS, STATE OF MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.611** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY  OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.612** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, LAVRAS, MINAS  GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.613** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY  OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.614** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY  OF LAVRAS, STATE OF MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, MUNICIPALITY OF LAVRAS, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF CONTRACT DATED: 06/14/2013 | EXPRESSO NEPOMUCENO S/A RUA ALCIDES THOMAZ DA SILVA, 15 - INDUSTRIAL DISTRICT, MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/06/2015 | EXPURGO - SERVIPOS ESPECIALIZADOS LTDA. ALAMEDA DOM PEDRO DE ALCANTARA,. 618'. NOVA PETROPOLIS - SBC/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 05/17/2013 | FA KROSNO S.A. S.K.A GEN. L. OKULICKIEGO 9 KROSNO, 38-400 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name   _____   Case number (if known)   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.622** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.623** State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.624** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA. CNPJ NO. 81.768.343/0001-00, SANTA CATARINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.625** State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.626** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.627** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.628** State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
Name

Case number (if known):   25-11102

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA, THE STATE OF SANTA CATARINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA CITY OF BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA. |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA. CNPJ NO. 81.768.343/0001-00 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA. CNPJ NO. 81.768.343/0001-00, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA CITY OF BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA BLUMENAU, IN THE STATE OF SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.643** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>BLUMENAU, SANTA  CATARINA, RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.644** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.645** | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.646** | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.647** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.648** | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>BLUMENAU, IN THE STATE OF SANTA CATARINA,  ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.649** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>BLUMENAU, IN THE STATE OF SANTA  CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.650** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.651** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.652** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.653** | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA<br>CATARINARUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.654** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA<br>RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU, SC, CNPJ 81.768.343/0001-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.655** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE | FÁCIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.656** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA.<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                              Case number (if known):    25-11102
_____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.657** State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA. |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.658** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.659** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.660** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.661** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.662** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.663** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM DATED: Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. BLUMENAU, IN THE STATE OF SANTA  CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. BLUMENAU, IN THE STATE OF SANTA  CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda
_____
Name

Case number (if known): 25-11102
_____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.678** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |

**2.678**
State what the contract or lease is for and the nature of the debtor's interest: ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010
State the term remaining: Undetermined
List the contract number of any government contract:
FACIL INFORMATICA LTDA. BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA

**2.679**
State what the contract or lease is for and the nature of the debtor's interest: COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010
State the term remaining: Undetermined
List the contract number of any government contract:
FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA 89036-501

**2.680**
State what the contract or lease is for and the nature of the debtor's interest: COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010
State the term remaining: Undetermined
List the contract number of any government contract:
FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA,

**2.681**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED:
State the term remaining: Undetermined
List the contract number of any government contract:
FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA

**2.682**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED:
State the term remaining: Undetermined
List the contract number of any government contract:
FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA

**2.683**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010
State the term remaining: Undetermined
List the contract number of any government contract:
FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA

**2.684**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010
State the term remaining: Undetermined
List the contract number of any government contract:
FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA

Debtor   Marelli Cofap do Brasil Ltda   Case number (if known):  25-11102
         Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.685** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.686** State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.687** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.688** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT -PROVISION OF DATA SUPPLY SERVICES DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.689** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SC, CNPJ 81.768.343/0001-00 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.690** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.691** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – VELHA, BLUMENAU – SC |

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT SIGNED DATED: 11/01/2015 | FCA FIAT CHRYSLER AUTOMOVEIS BRASIL LTDA MUNICIPALITY OF BETIM, STATE OF MINAS GERAIS, AT AVENIDA CONTORNO, NO. 3455, PAULO CAMILO  NEIGHBORHOOD, CEP: 32.669-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 01/01/2020 | FCA RENTAL LOCADORA DE AUTOMÓVEIS LTDA AVENIDA AFONSO PENA, Nº 1.500, 3RD FLOOR, ROOM A, CENTRO, BELO HORIZONTE /MG, REGISTERED WITH THE CNPJ UNDER NO. 17.464.972/0001-30 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 09/27/2021 | FCA RENTAL LOCADORA DE AUTOMÓVEIS LTDA AVENIDA AFONSO PENA, Nº 1.500, 3RD FLOOR, ROOM A, CENTRO, BELO HORIZONTE /MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 07/05/2022 | FCA RENTAL LOCADORA DE AUTOMÓVEIS LTDA. RUA QUELUZITA, N° 34, SALA 1301, PARTE A, BLOCO 02 TOWER, BAIRRO DOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
         _____
         Name

Case number (if known): 25-11102
                        _____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.699** State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES DATED: 01/17/2014 | FEDERAL EXPRESS CORPORATION CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA DAS NAGOES UNIDAS, N° 17.891, 1ST FLOOR |

**2.699**
State what the contract or lease is for and the nature of the debtor's interest — GENERAL CONDITIONS FOR THE PROVISION OF SERVICES DATED: 01/17/2014
FEDERAL EXPRESS CORPORATION CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA DAS NAGOES UNIDAS, N° 17.891, 1ST FLOOR
State the term remaining — Undetermined
List the contract number of any government contract

**2.700**
State what the contract or lease is for and the nature of the debtor's interest — AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 04/05/2012
FENNER (INDIA) LIMITED 3. MADURAI-MELAKKAL ROAD, MADURAI - 625016
State the term remaining — Undetermined
List the contract number of any government contract

**2.701**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE PROVISION AGREEMENT NO. 4000041605 DATED: 10/07/2015
FGMC CONSTRUTORA RUA DONA MARGARIDA, 35 VILA PINTO CEP 37010-580 VARGINHA, MG
State the term remaining — Undetermined
List the contract number of any government contract

**2.702**
State what the contract or lease is for and the nature of the debtor's interest — PRIVATE INSTRUMENT OF LEASE DATED: 05/20/2011
FGVM ADMINISTRACOES DE BENS PROPRIOS LTDA AV. BRUSSELS, 185 SALA 401 - BONSUCESSO/RIO DE JANEIRO/RJ
State the term remaining — Undetermined
List the contract number of any government contract

**2.703**
State what the contract or lease is for and the nature of the debtor's interest — PRIVATE INSTRUMENT OF LEASE DATED: 03/06/2013
FGVM ADMINISTRAQOES DE BENS PROPIOS LTDA AV. BRUSSELS, 185 SALA 401 BONSUCESSO/RIO DE JANEIRO
State the term remaining — Undetermined
List the contract number of any government contract

**2.704**
State what the contract or lease is for and the nature of the debtor's interest — PRIVATE INSTRUMENT OF LEASE DATED: 02/19/2009
FGVM ADMINISTRAQOES DE BENS PROPRIOS LTDA RUA LUIS VAHIA MONTEIRO, 181 IIHA DO GOVERNADOR - RIO DE JANEIRO/RJ
State the term remaining — Undetermined
List the contract number of any government contract

**2.705**
State what the contract or lease is for and the nature of the debtor's interest — PRIVATE INSTRUMENT OF LEASE DATED: 03/01/2015
FGVM ADMINISTRAQOES DE BENS PROPRIOS LTDA AV. BRUSSELS, 185 SALA 401 - BONSUCESSO/RIO DE JANEIRO
State the term remaining — Undetermined
List the contract number of any government contract

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.706** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | FIAT DO BRASIL S.A. RUA SENADOR MILTON CAMPOS, N 175, BAIRRO VILA DA SERRA, NOVA LIMA, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.707** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | FIAT DO BRASIL S.A. RUA SENADOR MILTON CAMPOS, 175 3RD FLOOR VILA DA SERRA NOVA LIMA, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.708** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2013 | FIAT DO BRASIL S.A. RUA SENADOR MILTON CAMPOS, N 175, BAIRRO VILA DA SERRA, NOVA LIMA, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.709** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/01/2010 | FIAT DO BRASIL S.A. - SADI DIVISION RUA SENADOR MILTON CAMPOS, N° 175 - BAIRRO VILA DA SERRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.710** | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL FEES AGREEMENT DATED: 06/04/2009 | FIGUEIREDO E OLIVEIRA ADVOGADOSASSOCIADOS S/C AV. HISTORIAN RUBENS DE MENDONGA, N°. 2.000 - BAIRRO JARDIM ACLIMAGAO - CUIABA BUSINESS CENTER BUILDING - ROOMS 1.005/1.006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.711** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 02/28/2014 | FILTRAN FILTRO ANDORINHA LTDA SAO PAULO/SP, AT RUA  BAUMANN, N°. 1157 - VILA LEOPOLDINA, CEP: 05318-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.712** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES. DATED: 01/01/2008 | FINANCE CONSULTORIA E TREINAMENTO EMPRESARIAL LTDA AVENIDA DOUTOR EMILIO RIBAS, N° 1.846, SALA 01, JARDIM EUGENIA, IN THE CITY OF GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.713** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES. DATED: 01/01/2008 | FINANCE CONSULTORIA E TREINAMENTO EMPRESARIAL LTDA AVENIDA DOUTOR EMILIO RIBAS, N° 1.846, SALA 01, JARDIM EUGENIA, IN THE CITY OF GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.714** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 01/01/2008 | FINANCE CONSULTORIA E TREINAMENTO EMPRESARIAL LTDA. AVENIDA DOUTOR EMILIO RIBAS, 1846, ROOM 01, JARDIM EUGENIA, GUARULHOS, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.715** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES. DATED: 01/01/2008 | FINANCE CONSULTORIA E TREINAMENTO EMPRESARIAL LTDA. AVENIDA DOUTOR EMΛLIO RIBAS, N° 1.846, SALA 01, JARDIM EUGENIA, IN THE CITY OF GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.716** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES. DATED: 01/01/2008 | FINANCE CONSULTORIA E TREINAMENTO EMPRESARIAL LTDA. AVENIDA DOUTOR EMHIO RIBAS, N° 1.846, SALA 01, JARDIM EUGENIA, IN THE CITY OF GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.717** | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2015 | FINANCE SP CONSULTORIA E TREINAMENTO LTDA RUA MARTINHO POLILLO, 274, SALA 01, VILA CAPITAO RABELO, GUARULHOS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.718** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 04/02/2012 | FINDER IND. COM. PROD. METAL LTDA RUA YOSHIMARA MINAMOTO, N°. 995, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.719** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 08/01/2013 | FINDER INDUSTRIA E COMERCIO DE PRODUTOS DE METAL LTDA RUA YOSHIMARA MINAMOTO, N°. 995, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | | Case number (if known): | 25-11102 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS DATED: 02/18/2009 | FISHMAN ENGINEERING LTD BAR-LEV INDUSTRIAL PARK, MISGAV 20179 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS DATED: 07/19/2011 | FLEXYON INDUSTRIA E COMERCIO DE PRODUTOS DE BORRACHA LTDA. AVENIDA ALEXANDRE DE GUSMAO, N° 1.395, GALPAO, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS DATED: 08/31/2010 | FLEXYON INDUSTRIA E COMERCIO DE PRODUTOS DE BORRACHA LTDA. AVENIDA ALEXANDRE DE GUSMAO, N° 1.395, GALPAO, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF SECOND AMENDMENT TO THE CONTRACT FOR THE SUPPLY OF ' AUTOMOTIVE PRODUCTS DATED: 06/17/2013 | FLEXYON INDUSTRIA E COMERCIO DE PRODUTOS DE BORRACHA LTDA. AVENIDA ALEXANDRE DE GUSMAO, N° 1.395. WAREHOUSE, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF ASSIGNMENT OF CREDITS AND OTHER COVENANTS DATED: 07/02/2012 | FLEXYON INDUSTRIA E COMERCIO DE RUBBER PRODUCTS LTD MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO, AT AV. ALEXANDRE DE GUSMAO, N° 1395 - GALPAO, CEP  09111-310 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF ASSIGNMENT OF CREDITS AND OTHER COVENANTS DATED: 07/02/2012 | FLEXYON INDUSTRIA E COMERCIO DE RUBBER PRODUCTS LTD. SANTO ANDRE, STATE OF SAO PAULO, AT AV. ALEXANDRE DE GUSMAO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LENDING AGREEMENT DATED: 05/27/2015 | FLORESTA CENTRO AUTOMOTIVO LTDA RUA FLORESTA, 5-70 PQ. VISTA ALEGRE, IN THE CITY OF BAURU, STATE OF SAO PAULO, CEP: 17020-030 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/10/2013 | FM RUIZ CONSULTORIA EM GESTAO EMPRESARIAL LTDA RUA SANTA  MARIA GORETTI, 100 - VILA METALURGICA, SANTO ANDRE, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | FMM PERNAMBUCO COMPONENTES AUTOMOTIVOS LTDA RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.09, CJ. 01, NOVA GOIANA, GOIANA PE,    CEP: 55900-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 10/14/2015 | FMM PERNAMBUCO COMPONENTES AUTOMOTIVOS LTDA RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.09, CJ. 01, NOVA GOIANA, GOIANA PE,    CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | FMM PERNAMBUCO COMPONENTES AUTOMOTIVOS LTDA RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.09, CJ. 01, NOVA GOIANA, GOIANA PE,    CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | FMM PERNAMBUCO COMPONENTES AUTOMOTIVOS LTDA RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.09, CJ. 01, NOVA GOIANA, GOIANA PE,    CEP: 55900-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | ARBITRATION SERVICES AGREEMENT DATED: 06/18/2012 | FOOTBALL FEDERATION SOCIETY OF MINAS GERAIS BELO ' HORIZONTE/MG, AT RUA SALINAS, 485, APT 06, BAIRRO FLORESTA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/30/2015 | FORROLINE DECORACOES LTDA-ME RUA PLINIO AUGUSTO  DE CAMARGO, 230 - CEP: 03607-020 - PENHA DE FRANCA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

█    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/30/2015 | FORROLINE DECORACOES LTDA-ME RUA PLINIO AUGUSTO  DE CAMARGO, 230 - CEP: 03607-020 - PENHA DE FRANGA - SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/11/2015 | FORROLINE DECORAGOES LTDA - ME RUA PLINIO  AUGUSTO DE CAMARGO, 230 - CEP: 03607-020 - PENHA DE FRANCA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/17/2014 | FORROLINE DECORAGOES LTDA-ME RUA PLINIO AUGUSTO DE CAMARGO, 230 - CEP: 03607-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/10/2015 | FORROLINE DECORAGOES LTDA-ME RUA PLINIO AUGUSTE DECAMARGO, 230 - CEP: 03607-020 - PENHA DE FRANCA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/24/2015 | FORROLINE DECORAPOES LTDA - ME RUA PLINIO  AUGUSTO DE CAMARGO, 230 - CEP: 03607-020 - PENHA DE FRANCA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/28/2016 | FRENZEL INDUSTRIA DE BORRACHA E PLASTICO LTDA RUA WALDEMAR FLORES VIEIRA, 204, CAPELA DE SANTANA - RS CEP 95745.000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE LICENSE AND OPERATION FRANCHISE AGREEMENT DATED: 05/09/2014 | FUNDACAO IOCHPE ALAMEDA TIETE, 618, CASA 1 - CERQUEIRA CESAR, MUNICIPALITY OF SAO PAULO, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION OF FRANCHISE AGREEMENT NO. 10/2003 DATED: 11/17/2016 | FUNDACAO IOCHPE ALAMEDA TIETE, 618, CASA 01, CERQUEIRA CESAR  SAO PAULO - SP, CEP: 01417-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 01/26/2006 | GAAP LOCACAO DE BENS LTDA ALAMEDA OLGA, 422 - 8° ANDAR - CONJUNTO 86 - BARRA FUNDA, SAO PAULO, SP - CEP: 01155-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 06/01/2013 | GAMAFIRE SOLUCOES CONTRA FOGO LTDA RUA CORIOLANO, 526 - VILA ROMANA,  MUNICIPALITY OF SAO PAULO, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/24/2014 | GAMAFIRE SOLUCOES CONTRA FOGO LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA CLAUDIO, 300 - VILA ROMANA CEP: 05043-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 06/01/2013 | GAMAFIRE SOLUQOES CONTRA FOGO LTDA RUA CORIOLANO, 526 - VILA ROMANA,  MUNICIPALITY OF SAO PAULO, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE SERVICE AGREEMENT DATED: 02/06/2014 | GB ANDRADE SERVICOS DE INFORMATICA E DIGITACAO DE DADOS LTDA-ME RUA CATIGUA, 487 - PQ. ERASMO ASSUNGAO - SANTO ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | ELEVENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | GC BIGANZOLI SERVICOS DE DIGITACAO DE DADOS LTDA RUA HOMERO FABRINI, 86 - VILA NOGUEIRA, DIADEMA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                        Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | ELEVENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/06/2014 | GC BIGANZOLLI SERVICOS DE DIGITACAO DE DADOS RUA  HOMERO FABRINI, 86 - VILA NOGUEIRA, DIADEMA, STATE OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT | GENERAL CABLE AUT BRA FAB DE CABOS EL LTDA SAO BERNARDO DO CAMPO, AT ESTRADA SAMUEL AIZEMBERG, N°. 1100, CEP:  09851-550 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 01/14/2014 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, NO. 1,805, IN SAO  CAETANO DO SUL, SP, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF COLLECTION AND PROCESSING OF USED AUTOMOTIVE FILTERS OF LUBRICATING OIL DATED: 07/01/2015 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 SAO CAETANO DO SUL - SP - CEP 09550-900 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 10/17/2023 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, NO. 1,805, IN SAO  CAETANO DO SUL, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 01/14/2014 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIAS, NO. 1,805, IN SAO  CAETANO DO SUL, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES OF LABOR HIRED UNDER THE ADMINISTRATION REGIME | GLOBAL SERV LTDA RUA XAVIER DE TOLEDO, N° 15, BAIRRO CENTRO, CITY OF SANTO ANDRE, STATE OF SAO  PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda                                                    Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.755** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES OF LABOR HIRED UNDER THE ADMINISTRATION REGIME DATED: 02/08/2001 | GLOBAL SERV LTDA. RUA XAVIER DE TOLEDO, N° 15, BAIRRO CENTRO, CITY OF SANTO ANDRE,  STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.756** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONFESSION OF DEBT DATED: 11/03/2015 | GOLDEN CROSS ASSISTENCIA INTERNACIONAL DE SAUDE LTDA RUA MORAIS E SILVA, N.° 40, PARTE, MARACANA, RIO DE JANEIRO, RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.757** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 10/05/2017 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.758** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE LEASE OF TRACKING EQUIPMENT DATED: 02/13/2019 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.759** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 10/05/2017 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.760** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 10/06/2017 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.761** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE LEASE OF TRACKING EQUIPMENT DATED: 04/11/2019 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, CEP: 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/07/2022 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA. AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT DATED: 02/13/2019 | GOLDEN SAT LOCACION DE RASTREADORES PARA VE^CULOS AUTOMOTORES LTDA AV. MARTIM FRANCISCO, 13, PARQUE DAS NAGOES, SANTO ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/07/2022 | GOLDEN SAT LOCACIÓN DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA. AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 10/06/2017 | GOLDEN SAT RENTAL OF TRACKERS FOR MOTOR VEHICLES AV. MARTIM FRANCISCO N° 13 PQ DAS NACOES, CEP 09230-701, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE LEASE OF TRACKING EQUIPMENT DATED: 04/11/2019 | GOLDEN SAT RENTAL OF TRACKERS FOR MOTOR VEHICLES AV. MARTIM FRANCISCO N° 13 PQ DAS NACOES, CEP 09230-701, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS -  SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 04/05/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE RUA MARIA MONTEIRO, 47, CAMBUL, CAMPINAS - SP, CEP 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 04/05/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE R. MARIA MONTEIRO, 47B – CAMBUÍ, CAMPINAS, SP, 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 04/05/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO, 47 - CAMBUÍ, CAMPINAS - SP, CEP 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 05/04/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO 47 CAMBUL CAMPINAS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47, CAMBUÍ, CAMPINAS – SP, 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP, CEP 13025-150, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 05/04/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTERIO, 47 CAMBUL "CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47 – CAMBUÍ, CAMPINAS – SP, CEP: 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 02/09/2013 | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480, ROOM 03, BAIRRO QUITAUNA, OSASCO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S) AND MINIMUM DOSE DATED: 04/05/2010 | GSN COFFEE ESPRESSO MACHINE CAMBUÍ CAMPINAS - SP - CEP 13025-150 CNPJ: 08.736.011/0001-46 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT RELATED TO THE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 05/12/2014 | GSP AUTOMOTIVE GROUP WENZHOU CO., LTD NO. 1.GAOXIANG RD. GAOXIANG IND. ZONE XINQIAO WENZHOU, 325006 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 08/22/2012 | GSP AUTOMOTIVE GROUP WENZHOU CO., LTD NO. 1 GAOXIANG RD. GAOXIANG IND. ZONE XINQIAO WENZHOU, 325006 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT FOR CINEMATOGRAPHIC WORK DATED: 11/05/2008 | GULLANE ENTRETENIMENTO S.A RUA LEANDRO DUPRET, 73, HOUSE 04, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT FOR CINEMATOGRAPHIC WORK DATED: 11/05/2008 | GULLANE ENTRETENIMENTO S.A. RUA LEANDRO DUPRET, 73, HOUSE 04, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT FOR CINEMATOGRAPHIC WORK – "BIRDWATCHERS" DATED: 09/24/2007 | GULLANE ENTRETENIMENTO S.A. RUA LEANDRO DUPRET, 73, HOUSE 04, SÃO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/01/2009 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, IN THE  MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, 1297, SALA 105,  MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL PROPERTY LEASE AGREEMENT DATED: 01/01/2014 | H.B.A EMPREENDIMENTOS IMOBILIARIOS LTDA RUA ALAGOAS NO. 601 LOJA 03, FUNCIONARIOS NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                                    Case number (if known):    25-11102
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.790** State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/26/2013 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | HAJA LUZ SERVIQOS DE MARKETING E PUBLICIDADE LTDA RUA GAL. PIRAGIBE, N.° 623, AMADEU FURTADO, FORTALEZA, CEARA, CEP 60450-250 |
| **2.791** State what the contract or lease is for and the nature of the debtor's interest: SERVICE AGREEMENT DATED: 03/10/2025 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | HCA SERVICOS DE QUALIDADE EMPRESARIAL LTDA RUA DURVAL DA COSTA ALVES RIBEIRO, 454 DISTRITO INDUSTRIAL CEP 37200-000 LAVRAS, MG |
| **2.792** State what the contract or lease is for and the nature of the debtor's interest: FOURTH AMENDMENT AND INSTRUMENT OF ASSIGNMENT OF THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 06/07/2023 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | HEDGE INVESTMENTS DISTRIBUIDORA DE TÍTULOS E VALORES MOBILIÁRIOS LTDA. AVENIDA BRIGA DEIRO FARIA LIMA, NO. 3.600, 11TH FLOOR, SUITE 112 (PART), ITAIM BIBI, CEP 04538-132 |
| **2.793** State what the contract or lease is for and the nature of the debtor's interest: MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | HEWLETT-PACKARD BRASIL LTDA AV. TAMBORE, N° 74, ALPHAVILLE, IN THE CITY OF BARUERI, STATE OF SAO PAULO |
| **2.794** State what the contract or lease is for and the nature of the debtor's interest: MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | HEWLETT-PACKARD BRASIL LTDA CNPJ: 61.797.924/0002-36 <br><br> AV. TAMBORÉ, 74, ALPHAVILLE, BARUERI, SP |
| **2.795** State what the contract or lease is for and the nature of the debtor's interest: SALES AGREEMENT DATED: 10/30/2013 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | HITACHI AUTOMOTIVE SYSTEMS AMERICAS. INC. 6200 GATEWAY DRIVE CYPRESS, CA 90630 |
| **2.796** State what the contract or lease is for and the nature of the debtor's interest: TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | HOMINE INFORMATICA LTDA RUA ANTONIO INACIO DE MENDONCA, N°. 233, PARQUE MANDAQUI, IN THE CITY AND STATE OF SAO PAULO/SP |

| Debtor | Marelli Cofap do Brasil Ltda | | Case number (if known): 25-11102 |
|---|---|---|---|
| | Name | | |

██  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN SERVICE AGREEMENT DATED: 02/08/2010 | HOMINE INFORMATICA LTDA AND SIGNATURE TECHNOLOGIES SERVIÇOS DE TECNOLOGIA LTDA RUA ANTONIO INACIO DE MENDONCA, N°. 233, PARQUE MANDAQUI, IN THE CITY AND STATE OF SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS OF THE LENDING AGREEMENT DATED: 05/23/2016 | HONDA AUTOMOVEIS DO BRASIL ESTRADA MUNICIPAL VALENCIO CALEGARI, 777 - BAIRRO NOVA VENEZA, IN THE CITY OF SUMARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITIONS OF THE LENDING AGREEMENT DATED: 10/24/2016 | HONDA AUTOMOVEIS DO BRASIL LTDA. ESTRADA MUNICIPAL VALENCIO CALEGARI, 777 - BAIRRO NOVA VENEZA, IN THE CITY OF SUMARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AND EVENTS SERVICES AGREEMENT DATED: 03/05/2012 | HOTEL JEQUITIMAR LTDA AV. MARJORY DA SILVA PRADO 1.100 - PRAIA DE PERNAMBUCO, CEP 11444-000 GUARUJA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LEASING AGREEMENTS DATED: 09/02/2020 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT OF ASSIGNMENT OF RIGHTS AND OBLIGATIONS OF COMMERCIAL LEASE ARISING FROM THE MASTER AGREEMENT OF COMMERCIAL LEASE NO. 05814 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AL. RIO NEGRO, 750 – CEP 06454- 000 – BARUERI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT OF ASSIGNMENT OF RIGHTS AND OBLIGATIONS OF COMMERCIAL LEASE ARISING FROM THE MASTER AGREEMENT OF COMMERCIAL LEASE DATED: | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AL. RIO NEGRO, 750 BARUERI, SÃO PAULO, 06454-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 06/10/2022 | HRE VARGINHA EMPREENDIMENTOS IMOBILIARIOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AVENIDA BRIGADEIRO FARIA LIMA, N° 3.600, CONJUNTO 112 (PARTE), ITAIM BIBI, CEP 04538-906 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 02/27/2023 | HRE VARGINHA EMPREENDIMENTOS IMOBILIÁRIOS LTDA. CITY OF SÃO PAULO, STATE OF SÃO PAULO, AT RUA AVENIDA BRIGADEIRO FARIA LIMA, N° 3.600, CONJUNTO 112 (PARTE), ITAIM BIBI, CEP 04538-906 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 04/29/2022 | HRE VARGINHA EMPREENDIMENTOS IMOBILIÁRIOS LTDA. CITY OF SÃO PAULO, STATE OF SÃO PAULO, AT RUA AVENIDA BRIGADEIRO FARIA LIMA, N° 3.600, CONJUNTO 112 (PARTE), ITAIM BIBI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT AND INSTRUMENT OF ASSIGNMENT OF THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 06/07/2023 | HRE VARGINHA EMPREENDIMENTOS IMOBILIÁRIOS LTDA. AVENIDA BRIGADEI RO FARIA LIMA, N° 3.600, 11TH FLOOR; CONJUNTO 112 (PARTE), ITAIM BIBI, CEP 04538-132 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE LEASE AGREEMENT IN THE "BUILT TO SUIT" MODE AND OTHER COVENANTS: 06/10/2022 | HRE VARGINHA EMPREENDIMENTOS IMOBILIÁRIOS LTDA. RUA AVENIDA BRIGADEIRO FARIA LIMA, Nº 3.600, CONJUNTO 112 (PARTE), ITAIM BIBI, SÃO PAULO, SP, CEP 04538-906 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | SIGNATURE DATE TAKEN AS THE EFFECTIVE DATE DATED: 02/27/2023 | HRE VARGINHA EMPREENDIMENTOS IMOBILIÁRIOS LTDA. RUA AVENIDA BRIGADEIRO FARIA LIMA, Nº 3.600, CONJUNTO 112 (PARTE), ITAIM BIBI, CEP 04538-906, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 05/16/2023 | HRE VARGINHA EMPREENDIMENTOS IMOBILIÁRIOS SA AVENIDA BRIGADEIRO FARIA LIMA, Nº 3.600, 11º ANDAR, CONJUNTO 112 (PARTE), ITAIM BIBI, CEP 04538-132 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 05/16/2023 | HRE VARGINHA EMPREENDIMENTOS IMOBILIÁRIOS SA. CITY OF SÃO PAULO, STATE OF SÃO PAULO, AT AVENIDA BRIGADEIRO FARIA LIMA, Nº 3.600, 11º ANDAR, CONJUNTO 112 (PARTE), ITAIM BIBI, CEP 04538-132 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL CONSULTANCY CONTRACT DATED: 04/30/2015 | HUIRUL ELECTRICAL MACHINERY CO.,LTD (ACHR) |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.816 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/14/2015 | HYDRAULICSYSTEMS COMP. HIDRAULICOS LTDA RUA DOS MENINOS, 181 - BAIRRO NOVA GERTY, SAO CAETANO DO SUL - SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.817 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR,  CURITIBA, PARANA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.818** | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - RICAMBI DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.819** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.820** | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCAQAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.821** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCAQAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.822** | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCAQAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.823** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCAQAO AND SOLUTIONS TECNOLOGICASLTDA RUA  VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.824** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/20/2015 | IE INDUSTRIAL ENGENHARIA LTDA AVENIDA  EDUARDO PRADO, 591 PARQUE ERASMO ASSUNQAO CEP 09271-180 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                        Case number (if known):  25-11102
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/20/2015 | IE INDUSTRIAL ENGENHARIA LTDA AV. EDUARDO PRADO,  591 - PARQUE ERASMO ASSUNGAO - SANTO ANDRE / SP - CEP 09271-180 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/06/2015 | IE INDUSTRIAL ENGENHARIA LTDA AVENID  EDUARDO PRADO, 591 PARQUE ERASMO ASSUNQAO CEP 09271-180 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/18/2015 | IE INDUSTRIAL ENGENHARIA LTDA. AV. EDUARDO PRADO,  591 - PARQUE ERASMO ASSUNCAO - SANTO ANDRE / SP - CEP 09271-180 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT | ILUMINACAO AUTOMOTIVA LTDA CONTAGEM - MG, AT AV. JOAO CESAR DE   OLIVEIRA, 261 - GALPAO 02 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 05/13/2013 | INDUSTRIA DE RADIADORES NOBRE LTDA DUQUE DE CAXIAS, STATE OF RIO DE JANEIRO, AT AMERICO RIBEIRO, N°. 315, BAIRRO SANTA  CRUZ DA SERRA, CEP: 25255-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL-SCIENTIFIC AND EDUCATIONAL COOPERATION AGREEMENT DATED: 05/14/2014 | INSTITUTO MAUA DE TECNOLOGIA PRAGA MAUA, 1, IN  THE CITY OF SAO CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TRANSPORT SERVICES DATED: 07/02/2015 | INVESTPREV SEGURADORA SA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.832** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF DONATION DATED: 02/27/2014 | IOCHPE FOUNDATION<br>RUA JARDIM MINERVA, 29 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.833** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT DATED: 04/02/2009 | ITAU CORRETORA DE VALORES SA.<br>AVENIDA BRIGADEIRO FARIA LIMA, 3.400 - 10TH FLOOR, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.834** | State what the contract or lease is for and the nature of the debtor's interest | PROVISION OF THE DATABASE DATED: 01/25/2016 | JATO DO BRASIL INFORMA?OES AUTOMOTIVAS LTDA<br>RUA CINCINATO BRAGA 321 - 10° ANDAR - CJ 101 CEP 01333-011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.835** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR DATA EVALUATION DATED: 10/08/2015 | JATO DO BRASIL INFORMACOES AUTOMOTIVAS LTDA<br>RUA CINCINATO BRAGA, N. 321. 10TH FLOOR, ROOM 101, BELA VISTA. CEP 01333-011. MUNICIPALITY  OF SAO PAULO. STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.836** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR EVALUATION OF DATA DATED: 06/18/2015 | JATO DO BRASIL INFORMACOES AUTOMOTIVAS LTDA<br>RUA CINCINATO BRAGA, N. 321. 10TH FLOOR, ROOM 101, BELA VISTA. CEP 01333-011. MUNICIPALITY  OF SAO PAULO. STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.837** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR DATA EVALUATION DATED: 09/02/2015 | JATO DO BRASIL INFORMACOES AUTOMOTIVAS LTDA.<br>RUA CINCINATO BRAGA, N. 321. 10TH FLOOR, ROOM 101. BELA VISTA. CEP 01333-011 MUNICIPALITY OF  SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.838** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 05/21/2014 | JC 484 AUTO OLEO LTDA<br>RUA DOMINGOS DAMASCENO DUARTE, N°.  484, BAIRRO TRINDADE, CEP: 24450-265, CIDADE DE SAO GONGALO, STATE OF RIO DE  JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.839** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 05/21/2014 | JC 484 AUTO OLEO LTDA RUA DOMINGOS DAMASCENO DUARTE, N°. 484, BAIRRO TRINDADE, CEP: 24450-265, CIDADE DE SAO GONGALO, STATE OF RIO DE JANEIRO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.840** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT | JC 484 AUTO OLEO LTDA RUA DOMINGOS DAMASCENO DUARTE, N°. 484, BAIRRO TRINDADE, CEP: 24450-265 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.841** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 02/03/2012 | JIANGSU ZHENLONG SHOCK ABSORBER. CO.,LTD 26# EUROPE INDUSTRIAL PARK ZHANGJIAGANG CITY, JIANGSU PROVINCE, CHINA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.842** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.843** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.844** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.845** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.846** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, Nº 630, IPIRANGA, SÃO PAULO – SP, CEP 04268-020 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.846** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, Nº 630, IPIRANGA, SÃO PAULO – SP, CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.847** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.848** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.849** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO     PAULO - SP - CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.850** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA (SAT COMPANY) RUA ARCIPRESTE ANDRADE N.° 630 IPIRANGA - SAO     PAULO - SP - CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.851** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA (SAT COMPANY) RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP -CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.852** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA JIDE CAR TRACK AND TRACE LTD RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO     PAULO - SP - CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/05/2024 | JOALMI INDUSTRIA E COMERCIO LTDA RUA EUNICE, 283, GALPAO 01, BAIRRO PONTE GRANDE, MUNICIPALITY OF GUARULHOS, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/14/2008 | JOROTU AUTOMOTIVE CONSULTING RUA PADRE VIEIRA, N.° 731, VILA ALPINA, MUNICIPALITY OF SANTO ANDRE, STATE  OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/14/2008 | JOROTU AUTOMOTIVE CONSULTING - TECHNICAL CONSULTING IN INDUSTRIAL MACHINERY LTDA RUA PADRE VIEIRA, N.° 731, VILA ALPINA,  MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/24/2013 | JRV EVENTOS E PROMOQAO LTDA RUA ARTUR GUIMARAES, N° 205 SANTANA -SAO PAULO / SP - CEP 02038-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT: 02/01/2021 | JSL S/A AV. SARAIVA, 400, CEP 08745-200, BRAZ CUBAS, MOGI DAS CRUZES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | KAP BRASIL - SERVIQOS ADMINISTRATIVOS LTDA RUA SERGIO BUARQUE DE  HOLANDA, 301 - PARQUE MARAJOARA, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE SERVICE AGREEMENT DATED: 03/05/2014 | KAP BRASIL SERVICOS ADMINISTRATIVOS LTDA-ME RUA SERGIO BUARQUE DE HOLANDA, N° 301 PARQUE MARAJOARA - S.ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT TABLE SUMMARY DATED: 10/19/2015 | KAWAMAC INDUSTRIA E COMERCIO DE MAQUINAS LTDA RUA SANTA CLARA, 215 - VILA PARAISO - GUARULHOS / SP - CEP 07241-260 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 04/04/2012 | KENNER (INDIA) LIMITED 3, MADURAI-MELAKKAL ROAD, MADURAI J- 625016 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT. DATED: 05/01/2013 | KINCON POWER TECHNOLOGY CO.LTD 66 CENTURY AVENUE ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE SHIJIAZHUANG, HEBEI, 052165 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TRANSPORTATION AND WASTE COLLECTION SERVICES DATED: 08/03/2015 | KOLETUS TRANSPORTADORA E COLETORA DE RES^DUOS LTDA. RUA ESTER FERNANDES MORGADO, 120 - SAO JOAO  CLIMACO, SP - CEP: 04244-060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 05/08/2012 | KUNSHAN CADIC AUTO ELECTRIC PARTS CO., LTD NO. 100 QINGYANG BRANCH ROAD KUNSHAN CITY, JIANGSU PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS DATED: 01/31/2013 | KYB MANDO DO BRASIL MANUFACTURER , OF ■ , 'AUTOPEQAS" S/A RUA FRANCISCO FERREIRA, DA CRUZ; N°3000, FAZENDA IGUAGU  - "IN: CIDADE DE FAZENDA" RIO GRANDE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCT DATED: 01/01/2014 | KYB MANDO DO BRASIL MANUFACTURER OF AUTOPEQAS S/A RUA  FRANCISCO FERREIRA DA CRUZ, N°3000, FAZENDA IGUAZU IN THE CITY OF FAZENDA RIO GRANDE,  STATE OF PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF LABORATORY TESTING SERVICES DATED: 01/18/2016 | LAB HORMON - LABORATORY SPECIALIZED IN HORMONE DOSAGES AVENIDA DOM PEDRO II, 193, SANTO ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF LABORATORY TESTING SERVICES DATED: 01/18/2016 | LAB HORMON - LABORATORY SPECIALIZED IN HORMONE DOSAGES AVENIDA DOM PEDRO II, 193, SANTO ANDRE - SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF LABORATORY TESTING SERVICES DATED: 01/18/2016 | LAB HORMON - LABORATORY SPECIALIZED IN HORMONE DOSAGES AVENIDA DOM PEDRO II, 193, SANTO ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL ENTITY SERVICE PROVISION CONTRACT DATED: 05/14/2014 | LANGUAGE ALLIANCE LANGUAGE COURSE AND COMMERCE OF DIDACTIC MATERIAL LTDA RUA DAS  FIGUEIRAS, 1070, JARDIM, SANTO ANDRE - CEP: 09080-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/01/2012 | LBS LOCACAO E TURISMO LTDA RUA RIO  DE JANEIRO, 441, SALA 1302, CENTRO, BELOHORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/14/2025 | LEXMARK INTERNATIONAL DO BRASIL LTDA AVENIDA DOUTOR ANTÔNIO JOÃO ABDALLA, Nº 260, PARTE 01, GALPÃO 200, SETOR LEXMARK, CRISTAIS (JORDANÉSIA), CAJAMAR, SÃO PAULO, CEP 07776-700 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
_____    Case number (if known):  25-11102
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/24/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA<br>RUA DO ROCIO, 430<br>1ST AND 4TH FLOORS<br>VILA OLÍMPIA<br>SÃO PAULO, SP,<br>BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/14/2025 | LEXMARK INTERNATIONAL DO BRASIL LTDA<br>RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/14/2025 | LEXMARK INTERNATIONAL DO BRASIL LTDA<br>RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | 2 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA<br>RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/18/2024 | LEXMARK INTERNATIONAL DO BRASIL LTDA<br>RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | 3 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA<br>RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, SÃO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICE DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>RUA DO ROCIO, 430<br>4TH FLOOR<br>VILA OLÍMPIA<br>SÃO PAULO, SP,<br>BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.881** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.881** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.882** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 03/01/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. AVENIDA DOUTOR ANTONIO JOAO ABDALLA, NO. 260, PARTE 01, GALPAO 200, SETOR LEXMARK, CRISTAIS (JORDANESIA) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.883** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 03/01/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. CITY OF CAJAMAR, STATE OF SAO PAULO, AT AVENIDA DOUTOR ANTONIO JOAO ABDALLA, NO. 260, PARTE 01, GALPAO 200, SETOR LEXMARK, CRISTAIS (JORDANESIA), CEP 07776-70 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.884** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/23/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.885** State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.886** State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/ |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.887** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/01/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430, 4º AND. VILA OLÍMPIA - SÃO PAULO - SP. ZIP CODE: 04552-906 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.888** State what the contract or lease is for and the nature of the debtor's interest: 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>RUA DO ROCIO, 430<br>4TH FLOOR<br>VILA OLÍMPIA<br>SÃO PAULO, SP,<br>BRAZIL |
| **2.889** State what the contract or lease is for and the nature of the debtor's interest: 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/23/2021<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| **2.890** State what the contract or lease is for and the nature of the debtor's interest: 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/23/2021<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP, |
| **2.891** State what the contract or lease is for and the nature of the debtor's interest: 3 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/SP |
| **2.892** State what the contract or lease is for and the nature of the debtor's interest: SERVICES AGREEMENT<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>AVENIDA DOUTOR ANTÔNIO JOÃO ABDALLA, Nº 260, PARTE 01, GALPÃO 200, SETOR LEXMARK, CRISTAIS (JORDANÉSIA), CAJAMAR – SP, CEP: 07776-700 |
| **2.893** State what the contract or lease is for and the nature of the debtor's interest: 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| **2.894** State what the contract or lease is for and the nature of the debtor's interest: SERVICES AGREEMENT DATED: 03/01/2021<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | LEXMARK INTERNATIONAL DO BRASIL LTDA.<br>AVENIDA DOUTOR ANTONIO JOAO ABDALLA, NO. 260, PARTE 01, GALPAO 200, SETOR LEXMARK, CRISTAIS (JORDANESIA) |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.895 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/23/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.896 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/20/2012 | LITENS AUTOMOTIVE DO BRASIL LTDA. ROD. D. PEDRO I, KM 87,5- COND. BARAO DE MAUA BUSINESS, PONTE ALTA - ATIBAIA/SP - CEP: 12954-260 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.897 | State what the contract or lease is for and the nature of the debtor's interest | 13TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 08/01/2016 | LOBTEC TECNOLOGIA DE SISTEMAS LTDA RUA VERGUEIRO, N° 1.883, 5° ANDAR - VILA MARIANA SAO PAULO / SP - CEP 04101-000, CNPJ N.° 50.583.426/0001-93 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.898 | State what the contract or lease is for and the nature of the debtor's interest | 11TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 12/06/2016 | LOBTEC TECNOLOGIA DE SISTEMAS LTDA RUA VERGUEIRO, 1883, 5. ANDAR, SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.899 | State what the contract or lease is for and the nature of the debtor's interest | 12TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 11/01/2015 | LOBTEC TECNOLOGIA DE SISTEMAS LTDA. RUA VERGUEIRO, N° 1.883, 5° ANDAR - VILA MARIANA SAO PAULO / SP - CEP 04101-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER TERM DATED: 05/01/2017 | LOCALIZA FLEET S.A |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT TO SERVICE AGREEMENT DATED: 05/01/2014 | LOCALIZA FLEET S.A. |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.902** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONTRACTUAL AMENDMENT TO SERVICE AGREEMENT<br><br><br>Undetermined | LOCALIZA FLEET S.A. |
| **2.903** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | TRANSFER TERM DATED: 05/01/2017<br><br><br>Undetermined | LOCALIZA FLEET S.A. |
| **2.904** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 07/22/2011<br><br><br>Undetermined | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| **2.905** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 07/22/2011<br><br><br>Undetermined | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| **2.906** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 07/22/2011<br><br><br>Undetermined | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP). |
| **2.907** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 07/22/2011<br><br><br>Undetermined | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP). |
| **2.908** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 07/22/2011<br><br><br>Undetermined | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP). |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESORIA EMPRESARIAL LTDA RUA SIQUEIRA  BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESORIA EMPRESARIAL LTDA, C.N.P.J RUA SIQUEIRA  BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESORIAL EMPRESARIAL LTDA, C.N.P.J RUA SIQUEIRA  BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 08/18/2013 | LP INDUSTRIA E COMERCIO DE PEQAS PARA CARBURADORES LTDA SAO PAULO, AT RUA ALENCAR ARARIPE, N°. 972, CEP: 04253-000 ATTN.: SR REMULO VENDRUSCOLO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.916 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.917 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.918 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL- SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known):  25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES(PAGE 1) DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
　　　　　Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 09/28/2013 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.958** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |

| **2.958** | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.959** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.960** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.961** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 09/28/2013 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.962** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 10/31/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.963** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.964** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                    Case number (if known): 25-11102
_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.965** State what the contract or lease is for and the nature of the debtor's interest<br><br>1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.966** State what the contract or lease is for and the nature of the debtor's interest<br><br>TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.967** State what the contract or lease is for and the nature of the debtor's interest<br><br>1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.968** State what the contract or lease is for and the nature of the debtor's interest<br><br>CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.969** State what the contract or lease is for and the nature of the debtor's interest<br><br>CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.970** State what the contract or lease is for and the nature of the debtor's interest<br><br>CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.971** State what the contract or lease is for and the nature of the debtor's interest<br><br>CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.972** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.973** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.974** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.975** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 12/01/2010 | LSI LOGÍSTICA LTDA RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 CNPJ: 04.057.495/0001-46 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.976** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA, RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.977** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA. RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.978** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGÍSTICA LTDA. RUA NAZARE, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 CNPJ: 04.057.495/0001-46 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.979** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.980** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.981** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT – TECHNICAL AND SPECIALIZED DATED: 12/01/2010 | LSI LOGÍSTICA LTDA. RUA NAZARE, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 CNPJ: 04.057.495/0001-46 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.982** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE TECHNICAL AND SPECIALIZED SERVICE AGREEMENT DATED: 02/23/2011 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.983** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT – TECHNICAL AND SPECIALIZED DATED: 12/01/2010 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.984** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.985** State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/11/2015 | LUGOBONE SERVICOS ADMINISTRATIVOS LTDA RUA MANAUS, 1065, VILA ALZIRA, SANTO ANDRE, SP, CEP: 09195-000 |

State the term remaining — Undetermined

List the contract number of any government contract

Debtor    Marelli Cofap do Brasil Ltda

Name                                                    Case number (if known)    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.986** State what the contract or lease is for and the nature of the debtor's interest<br><br>THIRD AMENDMENT TO THE SERVICE AGREEMENT TABLE DATED: 01/01/2014 | LUGOBONE SERVICOS ADMINISTRATIVOS LTDA<br>RUA MANAUS, 1065 -VILA  ALZIRA, SANTO ANDRE, SAO PAULO |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.987** State what the contract or lease is for and the nature of the debtor's interest<br><br>SUPPLY AND DISTRIBUTION CONTRACT DATED: 11/29/2013 | LUVATA ITALY S.R.L<br>VIA GIULIO LOCATELLI N.22<br>ATTN: ANDREA RIGAZIO AREA MANAGER - SALES DEPT.<br>POCENIA, UD, 33050<br>ITALY |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.988** State what the contract or lease is for and the nature of the debtor's interest<br><br>AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 12/06/2012 | LUXLITE LAMP<br>5, BOMMEL STREET<br>HAUTCHARAGE, L-4940<br>LUXEMBOURG |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.989** State what the contract or lease is for and the nature of the debtor's interest<br><br>EXPENSES REIMBURSEMENT AGREEMENT DATED: 08/12/2013 | LUXLITE LAMP SARI (LUXLITE)<br>ZI BOMMELSCHEUER<br>BASCHARAGE, L-4901<br>LUXEMBOURG |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.990** State what the contract or lease is for and the nature of the debtor's interest<br><br>EXPENSES REIMBURSEMENT AGREEMENT DATED: 12/19/2013 | LUXLITE LAMP SARL (LUXLITE)<br>ZI BOMMELSCHEUER<br>BASCHARAGE, L-4901<br>LUXEMBOURG |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.991** State what the contract or lease is for and the nature of the debtor's interest<br><br>CONTAINER TRANSPORT SERVICES AGREEMENT ROUTE SANTOS/PORT - VARGINHA/MG - SANTOS/PORT: 02/28/2024 | M&G ASSESSORIA LOGÍSTICA ADUANEIRA LTDA<br>AVENIDA SALUM ASSAD DAVID, Nº. 310, BAIRRO SANTA LUZIA, VARGINHA, ESTADO DE MINAS GERAIS, CEP: 37062-650 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.992** State what the contract or lease is for and the nature of the debtor's interest<br><br>AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 09/23/2013 | M.S.B INDUSTRIA E COMERCIO LTDA<br>ARAUCARIA - PR, AT RUA FRANCISCO GALARDA, Nº. 311, CEP: 83706-493  ATTN: MRS. EVELYN PAULA FONSECA |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LEASE AGREEMENT DATED: 08/05/2024 | MAGENTA PARTICIPAÇÕES S.A AV. BRIGADEIRO FARIA LIMA , 201, 20TH FLOOR, SUITE 202, PINHEIROS, SÃO PAULO/SP REPRESENTATIVES: (I) ODAIR DA SILVA RIBEIRO, BRAZILIAN, MARRIED, DIRECTOR, (II) CASSIA FERNANDES COLLERI, BRAZILIAN, MARRIED, DIRECTOR, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LEASE AGREEMENT DATED: 08/05/2024 | MAGENTA PARTICIPAÇÕES S.A AV. BRIGADEIRO FARIA   LIMA, 201, 20TH FLOOR, SUITE 202, PINHEIROS, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.995 | State what the contract or lease is for and the nature of the debtor's interest | FIRST ADDENDUM TO THE NON-RESIDENTIAL PROPERTY LEASE AGREEMENT: 09/02/2021 | MAGENTA PARTICIPAÇÕES S.A. AVENIDA BRIGADEIRO FARIA LIMA, 201 20° ANDAR CONJUNTO 202 PINHEIROS, SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.996 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE LEASE AGREEMENT DATED: 06/21/2014 | MAGENTA PARTICIPAQOES S.A SAO PAULO, STATE OF SAO PAULO, AV BRIGADEIRA FARIA LIMA, 201, 20TH FLOOR, SUITE 201, PINHEIROS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE PROPERTY LEASE AGREEMENT DATED: 06/20/2014 | MAGENTA PARTICIPAQOES S.A STATE OF SAO PAULO, AV BRIGADEIRA FARIA LIMA, 201,20° ANDAR, CONJUNTO 201, PINHEIROS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT LEASE AGREEMENT FOR NON-RESIDENTIAL PURPOSES DATED: 04/15/2009 | MAGENTA PARTICIPAQOES S/A CITY OF GUARULHOS - STATE OF SAO PAULO, AT  RODOVIA PRESIDENTE DUTRA, KM 222.2, BLOCK V, 1ST FLOOR, PORTO DA IGREJA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM LEASE AGREEMENT DATED: 06/20/2011 | MAGENTA PARTICIPAQOES S/A STATE OF  SAO PAULO, AT RODOVIA PRESIDENTE DUTRA, KM 222.2, BLOCK V, 1ST FLOOR, PORTO DA IGREJA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest | PACKAGING SUPPLY AGREEMENT DATED: 01/01/2014 | MAJICPLAST EMBALAGENS LTDA AVENIDA  ITAQUAQUECETUBA, N° 650, CEP: 08577-210, VILA MONTE BELO, IN THE CITY OF ITAQUAQUECETUBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT OF DELIVERY DATED: 09/22/2010 | MAJICPLAST EMBALAGENS LTDA MUNICIPALITY OF SAO PAULO IN THE STATE OF SAO PAULO, AT RUA  TERCEIRO SARGENTO JOAO SOARES DE FARIA, 69, 95 AND 97, PARQUE NOVO MUNDO, CEP: 02.172.020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS. DATED: 03/15/2010 | MANN+HUMMEL BRASIL LTDA STATE OF SAO PAULO, AT  ALAMEDA FILTROS MANN, NO. 555 ATTN; SR. CAIO VINICIUS RODRIGUES VIEGAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/25/2015 | MANUTEK ABC PRESTACAO DE SERVICOS ROLANTES LTDA RUA JULIO VERNE, 101 VILA LUTECIA CEP 09130-440 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/25/2015 | MANUTEK ABC PRESTACAO DE SERVICOS ROLANTES LTDA RUA JULIO VERNE, 101 VILA LUTECIA CEP 09130-440 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | TERMS OF SUPPLY AGREEMENT DATED: 03/13/2013 | MAQUINAS AGRICOLAS JACTO S.A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE CONTRACT WITHOUT PARTS COVERAGE DATED: 02/26/2014 | MARCELO AUGUSTO LISBOA GOMES BARBOZA INF LTDA ME RUA BARAO DE SOUZA LEAO  1000, BOA VIAGEM CEP51030-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1007** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST ADDENDUM TO THE CONTRACT FOR TRANSPORTATION OF PEOPLE: 04/19/2021<br><br>Undetermined | MÁRCIO DIVINO ÁVILA TURISMO LTDA ME<br>AV. PREFEITO SILVIO DAMASCO DE CASTRO, 1.407, BAIRRO JARDIM CAMPESTRE, LAVRAS/MG |
| **2.1008** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR TRANSPORTATION OF PEOPLE: 04/18/2019<br><br>Undetermined | MÁRCIO DIVINO ÁVILA TURISMO LTDA ME<br>AV. PREFEITO SILVIO DAMASCO DE CASTRO, 1.407, BAIRRO JARDIM CAMPESTRE, LAVRAS/MG |
| **2.1009** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/27/2022<br><br>Undetermined | MARELLI AFTERMARKET ITALY S.P.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.1010** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPORT SERVICES AGREEMENT DATED: 01/01/2022<br><br>Undetermined | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.1011** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023<br><br>Undetermined | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.1012** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORLDWIDE AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 09/27/2022<br><br>Undetermined | MARELLI SUSPENSION SYSTEMS ITALY S.P.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.1013** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PACKAGING SUPPLY AGREEMENT DATED: 01/01/2014<br><br>Undetermined | MARTIPRESS GRAFICA E EDITORA LTDA<br>TRAVESSA PADRE ANCHIETA, N° 29, CEP: 09891-590, BAIRRO JORDANOPOLIS, IN THE CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1014** State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | MASSIMO VAVELTINS GASES INDUSTRIALS DO NORDESTE LTDA. |

**2.1014**
State what the contract or lease is for and the nature of the debtor's interest: FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 — MASSIMO VAVELTINS GASES INDUSTRIALS DO NORDESTE LTDA.
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1015**
State what the contract or lease is for and the nature of the debtor's interest: AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 04/01/2016 — MAZI AUTOMOTIVA LTDA BEETHOVEN STREET. NO. 2331. SAO JOSE NEIGHBORHOOD, IN THE CITY OF CAXIAS DO SUL, STATE OF RIO GRANDE DO SUL. ZIP CODE: 95032-320 ATTN: MR. RICARDO MERLO
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1016**
State what the contract or lease is for and the nature of the debtor's interest: AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 11/11/2014 — MEC INDUSTRIA MECANICA, IMPORTACAO E EXPORTACAO LTDA ARARAQUARA, STATE OF SAO PAULO, AT RUA VICENTE LOPASSO, N°. 417 - GALPAO 3, JARDIM REGINA, CEP: 14808-126
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1017**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 — MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E ' COMERCIO LTDA. AVENIDA PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1018**
State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 — MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E ' COMERCIO LTDA. AVENIDA PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1019**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 — MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E ' COMERCIO LTDA. AVENIDA PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216
State the term remaining: Undetermined
List the contract number of any government contract:

**2.1020**
State what the contract or lease is for and the nature of the debtor's interest: MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 — MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216,
State the term remaining: Undetermined
List the contract number of any government contract:

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1021 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1022 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1023 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1024 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1025 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1026 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1027 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1028 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS. DATED: 09/03/2010 | MELLING DO BRASIL COMPONENTES AUTOMOTIVOS LTDA AVENIDA FUKUICHI NAKATA, NO. 381, PIRAPORINHA, IN THE CITY OF DIADEMA, STATE OF SAO PAULO  ATTN: SR. ERICA G. MACHADO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1029 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/16/2015 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUA SAO JOAODA BOA VISTA, N° 153, JARDIM HAYDEE, MAUA,SP, CEP 09370-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1030 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/24/2015 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUA JOAO DA BOA VISTA, N° 153, JARDIM HAYDEE, CEP: 09370-240, MAUA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1031 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/03/2015 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUA CLARISSE DEJESUS LAZARO BEDESCHI, 251, PARQUE SAO VICENTE, CEP 09371-067 MAUA,SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1032 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/01/2015 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUA JOAO DA BOA VISTA, N° 153, JARDIM HAYDEE, CEP: 09370-240, MAUA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1033 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/03/2015 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUA JOAO DA BOA VISTA, N° 153, JARDIM HAYDEE, CEP: 09370-240, MAUA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1034 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/12/2016 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUA CLARISSEDE JESUS LAZARO BEDESCHI, 251, PARQUE SAO VICENTE, CEP 09371-067 MAUA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1035** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/02/2015 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUASAO JOAO DA BOA VISTA, 153, JARDIMHAYDEE, MAUA - SP,CEP: 09370-240 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1036** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/14/2015 | MEP MECANICA ELETRICA E PREDIAL EIRELI ME RUA JOAO DA BOA VISTA, N° 153, JARDIM HAYDEE, CEP: 09370-240, MAUA/SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1037** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/10/2015 | MEP MECANICA ELETRICA E PREDIAL ME RUA CLARISSE DE JESUS LAZARO BEDESCHI, 251 PARQUE SAO VICENTE CEP 09371-067 MAUA, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1038** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | MEP MECANICA ELETRICA E PREDIAL ME RUASAO JOAO DA BOA VISTA, 153, JARDIM HAYDEE, CEP: 09370-240 MAUA, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1039** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/03/2015 | MEP MECANICA ELETRICA E PREDIAL ME RUA CLARISSE DE JESUS LAZARO BEDESCHI, 251 PARQUE SAO VICENTE CEP 09371-067 MAUA, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1040** State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/19/2015 | MEP MECANICA ELETRICA E PREDIAL ME RUA CLARISSE DE JESUS LAZARO BEDESCHI, 251 PARQUE SAO VICENTE CEP 09371-067 MAUA, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1041** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/30/2015 | MEP MECANICA ELETRICA ELETRICA E PREDIAL E ME RUA CLARISSE DE JESUS LAZARO BEDESCHI, 251, PARQUE SAO VICENTE - MAUA - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/27/2015 | MEP MECNICA ELETRICA E PREDIAL EIRELI ME RUA JOAO DA BOA VISTA, N° 153, JARDIM HAYDEE, CEP: 09370-240, MAUA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1043 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2015 | MEPMECANICA ELETRICA EPREDIAL EIRELI ME RUA JOAO DA BOAVISTA, N° 153, JARDIM HAYDEE, CEP: 09370-240, MAUA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF COLLECTION SERVICES DATED: 05/14/2008 | MERCHANT COBRANGA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 02/24/2023 | MESSER GASES LTDA. MARGINAL DIREITA VIA ANCHIETA, KM 13,5 SÃO PAULO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/06/2014 | METALURGICA GOLIN SA ESTRADA VELHA DE  GUARULHOS ARUJA, 306, GUARULHOS-SP, CEP: 07250-155 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1047 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 08/28/2014 | METALURGICA SANTORINI LTDA ME STREET:  CONDE DE SARZEDAS, 63, JARDIM PASTORIL, RIBEIRAO PIRES - SP, CEP: 09400-430 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1048 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE STORAGE, HANDLING AND MOVEMENT OF INACTIVE FILES DATED: 05/23/2011 | METROFILE GESTAO E LOGISTICA DE ARQUIVOS LTDA. AV. TUCUNARE, 299 A, IN THE NEIGHBORHOOD OF TAMBORE, IN THE MUNICIPALITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
         Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL CONTRACT INSTRUMENT DATED: 03/01/2014 | METROPOLE EXPRESS SERVIQOS RAPIDO LTDA. -ME RUA NEPTUNE, 56 - SALA 05 - ALPHAVILLE - SANTANA DE PARNAIBA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/08/2015 | MEVISAMETAL IND FERR ESTRUT P/ ARM EIRELI RUAJOSE LOPES RODRIGUES, NR° 917 - JARDIM MATARAZZO - SAO PAULO / SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/18/2015 | MEVISAMETAL IND FERR ESTRUT P/ ARM EIRELI RUA JOSE LOPES RODRIGUES, NR° 917 - JARDIM MATARAZZO - SAO PAULO / SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 05/29/2017 | MICROSTRATEGY BRASIL LTDA. AV. DR. CARDOSO DE MELO 1.340, CJT.52, VILA OLIMPIA  SP/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 08/01/2012 | MIDIAMIX PUBLICIDADE LTDA CITY OF SAO PAULO, AT RUA PIO XI N°  1594/1596 - ALTODE PINHEIROS - CEP 05.468-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 01/01/2015 | MIDIAMIX PUBLICIDADE LTDA CITY OF SAO PAULO, AT RUA PIO XI, 1596 -  ALTO DA LAPA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 05/01/2011 | MIDIAMIX PUBLICIDADE LTDA CITY OF SAO PAULO, AT RUA PIO XI N° 1594/1596 -  ALTO DE PINHEIROS - CEP 05.468-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1056** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 01/01/2013 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | MIDIAMIX PUBLICIDADE LTDA CITY OF SAO PAULO, AT RUA PIO XI N° 1594/1596 - ALTO DE PINHEIROS - CEP 05.468-150 |
| **2.1057** State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR CARRYING OUT PROMOTIONAL ACTIONS AND OTHER COVENANTS DATED: 01/01/2013 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | MIDIAMIX PUBLICIDADE LTDA CITY OF SAO PAULO, AT RUA PIO XI N° 1594/1596 - ALTO DE PINHEIROS - CEP 05.468-150 |
| **2.1058** State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 08/01/2011 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | MIDIAMIX PUBLICIDADE LTDA CITY OF SAO PAULO, AT RUA PIO XI N° 1594/1596 - ALTO DE PINHEIROS - CEP 05.468-150 |
| **2.1059** State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 01/01/2016 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | MIDIAMIX PUBLICIDADE LTDA CITY OF SAO PAULO, AT RUA PIO XI, 1596 - ALTO DA LAPA |
| **2.1060** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR SPONSORSHIP QUOTAS AND OTHERS DATED: 08/21/2011 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | MIDIAMIX PUBLICIDADE LTDA. RUA PIO XI N°1594/1596 SAO PAULO, 05.468-150 BRAZIL |
| **2.1061** State what the contract or lease is for and the nature of the debtor's interest: SERVICE PROVISION AGREEMENT DATED: 01/01/2013 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | MM OFFICE LTDA-EPP RUA ENGENHO SECT  266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITY OF BETIM, STATE OF MG |
| **2.1062** State what the contract or lease is for and the nature of the debtor's interest: SERVICE PROVISION AGREEMENT DATED: 01/01/2014 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | MM OFFICE LTDA-EPP RUA ENGENHO SECT 266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITY OF BETIM, STATE OF MG |

Debtor    Marelli Cofap do Brasil Ltda
                Name

Case number (if known):    25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.03, CJ. 01, NOVA  GOIANA, GOIANA - PE, CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS LTDA . RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.03, CJ. 01, NOVA  GOIANA, GOIANA - PE, CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 10/14/2015 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS LTDA . RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.03, CJ. 01, NOVA  GOIANA, GOIANA - PE, CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/06/2014 | MMH INDUSTRY AND COMPONENTS TRADE AUTOMOTIVOS LTDA. RODOVIA BR 101 NORTE S/N,KM 13 TO 15,  GALPAO SP.03 CJ. 01, NOVAGOIANA, GOIANA -  PE, CEP 55900-000. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/03/2015 | MONTECH SOLUCOES TECNOLOGICAS LTDA AVENIDA SETE DE SETEMBRO, 889 CEP 09912-010 DIADEMA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT LETTER DATED: 12/01/2016 | MONTECH SOLUCOES TECNOLOGICAS LTDA AV SETE DE SETEMBRO 889 09912-010 DIADEMA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
          _____
          Name

Case number (if known): 25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1070** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/02/2016 | MONTECH SOLUCOES TECNOLOGICAS LTDA AV. 7 DE SETEMBRO, 889 - DIADEMA / SP - CEP: 0912-010 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1071** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/14/2016 | MONTECH SOLUGOESTECNOLOGICAS LTDA AV. 7 DE SETEMBRO, 889 - DIADEMA/ SP - CEP: 0912-010 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1072** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/11/2016 | MONTECHSOLUGOES TECNOLOGICAS LTDA AV. 7 DE SETEMBRO, 889, CEP: 09912-010 - DIADEMA - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1073** State what the contract or lease is for and the nature of the debtor's interest | ELEVENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 06/27/2015 | MOZZER CONSULTORIA EM DESENVOLVIMENTO DE AUTOPECAS LTDA RUA SETE DE SETEMBRO, 11, APTO 01 - VILALEOPOLDINA, MUNICIPALITY OF SANTO ANDRE, STATE OF SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1074** State what the contract or lease is for and the nature of the debtor's interest | TWELFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2017 | MOZZER CONSULTORIA EM DESENVOLVIMENTO DE AUTOPECAS LTDA RUA SETE DE SETEMBRO, 11, APTO 01 - VILA LEOPOLDINA, MUNICIPALITY OF SANTO ANDRE, STATE OF SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1075** State what the contract or lease is for and the nature of the debtor's interest | TENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2015 | MOZZER CONSULTORIA EM DESENVOLVIMENTO DE AUTOPECAS LTDA RUA SETE DE SETEMBRO, 11, APTO 01 - VILA LEOPOLDINA, MUNICIPALITY OF SANTO ANDRE, STATE OF SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1076** State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AUTHORIZATION AND OTHER COVENANTS DATED: 09/16/2013 | MTE THOMSON INDUSTRIA E COMERCIO LTDA AVENIDA MOINHO FABRINI, N°. 1033, CEP: 09862-000 BAIRRO PIRAPORINHA - SAO BERNARDO DO CAMPO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 03/10/2016 | MUBEA DO BRASIL LTDA AV. EURICO AMBROGE SANTOS, N°. 2.400, IN THE CITY OF TAUBATE, STATE OF SAO PAULO, CEP: 12.042-010  ATTN: SR. FAUSTO YABIKU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 04/05/2010 | MUELLER MINEIRA INDÚSTRIA E COMÉRCIO DE PLÁSTICOS LTDA. RUA DOMINGOS COSTA, NO. 80 BAIRRO CINCO CONTAGEM, MG, 32010-070 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest | CULTURAL SPONSORSHIP CONTRACT DATED: 12/26/2011 | MUSEU DE ARTE DE SAO PAULO ASSIS CHATEAUBRIAND - MASP STATE OF SAO PAULO AT AVENIDA  PAULISTA, 1578 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/31/2023 | MW CONSULTORIA IMOBILIARIA LTDA AV. ENG. DOMINGOS FERREIRA N° 4036 IN THE NEIGHBORHOOD OF BOA VIAGEM, CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest | URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/30/2015 | MW CONSULTORIA IMOBILIARIA LTDA AV. ENG. DOMINGOS FERREIRA N° 4036 IN THE NEIGHBORHOOD OF BOA VIAGEM CIDADE DO   RECIFE, STATE OF PERNAMBUCO, CEP 51.021-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest | URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/30/2013 | MW CONSULTORIA IMOBILIARIA LTDA AV. ENG. DOMINGOS FERREIRA N° 4036 IN THE NEIGHBORHOOD OF BOA VIAGEM CIDADE DO    RECIFE, STATE OF PERNAMBUCO, CEP 51.021-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 08/22/2014 | MW CONSULTORIA IMOBILIARIA LTDA AV. ENG. DOMINGOS FERREIRA N° 4036 IN THE NEIGHBORHOOD OF BOA VIAGEM - CITY OF RECIFE,  STATE OF PERNAMBUCO, CEP 51.021-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL EVALUATION SERVICES DATED: 09/03/2013 | MYNARSKI CONTROLE PATRIMONIAL LTDA AV. OF THE UNITED NATIONS, 12,399 CONJ. 34B, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1085 | State what the contract or lease is for and the nature of the debtor's interest | TWELFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1086 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 10/01/2014 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest | DAYCONNECT SERVICE AGREEMENT DATED: 05/12/2010 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest | TWELFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest | URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/30/2013 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 06/22/2015 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1091 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE. AGREEMENT DATED: 05/30/2008 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL LEASE AGREEMENT DATED: 03/22/2017 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 03/07/2016 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 07/14/2008 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 10/01/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES. DATED: 08/01/2007 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1097 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 04/14/2015 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1098**

| State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 03/02/2016 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1099**

| State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 08/30/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1100**

| State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE TECHNICAL CONSULTING SERVICES AGREEMENT SUP 451/08 DATED: 01/13/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1101**

| State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 03/07/2016 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1102**

| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/01/2015 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1103**

| State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1104**

| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE PROVISION CONTRACT OF SERVICES. DATED: 08/01/2007 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1105 | **State what the contract or lease is for and the nature of the debtor's interest** | TENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2023 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1106 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 07/31/2015 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | TWELFTH AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/01/2013 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 04/14/2013 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest** | ELEVENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest** | FIFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/12/2014 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE AGREEMENT OF PROPERTY DATED: 05/19/2014 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1112**
| State what the contract or lease is for and the nature of the debtor's interest | URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/30/2015 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1113**
| State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 06/11/2015 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1114**
| State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 08/14/2015 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1115**
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PROVISION CONTRACT OF SERVICES DATED: 09/01/2008 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1116**
| State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 10/06/2015 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1117**
| State what the contract or lease is for and the nature of the debtor's interest | TWELFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 06/01/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1118**
| State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/01/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1119** **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 06/05/2014 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1120** **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF THE TECHNICAL CONSULTING SERVICES AGREEMENT DATED: 01/21/2014 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1121** **State what the contract or lease is for and the nature of the debtor's interest** | SURETY CONTRACT DATED: 06/01/2015 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1122** **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 08/10/2015 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1123** **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF TECHNICAL BUSINESS CONSULTANCY SERVICES CONTRACT: 07/04/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1124** **State what the contract or lease is for and the nature of the debtor's interest** | TWELFTH AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/01/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.1125** **State what the contract or lease is for and the nature of the debtor's interest** | 6TH AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 11/03/2015 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1126** **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 05/13/2015 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |
| **2.1127** **State what the contract or lease is for and the nature of the debtor's interest** | FREIGHT TABLE: 08/24/2023 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |
| **2.1128** **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 08/17/2015 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |
| **2.1129** **State what the contract or lease is for and the nature of the debtor's interest** | FIRST ADDENDUM: 07/09/2020 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |
| **2.1130** **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF EMPLOYMENT LEGAL ENTITY DATED: 07/01/2008 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |
| **2.1131** **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE AGREEMENT DATED: 05/30/2008 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |
| **2.1132** **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL LEASE AGREEMENT DATED: 04/20/2017 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined |
| **List the contract number of any government contract** | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 01/09/2023 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 10/01/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 02/15/2016 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF PROVISION CONTRACT OF SERVICES DATED: 09/01/2008 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL AMENDMENT TO THE AGREEMENT DATED: 03/25/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 07/22/2011 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 07/01/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known): 25-11102

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1140** **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE AGREEMENT OF PROPERTY DATED: 05/19/2014 | NAME ON FILE ADDRESS ON FILE |

| 2.1140 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT OF PROPERTY DATED: 05/19/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1141 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 10/30/2015 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1142 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 08/30/2011 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1143 | State what the contract or lease is for and the nature of the debtor's interest | THIRTEENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/06/2014 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1144 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 08/17/2015 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1145 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1146 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 04/06/2020 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1147** State what the contract or lease is for and the nature of the debtor's interest | THIRTEENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/21/2014 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Line | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract | Name and mailing address |
|---|---|---|---|---|
| 2.1147 | THIRTEENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/21/2014 | Undetermined | | NAME ON FILE ADDRESS ON FILE |
| 2.1148 | VEHICLE LOAN TERM FOR TESTING DATED: 06/16/2015 | Undetermined | | NAME ON FILE ADDRESS ON FILE |
| 2.1149 | PRIVATE INSTRUMENT OF PROVISION CONTRACT OF SERVICES DATED: 09/01/2008 | Undetermined | | NAME ON FILE ADDRESS ON FILE |
| 2.1150 | SERVICE AGREEMENT DATED: 08/01/2015 | Undetermined | | NAME ON FILE ADDRESS ON FILE |
| 2.1151 | SPONSORSHIP CONTRACT DATED: 12/10/2013 | Undetermined | | NAME ON FILE ADDRESS ON FILE |
| 2.1152 | FIRST AMENDMENT TO THE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 06/05/2014 | Undetermined | | NAME ON FILE ADDRESS ON FILE |
| 2.1153 | AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 08/22/2014 | Undetermined | | NAME ON FILE ADDRESS ON FILE |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | ELEVENTH ADDENDUM TO THE SERVICE PROVISION CONTRACT: 08/20/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 04/10/2016 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES. DATED: 08/01/2007 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest** | ELEVENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2012 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/30/2015 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE AGREEMENT OF PROPERTY DATED: 05/19/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 07/22/2011 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1161**

| **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 03/08/2016 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.1162**

| **State what the contract or lease is for and the nature of the debtor's interest** | TWELFTH AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/01/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.1163**

| **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 05/14/2015 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.1164**

| **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.1165**

| **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 04/11/2016 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.1166**

| **State what the contract or lease is for and the nature of the debtor's interest** | ELEVENTH ADDENDUM TO THE SERVICE PROVISION CONTRACT: 07/01/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.1167**

| **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT: 12/28/2020 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1168 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF TERMINATION OF THE CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 04/16/2015 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1169 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 08/22/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1170 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1171 | **State what the contract or lease is for and the nature of the debtor's interest** | URBAN NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/30/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1172 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 05/18/2015 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 07/01/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 08/18/2015 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 06/11/2015 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE LOAN TERM FOR TESTING DATED: 06/08/2015 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER AGREEMENT - ORDER FORM DATED: 11/01/2023 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/01/2007 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 05/30/2008 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 06/08/2015 | NAPOLES EMPREITEIRA LTDA RUA VERA CRUZ,  373, ROOM 03-VILA PIRES- SANTO ANDRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Cofap do Brasil Ltda

          Name

Case number (if known)   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1182 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/13/2015 | NAPOLES EMPREITEIRA LTDA RUA VERA CRUZ  373, ROOM 03-VILA PIRES- SANTO ANDRE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1183 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/14/2015 | NAPOLES EMPREITEIRA LTDA 81, ESTABLISHED AT VERA CRUZ, 373, SALA 03 - VILA PIRES - SANTO ANDRE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1184 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/25/2015 | NAPOLES EMPREITEIRA LTDA RUA VERA CRUZ:,  373, ROOM 03-VILA PIRES- SANTO ANDRE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/14/2015 | NAPOLES EMPREITEIRA LTDA RUA VERA CRUZ  373, ROOM 03-VILA PIRES- SANTO ANDRE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1186 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/19/2015 | NAPOLES EMPREITEIRA LTDA VERA CRUZ, 373, SALA 03 - VILA PIRES - SANTO ANDRE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1187 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/21/2015 | NAPOLES EMPREITEIRA LTDA RUA VERA CRUZ,  373, ROOM 03-VILA PIRES- SANTO ANDRE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1188 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/29/2015 | NAPOLES EMPREITEIRA LTDA RUA VERA CRUZ,  373, ROOM 03-VILA PIRES- SANTO ANDRE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda                                  Case number (if known)   25-11102
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.1189** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/16/2015 | NAPOLES EMPREITEIRA LTDA RUA VERA CRUZ,  373, SALA 03-VILA PIRES- SANTO ANDRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1190** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/03/2015 | NAPOLES EMPREITEIRA LTDA. 81, ESTABLISHED AT VERA CRUZ, 373 , SALA 03 - VILA PIRES - SANTO ANDRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1191** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/12/2015 | NAPOLES EMPREITEIRA LTDA. 81, ESTABLISHED AT VERA CRUZ, 373, SALA 03 - VILA PIRES - SANTO ANDRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1192** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/16/2015 | NAPOLES EMPREITEIRA LTDA. 81, ESTABLISHED AT VERA CRUZ, 373 , SALA 03 - VILA PIRES - SANTO ANDRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1193** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL OR TECHNOLOGICAL SERVICES DATED: 05/29/2014 | NATIONAL SERVICE OF INDUSTRIAL LEARNING - SENAI SAO PAULO, AVENIDA PAULISTA N° 1313, 3RD FLOOR REPRESENTED BY THE DIRECTOR OF ESCOLA SENAI "JOAO MARTINS COUBE" |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1194** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL OR TECHNOLOGICAL SERVICES DATED: 05/29/2014 | NATIONAL SERVICE OF INDUSTRIAL LEARNING - SENAI SAO PAULO, AVENIDA PAULISTA N° 1313, 3RD FLOOR REPRESENTED BY THE DIRECTOR OF ESCOLA SENAI "JOAO MARTINS COUBE" |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1195** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AND RATIFICATION AGREEMENT DATED: 02/02/2010 | NATIONAL SERVICE OF INDUSTRIAL LEARNING SENAI SAO PAULO, AVENIDA PAULISTA N° 1313, 3RD  FLOOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
_____    Case number (if known): 25-11102
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1196 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT: 04/28/2021 | NELSON HEUSI LOGISTICA E ARMAZENS GERAIS LTDA RUA JOSÉ PEREIRA LIBERATO, 1710, SÃO JOÃO, ITAJAÍ, 88303-401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1197 | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE SERVICE AGREEMENT FOR CUSTOMS CLEARANCE OF IMPORTS AND EXPORTS: 05/27/2023 | NELSON HEUSI LOGISTICA E ARMAZENS GERAIS LTDA RUA JOSÉ PEREIRA LIBERATO, 1710, CIDADE DE ITAJAÍ, ESTADO DE SANTA CATARINA, CEP 88303-401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1198 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE PROVISION CONTRACT: 07/2022 | NELSON HEUSI LOGISTICA E ARMAZENS GERAIS LTDA RUA JOSÉ PEREIRA LIBERATO, 1710, SÃO JOÃO, ITAJAÍ, 88303-401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/28/2010 | NETESTUDIO CONSULTORIA S/C LTDA RUA GERALDO FLAUSINO  GOMES, 42, 12TH FLOOR - BROOKLIN NOVO, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1200 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF CONSTITUTION OF GUARANTEE DATED: 09/28/2009 | NEW LEASE OF VEHICLES LIDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1201 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 04/04/2025 | NEWFOUNDLAND SOCIEDAD ANONIMA AV.  PASTOR MARTIN LUTHER KING JUNIOR 126 TORRE 2000 - BLOCO 9 - SALA 401 DEL CASTILHO - RIO DE JANEIRO RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1202 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AND PAYMENT TERMS SCHEDULE TO GLOBAL MASTER SERVICE AGREEMENT | NGA HUMAN RESOURCES CHORZOWSKA 146 KATOWICE, 40-101 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1203 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 05/21/2013 | NINGBO PROMISE ELECTRICAL APPLIANCES CO., LTD SUNJIAJING HENGHE TOWN CIXI, ZHEJIANG PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1204 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT AGREEMENT DATED: 05/26/2014 | NORTE SUL COMERCIO E RECAPAGEM DE PNEUS LTDA AVENIDA T.2. NO. 880, SETOR BUENO, CEP: 74210-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1205 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER SERVICES AGREEMENT – SCHEDULE 4 CHARGES DATED: 04/20/2020 | NORTHGATEARINSO BRAZIL INFORMATICA LTDA. ALAMEDA MADEIRA, 53 6TH ANDAR BARUERI, SP, 06454-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1206 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER SERVICES AGREEMENT – SCHEDULE 4 CHARGES DATED: 04/20/2020 | NORTHGATEARINSO ITALIA S.R.L VIALE SARCA, 235 MILANO, 20126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1207 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1208 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1209 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 09/01/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1210** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |

| 2.1210 | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| 2.1211 | | |
| State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| 2.1212 | | |
| State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| 2.1213 | | |
| State what the contract or lease is for and the nature of the debtor's interest | EASING A FLEET OF VEHICLES CONTRACT DATED: 06/14/2007 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| 2.1214 | | |
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| 2.1215 | | |
| State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| 2.1216 | | |
| State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 09/01/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1217** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |

| **2.1217** | | |
|---|---|---|
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1218** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1219** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1220** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1221** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1222** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP CNPJ: 02.418.410/0001-82 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1223** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO/SP, CNPJ 02.418.410/0001-82 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda
Name

Case number (if known): 25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1224** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA RUA AMÉRICO BRASILIENSE, NO. 1852, SÃO PAULO/SP |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1225** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1226** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA. SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1227** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA. SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1228** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET | NOVA LOCACAO DE VEICULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1229** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |

State the term remaining — Undetermined
List the contract number of any government contract

| **2.1230** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |

State the term remaining — Undetermined
List the contract number of any government contract

Debtor  Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1231 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1232 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES CONTRACT DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1233 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP CNPJ: 02.418.410/0001-82 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1234 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, NO. 1852, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1235 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP CNPJ: 02.418.410/0001-82 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1236 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, NO. 1852, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1237 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP, 04715-005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1238** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1239** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES - CONTRACT NO. 14042009 DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1240** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1241** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1242** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1243** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES - CONTRACT | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1244** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAQAO DE VE^CULOS LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):  25-11102

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1245 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAQAO DE VE^CULOS LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1246 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES - CONTRACT NO. 14042009 DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1247 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1248 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1249 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAQAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1250 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 09/01/2009 | NOVA LOCAQAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1251 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAQAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1252**
State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009

NOVA LOCAQAO DE VEICULOS LTDA.
SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1253**
State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009

NOVA LOCAQAO DE VEICULOS LTDA.
CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1254**
State what the contract or lease is for and the nature of the debtor's interest: TERM OF CONSTITUTION OF GUARANTEE DATED: 09/28/2009

NOVA. LEASE. OF VEHICLES LTDA
SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1255**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 02/26/2014

OCIEDADE SUL COMERCIO IMOBILIARIO LTDA
AV. AGUA VERDE, 595 1ST FLOOR

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1256**
State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 02/26/2014

OCIEDADE SUL COMERCIO IMOBILIARIO LTDA
AV. AGUA VERDE, 595 1ST FLOOR

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1257**
State what the contract or lease is for and the nature of the debtor's interest: LICENSE AGREEMENT DATED: 01/28/2009

OMNILINK TECNOLOGIA S.A
ATTN: ALAMEDA SURUBIJU, 1930, ALPHAVILLE, IN THE CITY OF BARUERI, SP, CEP: 06455-040

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1258**
State what the contract or lease is for and the nature of the debtor's interest: COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010

OPFACIL INFORMATICA LTDA
RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU

State the term remaining: Undetermined

List the contract number of any government contract:

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1259 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF THE CONTRACT FOR THE PROVISION OF EMPLOYEE TRANSPORT SERVICES DATED: 07/01/2015 | OPINIAO TURISMO E TRANSPORTE COLETIVO LTDA AVENIDA KAETHERICHERS, N° 1509, BAIRRO PONTE SECA, RIBEIRAO PIRES, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1260 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/12/2014 | ORBEE VIAGENS ESTRATEGICA LTDA RUA DONA ANTONIA DE QUEIROS N° 549, CJ. 1008, CEP 01307-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1261 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/10/2013 | ORBEE VIAGENS ESTRATEGICA LTDA RUA DONA ANTONIA DE QUEIROS N° 549, CJ. 1008, CEP 01307-010  REPRESENTED BY MANUELA SILVESTRU - MANAGING PARTNER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1262 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/21/2014 | ORBEE VIAGENS ESTRATEGICA LTDA RUA DONA ANTONIA DE QUEIROS N° 549, CJ. 1008, CEP 01307-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1263 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/13/2015 | ORBEE VIAGENS ESTRATEGICA LTDA. RUA DONA ANTONIA DE QUEIROS N° 549, CJ. 1008, CEP 01307-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1264 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/02/2015 | ORBEE VIAGENS ESTRATEGICA LTDA. RUA DONA ANTONIA DE QUEIROS N° 549, CJ. 1008, CEP 01307-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1265 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/12/2015 | ORBEE VIAGENS ESTRATEGICA LTDA. RUA DONA ANTONIA DE QUEIROS N° 549, CJ.  1008, CEP 01307-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1266 | State what the contract or lease is for and the nature of the debtor's interest | THIRD ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CERVIGDS DATED: 10/08/2016 | P.F.A. SERVICOS DE VISTORIA E INSPECAO EM PECAS INDUSTRIAIS LTDA RUA CORONEL FONSECA, 648, CRAVATAL, RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1267 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/11/2014 | P.F.R SERVICOS DE VISTORIA E INSPECAO EM PECAS INDUSTRIAIS LTDA RUA CORONEL FONSECA, 543, GRAVATA^ - RS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1268 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/14/2015 | PADRAO TECNOLOGIA EM BALANCA COMERCIAL LTDA RUA RAFEL FICONDO, 826 VILA BRASILINA CEP 04163-050 SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1269 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT: 06/18/2025 | PAJUÇARA TRANSPORTES LTDA AVENIDA MANOEL DA NÓBREGA, 196, SALA 1, ANEXO C, CAPUAVA MAUA, 09380-120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTEENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | PC SOLUTIONS COMERCIO E DESENVOLVIMENTO DE SOFTWARE LTDA RUA ORLANDO GIROLO, 11A -BAIRRO VELEIROS, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE TECHNICAL CONSULTING SERVICES AGREEMENT DATED: 01/13/2014 | PC SOLUTIONS COMERCIO E DESENVOLVIMENTO DE SOFTWARE LTDA ORLANDO GIROLO, 11A - BAIRRO VELEIROS, MUNICIPALITY OF SAO PAULO, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1272 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/30/2015 | PFORT MANUTENCAO INDUSTRIAL EIREL RUA CONDE DE SARZEDAS, 305, CENTRO - RIBEIRAO PIRES - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 06/12/2013 | PISTON GAZLI AMORTISOR LTD. STI. NOSAB N314 SK. NO. 6 BURSA, 16140 TURKEY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 04/13/2015 | PMPF SERVICOS DE VISTORIAS E INSPECTACOES EM PECAS INDUSTRIAIS LTDA RUA PEROBA ROSA, 101, PARQUE RESIDENCIAL FIGUEIRAS, MONTE MOR/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LENDING AGREEMENT DATED: 09/22/2015 | PNEUS LONDRINENSE LTDA AV. TIRADENTES. 300. JD. SHANGRI-LA. ZIP CODE: 86070-545 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LENDING AGREEMENT DATED: 03/19/2014 | PNEUS LTDA AV. MANOEL GOULART, N°. 1801, VILA SANTA HELENA, PRESIDENTE PRUDENTE, STATE OF SAO  PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1277 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LENDING AGREEMENT DATED: 06/10/2015 | PNEUS NACIONAL LTDA RUA RIO GRANDE DO  NORTE, N°. 911, EMPLOYEES, IN THE CITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1278 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 03/02/2016 | PNEUS NACIONAL LTDA RUA RIO GRANDE DO NORTE, N°. 911, EMPLOYEES, IN THE CITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1279 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 05/20/2014 | PNEUSOLA PNEUS E PECAS LTDA BELO HORIZONTE/MG, AT AV. DO CONTORNO,  NO. 4117, SAO LUCAS, CEP: 30.110-021 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Cofap do Brasil Ltda                                          Case number (if known):    25-11102
                Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1280** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 02/15/2012 | PNEUSOLA PNEUS E PECAS LTDA AVENIDA DO  CONTORNO, N°. 4117, BAIRRO SAO LUCAS, IN THE CITY OF BELO HORIZONTE-MG, CEP: 30110-021 |

| | |
|---|---|
| **2.1280** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 02/15/2012 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.1281** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 05/03/2016 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

PRICOL DO BRASIL COMPONENTES AUTOMOTIVOS LTDA DIADEMA, STATE OF SAO PAULO, AT FUKUICHI NAKATA AVENUE, N°. 381, BAIRRO PIRAPORINHA, CEP: 09950-400  ATTN: JOEL MENDES DE MELLO

| **2.1282** State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 08/01/2015 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

PROPERTY ADMINISTRATOR SUL SIA. AV. AGUA VERDE, 595 - 1ST FLOOR, REGISTERED WITH THE CNPJS, RESPECTIVELY, UNDER NOS. 76.536.275/0001-06 AND 76.676.774/0001-7

| **2.1283** State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONTRACTING CONDITIONS - COLLECTIVE BARGAINING AGREEMENT DATED: 02/01/2009 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

PRO-SAUDE PLANOS DE SAUDE LTDA. PRAPA DA REPUBLICA, 468 - 8TH FLOOR - CENTRO - SAO PAULO - SP

| **2.1284** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PROPERTY SURVEILLANCE SERVICES DATED: 12/04/2004 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

PROSEGUR BRASIL S.A. TRANSPORTADORA DE VALORES E SEGURANQA CITY OF BELO HORIZONTE, IN THE STATE OF MINAS GERAIS, AT AV. GUARATA, N° 633, IN BAIRRO DO PRADO,

| **2.1285** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES, REGARDING INSTALLATION, EQUIPMENT RENTAL, REPLACEMENT AND TECHNICAL ASSISTANCE DATED: |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

PRÓTON SOLUÇÕES EIRELI AV. AFONSO MONTEIRO DA CRUZ, 386 – SERRARIA - DIADEMA – SP

| **2.1286** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 10/30/2024 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

PRÓTON SOLUÇÕES EIRELI AV. AFONSO MONTEIRO DA CRUZ, 386 – SERRARIA - DIADEMA – SP

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/20/2015 | QS ON LIN SERVICOS DE SELECAO SS LTDA RUA ANA EMILIA MENDES, 13 SALA 01 - CENTRO - SAO LOURENGO DA SERRA - SP-CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/23/2015 | QS ON LIN SERVICOS DE SELECAO SS LTDA RUA ANA EMILIA MENDES, 13 SALA 01 - CENTRO - SAO LOURENPO DA SERRA - SP- CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/28/2016 | QS ON LINE SERVICOS DE SELECAO LTDA RUA ANA EMILIA MENDES, N° 13 - SALA 01 - CENTRO - SAO LOURENCO DA SERRA - SP - CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1290 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/20/2015 | QS ON LINE SERVICOS DE SELECAO LTDA RUA ANA EMILIA MENDES, N° 13 - SALA 01 - CENTRO - SAO LOURENGO DA SERRA - SP - CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1291 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/11/2015 | QS ON LINE SERVICOS DE SELECAO LTDA RUA ANA EMILIA MENDES, N° 13 - SALA 01 - CENTRO - SAO LOURENCO DA SERRA - SP - CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1292 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/08/2015 | QS ON LINE SERVICOS DE SELECAO LTDA RUA ANA EMILIA MENDES, N° 13 - SALA 01 - CENTRO - SAO LOURENÇO DA SERRA - SP - CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1293 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/12/2015 | QS ON LINE SERVICOS DE SELECAO LTDA RUA ANA EMILIA MENDES, N° 13- SALA 01 - CENTRO - SAO LOURENPO DA SERRA - SP - CEP 06890-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1294 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/22/2015 | QS ON LINE SERVICOS DE SELECAO LTDA RUA ANA EMILIA MENDES, N° 13 - SALA 01 - CENTRO, SAO LOURENÇO DA SERRA, SP - CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1295 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/24/2015 | QS ON LINE SERVICOS DE SELECAO SS LTDA RUA ANA EMILIA MENDES,13 SALA 01 - CENTRO - SAO LOURENGO DA SERRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1296 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/14/2015 | QS ON LINE, SERVICOS DE SELECAO LTDA RUA ANA EMILIA MENDES, N° 13 - SALA 01 - CENTRO - SAO LOURENCO DA SERRA - SP - CEP 06890-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1297 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/30/2015 | QS ONLINE SERVICOS DE SELECAO SS LTDA RUA ANA EMILIA MENDES, 13 SALA 01, CENTRO, SAO LOURENCO DA SERRA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1298 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/24/2015 | QS ONLINE-SELECTION SERVICES. LTDA RUA ANA EMILIA MENDES, N° 13 - SALA 01 - CENTRO - SAO LOURENCO DA SERRA - SP - CEP 06890-000, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1299 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/01/2009 | QUALICORP CORRETORA DE SEGUROS LTDA STATE OF SAO PAULO, AT ALAMEDA SANTOS, N° 415 - 12° ANDAR, CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1300 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2008 | QUALICORP CORRETORA DE SEGUROS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT ALAMEDA SANTOS, N°. 415 - 12TH FLOOR, CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
          Name                                                    Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1301** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2008 | QUALICORP CORRETORA DE SEGUROS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT ALAMEDA SANTOS, N°. 415 - 12TH FLOOR, CERQUEIRA CESAR |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1302** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/01/2009 | QUALICORP CORRETORA DE SEGUROS LTDA STATE OF SAO PAULO, AT ALAMEDA SANTOS, N° 415 - 12° ANDAR, CERQUEIRA CESAR |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1303** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/01/2009 | QUALICORP CORRETORA DE SEGUROS LTDA MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT ALAMEDA SANTOS, N° 415 - 12° ANDAR, CERQUEIRA CESAR |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1304** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF SERVICE PROVISION CONTRACT DATED: 06/30/2008 | QUALICORP CORRETORA DE SEGUROS LTDA. ALAMEDA SANTOS, N°. 415 - 12TH FLOOR, CERQUEIRA CESAR, SOA PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1305** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/26/2011 | QUALICORP CORRETORA DE SEGUROS S.A ALAMEDA SANTOS, 415, 12TH FLOOR (PART), CERQUEIRA CESAR CEP  01419-000, IN SAO PAULO (SP) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1306** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2010 | QUALICORP CORRETORA DE SEGUROS S.A ALAMEDA SANTOS, 415, 12TH FLOOR (PART), CERQUEIRA CESAR CEP  01419-000, IN SAO PAULO (SP) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1307** State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | RADI INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 08/17/2015 | RADIO GALILEIA FM DE PORANGATU LTDA RUA 15 - QD. 04 • LT. 10, S/N ZIP CODE: 76550-000| |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | RADIO TRANSAMERICA DE SAO PAULO LTD RUA PIO XI 1587 SAO PAULO, 05468-902 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 05/01/2011 | RADIO TRANSAMERICA SAO PAULO LTDA CITY OF SAO PAULO, RUA PIO XI 1.587, ALTO DA LAPA - CEP 05468-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR SPONSORSHIP QUOTAS AND OTHERS DATED: 08/21/2011 | RADIO TRANSAMERICA SAO PAULO LTDA CITY OF SAO PAULO,  RUA PIO XI NO. 1,587, ALTO DE PINHEIROS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 01/01/2013 | RADIO TRANSAMERICA SAO PAULO LTDA CIDADE DE SAO PAULO, RUA PIO XI 1.587, ALTO DA LAPA - CEP 05468-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 08/01/2011 | RADIO TRANSAMERICA SAO PAULO LTDA CITY OF SAO PAULO, RUA PIO XI 1.587, ALTO DA LAPA - CEP 05468-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 01/01/2015 | RADIO TRANSAMERICA SAO PAULO LTDA CITY OF SAO PAULO, RUA PIO XI 1.587, ALTO DALAPA - CEP 05468-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1315** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR CARRYING OUT PROMOTIONAL ACTIONS AND OTHER COVENANTS DATED: 01/01/2013 | RADIO TRANSAMERICA SAO PAULO LTDA SAO PAULO, RUA PIO XI N°1.587, ALTO DE PINHEIROS |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1315** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR CARRYING OUT PROMOTIONAL ACTIONS AND OTHER COVENANTS DATED: 01/01/2013 | RADIO TRANSAMERICA SAO PAULO LTDA SAO PAULO, RUA PIO XI N°1.587, ALTO DE PINHEIROS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1316** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 01/01/2016 | RADIO TRANSAMERICA SAO PAULO LTDA CITY DE SAO PAULO, RUA PIO XI 1.587, ALTO DA LAPA - CEP 05468-140 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1317** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 08/01/2012 | RADIO TRANSAMERICA SAO PAULO LTDA CIDADE DE SAO PAULO, RUA PIO XI 1:587, ALTO DA LAPA - CEP 05468-140 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1318** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2014 | RD GESTAO E SISTEMAS S/A ROD. SC 401, KM 01 - PARQTEC ALFA, ED. CELTA, BAIRRO JOAO PAULO, CEP 88030-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1319** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 09/15/2008 | RDR INDUSTRIA METALURGICA LTDA MUNICIPALITY OF LAVRAS, IN THE STATE OF MINAS GERAIS, AT ROD. ER 265, KM. 342, S/NO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1320** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT AND OTHER COVENANTS DATED: 12/03/2012 | RDR INDUSTRIA METALURGICA LTDA MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS, AT ROD. BR 265, KM. 342, S/N° |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1321** State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 08/11/2014 | RDR INDUSTRIA METALURGICA LTDA MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS, AT ROD. BR 265, KM. 342, S/N° |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1322 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING AGREEMENT AND OTHER COVENANTS DATED: 05/30/2018 | RDR INDUSTRIA METALURGICA LTDA., L ATT: RAQUEL OLIVEIRA LIMA LAVRAS, MINAS GERAIS, ROD. BR 265, KM. 342, S/N° - CEP: 37200-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1323 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/13/2015 | RE MANUTENCAO E SERVICOS LTDA RUA MAR|A ORL|NDA MARTAS, 42 FERRAZOPOLIS CEP 09791-356 SAO BERNANDO DO CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1324 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/18/2015 | RE MANUTENCAO E SERVICOS LTDA ME RUA MARIA ORLINDA MARTINS, 42 FERRAZOPOLIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1325 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 01/16/2015 | REAL MOTO PECAS LTDA 523 R. RAFAEL RINALDI UBERLANDIA MINAS GERAIS, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1326 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/31/2015 | RECUPERADORA FABRINI RUA ARAUJO, 82  ESPLANADA CEP 35501-029 DIVINOPOLIS, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1327 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/30/2015 | RECUPERADORA FABRINI LTDA ME RUA  ARAUJO N° 82, CEP 35501-029 - LAVRAS, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1328 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/02/2016 | RECUPERADORA FABRINI LTDA ME RUA ARAUJO, 82 ESPLANADA DIVINÓPOLIS, MG, 35501-029 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name                                                                    Case number (if known):  25-11102

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1329**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE PROVISION AGREEMENT

State the term remaining — Undetermined

List the contract number of any government contract

RECUPERADORA FABRINI LTDA ME
RUA ARAUJO, 82
ESPLANADA
DIVINÓPOLIS, MG, 35501-029
BRAZIL

---

**2.1330**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 04/17/2015

State the term remaining — Undetermined

List the contract number of any government contract

RECUPERADORA FABRINI LTDA ME
RUA ARAUJO, 82 ESPLANADA CEP 35501-029 DIVINOPOLIS, MG

---

**2.1331**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 05/24/2015

State the term remaining — Undetermined

List the contract number of any government contract

RECUPERADORA FABRINI LTDA ME
RUA ARAUJO N° 82, CEP 35501-029 - LAVRAS, MG

---

**2.1332**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE PROVISION AGREEMENT DATED: 09/08/2015

State the term remaining — Undetermined

List the contract number of any government contract

RECUPERADORA FABRINI LTDA ME
RUA ARAUJO, 82 ESPLANADA CEP 35501-029 DIVINOPOLIS, MG

---

**2.1333**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 06/02/2015

State the term remaining — Undetermined

List the contract number of any government contract

RECUPERADORA FABRINI LTDA ME
RUA ARAÚJO, 82 ESPLANADA CEP 35501-029 DIVINÓPOLIS, MG

---

**2.1334**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 05/23/2015

State the term remaining — Undetermined

List the contract number of any government contract

RECUPERADORA FABRINI LTDA ME
RUA ARAUJO N° 82, CEP 35501-029 - LAVRAS, MG

---

**2.1335**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 09/08/2015

State the term remaining — Undetermined

List the contract number of any government contract

RECUPERADORA FABRINI LTDA ME
RUA ARAUJO, 82 ESPLANADA CEP 35501-029 DIVIN6POLIS, MG

---

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1336** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/29/2016 | RECUPERADORA FABRINI LTDA ME RUA ARAUJO, 82 ESPLANADA DIVINÓPOLIS, MG, 35501-029 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1337** State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/26/2015 | RECUPERADORA FABRINI LTDA ME RUA  ARAUJO, 82 ESPLANADA CEP 35501-029 DIVINOPOLIS, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1338** State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 08/17/2015 | RECUPERADORA FABRINI LTDA ME RUA  ARAUJO, 82 ESPLANADA CEP 35501-029 DIVINOPOLIS, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1339** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/08/2015 | RECUPERADORA FABRINI LTDA ME RUA  ARAUJO, 82 ESPLANADA CEP 35501-029 DIVINOPOLIS, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1340** State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/02/2015 | RECUPERADORA FABRINILTDA ME RUA  ARAUJO,82 ESPLANADA CEP35501-029 DIVINOPOLIS, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1341** State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATION CONTRACT DATED: 07/04/2015 | REED EXHIBITIONS ALCANTARA MACHADO LTDA RUA BELA CINTRA, 1200 - 10TH FLOOR, IN THIS CITY OF SAO PAULO, STATE  OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1342** State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATION CONTRACT DATED: 04/16/2013 | REED EXHIBITIONS ALCANTARA MACHADO LTDA RUA BELA CINTRA, 1200 - 10TH FLOOR, IN THIS CITY OF SAO PAULO, STATE  OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda                                      Case number (if known):   25-11102
         Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1343** | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATION CONTRACT DATED: 04/16/2013 | REED EXHIBITIONS ALCANTARA MACHADO S.A. RUA BELA CINTRA, N°1200 - 7° ANDAR, IN THIS CITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1344** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/01/2015 | REENERGIA COMERCIO E SERVIGOS LTDA RUA RODOLFO MARIN, 80 BAIRRO: MANDAQUI - SAO PAULO / SP - CEP: 02469-060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1345** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 10/05/2015 | RELEMIX ELETRONICA LTDA SAO PAULO - CAPITAL, AT RUA CACHOEIRA DO ARARI, N°. 418, CEP: 02078-000  ATTN: MR. FELIPE GOMES CARDOSO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1346** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | RENTAL COMPANY OF THE AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1347** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | RENTAL COMPANY OF THE AMERICAS COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1348** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE DATED: 05/21/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO, 60  9TH FLOOR | TORRE PAINEIRA  PAIQUERE | VALINHOS/SP ZIP CODE: 13.271-570 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1349** | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL INSTRUMENT OF COMODATUM DATED: 10/05/2012 | REVOLIGHT INDÚSTRIA, COMÉRCIO, IMPORTAÇÃO E EXPORTAÇÃO LTDA RUA AGENÉRIO ARAUJO, 285 BAIRRO CAMARGOS BELO HORIZONTE, MG, 30.520-220 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1350** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 02/01/2016 | REWAWOCENTER LTDA AV.  CARLOS LINDEMBERG, N°. 1025, NOSSA SENHORA DA PENHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1351** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TEMPORARY LABOR RENTAL SERVICES DATED: 05/11/2009 | RHBRASIL SERVICOS TEMPORARIOS LTDA RUA ALMIRANTE PEDRO ALVARES CABRAL, N°    146, JARDIM CUIABA, IN THE CITY OF CUIABA, STATE OF MATO GROSSO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1352** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MAINTENANCE SERVICES DATED: 09/15/2003 | RICLAU TELECOMUNICACAO E ELETRONICA LTDA AVENIDA PITUBA, N° 10, SALA 101, GRANDE RIO, IN THE CITY OF SAO JOAO DO MERITI, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1353** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 08/08/2013 | RIGHT DO BRASIL LTDA RUA OLIMPIADAS, 66 3° ANDAR SAO PAULO, SP, 04551-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1354** | State what the contract or lease is for and the nature of the debtor's interest | THIRTEENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 05/31/2025 | RNE SISTEMAS S/C LTDA RUA GENERAL BAGNUOLO, 1098 APTO 05 QUINTA DA PALMEIRA SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1355** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION NOTICE – SERVICE PROVISION AGREEMENT DATED: 10/20/2015 | RNE SISTEMAS S/C LTDA RUA GENERAL BAGNUOLO, 1098 APTO 05 QUINTA DA PALMEIRA SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1356** | State what the contract or lease is for and the nature of the debtor's interest | TWELFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | RNE SISTEMAS S/C LTDA RUA GENERAL BAGNUOLO, 1098, APT 05 - QUINTA DE PALMEIRA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1357 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION OF THE CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 10/05/2015 | RNE SISTEMAS S/CLTDA RUA GENERAL BAGNULO, 1098, APTO 05, QUINTA DE PALMEIRA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1358 | State what the contract or lease is for and the nature of the debtor's interest | DECLARATION OF WAIVER OF RIGHT OF REGRESS: 12/31/2023 | RODOVIARIO CAMILO DOS SANTOS FILHO LTDA RODOVIA BR 040, KM 800, Nº. 20 - PARK SUL - MATIAS BARBOSA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1359 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT PLAN OF RISK MANAGEMENT: 12/21/2023 | RODOVIÁRIO CAMILO DOS SANTOS FILHO LTDA RODOVIA BR 040, KM 800, Nº. 20 - PARK SUL - MATIAS BARBOSA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1360 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORT SERVICES AGREEMENT: 09/05/2024 | RODOVIÁRIO CAMILO DOS SANTOS FILHO LTDA RODOVIA BR 040, KM 800, Nº. 20 - PARK SUL - MATIAS BARBOSA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1361 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 07/10/2013 | ROTEC PRESTAÇÃO DE SERVIÇO LTDA. EPP RUA MOINHO VELHO, 471 MOINHO VELHO SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1362 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/16/2016 | ROTEC PRESTSERV LTDA EPP RUA SANTO ANTONIO DE PADUA, 59- ZIP CODE:  06407-140 -VILA UNIVERSAL - BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1363 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TELEPHONE WAITING SERVICES DATED: 05/02/2011 | RPA DO BRASIL LTDA AVENIDA NOVE DE JULHO, N° 4.984, JARDIM EUROPA, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1364**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 07/20/2016

RTM ENGENHARIA ELETRICA & CONSULTORIA LTDA ALAMEDA DOS MARACATINS, 508 - CONJ 61- INDIANOPOLIS - CEP: 04089-001 - SAO PAULO - SP

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.1365**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 05/16/2011

RTM ENGENHARIA ELETRICA & CONSULTORIA LTDA CALZADA DAS MARGARIDAS, 191 IN BARUERI - SP, AND COMMERCIAL OFFICE  LOCATED AT ALAMEDA DOS MARACATINS, 508 CJ 61 INDIANOPLIS SAO PAULO SP CEP 04089-001

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.1366**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 05/16/2011

RTM ENGENHARIA ELETRICA & CONSULTORIA LTDA CALZADA DAS MARGARIDAS, 191 IN BARUERI - SP

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.1367**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 05/16/2011

RTM ENGENHARIA ELETRICA & CONSULTORIA LTDA CALZADA DAS MARGARIDAS, 191 IN BARUERI - SP  ALAMEDA DOS MARACATINS, 508 CJ 61 INDIANOPLIS SAO PAULO SP CEP 04089-001

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.1368**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT

RTM ENGENHARIA ELÉTRICA & CONSULTORIA LTDA CALÇADA DAS MARGARIDAS, 191, BARUERI – SP COMMERCIAL OFFICE: ALAMEDA DOS MARACATINS, 508, CONJ. 61, INDIANÓPOLIS, SÃO PAULO – SP, CEP 04089-001 CNPJ: 67.631.234/0001-08

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.1369**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 05/16/2011

RTM ENGENHARIA ELÉTRICA & CONSULTORIA LTDA CALÇADA DAS MARGARIDAS, 191, BARUERI – SP

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.1370**
State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED: 05/16/2011

RTM ENGENHARIA ELÉTRICA & CONSULTORIA LTDA. CALÇADA DAS MARGARIDAS, 191, BARUERI – SP

State the term remaining — Undetermined

ALAMEDA DOS MARACATINS, 508, CONJ. 61, INDIANÓPOLIS, SÃO PAULO – SP, 04089-001

List the contract number of any government contract



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1371** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/16/2011 | RTM ENGENHARIA ELETRICA E CONSULTORIA LTDA ALAMEDA DOS MARACATINS. 508 - CONJ. 61 - INDIANOPOLIS - CEP: 04089-001 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1372** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELETRICA E CONSULTORIA LTDA ALAMEDA DOS MARACATINS. 508 - CONJ. 61 - INDIANOPOLIS - CEP: 04089-001 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1373** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELÉTRICA E CONSULTORIA LTDA CALÇADA DAS MARGARIDAS, 191, BARUERI - SP; COMMERCIAL OFFICE: ALAMEDA DOS MARACATINS, 508, CJ. 61, INDIANÓPOLIS, SÃO PAULO - SP, CEP 04089-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1374** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELÉTRICA E CONSULTORIA LTDA. CALÇADA DAS MARGARIDAS, 191, BARUERI – SP  ALAMEDA DOS MARACATINS, 508, CJ. 61, INDIANÓPOLIS, SÃO PAULO – SP, 04089-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1375** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 08/12/2013 | RUTAN BOOU AUTOPARTS CO; LTD N° 505, SHIDAI ROAD LUOFENG NORTH INDUSTRIAL AREA, TANGXIA TOWN RUFAN ZHEJIANG, 325204 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1376** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 05/17/2012 | S C CENTRO DE REVISAO DE AUTOMOVEIS LTDA-ME RUA RICARDO ORLANDO TIM, N°. 19, BAIRRO CENTRO, IN THE CITY OF  HORTOLANDIA-SP. CEP: 13.185-521 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1377** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 01/20/2014 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA N °. 2.073, ED.  HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda                                        Case number (if known):  25-11102
         Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1378** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 01/16/2015 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED.  HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |

| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| **2.1379** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN TOP SPONSOR SAE BRASIL 2014 EVENT DATED: 01/20/2014 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO  1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| **2.1380** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO SPONSORSHIP CONTRACT IN EVENT DATED: 07/03/2015 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO  1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| **2.1381** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SPONSORSHIP AGREEMENT DATED: 07/03/2015 | SAE BRASIL STATE OF SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR, CEP 01311-940 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| **2.1382** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 01/20/2014 | SAE BRASIL STATE OF SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| **2.1383** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SPONSORSHIP AGREEMENT DATED: 08/03/2015 | SAE BRASIL AVENIDA MANOEL DA NOBREGA, 196, CAPUAVA, MAUÁ, SP, CEP 09380-120 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| **2.1384** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN TOP SPONSOR SAE BRASIL 2015 EVENT DATED: 01/16/2015 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO  1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1385** State what the contract or lease is for and the nature of the debtor's interest — SPONSORSHIP CONTRACT IN TOP SPONSOR SAE BRASIL 2013 GOLD DATED: 03/13/2013 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO  1.003, BAIRRO CERQUEIRA CESAR |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1386** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/02/2014 | SAGA TECNOLOGIA LTD RUA AV.  RAJA GABAGLIA, 3117 - ROOM 224 TO 229 - BAIRRO SAO BENTO, CITY OF BELO HORIZONTE, STATE OF MINAS GERAIS,  CEP: 30350-563 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1387** State what the contract or lease is for and the nature of the debtor's interest — MOTORCYCLE BATTERY SUPPLY AGREEMENT DATED: 09/17/2012 | SAMAUTO S.P.A VIA LORENZO LAROCCA - 5 70132 Z.I. BARI, ITALY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1388** State what the contract or lease is for and the nature of the debtor's interest — FIRST AMENDMENT RELATED TO THE SUPPLY AGREEMENT DATED: 12/06/2013 | SAMAUTO S.P.A VIA LORENZO LAROCCA - 5 70132 Z.L BARI, ITALY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1389** State what the contract or lease is for and the nature of the debtor's interest — SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | SANTA GABRIELA ENERGETICA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801, PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1390** State what the contract or lease is for and the nature of the debtor's interest — SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/01/2016 | SANTA GABRIELA ENERGETICA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801,  PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1391** State what the contract or lease is for and the nature of the debtor's interest — SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | SANTA GABRIELA ENERGETICA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801,  PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):  25-11102

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | SANTA GABRIELA ENERGETICA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801,  PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/17/2015 | SANTOS SEGUNDO MEDINA TAPIA -ME (SMT STEEL DOORS) RUA NOEL ROSA, 1461, JARDIM SILVIA MARIA, MAUA, CEP 09380330 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/30/2015 | SANTOS SEGUNDO MEDINA TAPIA -ME (SMT STEEL DOORS) RUA NOEL ROSA, 1461, JARDIM SILVIA MARIA, MAUA, CEP 09380330 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1395 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/13/2015 | SANTOS SEGUNDO MEDINA TAPIA ME (STEEL DOORS SMT) RUA NOEL ROSA, 1461, JARDIM SILVIA MARIA, MAUA, CEP 0938033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1396 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/25/2016 | SÃO LUCAS MEDICINA EMPRESARIAL E SEGURANÇA DO TRABALHO LTDA RUA MISSENO DE PÁDUA, Nº 274 CENTRO LAVRAS, MINAS GERAIS, 37200-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1397 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/31/2015 | SAO PAULO TURISMO S.A AVENIDA OLAVO FONTOURA,  NO. 1.209, ANHEMBI, CEP 02012-021  REPRESENTED BY :  CHIEF EXECUTIVE OFFICER, WILSON MARTINS POIT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1398 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO  PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

        Name

Case number (if known): 25-11102

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1399** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |

| | | |
|---|---|---|
| **2.1399** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1400** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1401** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 09/05/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1402** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2016 | SAPORE S.A SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1403** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV.  GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1404** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1405** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1406** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A AV ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS, SAO PAULO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1407** State what the contract or lease is for and the nature of the debtor's interest — 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO  PAULO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1408** State what the contract or lease is for and the nature of the debtor's interest — 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1409** State what the contract or lease is for and the nature of the debtor's interest — 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV.  GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1410** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE HEADQUARTERS IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1411** State what the contract or lease is for and the nature of the debtor's interest — 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1412** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE HEADQUARTERS IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1413 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1414 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2016 | SAPORE S.A SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1415 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A STATE OF  SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1416 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO PAULO, AT AV.  GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1417 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1418 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE HEADQUARTERS IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1419 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO PAULO, AT AV.  GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1420** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1421** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1422** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1423** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1424** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE HEADQUARTERS IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1425** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1426** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480 ROOM 03 QUITAUNA OSASCO, SP, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1427**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1428**

| State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480 ROOM 03 QUITAUNA OSASCO, SP, BRAZIL |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1429**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 10/02/2016 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP CNPJ: 67.945.071/0001-38 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1430**

| State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 09/02/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO - SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1431**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1432**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS, SÃO PAULO CNPJ: 67.945.071/0001-38 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1433**

| State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO – SP ADMINISTRATIVE HQ: AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP CNPJ: 67.945.071/0001-38 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda _____   Case number (if known): 25-11102 _____

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1434** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY TABLE DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1435** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO – SP ADMINISTRATIVE HQ: AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP CNPJ: 67.945.071/0001-38 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1436** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1437** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO – SP ADMINISTRATIVE HQ: AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP CNPJ: 67.945.071/0001-38 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1438** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1439** | State what the contract or lease is for and the nature of the debtor's interest | MEAL SUPPLY AND RESTAURANT MANAGEMENT AGREEMENT DATED: 09/02/2013 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1440** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1441** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A.<br>AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1442** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A.<br>AV. GENERAL PEDRO PINHO, 480<br>ROOM 03<br>QUITAUNA<br>OSASCO, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1443** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A.<br>AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1444** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A.<br>AVENIDA GENERAL PEDRO PINHO, 480 – SALA 03, QUITAÚNA, OSASCO – SP   AVENIDA ANTONIO ARTIOLI, 570 – SWISS PARK OFFICE, CAMPINAS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1445** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A.<br>AVENIDA GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO-SP, ADMINISTRATIVE HQ: AVENIDA ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS-SP, CNPJ 67.945.071/0001-38 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1446** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/10/2016 | SAPORE S.A.<br>AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, MUNICIPALITY OF CAMPINAS, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1447** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2013 | SAPORE S.A.<br>AV. ANTONIO ARTIOLI, 570<br>ED. ALTDORF<br>SWISS PARK OFFICE<br>CAMPINAS, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1448** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 09/02/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1449** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1450** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 01/26/2015 | SAT ROTAS INTELIGENTES LTDA RUA PAIS DE ARAUJO, 29 - 14° ANDAR . ITAIM BIBI 04531-090 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1451** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 01/30/2017 | SAT ROTAS INTELIGENTES LTDA AV. NOVA INDEPENDENT, 87 - 1° ANDAR - BROOKLIN 04570-000 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1452** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/13/2014 | SAT ROTAS INTELIGENTES LTDA. RUA PAIS DE ARAUJO, 29 14° ANDAR SÃO PAULO, SP, 04531-090 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1453** | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | SDP COMUNICACAO LTDA AV. DUQUESA DE GOIAS, N°. 53, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1454** | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | SDP COMUNICACAO LTDA AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS<br><br>Undetermined | SDP COMUNICACAO LTDA<br>AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF  SAO PAULO, STATE OF SAO PAULO |
| **2.1456** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014<br><br>Undetermined | SDP COMUNICACAO LTDA<br>AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO |
| **2.1457** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014<br><br>Undetermined | SDP COMUNICACAO LTDA<br>AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO |
| **2.1458** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2008<br><br>Undetermined | SDP COMUNICACAO LTDA<br>AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF  SAO PAULO, STATE OF SAO PAULO |
| **2.1459** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2024<br><br>Undetermined | SDP COMUNICACAO LTDA<br>AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO |
| **2.1460** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS/PUBLIC RELATIONS SERVICES DATED:<br><br>Undetermined | SDP COMUNICAÇÃO LTDA<br>AVENIDA DUQUESA DE GOIÁS, 53, SÃO PAULO – SP |
| **2.1461** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS/PUBLIC RELATIONS SERVICES DATED: 01/01/2011<br><br>Undetermined | SDP COMUNICAÇÃO LTDA<br>AV. DUQUESA DE GOIÁS, 53, SÃO PAULO – SP |

▊    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1462** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/31/2014 | SDP COMUNICAÇÃO LTDA AV. DUQUESA DE GOIÁS, 53, SÃO PAULO – SP CNPJ: 05.275.908/0001-21 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1463** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT – SUP 411/07 DATED: 05/14/2014 | SDP COMUNICAÇÃO LTDA AV. DUQUESA DE GOIÁS, 53 SÃO PAULO, SP, BRAZIL |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1464** State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES – SUP 411/07 DATED: 07/05/2007 | SDP COMUNICAÇÃO LTDA AV. DUQUESA DE GOIÁS, 53 SÃO PAULO, SP, BRAZIL |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1465** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICACAO LTDA. AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1466** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 12/31/2014 | SDP COMUNICAÇÃO LTDA. AV. DUQUESA DE GOIÁS, 53 SÃO PAULO, SP, BRAZIL |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1467** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICAÇÃO LTDA. AV. DUQUESA DE GOIÁS, 53, SÃO PAULO – SP CNPJ: 05.275.908/0001-21 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1468** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS DATED: 01/01/2011 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |

State the term remaining — Undetermined

List the contract number of any government contract

Debtor    Marelli Cofap do Brasil Ltda

Name                                                    Case number (if known):  25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1469** State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1470** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1471** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1472** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, 53, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1473** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT TABLE DATED: 01/01/2014 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1474** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1475** State what the contract or lease is for and the nature of the debtor's interest | 11TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 12/06/2016 | SENIOR SISTEMAS S/A RUA SAO PAULO, 825, BAIRRO VICTOR  KONDER, CEP 89.012-001 - BLUMENAU - SC |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1476 | State what the contract or lease is for and the nature of the debtor's interest | 13TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 08/01/2016 | SENIOR SISTEMAS S/A RUA SAO PAULO, N° 825 - VICTOR KONDER  BLUMENAU / SC - CEP 89012-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1477 | State what the contract or lease is for and the nature of the debtor's interest | 12TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 11/01/2015 | SENIOR SISTEMAS S/A RUA SAO PAULO, N° 825 - VICTOR KONDER -  BLUMENAU / SC - CEP 89012-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1478 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANTS SERVICES DATED: 03/01/2023 | SERIS SERVIÇOS TÉCNICOS INDUSTRIAIS LTDA RUA PIAUÍ, N° 2019, BAIRRO EMPLOYEES, BELO HORIZONTE MG, ZIP CODE: 31.150-321 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1479 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL OR TECHNOLOGICAL SERVICES DATED: 07/28/2014 | SERVICO NACIONAL DE APRENDIZAGEM INDUSTRIAL - SENAI SAO PAULO, AVENIDA PAULISTA N° 1313, 3RD FLOOR, REPRESENTED BY THE DIRECTOR OF ESCOLA SENAI "JOAO MARTINS COUBE" |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1480 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL OR TECHNOLOGICAL SERVICES DATED: 09/15/2014 | SERVICO NACIONAL DE APRENDIZAGEM INDUSTRIAL - SENAI SAO PAULO, AVENIDA PAULISTA N° 1313, 3RD  FLOOR REPRESENTED BY THE DIRECTOR OF ESCOLA SENAI "JOAO MARTINS  COUBE" |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1481 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/21/2015 | SERVIMON SERVICOS DE CONSTRUCAO E MONTAGEM INSDUSTRIAIS LTDA RUA DOS CAPUCHINHOS, 107 VILA ALPINA CEP 09090-640 SANTO ANDRE, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 03/19/2014 | SET PNEUS LTDA AV. MANOEL GOULART, N°. 1801, VILA SANTA  HELENA, IN THE CITY OF PRESIDENTE PRUDENTE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1483 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 10/22/2014 | SET PNEUS LTDA<br>AV. MANOEL GOULART, N°. 1801, VILA SANTA  HELENA, PRESIDENTE PRUDENTE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1484 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 10/22/2014 | SET PNEUS LTDA<br>AV. MANOEL GOULART, N°. 1801, VILA SANTA  HELENA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1485 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/01/2013 | SGS ENVIRON LTDA<br>RUA SILVA  JARDIM, 251 - CENTRO, SAO BERNARDO DO CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1486 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT TO RENTAL AGREEMENT DATED: 11/14/2001 | SHANGHAI CONSULTORIA IMOBILIARIA LTDA<br>AV. T-1. N° 2.165, QD.96, L1.08 ST.BUENO - GOIANIA GO  CEP - 74.215-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1487 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 09/27/2017 | SHANGHAI CONSULTORIA IMOBILIARIA LTDA<br>AV. T-1 N 2.165, SETOR BUENO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1488 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 06/14/2014 | SHANGHAI CONSULTORIA IMOBILIÁRIA LTDA<br>AV. T-1 N. 2.165, SETOR BUENO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1489 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 07/14/2011 | SHANGHAI REAL ESTATE CONSULTING LTD<br>AV. T-01, N° 2.165, QD. 96, LT.  08, SETOR BUENO, GOIANIA/GO, CEP: 74.210-025, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 06/05/2013 | SHANGHAI TOP TEAM TRADE CO., LTD NUMBER 35 DING BIAN RD. 5TH FLOOR. GATE ONE PHASE III BUILDING SHANGHAI, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 12/10/2012 | SHANGHAI VICTORY AUTO HEAT TRANSFER MFG. CO, LTD. NO. 153 TAIXI ROAD JINHUI TOWN FENGXIAN DISTRICT SHANGHAI, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 05/28/2012 | SHENYANG WINTAI AUTOS TRADING 2125-2126 NIANHUA INTERNATIONAL MANSION 55 SHIFU ROAD SHENVANG, 110001 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT RELATED TO THE SUPPLY AGREEMENT DATED: 08/05/2013 | SHENYANG WINTAI AUTOS TRADING 55, SHIFU ROAD 2125-2126 NIANHUA INTERNATIONAL MANSION (SUPPLIER) SHENYANG, 110001 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1494 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | SIGNATURE TECHNOLOGIES SERVIQOS DE TECNOLOGIA LTDA RUA LIBERO BADARO, 293 CONJUNTO 27-D, CENTRO , IN THE DAY AND STATE OF SAO  PAULO-SP CNPJ: 11.643.219/0001-25 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1495 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 05/09/2013 | SIMERX GLOBAL SOURCING CO.LTD N° UNIT 1010 10/F MIRAMAR TOWER 132 NATHAN ROAD TSIM SHA TSUI, KOWLOON, HONG KONG, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1496 | **State what the contract or lease is for and the nature of the debtor's interest** | SPACE SUBLEASE AGREEMENT COMBINED WITH SERVICE PROVISION AND ADMINISTRATION CAFETERIA | SIRIBELI & SILVA LANCHONETE E RESTAURANTE LTDA-ME AV. MANOEL DA NÓBREGA, 196-ANNEX, MAUÁ, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):  25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1497 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT ON MANUFACTURING & PEOPLE DEVELOPMENT SERVICES DATED: 11/25/2013 | SISTEMI SOSPENSIONI S.P.A VIALE ALDO BORLETTI 61/63 CORBETTA, MI, 20011 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1498 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/06/2015 | SMATEC MONTAGENS INDUSTRIAIS LTDA STREET: MARTINIQUE PQ CAPUAVA N°529 SANTO ANDRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1499 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/21/2015 | SMATEC MONTAGENS INDUSTRIAIS LTDA STREET: MARTINIQUE N°529- PQ CAPUAVA SANTO ANDRE ZIP CODE:09271-110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/28/2015 | SMATEC MONTAGENS INDUSTRIES LTD STREET: MARTINIQUE N°529 NEIGHBORHOOD: PQ CAPUAVA SANTO ANDRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1501 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/01/2014 | SMATEC MONTAGENS INDUTRIAIS LTDA. RUA MARTINICA, N°529 - PARQUECAUPAVA - SANTO ANDRE / SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1502 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/13/2014 | SMATEC MONTAGENS INDUTRIAIS LTDA. RUA MARTINICA, N° 529 - PARQUE CAUPAVA - SANTO ANDRE / SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1503 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 08/01/2015 | SOCIEDADE SUE COMERCIO IMOBILIARIO LTDA AV. AGUA VERDE, 595 - 1ST FLOOR, REGISTERED WITH THE CNPJS, RESPECTIVELY, UNDER NOS. 76.536.275/0001-06 AND 76.676.774/0001-7 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1504 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 08/01/2012 | SOCIEDADE SUL COMERCLO IMOBILIARLO LTDA AV. AGUA VERDE, 595 - 1ST. 76.536.275/0001-06 AND 76.676.774/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1505 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPERTY LEASE AGREEMENT DATED: 08/01/2012 | SOCIEDADE SUL COMERCLO IMOBILIARLO LTDA AV. AGUA VERDE, 595 - 1ST. 76.536.275/0001-06 AND 76.676.774/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1506 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT DATED: 07/03/2013 | SOLARIS EQUIPAMENTOS E SERVIQOS LTDA AV. LOURENQO BELLOLI, 1050 (PARTE). 1100 E 1250 (PARTE) PQ. INDUSTRIAL MAZZEI - 06268-110 OSASCO - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1507 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 11/25/2015 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM BELA   VISTA, AMERICANA - SP, CEP 13471-200. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1508 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 01/16/2015 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 07, JARDIM BELA VISTA, AMERICANA - SP, CEP 13471-200. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1509 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 09/24/2015 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM BELA VISTA, AMERICANA -   SP, CEP 13471-200. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1510 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 10/03/2014 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM   BELA VISTA, AMERICANA - SP, CEP 13471-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
_____
Name                                            Case number (if known): 25-11102



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1511** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 07/02/2015 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM AMERICANA - SP, CEP 13471-200   BELA VISTA, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1512** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 05/26/2014 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM AMERICANA - SP, CEP 13471-200   BELA VISTA, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1513** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 11/11/2014 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM AMERICANA - SP, CEP 13471-200   BELA VISTA, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1514** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 08/10/2015 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM BELA VISTA, AMERICANA - SP, CEP 13471-200 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1515** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 07/02/2014 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM BELA VISTA, AMERICANA - SP, CEP 13471-200 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1516** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 08/07/2014 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM AMERICANA - SP, CEP 13471-200   BELA VISTA, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1517** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 11/28/2014 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM BELA VISTA, AMERICANA - SP, CEP 13471-200 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1518 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 09/20/2012 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 07, JARDIM BELA VISTA, AMERICANA - SP, CEP 13471-200. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1519 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 09/24/2015 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM BELA VISTA, AMERICANA -   SP, CEP 13471-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1520 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 09/24/2015 | SONHO REAL VIAGENS E TURISMO LTDA AV. SAO JERONIMO, 120, LOJA 33, JARDIM BELA VISTA, AMERICANA -   SP, CEP 13471-200. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TOURIST SERVICES DATED: 09/03/2014 | SONHO REAL VIAGENS E TURISMO LTDA. AV. SAO JERONIMO, 120, LOJA 33, JARDIM   BELA VISTA, AMERICANA - SP, CEP 13471-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL OR TECHNOLOGICAL SERVICES DATED: 05/29/2014 | SORVICO NACIONAL DE APRENDIZAGEM INDUSTRIAL - SENAI SAO PAULO, AVENIDA PAULISTA N° 1313, 3RD FLOOR REPRESENTED BY THE DIRECTOR OF ESCOLA SENAI "JOAO MARTINS COUBE" |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE  PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, SANTANA DE PARNAIBA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1526 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1527 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA.–ME<br>RUA PADRE GUILHERME POMPEU, 01, CENTRO, SANTANA DE PARNAÍBA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1528 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1529 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES - SUP 442/08 DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1530 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1532** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES - SUP 442/08 DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1533** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1534** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1535** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1536** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1537** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1538** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
_____
Name

Case number (if known):   25-11102
_____

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1539** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009<br><br>Undetermined | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| **2.1540** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES – SUP 442/08<br><br>Undetermined | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>CNPJ: 07.099.350/0001-04 ADDRESS: RUA PADRE GUILHERME POMPEU, 01, SANTANA DE PARNAÍBA, SP |
| **2.1541** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/30/2017<br><br>Undetermined | SRM LIRIA SERVIÇOS REFORMA E MANUTENÇÃO DE MÁQUINAS RUA RAFAEL CORREIA SAMPAIO, 1176, SÃO CAETANO DO SUL, SP, CEP 09541-250 |
| **2.1542** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 12/23/2015<br><br>Undetermined | SRM LIRIA SERVIÇOS REFORMA E MANUTENÇÃO DE MÁQUINAS RUA RAFAEL CORREIA SAMPAIO, 1176, SANTA PAULA, SÃO CAETANO DO SUL, SP, CEP 09541-250 |
| **2.1543** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE PROVISION CONTRACT DATED: 05/25/2015<br><br>Undetermined | SRM LIRIA SERVIGOS REFORMA E MANUTENCAO DE MAQUINAS RUA RAFAEL CORREIA SAMPAIO, 1176, SANTA PAULA - SAO CAETANO DO SUL - SP |
| **2.1544** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE PROVISION AGREEMENT DATED: 02/10/2015<br><br>Undetermined | SRM LIRIA SERVIQOS REFORMA E MANUTENCAO DE MAQUINAS RUA RAFAEL CORREIA SAMPAIO, 1176, SANTA PAULA - SAO CAETANO DO SUL - SP |
| **2.1545** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE ASSIGNMENT OF THE RIGHT OF USE AND PROVISION OF SERVICES DATED: 11/19/2012<br><br>Undetermined | STAFF INFORMATICA LTDA JOINVILLE (SC), AT RUA COM. FREDERICO STOLL. 86 |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1546** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE PRIVATE INSTRUMENT OF THE ASSIGNMENT OF RIGHT OF USE AND PROVISION OF SERVICES DATED: 08/15/2008<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | STAFF INFORMATICA LTDA RUA COM. FREDERICO STOLL, 86, CARVALHO, |
| **2.1547** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE PRIVATE INSTRUMENT OF ASSIGNMENT OF THE RIGHT OF USE AND PROVISION OF SERVICES DATED: 07/10/2008<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | STAFF INFORMATICA LTDA JOINVILLE (SC), AT RUA COM. FREDERICO STOLL, 86 REPRESENTED BY ITS LEGAL REPRESENTATIVE. RENATO LUIZ DE CARVALHO |
| **2.1548** State what the contract or lease is for and the nature of the debtor's interest: ASSIGNMENT OF THE RIGHT TO USE AND PROVIDE SERVICES DATED: 02/01/2008<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | STAFF INFORMATICA LTDA JOINVILLE (SC), AT RUA COM. FREDERICO STOLL, 86 REPRESENTED BY ITS LEGAL REPRESENTATIVE, RENATO LUIZ DE CARVALHO |
| **2.1549** State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR ASSIGNMENT OF RIGHT OF USE AND PROVISION OF SERVICES DATED: 07/01/2005<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | STAFF INFORMATICA LTDA JOINVILLE (SC), AT RUA COM. FREDERICO STOLL, 86 CENTRO CEP: 89201-340 |
| **2.1550** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR ASSIGNMENT OF THE RIGHT TO USE AND PROVIDE SERVICES DATED: 02/01/2008<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | STAFF INFORMATICA LTDA MAUA/SP. AVENUE MANOEL DE NOBREGA, 350 CAPUAVA |
| **2.1551** State what the contract or lease is for and the nature of the debtor's interest: AGREEMENT FOR THE USE OF A NETWORK OF AUTHORIZED SERVICE ESTABLISHMENTS. DATED: 10/16/2008<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | STAR ONE TELEMATICA S.A. AV PROFESSOR MARIO WERNECK 26, 28TH FLOOR ESTORIL BELO HORIZONTE/MG CEP - 30455-610  ATTN: MR ROGERIO LEAO FIGUEIREDO |
| **2.1552** State what the contract or lease is for and the nature of the debtor's interest: MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |

Debtor Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1553 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AV MARGINAL, 156, CENTRO, JAGUARIUNA - CEP 13820-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1554 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1555 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1556 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1557 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AV MARGINAL, 156, CENTRO, JAGUARIUNA - CEP 13820-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1561 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1562 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1563 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1564 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, MUNICIPALITY OF JAGUARIUNA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1565 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AV. MARGINAL, 156 JAGUARIÚNA, SP, 13820-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1566 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1567 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1568 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1569 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMÁTICA S/A AVENIDA MARGINAL, 156 – CENTRO, JAGUARIÚNA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1570 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMÁTICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIÚNA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1571 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMÁTICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIÚNA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1572 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD - SUP DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1573 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF  BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1574** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF  BELO HORIZONTE - MG, CEP: 30730-610 |

| **2.1574** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF  BELO HORIZONTE - MG, CEP: 30730-610 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1575** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD - SUP DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1576** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1577** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1578** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1579** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1580** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1581 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1582 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1583 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1584 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1585 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1586 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1587 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1588 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1589 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY  OF BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1590 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 11/07/2008 | STILLUS ALIMENTAÇÃO LTDA. RUA DONA VIRGÍNIA MURTA, 97, BAIRRO PADRE EUSTÁQUIO, BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1591 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 06/15/2009 | STILLUS ALIMENTAÇÃO LTDA. RUA DONA VIRGÍNIA MURTA, 97, BAIRRO PADRE EUSTÁQUIO, BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1592 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1593 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1594 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1596 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1597 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1598 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF  BELO HORIZONTE - MG, CEP: 30730-610, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1599 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1600 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1602 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1603 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1604 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1605 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1606 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1607 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. AT RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO,  MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1608 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT WITH CUSTOMER AIRA-PLUS MINI MACHINE SYSTEM DATED: 03/13/2014 | STOROPACK DO BRASIL - EMBALAGENS DE PROTECAO LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA TIANGUA, 135, CEP 04363-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
　　　　　Name

Case number (if known):   25-11102

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1609 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE RENTAL AGREEMENT WITHOUT DRIVER PROVISION DATED: 07/31/2015 | SUNSET RENT A CAR LTDA. AVENIDA DOS AUTONOMISTAS, 2255-SALA  01-CENTRO-CEP:06090-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1610 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/22/2011 | SUZAQUIM INDUSTRIAS QUIMICAS LTDA RUA RAPHAEL DA ANUNCIA?AO FONTES N° 349  SUZANO - SP ATTN: COMMERCIAL AND MARKETING REPRESENTATION CHACARAS CERES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1611 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/03/2009 | SYS SUPORTE TECNICO EM INTERCAMBIO ELETRONICO DE INFORMACAO LTDA RUA BURMA, N° 682, VILA REGINA, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1612 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/01/2010 | SYS TECHNICAL SUPPORT IN ELECTRONIC INTERCHANGE OF INFORMATION LTDA RUA BURMA, NO. 682, VILA REGINA, IN THE CITY  OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1613 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE PROVISION CONTRACT OF SERVICES DATED: 07/01/2011 | SYS TECHNICAL SUPPORT IN ELECTRONIC INTERCHANGE OF INFORMATION LTDA RUA BRUMA, N.° 682, VILA REGINA, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1614 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/29/2013 | SYS TECHNICAL SUPPORT IN ELECTRONIC INTERCHANGE OF INFORMATION LTDA RUA BRUMA, N.° 682, VILA REGINA, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1615 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 09/10/2008 | SYSTECH SERVICOS DE INFORMATICA LTDA RUA INDEPENDENCIA," N° 540, CJ .: 53, JARDIM BELA VISTA, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1616 | State what the contract or lease is for and the nature of the debtor's interest | TWELFTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2013 | SYSTORM PROCESSAMENTO DE DADOS LTDA RUA ALASCA, 399 PARQUE DAS AMÉRICAS MAUÁ, STATE OF SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1617 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT. | TAIZHOU ENCORTICH TRANSMISSION SHAFT CO., LTD XUANMEN INDUSTRIAL ZONE LUPU YUHUAN, ZHEJIANG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1618 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 10/17/2014 | TAIZHOU XINTENG OIL PUMP CO.,LTD. N°SHANGAO INDUSTRIAL ZONE YUHUAN COUNTY, ZHEJIANG PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1619 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL CONSULTING SERVICES DATED: 02/05/2015 | TATERRA CONSULTORIA EM GESTÃO EMPRESARIAL LTDA RUA PADRE VIEIRA, 731 BAIRRO JARDIM CNPJ: 10.452.848/0001-05 SANTO ANDRÉ, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1620 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL CONSULTING SERVICES DATED: 01/12/2014 | TATERRA CONSULTORIA EM GESTÃO EMPRESARIAL LTDA RUA PADRE VIEIRA, 731 BAIRRO JARDIM CNPJ: 10.452.848/0001-05 SANTO ANDRÉ, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1621 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT | TBX DESENVOLVIMENTO DE SISTEMAS LTDA RUA PROFESSOR AYRTON ROBERTO DE OLIVEIRA, 32 - BAIRRO ITACORUBI, FLORIANÓPOLIS, SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1622 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2014 | TBX DESENVOLVIMENTO DE SISTEMAS LTDA RUA PROFESSOR AYRTON ROBERTO DE OLIVEIRA, 32 BAIRRO ITACORUBI FLORIANÓPOLIS, SC, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda _____   Case number (if known): 25-11102 _____
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1623 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA SUPPLIER CONTRACT DATED: 10/08/2013 | TECALLIANCE GMBH ARNIKAWEG 3 KOLN / COLOGNE, 51109 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1624 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY CONTRACT DATED: 06/30/2014 | TECHNIQUES SURFACES DO BRASIL LTDA ESTRADA DO RUFINO, 1.182, DIADEMA, SP, CNPJ: 46.375.309/0001-67 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1625 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF AUTOMOTIVE PRODUCTS DATED: 09/08/2008 | TECHSUS INDUSTRIA DE AUTO PECAS LTDA RUA BENJAMIN CONSTANT, N° 3870, IN THE CITY OF JOINVILLE, STATE OF SANTA CATARINA  ATTN: SR. ALMIR ANDRADE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1626 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED: 02/27/2015 | TECMAR TRANSPORTES LTDA/ 5 RUA DA CONGREGA^AO, 206 PQ. IND. RAMOS DE FREITAS EMBU DAS ARTES - SP. ZIP CODE 06816-005 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1627 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE SUPPLY AGREEMENT DATED: 04/01/2014 | TECNOMOTOR S.P.A RUA G. MORUZZI, 43100, PARMA (PR) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1628 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AND DISTRIBUTION CONTRACT DATED: 04/01/2013 | TECNOMOTOR S.P.A RUA G.  MORUZZI, 43100, PARMA (PR)  REPRESENTED BY THE GENERAL  DIRECTOR, MR. ANTONIO CASO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1629 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SUPPORT AGREEMENT DATED: 07/01/2013 | TECNOMOTOR S.P.A. VIA MORUZZI 3A PARMA, PR, ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Cofap do Brasil Ltda _____    Case number (if known)   25-11102 _____
              Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1630**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LETTER OF INTENT DATED: 10/18/2012 | TECNOMOTOR SPA VIA G. MORUZZI 3/A PARMA, 43100 ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1631**

| State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNOPLAST INDUSTRIA E COMERCIO LTD AV. ELISEU DE ALMEIDA 3303 SAO PAULO, 05520-900 BRAZIL |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1632**

| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/02/2014 | TECPA MATERIAIS ELETRICOS LTDA RUA  INTERNACIONAL, 460 - JD. DAS NOGOES - DIADEMA - SP, CEP: 09921-300 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1633**

| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/23/2015 | TECPA MATERIAIS ELETRICOS LTDA. RUA  INTERNACIONAL, 460 - JD. DAS NOZOES - DIADEMA - SP, CEP: 09921-300 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1634**

| State what the contract or lease is for and the nature of the debtor's interest | GOODS TRANSPORTATION CONTRACT: 11/01/2019 | TERMACO TERMINAIS MARÍTIMOS DE CONTAINERS E SERVIÇOS ACESSÓRIOS LTDA RODOVIA BR. 116, KM.04, Nº. 7.250, BAIRRO CAJAZEIRAS, CEP: 60.862-764, FORTALEZA/CE --- AVENIDA JÚLIA GAIOLLI, Nº. 740, GALPÃO 06, CONDOMÍNIO GLP - ÁGUA CHATA, CEP: 07251-500, GUARULHOS, SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1635**

| State what the contract or lease is for and the nature of the debtor's interest | LOAN FOR USE FREE OF CHARGE DATED: 06/18/2012 | TEXA S.P.A. VIA 1 MAGGIO 9 MONASTIER DI TREVISI, TREVISO, ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1636**

| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 12/31/2012 | TEXA S.P.A. MONASTIER DI  TREVISO (TREVISO), VIA 1° MAGGIO |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1637**

| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 12/28/2009 | TEXA S.P.A. VIA 1 MAGGIO, 9 MONASTIER DI TREVISO, TV, 31050 ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1638**

| State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT FOR INTERNSHIP DATED: 05/24/2016 | THE ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL OF LAVRAS AVENIDA PADRE DEHON 209, LAVRAS, (MG) |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1639**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FLEET MANAGEMENT CONTRACT DATED: 07/03/2012 | TICKET SERVICES . S.A ALAMEDA 7 TOCANTINS, 125, ALPHAVILLE, BARUERI - SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1640**

| State what the contract or lease is for and the nature of the debtor's interest | CLIENT CONTRACT DATED: 07/22/2003 | TICKET SERVICOS S.A AV. PAULISTA N° 2.313, SAO PAULO - CAPITAL |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1641**

| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE TICKET CAR CUSTOMER CONTRACT DATED: 04/10/2013 | TICKET SERVICOS S.A. BARUERI/SP, AT ALAMEDA TOCANTINS, N°125, 20TH TO 23RD FLOORS |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1642**

| State what the contract or lease is for and the nature of the debtor's interest | STAND LEASE AGREEMENT DATED: 05/11/2015 | TOME EVENTOS E MONTAGENS - EIRELI AV. GOV. CARLOS DE LIMA CAVALCANTE, 395 - CASA CAIADA OLINDA-PE - CEP 53.040-000 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1643**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1644** State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. <br> BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1645** State what the contract or lease is for and the nature of the debtor's interest | MAGNETI MARELLI COFAP CIA FABRIC DE PECAS LTDA DATED: 12/03/2013 | TOTAL FLEET S.A. <br> BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1646** State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. <br> BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1647** State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A.. <br> BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1648** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRADE VIGILÂNCIA E SEGURANÇA LTDA. <br> CNPJ: 12.817.114/0001-08 <br><br> ADDRESS: AVENIDA SÃO JOSÉ, 535 A, CENTRO, VARGINHA - MG, CEP 37002-135 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1649** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRADE VIGILÂNCIA E SEGURANÇA LTDA. <br> CNPJ: 12.817.114/0001-08 <br><br> ADDRESS: AVENIDA SÃO JOSÉ, 535 A, CENTRO, VARGINHA - MG, CEP 37002-135 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1650** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF GOODS TRANSPORT SERVICES DATED: 08/01/2008 | TRANRODUART TRANSPORTE DE CARGAS LTDA ME <br> RURI  LUIZ GAMA, N° 37, MONROES NEIGHBORHOOD, IN THE CITY OF SANTO ANDRE, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|--------|------------------------------|--------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1651** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF GOODS TRANSPORTATION SERVICES: 08/01/2008 | TRANRODUART TRANSPORTE DE CARGAS LTDA ME. RUA LUIZ GAMA, Nº 37, BAIRRO MONÇÕES, CIDADE DE SANTO ANDRÉ, ESTADO DE SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1652** | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION OF GOODS SERVICE AGREEMENT: 08/01/2008 | TRANRODUART TRANSPORTE DE CARGAS LTDA ME. RUA LUIZ GAMA, Nº 37, BAIRRO MONÇÕES, NA CIDADE DE SANTO ANDRÉ, ESTADO DE SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1653** | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION OF GOODS SERVICE AGREEMENT: 08/01/2008 | TRANRODUART TRANSPORTE DE CARGAS LTDA ME. RUA LUIZ GAMA, Nº 37, BAIRRO MONÇÕES, NA CIDADE DE SANTO ANDRÉ, ESTADO DE SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1654** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE REALIZATION OF SPONSORSHIP QUOTA AND OTHER COVENANTS DATED: 05/01/2011 | TRANSMISSAO ESPORTIVA LTDA PRACA DA BANDEIRA, 61 ANDAR 1 CONJ 11 E, CENTRO - SAO PAULO - CEP: 01.007-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1655** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF TRANSPORTATION SERVICES FOR EMPLOYEES DATED: 01/23/2014 | TRANSPORTADORA MARACA LTDA RIBEIRAO PIRES, STATE OF SAO PAULO, AT AVENIDA FRANCISCO MONTEIRO, 2191 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1656** | State what the contract or lease is for and the nature of the debtor's interest | PLAN OF ACCOUNT SETTLEMENT AND DEBT CONFESSION: 11/13/2013 | TRANSPORTADORA PIGATTO LTDA (PIEX) AV DAS INDUSTRIAS, 275, BAIRRO: ANCHIETA, PORTO ALEGRE - RS, CEP: 90.200-290 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1657** | State what the contract or lease is for and the nature of the debtor's interest | PLAN OF RECKONING AND CONFESSION OF DEBT DATED: 11/13/2013 | TRANSPORTADORA PIGATTO LTDA (PIEX) AV DAS INDUSTRIAS, 275, BAIRRO: ANCHIETA, PORTO ALEGRE - RS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda _____   Case number (if known): 25-11102 _____

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1658 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF GOODS TRANSPORT SERVICES DATED: 05/08/2013 | TRANSPORTES BERTOLINI LTDA RUA NOVA GUATAPORANGA, N° 366, CUMBICA NEIGHBORHOOD, IN THE CITY OF GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF GOODS TRANSPORT SERVICES DATED: 05/08/2013 | TRANSPORTES BERTOLINI LTDA RUA NOVA GUATAPORANGA, N° 366, CUMBICA NEIGHBORHOOD, IN THE CITY OF GUARULHOS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF MAINTENANCE SERVICES DATED: 09/10/2008 | TREINNAR SERVICOS E EQUIPAMENTOS CONTRA FOGO LTDA RUA  CARAMURU, N° 515, VILA CONCEIQAO, IN THE CITY OF DIADEMA, STATE OF SAO PAUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1661 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF MAINTENANCE SERVICES DATED: 04/14/2006 | TREINNAR SERVICOS E EQUIPAMENTOS CONTRA FOGO LTDA. RUA CARAMURU, N° 515, VILA CONCEIGAO, IN THE CITY OF DIADEMA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1662 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/05/2015 | TRIADE VIGILANCIA E SEGURANCA LTDA AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1663 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRIADE VIGILANCIA E SEGURANQA LTDA. AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1664 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRIADE VIGILANCIA E SEGURANQA LTDA. AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1665** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/20/2012 | TRIFA LAMPS GERMANY GMBH IN DEN BRUCHWIESEN 12 ANNWEILER, 76855 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1666** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF USE DATED: 02/14/2001 | TRW AUTOMOTIVE SOUTH AMERICA S/A VIA ANHANGUERA, KM 147, LIMEIRA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1667** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF USE DATED: 02/14/2001 | TRW AUTOMOTIVE SOUTH AMERICA S/A RODOVIA SP-147 (LIMEIRA - MOGI MIRIM), KM 97, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1668** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF USE DATED: 02/14/2001 | TRW AUTOMOTIVE SOUTH AMERICA S/A RODOVIA SP-147 (LIMEIRA - MOGI MIRIM), KM 97, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1669** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY CONTRACT DATED: 12/01/2016 | UNIBOMBAS INDUSTRIA E COMERCIO DE AUTO PECAS CAIEIRAS/SP, AT RUA DANILO VALBUSA, N°. 517, CEP: 07747-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1670** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF A CONTRACT FOR THE PROVISION OF MEDICAL SERVICES. DATED: 07/31/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AVENIDA DA SAUDADE, N° 369  AMPARO  SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1671** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION DATED: 01/06/2014 | UNISYS BRASIL LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda
Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1672 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS DATED: 01/06/2014 | UNISYS BRASIL LTDA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1673 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION DATED: 01/06/2014 | UNISYS BRASIL LTDA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1674 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/06/2014 | UNISYS BRASIL LTDA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1675 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS DATED: 01/06/2014 | UNISYS BRASIL LTDA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1676 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/06/2014 | UNISYS BRASIL LTDA. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1677 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 01/06/2014 | UNISYS BRASIL LTDA. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1678 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: | UNISYS BRASIL LTDA. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1679** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: | UNISYS BRASIL LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1680** | State what the contract or lease is for and the nature of the debtor's interest | ERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING, AND ELECTRONIC SERVICE INVOICE DATED: | UNISYS BRASIL LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1681** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS A | UNISYS BRASIL LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1682** | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE RENTAL AGREEMENT DATED: 05/24/2023 | USECAR RENTAL COMPANY S/A BELO HORIZONTE/MG, TO AVENI DA MAJOR DELFINO DE PAULA, NO. 1.225, SÃO FRANCISCO NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1683** | State what the contract or lease is for and the nature of the debtor's interest | GOODS TRANSPORTATION SERVICES AGREEMENT: 06/06/2016 | V A RODRIGUES ALVES SERVIÇOS E TRANSPORTES - EIRELI RODOVIA ENGENHEIRO FABIANO VIVACQUA, 257/277, SALA 02, BAIRRO MARBRASA, CACHOEIRO DE ITAPEMIRIM, ESTADO DO ESPÍRITO SANTO, CEP 29313-656 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1684** | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE SOFTWARE LICENSE AGREEMENT DATED: 06/01/2013 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAPOES UNIDAS, 11.633, SALA 143 - BROOKLIN, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1685** | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE SOFTWARE LICENSE AGREEMENT DATED: 06/01/2013 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAPOES UNIDAS, 11.633, SALA 143 - BROOKLIN, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
         Name

Case number (if known)   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1686** State what the contract or lease is for and the nature of the debtor's interest<br><br>SECOND ADDENDUM TO THE SOFTWARE LICENSE AGREEMENT DATED: 06/01/2013<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | VAGAS TECNOLOGIA DE SOFTWARE LTDA<br>AVENIDA DAS NAPOES UNIDAS, 11.633, SALA 143 - BROOKLIN, SAO PAULO |
| **2.1687** State what the contract or lease is for and the nature of the debtor's interest<br><br>VACANCIES E-PARTNER SOFTWARE LICENSING PROPOSAL DATED: 05/10/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | VAGAS TECNOLOGIA DE SOFTWARE LTDA.<br>RUA CATEQUESE, 88, BAIRRO DO BUTANTA, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| **2.1688** State what the contract or lease is for and the nature of the debtor's interest<br><br>EQUIPMENT LENDING AGREEMENT DATED: 05/07/2013<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | VALDIR PINTO DA SILVA CENTRO AUTOMOTIVO LTDA<br>AVENIDA. MONTEIRO LOBATO N°. 859, CEP: 07112-000 ,  CIDADE DE GUARULHOS, STATE OF SAO PAULO |
| **2.1689** State what the contract or lease is for and the nature of the debtor's interest<br><br>PRIVATE INSTRUMENT OF LOAN TERMINATION DATED: 04/02/2013<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | VALDIR PINTO DA SILVA CENTRO AUTOMOTIVO LTDA<br>GUARULHOS/SP, AT AVENIDA MONTEIRO  LOBATO, N°. 859 |
| **2.1690** State what the contract or lease is for and the nature of the debtor's interest<br><br>BANKING CORRESPONDENT AGREEMENT DATED: 03/05/2012<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | VALOR GESTAO DE CREDITO E RECUPERAQAO DE ATIVOS LTDA<br>SAO PAULO, AT RUA MANOEL RIBEIRO ROSA 173 |
| **2.1691** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/01/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | VANSOFT INFORMATICA LTDA<br>RUA ANTONIO CLEMENTE, N°. 524, JARDIM SAO PAULO, IN THE CITY AND STATE OF SAO PAULO |
| **2.1692** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT TO THE PROVISION CONTRACT OF SERVICES DATED: 07/01/2011<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | VANSOFT INFORMATICA LTDA<br>RUA ANTONIO CLEMENTE, NO. 524, JARDIM SAO PAULO, IN THE CITY AND STATE OF SAO PAULO |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1693 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PROVISION CONTRACT OF SERVICES DATED: 09/01/2013 | VANSOFT INFORMATICA LTDA. RUA ANTONIO CLEMENTE, NO. 524, JARDIM SAO PAULO, IN THE CITY AND STATE OF SAO PAUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1694 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 08/11/2008 | VANSOFTINFORMATICA LTDA RUA ANTONIO CLEMENTE, N° 524, JARDIM SAOPAULO, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1695 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT AGREEMENT DATED: 04/04/2017 | VARROC ELASTOMERS PVT LTD M-191/2 MIDC INDUSTRIAL AREA WALUJ AURANGABAD, MAHARASHTRA, 431136 INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1696 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING AGREEMENT DATED: 07/16/2014 | VELUPLAST TECIDOS E PLASTICOS LTDA ESCOBAR  STREET. NO. 40. SAO CRISTOVAO, IN THE CITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1697 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF DISTRATO DE COMODATO. DATED: 01/28/2016 | VELUPLAST TECIDOS E PLASTICOS LTDA RUA ESCOBAR, N°. 40, SAO CRISTOVAO, IN THE CITY  OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1698 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE RESIDENTIAL LEASE AGREEMENT DATED: 12/10/2014 | VENTURA:E.SALGADO AGROPECUARIA LTDA RUA SAO PAULO, N° 2.610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1699 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DIONISIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.1700 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1701 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1702 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1703 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1704 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1705 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1706 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1707 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2023 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1708 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1709 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/12/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1710 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1711 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1712 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1713 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1714 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N°<br><br>88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1715 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DIONᵔSIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1716 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 07/15/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1717 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1718 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 BAIRRO GUTIERREZ BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1719 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 – GUTIERREZ, BELO HORIZONTE – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1720 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 – GUTIERREZ, BELO HORIZONTE – MG CNPJ: 03.175.428/0001-63 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda

Name

Case number (if known):  25-11102

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1721** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315, GUTIERREZ, BELO HORIZONTE – MG, 30430-130 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1722** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 GUTIERREZ DISTRICT BELO HORIZONTE, MG, BRAZIL |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1723** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - M |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1724** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1725** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1726** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1727** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1728** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | ATTENTION: MR. LILIAN CAVALCANTE PEDROZA - COMMERCIAL MANAGER |
| | List the contract number of any government contract | | |
| **2.1729** | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1730** | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1731** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1732** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1733** | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1734** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1735 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1736 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1737 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1738 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/13/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1739 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1740 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1741 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (if known):   25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1742** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1742** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1743** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1744** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1745** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1746** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1747** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1748** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA T RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1749** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES<br><br>Undetermined | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| **2.1750** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 07/15/2010<br><br>Undetermined | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG, |
| **2.1751** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009<br><br>Undetermined | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| **2.1752** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014<br><br>Undetermined | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| **2.1753** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES<br><br>Undetermined | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA NO. 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| **2.1754** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014<br><br>Undetermined | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| **2.1755** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/24/2014<br><br>Undetermined | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):    25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1756** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1757** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICE DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - M |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1758** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO  INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1759** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1760** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO  INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1761** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 07/15/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N°

88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1762** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                                                    Case number (if known):    25-11102
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1763** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIONˆSIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1764** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIONˆSIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1765** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA Nº 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1766** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA Nº 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1767** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1768** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA Nº 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1769** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA Nº 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1770**
State what the contract or lease is for and the nature of the debtor's interest: ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013

State the term remaining: Undetermined

List the contract number of any government contract:

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA
RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG

---

**2.1771**
State what the contract or lease is for and the nature of the debtor's interest: 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009

State the term remaining: Undetermined

List the contract number of any government contract:

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA
RUA GENERAL DIONʌSIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG

---

**2.1772**
State what the contract or lease is for and the nature of the debtor's interest: ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013

State the term remaining: Undetermined

List the contract number of any government contract:

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA
RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG

---

**2.1773**
State what the contract or lease is for and the nature of the debtor's interest: ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013

State the term remaining: Undetermined

List the contract number of any government contract:

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA
AT RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG

---

**2.1774**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009

State the term remaining: Undetermined

List the contract number of any government contract:

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA
ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

---

**2.1775**
State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010

State the term remaining: Undetermined

List the contract number of any government contract:

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA
ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

---

**2.1776**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009

State the term remaining: Undetermined

List the contract number of any government contract:

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA
ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

---

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):  25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1777 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1778 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1779 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1780 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1781 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1782 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1783 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1784 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1785 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1786 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1787 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1788 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1789 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1790 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1791**
State what the contract or lease is for and the nature of the debtor's interest: 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1792**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1793**
State what the contract or lease is for and the nature of the debtor's interest: 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1794**
State what the contract or lease is for and the nature of the debtor's interest: ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1795**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF CONSULTING SERVICES

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1796**
State what the contract or lease is for and the nature of the debtor's interest: 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

State the term remaining: Undetermined

List the contract number of any government contract:

**2.1797**
State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES.

VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N°  88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG

State the term remaining: Undetermined

List the contract number of any government contract:

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1798**

| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315, BAIRRO GUTIERREZ, BELO HORIZONTE – MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1799**

| State what the contract or lease is for and the nature of the debtor's interest | 5TH ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315, BAIRRO GUTIERREZ, BELO HORIZONTE – MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1800**

| State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA ALAMEDA DO INGÁ, 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERRANO, NOVA LIMA – MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1801**

| State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA ALAMEDA DO INGÁ, 88, 6º E 7º ANDARES – VALE DO SERRANO, NOVA LIMA – MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1802**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA. ATTN: MR. LILIAN CAVALCANTE PEDROZA        COMMERCIAL MANAGER ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, VALE DO SERENO, NOVA LIMA – MG, CEP 34.000-000 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1803**

| State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA. RUA GENERAL DIONÍSIO CERQUEIRA, 315, BAIRRO GUTIERREZ, BELO HORIZONTE - MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1804**

| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: | VERZANI & SANDRINI LTDA RUA MARINA , 487 - BAIRRO CAMPESTRE - SANTO ANDRE - SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1805 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: Undetermined | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.1806 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: Undetermined | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, ISANTO ANDRE, SAO PAULO |
| 2.1807 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: Undetermined | VERZANI & SANDRINI LTDA RUA MARINA , 487 - BAIRRO CAMPESTRE - SANTO ANDRE - SP |
| 2.1808 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: Undetermined | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.1809 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: Undetermined | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.1810 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING DATED: 02/25/2010<br><br>Undetermined | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE,SANTO ANDRE, SAO PAULO |
| 2.1811 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: Undetermined | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, SANTO ANDRE, SAO PAULO |

Debtor    Marelli Cofap do Brasil Ltda
_____    Case number (if known):    25-11102
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1812 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.1813 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, MUNICIPALITY OF SANTO ANDRE, SAO PAULO |
| 2.1814 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOÃO RIBEIRO<br>N° 583<br>BAIRRO CAMPESTRE<br>SANTO ANDRÉ, SÃO PAULO,<br>BRAZIL |
| 2.1815 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 02/15/2010<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.1816 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 06/01/2009<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.1817 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 02/15/2010<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.1818 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOÃO RIBEIRO, 583, BAIRRO CAMPESTRE, SANTO ANDRÉ - SP |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1819 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N° 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1820 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: | VERZANI & SANDRINI LTDA RUA JOÃO RIBEIRO, 583, BAIRRO CAMPESTRE, SANTO ANDRÉ – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1821 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 09/01/2013 | VG SYSTEM COMERCIO E PROJETOS LTDA RUA AURELIA, 645, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1822 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF PASSENGER DATED: 02/22/2012 | VIACAO LAVRAS LTDA R. TRIANGULO, 32, SL 03, LAVRAS/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1823 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF FRAMEWORK CONTRACT SUMMARY DATED: 07/02/2012 | VIACAO LAVRAS LTDA R. TRIANGULO, 32, SL 03, LAVRAS/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1824 | State what the contract or lease is for and the nature of the debtor's interest | OJ AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TRANSPORT SERVICES DATED: 07/02/2013 | VIAQAO GORATE LTDA RUA TRIANGULO, N° 32, SALA 02, CENTRO, CEP: 37200-000, LAVRAS/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1825 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TRANSPORT SERVICES DATED: 07/02/2014 | VIAQAO GORATE LTDA RUA TRIANGULO, N° 32, SALA 01, CENTRO, CEP: 37.200-000, LAVRAS/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1826 | State what the contract or lease is for and the nature of the debtor's interest | SIGNATURE DATE TAKEN AS THE EFFECTIVE DATE DATED: 05/20/2015 | VITORIA DECORACOES LTDA RUA CHAGAS DORIA, N° 242, CENTRO, LAVRAS - MG - CEP 37200-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1827 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/20/2015 | VITORIA DECORAQOES LTDA RUA CHAGAS DORIA, N° 242, CENTRO, LAVRAS - MG - CEP 37200-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1828 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TRANSPORT SERVICES DATED: 07/02/2015 | VITORIA VIAGENS TURISMO E EXCURSIONS LTDA ME RUA ANTONIO MEDEIROS N° 186 L ITAUNA MG 35680189 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1829 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF MAINTENANCE SERVICES DATED: 08/08/2013 | VIVA REPRESENTAQOES LTDA RUA SALVADOR EDRA, N.° 313 - CJ .: 12, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1830 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SERVICES CONTRACT DATED: 11/12/2012 | VIVA REPRESENTAQOES LTDA. RUA SALVADOR DE EDRA, 313 - CJ 12, SAO PAULO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1831 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 | VIVO - S.A. AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1832 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 | VIVO -S.A AVENIDA HIGIENÓPOLIS, 1365 CENTRO LONDRINA, PR, 86015-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1833 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 |
| | | VIVO -S.A<br>AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| 2.1834 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 |
| | | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| 2.1835 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 |
| | | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| 2.1836 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 |
| | | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| 2.1837 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 |
| | | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| 2.1838 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 |
| | | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| 2.1839 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 |
| | | VIVO S.A.<br>AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1840** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 | VIVO S.A. AV. HIGIENÓPOLIS, 1365, LONDRINA – PR<br><br>CNPJ: 02.449.992/0001-64 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1841** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 | VIVO -S.A. AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1842** | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION OF CONTRACTUAL RELATIONSHIP DATED: 08/20/2015 | VM SERVICOS DE INFORMATICA S/C LTDA RUA TIMOR, N.° 925, BAIRRO PARQUE NOVO ORATORIO, CEP: 09750-450, SANTO ANDRE, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1843** | State what the contract or lease is for and the nature of the debtor's interest | FOURTEENTH AMENDMENT TO THE SERVICE AGREEMENT DATED: 06/01/2014 | VM SERVICOS DE INFORMATICA S/C LTDA RUA TIMOR, N.° 925, BAIRRO PARQUE NOVO ORATORIO, CEP: 09750-450, SANTO ANDRE, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1844** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VMG INDUSTRIA METALURGICA LTDA RUA SALVADOR RIPOLI, 995 -SANTA LUZIA - RIBEIRAO PIRES/SP, CEP 09431-360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1845** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/28/2008 | VMS CONSULT COMERCIO E ASSESSORIA TECNICA LTDA RUA PADRE  VIEIRA, 731-PARTE, VILA ALPINA, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1846** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 06/30/2015 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA VIA  ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1847 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 10/14/2015 | VPR ENGENHARIA ADM COM EQUIP. IND. LTDA SAO  CAETANO DO SUL/SP, AT RUA DO NIQUEL, 35 - PROSPERIDADE - CEP: 9550-490 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1848 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN TERM FOR TESTING DATED: 06/02/2015 | VPR ENGENHARIA ADM COM EQUIP. IND. LTDA SAO CAETANO DO SUL/SP, AT RUA DO  NIQUEL, 35 - PROSPERIDADE - CEP: 9550-490, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1849 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF NATIONAL COLLECTION SERVICES DATED: 02/09/2009 | WAY BACK COBRANGA E SERVICOS LTDA. RUA PADRE RAPOSO, 39 - 5TH AND 6TH FLOORS, MOOCA, CEP 03118-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1850 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 10/13/2013 | WELLFAR ENGINE PARTS CO., LTD 906 NORTH TOWER THE HUB N° 1068 XINGGANG EAST ROAD HAIZHU DISTRICT, GUANGZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 06/22/2012 | WENZHOU HUIRUN IMPORT & EXPORT CO., LTD YONGJING ROAD 55 ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE WENZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT RELATED TO THE SUPPLY AGREEMENT DATED: 10/06/2013 | WENZHOU HUIRUN IMPORT & EXPORT CO., LTD YONEJING ROAD 55 ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE WENZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1853 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTAL AGREEMENT FOR INMETRO EXPENSES DATED: 10/29/2012 | WENZHOU HUIRUN IMPORT & EXPORT CO., LTD (ACHR) YONSJING ROAD 55 ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE WENZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1854 | State what the contract or lease is for and the nature of the debtor's interest | EXPENSES REIMBURSEMENT AGREEMENT DATED: 06/30/2015 | WENZHOU HUIRUN IMPORT & EXPORT CO., LTD (ACHR) YONGJING ROAD 55 ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE WENZHOU, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1855 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT SIGNED DATED: 12/10/2015 | WHITE MARTINS GASES INDUSTRIAIS AV. CRISTIANOTEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO, CONTAGEM, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1856 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS RIO DE JANEIRO AND WITH   BRANCH / STORE LOCATED IN: CONTAGEM STATE: MG ON STREET / AV. CRISTIANO  TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1857 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 12/10/2015 | WHITE MARTINS GASES INDUSTRIAIS ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO CONTAGEM, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1858 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 05/20/2020 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1859 | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1860 | State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPE - PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): 25-11102 |
| | Name | |

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1861 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT DATED: 12/31/2022 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1862 | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1863 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT DATED: 01/03/2019 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA. T RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE, R |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1864 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019, ENTERED INTO ON 03/01/2019 ("CONTRACT"). DATED: 01/01/2025 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA. AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ UNDER Nº 35.820.448/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1865 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019, ENTERED INTO ON 03/01/2019 ("CONTRACT"). DATED: 01/01/2023 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA. RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE, REGISTERED WITH THE CNPJ/MF UNDER NUMBER 24.380.578/0001-89, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1866 | State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | WHITE MARTINS GASES INDUSTRIAIS LTDA RUA DO PARAÍSO, 148 - 4º ANDAR, SÃO PAULO – SP, CEP 04103-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1867 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA CONTAGEM STATE: MG ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1868** State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 |
| | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1869** State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT SIGNED DATED: 11/01/2015 |
| | WHITE MARTINS GASES INDUSTRIAIS LTDA CONTAGEM STATE: MG ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1870** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS DATED: 01/01/2023 |
| | WHITE MARTINS GASES INDUSTRIAIS LTDA HEADQUARTERED AT AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1871** State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 |
| | WHITE MARTINS GASES INDUSTRIAIS LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1872** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. DATED: 12/31/2022 |
| | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ 35.820.448/0001-36 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1873** State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 |
| | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1874** State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 |
| | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Cofap do Brasil Ltda                                    Case number (if known): 25-11102
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1875 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT DATED: 01/03/2019 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1876 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT DATED: 12/31/2022 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE J |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1877 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 05/20/2020 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1878 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BRANCH / STORE LOCATED IN: CONTAGEM BAIRRO: CINCO CONTAGEM, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1879 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 01/01/2020 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1880 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO  CONTAGEM STATE: MG ON STREET / AV. CRISTIANO TEIXEIRA  F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1881 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO  CONTAGEM, MG STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | | Case number (if known) | 25-11102 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1882** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT - GAS SUPPLY CONTRACT AND OTHER PACTS - CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. CONTAGEM BRANCH ADDRESS: RUA CRISTIANO TEIXEIRA F. GUIMARÃES, 50, BAIRRO CINCO, CONTAGEM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1883** | State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | WHITE MARTINS GASES INDUSTRIAIS LTDA. AVENIDA PASTOR MARTIN LUTHER KING JR., 126, BLOCK 10, WING A, ROOM 401, DEL CASTILHO, RIO DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1884** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BRANCH / STORE LOCATED IN: CONTAGEM BAIRRO: CINCO CONTAGEM, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1885** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019, ENTERED INTO ON 03/01/2019 ("CONTRACT"). DATED: 01/01/2023 | WHITE MARTINS GASES INDUSTRIAIS LTDA. AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ UNDER Nº 35.820.448/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1886** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 12/10/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO AND WITH BRANCH / STORE LOCATED IN: CONTAGEM STATE: MG ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1887** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO CONTAGEM, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1888** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT SIGNED DATED: 12/10/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO CONTAGEM STATE: MG ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known): 25-11102

Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1889 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 01/11/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RUA CRISTIANO TEIXEIRA F. GUIMARÃES, 50, BAIRRO CINCO, CONTAGEM - MG, 32041-350 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1890 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1891 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1892 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1893 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1894 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1895 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1896 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1897 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1898 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1899 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1900 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AGREEMENT WITH SERVICE PROVISION: 10/01/2019 | XEROX COMERCIO E INDUSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1901 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1902 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1903 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1904 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1905 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1906 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1907 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1908 | State what the contract or lease is for and the nature of the debtor's interest | 1 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/08/2021 | XEROX COMÉRCIO E INDÚSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1909 | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/11/2023 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Name

Case number (if known):    25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1910 | State what the contract or lease is for and the nature of the debtor's interest | 1 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/08/2021 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1911 | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/08/2021 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1912 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 01 TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 11/26/2020 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1913 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1914 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 01/01/2016 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD,  IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1915 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1916 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 01/01/2016 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Cofap do Brasil Ltda
    Name

Case number (if known):  25-11102

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1917 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. AV. PAULISTA, 1776 - 4TH AND 5TH FLOOR AND BASEMENT - CEP 01310-921 -  BELA VISTA - SAO PAULO - SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1918 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1919 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1920 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1921 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD,  IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1922 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1923 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda

Case number (if known):   25-11102

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1924 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1925 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD,  IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1926 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 01/01/2016 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1927 | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 04/11/2023 | XEROX COMÉRCIO E INDÚSTRIA LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1928 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT RELATED TO THE SUPPLY AGREEMENT DATED: 12/06/2013 | YANGZHOU FOCUS SHOCK ABSORBER CO., LTD NO. 201, XINJINQIAO RD ROOM 501 MODEM COMMUNICATION PLAZA PUDONG DIST. SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1929 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 07/13/2012 | YANGZHOU FOCUS SHOCK ABSORBER CO., LTD NO. 201, XIHJINQIAO RD. ROOM 501 MODEM COMMUNICATION Z PLAZA PUDONG DIST. SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1930 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. PRIVATE INSTRUMENT OF AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES. DATED: 08/20/2014 | ZECODE TECHNOLOGT LTDA RUA PARANA, 670/672 - .  CENTRO. CITY OF SAO CAETANO DO SUL, STATE OF SAO PAULO. CEP: 09521070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Cofap do Brasil Ltda                                                 Case number (if known):    25-11102

Name

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1931 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/31/2016 | ZECODE TECHNOLOGT LTDA - EPP RUA PARANA, 670/672 - .  CENTRO. CITY OF SAO CAETANO DO SUL, STATE OF SAO PAULO. CEP: 09521070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1932 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO A CONTRACT FOR THE PROVISION OF SERVICES. DATED: 08/14/2014 | ZECODE TECHNOLOGT LTDA - EPP RUA PARANA, 670/672 - .  CENTRO. CITY OF SAO CAETANO DO SUL, STATE OF SAO PAULO. CEP: 09521070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1933 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/08/2014 | ZECODE TECHNOLOGY LTDA RUA  PARANA, 670/672 - CENTRO, SAO CAETANO DO SUL, CEP: 09521-070, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1934 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL DATED: 05/12/2011 | ZECODE TECHNOLOGY LTDA RUA PARAI'BA, N° 670, CENTRO, SAO CAETANO DO SUL,  SP, CEP 09521-070, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1935 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL ASSISTANCE SERVICES DATED: 05/12/2011 | ZECODE TECHNOLOGY LTDA RUA PARAI'BA, N° 670, CENTRO, SAO CAETANO DO SUL, SP, CEP 09521-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1936 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ASSISTANCE SERVICES DATED: 02/01/2010 | ZECODE TECHNOLOGY LTDA RUA PARAIBA, N° 670, CENTRO, SAO CAETANO DO SUL, SP, CEP 09521-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1937 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ASSISTANCE SERVICES TECHNIQUE DATED: 02/01/2010 | ZECODE TECHNOLOGY LTDA RUA PARAIBA, N° 670, CENTRO, SAO CAETANO DO SUL, SP, CEP 09521-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Cofap do Brasil Ltda
         Name

Case number (if known): 25-11102

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1938 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL ASSISTANCE SERVICES DATED: 11/12/2008 | ZECODE TECNOLOGY LTDA. RUA PARANA, N° 670, CENTRO, SAO CAETANO DO SUL, SP, CEP. 09521-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1939 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL ASSISTANCE SERVICES DATED: 11/12/2008 | ZECODE TECNOLOGY LTDA. RUA PARANA, N° 670, CENTRO, SAO CAETANO DO SUL, SP, CEP. 09521-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1940 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/11/2011 | ZETA2 ORGANIZACAO DE EVENTOS LTDA SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1941 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/11/2011 | ZETA2 ORGANIZACAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1942 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, DATED: 04/11/2011 | ZETA2 ORGANIZACAO DE EVENTOS LTDA CAPITAL OF THE STATE OF SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1943 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES DATED: 04/27/2009 | ZETA2 ORGANIZAÇÃO DE EVENTOS LTDA. RUA SEBASTIÃO DE ANDRADE BONANI, Nº 172, SÃO PAULO - SP, CEP 04671-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1944 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, FREE CUSTODY, AND PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES – | ZETA2 ORGANIZAÇÃO DE EVENTOS LTDA. RUA SEBASTIÃO DE ANDRADE BONANI, 172, SÃO PAULO – SP CNPJ: 05.974.804/0001-05 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1945 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY DATED: 04/11/2011 | ZETA2 ORGANIZAQAO DE EVENTOS LTDA SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1946 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES OF A PROMOTIONAL STAND AND OTHER COVENANTS DATED: 04/11/2011 | ZETA2 ORGANIZAQAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1947 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/25/2015 | ZEUS ENGINEERING E LOGISTIC LTDA AVENIDA GUAPIRA, 1306 TUCURUVI CEP 02265-002 SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1948 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE PRODUCTS SUPPLY AGREEMENT DATED: 10/02/2012 | ZHEJIANG HUASEN RADIATOR MANUFACTURING CO,LTD NO 1099, HONGYUAN RD. RUIANECONOMICAL DEVELOPMENT ZONE ZHEJIANG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1949 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 02/27/2015 | ZURICH MINAS BRASIL SEGUROS S/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1950 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 02/27/2015 | ZURICH MINAS BRASIL SEGUROS S/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1951 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 02/27/2015 | ZURICH MINAS BRASIL SEGUROS S/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (if known): | 25-11102 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1952**

**State what the contract or lease is for and the nature of the debtor's interest**

SERVICES AGREEMENT DATED: 02/27/2015

ZURICH MINAS BRASL S/A

**State the term remaining**   Undetermined

**List the contract number of any government contract**

---

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name        Marelli Cofap do Brasil Ltda

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11102

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

### 1. Does the debtor have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |

Debtor   Marelli Cofap do Brasil Ltda

Name

Case number (If known): 25-11102

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Cofap do Brasil Ltda | Case number (If known): | 25-11102 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

Debtor  Marelli Cofap do Brasil Ltda
Name

Case number (If known):  25-11102

## Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Cofap do Brasil Ltda | | Case number (If known): | 25-11102 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

Debtor   Marelli Cofap do Brasil Ltda
         Name

Case number (If known):   25-11102

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.40 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.41 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.42 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.43 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.44 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.45 | Marelli Sosnowiec Poland Sp. z. o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |

Debtor  Marelli Cofap do Brasil Ltda

Name

Case number (If known):  25-11102

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.51 | | | | ☐ D ☐ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name __Marelli Cofap do Brasil Ltda__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known) __25-11102__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/11/2025__
       MM / DD / YYYY

X __/s/ Alanna Abrahamson__
Signature of individual signing on behalf of debtor

__Alanna Abrahamson__
Printed name

__Executive Vice President, Chief Financial Officer__
Position or relationship to debtor