## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis.  The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis.  As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards.  Upon the application of such standards, the financial information could be subject to changes, which could be material.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled.  The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors.  Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements.  Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist.  Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements.  In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors.  In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals.  Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors.  The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## **Global Notes and Overview of Methodology**

4.     **Description of the Debtors' Chapter 11 Cases**.  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102].  On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5.    **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.    **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.    **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b.    **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c.    **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

4

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.      **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.      **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.      **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

5

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.    **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.    **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.   **Methodology**.

a.   **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.   **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.  **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.  **Consolidated Entity Accounts Payable and Disbursement Systems**.  Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]  *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.    **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.  **Language Translation**. The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h.  **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i.  **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities. Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.    **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.    **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.    **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.    **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.   **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.   **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.   **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.    **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.    **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.    **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.    **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## Part 1 –  Cash and Cash Equivalents

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances at net book value as of the Petition Date. Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

## Part 2 –  Deposits and Prepayments

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –** <u>**Accounts Receivable**</u>

**Schedule A/B 11 – Accounts Receivable.** The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –** <u>**Investments**</u>

**Schedule A/B 15 – Investments**. Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –** <u>**Inventory, Excluding Agricultural Assets**</u>

a.  **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale.** Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight. Amounts are shown net of reserves and other adjustments.

b.  **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**. The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –** <u>**Office Furniture, Fixtures, and Equipment; and Collectibles**</u>

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 –   Machinery, Equipment, and Vehicles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 –   Real Property**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B.  Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 –   Intangibles and Intellectual Property**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors.  The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed.  Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included.  Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included.  The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 –   All Other Assets**

a.    **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards.  The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6].  In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions.  The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring.  Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.    **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

carriers and various surety bonds provided by multiple third-party sureties. The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.    **Schedule A/B 75 – Other Contingent and Unliquidated Claims**. The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a.   **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.   **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date. Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders. In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order. In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors. Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent. Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing. The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G. Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not independently set forth on Schedule G. Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G. In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors. In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

## Specific Notes Regarding Statements

a.  **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.  **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.  **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

22

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.   **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.    **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.    **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.    **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.    **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.    **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.     **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.  The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.     **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.     **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.     **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.     **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name _____Marelli Corporation_____

United States Bankruptcy Court for the: _____District of Delaware_____

Case number (If known): _____25-11103_____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................................

   $ _____93,084,653.45*_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................................

   $ _____5,226,622,038.83*_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................................

   $ _____5,319,706,692.28*_____

---

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........................................

   $ _____Undetermined_____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................................

   $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................

   **+** $ _____6,733,761,082.63*_____

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b

   $ _____6,733,761,082.63*_____

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Marelli Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11103

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.

   ☑  Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**                                                                                    $                0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  See Attached Rider | | _ _ _ _ | $   4,904,611.23 |
| 3.2 | | _ _ _ _ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1  None | | $   0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $   4,904,611.23

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐  No. Go to Part 3.

   ☑  Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1  GUARANTEE DEPOSITS | $   1,658,781.14 |
| 7.2 | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES _____  $        6,136,920.10

   8.2  COMMERCIAL AND OTHER PREPAID EXPENSES _____  $        6,637,079.55

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                              $       14,432,780.79

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐  No. Go to Part 4.

    ☑  Yes. Fill in the information below.

                                                                   **Current value of debtor's
                                                                   interest**

11. **Accounts receivable**

    11a. 90 days old or less:     86,971,160.95  —    0.00       = ...... →   $      86,971,160.95
                                  face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:        0.00            —    0.00       = ...... →   $              0.00
                                  face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $      86,971,160.95

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐  No. Go to Part 5.

    ☑  Yes. Fill in the information below.

                                          **Valuation method          Current value of debtor's
                                          used for current value**     interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 None                                                       $              0.00

    14.2                                                            $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                      % of ownership:

    15.1 See Attached Rider          %                             $        Undetermined

    15.2                             %                             $

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 None                                                       $              0.00

    16.2                                                            $

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.            $        Undetermined

*Plus Undetermined Amounts

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED<br>MM / DD / YYYY | $    36,012,962.93 | NET BOOK VALUE | $    36,012,962.93 |
| 20.  **Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED<br>MM / DD / YYYY | $    4,777,828.48 | NET BOOK VALUE | $    4,777,828.48 |
| 21.  **Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED<br>MM / DD / YYYY | $    15,128,782.08 | NET BOOK VALUE | $    15,128,782.08 |
| 22.  **Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED<br>MM / DD / YYYY | $    11,481,991.14 | NET BOOK VALUE | $    11,481,991.14 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$    67,401,564.63

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value  $   Undetermined   Valuation method  N/A             Current value  $   Undetermined

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** | | | |
| | $ | | $ |
| 29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

         ☐ No

         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor    Marelli Corporation
_____    Case number (If known)  25-11103
Name

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ _____ | _____ | $            0.00 |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ _____ | _____ | $            0.00 |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ _____ | _____ | $            0.00 |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $    56,112,099.62 | _____ | $    56,112,099.62 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $    56,112,099.62

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  93,084,653.45* | | $  93,084,653.45* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $  93,084,653.45* |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $  Undetermined | | $  Undetermined |
| 61. **Internet domain names and websites** | | | |
| See Attached Rider | $  Undetermined | | $  Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| None | $ | | $  0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTS | $  Undetermined | N/A | $  Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| See Attached Rider | $  Undetermined | | $  Undetermined |
| 65. **Goodwill** | | | |
| None | $ | | $  0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $  Undetermined |
|---|---|

**\*Plus Undetermined Amounts**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | _____ — _____ = → | $ | 0.00 |
|---|---|---|---|
|  | Total Face Amount   Doubtful or uncollectible Amount |  |  |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| VARIOUS TAX ATTRIBUTES | Tax Year | VARIOUS | $ | Undetermined |
|---|---|---|---|---|
|  | Tax Year |  | $ |  |
|  | Tax Year |  | $ |  |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| See Attached Rider | $ | Undetermined |
|---|---|---|

**Nature of Claim**

**Amount Requested**    $ _____

76. **Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 4,996,799,821.61 |
|---|---|---|
|  | $ |  |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ | 4,996,799,821.61* |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

**\*Plus Undetermined Amounts**

Debtor    Marelli Corporation
      Name

Case number (If known)    25-11103

---

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 4,904,611.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 14,432,780.79 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 86,971,160.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 67,401,564.63 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 56,112,099.62 | |
| 88. **Real property.** *Copy line 56, Part 9.* . .............................................................. → | | $93,084,653.45* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 4,996,799,821.61* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 5,226,622,038.83* | + 91b.  $93,084,653.45* |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................. | | $ 5,319,706,692.28* |

*Plus Undetermined Amounts

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2120 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2896 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3906 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3914 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3922 | $0.00 |
| CITIZENS BANK | OPERATING ACCOUNT | **0779 | $1,000.00 |
| MIZUHO BANK | CASH POOLING - HEADER ACCOUNT | **7524 | $3,133,475.41 |
| MIZUHO BANK | CASH POOLING - OPERATING ACCOUNT | **2222 | $0.00 |
| MIZUHO BANK | CASH POOLING - OPERATING ACCOUNT | **6639 | $0.00 |
| MIZUHO BANK | OPERATING ACCOUNT | **0626 | $533,967.24 |
| MIZUHO BANK | OPERATING ACCOUNT | **1878 | $262.40 |
| MIZUHO BANK | OPERATING ACCOUNT | **1916 | $0.00 |
| MIZUHO BANK | OPERATING ACCOUNT | **2789 | $0.00 |
| MIZUHO BANK | OPERATING ACCOUNT | **5657 | $524,460.94 |
| MIZUHO BANK | OPERATING ACCOUNT | **6168 | $10,333.60 |
| MIZUHO BANK | OPERATING ACCOUNT | **6440 | $141,312.00 |
| MIZUHO BANK | OPERATING ACCOUNT | **9991 | $343,566.23 |
| MUFG BANK | OPERATING ACCOUNT | **0000 | $6,769.06 |
| RESONA BANK | OPERATING ACCOUNT | **8121 | $207,441.80 |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| SUMITOMO MITSUI BANKING CORPORATION | OPERATING ACCOUNT | **2610 | $2,022.55 |
| SUMITOMO MITSUI BANKING CORPORATION | OPERATING ACCOUNT | **3863 | $0.00 |
| | | **TOTAL** | **$4,904,611.23** |

Debtor Name:  Marelli Corporation                                                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| CALSONIC KANSEI (SHANGHAI) CORPORATION | 100 | N/A | Undetermined |
| CALSONIC KANSEI KOREA CORPORATION | 84.87 | N/A | Undetermined |
| HIGHLY MARELLI HOLDINGS CO., LTD | 40 | N/A | Undetermined |
| MARELLI  SWEDEN AB | 100 | N/A | Undetermined |
| MARELLI (CHINA) HOLDING COMPANY | 100 | N/A | Undetermined |
| MARELLI (GUANGZHOU) CORPORATION | 100 | N/A | Undetermined |
| MARELLI (THAILAND) CO., LTD | 100 | N/A | Undetermined |
| MARELLI AFTERSALES CO., LTD. | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE COMPONENTS (WUXI) CORPORATION | 32.4 | N/A | Undetermined |
| MARELLI AUTOMOTIVE SYSTEMS EUROPE PLC | 100 | N/A | Undetermined |
| MARELLI BUSINESS SERVICE CORP. | 100 | N/A | Undetermined |
| MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. | 99.9 | N/A | Undetermined |
| MARELLI ENGINEERING (SHANGHAI) CO., LTD. | 100 | N/A | Undetermined |
| MARELLI ENGINEERING YANGON CO., LTD. | 99.79 | N/A | Undetermined |
| MARELLI EPT STRASBOURG (FRANCE) | 80 | N/A | Undetermined |
| MARELLI FUKUSHIMA CORPORATION | 100 | N/A | Undetermined |
| MARELLI GERMANY GMBH | 100 | N/A | Undetermined |
| MARELLI KYUSHU CORPORATION | 100 | N/A | Undetermined |
| MARELLI MACHINE WORKS CORP. | 100 | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MARELLI MEXICANA, S.A. DE C.V. | 0.001 | N/A | Undetermined |
| MARELLI NORTH AMERICA, INC. | 100 | N/A | Undetermined |
| MARELLI PLOIESTI ROMANIA S.R.L. | 100 | N/A | Undetermined |
| MARELLI R&D CO., LTD. | 100 | N/A | Undetermined |
| MARELLI RUS LLC | 0.1 | N/A | Undetermined |
| NISSIN KOGYO CO.,LTD. | 33.95 | N/A | Undetermined |
| PT KANSEI INDONESIA MANUFACTURING | 100 | N/A | Undetermined |
| SHANGHAI HIGHLY NEW ENERGY TECHNOLOGY CO., LTD. | 25 | N/A | Undetermined |
| SIAM CALSONIC CO., LIMITED | 49 | N/A | Undetermined |
| TOKYO RADIATOR MFG.CO., LTD. | 8.01 | N/A | Undetermined |
| UNI-CALSONIC CORP. | 19 | N/A | Undetermined |
| YUE KI INDUSTRIAL CO.,  LTD. | 19 | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Corporation                                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| OWNED ASSETS | $301,570.82 | NET BOOK VALUE | $301,570.82 |
| OWNED INDUSTRIAL EQUIPMENT | $11,668,657.26 | NET BOOK VALUE | $11,668,657.26 |
| OWNED PLANT AND MACHINERY | $39,912,611.76 | NET BOOK VALUE | $39,912,611.76 |
| RENTED/LEASED ASSETS | $555,739.22 | NET BOOK VALUE | $555,739.22 |
| RENTED/LEASED INDUSTRIAL EQUIPMENT | $1,275,834.56 | NET BOOK VALUE | $1,275,834.56 |
| RENTED/LEASED PLANT AND MACHINERY | $1,314,180.89 | NET BOOK VALUE | $1,314,180.89 |
| TANGIBLE ASSETS IN PROGRESS | $1,083,505.11 | NET BOOK VALUE | $1,083,505.11 |
| | | **TOTAL** | **$56,112,099.62** |

Debtor Name: Marelli Corporation                                          Case Number: 25-11103

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $65,804,939.87 | NET BOOK VALUE | $65,804,939.87 |
| VARIOUS | OWNED LAND | $26,871,006.35 | NET BOOK VALUE | $26,871,006.35 |
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $408,707.23 | NET BOOK VALUE | $408,707.23 |
| SUZUYO HIGASHIMATSUYAMA WAREHOUSE, 296-1, SHINGOU, HIGASHIMATSUYAMA-SHI, SAITAMA, 355-0071, JAPAN | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| FUKUSHIMA PLANT, 5-1 SUMIYOSHI, NIHONMATSU, 964-0867, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| GUNMA OLD DORMITORY (ARCHIVE), AKENO, □−2, ORA, DISTRICT ORA, GUNMA, 370-0602, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| GUNMA PLANT, 132 SHIN-NAKANO, ORA-MACHI, ORA-GUN, GUNMA, 370-0612, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| KODAMA PLANT, 540-7 KYOEI, KODAMA-CHO, HONJU, 367-0206, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| NAKATSU PLANT, 150-3 OAZA-INUMARU, NAKATSU, 879-0105, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SANO TESTING RESEARCH CENTER & TS GUNMA BRANCH PLANT, 7 & 8 SAKAE-CHO, SANO, 327-0816, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| USA PLANT, 111 WAKI, USA, 879-1135, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| YOSHIMI PLANT, 628 OAZA-KUMEDA, YOSHIMI, 355-0153, JAPAN | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| ATSUGI OFFICE, 3-1-1 KOTOBUKI-CHO, ATSUGI, 243-0003, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| HAMAMATSU OFFICE, HAMAMATSU ACT TOWER 20F, 111-2, ITAYA-MACHI, NAKA-KU, HAMMAMATSU, 430-7790, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| HIROSHIMA OFFICE, 7F SANKYO HIROSHIMA BLDG., 3-25 KOMACHI, NAKA-KU, HIROSHIMA, 730-0041, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| KANDA NISSAN PLANT - ON/IN SITE, NISSAN MOTOR KYUSYU, 1-3, SHINHAMA-CHO, KANDA-MACHI, KANDA, 800-0395, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| NEW SAITAMA HQ, 2-19-4 MIYAHARA-CHO, KITA-KU, SAITAMA, 331-0812, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| NISSAN OPPAMA PLANT - ON/IN SITE, 1, NATSUSHIMA-CHO, YOKOSUKA, 237-0061, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| NISSAN SHATAI SHONAN - ON/IN SITE, 1-3, NAGATORO, HIRATSUKA-SHI, HIRATSUKA, 254-0021, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SHIMOTSUKE TOCHIGI WAREHOUSE, 144-1 SHIMOKOYAMA SHIMOTSUKI-SHI, SHIMOTSUKE, 329-0502, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| TOCHIGI NISSAN PLANT - ON/IN SITE, 2500 KAMIKAMOU, KAMINOKAWA, 329-0692, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| TOKAI PLANT, 3-32 AZA-IWATA, MAKIHIRA-CHO, OKAZAKI-CITY, 444-3624, JAPAN | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | **TOTAL** | **$93,084,653.45**<br>+ Undetermined Amounts |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN200510073831 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200510085367 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610071691 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610082671 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610127038 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200610127724 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200680019859 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200680040033 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200680041229 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200680046614 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200680047390 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200680049721 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710003694 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710079872 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710103716 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710142923 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200710145872 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780003376 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780004285 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780017465 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780019221 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN200780020710 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780022037 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780026108 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780027725 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780028130 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780028269 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780029600 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780030943 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780031436 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780032064 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780033133 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200780043556 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810085755 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810089953 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810127831 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810130580 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810130761 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810130762 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810135903 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810161807 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810167002 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN200810167072 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810179036 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810180130 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810188181 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810188296 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200810189106 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200880000657 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200880000784 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910000074 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910001422 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910005599 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910006966 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910007602 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200910008429 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200980146070 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200980147293 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200980148329 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN200980150564 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080004224 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080006550 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080045708 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                           Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201080049451 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080051310 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080052873 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201080058832 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110044927 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110120252 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110227769 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110264335 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110272194 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110294200 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201180012442 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201180020570 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201180049583 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201180058842 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201180061230 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210073001 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210170602 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210407802 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201280005650 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201280022820 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201280029492 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201280030645<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201280031440<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310013256<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310036302<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310061280<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310073356<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310074191<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310113103<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310157121<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310198473<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201310247639<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380013504<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380025764<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380053634<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380053869<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380057125<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380059897<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380066105<br>STATUS: PENDING<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380066701<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380067054<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201380067943<br>STATUS: ACTIVE<br>COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201410324509 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201410784232 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480019498 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480023341 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480029835 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480040749 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480063333 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480067478 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480073712 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480074497 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201480077099 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510122568 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201510122569 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580014480 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580017688 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580027794 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580028048 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580028052 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580038987 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580045023 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580048265 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201580054489 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580066842 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580072701 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580073956 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580074179 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580075380 STATUS: GRANTED COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201580077573 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680010101 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680015767 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680017894 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680056077 STATUS: GRANTED COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680064498 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201680079294 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780008090 STATUS: GRANTED COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780012132 STATUS: GRANTED COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780025877 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780026035 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780037399 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780047193 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780054060 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780054126 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN201780055820 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780074054 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780075627 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201780078904 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201811002145 STATUS: GRANTED COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201821533671U STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202011078568 STATUS: ACTIVE COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. DE07792168T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE102014226193 STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112013005192T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112014002091T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112014002515T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112014005264T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112014005796T STATUS: GRANTED COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112014006230T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112014006300T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112015003439T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112015006111T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112018002649T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112019001753T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112019002165T STATUS: PENDING COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE112019003582T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112019003939T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112019004281T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112019006601T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112020005983T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112020005999T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112021005332T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112021007045T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112022001924T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE112022002135T<br>STATUS: PENDING<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE40504645F<br>STATUS:<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005002800T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005003986T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005004102T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005006067T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602005010180T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006000470T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006000604T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006001086T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006006488T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006007791T<br>STATUS: ACTIVE<br>COUNTRY: GERMANY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                   Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE602006008248T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006012696T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006016035T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006017239T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602006019134T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007000135T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602007005285T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008002355T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. EP05291634 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06003448 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06023667 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06125039 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06781798 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP06832506 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07105170 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07792647 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP07850765 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP08764264 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09007764 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09830390 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10014302 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP10828206 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP10833020 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11179172 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP11771943 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12002207 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12198616 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12199284 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12841831 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13162114 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13163373 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13167539 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP13168497 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP14869547 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP15770027 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16749174 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16768489 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16768696 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16851097 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP16862148 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP17766543 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18798287 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. EP18890235 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP18892296 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19803412 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19806895 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19806896 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP19822646 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20849265 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21812567 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21836862 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21929225 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22153023 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22153027 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22812405 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22845953 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22858217 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22903700 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP22927595 STATUS: PENDING COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. ES05291634T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. IN202247070886 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202317065983 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. IN202417050376 STATUS: COUNTRY: INDIA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. IN6619CHN2015<br>STATUS:<br>COUNTRY: INDIA | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005148860<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005149928<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005150288<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005150424<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005151012<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005151013<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005151699<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005153231<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005154786<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005154882<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005157088<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005159119<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005159683<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005160333<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005161048<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005163278<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005163279<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005163622<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005164621<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005165065<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005165294 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005166026 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005167627 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005167628 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005167629 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005168363 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005169009 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005169572 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005169808 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005169809 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005170254 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005170562 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005170563 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005171113 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005172023 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005172249 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005173133 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005173702 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005175122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005175820 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005177999 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005178028 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005180043 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005180173 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005180175 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005181361 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005181860 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005182907 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005182908 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005182911 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005183099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005185628 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005185692 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005185693 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005188692 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005189378 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005189823 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005190122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005192301 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005193320 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005194186 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005194528 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005194529 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005195302 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005197839 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005197847 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005198797 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005199011 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005204082 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005204141 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005204147 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005204579 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005205246 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005210223 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005210418 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005211204 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005212122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005212123 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005213562 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005213563 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005214030 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005215164 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005218190 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                           Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005220132 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005222304 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005222335 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005223126 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005223131 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005223538 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005223842 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005223860 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005225030 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005225187 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005225299 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005225300 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005226261 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005228556 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005228728 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005231109 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005236700 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005237457 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005237458 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005239079 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005239081 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005239859 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005240091 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005240101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005240962 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005241035 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005241036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005242015 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005242619 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005242639 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005244407 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005244538 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005245452 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005245453 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005246349 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005246523 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005254011 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005255386 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005255388 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005256345 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005258966 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005261054 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005261154 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005262106 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005263746 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005273022 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005273023 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005273697 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005273888 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005274381 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005274546 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005276556 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005279371 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005280703 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005280705 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005283248 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005290723 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005291571 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005292013 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005292110 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005292111 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005292112 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005294083 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005294233 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005295077 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005296055 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005298545 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005298546 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005298547 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005298549 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005301919 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005302318 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005302495 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005304049 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005305611 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005305954 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005305982 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005306139 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005306140 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005311316 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005311825 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005315170 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005316006 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005317881 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005318349 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005318960 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005318961 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005320351 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005320894 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005320895 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005320896 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005321101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005321131 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005321320 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005322730 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005322732 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005323969 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005325067 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005326570 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005327901 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005329195 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005331905 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005332004 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005332703 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005337382 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005338079 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005341174 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005343870 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005344906 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005344922 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005346217 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005346228 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005349750 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005350919 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005350922 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005351121 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005351664 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005358369 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005358952 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005359669 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005360623 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005361465 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005361694 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005363462 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005365459 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005366413 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2005367436 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005369741 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005370184 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005370193 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005370670 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005373844 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005374163 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005375981 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005376449 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005376457 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005376763 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005377142 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005377567 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005378076 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005378975 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2005379853 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006002452 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006002907 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006002909 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006004993 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006005102 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006005103 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006005984 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006007598 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006009024 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006010935 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006010936 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006010937 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006011623 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006011649 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006011858 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006011965 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006011966 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006011967 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006012257 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006012258 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006013443 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006013827 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006014166 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006014762 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006015385 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006016765 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006016834 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006017721 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006017867 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006019044 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006020389 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006022479 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006025903 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006026664 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006026801 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006027922 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006032198 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006032914 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006034099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006035849 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006037477 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006037480 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006037640 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006042742 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006042743 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006042744 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006048773 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006048949 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006051394 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006053384 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006054638 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006054874 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006056334 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006061998 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006062228 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006063819 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006065827 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006065828 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006067300 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006069264 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006070088 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006070622 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006070623 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006074434 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006079840 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006081256 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006082857 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006082873 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                  Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006084020 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006086001 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006087419 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006088743 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006089933 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006090126 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006093528 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006093529 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006093530 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006098639 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006101286 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006101287 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006102271 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006104163 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006104219 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006104523 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006105767 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006105778 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006105817 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006105818 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006105831 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006105833 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106007 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106008 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106009 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106024 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106141 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106261 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106262 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106264 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106265 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006106267 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006109114 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006109115 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006109479 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006109480 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006109487 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006109521 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006109627 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006110027 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006110586 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006110815 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                     Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006111013 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006112444 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006113949 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006113950 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006114694 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006115634 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006115679 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006117963 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006118421 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006119031 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006119032 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006121031 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006122927 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006127906 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006127907 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006129320 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006132385 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006133472 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006134233 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006135037 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006135040 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                       Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006136300 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136303 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136494 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136497 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136498 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136537 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136538 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136539 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006136786 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006137137 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006137346 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006137906 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006138111 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006138956 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006138960 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006138971 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006138979 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006139628 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006144303 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006144310 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006145250 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                            Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006145485 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006145595 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006145602 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006145608 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006145613 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006146259 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006148047 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006148049 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006149263 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006150586 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006150808 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006151682 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006152239 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006154639 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006155481 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006155482 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006155532 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006155887 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006156545 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006156847 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006157161 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006157246 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006157442 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006157921 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006158001 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006158164 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006160580 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006160583 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006160675 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006162212 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006163031 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006163077 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006163079 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006164113 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006165437 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006165585 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006165775 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006165813 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006165964 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006166118 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006171039 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006172015 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006172045 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006172046 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006172047 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006172380 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006172712 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006173930 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006173940 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006179960 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006181716 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006181764 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006181765 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006182361 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006182367 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006182372 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006182881 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006182882 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006183120 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006183167 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006183995 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006184283 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006184299 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006184304<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006184939<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006185033<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006185034<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006185551<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006185685<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006185688<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006186501<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006187368<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006187387<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006187430<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006187431<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006187445<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006189113<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006189524<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006189734<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006189735<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006189736<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006189738<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006190181<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006190402<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006190536 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006191066 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006191146 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006191575 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006191576 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006192040 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006192041 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006193109 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006193283 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006193292 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006194173 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006194975 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006195812 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006196291 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006198438 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006198445 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006199826 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006200817 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006200818 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006200819 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006200820 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                        Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006200821 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006202812 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006202813 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006203219 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006203220 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006203334 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006203340 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006203343 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006203615 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006203657 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006204840 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006206587 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006208587 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006210502 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006210503 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006210504 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006210627 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006214899 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006214946 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006214947 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006216380 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006216580<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006216844<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006216846<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006216850<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006216852<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006217387<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006217388<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006217410<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006217411<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006217628<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006217698<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006218195<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006218371<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006218608<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006219590<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006220414<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006224296<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006224585<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006224977<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006225685<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006226233<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006226257 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006226258 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006226259 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006226537 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006226721 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006226747 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006227058 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006227243 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006227343 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006228390 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006228819 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006229097 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006229099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006229102 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006229522 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006229531 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006230055 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006230056 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006230057 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006230872 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006230920 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006231182 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006231777 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006232079 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006232392 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006232397 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006233227 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006233272 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006233858 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006237685 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006238075 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006238078 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006240443 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006240937 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006241562 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006242203 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006244139 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006244691 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006245317 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006246367 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006246368 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006246482 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006247573 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006247841 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006247842 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006247843 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006248296 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006251587 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006254561 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006254562 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006257776 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006259300 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006259932 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006260350 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006260542 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006260543 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006260616 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006260617 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006260970 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006263728 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006263729 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006265404 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006265408 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006269193<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006270840<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006270992<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006270995<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006271402<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006271957<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006272145<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006272387<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006272442<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006272453<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006272624<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006272771<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006273016<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006273043<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006273333<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006273337<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006274220<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006275520<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006276010<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006277204<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006277397<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006277485 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006277829 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006277885 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006277906 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006278266 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006278341 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006279397 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006279398 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006280821 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006282788 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006282801 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006283184 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006283188 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006283190 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006283530 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006283531 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006287557 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006287738 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006288231 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006289393 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006289395 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006289396 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006290585 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006291069 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006291317 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006291318 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006291980 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006292254 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006292696 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006292697 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006292701 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006293375 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006294597 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006295515 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006296242 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006297491 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006297872 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006297932 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006298337 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006298338 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006300657 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006300685 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                                  Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006300686 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006300687 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006302295 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006302501 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006303060 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006304314 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006304315 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006305158 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006305159 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006305514 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006305607 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006305660 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006306302 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006306639 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006306672 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006306713 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006307714 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006307715 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006309117 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006310146 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006310351 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006310352 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006311094 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006312124 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006312297 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006312614 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006312992 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006313800 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006314181 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006314688 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006315016 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006315406 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006316560 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006317441 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006317606 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006317607 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006317706 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006318499 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006318501 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006318895 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006319752 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006319753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006320368 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006320948 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006320949 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006321219 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006321725 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006321828 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006321829 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006321830 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006322241 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006325609 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006327273 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006327897 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006327898 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006327899 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006327900 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006327964 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006328036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006328410 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006328411 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006328978 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006329025 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006329628 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006329629 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006330063 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006330171 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006330811 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006330928 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006330929 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006330930 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006331321 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006331734 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006333280 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006333904 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006334676 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006334677 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006334678 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006335872 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006335873 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006336970 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006337122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006338141 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006338143 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006338859 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006338861 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006338868 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006339269 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006339969 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006340853 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006341022 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006342104 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006342929 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006343197 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006343678 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006343679 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006343680 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006344641 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006344643 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006344644 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006344852 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006344853 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006345803 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006346378 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006346560 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2006347941 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006347997 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006348791 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006349287 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006349288 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006349289 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006349369 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006349406 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006349407 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006349842 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006350089 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006350091 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006350823 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006352220 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006352391 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2006354898 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007001318 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007001319 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007001901 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007001902 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007001913 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                  Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007003374 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007003810 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007003811 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007003812 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007003955 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004339 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004340 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004341 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004575 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004576 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004759 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004782 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004873 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004890 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007004922 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007006079 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007006080 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007006493 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007006800 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007006801 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007007397 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007007398 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007007653 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007007655 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007008308 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007008978 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007008979 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007009161 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007009322 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007009323 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007009448 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007009731 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007011749 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007011750 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007012174 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007013466 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007013467 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007013468 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007014245 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007014305 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007014307 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007014658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007014842 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007015713 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007016913 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007016932 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007017317 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007017845 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007017846 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007018397 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007019257 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007019404 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007019933 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007021066 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007023280 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007023281 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007023638 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007023761 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007024145 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007024146 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007024863 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007025230 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007025447 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007025680 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007025803 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007026788 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007026791 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007026835 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007026836 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007026871 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007026924 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007028135 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007028363 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007028631 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007029195 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007029199 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007029201 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007029370 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007030170 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007030171 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007030227 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007030228 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007030871 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007031157 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007031661 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007031711 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007031886 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007032259 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007032260 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007032805 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007034257 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007035230 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007035588 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007037212 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007037636 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007038247 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007038371 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007038551 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007038552 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007038957 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007039110 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007042119 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007043054 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007043366 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007043367 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007047113 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007049777 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007052119 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007052120 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007052121 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007053045 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007055534 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007057169 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007057668 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007058853 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007059008 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007059823 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007059982 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007060257 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007060258 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007061463 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007062784 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007063547 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007063548 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007063817 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007065240 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007066055 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007070392 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007070405 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007070406 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007070731 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007071074 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007071725 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007071764 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007072569 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007074148 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007074264 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007074265 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007074269 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007075806 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007079017 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007079390 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007080495 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007080496 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007080497 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007080498 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007080827 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007080828 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007080845 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007082361 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007083669 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007084849 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007086490 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007096012 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007096051 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007096052 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007096053 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007096169 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007096171 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007097504 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007097505 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007097658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007097659 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007097963 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007099679 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007100431 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007100432 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007100433 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007100547 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007100549 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007100591 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007100592 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007100939 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007101718 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007102508 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007102562 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007102563 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007102618 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007103062 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007104602 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007105747 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007106495 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007106550 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007106623 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007108824 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007108825 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007109071 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007110203 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007112150 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007113382 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007113473 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007113604 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007113816 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007113817 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007114375 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115068 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115258 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115259 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115694 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115695 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115696 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115697 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007115698 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007117811 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007117837 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007117982 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007120648 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007123509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007124672 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007124673 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007125108 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007125109 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007125378 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007125379 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007125555 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007125995 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007125997 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007125998 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007126298 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007127260 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007128119 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007128120 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007128138 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007128139 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007129280 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007129281 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007129314 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007129959 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007130269 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007131625 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007131957 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007132433 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007132434 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007132554 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007133349 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007133350 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007133699 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007134402 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007134889 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007134978 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007134979 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007134980 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007135436 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007135437 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007135927 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007136093 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007136524 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007137410 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007140204 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007140205 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007140274 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007140275 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007140353<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007140354<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007142226<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007143753<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007143928<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007143929<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007148788<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007148937<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007149076<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007149078<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007149223<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007149224<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007149225<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007149666<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007149670<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007150186<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007150187<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007150474<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007150478<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007151236<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007151314<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007151913 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007152288 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007152678 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007152717 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007152874 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007152875 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007152876 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007153475 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007153510 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007153775 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007155068 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007156553 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007157179 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007158447 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007158507 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007159025 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007159215 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007159216 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007159221 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007159601 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007159602 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007159603 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007159614 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007160292 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007160293 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007160294 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007160295 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007160865 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007161451 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007161452 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007162968 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007163060 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007163061 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007163748 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007163749 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007163804 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007168422 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007170352 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007170353 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007170979 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007172244 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007172245 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007172600<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007172601<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007173615<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007173819<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007173889<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007173999<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007174004<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007174974<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007174975<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007175136<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007175139<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007175155<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007175162<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007175433<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007175529<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007176537<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007176607<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007177372<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007177438<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007181637<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007182799<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007182800 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007183105 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007187365 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007187369 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007188993 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007189361 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007189762 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007189764 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007198414 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007199560 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007200536 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007200898 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007200929 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007201861 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007202967 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007205125 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007205648 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007205662 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007205677 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007205678 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007207796 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007208016 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007208101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007209589 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007213782 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007214381 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007216136 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007216436 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007216437 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007217518 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007217791 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007217792 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007217793 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007218347 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007218348 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007220986 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007222155 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007223385 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007227407 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007229610 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007229611 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007230543 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007231738 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007231743 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007231757 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007233802 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007239756 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007240288 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007241005 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007241006 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007241715 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007241753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007241754 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007242213 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007243158 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007243660 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007243970 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007243971 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007244018 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007244218 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007245473 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007245629 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007245630 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                            Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007245884 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007246415 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007247012 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007247067 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007247532 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007247584 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007248559 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007248604 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007249313 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007249673 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007252178 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007252339 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007254461 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007254947 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007257877 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007260219 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007260937 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007260938 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007262828 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007264693 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007264694 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                     Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007266465 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007266746 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007269341 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007269752 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007270822 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007271605 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007272523 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007274203 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007274358 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007274796 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007275065 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007276659 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007277117 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007277850 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007278670 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007279736 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007279869 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007279871 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007279872 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007282544 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007282545 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007284010 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007284874 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007286096 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007290987 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007290988 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007297948 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007297963 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007298043 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007300412 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007301116 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007301905 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007301906 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007303917 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007304191 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007304654 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007306131 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007306713 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007306753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007306769 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007307025 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007307965 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007311079 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007311085 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007311848 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007311948 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007313509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007313530 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007315978 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007315986 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007317474 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007318378 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007318396 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007320996 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007323237 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007324249 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007324258 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007325062 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007325642 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007326138 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007327024 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007327551 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007328402 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                        Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2007329052 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007329904 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007330758 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007331836 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007332137 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007332645 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007334328 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007334757 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007334758 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007334759 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007334760 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007334796 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007335574 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007336955 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007337279 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007337323 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007337513 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007337621 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007337622 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007507031 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2007529226 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008000741 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008000742 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008001247 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008003154 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008003865 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008003873 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008003874 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008003875 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008004467 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008005488 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008005489 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008005739 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008005740 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008006109 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008007256 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008007258 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008007260 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008007723 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008007950 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008007951 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008010319 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008011458 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008011459 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008012341 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008013290 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008013445 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008013740 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008013741 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008013936 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008016779 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008017515 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008018136 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008018569 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008019388 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008020658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008021514 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008021515 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008021621 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008021622 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008022754 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008023390 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008023392 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008023761 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008025509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008025510 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008025511 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008025512 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008026035 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008026036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008026267 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008026271 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008026595 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008027609 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008027610 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008027747 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008028644 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008028645 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008029146 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008029295 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008029411 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008029457 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008030174 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008030175 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008030176 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008031551 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008032831 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008033086 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008033718 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008033938 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008033939 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008034254 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008034255 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008035102 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008035371 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008036407 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008037016 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008038322 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008038323 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008038324 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008038325 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008039224 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008039273 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008039274 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008039276 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008039278 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008040880 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008043048 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008043387 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008043389 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008043391 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008043392 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008043393 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008043744 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008045786 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008046625 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008048217 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008048471 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008048688 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008049047 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008049698 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008050317 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008051451 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008052609 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008053867 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008054742 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008054743 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008055231 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008055264 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008059648 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008059649 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008062274 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008062931 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008063083 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008063411 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008065026 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008066251 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008067749 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008067753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008069105 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008069691 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008071546 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008072714 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008073386 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008073483 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008073484 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008074107 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                     Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008074484 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008074499 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008075605 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008077572 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008077591 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079079 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079118 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079197 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079200 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079202 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079240 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079537 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008079539 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008080031 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008081987 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008081991 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008081993 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008083095 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008087306 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008088330 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008091698 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008094643 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008094644 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008095827 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008096155 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008096827 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008097502 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008097645 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008098092 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008098099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008098811 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008099145 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008099427 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008099555 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008099615 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008099691 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008099861 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008101014 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008101577 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008101578 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008101579 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008101597 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008101654 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008101655 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008101991 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008102533 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008103000 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008104095 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008104378 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008105200 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008106091 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008106092 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008106093 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008106094 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108453 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108454 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108556 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108557 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108558 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108559 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108842 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108857 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008108885 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008109105 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008109106 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008109107 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008109336 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008109337 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008109338 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008109672 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008109850 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008110366 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008110375 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008111039 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008111138 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008111139 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008112215 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008112216 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008112374 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008112736 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008112737 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008112884 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008113349 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008113481 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008113482 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008114086 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008114470 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008114914 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008121243 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008121413 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008122222 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008122630 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008122631 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008122632 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008123110 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008123219 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008123422 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008123434 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008123724 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008124116 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008125619 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008125884 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008125886 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008125941 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008126122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008127991 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008128045 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008129086 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008129531 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008130455 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008131044 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008134499 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008134863 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008134864 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008134865 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008134932 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008135477 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008135573 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008135735 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008135736 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008136267 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008136706 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008137556 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008137690 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008139635 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008144192 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008144193 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008144194 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008144195 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008144442 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008144681 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008144682 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008145271 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008145467 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008145863 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008145949 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008146587 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008147920 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008148676 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008148836 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008148975 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008149064 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008149350 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008150737 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008150738 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008151690 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008151691 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008151881 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008152679 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008152866 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008153128 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008154195 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008154894 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008155057 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008155058 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008155127 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008156147 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008156210 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008156977 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008158576 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008160186 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008160509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008161382 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008161886 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008161888 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008162081 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008162082 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008162083 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                       Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008164549 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008165445 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008166414 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008166415 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008166935 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008167377 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008168966 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008170409 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008173060 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008173074 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008174311 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008174312 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008175021 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008175026 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008176810 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008177453 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008179650 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008180192 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008181672 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008183237 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008183821 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008185220 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008185222 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008186066 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008195362 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008195442 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008200950 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008201889 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008202934 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008208329 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008211519 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008211896 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008215464 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008216942 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008219319 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008222220 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008222953 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008225159 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008225200 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008226315 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008226352 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008227524 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008231132 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008232101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008234116 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008235130 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008235776 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008236205 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008237283 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008239322 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008239521 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008239595 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008239765 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008240211 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008244481 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008244558 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008245050 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008246327 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008246583 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008246653 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008246740 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008246810 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008246813 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008246816 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008247152 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008248762 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008253921 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008255028 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008255030 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008255031 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008255033 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008257016 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008260425 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008260440 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008262796 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008264272 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008267174 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008268261 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008269565 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008270938 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008271944 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008271946 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008274661 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008278559 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                            Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008280359 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008281366 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008281609 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008281617 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008282009 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008282704 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008283354 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008287865 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008288045 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008288130 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008288173 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008289575 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008289972 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008291897 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008291898 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008292051 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008292552 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008293780 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008293976 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008293980 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008294330 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008296004 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008296194 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008297221 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008298365 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008299733 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008300059 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008300568 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008300569 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008300650 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008301240 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008301246 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008302482 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008303495 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008303496 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008305078 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008305342 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008305343 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008306550 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008306725 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008306925 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008307036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008307305 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008307435 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008307436 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008307553 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008307559 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008307734 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008308178 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008308786 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008309008 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008309029 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008309196 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008311658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008312438 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008313493 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008314932 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008315408 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008315779 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008315780 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008315781 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008315987 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008316778 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008317177 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008317823 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008317824 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008317825 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008318061 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008318522 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008318816 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008318817 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008318967 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008319147 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008319474 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008319475 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008320428 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008320785 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008320787 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008321440 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008323019 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008323020 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008323021 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008323407 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008323508 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008324526 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008325056 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008325057 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008326646 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008326660 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008326661 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008326709 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008327750 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008328580 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008328975 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008328976 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008329135 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008329136 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008329309 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008329847 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008329851 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008330473 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008330474 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008331322 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008331323 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008332721 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2008332723 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008333394 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008335411 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008335412 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2008512080 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009000472 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009001220 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009001703 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009003084 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009003435 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009003436 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009005973 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009006351 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009007283 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009012745 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009013785 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009013918 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009014204 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009014585 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009016990 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009022485 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2009025029 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009025849 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009050509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009050745 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009053946 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009056049 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009058040 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009059171 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009059964 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009059965 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009059966 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009061739 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009078063 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009196385 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009196386 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009227732 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009228148 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009236230 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009236498 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009238074 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009254720 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2009254779 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009259759 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009260675 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009264548 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009267751 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009268690 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009272062 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009273105 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009275072 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009275273 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009276185 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009277312 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009289283 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009292257 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009292260 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2009294066 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010007335 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010030974 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010041683 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010041684 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010041685 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2010041686 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010047606 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010049228 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010051320 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010063565 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010067821 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010085335 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010088868 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010093018 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010093361 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010098883 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010100998 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010103877 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010104928 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010110785 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010115172 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010116908 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010119988 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010124147 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010127669 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010129833 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2010131937 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010136468 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010139170 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010140628 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010147188 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010183736 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010187487 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010193961 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010199591 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010202534 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010204106 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010207650 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010210599 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010218217 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010227229 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010227233 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010227533 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010231101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010231396 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010265023 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010269127 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2010270290 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010270291 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010270292 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010270293 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010271472 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010271848 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010274841 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010278716 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010279177 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010279185 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010280053 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010281502 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010281537 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010283042 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010287365 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010287684 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010289830 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2010505747 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011001018 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011001096 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011002629 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2011002633 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011002658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011004678 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011005101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011006643 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011007431 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011007925 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011011564 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011062143 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011082648 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011083403 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011083703 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011108331 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011118713 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011118715 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011119552 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011119553 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011119554 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011130487 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011134079 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011138198 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2011143799 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011145216 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011146196 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011149785 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011149787 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011170043 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011220313 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011221598 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011222524 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011229487 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011230622 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011230816 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011231467 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011231468 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011232802 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011232807 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011234009 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011249466 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011252394 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011254748 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011264030 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2011275295 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011275558 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011281235 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011281397 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011281400 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011282786 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011283324 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011283606 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011283607 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011283608 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2011284957 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012005936 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012007015 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012010624 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012013814 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012023072 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012023075 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012032549 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012037311 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012044104 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012048330 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2012062395 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012081040 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012085324 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012085477 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012085479 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012089071 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012091532 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012092613 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012093442 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012093588 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012093589 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012093591 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012094400 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012098353 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012098508 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012098509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012098511 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012099503 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012100929 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012100941 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012101290 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2012101293<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012108335<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012109594<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012110327<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012112198<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012114244<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012114429<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012114431<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012114434<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012114436<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012114440<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012114441<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012116872<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012118322<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012118327<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012118401<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012118673<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012118764<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012121005<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012121499<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012121520<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2012121770 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012123991 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012124921 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012125830 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012128627 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012128673 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012129023 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012129025 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012131671 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012131738 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012131741 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012131743 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012131744 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012131745 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012131811 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012134481 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012134513 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012145099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012145328 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012146495 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012148673 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2012150082 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012150084 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012152311 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012152345 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012152347 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012157415 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012158395 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012165756 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012166453 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012167412 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012170955 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012171738 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012176696 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012179150 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012179151 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012179152 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012198833 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012200305 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012201846 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012203945 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012222995 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2012222998 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012223000 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012225911 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012226728 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012227128 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012228747 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012228994 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012228995 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012230472 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012230502 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012230570 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012233369 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012239051 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012239052 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012239053 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012239057 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012239059 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012242479 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012244036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012244040 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012244041 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2012249227<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012250890<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012250984<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012250985<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012251859<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012266201<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012267032<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012267167<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012267168<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012268194<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012269598<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012271494<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012275409<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012276065<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012276693<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012276695<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012281238<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012281239<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012281240<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012281241<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012281693<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2012282435 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282437 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282743 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282744 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282745 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282746 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282747 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282959 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282960 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282961 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012282962 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012283145 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012283458 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012284356 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012284359 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012284361 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012284980 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012286904 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2012286916 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013002417 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013016296 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013016300 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013016409 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013016412 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013016413 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013018054 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013018285 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013019293 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013019760 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013020716 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013020982 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013022109 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013024474 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013024475 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013024476 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013024545 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013025180 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013030943 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013036837 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013041851 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013043409 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013044641 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                           Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013044647<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013046233<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013046234<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013046256<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013048708<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013048899<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013051104<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013051105<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013051760<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013051795<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013053767<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013058012<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013058080<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013058569<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013071136<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013071137<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013071138<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013072249<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013072288<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013072297<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013072412<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013072628 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013072636 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013072647 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013072653 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013073724 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013073726 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013073727 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013073728 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013073729 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013073730 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013075690 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013076140 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013076144 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013076154 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013076157 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013076738 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013076740 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013078279 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013078280 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013079468 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013080116 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013082122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013085944 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013086151 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013091027 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013091028 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013091033 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013091989 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013092040 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013092207 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013092591 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013092592 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013092593 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013092594 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013093545 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013093546 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013094563 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013099220 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013099470 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013100538 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013102811 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013102863 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013102902<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013104275<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013104279<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013104280<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013104960<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013105783<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013106813<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013106814<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013107644<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013108740<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013108741<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013108789<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013109455<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013110526<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013110537<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013112648<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013112847<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013112861<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013112866<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013113036<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013113727<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013113751 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013113754 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013113757 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013114124 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013114126 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013114643 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013114737 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013114919 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013114924 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115126 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115127 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115131 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115132 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115426 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115429 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115434 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013115442 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013117050 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013117464 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013117641 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013118557 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                        Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013118809 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013119402 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013119854 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013119867 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013119870 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013120615 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013121477 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013121499 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013121702 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013122431 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013122484 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013122649 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013123586 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013124335 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013126274 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013135878 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013135879 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013136036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013136095 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013136140 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013137715 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013137717 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013137719 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013137729 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013137733 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013139484 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013139712 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013140241 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013140471 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013142656 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013145327 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013145328 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013146255 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013147784 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013147912 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013147914 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013147915 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013149049 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013151542 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013151543 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013158673 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013158676 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013158677 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013159340 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013174123 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013182380 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013188093 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013189881 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013190339 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013190341 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013191555 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013193868 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013196654 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013208517 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013218006 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013218014 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013220853 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013227922 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013228122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013229999 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013230155 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013230156 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013231162 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013233791 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013235220 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013238826 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013240558 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013240593 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013247268 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013249081 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013249250 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013249408 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013249411 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013249532 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013249538 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013249759 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013250899 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013253834 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013254265 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013254725 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013254786 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013254865 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013254932 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013254937 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013254965 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013255226 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013255360 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013255398 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013255646 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013256630 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013258240 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013260559 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013260846 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013260901 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013261058 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013261073 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013261184 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013262339 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013264484 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013264555 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013264556 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013266707 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013266745 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013266927 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013267624 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                  Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2013267626 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013268523 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013268753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013268760 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013268774 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013271415 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013271724 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013271731 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2013271741 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014002192 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014002426 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014004418 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014004782 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014006634 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014008553 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014008559 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014009155 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014009351 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014009353 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014009664 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014010101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014013343 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014013344 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014015112 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014015117 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014016810 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014018834 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014019054 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014019081 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014019188 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014019193 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014019221 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014019296 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014021841 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014024406 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014026698 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014027328 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014030732 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014031468 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014031684 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014032510 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014032763 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014033679 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014034352 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014036638 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014036876 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014040295 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014040296 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014049126 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014050951 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014051266 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014053259 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014053313 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014056733 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014056938 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014057062 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014057388 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014057552 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014057553 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014057555 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014057875 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014058330 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014058709 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014058878 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014059597 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014059612 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014060354 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014060355 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014060356 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014060358 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014060525 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014061753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014061777 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014062811 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014063402 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014063626 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014063630 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014063632 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014068270 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014068315 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014068323 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014068655 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014069021 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014070282 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014071158 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014071213 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014071225 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014071228 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014071266 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014075665 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014075961 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014084576 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014084595 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014084635 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014084639 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014086286 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014087146 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014087147 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014087148 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014087347 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014088528 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014088789 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014089075 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014090767 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014090768 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014091325 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014091831 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014096244 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014098063 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014098286 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014099301 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014100927 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014101159 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014101535 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014101536 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014101760 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014107527 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014107995 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014108812 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014109218 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014110238 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014110567 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014110568 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014110958 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014110959 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014111669 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014115136 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014117526 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014117527 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014118855 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014119572 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014120247 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014120803 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014120804 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014121442 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014124101 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014124102 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014124578 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014125468 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014127421 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014127905 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014127981 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014130243 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014130978 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014131386 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014133955 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014135561 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014135574 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014136584 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014137606 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014137997 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014139428 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014141637 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014142460 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014142462 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014143911 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014143912 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014146709 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014148942 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014149832 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014152226 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014152227 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014152785 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014152794 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014154656 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014157221 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014157282 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014158337 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014159730 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014159731 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014160164 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014160165 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014160167 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014160170 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014160197 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014163325 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014163753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014166520 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014169324 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014169325 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014169326 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014169780 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014170282 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014174217 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014176638 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014182324 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014182443 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014182658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014182667 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014183467 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014185579 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014187544 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014187545 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014187636 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014187650 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014190165 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014190884 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014192326 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207089 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207090 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207092 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207093 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207094 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207096 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207097 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207100 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014207102 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014212841 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014213387 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014214144 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014214145 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014215312 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014215313 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014215314 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014216250 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014216903 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014221117 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014221293 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014222955 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014223380 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014224262 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014224429 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014227764 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014232458 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014233956 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014233957 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014234443 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014234453 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014234458 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014234565 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014235515 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014236186 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014236454 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014236891 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014236916 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014237514 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014237515 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014239832 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014240403 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014240580 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014240987 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014244415 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014244418 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014247708 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014248663 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014249692 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014252931 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014256497 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014258654 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014258658 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014258663 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2014259661 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014260545 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014260763 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2014264067 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015002818 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015003143 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015003456 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015003457 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015005833 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015007844 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015008297 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015008299 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015009419 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015012793 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015015685 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015017113 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015019115 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015019116 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015019303 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015019304 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015019313 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                            Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015019659 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015020597 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015020598 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015022062 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015023821 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015025286 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015025291 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015025625 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015025626 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015026141 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015029493 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015029749 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015031367 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015032754 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015032794 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015033253 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015033254 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015034732 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015034854 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015035091 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015035092 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015035095 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015036112 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015037928 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015038061 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015038062 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015038072 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015038813 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015038937 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015038941 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015040036 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015040539 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015041308 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015041373 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015042255 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015045114 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015045120 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015045621 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015045939 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015047935 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015047938 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015054877 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015056424<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015058543<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015059098<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015059441<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015059444<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015059446<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015060496<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015060547<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015061013<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015061023<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015065041<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015065043<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015065044<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015065947<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066304<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066316<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066346<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066354<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066375<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066611<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066708<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015066716 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015066960 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015068409 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015068411 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015070847 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015070852 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015071962 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015075086 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015077559 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015079156 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015079157 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015079177 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015079182 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015079435 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015080662 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015080950 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015082550 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015083303 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015084736 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015084741 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015085900 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015086495 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015086761 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015086790 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015088591 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015088621 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015089343 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015089418 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015089419 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015089420 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015089421 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015091053 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015093258 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015094386 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015094478 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015094748 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015096536 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015096537 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015096538 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015096539 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015096634 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015097207 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015098122 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015101167 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015103775 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015104217 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015104364 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015104610 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015104740 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015104741 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015105141 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015105173 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015105419 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015105544 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015108952 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015109600 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015109636 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015109744 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015109845 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015109847 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015110161 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015111208 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015111210 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015111214 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015111586 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015112509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015112842 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015113500 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015116467 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015116479 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015116899 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015117620 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015117629 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015117631 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015119040 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015120678 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015121342 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015121343 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015121967 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015122161 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015125023 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015125025 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015125027 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015125030 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015126303 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015126304 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015127292 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015127293 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015128375 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015128565 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015128589 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015128594 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015128601 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015129894 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015129900 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015129902 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015129958 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015130179 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015130688 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015131052 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015132412 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015134605 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015134612 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015135047 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015135049 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015135051 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015135052 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015135053 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015135138 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015135145 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015135323 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015136010 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015136960 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015143823 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015144257 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015144802 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015144805 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015144807 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015151902 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015157417 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015157428 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015161183 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015162980 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015170398 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015170852 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015172914 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015174573 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015177706 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015180576 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015183056 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015184946 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015187249 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015187250 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015191568 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015191569 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015191570 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015191571 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015198785 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015198798 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015200529 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015214923 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015216187 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015216503 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015218367 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015218368 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015218683 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015227304 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015227549 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015228697 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015230944 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015232088 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015235893 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015236537 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015240299 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015240344 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015242186 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015242194 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015242196 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015244991 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015250480 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015250724 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015253322 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015254786 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015254799 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015255145 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015255157 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015255158 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015256112 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                           Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2015256125 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015256142 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015527222 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015549140 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2015558760 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016005726 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016007332 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016007341 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016007373 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016007651 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016007652 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016008146 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016008231 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016008232 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016008771 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016008779 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016008787 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016011185 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016011307 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016012649 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016012650 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016012651 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016012652 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016012653 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016012654 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016019058 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016021030 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016023512 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016024090 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016028331 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016028333 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016030726 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016031626 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016033483 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016033484 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016033825 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016041197 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016043500 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016044104 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016045549 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016048410 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016048414 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016049387<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016049389<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016049507<br>STATUS: GRANTED<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016049510<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016049837<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016049856<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016049860<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016050034<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016050472<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016051898<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016052665<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016052667<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016052675<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016053018<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016053019<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016053020<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016053029<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016053069<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016053851<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016053852<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016054677<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016054678<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016058596<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016058748<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016058863<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016059907<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016059997<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016060811<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016062967<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016070483<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016071855<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016075956<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016076080<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016076084<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016076119<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016076120<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016076603<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016076604<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016078754<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016078755<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016080609<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016081326<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016081327 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016083025 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016083420 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016086235 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016086554 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016089218 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016089408 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016089428 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016089479 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016089489 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016090429 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016090430 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016095788 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016096096 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016097000 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016097007 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016097308 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016097908 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016097921 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016100076 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016100088 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016102133 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016103320 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016103854 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016104485 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016105218 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016106865 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016108498 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016110828 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016114738 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016116198 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016116262 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016119540 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016122534 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016134352 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016134919 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016135097 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016135099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016135365 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016135367 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016135368 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016135369 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016135371 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016136891 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016136894 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016136899 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016137786 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016138184 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016138664 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016139611 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016140371 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016140375 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016141341 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016142602 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016145626 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016145627 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016145907 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016146115 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016146530 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016148691 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016149346 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016150958 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016151718 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016152534 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016152712 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016152754 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016153531 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016154324 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016154584 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016155254 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016156163 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016157677 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016157838 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016158347 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016158607 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016158688 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016158689 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016159156 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016159188 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016166845 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016167061 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016171482 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016172347 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016172597 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016173030 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016177859 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016177988 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016179385 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016179410 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016181903 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016195587 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016199836 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016199837 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016199925 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016200079 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016200254 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016200283 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016200356 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016200371 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016202010 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016202015 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016202022 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016202023 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016202059 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016202060 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016208342 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016212634 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016214289 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016216148 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016219354 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016220484 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016220485 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016220486 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016220492 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016234034 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016234035 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016239024 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016244021 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016244340 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016244663 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245681 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245684 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245690 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245693 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245697 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245708 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2016245710 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245712 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016245716 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016247498 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016248278 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016250953 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016250954 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016250967 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016510085 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2016523540 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017003099 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017008656 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017011056 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017016851 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017017018 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017018509 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017018780 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017018888 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017018890 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017024008 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017024011 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                     Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017024726 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017029049 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017029567 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017029927 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017029930 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017031039 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017034109 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017034117 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017034118 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017034119 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017034545 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017038075 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017038967 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017039589 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017039590 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017039591 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017040465 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017041622 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017041862 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017050983 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017051802 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                           Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017061746 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017067776 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017073476 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017075325 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017075326 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017079919 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017082506 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017088385 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017088386 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017088860 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017093034 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017093321 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017096080 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017096081 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017096287 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017097276 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017098470 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017099225 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017099258 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017099423 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017100077 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017100989 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017102042 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017102103 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017102104 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017103536 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017103541 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017105511 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017107662 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017108898 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017109734 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017111128 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017111129 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017111130 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017111131 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017111132 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017111630 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017112011 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017112821 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017112856 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017112857 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017113388 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017113916 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114149 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114578 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114582 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114588 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114817 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114818 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114938 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017114939 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017115072 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017115979 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017115980 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017115981 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017116126 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017116821 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017116822 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017116824 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017116921 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017117519 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017117520 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017117522 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017117690 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017117695 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017117700 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017119794 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017119806 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017120145 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017121216 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017121218 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017121253 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017122026 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017124459 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017125142 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017125160 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017125566 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017125817 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017129010 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017129441 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017129444 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017129445 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017129452 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017130329 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017132435 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017132753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017132866 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017132930 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017134710 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017136949 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017137676 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017140506 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017142805 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017142877 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017144812 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017149135 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017153524 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163614 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163633 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163638 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163646 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163649 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163652 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163653 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017163681 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017167022 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017167713 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017167717 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017167719 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017167721 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017168357 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017171301 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017172119 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017172286 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017172291 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017172743 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017174701 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017176199 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017176201 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017176203 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017176204 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017178411 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017182022 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017184050 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017185840 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017186838 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017189925 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017193660 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017193804 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017193811 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017193812 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017194465 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017198433 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017202008 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017204587 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017206920 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017207283 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017207284 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017207285 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017210021 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017212675 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017218932 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017218933 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017230466 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017244769 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017245125 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017246693 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2017248011 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017508323 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017509822 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017509891 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2017565628 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018005635 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018013329 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018043559 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018043560 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018048422 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018050788 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018050789 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018050790 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018050791 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018050792 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018053274 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018053277 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018053282 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018054110 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018054605 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018074996 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2018075676 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018075681 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018075683 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018075684 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018075941 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018075942 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018078868 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018080152 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018080154 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018081802 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018081814 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018081816 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018081819 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018081821 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018081822 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018082344 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018083836 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018085432 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018085435 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018095966 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018095968 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2018095969 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018097157 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018097239 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018097581 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018097975 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018097979 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018098002 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018099207 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018102132 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018102542 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018102543 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018103424 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018104761 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018108356 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018108550 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018109167 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018109254 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018110496 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018110957 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018111556 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018115794 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2018116582 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018117623 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018117624 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018117660 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118008 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118009 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118010 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118011 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118012 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118013 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118428 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018118430 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018119506 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018119636 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018119998 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018120137 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018120487 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018122465 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018125238 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018125241 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018125246 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2018125248 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018125251 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018127282 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018128083 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018128351 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018131724 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018132292 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018136947 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018137669 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018140406 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018140889 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018142013 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018143305 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018143315 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018146335 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018146384 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018150598 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018159909 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018160821 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018166091 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018166169 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2018171967 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018176977 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018182753 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018194780 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018198080 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018200318 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018200346 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018204694 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018204696 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018206718 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018219812 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018238089 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018505832 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018505881 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018514633 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018533537 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018558014 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018561074 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2018561079 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019004580 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019013441 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2019014797 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019014800 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019015350 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019015351 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019015353 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019015357 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019015367 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019015369 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019016395 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019016397 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019016403 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019019299 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019022262 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019023124 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019027805 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019030073 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019031175 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019033414 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019033415 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019033850 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019037830 STATUS: GRANTED COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2019041397 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019041983 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019041984 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019042032 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019042326 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019042330 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019042333 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019042867 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019043250 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019043876 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019044124 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019047667 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019047838 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048030 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048033 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048091 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048093 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048582 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048583 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048585 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019048899 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2019049399<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019049404<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019049441<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019049931<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019050877<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019050878<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019051197<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019051204<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019056611<br>STATUS: GRANTED<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019056624<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019060300<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019060796<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019060808<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019094438<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019110034<br>STATUS: PENDING<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019121937<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019141131<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019143557<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019167592<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019170331<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019174526<br>STATUS: ACTIVE<br>COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                      Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2019183326 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019199113 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019220968 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019221120 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019221121 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019229493 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019231421 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019503162 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019516545 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019517444 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019517624 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2019567756 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020094806 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020101687 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020118661 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020167223 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020170649 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020175393 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020192500 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020198186 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2020209939 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2020528361 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021013989 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021013990 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021019177 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021025426 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021034844 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021062949 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021068450 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021132385 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021146781 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021176983 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021197164 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021197181 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021197192 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2021206015 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022017728 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022033588 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022036645 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022093064 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022101986 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022108954 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2022113848 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022124617 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022127663 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022128481 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022166831 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022175626 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022181038 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022200251 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022200856 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022201329 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022203759 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022206126 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022206133 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2022512581 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023033178 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023048372 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023055284 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023062269 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023081127 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023082327 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023117570 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. JP2023117582 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023125572 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023147495 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2023536780 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024066371 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024523292 STATUS: ACTIVE COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. JP2024534410 STATUS: PENDING COUNTRY: JAPAN | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2023/022945 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2023/026062 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2023/041251 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2023/042172 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2023/043846 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/003870 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/009237 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/013811 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/015187 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/016406 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. PCT/JP2024/019349 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/019350 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/019776 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. PCT/JP2024/027132 STATUS: COUNTRY: WORLD INTELLECTUAL PROPERTY ORGANISATION (WIPO) | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/131,329 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/208,560 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/208,887 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/502,510 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/511,512 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 11/723,593 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/310,533 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 12/310,554 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/121,543 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/132,128 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/280,965 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/394,903 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/425,767 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/505,807 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/640,617 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/659,372 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 13/822,521<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/854,524<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/893,645<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/900,014<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/021,462<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/111,215<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/279,510<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/349,837<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/352,177<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/435,861<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/572,306<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/647,256<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/655,152<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/781,501<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/786,219<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/786,361<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/892,734<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 14/922,522<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/030,658<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/037,649<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/103,350<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 15/105,987<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/113,884<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/115,036<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/126,399<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/300,452<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/313,996<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/314,302<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/314,396<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/314,425<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/326,219<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/505,519<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/511,055<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/518,942<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/532,925<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/534,825<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/535,843<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/541,851<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/548,448<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/560,430<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/560,627<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/561,186<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 15/568,119 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/574,038 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/574,079 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/574,929 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/575,060 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/764,640 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/766,709 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/773,398 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/777,459 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/777,709 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/822,501 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/069,014 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/069,055 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/069,209 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/075,019 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/078,600 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/086,006 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/091,204 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/097,143 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/337,596 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/470,846 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 16/611,625<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/613,675<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/618,568<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/650,364<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/753,516<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/753,518<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/753,519<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/753,520<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/826,947<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/955,535<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/955,538<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/956,919<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/982,873<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/042,486<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/056,318<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/056,493<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/056,941<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/253,713<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/310,379<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/421,213<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/421,760<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. US 17/434,461<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/619,017<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/619,574<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/620,814<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/620,830<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/633,117<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/772,648<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/899,104<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/924,732<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 17/928,147<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/009,639<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/030,450<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/276,395<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/278,935<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/280,045<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/281,069<br>STATUS: ACTIVE<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/284,412<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/286,879<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/580,261<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 18/715,163<br>STATUS: PENDING<br>COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. ZA202308322<br>STATUS:<br>COUNTRY: SOUTH AFRICA | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (ARGENTINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (ARGENTINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (AUSTRALIA): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (AUSTRALIA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (AUSTRALIA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KANGNAIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KANGNAIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KANGNAIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KANGNAIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KANGNAIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KANGNAIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KASENNIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KASENNIKE | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                            Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (CHINA): KASENNIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): KASENNIKE | Undetermined | N/A | Undetermined |
| TRADEMARK (CHINA): MARELLI-SMITH | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (EU TRADE MARKS): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (INDONESIA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CALSONIC PLANT'S | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): CK-SMITH | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): MARELLI-SMITH | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): SONIC POWER | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): UCR | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): VEHICLECOMMUNICATOR | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): VG-CAC | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): VG-FIN | Undetermined | N/A | Undetermined |
| TRADEMARK (JAPAN): VITARICH | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (PHILIPPINES): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (PHILIPPINES): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH AFRICA): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): CALSONIC | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): CALSONIC KANSEI | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Corporation                                                                     Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (THAILAND): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (THAILAND): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED KINGDOM): DESIGN ONLY | Undetermined | N/A | Undetermined |
| TRADEMARK (VIETNAM): CALSONIC KANSEI | Undetermined | N/A | Undetermined |
| TRADEMARK (VIETNAM): DESIGN ONLY | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Corporation                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| WEBSITE / INTERNET DOMAIN: CALSONIC.BZ | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONIC.CC | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.BZ | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.CC | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI.CO.JP | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CALSONICKANSEI-WEB.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: CK-MAIL.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI-CORPORATION.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: MARELLI-WEB.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: XN--JPR57JH9E.COM | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: XN--JPR57JH9E.XN--FIQS8S | Undetermined | N/A | Undetermined |
| WEBSITE / INTERNET DOMAIN: XN--JPR57JH9E.XN--FIQZ9S | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 10, Question 64:** Other intangibles, or intellectual property

| Other intangibles, or intellectual property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| INDUSTRIAL DESIGN NO. 2000036996<br>STATUS: REGISTERED<br>COUNTRY:  JAPAN | Undetermined | N/A | Undetermined |
| INDUSTRIAL DESIGN NO. 2068<br>STATUS: REGISTERED<br>COUNTRY:  FRANCE | Undetermined | N/A | Undetermined |
| INDUSTRIAL DESIGN NO. 2068<br>STATUS: REGISTERED<br>COUNTRY:  FRANCE | Undetermined | N/A | Undetermined |
| INDUSTRIAL DESIGN NO. 2068<br>STATUS: REGISTERED<br>COUNTRY:  FRANCE | Undetermined | N/A | Undetermined |
| INDUSTRIAL DESIGN NO. 2068<br>STATUS: REGISTERED<br>COUNTRY:  FRANCE | Undetermined | N/A | Undetermined |
| INDUSTRIAL DESIGN NO. 2068<br>STATUS: REGISTERED<br>COUNTRY:  FRANCE | Undetermined | N/A | Undetermined |
| INDUSTRIAL DESIGN NO. 2068<br>STATUS: REGISTERED<br>COUNTRY:  FRANCE | Undetermined | N/A | Undetermined |
| INDUSTRIAL DESIGN NO. 2068<br>STATUS: REGISTERED<br>COUNTRY:  FRANCE | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name: Marelli Corporation                                                    Case Number: 25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Corporation                                                                        Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101044400205002500003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Corporation                                                                                   Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli Corporation                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Corporation                                                                 Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Corporation                                                                                          Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Corporation                                                                                    Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Corporation

Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of  every nature, including counterclaims of the debtor and rights to set off claims

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| LITIGATION CLAIM | PRODUCT LIABILITY COMPENSATION | Undetermined | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  Marelli Corporation                                                                                              Case Number:  25-11103

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| FINANCIAL RECEIVABLES | $15,943,302.76 |
| INTERCOMPANY RECEIVABLE FROM CALSONIC KANSEI MOTHERSON AUTO PRODUCTS PRIVATE LIMITED | $169,492.00 |
| INTERCOMPANY RECEIVABLE FROM CK TRADING DE MÉXICO, S. DE R.L. DE C.V. | $12,178,348.00 |
| INTERCOMPANY RECEIVABLE FROM DAIHANCALSONIC CO., LTD. | $797,713.00 |
| INTERCOMPANY RECEIVABLE FROM HIGHLY MARELLI (NANTONG) CAR AIR-CONDITIONING COMPRESSOR CO., LTD. | $4,031.00 |
| INTERCOMPANY RECEIVABLE FROM HIGHLY MARELLI (WUXI) CLIMATE & THERMAL CONTROL SYSTEM CO., LTD. | $201,337.00 |
| INTERCOMPANY RECEIVABLE FROM HIGHLY MARELLI IWATE CORPORATION | $139,523.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI (INDIA) PRIVATE LIMITED | $416,675.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE ELECTRONICS TECHNOLOGY (WUXI) CORPORATION | $49,777.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE SYSTEMS UK LIMITED | $5,385,302.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. | $2,120,677.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI EUROPE S.P.A. | $919,221,703.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI FRANCE | $45,303.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI GERMANY GMBH | $3,789,589,392.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI IWASHIRO CORP. | $1,463,879.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI KECHNEC SLOVAKIA S.R.O. | $625,622.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MEXICANA, S.A. DE C.V. | $3,150,568.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI NORTH AMERICA, INC. | $144,700,745.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI PLOIESTI ROMANIA S.R.L. | $2,884,055.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA | $51,208.00 |
| INTERCOMPANY RECEIVABLE FROM WHITE MOTION LLC | $33,310.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $5,400,382.79 |
| SURPLUS OF PLAN ASSETS OVER DEFINED BENEFIT OBLIGATION OF POST EMPLOYMENT BENEFIT PLAN | $92,227,476.06 |
| **TOTAL** | **$4,996,799,821.61** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Corporation |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11103 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of Claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
ALTAI GATE S.À R.L.

Describe debtor's property that is subject to a lien
SEE NOTES ON SCHEDULE D

$ Undetermined   $ Undetermined

Creditor's mailing address
22 GRAND-RUE
LUXEMBOURG, L-1660
LUXEMBOURG

Describe the lien
UCC FINANCING STATEMENT NO. 2024121249 DATED 12/23/2024

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    UNDETERMINED

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2** Creditor's name
AOZORA BANK, LTD.

Describe debtor's property that is subject to a lien
SEE NOTES ON SCHEDULE D

$ Undetermined   $ Undetermined

Creditor's mailing address
6-1-1, KOJIMACHI, CHIYODA-KU
TOKYO, 102-8660
JAPAN

Describe the lien
UCC FINANCING STATEMENT NO. 2019043157 DATED 04/29/2019

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    UNDETERMINED

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $

| Debtor | Marelli Corporation | Case number (If known): 25-11103 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

AOZORA BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___Undetermined___  $ ___Undetermined___

**Creditor's mailing address**

6-1-1, KOJIMACHI, CHIYODA-KU
TOKYO, 102-8660
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031723  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.4**

**Creditor's name**

AOZORA LOAN SERVICES CO., LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___Undetermined___  $ ___Undetermined___

**Creditor's mailing address**

1-13-5, KUDAN-KITA, CHIYODA-KU
TOKYO, 102-0073
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019057139  DATED 05/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Marelli Corporation | Case number (If known): | 25-11103 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

AOZORA LOAN SERVICES CO., LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**

1-13-5, KUDAN-KITA, CHIYODA-KU
TOKYO, 102-0073
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031757  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

AOZORA LOAN SERVICES CO., LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**

1-13-5, KUDAN-KITA, CHIYODA-KU
TOKYO, 102-0073
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024054405  DATED 06/12/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
_____
        Name

Case number (If known):  25-11103
_____

| **Part 1:** | **Additional Page** | *Column A* <br> **Amount of Claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** | **Creditor's name**
ASHTON GATE S.À R.L.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
22 GRAND-RUE
LUXEMBOURG, L-1660
LUXEMBOURG

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024121107  DATED 12/23/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.8** | **Creditor's name**
BURDOCK GODO KAISHA

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**
TOKYO CLUB BUILDING 11 F, 3-2-6,
KASUMIGASEKI, CHIYODA-KU
TOKYO, 100-0013
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2023056742  DATED 07/06/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Marelli Corporation
_____
Name

Case number (If known):    25-11103

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**
DBS BANK LTD.

**Creditor's mailing address**
1-5-1, OTEMACHI, CHIYODA-KU
TOKYO, 100-0004
JAPAN

**Creditor's email address, if known**

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$_____Undetermined  $_____Undetermined

**Describe the lien**
UCC FINANCING STATEMENT NO. 2019043151  DATED 04/29/2019

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**
DBS BANK LTD.

**Creditor's mailing address**
1-5-1, OTEMACHI, CHIYODA-KU
TOKYO, 100-0004
JAPAN

**Creditor's email address, if known**

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$_____Undetermined  $_____Undetermined

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024031724  DATED 04/04/2024

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
Name

Case number (If known):    25-11103

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.11**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019043152  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.12**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019043153  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Marelli Corporation
_____    Case number (If known):   25-11103
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

---

**2.13**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2019043155  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.14**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2019043156  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation

Name

Case number (If known):   25-11103

---

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.15** **Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019057141  DATED 05/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.16** **Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019080508  DATED 07/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | Marelli Corporation | |
|---|---|---|
| | Name | |

Case number (If known):   25-11103

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.17**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2022121595  DATED 12/12/2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.18**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031728  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Marelli Corporation
_____   Case number (If known):   25-11103
         Name

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.19**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024031752  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.20**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ ____ Undetermined  $ ____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024031758  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Marelli Corporation | Case number (If known): 25-11103 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.21**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024031763  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.22**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024031764  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
      Name

Case number (If known):    25-11103

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.23**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH; ET AL

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019043148  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.24**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH; ET AL

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019043149  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Marelli Corporation
         Name

Case number (If known):   25-11103

| Part 1: | Additional Page | Column A Amount of Claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.25**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH; ET AL

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2019043150  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.26**

**Creditor's name**
DEUTSCHE BANK AG, TOKYO BRANCH; ET AL

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2019043158  DATED 04/29/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
_____    Case number (If known): 25-11103
            Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.27**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH; ET AL

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019057140  DATED 05/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.28**

**Creditor's name**

DEUTSCHE BANK AG, TOKYO BRANCH; ET AL

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

AZABUDAI HILLS MORI JP TOWER, 1-3-1
AZABUDAI, MINATO-KU
TOKYO, 106-0041
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031761  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Marelli Corporation | Case number (If known): | 25-11103 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

---

**2.29**

**Creditor's name**

DEVELOPMENT BANK OF JAPAN INC.

**Creditor's mailing address**

1-9-6 OTEMACHI, CHIYODA-KU
TOKYO, 100-8178
JAPAN

**Creditor's email address, if known**

Date debt was incurred          UNDETERMINED

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$   Undetermined   $   Undetermined

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019043154  DATED 04/29/2019

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.30**

**Creditor's name**

DEVELOPMENT BANK OF JAPAN INC.

**Creditor's mailing address**

1-9-6 OTEMACHI, CHIYODA-KU
TOKYO, 100-8178
JAPAN

**Creditor's email address, if known**

Date debt was incurred          UNDETERMINED

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$   Undetermined   $   Undetermined

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031762  DATED 04/04/2024

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation

Name

Case number (If known):    25-11103

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.31**

**Creditor's name**

FIRST COMMERCIAL BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

23F, 2-1-1 OTEMACHI, CHIYODA-KU
TOKYO,
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031726  DATED
04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.32**

**Creditor's name**

GREEN PASTURE S.À R.L.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined    $ ____ Undetermined

**Creditor's mailing address**

22 GRAND-RUE
LUXEMBOURG, L-1660
LUXEMBOURG

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024121106  DATED
12/23/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Marelli Corporation
_____
Name

Case number (If known):   25-11103

| Part 1: | Additional Page | Column A Amount of Claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.33**

**Creditor's name**

JAPAN BANK FOR INTERNATIONAL COOPERATION

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

1-4-1, OTEMACHI, CHIYODA-KU
TOKYO,
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031722  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.34**

**Creditor's name**

KELLYNCH PARK S.À R.L.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

22 GRAND-RUE
LUXEMBOURG, L-1660
LUXEMBOURG

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024121242  DATED 12/23/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.35**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017064694  DATED 06/13/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.36**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017064695  DATED 06/13/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.37**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017064696  DATED
06/13/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.38**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017064697  DATED
06/13/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

Debtor   Marelli Corporation
_____
Name

Case number (If known):   25-11103

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.39** | **Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017064698  DATED 06/13/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.40** | **Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017108424  DATED 09/29/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Marelli Corporation | Case number (If known): | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.41**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017108425  DATED 09/29/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.42**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017108426  DATED 09/29/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
      Name

Case number (If known):    25-11103

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.43**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017108427  DATED 09/29/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.44**

**Creditor's name**

KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**

UCC FINANCING STATEMENT NO. 2017108428  DATED 09/29/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.45**

**Creditor's name**
LUCID TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ ____ Undetermined $ ____ Undetermined

**Creditor's mailing address**
1 LONDON WALL BUILDINGS LONDON WALL
LONDON, EC2M 5PG
UNITED KINGDOM

**Describe the lien**
UCC FINANCING STATEMENT NO. 2019079105  DATED 07/26/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

　　☐ Yes. The relative priority of creditors is specified on lines

---

**2.46**

**Creditor's name**
MASERATI SS II L.P.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ ____ Undetermined $ ____ Undetermined

**Creditor's mailing address**
MASERATI SS II L.P.
GRAND CAYMAN, KY1-1104
CAYMAN ISLANDS

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024031727  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

　　☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Marelli Corporation
          Name

Case number (If known): 25-11103

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.

---

**2.47**

**Creditor's name**

MASERATI SS II L.P.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

MASERATI SS II L.P.
GRAND CAYMAN, KY1-1104
CAYMAN ISLANDS

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024121258  DATED 12/23/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.48**

**Creditor's name**

MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined   $ ___ Undetermined

**Creditor's mailing address**

2-2-1 MARUNOUCHI, CHIYODA-KU
TOKYO,
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031721  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Marelli Corporation
         Name

Case number (If known):   25-11103

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** | **Value of collateral** |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.49** | **Creditor's name**

MIZUHO BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$  Undetermined  $  Undetermined

**Creditor's mailing address**

1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**

GUARANTOR OF EMERGENCY LOAN FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.50** | **Creditor's name**

MIZUHO BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$  Undetermined  $  Undetermined

**Creditor's mailing address**

1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**

GUARANTOR OF SENIOR FINANCING AGREEMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
      Name

Case number (If known):    25-11103

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed.Continue numbering the lines sequentially
from the previous page.

---

**2.51**

**Creditor's name**

NEC CAPITAL SOLUTIONS LIMITED

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

SHINAGAWA INTERCITY C BUILDING, 15-3
KONAN 2-CHOME, MINATO-KU
TOKYO,
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019057143  DATED
05/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account
number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**

☑ No
☐ Yes.  Have you already specified the relative
    priority?

    ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
      specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.52**

**Creditor's name**

THE BANK OF YOKOHAMA, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

THE BANK OF YOKOHAMA, LTD.
TOKYO, 103-0027
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019057142  DATED
05/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account
number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the
same property?**

☑ No
☐ Yes.  Have you already specified the relative
    priority?

    ☐ No. Specify each creditor, including this
      creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is
      specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
                Name

Case number (If known):  25-11103

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of Claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

---

**2.53**

**Creditor's name**

THE BANK OF YOKOHAMA, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

THE BANK OF YOKOHAMA, LTD.
TOKYO, 103-0027
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031754  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.54**

**Creditor's name**

THE GUNMA BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

194, MOTOSOJAMACHI
MAEBASHI, GUNMA,
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2024031760  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Marelli Corporation | Case number (If known): | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.55**

**Creditor's name**

THE JOYO BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

2-5-5, MINAMIMACHI, MITO
IBARAKI, 310-0021
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019057144  DATED 05/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.56**

**Creditor's name**

THE NORINCHUKIN BANK

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

1-13-2, YURAKUCHO, CHIYODA-KU
TOKYO, 100-8420
JAPAN

**Describe the lien**

UCC FINANCING STATEMENT NO. 2019057138  DATED 05/31/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli Corporation
      Name

Case number (If known):    25-11103

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.57**

**Creditor's name**
THE NORINCHUKIN BANK

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**
1-13-2, YURAKUCHO, CHIYODA-KU
TOKYO, 100-8420
JAPAN

**Describe the lien**
UCC FINANCING STATEMENT NO. 2024031729  DATED 04/04/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.58**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____ $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. __49__ | _____ |
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. __50__ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

| **Fill in this information to identify the case:** |
| --- |

| Debtor | Marelli Corporation |
| --- | --- |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 25-11103 |

☐ Check if this is an amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address | $ | $ |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| **2.2** | Priority creditor's name and mailing address | $ | $ |
| --- | --- | --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| **2.3** | Priority creditor's name and mailing address | $ | $ |
| --- | --- | --- | --- |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>List All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.1** **Nonpriority creditor's name and mailing address**
(CO.) SHOJI MANUFACTURING
□□□□□□□□1006□6
3080847
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 121,616.00

---

**3.2** **Nonpriority creditor's name and mailing address**
(CO.) YAMAGUNI TRADING COMPANY
□□□□□□□□□1-3-1
8710021
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,764.00

---

**3.3** **Nonpriority creditor's name and mailing address**
(CORP.) YUSHIN SALES DEPARTMENT NO. 3
□□□□□□□□□□□□□2-340-1
3300854
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 282.06

---

**3.4** **Nonpriority creditor's name and mailing address**
(HODEN PRECISION PROCESSING RESEARCH INSTITUTE )
□□□□□□□□3110
2430213
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 82,229.00

---

**3.5** **Nonpriority creditor's name and mailing address**
(INC.) ALPHA (787)
□□□□□□□□□□□□1-6-8
2360004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 226,024.86

---

**3.6** **Nonpriority creditor's name and mailing address**
(INC.) ARAIAXON
□□□□□□□□□□1-11-16
2520002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68,409.00

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,764.00 |
|---|---|---|---|

(INC.) HANDA M.D.P.
□□□□□□ □□□□535-2
3740012
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 154,784.00 |
|---|---|---|---|

(INC.) SANKO INDUSTRIAL AUTOMATION
□□□□□□□□□□310
3792312
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,331.00 |
|---|---|---|---|

(LTD.) MENUMA ELECTRICAL INDUSTRY
□□□□□□□□□□□91
3600217
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,275.00 |
|---|---|---|---|

(LTD.) TANAZAWA HAKKOSHA
□□□□□□□3-1-6
1460093
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,337.81 |
|---|---|---|---|

3M JAPAN INC.
□□□□□□□□□□□□□4-6-2
2208684
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

A.D. DEVICE CO., LTD.
□□□□□□□□□□□□20
1010023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 271,287.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

ADVANEX INC.
6-1-1 TABATA
KITA-KU
TOKYO, 014-0014
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

ALPHA CO., LTD.
709-6 KUWANO NAKA-KU
OKAYAMA, 702-8002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 90.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

ALPHA METAL CORPORATION
□□□□□□□□850□□
8220144
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,876.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

ART CORPORATION (MOVING CENTER)
540-6016 1-2-27 SHIROMI, CHUO-KU, CRYSTAL TOWER 16F
OSAKA,
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,792.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11034 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

ASAHI INDUSTRIAL CO., LTD.
□□□□□□□□□□1-7-10
2200023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                207,300.00

---

**3.18** **Nonpriority creditor's name and mailing address**

ASAHI MOTOR CORPORATION
NISHITSUKIKUMA 4-6-7
HAKATA-KU
FUKUOKA, 812-0857
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  9,741.94

---

**3.19** **Nonpriority creditor's name and mailing address**

A-SAN PRECISION CO.,LTD
#27 HWASEONG-RO 1616BEON GIL BIBONG
00000
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 61,153.50

---

**3.20** **Nonpriority creditor's name and mailing address**

ASPARK CO., LTD.
TSURUNOCHO 1-9
UMEDA GATE TOWER 10F
OSAKA-SHI, 530-0014
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 12,286.46

---

**3.21** **Nonpriority creditor's name and mailing address**

ASSIST LINE CO., LTD.
OAK IKEBUKURO BUILDING 4F, 1-21-11 HIGASHI-IKEBUKURO
TOSHIMA-KU,
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 11,080.84

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

ATEC CO., LTD.
AOI 3-24-4
HIGASHI-KU
NAGOYA, 461-0004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,371.70

---

**3.23 Nonpriority creditor's name and mailing address**

ATOS INC.
□□□□□□□□□□□□□□19-16
3792303
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.58

---

**3.24 Nonpriority creditor's name and mailing address**

ATSUMITECH CO., LTD.
□□□□□□□□□□4-6-1
4338118
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,791.07

---

**3.25 Nonpriority creditor's name and mailing address**

AUTOLIV INC. (FORMERLY AUTOLIV JAPAN)
□□□□□□□□□□□□□3-17-6
2228580
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,614,224.40

---

**3.26 Nonpriority creditor's name and mailing address**

AVNET INC.
□□□□□□□□□□□5-1-21
1506023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 634,504.62

---

Debtor  Marelli Corporation

Name

Case number (if known)  25-11034

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,736.36 |
|---|---|---|---|

BA INDUSTRIES (CO., LTD.)
□□□□□□3-14-1□□□□□□□□□□
1030000
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,966.00 |
|---|---|---|---|

BERHOF CO., LTD.
□□□□□□□□□□□1□□10-29
4600002
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 171,934.93 |
|---|---|---|---|

BESTEX KYOEI CO., LTD.
□□□□□□□□□3-3-18
5100886
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 522.31 |
|---|---|---|---|

BEYOND CO., LTD.
□□□□□□□□□2429-3
4178575
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,100,063.11 |
|---|---|---|---|

BOSCH (LTD.)
□□□□□□□□□□□□1-9-32
2248601
JAPAN

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F           **Schedule E/F: Creditors Who Have Unsecured Claims**           Page 7 of 81

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

BOZE AUTOMOTIVE LLC
□□□□□□-4-5
1060032
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 143,315.43

---

**3.33** **Nonpriority creditor's name and mailing address**

BRASTEC CO., LTD.
1-22-6 MATSUBARA
TATEBAYASHI, 374-0016
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,606.32

---

**3.34** **Nonpriority creditor's name and mailing address**

CALSONIC KANSEI (SHANGHAI) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 235,299,088.00

---

**3.35** **Nonpriority creditor's name and mailing address**

CALSONIC KANSEI KOREA CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,239,298.00

---

**3.36** **Nonpriority creditor's name and mailing address**

CALSONICKANSEI UTSUNOMIYA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,193.00

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**

**Nonpriority creditor's name and mailing address**

CANON MARKETING JAPAN INC.
□□□□□□□□3-11-28
1080073
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                 8.55

---

**3.38**

**Nonpriority creditor's name and mailing address**

CDP JAPAN CO., LTD.
2-2-1 MINE
UTSUNOMIYA, 321-0902
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                            9,566.09

---

**3.39**

**Nonpriority creditor's name and mailing address**

CENTRAL SPRING CO., LTD.
□□□□□□□□1-13-12
1420051
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           58,063.85

---

**3.40**

**Nonpriority creditor's name and mailing address**

CHIN POON(CHANGSHU)ELECTRONICS CO.,
CHANGSHU NEW&HI-TECH INDUSTRIAL DEV
215500
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                           57,973.94

---

**3.41**

**Nonpriority creditor's name and mailing address**

CHINA TOOL PROJECTS UK LIMITED
□□□□□□□□4-6-8
1080075
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                            2,905.56

---

Debtor  Marelli Corporation
Name

Case number (if known)  25-11103

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

CHUGAI CO., LTD.
□□□□□□□□□□1-6-1□1F,2F
1000004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                42,920.36

---

**3.43** **Nonpriority creditor's name and mailing address**

CIGNA HEALTH AND LIFE INSURANCE COMPANY
900 COTTAGE GROVE ROAD
BLOOMFIELD, 06002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                38,069.33

---

**3.44** **Nonpriority creditor's name and mailing address**

CLARION ELECTRONICS CORPORATION
□□□□□□□□□□□□□7-2
3300081
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,867,877.49

---

**3.45** **Nonpriority creditor's name and mailing address**

CORPORATIVO MONTE COLUMBUS SA DE CV

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,620.00

---

**3.46** **Nonpriority creditor's name and mailing address**

COSTAL JAPAN CO., LTD.
□□□□□□□□□□□□3-2-1
2130012
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                527,940.32

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

COURIER NETWORK JAPAN□□□□
2-2-10-605, SHINJUKU
SHINJUKU-KU, 160-0022
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 661.98

---

**3.48** **Nonpriority creditor's name and mailing address**

DAIICHI JITSUGYO CO., LTD.
□□□□□□□□□□□□4-6
1020084
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125,416.50

---

**3.49** **Nonpriority creditor's name and mailing address**

DAIMARU INDUSTRIES (CO.)
□□□□□□□□□2-18-11
1358510
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,533,705.33

---

**3.50** **Nonpriority creditor's name and mailing address**

DAIO MIURA CO., LTD.
□□□□□□□□□1-14-3
1700004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,223.76

---

**3.51** **Nonpriority creditor's name and mailing address**

DAISHINKU CORP.
□□□□□□□□□1-18-2□IK□□□2□
1430016
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.60

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** | **Nonpriority creditor's name and mailing address**

DAITO KOUSAN CO., LTD.
SAKURAGI-CHO 1-18
KUMAGAYA,
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,277.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

DATE MACHINERY CO., LTD.
□□□□□□□□□□□□367-1
3390002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 63,572.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

DENSO CORPORATION TOKYO BRANCH
□□□□□□□□2-15-13
1500046
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,726.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

DSB TECHNOLOGIES, LLC
3330 PALMER DRIVE JANESVILLE WI
53546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,229.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

EASE CORPORATION
□□□□□□□□954-9-101
3270004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,667.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number *(if known)* | 25-11103 |
|--------|---------------------|--------------------------|----------|
|        | Name                |                          |          |

---

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16,584.00 |
|---|---|---|---|

EASTERN STEEL PIPE INDUSTRY CO., LTD.
□□□□□□□□□3-37-4
1790076
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 847,030.26 |
|---|---|---|---|

ELEMATEC CORPORATION
□□□□□□□□□□□□1-31-1
3300843
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,675,596.92 |
|---|---|---|---|

ELEMATEC CORPORATION
□□□□□□□□□□□□2-118
3300846
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,387.41 |
|---|---|---|---|

ELNER CORPORATION
□□□□□□□□□□□□9-32
9618031
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 28,418.25 |
|---|---|---|---|

ENDO HAUSE CO., LTD.
2-43-2 MINAMI-CHO, SK21 BUILDING A 5TH FLOOR
MAEBASHI-SHI, 371-0805
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|--------|--------|--------|--------|
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

ENOMOTO SEIKI CO., LTD.
□□□□□□□□□379-3
3470005
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,185.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

ESBANCE CO., LTD.
□□□□□□□□□1-4-22
3060013
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,584.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

EVERBRITE TECHNOLOGY CO LTD
NO.140 LUNPING LUNPING VIL GUANYIN
328
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,483.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

FAR EAST TRADING CO.
□□□□□□□□□□2-2-1□□□□□
1008670
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 86,860.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

FARTEC CORPORATION
□□□□□□□□580
2120013
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 174.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11003 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 429.21 |
|---|---|---|---|
| | FEDERAL EXPRESS JAPAN LLC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9.81 |
|---|---|---|---|
| | FEDERAL EXPRESS JAPAN LLC<br>2-6-1 NAKASE, MIHAMA-KU WORLD BUSINESS GARDEN MARIVE WEST<br>CHIBA, 261-7110<br>JAPAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 128,526.00 |
|---|---|---|---|
| | FORESIGHT TECHNOLOGY CO., LTD.<br>2-3-2 KAMIOCHIAI CHU<br>3380001<br>JAPAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 53,850.52 |
|---|---|---|---|
| | FOSHAN NANHAI HUADA-TAKAGI MOLD CO<br>□□□□□□□□□□□□□□□<br>528234<br>CHINA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400,879.02 |
|---|---|---|---|
| | FUJI KIKO CO., LTD.<br>□□□□□□□□□2028<br>4310431<br>JAPAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.72** | **Nonpriority creditor's name and mailing address**

FUJI MANUFACTURING CO., LTD.
□□□□□□□□□□1456
3294425
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,185.00

---

**3.73** | **Nonpriority creditor's name and mailing address**

FUJIKAWA CO., LTD.
□□□□□□□□□□8
3270844
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,173.00

---

**3.74** | **Nonpriority creditor's name and mailing address**

FUKOKU BUSSAN CO., LTD.
□□□□□□□□□□2-32-7
1430015
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,557.27

---

**3.75** | **Nonpriority creditor's name and mailing address**

FUKU MUSEN DENKI CO., LTD.
□□□□□□□□□□1-3-1
1130034
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110,560.00

---

**3.76** | **Nonpriority creditor's name and mailing address**

FUKUYAMA TRANSPORTING CO., LTD. TOKYO BRANCH
3 CHOME-6-15 ETCHUJIMA
KOTO, 135-0044
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69.47

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.77** | **Nonpriority creditor's name and mailing address**

FURUKAWA ELECTRIC CO., LTD. (FORMERLY MITSUBISHI CABLE INDUSTRIES)
□□□□□□□□□□2-16-8
1010047
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,204.00

---

**3.78** | **Nonpriority creditor's name and mailing address**

FUSERASHI CO., LTD.
□□□□□□□□□□□□□□□
3700342
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,082.26

---

**3.79** | **Nonpriority creditor's name and mailing address**

FUTABA CORPORATION
□□□□□□□□□□□19
1010023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65,376.24

---

**3.80** | **Nonpriority creditor's name and mailing address**

GLOBAL FIND NETWORK CO., LTD.
□□□□□□□□2-3-8
1050011
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,455.00

---

**3.81** | **Nonpriority creditor's name and mailing address**

GO SMART DEVELOPMENT LIMITED
CHE WAH IND. BUILDING 1-7 KIN HONG STREET 1ST FLOOR
HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,282.37

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 74,263.14 |
|---|---|---|---|

GRANGES ALUMINIUM(SHANGHAI)CO.LTD.
NO.111 JIANTANG HIGHWAY JIADING DIS

CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,455.01 |
|---|---|---|---|

GROSEL CORPORATION
□□□□□□□□□□□2-1
1010048
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,472.70 |
|---|---|---|---|

GUANGHUA AUTOMOTIVE ACCESSORIES CO., LTD. JAPAN BRANCH
□□□□□□□□□□□11-30
4200857
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 49,337.40 |
|---|---|---|---|

GUANGZHOU DONGYANG LISONG MOLD MANUFACTURING CO., LTD.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

GUNMA
GUNMA, ORA DISTRICT, ORA, SHINNAKANO, □□□, GIAPPONE,
□370-0612
GUNMA, 370-0612
JAPAN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Marelli Corporation
         Name

Case number (if known)   25-11034

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.87** | **Nonpriority creditor's name and mailing address** | $ 870.66 |
| | HANKUK PRECISION CO.,LTD. | |
| | 31,PYEONGDONG-RO 803BEON-GIL GWANGS | |
| | 62416 | |
| | SOUTH KOREA | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.88** | **Nonpriority creditor's name and mailing address** | $ 98,826.24 |
| | HANNSTAR DISPLAY(NANJING) CORP. | |
| | 18 HENGFEI RD NANJIN | |
| | 000000 | |
| | CHINA | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address** | $ 218,142.38 |
| | HANWA CO., LTD. | |
| | □□□□□□□□1-13-1 | |
| | 1048429 | |
| | JAPAN | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.90** | **Nonpriority creditor's name and mailing address** | $ 122,176.55 |
| | HARADA INDUSTRIES CO., LTD. | |
| | □□□□□□□□□6-26-2□□□□□□□-□ | |
| | 1400013 | |
| | JAPAN | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.91** | **Nonpriority creditor's name and mailing address** | $ 25,218,362.00 |
| | HIGHLY MARELLI HOLDINGS CO., LTD | |
| | 26555 NORTHWESTERN HIGHWAY | |
| | SOUTHFIELD, MI 48033 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,432.46 |
|---|---|---|---|---|

HILEX CORPORATION
□□□□□□□□□□□ 145-6
3210931
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 129,870.46 |
|---|---|---|---|---|

HIROSE ELECTRIC CO., LTD.
□□□□□□□□□ 5-5-23
1418587
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 64,448.71 |
|---|---|---|---|---|

HITACHI ASTEMO CO., LTD.
□□□□□□□□□□ 2-2-1
1000004
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 30,404.00 |
|---|---|---|---|---|

HOHE CO., LTD.
□□□□□□□□□ 366
9391701
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,909,730.60 |
|---|---|---|---|---|

HONDA MOTOR CO., LTD.
□□□□□□□□□ 2-1-1
1070062
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Marelli Corporation
Name

Case number (if known)    25-11003

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 425,496.14 |
|---|---|---|---|---|

**3.97**

Nonpriority creditor's name and mailing address

HONDA TRADING CORPORATION
□□□□□□□□□4-14-1□18F
1018622
JAPAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 425,496.14

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98**

Nonpriority creditor's name and mailing address

HOT STAFF OKAZAKI MINAMI CO., LTD.
HANECHO, KITONO 32-1 MARUGO BUILDING
OKAZAKI, 444-0813
JAPAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 3,050.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99**

Nonpriority creditor's name and mailing address

HUA FENG ALUMINUM JAPAN CO., LTD.
□□□□□□□2-15-3□C□
1086217
JAPAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 51,825.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100**

Nonpriority creditor's name and mailing address

HUANGYU PRECISION STAMPING (KUNSHAN) CO., LTD.
□□□□□□□□□□□8□□
215324
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 43,846.41

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.101**

Nonpriority creditor's name and mailing address

HUF JAPAN□□□□
2-8-8, KYOBASHI SHINKYOBASHI BLDG. 7F
CHUO-KU, 104-0031
JAPAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 1,374.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 122,635.65 |
|---|---|---|---|

IBIDEN CO., LTD.
□□□□□□□□□2-1
5038604
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 729.70 |
|---|---|---|---|

IBS OUTSOURCING CO., LTD.
51-9 NISHIHONCHO
OTA CITY, 373-0033
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 135.66 |
|---|---|---|---|

ICHIKOH INDUSTRIES, LTD. (FOR SUPPLY ITEM OFFSET R11 )
80 ITADO
ISEHARA, 259-1192
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 97,206.43 |
|---|---|---|---|

IKEGAMI MOLD INDUSTRY CO., LTD.
□□□□□□□□□□□1453-2
3460036
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.01 |
|---|---|---|---|

IMPERIAL COMMUNICATIONS INDUSTRY (INC.)
□□□□□□□□□□45-1
2118530
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11103 |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107**

**Nonpriority creditor's name and mailing address**

IN FRONT INDUSTRIAL CO., LTD.
□□□□□□□□□□5-15-7
5690012
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,039.00

---

**3.108**

**Nonpriority creditor's name and mailing address**

INOAC CORPORATION
□□□□□□□□2-9-3□□□□□□□□□□□
1410032
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,024.39

---

**3.109**

**Nonpriority creditor's name and mailing address**

IRISO ELECTRONICS CO., LTD.
□□□□□□□□□□□□2-13-8
2220033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 76,084.73

---

**3.110**

**Nonpriority creditor's name and mailing address**

IRISO ELECTRONICS CO., LTD.
SHIN-YOKOHAMA 2-13-8
2220033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,546.80

---

**3.111**

**Nonpriority creditor's name and mailing address**

ISHIHARA MANUFACTURING CO., LTD.
□□□□□□□□2647-8□□□□□
2521123
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,530,565.00

---

Debtor   Marelli Corporation                                          Case number (if known)   25-11103
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 147.69 |
|---|---|---|---|

ISHIKAWA GUMI CO., LTD.
4-14-2 HIGASHI-OHI
SHINAGAWA-KU, 140-0011
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 813,892.99 |
|---|---|---|---|

ISUZU CO.
□□□□□□□□□□2-2-1□□□□□
1000005
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,233,615.67 |
|---|---|---|---|

ITOCHU MARUBENI SPECIAL STEEL CO., LTD.
□□□□□□□□□□2-10-5□□□□□□
1030025
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 358,224.52 |
|---|---|---|---|

IWATA BOLT CO., LTD.
□□□□□□□□□□□2-32-4
1418508
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 123,930.85 |
|---|---|---|---|

IWATANI CORPORATION
□□□□□□□□□□□□□107
3380002
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117 Nonpriority creditor's name and mailing address**

JAPAN ADAPTIVE MOBILITY SERVICES CO., LTD.
□□□□□□□□□1-24-13
2430014
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42,134.71

---

**3.118 Nonpriority creditor's name and mailing address**

JAPAN BEE CHEMICAL CO., LTD.
2-14-1, SHODAIOTANI
HIRAKATA, 573-1153
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.93

---

**3.119 Nonpriority creditor's name and mailing address**

JAPAN MOLEX LLC
□□□□□□□□□1-5-4
2428585
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 183,271.52

---

**3.120 Nonpriority creditor's name and mailing address**

JAPAN PLASTICS TECHNOLOGIES INC.
□□□□□□□□□□□2-5-14
2220033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 369,685.09

---

**3.121 Nonpriority creditor's name and mailing address**

JAPAN THERMOSTAT CO., LTD.
□□□□□□□□6-59-2
2040003
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99,527.88

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

JECO INC.
□□□□□□□□□1-4-1
3618511
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56.18

---

**3.123** **Nonpriority creditor's name and mailing address**

□□□□□□□□□
□□□□□□□□□1-9-5
1008070
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 867,063.37

---

**3.124** **Nonpriority creditor's name and mailing address**

JOYSON SAFETY SYSTEMS JAPAN□
□□□□□□□□□2-3-14□19F
1400002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 383,075.30

---

**3.125** **Nonpriority creditor's name and mailing address**

JS FACTORY CO., LTD.
1-19-1-605 SUMIYOSHI
KOTO-KU, 135-0002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,960.47

---

**3.126** **Nonpriority creditor's name and mailing address**

JSP CO., LTD.
□□□□□□□□□2-1-1
1008580
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 647.71

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

K.K. HIROSAWA PRECISION MACHINERY WORKS
□□□□□□□□□□□652□□-2
3230804
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 0.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

KABUSHIKI KAISHA KODO
□□□□□□□□1-5-2
1057111
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 53,986.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

KAGA ELECTRONICS INC.
□□□□□□□2-2-9□□□□□□□□□□15F
1138504
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,006.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

KAGA FEI CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,305.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

KAGA FEI CORPORATION
□□□□□□□□□□□1-114-1
3300802
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,253.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Marelli Corporation
Name
Case number (if known)    25-11103

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.01 |
| --- | --- | --- | --- |

KAMAYA ELECTRIC CO., LTD.
PSA BLDG. 3F, 6-1-6 CHUOU
YAMATO-SHI, 242-0021
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,455.00 |
| --- | --- | --- | --- |

KANEKA FOAM PLASTICS CO., LTD.
□□□□□□□□1-1-7
1120004
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 151.41 |
| --- | --- | --- | --- |

KANEMATSU PETRO CO.
□□□□□□□□□□1-1
1010041
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,336,961.99 |
| --- | --- | --- | --- |

KANOX CO., LTD.
□□□□□□□□□□3-6-2
1030023
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 94,301.43 |
| --- | --- | --- | --- |

KANTO INDUSTRIAL CO., LTD.
□□□□□□□□□□1243
3294314
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | | Case number (if known) | 25-11034 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

KINTETSU EXPRESS PORT FORWARDING OFFICE
2-15-1 KONAN, SHINAGAWA INTERCITY TOWER A, 24TH FL
MINATO CITY, 108-0075
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,406.44

---

**3.138** **Nonpriority creditor's name and mailing address**

KINUGAWA RUBBER INDUSTRIAL CO., LTD.
□□□□□□□□□□235
3580055
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,763.98

---

**3.139** **Nonpriority creditor's name and mailing address**

KINUGAWA RUBBER INDUSTRIES CO., LTD.
□□□□□□□□□□□□□330
2630005
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.02

---

**3.140** **Nonpriority creditor's name and mailing address**

KISCO□□□□
□□□□□□□□□□□□4-11-2
1038410
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,294.47

---

**3.141** **Nonpriority creditor's name and mailing address**

KISWELL JAPAN (CO., LTD.)
□□□□□□□□□□□□4-5□6□
1031011
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,730.00

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address**<br><br>KOBATECH INC.<br>□□□□□□□□□□□□□<br>9691107<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 40,078.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address**<br><br>KODAMA MACHINERY WORKS CO., LTD.<br>□□□□□□□□□4-16-4<br>1320021<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 64,263.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address**<br><br>KOITO MANUFACTURING CO., LTD.<br>SUMITOMO FUDOSAN OSAKI TWIN BLDG. EAST, 5-1-18,<br>KITASHINAGAWA<br>SHINAGAWA-KU, 141-0001<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 510.04 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address**<br><br>KOJIMA ELECTRIC CO., LTD.<br>□□□□□□□□□□□3-8-5<br>6018006<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 12,438.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>KOKOKU INTEC CO., LTD.<br>□□□□□□□□□2□□1□□□PMO□<br>1020083<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 608.09 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.147** **Nonpriority creditor's name and mailing address**

KORYO PRECISION CO., LTD.
KOREA,GWANG-JU,KWANGSAN-GU,ANCEONG-

SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 914.67

---

**3.148** **Nonpriority creditor's name and mailing address**

KOWA SPRING CO., LTD.
□□□□□□□1430-47
3590001
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,730.00

---

**3.149** **Nonpriority creditor's name and mailing address**

KPMG LLP
550 S HOPE ST STE 1500
LOS ANGELES, 90071-2629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,900.00

---

**3.150** **Nonpriority creditor's name and mailing address**

KURAREZA PARTNERS LLC
CLAREZA PARTNERS G.K., 10-15 SHINSENCHO
SHIBUYA-KU,
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,539.10

---

**3.151** **Nonpriority creditor's name and mailing address**

KURATA ELECTRONICS CO., LTD.
□□□□□□□□□2-1-29
3340075
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,864.00

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.152  Nonpriority creditor's name and mailing address**

KYODEN CO., LTD.
□□□□□□□□□□□□5-28-18
3360015
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,747.00

---

**3.153  Nonpriority creditor's name and mailing address**

L&T TECHNOLOGY SERVICES LIMITED
L&T KNOWLEDGE CITY, WEST BLOCK – II, NH NO. 8
VILLAGE ANKHOL , VADODARA
GUJARAT, 390019
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 187.00

---

**3.154  Nonpriority creditor's name and mailing address**

L&T TECHNOLOGY SERVICES LIMITED
L&T KNOWLEDGE CITY, WEST BLOCK , NH NO. 8
VILLAGE ANKHOL , VADODARA
GUJARAT, 390019
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 606,197.10

---

**3.155  Nonpriority creditor's name and mailing address**

LEONI ELECTRICAL SYSTEMS SHANGHAI C
1288 JIASONG N RD
JIADING DISTRICT
SHANGHAI, 201823
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137,695.54

---

**3.156  Nonpriority creditor's name and mailing address**

LEXON CO., LTD.
HIGASHI, 1 CHOME−8−2 8-2
OKEGAWA, 363-0013
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,611.54

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157** **Nonpriority creditor's name and mailing address**

LIANCHENG INDUSTRIAL CO.
36 DONGBEI ROAD, DONGQIAO INDUSTRIAL PARK
HAISHU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,095.71

---

**3.158** **Nonpriority creditor's name and mailing address**

LIMITED COMPANY ISHIKAWA PRESS INDUSTRY
□□□□□□□□□□2286-2
3270035
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,764.00

---

**3.159** **Nonpriority creditor's name and mailing address**

LOFTY CO., LTD.
2-1-6 UCHISAISAI-CHO, HIBIYA PARK FRONT 19TH FLOOR
CHIYODA, 100-0011
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,552.34

---

**3.160** **Nonpriority creditor's name and mailing address**

LPK HIGHTECH CO.LTD.
200-44 MUBONGGIL JANGANMYEON
20044
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,611.68

---

**3.161** **Nonpriority creditor's name and mailing address**

LS AUTOMOTIVE JAPAN CO., LTD.
□□□□□□□□□□3-2-6
1000013
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,505,725.58

| Debtor | Marelli Corporation | Case number (if known) | 25-11003 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

MA LEWISBURG ELECTRONIC PLANT (N06)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 185.33

---

**3.163** **Nonpriority creditor's name and mailing address**

MACNICA, INC.
□□□□□□□□□□□□1-6-3
2228561
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,764,219.64

---

**3.164** **Nonpriority creditor's name and mailing address**

MANPOWERGROUP CO., LTD.
100 W MANPOWER PL
MILWAUKEE, 53212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,198.27

---

**3.165** **Nonpriority creditor's name and mailing address**

MARELLI (CHINA) HOLDING COMPANY
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,854,690.00

---

**3.166** **Nonpriority creditor's name and mailing address**

MARELLI (GUANGZHOU) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111,459,322.00

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.167** Nonpriority creditor's name and mailing address

MARELLI (THAILAND) CO., LTD
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 263,320,402.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.168** Nonpriority creditor's name and mailing address

MARELLI (XIANG YANG) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 35,647,600.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.169** Nonpriority creditor's name and mailing address

MARELLI AUTOMOTIVE COMPONENTS (GUANGZHOU) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 25,411,323.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.170** Nonpriority creditor's name and mailing address

MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 26,764,661.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.171** Nonpriority creditor's name and mailing address

MARELLI AUTOMOTIVE COMPONENTS (WUXI) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 57,391,676.00

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Corporation | | Case number (if known) | 25-11103 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172 Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 6,972,228.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173 Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE SYSTEMS EUROPE PLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 43,839.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174 Nonpriority creditor's name and mailing address**

MARELLI ENGINEERING (SHANGHAI) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 790,046.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175 Nonpriority creditor's name and mailing address**

MARELLI ESPAÑA S.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 12,215.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176 Nonpriority creditor's name and mailing address**

MARELLI FUKUSHIMA CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 9,654,065.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11103 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177**

**Nonpriority creditor's name and mailing address**

MARELLI HOLDINGS CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 5,622,486,435.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178**

**Nonpriority creditor's name and mailing address**

MARELLI KYUSHU CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 29,136,695.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179**

**Nonpriority creditor's name and mailing address**

MARELLI MACHINE WORKS CORP.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 6,637,113.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180**

**Nonpriority creditor's name and mailing address**

MARELLI R&D CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 63,097.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181**

**Nonpriority creditor's name and mailing address**

MARELLI RUS LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 9,805.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11003 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

MARELLI TOOLING (GUANGZHOU) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,751.00

---

**3.183** | **Nonpriority creditor's name and mailing address**

MARELLI YOKOHAMA CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,034,994.00

---

**3.184** | **Nonpriority creditor's name and mailing address**

MARTYNICS CO., LTD.
□□□□□□□□1-1-23
8700254
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,185.00

---

**3.185** | **Nonpriority creditor's name and mailing address**

MASUDA MANUFACTURING CO., LTD.
□□□□□□□□□1□□17-2
1430016
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,936.57

---

**3.186** | **Nonpriority creditor's name and mailing address**

MEIJI CO., LTD.
□□□□□□□□□□□16-1
9870121
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,353.00

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11034 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td><td>**Amount of claim**</td></tr>
</table>

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,487.96 |
|---|---|---|---|
| | MEIKO CORPORATION | ☐ Contingent | |
| | □□□□□□□□□5-14-15 | ☐ Unliquidated | |
| | 2521104 | ☐ Disputed | |
| | JAPAN | | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 642.47 |
|---|---|---|---|
| | MIIKE INDUSTRIAL CO., LTD. | ☐ Contingent | |
| | □□□□□□□□□□□2336 | ☐ Unliquidated | |
| | 2458577 | ☐ Disputed | |
| | JAPAN | | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 939,563.10 |
|---|---|---|---|
| | MINEBEAMITSUMI INC. | ☐ Contingent | |
| | □□□□□□□3-5-27 | ☐ Unliquidated | |
| | 1086319 | ☐ Disputed | |
| | JAPAN | | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 82,920.00 |
|---|---|---|---|
| | MITOYO CO., LTD. | ☐ Contingent | |
| | □□□□□□□□1-16-10 | ☐ Unliquidated | |
| | 1040033 | ☐ Disputed | |
| | JAPAN | | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 170,677.00 |
|---|---|---|---|
| | MITOYO PRECISION ENGINEERING CO., LTD. | ☐ Contingent | |
| | □□□□□□□□□□2-21-8 | ☐ Unliquidated | |
| | 1920045 | ☐ Disputed | |
| | JAPAN | | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192**   **Nonpriority creditor's name and mailing address**

MITSUBA CORPORATION
□□□□□□□□□1-2681□□□
3760013
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,756,345.61

---

**3.193**   **Nonpriority creditor's name and mailing address**

MITSUBISHI ELECTRIC MOBILITY CO., LTD.
□□□□□□□□□2-6-10(□□□□□
2430018
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 619,131.45

---

**3.194**   **Nonpriority creditor's name and mailing address**

MITSUBISHI FUSO TRUCK AND BUS CORPORATION
10 OHKURA-CHO, NAKAHARA-KU
KAWASAKI-SHI, 211-8522
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89.72

---

**3.195**   **Nonpriority creditor's name and mailing address**

MITSUBISHI MOTORS CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 632.40

---

**3.196**   **Nonpriority creditor's name and mailing address**

MITSUI KINZOKU ACT CO., LTD.
□□□□□□□□□1-1-2
2200011
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,709.71

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11034 |
|---|---|---|---|---|
| | Name | | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.197**  **Nonpriority creditor's name and mailing address**

MITSUZAKURA INDUSTRIES (CO., LTD.)
□□□□□□□□□4-2-27
3060023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,500.45

---

**3.198**  **Nonpriority creditor's name and mailing address**

MONTHLY ALLOCATION USE
□□□□□5-24-15
1648602
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              158,705.43

---

**3.199**  **Nonpriority creditor's name and mailing address**

MOUNTAIN SECT CO., LTD.
□□□□□□□□□□1-6-28
4620825
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              183,115.00

---

**3.200**  **Nonpriority creditor's name and mailing address**

MURAKAMI TRADING CO., LTD.
□□□□□□□□□6□26-3
1400013
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               14,511.00

---

**3.201**  **Nonpriority creditor's name and mailing address**

MURATA MANUFACTURING CO., LTD.
□□□□□□□□□□□□□□
3300854
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              605,725.60

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.202** **Nonpriority creditor's name and mailing address**

NAGASE SANGYO CO., LTD.
□□□□□□□□□□□5-1
1038355
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,537,509.54

---

**3.203** **Nonpriority creditor's name and mailing address**

NAJIKO SPICER CO., LTD.
□□□□□□□□□3-10-10 □□□□□
1040045
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 191.64

---

**3.204** **Nonpriority creditor's name and mailing address**

NAKAGAWA MACHINERY WORKS CO., LTD.
□□□□□□□□□□81
3680067
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 187,261.00

---

**3.205** **Nonpriority creditor's name and mailing address**

NAMBU CHEMICAL CO., LTD.
□□□□□□□□□82-1
4101105
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,552.84

---

**3.206** **Nonpriority creditor's name and mailing address**

NARA MOLD&DIE CO,LTD
50-1 SUNG JU-DONG,CHANG WON-CITY

SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6.67

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** | **Nonpriority creditor's name and mailing address**

NATSUME CO., LTD.
□□□□□□□□□224-1
3500848
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,387.92

---

**3.208** | **Nonpriority creditor's name and mailing address**

NAVE INC.
□□□□□□□□□2
9220422
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,550.00

---

**3.209** | **Nonpriority creditor's name and mailing address**

NE CHEMCAT CO., LTD.
27TH FLOOR, WORLD TRADE CENTER BUILDING SOUTH TOWER, 2-4-1
HAMAMATSUCHO
MINATO-KU, 105-5127
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.02

---

**3.210** | **Nonpriority creditor's name and mailing address**

NEC□□□□□□□□□□□
□□□□□□□□
1088515
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75.66

---

**3.211** | **Nonpriority creditor's name and mailing address**

NEXTY ELECTRONICS CORPORATION
□□□□□□□□2-3-13
1088510
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,787.06

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

NEXTY ELECTRONICS INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,408.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

NICHIA CORPORATION
□□□□□□□□□491
7748601
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 77,184.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

NICHIAS CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 31,214.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

NICHIAS CORPORATION
□□□□□□□□□1-5-2
2420018
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 413,908.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

NICHIGO CHEMICAL CO., LTD.
□□□□□□□□□4-15-10
3580033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,876.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

NICHIRIN CO., LTD.
□□□□□□□□1-3-11
1050023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,074.65

---

**3.218** **Nonpriority creditor's name and mailing address**

NICHIYO CO., LTD.
□□□□□□□□□□□7-10-4
1410032
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 91,776.04

---

**3.219** **Nonpriority creditor's name and mailing address**

NIDEC CORPORATION
□□□□□□□□1-20-13
1410032
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 131,695.80

---

**3.220** **Nonpriority creditor's name and mailing address**

NIDEC MOBILITY CORPORATION
□□□□□□□□□□□338□□
6018205
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.75

---

**3.221** **Nonpriority creditor's name and mailing address**

NIDEC SANKYO CORPORATION
□□□□□1-20-13 □□□□□□□
1410032
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 493,234.24

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

NIFCO INC.
□□□□□□□□□1-2-3
2291112
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 556,255.01

---

**3.223** **Nonpriority creditor's name and mailing address**

NIKKEN TOTAL SOURCING INC.
7-23-3 NISHI-KAMATA, NIKKEN DAIICHI BLDG
OTA-KU, 144-0051
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54,290.37

---

**3.224** **Nonpriority creditor's name and mailing address**

NIPATSU FLEX CO., LTD.
□□□□□□□□□2-2-1□□□□□□□□□□□
2208145
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.76

---

**3.225** **Nonpriority creditor's name and mailing address**

NIPPON CMK CO., LTD.
□□□□□□□□□23-1
3501123
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 245,470.05

---

**3.226** **Nonpriority creditor's name and mailing address**

NIPPON EXPRESS CO., LTD. KANTO-KOSHINETSU BLOCK
FORWARDING
2, KANDAIZUMICHO
CHIYODA-KU, 101-8647
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,395.54

---

Debtor   Marelli Corporation
         Name

Case number (if known)   25-11034

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.227** | **Nonpriority creditor's name and mailing address**

NIPPON EXPRESS CO., LTD. TOKYO AIR BRANCH
□□□□□□□□1-9-3
1058322
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,437.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

NIPPON LIGHT METAL CO., LTD.
□□□□□□□□□2-2-20
1408628
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 152,023.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**

NIPPON PIGMENT CO., LTD.
□□□□□□□□□□3-20
1010054
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 387.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**

NIPPON PLASTICS CO., LTD.
□□□□□□□□□3507□□15
4180111
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,975,089.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**

NIPPON SPRINGS CO., LTD. THIRD SALES DEPARTMENT
□□□□□□□□□□3-6-4□□□□□□SQ10F
2200012
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,421.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:#000;color:#fff"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

NISHI TRADING CO., LTD.
□□□□□□□□1-16-8□□□□8F
1030014
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                36,623.00

---

**3.233** **Nonpriority creditor's name and mailing address**

NISHII CORPORATION
□□□□□□□□□3-4-6
8120007
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                15,893.00

---

**3.234** **Nonpriority creditor's name and mailing address**

NISHIKI CO., LTD.
□□□□□□□□□□634
8410042
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 2,764.00

---

**3.235** **Nonpriority creditor's name and mailing address**

NISSAN CREATIVE SERVICES CO., LTD. SHONAN BRANCH
2384 KAMIYABE-CHO, TOTSUKA-KU
YOKOHAMA-SHI, 245-8558
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   155.52

---

**3.236** **Nonpriority creditor's name and mailing address**

NISSAN FINANCIAL SERVICES CO., LTD.
WESTTOWER10F, 5-1-2, MINATOMIRAI, NISHI-KU
YOKOHAMA-SHI, 220-0012
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   913.18

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237** **Nonpriority creditor's name and mailing address**

NISSAN MOTOR CO., LTD.
ATTN: JOSEPH HESSION
1 NISSAN WAY
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  CUSTOMER CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   82,920,000.00

---

**3.238** **Nonpriority creditor's name and mailing address**

NISSAN MOTORSPORTS & CUSTOMIZE CO., LTD.
□□□□□□□□□□824-2
2538571
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,815.12

---

**3.239** **Nonpriority creditor's name and mailing address**

NISSAN MOTORSPORTS & CUSTOMIZE CO., LTD.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,609.15

---

**3.240** **Nonpriority creditor's name and mailing address**

NISSAN SHATAI MANUFACTURING CO., LTD.
2-1, TSUTSUMI-CHO
HIRATSUKA-SHI, 254-8610
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   303.59

---

**3.241** **Nonpriority creditor's name and mailing address**

NISSAN TRADING CO., LTD.
□□□□□□□□□□91-1
2440805
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   69.56

---

Debtor    Marelli Corporation
          Name                                                        Case number (if known)    25-11003

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242 Nonpriority creditor's name and mailing address**

NISSAN TRADING CO., LTD. CHEMICAL PRODUCTS DIVISION
□□□□□□□□□□□□□91-1
2440805
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    22,621,160.89

---

**3.243 Nonpriority creditor's name and mailing address**

NISSAN TRADING CO., LTD. MACHINERY DIVISION
□□□□□□□□□□□□□□
2300053
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    112,092.83

---

**3.244 Nonpriority creditor's name and mailing address**

NISSAN TRADING CO., LTD. STEEL DIVISION
□□□□□□□□□□□□□91-1
2440805
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    176,205.00

---

**3.245 Nonpriority creditor's name and mailing address**

NISSHIN KOGYO CO., LTD.
2-8-41 HIGASHIHANAWADA
UTSUNOMIYA-SHI, 3200021
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,124,948.00

---

**3.246 Nonpriority creditor's name and mailing address**

NISSHINBO MICRO DEVICES INC.
□□□□□□□□□3-10NB□□□□□
1038456
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,104.54

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

NIX CORPORATION
□□□□□□□□□□2-3-3□□□□□□□□B8□
2206108
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,805.24

---

**3.248** **Nonpriority creditor's name and mailing address**

□□□□□□
□□□□□3-4 □□□□□□□□□3F
3600037
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 184,101.68

---

**3.249** **Nonpriority creditor's name and mailing address**

NPC MOLTEK CO.LTD.
289 HAEAN-RO DANWON-GO ANSAN-SI GEY
99999
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,153.97

---

**3.250** **Nonpriority creditor's name and mailing address**

NPC MOLTEK-JAPAN□□□□
SOBUE-CHO YAMAZAKI S
4950002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,511.00

---

**3.251** **Nonpriority creditor's name and mailing address**

NS ADVANTEC CO., LTD.
□□□□□□□□3-2-20
9400021
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,764.00

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252 Nonpriority creditor's name and mailing address**

NSK LTD.
□□□□□□□□□2-6-10
2430018
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,615.47

---

**3.253 Nonpriority creditor's name and mailing address**

OHASHI TECHNICA CO., LTD.
□□□□□□□□□3-7-2
1050001
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

**3.254 Nonpriority creditor's name and mailing address**

OIZUMI MANUFACTURING CO., LTD.
□□□□□□□□□1-11-4
3501387
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32.83

---

**3.255 Nonpriority creditor's name and mailing address**

OKAYA & CO., LTD.
□□□□□□□□□1-9-1
1000005
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,016.30

---

**3.256 Nonpriority creditor's name and mailing address**

ORWELL (INC.)
□□□□□□□□□237-10
3501335
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 159.62

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.257** **Nonpriority creditor's name and mailing address**

OTSUKA CORPORATION LA DIVISION (PC, ETC.)
2-18-4 IIDABASHI
CHIYODA-KU, 102-8573
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**

OUTSOURCING INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,622.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**

OUTSOURCING TECHNOLOGY CO., LTD.
MARUNOUCHI 1-8-3 MARUNOUCHI TRUST TOWER MAIN BUILDING 16 17F
CHIYODA, 1006229
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,700.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**

OWENS CORNING JAPAN LLC
□□□□□□□□3-12-1□□□□□□□□□□
1050001
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,449.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261** **Nonpriority creditor's name and mailing address**

PALSYSTEM CO., LTD.
□□□□□□□□□□21-15
3210167
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,670.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

PANASONIC AUTOMOTIVE SYSTEMS CO., LTD.
□□□□□□□□□□□□□□600
2248539
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 173,640.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263** **Nonpriority creditor's name and mailing address**

PANASONIC INDUSTRIAL MARKETING & SALES (CO., LTD.)
□□□□□□□□2□□6□1□
1055523
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 86,226.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264** **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN JAPAN (CO., LTD.)
□□□□□□□□□□2-3-14
1400002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 796.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.265** **Nonpriority creditor's name and mailing address**

PASONA TEMPSTAFF CO., LTD.
SHINJUKU MINES TOWER, 2-1-1 YOYOGI
SHIBUYA-KU, 151-0053
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,289.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.266** **Nonpriority creditor's name and mailing address**

PAYROLL CO., LTD.
3-5-7 ARIAKE
KOTO-KU, 135-0063
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,058.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11103 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267**

**Nonpriority creditor's name and mailing address**

PEACE AUTOMOBILE INDUSTRY CO., LTD.
□□□□□□□□□□□□5-18-22
8030836
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,859.22

---

**3.268**

**Nonpriority creditor's name and mailing address**

PERSICO(DONGGUAN)CO LTD
NO. 8 SECOND EAST STREET, XINGFA SOUTH ROAD LIWU
WUSHA, CHANGAN
DONGGUAN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    24,850.00

---

**3.269**

**Nonpriority creditor's name and mailing address**

PIONEERAX CO., LTD.
□□□□□□□□□□□□□□51
2400023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    380,151.66

---

**3.270**

**Nonpriority creditor's name and mailing address**

PNS□□□□□□□□
□□□□□□□□□□□□□1-42
4540867
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    17,966.00

---

**3.271**

**Nonpriority creditor's name and mailing address**

PROSPERA INC.
□□□□□□□□□□□□7□1□
1036014
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    49.54

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.272 Nonpriority creditor's name and mailing address**

PT.TOKYO RADIATOR SELAMAT SEMPURNA
KOMPLEK INDUSTRI ADR,DESA KADUJAYA,
15810
INDONESIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,520.84

---

**3.273 Nonpriority creditor's name and mailing address**

RESONAC CORPORATION
□□□□□□□□□□□□9□2□
1006606
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,008.86

---

**3.274 Nonpriority creditor's name and mailing address**

RHYTHM CORPORATION
□□□□□□□□□□□1-299-12
3309551
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,937.20

---

**3.275 Nonpriority creditor's name and mailing address**

RHYTHM PRECISION CO., LTD.
□□□□□□□□□□□931-1
3002747
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,173.00

---

**3.276 Nonpriority creditor's name and mailing address**

RIA CORPORATION JAPAN CO., LTD.
□□□□□□□□□□□□3-17-2
2220033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81,050.54

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11034 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

ROBERT HALF JAPAN CO., LTD.
2-6-4, OTEMACHI
TOKYO TORCH TOKIWABASHI TOWER 24F
CHIYODA-KU, 100-0004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,360.62

---

**3.278** **Nonpriority creditor's name and mailing address**

ROHM CO., LTD. NORTH KANTO FIRST SALES OFFICE
□□□□□□2-1-1□□□□□□□□10□
1040028
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,531,988.75

---

**3.279** **Nonpriority creditor's name and mailing address**

RT CO., LTD.
ROOM 20A KIU FU COMMERCIAL BLDG, 300 LOCKHART RD
WAN CHAI,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.09

---

**3.280** **Nonpriority creditor's name and mailing address**

RYOSAN CORPORATION
2-3-5 HIGASHIKANDA
2150033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 215,656.17

---

**3.281** **Nonpriority creditor's name and mailing address**

SAGAWA HUMONY CO., LTD.
2-2-8, SHINSUNA
KOTO-KU, 136-0075
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 241.71

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** **Nonpriority creditor's name and mailing address**

SAITAMA THREE BOND CO., LTD.
□□□□□□□□□□256-1
3630025
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,698.05

---

**3.283** **Nonpriority creditor's name and mailing address**

SAKAE CHEMICAL CO., LTD.
□□□□□□□□□□614
3294421
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                12,438.00

---

**3.284** **Nonpriority creditor's name and mailing address**

SAKAIYA CO., LTD.
□□□□□□□□□□□□□□□
3500833
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                71,173.00

---

**3.285** **Nonpriority creditor's name and mailing address**

SAMU KOREA CORP.
87 2RO-HAPDEOKSANDAN HAPDEOK-EUP
DANGJIN,
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,995.72

---

**3.286** **Nonpriority creditor's name and mailing address**

SANKO CHEMICAL CO., LTD.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                40,078.00

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.287 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

SANKYO CO., LTD.
□□□□□□□□□□□2-237-15
3300811
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 366,938.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.288 **Nonpriority creditor's name and mailing address**

SANKYO CORPORATION
□□□□□□□□□1□□□□□□□□
1010038
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45,517.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.289 **Nonpriority creditor's name and mailing address**

SANRITSU INDUSTRIES CO., LTD.
□□□□□□□□□□□1366
3294404
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,571.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.290 **Nonpriority creditor's name and mailing address**

SANWA SCREEN NAMEPLATE CO., LTD.
□□□□□□□□□□□55
4968002
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 134,745.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.291 **Nonpriority creditor's name and mailing address**

SASANO MAX CO., LTD.
□□□□□□□□□2-5-5
1050012
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 62,881.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.292** | **Nonpriority creditor's name and mailing address**

SCHRADER ELECTRONICS LTD.
11 TECHNOLOGY PARK BELFAST ROAD
ANTRIM, BT41 1QS
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 8,053.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address**

SENSATA TECHNOLOGIES INC.
□□□□□□□□□□□□2-3-12
2220033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,437.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address**

SENYO MOLDTECH CO., LTD.
NO.17, EAST SUHONG ROAD, SUZHOU INDUSTRIAL PARK
SUZHOU, JIANGSU
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 393.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address**

SHENZHEN FENGYU ELECTRONIC COMMERCE CO.,
UNIT 89 3/F YAU LEE CENTRE NO.45 HOI YUEN ROAD
KWUN TONG, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,134.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address**

SHIGERU INDUSTRIES CO., LTD.
□□□□□□□□□330
3738588
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,964.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.297** **Nonpriority creditor's name and mailing address**

SHIINA MANUFACTURING CO., LTD.
□□□□□□□□□1745
9930063
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,331.00

---

**3.298** **Nonpriority creditor's name and mailing address**

SHIMODA INDUSTRIAL CO., LTD.
□□□□□□□□□2-9-9
1400013
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 804.27

---

**3.299** **Nonpriority creditor's name and mailing address**

SHINDENGEN ELECTRIC MANUFACTURING CO., LTD.
□□□□□□□□□2-2-1
1000004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 78,665.69

---

**3.300** **Nonpriority creditor's name and mailing address**

SHINKO PLASTICS CO., LTD.
□□□□□□□□□1-5-24
1360076
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,713.00

---

**3.301** **Nonpriority creditor's name and mailing address**

SHOWA RUBBER CHEMICAL CO., LTD.
□□□□□□□□221
3040823
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,983.00

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.302**

**Nonpriority creditor's name and mailing address**

SIAM CALSONIC CO., LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                19,506,506.00

---

**3.303**

**Nonpriority creditor's name and mailing address**

SITRONIC GMBH & CO. KG
ROBERT-BOSCH-STRASSE 9
GARTRINGEN, 71116
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     582,274.14

---

**3.304**

**Nonpriority creditor's name and mailing address**

SJM CO.,LTD
401-5 MOKNAE-DO ANSAN-CITY KYUNGKI-
000-000
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                         3,465.31

---

**3.305**

**Nonpriority creditor's name and mailing address**

SOGO & SEIBU CO., LTD.
NIBANCHO CENTER BUILDING, 5-25 NIBANCHO
CHIYODA-KU, 102-0084
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                         2,420.93

---

**3.306**

**Nonpriority creditor's name and mailing address**

SOGO CAREER OPTION CO., LTD.
16TH FLOOR, WORLD TRADE CENTER BUILDING SOUTH BUILDING,
2-4-1 HAMAMATSUCHO
MINATO
TOKYO,
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       10,622.86

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

SOMPO□□□□□□□□□□□
2-3, KANDA AWAJI-CHO 1CHOME
CHIYODA-KU,
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 40.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308** **Nonpriority creditor's name and mailing address**

STANLEY ELECTRIC CO., LTD.
□□□□□□□□□□2-9-13
1538636
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 76,478.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309** **Nonpriority creditor's name and mailing address**

STAR ELECTRONICS CORPORATION
□□□□□□1-4-10
1050014
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,388.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**

STARTEAM GLOBAL LIMITED
UNIT 6-8 11F HILDER CENTRE 2 SUNG P
999999
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 128,231.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** **Nonpriority creditor's name and mailing address**

SUGIYA METAL INDUSTRY CO., LTD.
□□□□□□□□1-23-2
1460093
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Corporation | | | | 25-11034 |
|---|---|---|---|---|---|
| | Name | | (Case number *if known*) | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

SUMIDA ELECTRIC CO., LTD.
HARIGAYA4-2-20
3600075
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,984.42

---

**3.313** **Nonpriority creditor's name and mailing address**

SUMITOMO ELECTRIC INDUSTRIES LTD.
□□□□□□□□3-9-1□□□□□□□□□□□11
1088539
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 817,737.71

---

**3.314** **Nonpriority creditor's name and mailing address**

SUMITOMO ELECTRIC INDUSTRIES, LTD.
□□□□□□□□□1-1-3
2430017
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,375.61

---

**3.315** **Nonpriority creditor's name and mailing address**

SUMITOMO RIKO CO., LTD.
□□□□□□□□□□□□□7-1-6
2520303
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.17

---

**3.316** **Nonpriority creditor's name and mailing address**

SUMITRONICS CORPORATION
□□□□□□□□□□1-2-2
1000003
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 883,495.56

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,603.34 |
|---|---|---|---|---|

SUN COMPANY ELECTRIC CO., LTD.
□□□□□□□□□6-1
5078523
JAPAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | | $ | 51,825.00 |
|---|---|---|---|---|

SUNLIT INDUSTRIES (INC.)
□□□□□□□□1371
9930033
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | | $ | 4,880.44 |
|---|---|---|---|---|

SUNNOHASI CO., LTD.
□□□□□□□□2-1-18
1230844
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | | $ | 4,301,068.08 |
|---|---|---|---|---|

SUNTEC CO., LTD.
□□□□□□□□□1-8-37
2390836
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | | $ | 14,420.03 |
|---|---|---|---|---|

SUZHOU FANGYU METAL PRODUCT FACTORY
NO.88 MAOPENG ROAD, XUKOU TOWN, WUZ
215164
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Marelli Corporation

Name

(Case number (if known)   25-11034

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.322** **Nonpriority creditor's name and mailing address**

SUZUKI CO.
□□□□□□□□□300
4328611
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      54,856.32

---

**3.323** **Nonpriority creditor's name and mailing address**

SZE PAK TECH CO.LTD.
XINWU DISTRICT WIXI JIANGSU CHINA
214112
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       8,984.73

---

**3.324** **Nonpriority creditor's name and mailing address**

TACHI-S CO., LTD.
1-3-1, SUEHIRO-CHO
OME-SHI, 198-0025
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                         124.66

---

**3.325** **Nonpriority creditor's name and mailing address**

TAICA CORPORATION
□□□□□□□2-18-10□□□□□□□□
1080074
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       2,764.00

---

**3.326** **Nonpriority creditor's name and mailing address**

TAIKO ELECTRONICS JAPAN LLC
□□□□□□□□□□□□□3-5-8
2138535
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     153,361.61

---

Debtor    Marelli Corporation
          Name
                                          (Case number (if known)    25-11103

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** **Nonpriority creditor's name and mailing address**

TAISEI PRESS INDUSTRY CO., LTD.
□□□□□□□□□292-3
3620052
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,365.00

---

**3.328** **Nonpriority creditor's name and mailing address**

TAIYO YUDEN CO., LTD.
□□□□□□□□□2□□7□19□
1040031
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,830.40

---

**3.329** **Nonpriority creditor's name and mailing address**

TANAKA PAPER INDUSTRY CO.
□□□□□□□□□4-35-19
1240014
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,786.00

---

**3.330** **Nonpriority creditor's name and mailing address**

TATA CONSULTANCY SERVICES JAPAN
1-3-1 AZABUDAI, AZABUDAI HILLS MORI JP TOWER 10F
MINATO-KU, 106-0041
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182,424.00

---

**3.331** **Nonpriority creditor's name and mailing address**

TATA ELXSI LIMITED
HOODY BHORUKA TECH PARK, BLOCK 1, M
BANGALORE, 560048
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79,111.21

---

Debtor   Marelli Corporation                                    Case number (if known)   25-11103
           Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 173,931.04 |
|---|---|---|---|

TATSUTA CHEMICAL CO., LTD.
□□□□□□□□□1-3-9
1110052
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,258,619.56 |
|---|---|---|---|

□□□□□□
□□□□□□□□□2-5-1
1036128
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,652.16 |
|---|---|---|---|

TECHNO ASSOCIATE CO., LTD.
□□□□□□□□□2039-1
2547171
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 351.48 |
|---|---|---|---|

TECHNO STATE CO., LTD.
□□□□□□□□□□1716
2520822
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,045.16 |
|---|---|---|---|

TECHNOPRO, INC.
35F, ROPPONGI HILLS MORI TOWER
6-10-1 ROPPONGI
MINATO-KU
TOKYO, 106-6135
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | | Case number (if known) | 25-11034 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.337** **Nonpriority creditor's name and mailing address**

TECHNOS CORPORATION
□□□□□□□□□□□□1939
2230057
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                28,331.00

---

**3.338** **Nonpriority creditor's name and mailing address**

TENJO ELECTRIC INDUSTRY CO., LTD.
□□□□□□□□□□□□315
3500142
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              103,649.98

---

**3.339** **Nonpriority creditor's name and mailing address**

TEPCO ENERGY PARTNER, INC.
GINZA MITSUI BLDG., 8-13-1 GINZA
CHUO-KU, 104-0061
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                43,051.40

---

**3.340** **Nonpriority creditor's name and mailing address**

THOMSON REUTERS JAPAN CO., LTD.
FIVE CANADA SQUARE, CANARY WHARF
LONDON, E14 5AQ
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    273.88

---

**3.341** **Nonpriority creditor's name and mailing address**

TŌA ELECTRIC INDUSTRY CO., LTD.
□□□□□□□□□□1-26-17
3020131
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  6,345.71

---

Debtor   Marelli Corporation                                    Case number (if known)   25-11103

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 100,195.00 |
|---|---|---|---|

TOKAI CHEMICAL INDUSTRIES CO., LTD.
□□□□□□□□□□2768-2
5142211
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 169,797.92 |
|---|---|---|---|

TOKAI KOGYO CO., LTD.
□□□□□□□□□□6-17-1
1940013
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,202.00 |
|---|---|---|---|

TOKAI M CO., LTD.
□□□□□□□□□□209-155
3210921
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 930.98 |
|---|---|---|---|

TOKAI RIKA CO., LTD.
□□□□□□□□□□3-260
4800195
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44,915.00 |
|---|---|---|---|

TOKO ENGINEERING CO., LTD.
□□□□□□□□□□128
3294214
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 113,843.50 |
|---|---|---|---|

TOKYO BYOKEN CO., LTD.
□□□□□□□□2-5-14
1308701
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,404.00 |
|---|---|---|---|

TOKYO INDUSTRIAL CO., LTD.
□□□□□□□□□2-2-1
1000004
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 882,112.50 |
|---|---|---|---|

TOKYO RADIATOR MFG. CO., LTD.
2002-1 ENDO
FUJISAWA, 2520816
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,023.08 |
|---|---|---|---|

TOP STAFF CO., LTD.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,112.26 |
|---|---|---|---|

TOPRE CORPORATION
□□□□□□□□□3-12-2□□□□
1030027
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Corporation | | Case number (if known) | 25-11034 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 144,195.64 |
|---|---|---|---|

TOPURA CO., LTD.
□□□□□□□□□201□□
2570031
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 304,983.74 |
|---|---|---|---|

TOSHIBA CORPORATION
□□□□□□□□□□□72-34
2128585
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 28,331.00 |
|---|---|---|---|

TOSHIN CO., LTD.
□□□□□□□827-4
2521121
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 277,091.00 |
|---|---|---|---|

TOWA ELECTRIC CO., LTD.
□□□□□□□□□□□2-3-3
1030002
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 18,657.00 |
|---|---|---|---|

TOYO CHEMICAL CO., LTD.
□□□□□□□□□□□51
4700151
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Marelli Corporation
          Name

Case number (if known)    25-11103

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.357** | **Nonpriority creditor's name and mailing address**

TOYO COLOR CO., LTD.
□□□□□□□□2-7-19
1048381
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 51,029.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**

TUBE FORMING CO., LTD.
□□□□□□□□□2-15-12
2360004
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 40,077.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**

UD□□□□□(□)
□□□□□□□□□□1
3628523
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,824.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**

UMC ELECTRONICS (THILAND) LIMITED
1/23 TFD INDESTRIAL
99999
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 305,829.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address**

UMEGAKI CORPORATION
□□□□□□□□1-5-17
1060031
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,067.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.362** **Nonpriority creditor's name and mailing address**

UMEMURA ENGINEERING CO., LTD.
□□□□□□□□□□2-1
4550876
JAPAN

$ 14,511.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.363** **Nonpriority creditor's name and mailing address**

UNIADEX INC.
□□□□□□□□1-1-1
1358560
JAPAN

$ 97,049.57

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.364** **Nonpriority creditor's name and mailing address**

UNIPRES INC.
□□□□□□□□□□3825
2428550
JAPAN

$ 2,030,151.05

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.365** **Nonpriority creditor's name and mailing address**

USUI INTERNATIONAL INDUSTRIES (INC.)
□□□□□□□□□□131-2
4110905
JAPAN

$ 5,528.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.366** **Nonpriority creditor's name and mailing address**

VALEO JAPAN CO., LTD.
□□□□□□□□□5-28-6
1438521
JAPAN

$ 1,011,769.99

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Marelli Corporation
Name                                                              Case number (if known)   25-11103

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,943.61 |
| --- | --- | --- | --- |

VALQUA, LTD.
□□□□□□□□2-1-1
1416024
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,024.58 |
| --- | --- | --- | --- |

VANTEC CO., LTD.
□□□□□□□□6-145□□□□□
2200022
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,472.07 |
| --- | --- | --- | --- |

VIALTO PARTNERS TAX ACCOUNTANT CORPORATION
UNITS 2801-04, LEVEL 28, TWO ICC, 288 SOUTH SHAANXI ROAD
SHANGHAI,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.78 |
| --- | --- | --- | --- |

VISION INC.
8TH FLOOR, SHINJUKU EAST SIDE SQUARE, 6-27-30 SHINJUKU
SHINJUKU-KU, 160-0022
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,940,362.17 |
| --- | --- | --- | --- |

VISTEON JAPAN (LTD.)
□□□□□□□□□□□□□3-6-1
2200012
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372** **Nonpriority creditor's name and mailing address**

VOICE DISPLAY COMPANY JAPAN CO., LTD.
□□□□□□□□5-13-1□□□40MT□
1050001
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 252,707.92

---

**3.373** **Nonpriority creditor's name and mailing address**

WISE CORPORATION CO., LTD.
5-7-1 NISHI-SHINJUKU
SHINJUKU, 160-0023
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,700.84

---

**3.374** **Nonpriority creditor's name and mailing address**

WOORI M-TECH CO.,LTD
21-5DUKWOOGONGDAN,2-GIL,BONGDAM-EUP
18336
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 127,489.50

---

**3.375** **Nonpriority creditor's name and mailing address**

WORK NAVI CO., LTD.
4-16-33 SAKAE, NAKA-KU, KEIZAI SHIMBUN NAGOYA BRANCH
BUILDING 5TH FLOOR
NAGOYA, 460-0008
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,067.55

---

**3.376** **Nonpriority creditor's name and mailing address**

WORLD INTEC CO., LTD.
6F FUKUOKA ASAHI BUILDING, 2-1-1 HAKATA EKIMAE
HAKATA-KU
FUKUOKA-SHI, 812-0011
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,425.33

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 71,698.91 |
|---|---|---|---|

WUS INTERNATIONAL COMPANY LTD
FLAT.RM 1201 12/F
999999
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,455.00 |
|---|---|---|---|

YAMAGUCHI ENGINEERING CO., LTD.
□□□□□□□□□□2-17-8
4860957
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36,623.00 |
|---|---|---|---|

YAMANAKA INDUSTRIES (CO., LTD.)
□□□□□□□□□□□2-5-8
5410042
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 55,971.00 |
|---|---|---|---|

YAMATO INDUSTRIES CO., LTD.
□□□□□□□□□8-18-9
1460082
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 143,037.00 |
|---|---|---|---|

YAMAUCHI SEIKI CO., LTD.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 666,947.10 |
|---|---|---|---|

YAMAZAKI METAL INDUSTRY CO., LTD.
□□□□□□□□□□1-8-11
1010032
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,232.26 |
|---|---|---|---|

YANTAI SJM CO. LTD
NO.15 GUANGZHOU ROAD, KAIFAQU, YANT
264006
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 152,351.07 |
|---|---|---|---|

YAZAKI CORPORATION
□□□□□□□□□□1157-106
4120046
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,988.84 |
|---|---|---|---|

YOROZU CO., LTD.
□□□□□□□□□□□3-7-60
2228560
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40,078.00 |
|---|---|---|---|

YSP CORPORATION
□□□□□□□□□□103
3691214
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Corporation | Case number (if known) | 25-11103 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.387** | **Nonpriority creditor's name and mailing address**

YUQI INDUSTRIAL CO.
NO. 23, WENHUA ROAD, HSINCHU INDUSTRIAL ZONE
HUKOU TOWNSHIP,
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                2,343.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Marelli Corporation | Case number (if known): | 25-11103 |
|---|---|---|---|
| | Name | | |

**Part 3:**　**List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ☐ Not listed.  Explain | |
| 4.2 | Line ☐ Not listed.  Explain | |
| 4.3 | Line ☐ Not listed.  Explain | |
| 4.4 | Line ☐ Not listed.  Explain | |
| 4.5 | Line ☐ Not listed.  Explain | |
| 4.6 | Line ☐ Not listed.  Explain | |
| 4.7 | Line ☐ Not listed.  Explain | |
| 4.8 | Line ☐ Not listed.  Explain | |
| 4.9 | Line ☐ Not listed.  Explain | |

Debtor    Marelli Corporation
          Name

Case number (if known)    25-11103

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $                                      0.00 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $                      6,733,761,082.63 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                      6,733,761,082.63 |
|  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Corporation |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11103 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | BASIC AGREEMENT ON PARTS TRANSACTIONS DATED: 03/05/2020 | AISIN AW CO. 10 TAKANE, FUJII-CHO, ANJO-SHI, AICHI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | BINARY DISTRIBUTION LICENSE AGREEMENT DATED: 09/30/2020 | ALTIA, INC 111 S. TEJON STREET SUITE 204 COLORADO SPRINGS, CO 80903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | BINARY DISTRIBUTION LICENSE AGREEMENT DATED: 09/30/2020 | ALTIA, INC 111 S. TEJON STREET SUITE 204 COLORADO SPRINGS, CO 80903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | APPOINTMENT LETTER OF NEW MARELLI GROUP AUDITOR DATED: 01/01/2024 | AM CALSONIC CO., LTD. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO SOFTWARE LICENSE AGREEMENT DATED: 07/01/2019 | CANDERA GMBH SEMMELWEISSTRABE 34 LINZ, 4020 AUSTRIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Corporation | Case number (if known): | 25-11103 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | EXIT AGREEMENT DATED: 07/22/2024 | CHIEN TAI INDUSTRY CO., LTD. NO. 511, SEC. 1, CHENGGONG RD. GUANYIN DIST., TAOYUAN CITY, 328 TAIWAN, ROC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | PROJECT TERM SHEET DATED: 02/18/2019 | CHINATOOL UK LTD 1000 LAKESIDE NORTH HARBOUR WESTERN ROAD PORTSMOUTH PO6 3EN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | APPRENTICESHIP TRAINING SERVICES AGREEMENT DATED: 07/13/2017 | CITY OF SUNDERLAND COLLEGE CITY OF SUNDERLAND COLLEGE BEDE CAMPUS DURHAM ROAD SUNDERLAND SR3 4AH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | COMCO CORPORATION 92-1 MATSUBA,TAKAOKA TOYOTA,AICHI 473-0933 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 04/11/2019 | CROWN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 07/12/2019 | CROWN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 04/09/2019 | CROWN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Corporation | Case number (if known): 25-11103 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 09/10/2019 | CROWN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 07/25/2019 | CROWN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 05/21/2019 | CROWN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 04/25/2019 | CROWN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FOR SUPPLEMENTARY SERVICES DATED: 04/09/2019 | CROWN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA DESTRUCTION SERVICE AGREEMENT DATED: 08/09/2017 | DATA SOLUTIONS 2016 LTD T/A RESTORE DATASHRED 1ST FLOOR, UNIT 2 WHEEL FORGE WAY STRETFORD, MANCHESTER, M17 1EH |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF ENGAGEMENT DATED: 04/13/2022 | DAVIDSON BERQUIST JACKSON & GOWDEY LLP 8300 GREENSBORO DRIVE SUITE 500 MCLEAN, VA 22102 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Corporation

Case number (if known):  25-11103

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT DATED: 04/13/2022 | DAVIDSON BERQUIST JACKSON & GOWDEY, LLP 8300 GREENSBORO DRIVE SUITE 500 MCLEAN, VA 22102 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 10/31/2024 | DUMAREY GROUP NV 23 PONSTRAAT SINT-MARTENS-LATEM, 9831 BELGIUM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | SHARE PURCHASE AGREEMENT DATED: 10/31/2024 | DUMAREY GROUP NV 23 PONSTRAAT, 9831 SINT-MARTENS-LATEM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 10/31/2024 | DUMAREY POWERGLIDE STRASBOURG 81 RUE DE LA ROCHELLE, 67026 STRASBOURG CEDEX |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | SHARE PURCHASE AGREEMENT DATED: 10/31/2024 | DUMAREY POWERGLIDE STRASBOURG SAS 81 RUE DE LA ROCHELLE, 67026 STRASBOURG CEDEX |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF REPRESENTATION DATED: 11/25/2022 | ERNST & YOUNG SHINNIHON LLC 1-1-2 YURAKUCHO, CHIYODA-KU, TOKYO TOKYO MIDTOWN HIBIYA, HIBIYA MITSUI TOWER 100-0006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT DATED: 08/09/2023 | ERNST & YOUNG SHINNIHON LLC 1-1-2 YURAKUCHO, CHIYODA-KU, TOKYO TOKYO MIDTOWN HIBIYA, HIBIYA MITSUI TOWER 100-0006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Corporation | | Case number (if known): | 25-11103 |
|---|---|---|---|---|
| | Name | | | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF REPRESENTATION DATED: 09/26/2022 | ERNST & YOUNG SHINNIHON LLC 1-1-2 YURAKUCHO TOKYO MIDTOWN HIBIYA HIBIYA MITSUI TOWER CHIYODA-KU, TOKYO, 100-0006 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF REPRESENTATION DATED: 09/22/2022 | ERNST & YOUNG SHINNIHON LLC 1-1-2 YURAKUCHO TOKYO MIDTOWN HIBIYA HIBIYA MITSUI TOWER CHIYODA-KU, TOKYO, 100-0006 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CONFIRMATION LETTER ON NON-ENGAGEMENT OF AUDIT CONTRACT AND CONFIDENTIALITY DATED: 04/20/2024 | EY NEW JAPAN LLC 1-1-2 YURAKUCHO, CHIYODA-KU, TOKYO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 09/01/2023 | FACILITY PARTNERS CO., LTD. 1-2-10 HORIDOME-CHO 4TH FLOOR JAPAN BRIDGE HORIDOME-CHO FIRST CHUO-KU, TOKYO, 103-0012 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS LEASE AGREEMENT DATED: 09/30/2022 | FBM CORPORATION HULIC ASAKUSABASHI BUILDING, NO. 22-16, ASAKUSABASHI, TAITO-KU, TOKYO 111-0053 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS LEASE AGREEMENT DATED: 09/30/2022 | FBM INC. 111-0053 NO. 22-16, ASAKUSABASHI, TAITO-KU, TOKYO REPRESENTATIVE : HULIC ASAKUSABASHI BUILDING |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MEMORANDUM OF UNDERSTANDING DATED: 07/30/2020 | FORD-WERKE GMBH HENRY-FORD-STR 1, 50735 COLOGNE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



| Debtor | Marelli Corporation | | Case number (if known): 25-11103 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AND TRUSTEE AGREEMENT DATED: 07/29/2020 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB ATTORNEYS-AT-LAW, TAX ADVISORS LAULENSCHLAGERSTRARE 21 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | PARENT COMPANY GUARANTEE DATED: 06/08/2022 | GRÄNGES AB LINNEGATAN 18 STOCKHOLM, 11447 SWEDEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | CYCLE 2 WORK AGREEMENT TERMS AND CONDITIONS DATED: 09/01/2016 | HALFORDS LIMITED ICKNIELD STREET DRIVE, WASHFORD WEST, REDDITCH, WORCESTERSHIRE B98 0DE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING ON JOINT VENTURE DOCUMENTS DATED: 11/13/2023 | HIGHLY INTERNATIONAL (HONG KONG) LIMITED NO. 89 QUEENSWAY ROOMS 901–903, 9/F. TOWER 2, LIPPO CENTRE HONG KONG, HONG KONG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | JOINT VENTURE AGREEMENT DATED: 01/28/2021 | HIGHLY INTERNATIONAL (HONG KONG) LIMITED NO. 89 QUEENSWAY ROOMS 901–903, 9/F. TOWER 2, LIPPO CENTRE HONG KONG, HONG KONG, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTAL AGREEMENT DATED: 12/20/2023 | HIGHLY MARELLI HOLDINGS CO., LTD 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | PAYMENT TERMS DATED: 12/01/2019 | HONDA R&D CO., LTD. 1220-32 SHIMOKOUDO SAKURA-SHI, TOCHIGI, 329-1402 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Corporation
Name

Case number (if known): 25-11103

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest: GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HOSHI KO SHOKAI CO., LTD. AKASAKA, MINATO-KU, TOKYO, NO. 21, NO. 20 |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest: FINANCIAL ADVISORY AGREEMENT | HOULIHAN LOKEY CORPORATION 30TH FLOOR, PACIFIC CENTURY PLACE MARUNOUCHI 11-1 MARUNOUCHI 1-CHOME, CHIYODA-KU, TOKYO HIROYUKI OKUYAMA, CHIEF OPERATING OFFICER |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT NO. 1 TO PATENT LICENSE AGREEMENT DATED: 05/20/2023 | IMMERSION CORPORATION 2999 N. E. 191ST STREET, SUITE 610, AVENTURA, FL 33180 |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest: BASIC CONTRACT FOR PURCHASING TRANSACTIONS AND CLAIMS INDEMNIFICATION AGREEMENT (WITH SUPPLEMENTS AND MEMORANDA) DATED: | ISUZU MOTORS CORPORATION 6-26-1 MINAMI-OI, SHINAGAWA-KU, TOKYO |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest: PURCHASE AND QUOTE BASIC AGREEMENT (2021 EDITION) DATED: 01/26/2023 | IZEN KOGYO CO., LTD. |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest: SOURCING AND COMMERCIAL PROGRAMME AGREEMENT DATED: 06/27/2018 | JAGUAR LAND ROVER LIMITED ABBEY ROAD, WHITLEY, COVENTRY, CV3 4LF |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest: GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | JEKO CO., LTD. 1-4-1 FUJIMI-CHO, GYODA-SHI, SAITAMA PREFECTURE |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |

Debtor    Marelli Corporation

Case number (if known):  25-11103

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest | WAIVER LETTER DATED: 10/04/2022 | K A S O W I T Z   B E N S O N   T O R R E S   L L P 1633 BROADWAY NEW YORK, NY 10019 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.49** State what the contract or lease is for and the nature of the debtor's interest | BASIC CONTRACT FOR TRANSPORTATION CONSIGNMENT DATED: 01/01/2020 | KALITU CO., LTD. 1-4-4 MIKAWA ANJO-CHO, ANJO-SHI, AICHI-KEN |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.50** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING ON TRANSACTIONS DATED: 10/01/2020 | KEIHIN CORPORATION THERMAL TECHNOLOGY CO., LTD. |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.51** State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONSIGNMENT AGREEMENT DATED: 04/01/2022 | KINTETSU EXPRESS CO., LTD. 169-0075 TOKYO-TO, SHINJUKU-KU, TAKADANOBABA 1-31-18, TAKADANOBABA CENTER BUILDING, 5TH FLOOR SHINJUKU EXPORT OFFICE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.52** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT # 2 TO MASTER SERVICE AGREEMENT DATED: 01/01/2021 | L&T TECHNOLOGY SERVICES LIMITED L&T HOUSE BALLARD ESTATE MUMBAI, 400 001 INDIA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.53** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 01/01/2024 | MAGNETI MARELLI CONJUNTOS DE ESCAPE S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.54** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON DEVELOPMENT AND ASSISTANCE SERVICES DATED: 01/01/2022 | MARELLI  SWEDEN AB 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Corporation | Case number (if known): | 25-11103 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI (GUANGZHOU) CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES MASTER AGREEMENT DATED: 01/01/2025 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI (THAILAND) CO., LTD 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI (THAILAND) CO., LTD 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL LICENSE AGREEMENT DATED: 03/01/2021 | MARELLI (XIANG YANG) CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR TECHNICAL ASSISTANCE DATED: 03/01/2021 | MARELLI (XIANG YANG) CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL LICENSE AGREEMENT DATED: 03/01/2021 | MARELLI (XIANG YANG) CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Corporation | Case number (if known): | 25-11103 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI (XIANG YANG) CORPORATION<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 05/01/2023 |
| | | MARELLI AFTERSALES CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI AUTOMOTIVE COMPONENTS (GUANGZHOU) CORPORATION<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| Debtor | Marelli Corporation | Case number (if known): | 25-11103 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 03/01/2025 | MARELLI BUSINESS SERVICE (DALIAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | LEASE MEMORANDUM AMENDING ORIGINAL LEASE AGREEMENT DATED: 03/01/2025 | MARELLI BUSINESS SERVICE CORP. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 05/01/2023 | MARELLI BUSINESS SERVICE CORP. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Corporation
　　　　　Name

Case number (if known):   25-11103



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI CLUJ ROMANIA S.R.L. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI ENGINEERING YANGON CO., LTD. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.79** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI ESPAÑA S.A. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.80** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI EUROPE S.P.A. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest — SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI EUROPE S.P.A. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI FRANCE <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |

Debtor    Marelli Corporation
_____        Case number (if known):   25-11103
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOTIFICATION OF SHARE PLEDGE AGREEMENT DATED: 11/02/2020<br><br><br>Undetermined | MARELLI GERMANY GMBH<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | NOTIFICATION OF SHARE PLEDGE AGREEMENT DATED: 11/02/2020 | MARELLI GERMANY GMBH<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|---|---|---|---|
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GERMANY GMBH<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO INTERCOMPANY LOAN AGREEMENT DATED: 12/05/2022 | MARELLI GERMANY GMBH<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | APPOINTMENT OF PROCESS AGENT DATED: 12/02/2020 | MARELLI GERMANY GMBH<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO INTERCOMPANY LOAN AGREEMENT DATED: 12/05/2022 | MARELLI GERMANY GMBH<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | MINUTES OF THE SHAREHOLDERS' MEETING DATED: 09/06/2023 | MARELLI GERMANY GMBH<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|  | State the term remaining | Undetermined |  |
|  | List the contract number of any government contract |  |  |

| Debtor | Marelli Corporation | Case number (if known): 25-11103 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARK LICENSE AGREEMENT DATED: 01/28/2021 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED: 01/28/2021 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 05/01/2023 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Corporation | | Case number (if known): 25-11103 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MOROCCO LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI NORTH AMERICA, INC. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI NORTH AMERICA, INC. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI PLOIESTI ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Corporation

Name

Case number (if known):  25-11103

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.104** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.105** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY EMPLOYEE EXCHANGE AGREEMENT DATED: 09/06/2021 | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.106** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SOSNOWIEC POLAND SP. Z. O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SUSPENSION SYSTEMS ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TENNESSEE USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Corporation

Name

Case number (if known): 25-11103

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | SALES COMMISSION FOR REFERRAL AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | BASIC TERMS AND CONDITIONS FOR PURCHASING TRANSACTIONS DATED: 04/01/2023 | MARUBENI PLAX CORPORATION 1-4-14 GOKU, BUNKYO-KU, TOKYO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | BASIC AGREEMENT ON PARTS TRANSACTIONS DATED: 10/01/1993 | MAZDA MOTOR CORPORATION SHINCHI NO. 3, FUCHU-CHO, AKI-GUN, HIROSHIMA PREFECTURE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | BASIC AGREEMENT ON PARTS TRANSACTIONS | MAZDA MOTOR CORPORATION 3-1, SHINCHI ATTN: MANAGER, PART DEPT. NO. FUCHU-CHO, AKI-GUN, HIROSHIMA, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ONLINE USE OF DIGITAL COLLECTION OF STATUTORY REGULATIONS DATED: 02/26/2025 | MERCEDES-BENZ AG MERCEDESSTRAßE 137, 70327 STUTTGART. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONSIGNMENT AGREEMENT DATED: 10/15/2021 | MIYAKO SANGYO CO., LTD. 2210-2 YOHARA, KARITA-CHO, KYOTO-GUN, FUKUOKA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Corporation
          Name

Case number (if known):  25-11103

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | SEPARATION AGREEMENT DATED: 03/31/2023 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | WINDING UP AGREEMENT DATED: 07/27/2020 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | WINDING UP AGREEMENT DATED: 07/27/2020 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AND TRUSTEE AGREEMENT DATED: 07/29/2020 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS OF PRODUCTION AND PURCHASE DATED: 05/28/2018 | NANJING AUTOMOBILE (GROUP) CORPORATION NO. 18, PUSI ROAD, PUKOU NEW TECHNOLOGY INDUSTRIAL DEVELOPMENT ZONE, NANJING |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND SERVICE AGREEMENT DATED: 03/05/2013 | NEIL STREFLING, PC 26153 JOHN R MADISON HEIGHTS, MI 48071 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON CHANGE OF CONFIRMATION LETTER | NISSAN MOTOR OKLAT NEGAWA PREFECTURE TEHEI CITY   NEJIGAWA WARD TAKARAMACHI 2 YA   NISSAN MOTOR COMPANY   PURCHASE SATOBE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Corporation | Case number (if known): 25-11103 |
|---|---|---|
| | Name | |

████  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | TEMPORARY USE LEASE AGREEMENT DATED: 09/01/2020 | NISSAN SHATAI CO., LTD. 2-1 TSUTSUMI-CHO, HIRATSUKA CITY, KANAGAWA PREFECTURE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | SAAS ORDER SCHEDULE DATED: 09/09/2022 | ONESTREAM SOFTWARE LLC 362 SOUTH STREET ROCHESTER, MI 48307 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT A - ORDER SCHEDULE DATED: 11/01/2022 | ONESTREAM SOFTWARE LLC 362 SOUTH STREET ROCHESTER, MI 48307 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE TRAVEL INCENTIVE AGREEMENT DATED: 03/01/2024 | QATAR AIRWAYS GROUP Q.C.S.C QATAR AIRWAYS TOWER AIRPORT ROAD PO BOX 22550 DOHA, QATAR |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND SERVICE AGREEMENT DATED: 03/05/2013 | RADLEY CORPORATION 23077 GREENFIELD, SUITE 440, SOUTHFIELD, ML 48075 ( |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND SERVICE AGREEMENT DATED: 03/05/2013 | RADLEY CORPORATION 23077 GREENFIELD, SUITE 440, SOUTHFIELD, ML 48075 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 03/19/2025 | RYOSUKE ITO, ATTORNEY AT TMI ASSOCIATES ROPPONGI HILLS MORI TOWER, 23RD FLOOR, 6-10-1 ROPPONGI, MINATO-KU, TOKYO 106-6123 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Corporation

Name

Case number (if known): 25-11103

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 05/19/2025 | RYOSUKE ITO, ATTORNEY-AT-LAW, TMI ASSOCIATES ROPPONGI HILLS MORI TOWER, 23RD FLOOR, 6-10-1 ROPPONGI, MINATO-KU, TOKYO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS OF PRODUCTION AND PURCHASE DATED: 05/28/2018 | SAIC MOTOR GROUP CO., LTD. NO. 489, WEIHAI ROAD SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SANSHIN CO., LTD. 3-7-27 TANASHI-CHO, NISHITOKYO-SHI, TOKYO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS OF PRODUCTION AND PURCHASE DATED: 05/28/2018 | SHANGHAI E-PROPULSION AUTO TECHNOLOGYCO.,LTD NO. 201, ANYAN ROAD SHANGHAI, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING ON JOINT VENTURE DOCUMENTS DATED: 11/13/2023 | SHANGHAI HIGHLY (GROUP) CO., LTD. NO. 888 NINGQIAO ROAD CHINA (SHANGHAI) PILOT FREE TRADE ZONE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | JOINT VENTURE AGREEMENT DATED: 01/28/2021 | SHANGHAI HIGHLY NEW ENERGY TECHNOLOGY CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | BASIC TRANSACTION AGREEMENT DATED: 04/01/2014 | SHIGERU KOGYO CO., LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Corporation | Case number (if known): 25-11103 |
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | FIXED-TERM BUILDING LEASE AGREEMENT DATED: 01/01/2025 | SHIMAMURA CO., LTD. 1-602-1 KITABUKURO-CHO, OMIYA-KU, SAITAMA CITY, SAITAMA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | APPOINTMENT LETTER OF NEW MARELLI GROUP AUDITOR DATED: 01/01/2024 | SIAM AUTO PARTS CO., LTD. NO. 380, MOO 2, SUKHUMVIT ROAD TAMBOL BANGPOO MAI AMPHUR MUANG SAMUTPRAKARN PROVINCE, THAILAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | SHAREHOLDERS AGREEMENT | SIAM AUTO PARTS CO., LTD. NO. 380, MOO 2, SUKHUMVIT ROAD TAMBOL BANGPOO MAI AMPHUR MUANG SAMUTPRAKARN PROVINCE, THAILAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SHAREHOLDERS AGREEMENT DATED: 01/24/1996 | SIAM AUTO PARTS CO., LTD. NO. 380, MOO 2, SUKHUMVIT ROAD TAMBOL BANGPOO MAI AMPHUR MUANG SAMUTPRAKARN PROVINCE, THAILAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | PARKING LOT LEASE AGREEMENT DATED: 12/01/2019 | SK HOUSING CO., LTD. 5-2-18 NISHITENMA, KITA-KU, OSAKA, SK HOUSING |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL ROOM LEASE AGREEMENT DATED: 10/30/2019 | SK HOUSING CO., LTD. 5-2-18 NISHITENMA, KITA-KU, OSAKA 530-0047 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL ROOM LEASE AGREEMENT DATED: 11/01/2019 | SK HOUSING CO., LTD. 3-25 KOMACHI, NAKA-KU, HIROSHIMA-SHI, HIROSHIMA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor | Marelli Corporation
Name

Case number (if known): 25-11103

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT RELATED TO CERTAIN INDEMNIFICATION RIGHTS OF THE SHARE PURCHASE AGREEMENT AND TRANSITION SERVICES AGREEMENT DATED: 01/30/2025 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PURCHASE AGREEMENT AND TRANSITION SERVICES AGREEMENT DATED: 03/31/2025 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PURCHASE AGREEMENT AND TRANSITION SERVICES AGREEMENT DATED: 03/24/2025 | STELLANTIS N.V. TAURUSAVENUE 1 HOOFDDORP, 2132 LS THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOBILE PARTS AGREEMENT DATED: 02/24/2019 | SUBARU TECNICA INTERNATIONAL CO., LTD. 3-9-6 OSAWA MITAKA, TOKYO, 181-0015 JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUMITOMO ELECTRIC HARTMETALL UL. CEGLANA 4 KATOWICE, 40-514 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUMITOMO ELECTRIC INDUSTRIES, LTD. 4-5-33 KITAHAMA, CHUO-KU, OSAKA-SHI, OSAKA PREFECTURE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | BASIC PURCHASING AGREEMENT DATED: 10/01/1999 | SUZUKI MOTOR CORPORATION 300, TAKATSUKA-CHO. HAMAMATSU CITY, MINAMI-KU, 432-8611 JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Corporation | Case number (if known): 25-11103 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | BASIC PURCHASING AGREEMENT DATED: 09/01/2003 | SUZUKI MOTOR CORPORATION 300, TAKATSUKA-CHO. HAMAMATSU CITY, MINAMI-KU, 432-8611 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | BASIC PURCHASING AGREEMENT DATED: 12/01/1997 | SUZUKI MOTOR CORPORATION 300, TAKATSUKA-CHO. HAMAMATSU CITY, MINAMI-KU, 432-8611 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | IMPORTANT NOTICE AND WAIVER DATED: 04/18/2023 | SUZUKI MOTOR CORPORATION 300, TAKATSUKA-CHO. HAMAMATSU CITY, MINAMI-KU, 432-8611 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONSIGNMENT AGREEMENT DATED: 11/02/2020 | SUZUYO CO., LTD SHIZUOKA PREFECTURE, SHIZUOKA CITY, SHIMIZU-KU, IRIFUNE-CHO, 11-1, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONSIGNMENT AGREEMENT DATED: 07/01/2020 | SUZUYO CO., LTD. 11-1 IRIFUNE-CHO, SHIMIZU-KU, SHIZUOKA CITY, SHIZUOKA PREFECTURE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONSIGNMENT AGREEMENT DATED: 07/01/2020 | SUZUYO CO., LTD. SHIZUOKA PREFECTURE, SHIZUOKA CITY, SHIMIZU-KU, IRIFUNE-CHO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TAIYO KOGYO GO. , LTD. 44 HEISEIDAI MISHIMA, SHIZUOKA, 411-0042 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Corporation | Case number (if known): | 25-11103 |
| --- | --- | --- | --- |
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOA ELECTRIC INDUSTRY CO., LTD. 5-1-4 SOTOKANDA, CHIYODA-KU, TOKYO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOKAI-M.,INC. 3-7-8 MIZUHO UTSUNOMIYA, TOCHIGI, 321-0921 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOKYO LADA ATOR MANUFACTURING CO., LTD. 2002-1 FUJISAWA-SHI, TOKYO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOWA ELECTRIC CO., LTD. 2-7-8 BAKUROCHO, JAPAN BRIDGE, CHUO-KU, TOKYO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | BASIC AGREEMENT ON PARTS TRANSACTIONS DATED: 12/01/2019 | TOYOTA MOTOR CORPORATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | BASIC AGREEMENT ON PARTS TRANSACTIONS DATED: 09/01/2020 | TOYOTA MOTOR EAST JAPAN CORPORATION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TUBAMEX CORPORATION NIIGATA-SHI, NISHIKAMA-KU, TAKANOMIYA 3283-1 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Corporation | | Case number (if known): 25-11103 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** TERMS OF BUSINESS FOR THE SUPPLY OF AGENCY WORKERS DATED: 04/01/2019 | VIBE RECRUIT UNIT 29 LEEWAY INDUSTRIAL ESTATE NEWPORT, NP19 4SL UNITED KINGDOM |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YAMAGUCHI SEIKI INDUSTRY CO., LTD. GIFU CITY FUKUTOMI NAGATA 1-1 |
| | **State the term remaining** Undetermined | |
| | **List the contract number of any government contract** | |

(remaining entries blank)

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Marelli Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number (If known):</td><td>25-11103</td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |

| Debtor | Marelli Corporation | | Case number (If known): | 25-11103 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Corporation | Case number (If known): | 25-11103 |
| --- | --- | --- | --- |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Corporation | | Case number (If known): | 25-11103 |
| --- | --- | --- | --- | --- |
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Corporation | Case number (If known): | 25-11103 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Corporation | | Case number (If known): | 25-11103 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.39 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.40 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.41 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.42 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.43 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.44 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 | Marelli Sosnowiec Poland Sp. z. o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Marelli Corporation | | | Case number (If known): | 25-11103 |

| | Name |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.51 | | | | ☐ D ☐ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Marelli Corporation

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11103

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
    MM / DD / YYYY

X /s/ Alanna Abrahamson
Signature of individual signing on behalf of debtor

Alanna Abrahamson
Printed name

Executive Vice President, Chief Financial Officer
Position or relationship to debtor