**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**GLOBAL NOTES AND STATEMENTS OF**
**LIMITATIONS, METHODOLOGY, AND DISCLAIMERS**
**REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2]  A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3]  These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis. The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis. As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards. Upon the application of such standards, the financial information could be subject to changes, which could be material. These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled. The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors. Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

### Global Notes and Overview of Methodology

4. **Description of the Debtors' Chapter 11 Cases**. The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102]. On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5.     **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.     **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.     **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b.     **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c.     **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

4

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.  **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.  **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.  **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

5

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.    **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.    **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

6

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.  **Methodology**.

    a.    **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

    b.    **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.      **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.      **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]     *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e. **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f. **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g. **Language Translation**. The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h. **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i. **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities. Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.      **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.      **Setoffs**. The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners. Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements. Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.      **Leases**. The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements. To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business. Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G. Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.      **Liens**. The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.   **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.   **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.   **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.   **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.   **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.   **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.   **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.   **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

<u>**Specific Schedules Disclosures**</u>

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

**Part 1 – <u>Cash and Cash Equivalents</u>**

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.**  Schedule A/B 3 lists bank account balances at net book value as of the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

**Part 2 – <u>Deposits and Prepayments</u>**

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –** <u>**Accounts Receivable**</u>

**Schedule A/B 11 – Accounts Receivable**.  The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances.  The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –** <u>**Investments**</u>

**Schedule A/B 15 – Investments**.  Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity.  Subsidiaries owned indirectly by a Debtor are not included.  Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –** <u>**Inventory, Excluding Agricultural Assets**</u>

a.  **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**.  Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight.  Amounts are shown net of reserves and other adjustments.

b.  **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**.  The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –** <u>**Office Furniture, Fixtures, and Equipment; and Collectibles**</u>

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress.  All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 –** **Machinery, Equipment, and Vehicles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 –** **Real Property**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 –** **Intangibles and Intellectual Property**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 –** **All Other Assets**

a.    **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.    **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

carriers and various surety bonds provided by multiple third-party sureties. The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.    **Schedule A/B 75 – Other Contingent and Unliquidated Claims**. The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

**Specific Notes Regarding Schedule D**

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a.   **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court.  The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.   **Part 2 – Creditors with Nonpriority Unsecured Claims**.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim.  In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date.  Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders.  In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order.  In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors.  Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent.  Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing.  The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G.  Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not independently set forth on Schedule G.  Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G. In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors. In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statements**

a.  **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.  **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.  **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.   **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.    **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.    **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.    **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.    **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.    **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.  **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.  The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.  **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.  **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.  **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.  **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name     Marelli Germany GmbH

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):     25-11047

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* ....................................................................

$     31,086,581.34*

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* ....................................................................

$     1,896,984,610.56*

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* ....................................................................

$     1,928,071,191.90*

---

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

$     Undetermined

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................

$     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................

+ $     4,010,121,866.46*

4. **Total liabilities** ...................................................................................................

    Lines 2 + 3a + 3b

$     4,010,121,866.46*

---

**\*Plus Undetermined Amounts**

| Fill in this information to identify the case: |
| --- |

Debtor name  Marelli Germany GmbH

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11047

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐  No. Go to Part 2.

☑  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.  **Cash on hand**  —  $ 0.00

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1  See Attached Rider | | | $ 496,842.22 |
| 3.2 | | | $ |

4.  **Other cash equivalents** *(Identify all)*

| | |
| --- | --- |
| 4.1  None | $ 0.00 |
| 4.2 | $ |

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 496,842.22

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐  No. Go to Part 3.

☑  Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1  GUARANTEE DEPOSITS | $ 235,883.99 |
| 7.2 | $ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES | $ | 270,962.14 |
| 8.2 COMMERCIAL AND OTHER PREPAID EXPENSES | $ | 36,794,679.35 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 37,301,525.48

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 73,920,468.43 | — | 126,118.14 | = | ..... → | $ | | 73,794,350.29 |
| | face amount | | doubtful or uncollectible accounts | | | | | |
| 11b. Over 90 days old: | 0.00 | — | 0.00 | = | ..... → | $ | | 0.00 |
| | face amount | | doubtful or uncollectible accounts | | | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 73,794,350.29

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 None | | $          0.00 |
| 14.2 | | $ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 See Attached Rider | % | | $   Undetermined |
| 15.2 | % | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | | $          0.00 |
| 16.2 | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$   Undetermined

*Plus Undetermined Amounts

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐   No. Go to Part 6.

☒   Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED<br>MM / DD / YYYY | $ 546,412.04 | NET BOOK VALUE | $ 546,412.04 |
| **20. Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED<br>MM / DD / YYYY | $ 187,508.75 | NET BOOK VALUE | 187,508.75 |
| **21. Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED<br>MM / DD / YYYY | $ 428,025.80 | NET BOOK VALUE | 428,025.80 |
| **22. Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED<br>MM / DD / YYYY | $ 7,586,479.63 | NET BOOK VALUE | 7,586,479.63 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$    8,748,426.22

**24. Is any of the property listed in Part 5 perishable?**

☒   No

☐   Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐   No

☒   Yes. Book value $   Undetermined   Valuation method   N/A     Current value $   Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒   No

☐   Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒   No. Go to Part 7.

☐   Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops–either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Marelli Germany GmbH

Name

Case number (If known) 25-11047

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| **General Description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 LEASED VEHICLES | $ 664,363.32 | NET BOOK VALUE | $ 664,363.32 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $ 11,517,609.43* | | $ 11,517,609.43* |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 12,181,972.75*

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

**\*Plus Undetermined Amounts**

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  31,086,581.34* | | $  31,086,581.34* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  31,086,581.34*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $  Undetermined | | $  Undetermined |
| **61. Internet domain names and websites** | | | |
| WEBSITE / INTERNET DOMAIN: MARELLI-GMBH.COM | $  Undetermined | N/A | $  Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| None | $ | | $  0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTS | $  Undetermined | N/A | $  Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| None | $ | | $  0.00 |
| **65. Goodwill** | | | |
| None | $ | | $  0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  Undetermined

**\*Plus Undetermined Amounts**

Debtor    Marelli Germany GmbH                                Case number (if known) 25-11047
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | — | | = → | $ | 0.00 |
|---|---|---|---|---|---|
|  | Total Face Amount | Doubtful or uncollectible Amount |  |  |  |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year | $ | 0.00 |
|---|---|---|---|
|  | Tax Year | $ | |
|  | Tax Year | $ | |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|---|---|---|

Nature of Claim

Amount Requested    $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ | 0.00 |
|---|---|---|

Nature of Claim

Amount Requested    $

76. **Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|---|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 1,764,461,493.60 |
|---|---|---|
|  | $ | |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ | 1,764,461,493.60* |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

**\*Plus Undetermined Amounts**

Debtor   Marelli Germany GmbH
　　　　　Name

Case number (If known)   25-11047

---

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ | 496,842.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | 37,301,525.48 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | 73,794,350.29 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | 8,748,426.22 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | 12,181,972.75* | |
| 88. **Real property.** *Copy line 56, Part 9.* .............. → | | | $31,086,581.34* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ | 1,764,461,493.60* | |
| 91. **Total.** Add lines 80 through 90 for each column.............91a. | $ | 1,896,984,610.56* | + 91b.  $31,086,581.34* |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92...........................................  $ 1,928,071,191.90*

---

*Plus Undetermined Amounts

Debtor Name:  Marelli Germany GmbH

Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **0282 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **1003 | $56,988.43 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **1011 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2292 | $239,933.29 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **2762 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3953 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **6464 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **8002 | $113.98 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **8105 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **9005 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **9009 | $198,578.56 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **9017 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **9157 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **9350 | $0.00 |
| CITIBANK | CASH POOLING - TAX ACCOUNT | **0011 | $113.98 |
| CITIBANK | CASH POOLING - TAX ACCOUNT | **2770 | $0.00 |
| CITIBANK | CASH POOLING - TAX ACCOUNT | **4017 | $113.98 |
| CITIBANK | CASH POOLING - TAX ACCOUNT | **6000 | $0.00 |
| CITIZENS BANK | OPERATING ACCOUNT | **1449 | $1,000.00 |

Debtor Name:  Marelli Germany GmbH                                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| MIZUHO BANK | OPERATING ACCOUNT | **3000 | $0.00 |
|  | **TOTAL** |  | **$496,842.22** |

Debtor Name:  Marelli Germany GmbH                                                                                          Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD. | 60 | N/A | Undetermined |
| HUBEI HUAZHONG MARELLI AUTOMOTIVE LIGHTING CO. LTD | 50 | N/A | Undetermined |
| MARELLI AUTOMOTIVE LIGHTING (THAILAND) CO.,LTD | 99.97 | N/A | Undetermined |
| MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O. | 100 | N/A | Undetermined |
| MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. | 80 | N/A | Undetermined |
| MARELLI EUROPE S.P.A. | 100 | N/A | Undetermined |
| MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI | 100 | N/A | Undetermined |
| MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA | 27.192 | N/A | Undetermined |
| MARELLI SOSNOWIEC POLAND SP. Z. O.O. | 100 | N/A | Undetermined |
|  |  | **TOTAL** | $0.00 |
|  |  |  | + Undetermined Amounts |

Debtor Name:  Marelli Germany GmbH                                                          Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| OWNED ASSETS | $20,205.53 | NET BOOK VALUE | $20,205.53 |
| OWNED INDUSTRIAL EQUIPMENT | $5,667,267.48 | NET BOOK VALUE | $5,667,267.48 |
| OWNED PLANT AND MACHINERY | $4,807,697.30 | NET BOOK VALUE | $4,807,697.30 |
| RENTED/LEASED ASSETS | $6,310.20 | NET BOOK VALUE | $6,310.20 |
| RENTED/LEASED PLANT AND MACHINERY | $96,169.85 | NET BOOK VALUE | $96,169.85 |
| TANGIBLE ASSETS IN PROGRESS | $919,959.07 | NET BOOK VALUE | $919,959.07 |
| 10 OFFICE RENTAL CONTRACTS | Undetermined | NET BOOK VALUE | Undetermined |
| 3 CAR PARKING SPACES ISMANING 11-17 | Undetermined | NET BOOK VALUE | Undetermined |
| BUILDING RENTAL - ROBERT BOSCH GMBH (RT 066/001 UMV) | Undetermined | NET BOOK VALUE | Undetermined |
| BUILDING RENTAL - ROBERT BOSCH GMBH (RT401/002) | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  PEUGEOT 308 SW RT-AL-1308 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-HL-9795 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-HR-222 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-HS-2024 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-JC-2728 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-KK-760 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-KM-307E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-KT-4444 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-LC-1816 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-LW-688E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-M-1188 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-M-1190 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-M-5208 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Germany GmbH

Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE:  RT-M-7123 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-MA-384E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-MM-750 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-SB-444 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-SE-668E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-SL-222 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-SM-100E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-WJ-2022 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-WO-43 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-XE-962 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-XF-240E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-XI-612 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE:  RT-XK-308E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT_MI_734E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT_MS_331E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AJ-7586 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-118E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-1527 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-2019 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-2206 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-230 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-24E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-2527 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Germany GmbH                                                        Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: RT-AL-292E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-311 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-32 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-402E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-441 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-606 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-678E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-789 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AL-9000 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-AM-847 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-BV-669 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-D-5860 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-DL-1929 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-EC-147 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-EM-1124 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-FT-567E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-GH-325E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-GT-241E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-HD-1905 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-MW-138E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-OR-60 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-OZ-219E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-PB-22 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Germany GmbH                                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: RT-PJ-450 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-QC-283 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-RE-511 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RT-WO-42E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1016E | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1039 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1050 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1053 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1062 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1075 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1084 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1089 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1095 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1106 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1138 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1143 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1148 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1149 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1159 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1169 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1221 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1340 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1345 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Germany GmbH                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: S-M 1444 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 1555 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M 2371 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M S-M 1330 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-M S-M 1380 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: SM-AL-300 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: S-MM 1123 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: SM-NQ-145 | Undetermined | NET BOOK VALUE | Undetermined |
| FORK LIFT LEASE AGREEMENT - TOOLSHOP KFM0018850 | Undetermined | NET BOOK VALUE | Undetermined |
| HP SERVERFARM (COMTRI) | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - DE LAGE LANDEN LEASING GMBH THEO-CHAMPION-STR | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - ROBERT BOSCH GMBH | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - ULRICH ADAM KNAPP GMBH & CO. KG | Undetermined | NET BOOK VALUE | Undetermined |
| OFFICE RENT - STUTTGART OFFICE | Undetermined | NET BOOK VALUE | Undetermined |
| OFFICE SPACE LEASE -  3/1/2014 | Undetermined | NET BOOK VALUE | Undetermined |
| OFFICE SPACE LEASE - DIPL.-ING. ROLAND SCHLIPPHAK | Undetermined | NET BOOK VALUE | Undetermined |
| OFFICE SPACE LEASE - GP GÜNTER PAPENBURG AG | Undetermined | NET BOOK VALUE | Undetermined |
| PARKING SPOT LEASE - ROBERT BOSCH GMBH | Undetermined | NET BOOK VALUE | Undetermined |
| VENTILATION SYSTEM ZEHNDER | Undetermined | NET BOOK VALUE | Undetermined |
| VOIP TELEPHONE SYSTEM RENT | Undetermined | NET BOOK VALUE | Undetermined |
| WAREHOUSE RENT - HIPP | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$11,517,609.43** + Undetermined Amounts |

Debtor Name:  Marelli Germany GmbH                                                                 Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $28,056,246.14 | NET BOOK VALUE | $28,056,246.14 |
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $3,023,110.00 | NET BOOK VALUE | $3,023,110.00 |
| VARIOUS | RENTED/LEASED LAND | $7,225.20 | NET BOOK VALUE | $7,225.20 |
| ELT REUTLINGEN WAREHOUSE, TÜBINGER STRASSE 77, REUTLINGEN, 72762, GERMANY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| HANNOVER PLANT, SPRINGRAD 8, HANNOVER, 30419, GERMANY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| MUNICH OFFICE (ISMANNING), CARL-ZEISS-RING 11, ISMANNING, 85737, GERMANY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| REUTLINGEN OFFICE & ENG, TÜBINGER STRASSE 123, REUTLINGEN, 72762, GERMANY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| REUTLINGEN WELLE 2 - OFFICE & ENG., LUDWIG-ERHARD-STRAßE 4, REUTLINGEN, 72760, GERMANY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| STUTTGART OFFICE, WALDBURGSTRASSE 21, STUTTGART, 70563, GERMANY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| WOLFSBURG OFFICE (NEW 2024), MAJOR-HIRST-STRASSE 11, WOLFSBURG, 38442 , GERMANY | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | **TOTAL** | **$31,086,581.34**<br>+ Undetermined Amounts |

Debtor Name:  Marelli Germany GmbH                                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. DE202025101259U STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. EP20201049 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP20203596 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21178471 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21186577 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21212019 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP21743465 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP23169615 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): H-DIGI | Undetermined | N/A | Undetermined |
|  |  | **TOTAL** | $0.00 |
|  |  |  | + Undetermined Amounts |

Debtor Name:  Marelli Germany GmbH                                                      Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                        Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                              Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101044400202500003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                          Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli Germany GmbH                                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                                                Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                         Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Germany GmbH                                                          Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Germany GmbH

Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Germany GmbH

Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Germany GmbH                                           Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples:* Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| ADVANCES PAID TO EMPLOYEES | $698.42 |
| FINANCIAL RECEIVABLES | $440,859.68 |
| INTERCOMPANY RECEIVABLE FROM HUBEI HUAZHONG MARELLI AUTOMOTIVE LIGHTING CO. LTD | $5,778,195.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI (CHINA) CO., LTD | $26,353.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET GERMANY GMBH | $78,750.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET ITALY S.P.A. | $3,914,750.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET POLAND SP. Z O.O. | $492,860.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. | $10,308,285.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD. | $6,371,726.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. | $1,169,948.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING (THAILAND) CO.,LTD | $87,227.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. | $7,030,447.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING JUÁREZ MEXICO, S.A DE C.V. | $16,891.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. | $3,043,338.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. | $840,052.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING USA LLC | $62,280,298.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE SYSTEMS UK LIMITED | $388.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. | $2,802.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI CLUJ ROMANIA S.R.L. | $56,367.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI EPT STRASBOURG (FRANCE) | $365,127.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI EUROPE S.P.A. | $1,586,843,915.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI FRANCE | $67,563.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI HOLDINGS CO., LTD. | $4,667,604.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI INTERNATIONAL TRADING (SHANGHAI) CO., LTD | $233,095.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI KECHNEC SLOVAKIA S.R.O. | $9,787.00 |

Debtor Name:  Marelli Germany GmbH                                                    Case Number:  25-11047

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| INTERCOMPANY RECEIVABLE FROM MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI | $530,505.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOROCCO LLC | $380,254.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED | $1,814,798.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA | $5,660,245.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SOSNOWIEC POLAND SP. Z. O.O. | $13,343,795.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SUSPENSION SYSTEMS ITALY S.P.A. | $85,040.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TENNESSEE USA LLC | $22,049,443.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. | $5,585,144.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI UM ELECTRONIC SYSTEMS PRIVATE LIMITED | $990,679.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI YOKOHAMA CO., LTD. | $38,018.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $752,941.58 |
| REFUNDS DUE FROM SOCIAL SECURITY AGENCIES | $14,425.93 |
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $19,088,878.99 |
| **TOTAL** | **$1,764,461,493.60** |

**Fill in this information to identify the case:**

Debtor name: Marelli Germany GmbH

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 25-11047

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of Claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name**<br>MIZUHO BANK, LTD. | **Describe debtor's property that is subject to a lien**<br>SEE NOTES ON SCHEDULE D | | |
| --- | --- | --- | --- |
| | | $ Undetermined | $ Undetermined |
| **Creditor's mailing address**<br>1-5-5 OTEMACHI CHIYODA-KU<br>TOKYO, 100-8176<br>JAPAN | **Describe the lien**<br>GUARANTOR OF SENIOR FINANCING AGREEMENT | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** UNDETERMINED | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| | | $ | $ |
| **Creditor's mailing address** | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority.<br>　☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

| Debtor | Marelli Germany GmbH | Case number (If known): | 25-11047 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2.  1 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Marelli Germany GmbH</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(If known)</td><td>25-11047</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| **Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| Debtor | Marelli Germany GmbH | Case number (if known) 25-11034-CTG |
|--------|---------------------|------------------|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|--|--|--|--------------------|

**3.1** | **Nonpriority creditor's name and mailing address**
A.C.-DIWE 2 GMBH & CO. KG
Ferdinand-Dünkel-Strasse 5
Schemmerhofen, 88433
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,116.10

---

**3.2** | **Nonpriority creditor's name and mailing address**
A.T.U. AUTO-TEILE-UNGER GMBH&CO.KG
DR.-KILIAN-STR. 11
WEIDEN I.D.OPF., 92633
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    107.66

---

**3.3** | **Nonpriority creditor's name and mailing address**
A2MAC1 GMBH
LANDSBERGER STR. 300
MUNICH, 80687
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    162,896.04

---

**3.4** | **Nonpriority creditor's name and mailing address**
ABWASSERZWECKVERBAND "SCHMALKALDEN
Gothaer Str. 2a
Schmalkalden, 98574
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    32,872.26

---

**3.5** | **Nonpriority creditor's name and mailing address**
ADECCO FORMAZIONE SRL
VIA TOLMEZZO 15
MILANO, 20132
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    430.19

---

**3.6** | **Nonpriority creditor's name and mailing address**
AHG AUTOHANDELSGESELLSCHAFT MBH
KARLSRUHER STR. 69
PFORZHEIM, 75179
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    168.96

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 89.21 |
|---|---|---|---|

AIR LIQUIDE DEUTSCHLAND GMBH
LEIPZIGER STRASSE 20
KAUFUNGEN, 34260
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 205.20 |
|---|---|---|---|

AIR LIQUIDE DEUTSCHLAND GMBH
SOLITUDEALLEE 115
KORNWESTHEIM, 70806
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 282.18 |
|---|---|---|---|

AKTENEINLAGERUNG WEILHAMMER GMBH
DIESELSTRASSE 9
MESSEL, 64409
GERMANY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48.72 |
|---|---|---|---|

ALBA SUED GMBH & CO. KG
ANTON-SCHMIDT 25
WAIBLINGEN, 71332
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25.93 |
|---|---|---|---|

ALFRED KÄRCHER VERTRIEBS-GMBH
FRIEDRICH-LIST-STR. 4
WINNENDEN, 71364
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

ALTEN GMBH
ROSENAUER STRASSE 27
COBURG, 96450
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,820.17

---

**3.13** Nonpriority creditor's name and mailing address

ALW INDUSTRY S.R.O.
U PANELARNY 6
OLOMOUC, 779 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 949.44

---

**3.14** Nonpriority creditor's name and mailing address

AMAZON BUSINESS EU SARL,
Marcel-Breuer-Str. 12
Munich, 80807
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32.94

---

**3.15** Nonpriority creditor's name and mailing address

AMOTIQ AUTOMOTIVE GMBH
LISE-MEITNER-STR. 6
HEILBRONN, 74074
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 108.69

---

**3.16** Nonpriority creditor's name and mailing address

ANALOG DEVICES INTERNATIONAL U.C.
Bay F-1 Raheen Business Park
Limerick, V94
IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,203.78

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.17** | **Nonpriority creditor's name and mailing address**

AON VERSICHERUNGSMAKLER DEUTSCHLAND
KLEINER SCHLOAŸPLATZ 13-15
STUTTGART, 70173
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 48,841.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

APTIV SERAPTIV SERVICES DEUTSCHLAND
AM TECHNOLOGIEPARK 1
WUPPERTAL, 42119
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,532.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

ARCESE TRANSPORTI S.P.A.
VIA ALDO MORO 95
ARCO, 38062
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 130.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

ARD ZDF DEUTSCHLANDRADIO
BEITRAGSSERVICE
KOELN, 50656
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,803.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

ARGE TWM GBR
ROBERT-BOSCH-STR. 20-22
KÖLN, 50769
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

ASLAM LAMEC  SRL
STRADA BARBANIA 130
ROCCA CANAVESE (TO), 10070
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 88,673.46

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

ASZ THUERINGEN
HAUPTSTRASSE 1
ALTENGOTTERN, 99991
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 10,552.51

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

ATLAS SCHUHFABRIK GMBH & CO KG
Frische Luft 159
Dortmund, 44319
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,950.66

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

AUDI AKTIENGESELLSCHAFT
AUTO-UNION-STR. 1
INGOLSTADT, 85057
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  POTENTIAL LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

AUDI AKTIENGESELLSCHAFT
AUTO-UNION-STR. 1
INGOLSTADT, 85057
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  POTENTIAL LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    Marelli Germany GmbH
_____
Name

Case number (if known)    25-11047

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,886.25 |
|---|---|---|---|

AURA TOOLS GMBH
RAIFFEISENSTRASSE 8
BREIDENBACH, 35236
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,192.43 |
|---|---|---|---|

AUTOHAUS HOFMANN & WITTMANN GMBH
MANCHINGER STRASSE 80
INGOLSTADT, 85053
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,946.74 |
|---|---|---|---|

AUTOHAUS KUEHL GMBH & CO. KG
HENSCHELSTRASSE 1
GIFHORN, 38518
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,123,311.00 |
|---|---|---|---|

AUTOMOTIVE LIGHTING UK LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,484.30 |
|---|---|---|---|

AUTOMOTIVE RESEARCH AND TESTING CEN
No.2, Lunkung. N. 2nd Rd; Lu-Kang T
Taiwan R.O.C.,
TAIWAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

AVERNA, A.S.
ZELENÃ½ PRUH 95/97 95/97
PRAHA 4 - BRANÃ-K, 140 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 126,955.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

AVIS BUDGET AUTOVERMIETUNG GMBH
ZIMMERSMUEHLENWEG 21
OBERURSEL, 61437
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 494.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

BAD GESUNDHEITSVORSORGE UND
OELMUEHLENWEG 5
TUEBINGEN, 72072
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,745.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

BAUER VERTRIEBS KG
BURCHARDSTRASSE 11
HAMBURG, 20078
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 54.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

BAV SEMINARE GMBH
HILLMANNSTRASSE 2A
BREMEN, 28195
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,016.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37** | **Nonpriority creditor's name and mailing address**

BELGIAN SHELL N.V.
AV. A. FRAITEUR 15-23
BRUXELLES, 1050
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 121.90

---

**3.38** | **Nonpriority creditor's name and mailing address**

BERUFSGENOSSENSCHAFT ENERGIE TEXTIL
GUSTAV-HEINEMANN-UFER 130
KÖLN, 50968
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,830.63

---

**3.39** | **Nonpriority creditor's name and mailing address**

BETACOM S.R.L.
VIA NIICOLA FABRIZI 44
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,928.50

---

**3.40** | **Nonpriority creditor's name and mailing address**

BETZ UG (HAFTUNGSBESCHRÄNKT) & CO.
GRUNDSTÜCKSVERWALTUNGS KG
MAX-PLANCK-STR. 90
REUTLINGEN, 72766
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.41** | **Nonpriority creditor's name and mailing address**

BILDUNGSKOOPERATION REGIONEN
SCHILLERSTRASSE 12
LUDWIGSBURG, 71838
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,073.30

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.42** **Nonpriority creditor's name and mailing address**

BMW AG NIEDERLASSUNG MUENCHEN
SCHLEISSHEIMERSTRASSE 82
GARCHING, 85748
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11.42

---

**3.43** **Nonpriority creditor's name and mailing address**

BODYCOTE VAKUUM-HAERTEREI KOELLNER
WALTERHAEUSER LANDSTRASSE 1
WALTERSHAUSEN, 99880
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120.58

---

**3.44** **Nonpriority creditor's name and mailing address**

BOIE GMBH & CO.KG
KANALSTRASSE 24
LUEBECK, 23552
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,498.60

---

**3.45** **Nonpriority creditor's name and mailing address**

BOSCH REXROTH AG
BGM.-DR.NEBEL-STRAÃ¾E 8
LOHR AM MAIN, 97816
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 937.43

---

**3.46** **Nonpriority creditor's name and mailing address**

BRAUN SCHWEISSTECHNIK
IM KURZEN FELDE 1
BURGWEDEL, 30938
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 570.61

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,382.08 |
|---|---|---|---|

BRENNTAG GMBH
BOSCHSTRASSE 3
GLAUCHAU, 08371
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 645.34 |
|---|---|---|---|

BRITA VIVREAU GMBH
NEUGABLONZER STRASSE 1
NEUTRAUBLING, 93073
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,562.38 |
|---|---|---|---|

BRUNOLD AUTOMOBILE GMBH
HANDWERKSTR. 9
STUTTGART, 70565
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 235.03 |
|---|---|---|---|

BSH HAUSGERAETE SERVICE GMBH
TRAUTSKIRCHENER 6-8
NUERNBERG, 90431
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,725.42 |
|---|---|---|---|

BUECHNER KUNSTSTOFFPRODUKTE GMBH
HOHLEBORNER STRASSE 1
FLOH-SELIGENTHAL, 98593
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number *(if known)* | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.52** | **Nonpriority creditor's name and mailing address**

BUERKLIN GMBH & CO. KG
GRUENWALDER WEG 30
OBERHACHING, 82041
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 322.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

BUNDESAGENTUR FÃ¼R ARBEIT
REGENSBURGER STRASSE 104
NURNBERG, 90478
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,659.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

BUNDESANZEIGER VERLAG GMBH
AMSTERDAMER STRASSE 192
KOELN, 50735
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 38.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

BUNDESNETZAGENTUR FUER ELEKTRIZITAE
BENNIGSENSTR. 3
BREMEN, 28205
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

CARL ZEISS GOM METROLOGY GMBH
SCHMITZSTRASSE 2
BRAUNSCHWEIG, 38122
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,374.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$    4,674,520.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

CHRISTIAN KOENEN GMBH
OTTO HOHN STRASSE 24
OTTOBRUNN-RIEMERLING, 85521
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    362.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

CIGNA LIFE INSURANCE
AVENUE DE CORTENBERGH 52
BRUSSELS, 1000
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    29,346.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

CIGNA LIFE INSURANCE COMPANY OF EUR
AVENUE DE CORTEN, 52
BRUSELAS, 1000
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    1,310.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

COKO-WERK GMBH & CO. KG
PORSCHESTR. 1-11
BAD SALZUFLEN, 32107
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$    231.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.62 Nonpriority creditor's name and mailing address**

COKO-WERK POLSKA SP. Z O.O.
UL. LODOWA 93D
ÅÃ³DÅ°, 93-232
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,562.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.63 Nonpriority creditor's name and mailing address**

CONRAD ELECTRONIC GMBH
KLAUS CONRAD STR. 1
HIRSCHAU, 92241
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 360.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.64 Nonpriority creditor's name and mailing address**

DAIMLER TRUCK AG, NIEDERLASSUNG
DAIMLERSTRASSE 10/15
PFULLINGEN, 72793
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 304.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.65 Nonpriority creditor's name and mailing address**

DANNER IT-SYSTEMHAUS GMBH
EMIL-ADOLFF-STRAÄŸE 1
REUTLINGEN, 72760
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 20.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.66 Nonpriority creditor's name and mailing address**

DATALOGIC SRL
VIA SAN VITALINO 13
40012 LIPPO DI CALDERARA DI  RENO,
SLOVAK REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,358.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67** **Nonpriority creditor's name and mailing address**

DEKRA AKADEMIE GMBH
AUCHTERSTRASSE 4
REUTLINGEN, 72770
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   90.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

DEKRA CERTIFICATION BV
MEANDER 1051
ARNHEM, 6825 MJ
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   35,741.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69** **Nonpriority creditor's name and mailing address**

DELOITTE GLOBAL TAX CENTER (EUROPE)
LUCHTHAVEN BRUSSEL NATIONAAL 1 J
B-1930, ZAVENTEM,
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   10,936.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

DELOITTE THOMATSU TAX CO.
MARUNOUCHI NIJYUBASHI BUILDING, 3-2
TOKYO, 1008362
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   8,231.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

DELU AKO MINKY GMBH
HAUPTSTR. 103
RHEINBREITBACH, 53619
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$   659.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

DEPO GMBH & CO KG
VON-LIEBIG-STR. 34
MARIENFELD, 33428
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 377.69

---

**3.73** Nonpriority creditor's name and mailing address

DEVPORT AB
THERES SVENSSONS GATA 10.
GÃ¶TEBORG, 417 55
SWEDEN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 33,199.60

---

**3.74** Nonpriority creditor's name and mailing address

DHL EXPRESS GERMANY GMBH
HEINRICH BRUENING STRASSE 5
BONN, 53113
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 243.09

---

**3.75** Nonpriority creditor's name and mailing address

DHL EXPRESS GERMANY GMBH
POSTFACH 10 01 14
KOELN, 50441
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,665.12

---

**3.76** Nonpriority creditor's name and mailing address

DHL EXPRESS GERMANY GMBH
HEINRICH-BRUENING STRASSE 5
BONN, 53113
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 916.59

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 92.08 |
|---|---|---|---|

DIAGONAL INKASSO GMBH
BREMER STRASSE 11
BUCHHOLZ, 21244
GERMANY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 158.68 |
|---|---|---|---|

DIAKONISCHE BEHINDERTENHILFE
NEUE WIESE 16
FAMBACH, 98597
GERMANY

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 251.17 |
|---|---|---|---|

DIETTERLEIN-HENNE
BURKHARDT & WEBER-STR. 13
REUTLINGEN, 72760
GERMANY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 989.24 |
|---|---|---|---|

DISTRELEC GMBH
LISE MEITNER STRASSE 4
BREMEN, 28359
GERMANY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 26,278.90 |
|---|---|---|---|

DMG MORI STUTTGART GMBH
RIEDWIESENSTRASSE 19
LEONBERG, 71229
GERMANY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.82** | **Nonpriority creditor's name and mailing address**

DOCTER OPTICS SE
MITTELWEG 29
NEUSTADT AN DER ORLA, 07806
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 169,418.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT
PORSCHEPLATZ 1
STUTTGART, 70435
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**

DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT
PORSCHEPLATZ 1
STUTTGART, 70435
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**

DR. ING. NEPUSTIL & CO. KG GMBH
RATHAUSSTR 3
BEMPFLINGEN, 72658
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,887.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**

DREWAG - STADTWERKE DRESDEN GMBH
FRIEDRICH-LIST-PLATZ 2
DRESDEN, 01069
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 173,741.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

DUERKOP GMBH
HELMSTEDTER STR. 60
BRAUNSCHWEIG, 38126
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 338.45

---

**3.88** **Nonpriority creditor's name and mailing address**

EAT ENGINEERING UND AUTOMATION
GOETHESTRASSE 29
SCHMALKALDEN OT WERNSHAUSEN, 98574
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,525.47

---

**3.89** **Nonpriority creditor's name and mailing address**

EDMUND OPTICS LTD.
1 OPUS AVE
NETHER POPPLETON, YORK, UK, YO26 6B,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 285.31

---

**3.90** **Nonpriority creditor's name and mailing address**

ELEKTROBAU GMBH
FARNBACHER STR. 19A
BREITUNGEN, 98597
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 847.09

---

**3.91** **Nonpriority creditor's name and mailing address**

EMOBG SERVICES GERMANY GMBH
ANCKELMANNSPLATZ 1
HAMBURG, 20537
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,198.64

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |

**3.92** **Nonpriority creditor's name and mailing address**

EM-RACING
LIEBENWALDER STR. 15
WANDLITZ - OT ZERPENSCHLEUSE, 16348
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 410.74

---

**3.93** **Nonpriority creditor's name and mailing address**

ENGEL DEUTSCHLAND GMBH
DACHSTEINSTRASSE 47
WURMBERG, 75449
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,306.71

---

**3.94** **Nonpriority creditor's name and mailing address**

EOS GMBH
ROBERT-STIRLING-RING 1
KRAILLING / MUENCHEN, 82152
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,812.08

---

**3.95** **Nonpriority creditor's name and mailing address**

ETTINGER GMBH
OTTOSTRASSE 5
HOFOLDING, 85649
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.14

---

**3.96** **Nonpriority creditor's name and mailing address**

EUROMASTER GMBH
POSTFACH 101061
MANNHEIM, 68010
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,652.75

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36.19 |
|---|---|---|---|

EUROSHELL CARDS B.V.
WEENA 70
3012 ROTTERDAM (NL),
DENMARK

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 422.73 |
|---|---|---|---|

FAIR ENERGIE GMBH
HAUFFSTR. 89
REUTLINGEN, 72762
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,038.50 |
|---|---|---|---|

FCA BANK DEUTSCHLAND GMBH
SALZSTRASSE 138
HEILBRONN, 74076
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,523.72 |
|---|---|---|---|

FCA POWERTRAIN POLAND SP. Z O.O.
UL. MICHALA GRAÅ¼YÅ„SKIEGO 141
BIELSKO-BIAÅ‚A, 43-300
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 119.19 |
|---|---|---|---|

FEDERAL EXPRESS EUROPE INC.
LANGER KORNWEG 34 K
KELSTERBACH, 65451
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Marelli Germany GmbH    _____    Case number (if known)    25-11047

Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

FERROTEC EUROPE GMBH
Seerosenstrasse 1
Unterensingen, 72669
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,101.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC GMBH
IM HEILIGEN FELD 17
SCHWERTE, 58239
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 271.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

FLACH ZERSPANUNGSTECHNIK TOBIAS FLA
SCHAFGASSE 22
SINSHEIM, 74889
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 38,040.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** **Nonpriority creditor's name and mailing address**

FLASH BV
AUSTRALIEALAAN  70
MAASTRICHT-AIRPORT Â€" NETHERLANDS, 6199 AA
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 535.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**

GABLER SOFTWARE SOLUTIONS
IM SCHNEEBERGER 10
REMSECK, 71686
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,249.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.107** Nonpriority creditor's name and mailing address

GEBR. EBINGER
ROBERT-BOSCH-STR.7
WANNWEIL, 72827
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 15,592.64

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

GEBRUEDER WEISS GMBH
FAULENSTRASSE 2-12
BREMEN, 28195
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,009.94

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

GENERALI PENSIONS- UND SICHERUNGS
OEDER WEG 151 151
FRANKFURT A.M., 60318
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,746.87

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

GLOECKNER AUTOMOBILE LEIPZIG GMBH
FRANZ-FLEMMING-STR. 7
LEIPZIG, 04179
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 90.77

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

GRINBOLD-JODAG GMBH
AMERDINGER STR. 16
DISCHINGEN-EGLINGEN, 89561
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  POTENTIAL LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 23 of 69

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

HAAS GMBH AND CO. KG
MAYBACHSTRASSE 1
REMSECK, 71686
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 203.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**

HAHN AUTOMOBILE GMBH + CO. KG
RINGSTRASSE 12-18
FELLBACH, 70736
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 125.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

HANKYU HANSHIN EXPRESS (DEUTSCHLAND
CARGO CITY SUE,GEB. 570
FRANKFURT AM MAIN, 60549
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 74.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**

HANS EICHBICHLER GMBH & CO. KG
LIENIGSTR. 4
LANDSHUT, 84030
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 364.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**

HASELTAL WERKZEUGBAU UND
AM SCHERTZER 37
STEINBACH-HALLENBERG, 98587
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,524.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |
|---|---|---|

**3.117** | **Nonpriority creditor's name and mailing address**

HAUPTZOLLAMT FRANKFURT AM MAIN
HAHNSTRASSE 68-70
FRANKFURT AM MAIN, 60528
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                97.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**

HAUS FÜR SICHERHEIT
METZGERSTRASSE 21
REUTLINGEN, 72764
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$             1,646.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

HCH PERSCHMANN GMBH
HAUPTSTRASSE 46 D
BRAUNSCHWEIG, 38110
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$               325.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

HDI-GERLING
HEGELSTRASSE 61
Mainz, 55122
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$             1,160.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

HERRIGEL GMBH
FUCHSHALDE 5
NECKARSULM, 74172
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$            32,810.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

HEWLETT-PACKARD INTERNATIONAL BANK
Building 1, Kildare Innovation Camp
Leixlip, Co. Kildare, W23Y972
IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 490.83

---

**3.123** **Nonpriority creditor's name and mailing address**

HEWLETT-PACKARD INTERNATIONAL BANK
BARNHALL ROAD
LEIXLIP, CA.KILDARE, IE,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,961.79

---

**3.124** **Nonpriority creditor's name and mailing address**

HEWLETT-PACKARD INTERNATIONAL BANK
BARNHALL ROAD, BUILDING 1,LIFFEY BU
LEIXLIP, CO. KILDARE,W23Y972,IRELAN,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,186.42

---

**3.125** **Nonpriority creditor's name and mailing address**

HOFFMANN NURNBERG GMBH
FRANZ-HOFFMANN STRASSE 1
NURNBERG, 90431
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130.76

---

**3.126** **Nonpriority creditor's name and mailing address**

HOLZ UND BAUTENSCHUTZ HERBERT FELLN
Wuermstrasse 8
Dachau, 85221
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,433.01

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.127**

**Nonpriority creditor's name and mailing address**

IDS IMAGING DEVELOPMENT SYSTEMS GMB
DIMBACHER STRASSE 6-8
OBERSULM, 74182
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39.81

---

**3.128**

**Nonpriority creditor's name and mailing address**

IFA AKADEMIE GMBH
CHARLOTTENPLATZ 17
STUTTGART, 70173
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,196.48

---

**3.129**

**Nonpriority creditor's name and mailing address**

IHK INDUSTRIE- U.HANDELSKAMMER
HINDENBURGSTRASSE 54
REUTLINGEN, 72762
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,033.33

---

**3.130**

**Nonpriority creditor's name and mailing address**

IMAT-UVE GMBH
KREFELDER STR. 679-691
MÃ¶NCHENGLADBACH, 41066
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,331.98

---

**3.131**

**Nonpriority creditor's name and mailing address**

INDUSTRIE- UND HANDELSKAMMER
JAEGERSTRASSE 30
STUTTGART, 70174
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 974.96

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 34,879.70 |
|---|---|---|---|---|

INDUSTRIEELEKTRIK GMBH HS
INDUSTRIESTR. 3
GUNDELFINGEN/DONAU, 89423
GERMANY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 42,504.59 |
|---|---|---|---|---|

INFINEON TECHNOLOGIES AG
AM CAMPEON 1-15
NEUBIBERG, 85579
GERMANY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 86,238.76 |
|---|---|---|---|---|

INGLASS S.P.A.
Via Piave 4
San Polo Di Piave, 31020
ITALY

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 6,682.32 |
|---|---|---|---|---|

INTEGRATED MICRO-ELECTRONICS
INDUSTRIAL ZONE "MICROELECTRONICA"
BOTEVGRAD, 2140
BULGARIA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 11,645.14 |
|---|---|---|---|---|

INTERNATIONAL SOFTWARE EXPERTS
LIEBENAUER HAUPTSTRASSE 2-6
GRAZ, 8041
AUSTRIA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

IPG PLASTY S.R.O.
MILOTICE NAD BECVOU 96
MILOTICE NAD BECVOU, 753 67
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,211.32

---

**3.138** **Nonpriority creditor's name and mailing address**

J.SCHMALZ GMBH
AACHERSTR.29
GLATTEN, 72293
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 624.36

---

**3.139** **Nonpriority creditor's name and mailing address**

JIPOCAR TRANSPORT S.R.O.
RANTÃ-ROVSKÃ¡ 284
JIHLAVA, 586 05
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 220.30

---

**3.140** **Nonpriority creditor's name and mailing address**

JUNGHEINRICH FINANCIAL SERVICES
FRIEDRICH EBERT DAMM 129
HAMBURG, 22047
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,478.76

---

**3.141** **Nonpriority creditor's name and mailing address**

JUNGHEINRICH VERTRIEB
FRIEDRICH-EBERT-DAMM 129
HAMBURG, 22047
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,701.69

---

| Debtor | Marelli Germany GmbH | Case number *(if known)* | 25-11047 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142 Nonpriority creditor's name and mailing address**

JUNGHEINRICH VERTRIEB DEUTSCHLAND AG & CO. KG
FRIEDRICH-EBERT-DAMM 129
HAMBURG, 22047
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.143 Nonpriority creditor's name and mailing address**

JUPOL-CAR SP. Z O.O.
LUPOSZANSKA 12A
WARSZAWA, 02-220
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 935.45

---

**3.144 Nonpriority creditor's name and mailing address**

JUSTIZKASSE NRW
HEINITZSTRASSE 42
HAGEN, 58097
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26.83

---

**3.145 Nonpriority creditor's name and mailing address**

KAISER & KRAFT GMBH
PRESSELSTR. 12
STUTTGART, 70191
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 474.15

---

**3.146 Nonpriority creditor's name and mailing address**

KENDRION AUTOMOTIVE (SIBIU) S.R.L.
STR. LYON NR. 2
SIBIU, 550018
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 129,307.59

Debtor    Marelli Germany GmbH
          Name                                                    Case number (if known)    25-11047

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 7,611.58 |
|---|---|---|---|---|

KONRAD TECNO SRL (KONTEC)
VIA ABBATE TOMMASO 31
QUARTO DÂ€™ALINO, 30020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | | $ | Undetermined |
|---|---|---|---|---|

KOSTAL KONTAKT SYSTEME GMBH & CO. KG
ZUM TIMBERG 2
LÜDENSCHEID, 58505
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  POTENTIAL LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | | $ | 96.32 |
|---|---|---|---|---|

KRAUTZBERGER GMBH
STOCKBORNSTRASSE 13
ELTVILLE, 65343
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | | $ | 865.79 |
|---|---|---|---|---|

KROSCHKE
KROSCHKESTRASSE 1
BRAUNSCHWEIG, 38112
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | | $ | 832.55 |
|---|---|---|---|---|

KUENSTLERSOZIALKASSE
GOEKERSTR. 14
WILHELMSHAVEN, 26380
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** | **Nonpriority creditor's name and mailing address**

KUNSTSTOFF-INSTITUT
KAROLINENSTR. 8
LUEDENSCHEID, 58507
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,146.59

---

**3.153** | **Nonpriority creditor's name and mailing address**

KUNZE + STAMM GMBH
JURASTR. 8
STUTTGART, 70565
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,532.36

---

**3.154** | **Nonpriority creditor's name and mailing address**

KYOCERA AVX COMPONENTS (WERNE) GMBH
Feldmark 50
Werne, 59368
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,985.42

---

**3.155** | **Nonpriority creditor's name and mailing address**

LABORATORIO BS SRL
LOC. SELET 1 ZONA ARTIGIANALE
RAVEO, 33020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,672.87

---

**3.156** | **Nonpriority creditor's name and mailing address**

LANDRATSAMT SCHMALKALDEN-MEININGEN
OBERTSHÄUSER PLATZ 1
MEININGEN, 98617
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 537.38

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

LANZI SRL
VIA GIULIO NATTA 27/A
TORINO, 10148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 348.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

LAVORAZIONI MECCANICHE ZAVAL SRL
VIALE TREVISO 69
PORTOGRUARO  (VE), 30026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 50,005.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

LEADEC FM BV & CO. KG
BIRNENWEG 15
REUTLINGEN, 72766
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 104,746.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

LLC TRIGO EKSPERTIZA KACHESTVA
GAKKELEVSKAYA STR 21A
ST. PETERSBURG, 197227
RUSSIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 202.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

LOTRACO, S.R.O.
PROKOPA HOLÃ©HO 701/18
DÃ›ÃÃ-N, 405 02
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 409.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|--------|----------------------|------------------------|----------|
|        | Name                 |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

LUMILEDS AACHEN GMBH
Philipsstrasse 8
Aachen, 52068
GERMANY

$ 12,599.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

LYRECO DEUTSCHLAND GMBH
LYRECO STRASSE 4
BARSINGHAUSEN, 30890
GERMANY

$ 1,622.59

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

LYRECO DEUTSCHLAND GMBH
LYRECO-STRASSE 4
BARSINGHAUSEN, 30890
GERMANY

$ 347.15

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

MARELLI (INDIA) PRIVATE LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

$ 2,072,368.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

$ 1,381,931.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.167 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 148,999,547.00 |
|---|---|---|---|---|---|

MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.168 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 3,789,582,343.00 |
|---|---|---|---|---|---|

MARELLI CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.169 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 736,073.00 |
|---|---|---|---|---|---|

MARELLI ESPAÑA S.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.170 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 1,422.86 |
|---|---|---|---|---|---|

MARKUS P. FAESSY INDUSTRIEWERBUNG
POSTFACH 1226
MAGSTADT, 71103
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.171 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 815.84 |
|---|---|---|---|---|---|

MARTIN CONTENEDORES PARA LOGISTICA
PG INDUSTRIAL CALLE B NAVE 13
AOIZ, 31430
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

MENDEL VERLAG GMBH & CO. KG
GERICHTSSTR. 42
WITTEN, 58452
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

MENSCH UND MEDIEN GMBH
SCHLOSSERGASSE 380
LANDSBERG AM LECH, 86899
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 403.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

MERCEDES-BENZ AG
MERCEDESSTRAßE 120
STUTTGART, 70372
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** POTENTIAL LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

MERKLE SCHWEISSTECHNIK GMBH
HAMBURGERSTRASSE 9
LAATZEN, 30880
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,119.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

METZGER + ZIMMERMANN GMBH
REINSBURGSTRASSE 97
STUTTGART, 70197
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 65.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**

| | Amount of claim |
|---|---|

---

**3.177** **Nonpriority creditor's name and mailing address**

MEUSBURGER GEORG GMBH & CO KG
KESSELSTRASSE 42
WOLFURT, 6960
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,386.20

---

**3.178** **Nonpriority creditor's name and mailing address**

MICRORELLEUS, S.L.
CL. PLA DE FONOLLAR, 5-A
SABADELL,BARCELONA, 08205
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              23,895.36

---

**3.179** **Nonpriority creditor's name and mailing address**

MLF MERCATOR LEASING GMBH & CO
LONDONSTRASSE 1
SCHWEINFURT, 97424
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  233.68

---

**3.180** **Nonpriority creditor's name and mailing address**

MOBENE GMBH & CO. KG
HANSASTR. 12
HANNOVER, 30419
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  149.45

---

**3.181** **Nonpriority creditor's name and mailing address**

MOBILER KALIBRIERDIENST FINI GMBH
HINDENBURGSTRASSE 48
ESSLINGEN, 73728
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              20,276.44

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

MODELLBAU ROBERT HOFMANN GMBH
AN DER ZEIL 6
LICHTENFELS, 96215
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 28,690.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**

MORGENSTERN AG
F.-W.-RAIFFEISEN-STR. 5
REUTLINGEN, 72770
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,460.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**

MOS ELECTRONIC GMBH
HERMANN LOENS STRASSE 40-44
NEUWEILER, 75389
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,398.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**

MRB AUTOMATION GMBH
WERNER-VON-SIEMENS-STR. 7
ILMENAU, 98693
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,879.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

MST MICROSTRAHLTECHNIK VERTRIEB GMB
IN DER BRAIKE 16
KUSTERDINGEN, 72127
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,059.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number *(if known)* | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

MYCRONIC GMBH
BIBERGER STRASSE 93
UNTERHACHING BEI MUENCHEN, 82008
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,660.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,086.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,552,560.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 44,759.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,617,737.00

---

**3.193** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21.92

---

**3.194** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 795.04

---

**3.195** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 527.76

---

**3.196** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 344.56

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|--------|----------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 105.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 250.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,015.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** FACTORING CLAIM

$ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.202** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.206** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|--------|---------------------|------------------------|----------|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.207** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.208** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.209** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.210** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.211** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                              Undetermined

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.217** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.218** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.219** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.220** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.221** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.222** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.223** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.224** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.225** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.226** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.233** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.234** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.235** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.236** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.242** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.243** **Nonpriority creditor's name and mailing address**

NANOGATE PD SYSTEMS GMHH
Altenhagener Strasse 13
Bad Salzuflen, 32107
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    50.21

---

**3.244** **Nonpriority creditor's name and mailing address**

NESPRESSO DEUTSCHLAND GMBH
ZOLLFOF 8
DUESSELDORF, 40221
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    146.93

---

**3.245** **Nonpriority creditor's name and mailing address**

NILFISK GMBH
GUIDO OBERDORFER STRASSE 2-10
BELLENBERG, 89287
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,123.82

---

**3.246** **Nonpriority creditor's name and mailing address**

NOTAR MARTIN GIERNER
BISMARCKSTRASSE 21
BAD URACH, 72574
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    84.37

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,365.56 |
|---|---|---|---|

NOVAMETAL EUROPE SRL
CORSO GARIBALDI 49
MILANO, 20121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,888.28 |
|---|---|---|---|

NS KUNSTSTOFFTECHNIK Äе° CZ, S.R.O.
HLUBANY 146
PODBORANY, 441 01
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 527.66 |
|---|---|---|---|

OERLIKON BALZERS
AM OCKENHEIMER GRABEN 41
BINGEN, 55411
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,678.95 |
|---|---|---|---|

OSKAR RÜEGG AG
BUECHSTR. 18
JONA, 8645
SWITZERLAND

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,040.61 |
|---|---|---|---|

P S W PRÄZISIONS-SCHNEID-WERKZEUG
Gewerbegebiet Zum Sitters 30
Wadgassen, 66787
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

PANA FOAMTEC GMBH
BUNSENWEG 4-6
GERETSRIED, 82538
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 588.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253** **Nonpriority creditor's name and mailing address**

PFEIFFER - DIENSTLEISTUNGEN &
OTTERNHAEGENERSTRASSE 10
GARBSEN, 30826
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,324.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

POLYOPTICS GMBH
FUJISTRASSE 1
KLEVE, 47533
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,615.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**

QUESTEL SAS
23 RUE D'ANTIN
PARIS, 75002
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,578.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**

R.I.E.MPP. INDUSTRIESERVICE
NÃ¼RTINGER STR. 78
OBERBOIHINGEN, 72644
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25,724.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.257** **Nonpriority creditor's name and mailing address**

RA KLAUS DIEPENBRUCK
BAUERSTRASSE 2
MUENCHEN, 80796
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 169.82

---

**3.258** **Nonpriority creditor's name and mailing address**

RAWE ELECTRONIC GMBH
BREGENZER STR. 67-69
WEILER-SIMMERBERG, 88171
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 338,165.50

---

**3.259** **Nonpriority creditor's name and mailing address**

REGUVIS FACHMEDIEN GMBH
AMSTERDAMER STR. 192
KOELN, 50735
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45.10

---

**3.260** **Nonpriority creditor's name and mailing address**

REINHARDT GMBH RAUMAUSSTATTUNG
OBERE STRASSE 16
REUTLINGEN, 72766
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,587.30

---

**3.261** **Nonpriority creditor's name and mailing address**

REMONDIS NECKAR-ALB GMBH & CO. KG
Täleswiesenstraße 4
Reutlingen, 72770
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13.59

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.262** Nonpriority creditor's name and mailing address

RING TEXTILSERVICE GMBH
Theodor-Heuss-Str. 8-10
Waiblingen-Hohenacker, 71336
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 81.71

---

**3.263** Nonpriority creditor's name and mailing address

ROBERT BOSCH GMBH
ROBERT BOSCH PLATZ 1
GERLINGEN, 70839
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 713,345.94

---

**3.264** Nonpriority creditor's name and mailing address

ROBERT BOSCH GMBH
ROBERT-BOSCH-PLATZ 1
GERLINGEN-SCHILLERHOHE, 70839
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 743,305.88

---

**3.265** Nonpriority creditor's name and mailing address

ROBERT BOSCH GMBH AE/FIN2
TUEBINGER STRASSE 123
REUTLINGEN, 72762
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 84,640.50

---

**3.266** Nonpriority creditor's name and mailing address

ROBERT WOLF GMBH
ESSLINGER STRASSE 7
LEINFELDEN-ECHTERDINGEN, 70771
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred     UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** | **Nonpriority creditor's name and mailing address**

RS COMPONENTS GMBH
MAINZER LANDSTRASSE 180
FRANKFURT AM MAIN, 60327
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 498.80

---

**3.268** | **Nonpriority creditor's name and mailing address**

RS COMPONENTS GMBH
MAINZER LANDSTRASSE 180
FRANKFURT AM MAIN, 60327
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,366.59

---

**3.269** | **Nonpriority creditor's name and mailing address**

RS REINIGUNGSSYSTEM GMBH
FERDINAND LASSALLE STR. 41
REUTLINGEN, 72770
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125.35

---

**3.270** | **Nonpriority creditor's name and mailing address**

SACHSENENERGIE AG
Friedrich-List-Platz 2
Dresden, 01064
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,263.71

---

**3.271** | **Nonpriority creditor's name and mailing address**

SCHÄFER GMBH & CO. KG
Brückenstrasse 4-6
Osnabrück, 49090
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,837.25

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** **Nonpriority creditor's name and mailing address**

SCHEER GMBH
UNI-CAMPUS NORD
SAARBRÄ¼CKEN, 66123
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,949.67

---

**3.273** **Nonpriority creditor's name and mailing address**

SCHÖLER FÖRDERTECHNIK AG
Hanns-Klemm-Strasse 5
Ostfildern-Scharnhausen, 73760
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,306.45

---

**3.274** **Nonpriority creditor's name and mailing address**

SCHRADER SORTIERSERVICE
TANNHOF 5
ADERSHEIM, 38304
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,910.81

---

**3.275** **Nonpriority creditor's name and mailing address**

SCHWABENGARAGE AG
CANNSTATTER STRASSE 46
STUTTGART, 70190
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,778.84

---

**3.276** **Nonpriority creditor's name and mailing address**

SEICA AUTOMATION SRL
SEDE SOCIALE VIA KENNEDY 24
STRAMBINO (TO), 10019
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,604.23

Debtor    Marelli Germany GmbH
          Name                                    Case number (if known)    25-11047

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

SEIZ INDUSTRIEHANDSCHUHE GMBH
NEUHAUSER STRASSE 63
METZINGEN, 72555
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 566.40

---

**3.278** **Nonpriority creditor's name and mailing address**

SHELL (SWITZERLAND) AG
BAAREMATTE
BAAR, 6340
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,160.66

---

**3.279** **Nonpriority creditor's name and mailing address**

SHELL AUSTRIA GMBH
LOBGRUNDSTRASSE 3
WIEN, 1220
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 498.72

---

**3.280** **Nonpriority creditor's name and mailing address**

SHELL CZECH REPUBLIC A.S.
ANTALA STASKA 2027/79
PRAHA, 140 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,442.69

---

**3.281** **Nonpriority creditor's name and mailing address**

SHELL HUNGARY ZRT
ALIZ UTCA 2
BUDAPEST, 1117
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,233.20

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73.99 |
|---|---|---|---|

SHELL NIDERLANDE VERKOOPMAATSCHAPPI
WEENA 70
3012CM, ROTTERDAM,
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SIEMENS AG
EUROPAPLATZ 1
ERFURT, 99091
GERMANY

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 92,976.15 |
|---|---|---|---|

SIEMENS INDUSTRY SOFTWARE GMBH
AM KABELLAGER 9
KOELN, 51063
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 233.96 |
|---|---|---|---|

SKODA CENTRUM WOLFSBURG
HEINRICH-NORDHOFF-STR. 125
WOLFSBURG, 38440
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 134.43 |
|---|---|---|---|

SOCIETE DES PETROLES SHELL
307 R ESTIENNE ORVES
COLOMBES, 92708
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

SPG PRE - SERIES TOOLING
TITANIUMSTRAAT 3
NEDERWEERT, 6031 TV
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 41,648.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

STAATSOBERKASSE BAYERN
PODEWILSSTRASSE 5
LANDSHUT, 84028
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 847.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**

STADTREINIGUNG GMBH
EICHENRAIN 15
SCHMALKALDEN, 98574
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 378.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

SUEDDEUTSCHE GELENKSCHEIBENFABRIK G
GRASLITZER STRASSE 14
WALDKRAIBURG, 84478
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,590.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

SUEDDEUTSCHER VERLAG VERANSTALTUNGE
JUSTUS-VON-LIEBIG-STR. 1
LANDSBERG, 86899
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,253.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31,272.60 |
|---|---|---|---|

SUEDWESTMETALL
LOEFFELSTRASSE 22/24
STUTTGART, 70597
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 65.98 |
|---|---|---|---|

SUHLER VERLAGSGESELLSCHAFT
SCHUETZENSTRASSE 2
SUHL, 98527
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 133.14 |
|---|---|---|---|

SUMMIT RE WOLFSBURG 1 GMBH
GRONINGER STR 25-27
BERLIN, 13347
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,226.40 |
|---|---|---|---|

SWISS POST SOLUTIONS GMBH
AM BOERSTIG 5
BAMBERG, 96052
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 410.76 |
|---|---|---|---|

TAXI SCHMID GMBH
DRESDNER PLATZ 3
REUTLINGEN, 72760
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.297** **Nonpriority creditor's name and mailing address**

TEAG THUERINGER ENERGIE AG
SCHWERBORNER STR. 30
ERFURT, 99087
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,537.97

---

**3.298** **Nonpriority creditor's name and mailing address**

TECHNIA GMBH
Am Sandfeld 11C
Karlsruhe, 76149
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,291.07

---

**3.299** **Nonpriority creditor's name and mailing address**

TECHNIPLAST SP. Z O.O.
UL. GORECKA 34
SKOCZOW, 43-430
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,982.28

---

**3.300** **Nonpriority creditor's name and mailing address**

TECHNISCHE AKADEMIE ESSLINGEN E.V.
AN DER AKADEMIE 5
OSTFILDERN, 73748
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,447.76

---

**3.301** **Nonpriority creditor's name and mailing address**

THOMAS MAUSER RECHTSANWÄLTE
Mallaustrasse 58
Mannheim, 68219
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 348.21

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**

TNS SERVIS, S.R.O.
K TEPLINAM 619
SLUSOVICE, 763 15
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,051.45

---

**3.303** | **Nonpriority creditor's name and mailing address**

TOWERS WATSON GMBH
WETTINERSTRASSE 3
WIESBADEN, 65189
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,655.33

---

**3.304** | **Nonpriority creditor's name and mailing address**

TREUHAND- UND REVISIONSGESELLSCHAFT
BAHNHOFSTRASSE 28
SCHWYZ, 6430
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,444.57

---

**3.305** | **Nonpriority creditor's name and mailing address**

TRICOR PACKAGING & LOGISTICS AG
HASELBACHER STR. 32
EPPISHAUSEN, 87745
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,005.43

---

**3.306** | **Nonpriority creditor's name and mailing address**

TÜV RHEINLAND KRAFTFAHRT GMBH
Am Grauen Stein
Köln, 51105
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,325.06

---

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

UNIFY GMBH CO. KG
WEISSACHER STRASSE 11
STUTTGART, 70499
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 753.01

---

**3.308** **Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE DEUTSCHLAND
GOERLITZER STR. 1
NEUSS, 41456
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182.35

---

**3.309** **Nonpriority creditor's name and mailing address**

UNTERBICHLER GASE GMBH
SCHERTLINSTR. 10
MUENCHEN, 81379
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.66

---

**3.310** **Nonpriority creditor's name and mailing address**

VECTOR INFORMATIK GMBH
Ingersheimer Strasse 24
Stuttgart, 70499
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 183,377.58

---

**3.311** **Nonpriority creditor's name and mailing address**

VEGUM A.S.
Gumarenska 337
Dolne Vestenice, 972 23
SLOVAKIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,125.24

---

| Debtor | Marelli Germany GmbH | Case number *(if known)* | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 165,939.49

VEMA
ALTLACHEN 3
KRAUCHENWIES - GOEGGINGEN, 72505
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,025.74

VENTZKI GMBH
STUTTGARTER STRASSE 122
EISLINGEN, 73054
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44,513.36

VERBAND DER AUTOMOBILINDUSTRIE E.V.
BEHRENSTRASSE 35
BERLIN, 10117
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,894.17

VODAFONE GMBH
FERDINAD--BRAUN-PLATZ 1
DUESSELDORF, 40549
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,276.79

VOETS AUTOZENTRUM GMBH
WOLFENBÄ¼TTELER STR. 51
BRAUNSCHWEIG, 38124
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Marelli Germany GmbH

Name

Case number (if known)    25-11047

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317**  **Nonpriority creditor's name and mailing address**

VOLUME GRAPHICS GMBH
Speyerer Straße 4-6
Heidelberg, 69115
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    1,793.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318**  **Nonpriority creditor's name and mailing address**

WALTER DEUTSCHLAND GMBH
WILHELM-FAY-STRASSE 34
FRANKFURT AM MAIN, 60489
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    10,141.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319**  **Nonpriority creditor's name and mailing address**

WALTER KUNSTSTOFFE GMBH
DIESELSTRASSE 12
GUNSKIRCHEN, 4623
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    14,134.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.320**  **Nonpriority creditor's name and mailing address**

WEISS TECHNIK GMBH
GREIZERSTR.41-49
REISKIRCHEN, 35447
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    6,786.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.321**  **Nonpriority creditor's name and mailing address**

WELOVEFRESH GMBH
In der Heidelslach 5
Leimen, 69181
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    1,778.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.322** Nonpriority creditor's name and mailing address

WIPRO LIMITED
HOPFENSTRASSE 1D
KIEL, 24114
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                112,994.48

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.323** Nonpriority creditor's name and mailing address

WITTE AUTOMOTIVE BULGARIA EOOD
UL. "INDUSTRIALEN PARK" 19
RUSE, 7009
BULGARIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                16,676.93

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.324** Nonpriority creditor's name and mailing address

WÖHR + BAUER PROJEKT OCTAVIO
Seitzstrasse  8 a
München, 80538
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                7,528.95

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.325** Nonpriority creditor's name and mailing address

WÖRZ PATENTANWÄLTE PARTG MBB
Gablenberger Hauptstrasse 32
Stuttgart, 70186
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                17,527.85

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.326** Nonpriority creditor's name and mailing address

ZENTRALVERBAND ELEKTROTECHNIK- U.
LYONER STR. 9
FRANKFURT AM MAIN, 60528
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                177,966.69

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Germany GmbH | Case number (if known) | 25-11047 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** | **Nonpriority creditor's name and mailing address**

ZES ZOLLNER ELECTRONIC SRL
STR. PARC INDUSTRIAL SUD, FN
SATU MARE, 440247
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,195.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

ZOLLNER ELEKTRONIK AG
Manfred-Zollner-Str. 1
Zandt, 93499
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,144.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

ZOLLNER ELEKTRONIK GYARTO ES
DEAKVARI FASOR 16-18
VAC, 2600
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 112,565.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Germany GmbH | Case number (if known): | 25-11047 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 3:</strong></td><td colspan="2"><strong>List Others to Be Notified About Unsecured Claims</strong></td></tr>
</table>

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line ☐ Not listed. Explain | |
| 4.2 | Line ☐ Not listed. Explain | |
| 4.3 | Line ☐ Not listed. Explain | |
| 4.4 | Line ☐ Not listed. Explain | |
| 4.5 | Line ☐ Not listed. Explain | |
| 4.6 | Line ☐ Not listed. Explain | |
| 4.7 | Line ☐ Not listed. Explain | |
| 4.8 | Line ☐ Not listed. Explain | |
| 4.9 | Line ☐ Not listed. Explain | |

Debtor    Marelli Germany GmbH
Name

Case number (if known)    25-11047

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 4,010,121,866.46 |
|  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,010,121,866.46 |
|  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name          Marelli Germany GmbH

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11047

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE MAINTENANCE AGREEMENT DATED: 01/01/2024 | ACCENTURE GMBH HARRLACHWEG 3 MANNHEIM, 68163 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE MAINTENANCE AGREEMENT DATED: 01/01/2024 | ACCENTURE GMBH HARRLACHWEG 3 MANNHEIM, 68163 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 01/01/2024 | ACCENTURE GMBH TÜBINGER STR. 123 REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 01/01/2024 | ACCENTURE GMBH HARRLACHWEG 3 MANNHEIM, 68163 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS OF PURCHASE DATED: 04/18/2023 | ADVANCED UNIBYTE GMBH AUF DEM HAGEN 4 FILDERSTADT, 70794 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 02/06/2018 | ADVANCED UNIBYTE GMBH PAUL-LECHLER STRASSE 8, 72555 METZINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT | ADVANCED UNIBYTE GMBH PAUL-LECHLER STRASSE 8 METZINGEN, 72555 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | GTC SERVICES AGREEMENT DATED: 04/18/2023 | ADVANCED UNIBYTE GMBH AUF HERDENEN 28/1 ERISKIRCH, 88097 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 05/25/2018 | AEB GESELLSCHAFT ZUR ENTWICKLUNG VON BRANCHEN-SOFTWARE MBH SIGMARINGER STRABE 109, D-70567 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | BLANKET ORDER DATED: 01/12/2016 | AGILITY LOGISTICS GMBH 125536090 KUENZEL- FULDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | BLANKET ORDER DATED: 01/01/2017 | AGILITY LOGISTICS GMBH P.O. BOX 1255 36090 KUENZEL- FULDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL AGREEMENT TO TEMPORARY EMPLOYMENT AGREEMENT DATED: 02/22/2018 | AMADEUS FIRE AG KRONENSTRAßE 25, 70174 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
          Name

Case number (if known):  25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 09/28/2020 | ANDREAS RATHMAYR GMBH<br>GIONSTRAßE 1B<br>PASSAU, 94036<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CONSULTANT AGREEMENT DATED: 06/01/2013 | ANK<br>49 ZOGUNARI 1 GIL<br>SANGROK-GU ANSAN-SI, KYUGGI-DO,<br>KOREA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2021 | AON SOLUTIONS GERMANY GMBH<br>LUXEMBURGER ALLEE 4 45481 MILLHEIM AN DER RUHR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR ORDER PROCESSING PURSUANT TO ART. 28 GDPR DATED: 10/18/2021 | AON SOLUTIONS GERMANY GMBH<br>LUXEMBURGER ALLEE 4 45481 MULHEIM AN DER RUHR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR ICT SERVICES DATED: 04/21/2022 | APTO, LLC.<br>100 WEST BIG BEAVER RD.<br>SUITE 200<br>TROY, MI 48084 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/18/2019 | ARCUS AIR LOGISTICS IBERICA SL<br>EDIFICIO TRADE CENTER, PROFESOR BELTRAN BAGUENA, 4 OFICINA 306, 46009 VALENCIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | GROUP WORKS AGREEMENT ON PROCESS OPTIMISATION DATED: 04/13/2021 | ASSOCIATION OF THE METAL AND ELECTRICAL INDUSTRY BADEN-WURTTEMBERG E. V.<br>TURLENSTRASSE 2, 70191 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
Name
Case number (if known):  25-11047

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.20** State what the contract or lease is for and the nature of the debtor's interest | APPROVAL FOR RELEASE OF TECHNICAL INFORMATION DATED: 02/12/2021 | ASTON MAR- TIN LAGONDA LIMITED ASTON MARTIN, BANBURY ROAD, GAYDON, WARWICK CV35 ODB |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest | APPROVAL FOR RELEASE OF TECHNICAL INFORMATION DATED: 01/27/2021 | ASTON MAR- TIN LAGONDA LIMITED ASTON MARTIN, BANBURY ROAD, GAYDON, WARWICK CV35 ODB |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT GIVING CONSENT TO THE PRODUCTION AND DELIVERY OF PARTS DATED: 10/23/2017 | AUDI AG INGOLSTADT, 85045 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 11/30/2022 | AUDI AG 85045 INGOLSTADT |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest | VEHICLE RENTAL CONTRACT FOR TEST AND DEVELOPMENT VEHICLES DATED: 02/18/2019 | AUDI AG INGOLSTADT, 85045 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest | LETTER GIVING CONSENT FOR THE PRODUCTION AND DELIVERY OF PARTS DATED: 01/01/2017 | AUDI AG INGOLSTADT, 85045 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE LICENSING AGREEMENT DATED: 01/01/2017 | AUDI AG INGOLSTADT, 85045 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT DATED: 05/25/2007 | AUDI AG INGOLSTADT, 85045 GERMANY |

| 2.27 | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT DATED: 05/25/2007 | AUDI AG INGOLSTADT, 85045 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| 2.28 | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER OF THE STATUTE OF LIMITATIONS AND CONFIDENTIALITY AGREEMENT DATED: 12/03/2018 | AUDI AG INGOLSTADT, 85045 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| 2.29 | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DATED: 12/16/2021 | AUDI AG 85045 INGOLSTADT, GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| 2.30 | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DATED: 07/27/2021 | AUDI AG 85045 INGOLSTADT, GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| 2.31 | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 12/15/2012 | AUDI AG 85045 INGOLSTADT |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| 2.32 | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE - RENTAL AGREEMENT DATED: 07/01/2015 | AUDI AG INGOLSTADT, 85045 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| 2.33 | | |
|---|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | TERMS OF USE FOR STANDARD SOFTWARE DATED: 03/31/2011 | AUDI AG INGOLSTADT, 85045 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF PURCHASE FOR PRODUCTION MATERIAL DATED: 09/12/2005 | AUDI AG INGOLSTADT, 85045 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION AGREEMENT DATED: 07/12/2012 | AUDI AG INGOLSTADT, 85045 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/01/2017 | AUDI AG INGOLSTADT, 85045 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION AGREEMENT DATED: 11/29/2022 | AUDI AG 85045 INGOLSTADT GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE - USER CONTRACT DATED: 04/26/2019 | AUDI AG INGOLSTADT, 85057 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | LETTER REQUIRING FOR FURTHER COOPERATION POST CONTRACTUAL PENALTY. DATED: 10/04/2017 | AUDI AG INGOLSTADT, 85045 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENT TO SUPPLY AGREEMENT DATED: 01/01/2017 | AUDI AG INGOLSTADT, 85045 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
          Name                                                    Case number (if known): 25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** **State what the contract or lease is for and the nature of the debtor's interest** — NOMINATION AGREEMENT DATED: 10/31/2022 | AUDI AG 85045 INGOLSTADT GERMANY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.42** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT DATED: 12/15/2012 | AUDI AG 85045 INGOLSTADT, GERMANY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.43** **State what the contract or lease is for and the nature of the debtor's interest** — LETTER DISCUSSING THE TERMS OF THE NOMINATION LETTER DATED: 10/26/2009 | AUDI AG INGOLSTADT, 85045 GERMANY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.44** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT OF PURCHASE FOR PRODUCTION MATERIALS DATED: 10/15/2002 | AUDI AG INGOLSTADT, 85045 GERMANY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.45** **State what the contract or lease is for and the nature of the debtor's interest** — COMPANY VEHICLE LEASING ORDER DATED: 11/13/2017 | AUDI LEASING. GIFHORNER STRAFTE 57 BRAUNSCHWEIG, 38112 GERMANY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.46** **State what the contract or lease is for and the nature of the debtor's interest** — FRAMEWORK AGREEMENT DATED: 05/29/2018 | AVITEA INDUSTRIESERVICE GMBH SUBSTRATE 8-8A 59557 LIPPSTADT |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.47** **State what the contract or lease is for and the nature of the debtor's interest** — MANDATE AGREEMENT DATED: 02/28/2017 | BAKER & MCKENZIE BETHMANNSTRABE 50-54 60311 FRANKFURT/MAIN |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest | TOOL USER AGREEMENT DATED: 01/22/2019 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 AFTERSALES BUSINESS MANAGEMENT COST MANAGEMENT SPARE PARTS MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest | TOOL USER AGREEMENT DATED: 12/16/2023 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNCHEN, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest | PRICE FRAMEWORK AGREEMENT DATED: 04/01/2022 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest | TERMS OF USE FOR SYSTEM SOFTWARE |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest | SPARE PARTS PRICE FRAMEWORK AGREEMENT DATED: 04/01/2022 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest | WARRANTY AGREEMENT DATED: 12/11/2006 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest | SPARE PARTS PRICE FRAMEWORK AGREEMENT DATED: 07/20/2022 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNCHEN, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Germany GmbH
_____  Case number (if known): 25-11047
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK DEVELOPMENT AGREEMENT DATED: 06/29/2015 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | WARRANTY AGREEMENT DATED: 09/20/2017 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE WARRANTY AGREEMENT DATED: 05/01/2007 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | DECLARATION OF COMMITMENT IN THE EVENT OF THE TRANSFER DATED: 04/18/2011 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT COMFORT LETTER DATED: 12/07/2023 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | WARRANTY AGREEMENT DATED: 09/20/2017 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | INDIVIDUAL DEVELOPMENT CONTRACT DATED: 07/13/2004 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | SPARE PARTS FRAMEWORK AGREEMENT DATED: 07/20/2015 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK DEVELOPMENT AGREEMENT DATED: 06/29/2015 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | TOOL USER AGREEMENT DATED: 01/01/2016 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | TOOL USER AGREEMENT DATED: 03/11/2024 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT BMW AG HEAD OF CONTRACT MANAGEMENT MZ-12 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | TOOL USER AGREEMENT DATED: 01/01/2023 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | KEY ACCOUNT AGREEMENT DATED: 06/01/2005 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON HANDLING FIELD OUTAGES AND SERIAL DAMAGE FOR THE SCOPE OF THE CONTRACT DATED: 01/01/2017 | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
Name

Case number (if known):   25-11047

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.69** State what the contract or lease is for and the nature of the debtor's interest | INDIVIDUAL DEVELOPMENT CONTRACT DATED: 09/05/2006 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest | SPARE PARTS FRAMEWORK AGREEMENT DATED: 07/20/2015 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT FRAMEWORK AGREEMENT DATED: 12/10/2004 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK DEVELOPMENT AGREEMENT DATED: 06/29/2015 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SECURING SUPPLY DATED: 12/14/2021 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest | WARRANTY AGREEMENT DATED: 01/01/2006 |
| | BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT PETUELRING 130 MUNICH, 80788 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT INTERNAL LOGISTICS DATED: 01/01/2020 |
| | BCUBE BROTTERODE GMBH WILLI-BETZ-STRAßE 12 BROTTERODE-TRUSETAL, 98596 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Germany GmbH | Case number (if known): 25-11047 |
|---|---|---|
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT FOR INTERNAL LOGISTICS SERVICES DATED: 01/01/2021 | BCUBE BROTTERODE GMBH WILLI-BETZ-STRAßE 12 BROTTERODE-TRUSETAL, 98596 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | TRANSMISSION OF CERTIFICATE SIGNING REQUESTS DATED: 11/26/2020 | BMW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON SETTLEMENT IN THE CREDIT MEMO PROCEDURE DATED: 03/22/2006 | BMW (UK) MANUFACTURING LTD. ELLESHIELD AVENUE BRACKNELL BERKSHIRE RG12 8TA NO 39 50 868 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 01/22/2025 | BMW GROUP SVP AL&S EMEA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER CHARGEBACK AGREEMENT DATED: 11/12/2008 | BMW MOTORRAD GEWSHRLEISTUNG, VERTRAGSWESEN, REGRESS MOTORRAD HERM MARTIN BENNECKE KNORRSTRASSE 146, GEB.3 80788 MUNCHEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT OF APPLICATION OF THE INTERNATIONAL TERMS AND CONDITIONS OF PURCHASE FOR PRODUCTION MATERIALS (IPC) DATED: 03/31/2014 | BMW-GROUP ATTN.: H. CARSTEN WIEMANN COMMODITY HEAD OF PURCHASING MK-34 KNORRSTRABE 147, 80 788 MUNICH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | DOCUMENTATION OF THE CALCULATION OF WORKING HOURS FOR COMPANY PHYSICIANS (MED) AND OCCUPATIONAL SAFETY SPECIALISTS (SIFA) DATED: | BOSCH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                        Case number (if known):  25-11047
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT DATED: 06/10/2024 | BTV TECHNOLOGIES GMBH HEINRICH-HERTZ-STR. 12 UNNA, 59423 GERMANY |

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT DATED: 06/10/2024 | BTV TECHNOLOGIES GMBH HEINRICH-HERTZ-STR. 12 UNNA, 59423 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK CONTRACT FOR CUSTOMERS DATED: 06/20/2024 | BTV TECHNOLOGIES GMBH HEINRICH-HERTZ-STR. 12 UNNA, 59423 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTEE DATED: 02/04/2021 | CARELLO LIGHTING PENSION SCHEMES TRUSTEE LIMITED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE AGREEMENT DATED 8TH AUGUST 2023 DATED: 08/08/2023 | CBP SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA UL. ALBATROSÓW 15A WARSAW, 02-806 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 08/08/2023 | CBP SPOTKQZ Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ UL. ALBATROSÓW 15A WARSAW, 02-806 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF COOPERATION INTENT DATED: 12/01/2013 | CHANGCHUN FUDI EQUIPMENT TECHNOLOGY DEVELOPMENT CO. LTD. LUYUAN DISTRICT, CHANGCHUN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | JOINT VENTURE AGREEMENT DATED: 12/16/2015 | CHANGCHUN FUDI EQUIPMENT TECHNOLOGY DEVELOPMENT CO. LTD. CHANGBAI HIGHWAY LUYUAN DISTRICT CHANGCHUN, JILIN PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                            Case number (if known):  25-11047
          Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/13/2022 | CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 05/01/2021 | CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 05/01/2021 | CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2020 | CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2020 | CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO. LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/13/2022 | CHANGCHUN MARELLI AUTOMOTIVE LIGHTING SYSTEM CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF COOPERATION INTENT DATED: 12/01/2013 | CHANGCHUN ZHENGTAO ELECTRONIC EQUIPMENT CO. LTD. PRINCIPAL OFFICE IN ROOM 708 ZONE A NO 6-2 OFFICE BUILDING, HAIKOU ROAD ECONOMIC DEVELOPMENT ZONE CHANGCHUN, JILIN PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT 2023 DATED: 01/01/2023 | CITY HOTEL FORTUNA REUTLINGEN AM ECHAZUFER 22 72764 REUTLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT 2023 DATED: 01/12/2023 | CITY HOTEL FORTUNA REUTLINGEN REUTLINGEN  AM ECHAZUFER 22  72764 REUTLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | PLANT RESIDENT CONTRACT DATED: 01/01/2023 | CLAVEY AUTOMOBIL DIENSTLEISTUNGS GMBH & CO. KG HANNOVERSCHE STRASSE 60 BRAUNSCHWEIG, D-38116 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | QUALIFIED EXCLUSIVE SALES MANDATE AGREEMENT DATED: 03/20/2024 | COLLIERS INTERNATIONAL DEUTSCHLAND GMBH NIEDERLASSUNG LEIPZIG GRIMMAISCHER STEINWEG 5 04103 LEIPZIG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | QUALIFIZIERTER ALLEINVERKAUFSAUFTRAG QUALIFIED EXCLUSIVE SALES MANDATE DATED: 03/19/2024 | COLLIERS INTERNATIONAL DEUTSCHLAND GMBH NIEDERLASSUNG LEIPZIG GRIMMAISCHER STEINWEG 5 04103 LEIPZIG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT DATED: 01/01/2022 | CONTACT SOFTWARE GMBH WIENER STRASSE 1–3 BREMEN, 28359 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 12/30/2020 | CONTACT SOFTWARE GMBH WIENER STRAßE 1–3 BREMEN, 28359 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** State what the contract or lease is for and the nature of the debtor's interest | PURCHASING \| GENERAL TERMS AND CONDITIONS (2019 EDITION) DATED: 01/05/2020 | COSANATIONAL SRL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 10/24/2012 | COSTRUZIONI MECCANICHE FIN S.R.L. (FIN□DIEMME) FIORENTINA 98 CERTALDO, FI, 50052 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT ON THE PROCESSING OF PERSONAL DATA DATED: 03/27/2018 | D.VINCI HR-SYSTEMS GMBH NAGELSWEG 37-39 HAMBURG, 20097 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest | MULTI-YEAR SUPPLY CONTRACT DATED: 08/17/2016 | DAIMLER AG MERCEDESSTR. 137 70327 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest | PAYMENT AGREEMENT DATED: 06/10/2011 | DAIMLER AG 71059 SINDELFINGEN, GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 10/29/2019 | DAIMLER AG MERCEDESSTRARE 137, 70327 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR FIELD RECOURSE DATED: 01/14/2016 | DAIMLER AG Sindelfingen, Stuttgart, 71059 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
Name

Case number (if known):  25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT DATED: 11/30/2021 | DAIMLER AG MERCEDESSTRABE 120, 70372 STUTTGART |

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT DATED: 11/30/2021 | DAIMLER AG<br>MERCEDESSTRABE 120, 70372 STUTTGART |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON A WAIVER OF THE STATUTE OF LIMITATIONS AND CONFIDENTIALITY DATED: 09/29/2017 | DAIMLER AG<br>MERCEDESSTRABE 137<br>STUTTGART, 70327<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 01/31/2022 | DAIMLER AG<br>MERCEDESSTRABE 120, 70372 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING IT FRAMEWORK AGREEMENT DATED: 09/12/2017 | DAIMLER AG<br>MERCEDESSTRABE 137 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | TOOL USAGE AGREEMENT DATED: 03/21/2016 | DAIMLER AG<br>D - 70546 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 12/10/2020 | DAIMLER AG<br>MERCEDESSTRAßE 120<br>STUTTGART, 70372<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | PRE-DEVELOPMENT CONTRACT DATED: 10/29/2009 | DAIMLER AG<br>MERCEDESSTRALIE 137 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
     Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.118** State what the contract or lease is for and the nature of the debtor's interest<br><br>PLI CONTROL UNIT TERMS AND CONDITIONS | DAIMLER AG<br>MERCEDESSTRAßE 137 70327 STUTTGART |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.119** State what the contract or lease is for and the nature of the debtor's interest<br><br>ADDENDUM TO THE COOPERATION AGREEMENT DATED: 05/01/2008 | DAIMLER AG<br>MERCEDESSTRABE 137, 70327 STUTTGART |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.120** State what the contract or lease is for and the nature of the debtor's interest<br><br>RESPONSIBILITIES FOR THE SCOPE OF CONTRACT FOR FLOODLIGHTS FOR SERIES DATED: 06/05/2014 | DAIMLER AG<br>MERCEDESSTRABE 137 70327 STUTTGART |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.121** State what the contract or lease is for and the nature of the debtor's interest<br><br>SECOND RENEWAL AGREEMENT DATED: 06/09/2020 | DAIMLER AG<br>MERCEDESSTRABE 137, 70327 STUTTGART |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.122** State what the contract or lease is for and the nature of the debtor's interest<br><br>RENEWAL AGREEMENT DATED: 10/29/2019 | DAIMLER AG<br>MERCEDESSTRABE 137, 70327 STUTTGART |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.123** State what the contract or lease is for and the nature of the debtor's interest<br><br>AUTHORIZATION LETTER DATED: 03/12/2008 | DAIMLER AG<br>MERCEDESSTRAßE 137, 70327 STUTTGART. |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.124** State what the contract or lease is for and the nature of the debtor's interest<br><br>SUPPLEMENTARY AGREEMENT TO THE ENGINEERING IT FRAMEWORK AGREEMENT DATED: 09/12/2017 | DAIMLER AG<br>MERCEDESSTRABE 137 70327 STUTTGART |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor    Marelli Germany GmbH
Name

Case number (if known):   25-11047

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | PLI CONTROL UNIT FOR SERIES TERMS AND CONDITIONS | DAIMLER AG MERCEDESSTRAßE 137 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 01/31/2019 | DAIMLER AG MERCEDESSTRAßE 137, 70327 STUTTGART. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION AGREEMENT TO THE COOPERATION AGREEMENT DATED: 05/01/2009 | DAIMLER AG MERCEDESSTRABE 137, 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE USE OF THE IT APPLICATION SOURCE DATED: 10/13/2010 | DAIMLER AG MERCEDESSTRABE 137 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COOPERATION AGREEMENT DATED: 05/01/2008 | DAIMLER AG MERCEDESSTRABE 137, 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 01/31/2022 | DAIMLER AG MERCEDESSTRABE 120 70327 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE ELECTRONIC DATA INTERCHANGE OF INVOICES AND CREDIT MEMOS DATED: 02/15/2019 | DAIMLER AG 70546 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOL USAGE AGREEMENT DATED: 03/21/2016 | DAIMLER AG<br>D - 70546 STUTTGART, GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL AGREEMENT DATED: 10/05/2017 | DAIMLER AG<br>MERCEDESSTRAßE 137<br>STUTTGART, 70327<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT CONTRACT DATED: 11/10/2014 | DAIMLER AG<br>MERCEDESSTRABE 137 70327 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGINEERING IT FRAMEWORK AGREEMENT DATED: 04/03/2019 | DAIMLER AG<br>MERCEDESSTRABE 137 70327 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT CONTRACT DATED: 02/12/2019 | DAIMLER AG<br>MERCEDESSTR. 137 70327 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIONAL AGREEMENT DATED: 08/17/2016 | DAIMLER AG<br>MERCEDESSTR. 137 70327 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPONSIBILITIES FOR THE SCOPE OF AWARDING E.G. HEADLIGHTS AND CONTROL UNITS DATED: 07/19/2016 | DAIMLER AG<br>MERCEDESSTRABE 137  70327 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.139** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 12/10/2020 | DAIMLER AG MERCEDESSTRABE 120, 70372 STUTTGART |

| | | |
|---|---|---|
| **2.139** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 12/10/2020 | DAIMLER AG MERCEDESSTRABE 120, 70372 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.140** State what the contract or lease is for and the nature of the debtor's interest | MULTI-YEAR SUPPLY CONTRACT DATED: 08/17/2016 | DAIMLER AG MERCEDESSTR. 137, 70327 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.141** State what the contract or lease is for and the nature of the debtor's interest | VEHICLE - USER CONTRACT DATED: 10/27/2017 | DAIMLER AG, STUTTGART MERCEDESSTRABE 137 70327 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.142** State what the contract or lease is for and the nature of the debtor's interest | VEHICLE - USER CONTRACT DATED: 12/11/2017 | DAIMLER AG, STUTTGART MERCEDESSTRABE 137 70327 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.143** State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER PERFORMANCE AGREEMENT DATED: 11/20/2003 | DAIMLER CHRYSLER AG 71059 SINDELFINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.144** State what the contract or lease is for and the nature of the debtor's interest | CORRESPONDENCE REGARDING JOINT INVENTION AGREEMENT DATED: 06/26/2006 | DAIMLER CHRYSLER AG 70546 STUTTGART GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.145** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT DATED: 11/30/2021 | DAIMLER TRUCK AG MERCEDESSTRABE 120, 70372 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
Name                                           Case number (if known):   25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.146** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 01/31/2022 | DAIMLER TRUCK AG FASANENWEG 10, 70771 LEINFELDEN-ECHTERDINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.147** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | DAIMLER TRUCK AG FASANENWEG 10 LEINFELDEN-ECHTERDINGEN, 70771 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.148** State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED: 01/31/2022 | DAIMLER TRUCK AG FASANENWEG 10, 70771 LEINFELDEN-ECHTERDINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.149** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | DAIMLER TRUCK AG FASANENWEG 10 LEINFELDEN-ECHTERDINGEN, 70771 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.150** State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR ONLINE USE SOFTWARE/DATABASE DATED: 06/16/2003 | DAIMLERCHRYSLER 70546 STUTTGART, GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.151** State what the contract or lease is for and the nature of the debtor's interest | PATENT TRANSFER AGREEMENT DATED: 03/20/2004 | DAIMLERCHRYSLER AG 70546 STUTTGART, GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.152** State what the contract or lease is for and the nature of the debtor's interest | LETTER CORRESPONDENCE NEGOTIATING THE SPECIAL TERMS OF THE CONTRACT DATED: 12/29/2004 | DAIMLERCHRYSLER AG 70546 STUTTGART, GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR THE REMUNERATION OF DEVELOPMENT SERVICES DATED: 01/27/2006 | DAIMLERCHRYSLER AG D SINDELFINGEN, 71059 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON DEVELOPMENT RESPONSIBILITY DATED: 05/14/2004 | DAIMLERCHRYSLER AG 71059 SINDELFINGEN GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | JOINT INVENTION CONTRACT | DAIMLERCHRYSLER AG EPPLESTRABE 225 70567 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 07/16/2003 | DAIMLERCHRYSLER AG EPPLESTRABE 225, 70567 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | CORRESPONDENCE REGARDING PRE-DEVELOPMENT CONTRACT DATED: 04/09/2008 | DAIMLERCHRYSLER AG D - 71059 SINDELFINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | SIGNED LETTER OF INTENT DATED: 07/01/2004 | DAIMLERCHRYSLER AG BÉLA-BARÉNYI-STRAßE 1 SINDELFINGEN, 71063 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | LETTER CORRESPONDENCE NEGOTIATING THE SPECIAL TERMS OF THE CONTRACT DATED: 12/29/2004 | DAIMLERCHRYSLER AG 70546 STUTTGART, GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | CORRESPONDENCE REGARDING PRE-DEVELOPMENT CONTRACT DATED: 04/10/2008 | DAIMLERCHRYSLER AG D SINDELFINGEN, 71059 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT CONTRACT DATED: 10/05/2007 | DAIMLERCHRYSLER AG MERCEDESSTRABE 137 70327 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE APPLICATION OF PRE-DEVELOPMENT CONTRACT FOR A PROJECT DATED: 10/05/2007 | DAIMLERCHRYSLER AG BÉLA-BARÉNYI-STRAßE 1 SINDELFINGEN, 71063 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE USE OF THE IT APPLICATION EDOCS DATED: 03/04/2004 | DAIMLERCHRYSLER AG D STUTTGART, 70546 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPONSIBILITIES PROJECT LU STEM (FRONT-END MODULE) DATED: 01/22/2010 | DAIMLERCHRYSLER AG 70546 STUTTGART, GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | ANCILLARY AGREEMENT TO THE LETTER OF INTENT DATED: 08/01/2006 | DAIMLERCHRYSLER AG, BREMEN PLANT D - 71059 SINDELFINGEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | CORRESPONDENCE REFERENCING LETTER OF INTENT FOR DEVELOPMENT COOPERATION AND SERIES DELIVERY DATED: 03/28/2007 | DAIMLERCHRYSLER ESPANA 75 AVDA DE BRUSELAS, 30 28108 ALCOBENDAS (MADRID). |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Germany GmbH

Case number (if known):    25-11047

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.167** | State what the contract or lease is for and the nature of the debtor's interest | TERMINABLE LEASE NO. 80350177319 DATED: 04/01/2023 | DE LAGE LANDEN LEASING GMBH THEO-CHAMPION-STR. 1 \| 40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest | TERMINABLE LEASE NO. 80350177319 DATED: 04/01/2023 | DE LAGE LANDEN LEASING GMBH THEO-CHAMPION-STR. 1,40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest | LOCAL IMPLEMENTATION AGREEMENT AND STATEMENT OF WORK FOR TAX COMPLIANCE AND E-TAX BALANCE SHEET SERVICES DATED: 04/11/2021 | DELOITTE GMBH EUROPA-ALLEE 91 FRANKFURT AM MAIN, 60486 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest | LOCAL IMPLEMENTATION AGREEMENT AND STATEMENT OF WORK FOR TAX COMPLIANCE AND E-TAX BALANCE SHEET SERVICES DATED: 04/11/2021 | DELOITTE GMBH EUROPA-ALLEE 91 FRANKFURT AM MAIN, 60486 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest | LOCAL IMPLEMENTATION AGREEMENT DATED: 06/01/2018 | DELOITTE RISK ADVISORY S.R.L. TORTONA, 25 TEL: +39 0283322611 FAX:+39 0283322612 EPAGLIANO@DELOITTE.IT MILANO, 20144 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest | DB-TRANSFER CONTRACT DATED: 09/01/1999 | DEUTSCHE BANK ONE COLUMBUS CIRCLE NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest | DB-TRANSFER CONTRACT DATED: 09/01/1999 | DEUTSCHE BANK ONE COLUMBUS CIRCLE NEW YORK, NY 10019 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Germany GmbH | Case number (if known): | 25-11047 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER IN RELATION TO THE LOAN AGREEMENT | DEVELOPMENT BANK OF JAPAN INC.<br>9-6, OTEMACHI 1-CHOME<br>CHIYODA-KU<br>TOKYO,<br>JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTOR JOINDER TO GUARANTEE AGREEMENT- ALR DATED: 06/22/2020 | DEVELOPMENT BANK OF JAPAN INC.<br>9-6, OTEMACHI 1-CHOME<br>CHIYODA-KU<br>TOKYO,<br>JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 06/19/2020 | DISTRCLEC DEUTSCHLAND GMBH<br>LISE-MEITNER-STR. 4<br>ATTN: MR. ANDRE HOFFMANN<br>MANAGING DIRECTOR<br>BREMEN, 28359<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT DATED: 06/19/2020 | DISTRELEC ITALIA S.R.L.<br>VIALE ALDO BORLETTI 61/63<br>SEDE LEGALE<br>CORBETTA, ML, 20011<br>ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DONGGUAN WAYS TECHNOLOGY LIMITED<br>19 LONGQUAN ROAD<br>CHONGTOU COMMUNITY<br>CHANGAN TOWN<br>DONGGUAN CITY, GUANGDONG PROVINCE,<br>CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI-VERSION CONTRACT DATED: 09/28/2020 | DR. ING. H.C. F. PORSCHE AG<br>PORSCHEPLATZ 1 70435 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | NOMINATION AGREEMENT | DR. ING. H.C. F. PORSCHE AG<br>PORSCHEPLATZ 1<br>STUTTGART, 70435<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | NOMINATION AGREEMENT DATED: 08/03/2020 | DR. ING. H.C. F. PORSCHE AG PORSCHEPLATZ 1 STUTTGART, 70435 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER TO THE NOMINATION AGREEMENT OF 04.04.2019 DATED: 07/03/2020 | DR. ING. H.C. F. PORSCHE AG PORSCHEPLATZ 1 STUTTGART, 70435 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER TO THE NOMINATION AGREEMENT DATED 01.09.2017 DATED: 09/09/2019 | DR. ING. H.C. F. PORSCHE AG PORSCHEPLATZ 1 STUTTGART, 70435 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | NOMINATION AGREEMENT DATED: 04/04/2019 | DR. ING. H.C. F. PORSCHE AG PORSCHEPLATZ 1 704335 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | NOMINATION AGREEMENT | DR. ING. H.C. F. PORSCHE AG PORSCHEPLATZ 1 STUTTGART, 70435 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT ON THE COOPERATION DATED: 04/01/2018 | DREISS PATENTANWALTE PARTG MBB FRIEDRICHSTR. 6 STUTTGART, 70174 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT ON THE CORPORATION DATED: 11/27/2019 | DREISS PATENTANWALTE PARTG MBB FRIEDRICHSTR. 6 STUTTGART, 70174 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.188** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 07/01/2022 | DREISS PATENTANWALTE PARTG MBB FRIEDRICHSTR. 6 STUTTGART, 70174 GERMANY |

Due to the complex multi-cell structure, here is the full table:

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.188** | **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AGREEMENT DATED: 07/01/2022<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | DREISS PATENTANWALTE PARTG MBB FRIEDRICHSTR. 6 STUTTGART, 70174 GERMANY |
| **2.189** | **State what the contract or lease is for and the nature of the debtor's interest** — CONTRACT ON ASSISTANCE IN LICENSE NEGOTIATIONS DATED: 07/28/2022<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | DREISS PATENTANWALTE PARTG MBB FRIEDRICHSTR. 6 STUTTGART, 70174 GERMANY |
| **2.190** | **State what the contract or lease is for and the nature of the debtor's interest** — CONTRACT ON THE SUPPLY AND PURCHASE OF ELECTRICAL ENERGY DATED: 10/26/2022<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | DREWAG - STADTWERKE DRESDEN GMBH FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **2.191** | **State what the contract or lease is for and the nature of the debtor's interest** — CONTRACT ON THE SUPPLY AND PURCHASE OF ELECTRICAL ENERGY DATED: 10/26/2022<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | DREWAG - STADTWERKE DRESDEN GMBH FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **2.192** | **State what the contract or lease is for and the nature of the debtor's interest** — ACCESSORY CONTRACT ON THE CONTRACT FOR THE SUPPLY AND PURCHASE OF ELECTRICAL ENERGY FOR FLEXIBLE ENERGY PRICING DATED: 10/21/2022<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | DREWAG - STADTWERKE DRESDEN GMBH FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **2.193** | **State what the contract or lease is for and the nature of the debtor's interest** — ACCESSORY CONTRACT ON THE CONTRACT FOR THE SUPPLY AND PURCHASE OF ELECTRICAL ENERGY FOR FLEXIBLE ENERGY PRICING DATED: 10/21/2022<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | DREWAG - STADTWERKE DRESDEN GMBH FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **2.194** | **State what the contract or lease is for and the nature of the debtor's interest** — CONFIDENTIALITY AGREEMENT DATED: 05/02/2023<br>**State the term remaining** — Undetermined<br>**List the contract number of any government contract** | DYMAX EUROPE GMBH KASTELER STRASSE 45 BUILDING G 359 WIESBADEN, 65203 GERMANY |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4 TO TEAG CONTRACT DATED: 12/03/2021 | EAG THURINGER ENERGIE AG SCHWERBORNER STRABE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO INTEGRATE GDPR PROVISIONS TO THE SERVICE AGREEMENT DATED: 11/20/2018 | ECONSOR GMBH VILLASTR. 1. 70190 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 05/24/2018 | ECONSOR GMBH, VILLASTR 70190 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR SERIES SUPPORT DATED: 04/19/2021 | EEINS GMBH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | INCLUSION OF A SUPPLY GROUP IN OUR MAJOR CUSTOMER CONTRACT WITH THE CONTRACT NO: 159420 | EF S AUTOMOBILE GMBH FELIX-WANKEL-STR. 40 70794 FILDERSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | INCLUSION OF A SUPPLY GROUP IN OUR MAJOR CUSTOMER CONTRACT WITH THE CONTRACT NO: 159420 | EF S AUTOMOBILE GMBH CANNSTATTER STR. 46 70190 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EHLEBRACHT BERLIN GMBH + CO. KG MOTZENER STR. 14A BERLIN, 12277 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH

Name

Case number (if known):   25-11047

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED |
| | | EHLEBRACHT BERLIN GMBH + CO. KG MOTZENER STR. 14A BERLIN, 12277 GERMANY |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF THE AGREEMENT ON THE JOINT CONTRACTING PROJECT DEVELOPMENT DATED: 11/25/2022 |
| | | ENBW CONTRACTING GMBH SCHELMENWASENSTRABE 15 70567 STUTTGART |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE JOINT CONTRACTING PROJECT DEVELOPMENT DATED: 05/24/2022 |
| | | ENBW CONTRACTING GMBH SCHELMENWASENSTRABE 15 70567 STUTTGART |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF THE AGREEMENT ON THE JOINT CONTRACTING PROJECT DEVELOPMENT DATED: 11/25/2022 |
| | | ENBW CONTRACTING GMBH SCHELMENWASENSTRABE 15 70567 STUTTGART |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE JOINT CONTRACTING PROJECT DEVELOPMENT DATED: 05/24/2022 |
| | | ENBW CONTRACTING GMBH SCHELMENWASENSTRABE 15 70567 STUTTGART |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF THE AGREEMENT ON THE JOINT CONTRACTING PROJECT DEVELOPMENT DATED: 11/25/2022 |
| | | ENBW CONTRACTING GMBH SCHELMENWASENSTRABE 15 70567 STUTTGART |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | ORDER CONFIRMATION DATED: 01/01/2024 |
| | | EOS GMBH ROBERT-STIRLING-RING 1 • D-82152 KRAILLING |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGES TO AGREEMENT DATED: 01/01/2024 | EOS GMBH ELECTRO OPTICAL SYSTEMS ROBERT-STIRLING-RING 1 82152 KRAILLING |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGES TO THE EXISTING MSA DATED: 01/01/2025 | EOS GMBH ELECTRO OPTICAL SYSTEMS ROBERT-STIRLING-RING 1 82152 KRAILLING |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT DATED: 01/14/2020 | ERNST & YOUNG GMBH WIRTSCHAFTSPRUFUNGSGESELLSCHAFT FLUGHAFENSTRARE 61 70629 STUTTGART POSTFACH 23 02 20 70622 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | CONNECTION USAGE AGREEMENT DATED: 01/13/2025 | FAIRNETZ GMBH HAUFFSTRAFIE 89 - 72762 REUTLINGEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX 1 TO THE CONNECTION USER AGREEMENT | FAIRNETZ GMBH 89, 72762 REUTLINGEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 12/31/2003 | FEDERAL REPUBLIC OF GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 10/17/2016 | FIAT CHRYSLER FINANCE EUROPE SOCIETE ANONYME, 24 BOULEVARD ROYAL, L-2449 LUXEMBOURG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH
Name

Case number (if known):   25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.216** **State what the contract or lease is for and the nature of the debtor's interest** — LOAN TRANSACTION CONFIRMATION DATED: 02/13/2019 | FIAT CHRYSLER FINANCE EUROPE SIEGE SOCIAL: 24 BOULEVARD ROYAL L-2449 LUXEMBOURG |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.217** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT FOR TREASURY SERVICES DATED: 08/04/2016 | FIAT CHRYSLER FINANCE S.P.A. VIA NIZZA 250 SEDE TORINO, 10126 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.218** **State what the contract or lease is for and the nature of the debtor's interest** — ACCEPTANCE SERVICES AGREEMENT DATED: 08/04/2016 | FIAT CHRYSLER FINANCE S.P.A. CASH MANAGEMENT AND BACK OFFICE VIA NIZZA, 250 TORINO, 10126 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.219** **State what the contract or lease is for and the nature of the debtor's interest** — ACCEPTANCE SERVICES AGREEMENT DATED: 08/04/2016 | FIAT CHRYSLER FINANCE S.P.A. CASH MANAGEMENT AND BACK OFFICE VIA NIZZA, 250 TORINO, 10126 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.220** **State what the contract or lease is for and the nature of the debtor's interest** — AGREEMENT FOR TREASURY SERVICES DATED: 08/04/2016 | FIAT CHRYSLER FINANCE S.P.A. VIA NIZZA 250 SEDE TORINO, 10126 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.221** **State what the contract or lease is for and the nature of the debtor's interest** — MANDATE AGREEMENT DATED: 02/28/2016 | FIAT CHRYSLER FINANCE S.P.A. VIA NIZZA 250 TURIN, ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.222** **State what the contract or lease is for and the nature of the debtor's interest** — MANDATE AGREEMENT DATED: 04/02/2016 | FIAT CHRYSLER FINANCE S.P.A. VIA NIZZA 250 SEDE TORINO, 10126 ITALY |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

Debtor  Marelli Germany GmbH

Name

Case number (if known):  25-11047

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 02/12/2015 | FIAT CHRYSLER FINANCE S.P.A. VIA NIZZA, 250 TORINO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 09/02/2010 | FIAT FINANCE AND TRADE LTD 13 RUE ALDRINGEN, L-1118 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 09/02/2009 | FIAT FINANCE AND TRADE LTD 13 RUE ALDRINGEN, L-1118 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 03/02/2010 | FIAT FINANCE AND TRADE LTD 13 RUE ALDRINGEN, L-1118 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 07/24/2008 | FIAT FINANCE AND TRADE LTD. SOCIETE ANONYME, 13 RUE ALDRINGEN, L-1118 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 12/02/2010 | FIAT FINANCE AND TRADE LTD. SOCIETE ANONYME, 13 RUE ALDRINGEN, L-L 118 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 12/18/2013 | FIAT FINANCE AND TRADE LTD. SOCIETE ANONYME, 24 BOULEVARD ROYAL, L-2449 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
_____    Case number (if known): 25-11047
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.230**

State what the contract or lease is for and the nature of the debtor's interest
LOAN AGREEMENT DATED: 05/21/2009

FIAT FINANCE AND TRADE LTD.
SOCIETE ANONYME, 13 RUE ALDRINGEN, L-1118 LUXEMBOURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.231**

State what the contract or lease is for and the nature of the debtor's interest
LOAN AGREEMENT DATED: 02/23/2009

FIAT FINANCE AND TRADE LTD.
SOCIETE ANONYME, 13 RUE ALDRINGEN, L-L 118 LUXEMBOURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.232**

State what the contract or lease is for and the nature of the debtor's interest
UNCOMMITTED FACILITY DATED: 11/17/2003

FIAT FINANCE AND TRADE LTD.
SOCIETE ANONYME, 13 RUE ALDRINGEN, L-111S LUXEMBOURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.233**

State what the contract or lease is for and the nature of the debtor's interest
LOAN AGREEMENT DATED: 11/28/2008

FIAT FINANCE AND TRADE LTD.
SOCIETE ANONYME, 13 RUE AIDLINGEN, L-1118 LUXEMBOURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.234**

State what the contract or lease is for and the nature of the debtor's interest
UNCOMMITTED FACULTY AGREEMENT DATED: 11/17/2003

FIAT FINANCE AND TRADE LTD.
SOCIETE ANONYMS, 13 RUE AJDRINGTN, L-111B LUXEMBOURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.235**

State what the contract or lease is for and the nature of the debtor's interest
CASH MANAGEMENT AGREEMENT DATED: 01/18/2006

FIAT FINANCE AND TRADE LTD.
13, RUE ALDRINGEN L — 1118 LUXEMBOURG ATTENTION: MR GIANCARLO GHIONE

State the term remaining — Undetermined

List the contract number of any government contract

**2.236**

State what the contract or lease is for and the nature of the debtor's interest
LOAN AGREEMENT DATED: 07/24/2008

FIAT FINANCE AND TRADE LTD.
SOCIETE ANONYME, 13 RUE ALDRINGEN, L-1118 LUXEMBOURG

State the term remaining — Undetermined

List the contract number of any government contract

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 08/28/2008 | FIAT FINANCE AND TRADE LTD. SOCIETE ANONYME, 13 RUE ALDRINGEN, L-1118 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 08/28/2008 | FIAT FINANCE AND TRADE LTD. SOCIETE ANONYME, 13 RUE ALDRINGEN, L-I118 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 12/18/2013 | FIAT FINANCE AND TRADE LTD. SOCIETE ANONYME, 24 BOULEVARD ROYAL, L-2449 LUXEMBOURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | CASH MANAGEMENT AGREEMENT DATED: 01/18/2006 | FIAT FINANCE AND TRADE LTD.. LUXEMBURG 13, RUE ALDRINGEN L - 1118 LUXEMBOURG ATTENTION: MR GIANCARLO GHIONE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | PROVISION OF FINANCIAL INTERMEDIATION SERVICES DATED: 03/27/2009 | FIAT FINANCE S.P.A VIA NIZZA 250 TORINO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 01/23/2009 | FIAT FINANCE S.P.A. VIA NIZZA 250 SEDE TORINO, I0126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | CURRENCY SWAP TRANSACTIONS DATED: 12/05/2008 | FIAT FINANCE S.P.A. BACK OFFICE VIA NIZZA, 250 TORINO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                                         Case number (if known):  25-11047
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 12/31/2015 | FIAT FINANCE S.P.A. VIA NIZZA 250 TORINO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 10/24/2014 | FIAT FINANCE S.P.A. SEDE: VIA NIZZA 250, 10126 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 01/24/2011 | FIAT FINANCE S.P.A. SEDE: VIA NIZZA 250,10126 TORINO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AGREEMENT DATED: 02/04/2010 | FIAT FINANCE S.P.A. VIA NIZZA 250 SEDA TORINO, 10I26 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | LETTER-DELIVERABLE FOREIGN EXCHANGE FORWARD TRANSACTIONS DATED: 05/12/2008 | FIAT FINANCE S.P.A. VIA NIZZA, 250 TORINO, 10126 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE PROVISION OF FINANCIAL INTERMEDIATION SERVICES DATED: 12/05/2008 | FIAT FINANCE SPA VIA NIIZA 250 SEDE F0F26TORINO TORINO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | TAX SERVICE AGREEMENT DATED: 05/19/2009 | FIAT GMBH NICOLAUS-OTTO-STRASSE 4 89079 ULM ATTN: MOLITOR ARNOLD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Germany GmbH
        Name                                                    Case number (if known):  25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX SERVICE AGREEMENT DATED: 03/03/2009 | FIAT GMBH NICOLAUS-OTTO-STRASSE 4 89079 ULM ATTN: MOLITOR ARNOLD |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | MANDATE AGREEMENT DATED: 12/30/2013 | FIAT S.P.A. VIA NIZZA 250 TORINO, 10126 ITALY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 06/01/2007 | FIAT SERVICES POLSKA SP. Z O.O. UL. WĘGLOWA 72 BIELSKO-BIAŁA, POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 06/01/2007 | FIAT SERVICES POLSKA SP. Z O.O. UL. WĘGLOWA 72 BIELSKO-BIAŁA, POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 12/14/2023 | FLEXOPUS GMBH SCHLOSSERSTR. 2 70180 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOLING USAGE AGREEMENT DATED: 01/01/2012 | FORD ESPANA S.L POLIGONO INDUSTRIAL S/N ALMUSSAFES, VALENCIA, 46440 SPAIN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER CHARGEBACK AGREEMENT DATED: 10/06/2006 | FORD MOTOR COMPANY 1 AMERICAN RD. DEARBORN, MI 48126 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Germany GmbH
Case number (if known):    25-11047

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON A WAIVER OF THE STATUTE OF LIMITATIONS DATED: 12/13/2017 | FORD MOTOR COMPANY<br>1 AMERICAN RD.<br>DEARBORN, MI 48126 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO AGREEMENT ON A WAIVER OF THE STATUTE OF LIMITATIONS DATED: 12/12/2018 | FORD MOTOR COMPANY<br>1 AMERICAN RD.<br>DEARBORN, MI 48126 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING USAGE AGREEMENT DATED: 01/01/2012 | FORD MOTOR COMPANY LIMITED<br>ROOM GA-A03 ARTERIAL ROAD<br>LAINDON, ESSEX, SS15 6EE<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | UMBRELLA AGREEMENT DATED: 11/13/2020 | FORD-WERKE GMBH<br>HENRY-FORD-STR. 1<br>KDLN, 50735<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT DATED: 11/13/2020 | FORD-WERKE GMBH<br>FORD LAND REAL ESTATE<br>NA/E-1167<br>HENRY-FORD-STR.L<br>FOR THE ATTENTION OF: JURGEN CARLEM<br>KOLN, 50735<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING USAGE AGREEMENT DATED: 01/01/2012 | FORD-WERKE GMBH<br>HENRY-FORD-STR. 1<br>KDLN, 50735<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FOSHAN NANHAI HUADA-TAKAGI MOLD CO<br>□□□□□□□□□□□□□□□<br>528234<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT DATED: 10/17/2017 | FURTWANGEN UNIVERSITY ROBERT-GERWIG-PLATZ 1 FURTWANGEN, 78120 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT DATED: 10/17/2017 | FURTWANGEN UNIVERSITY (HOCHSCHULE FURTWANGEN0 ROBERT-GERWIG-PLATZ 1 FURTWANGEN, 78120 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT ON HOURLY RATES FOR ALL SERVICES FROM 01.01.2024 DATED: 01/01/2024 | GABLER GABLER SOFTWARE HELMUT GABLER IM SCHNEEBERGER 10 71686 REMSECK AM NECKAR |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AND SERVICE CONTRACT AMENDMENT TO THE EXISTING 2018 SERVICE AGREEMENT DATED: 01/01/2024 | GABLER SOFTWARE SOLUTIONS IM SCHNEEBERGER 10, . 71686 REMSECK AM NECKAR |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVISION OF RESEARCH AND DEVELOPMENT SERVICES DATED: 03/19/2021 | GERMAN AEROSPACE CENTER (DLR) LINDER HÖHE COLOGNE, 51147 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT DATED: 12/12/2019 | GERMAN AEROSPACE CENTER (DLR), INSTITUTE OF VEHICLE CONCEPTS PFAFFENWALDRING 38-40 PROF. DR. HORST E. FRIEDRICH STUTTGART, 70569 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 01/01/2022 | GESTIN POLSKA SP. Z O.O BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Germany GmbH

Name

Case number (if known): 25-11047

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. NSR/22/2022 FOR THE STORAGE OF ACCOUNTING DOCUMENTS DATED: 01/01/2022 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 01/01/2022 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT NO. NSR/23/2022 ON STORING OF ACCOUNTING DOCUMENTS DATED: 01/01/2022 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT NO. NSR/24/2022 ON STORING OF ACCOUNTING DOCUMENTS DATED: 01/01/2022 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIALA, UL. GRAZYNSKIEGO 141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE OF ACCOUNTING DOCUMENTS DATED: 01/01/2022 | GESTIN POLSKA SP. Z O.O. GRAZYNSKIEGO 141 BIELSKO-BIAŁA, 43-300 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 04/05/2022 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AND TRUSTEE AGREEMENT DATED: 07/15/2020 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB ATTORNEYS-AT-LAW LAUFENSCHLAGERSTRARE 21 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH

Case number (if known):   25-11047

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AND TRUSTEE AGREEMENT DATED: 07/15/2020 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB ATTORNEYS-AT-LAW, TAX ADVISORS LAUFENSCHLAGERSTRARE 21 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 09/29/2022 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB RECHTSANWALTE, STEUERBERATER STUTTGART LOCAL COURT UNDER PR 136 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | MANDATE AND TRUSTEE AGREEMENT DATED: 07/15/2020 | GLEISS LUTZ HOOTZ HIRSCH PARTMBB RECHTSANWÄLTE, STEUERBERATER REGISTERED AT STUTTGART DISTRICT COURT UNDER PR 136 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF ENGAGEMENT TO PROVIDE LEGAL ADVICE DATED: 12/06/2012 | GLEISS LUTZ HOOTZ HIRSCH PARTNERSCHAFTSGESELLSCHAFT VON RECHTSANWALTEN LAUTENSCHLAGERSTRAßE 21 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER FOR VOLUME DISCOUNT DATED: 09/16/2013 | GLEISS LUTZ HOOTZ HIRSCH PARTNERSCHAFTSGESELLSCHAFT VON RECHTSANWALTEN, STEUERBERATERN LAUTENSCHLAGERSTRAßE 21 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | FEE AGREEMENT DATED: 12/06/2012 | GLEISS LUTZ HOOTZ HIRSCH PARTNERSCHAFTSGESELLSCHAFT VON RECHTSANWÄLTEN, STEUERBERATERN MAYBACHSTRAßE 6 STUTTGART, 70469 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE LEASE AGREEMENT DATED: 03/14/2022 | GP GUNTER PAPENBURG AG ANDERTER STR. 99 C HANNOVER, 30559 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/14/2014 | GP GUNTER PAPENBURG AG ANDERTER STR. 99 C HANNOVER, 30559 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.287** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE LEASE AGREEMENT DATED: 03/14/2022 | GP GUNTER PAPENBURG AG ANDERTER STR. 99 C HANNOVER, 30559 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.288** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/14/2014 | GP GUNTER PAPENBURG AG ANDERTER STR. 99 C HANNOVER, 30559 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.289** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION - LEASE AGREEMENT DATED: 09/14/2021 | GRINBOLD-JODAG GMBH ATTN: MANAGEMENT AMERDINGER STR. 16 89561 DISCHINGEN-EGLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.290** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 10/01/2016 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 89561 DISCHINGEN-EGLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.291** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE RENTAL AGREEMENT DATED: 08/30/2018 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 - 89561 DISCHINGEN-EGLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.292** State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 01/26/2010 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 89561 EGLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
          Name

Case number (if known):    25-11047

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.293** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE RENTAL AGREEMENT DATED: 08/30/2018 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 - 89561 DISCHINGEN-EGLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.294** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 08/01/2013 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 89561 EGLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.295** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 06/14/2016 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 89561 DISCHINGEN-EGLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.296** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 05/10/2011 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 89561 EGLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.297** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL EXTENSION DATED: 04/18/2016 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 89561 DISCHINGEN-EGLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.298** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE RENTAL AGREEMENT DATED: 08/15/2018 | GRINBOLD-JODAG GMBH AMERDINGER STR. 16 - 89561 DISCHINGEN-EGLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.299** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GU'AN YEOLIGHT TECHNOLOGY CO., LTD LATERIAL INDUSTRIAL PARK, GU'AN COUNTY, LANGFANG CITY, HEBEI PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | GUANGDONG HONGRU TECONOLOGY CO.LTD. NO:1 ZHENYUAN RD WUSHA CHANG'AN TOWN DONGGUAN CITY, CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPLIANCE ACKNOWLEDGMENT LETTER DATED: 12/25/2024 | GUANGZHOU CHUNGHE EQUIPMENT CO., LTD. NO. 6 MIXI ZHANG ROAD PRIVATE INDUSTRIAL PARK XINGTANG TOWN GUANGZHOU, ZENGCHENG DISTRICT, 511300 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE FOR COMMERCIAL SPACES DATED: 11/01/2007 | HAUS- UND GRUNDSTUCKSVERWALTUNG FRITZ BENDER GMBH HEINIK, THOMAS HECKEL SCHLEIBHEIMER STR. 371 80935 MUNICH |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT DATED: 03/17/2020 | HAVEL & PARTNERS S.R.O. MUNICIPAL COURT IN PRAGUE, FILE NO. C 114599 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT DATED: 03/17/2020 | HAVEL & PARTNERS S.R.O. MUNICIPAL COURT IN PRAGUE, FILE NO. C 114599 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT FOR THE AWARDING OF WORK SERVICES DATED: 04/09/2018 | HAYS TECHNOLOGY SOLUTIONS GMBH WILLY-BRANDT-PLATZ 1-3 MANNHEIM, 68161 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPLETION DOCUMENT DATED: 12/21/2017 | HAYS TECHNOLOGY SOLUTIONS GMBH WILLY-BRANDT-PLATZ 1-3 MANNHEIM, 68161 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH

Case number (if known): 25-11047

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | PLI CONTROL UNIT TERMS AND CONDITIONS | HELLA GMBH & CO. KGAA, RIXBECKER STR.  75, 59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | HELLA GMBH & CO. KGAA, RIXBECKER STRABE 75, 59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DETAILING TERMS AND CONDITIONS FOLLOWING ECUS DATED: 06/07/2021 | HELLA GMBH & CO. KGAA RIXBECKER STRASSE 75 59552 LIPPSTADT, GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | PLI CONTROL UNIT FOR SERIES TERMS AND CONDITIONS | HELLA GMBH & CO. KGAA RIXBECKER STR.  75, 59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT: 01/01/2023 | HELLA GMBH & CO. KGAA RIXBECKER STRAße 75, 59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 01/01/2023 | HELLA GMBH & CO. KGAA RIXBECKER STRABE 75, 59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 01/01/2023 | HELLA GMBH & CO. KGAA RIXBECKER STRABE 75, 59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
          Name                                                      Case number (if known):   25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.314** | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF COOPERATION AND DEVELOPMENT CONTRACT DATED: 12/23/2004 | HELLA HUECK KG & CO RIXBECKER STRABE 75 59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.315** | State what the contract or lease is for and the nature of the debtor's interest | BETWEEN THE COMPANIES | HELLA KGAA HUECK & CO. RIXBECKER STRABE 75   59552 LIPPSTADT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.316** | State what the contract or lease is for and the nature of the debtor's interest | TEMPORARY LEASE AGREEMENT DATED: 06/15/2020 | HENNEKA VERWALTUNGS GBR SCHULSTRASSE 2 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.317** | State what the contract or lease is for and the nature of the debtor's interest | TEMPORARY LEASE AGREEMENT DATED: 05/18/2020 | HENNEKA VERWALTUNGS GBR SCHULSTRABE 2 FLORIAN HENNEKA STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.318** | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF FILE TAKEOVER AND TERMINATION OF REPRESENTATION – PATENT MATTERS DATED: 12/31/2022 | HERRMANN PATENT ATTORNEYS KÖNIGSTRAßE 30 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.319** | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF FILE TAKEOVER AND TERMINATION OF REPRESENTATION – PATENT MATTERS DATED: 12/31/2022 | HERRMANN PATENT ATTORNEYS KÖNIGSTRAßE 30 STUTTGART, 70173 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.320** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 04/30/2022 | HEWLETT-PACKARD INTERNATIONAL BANK DAC BUILDING 1, LIFFEY BUSINESS CAMPUS BARNHALL ROAD LEIXLIP, CO. KILDARE, W23 Y972 IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.321** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 04/30/2022 |
| | HEWLETT-PACKARD INTERNATIONAL BANK DAC BUILDING 1 LIFFEY BUSINESS CAMPUS BARNHALL ROAD LEIXLIP, CO. KILDARE, W23 Y972 IRELAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.322** State what the contract or lease is for and the nature of the debtor's interest | LEASINGVERTRAG DATED: 08/25/2024 |
| | HEWLETT-PACKARD INTERNATIONAL BANK DAC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.323** State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT DATED: 08/25/2011 |
| | HEWLETT-PACKARD INTERNATIONAL BANK DAC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.324** State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT DATED: 03/18/2014 |
| | HEWLETT-PACKARD INTERNATIONAL BANK DAC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.325** State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT: 01/03/2020 |
| | HEWLETT-PACKARD INTERNATIONAL BANK DAC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.326** State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT: 06/24/2021 |
| | HEWLETT-PACKARD INTERNATIONAL BANK DAC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.327** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 12/31/2021 |
| | HEWLETT-PACKARD INTERNATIONAL BANK DAC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT DATED: 03/18/2014 | HEWLETT-PACKARD INTERNATIONAL BANK DAC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT: 01/28/2020 | HEWLETT-PACKARD INTERNATIONAL BANK DAC (HPIB) LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT – HPIB AND AUTOMOTIVE LIGHTING REUTLINGEN GMBH DATED: 07/28/2011 | HEWLETT-PACKARD INTERNATIONAL BANK PLC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT DATED: 01/31/2018 | HEWLETT-PACKARD INTERNATIONAL BANK PLC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | CONFIRMATION OF TAKEOVER DATED: 10/01/2018 | HEWLETT-PACKARD INTERNATIONAL BANK PLC LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT DATED: 02/06/2018 | HEWLETT-PACKARD INTERNATIONAL BANK PLC (HPIB) LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT DATED: 03/28/2018 | HEWLETT-PACKARD INTERNATIONAL BANK PLC (HPIB) LIFFEY PARK BARNHALL ROAD LEIXLIP, CO. KILDARE, IRELAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                                    Case number (if known): 25-11047
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 01/31/2022 |  HEWLETT-PAICKARD INTERNATIONAL BANK DAC BUILDING 1, LIFFEY BUSINESS CAMPUS BARNHALL ROAD LEIXLIP, CO. KILDARE, W23 Y972 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.336** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT SCHEDULE DATED: 04/30/2022 | HEWLETT-PAICKARD INTERNATIONAL BANK DAC BUILDING 1, LIFFEY BUSINESS CAMPUS BARNHALL ROAD LEIXLIP, CO. KILDARE, W23 Y972 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.337** State what the contract or lease is for and the nature of the debtor's interest | LEASE CONTRACT DATED: 08/25/2011 | HP DEUTSCHLAND GMBH SCHICKARDSTR. 32 BOBLINGEN, 71034 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.338** State what the contract or lease is for and the nature of the debtor's interest | LEASINGVERTRAG DATED: 08/25/2024 | HP DEUTSCHLAND GMBH SCHICKARDSTR. 32 BDBLINGEN, 71034 GERMANY |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.339** State what the contract or lease is for and the nature of the debtor's interest | JOINT VENTURE AGREEMENT DATED: 09/04/2013 | HUBEI HU AZHONG PHOTOELECTRIC SCIENCE AND TECHNOLOGY LTD. 199 CHANGZHENG ROAD XIAOGAN, HUBEI PROVINCE, CHINA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.340** State what the contract or lease is for and the nature of the debtor's interest | JOINT VENTURE AGREEMENT DATED: 09/04/2013 | HUBEI HU AZHONG PHOTOELECTRIC SCIENCE AND TECHNOLOGY LTD. 199 CHANGZHENG ROAD XIAOGAN, HUBEI PROVINCE, CHINA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.341** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 09/04/2013 | HUBEI HUAZHONG MAGNETI MARELLI AUTOMOTIVE LIGHTING CO., LTD. ATTN: GENERAL MANAGER AND DEPUTY GENERAL THE LAND PARCEL FROM NORTHERN HANGKONG ROAD AND EASTERN HUANCHUAN ROAD, XIAOGAN, HUBEI PROVINCE, THE OFFICE OF JVCO. |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli Germany GmbH

Name

Case number (if known):  25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARKS AND TRADE NAME LICENSE AGREEMENT DATED: 09/26/2013 | HUBEI HUAZHONG MAGNETI MARELLI AUTOMOTIVE LIGHTING CO., LTD. THE LAND PARCEL COMPRISED BETWEEN NORTHERN HANGTIAN ROAD AND EASTERN HUANCHUAN ROAD (TEMPORARILY) XIAOGAN, HUBEI PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | JOINT VENTURE CONTRACTS DATED: 09/04/2013 | HUBEI HUAZHONG OPTOELECTRONICS TECHNOLOGY CO., LTD. SUBSIDIARY OF CHINA SOUTHERN INDUSTRIES GROUP CORPORATION NO. 199, CHANGZHENG ROAD XIAOGAN, HUBEI PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | TRADEMARKS AND TRADE NAME LICENSE AGREEMENT DATED: 09/26/2013 | HUBEI HUAZHONG PHOTOELECTRIC SCIENCE AND TECHNOLOGY LTD. 199 CHANGZHENG ROAD XIAOGAN, HUBEI PROVINCE, CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 08/15/2020 | I.D.E. INDUSTRY ENGINEERING MARKWIESENSTR. 28 REUTLINGEN, BADEN-WURTTEMBERG, 72770 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | GROUP WORKS AGREEMENT ON PROCESS OPTIMISATION DATED: 04/13/2021 | IG METALL DISTRICT BADEN-WURTTEMBERG STUTTGARTER  STR. 23, 70469 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO ESTABLISH THE CAPACITY AS MANUFACTURER DATED: 06/15/2000 | ILUMINACION AUTOMOTRIZ S.A. DE C.V. 6965 PARQUE INDUSTRIAL OMEGA MX-CIUDAD JUAREZ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE MAINTENANCE CONTRACT DATED: 07/31/2023 | IMAGIC BILDVERARBEITUNG AG EUROPA-STRASSE 27 GLATTBRUGG, 8152 SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
_____
          Name

Case number (if known):   25-11047
_____

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE MAINTENANCE CONTRACT DATED: 01/01/2024 | IMAGIC BILDVERARBEITUNG AG EUROPA-STRASSE 27 GLATTBRUGG, 8152 SWITZERLAND |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT DATED: 07/31/2023 | IMAGIC BILDVERARBEITUNG AG EUROPA-STRASSE 27 GLATTBRUGG, 8152 SWITZERLAND |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED: 01/01/2021 | INTERFACE PROJECTS GMBH ZWINGLISTRABE 11/13 01277 DRESDEN |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 10/01/2019 | INTERFACE PROJECTS GMBH ZWINGLISTRABE 11/13 DRESDEN, 01277 GERMANY |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 01/01/2017 | INTERFACE PROJECTS GMBH ZWINGLISTRABE 11/13 DRESDEN, 01277 GERMANY |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SETTLEMENT OF CLAIMS: 8/13/2024 | JAGUAR LAND ROVER LIMITED ABBEY ROAD WHITLEY COVENTRY, CV3, 4LF UNITED KINGDOM |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION PURCHASING MULTI-YEAR PRICING AGREEMENT DATED: 12/01/2017 | JAGUAR LAND ROVER LIMITED ABBEY ROAD, WHITLEY, COVENTRY, CV3 4LF |
|  | **State the term remaining** | Undetermined | |
|  | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL FLEET CONTRACT DATED: 03/01/2023 | JUNGHEINRICH FINANCIAL SERVICES AG & CO. KG FRIEDRICH-EBERT-DAMM 129, 22047 HAMBURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL EQUIPMENT PURCHASE TERMS | JUNGHEINRICH LJU TRUCK ISEN ALVES DE ALMELDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL EQUIPMENT PURCHASE TERMS | JUNGHEINRICH LJU TRUCK ISEN ALVES DE ALMELDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 02/02/2023 | KNOWLEDGE FOUNDATION ALTEBURGSTRAßE 150 REUTLINGEN, 72762 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 02/02/2023 | KNOWLEDGE FOUNDATION @ REUTLINGEN UNIVERSITY ALTEBURGSTRABE 150 72762 REUTLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT FOR LEGAL SERVICES DATED: 04/20/2020 | KOLCUOĞLU DEMIRKAN KOÇAKLI SAĞLAM FIKIR SOK. KELEBEK ÇIKMAZI NO. 5, 34394, ESENTEPE, ISTANBUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING AGREEMENT DATED: 04/04/2023 | KPIT TECHNOLOGIES LIMITED TÜBINGER STR. 123 REUTLINGEN, BADEN-WÜRTTEMBERG, 72762 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
Name                                                    Case number (if known):    25-11047

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.363** State what the contract or lease is for and the nature of the debtor's interest: SOFTWARE LICENSING AGREEMENT DATED: 04/04/2023 | KPIT TECHNOLOGIES, LIMITED PLOT NO 35 & 36, RAJIV GANDHI INFOTECH PARK, HINJAWADI, PUNE- |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.364** State what the contract or lease is for and the nature of the debtor's interest: MARELLI- LIFE-CYCLE ASSESSMENT PROOF OF CONCEPT DATED: 08/24/2021 | KPMG LLP 15 CANADA SQUARE LONDON, E14 5GL UNITED KINGDOM |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.365** State what the contract or lease is for and the nature of the debtor's interest: GENERAL TERMS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 03/11/2021 | L&T TECHNOLOGY SERVICES LIMITED L&T KNOWLEDGE CITY (IT/ITES) SEZ N.H.- 08 AJWA WAGHODIA CROSSING VADODARA, GUJARAT, 390019 INDIA |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.366** State what the contract or lease is for and the nature of the debtor's interest: AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 03/01/2017 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.367** State what the contract or lease is for and the nature of the debtor's interest: AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 03/01/2014 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.368** State what the contract or lease is for and the nature of the debtor's interest: AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 10/01/2016 | LAMP GERMANY 23# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |
| **2.369** State what the contract or lease is for and the nature of the debtor's interest: AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2019 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| State the term remaining: Undetermined | |
| List the contract number of any government contract | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
| --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 02/01/2011 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 06/01/2013 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 12/01/2013 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 12/01/2014 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 06/01/2013 | LAMP GERMANY 123#TUEBINGER STRASSE, 72762 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 03/31/2020 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2016 | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377** **State what the contract or lease is for and the nature of the debtor's interest** — AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 10/01/2013 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| **2.378** **State what the contract or lease is for and the nature of the debtor's interest** — AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 03/01/2017 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | LAMP GERMANY 123# TUEBINGER STRASSE REUTLINGEN, 72762 GERMANY |
| **2.379** **State what the contract or lease is for and the nature of the debtor's interest** — AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2017 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | LAMP GERMANY 23#TUEBINGER STRASSE THE GERMAN COMPANY OF REUTLINGEN REUTLINGEN, 72762 GERMANY |
| **2.380** **State what the contract or lease is for and the nature of the debtor's interest** — SOFTWARE LICENSE AGREEMENT DATED: 10/15/2018 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | LDRA LIMITED PORTSIDE MONKS FERRY WIRRAL, CH41 5LH UNITED KINGDOM |
| **2.381** **State what the contract or lease is for and the nature of the debtor's interest** — FRAMEWORK CONTRACT FOR WORK AND SERVICES <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | LEADEC FM BV & CO. KG BIRNENWEG 15   72776 REUTLINGEN |
| **2.382** **State what the contract or lease is for and the nature of the debtor's interest** — FRAMEWORK CONTRACT FOR WORK AND SERVICES CONTRACT NUMBER 0614/2022 DATED: 07/01/2022 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | LEADEC FM BV & CO. KG BIRNENWEG 15 72776 REUTLINGEN |
| **2.383** **State what the contract or lease is for and the nature of the debtor's interest** — FRAMEWORK AGREEMENT ON THE AMENDMENT TO THE GERMAN GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 11/17/2021 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | LEADEC MANAGEMENT CENTRAL EUROPE BV & CO.KG MEITNERSTRABE 11 STUTTGART, 70563 GERMANY |

Debtor   Marelli Germany GmbH
Name

Case number (if known): 25-11047

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.384** | **State what the contract or lease is for and the nature of the debtor's interest** | RESPONSIBILITIES FOR THE SCOPE OF AWARDING E.G. HEADLIGHTS AND CONTROL UNITS DATED: 07/19/2016 | LEAR CORPORATION GMBH INDUSTRIESTRABE 48   D-96317 KRONACH |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.385** | **State what the contract or lease is for and the nature of the debtor's interest** | SHARE SALE AND PURCHASE AGREEMENT DATED: 06/14/2006 | LIMITED LIABILITY COMPANY AUTOMOTIVE LIGHTING PROEZD SHABULINA 2A RYAZAN, RUSSIA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.386** | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT DATED: 12/31/2003 | LIMITED LIABILITY COMPANY BOSCH RYAZAN RYAZAN, SHABULIN AVE., 2A. CURRENT® |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.387** | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT CONFIRMATION DATED: 11/16/2022 | LINDEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.388** | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT DATED: 07/01/2013 | LITE-ON AUTOMOTIVE CORP. 392, RUEY HUANG ROAD 3F NEIHU, TAIPEI, 114 TAIWAN, ROC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.389** | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT DEVELOPMENT AGREEMENT DATED: 01/30/2019 | LUMILEDS GERMANY GMBH PHILIPSSTRASSE 8 52068 AACHEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.390** | **State what the contract or lease is for and the nature of the debtor's interest** | JOINT DEVELOPMENT AGREEMENT DATED: 01/21/2019 | LUMILEDS GERMANY GMBH PHILIPSSTRASSE 8 52068 AACHEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH

Name

Case number (if known):   25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.391** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROCUREMENT AGREEMENT DATED: 12/17/2018 | LUMILEDS GERMANY GMBH PHILIPSSTRASSE 8 AACHEN, GERMANY |

| **2.391** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROCUREMENT AGREEMENT DATED: 12/17/2018 | LUMILEDS GERMANY GMBH PHILIPSSTRASSE 8 AACHEN, GERMANY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.392** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROCUREMENT AGREEMENT | LUMILEDS GERMANY GMBH PHILIPSSTRASSE 8 AACHEN, GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.393** | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF PARTIAL TRANSFER OF IP OWNERSHIP DATED: 08/01/2020 | LUMILEDS HOLDING B.V AMSTERDAM, THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.394** | **State what the contract or lease is for and the nature of the debtor's interest** | CO-OWNERSHIP AGREEMENT DATED: 08/01/2020 | LUMILEDS HOLDING B.V. AMSTERDAM, THE NETHERLANDS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.395** | **State what the contract or lease is for and the nature of the debtor's interest** | BUYBACK AGREEMENT DATED: 01/01/2004 | MAGNA STEYR FAHRZEUGTECHNIK AG & CO KG LIEBENAUER HAUPTSTRABE 317 A-8041 GRAZ |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.396** | **State what the contract or lease is for and the nature of the debtor's interest** | BASIC PURCHASE AGREEMENT DATED: 03/17/2008 | MAGYAR SUZUKI CORPORATION SCHWEIDEL JOZSEF U. 52/A ESZTERGOM, HUNGARY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.397** | **State what the contract or lease is for and the nature of the debtor's interest** | BASIC PURCHASE AGREEMENT DATED: 03/17/2008 | MAGYAR SUZUKI CORPORATION SCHWEIDEL JDZSEF U. 52/A ESZTERGOM, HUNGARY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Germany GmbH
Name    Case number (if known): 25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.398** State what the contract or lease is for and the nature of the debtor's interest — INTER-COMPANY AGREEMENT DATED: 09/01/2015 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MALAYSIAN AUTOMOTIVE LIGHTING SDN. BHD <br> PMT 723 <br> PERSIARAN CASSIA SELATAN 1 <br> TAMAN PERINDUSTRIAN BATU KAWAN <br> SIMPAG AMPAT, <br> MALAYSIA |
| **2.399** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 01/01/2012 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MALAYSIAN GERMAN AUTOMOTIVE EQUIPMENT SDN. BHD. |
| **2.400** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 01/01/2009 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MALAYSIAN GERMAN AUTOMOTIVE EQUIPMENT SDN. BHD. |
| **2.401** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT (BUSINESS SUPPORT) DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI (INDIA) PRIVATE LIMITED <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.402** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT (BUSINESS SUPPORT) DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI (INDIA) PRIVATE LIMITED <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.403** State what the contract or lease is for and the nature of the debtor's interest — TECHNICAL SERVICES AGREEMENT DATED: 01/01/2024 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI (INDIA) PRIVATE LIMITED <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.404** State what the contract or lease is for and the nature of the debtor's interest — TECHNICAL SERVICES AGREEMENT DATED: 07/01/2022 <br> State the term remaining — Undetermined <br> List the contract number of any government contract | MARELLI (INDIA) PRIVATE LIMITED <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |

Debtor    Marelli Germany GmbH                                        Case number (if known):    25-11047
              Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.405** **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT TRD- BENGALURU DATED: 07/01/2022 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |

| | | |
|---|---|---|
| **2.405** | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT TRD- BENGALURU DATED: 07/01/2022 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.406** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED: 07/01/2022 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.407** | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES MASTER AGREEMENT DATED: 01/01/2025 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.408** | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT TRD- BENGALURU DATED: 01/01/2024 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.409** | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT DATED: 01/01/2024 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.410** | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES AGREEMENT TRD- GURUGRAM DATED: 01/01/2024 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.411** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Name and mailing address (right column):

- 2.405 – 2.410: MARELLI (INDIA) PRIVATE LIMITED, 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033
- 2.411: MARELLI (THAILAND) CO., LTD, 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

Debtor   Marelli Germany GmbH
         Name

Case number (if known):   25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | DEBT TRANSFER AGREEMENT DATED: 03/12/2024 | MARELLI AFTERMARKET ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 09/17/2022 | MARELLI AFTERMARKET ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 01/01/2021 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 05/01/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 06/22/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 06/24/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
_____
Name

Case number (if known): 25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 12/01/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 06/01/2021 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 12/01/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 01/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 07/01/2021 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH

Name

Case number (if known):   25-11047

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.426** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 10/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.427** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 08/01/2023 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.428** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 08/01/2023 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.429** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 08/01/2023 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.430** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.431** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES DATED: 08/01/2023 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| **2.432** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Germany GmbH

Case number (if known):    25-11047

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES DATED: 11/01/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 10/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 07/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 09/15/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 05/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH                                    Case number (if known):  25-11047
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 06/24/2020 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 09/15/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 01/01/2021 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 01/01/2022 | MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SERVICES CONTRACT: July 1, 2020 | MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | HONDA T6AR AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
_____    Case number (if known):  25-11047
          Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 08/01/2023 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 01/01/2021 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 03/01/2021 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 03/01/2021 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 03/01/2021 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | HUMAN HORIZONS VC1 HL AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
Name
Case number (if known):    25-11047

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE LAMP DEVELOPMENT TECHNICAL SERVICES CONTRACT DATED: 11/01/2022 | MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING FRANCE 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest | RESOLUTION OF THE SUPERVISORY BOARD DATED: 09/06/2023 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH

Case number (if known):    25-11047

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.461** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.462** State what the contract or lease is for and the nature of the debtor's interest | RESOLUTION OF THE SUPERVISORY BOARD DATED: 03/27/2023 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.463** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 01/01/2020 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.464** State what the contract or lease is for and the nature of the debtor's interest | MINUTES OF THE SHAREHOLDERS' MEETING DATED: 11/13/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.465** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.466** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.467** State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
_____
          Name

Case number (if known):   25-11047
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT: JUNE 25, 2020 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 06/25/2020 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.475** **State what the contract or lease is for and the nature of the debtor's interest** — DEBT TRANSFER AGREEMENT DATED: 03/12/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.476** **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 04/27/2021 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.477** **State what the contract or lease is for and the nature of the debtor's interest** — LOAN AGREEMENT DATED: 06/25/2020 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.478** **State what the contract or lease is for and the nature of the debtor's interest** — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.479** **State what the contract or lease is for and the nature of the debtor's interest** — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.480** **State what the contract or lease is for and the nature of the debtor's interest** — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.481** **State what the contract or lease is for and the nature of the debtor's interest** — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.482** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO INTERCOMPANY LOAN AGREEMENT DATED: 12/05/2022 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.483** **State what the contract or lease is for and the nature of the debtor's interest** NOTIFICATION OF SHARE PLEDGE AGREEMENT DATED: 11/02/2020 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.484** **State what the contract or lease is for and the nature of the debtor's interest** MINUTES OF THE SHAREHOLDERS' MEETING DATED: 09/06/2023 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.485** **State what the contract or lease is for and the nature of the debtor's interest** APPOINTMENT OF PROCESS AGENT DATED: 12/02/2020 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.486** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO INTERCOMPANY LOAN AGREEMENT DATED: 12/05/2022 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.487** **State what the contract or lease is for and the nature of the debtor's interest** MINUTES OF THE SHAREHOLDERS' MEETING – MARELLI AUTOMOTIVE LIGHTING REUTLINGEN (GERMANY) GMBH DATED: 12/01/2022 | MARELLI CORPORATION 2-1917 NISSHIN-CHO SAITAMA-SHI, SAITAMA, JAPAN |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.488** **State what the contract or lease is for and the nature of the debtor's interest** R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |

Debtor   Marelli Germany GmbH

Name

Case number (if known):   25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ENGINEERING YANGON CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | MINUTES OF THE SHAREHOLDERS' MEETING DATED: 06/30/2024 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 07/03/2020 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | RESOLUTION OF THE SUPERVISORY BOARD DATED: 09/20/2024 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUITY CONTRIBUTION LETTER DATED: 12/13/2021 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | RESOLUTION OF THE SUPERVISORY BOARD DATED: 03/27/2023 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | RESOLUTION OF THE SUPERVISORY BOARD DATED: 04/27/2023 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF EQUITY CONTRIBUTION DATED: 06/13/2025 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 05/13/2020 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 07/03/2020 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH

Name

Case number (if known):   25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.503** **State what the contract or lease is for and the nature of the debtor's interest** — EXTENSION OF THE DECLARATION OF WAIVER OF STATUTE OF LIMITATIONS ("THIRD EXTENSION") DATED: 09/21/2021 <br><br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.504** **State what the contract or lease is for and the nature of the debtor's interest** — LOAN AGREEMENT (REVOLVING LOAN FACILITY FOR WORKING CAPITAL) DATED: 07/03/2020 <br><br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.505** **State what the contract or lease is for and the nature of the debtor's interest** — MARELLI GROUP APPROVAL REQUEST FORM DATED: 12/05/2020 <br><br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.506** **State what the contract or lease is for and the nature of the debtor's interest** — LOAN AGREEMENT DATED: 05/13/2020 <br><br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.507** **State what the contract or lease is for and the nature of the debtor's interest** — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.508** **State what the contract or lease is for and the nature of the debtor's interest** — EXTENSION OF THE DECLARATION OF WAIVER OF STATUTE OF LIMITATIONS ("SECOND EXTENSION") DATED: 01/20/2021 <br><br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| **2.509** **State what the contract or lease is for and the nature of the debtor's interest** — RESOLUTION OF THE SUPERVISORY BOARD DATED: 07/08/2022 <br><br> **State the term remaining** Undetermined <br> **List the contract number of any government contract** | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |

Debtor   Marelli Germany GmbH
_____
Name

Case number (if known): 25-11047

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMITMENT OF THE POTENTIAL SUPPLIER LETTER DATED: 12/12/2024 | MARELLI EUROPE S.P.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI FRANCE<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | PARENT GUARANTEE AGREEMENT DATED: 06/12/2021 | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023 | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 11/13/2024 | MARELLI HOLDINGS CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Germany GmbH
Name
Case number (if known):    25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.517** State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/04/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |

| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/04/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 05/04/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 10/02/2024 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | SHAREHOLDERS' RESOLUTION DATED: 12/22/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | SHAREHOLDERS' RESOLUTION DATED: 12/15/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | SHAREHOLDERS' RESOLUTION DATED: 12/21/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH    Case number (if known):    25-11047

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | SHAREHOLDERS' RESOLUTION DATED: 08/27/2024 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH

Case number (if known):    25-11047

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MOROCCO LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 04/19/2023 | MARELLI MOTHERSON AUTO SUSPENSION PARTS PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 04/19/2023 | MARELLI MOTHERSON AUTO SUSPENSION PARTS PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO LICENSE AGREEMENT DATED: 09/29/2020 | MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO LICENSE AGREEMENT DATED 5TH OCTOBER 2019 DATED: 09/29/2020 | MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO LICENSE AGREEMENT DATED: 07/28/2021 | MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | 2ND ADDENDUM TO LICENSE AGREEMENT DATED: 10/10/2022 | MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
_____
Name

Case number (if known):   25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI NORTH AMERICA, INC. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI PLOIESTI ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | DEBT FORGIVENESS AGREEMENT DATED: 03/12/2024 | MARELLI RUS LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | DEBT FORGIVENESS AGREEMENT DATED: 03/12/2024 | MARELLI RUS LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | ACT OF RECONCILIATION OF MUTUAL SETTLEMENTS DATED: 03/13/2024 | MARELLI RUS LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.544 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 28 OF 31.10.20 TO THE FRAMEWORK DATED: 03/18/2021 | MARELLI RUS LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
         Name

Case number (if known):  25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TERMINATION OF THE AGREEMENT ON LICENSING AND TECHNICAL ASSISTANCE DATED: 03/12/2024 | MARELLI RUS LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | DEBT TRANSFER AGREEMENT DATED: 03/12/2024 | MARELLI RUS LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON SET-OFF OF SIMILAR COUNTER CLAIMS DATED: 03/12/2024 | MARELLI RUS LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SOSNOWIEC POLAND SP. Z. O.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO ESTABLISH THE CAPACITY AS MANUFACTURER DATED: 11/29/2020 | MARELLI SOSNOWIEC POLAND SP. Z. O.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SOSNOWIEC POLAND SP. Z. O.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
Name

Case number (if known):  25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.552** State what the contract or lease is for and the nature of the debtor's interest<br><br>AGREEMENT TO ESTABLISH THE CAPACITY AS MANUFACTURER DATED: 11/29/2020 | MARELLI SOSNOWIEC POLAND SP. Z. O.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.553** State what the contract or lease is for and the nature of the debtor's interest<br><br>R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SUSPENSION SYSTEMS ITALY S.P.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.554** State what the contract or lease is for and the nature of the debtor's interest<br><br>DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI TENNESSEE USA LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.555** State what the contract or lease is for and the nature of the debtor's interest<br><br>LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 04/27/2021 | MARELLI TENNESSEE USA LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.556** State what the contract or lease is for and the nature of the debtor's interest<br><br>SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TENNESSEE USA LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.557** State what the contract or lease is for and the nature of the debtor's interest<br><br>R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TENNESSEE USA LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |
| **2.558** State what the contract or lease is for and the nature of the debtor's interest<br><br>SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| State the term remaining    Undetermined<br>List the contract number of any government contract | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF ASSIGNMENT DATED: 11/01/2021 | MARELLI UM ELECTRONIC SYSTEMS PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 06/01/2021 | MARELLI UM ELECTRONIC SYSTEMS PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | INDIVIDUAL DRAWDOWN REQUEST FOR LOAN AGREEMENT DATED: 06/07/2020 | MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT (REVOLVING LOAN FACILITY FOR WORKING CAPITAL) DATED: 07/03/2020 | MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | APPROVAL FOR THE PURCHASE OF SURPLUS AND SURPLUS PARTS DATED: 01/09/2023 | MB GTC GMBH MÖRIKESTRAßE 60-64 MERCEDES-BENZ GEBRAUCHTTEILE CENTER NEUHAUSEN A.D.F., 73765 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH

Case number (if known): 25-11047

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.566** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | MERCEDES BENZ AG MERCEDESSTRABE 120 STUTTGART, 70372 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.567** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | MERCEDES BENZ AG MERCEDESSTRABE 120 STUTTGART, 70372 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.568** State what the contract or lease is for and the nature of the debtor's interest | APPROVAL FOR RELEASE OF TECHNICAL INFORMATION DATED: 01/27/2021 | MERCEDES-AMG GMBH MERCEDESSTRAßE 137, 70327 STUTTGART. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.569** State what the contract or lease is for and the nature of the debtor's interest | APPROVAL FOR RELEASE OF TECHNICAL INFORMATION DATED: 02/12/2021 | MERCEDES-AMG GMBH |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.570** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE APPLICATION OF THE RESPONSIBLE SOURCING STANDARDS DATED: 04/17/2023 | MERCEDES-BENZ AG MERCEDESSTRABE 120 STUTTGART, 70372 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.571** State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT CONTRACT NON-EXCLUSIVE DATED: 03/03/2020 | MERCEDES-BENZ AG MERCEDESSTR. 120 70372 STUTTGART |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.572** State what the contract or lease is for and the nature of the debtor's interest | APPROVAL FOR RELEASE OF TECHNICAL INFORMATION DATED: 01/27/2021 | MERCEDES-BENZ AG MERCEDESSTRAßE 137, 70327 STUTTGART. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.573** State what the contract or lease is for and the nature of the debtor's interest — PATENT TRANSFER AGREEMENT DATED: 03/20/2004<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MERCEDES-BENZ AG<br>MERCEDESSTRABE 120<br>STUTTGART, 70372<br>GERMANY |
| **2.574** State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT ON THE APPLICATION OF THE RESPONSIBLE SOURCING STANDARDS DATED: 04/17/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MERCEDES-BENZ AG<br>MERCEDESSTRAßE 137, 70327 STUTTGART. |
| **2.575** State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT ON THE APPLICATION OF THE RESPONSIBLE SOURCING STANDARDS DATED: 01/01/2023<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MERCEDES-BENZ AG<br>MERCEDESSTRABE 120<br>STUTTGART, 70372<br>GERMANY |
| **2.576** State what the contract or lease is for and the nature of the debtor's interest — APPROVAL FOR RELEASE OF TECHNICAL INFORMATION DATED: 02/12/2021<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MERCEDES-BENZ AG<br>71059 SINDELFINGEN  GERMANY |
| **2.577** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK ("SOW") TO MASTER SERVICES AGREEMENT DATED: 09/24/2018<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MERCER DEUTSCHLAND GMBH<br>MERCEDESSTRAßE 137, 70327 STUTTGART. |
| **2.578** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK ("SOW") TO MASTER SERVICES AGREEMENT DATED: 09/25/2018<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MERCER DEUTSCHLAND GMBH<br>MERCEDESSTRAßE 137, 70327 STUTTGART. |
| **2.579** State what the contract or lease is for and the nature of the debtor's interest — DATA PROTECTION ADDENDUM DATED: 05/25/2018<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MERCER DEUTSCHLAND GMBH (MERCER)<br>PLATZ DER EINHEIT 1<br>FRANKFURT AM MAIN, HE, 60327<br>GERMANY |

Debtor    Marelli Germany GmbH
          Name

Case number (if known):   25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>Undetermined<br><br>METAL SAN. VE TIC. LT.D.STİ<br>KONS PC SAIIA SS BSLGES.<br>KO BA MH.<br>KARMAN CD. NOIT6/A<br>BURSA, A600©<br>TURKEY |
| **2.581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOTICE OF SIGNATURES<br><br>Undetermined<br><br>MIZUHO BANK LTD<br>BRACKEN HOUSE, ONE FRIDAY STREET<br>ATTN: CORPORATE FINANCE DIVISION<br>LONDON, EC4M 9JA<br>UNITED KINGDOM |
| **2.582** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | NOTICE OF SIGNATURES<br><br>Undetermined<br><br>MIZUHO BANK LTD.<br>BRACKEN HOUSE, ONE FRIDAY STREET<br>ATTN: CORPORATE FINANCE DIVISION<br>LONDON, EC4M 9JA<br>UNITED KINGDOM |
| **2.583** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GUARANTOR JOINDER TO GUARANTEE AGREEMENT- ALR DATED: 06/22/2020<br><br>Undetermined<br><br>MIZUHO BANK, LTD.<br>BRACKEN HOUSE, ONE FRIDAY STREET<br>ATTN: CORPORATE FINANCE DIVISION<br>LONDON, EC4M 9JA<br>UNITED KINGDOM |
| **2.584** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER IN RELATION TO THE LOAN AGREEMENT<br><br>Undetermined<br><br>MIZUHO BANK, LTD.<br>BRACKEN HOUSE, ONE FRIDAY STREET<br>ATTN: CORPORATE FINANCE DIVISION<br>LONDON, EC4M 9JA<br>UNITED KINGDOM |
| **2.585** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSCRIPT MINUTES OF THE EXTRAORDINARY SUPERVISORY BOARD MEETING DATED: 05/20/2020<br><br>Undetermined<br><br>MIZUHO BANK, LTD. AND DEVELOPMENT BANK OF JAPAN INC. |
| **2.586** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSCRIPT MINUTES OF THE EXTRAORDINARY SUPERVISORY BOARD MEETING DATED: 05/27/2020<br><br>Undetermined<br><br>MIZUHO BANK, LTD. AND DEVELOPMENT BANK OF JAPAN INC. |

Debtor   Marelli Germany GmbH                                           Case number (if known):  25-11047
         Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.587** State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 07/03/2020 | MM HOLDINGS JAPAN CO., LTD. 1 IF, MEIJI YASUDA SEIMEI BUILDING. 2-1-1 MARUNOUCHI, CHIYODA-KU, 100-0005 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.588** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/19/2019 | MORGENSTERN AG F .- W .- RAIFFEISEN-STR. 5  72770 REUTLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.589** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/19/2019 | MORGENSTERN AG F .- W .- RAIFFEISEN-STR. 5  72770 REUTLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.590** State what the contract or lease is for and the nature of the debtor's interest | REMUNERATION AGREEMENT DATED: 11/13/2020 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.591** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 02/25/2014 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.592** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/01/2025 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.593** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK COOPERATION AGREEMENT DATED: 01/17/2023 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Germany GmbH | Case number (if known): | 25-11047 |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 03/21/2022 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR A SELF INVOICING SYSTEM DATED: 01/01/2005 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE DATED: 07/23/2018 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK COOPERATION AGREEMENT DATED: 01/17/2023 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE AGREEMENT DATED: 03/30/2016 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE DATED: 03/30/2016 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE DATED: 02/25/2014 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH
         Name

Case number (if known): 25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.601** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/01/2025 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.602** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 02/25/2014 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.603** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/01/2020 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.604** State what the contract or lease is for and the nature of the debtor's interest | FIRST SUPPLEMENTARY AGREEMENT DATED: 03/14/2025 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.605** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 10/13/2022 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.606** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENT TO LEASE DATED: 10/22/2024 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.607** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR A SELF INVOICING SYSTEM DATED: 01/01/2005 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
Name

Case number (if known):  25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.608** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 03/01/2025 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.609** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO LEASE DATED: 12/10/2018 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.610** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO LEASE DATED: 07/23/2018 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.611** State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT (CONTRACT) - NO 691 DATED: 03/31/2007 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.612** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO LEASE DATED: 07/23/2018 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.613** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 11/28/2017 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.614** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO LEASE DATED: 07/03/2015 | NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
Name                                                      Case number (if known):  25-11047

| | |
|---|---|
| ██ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.615** **State what the contract or lease is for and the nature of the debtor's interest** | WINDING UP AGREEMENT DATED: 07/16/2020 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.616** **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DATED: 01/01/2018 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.617** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 09/24/2008 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.618** **State what the contract or lease is for and the nature of the debtor's interest** | SIGNATURE CERTIFICATION DATED: 11/29/2021 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.619** **State what the contract or lease is for and the nature of the debtor's interest** | LEASE FOR COMMERCIAL SPACES DATED: 11/01/2007 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.620** **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE DATED: 10/12/2018 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.621** **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE AGREEMENT DATED: 07/03/2015 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NOVARES GROUP SA<br>361 AV DU GAL DE GAULLE<br>CLAMART, 92140<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NOVARES US LLC<br>19575 VICTOR PARKWAY<br>SUITE 400<br>LIVONIA, MI 48152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.624 | State what the contract or lease is for and the nature of the debtor's interest | TERMINABLE LEASE NO. 80350177319 DATED: 04/01/2023 | NTT GERMANY AG & CO. KG<br>HOREXSTR. 7,61352 BAD HOMBURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.625 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | NUGAR S.A. DE C.V.<br>AV. CUATRO, LOTE 9, MANZANA II, NO.<br>TULTITLAN, 54900<br>MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.626 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENT NO. 1 TO THE CONTRACT DATED: 04/20/2016 | OOO AUTOMOTIVE LIGHTING<br>VOSTOCHNAJA OKRUZHNAJA ROAD 18<br>RYAZAN, 390047<br>RUSSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.627 | State what the contract or lease is for and the nature of the debtor's interest | CSN AND PDM CONTRACT FOR VW & AUDI ACCOUNT UPGRADE TO PDM PREMIUM DATED: 11/04/2020 | OPERATIONAL SERVICES GMBH & CO. KG<br>RUDOLF-EHRLICH-STR. 7<br>ZWICKAU, D-08058<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.628 | State what the contract or lease is for and the nature of the debtor's interest | CSN CONTRACT DATED: 10/27/2020 | OPERATIONAL SERVICES GMBH & CO. KG<br>RUDOLF-EHRLICH-STR. 7<br>ZWICKAU, D-08058<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
_____
          Name

Case number (if known):  25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | OSRAM CONTINENTAL GMBH MARCEL-BREUER-STR. 6 MUNICH, 80807 GERMANY |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT FOR THE JOINT PROJECT DATED: 06/20/2000 | OSRAM GMBH HELLABRUNNER STR. 1 81543 MUNICH |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 11/01/2020 | PAPARELLA & C. S.R.L. VIE MADONNA DELLE GRAZIE, 22 70037 RUVO DI PUGLIA (BA) |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | FEE AGREEMENT DATED: 04/11/2024 | PENDL MAIR RECHTSANWALTE OG, ANNAGASSE 10, 1010 VIENNA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | CLEANING CONTRACT DATED: 05/01/2023 | PFEIFFER – SERVICES & FACILITYGESELLSCHAFT MBH OTTERNHAGENER STRAßE 10, 30826 GARBSEN-FRIELINGEN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER FOR BUILDING CLEANING SERVICES DATED: 12/19/2022 | PFEIFFER – SERVICES & FACILITYGESELLSCHAFT MBH OTTERNHAGENER STRAßE 10, 30826 GARBSEN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | WAGE ADJUSTMENT NOTICE DATED: 01/01/2024 | PFEIFFER DIENSTLEISTUNGEN & FACILITYGESELLSCHAFT MBH OTTERNHAGENER STRAßE 10, 30826 GARBSEN |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT FOR THE JOINT PROJECT DATED: 06/20/2000 | PHILIPS SEMICONDUCTORS MARKETING & SALES, DIVISION OF PHILIPS GMBH HAMMERBROOKSTR. 69, 20097 HAMBURG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR PURCHASING SERVICES DATED: 05/30/2012 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.P.A. VIA RIVALTA 30 GRUGLIASCO, (TO), 10095 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/10/2011 | PLASTIC COMPONENTS AND MODULES AUTOMOTIVE S.PA VIA RIVALTA 30 GRUGLIASCO, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2020 EDITION) DATED: 09/29/2022 | PRICEWATERHOUSECOOPERS BUSINESS SERVICES S.R.L. PIAZZA TRE TORRI, 2 20145 MILANO C.F. E P. IVA 06126540968 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF REPRESENTATION DATED: 11/25/2022 | QUALICON MANAGEMENT SERVICES (QMS) 22 POSEIDON CRESCENT BLUEWATER BEACH PORT ELIZABETH, 6210 SOUTH AFRICA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 05/01/2022 | QUALITY ASSURANCE TECHNICAL ANALYSIS LTDA (QA) RUA JOAO RODRIGUES PINHEIRO, 215 APTO 56 CNPJ: 40.171.581/0001-49 CURITIBA, 81.130-180 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/24/2021 | QUALITY MANAGEMENT CENTER GERMAN ASSOCIATION OF THE AUTOMOTIVE INDUSTRY - VDA QMC, BEHRENSTRA^E 35, 10117 BERLIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.643** State what the contract or lease is for and the nature of the debtor's interest — GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | QUANTUM HOLDINGS, LLC 3730 WHEELER AVE FORT SMITH, AR 72901 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.644** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT EXTENSION TO MASTER IN-HOUSE AGREEMENT DATED: 12/16/2013 | RANDSTAD DEUTSCHLAND GMBH & CO. KG FRANKFURTER STR. 100 ESCHBORN, 65760 GERMANY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.645** State what the contract or lease is for and the nature of the debtor's interest — SIDE LETTER TO THE NOMINATION AGREEMENT DATED 01.09.2017 DATED: 02/18/2021 | RANDSTAD DEUTSCHLAND GMBH & CO. KG FRANKFURTER STR. 100 ESCHBORN, 65760 GERMANY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.646** State what the contract or lease is for and the nature of the debtor's interest — TERMINATION AGREEMENT FOR A DOMINATION AND PROFIT AND LOSS TRANSFER AGREEMENT DATED: 12/27/2019 | REISSER & HECHLER PFENNINGSTRABE 2 72764 REUTLINGEN |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.647** State what the contract or lease is for and the nature of the debtor's interest — TERMINATION AGREEMENT FOR A DOMINATION AND PROFIT AND LOSS TRANSFER AGREEMENT DATED: 12/27/2019 | REISSER & HECHLER PFENNINGSTRABE 2 72764 REUTLINGEN |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.648** State what the contract or lease is for and the nature of the debtor's interest — SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.649** State what the contract or lease is for and the nature of the debtor's interest — SUPPLEMENTAL AGREEMENT TO THE SETTLEMENT AGREEMENT DATED JULY 26,2019 DATED: 12/15/2020 | RENAULT S.A.S. TUBINGER STRASSE NO. 123 REUTLINGEN, GERMANY |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor   Marelli Germany GmbH                                        Case number (if known):   25-11047
         Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.650** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 07/26/2019 | RENAULT S.A.S. 13-15 QUAI ALPHONSE LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.651** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.652** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LICENSING AGREEMENT CONCERNING THE CO-COMMERCIALISATION OF VEHICLE LAMP PARTS DATED: 12/15/2020 | RENAULT S.A.S. 13-15 QUAI LE GALLO - 92100 BOULOGNE-BILLANCOURT; |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.653** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.654** **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT DATED: 05/19/2022 | RENAULT S.A.S. 13-15 QUAI LE GALLO BOULOGNE-BILLANCOURT, 92100 FRANCE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.655** **State what the contract or lease is for and the nature of the debtor's interest** | OFFER FOR ELECTRICITY DELIVERY FROM DATED: 07/14/2022 | REWAG - STADTWERKE DRESDEN GMBH SAL SOMMERFELD FRIEDRICH-LIST-PLATZ 2 , 01069 DRESDEN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.656** **State what the contract or lease is for and the nature of the debtor's interest** | BINDING ARBITRATION PROVISIONS DATED: 04/24/2024 | RIMÔN, P.C 1655 WEST FAIRVIEW AVENUE BOISE, 83702 |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

Debtor    Marelli Germany GmbH
          Name                                                      Case number (if known):  25-11047

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | SPIN-OFF AGREEMENT DATED: 01/01/1999 | ROBERT BOSCH FAHRZEUGELEKTRIK EISENACH GMBH EISENACH, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AND TRANSFER AGREEMENT DATED: 01/01/2001 | ROBERT BOSCH GMBH WERNERSTRABE 1 D-70469 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LEASE AGREEMENT DATED: 02/08/2018 | ROBERT BOSCH GMBH POSTFACH 10 60 50, 70049 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT DATED: 01/01/2025 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1, 70839 GERLINGEN, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER OF PATENTS DATED: 12/03/2021 | ROBERT BOSCH GMBH WERNERSTRABE 1 D-70469 STUTTGART-FEUERBACH POSTFACH 300220 D-70442 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT REGARDING EXPATRIATE EMPLOYEE MANAGEMENT DATED: 01/02/2002 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 70049 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING AGREEMENT DATED: 09/04/2006 | ROBERT BOSCH GMBH AUF DER BREIT 4 AUTOMOTIVE AFTERMARKET DIVISION KARLSRUHE, D-76227 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.664** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO THE ORDER PROCESSING AGREEMENT DATED: 05/29/2021<br><br>Undetermined | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 GERLINGEN-SCHILLERHOHE, 70839 GERMANY |
| **2.665** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT AGREEMENT DATED: 07/06/2006<br><br>Undetermined | ROBERT BOSCH GMBH ROBERT BOSCH STRABE 2 70442 STUTTGART |
| **2.666** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEASE AGREEMENT DATED: 01/01/2025<br><br>Undetermined | ROBERT BOSCH GMBH POSTFACH 10 60 50, 70049 STUTTGART TAX NUMBER: 99012/08009 |
| **2.667** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICE AGREEMENT DATED: 03/24/2009<br><br>Undetermined | ROBERT BOSCH GMBH GESCHCIFTSBEREICH AE TUBINGER STRABE 123 D-72762 REUTLINGEN |
| **2.668** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE CONTRACT DATED: 01/01/2003<br><br>Undetermined | ROBERT BOSCH GMBH AUTOMOTIVE ELECTRONICS DIVISION ATTN: AE/LK H.EVERS P.O. BOX 13 42 72703 REUTLINGEN |
| **2.669** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DATA PROCESSING AGREEMENT<br><br>Undetermined | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 70839 GERLINGEN-SCHILLERHOHE |
| **2.670** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EDI - FRAMEWORK AGREEMENT DATED: 03/07/2006<br><br>Undetermined | ROBERT BOSCH GMBH ATTN: MR. VIKTOR BOGDANOV AA/PUR1 AUF DER BREIT 4, 76227 KARSLUHE DURLACH |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCTION TRANSFER AGREEMENT DATED: 12/13/2011 | ROBERT BOSCH GMBH DIVISION AUTOMOTIVE ELECTRONICS TIIBINGER STRASSE 123 72762 REUTLIGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE AGREEMENT DATED: 01/01/2008 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 70839 GERLINGEN-SCHILLERHOEHE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/08/2006 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 STUTTGART, 70839 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | IGNITORS FOR LITRONIC - LONG TERM AGREEMENT DATED: 11/25/2014 | ROBERT BOSCH GMBH BRANCH IN ITALY VIA C.L. PABTTI 15 MILAN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | LAWSUIT SETTLEMENT AGREEMENT DATED: 12/20/2004 | ROBERT BOSCH GMBH POSDACTI SONZZO 70442 STUTTSAN VIAAOM: WOMERSTRABA 1 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITION ON THE COMMUNITY IP RIGHTS CONTRACT DATED: 05/09/2003 | ROBERT BOSCH GMBH P.O. BOX 10 60 50 70049 STUTTGART |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM ON THE LEASE AGREEMENT DATED: 07/01/2013 | ROBERT BOSCH GMBH POSTFACH 10 60 50, 70049 STUTTGART TAX NUMBER: 99012/08009 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 08/07/2015 | ROBERT BOSCH GMBH AUTOMOTIVE ELECTRONICS DIVISION TUEBINGER STRASSE 123, 72762 REUTLINGEN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 01/31/2025 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1, 70839 GERLINGEN-SCHILLERHOHE, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT DATED: 01/01/2025 | ROBERT BOSCH GMBH POSTFACH 10 60 50, 70049 STUTTGART |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 01/31/2025 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1, 70839 GERLINGEN-SCHILLERHOHE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER OF SHARE AND SETTLEMENT OF RESPONDENT'S COUNTERCLAIM DATED: 03/24/2003 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 GERLINGEN, 70839 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | TRANSITION SERVICE AGREEMENT DATED: 01/01/2007 | ROBERT BOSCH GMBH ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK COOPERATION AGREEMENT DATED: 05/04/2001 | ROBERT BOSCH GMBH K8 P.O. BOX 13 42 72703 REUTLINGEN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH

Case number (if known): 25-11047

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.685** | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER AGREEMENT CONCERNING TRADEMARKS DATED: 07/30/2001 | ROBERT BOSCH GMBH P.O. BOX 30 02 20 D-70442 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.686** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE LEASE AGREEMENT DATED: 02/08/2018 | ROBERT BOSCH GMBH POSTFACH 10 60 50, 70049 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.687** | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM ON THE LEASE AGREEMENT DATED: 09/16/2016 | ROBERT BOSCH GMBH POSTFACH 10 60 50, 70049 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.688** | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTION TRANSFER AGREEMENT DATED: 12/13/2011 | ROBERT BOSCH GMBH DIVISION AUTOMOTIVE ELECTRONICS TIIBINGER STRASSE 123 72762 REUTLIGEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.689** | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION AGREEMENT DATED: 12/31/2004 | ROBERT BOSCH GMBH P.O. BOX 10 60 50 STUTTGART, D-70049 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.690** | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DATED: 08/13/2018 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1 70839 GERLINGEN-SCHILLERHOHE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.691** | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT FOR THE JOINT PROJECT DATED: 06/20/2000 | ROBERT BOSCH GMBH P.O. BOX 106050 70049 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH
_____
Name

Case number (if known):  25-11047

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT OF PATENTS DATED: 01/24/2006 | ROBERT BOSCH GMBH WERNERSTRASSE 1 STUTTGART, 70469 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT DATED: 09/16/2024 | ROBERT BOSCH GMBH ROBERT-BOSCH-PLATZ 1, 70839 GERLINGEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM ON THE LEASE AGREEMENT DATED: 09/16/2016 | ROBERT BOSCH GMBH POSTFACH 10 60 50, 70049 STUTTGART |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASE IN THE LONG-TERM RENT INVOICE DATED: 01/01/2017 | ROBERT BOSCH GMBH P.O. BOX 13 42 72703 REUTLINGEN VISITORS: TUBINGER STRANE 123 72762 REUTLINGEN PHONE 07121 35-0 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASING AGREEMENT: 3/11/2020 | ROBERT BOSCH GMBH AUTOMOTIVE AFTERMARKET DIVISION AUF DER BREIT 4 KARLSRUHE, D-76227 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 01/01/2003 | ROBERT BOSCH GMBH AUTOMOTIVE ELECTRONICS DIVISION AE/LK H.EVERS P.O. BOX 13 42 72703 REUTLINGEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION SERVICE AGREEMENT DATED: 01/01/2005 | ROBERT BOSCH GMBH CORPORATE IT ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH

Name

Case number (if known): 25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2005 | ROBERT BOSCH GMBH CORPORATE IT ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2007 | ROBERT BOSCH GMBH CORPORATE SECTOR INFORMATION SYSTEMS AND SERVICES ROBERT BOSCH PLATZ 1 70839 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2007 | ROBERT BOSCH GMBH CORPORATE SECTOR INFORMATION SYSTEMS AND SERVICES ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2007 | ROBERT BOSCH GMBH CORPORATE SECTOR INFORMATION SYSTEMS AND SERVICES ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2006 | ROBERT BOSCH GMBH CORPORATE SECTOR INFORMATION SYSTEMS AND SERVICES ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2007 | ROBERT BOSCH GMBH CORPORATE SECTOR INFORMATION SYSTEMS AND SERVICES ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | INCREASE IN THE LONG-TERM RENT INVOICE DATED: 12/08/2016 | ROBERT BOSCH GMBH FACILITY MANAGEMENT REUTLINGEN P.O. BOX 13 42 72703 REUTLINGEN VISITORS: TUBINGER STRABE 123 72762 REUTLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
_____   Case number (if known):   25-11047
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.706** **State what the contract or lease is for and the nature of the debtor's interest** — MESSAGE CHANGE OF THE LONG-TERM RENTAL INVOICE DATED: 07/19/2017 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | ROBERT BOSCH GMBH FACILITY MANAGEMENT REUTLINGEN P.O. BOX 13 42 72703 REUTLINGEN VISITORS: TUBINGER STRARE 123 72762 REUTLINGEN |
| **2.707** **State what the contract or lease is for and the nature of the debtor's interest** — LEASE <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | ROBERT BOSCH GMBH IN STUTTGART ROBERT-BOSCH-PLATZ 1 POSTFACH 10 60 50 TAX NUMBER: 99012/08009 GERLINGEN-SCHILLERHOHE, 70839 GERMANY |
| **2.708** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE AGREEMENT DATED: 01/01/2003 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | ROBERT BOSCH GMBH INFORMATION PROCESSING ROBERT BOSCH PLATZ 1 70839 GERLINGEN |
| **2.709** **State what the contract or lease is for and the nature of the debtor's interest** — SPIN-OFF AGREEMENT DATED: 01/01/1999 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | ROBERT BOSCH GMBH, STUTTGART STUTTGART |
| **2.710** **State what the contract or lease is for and the nature of the debtor's interest** — PROJECT AGREEMENT DATED: 11/01/2001 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | ROBERT BOSCH INDIA LIMITED ACC DEPT 123 INDUSTRIAL LAYOUT HOSUR ROAD KORAMANGALA BANGALORE, 560 095 INDIA |
| **2.711** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE LEVEL AGREEMENT DATED: 01/01/2015 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | ROCKET SOFTWARE DEUTSCHLAND GMBH DYNAMOSTRAßE 3 MANNHEIM, 68165 GERMANY |
| **2.712** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICE LEVEL AGREEMENT DATED: 04/25/2018 <br> **State the term remaining** — Undetermined <br> **List the contract number of any government contract** | ROCKET SOFTWARE DEUTSCHLAND GMBH DYNAMOS TRABE 3 68165 MANNHEIM |

Debtor   Marelli Germany GmbH

Name

Case number (if known): 25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE LEVEL AGREEMENT DATED: 01/01/2015 | ROCKET SOFTWARE DEUTSCHLAND GMBH DYNAMOSTRAßE 3 MANNHEIM, 68165 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ROMWELL GMBH & CO KG MARIENTHALER STRASSE 15 BREITSCHEIDT, 57539 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 03/01/2021 | RUBIX FR GROUP 31, RUE DE LA BAUME PARIS, 75008 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 09/24/2008 | S.T.S. SYSTEMS TECHNOLOGY SERVICES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF ELECTRICAL ENERGY DATED: 12/11/2024 | SACHSENENERGIE AG MARELLI GERMANY GMBH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF ELECTRICAL ENERGY DATED: 11/12/2024 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF NATURAL GAS DATED: 01/01/2025 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
_____
          Name

Case number (if known):  25-11047
_____



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.720** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF ELECTRICAL ENERGY (ELECTRICITY SUPPLY CONTRACT) DATED: 01/01/2020 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.721** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF NATURAL GAS DATED: 01/01/2022 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 DRESDEN, 01069 GERMANY |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.722** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF NATURAL GAS (NATURAL GAS SUPPLY CONTRACT) DATED: 12/31/2025 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.723** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF ELECTRICAL ENERGY DATED: 01/01/2025 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.724** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF ELECTRICAL ENERGY DATED: 01/01/2025 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.725** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF NATURAL GAS DATED: 01/01/2025 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.726** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE SUPPLY OF ELECTRICAL ENERGY (ELECTRICITY SUPPLY CONTRACT) DATED: 12/11/2024 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 01069 DRESDEN |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

Debtor   Marelli Germany GmbH
Name

Case number (if known):   25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.727** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF ELECTRICAL ENERGY DATED: 01/01/2024 | SACHSENENERGIE AG FRIEDRICH-LIST-PLATZ 2 DRESDEN, 01069 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.728** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO MEMORANDUM OF UNDERSTANDING DATED: 11/24/2022 | SAMVARDHANA MOTHERSON AUTOMOTIVE SYSTEMS GROUP B.V. HOOGOORDDREEF 15, 1101 BA, AMSTERDAM |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.729** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO MEMORANDUM OF UNDERSTANDING DATED: 07/21/2023 | SAMVARDHANA MOTHERSON AUTOMOTIVE SYSTEMS GROUP B.V. HOOGOORDDREEF 15, 1101BA, AMSTERDAM |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.730** State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM OF UNDERSTANDING DATED: 07/27/2021 | SAMVARDHANA MOTHERSON AUTOMOTIVE SYSTEMS GROUP B.V. HOOGOORDDREEF 15, 1101 BA, AMSTERDAM |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.731** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT PROPOSAL DATED: 02/14/2023 | SCHEER GMBH ATTN. FRANZISKA LOUTZOGLOU UNI-CAMPUS NORD SAARBRIICKEN, 66123 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.732** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT ON DATA PROTECTION WHEN PROCESSING PERSONAL DATA DATED: 02/14/2023 | SCHEER GMBH UNI-CAMPUS NORD SAARBRUCKEN, 66123 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.733** State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT ON DATA PROTECTION WHEN PROCESSING PERSONAL DATA DATED: 02/10/2023 | SCHEER GMBH UNI-CAMPUS NORD SAARBRUCKEN, 66123 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 05/06/2021 | SEVEN TERCEIRJZACAO DE MAO DE OBRA LTDA 60 SALA 310 ANDAR 03 COND H. A. OFFICES LINHA VERDE CNPJ NUMBER: 35.737.801/0001-19 CURITIBA, 81.020-670 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANTOU GOWORLD DISPLAY CO., LTD. NO 21 XINGYE ROAD SHANTOU, GD, 515041 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHIN-ETSU POLYMER CO. LTD. 1-9 KANDA-SUDACHO CHIYODA-KU, TOKYO, 101-0041 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SINOFTEC 145, BD MED 5 NEJMA TANGER, 90000 MOROCCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO GENERAL TERMS AND CONDITIONS FOR ICT SERVICES DATED: 05/11/2022 | SINTEL BELGIUM SPLR/BV AVENUE DES ARTS 19 A/D - B-1000 BRUXELLES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/10/2011 | SISTEMI SOSPENSIONI S.P.A VIALE ALDO BORLETTI NO. 61/63 MILAN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR PURCHASING SERVICES DATED: 05/30/2012 | SISTEMI SOSPENSIONI S.P.A. VIALE ALDO BORLETTI 61/63 CORBETTA, MI, 20011 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
_____
         Name

Case number (if known): 25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SITRONIC GESELLSCHAFT FÜR TECHNISCHE AUSRÜSTUNG MBH. & CO. KG<br>ROBERT-BOSCH-STR. 9<br>GÄRTRINGEN, BADEN-WÜRTTEMBERG, 71116<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL PURCHASING AGREEMENT | SITRONIC GMBH & CO KG<br>ROBERT BOSCH STR. 9<br>GARTRINGEN, 71116<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | WINDING-UP AGREEMENT DATED: 03/20/2008 | SITRONIC GMBH & CO. KG<br>LAUTENSCHLAGERSTRAßE 21<br>C/O GLEISS LUTZ<br>STUTTGART, 70173<br>GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOL RENTAL AGREEMENT DATED: 08/01/2013 | SKODA AUTO A.S.<br>TR. VACLAVA KLEMENTA 869<br>MLADA BOLESLAV, MLADA BOLESLAV II, 293 01<br>CZECH REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOL RENTAL CONTRACT DATED: 04/13/2013 | SKODA AUTO A.S.<br>SITZ IN MLADA BOLESLAV, TRI'DA VACLAVA KLEMENTA 869 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTS, DERIVATIVES OR SEMI-FINISHED PRELIMINARY PRODUCTS CONTRACT DATED: 08/11/2017 | SKODA AUTO A.S.<br>TR. VACLAVA KLEMENTA 869<br>MLADA BOLESLAV, MLADA BOLESLAV II, 293 01<br>CZECH REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | IMPLEMENTATION OF CREDIT NOTE PROCEDURES DATED: 10/01/2011 | SKODA AUTO A.S.<br>TF.VACLAVA KLEMENTA 869<br>MLADA BOLESLAV, 293 60<br>CZECH REPUBLIC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TRANSFER OF TITLE DATED: 10/25/2011 | SKODA AUTO A.S. TR. VACLAVA KLEMENTA 869 MLADA BOLESLAV II, 293 01 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON TRANSFER OF TITLE DATED: 10/25/2011 | SKODA AUTO A.S. TR. VACLAVA KLEMENTA 869 MLADA BOLESLAV II, 293 01 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | TOOL RENTAL CONTRACT DATED: 10/22/2009 | SKODA AUTO A.S. TR. VACLAVA KLEMENTA 869 MLADA BOLESLAV II, 293 01 CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS FOR THE PROVISION OF SERVICES (2020) DATED: 03/09/2022 | SMET S.P.A VIA VELLETRI, 49 ATTN. LEGAL REPRESENTATIVE/ATTORNEY ROME, 0198 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 04/15/2023 | SOFTING AUTOMOTIVE ELECTRONICS GMBH RICHARD□REITZNER□ALLEE 6 HAAR, 85540 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL FRAME AGREEMENT DATED: 04/04/2023 | SOTTING AUTOMOTIVE ELECTRONICS GMBH RICHARD-REITZNER-ALLEE 6 D-85540 HAAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT WORKS MEETING DATED: 12/12/2024 | STADTHALLE REUTLINGEN GMBH OSKAR-KALBFELL-PLATZ 8 REUTLINGEN, 72764 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                                    Case number (if known)    25-11047
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.755** State what the contract or lease is for and the nature of the debtor's interest | EVENT CONTRACT WORKS MEETING DATED: 12/12/2024 | STADTHALLE REUTLINGEN GMBH OSKAR-KALBFELL-PLATZ 8 REUTLINGEN, 72764 GERMANY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.756** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STAMEC SRL VIA A. LABRIOLA 31 SALA BOLOGNESE, BOLOGNA, 40010 ITALY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.757** State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT DATED: 03/28/2025 | STENZEL GMBH EMIL-ADOLFF-STR.7 72760 REUTLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.758** State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE AGREEMENT DATED: 03/28/2025 | STENZEL GMBH EMIL-ADOLFF-STR.7 72760 REUTLINGEN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.759** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 06/01/2022 | STILL GMBH HEADQUARTERS BERLIN-LEIPZIG HOLZHAUSER STR. 112 13509 BERLIN |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.760** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STRATUS PACKAGING 70 CHEMIN DES BAISSES VIRIAT, AIN (01), 01440 FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.761** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | STUMPP,SCHUELE & SOMAPPA SPRINGS PV PLOT NO. 130, ROZ-KA- MEO INDUSTRIA SOHNA, 122103 INDIA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH

Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUEDDEUTSCHE GELENKSCHEIBENFABRIK GRASLITZER 14 WALDKRALBURG, 84478 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUGAHARA INDUSTRY CO., LTD. 5-35 1CHOME OTOZUMINATOMACHI , OITA PREFECTURE, 870-0146 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUNON SAS 66 AV.DES PEPINIERES P.MEDICIS FRESNES CEDEX, 94832 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUZHOU CURRENT POWER TECHNOLOGY LIMITED COMPANY BUILDING NO. 4 & 3, NO. 377, WUFANG ROAD YOUYI INDUSTRIAL PARK SONGLING TOWN WUJIANG DISTRICT SUZHOU CITY, JIANGSU PROVINCE, 215222 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | MEMORANDUM DATED: 07/12/2023 | SUZUKI MOTOR CORPORATION 300 TAKATSUKA-CHO HAMAMATSU-SHI, SHIZUOKA-KEN, JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | RESPONSIBILITIES FOR THE SCOPE OF CONTRACT FOR FLOODLIGHTS FOR SERIES DATED: 06/05/2014 | SWAROVSKI ENERGY GMBH ZEDLITZGASSE 7, 1010 VIENNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 10/20/2020 | SYSTAG GMBH GUTENBERGSTRABE 47, 72555 METZINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX 4 TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRABE 30 99087 ERFURT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE CONFIRMATION FOR THE ELECTRICITY SUPPLY CONTRACT DATED: 10/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX 4B TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX 4 TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRABE 30 99087 ERFURT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTARY AGREEMENT TO THE GAS SUPPLY CONTRACT DATED: 04/29/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX 4B TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRABE 30 99087 ERFURT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTARY AGREEMENT TO THE ELECTRICITY SUPPLY CONTRACT DATED: 05/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRABE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONFIRMATION FOR THE ELECTRICITY SUPPLY CONTRACT DATED: 03/31/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE CONFIRMATION FOR THE ELECTRICITY SUPPLY CONTRACT DATED: 10/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                              Case number (if known):    25-11047
_____    _____                                                    _____
              Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SUPPLY CONTRACT DATED: 09/19/2019 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4 TO TEAG CONTRACT DATED: 01/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRABE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 10/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SUPPLY CONTRACT DATED: 01/01/2020 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 10/01/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 4B TO TEAG CONTRACT DATED: 01/10/2022 | TEAG THURINGER ENERGIE AG SCHWERBORNER STRANE 30 99087 ERFURT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT DATED: 12/31/2022 | TEAG THÜRINGER ENERGIE AG SCHWERBORNER STR. 30 ERFURT, 99087 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
Name

Case number (if known):   25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | TEBIS SOFTWARE LEASE AGREEMENT DATED: 12/21/2005 | TEBIS TECHNISCHE INFORMATIONSSYSTEME 39 D- 82152 PLANEGG / MARTINSRIED |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | TEBIS SOFTWARE LEASE AGREEMENT DATED: 01/23/2006 | TEBIS TECHNISCHE INFORMATIONSSYSTEME AG EINSTEINSTR. 391  D - 82152 PLANEGG / MARTINSRIED |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 04/07/2021 | TECH MAHINDRA LIMITED PLOT 1 RAJIV GANDHI INFOTECH PARK SPECIAL ECONOMIC ZONE PHASE III HINJAWADI, MAHARASHTRA, 411057 INDIA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX 1 FRAMEWORK AGREEMENT DATED: 01/15/2024 | TECHNIA GMBH AM SANDFELD 11C,  76149 KARLSRUHE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 01/01/2021 | TECHNIA GMBH AM SANDFELD 11C 76149 KARLSRUHE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECNOSTAMPTRIULZI MÉXICO, S. DE R.L. DE C.V. BENITO JUÁREZ NO. 127 Y 129 COL. PARQUE INDUSTRIAL QUERÉTARO QUERÉTARO, QUERÉTARO, C.P. 76215 MEXICO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES (2020 EDITION) 1. DEFINIZIONI DATED: 10/01/2021 | TEORESI INC, RAFFAELE RIZZARELLI |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Germany GmbH
Name

Case number (if known):  25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | CO-DEVELOPMENT AGREEMENT DATED: 07/14/2020 | TETRA-DUR KUNSTSTOFF-PRODUKTION GMBH BROOKDAMM 3 SEEVETAL, 21217 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR WORK AND SERVICES DATED: 05/15/2013 | TGS TH. TEEGEN GEBÄUDEREINIGUNG UND SERVICE GMBH MAX-EYTH-STR. 32, 70736 FELLBACH |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | THE MATERIALS GROUP, LLC 575 BYRNE INDUSTRIAL DRIVE ROCKFORD, MI 49341 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | THIERICA DISPLAY PRODUCTOS 900 CLANCY AVE N.E. GRAND RAPIDS, MI 49503 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOGLIATTISTROYSERVICE LLC SAMARA REGION, TOGLIATTI, BOTANICHESKAYA ST., 20, OFFICE 99 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON COMMISSIONED DATA PROCESSING DATED: 03/28/2011 | TOWERS WATSON DEUTSCHLAND GMBH ABRAHAM-LINCOLN-STR. 22, 65189 WIESBADEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | PAYMENT AND RELEASE AGREEMENT DATED: 06/07/2022 | TRAFIME S.P.A. CONTRADA PEZZAMANDRA MISTERBIANCO, CT, 95045 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
_____
Name
Case number (if known): 25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRAMONTINA ELETRIK S.A RODOVIA BR470/RS SN, KM230 CARLOS BARBOSA, 95185-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 03/29/2022 | TRANSPORTADORA CAPELA LIMITADA AV. SAO FRANCISCO, 319 AO 331 CENTRO-CEP. 11.013-203 \| SANTOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | COMMITMENT OF THE POTENTIAL SUPPLIER TO CODE OF CONDUCT, TO SUSTAINABILITY GUIDELINES AND TO ANY APPLICABLE INTERNATIONAL LAWS AND REGULATIONS REGARDING CORPORATE LIABILITY. DATED: 03/29/2022 | TRANSPORTADORA CAPELA LTDA AVENIDA SAO FRANCISCO, 319 AO 331 SANTOS, SAO PAULO, 11013-203 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRG MONTAGEM E ACABAMENTO DE PEÇAS LTDA RUA TUIUTI, 4815 JOINVILLE, SANTA CATARINA, 89226-002 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TRICOR PACKAGING & LOGISTICS AG JAKOB MUELLER STRASSE 1 BAD WOERISHOFEN, 86825 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 02/01/2004 | T-SYSTEMS GEI GMBH FASANENWEG 5 70771 LEINFELDEN -ECHTERDINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORT CONTRACT DATED: 01/01/2022 | UB TRANSPORT LOGISTIK GMBH BOLLENGRUBWEG 26 69198 SCHRIESHEIM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
         Name

Case number (if known): 25-11047

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.811** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENT TO THE LEASE AGREEMENT DATED: 08/06/2008 | ULRICH ADAM KNAPP GMBH & CO. KG HAUFFSTRABE 49 - 51 72762 REUTLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.812** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | UNI-CALSONIC CORP. □□□□□□□□□□□□40-11□ □□, 360 CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.813** | State what the contract or lease is for and the nature of the debtor's interest | PRICE QUOTATION DATED: 03/06/2020 | VALEO AUTOSYSTEMY SP. Z O.O. PRZEMYSLOWA SKAWINA, 32-050 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.814** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON HANDLING FIELD OUTAGES AND SERIAL DAMAGE FOR THE SCOPE OF THE CONTRACT DATED: 01/01/2017 | VALEO ILUMINACION, S.A. C/LINARES 15 MARTOS, 23600 SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.815** | State what the contract or lease is for and the nature of the debtor's interest | FIRST EXTENSION OF THE TOLLING AGREEMENT DATED: 12/12/2022 | VALEO S. A. 100, RUE DE COURCELLES PARIS, 75017 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.816** | State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT DATED: 11/18/2019 | VALEO S. A. 43, RUE BAYEN, F-75017 PARIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.817** | State what the contract or lease is for and the nature of the debtor's interest | FIRST EXTENSION OF THE TOLLING AGREEMENT DATED: 12/12/2022 | VALEO SERVICE SAS 70, RUE PLEYEL SAINT DENIS, F-93285 FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                    Case number (if known):    25-11047
_____
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.818** State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT DATED: 11/18/2019 | VALEO SERVICE SAS 70, RUE PLEYEL, F-93285 SAINT DENIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.819** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/25/2022 | VALEO VISION SAS 34 RUE SAINT-ANDRÉ BOBIGNY, 93012 FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.820** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/28/2022 | VALEO VISION SAS 34 RUE SAINT-ANDRÉ ATTN: GENERAL MANAGEMENT - PRESIDENT BOBIGNY, 93012 FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.821** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/28/2022 | VALEO VISION SAS 34 RUE SAINT ANDRÉ ATTN: GENERAL MANAGEMENT - PRESIDENT BOBIGNY, 93012 FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.822** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 02/28/2022 | VALEO VISION SAS 34 RUE SAINT-ANDRÉ ATTN: GENERAL MANAGEMENT - PRESIDENT BOBIGNY, 93012 FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.823** State what the contract or lease is for and the nature of the debtor's interest | FIRST EXTENSION OF THE TOLLING AGREEMENT DATED: 12/12/2022 | VALEO VISION SAS 34, RUE SAINT-ANDRE BOBIGNY, F-93012 FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.824** State what the contract or lease is for and the nature of the debtor's interest | TOLLING AGREEMENT DATED: 11/18/2019 | VALEO VISION SAS 34, RUE SAINT-ANDRE, F-93012 BOBIGNY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH

Case number (if known):    25-11047

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VELMOLD PLASTICS PRIVATE LIMITED<br>FCA-3807 A-7 SGM NAGAR<br>NEAR NH-3 NIT<br>FARIDABAD, HARYANA,<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | VENES ELEKTRIK VE KABLO SIS. SAN. TIC. LTD. STI.<br>CALI MAH. SARIYERLER CAD. NO: 44/1<br>NILUFER, BURSA, 16159<br>TURKEY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | NALDO JOB TICKET AGREEMENT DATED: 09/03/2018 | VERKEHRSVERBUND NECKAR-ALB-DONAU<br>TUBINGER STRANE 14, 72379 HECHINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR ORDER PROCESSING DATED: 05/18/2018 | VKNET GMBH<br>IM WIESAZTAL 1,72770 REUTLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES DATED: 11/24/2023 | VODAFONE<br>FERDINAND-BRAUN-PLATZ 1   40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES DATED: 11/23/2023 | VODAFONE<br>FERDINAND-BRAUN-PLATZ 1   40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICE DATED: 11/24/2023 | VODAFONE<br>FERDINAND-BRAUN-PLATZ 1   40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH                              Case number (if known):   25-11047
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.832** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR SERVICES DATED: 10/04/2023 | VODAFONE<br>FERDINAND-BRAUN-PLATZ 1   40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.833** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE CONTRACT FOR VODAFONE SERVICES DATED: 10/26/2023 | VODAFONE<br>FERDINAND-BRAUN-PLATZ 1   40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.834** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT TO THE CONTRACT FOR VODAFONE SERVICES DATED: 10/27/2023 | VODAFONE GMBH<br>FERDINAND-BRAUN-PLATZ 1   40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.835** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR BUSINESS CUSTOMERS DATED: 10/05/2023 | VODAFONE GMBH<br>FERDINAND-BRAUN-PLATZ 1 40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.836** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM FOR VODAFONE SERVICES: 10/04/2023 | VODAFONE GMBH<br>FERDINAND-BRAUN-PLATZ 1<br>DÜSSELDORF, 40549<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.837** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR BUSINESS CUSTOMERS DATED: 10/04/2023 | VODAFONE GMBH<br>FERDINAND-BRAUN-PLATZ 1 40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.838** | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT FOR BUSINESS CUSTOMERS DATED: 10/05/2023 | VODAFONE GMBH<br>FERDINAND-BRAUN-PLATZ 1   40549 DUSSELDORF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH

Case number (if known):    25-11047

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.839 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR VODAFONE SERVICES DATED: 08/09/2023 | VODAFONE GMBH FERDINAND-BRAUN-PLATZ 1,40549 DUSSELDORF |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.840 | State what the contract or lease is for and the nature of the debtor's interest | SIDE LETTER WITH REGARD TO THE ELECTRONIC NOMINATION AGREEMENTS DATED: 04/20/2021 | VOLKSWAGEN AG 38436 WOLFSBURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.841 | State what the contract or lease is for and the nature of the debtor's interest | OPTIMIZATION FROM PRICE PLAUSIBILITY CHECK DATED: 06/17/2019 | VOLKSWAGEN AG 38436 WOLFSBURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.842 | State what the contract or lease is for and the nature of the debtor's interest | PARTS, DERIVATIVES OR SEMI-FINISHED INTERMEDIATE PRODUCTS CONTRACT DATED: 01/01/2017 | VOLKSWAGEN AG 38436 WOLFSBURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.843 | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION AGREEMENT DATED: 04/20/2021 | VOLKSWAGEN AG 38436 WOLFSBURG, GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.844 | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION AGREEMENT | VOLKSWAGEN AG BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.845 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF COOPERATION AND DEVELOPMENT CONTRACT DATED: 12/23/2004 | VOLKSWAGEN AG D-38436 WOLFSBURG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Germany GmbH | Case number (if known): | 25-11047 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.846**
| State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF THE DECLARATION OF WAIVER OF STATUTE OF LIMITATIONS DATED: 01/20/2021 | VOLKSWAGEN AG BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.847**
| State what the contract or lease is for and the nature of the debtor's interest | NOMINATION AGREEMENTS DATED: 04/20/2021 | VOLKSWAGEN AG BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.848**
| State what the contract or lease is for and the nature of the debtor's interest | NOMINATION AGREEMENT | VOLKSWAGEN AKTIENGESELLSCHAFT D-38436 WOLFSBURG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.849**
| State what the contract or lease is for and the nature of the debtor's interest | NOMINATION AGREEMENT | VOLKSWAGEN AKTIENGESELLSCHAFT D-38436 WOLFSBURG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.850**
| State what the contract or lease is for and the nature of the debtor's interest | KEY ACCOUNT CONTRACT NO. 159420 DATED: 05/07/2020 | VOLKSWAGEN AKTIENGESELLSCHAFT D-38436 WOLFSBURG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.851**
| State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF THE STATUTE OF LIMITATIONS AND CONFIDENTIALITY AGREEMENT DATED: 12/03/2018 | VOLKSWAGEN AKTIENGESELLSCHAFT BS-C MS EVELYN GUSE MR DOMINIK FUNKE WOLFSBURG, D-38436 GERMANY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.852**
| State what the contract or lease is for and the nature of the debtor's interest | COMMUNITY INTELLECTUAL PROPERTY RIGHTS USAGE AGREEMENT DATED: 10/05/2015 | VOLKSWAGEN AKTIENGESELLSCHAFT D-38436 WOLFSBURG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH                                    Case number (if known): 25-11047

Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.853** State what the contract or lease is for and the nature of the debtor's interest | INCLUSION OF A SUPPLY GROUP IN OUR MAJOR CUSTOMER CONTRACT WITH THE CONTRACT NO: 159420 | VOLKSWAGEN AKTIENGESELLSCHAFT D-38436 WOLFSBURG |
|  State the term remaining | Undetermined | |
|  List the contract number of any government contract | | |
| **2.854** State what the contract or lease is for and the nature of the debtor's interest | WHOLESALE CONTRACT DATED: 07/05/2020 | VOLKSWAGEN AKTIENGESELLSCHAFT BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
|  State the term remaining | Undetermined | |
|  List the contract number of any government contract | | |
| **2.855** State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF THE STATUTE OF LIMITATIONS AND CONFIDENTIALITY AGREEMENT DATED: 12/03/2018 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA HIGHWAY ANCHIETA KM 23,5 DEMARCHI SAO BERNARDO DO CAMPO, SAO PAULO, 09823-901 BRAZIL |
|  State the term remaining | Undetermined | |
|  List the contract number of any government contract | | |
| **2.856** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT | VOLKSWAGEN GROUP CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |
|  State the term remaining | Undetermined | |
|  List the contract number of any government contract | | |
| **2.857** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT NO 5 TO THE FRAMEWORK AGREEMENT ON SUPPLY DATED: 02/01/2022 | VOLKSWAGEN GROUP RUS CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |
|  State the term remaining | Undetermined | |
|  List the contract number of any government contract | | |
| **2.858** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT NO 5 TO THE FRAMEWORK AGREEMENT ON SUPPLY DATED: 01/02/2022 | VOLKSWAGEN GROUP RUS LLC CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |
|  State the term remaining | Undetermined | |
|  List the contract number of any government contract | | |
| **2.859** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT NO 5 TO THE FRAMEWORK AGREEMENT ON SUPPLY DATED: 01/02/2022 | VOLKSWAGEN GROUP RUS LLC CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |
|  State the term remaining | Undetermined | |
|  List the contract number of any government contract | | |

Debtor    Marelli Germany GmbH
          Name
                                                        Case number (if known):  25-11047



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.860** State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY AGREEMENT NO 5 TO THE FRAMEWORK AGREEMENT ON SUPPLY DATED: 01/02/2022 | VOLKSWAGEN GROUP RUS LLC CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.860** | State what the contract or lease is for and the nature of the debtor's interest: SUPPLEMENTARY AGREEMENT NO 5 TO THE FRAMEWORK AGREEMENT ON SUPPLY DATED: 01/02/2022<br>State the term remaining: Undetermined<br>List the contract number of any government contract: | VOLKSWAGEN GROUP RUS LLC<br>CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |
| **2.861** | State what the contract or lease is for and the nature of the debtor's interest: SUPPLEMENTARY AGREEMENT DATED: 02/01/2022<br>State the term remaining: Undetermined<br>List the contract number of any government contract: | VOLKSWAGEN GROUP RUS OOO<br>CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |
| **2.862** | State what the contract or lease is for and the nature of the debtor's interest: SUPPLY CONTRACT DATED: 09/04/2019<br>State the term remaining: Undetermined<br>List the contract number of any government contract: | VOLKSWAGEN GROUP RUS OOO<br>CODE T/R 10106060 AVTOZAVODSKOY CUSTOMS STATION, TEMPORARY ^STORAGE WAREHOUSE "VOLKSWAGEN GROUP RUS", KALUGA, AVTOMOBILNAY |
| **2.863** | State what the contract or lease is for and the nature of the debtor's interest: AGREEMENT ON THE INTRODUCTION OF THE CREDIT NOTE PROCEDURE DATED: 04/06/2004<br>State the term remaining: Undetermined<br>List the contract number of any government contract: | VOLKSWAGEN SLOVAKIA, A.S.<br>J. JONASA 1 843 02 BRATISLAVA |
| **2.864** | State what the contract or lease is for and the nature of the debtor's interest: AGREEMENT OF PURCHASE FOR PRODUCTION MATERIALS DATED: 10/15/2002<br>State the term remaining: Undetermined<br>List the contract number of any government contract: | VOLVO CAR COOPERATION<br>GOTEBORG,<br>SWEDEN |
| **2.865** | State what the contract or lease is for and the nature of the debtor's interest: FRAMEWORK PURCHASE AGREEMENT: 10/18/2022<br>State the term remaining: Undetermined<br>List the contract number of any government contract: | VOLVO CAR CORPORATION |
| **2.866** | State what the contract or lease is for and the nature of the debtor's interest: P1TARGET AGREEMENT<br>State the term remaining: Undetermined<br>List the contract number of any government contract: | VOLVO CAR CORPORATION<br>GOTEBORG,<br>SWEDEN |

Debtor   Marelli Germany GmbH
_____
         Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.867** State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING SERVICES AGREEMENT: 2/16/2021 | VOLVO CAR CORPORATION |

| | | |
|---|---|---|
| **2.867** | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERING SERVICES AGREEMENT: 2/16/2021 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

VOLVO CAR CORPORATION

| | | |
|---|---|---|
| **2.868** | State what the contract or lease is for and the nature of the debtor's interest | SELF-BILLING AGREEMENT DATED: 12/01/2009 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

VOLVO CARS NV
JOHN KENNEDYIAAN 25 9000 GENT

| | | |
|---|---|---|
| **2.869** | State what the contract or lease is for and the nature of the debtor's interest | EDI- AGREEMENT DATED: 11/05/2009 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

VOLVO CARS NV
J KENNEDYLAAN 25, 9000 GENT

| | | |
|---|---|---|
| **2.870** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WENZHOU AOHAI ELECTRIC CO., LTD. CHARACTERISTIC INDUSTRIAL PARK, PUQI TOWN, YUEQING CITY. (INSIDE ZHEJIANG SHIHUI TECHNOLOGY ELECTRONICS CO., LTD.) WENZHOU ZHEJIANG POSTAL CODE 325609

| | | |
|---|---|---|
| **2.871** | State what the contract or lease is for and the nature of the debtor's interest | MACHINERY DOCUMENT DIGITIZATION DATED: 06/14/2022 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WIPRO
TOWER S5
PLOT 31
HINJEWADI PHASE-2
RAJIV GANDHI INFOTECH PARK
PUNE, 411057
INDIA

| | | |
|---|---|---|
| **2.872** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 07/01/2020 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WIPRO LIMITED
DODDAKANELLI
SARJAPUR MAIN ROAD
BENGALURU, 560035
INDIA

| | | |
|---|---|---|
| **2.873** | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 07/01/2020 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WIPRO LIMITED
DODDAKANELLI
SARJAPUR MAIN ROAD
BENGALURU, 560035
INDIA

Debtor    Marelli Germany GmbH                                                    Case number (if known):    25-11047
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.874 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 07/01/2020 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WIPRO LIMITED
DODDAKANELLI
SARJAPUR MAIN ROAD
BENGALURU, 560035
INDIA

| | | |
|---|---|---|
| 2.875 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING AGREEMENT DATED: 07/01/2020 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WIPRO LIMITED
DODDAKANELLI
SARJAPUR MAIN ROAD
BENGALURU, 560035
INDIA

| | | |
|---|---|---|
| 2.876 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 02/17/2024 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WOHR + BAUER PROJECT OCTAVIO GMBH & CO. KG
PROJECT OCTAVIO VERWALTUNGS GMBH MUNICH DISTRICT
COURT MUNICH HRB 240928 ATTN: WOLFGANG ROECK
THOMAS MAIER

| | | |
|---|---|---|
| 2.877 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 06/01/2024 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WÖHR + BAUER PROJEKT OCTAVIO GMBH & CO. KG
SEITZSTRAßE 8 A, 80538 MUNICH DISTRICT COURT FOR HRB
107697 REPRESENTED BY WÖHR + BAUER PROJEKT OCTAVIO
VERWALTUNGS GMBH, SEITZSTRASSE 8A, 80538 MUNICH,

| | | |
|---|---|---|
| 2.878 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 07/01/2024 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WOLFSBURG AG
ATTN: BOARD OF MANAGEMENT MAJOR-HIRST-STRAße 11
38442 WOLFSBURG

| | | |
|---|---|---|
| 2.879 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 07/01/2024 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WOLFSBURG AG
MAJOR-HIRSTSTRABE. 11
ATTN: REPRESENTED BY THE BOARD OF MANAGEMENT
WOLFSBURG, 38442
GERMANY

| | | |
|---|---|---|
| 2.880 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

WOODBRIDGE INOAC TECHNICAL PRODUCTS DE MÉXICO, S.A.
DE C.V.
CARR. LIBRE FEDERAL MONTERREY-MIGUEL ALEMÁN
KM. 20.5 INT. C
APODACA, NUEVO LEON, 66603
MEXICO

Debtor    Marelli Germany GmbH
_____    Case number (if known): 25-11047
Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.881** State what the contract or lease is for and the nature of the debtor's interest<br><br>LEGAL LETTER DATED: 12/05/2022<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WORZ PATENTAN- WALTE PARTG MBB<br>GABLENBERGER HAUPTSTRABE 32, 70186 STUTTGART. |
| **2.882** State what the contract or lease is for and the nature of the debtor's interest<br><br>GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | WUXI HONGRUI AUTOMOTIVE COMPONENTS CO.,LTD<br>105, QINGHONG ROAD<br>EHU TOWN<br>WUXI, JIANGSU, 214000<br>CHINA |
| **2.883** State what the contract or lease is for and the nature of the debtor's interest<br><br>LICENSE AGREEMENT DATED: 12/02/2022<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | XENOMATIX N.V<br>ROMEINSE STRAAT 6<br>RESEARCH PARK HAASRODE<br>ATTN: MR. FILIP GEUENS<br>HEVERLEE, 3001<br>BELGIUM |
| **2.884** State what the contract or lease is for and the nature of the debtor's interest<br><br>AGREEMENT FOR THE TERMINATION OF THE MASTER COOPERATION AGREEMENT DATED: 12/02/2022<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | XENOMATIX N.V<br>ESPERANTOLAAN 4<br>RESEARCH PARK HAASRODE<br>HEVERLEE, 3001<br>BELGIUM |
| **2.885** State what the contract or lease is for and the nature of the debtor's interest<br><br>AGREEMENT FOR THE TERMINATION OF THE MASTER COOPERATION AGREEMENT DATED: 12/02/2022<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | XENOMATIX N.V<br>ESPERANTOLAAN 4<br>RESEARCH PARK HAASRODE<br>HEVERLEE, 3001<br>BELGIUM |
| **2.886** State what the contract or lease is for and the nature of the debtor's interest<br><br>MASTER COOPERATION AGREEMENT DATED: 12/12/2019<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | XENOMATIX N.V.<br>SPERANTOLAAN 4<br>RESEARCH PARK HAASRODE<br>HEVERLEE, 3001<br>BELGIUM |
| **2.887** State what the contract or lease is for and the nature of the debtor's interest<br><br>STATEMENT OF WORK ("SOW") OF MASTER COOPERATION AGREEMENT DATED: 12/13/2019<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | XENOMATIX N.V. |

Debtor    Marelli Germany GmbH
         Name

Case number (if known): 25-11047

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YATHARTHA YANTRA UDYOG<br>PLOT NO:-2, IDC, HISAR ROAD, ROHTAK<br>ROHTAK, 124001<br>INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/01/2003 | YORKA SA<br>POLÍGONO INDUSTRIAL G-2 COLLSABADELL<br>RONDA DE COLLSABADELL, I-3<br>LLINARS DEL VALLÈS, BARCELONA, 08450<br>SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | YURA CORPORATION<br>CURIE STRASSE 2<br>R&D OFFICE<br>STUTTGART, 70563<br>GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 09/05/2023 | ZANDERS B.V.<br>STADSPLATEAU 33<br>UTRECHT, 3521 AZ<br>THE NETHERLANDS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHANJIANG DENI VEHICLE PARTS CO. LTD.<br>-NO.G2-Y JIN LANG WEST, ROAD<br>MAZHANG DISTRICT<br>ZHANJIANG CITY, GUANGDONG,<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZHEJIANG JIESHITAI ELECTRONICS CO.LTD<br>NINGKANG EAST ROAD, TIANCHENG INDUSTRIAL ZONE,<br>YUEQING CITY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.894 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASING GENERAL TERMS FOR EQUIPMENT DATED: 08/04/2023 | ZHEJIANG MINGXIN THERMAL EQUIPMENT CO LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Germany GmbH
         Name

Case number (if known): 25-11047

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.895** State what the contract or lease is for and the nature of the debtor's interest: GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>State the term remaining: Undetermined<br>List the contract number of any government contract | ZIXING YUEXING AUTOMOBILE PARTS MANUFACTURING CO., LTD.<br>NO.88, YINGBIN RD.<br>DONGJIANG DEVELOPMENT ZONE<br>CHENZHOU, 423403<br>CHINA |
| **2.896** State what the contract or lease is for and the nature of the debtor's interest: LETTER AGREEMENT: 01/22/2010<br>State the term remaining: Undetermined<br>List the contract number of any government contract | ZIZALA LICHTSYSTEME GMBH<br>SCHEIBBSERSTR. 17, A-3250 WIESELBURG |
| **2.897** State what the contract or lease is for and the nature of the debtor's interest: LETTER AGREEMENT: 07/29/2019<br>State the term remaining: Undetermined<br>List the contract number of any government contract | ZKW GROUP GMBH<br>ROTTENHAUSER STRASSE 8<br>WIESELBURG, A-3250<br>AUSTRIA |
| **2.898** State what the contract or lease is for and the nature of the debtor's interest: LETTER AGREEMENT: 07/31/2019<br>State the term remaining: Undetermined<br>List the contract number of any government contract | ZKW GROUP GMBH<br>ROTTENHAUSER STRASSE 8<br>WIESELBURG, A-3250<br>AUSTRIA |
| **2.899** State what the contract or lease is for and the nature of the debtor's interest: FRAMEWORK AGREEMENT ON THE AMENDMENT TO THE AUTOMOTIVE LIGHTING PURCHASING GENERAL TERMS AND CONDITIONS (2017 EDITION) DATED: 01/01/2018<br>State the term remaining: Undetermined<br>List the contract number of any government contract | ZOLLNER ELEKTRONIK AG<br>MANFRED-ZOLLNER-STR. 1<br>ZANDT, 93499<br>GERMANY |
| **2.900** State what the contract or lease is for and the nature of the debtor's interest: GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br>State the term remaining: Undetermined<br>List the contract number of any government contract | ZOLLNER ELEKTRONIK AG<br>INDUSTRIESTR. 2-14<br>ZANDT, D-93499<br>GERMANY |
| **2.901** State what the contract or lease is for and the nature of the debtor's interest: CONSIGNMENT/SAFETY STOCK AGREEMENT DATED: 05/12/2009<br>State the term remaining: Undetermined<br>List the contract number of any government contract | ZOLLNER ELOKTRONIK AG<br>INDUSTRIESTRASE 2-14 D - 93499 ZANDT |

**Fill in this information to identify the case:**

Debtor name    Marelli Germany GmbH

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11047

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

Debtor   Marelli Germany GmbH
Name

Case number (If known):   25-11047

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Germany GmbH | Case number (If known): | 25-11047 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Germany GmbH | | Case number (If known): | 25-11047 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

Debtor   Marelli Germany GmbH

Name

Case number (If known):   25-11047

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

Debtor   Marelli Germany GmbH
         Name

Case number (If known):   25-11047

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.40 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.41 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.42 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.43 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.44 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 | Marelli Sosnowiec Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Marelli Germany GmbH | Case number (If known): | 25-11047 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.51 | | | | ☐ D ☐ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Marelli Germany GmbH

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11047

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
      MM / DD / YYYY

X  /s/ Alanna Abrahamson
Signature of individual signing on behalf of debtor

Alanna Abrahamson
Printed name

Executive Vice President, Chief Financial Officer
Position or relationship to debtor