## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2]  A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3]  These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board.  The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis.  The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis.  As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards.  Upon the application of such standards, the financial information could be subject to changes, which could be material.  These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled.  The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors.  Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements.  Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements.  As a result, inadvertent errors or omissions may exist.  Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements.  In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

4. **Description of the Debtors' Chapter 11 Cases**. The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102]. On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5.  **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.  **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.  **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b.  **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c.  **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

4

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d. **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e. **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f. **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

5

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.    **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.    **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.    **Methodology**.

a.    **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.    **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.    **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.    **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]    *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.     **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.     **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g. **Language Translation**. The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h. **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i. **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities.  Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.    **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.    **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.    **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.    **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.   **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.   **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.   **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.   **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.  **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.  **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.  **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.  **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.  **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

13

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## Part 1 –  Cash and Cash Equivalents

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.**  Schedule A/B 3 lists bank account balances at net book value as of the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

## Part 2 –  Deposits and Prepayments

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –** <u>**Accounts Receivable**</u>

**Schedule A/B 11 – Accounts Receivable.** The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –** <u>**Investments**</u>

**Schedule A/B 15 – Investments.** Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –** <u>**Inventory, Excluding Agricultural Assets**</u>

a.   **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale.** Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight. Amounts are shown net of reserves and other adjustments.

b.   **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date.** The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –** <u>**Office Furniture, Fixtures, and Equipment; and Collectibles**</u>

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 –**  **Machinery, Equipment, and Vehicles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 –**  **Real Property**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 –**  **Intangibles and Intellectual Property**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 –**  **All Other Assets**

a.  **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.  **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

16

carriers and various surety bonds provided by multiple third-party sureties. The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.      **Schedule A/B 75 – Other Contingent and Unliquidated Claims**. The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a.   **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court.  The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.    **Part 2 – Creditors with Nonpriority Unsecured Claims**.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim.  In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date.  Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders.  In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order.  In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors. Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent. Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing. The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G. Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not independently set forth on Schedule G. Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G.  Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease.  Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors.  Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance.  In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G.  In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.  In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors.  In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.**  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statements**

a.  **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.  **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.  **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.    **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.    **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.    **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.    **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.    **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.    **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.    **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.  The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.    **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.    **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.    **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.    **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name     Marelli North America, Inc.

United States Bankruptcy Court for the:     District of Delaware

Case number (If known):     25-11036

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................................
   $      46,513,011.08*

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................................................
   $      960,700,108.77*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................................................
   $    1,007,213,119.85*

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................
   $      Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................
   $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................
   **+** $    802,105,453.38*

4. **Total liabilities** .............................................................................................................
   Lines 2 + 3a + 3b
   $    802,105,453.38*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name   Marelli North America, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  25-11036

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 See Attached Rider | | | $ 42,204,061.41 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1 None | | $ 0.00 |
| --- | --- | --- |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 42,204,061.41

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 GUARANTEE DEPOSITS | $ 9,669.06 |
| --- | --- |
| 7.2 | $ |

Debtor   Marelli North America, Inc.                                    Case number (if known) 25-11036

  Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 See Attached Rider | $ | 13,079,296.78 |
| 8.2 | $ | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 13,088,965.84

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐  No. Go to Part 4.

☑  Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 78,395,722.80 | — | 0.00 | = ..... → | $ | 78,395,722.80 |
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | 11,069,052.00 | — | 3,795,315.37 | = ..... → | $ | 7,273,736.63 |
| | face amount | | doubtful or uncollectible accounts | | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 85,669,459.43

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

☐  No. Go to Part 5.

☑  Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | $ | 0.00 |
| 14.2 | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                              % of ownership:

| | | | |
|---|---|---|---|
| 15.1 See Attached Rider | % | $ | Undetermined |
| 15.2 | % | $ | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | $ | 0.00 |
| 16.2 | $ | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ Undetermined

---

**\*Plus Undetermined Amounts**

Debtor    Marelli North America, Inc    Case number (if known) 25-11036
         Name

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED<br>MM / DD / YYYY | $ 81,025,080.72 | NET BOOK VALUE | $ 81,025,080.72 |
| **20. Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED<br>MM / DD / YYYY | $ 19,250,951.18 | NET BOOK VALUE | $ 19,250,951.18 |
| **21. Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED<br>MM / DD / YYYY | $ 12,309,401.27 | NET BOOK VALUE | $ 12,309,401.27 |
| **22. Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED<br>MM / DD / YYYY | $ 19,485,220.72 | NET BOOK VALUE | $ 19,485,220.72 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ 132,070,653.89

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ Undetermined  Valuation method N/A  Current value $ Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor    Marelli North America, Inc.                                    Case number (if known) 25-11036

Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                          $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                          $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Marelli North America, Inc.

Name

Case number (If known) 25-11036

---

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐   No. Go to Part 9.

☑   Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 LEASED VEHICLES | $          157,252.76 | NET BOOK VALUE | $          157,252.76 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $          0.00 |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $          0.00 |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $   101,301,462.05 | | $   101,301,462.05 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $          101,458,714.81 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐   No

☑   Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑   No

☐   Yes

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  46,513,011.08* | | $  46,513,011.08* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $  46,513,011.08*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $  Undetermined | | $  Undetermined |
| 61. **Internet domain names and websites**<br>None | $ | | $  0.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $ | | $  0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>CUSTOMER LISTS | $  Undetermined | N/A | $  Undetermined |
| 64. **Other intangibles, or intellectual property**<br>None | $ | | $  0.00 |
| 65. **Goodwill**<br>GOODWILL | $  Undetermined | N/A | $  Undetermined |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $  Undetermined

**\*Plus Undetermined Amounts**

Debtor    Marelli North America, Inc.                                    Case number (if known) 25-11036
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

    Description (include name of obligor)

    None _____   _____ — _____ = → $ _____ 0.00

                  Total Face Amount   Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

| See Attached Rider | Tax Year _____ | $ | Undetermined |
|---|---|---|---|
| | Tax Year _____ | $ | |
| | Tax Year _____ | $ | |

73. **Interests in insurance policies or annuities**

| See Attached Rider | | $ | Undetermined |
|---|---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    None _____   $ _____ 0.00

    **Nature of Claim** _____

    **Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    None _____   $ _____ 0.00

    **Nature of Claim** _____

    **Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

    None _____   $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 586,208,253.39 |
|---|---|---|
| | $ | |

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    $ 586,208,253.39*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

*Plus Undetermined Amounts

| Debtor | Marelli North America, Inc. | Case number (If known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $    42,204,061.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $    13,088,965.84 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $    85,669,459.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $    Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $    132,070,653.89 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $    0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $    0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $    101,458,714.81 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................ → | | $46,513,011.08* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $    Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $    586,208,253.39* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $    960,700,108.77* | + 91b. $46,513,011.08* |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................................................ | | $ 1,007,213,119.85* |

**\*Plus Undetermined Amounts**

Debtor Name:  Marelli North America, Inc.                                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIZENS BANK | OPERATING ACCOUNT | **4841 | $1,000.00 |
| JP MORGAN CHASE BANK | CASH POOLING - HEADER ACCOUNT | **9832 | $634,383.52 |
| JP MORGAN CHASE BANK | CASH POOLING - OPERATING ACCOUNT | **1475 | $237,265.65 |
| JP MORGAN CHASE BANK | CASH POOLING - OPERATING ACCOUNT | **1483 | $32,479,535.39 |
| JP MORGAN CHASE BANK | CASH POOLING - OPERATING ACCOUNT | **9548 | $0.00 |
| JP MORGAN CHASE BANK | OPERATING ACCOUNT | **6979 | $136,438.43 |
| JP MORGAN CHASE BANK | OPERATING ACCOUNT | **7214 | $0.00 |
| JP MORGAN CHASE BANK | OPERATING ACCOUNT | **7222 | $185,520.54 |
| JP MORGAN CHASE BANK | OPERATING ACCOUNT | **7477 | $2,216,462.48 |
| MIZUHO BANK | OPERATING ACCOUNT | **4505 | $0.00 |
| MIZUHO BANK | OPERATING ACCOUNT | **4511 | $0.00 |
| MIZUHO BANK | OPERATING ACCOUNT | **9271 | $6,105,132.81 |
| MIZUHO BANK | OPERATING ACCOUNT | **9297 | $0.00 |
| PNC | OPERATING ACCOUNT | **0914 | $208,322.59 |
|  | **TOTAL** |  | **$42,204,061.41** |

Debtor Name:  Marelli North America, Inc.                                                          Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES | $27,053.68 |
| ADVANCES TO SUPPLIERS FOR TOOLING | $9,700,243.39 |
| COMMERCIAL AND OTHER PREPAID EXPENSES | $3,351,999.71 |
| **TOTAL** | **$13,079,296.78** |

Debtor Name:  Marelli North America, Inc.

Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| CK TRADING DE MÉXICO, S. DE R.L. DE C.V. | 99.99 | N/A | Undetermined |
| MARELLI HOLDING USA LLC | 100 | N/A | Undetermined |
| MARELLI MEXICANA, S.A. DE C.V. | 99.999 | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli North America, Inc.                                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| OWNED ASSETS | $8,926,215.88 | NET BOOK VALUE | $8,926,215.88 |
| OWNED INDUSTRIAL EQUIPMENT | $17,989,283.38 | NET BOOK VALUE | $17,989,283.38 |
| OWNED PLANT AND MACHINERY | $73,939,054.47 | NET BOOK VALUE | $73,939,054.47 |
| RENTED/LEASED ASSETS | $365,021.14 | NET BOOK VALUE | $365,021.14 |
| RENTED/LEASED PLANT AND MACHINERY | $81,887.18 | NET BOOK VALUE | $81,887.18 |
| | | **TOTAL** | **$101,301,462.05** |

Debtor Name:  Marelli North America, Inc.                                                                          Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $28,541,465.39 | NET BOOK VALUE | $28,541,465.39 |
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $16,925,806.12 | NET BOOK VALUE | $16,925,806.12 |
| VARIOUS | OWNED LAND | $1,045,739.57 | NET BOOK VALUE | $1,045,739.57 |
| SHELBYVILLE PLANT 1, 305 STANLEY BLVD, SHELBYVILLE, 37160, USA | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SHELBYVILLE PLANT 2, ONE CALSONIC WAY, SHELBYVILLE, 37160, USA | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| LEWISBURG PLANT & DC, 201/633 GARRETT PKWY, LEWISBURG, 37091, USA | OWNED/RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| BOWLING GREEN PLANT, 2371 WOODSTREAM DRIVE, BOWLING GREEN, 43402, USA | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| NISSAN CANTON PLANT - ON/IN SITE, 300 NISSAN DRIVE, CANTON, 39046, USA | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| NISSAN SMYRNA PLANT - ON/IN SITE, 983 NISSAN DRIVE, SMYRNA, 37167, USA | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SOUTHFIELD OFFICE & ENG, 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, 48033, USA | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | TOTAL | $46,513,011.08 + Undetermined Amounts |

Debtor Name:  Marelli North America, Inc.                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. CN202080036634 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN202111497881 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/290,878 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/297,781 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/591,793 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/591,825 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/614,316 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 15/694,746 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/185,919 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/414,967 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| PATENT NO. US 16/567,018 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| TRADEMARK (CANADA): TRANSLUCENT SKIN | Undetermined | N/A | Undetermined |
| TRADEMARK (INTERNATIONAL REGISTER): TRANSLUCENT SKIN | Undetermined | N/A | Undetermined |
| TRADEMARK (SOUTH KOREA): TRANSLUCENT SKIN | Undetermined | N/A | Undetermined |
| TRADEMARK (UNITED STATES): TRANSLUCENT SKIN | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli North America, Inc.                                                Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | Tax year | Current value of debtor's interest |
|---|---|---|
| VARIOUS TAX ATTRIBUTES (FEDERAL NET OPERATING LOSSES - APPROX. $26.97 MILLION) | VARIOUS | |
| VARIOUS TAX ATTRIBUTES (163(J) CARRYFORWARDS - APPROX. $15.3 MILLION) | VARIOUS | |
| VARIOUS TAX CREDITS (APPROX. $26 MILLION) | VARIOUS | |
| VARIOUS TAX ATTRIBUTES | VARIOUS | Undetermined |
| | **TOTAL** | + Undetermined Amounts |

Debtor Name:  Marelli North America, Inc.                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                      Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                                Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                          Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                   Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli North America, Inc.                                                                    Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli North America, Inc.                                                                 Case Number:  25-11036

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| FINANCIAL RECEIVABLES | $7,823,619.34 |
| INTERCOMPANY RECEIVABLE FROM CK TRADING DE MÉXICO, S. DE R.L. DE C.V. | $200,465,739.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI (CHINA) CO., LTD | $676,045.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI (XIANG YANG) CORPORATION | $252,227.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE COMPONENTS (GUANGZHOU) CORPORATION | $881,394.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. | $39,416.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. | $670,719.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE SYSTEMS UK LIMITED | $308,168.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI BARCELONA ESPANA S.A.U. | $6,268.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V. | $6,440,513.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI HOLDINGS CO., LTD. | $58,292,922.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI KECHNEC SLOVAKIA S.R.O. | $14,767.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI NORTH CAROLINA USA LLC | $100,218.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI PLOIESTI ROMANIA S.R.L. | $1,463.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. | $3,805,446.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TENNESSEE USA LLC | $145,261,019.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. | $158,501,790.00 |
| INTERCOMPANY RECEIVABLE FROM SIAM CALSONIC CO., LIMITED | $45,596.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $211,153.72 |
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $2,409,770.33 |
| **TOTAL** | **$586,208,253.39** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli North America, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11036 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
ATCO INDUSTRIES, LLC N/K/A VAYAN GROUP, LLC

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined          $ _____ Undetermined

**Creditor's mailing address**
C/O BROWN BORKOWSKI & MORROW
ATTN: MARY A MAHONEY & SARA GORMAN RAJAN
37887 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MI 48331

**Describe the lien**
UCC FINANCING STATEMENT NO. 25-212248-CB  DATED 01/22/2025

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**          UNDETERMINED

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
BEVERLY BANK & TRUST COMPANY, N.A.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined          $ _____ Undetermined

**Creditor's mailing address**
2050 MAIN STREET SUITE 230
IRVINE, CA 92614

**Describe the lien**
UCC FINANCING STATEMENT NO. 441211766  DATED 12/05/2024

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**          UNDETERMINED

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ _____

Debtor    Marelli North America, Inc.                                  Case number (If known):   25-11036
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
C T CORPORATION SYSTEM, AS REPRESENTATIVE

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$    Undetermined    $    Undetermined

**Creditor's mailing address**

40600 ANN ARBOR RD #201
PLYMOUTH, MI 48170

**Describe the lien**
UCC FINANCING STATEMENT NO. 435522083  DATED 10/26/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**
DELL FINANCIAL SERVICES L.L.C.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$    Undetermined    $    Undetermined

**Creditor's mailing address**

MAIL STOP-PS2DF-23 ONE DELL WAY
ROUND ROCK, TX 78682

**Describe the lien**
UCC FINANCING STATEMENT NO. 435770002  DATED 12/14/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Marelli North America, Inc.

Name

Case number (If known):   25-11036

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of Claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.5** **Creditor's name**

ENGEL MACHINERY, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Describe the lien**

UCC FINANCING STATEMENT NO. 435503042  DATED 10/25/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**

ENGEL MACHINERY, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Describe the lien**

UCC FINANCING STATEMENT NO. 435503058  DATED 10/25/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Marelli North America, Inc.                                    Case number (If known):  25-11036
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7** **Creditor's name**

ENGEL MACHINERY, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Describe the lien**
UCC FINANCING STATEMENT NO. 435656508  DATED 11/22/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.8** **Creditor's name**

ENGEL MACHINERY, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Describe the lien**
UCC FINANCING STATEMENT NO. 435656513  DATED 11/22/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Marelli North America, Inc. | Case number (If known): | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

ENGEL MACHINERY, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined $ ___ Undetermined

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Describe the lien**

UCC FINANCING STATEMENT NO. 435680118  DATED 11/29/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

ENGEL MACHINERY, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined $ ___ Undetermined

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Describe the lien**

UCC FINANCING STATEMENT NO. 435808232  DATED 12/20/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli North America, Inc.                                    Case number (If known):    25-11036
_____
        Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.11**  **Creditor's name**

ENGEL MACHINERY, INC.

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Creditor's email address, if known**

**Date debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Describe the lien**
UCC FINANCING STATEMENT NO. 435808248  DATED 12/20/2021

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.12**  **Creditor's name**

ENGEL MACHINERY, INC.

**Creditor's mailing address**

3740 BOARD ROAD
YORK, PA 17406

**Creditor's email address, if known**

**Date debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Describe the lien**
UCC FINANCING STATEMENT NO. 437768646  DATED 12/21/2022

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli North America, Inc.
          Name                                          Case number (If known):  25-11036

| Part 1: | Additional Page | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.13** | **Creditor's name**

FUYO GENERAL LEASE (USA) INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined $ ____ Undetermined

**Creditor's mailing address**

733 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10017

**Describe the lien**

UCC FINANCING STATEMENT NO. 427761650  DATED 11/06/2017

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.14** | **Creditor's name**

FUYO GENERAL LEASE (USA) INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined $ ____ Undetermined

**Creditor's mailing address**

733 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10017

**Describe the lien**

UCC FINANCING STATEMENT NO. 433439264  DATED 10/09/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Marelli North America, Inc.
          Name

Case number (If known):   25-11036

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.15**

**Creditor's name**
FUYO GENERAL LEASE (USA) INC.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

733 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10017

**Describe the lien**
UCC FINANCING STATEMENT NO. 434153797  DATED 03/05/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.16**

**Creditor's name**
FUYO GENERAL LEASE (USA) INC.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

733 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10017

**Describe the lien**
UCC FINANCING STATEMENT NO. 434344750  DATED 04/07/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Marelli North America, Inc.
　　　　　　　Name

Case number (If known):   25-11036

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.17**

**Creditor's name**
FUYO GENERAL LEASE (USA) INC.

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

733 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10017

**Describe the lien**
UCC FINANCING STATEMENT NO. 434547663  DATED 05/07/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

　　☐ Yes. The relative priority of creditors is specified on lines

---

**2.18**

**Creditor's name**
KROLL TRUSTEE SERVICES LIMITED

**Describe debtor's property that is subject to a lien**
SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

3 LONDON BRIDGE STREET, THE NEWS
BUILDING LEVEL 6
LONDON, SE1 9SG
UNITED KINGDOM

**Describe the lien**
UCC FINANCING STATEMENT NO. 436268863  DATED 03/18/2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

　　☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Marelli North America, Inc.
     Name

Case number (If known):   25-11036

---

| Part 1: | Additional Page | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.19**

**Creditor's name**

MB FINANCIAL BANK, N.A.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

6111 N RIVER RD
ROSEMONT, IL 60018

**Describe the lien**

UCC FINANCING STATEMENT NO. 424572899  DATED 02/23/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.20**

**Creditor's name**

MB FINANCIAL BANK, N.A.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

6111 N RIVER RD
ROSEMONT, IL 60018

**Describe the lien**

UCC FINANCING STATEMENT NO. 424574906  DATED 02/23/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Marelli North America, Inc.

Name                                                          Case number (If known):    25-11036

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.21**    **Creditor's name**

MIZUHO BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**

GUARANTOR OF EMERGENCY LOAN FACILITY

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.22**    **Creditor's name**

MIZUHO BANK, LTD.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**

GUARANTOR OF SENIOR FINANCING AGREEMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Marelli North America, Inc.
      Name

Case number (If known):   25-11036

| **Part 1:** | **Additional Page** | | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.23**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$     Undetermined  $     Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 424572520  DATED 02/23/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.24**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$     Undetermined  $     Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 424572751  DATED 02/23/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Marelli North America, Inc.                    Case number (If known): 25-11036
        Name

| Part 1: | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.25**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined $ ___ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 424572830  DATED 02/23/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.26**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined $ ___ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 424572908  DATED 02/23/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli North America, Inc.
      Name

Case number (If known):   25-11036

---

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.27**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 424575074  DATED 02/23/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.28**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 424848621  DATED 04/15/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli North America, Inc.

Case number (If known):   25-11036

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of Claim** | **Value of collateral** |
| | | | Do not deduct the value | that supports this |
| | | | of collateral. | claim |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.29** **Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 425734629  DATED 10/03/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.30** **Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined $ _____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 425734664  DATED 10/03/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli North America, Inc.

Case number (If known):    25-11036

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** | **Value of collateral** |
| | | Do not deduct the value | **that supports this** |
| | | of collateral. | **claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.31** | **Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$    Undetermined  $    Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 425734683  DATED 10/03/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.32** | **Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$    Undetermined  $    Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 432713210  DATED 06/19/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Marelli North America, Inc.                                            Case number (If known):   25-11036
     Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

| | | **Amount of Claim** | **Value of collateral** |
|---|---|---|---|
| **Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.** | | Do not deduct the value of collateral. | that supports this claim |

**2.33**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 432713227  DATED 06/19/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.34**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 432939917  DATED 07/17/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Marelli North America, Inc.
          Name                                          Case number (If known):  25-11036

| Part 1: | Additional Page | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.35**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**
UCC FINANCING STATEMENT NO. 433094208  DATED 08/10/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.36**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**
UCC FINANCING STATEMENT NO. 433729599  DATED 12/09/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Marelli North America, Inc.
      Name

Case number (If known):   25-11036

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.37**

**Creditor's name**

PACIFIC RIM CAPITAL, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**

525 TECHNOLOGY DR SUITE 400
IRVINE, CA 92618

**Describe the lien**

UCC FINANCING STATEMENT NO. 439048523  DATED 09/07/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.38**

**Creditor's name**

PROPER TOOLING LLC; ET AL

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ____ Undetermined   $ ____ Undetermined

**Creditor's mailing address**

13870 E 11 MILE ROAD
WARREN, MI 48089

**Describe the lien**

UCC FINANCING STATEMENT NO. 20211025000820-9  DATED 10/22/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   Marelli North America, Inc.
Name

Case number (If known):   25-11036

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.39**

**Creditor's name**

PROPER TOOLING, LLC & PROPER GROUP INTERNATIONAL, LLC

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**

13870 E 11 MILE ROAD
WARREN, MI 48089

**Describe the lien**

UCC FINANCING STATEMENT NO. 435640881  DATED 11/17/2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.40**

**Creditor's name**

SUMMIT FUNDING GROUP, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ ___ Undetermined  $ ___ Undetermined

**Creditor's mailing address**

4680 PARKWAY DRIVE, STE 300
MASON, OH 45040

**Describe the lien**

UCC FINANCING STATEMENT NO. 432700186  DATED 06/18/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor  Marelli North America, Inc.
Name

Case number (If known):  25-11036

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.41**

**Creditor's name**

SUMMIT FUNDING GROUP, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

4680 PARKWAY DRIVE, STE 300
MASON, OH 45040

**Describe the lien**

UCC FINANCING STATEMENT NO. 433436526  DATED 10/09/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.42**

**Creditor's name**

SUMMIT FUNDING GROUP, INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

4680 PARKWAY DRIVE, STE 300
MASON, OH 45040

**Describe the lien**

UCC FINANCING STATEMENT NO. 433715169  DATED 12/07/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Marelli North America, Inc.
      Name

Case number (If known):   25-11036

| **Part 1:** | **Additional Page** | **Column A** **Amount of Claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.43**

**Creditor's name**

TOKYO CENTURY (USA) INC.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

2500 WESTCHESTER AVENUE SUITE 310
PURCHASE, NY 10577

**Describe the lien**

UCC FINANCING STATEMENT NO. 425249431  DATED 06/28/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.44**

**Creditor's name**

WELLS FARGO BANK, N.A.

**Describe debtor's property that is subject to a lien**

SEE NOTES ON SCHEDULE D

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

800 WALNUT STREET F0005-044, DES MOINES, IA 50309

**Describe the lien**

UCC FINANCING STATEMENT NO. 439363806  DATED 11/14/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Marelli North America, Inc. | Case number (If known): | 25-11036 |
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2.    21 | |
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2.    22 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

**Fill in this information to identify the case:**

Debtor  Marelli North America, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number 25-11036
(If known)

☐ Check if this is an
 amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

 ☑ No. Go to Part 2.
 ☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ | $ |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ | $ |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $ | $ |
| **Date or dates debt was incurred** | | | |
| **Last 4 digits of account number** **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?** ☐ No ☐ Yes | | |

| Debtor | Marelli North America Inc. | Case number (if known) | 25-11034 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

**3.1** | **Nonpriority creditor's name and mailing address**
(AIP) OHIO TRANSMISSION
PO BOX 73278
44193
CLEVELAND
OH
US - UNITED STATES
CLEVELAND, 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 5,225.92

---

**3.2** | **Nonpriority creditor's name and mailing address**
123.NET
24700 NORTHWESTERN HWY, SUITE 700
48075
SOUTHFIELD,
MI
US - UNITED STATES
SOUTHFIELD,, 48075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 750.19

---

**3.3** | **Nonpriority creditor's name and mailing address**
3M MEXICO SA DE CV
AV. SANTA FE 190 COL. SANTA FE
01210
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 248,645.96

---

**3.4** | **Nonpriority creditor's name and mailing address**
43 FABRICATION LLC
819 ARDMORE HIGHWAY
38488
TAFT
TN
US - UNITED STATES
TAFT, 38488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 23,415.87

---

**3.5** | **Nonpriority creditor's name and mailing address**
A V GAUGE & FIXTURE  INC.
1201 DEATSVILLE ROAD
40013
COX'S CREEK
KY
US - UNITED STATES
COX'S CREEK, 40013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 1,630.00

---

**3.6** | **Nonpriority creditor's name and mailing address**
ABC TECHNOLOGIES CALIFORNIA LL
688 SANDOVAL WAY, HAYWARD
94544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 133,446.98

---

| Part 2: | Additional Page | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23,593.70

ABC TECHNOLOGIES INC.
400 ABC BLVD.
37066
GALLATIN
TN
US - UNITED STATES
GALLATIN, 37066

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,262.00

ACCESS MICHIGAN LLC
23400 COMMERCE DR
48335 - FARMINGTON HILLS
MI
US - UNITED STATES
FARMINGTON HILLS, 48335

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 197,358.00

ACTIVE INDUSTRIAL SOLUTIONS
660 BAXTER LANE
37398
WINCHESTER
TN
US - UNITED STATES
WINCHESTER, 37398

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,850.08

ACTIVE PROGRAMMING SERVICES
23 RUE LOUIS BRAILLE, PARC DES OLIVIERS, BOURGOIN JALLIEU
38300
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,500.00

ACURRIDE INTERNATIONAL
CIRCUITO NORTE 6 PARQUE INDUSTRIAL
21395 - MEXICALI
BAJA CALIFORNIA
MX - MEXICO
MEXICALI, 21395
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.12 Nonpriority creditor's name and mailing address

ADAMS LAWN SERVICE & LANDSCAPING INC.
1427 HWY 130 WEST
37160
SHELBYVILLE
TN
US - UNITED STATES
SHELBYVILLE, 37160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,801.00

### 3.13 Nonpriority creditor's name and mailing address

ADP LLC
PO BOX 842875
02284-2875
BOSTON
MA
US - UNITED STATES
BOSTON, 02284-2875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,841.10

### 3.14 Nonpriority creditor's name and mailing address

ADVANCED COMPOSITES INC
3066 SIDCO DRIVE
NASHVILLE, TN 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 237,670.05

### 3.15 Nonpriority creditor's name and mailing address

ADVANCED CONTROL SOLUTIONS INC
1400 WILLIAMS DRIVE
30066
MARIETTA
GA
US - UNITED STATES
MARIETTA, 30066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,961.75

### 3.16 Nonpriority creditor's name and mailing address

ADVANCED DISTRIBUTION TECHNOLOGIES INC.
P.O. BOX 434
30180
VILLA RICA
GA
US - UNITED STATES
VILLA RICA, 30180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,072.00

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

ADVANCED TOOLING SOLUTIONS INC
747 INDUSTRIAL DRIVE
37083
LAFAYETTE
TN
US - UNITED STATES
LAFAYETTE, 37083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,584.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

ADVANTAGE ENGINEERING
2461 Reliable Parkway
60686-0024 - Chicago
IL
US - UNITED STATES
Chicago, 60686-0024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,856.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

AGOL WORLDWIDE INC
6100 BLUE LAGOON DR SUITE 455
33126 - Miami
Florida
US - UNITED STATES
Miami, 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,495.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

AIR TECHNOLOGIES
11771 BELDEN COURT
48150
LIVONIA
MI
US - UNITED STATES
LIVONIA, 48150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,951.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

AIRGAS GREAT LAKES
PO BOX 734445
60673 - CHICAGO
IL
US - UNITED STATES
CHICAGO, 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 250.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22**

**Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
411 W.COLLEGE ST.
37130
MURFREESBORO
TN
US - UNITED STATES
MURFREESBORO, 37130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,385.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

ALABAMA CUTTING TECHNOLOGIES INC DBA KINKELDER USA SOUTH
4929 MARLIN DRIVE
61115
MACHESNEY PARK
IL
US - UNITED STATES
MACHESNEY PARK, 61115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,548.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**

ALLIED ELECTRONICS
4975 BRADFORD DR.
SUITE 300
35805
HUNTSVILLE
AL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,505.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**

ALLIED SECURITY INC
2840 LIBRARY ROAD
15234-2621
PITTSBURGA
PA
US - UNITED STATES
PITTSBURGA, 15234-2621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 81,525.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**

ALPHA ASSEMBLY SOLUTIONS INC
4100 SIXTH AVENUE,ALTOONA,PA
16602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 28,329.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27**

**Nonpriority creditor's name and mailing address**

ALPHA INDUSTRY QUERETARO SA CV
CIRCUITO EL MARQUES SUR 16 PARQUE INDUSTRIAL EL MARQUES
76246
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 949,202.48

---

**3.28**

**Nonpriority creditor's name and mailing address**

ALPHAMETAL MEXICO SA DE CV
CALLE MUNICIPIO DE TEPEZALA 112, VALLE DE AGUASCALIENTES,
SAN FRANCISCO DE LOS ROMO
20358
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 135,957.24

---

**3.29**

**Nonpriority creditor's name and mailing address**

ALPHAST AMERICA INC
5777 W Century Blvd Ste 1250
90045 - Los Angeles
CA
US - UNITED STATES
Los Angeles, 90045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 67,579.17

---

**3.30**

**Nonpriority creditor's name and mailing address**

ALPS ALPINE NORTH AMERICA INC.
3151 JAY STREET, SUITE 101, SANTA CLARA
95054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 240,926.75

---

**3.31**

**Nonpriority creditor's name and mailing address**

ALPS ALPINE NORTH AMERICA, INC.
1500 ATLANTIC BOULEVARD
48326
AUBURN HILLS
MI
US - UNITED STATES
AUBURN HILLS, 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 462,896.56

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 41,896.80 |
|---|---|---|---|

ALTAIR ENGINEERING INC.
1820 EAST BIG BEAVER ROAD
48083-2031
TROY
MI
US - UNITED STATES
TROY, 48083-2031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39,900.00 |
|---|---|---|---|

ALTAIR ENGINEERING, INC.
1820 E. Big Beaver Rd.
48083 - Troy
MI
US - UNITED STATES
Troy, 48083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 57,528.93 |
|---|---|---|---|

AMANDA MANUFACTURING
P.O. BOX 1027
43138
LOGAN
OHIO
US - UNITED STATES
LOGAN, 43138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,180.03 |
|---|---|---|---|

AMAZON WEB SERVICES, INC.
PO BOX 84023
98124-8423 - SEATTLE
WA
US - UNITED STATES
SEATTLE, 98124-8423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,814.72 |
|---|---|---|---|

AMCOL CORPORATION
21435 DEQUINDRE
48030
HAZEL PARK
MI
US - UNITED STATES
HAZEL PARK, 48030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr>
<td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td>
<td>Amount of claim</td>
</tr>
<tr>
<td>3.37</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
AMERICAN & EFIRD LLC<br>
22 AMERICAN STREET PO BOX 507, MOUNT HOLLY 28120<br><br>
<b>Date or dates debt was incurred</b><br><br>
<b>Last 4 digits of account number</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b>  TRADE PAYABLE<br><br>
<b>Is the claim subject to offset?</b><br>
☒ No<br>
☐ Yes
</td>
<td>$     3,293.67</td>
</tr>
<tr>
<td>3.38</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
AMERICAN MITSUBA CME CORP<br>
41651 WEST 11 MILE RD NOV,MI 48375<br><br>
<b>Date or dates debt was incurred</b><br><br>
<b>Last 4 digits of account number</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b>  TRADE PAYABLE<br><br>
<b>Is the claim subject to offset?</b><br>
☒ No<br>
☐ Yes
</td>
<td>$     161,293.89</td>
</tr>
<tr>
<td>3.39</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
AMERICAN MITSUBA CME CORP<br>
2945 THREE LEAVES DRIVE<br>
48858<br>
MOUNT PLEASANT<br>
MI<br>
US - UNITED STATES<br>
MOUNT PLEASANT, 48858<br><br>
<b>Date or dates debt was incurred</b><br><br>
<b>Last 4 digits of account number</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b>  TRADE PAYABLE<br><br>
<b>Is the claim subject to offset?</b><br>
☒ No<br>
☐ Yes
</td>
<td>$     522,256.16</td>
</tr>
<tr>
<td>3.40</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
ANALOG DEVICES INTERNATIONAL U<br>
RAHEEN BUSSINES PARK<br>
RT99<br>
IRELAND (EIRE)<br><br>
<b>Date or dates debt was incurred</b><br><br>
<b>Last 4 digits of account number</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b>  TRADE PAYABLE<br><br>
<b>Is the claim subject to offset?</b><br>
☒ No<br>
☐ Yes
</td>
<td>$     120,424.20</td>
</tr>
<tr>
<td>3.41</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
AON CONSULTING, INC.<br>
29695 NETWORK PLACE<br>
60673 - CHICAGO<br>
IL<br>
US - UNITED STATES<br>
CHICAGO, 60673<br><br>
<b>Date or dates debt was incurred</b><br><br>
<b>Last 4 digits of account number</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b>  TRADE PAYABLE<br><br>
<b>Is the claim subject to offset?</b><br>
☒ No<br>
☐ Yes
</td>
<td>$     53,214.09</td>
</tr>
</table>

| Debtor | Marelli North America, Inc. | | Case number (if known) | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 4,154.77 |
|---|---|---|---|

APPLIED INDUSTRIAL
1523 SARAH COURT
37129
MURFREESBORO
TN
US - UNITED STATES
MURFREESBORO, 37129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 525.00 |
|---|---|---|---|

APPLIED TECHNICAL SERVICES INC
1049 TRIAD COURT
30062
MARIETTA
GA
US - UNITED STATES
MARIETTA, 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 29,468.00 |
|---|---|---|---|

APTO, LLC
2701 TROY CENTER DRIVE
SUITE 430
48084 - TROY
MI
US - UNITED STATES
TROY, 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 690.33 |
|---|---|---|---|

ARBON EQUIPMENT CORP.
25464 NETWORK PLACE
60673-1254
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60673-1254

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 4,585.00 |
|---|---|---|---|

ARMADA RUBBER MFG. CO
24586 ARMADA RIDGE ROAD ARMADA MICHIGAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | | Case number (if known) | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.47** **Nonpriority creditor's name and mailing address**

ARNECOM SA DE CV
ROMULO GARZA 300 TACUBA SAN NICOLAS DE LOS GARZA
66470
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,690,085.47

---

**3.48** **Nonpriority creditor's name and mailing address**

ARNOLD VENDING COMPANY INC.
646 Miami St.
44883 - Tiffin
Ohio
US - UNITED STATES
Tiffin, 44883

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

**3.49** **Nonpriority creditor's name and mailing address**

ARTICULOS DE BAKELITA SA
MAR ARAFURA 35 COL POPOTA MEXICO, DF
11400
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,852.90

---

**3.50** **Nonpriority creditor's name and mailing address**

ARVIN SANGO
PO BOX 859
47250
MADISON
IN
US - UNITED STATES
MADISON, 47250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,166,857.03

---

**3.51** **Nonpriority creditor's name and mailing address**

ARVIN SANGO  INC.
2949 WILSON AVENUE
47250
MADISON
IN
US - UNITED STATES
MADISON, 47250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 451,934.32

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 33,543.60 |
|---|---|---|---|
| | ASAHI KASEI PLASTICS MEXICO SA <br> BLVD. BERNARDO QUINTANA 300 DEP. 9 <br> COL. CENTRO SUR <br> QUERETARO, QUERETARO 76090 <br> MEXICO | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 38,576.10 |
|---|---|---|---|
| | ASAHI KASEI PLASTICS NORTH AMERICA INC <br> ONE THERMOFIL WAY <br> 48836 <br> FOWLERVILLE <br> MIS <br> US - UNITED STATES <br> FOWLERVILLE, 48836 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 125,167.08 |
|---|---|---|---|
| | ASCEND <br> P.O BOX 846301 <br> 75284 <br> DALLAS <br> TX <br> US - UNITED STATES <br> DALLAS, 75284 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 1,069,914.60 |
|---|---|---|---|
| | ASCEND PERFORMANCE MATERIALS <br> 1010 TRAVIS STREET SUITE 900 <br> 77002 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 970.68 |
|---|---|---|---|
| | ASSEMBLE-RITE LIMITED. <br> 2755 LAUZON PARKWAY <br> N8T 3H5 - WINDSOR <br> ONTARIO <br> CA - CANADA <br> WINDSOR, N8T 3H5 <br> CANADA | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:**  TRADE PAYABLE | |
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57** **Nonpriority creditor's name and mailing address**

ASSOCIATED PACKAGING
P.O. BOX 306068
37230-6068
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37230-6068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,201.65

**3.58** **Nonpriority creditor's name and mailing address**

ASTRA CANYON GROUP LLC.
6021 E. GRANT ROAD
85712
TUCSON
AZ
US - UNITED STATES
TUCSON, 85712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,297.50

**3.59** **Nonpriority creditor's name and mailing address**

AUKMED INC.
5060 SW PHILOMATH BLVD #313
97333
CORVALLIS
OR
US - UNITED STATES
CORVALLIS, 97333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 156.00

**3.60** **Nonpriority creditor's name and mailing address**

AUTODESK, INC.
111 MCINNIS PARKWAY
94903
SAN RAFAEL
CA
US - UNITED STATES
SAN RAFAEL, 94903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34,812.51

**3.61** **Nonpriority creditor's name and mailing address**

AUTOMAQ IASI SA DE CV
C. BAHAMAS Ñ235, BARLOVENTO AGUASCALIENTES
20286
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,646.11

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

AUTOMATIC SPRING PRODUCTS CORP
803 TAYLOR AVENUE
49417
GRAND HAVEN
MI
US - UNITED STATES
GRAND HAVEN, 49417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                8,451.58

---

**3.63** | **Nonpriority creditor's name and mailing address**

AV GAUGE & FIXTURE SOUTH
1201 PEATSVILLE ROAD
40013
COX'S CREEK
KY
US - UNITED STATES
COX'S CREEK, 40013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,244.50

---

**3.64** | **Nonpriority creditor's name and mailing address**

AVK INDUSTRIAL PRODUCTS
25323 RYE CANYON ROAD
91355
VALENCIA
CA
US - UNITED STATES
VALENCIA, 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                76,452.00

---

**3.65** | **Nonpriority creditor's name and mailing address**

AVNET ELECTRONICS MARKETING
60 SOUTH MCKEMY ROAD CHANDLER AZ
85226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                31,832.78

---

**3.66** | **Nonpriority creditor's name and mailing address**

AVNET EUROPE BV
DE KLEETLAAN 3, DIEGEM
1831
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                24,797.28

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67** | **Nonpriority creditor's name and mailing address**

AVNET EUROPE BV
DE KLEETLAAN 3, DIEGEM
1831
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                127,416.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

BALANCE TECHNOLOGY
LOCKBOX 1182105823, DEPT #74301
PO BOX 67000
48267-0743
DETROIT
MI
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,290.18

---

**3.69** | **Nonpriority creditor's name and mailing address**

BAND IT IDEX INC
4799 DAHLIA ST
DENVER, CO 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                166,789.69

---

**3.70** | **Nonpriority creditor's name and mailing address**

BASF MOBILE EMISSIONS CATALYST
100 PARK AVE FLRHAM
07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              6,555,790.43

---

**3.71** | **Nonpriority creditor's name and mailing address**

BAXTER REHMANN, LLC
1109 LAWRENCE AVE
37204 - NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                166,668.00

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

BDO USA, P.C.
2600 W. Big Beaver Road
Suite 600
48084 - Troy
MI
US - UNITED STATES
Troy, 48084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    11,814.00

**3.73** **Nonpriority creditor's name and mailing address**

BEECHGLEN
4224 HARRISON AVENUE
45211
CINCINNATI
OH
US - UNITED STATES
CINCINNATI, 45211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,560.00

**3.74** **Nonpriority creditor's name and mailing address**

BOIS TECH LMTD
UNIT 803C, 8F, NEW MANDARIN PLAZA TOWER, B.14 SCIENCE
MUSEUM ROAD, TSIM SHA TSUI E.
999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    228,007.64

**3.75** **Nonpriority creditor's name and mailing address**

BOLLHOFF INC
2705 MARION DRIVE
KENDALVILLE, IN 46755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    347,550.08

**3.76** **Nonpriority creditor's name and mailing address**

BOLLHOFF SA DE CV
AV DE LAS FUENTES 106 NAVE 10 Y 11 PARQUE INDUSTRIAL FINSA, EL
MARQUES
76246
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    115,703.49

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.77** **Nonpriority creditor's name and mailing address**

BONTECK PRECISION CO. LTD.
N0.109, CHANGPING XINFU RD, 5 3568, CHANGPING TOWN
523568
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,039.84

---

**3.78** **Nonpriority creditor's name and mailing address**

BRAZEWAY  INC.
310 BILL BRYAN BOULEVARD
42240
HOPKINSVILLE
KY
US - UNITED STATES
HOPKINSVILLE, 42240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,809.60

---

**3.79** **Nonpriority creditor's name and mailing address**

BRENNAN EQUIPMENT SERVICES.
6940 HALL STREET
43528
HOLLAND
OHIO
US - UNITED STATES
HOLLAND, 43528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,225.00

---

**3.80** **Nonpriority creditor's name and mailing address**

BRYANT SALES
255 INLAND CIRCLE
30263
NEWNAN
GA
US - UNITED STATES
NEWNAN, 30263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 63,944.00

---

**3.81** **Nonpriority creditor's name and mailing address**

C & E SALES
677 CONGRESS PARK DRIVE
45475
DAYTON
OH
US - UNITED STATES
DAYTON, 45475

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,438.16

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 588,876.49 |
|---|---|---|---|

C AND S PLASTIC LLC
FAYETTEVILLE, TN 37334
37334
FAYETTEVILLE
TN
US - UNITED STATES
FAYETTEVILLE, 37334

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,120,121.67 |
|---|---|---|---|

C AND S PLASTIC LLC
23 FRANKE BOULEVARD
37334
FAYETTEVILLE
TN
US - UNITED STATES
FAYETTEVILLE, 37334

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,972.48 |
|---|---|---|---|

C&S PLASTICS LLC
24 FRANKE BLVD
37334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 135,992.89 |
|---|---|---|---|

C.H. ROBINSON WORLDWIDE, INC.
PO BOX 9121
55480
MINNEAPOLIS
MN
US - UNITED STATES
MINNEAPOLIS, 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 78,034.66 |
|---|---|---|---|

CABRERA LLAMAS FORWARDING INC
8511 WHITEPOINT RD
78045 - LAREDO
TEXAS
US - UNITED STATES
LAREDO, 78045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

CALSONIC KANSEI KOREA CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,397,805.00

---

**3.88** | **Nonpriority creditor's name and mailing address**

CAN-DO NATIONAL TAPE INC
PO BOX 8752
CAROL STREAM, IL 60197-8752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    654.12

---

**3.89** | **Nonpriority creditor's name and mailing address**

CASCO PRODUCTS CORPORATION
1357 VETERANS WAY MARGARTOWN, KENTUCKY
42261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    25,493.48

---

**3.90** | **Nonpriority creditor's name and mailing address**

CASHEW AMERICAS LLC
530 COLTON CT
29730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    9,840.00

---

**3.91** | **Nonpriority creditor's name and mailing address**

CDW
200 NORTH MILWAUKEE AVENUE
60061
VERNON HILLS
IL
US - UNITED STATES
VERNON HILLS, 60061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    13,088.79

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|--------|------------------------------|------------------------|----------|
|        | Name                         |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 3,045.00 |
|---|---|---|---|
| | CELANESE POLYMER PRODUCTS, LLC<br>222 W. Las Colinas Blvd<br>Ste 900N<br>75039 - Irving<br>TX<br>US - UNITED STATES<br>Irving, 75039 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 1,952.22 |
|---|---|---|---|
| | CELAY SA DE CV<br>AV NORTE 4 NO 110 CIUDAD INDUSTRIAL, CELAYA<br>38010<br>MEXICO | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 1,109,167.85 |
|---|---|---|---|
| | CELAY SA DE CV<br>AV. NORTE 4 NO. 110 CIUDAD INDUSTRIAL<br>38010<br>MEXICO | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 221,349.54 |
|---|---|---|---|
| | CELAY SA DE CV<br>AV. NORTE 4, NUM 110<br>CIUDAD INDUSTRIAL CELAYA<br>38010<br>CELAYA<br>GUANANJATO<br>MX - MEXICO | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 31,257.62 |
|---|---|---|---|
| | CENTURY MOLD COMPANY INC<br>25 VANTAGE POINT DRIVE  ROCHESTER<br>14624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,479.12 |
|---|---|---|---|

CENTURY MOLD MEXICO LLC
5762 CELI DR E SYRACUSE, NY
14624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 108,964.80 |
|---|---|---|---|

CES CONSUMER TECHNOLOGY ASSOCIATION
P.O. Box 90032
28290-0032 - Charlotte
NC
US - UNITED STATES
Charlotte, 28290-0032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,723.54 |
|---|---|---|---|

CHALLENGE MANUFACTURING
3200 FRUIT RIDGE AVE NW
49544
WALKER
MI
US - UNITED STATES
WALKER, 49544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,455.26 |
|---|---|---|---|

CHEM-TREND L.P.
P.O. BOX 860
48844-0860
HOWELL
MI
US - UNITED STATES
HOWELL, 48844-0860

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,080.00 |
|---|---|---|---|

CHILD DEVELOPMENT CENTER
MARSHALL CO
1600 JASON MAXWELL BLVD.
37091
LEWISBURG
TN
US - UNITED STATES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

CHIN POON (CHANGSHU)
NO. 98 HUANGPUJIANG ROAD CHANGSHU NEW & HI TECH
INDUSTRIAL DEVELOPMENT ZONE
215500
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 853,536.58

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.103** **Nonpriority creditor's name and mailing address**

CHINATOOL UK LIMITED
1000 LAKESIDE NORTH HARBOUR WESTERN ROAD
PO6 3DEN
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 114,134.52

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.104** **Nonpriority creditor's name and mailing address**

CHONGQING CHAOLI ELECTRIC APPL
NO. 2001 JINKAI AVENUE, NEW NORTH DISTRICT, CHONGQING
401121
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 97,746.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.105** **Nonpriority creditor's name and mailing address**

CHONGQING CHAOLI ELECTRIC APPLIANCE COMPANY LTD.
2250 N.OPDYKE AUBURN HILLS
48326
MI
US - UNITED STATES
48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 468,564.06

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.106** **Nonpriority creditor's name and mailing address**

CINCINNATI TEST SYSTEMS, INC.
10100 PROGRESS WAY
45030
HARRISON
OH
US - UNITED STATES
HARRISON, 45030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,810.07

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** **Nonpriority creditor's name and mailing address**

CINTAS- DETRIOT FAS- SAFETY
PO BOX 631025
45263-1025
CINCINNATI
OH
US - UNITED STATES
CINCINNATI, 45263-1025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,868.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

CINTAS- MI
PO BOX 630910
45263-0910
CINCINNATI
OH
US - UNITED STATES
CINCINNATI, 45263-0910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,003.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

CINTAS- SH
3400 BRILEY PARK N.
37207
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 969.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

CITY OF SOUTHFIELD. WATER & SEWER DEPARTMENT
P.O. BOX 33835
48232-0835 - DETROIT
MICHIGAN
US - UNITED STATES
DETROIT, 48232-0835

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,985.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

CLARK GAS COMPANY
4525 PARKWAY DRIVE
35630 - FLORENCE
AL
US - UNITED STATES
FLORENCE, 35630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,352.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

CLARK HILL PLC
500 WOODWARD AVENUE
48226
DETROIT
MI
US - UNITED STATES
DETROIT, 48226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 84,224.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**

CMK AMERICA CORPORATION
175 HANDLEY RD SUITE 300 TYRONE, GEORGIA
30290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 179,473.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

COHERENT NA, INC.
BANKS OF AMERICA LOCKBOX SERVICES
12422 COLLECTIONS CENTER DRIVE
60693 - CHICAGO
IL
US - UNITED STATES
CHICAGO, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 496.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**

COMBINED METALS OF MICHIGAN
1433 PAYSPHERE CIRCLE
60674
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,935.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**

COMCO CORPORATION
92-1 MATSUBA TAKAOKACHO TOYOT -SHI AICHI
4730933
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 361,390.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

COMMODITY COMPONENTS
75 SYLVAN STREET, DANVERS
01923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,869.29

---

**3.118** **Nonpriority creditor's name and mailing address**

COMPARTEC S.A.P.I DE C.V.
ORIENTE 10 # 5, NUEVO PARQUE INDUST
76809 - SAN JUAN DEL RIO
QUERÃ©TARO
MX - MEXICO
SAN JUAN DEL RIO, 76809
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69,150.00

---

**3.119** **Nonpriority creditor's name and mailing address**

COMPARTEC S.A.P.I DE C.V.
ORIENTE 10 NO5, NUEVO PARQUE INDUSTRIAL, SAN JUAN DEL RIO
76809
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 88,377.17

---

**3.120** **Nonpriority creditor's name and mailing address**

CONCENTRA OCCUPATION HLTHCTR
PO BOX 75388
73147-0388
OKLAHOMA CITY
OK
US - UNITED STATES
OKLAHOMA CITY, 73147-0388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,265.00

---

**3.121** **Nonpriority creditor's name and mailing address**

CONNECTOR SPECIALISTS OF TN
3801 WATMAN ROAD
38118
MEMPHIS
TN
US - UNITED STATES
MEMPHIS, 38118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,834.79

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

CONSUMERS ENERGY
PO BOX 30090
48937-0001
LANSING
MI
US - UNITED STATES
LANSING, 48937-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                9,074.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

CONTINENTAL AUTOMOTICE GUADALAJARA MEXICO SA DE CV
11302-C EAST POINT BOULEVARD
78045
LAREDO
TX
US - UNITED STATES
LAREDO, 78045

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$               37,793.28

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

CONTINENTAL AUTOMOTIVE
CAMINO A LA TIJERA 3 TLAJOMULCO DE ZUNIGA, JALISCO
45640
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$            1,116,428.65

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address

CONTINENTAL CAFE, LLC
700 Stephenson Hwy
48083
Troy
US - UNITED STATES
Troy, 48083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                1,610.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

CONTROLLER TECHNOLOGIES CORPORATION
750 Letica Drive
48307 - Rochester
MI
US - UNITED STATES
Rochester, 48307

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$              161,946.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

COOPER STANDARD AUTOMOTIVE
250 OAK GROVE DRIVE
40353
MT STERLING
KY
US - UNITED STATES
MT STERLING, 40353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 195,790.13

---

**3.128** **Nonpriority creditor's name and mailing address**

COOPER STANDARD DE MEXICO S DE
AVENIDA PRAXEDIS DE LA PENA 268 CIUDAD INDUSTRIAL TORREON
COAHUILA
27019
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89,355.06

---

**3.129** **Nonpriority creditor's name and mailing address**

COSMO SOLUTIIONS TECHNOLOGY
23855 Research Drive Suite A
48335
Farmington Hills
Michigan
US - UNITED STATES
Farmington Hills, 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.130** **Nonpriority creditor's name and mailing address**

COTTINGHAM & BUTLER INSURANCE SERVICES INC.
PO BOX 7433
60197-7433 - CAROL STREAM
IL
US - UNITED STATES
CAROL STREAM, 60197-7433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,130.00

---

**3.131** **Nonpriority creditor's name and mailing address**

COUPLED PRODUCTS MEXICO S DE R
AVENIDA INDUSTRIAS 4355 D1 ZONA INDUSTRIAL DEL POTOSI SAN
LUIS
78395
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103,165.23

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|--------|------------------------------|-------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.132** | **Nonpriority creditor's name and mailing address**

COURIER NETWORK INC.
524 W 19TH ST
10011 - NEW YORK
NY
US - UNITED STATES
NEW YORK, 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,179,120.22

---

**3.133** | **Nonpriority creditor's name and mailing address**

COVESTRO LLC
1 COVESTRO CIRCLE
15205 - PITTSBURGH
PA
US - UNITED STATES
PITTSBURGH, 15205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60,207.96

---

**3.134** | **Nonpriority creditor's name and mailing address**

CRAIN COMMUNICATIONS INC
29588 Network Place
60673-1295
Chicago
US - UNITED STATES
Chicago, 60673-1295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,000.00

---

**3.135** | **Nonpriority creditor's name and mailing address**

CRATERS AND FREIGHTERS
131 JONES BOULEVARD
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,904.63

---

**3.136** | **Nonpriority creditor's name and mailing address**

CRAWFORD ELECTRIC SUPPLY CO LLC
7701 WEST LITTLE YORK SUITE 800
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,420.02

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.137 Nonpriority creditor's name and mailing address**

CREATIVE FOAM CORPORATION
2301 DENSO DRIVE
37303
ATHENS
TN
US - UNITED STATES
ATHENS, 37303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 102,093.95

---

**3.138 Nonpriority creditor's name and mailing address**

CRI RECYCLING SERVICE
101 HAGEN DRIVE
54028
WOODVILLE
WI
US - UNITED STATES
WOODVILLE, 54028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,330.78

---

**3.139 Nonpriority creditor's name and mailing address**

CROY'S MOWING, LTD
525 N THOMAS STREET
45875
OTTAWA
OHIO
US - UNITED STATES
OTTAWA, 45875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,052.00

---

**3.140 Nonpriority creditor's name and mailing address**

CS MANUFACTURING INC
299 WEST CHERRY STREET
49319
CEDAR SPRING
MI
US - UNITED STATES
CEDAR SPRING, 49319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 88,986.22

---

**3.141 Nonpriority creditor's name and mailing address**

CT AUTOMOTIVE SYSTEMS DE
CERRADA CONSTITUCION NO. 11 SAN FRANCISCO OCOTLAN
CORONANGO
72680
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,972.61

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142 Nonpriority creditor's name and mailing address**

CT CORPORATION SYSTEM
PO BOX 4349
60197-4349
CAROL STREAM
IL
US - UNITED STATES
CAROL STREAM, 60197-4349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,560.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 Nonpriority creditor's name and mailing address**

CUMBERLAND DIE SUPPLY
4004 HILLSBORO PIKE
SUITE 250-B
37215
NASHVILLE
TN
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,214.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 Nonpriority creditor's name and mailing address**

DAEJUNG HIGH POLYMER IND CO.
1695- 5 SHINIL DONG DAEDUK KU DAEJEON  KOREA
360230
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 366,505.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 Nonpriority creditor's name and mailing address**

DAEJUNG HIGH POLYMER IND. CO., LTD
1605 KENTUCKY AVE.
47331 - CONNERSVILLE
IN
US - UNITED STATES
CONNERSVILLE, 47331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,865.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 Nonpriority creditor's name and mailing address**

DAHAN (TIANJIN) AUTOMOBILE PAR
NO.199.ZHONGNAN 2ND STREET, WEST AREA, DEVELOPMENT ZONE
300462
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,011.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

DAIKIN APPLIED AMERICAS INC
13600 INDUSTRIAL BOULEVARD
55441
MINNEAPOLIS
MN
US - UNITED STATES
MINNEAPOLIS, 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,431.93

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.148** **Nonpriority creditor's name and mailing address**

DALIAN AIBIKE AIR CONDITIONING
40 DONGBEI FOURTH ST, DALIAN EVELOPMENT ZONE
116600
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 475,499.61

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.149** **Nonpriority creditor's name and mailing address**

DALIAN GEETON ELECTRONICS CO.
A 22 BUILING WANLI WEST STREET DALIAN ECONOMIC & TECHNICAL
EVELOPMENT ZONE
116600
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 41,959.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.150** **Nonpriority creditor's name and mailing address**

DBW FIBER CORPORATION
Lote 1 Manzana II Fracción D.
Parque Industrial Xicohtencatl
90430 - Tetla de la Solidaridad
Tlaxcala
MX - MEXICO
Tetla de la Solidaridad, 90430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 192,860.39

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.151** **Nonpriority creditor's name and mailing address**

DBW FIBER TECHNOLOGIES S. DE
CAMINO A SAN LORENZO 1202 LA TRINIDAD SANCTORUM
72730
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,970.78

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.152**  **Nonpriority creditor's name and mailing address**

DELL FINANCIAL SERVICES L.P.
4284 COLLECTION CENTER DR.
60693
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,385.83

---

**3.153**  **Nonpriority creditor's name and mailing address**

DELOITTE TAX LLP
4022 SELLS DRIVE
37076
HERMITAGE
TN
US - UNITED STATES
HERMITAGE, 37076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              406,835.00

---

**3.154**  **Nonpriority creditor's name and mailing address**

DELPHI PACKARD ELECTRICAL ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
48098
TROY
MI
US - UNITED STATES
TROY, 48098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               72,568.30

---

**3.155**  **Nonpriority creditor's name and mailing address**

DERBY FABRICATING
4500 PRODUCE RD
40218
LOUISVILLE
KY
US - UNITED STATES
LOUISVILLE, 40218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                8,697.78

---

**3.156**  **Nonpriority creditor's name and mailing address**

DESARROLLOS HIDROCALIDOS ELECT
CIRCE NO 106 FRACC LAS HADAS
20140
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               10,527.58

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|--------|------------------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

DEXTER STAMPING COMPANY, LLC
1013 THORREZ RD.
49201 - JACKSON
MI
US - UNITED STATES
JACKSON, 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 100,837.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

DIABATIX N.V.
Technologielaan 11
3001 -
Heverlee
BE - BELGIUM
3001
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 14,317.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

DINAMICA TERMOPLASTICA SA DE CV
TLALOC NO 45 TLAXPANA
11370
CUIDAD DE MEXICO DISTRITO FEDERAL
MX
MX - MEXICO
CUIDAD DE MEXICO DISTRITO FEDERAL, 11370

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 107,976.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

DINAMICA TERMOPLASTICA SADECV
TLALOC 46 COLONIA TLAXPANA
11370
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,090.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

DINAMICA TERMOPLASTICA SADECV
TLALOC 46 COL TLAXPANA
11370
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 74,861.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

DIVERSIFIED MAINTENANCE
331 FIRST AVENUE NORTH
35204
BIRMINGHAM
AL
US - UNITED STATES
BIRMINGHAM, 35204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 6,648.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

DJK GLOBAL MEXICO SA DE CV
PROLONGACION TECNOLOGICO NORTE 950 B PISO 3 B SAN PABLO
QUERETARO,QUERETARO
76159
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,835.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

DNT KANSAI MEXICANA SA DE CV
PROLONGACION AV JUAREZ SUR 801-3 LA TRINIDAD
20300
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,293.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

DOCUSIGN, INC.
221 MAIN ST., SUITE 1550
94105 - SAN FRANCISCO
CA
US - UNITED STATES
SAN FRANCISCO, 94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,270.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

DOMINANT OPTO TECHNOLOGIES
550 STEPHENSON HIGHWAY SUITE 320,TROY
48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 81,894.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | | Case number (if known) | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

DONGGUAN TAKEDA MORIYASU
TIAN XIN ROAD NO.180,TANGXIA TOWN,DONGGUAN CITY
523000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 295,940.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

DOYLE MANUFACTURING INC
16630 COUNTY ROAD 10
45607
BRISTOL
IN
US - UNITED STATES
BRISTOL, 45607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 365.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**

DSB TECHNOLOGIES LLC
3330 PALMER DRIVE
JANESVILLE, WI 53546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 35,316.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

DUKANE IAS, LLC
FIFTH THIRD BANK
38 FOUNTAIN SQUARE PLAZA
45263
CINCINNATI
OH
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 30,219.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**

EASYFLYERS LOGISTICS LIMITED
WATSON HOUSE 54 BAKER STREET
W1U 7BU - LONDON
UK
GB - UNITED KINGDOM
LONDON, W1U 7BU
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,135,335.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

EASYFLYERS LOGISTICS LIMITED
Watson House 54 Baker Street
W1U 7UBU
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,265.00

---

**3.173** **Nonpriority creditor's name and mailing address**

EIS FIBERCOATING, INC.
616 E. MAIN ST.
46947 - LOGANSPORT
IN
US - UNITED STATES
LOGANSPORT, 46947

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,846.25

---

**3.174** **Nonpriority creditor's name and mailing address**

EJOTATF FASTENERS DE MEXICO Y
AV DEL SIGLO 180 PARQUE INDUST RIAL MILLENNIUM
78395
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,120.80

---

**3.175** **Nonpriority creditor's name and mailing address**

ELECTROMECANICA SOLUCIONES IND
AV. CONVENCION 1914 OTE NO. 81 SANTA ANITA AGS
20169
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,118.75

---

**3.176** **Nonpriority creditor's name and mailing address**

ELECTRONICA CLARION SA DE CV
AV NUEVO ORIENTE 3 ZONA IND VALLE DE ORO SAN JUAN DEL RIO
76830
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,198.40

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,966,011.87 |
|---|---|---|---|

ELECTRONICA CLARION SA DE CV
AV NUEVO ORIENTE 3 ZONA IND VALLE DE ORO SAN JUAN DEL RIO
QUERETARO
76800
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,135.00 |
|---|---|---|---|

ELEMENT MATERIALS TECHNOLOGY
27485 GEORGE MERRELLI DRIVE
48092-2709
WARREN
MI
US - UNITED STATES
WARREN, 48092-2709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 160,000.00 |
|---|---|---|---|

ELEVATED RESONANCE LLC
5310 Clover Basin Dr
80503 - Longmont
CO
US - UNITED STATES
Longmont, 80503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 871,878.18 |
|---|---|---|---|

ELMOS SEMICONDUCTOR SE
HEINRICH-HERTZ-STR.1,DORTMUND
44227
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,872.76 |
|---|---|---|---|

EMI PLASTICOS INTERNACIONAL S
AV. INDUSTRIA DE LA CONSTRUCCION 511, INT. 5 7, PARQUE
INDUSTRIAL QUERETARO,
76220
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

EMIPAGO SA DE CV
RETORNO 7 DE NOVIEMBRE 137, COL. ALIANZA FERROCARRILERA,
AGUASCALIENTES
20159
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,453.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** **Nonpriority creditor's name and mailing address**

EMS  INC.
PO BOX 904
38372
SAVANNAH
TN
US - UNITED STATES
SAVANNAH, 38372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** **Nonpriority creditor's name and mailing address**

ENDRICH BAUELEMENTE VERTRIEBS
Hauptstraße 56
72202
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 73,376.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185** **Nonpriority creditor's name and mailing address**

ENTSERV DEUTSCHLAND GMBH
SCHICKARDSTR. 32
71034 - BÃ¶BLINGEN
BÃ¶BLINGEN
DE - GERMANY
BÃ¶BLINGEN, 71034
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,294.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**

ESTAMPADOS INDUSTRIALES SA DE
AV 3 ORIENTE NO 7-A FRACC INDUSTRIAL VALLE DE ORO SAN JUAN
DEL RIO, QRO
76803
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 153,497.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | | Case number (if known) | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.187** **Nonpriority creditor's name and mailing address**

EUROCIR (SHANGHAI) CO. LTD.
HABITACION 1052 PLANTA BAJA, BLOQUE 1 171,CALLE MEISHENG,
ZONA FRANCA
200127
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 132,940.98

---

**3.188** **Nonpriority creditor's name and mailing address**

EUROMONEY GLOBAL LTD DOING BUSINESS AS FASTMARKETS.
8 BOUVERIE STREET
EC4Y 8AX
LONDON,
ENGLAND,
GB - UNITED KINGDOM
LONDON,, EC4Y 8AX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 63,500.00

---

**3.189** **Nonpriority creditor's name and mailing address**

EVERBRITE TECHNOLOGY CO. LTD.
NO.140 LUNPING,LUNPING VIL.,GUANYIN DISTRICT
328006
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,104.00

---

**3.190** **Nonpriority creditor's name and mailing address**

EVERON, LLC
744 MELROSE AVE
37211
NASHVLLE
TN
US - UNITED STATES
NASHVLLE, 37211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,325.12

---

**3.191** **Nonpriority creditor's name and mailing address**

EXO-S INDUSTRIAS SA DE CV
ANTIGUA CARRETERA A TEQUISQUIAPAN KM 3.5 COL ZONA
INDUSTRIAL
76800
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 369,937.17

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.192** | **Nonpriority creditor's name and mailing address**

FAB-LINE MACHINERY
7126 Loblolly Pine Blvd.
37062
Fairview
TN
US - UNITED STATES
Fairview, 37062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,790.80

---

**3.193** | **Nonpriority creditor's name and mailing address**

FACILITY MAINTENANCE OF AMERICA INC.
1575 PAUL RUSSELL ROAD
# 2701
32301 - TALLAHASSEE
FL
US - UNITED STATES
TALLAHASSEE, 32301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,892.91

---

**3.194** | **Nonpriority creditor's name and mailing address**

FANUC AMERICA CORPORATION
1800 LAKEWOOD BLVD.
60195
HOFFMAN ESTATES
IL
US - UNITED STATES
HOFFMAN ESTATES, 60195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,104.97

---

**3.195** | **Nonpriority creditor's name and mailing address**

FAST COMPONENTS EUROPE SL
CALLE ENERGIA NO. 16, BADALONA
08915
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,154.83

---

**3.196** | **Nonpriority creditor's name and mailing address**

FAST PACE MEDICAL
PO BOX 306244
37230-6244
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37230-6244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,384.00

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

FASTBOLT
200 LOUIS STREET
07606-1738
SOUTH HACKENSACK
NJ
US - UNITED STATES
SOUTH HACKENSACK, 07606-1738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,922.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198** **Nonpriority creditor's name and mailing address**

FASTENAL
PO BOX 978
55987-0978
WINONA
MN
US - UNITED STATES
WINONA, 55987-0978

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,120.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**

FAURECIA INTERIOR SYSTEMS
SUITE 1B, P.I. FINSA, C/ GORRIO 330
25900
RAMOS ARIZPE
COAHUILA
MX - MEXICO
RAMOS ARIZPE, 25900

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 42.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** **Nonpriority creditor's name and mailing address**

FAURECIA SISTEMAS AUTOMOTRICES
KM 117 AUTOPISTA MEXICO PUEBLA NAVE 17 PARQUE INDUSTRIAL
FINSA SAN LORENZO ALMECATLA
72710
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 278,532.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**

FAWN MEXICO INC
225 INTERNATIONAL CIRCLE SUITE 200
21030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 81,653.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202** **Nonpriority creditor's name and mailing address**

FAWN MEXICO INC.
AV. IMPULSO 3001
PARQUE INDUSTRIAL IMPULSO
31183
CHIHUAHUA
CHIHUAHUA
MX - MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 96,008.22

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.203** **Nonpriority creditor's name and mailing address**

FCI USA LLC
825 OLD TRAIL ROAD, ETTERS
17319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 14,423.04

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.204** **Nonpriority creditor's name and mailing address**

FEDEX CORPORATION
PO BOX 371461
15250 - PITTSBURGH
PA
US - UNITED STATES
PITTSBURGH, 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 25,895.11

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.205** **Nonpriority creditor's name and mailing address**

FEEDERS Y MAQUINAS DE MEXICO
CARRETERA NOGALES 5297 MODULO 1 NAVE 6, CAMPO LAGO,
ZAPOPAN
45222
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 34,500.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.206** **Nonpriority creditor's name and mailing address**

FELTON BRUSH, INC.
7 BURTON DRIVE
03053
LONDONDERRY
NH
US - UNITED STATES
LONDONDERRY, 03053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 46,212.53

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** Nonpriority creditor's name and mailing address

FISCHER AUTOMOTIVE
1084 DORIS ROAD
48326
AUBURN HILLS
MI
US - UNITED STATES
AUBURN HILLS, 48326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 109.09

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

FISCHER MEXICANA SA DE CV
EJE 124 NUM 115 ZONA INDUSTRIAL SAN LUIS POTOSI
78090
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 2,021,981.30

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address

FIVE STAR FOOD SERVICE, INC.
PO BOX 733261
75373 - DALLAS
TX
US - UNITED STATES
DALLAS, 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 8,069.87

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

FLEETWOOD METAL INDUSTRIES
162 GENE STEWART COURT
35151
SYLACAUGA
AL
US - UNITED STATES
SYLACAUGA, 35151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 107,000.88

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address

FLEETWOOD METAL INDUSTRIES
162 GENE STEWART COURT
35151
SYLACAUGA
AL
US - UNITED STATES
SYLACAUGA, 35151

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 16,453.80

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 43 of 159

Case 25-11034-CTG    Doc 613    Filed 08/11/25    Page 121 of 281

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|--------|------------------------------|------------------------|----------|
|        | Name                         |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212 Nonpriority creditor's name and mailing address**

FLODRAULIC GROUP, INC.
134 TENNSCO DRIVE
37055
DICKSON
TN
US - UNITED STATES
DICKSON, 37055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 687.18

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.213 Nonpriority creditor's name and mailing address**

FLOW DRY TECHNOLOGY INC
379 ALBERT RD, BROOKVILE 45309
45309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 104,182.20

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.214 Nonpriority creditor's name and mailing address**

FLUKE ELECTRONICS CORPORATION
7272 COLLECTION CENTER DRIVE
60693
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,068.90

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.215 Nonpriority creditor's name and mailing address**

FORESIGHT (MEXICO)
MUNICIPIO DE CALVILLO 106
PIVA
20358
AGS
AGUASCALIENTES
MX - MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,548,430.42

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.216 Nonpriority creditor's name and mailing address**

FORESIGHT MEXICO CO LTD S DE R
MUNICIPIO DE CALVILLO 106 PARQUE INDUSTRIAL DEL VALLE DE
AGUASCALIENTES
20358
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,392,376.53

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.217** **Nonpriority creditor's name and mailing address**

FORKLIFT SYSTEMS INC.
PO BOX 305172
DEPT #138
37230-5172
NASHVILLE
CANADA
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 56,811.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218** **Nonpriority creditor's name and mailing address**

FOSTER ELECTRIC (USA) INC.
1216 DON HASKINS DRIVE
79936
EL PASO
TX
US - UNITED STATES
EL PASO, 79936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 43,702.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219** **Nonpriority creditor's name and mailing address**

FREUDENBERG FILTRATION
AV. MINA DE GPE. 575-6A PARQUE INDUSTRIAL SANTA FE AMPLIACION
36275
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 52,531.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220** **Nonpriority creditor's name and mailing address**

FROST BROWN TODD LLC
400 W MARKET STREET
32ND FLOOR
40202 - LOUSVILLE
KY
US - UNITED STATES
LOUSVILLE, KY 40202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,033.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221** **Nonpriority creditor's name and mailing address**

FURUKAWA AUTOMOTIVE SYSTEMS
CIRCUITO ZELKOVA NO. 5 COL. GUANTES PARQUE SENDAI VALLE DE
SANTIAGO
38422
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 237,372.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

| | | Case number (if known) | 25-11036 |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

FUTURE ELECTRONICS (US) LLC
41 MAIN STREET, BOLTON
01740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 325,580.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**

GAMMA TECHNOLOGIES  INC.
601 OAKMONT LANE
SUITE 220
60559
WESTMONT
IL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 59,466.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

GBT US III LLC
666 Third Avenue, NY NY 10017
10017 - New York
New York
US - UNITED STATES
New York, 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 40.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**

GECTECH DE MEXICO S.A DE C.V
AV. VALLARTA 6503 INT SECC BODEGA L2 CD GRANJA
45010
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,862.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

GENERAL FASTENERS COMPANY
37584 AMRHEIN
SUITE 150
48150
LIVONIA
MI
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,749.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227 Nonpriority creditor's name and mailing address**

GEON PERFORMANCE SOLUTIONS LLC
P.O. BOX 223554
15251-2554
PITTSBURGH
PA
US - UNITED STATES
PITTSBURGH, 15251-2554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 149,077.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228 Nonpriority creditor's name and mailing address**

GEON PERFORMANCE SOLUTIONS LLC
PO BOX 223554
PITTSBURGH, PA 15251-2554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 132,448.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229 Nonpriority creditor's name and mailing address**

GEON PERFORMANCE SOLUTIONS S.
AVENIDA GAMMA 650 PARQUE INDUSTRIAL SANTA MARIA
25900
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,244,892.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230 Nonpriority creditor's name and mailing address**

GEORGE P. JOHNSON COMPANY
3600 Gidding Road
48326
Auburn Hills,
US - UNITED STATES
Auburn Hills,, 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,627.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231 Nonpriority creditor's name and mailing address**

GERGONNE PLASTICOS
AV. INDUSTRIA AUTOMOTRIZ 1402 PARQUE INDUSTRIAL EL COECILLO
TOLUCA
50200
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 231,270.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

GERGONNE PLASTICOS INDUSTRIALES, S.A. DE C.V.
CALLE 4 NORTE 101 PARQUE INDUSTRIAL
50233 - TOLUCA
ESTADO DE MEXICO
MX - MEXICO
TOLUCA, 50233
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,821.04

**3.233** **Nonpriority creditor's name and mailing address**

GILL INDUSTRIES OF MEXICO S DE
CALLE 8 2A COL. FRACC. ALCE BLANCO, NAUCALPAN DE JUAREZ
53370
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 772.33

**3.234** **Nonpriority creditor's name and mailing address**

GLASSFIBER DEL NORTE SA DE CV
AVENIDA LOS ANGELES NO 306 PTE COL DEL NORTE
64500
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,637.84

**3.235** **Nonpriority creditor's name and mailing address**

GLASSFIBER DEL NORTE, S.A. DE C.V.
AV. LOS ANGELES 306
 COL. DEL NORTE
64500 - MONTERREY
NUEVO LEON
MX - MEXICO
MONTERREY, 64500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 62,388.55

**3.236** **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL COMPONENTS INC
705 S. COLLEGE STREET
37190
WOODBURY
TN
US - UNITED STATES
WOODBURY, 37190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,007.82

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237** **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL EQUIPMENT
29833 NETWORK PLACE
60673-1298
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60673-1298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,297.64

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.238** **Nonpriority creditor's name and mailing address**

GLOBAL LT INC.
1871 WOODSLEE DRIVE
48083
TROY
MI
US - UNITED STATES
TROY, 48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,080.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.239** **Nonpriority creditor's name and mailing address**

GLOBALTRANZ MX S DE RL DE CV
Ricardo Margain Zozaya 444
Piso 15
66265 - San Pedro Garza Garcia
Nuevo Leon
MX - MEXICO
San Pedro Garza Garcia, 66265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,695.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.240** **Nonpriority creditor's name and mailing address**

GLOSEL AMERICA INC
27780 NOVI ROAD SUITE 270
48377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,279,824.55

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.241** **Nonpriority creditor's name and mailing address**

GLUETEX GMBH
ZÄ¼RICHER STRAÃŸE 17
79771 - ERZINGEN
KLETTGAU
DE - GERMANY
ERZINGEN, 79771
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,592.47

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.242** **Nonpriority creditor's name and mailing address**

GOGGIN TRUCK LINE/ATTN: ACCT'G
P.O. BOX 2153
37160
SHELBYVILLE
TN
US - UNITED STATES
SHELBYVILLE, 37160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,786.45

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.243** **Nonpriority creditor's name and mailing address**

GOGGIN WAREHOUSING  LLC
P.O. BOX 2153
37160
SHELBYVILLE
TN
US - UNITED STATES
SHELBYVILLE, 37160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 450.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.244** **Nonpriority creditor's name and mailing address**

GRANGES INTERNATIONAL INC
DEPT. CH 14496
60055-4496 - PALATINE
IL
US - UNITED STATES
PALATINE, 60055-4496

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 77,934.18

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.245** **Nonpriority creditor's name and mailing address**

GRANGES INTERNATIONAL INC.
501 CORPORATE CENTRE  DR.SUITE 280
37067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 597,239.46

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.246** **Nonpriority creditor's name and mailing address**

GRAVES METAL PRODUCTS
1411 DEPOT STREET
37160
SHELBYVILLE
TN
US - UNITED STATES
SHELBYVILLE, 37160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 590.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

GREAT LAKES JIG & FIXTURE LLC.
161 P & N DR.
29611 - GREENVILLE
SC
US - UNITED STATES
GREENVILLE, 29611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101,544.00

**3.248** **Nonpriority creditor's name and mailing address**

GRUPO ABC DE MEXICO SA DE CV
AV NORTE 4 Ã'7 NUEVO PARQUE INDUSTRIAL SAN JUAN DEL RIO QRO
76806
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 495,135.98

**3.249** **Nonpriority creditor's name and mailing address**

GRUPO ANTOLIN NORTH AMERICA, INC.
1700 ATLANTIC BLVD.
48326 - AUBURN HILLS
MICHIGAN
US - UNITED STATES
AUBURN HILLS, 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 984.00

**3.250** **Nonpriority creditor's name and mailing address**

GRUPO ANTOLIN SALTILLO S DE RL
DR. JESUS VALDES SANCHEZ INT.B SN, ARTEAGA
25350
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,226.63

**3.251** **Nonpriority creditor's name and mailing address**

GUANGDONG DEMUP AUTOMOBILE TECHNOLOGY CO.,LTD.
NO.6 JINGCHENG ROAD, SHAZAI VILLAGE
528441 - MINZHONG TOWN
ZHONGSHAN CITY
CN - CHINA
MINZHONG TOWN, 528441
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86,718.44

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

GUANGZHOU DEMUP AUTOMOBILE PAR
102 17 DONG 2RD ROAD PEARL RI ER MANAGEMENT DISTRICT
NANSHA
511462
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,522.60

**3.253** **Nonpriority creditor's name and mailing address**

H+M USA
2020-1 STARITA RD
28206
CHARLOTTE
NC
US - UNITED STATES
CHARLOTTE, 28206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 149.00

**3.254** **Nonpriority creditor's name and mailing address**

HAMLIN NEWCO, LLC
2741 WINGATE AVENUE
44314 - AKRON
OH
US - UNITED STATES
AKRON, 44314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,403.76

**3.255** **Nonpriority creditor's name and mailing address**

HAMPTON CRANE SERVICE  INC.
416 JEFFERSON STREET
37208
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,800.00

**3.256** **Nonpriority creditor's name and mailing address**

HANON SYSTEMS NETHERLANDS COOPERATIEF U.A.
HANON EL PASO DISTRIBUTION CENTER
1340 BOB HOPE DRIVE
79936
EL PASO
TX
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,992.02

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257** **Nonpriority creditor's name and mailing address**

HARADA INDUSTRIES MEXICO SA DE
AV CENTRAL CARR TEQUISQUIAPAN KM 3.1 ZONA IND VALLE DE ORO
SAN JUAN DEL RIO
76803
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,170.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**

HAWKINS & PRICE, LLC
5096 HWY 64E
37183 - WARTRACE
TN
US - UNITED STATES
WARTRACE, 37183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,436.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**

HAYNES SERVICE COMPANY
1644 UNIONVILLE-DEASON ROAD
37160-5631
SHELBYVILLE
TN
US - UNITED STATES
SHELBYVILLE, 37160-5631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 119,821.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**

HEAT TRANSFER SOLUTIONS LLC
PO BOX 30
37153
ROCKVALE
TN
US - UNITED STATES
ROCKVALE, 37153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,501.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261** **Nonpriority creditor's name and mailing address**

HEC LEASING LLC
1117 FIRESTONE PARKWAY
LAVERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,675.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73,183.18 |
|---|---|---|---|

HENDERSON STAMPING AND PRODUCTION
1323 US-45
38340
HENDERSON
TN
US - UNITED STATES
HENDERSON, 38340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73,124.43 |
|---|---|---|---|

HENDERSON STAMPING INDUSTRIES
1323 US-45
38340
HENDERSON
TN
US - UNITED STATES
HENDERSON, 38340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 196,153.20 |
|---|---|---|---|

HENKEL CORPORATION
ONE HENKEL WAY ROCKY HILL
06067

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,142.23 |
|---|---|---|---|

HERITAGE CRYSTAL CLEAN
13621 COLLECTIONS CENTER DRIVE
60693
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,892.17 |
|---|---|---|---|

HERITAGE PRODUCTS INC.
2685 RELIABLE PARKWAY
60686-0026
CHICAGO,
IL
US - UNITED STATES
CHICAGO,, 60686-0026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267** **Nonpriority creditor's name and mailing address**

HEWLETT-PACKARD FINANCIAL SERVICES
PO BOX 402582
30384-2582
ATLANTA
GA
US - UNITED STATES
ATLANTA, 30384-2582

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                31,172.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**

HEXAGON MANUFACTURING INTELLIGENCE, INC.
PO BOX 530103
30353-0103 - ATLANTA
GA
US - UNITED STATES
ATLANTA, 30353-0103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 4,971.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**

HI LEX MEXICANA SA DE CV
AV PENUELAS 9 FRACC INDUSTRIAL SAN PEDRITO
76148
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                23,870.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270** **Nonpriority creditor's name and mailing address**

HIROSAWA AUTOMOTIVE TRIM USA
23135 COMMERCE DRIVE
48335
FARMINGTON HILLS
MI
US - UNITED STATES
FARMINGTON HILLS, 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 1,278.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**

HIROSE ELECTRIC U.S.A INC
2688 WESTHILLS COURT SIMI VALLEY CA
93065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$               100,852.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 371,989.60 |
|---|---|---|---|

HIROTAI AUTOMOTIVE TRIM SA DE
PROL. INDEPENDENCIA 2002 LOS PINOS LEÃ°N
37490
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 1,036,036.50 |
|---|---|---|---|

HIROTAI AUTOMOTIVE TRIM SA DE CV
BLVD AVIADORES NO 324
37564 - LEON
GUANAJUATO
MX - MEXICO
LEON, 37564
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 968,128.90 |
|---|---|---|---|

HIRUTA MEXICO SA DE CV
CTO MEXIAMORA PTE 150 PARQUE NDUSTRIAL STA. FE 1
36275
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 24,575.00 |
|---|---|---|---|

HI-TECH MOLD AND ENGR. SE  INC
466 BAXTER LANE
37398
WINCHESTER
TN
US - UNITED STATES
WINCHESTER, 37398

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 3,526.00 |
|---|---|---|---|

HOIST & CRANE SERVICE GROUP, INC.
PO BOX 53062
70505-3062 - LAFAYETTE
LA
US - UNITED STATES
LAFAYETTE, 70505-3062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Marelli North America, Inc.

Name

Case number (if known)    25-11036

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

HONDA SUPPLIED PARTS - 'DSPS'
24025 HONDA PARKWAY
43040 - MARYSVILLE
OH
US - UNITED STATES
MARYSVILLE, 43040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                63,362.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.278** **Nonpriority creditor's name and mailing address**

HONDA TRADING
P.O. BOX 78000
48278-1139
DETROIT,
MICHIGAN
US - UNITED STATES
DETROIT,, 48278-1139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$            2,558,865.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279** **Nonpriority creditor's name and mailing address**

HONDA TRADING DE MEXICO S.A DE
AVENIDA TORRES LANDA 204 PISO 5,COL FRACC DEL PARQUE,CELAYA
38010
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                561,417.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.280** **Nonpriority creditor's name and mailing address**

HOOVER PAINT
830 MEMORIAL BOULEVARD
37129
MURFREESBORO
TN
US - UNITED STATES
MURFREESBORO, 37129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  6,692.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.281** **Nonpriority creditor's name and mailing address**

HOTTINGER BRUEL & KJAER INC. (HBK)
19 Bartlett Street
01752
Marlborough
MA
US - UNITED STATES
Marlborough, 01752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  1,590.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** Nonpriority creditor's name and mailing address

HOVER-DAVIS  INC.
P.O. Box 392228
15251-9228
Pittsburgh
PA
US - UNITED STATES
Pittsburgh, 15251-9228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,012.28

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.283** Nonpriority creditor's name and mailing address

HOWARD & HOWARD.
200 S MICHIGAN AVE #1100
60604
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 14,648.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.284** Nonpriority creditor's name and mailing address

HYDRO ALUMINUM FABRICATION
FACTORY NO.2 AND 4, INDUSTRIAL PARK, NO.100, CHENMENJING
ROAD, CHENGXIANG TOWN, TAICANG
215024
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 14,316.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.285** Nonpriority creditor's name and mailing address

I.S.B. SRL
Via Masina 3
40013 - Castel Maggiore
Bologna
IT - ITALY
Castel Maggiore, 40013
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,914.95

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.286** Nonpriority creditor's name and mailing address

IACNA MEXICO S DE RL DE CV
AV HALCON 2 PARQUE IND FINSA RAMOS ARIZPE
52900
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 6,708.17

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

IBIDEN U.S.A. CORPORATION
4800 GREAT AMERICA PARKWAYSUITE NO 500 SANTA CLARA
95054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 234,209.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

IBIDEN USA CORPORATION
1300 BUSSE ROAD
60007
ELK GROVE VILLAGE
IL
US - UNITED STATES
ELK GROVE VILLAGE, 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,310.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**

IFM/EFFECTOR  INC
PO BOX 8538-307
19171-0307
PHILADELPHIA
PA
US - UNITED STATES
PHILADELPHIA, 19171-0307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 59.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

IFS
300 PARK BOULEVARD
SUITE 555
60143
ITASCA
IL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 989,662.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

IKEGAMI MOLD DE MEXICO S.A. DE C.V.
CALLE KIOTO MZ1, LOTE 1, MANZANA 6
CENTRO INDUSTRIAL GUANAJUATO
36835
IRAPUATO,
GTO.
MX - MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,972.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.292** **Nonpriority creditor's name and mailing address**

IMA SOLUTIONS & RIGGING SA DE
MANZANO 701 FRACC. CIRCUNVALACION PONIENTE
20210
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,477.21

---

**3.293** **Nonpriority creditor's name and mailing address**

IMAGE SYSTEMS TRACKEYE, INC.
17288 W. CORRINE DR
85388 - SURPRISE
AZ
US - UNITED STATES
SURPRISE, 85388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,396.00

---

**3.294** **Nonpriority creditor's name and mailing address**

INDEED, INC.
PO Box 660367, Mail Code 5160
75266 - Dallas
TX
US - UNITED STATES
Dallas, 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 491.22

---

**3.295** **Nonpriority creditor's name and mailing address**

INDEPENDENCE HEALTH EMPLOYER SERVICES
838 EAST WOOSTER STREET
43402 - BOWLING GREEN
OHIO
US - UNITED STATES
BOWLING GREEN, 43402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,783.00

---

**3.296** **Nonpriority creditor's name and mailing address**

INDUCTIVE AUTOMOTION
PO BOX 2030
95763
FOLSOM
CALIFORNIA
US - UNITED STATES
FOLSOM, 95763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,174.25

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.297** **Nonpriority creditor's name and mailing address**

INDUSTRIAL CONTROL REPAIR
28601 LORNA AVENUE
48092
WARREN
MI
US - UNITED STATES
WARREN, 48092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,341.50

---

**3.298** **Nonpriority creditor's name and mailing address**

INDUSTRIAL MAINTENANCE AND ENGINEERING CORP
1531 J.P. HENNESSEY DRIVE
37086
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,500.00

---

**3.299** **Nonpriority creditor's name and mailing address**

INEOS STYROLUTION MEXICANA SA
AV. INSURGENTES SUR 859 PISO 1 1 INTERIOR 1102 COL. NAPOLES
DELEGACION BENITO JUAREZ
03810
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,358.62

---

**3.300** **Nonpriority creditor's name and mailing address**

INGERSOLL-RAND
800 BEATY STREET
28036
DAVIDSON
NC
US - UNITED STATES
DAVIDSON, 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,665.73

---

**3.301** **Nonpriority creditor's name and mailing address**

INMETMATIC SA DE CV
AVE SANTA FE NO 12 PARQUE IND OPCION SAN JOSE ITURBIDE
37980
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 87,116.68

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**

INNOVATIVE ENGINEERED SOLUTIONS
2695 PROGRESS WAY
45177
US - UNITED STATES
45177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 64,061.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

INOAC DE MEXICO SA DE CV
CARRETERA MIGUEL ALEMAN KM 20.5 B PARQUE INDUSTRIAL
MONTERREY
66603
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 296,621.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

INSTRON CORPORATION
75 REMITTANCE DR. SUITE #6826
60675-6826
CHICAGO,
IL
US - UNITED STATES
CHICAGO,, 60675-6826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address**

INTACT SERVICES
700 UNIVERSITY AVENUE
SUITE 1500-A
TORONTO, ON M5G 0A1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** SURETY BOND #: 241015003 FOR THE BENEFIT OF BUREAU OF CUSTOMS AND BORDER PROTECTION

$ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address**

INTEGRATED CONTROL SYSTEMS INC
170-D JEFFERSON PIKE
LAVERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

IPAK, INC
1636 N. LOGSDON PARKWAY
40160
RADCLIFF
KY
US - UNITED STATES
RADCLIFF, 40160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,800.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.308** **Nonpriority creditor's name and mailing address**

I-PEX USA LLC
11940 JOLLYVILLE RD. SUITE 330 N AUSTIN
78759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 50,177.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.309** **Nonpriority creditor's name and mailing address**

IPOINT INC
255 E LIBERTY STE 287
48104 - ANN ARBOR
MI
US - UNITED STATES
ANN ARBOR, 48104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 86,187.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**

IRISO USA INC
34405 W 12 MILE ROAD SUITE 237 FARMINGTON HILLS
48331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 302,309.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.311** **Nonpriority creditor's name and mailing address**

ISHIHARA MFG CO. LTD.
2647-8 HAYAKAWA AYASE CITY
2521123
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 162,529.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** | **Nonpriority creditor's name and mailing address**

ISHIHARA MFG CO. LTD.
2647-8 HAYAKAWA
252-1123
AYASE
KANAGAWA
JP - JAPAN
AYASE, 252-1123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$                252,736.83

---

**3.313** | **Nonpriority creditor's name and mailing address**

ITW AUTOMOTIVE
75 REMITTANCE DRIVE
SUITE 1631
60675-1631
CHICAGO
IL
US - UNITED STATES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    9,310.00

---

**3.314** | **Nonpriority creditor's name and mailing address**

ITW CIP
850 STEAM PLANT ROAD
37066
GALLATIN
TN
US - UNITED STATES
GALLATIN, 37066

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  13,477.08

---

**3.315** | **Nonpriority creditor's name and mailing address**

ITW CIP
850 STEAM PLANT ROAD
37066
GALLATIN
TN
US - UNITED STATES
GALLATIN, 37066

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    7,701.12

---

**3.316** | **Nonpriority creditor's name and mailing address**

IWANTANI CORPORATION OF AMERICA
NISHLYODOGAWAKU
OSAKA
JAPAN
555-0012
US - UNITED STATES
JAPAN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       500.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,694.40 |
|---|---|---|---|
| | IWATA BOLT<br>401 AIRPARK CENTER DRIVE<br>37217<br>NASHVILLE<br>TN<br>US - UNITED STATES<br>NASHVILLE, 37217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 210,205.24 |
|---|---|---|---|
| | IWATA BOLT MEXICANA SA DE CV<br>LAZARO CARDENAS 492 B3 COLONIA FERROCARRIL<br>44440<br>MEXICO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,328.00 |
|---|---|---|---|
| | IWATA USA INC.<br>401 AIRPARK CENTER DRIVE<br>37217<br>NASHVILLE<br>TN<br>US - UNITED STATES<br>NASHVILLE, 37217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 787,230.87 |
|---|---|---|---|
| | JAS FORWARDING (USA), INC.<br>6165 BARFIELD ROAD<br>30328 - ATLANTA<br>GA<br>US - UNITED STATES<br>ATLANTA, 30328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 153,876.00 |
|---|---|---|---|
| | JENNER & BLOCK LLP<br>353 N CLARK ST<br>60640 - CHICAGO<br>ILLINOIS<br>US - UNITED STATES<br>CHICAGO, 60640 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli North America, Inc. | | 25-11036 |
|---|---|---|---|
| | Name | (Case number (if known)) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

JIA JUNG AUTOMOTIVE CO LTD
2F NO 143 XINHU 1ST ROAD NEIHU DISTRICT TAIPEI CITY
114
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 59,742.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

JIAN MANKUN TECHNOLOGY CO.LTD
THE TORCH AVENUE 191 JINGGANGSHAN ECONOMIC AND
TECHNOLOGICAL DEVELOPMENT
343000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57,661.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

JIANGSU GUANGQIAN ELECTRONICS
89 WU LU EAST DISTRICT, DONGTAI ECONOMIC DEVELOPMENT ZONE
224200
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 60,075.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

JIANGSU TONGLIAN POLYTRON TECH
NO 36 YINHUAN ROAD CHANGSHU HI TECH INDUSTRIAL
DEVELOPMENT ZONE
215500
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 159,666.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

JODON INCORPORATED
62 ENTERPRICE DR, ANN ARBOR MICHIGAN, USA. 48103
48103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,790.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.327** | **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS SECURITY SOLUTIONS
P.O. BOX 371967
15250-7967
PITTSBURGH
PA
US - UNITED STATES
PITTSBURGH, 15250-7967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,577.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

JOHNSON ELECTRIC NORTH AMERICA
47660 HALYARD DRIVE, PLYMOUTH
48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 154,378.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

JON DON INC
400 MEDINAH ROAD
60172
ROSELLE
IL
US - UNITED STATES
ROSELLE, 60172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,847.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

K & S INDUSTRIAL SERVICES INC
PO BOX 674403
48267-4403
DETROIT
MI
US - UNITED STATES
DETROIT, 48267-4403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,738.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

KCF TECHNOLOGIES, INC.
336 S. FRASER STREET
16801
STATE COLLEGE
PA
US - UNITED STATES
STATE COLLEGE, 16801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,260.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.332** **Nonpriority creditor's name and mailing address**

KERR, RUSSELL AND WEBER, PLC ATTORNEYS AND COUNSELORS
500 WOODWARD AVENUE
SUITE 2500
48226-3427
DETROIT
MI
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                9,486.84

---

**3.333** **Nonpriority creditor's name and mailing address**

KEY OIL COMPANY
1232 3RD AVE NORTH
37208
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,927.40

---

**3.334** **Nonpriority creditor's name and mailing address**

KEYENCE CORPORATION OF AMERICA
DEPT. CH 17128
60055-7128
PALATINE,
IL
US - UNITED STATES
PALATINE,, 60055-7128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                93,287.58

---

**3.335** **Nonpriority creditor's name and mailing address**

KEYENCE MEXICO SA DE CV
LAZARO CARDENAS 1007 301 SAN PEDRO GARZA GARCIA
66266
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                22,902.86

---

**3.336** **Nonpriority creditor's name and mailing address**

KI MEXICO S DE RL DE CV
ACCESO 2 NO 32 ZONA INDUSTRIAL BENITO JUAREZ
76120
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                170,286.39

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337** **Nonpriority creditor's name and mailing address**

KINTETSU WORLD EXPRESS
DEPT CH 17139
60055-7139
PALATINE
IL
US - UNITED STATES
PALATINE, 60055-7139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 435,726.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**

KINUGAWA MEXICO SA DE CV
AV RIO SEGURA 793 PARQUE TECNOINDUSTRIAL CASTRO DEL RIO
36815
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 119.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**

KITASHIBA ELECTRIC CO. LTD
9 AZA-TENNOUHARA
MATSUKAMI-MACHI, FUKUSHIMA-SHI
960-1292
FUKUSHIMA-KEN
JP - JAPAN
FUKUSHIMA-KEN, 960-1292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 88.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**

KNITMESH TECHNOLOGIES LTD.
COAST ROAD, GREENFIELD HOLYWELL
CH8 9DP
NORTH WALES
GB - UNITED KINGDOM
CH8 9DP
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 28,380.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**

KOA SPEER ELECTRONICS INC
199 BOLIVAR DR
BRADFORD, PA 16701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 83,762.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.342** **Nonpriority creditor's name and mailing address**

KOLLER-CRAFT SOUTH
P.O. BOX 2518 2620
EAST MEIGHAN BLVD.
35903
GADSDEN
AL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,118.64

---

**3.343** **Nonpriority creditor's name and mailing address**

KOLLER-CRAFT SOUTH
P.O. BOX 2518
2620 EAST MEIGHAN BOULEVARD
35903
GADSDEN
AL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 355,912.90

---

**3.344** **Nonpriority creditor's name and mailing address**

KOMATSU AMERICA INDUSTRIES LLC
PO BOX 15581
60693
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,165.81

---

**3.345** **Nonpriority creditor's name and mailing address**

KOMATSU INDUSTRIES MEXICO SA D
AV AGUASCALIENTES 92 COL PARRAS
20157
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,597.62

---

**3.346** **Nonpriority creditor's name and mailing address**

KONECRANES INC
P.O. BOX 644994
15264-4994
PITTSBURG
PA
US - UNITED STATES
PITTSBURG, 15264-4994

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,899.55

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.347** **Nonpriority creditor's name and mailing address**

KPMG
P.O. BOX 120001
DEPT. 0561
75312-0569
DALLAS
TX
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,872.97

---

**3.348** **Nonpriority creditor's name and mailing address**

KRONOS INCORPORATED
PO BOX 743208
30374
ATLANTA
GA
US - UNITED STATES
ATLANTA, 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,256.00

---

**3.349** **Nonpriority creditor's name and mailing address**

KURITA AMERICA INC.
PO BOX 851361
55485-1361
MN
MINNEAPOLIS
US - UNITED STATES
MN, 55485-1361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,027.15

---

**3.350** **Nonpriority creditor's name and mailing address**

KURZ MEXICO S DE R.L DE C.V
AV. ESTADO DE MEXICO 3 NAVE 2 BODEGA P Q R SAN MATEO
CUAUTEPEC
54948
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,001.39

---

**3.351** **Nonpriority creditor's name and mailing address**

KYOSHIN VIETNAM CO LTD
ROAD 12 TAN THUAN EXPORT PROCESSING ZONE DISTRICT 7
HO CHI MINH CITY, 7000
VIETNAM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,001.35

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.352** **Nonpriority creditor's name and mailing address**

L&T TECHNOLOGY SERVICES LTD.
2035 LINCOLN HIGHWAY, ST 3002 EDISON
08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,850.00

---

**3.353** **Nonpriority creditor's name and mailing address**

L&T TECHNOLOGY SERVICES, LTD
2035 LINCOLN HIGHWAY
SUITE 3002
08817
EDISON
NJ
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 266,835.34

---

**3.354** **Nonpriority creditor's name and mailing address**

LAFRANCE CORPORATION
ONE LAFRANCE WAY CONCORDVILLE PA 19331
19331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,158.40

---

**3.355** **Nonpriority creditor's name and mailing address**

LAWRENCE SURFACE TECHNOLOGIES
1895 CROOKS ROAD
48084
TROY
MI
US - UNITED STATES
TROY, 48084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95,105.67

---

**3.356** **Nonpriority creditor's name and mailing address**

LAWRENCE SURFACE TECHNOLOGIES
1895 CROOKS ROAD
48084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 368,006.03

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:#000;color:#fff"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.357** **Nonpriority creditor's name and mailing address**

LEE COMPANY
P.O. BOX 306053
37230-6053
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37230-6053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85,644.74

---

**3.358** **Nonpriority creditor's name and mailing address**

LEE CONTRACTING (MI)
631 CESAR E. CHAVEZ AVE
48342
PONTIAC
MI
US - UNITED STATES
PONTIAC, 48342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,000.00

---

**3.359** **Nonpriority creditor's name and mailing address**

LEE MANUFACTURING SOLUTIONS, LLC
650 KENNEDY ROAD
40511 - LEXINGTON
KY
US - UNITED STATES
LEXINGTON, 40511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,773.70

---

**3.360** **Nonpriority creditor's name and mailing address**

LEE MANUFACTURING SOLUTIONS, LLC
673 KENNEDY ROAD
40511
LEXINGTON
KY
US - UNITED STATES
LEXINGTON, 40511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81,697.15

---

**3.361** **Nonpriority creditor's name and mailing address**

LEON INTERIORS INC.
BLVD. JESUS VALDES SANCHEZ 615
25350
ARTEAGA
COAHUILA
MX - MEXICO
ARTEAGA, 25350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 258,846.18

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.362** | **Nonpriority creditor's name and mailing address**

LEON INTERIORS INC.
BLVD. JESUS VALDES SANCHEZ 615
25350
ARTEAGA
COAHUILA
MX - MEXICO
ARTEAGA, 25350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 98,303.84

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.363** | **Nonpriority creditor's name and mailing address**

LEONI WIRING SYSTEMS INC
3100 N. CAMPBELL AVENUE SUITE 101
85719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 68,265.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.364** | **Nonpriority creditor's name and mailing address**

LEWISBURG INDUSTRIAL & WELDING
P.O. BOX 2127
37091
LEWISBURG
TN
US - UNITED STATES
LEWISBURG, 37091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,732.50

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.365** | **Nonpriority creditor's name and mailing address**

LEWISBURG RUBBER AND GASKET
P.O. BOX 2331
529 W. COMMERCE
37091
LEWISBURG
TN
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,518.43

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.366** | **Nonpriority creditor's name and mailing address**

LEXICON RELOCATION, LLC
815 SOUTH MAIN STREET
32207 - JACKSONVILLE
FLORIDA
US - UNITED STATES
JACKSONVILLE, 32207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 27,881.28

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.367** | **Nonpriority creditor's name and mailing address**

LEXINGTON REALTY TRUST
ONE PENN PLAZA SUITE 4015
NEW YORK, 10119-4015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 120,463.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address**

LIBERTY ONE
PO BOX 249
48068
ROYAL OAK
MI
US - UNITED STATES
ROYAL OAK, 48068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,806.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address**

LIFT ONE LLC
121 THREET INDUSTRIAL BLVD
37167
SMYRNA
TN
US - UNITED STATES
SMYRNA, 37167

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,498.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address**

LIO CHEM INCORPORATED
2145 EAST PARK DRIVE NE
30013
CONYERS
GA
US - UNITED STATES
CONYERS, 30013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,330.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address**

LNRS DATA SERVICES INC.
28428 NETWORK PLACE
60673-1284 - CHICAGO
ILLINOIS
US - UNITED STATES
CHICAGO, 60673-1284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 2,546.30 |
|---|---|---|---|

LOFTIS STEEL & ALUMINUM
PO BOX 101026
37224 - NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 171,800.07 |
|---|---|---|---|

LOFTY SUCCESS GROUP LIMITED
PORTCULLIS TRUSTNET
1225
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 129,374.93 |
|---|---|---|---|

LOFTY SUCCESS GROUP LIMITED (GD)
DONGYE ROAD, HOUJIE SCIENCE-
& TECHNOLOGY INDUSTRIAL PARK
523950
DONGGUAN CITY
GUANGDONG PROVINCE
CN - CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 53,165.85 |
|---|---|---|---|

LOFTY SUCCESS GROUP LIMITED (XY)
N0.1 SUZHOU AVENUE, SHENZHEN
 INDUSTRIAL PARK OF XIANYANG
441000
HUBEI
CN - CHINA
441000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 42,949.99 |
|---|---|---|---|

LOHMANN NORDIC AB
Arntorpsgatan 10
44245
SWEDEN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.377** | **Nonpriority creditor's name and mailing address**

LS AUTOMOTIVE QINGDAO CORP
NO 775, 308 STATE ROAD, LICANG DISTRICT, QINGDAO CITY
266100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                854,112.79

---

**3.378** | **Nonpriority creditor's name and mailing address**

LS AUTOMOTIVE TECHNOLOGIES CO LTD
NO. 775,308 STATE ROAD,
LICANG DISTRICT
266100
QINGDAO
SHANDONG
CN - CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                172,675.76

---

**3.379** | **Nonpriority creditor's name and mailing address**

LS AUTOMOTIVE TECHNOLOGIES CO LTD
5725 DELPHI DRIVE
48098
TROY
MI
US - UNITED STATES
TROY, 48098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                117,823.90

---

**3.380** | **Nonpriority creditor's name and mailing address**

LS AUTOMOTIVE TECHNOLOGIES CO.
31 SANDAN-RO DANWON-GU ANSAN- SI GYEONGGI-DO
015611
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                397,900.91

---

**3.381** | **Nonpriority creditor's name and mailing address**

LYONDELL CHEMICAL COMPANY AKA EQUISTAR CHEMICALS L.P.
JP MORGAN CHASE (TX1-0029)
EQUISTAR CHEMICALS- LOCKBOX #301673
76155 - FORT WORTH
TX
14800 FRYE ROAD
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                700,559.26

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>MACNICA AMERICAS INC<br>380 STEVENS AVENUE SUITE 206<br>92075 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 4,793,150.66 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>MAGID GLOVE & SAFETY MANUF.CO.<br>1300 NAPERVILLE DR<br>60446<br>ROMEOVILLE<br>IL<br>US - UNITED STATES<br>ROMEOVILLE, 60446 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 24,031.73 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.384 | **Nonpriority creditor's name and mailing address**<br><br>MANIOBRAS DE  PRECISION SA DE<br>CARR TIJUANA MEXICALI KM 16.4 092.20 A-3 FLORIDO CARR. TECATE<br>TIJUANA B.C<br>22337<br>MEXICO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 0.50 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address**<br><br>MANKIEWICZ MEXICO Y COMPANIA S<br>CAMINO A LA NORITA 100,COL LOS ANGELES,CORREGIDORA<br>76920<br>MEXICO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 237,588.15 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address**<br><br>MANSFIELD(SUZHOU)MANUFACTURING<br>2 JINGWANG RD, MPULD CITY XUGU XUGUAN SND SUZHOU JIANGSU PROVINCE<br>215151<br>CHINA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 24,558.72 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.387** **Nonpriority creditor's name and mailing address**

MANUFACTURAS INDUSTRIALES CEJ
MUNICIPIO DE CALVILLO NO 103 PARQUE INDUSTRIAL DEL VALLE DE
AGUASCALIENTES
20358
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 618,036.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**

MANUFACTURING REPAIR & OVERSTOCK INC.
4122 S CREEK ROAD
37415 - CHATTANOOGA
TN
US - UNITED STATES
CHATTANOOGA, 37415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,169.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.389** **Nonpriority creditor's name and mailing address**

MARELLI (GUANGZHOU) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 203,376.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** **Nonpriority creditor's name and mailing address**

MARELLI (INDIA) PRIVATE LIMITED
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,510,105.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** **Nonpriority creditor's name and mailing address**

MARELLI (THAILAND) CO., LTD
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 5,493,438.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 4,653,940.00 |
|---|---|---|---|
| | MARELLI AUTOMOTIVE COMPONENTS (WUXI) CORPORATION<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  INTERCOMPANY PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 18,952,372.00 |
|---|---|---|---|
| | MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  INTERCOMPANY PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 207,570,544.00 |
|---|---|---|---|
| | MARELLI AUTOMOTIVE LIGHTING USA LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  INTERCOMPANY PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 131,853,121.00 |
|---|---|---|---|
| | MARELLI CORPORATION<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  INTERCOMPANY PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 72,652,560.00 |
|---|---|---|---|
| | MARELLI EUROPE S.P.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  INTERCOMPANY PAYABLE | |
| | **Date or dates debt was incurred**   UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.397** | **Nonpriority creditor's name and mailing address**

MARELLI FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 765,942.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address**

MARELLI MEXICANA, S.A. DE C.V.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 174,388,077.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**

MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 197,860.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**

MARKDOM COMPONENTES DE MEXICO
CALLE NIQUEL 115,INDUSTRIAL SANTA CATARINA
66367
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 21,910.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address**

MARQUARDT GMBH
SCHLOSS STRASSE 16 WEILHEIM
78604
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,351.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.402** | **Nonpriority creditor's name and mailing address**

MARSH MICRO SYSTEMS
1084 DUNCAN AVE.
37404
CHATTANOOGA
TN
US - UNITED STATES
CHATTANOOGA, 37404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                561.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address**

MAR-TECH COMPANY
P.O. BOX 644
37122
MOUNT JULIET
TN
US - UNITED STATES
MOUNT JULIET, 37122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                728.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**

MARTIN INDUSTRIAL SUPPLY
200 APPLETON AVENUE
35660
SHEFFIELD
AL
US - UNITED STATES
SHEFFIELD, 35660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$              7,638.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address**

MARUBENI MEXICO S.A DE C.V
BLVD MANUEL AVILA CAMACHO 24 PISO 12 LOMAS DE CHAPULTEPEC
11000
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$             81,387.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address**

MARUBUN/ARROW USA LLC
1732 SOUTH FIRST STREET SAN JOSE
95112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$          2,280,280.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** Nonpriority creditor's name and mailing address

MASON MARKETING GROUP, LLC
10830 Gilroy Road
37160 - Hunt Valley
Maryland
US - UNITED STATES
Hunt Valley, 37160

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 78,763.21

**3.408** Nonpriority creditor's name and mailing address

MASUDA MANUFACTURING CO. LTD
4-6-1 MORISHITA
135-0004
JAPAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 54,995.80

**3.409** Nonpriority creditor's name and mailing address

MATCOR AUTOMOTIVE (MOGREEN)INC
9650 KELLNER ROAD
35824
HUNTSVILLE
AL
US - UNITED STATES
HUNTSVILLE, 35824

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,043,870.96

**3.410** Nonpriority creditor's name and mailing address

MATRIX CLAIMS MANAGEMENT, LLC
615 Elsinore Place, Suite 200
45202 - Cincinnati
Ohio
US - UNITED STATES
Cincinnati, 45202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,705.00

**3.411** Nonpriority creditor's name and mailing address

MAZDA NORTH AMERICAN OPERATIONS
NIPPON EXPRESS USA, INC.
9000 GREENBRIER PKWY NW, UNIT 780
35756
MADISON
AL
US - UNITED STATES

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,777,985.54

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,842.84 |
|---|---|---|---|

MAZZELLA LIFTING TECHNOLOGIES, INC
PO Box 74402
44194-0002
Cleveland,
OH
US - UNITED STATES
Cleveland,, 44194-0002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,223.65 |
|---|---|---|---|

MCMASTER-CARR SUPPLY CO.
6100 FULTON INDUSTRIAL BLVD.
30336-2852
ATLANTA
GA
US - UNITED STATES
ATLANTA, 30336-2852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,576.14 |
|---|---|---|---|

MCMINNVILLE TOOL AND DIE
318 NEEDMORE RD MCMINNVILLE  E
37110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,916.00 |
|---|---|---|---|

MEIJI CORPORATION
150 PIERCE ROAD STE 550 ITASCA IL
60143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 34,987.54 |
|---|---|---|---|

MEIJI CORPORATION
1714 TRIANGLE PARK ROAD
37801
MARYVILLE
TN
US - UNITED STATES
MARYVILLE, 37801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.417** **Nonpriority creditor's name and mailing address**

MELTON MACHINE & CONTROL CO.
6350 BLUFF ROAD
63090
WASHINGTON
MO
US - UNITED STATES
WASHINGTON, 63090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 291,026.40

---

**3.418** **Nonpriority creditor's name and mailing address**

MERCANTIL CORMA SA DE CV
CALLE VILLA MOCTEZUMA 68, VILLA DE ARAGON,GUSTAVO A MADERO
07570
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,492.13

---

**3.419** **Nonpriority creditor's name and mailing address**

MERGON CORPORATION
5350 OLD PEARMAN DAIRY ROAD
29625
ANDERSON
SC
US - UNITED STATES
ANDERSON, 29625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 98,125.60

---

**3.420** **Nonpriority creditor's name and mailing address**

METHACRYLATE CHEMICALS ROEHM
AV PRESIDENTE MASARYK 111 PISO 1, MIGUEL HIDALGO
11560
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,165.14

---

**3.421** **Nonpriority creditor's name and mailing address**

METHODOS SPA
VIA GIACOMO MELLERIO , 3
 20123 - MILAN
ITALY
IT - ITALY
MILAN, 20123
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 93,642.27

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.422** **Nonpriority creditor's name and mailing address**

MG INTERNATIONAL INC
90 INTERNATIONAL PARKWAY DALLAS
30157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 834.89

---

**3.423** **Nonpriority creditor's name and mailing address**

MGA RESEARCH CORP
BOX 689916
60695-9916
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60695-9916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,150.00

---

**3.424** **Nonpriority creditor's name and mailing address**

MI METAL PROCESSING MEXICANA
CIRCUITO JAPON 102 PARQUE INDUSTRIAL SAN FRANCISCO SAN
FRANCISCO DE LOS ROMO
20304
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,873,475.57

---

**3.425** **Nonpriority creditor's name and mailing address**

MICO INDUSTRIES INC.
2929 32ND ST SE, SUITE 8
49512
KENTWOOD
MI
US - UNITED STATES
KENTWOOD, 49512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,521.46

---

**3.426** **Nonpriority creditor's name and mailing address**

MICROCHIP TECHNOLOGY INC.
2355 W. CHANDLER BLVD,CHANDLER
85224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37,200.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.427** | **Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
ONE MICROSOFT WAY
98052-6399 - REDMOND
WA
US - UNITED STATES
REDMOND, 98052-6399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,793,106.94

---

**3.428** | **Nonpriority creditor's name and mailing address**

MIIC OPTON (USA) INC.
41208 CAPITAL
48187
CANTON
MI
US - UNITED STATES
CANTON, 48187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                3,342.00

---

**3.429** | **Nonpriority creditor's name and mailing address**

MITSUCHI CORPORATION OF AMERICA
190 PARTHENON BLVD.
37086
LA VERGNE
TN
US - UNITED STATES
LA VERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                720.00

---

**3.430** | **Nonpriority creditor's name and mailing address**

MITSUMI AUTOMOTIVE DE MEXICO
CIRCUITO INTERIOR 160 ZONA INDUSTRIAL SAN LUIS POTOSI
78395
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                994,485.74

---

**3.431** | **Nonpriority creditor's name and mailing address**

MOCOM COMPOUNDS MEXICO S DE R.
ANTONIO L. RODRIGUEZ 2100, PISO 11 INT, 116 COL. SANTA MARIA
64650
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                59,002.55

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44,581.80 |
|---|---|---|---|

MODULI ELETTRONICI E
VIA DELLA SALUTE 34/1
40132
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,520.65 |
|---|---|---|---|

MOLDINYEK SA DE CV
MAR ARAFURA 44, POPOTLA,MIGUEL HIDALGO
11400
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 65,581.92 |
|---|---|---|---|

MOLEX LLC
2222 WELLINGTON COURT LISLE ILLINOIS
60532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25,759.87 |
|---|---|---|---|

MONROE MECHANICAL (SHANGHAI)
NO.1235 MINQIANG RD BUILDING 2 SONGJIANG DISTRICT,SHANGHAI
201612
CHINA

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,954.63 |
|---|---|---|---|

MOORE WELD PROFESSIONAL SERVICES, LLC
6313 CHEATHAM LAKE DR
30101
ACWORTH
GA
US - UNITED STATES
ACWORTH, 30101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,813.27 |
|---|---|---|---|
| | MORGAN STANLEY<br>MORGAN STANLEY GLOBAL BANKING OPERA<br>1300 THAMES ST WHARF, 4 FLOO<br>21231-9907<br>BALTIMORE<br>MD<br>US - UNITED STATES | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 702.00 |
|---|---|---|---|
| | MOTION CONTROL EXPRESS<br>326 SPRINGHOUSE CIRCLE<br>37067<br>FRANKLIN<br>TN<br>US - UNITED STATES<br>FRANKLIN, 37067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73,463.96 |
|---|---|---|---|
| | MOTION INDUSTRIES<br>108 JOHNSTON STREET<br>37388<br>TULLAHOMA<br>TN<br>US - UNITED STATES<br>TULLAHOMA, 37388 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 622.42 |
|---|---|---|---|
| | MOUSER ELECTRONICS<br>P.O. BOX 99319<br>76199-0319<br>FT. WORTH<br>TX<br>US - UNITED STATES<br>FT. WORTH, 76199-0319 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,903.45 |
|---|---|---|---|
| | MS COMPANIES LLC.<br>6610 N. SHADELAND AVENUE<br>46220<br>INDIANAPOLIS<br>IN<br>US - UNITED STATES<br>INDIANAPOLIS, 46220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.442** | **Nonpriority creditor's name and mailing address**

MSDS ONLINE
350 NORTH ORLEANS STREET
SUITE 950
60654
CHICAGO
IL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 9,130.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address**

MUBEA DE MEXICO, S. DE R.L. DE
BLVD. INDUSTRIA TRANSFORMACIÃ"N NO 3090
25900
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,253.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address**

MUELLER IMPACTS COMPANY INC
2409 WILLS STREET MARYSVILLE
48040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 19,448.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address**

MURATA ELECTRONICS NORTH
2200 LAKE PARK DRIVE
30080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 432,670.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address**

N.K.A. ENTERPRISE (HONG KONG)
FLAT 1501,15F,BLK LOWER, GRAN MILLENNIUM PLAZA
181
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 487,759.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.447** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 834.12

---

**3.448** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43,588.55

---

**3.449** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,038.00

---

**3.450** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,247.00

---

**3.451** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,153.31

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.453**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.454**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.455**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  POTENTIAL LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.456**

**Nonpriority creditor's name and mailing address**

NANOGATE NORTH AMERICA LLC
150 E. LONGVIEW AVE.
44903
MANSFIELD
OH
US - UNITED STATES
MANSFIELD, 44903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    71,413.10

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 730.56 |
|---|---|---|---|

**3.457** NATIONAL BULK EQUIPMENT
12838 STAINLESS DRIVE
49424
HOLLAND
MI
US - UNITED STATES
HOLLAND, 49424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.458** **Nonpriority creditor's name and mailing address**
NATIONAL FIRE AND LIFE SAFETY LLC
125 GANCY STREET
37072 - GOODLETTSVILLE
TN
US - UNITED STATES
GOODLETTSVILLE, 37072

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 68,388.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.459** **Nonpriority creditor's name and mailing address**
NCI
209 LONNIE E. CRAWFORD BLVD.
35769
SCOTTSBORO
AL
US - UNITED STATES
SCOTTSBORO, 35769

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 318,674.34

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.460** **Nonpriority creditor's name and mailing address**
NDK AMERICA INC
425 N MARTINGALE RD SUITE 1330 SCHAUMBURG
60173

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 62,016.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.461** **Nonpriority creditor's name and mailing address**
NEATON ROME, INC.
1634 TECHNOLOGY PARKWAY
30165
ROME
GA
US - UNITED STATES
ROME, 30165

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,025,228.84

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.462** **Nonpriority creditor's name and mailing address**

NETCOM GROUP SPA
VIA ANDREA D'ISERNIA 38
80122 - NAPOLI
IT - ITALY
NAPOLI, 80122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 25,745.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** **Nonpriority creditor's name and mailing address**

NEW FORM TOOLS, LTD.
232 LORNE AVE E
N5A 6S4
STRATFORD
ONTARIO
CA - CANADA
STRATFORD, N5A 6S4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 39,080.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** **Nonpriority creditor's name and mailing address**

NEXEO PLASTICS, LLC
P.O. BOX 74007392
60674-7392
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60674-7392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 25,805.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.465** **Nonpriority creditor's name and mailing address**

NEXPERIA USA INC
2711 CENTERVILLE RD STE 400 WILMINGTON
19808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,006.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** **Nonpriority creditor's name and mailing address**

NEXUS ELECTRONICS LLC
1660 IOWA AVE STE 400, RIVERSIDE
92507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,528.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.467** | **Nonpriority creditor's name and mailing address**

NICHIA AMERICA CORPORATION
48561 ALPHA DRIVE SUITE 100 WIXOM
48393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    173,771.75

---

**3.468** | **Nonpriority creditor's name and mailing address**

NICK DUKE TECHNICAL SERVICES
134 DEER VALLEY RD
37060
EAGLEVILLE
TN
US - UNITED STATES
EAGLEVILLE, 37060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      2,630.00

---

**3.469** | **Nonpriority creditor's name and mailing address**

NIDEC MOBILITY THAILAND CO LTD
1/81 MOO5 ROJANA IND PARK T-KANHAM A.U THAI AYUTTHAYA
13210
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    100,728.00

---

**3.470** | **Nonpriority creditor's name and mailing address**

NIDEC SANKYO AMERICA CORP
275 NORTHRIDGE DRIVE SHELBYVILLE, INDIANA
46176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     88,785.95

---

**3.471** | **Nonpriority creditor's name and mailing address**

NIFAST MEXICANA SA DE CV
PASEOS DE VENADERO 108 PASEOS DE AGUASCALIENTES
20907
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     65,861.55

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $                165,182.53 |
| --- | --- | --- | --- |

NIFCO AMERICA CORPORATION
8015 DOVE PARKWAY  CANAL WINCHESTER
43110

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $                 36,354.45 |
| --- | --- | --- | --- |

NIFCO CENTRAL MEXICO S DE RL
AV. RIO SAN LORENZO 1117 PARQ E TECNOINDUSTRIAL CASTRO DEL
IO
36815
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $                  3,809.15 |
| --- | --- | --- | --- |

NIFCO CENTRAL MEXICO S DE RL
AV RIO SAN LORENZO 1117 PARQUE TECNOINDUSTRIAL CASTRO DEL
RIO IRAPUATO
36815
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $                 17,109.42 |
| --- | --- | --- | --- |

NIFCO US CORPORATION
130 WHEELER ST.
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $                 88,594.00 |
| --- | --- | --- | --- |

NIFCO US CORPORATION
130 WHEELER ST.
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli North America, Inc. | | 25-11036 |
|---|---|---|---|
| | Name | (Case number (if known)) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477** **Nonpriority creditor's name and mailing address**

NIHON PLAST MEXICANA SA DE CV
AV DE LA CANADA 47 PARQUE IND BERNARDO QUINTANA
76246
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 941,050.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.478** **Nonpriority creditor's name and mailing address**

NIHON SHORYOKU KIKAI CO., LTD
173 FUKUSHIMA-MACHI
372-0826
ISESAKI-SHI
GUNMA
JP - JAPAN
ISESAKI-SHI, 372-0826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 15,468.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.479** **Nonpriority creditor's name and mailing address**

NINGBO JINHUI OPTICAL
NO. 168,XINXING 2ND ROAD,CIXI HIGH-TECH PARK,CIXI CITY
315301
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 266,962.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**

NINGBO JOYSONQUIN AUTOMOTIVE SYSTEMS HOLDING CO., LTD
NO. 1266 JUXIEN ROAD, HI-TECH PARK
315040
NINGBO
ZHEJIOUG
CN - CHINA
NINGBO, 315040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,907,483.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.481** **Nonpriority creditor's name and mailing address**

NINGBO YINZHOU CHINAUST
NO. 188 HUANGLING YUQIVILLAGE, TANGXI TOWN, YINZHOU, NINGBO
315142
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 378,264.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.482 Nonpriority creditor's name and mailing address**

NIPPON PAINT AUTOMOTIVE
2701 E.170TH ST, LANSING
60438

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 64,000.10

---

**3.483 Nonpriority creditor's name and mailing address**

NIPPON PAINT AUTOMOTIVE AMERICAS (NPAA)
2701 EAST 170TH STREET
60438
LANSING
IL
US - UNITED STATES
LANSING, 60438

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 37,301.40

---

**3.484 Nonpriority creditor's name and mailing address**

NIPPON SEIKI DE MEXICO SA DE
AV FINSA 1501 PARQUE IND FINSA MONTERREY
GUADALUPE,GUADALUPE
67132
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,554,181.98

---

**3.485 Nonpriority creditor's name and mailing address**

NIPPON STEEL PIPE MEXICO SA DE
AV LIBRE COMERCIO 100, PUERTO INTERIOR, SILAO DE LA VICTORIA
36275
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 40,089.75

---

**3.486 Nonpriority creditor's name and mailing address**

NISSAN TRADING CO USA
1974 MIDWAY LINE SMYRNA TN
37167

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 235,971.84

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.487** **Nonpriority creditor's name and mailing address**

NISSAN TRADING CORPORATION
PROLONGACION AVE LAS AMERICAS 1701 LOCAL D50 PISOS 5 Y 6
FRACC EL DORADO
20235
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,332,119.19

---

**3.488** **Nonpriority creditor's name and mailing address**

NISSAN TRADING CORPORATION AMERICAS
3066 SIDCO DRIVE
37204
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 693,257.50

---

**3.489** **Nonpriority creditor's name and mailing address**

NISSAN TRADING CORPORATION AMERICAS
NASHVILLE BRANCH & DIST. CTR.
325 MASON ROAD
37086
LAVERGNE
TN
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,704,087.21

---

**3.490** **Nonpriority creditor's name and mailing address**

NISSAN TRADING CORPORATION AMERICAS (BASF)
301 JAMES RECORD RD., SW
35824
HUNTSVILLE
AL
US - UNITED STATES
HUNTSVILLE, 35824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 664,249.36

---

**3.491** **Nonpriority creditor's name and mailing address**

NISSEI AMERICA
1480 NORTH HANCOCK STREET
92807
ANAHEIM
CA
US - UNITED STATES
ANAHEIM, 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,312.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.492** **Nonpriority creditor's name and mailing address**

NISSINKAKOU MEXICANA S.A. DE
AV. VILLA DE LAGOS SUR 1053 16 25 COL. COLINAS DE LAGOS
47515
MEXICO

$ 27,580.30

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.493** **Nonpriority creditor's name and mailing address**

NITTO DENKO AUTOMOTIVE
DEPT CH 10964
5505 N. CUMBERLAND AVE SUITE 307
60656-1471
CHICAGO
IL
US - UNITED STATES

$ 32,986.74

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.494** **Nonpriority creditor's name and mailing address**

NITTO DENKO DE MEXICO S DE RL
DESARROLLO 100 PARQUE INDUSTRIAL LA SILLA APODACA
66648
MEXICO

$ 37,544.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.495** **Nonpriority creditor's name and mailing address**

NITTO, INC.
10505 BENNETT PARKWAY SUITE 300
ZIONSVILLE, IN 46077

$ 32,710.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.496** **Nonpriority creditor's name and mailing address**

NIXON POWER SERVICES CO.
PO BOX 934345
31193
ATLANTA
GA
US - UNITED STATES
ATLANTA, 31193

$ 5,804.43

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 23,299.20 |
|---|---|---|---|
| | NMB ITALIA SRL | ☑ Contingent | |
| | VIA ACHILLE GRANDI 39 41, MAZZO DI RHO | ☐ Unliquidated | |
| | 20017 | ☐ Disputed | |
| | ITALY | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No  ☐ Yes | |

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 140,305.50 |
|---|---|---|---|
| | NORMA MANUFACTURING NA SW LLC | ☐ Contingent | |
| | DEPT. 0403 PO BOX 120403 | ☐ Unliquidated | |
| | DALLAS, TX 75312-0403 | ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No  ☐ Yes | |

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 5,552.33 |
|---|---|---|---|
| | NORON INC. | ☐ Contingent | |
| | 5465 ENTERPRISE BLVD. | ☐ Unliquidated | |
| | 43612 - TOLEDO | ☐ Disputed | |
| | OH | **Basis for the claim:** TRADE PAYABLE | |
| | US - UNITED STATES | | |
| | TOLEDO, 43612 | | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No  ☐ Yes | |

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 42,488.88 |
|---|---|---|---|
| | NORTHGATEARINSO LLC | ☐ Contingent | |
| | 810 HESTERS CROSSING | ☐ Unliquidated | |
| | SUITE 250 | ☐ Disputed | |
| | 78681 - ROUND ROCK | **Basis for the claim:** TRADE PAYABLE | |
| | TX | | |
| | US - UNITED STATES | | |
| | ROUND ROCK, 78681 | | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No  ☐ Yes | |

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 10,920.00 |
|---|---|---|---|
| | NORTHWEST STATE COMMUNITY COLLEGE | ☐ Contingent | |
| | 22600 STATE ROUTE 34 | ☐ Unliquidated | |
| | 43502 - ARCHBOLD | ☐ Disputed | |
| | OH | **Basis for the claim:** TRADE PAYABLE | |
| | US - UNITED STATES | | |
| | ARCHBOLD, 43502 | | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No  ☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.502** **Nonpriority creditor's name and mailing address**

NOVALUX AMERICA INC.
3885 CRESTWOOD PARKWAY SUITE 5 95 DULUTH
30096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800,662.81

---

**3.503** **Nonpriority creditor's name and mailing address**

NOVASTAR SOLUTIONS
35200 PLYMOUTH ROAD
48150
LIVONIA
MI
US - UNITED STATES
LIVONIA, 48150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,634.75

---

**3.504** **Nonpriority creditor's name and mailing address**

NOVASTAR SOLUTIONS.COM LLC
35200 Plymouth Rd.
48150
Livonia
US - UNITED STATES
Livonia, 48150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,447.00

---

**3.505** **Nonpriority creditor's name and mailing address**

NPC MOLTEK CO. LTD
289 HAEAN-RO DANMON -GU ANSAN -SI
15612
GYEONGGI-DO
REPUBLIC OF KOREA
US - UNITED STATES
GYEONGGI-DO, 15612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,000.00

---

**3.506** **Nonpriority creditor's name and mailing address**

NUMALLIANCE-NORTH AMERICA, INC.
1637 KINGVIEW DRIVE
45036
LEBANON
OH
US - UNITED STATES
LEBANON, 45036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,560.63

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.507** **Nonpriority creditor's name and mailing address**

NUTEK AMERICAS, INC.
1831 LEFTHAND CIRCLE SUITE A
80501
LONGMOUNT
CO
US - UNITED STATES
LONGMOUNT, 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 442.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.508** **Nonpriority creditor's name and mailing address**

OCHIAI USA  INC.
640-B POND DRIVE
60191
WOOD DALE
IL
US - UNITED STATES
WOOD DALE, 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 129,596.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.509** **Nonpriority creditor's name and mailing address**

OCHIAI USA  INC.
640-B POND DRIVE
60191
WOOD DALE
IL
US - UNITED STATES
WOOD DALE, 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,529.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.510** **Nonpriority creditor's name and mailing address**

OHIO BUREAU OF WORKERS COMPENSATION
P O BOX 89492
44101
CLEVELAND
OHIO
US - UNITED STATES
CLEVELAND, 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 30,504.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.511** **Nonpriority creditor's name and mailing address**

OHIO LOGISTICS LTD.
1800 INDUSTRIAL DR, PO BOX 952
45839-0952
FINDLAY
OH
US - UNITED STATES
FINDLAY, 45839-0952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,543.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.512 | **Nonpriority creditor's name and mailing address**<br>OKAYA & CO LTD<br>MARUNOUCHI CENTRAL BLDG 14F N 1-9-1, MARUNOUCHI 1,CHIYODA<br>100-0005<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | $ 609,390.74 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.513 | **Nonpriority creditor's name and mailing address**<br>OLSON METAL PRODUCTS LLC<br>511 W ALGONQUIN ROAD ARLINGTON HEIGHTS<br>60005 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | $ 6,612.29 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.514 | **Nonpriority creditor's name and mailing address**<br>ONPRESS PCB LIMITED<br>9/F.,BLOCK B,ELDEX INDUSTRIAL BUILDING,21 MA TAU WAI ROAD,<br>HUNG HOM, KOWLOON<br>999077<br>HONG KONG | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | $ 3,765.60 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.515 | **Nonpriority creditor's name and mailing address**<br>OPEN TEXT INC.<br>2950 S. DELAWARE STREET, BAY MEADOW<br>94403<br>SAN MATEO<br>CA<br>US - UNITED STATES<br>SAN MATEO, 94403 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | $ 30,970.03 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.516 | **Nonpriority creditor's name and mailing address**<br>ORBIS<br>75 REMITTANCE DR.<br>DEPT 6965<br>60675-6965<br>CHICAGO<br>IL<br>US - UNITED STATES | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** TRADE PAYABLE | $ 24,236.64 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.517** **Nonpriority creditor's name and mailing address**

ORIGIN ENGINEERING-TECH
3848 CARSON ST. SUITE 216, TORRANCE
90503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   17,267.20

---

**3.518** **Nonpriority creditor's name and mailing address**

OSHITANI INDUSTRIAL MEXICANA S
PROL. M, JUAREZ 1089-12-A, COLONIA LINDA VISTA,TIJUANA
22054
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   656.00

---

**3.519** **Nonpriority creditor's name and mailing address**

OSRAM OPTO SEMICONDUCTOR INC
1150 KIFER RD SUITE  100 SUNN VALE CA
94086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,427.60

---

**3.520** **Nonpriority creditor's name and mailing address**

OUYOU DENSHI INDUSTRY CO.,LTD.
1576-2 Shimohiraide-machi Utsonomiya-shi, Tochigi 321-0903 Japan

JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,842.00

---

**3.521** **Nonpriority creditor's name and mailing address**

P&C MX S DE RL DE CV
PRIVADA INDUSTRIAL OJO DE AGUA DESARROLLO INDUSTRIAL  GP 2
APODACA NUEVO LEON
66632
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   40,642.80

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.522

**Nonpriority creditor's name and mailing address**

P&R FASTENERS, INC.
325 PIERCE STREET
08873 - SOMERSET
NEW JERSEY
US - UNITED STATES
SOMERSET, 08873

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,161.00

### 3.523

**Nonpriority creditor's name and mailing address**

PACIFIC FAME INTERNATIONAL LTD
UNIT 03, 22F,NO.118 CONNAUGHT ROAD WEST, HONG KONG
999077
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 291,379.06

### 3.524

**Nonpriority creditor's name and mailing address**

PACKAGING FULFILLMENT CORP.
1241 HEIL QUAKER BOULEVARD
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,125.64

### 3.525

**Nonpriority creditor's name and mailing address**

PAKFAB ENGINEERED SOLUTIONS CORP
PO Box 2194, 1701 Childress Road
37091 - Lewisburg
Tennessee
US - UNITED STATES
Lewisburg, 37091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,880.44

### 3.526

**Nonpriority creditor's name and mailing address**

PALATEC MANUFACTURING INC
2998 HUNTSVILLE HWY.
FAYETTEVILLE, TN 37334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51,357.25

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.527** | **Nonpriority creditor's name and mailing address**

PANASONIC AUTOMOTIVE SYSTEMS
26455 AMERICAN DRIVE  SOUTHFIELD
48034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,002,205.26

---

**3.528** | **Nonpriority creditor's name and mailing address**

PARAGON TECHNOLOGIES
STS OPERATING INC PO BOX 74007454
60674-7454
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60674-7454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,536.72

---

**3.529** | **Nonpriority creditor's name and mailing address**

PARKER HANNIFIN CORPORATION
500 S WOLF ROAD DES PLAINES
60016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,420.50

---

**3.530** | **Nonpriority creditor's name and mailing address**

PAUL N. GARDNER CO. INC.
25098 Network Place
60673-1098 - Chicago
IL
US - UNITED STATES
Chicago, 60673-1098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 68.45

---

**3.531** | **Nonpriority creditor's name and mailing address**

PAWOTEC DE MEXICO SA DE CV
CAROLINA VILLANUEVA 320 CD INDUSTRIAL AGUASCALIENTES
0250
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 223,001.52

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.532 Nonpriority creditor's name and mailing address**

PCA- PACKAGING CORPORATION OF AMERICA
P.O BOX 12485
07101
NEWARK
NJ
US - UNITED STATES
NEWARK, 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,634.87

**3.533 Nonpriority creditor's name and mailing address**

PEASA AUTOPARTES SA DE CV
PONIENTE 134 NUM. 854, INDUSTRIAL VALLEJO
02300
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,221,141.93

**3.534 Nonpriority creditor's name and mailing address**

PEASA AUTOPARTES SA DE CV
PONIENTE 134 NO. 854
02300
MEXICO, D.F.
MX - MEXICO
02300
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182,634.07

**3.535 Nonpriority creditor's name and mailing address**

PEASA AUTOPARTES SA DE CV
PONIENTE 134 NUM. 854 COL. INDUSTRIAL VALLEJO DISTRITO
FEDERAL
2300
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 629.08

**3.536 Nonpriority creditor's name and mailing address**

PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, NW
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** PENSION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** | **Nonpriority creditor's name and mailing address**

PENTANGLE TECH SERVICES LLC
32969 HAMILTON COURT
SUITE 203
48334 - FARMINGTON HILLS
MI
US - UNITED STATES
FARMINGTON HILLS, 48334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 32,648.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**

PERSICO USA INC.
50450 WING DRIVE
48315
SHELBY TWP
MI
US - UNITED STATES
SHELBY TWP, 48315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,970.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**

PIC MAINTENANCE INC
27734 FRANKLIN RD
48034 - SOUTHFIELD
MI
US - UNITED STATES
SOUTHFIELD, 48034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 35,674.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**

PIOLAX CORPORATION
139 ETOWAH INDUSTRIAL COURT, CANTON 30114
30114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 198,678.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address**

PIOLAX CORPORATION
139 ETOWAH INDUSTRIAL COURT
30114
CANTON
GA
US - UNITED STATES
CANTON, 30114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 405,580.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542** Nonpriority creditor's name and mailing address

PLASTICOS Y ALAMBRES S.A. DE
HUMBERTO LOBO 8026 PARQUE INDUSTRIAL MITRAS
66000
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                35,818.53

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.543** Nonpriority creditor's name and mailing address

PLASTIKON INDUSTRIES INC
688 SALDOVAL WAY
94544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$               653,152.95

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.544** Nonpriority creditor's name and mailing address

PLASTOMER CORPORATION
37819 SCHOOLCRAFT ROAD
48150-1096
LIVONIA
MI
US - UNITED STATES
LIVONIA, 48150-1096

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                13,054.44

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.545** Nonpriority creditor's name and mailing address

PLATTS (DBA S&P GLOBAL PARTS)
P.O. BOX 848093
75284-8093
DALLAS
TX
US - UNITED STATES
DALLAS, 75284-8093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                 5,660.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.546** Nonpriority creditor's name and mailing address

POLIMEROS Y AMIANTOS SA DE CV
Alessandro Volta Ñ 34 Parque Ind. Cuamatla Edo. Mex. MEXICO,
54730
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    50.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 51,648.53 |
|---|---|---|---|---|

PORTLAND PRODUCTS LLC
271 MORSE DRIVE, PORTLAND
48875

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 565,393.89 |
|---|---|---|---|---|

POSCO AAPC
6500 JEFFERSON METRO PARKWAY
35111
MCCALLA
AL
US - UNITED STATES
MCCALLA, 35111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 177,927.05 |
|---|---|---|---|---|

PRD INC
747 WASHBOARD RD
47562 - SPRINGVILLE
INDIANA
US - UNITED STATES
SPRINGVILLE, 47562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 3,607.50 |
|---|---|---|---|---|

PREMIER INDUSTRIAL MACHINE, LLC
19537  US ROUTE 6
43569 - WESTON
OHIO
US - UNITED STATES
WESTON, 43569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 62,614.58 |
|---|---|---|---|---|

PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
49507
GRAND RAPIDS
MI
US - UNITED STATES
GRAND RAPIDS, 49507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 186,164.00 |
|---|---|---|---|
| | PRIDGEON & CLAY INC<br>50 COTTAGE GROVE SW, GRAND RAPIDS 49507<br>49507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,362.27 |
|---|---|---|---|
| | PRO POWER INC.<br>7730B TRINITY ROADSUITE 126-127<br>CORDOVA, TN 38018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 690.00 |
|---|---|---|---|
| | PROBENEFITS, INC<br>2634 REYNOLDA ROAD<br>27106 - WINSTON-SALEM<br>NC<br>US - UNITED STATES<br>WINSTON-SALEM, 27106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,567.28 |
|---|---|---|---|
| | PROCEMEC S.A. DE C.V.<br>AV LIC BENITO JUAREZ 46, TLACATECO, TEPOTZOTLAN<br>54605<br>MEXICO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 337,354.10 |
|---|---|---|---|
| | PROCEMEC SA DE CV<br>AV.  LIC. BENITO JUAREZ 46 TLACATECOM, TEPOZOTLAN<br>54600<br>MEXICO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.557** **Nonpriority creditor's name and mailing address**

PROCEMEC, S.A DE C.V
1723 WEST HAMLIN RD.
48309 - ROCHESTER HILLS
MI
MX - MEXICO
ROCHESTER HILLS, 48309
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83,786.40

---

**3.558** **Nonpriority creditor's name and mailing address**

PROOF IMAGING
475 METROPLEX DRIVE
UNIT 506
37211 - NASHVIILLE
TN
US - UNITED STATES
NASHVIILLE, 37211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,485.69

---

**3.559** **Nonpriority creditor's name and mailing address**

PROPERTY MANAGEMENT CENTRIC SERVICES LLC
100 S. ASHLEY DRIVE SUITE 600
33602 - TAMPA
FLORIDA
US - UNITED STATES
TAMPA, 33602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 151,280.87

---

**3.560** **Nonpriority creditor's name and mailing address**

PROTECTIVE INDUSTRIES INC CAPL
2150 ELMWOOD AV. BUFFALO, 14207
14207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,319.24

---

**3.561** **Nonpriority creditor's name and mailing address**

PSC INDUSTRIES INC
745 S. 15TH STREET
40210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,192.06

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.562** Nonpriority creditor's name and mailing address

PSC INDUSTRIES INC.
1100 W. MARKET STREET
40203
LOUISVILLE
KY
US - UNITED STATES
LOUISVILLE, 40203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 20,671.33

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.563** Nonpriority creditor's name and mailing address

PSC INDUSTRIES INC.
1100 W. MARKET STREET
40203
LOUISVILLE
KY
US - UNITED STATES
LOUISVILLE, 40203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 10,384.26

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.564** Nonpriority creditor's name and mailing address

PT TECH
33957 RIVERIA
48026-1614
FRASER
MI
US - UNITED STATES
FRASER, 48026-1614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 285,158.32

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.565** Nonpriority creditor's name and mailing address

PXI AUTOCOMPONENTS (SUZHOU)
LIANTANG INDUSTRIAL ZONE
215500
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,551,695.43

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.566** Nonpriority creditor's name and mailing address

PXI AUTOMOTIVE MEXICO S. DE
CARRETERA ESTATAL 431 KM 2+200 LOTE 9-1 MODULO 3 PARQUE
TECNOLOGICO INNOVACION
76246
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 585,928.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.567** | **Nonpriority creditor's name and mailing address**

RADLEY CORPORATION
23077 GREENFIELD
SUITE 440
48075
SOUTHFIELD
MI
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 68,888.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address**

RADWELL INTERNATIONAL
PO BOX 419343
BOSTON
02241-9343
MA
US - UNITED STATES
02241-9343, BOSTON

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,306.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address**

RAINBOW TOOL & MACHINE CO.INC.
1500 MARTIN ROAD
PO BOX 206
35902
GADSDEN
AL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 42,040.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**

RANDSTAD NORTH AMERICA, INC.
150 Presidential Way 4th Floor
01801
Woburn
MA
US - UNITED STATES
Woburn, 01801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57,817.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address**

REDDY RENTALS INC.
34194 AURORA ROAD STE 226
44139 - SOLON
OH
US - UNITED STATES
SOLON, 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,942.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | | Case number (if known) | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.572 Nonpriority creditor's name and mailing address**

REINHART BOERNER VAN DEUREN S.C.
10000 North Water Street, Suite 170
53202
Milwaukee
US - UNITED STATES
Milwaukee, 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,032.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.573 Nonpriority creditor's name and mailing address**

RELIABLE ANALYSIS INC.
32201 N AVIS DRIVE
48071
MADISON HEIGHTS
MI
US - UNITED STATES
MADISON HEIGHTS, 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,318.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.574 Nonpriority creditor's name and mailing address**

RENESAS ELECTRONICS AMERICA IN
6024 SILVER CREEK VALLEY ROAD SAN JOSE
95138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,610,253.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.575 Nonpriority creditor's name and mailing address**

RESORTES MONTICELLO DE MEXICO
AV MEXICO 201 PARQUE INDUSTRIAL SAN FRANCISCO
20300
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,177.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.576 Nonpriority creditor's name and mailing address**

RESORTES Y PARTES SA DE CV
ROBERT SCHUMAN 5105 LA ESTANCIA
45030
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 29,822.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.577** Nonpriority creditor's name and mailing address

RESORTES Y PARTES SA DE CV
AV.HIDALGO 1952 01 LADRON DE GUEVARA GUADALJARA, JALISCO
44600
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 456.60

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.578** Nonpriority creditor's name and mailing address

RICHLAND INDUSTRIES LLC
1905 MINES ROAD
38478
PULASKI
TN
US - UNITED STATES
PULASKI, 38478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,280.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.579** Nonpriority creditor's name and mailing address

RK TRANSPORT
361 SMITHMILL ROAD
37334
FAYETTEVILLE
TN
US - UNITED STATES
FAYETTEVILLE, 37334

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 279,435.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.580** Nonpriority creditor's name and mailing address

ROBBINS AND BOHR
420 HUDSON RD.
37405
CHATTANOOGA
TN
US - UNITED STATES
CHATTANOOGA, 37405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 9,436.92

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.581** Nonpriority creditor's name and mailing address

ROGERS FOAM MEXICO S DE RL DE
AV. EL SABINAL 210, PARQUE IND EL SABINAL, APODACA
66645
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,767.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.582** **Nonpriority creditor's name and mailing address**

ROSE PEST SOLUTIONS
PO BOX 71400
48071 - MADISON HEIGHTS
MICHIGAN
US - UNITED STATES
MADISON HEIGHTS, 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    1,315.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.583** **Nonpriority creditor's name and mailing address**

ROSENBERGER HOCHFREQUENZTECHNI
HAUPTSTRASSE 1, FRIDOLFING
83413
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    56,828.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

ROUSH INDUSTRIES, INC.
34300 West 9 Mile
48335
Farmington
US - UNITED STATES
Farmington, 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.585** **Nonpriority creditor's name and mailing address**

RTR LLC
215 CRUTCHFIELD AVENUE
37210 - NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    320,385.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.586** **Nonpriority creditor's name and mailing address**

RUTRONIK ELEKTRONISCHE BAUELEM
INDUSTRIESTRABE 2
75228
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    480,789.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

---

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |
| | RXO CAPACITY SOLUTIONS, LLC<br>11215 NORTH COMMUNITY HOUSE ROAD<br>28277 - CHARLOTTE<br>NC<br>US - UNITED STATES<br>CHARLOTTE, 28277 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes |
| | **Last 4 digits of account number** | |

$ 113,070.31

| | | |
|---|---|---|
| **3.588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |
| | S.A. COMUNALE CO., INC.<br>2900 NEWPARK DRIVE<br>44203 - BARBERTON<br>OH<br>US - UNITED STATES<br>BARBERTON, 44203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes |
| | **Last 4 digits of account number** | |

$ 862.00

| | | |
|---|---|---|
| **3.589** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |
| | SABIC INNOVATIVE PLASTICS<br>BOULVERAD DE LO RIOS KM 4.8 P O IND TAMAULIPAS<br>89608<br>MEXICO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes |
| | **Last 4 digits of account number** | |

$ 761,172.60

| | | |
|---|---|---|
| **3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |
| | SABIC INNOVATIVE PLASTICS US<br>9930 KINCEY AVENUE<br>28078-6468<br>HUNTERSVILLE<br>NC<br>US - UNITED STATES<br>HUNTERSVILLE, 28078-6468 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes |
| | **Last 4 digits of account number** | |

$ 86,956.91

| | | |
|---|---|---|
| **3.591** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ |
| | SAKAIYA DE MEXICO S.A DE CV<br>MUNICIPIO DE JESUS MARIA 106<br>PARQUE INDUSTRIAL DEL VALLE DE AGUASCALIENTES<br>SAN FRANCISCO DE LOS ROMO, AGS 20300<br>MEXICO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes |
| | **Last 4 digits of account number** | |

$ 39,059.59

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.592** **Nonpriority creditor's name and mailing address**

SAKAIYA DE MEXICO SA DE CV (MEXICO)
AV. MUEBLEROS 222
PARQUE INDUSTRIAL CHICHIMECO
20916
JESUS MARIA
AGUASCALIENTES
MX - MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    172,385.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.593** **Nonpriority creditor's name and mailing address**

SALTILLO LAMINATION SA DE CV
CARR. FEDERAL SALTILLO MONTERREY KM 11.5 ARIZPE COAHUILA
25900
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    310,094.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.594** **Nonpriority creditor's name and mailing address**

SAMSUNG SEMICONDUCTOR EUROPE
EINSTEINSTRASSE 174
81677
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    96,180.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.595** **Nonpriority creditor's name and mailing address**

SANGO AUTO PARTS MEXICO SA DE
CIRCUITO NAGEIA LOTE 1 MANZANA 6, PARQUE INDUSTRIAL SENDAI,
VALLE DE SANTIAGO
38410
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    3,960,078.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.596** **Nonpriority creditor's name and mailing address**

SANKO ELECTRONICS AMERICA INC
2587 OTAY CENTER DR.,SAN DIEGO
92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    147,419.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|--------|------------------------------|------------------------|----------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.597** **Nonpriority creditor's name and mailing address**

SANSIN MANUFACTURING OF TENNES
175 BROST DRIVE, MORRISON
37357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,161.84

---

**3.598** **Nonpriority creditor's name and mailing address**

SANSIN MANUFACTURING OF TENNESSEE
175 BROST AVENUE
37357
MORRISON
TN
US - UNITED STATES
MORRISON, 37357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150,897.52

---

**3.599** **Nonpriority creditor's name and mailing address**

SCHAEFFER MANUFACTURING COMPANY
DEPT. 3518: PO BOX 79010
63179-0100 - SAINT LOUIS
MISSOURI
US - UNITED STATES
SAINT LOUIS, 63179-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,544.25

---

**3.600** **Nonpriority creditor's name and mailing address**

SCIENTIFIC REFRIGERATION SVC.
3079 South Baldwin road
#164
48359 - LAKE ORION
MI
US - UNITED STATES
LAKE ORION, 48359

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,799.00

---

**3.601** **Nonpriority creditor's name and mailing address**

SEA LINK INTERNATIONAL IRB INC
13151 66TH STREET NORTH LARGO, FL 33773
33773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 353,390.02

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.602** | **Nonpriority creditor's name and mailing address**

SECURITAS SECURITY SERVICES USA INC.
PO BOX 403412
30384-3412
ATLANTA,
GA
US - UNITED STATES
ATLANTA,, 30384-3412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 22,973.06

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.603** | **Nonpriority creditor's name and mailing address**

SELECT ARC INC
600 ENTERPRISE DR FORTLORAMIE
45845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 894,251.85

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.604** | **Nonpriority creditor's name and mailing address**

SELECT-ARC INC
600 ENTERPRISE DRIVE
P.O. BOX 259
45845-0259
FORT LARAMIE
OH
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 276,249.47

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.605** | **Nonpriority creditor's name and mailing address**

SENSATA TECHNOLOGIES MEX
AVENIDA DEL OBRERO PARQUE INDUSTRIAL DEL NORTE TAMAULIPAS
87316
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 180,144.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.606** | **Nonpriority creditor's name and mailing address**

SEOUL SEMICONDUCTOR CO. LTD
97-11, Sandan-ro 163beon-gil, Danwon-gu

SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 9,955.20

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Marelli North America, Inc.                                                    Case number (if known)   25-11036

         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.607** | **Nonpriority creditor's name and mailing address**

SEQUOIA AUTOMATIC INC.
221 ERICK STREET
CRYSTAL LAKE, IL 60014-4594

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                     167,837.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address**

SERIGRAPH INC
3801 East Decorah Road  West Bend, WI
53095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                      73,077.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address**

SEWS MEXICO SA DE CV
AVENIDA JAPON NO 126 A PARQUE INDUSTRIAL SAN FRANCISC O SAN
FCO D ELOS ROMO
20304
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                   5,231,114.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.610** | **Nonpriority creditor's name and mailing address**

SGX EUROPE SP.Z.O.O.
UL. LIGOCKA 103 KATOWICE
40-568
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                      18,379.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address**

SHAMROCK INTERNATIONAL
1475 EAST INDUSTRIAL DRIVE
60143
ITASCA
IL
US - UNITED STATES
ITASCA, 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                      58,299.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.612** **Nonpriority creditor's name and mailing address**

SHANGHAI HUAFON ALUMINIUM
BLOCK 11, NO. 1111, YUEGONG RD JINSHAN DISTRICT
201506
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,092,113.99

**3.613** **Nonpriority creditor's name and mailing address**

SHANGHAI LAIMU ELECTRONICS CO,
No.88, Zone 651, Dongxue Road Dongjing Town, Songjiang District
201619
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,245.28

**3.614** **Nonpriority creditor's name and mailing address**

SHANGHAI SHINMEI TRADING CO.LT
NO.1,NAN-SHA ROAD,MINHANG TECNOLIGICAL DEVELOPMENT ZONE
200245
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,741.00

**3.615** **Nonpriority creditor's name and mailing address**

SHENZHEN BEIJIDA ELECTRONIC
ROOM1404 ,2TH BUILDING B, ZHUOYUE CITY, NO.126 ZHONGKANG
ROAD, MEILIN SUB-DISTRICT
518000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 55,283.20

**3.616** **Nonpriority creditor's name and mailing address**

SHIBAURA MACHINE COMPANY
DEPT. CH 16523
60055-6523
PALATINE
IL
US - UNITED STATES
PALATINE, 60055-6523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,126.10

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.617** **Nonpriority creditor's name and mailing address**

SHIN-ETSU POLYMER AMERICA INC
5600 MOWRY SCHOOL ROAD SUITE 320, NEWARK,
94560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                97,478.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.618** **Nonpriority creditor's name and mailing address**

SHOEI MEXICANA S.A DE C.V
Ave.Miguel Hidalgo 117 Parque Industrial Marabis
36985
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                49,554.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.619** **Nonpriority creditor's name and mailing address**

SICHUAN FUSHENG AUTO PARTS CO
N0. 6 WEST WEISHAN AVENUE, SHANGYI TOWN, DONGPO DISTRICT,
MEISHAN CITY
620004
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                478,289.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.620** **Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY SOFTWARE INC.
5800 Granite Parkway, Suite 600
75024 - Plano
TX
US - UNITED STATES
Plano, 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                4,443.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.621** **Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY SOFTWARE INC.
P O BOX 2168
60132-2168
CAROL STREAM
IL
US - UNITED STATES
CAROL STREAM, 60132-2168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,518,041.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622** **Nonpriority creditor's name and mailing address**

SITRONIC GMBH & CO. KG
ROBERT-BOSCH STR.9,GAERTRINGEN
71116
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 211,188.10

---

**3.623** **Nonpriority creditor's name and mailing address**

SJM CO LTD
FACTORY: 401-5
MOKNAE-DONG
ANSAN
KYUNGI-DO
KR - KOREA, REPUBLIC OF
ANSAN, MARC: NO DATA AT SOURCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 443,215.50

---

**3.624** **Nonpriority creditor's name and mailing address**

SJM CO LTD
MOKNAE-DONG 401-5
DANWON-GU
ANSAN-SI, GYEONGGI 15444
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 242,431.20

---

**3.625** **Nonpriority creditor's name and mailing address**

SJM FLEX DE MEXICO S DE RL DE
CIRCUITO SANTA FE 323 PARQUE INDUSTRIAL SANTA FE AMPLIACION
36270
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,287,461.75

---

**3.626** **Nonpriority creditor's name and mailing address**

SKYLINE MANUFACTURING
3802 CHARLOTTE AVENUE
37209
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,975.00

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.627 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 741,981.99 |
|---|---|---|---|---|---|

SOHBI CRAFT (CHANGSHU) CO.,LTD
18 HUAMEI ROAD DONGBANG TOWN
P.R
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.628 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 18,924.48 |
|---|---|---|---|---|---|

SOUHATSU CEBU MANUFACTURING IN
3RD STREET MACTAN ECONIMIC ZONE 1 LAPU-LAPU CITY
6015
PHILIPPINES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.629 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 43,919.88 |
|---|---|---|---|---|---|

SOUTHERN CONTROLS
924 4TH AVE S.E.
35601
DECATUR
AL
US - UNITED STATES
DECATUR, 35601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.630 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 23,751.68 |
|---|---|---|---|---|---|

SOUTHERN COPPER & SUPPLY CO.
P.O. BOX 570
875 YEAGER PARKWAY
35124
PELHAM
AL
US - UNITED STATES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.631 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,965.00 |
|---|---|---|---|---|---|

SOUTHERN TOOLING INC
8021 HWY 22 SOUTH
38351
LEXINGTON
TN
US - UNITED STATES
LEXINGTON, 38351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632** **Nonpriority creditor's name and mailing address**

SPAL USA INC.
1731 SE ORALABOR ROAD, ANKENY
50021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,064.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.633** **Nonpriority creditor's name and mailing address**

SSI SINTERED SPECIALITIES, LLC
PO BOX 73811
53278-8311
MILWAUKEE
WI
US - UNITED STATES
MILWAUKEE, 53278-8311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 62,791.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.634** **Nonpriority creditor's name and mailing address**

STANLEY ELECTRIC SALES OF
1 MUSICK  IRVINE, CALIFORNIA
92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 56,384.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.635** **Nonpriority creditor's name and mailing address**

STANLEY ELECTRIC SALES OF AMER
1 MUSICK
92618
IRVINE
CA
US - UNITED STATES
IRVINE, 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 54,273.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.636** **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
P.O. BOX 405386
30384-5386
ATLANTA
GA
US - UNITED STATES
ATLANTA, 30384-5386

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,989.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.637** | **Nonpriority creditor's name and mailing address**

STAR AUTOMATION INC
P.O. BOX 68-5022
53268-5022
MILWAUKEE
WI
US - UNITED STATES
MILWAUKEE, 53268-5022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,456.49

---

**3.638** | **Nonpriority creditor's name and mailing address**

STEEL & TRUCKS SA DE CV
OBREROS NO 1 COL SAN PABLO QUERETARO
76130
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,691.23

---

**3.639** | **Nonpriority creditor's name and mailing address**

STEEL TECHNOLOGIES INC.
PO BOX 43339
15415 SHELBYVILLE ROAD
LOUISVILLE, KY 40253-0339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,400,938.48

---

**3.640** | **Nonpriority creditor's name and mailing address**

STERLING TALENT SOLUTIONS
P.O. BOX 35626
07193
NEWARK
NJ
US - UNITED STATES
NEWARK, 07193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,939.89

---

**3.641** | **Nonpriority creditor's name and mailing address**

STRATOSPHERE QUALITY, LLC
12024 EXIT FIVE PARKWAY
46037 - FISHERS
IN
US - UNITED STATES
FISHERS, 46037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,833.26

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.642** **Nonpriority creditor's name and mailing address**

SUMICA COMERCIALIZADORA SA DE
VALLE ENCANTADO 108 SANTA ANITA 2DA SECCION
20169
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 32,928.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.643** **Nonpriority creditor's name and mailing address**

SUMIKA POLYMERS NORTH AMERICA
45525 GRAN RIVER AVE SUITE 200
48374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 111,622.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.644** **Nonpriority creditor's name and mailing address**

SUMITOMO CORPORATION OF AMERICAS
91021 COLLECTION CENTER DRIVE
60693 - CHICAGO
IL
US - UNITED STATES
CHICAGO, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 57,425.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.645** **Nonpriority creditor's name and mailing address**

SUMITOMO ELECTRIC WIRING
323 MASON ROAD, SUITE A
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,277,893.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**

SUMMIT LOGISTICS GROUP LLC
1845 SIR TYLER DRIVE
28405 - WILMINGTON
NC
US - UNITED STATES
WILMINGTON, 28405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 210,803.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | | Case number (if known) | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                           54,699.06 |
|---|---|---|---|

SUMMIT PLASTICS GUANAJUATO S
ALAMO 90 PARQUE INDUSTRIAL Y DE NEGOCIOS LAS COLINAS SILAO
36270
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                             2,229.18 |
|---|---|---|---|

SUMMIT POLYMERS  INC.
5858 EAST N AVENUE
49048
KALAMAZOO
MI
US - UNITED STATES
KALAMAZOO, 49048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                         228,661.40 |
|---|---|---|---|

SUNWAY PRECISION INDUSTRIES USA
22670 HESLIP DRIVE
48375
NOVI
MI
US - UNITED STATES
NOVI, 48375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                             4,129.68 |
|---|---|---|---|

SUPERIOR FASTENING (SHANGHAI)
NO. 1051 XINGWEN ROAD, JIADING INDUSTRIAL ZONE (NORTH)
201821
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                               291.83 |
|---|---|---|---|

SUPERIOR PLUS PROPANE
PO BOX 981045
02298-1045 - BOSTON
MA
US - UNITED STATES
BOSTON, 02298-1045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,512.00 |
|---|---|---|---|

SUPPLIER QUALITY ALLIANCE
606 STONE MILL CIRCLE
37130 - MURFREESBORO
TN
US - UNITED STATES
MURFREESBORO, 37130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 180,000.00 |
|---|---|---|---|

SURFACE MOUNT TECHNOLOGY EUROP
CALLE MASIA DEL NOTARI, 4 POL. IND. MASIA D EN FREDERIC
08800
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40,298.29 |
|---|---|---|---|

SWIFT INDUSTRIAL POWER
10917 MCBRIDE LANE
37922
KNOXVILLE
TN
US - UNITED STATES
KNOXVILLE, 37922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,122.00 |
|---|---|---|---|

SYNERGEERING GROUP LLC
25335 INTERCHANGE COURT
48335
FARMINGTON HILLS
MI
US - UNITED STATES
FARMINGTON HILLS, 48335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,448.80 |
|---|---|---|---|

T&N DE MEXICO S. DE R.L. DE CV
RADIAL TOLTECAS NO. 2 COL TEQU EXQUINAHUAC
54020
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.657** **Nonpriority creditor's name and mailing address**

T.A. AMERICA CORP.
300 TECH PARK DRIVE
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 443,536.36

---

**3.658** **Nonpriority creditor's name and mailing address**

T.A. AMERICA CORP.
300 TECH PARK DRIVE
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 237,638.09

---

**3.659** **Nonpriority creditor's name and mailing address**

T.J. SNOW CO. INC.
120 NOWLIN LANE
37421
CHATTANOOGA
TN
US - UNITED STATES
CHATTANOOGA, 37421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,525.13

---

**3.660** **Nonpriority creditor's name and mailing address**

TA AMERICA CORPORATION
300 TECHPARK DR. LAVERGNE
90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74,309.00

---

**3.661** **Nonpriority creditor's name and mailing address**

TA SERVICES, INC
241 Regency Parkway
76063 - Mansfield
TX
US - UNITED STATES
Mansfield, 76063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,452.00

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.662** **Nonpriority creditor's name and mailing address**

TAISEI CO LTD
6972 SHIMOYOSHIDA
3691593
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 78,384.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.663** **Nonpriority creditor's name and mailing address**

TDK CORPORATION OF AMERICA
475 HALF DAY ROAD, SUITE 300  LINCOLNSHIRE,
60069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 578,068.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.664** **Nonpriority creditor's name and mailing address**

TE CONNECTIVITY
24627 NETWORK PLACE
60673-1246
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60673-1246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,180.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.665** **Nonpriority creditor's name and mailing address**

TE CONNECTIVITY DISTRIBUTION
555 PHAHOLYOTHIN RD CHATUCHAK CHATUCHAK BANGOK
10900
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 53,409.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.666** **Nonpriority creditor's name and mailing address**

TEAM QUALITY SERVICES, INC.
P.O. Box 1450
55485-6405
Minneapolis
US - UNITED STATES
Minneapolis, 55485-6405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 53,993.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.667** | **Nonpriority creditor's name and mailing address**

TECH MAHINDRA LIMITED
111 WALL ST.
CITIBANK N.A.
10043 - NEW YORK
NY
US - UNITED STATES
NEW YORK, 10043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                12,555.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address**

TECHNICAL MAINTENANCE  INC.
PO BOX 2559
ATTN: WENDY FLOYD
34688
TARPON SPRINGS
FL
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                2,930.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address**

TECHNICAL SEALING SYSTEM FOAM
CALLE ESPANA 95, SAN NICOLAS TOLENTINO, IZTAPALAPA
09850
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                8,160.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address**

TECHNIQUE INC.
1500 Technology Drive
49201
Jackson
US - UNITED STATES
Jackson, 49201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                13,874.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address**

TECHNO ASSOCIE DE MEXICO SA DE
BLVD HECTOR TERAN TERAN 20212 -9A CIUDAD INDUSTRIAL MESA
OTAY TIJUANA
22444
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                2,440.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

TEH DIING INDUSTRIAL(DONGGUAN)
EAST BUILDING 2, HORN-MENGSHAN INDUSTRY PARK, CHARNG-SHAN
TOUR, QINGXI TOWN,DONGGUAN CIT
523661
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,250.60

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.673** **Nonpriority creditor's name and mailing address**

TELESIS MARKING SYSTEMS  INC.
28181 RIVER ROAD
P.O. BOX 1000
43113
CIRCLEVILLE
OH
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,734.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.674** **Nonpriority creditor's name and mailing address**

TENNESSEE B AND E DIVISION
C/O TENNESSEE DEPT. OF LABOR
220 FRENCH LANDING DRIVE
37243
NASHVILLE
TN
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 50.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.675** **Nonpriority creditor's name and mailing address**

TEORESI INC
3155 W Big Beaver Suite 104
48084
Troy
US - UNITED STATES
Troy, 48084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,266.67

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.676** **Nonpriority creditor's name and mailing address**

TEXAS INSTRUMENTS INCORPORATED
12500 TI BOULEVARD, DALLAS
75243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 528,441.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.677** **Nonpriority creditor's name and mailing address**

TGK CO
1-4-33 MACHIYA MIDORIKU SAGAMIHARA-SHI, KANAGAWA
252-0101
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 138,240.00

---

**3.678** **Nonpriority creditor's name and mailing address**

TGK CO LTD
1211-4 KUNUGIDO-CHO
HACHIO JI-SI
TOKYO
JP - JAPAN
HACHIO JI-SI, MARC: NO DATA AT SOURCE
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,464.00

---

**3.679** **Nonpriority creditor's name and mailing address**

THAI NISSIN MOLD CO LTD
TAMBOL BANCHANG AMPHUR U-THAI
13210
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,033.98

---

**3.680** **Nonpriority creditor's name and mailing address**

THE MATERIALS GROUP LLC
575 BYRNE INDUSTRIAL DRIVE
49341 - ROCKFORD
MI
US - UNITED STATES
ROCKFORD, 49341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 155,962.24

---

**3.681** **Nonpriority creditor's name and mailing address**

THE MATERIALS GROUP LLC.
575 BYRNE INDUSTRIAL DRIVE ROCKFORD
49341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,577.25

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.682** **Nonpriority creditor's name and mailing address**

THE PIC GROUP, INC.
50570 Wing Drive
48315
Shelby TWP
US - UNITED STATES
Shelby TWP, 48315

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$    1,141.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.683** **Nonpriority creditor's name and mailing address**

THERMAL CERAMICS
MAIL CODE: 5707
P.O. BOX 71200
28272-1200
CHARLOTTE
NC
US - UNITED STATES

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$    25.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.684** **Nonpriority creditor's name and mailing address**

THERMALEX INC
2758 GUNTER PARK DR WEST MONTGOMERY AL
36109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$    230,383.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.685** **Nonpriority creditor's name and mailing address**

THERMOTRON INDUSTRIES
PO BOX 689590
60695-9590
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60695-9590

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$    3,345.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.686** **Nonpriority creditor's name and mailing address**

TIANMA MICRO-ELECTRONICS (HONG
UNIT B1 15/ F UNITED CENTRE 95 QUEENSWAY ADMIRALTY
999077
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$    1,478,708.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.687 | **Nonpriority creditor's name and mailing address**<br><br>TIGERPOLY INDUSTRIA DE MEXICO<br>CIRCUITO SAN ROQUE SUR 459 PARQUE INDUSTRIAL SANTA FER<br>36275<br>MEXICO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 161,249.07 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.688 | **Nonpriority creditor's name and mailing address**<br><br>TMC, C.H. ROBINSON COMPANY, INC.<br>14701 CHARLSON ROAD<br>55347 - EDEN PRAIRIE<br>MINNEAPOLIS<br>US - UNITED STATES<br>EDEN PRAIRIE, 55347 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 441,751.72 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.689 | **Nonpriority creditor's name and mailing address**<br><br>TMD TENNESSEE LLC<br>1429 COINING DRIVE<br>43612<br>TOLEDO<br>OH<br>US - UNITED STATES<br>TOLEDO, 43612 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 67,973.81 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.690 | **Nonpriority creditor's name and mailing address**<br><br>TN GEORGIA INC<br>2200 PENDLEY ROAD<br>30041 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.691 | **Nonpriority creditor's name and mailing address**<br><br>TOKYO BRAZE CO LTD<br>3 23 10 MINAMI KARASUYAMA SETE GAYA KU<br>1570062<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 125,242.37 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.692** **Nonpriority creditor's name and mailing address**

TOLEDO TOOL AND DIE
105 W. ALEXIS ROAD
43612
TOLEDO
OH
US - UNITED STATES
TOLEDO, 43612

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 422,533.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.693** **Nonpriority creditor's name and mailing address**

TONGLING ONBOLE PCB CO, LTD
NO 999 WEST LAKE 1ST ROAD
244000
CHINA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 390.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.694** **Nonpriority creditor's name and mailing address**

TOOL SMITH
PO BOX 2153
DEPT 3422
35287-3422
BIRMINGHAM
AL
US - UNITED STATES

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 39,307.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.695** **Nonpriority creditor's name and mailing address**

TOTAL CONTROLS  INC.
2310 NORTHWOODS DRIVE
37130
MURFREESBORO
TN
US - UNITED STATES
MURFREESBORO, 37130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.696** **Nonpriority creditor's name and mailing address**

TOTTSER TOOL & MANUFACTURING INC
935 JAYMOR ROAD
18966
SOUTHAMPTON
PA
US - UNITED STATES
SOUTHAMPTON, 18966

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 174,176.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.697** **Nonpriority creditor's name and mailing address**

TOTTSER-IROQUOIS INDUSTRIES
118 WHEELER STREET
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 20,873.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.698** **Nonpriority creditor's name and mailing address**

TOTTSER-IROQUOIS INDUSTRIES
118 WHEELER STREET
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 129,277.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.699** **Nonpriority creditor's name and mailing address**

TOWER METALWORKING FLUIDS CO.
4300 S. TRIPP AVE
60632
CHICAGO
IL
US - UNITED STATES
CHICAGO, 60632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,673.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.700** **Nonpriority creditor's name and mailing address**

TOYOTA TSUSHO MEXICO SA DE CV
CALLE SEPTIMA NO 300 SUITE 1020 PARQUE INDUSTRIAL MONTERREY
APODACA
66603
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 282,635.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.701** **Nonpriority creditor's name and mailing address**

TOYOTA TSUSHO NEXTY
MATTHEW ASH 1626 MUSTANG DRIVE
37801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,152,826.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702** | **Nonpriority creditor's name and mailing address**

TOYOTA TSUSHO NEXTY ELECTRONIC
CARRETERA APODACA JUAREZ 1889 B BOSQUE DE HUINALA
66645
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 147,562.68

---

**3.703** | **Nonpriority creditor's name and mailing address**

TQ-1 DE MEXICO S.A. DE C.V.
CARRETERA SAN FRANCISCO DEL RINCON-LEON KM. 5.8, PURISIMA
DE BUSTOS DENTRO
36400
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,254.71

---

**3.704** | **Nonpriority creditor's name and mailing address**

TRACER PRODUCTS DIV SPECTRO
956 BRUSH HOLLOW RD WESTBURY
11590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1.00

---

**3.705** | **Nonpriority creditor's name and mailing address**

TRADECRAFT RECYCLING LLC
40249 SCHOOLCRAFT RD
48170 - PLYMOUTH
MI
US - UNITED STATES
PLYMOUTH, 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,000.00

---

**3.706** | **Nonpriority creditor's name and mailing address**

TRANSPORTATION ONE, LLC
1315 N NORTH BRANCH ST.
SUITE E
60642 - CHIGAGO
IL
US - UNITED STATES
CHIGAGO, 60642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,680.22

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11034 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>  <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.707** **Nonpriority creditor's name and mailing address**

TRANSPORTATION SOLUTIONS GROUP LLC DBA REDWOOD
MULTIMODAL
29858 NETWORK PLACE
60673-1298 - ILLINOIS
CHICAGO
US - UNITED STATES
ILLINOIS, 60673-1298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 656,266.22

---

**3.708** **Nonpriority creditor's name and mailing address**

TRECK AUTOMOTIVE DE MEXICO S DE RL DE CV
CALLE UNO NO. EXT 1
CD. INDUSTRIAL XICOHTENCATL III
90250 - TLAXCO
TLAXCALA
MX - MEXICO
TLAXCO, 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 381,300.00

---

**3.709** **Nonpriority creditor's name and mailing address**

TRINITY SHIPPING COMPANY
1316 AIRLIE ROAD
28403 - WILMINGTON
NC
US - UNITED STATES
WILMINGTON, 28403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 340,682.42

---

**3.710** **Nonpriority creditor's name and mailing address**

TRUFORM MANUFACTURING LLC
1034 CHURCHFIELD DRIVE
37055
DICKSON
TN
US - UNITED STATES
DICKSON, 37055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,044.30

---

**3.711** **Nonpriority creditor's name and mailing address**

TRUFORM MANUFACTURING LLC
1034 CHURCHFIELD DRIVE
37055
DICKSON
TN
US - UNITED STATES
DICKSON, 37055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90.00

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.712 Nonpriority creditor's name and mailing address**

TTI INC
2441 NORTHEAST PARKWAY FORT WORTH TX
761061816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,268.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.713 Nonpriority creditor's name and mailing address**

TYCO ELECTRONICS MEXICO S DE
AV. DR. GUSTAVO BAZ PRADA 216 EDIF. 4 P.B COL. LA LOMA
54060
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 138,857.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.714 Nonpriority creditor's name and mailing address**

U.S. MACHINE AND TOOL INC.
732 OLD SALEM ROAD
37129
MURFREESBORO
TN
US - UNITED STATES
MURFREESBORO, 37129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,917.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.715 Nonpriority creditor's name and mailing address**

UMC ELECTRONICS (THAILAND)
1/23 TFD INDUSTRIAL ESTATE MOO5  TAMBOL THASA-AN AMPHUR
BANG PAKONG
24130
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 117,249.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.716 Nonpriority creditor's name and mailing address**

UMICORE SHOKUBAI USA INC
2347 COMMERCIAL DRIVE
48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,105,606.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.717** **Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
813 MASSMAN DRIVE
37210
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 180.02

---

**3.718** **Nonpriority creditor's name and mailing address**

UNIFRAX I LLC
P.O. BOX 64426
21264-4426 - BALTIMORE
MD
US - UNITED STATES
BALTIMORE, 21264-4426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,898.50

---

**3.719** **Nonpriority creditor's name and mailing address**

UNIPRES MEXICANA SA DE CV
AV JAPON 128 PARQUE INDUSTRAL SAN FCO
20304
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 359,160.39

---

**3.720** **Nonpriority creditor's name and mailing address**

UOP LLC
25 EAST ALGONQUIN ROAD DES PLAINES, 600175017
60017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,360.00

---

**3.721** **Nonpriority creditor's name and mailing address**

US DEPARTMENT OF AGRICULTURE APHIS WILDLIFE SERVICES.
537 MYATT DRIVE
37115
MADISON
TN
US - UNITED STATES
MADISON, 37115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,000.00

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.722** | **Nonpriority creditor's name and mailing address**

US PAINT CORPORATION
831 SOUTH 21ST STREET ST LOUIS MISSOURI
63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,632.75

---

**3.723** | **Nonpriority creditor's name and mailing address**

US PEST PROTECTION
604 W IRIS DR
37204
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,275.00

---

**3.724** | **Nonpriority creditor's name and mailing address**

V. ALEXANDER AND CO.  INC.
ATTN: IMPORT ACCOUNTING
P.O. BOX 30250
38130
MEMPHIS
TN
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,555.00

---

**3.725** | **Nonpriority creditor's name and mailing address**

VALEO NILES AMERICA WINTECHINC
1175 ENTERPRISE DRIVE
40391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 532,683.67

---

**3.726** | **Nonpriority creditor's name and mailing address**

VALEO NORTH AMERICA INC
150 STEPHENSON HIGH WAY
48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,887,351.56

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|--------|------|------|------|
| | Name | | |

Case 25-11034-CTG   Doc 613   Filed 08/11/25   Page 224 of 281

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727** **Nonpriority creditor's name and mailing address**

VALEO NORTH AMERICA(RIO BRAVO)
150 STEPHENSON HIGHWAY
48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,696,196.26

---

**3.728** **Nonpriority creditor's name and mailing address**

VALEO NORTH AMERICA(RIO BRAVO)
150 STEPHENSON HIGHWAY  MICHIGAN
48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 428,864.42

---

**3.729** **Nonpriority creditor's name and mailing address**

VALOR HONG KONG COMPANY
3905 TWO EXCHANGE SQUARE 8 CONNAUGHT PLACE CENTRAL
HONGKONG CHINA
201619
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,091.24

---

**3.730** **Nonpriority creditor's name and mailing address**

VALOR HONG KONG COMPANY LTD
190 HAWKINS DRIVE
37160 - SHELBYVILLE
TN
BEDFORD
US - UNITED STATES
SHELBYVILLE, 37160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 183,634.41

---

**3.731** **Nonpriority creditor's name and mailing address**

VANTEC LOGISTICS MEXICO
AV. HEROE DENACOZARI SUR 2545 A
JARDINES DEL PARQUE
20276 - AGUASCALIENTES
AGS
MX - MEXICO
AGUASCALIENTES, 20276

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,242.48

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,347.58 |
|---|---|---|---|

VANTEC LOGISTICS MEXICO S.A DE
AV. HEROE DE NACOZARI SUR 2545 INT A JARDINES DEL PARQUE
20276
MEXICO

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 903,481.80 |
|---|---|---|---|

VARITRONIX LIMITED
Units A  F, 35/F., Legend Tower, 7 Shing Yip Street
999077
HONG KONG

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,790.00 |
|---|---|---|---|

VAUGHNTRONICS
1434 WESTBROOK CIRCLE
28052
GASTONIA
NC
US - UNITED STATES
GASTONIA, 28052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 55,705.00 |
|---|---|---|---|

VCONVERTER CORPORATION
10505 PLAZA DRIVE-BLDG C
48189
WHITMORE LAKE
MI
US - UNITED STATES
WHITMORE LAKE, 48189

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 31,200.00 |
|---|---|---|---|

VECTOR NORTH AMERICA INC.
39500 ORCHARD HILL PLACE
48375
NOVI
MI
US - UNITED STATES
NOVI, 48375

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.737** **Nonpriority creditor's name and mailing address**

VENTURE EXPRESS INC
131 INDUSTRIAL BOULEVARD
37086
LAVERGNE
TN
US - UNITED STATES
LAVERGNE, 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 110,109.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**

VERIZON
1095 Avenue of the Americas, 8th FL
10036 - New York
NY
US - UNITED STATES
New York, 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34,113.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.739** **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
11 WARDS LANE
12204-2103 - MENANDES
NY
US - UNITED STATES
MENANDES, 12204-2103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,189.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.740** **Nonpriority creditor's name and mailing address**

VIBRACOUSTIC TOLUCA SA DE CV
400 AYLWORTH AVE
49090 - SOUTH HAVEN
MI
US - UNITED STATES
SOUTH HAVEN, 49090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 281.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.741** **Nonpriority creditor's name and mailing address**

VICTORA AUTO PVT. LTD.
400 S AIRPORT RD
47274 - SEYMOUR
IN
US - UNITED STATES
SEYMOUR, 47274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 55,668.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.742** | **Nonpriority creditor's name and mailing address**

VICTORY GIANT TECHNOLOGY
HANGCHENG SCIENCE AND TECHNOLOGY PARK,XINQIAO VILLAGE,
DANSHUI TOWN,HUIZHOU
516211
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,586,607.45

---

**3.743** | **Nonpriority creditor's name and mailing address**

VISHAY AMERICAS INC.
ONE GREENWICH PLACE, SHELTON
06484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    143,285.34

---

**3.744** | **Nonpriority creditor's name and mailing address**

VISTEON ELECTRONICS TUNISIA
TECHNOPOLE DE BORJ CEDRIA ROUTE TOURISTIQUE SOLIMA
8020
TUNISIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    33,711.30

---

**3.745** | **Nonpriority creditor's name and mailing address**

VITRICA SA DE CV
AVENIDA DEL PARQUE 5, CORREDOR INDUSTRIAL TOLUCA LERMA,
LERMA
52004
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    708.00

---

**3.746** | **Nonpriority creditor's name and mailing address**

W W GRAINGER
1938 ELM TREE DRIVE
37210
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    118,940.11

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.747** | **Nonpriority creditor's name and mailing address**

W.H. BRADY S DE RL DE CV
GUERRERO NEGRO 2 BIS 1 COL. NORDIKA, TIJUANA
22644
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 1,090.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address**

WADDELL BATTERY COMPANY INC.
6112 NEW NASHVILLE HIGHWAY
SUITE A
37167
SMYRNA
TN
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 260.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
CEDAR RIDGE FACILITY
1428 ANTIOCH PIKE
37211
NASHVILLE
TN
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 82,719.26**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address**

WASTE REDUCTION TECHNOLOGIES
160 HAVEFORD DRIVE
37205-3614
NASHVILLE
TN
US - UNITED STATES
NASHVILLE, 37205-3614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 8,700.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address**

WATERLOGIC USA
77 MCCOLLOUGH DRIVE
SUITE 9
19720
NEW CASTLE
DE
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**$ 450.80**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.752** Nonpriority creditor's name and mailing address

WATSON ROOFING & ASSOCIATES LLC
3830 HWY 412 N
ALAMO, TN 38001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,970.00

---

**3.753** Nonpriority creditor's name and mailing address

WEBB MASON INC.
121 Quintec Drive
37160
Shelbyville
TN
US - UNITED STATES
Shelbyville, 37160

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 20,694.02

---

**3.754** Nonpriority creditor's name and mailing address

WEIL, GOTSHAL, MANGES LLP
LOCKBOX 9640, PO BOX 70280
19176-0280
PHILADELPHIA
PA
US - UNITED STATES
PHILADELPHIA, 19176-0280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,780.00

---

**3.755** Nonpriority creditor's name and mailing address

WELLS FARGO EQUIPMENT FINANCE
PO BOX 77101
55480-7101 - MINEAPPOLIS
MN
US - UNITED STATES
MINEAPPOLIS, 55480-7101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 310.60

---

**3.756** Nonpriority creditor's name and mailing address

WHEELS, LLC
P.O. BOX 96336
60693-6336 - CHICAGO
IL
US - UNITED STATES
CHICAGO, 60693-6336

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,115.63

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.757** **Nonpriority creditor's name and mailing address**

WILLIS TOWERS WATSON
26555 EVERGREEN RD
TRAVELERS TOWER 1 STE 1600
48076
SOUTHFIELD
MI
US - UNITED STATES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 15,000.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.758** **Nonpriority creditor's name and mailing address**

WINTECH INC
1175 ENTERPRISE DRIVE
40391
WINCHESTER
KY
US - UNITED STATES
WINCHESTER, 40391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 273,686.79

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.759** **Nonpriority creditor's name and mailing address**

WINZELER GEAR
7355 W. Wilson Ave.
60706 - Harwood Heights
IL
US - UNITED STATES
Harwood Heights, 60706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,746.42

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.760** **Nonpriority creditor's name and mailing address**

WITTE AUTOMOTIVE BULGARIA EOOD
WITTE AUTOMOTIVE BULGARIA EOOD
UL. INDUSTRIALEN PARK NO. 19 MESTNO
7009 - RUSE
PYCE
US - UNITED STATES
RUSE, 7009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 50,304.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.761** **Nonpriority creditor's name and mailing address**

WITTMANN USA INC.
ONE TECHNOLOGY PARK
06790
TORRINGTON
CT
US - UNITED STATES
TORRINGTON, 06790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 19,812.86

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** **Nonpriority creditor's name and mailing address**

WOLFE INDUSTRIES INC
14420 MARQURDT AVENUE
90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,184.00

---

**3.763** **Nonpriority creditor's name and mailing address**

WUS INTERNATIONAL COMPANY
NO.55 HEILONGJIANG NORTH ROAD KUNSHAN
215301
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 380,366.82

---

**3.764** **Nonpriority creditor's name and mailing address**

XEROX CORPORATION
PO BOX 802555
60680-2555 - CHICAGO
IL
US - UNITED STATES
CHICAGO, 60680-2555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,527.35

---

**3.765** **Nonpriority creditor's name and mailing address**

YAMAHA CORPORATION OF AMERICA
283 AOYA-CHO, MINAMI-KU
435-8568 - HAMAMATSU
SHIZUOKA
JP - JAPAN
HAMAMATSU, 435-8568
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104,695.20

---

**3.766** **Nonpriority creditor's name and mailing address**

YANFENG AUTOMOTIVE INTERIORS
6900 JEFFERSON METROPOLITAN PARKWAY
35111
MCCALLA
AL
US - UNITED STATES
MCCALLA, 35111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,119.13

---

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767** **Nonpriority creditor's name and mailing address**

YANTAI DONGXING AIR-
88 JIALINGJIANG ROAD ECONOMIC AND TECHNICAL DEVELOPMENT ZONE
264006
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,727.67

---

**3.768** **Nonpriority creditor's name and mailing address**

YANTAI SJM CO. LTD
NO.15 GUANGZHOU ROAD ECONOMIC AND DEVELOPMENT ZONE
264006
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 333,027.00

---

**3.769** **Nonpriority creditor's name and mailing address**

YASKAWA AMERICA INC.
P.O. BOX 951384
44193
CLEVELAND
OH
US - UNITED STATES
CLEVELAND, 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 97,745.47

---

**3.770** **Nonpriority creditor's name and mailing address**

YASKAWA MEXICO SA DE CV
CIRCUITO AGUASCALIENTES OTE134 C PARQUE INDUSTRIAL DEL VALLE DE AGUASCALIENTES
20234
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,316.84

---

**3.771** **Nonpriority creditor's name and mailing address**

YAZAKI NORTH AMERICA INC.
6801 HAGGERTY ROAD, CANTON
48187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 482,676.43

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">Part 2:</td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.772 Nonpriority creditor's name and mailing address**

YINBANG CLAD MATERIAL CO. LTD.
NO.99 HONGSHAN ROAD, HONGSHAN TOWN, XINWU DISTRICT, WUXI
CITY
214145
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 579,796.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.773 Nonpriority creditor's name and mailing address**

YIRUNBANG TECHNOLOGIES (HEBEI)
N ROAD WEN GONG AVENUE QINGHE COUNTY ECONOMIC
DEVELOPMENT ZONE
054800
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,088.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.774 Nonpriority creditor's name and mailing address**

YUDO  INC.
PO BOX 675012
48267-5012
DETROIT
MI
US - UNITED STATES
DETROIT, 48267-5012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,744.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.775 Nonpriority creditor's name and mailing address**

Z MACHINE SERVICES LLC
PO BOX 100
45034 - Kings Mill
OH
US - UNITED STATES
Kings Mill, 45034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.776 Nonpriority creditor's name and mailing address**

ZHONGNAN INDUSTRIAL GROUP
RM 1006 PHOENIX BUILDING GUMEI RD
200233
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,885.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli North America, Inc. | Case number (if known) | 25-11036 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777**  **Nonpriority creditor's name and mailing address**

ZHONGSHAN JIAGUANYUAN TECHNOL
no. 3 Building A No 13 Fuxing Industrial Road,
528400
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 625.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.778**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.779**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.780**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.781**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Marelli North America, Inc.
          Name

Case number (if known):    25-11036

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line<br>☐ Not listed.  Explain | |
| 4.2 | | Line<br>☐ Not listed.  Explain | |
| 4.3 | | Line<br>☐ Not listed.  Explain | |
| 4.4 | | Line<br>☐ Not listed.  Explain | |
| 4.5 | | Line<br>☐ Not listed.  Explain | |
| 4.6 | | Line<br>☐ Not listed.  Explain | |
| 4.7 | | Line<br>☐ Not listed.  Explain | |
| 4.8 | | Line<br>☐ Not listed.  Explain | |
| 4.9 | | Line<br>☐ Not listed.  Explain | |

Debtor   Marelli North America, Inc.                                    Case number (if known)   25-11036
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 802,105,453.38 + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 802,105,453.38 + Undetermined Amounts |

| Fill in this information to identify the case: |
| --- |

| Debtor name | Marelli North America, Inc. |
| --- | --- |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11036 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DATED: 09/20/2022 | ADDEATON BY NUMALLIANCE, INC 1637 KINGSVIEW DRIVE LEBANON, OH 45011 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS-NORTH AMERICA EQUIPMENT DATED: 11/10/2022 | ADDEATON BY NUMALLIANCE, INC. 1637 KINGSVIEW DRIVE LEBANON, OH 45036 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER SERVICES AGREEMENT | ADP, INC. ONE ADP BOULEVARD ATTENTION: GENERAL COUNSEL ROSELAND, NJ 07068 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL STAFFING AGREEMENT DATED: 06/07/2023 | AEROTEK, INC. 7301 PARKWAY DRIVE SOUTH HANOVER, MD 21076 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | IMPORT CUSTOMS POWER OF ATTORNEY DATED: 11/30/2022 | ALEXANDER & CO., INC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli North America, Inc.                                    Case number (if known)    25-11036
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest | INVOICE DATED: 09/28/2023 | ALLIED UNIVERSAL<br>161 Washington Street<br>Suite 600<br>Eight Tower Bridge<br>Conshohocken, PA 19428 |

| | | |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | INVOICE DATED: 09/28/2023 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

ALLIED UNIVERSAL
161 Washington Street
Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| | | |
|---|---|---|
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | INVOICE DATED: 09/28/2023 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

ALLIED UNIVERSAL SECURITY SERVICES
P.O. BOX 828854 PHILADELPHIA, PA 19182-8854

| | | |
|---|---|---|
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL STAFFING AGREEMENT DATED: 01/01/2023 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

ALTAIR PRODUCTDESIGN, INC.
1820 EAST BIG BEAVER RD.
TROY, MI 48083

| | | |
|---|---|---|
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL STAFFING AGREEMENT DATED: 01/01/2023 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

ALTAIR PRODUCTDESIGN, INC.
1820 EAST BIG BEAVER RD.
TROY, MI 48083

| | | |
|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF SUPERFUND EXPORT CREDITS DATED: 07/01/2022 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

ASCEND PERFORMANCE MATERIALS OPERATIONS LLC.
3000 CHEMSTRAND ROAD
NYLON PLASTICS AND POLYMERS
CANTONMENT, FL 32533

| | | |
|---|---|---|
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-MOTOR CARRIER AGREEMENT DATED: 01/12/2024 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

BIG G EXPRESS, INC.
ATTN:ROGER M. ROSS 190 HAWKINS DRIVE SHELBYVILLE, TN

| | | |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS DATED: 07/01/2024 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

BOD RESOLUTION FINANCIALS

Debtor    Marelli North America, Inc.

Name

Case number (if known):    25-11036



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 11/04/2021 | C.H. ROBINSON COMPANY, INC., D/B/A C.H. ROBINSON WORLDWIDE, INC. 14701 CHARLSON ROAD ATTN: LEGAL DEPARTMENT EDEN PRAIRIE, MN 55347 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest | LOGISTICS SERVICES AGREEMENT DATED: 04/25/2024 | C.H. ROBINSON WORLDWIDE, INC. 14701 CHARLSON ROAD EDEN PRAIRIE, MN 55347 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B-PRICING SCHEDULE DATED: 11/09/2021 | CH ROBINSON WORLDWIDE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B-PRICING SCHEDULE DATED: 06/18/2021 | CH ROBINSON WORLDWIDE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.17** State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B-PRICING SCHEDULE DATED: 09/20/2022 | CH ROBINSON WORLDWIDE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B-PRICING SCHEDULE DATED: 01/20/2022 | CH ROBINSON WORLDWIDE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.19** State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER DATED: 01/18/2025 | CHENGSI AMERICA INC 5777 W CENTURY BLVD STE 1250 LOS ANGELES, CA 90045 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli North America, Inc.                                    Case number (if known):    25-11036

Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED: 01/11/2023 | CONCUR TECHNOLOGIES, INC<br>601 108TH AVENUE NE<br>SUITE 1000<br>ATTN: LEGAL DEPARTMENT<br>BELLEVUE, WA 98004 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 09/25/2023 | CORPORATION SERVICE COMPANY<br>801, ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-FREIGHT FORWARDER AGREEMENT DATED: 03/04/2021 | COURIER NETWORK INC<br>524 WEST 19TH STREET<br>ATTN: PHILIPPE GRINSTEIN<br>NEW YORK, NY 10011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.<br>39395 WEST TWELVE MILE ROAD<br>SUITE 200<br>ATTENTION: JEFFREY A. LEVINE<br>FARMINGTON HILLS, MI 48331 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DAIHAN CALSONIC CORP.<br>51, DANGGOK1-GIL<br>(#340, HODANG-RI)<br>IPJANG-MYEON<br>CHEONAN-CITY, SEOBUK-GU, CHUNG-NAM, 331-825<br>REPUBLIC OF KOREA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | SALES AND PURCHASE AGREEMENT DATED: 03/12/2021 | DAIKYONISHIKAWA USA INC<br>9668 MADISON BLVD.<br>SUITE 201<br>MADISON, AL 35758 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DALIAN GEETON ELECTRONICS CO.,LTD<br>A 22 BUILDING WANLI WEST STREET<br>DALIAN ECONOMIC & TECHNICAL DEVELOPMENT ZONE<br>DALIAN CITY, LIAONING PROVINCE, 116600<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli North America, Inc.                                    Case number (if known)   25-11036

         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED: 11/20/2024 | DDI CAPITAL<br>181 NEW ROAD<br>SUITE 304<br>PARSIPPANY, NJ 07054 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT DATED: 01/24/2025 | DEERE & COMPANY<br>ONE JOHN DEERE PLACE<br>MOLINE, IL 61265 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMS POWER OF ATTORNEY DATED: 11/30/2022 | DHL EXPRESS (USA), INC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMS POWER OF ATTORNEY DATED: 01/27/2023 | DHL EXPRESS (USA), INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | IMPORT CUSTOMS POWER OF ATTORNEY DATED: 11/29/2022 | DHL EXPRESS (USA), INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 08/04/2021 | DIESEL GLOBAL LOGISTICS INC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DONGGUAN TAKEDA MORIYASU PRECISION<br>TIAN XIN ROAD NO.180,TANGXIA TOWN<br>523000 - DONGGUAN CITY<br>GUANGDONG PROVINCE<br>CN - CHINA<br>DONGGUAN CITY, 523000<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli North America, Inc. | | Case number (if known): | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DT MANUFACTURING COMPANY, LLC<br>1450 N. MILFORD RD.<br>HIGHLAND, MI 48357 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | DTR MEXICO SAN LUIS POTOSI S.A DE C.V<br>CALLE 5 #490 PARQUE LOGISTICO SAN LUIS POTOSI, SLP., 78395 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | AGENCY AUTHORIZATION DATED: 10/19/2022 | E&C AMERICA, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 12/09/2021 | EASYFLYERS USA LOGISTICS<br>1110 BRICKELL AVENUE<br>SUITE 700<br>ATTN: NICHOL ALLY<br>MIAMI, FL 33131-3136 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-FREIGHT FORWARDER AGREEMENT DATED: 02/09/2021 | EASYFLYERS USA LOGISTICS INC.<br>1110 BRICKELL AVENUE<br>SUITE 700<br>ATTN: NICHOL ALLY<br>MIAMI, FL 33131-3136 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ELAY SL<br>AVENIDA LIZARRAGAKO<br>S/N<br>ANTZUOLA, GIPUZKOA, 20577<br>SPAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM PURSUANT TO MASTER SUBSCRIPTION AGREEMENT DATED: 01/01/2024 | EMPLOY, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli North America, Inc.                                   Case number (if known):   25-11036
         Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO LOGISTICS PROVIDER AGREEMENT DATED: 12/29/2022 | EXEL INC. D/B/A DHL SUPPLY CHAIN<br>360 WESTAR BLVD<br>WESTERVILLE, OH 43082 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | EXO-S INDUSTRIAS S.A DE C.V<br>ANTIGUA CARRETERA A TEQUISQUIPAN KM 3.5 SAN JUAN DEL RIO QUERETARO 76800 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FAWN MEXICO INC.<br>AV. IMPULSO 3001<br>PARQUE INDUSTRIAL IMPULSO 31183<br>CHIHUAHUA<br>CHIHUAHUA<br>MX - MEXICO<br>CHIHUAHUA, 31183 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | FCA ITALY S.P.A.<br>CORSO AGNELLI N. 200 10100 - TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | FCA US LLC<br>1000 CHRYSLER DRIVE<br>AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FIH MEXICO INDUSTRY SA DE CV<br>AVENIDA CRISTOBAL COLON 20301, LAS ALDABAS, CHIHUAHUA, CHIHUAHUA CP 31170 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FLEXIBLE METAL, INC.<br>712 ABBOTT ROAD<br>NATIONAL CORPORATE RESEARCH, LTD<br>EAST LANSING, MI 48823 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli North America, Inc. | Case number (if known): 25-11036 |
| --- | --- | --- |
| | Name | |

| | | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.48** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS- NORTH AMERICA SERVICES DATED: 02/28/2024 | FLEXIBLE WAREHOUSING SOLUTIONS BLVD INDEPENDENCIA #8851, COL. LOTE JUAREZ, 32575 MEXICO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.49** | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 04/26/2023 | FLOCK FREIGHT INC 701 S COAST HWY 101 ATTN: HEAD OF LEGAL ENCINITAS, CA 92024 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.50** | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 07/15/2021 | FLS TRANSPORTATION SERVICES LIMITED 400 AVENUE STE CROIX ATTN: SALES SUPPORT MONTREAL, QC H4N 3L4 CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.51** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FORESIGHT (MEXICO) MUNICIPIO DE CALVILLO 106 PIVA 20358 AGS AGUASCALIENTES MX - MEXICO AGS, 20358 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.52** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS DATED: 11/17/2022 | FORKLIFT SYSTEMS INC. PO BOX 305172 DEPT #138 NASHVILLE, TN 37230-5172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.53** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 09/25/2023 | FORKLIFT SYSTEMS INCORPORATED 884, ELM HILL PIKE NASHVILLE, TN 37210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | FIXED MAINTENANCE AGREEMENT DATED: 09/25/2023 | FORKLIFT SYSTEMS INCORPORATED 884, ELM HILL PIKE NASHVILLE, TN 37210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-MOTOR CARRIER AGREEMENT DATED: 06/29/2021 | FORZA TRANSPORTATION SERVICES INC. 16360 US HWY 83 N ATTN: ROBERTO PEREZ LAREDO, TX 78045 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FR MANUFACTURING SA DE CV CALLE BETA 210, INDUSTRIAL DELTA, LEON DE LOS ALDAMA, LEON, GUANAJUATO 37545 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | LEASE DATED: 02/25/2013 | FRONTIER DEVELOPMENT II 1330 MURFREESBORO ROAD NASHVILLE, TN 37217 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | LEASE DATED: 07/25/2013 | FRONTIER DEVELOPMENT II 1330 MURFTEESBORO ROAD NASHVILLE, TN 37217 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 07/01/2023 | GENPACT (UK) LIMITED 5 Merchant Square 5th Floor London, W2 1AY UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 07/01/2023 | GENPACT (UK) LIMITED 5 Merchant Square 5th Floor London, W2 1AY UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED: 07/01/2023 | GENPACT (UK) LIMITED 5 Merchant Square 5th Floor London, W2 1AY UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli North America, Inc.

Name

Case number (if known):   25-11036

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK FOR BPO SERVICES DATED: 08/14/2023 | GENPACT (UK) LIMITED<br>5 Merchant Square<br>5th Floor<br>London, W2 1AY<br>UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED: 04/19/2023 | GIOBERT S.P.A<br>VIA PAVIA 82 10098 RIVOLI |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 04/01/2023 | GRÄNGES FINSPÅNG AB<br>SE-612 81 FINSPONG SWEDEN<br>FINSPONG, SE-612 81<br>EL SALVADOR |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL AGREEMENT DATED: 04/01/2023 | GRÄNGES FINSPÅNG AB<br>SE-612 81 FINSPONG SWEDEN<br>FINSPONG, SE-612 81<br>EL SALVADOR |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HAMLIN NEWCO, LLC<br>2741 WINGATE AVENUE<br>AKRON, OH 44314 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HESAGUIMOLD SA DE CV<br>CARRETERA A SAN ANTONIO CALICHAR KM 1+000, APASEO EL ALTO, GUANAJUATO 38513 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 08/01/2024 | HIGHLY MARELLI USA, INC.<br>305 STANLEY BOULEVARD<br>BUILDING 2<br>ATTENTION: SCOTT LEMMON<br>SHELBYVILLE, TN 37160 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HIMAX TECHNOLOGIES LIMITED<br>NO.26, ZILIAN RD.<br>TAINAN CITY, XINSHI DIST., 74148<br>TAIWAN, R.O.C. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HIRUTA MEXICO S.A. DE C.V.<br>CIRCUITO MEXIAMORA PONIENTE 150 PARQUE INDUSTRIAL<br>SANTA FE AMPLIACION SILAO, GUANAJUATO 36275 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | NORTH AMERICAN PURCHASE AND SALE AGREEMENT DATED: 02/12/2020 | HONDA OF AMERICA MFG., INC.<br>24000 HONDA PARKWAY<br>ATTENTION: PURCHASING MANAGER<br>MARYSVILLE, OH 43040-9251 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | NORTH AMERICAN PURCHASE AND SALE AGREEMENT DATED: 02/12/2020 | HONDA OF SOUTH CAROLINA MFG.<br>ILL HONDA WAY<br>ATTENTION: PURCHASING MANAGER<br>P.O. BOX 489<br>TIMMONSVILLE, SC 29161 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | NORTH AMERICAN PURCHASE AND SALE AGREEMENT DATED: 02/12/2020 | HONDA POWER EQUIPMENT MANUFACTURING, INC.<br>3721 HIGHWAY 119<br>ATTENTION: PURCHASING MANAGER<br>SWEPSONVILLE, NC 27359 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HUIZHOU DESAY PRECISION PARTS CO., LTD.<br>BUILDING 1, NO. 87, ZHONGKAI 5TH ROAD, CHENJIANG STREET,<br>ZHONGKAI HIGH-TECH ZONE, HUIZHOU, GUANGDONG, ZIP<br>CODE 516229 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS-NORTH AMERICA SERVICES DATED: 07/08/2024 | HYPERION AUTOMATION INDUSTRY SA DE CV<br>REPUBLICA DE PERU 208, COL. EL DORADO C.P 20235,<br>AGUASCALIENTES AGS. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | IBIDEN CO., LTD<br>2-1<br>KANDA-CHO<br>OGAKI, GIFU, 503-8604<br>JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPONSE TO PROPOSAL DATED: 07/07/2023 | IFS AMERICAS<br>300 PARK BOULEVARD<br>SUITE 350<br>ITASCA, IL 60143 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | RESPONSE TO IFS REQUEST DATED: 07/31/2023 | IFS AMERICAS<br>300 PARK BOULEVARD<br>SUITE 350<br>ITASCA, IL 60143 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED: 03/05/2013 | IFS NORTH AMERICA, INC.<br>300 PARK BOULEVARD<br>SUITE 555<br>ITASCA, IL 60143 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | THREE-WAY NON-DISCLOSURE AGREEMENT DATED: 01/29/2025 | INDUSTRY REAL ESTATE PARTNERS, L.L.C |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | THREE-WAY NON-DISCLOSURE AGREEMENT DATED: 01/30/2025 | INDUSTRY REAL ESTATE PARTNERS, L.L.C. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | THE PLANNEDCARE AGREEMENT DATED: 01/20/2023 | INGERSOLL-RAND INDUSTRIAL U.S., INC.<br>13551 MERRIMAN RD.<br>LIVONIA, MI 48150 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli North America, Inc.                                          Case number (if known):   25-11036
_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | DIRECT ENTERPRISE ENROLLMENT - RENEWAL QUOTE DATED: 05/24/2023 | INSIGHT DIRECT USA, INC. 2701 E. INSIGHT WAY CHANDLER, AZ 85286-1930 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | DIRECT SERVER AND CLOUD ENROLLMENT - RENEWAL QUOTE DATED: 05/25/2023 | INSIGHT DIRECT USA, INC. 2701 E. INSIGHT WAY CHANDLER, AZ 85286-1930 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | DIRECT SERVER AND CLOUD ENROLLMENT - RENEWAL QUOTE DATED: 05/25/2023 | INSIGHT DIRECT USA, INC. 2701 E. INSIGHT WAY CHANDLER, AZ 85286-19 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE ORGANIZATION OF OBSERVATION SEQUENCES IN THE WORKPLACE DATED: 11/28/2022 | INSTITUTE DE l'ASSOMPTION 21 AVENUE FOCH-68000 COLMAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | INTERNATIONAL AUTOMOTIVE COMPONENTS S.A. DE C.V. CALLE 4 MANZANA 8 LOTES 10 Y 11, PARQUE INDUSTRIAL TOLUCA 2000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE RENDERING AGREEMENT DATED: 08/01/2008 | INTERNATIONAL SALES ASSOCIATES INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE RENDERING AGREEMENT DATED: 01/01/2009 | INTERNATIONAL SALES ASSOCIATES INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli North America, Inc. | Case number (if known): 25-11036 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT DATED: 12/28/2007 |
| | | INTERNATIONAL STEEL SOLUTIONS 181 BENNETT DRIVE PULASKI, TN 38478 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.91** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT |
| | | INTERNATIONAL STEEL SOLUTIONS LLC 181 BENNETT DRIVE PULASKI, TN 38478 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.92** | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AND SUPPORT CONTRACT DATED: 01/01/2025 |
| | | IPOINT INC 255 E LIBERT ST SUITE 287 ANN ARBOR, MI 48104 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.93** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED |
| | | ISHIHARA MFG CO. LTD. 2647-8 HAYAKAWA 252-1123 AYASE KANAGAWA JP - JAPAN AYASE, 252-1123 JAPAN |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.94** | **State what the contract or lease is for and the nature of the debtor's interest** | SHIPPER-FREIGHT FORWARDER AGREEMENT DATED: 06/15/2023 |
| | | JAS FORWARDING (USA), INC. 6165 BARFIELD ROAD ATTN: EUGENIO FUMO, PRESIDENT CEO ATLANTA, GA 30328 |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.95** | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED |
| | | JIANGSU TONGLIAN POLYTRON TECHNOLOGIES INC NO.36, YINHUAN RD CHANGSHU HI-TECH INDUSTRIAL DEVELOPMENT ZONE SUZHOU, JIANGSU PROVINCE, 215500 CHINA |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |
| **2.96** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM PURSUANT TO MASTER SUBSCRIPTION AGREEMENT DATED: 01/01/2024 |
| | | JOBVITE, INC |
| | **State the term remaining** | Undetermined |
| | **List the contract number of any government contract** | |

Debtor   Marelli North America, Inc.

Case number (if known):   25-11036

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO GENERAL STAFFING & PLACEMENT AGREEMENT DATED: 01/01/2023 | JTL STAFFING & PAYROLL LLC PO BOX 855917 55485-5917 MINNEAPOLIS MN US - UNITED STATES MINNEAPOLIS, 55485-5917 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF ASSIGNMENT FOR EXECUTIVE SEARCH DATED: 11/23/2023 | KILPATRICK LLC - 8740 NE 2ND AVE MIAMI, FL 33138 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT CONTRACT FOR GLOBAL MOBILITY OUTSOURCING SERVICES: 1/9/2024 | KPMG LLP 191 WEST NATIONWIDE BLVD SUITE 500 COLUMBUS, OH 43215-2568 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | CLOUD SERVICE AGREEMENT DATED: 03/31/2023 | L2L LLC 299 S MAIN ST SUITE 1300 PMB 96928 SALT LAKE CITY, UT 84111-2203 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | CLOUD SERVICE AGREEMENT DATED: 03/31/2023 | L2L LLC 299 S MAIN ST SUITE 1300 PMB 96928 SALT LAKE CITY, UT 84111-2203 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | LEASE DATED: 12/24/2019 | LAHSER HOLDINGS LLC 27750 STANSBURY SUITE 200 FARMINGTON HILLS, MI 48334 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE DATED: 02/16/2021 | LAHSER HOLDINGS LLC 27750 STANSBURY SUITE 200 FARMINGTON HILLS, MI 48334 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli North America, Inc. | | | Case number (if known): | 25-11036 |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE DATED: 08/02/2021 | LAHSER HOLDINGS LLC<br>27750 STANSBURY<br>SUITE 200<br>FARMINGTON HILLS, MI 48334 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER-DEMAND FOR ADEQUATE ASSURANCE DATED: 05/12/2023 | LORDSTOWN MOTORS CORP.<br>2300 HALLOCK YOUNG RD SW<br>WARREN, OH 44481 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DATED: 05/27/2025 | MAGNUSON PRODUCTS LLC<br>1990 KNOLL DRIVE<br>SUITE A<br>VENTURA, CA 93003 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO GENERAL STAFFING & PLACEMENT AGREEMENT DATED: 02/02/2022 | MANPOWER GROUP US INC. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES MASTER AGREEMENT DATED: 01/01/2025 | MARELLI (INDIA) PRIVATE LIMITED<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI (THAILAND) CO., LTD<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL SERVICES CONTRACT DATED: 01/01/2022 | MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli North America, Inc.
Name

Case number (if known):    25-11036

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MARELLI AUTOMOTIVE LIGHTING TEPOTZTLÁN MÉXICO, S. DE R.L. DE C.V.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MARELLI AUTOMOTIVE LIGHTING USA LLC<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |

| Debtor | Marelli North America, Inc. | Case number (if known): 25-11036 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 09/01/2022 | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 01/01/2021 | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ENGINEERING YANGON CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli North America, Inc.
_____
Name

Case number (if known):   25-11036
_____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.125** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |

| | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | |
|---|---|---|

**2.125** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI ESPAÑA S.A. / 26555 NORTHWESTERN HIGHWAY / SOUTHFIELD, MI 48033

State the term remaining — Undetermined

List the contract number of any government contract

**2.126** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI EUROPE S.P.A. / 26555 NORTHWESTERN HIGHWAY / SOUTHFIELD, MI 48033

State the term remaining — Undetermined

List the contract number of any government contract

**2.127** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI FRANCE / 26555 NORTHWESTERN HIGHWAY / SOUTHFIELD, MI 48033

State the term remaining — Undetermined

List the contract number of any government contract

**2.128** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI GERMANY GMBH / 26555 NORTHWESTERN HIGHWAY / SOUTHFIELD, MI 48033

State the term remaining — Undetermined

List the contract number of any government contract

**2.129** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V. / 26555 NORTHWESTERN HIGHWAY / SOUTHFIELD, MI 48033

State the term remaining — Undetermined

List the contract number of any government contract

**2.130** State what the contract or lease is for and the nature of the debtor's interest — SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 — MARELLI HOLDINGS CO., LTD. / 26555 NORTHWESTERN HIGHWAY / SOUTHFIELD, MI 48033

State the term remaining — Undetermined

List the contract number of any government contract

**2.131** State what the contract or lease is for and the nature of the debtor's interest — GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023 — MARELLI HOLDINGS CO., LTD. / 26555 NORTHWESTERN HIGHWAY / SOUTHFIELD, MI 48033

State the term remaining — Undetermined

List the contract number of any government contract

Debtor    Marelli North America, Inc.                                      Case number (if known):  25-11036

         Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.132** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | MARELLI KECHNEC SLOVAKIA S.R.O. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.134** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | MARELLI MOROCCO LLC <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | MARELLI PLOIESTI ROMANIA S.R.L. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |

Debtor    Marelli North America, Inc.
_____    Case number (if known):  25-11036
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.139** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SOSNOWIEC POLAND SP. Z. O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |

| | | |
|---|---|---|
| | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| **2.139** | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

**2.139** MARELLI SOSNOWIEC POLAND SP. Z. O.O. — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — Term remaining: Undetermined — 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

**2.140** MARELLI SUSPENSION SYSTEMS ITALY S.P.A. — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — Term remaining: Undetermined — 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

**2.141** MARELLI TENNESSEE USA LLC — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — Term remaining: Undetermined — 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

**2.142** MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — Term remaining: Undetermined — 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

**2.143** MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. — SERVICE AGREEMENT DATED: 06/01/2023 — Term remaining: Undetermined — 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

**2.144** MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. — SERVICE AGREEMENT DATED: 06/01/2023 — Term remaining: Undetermined — 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

**2.145** MARELLI YOKOHAMA CO., LTD. — R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — Term remaining: Undetermined — 26555 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48033

| Debtor | Marelli North America, Inc. | Case number (if known): | 25-11036 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SALES AND PURCHASE AGREEMENT DATED: 03/24/2021 | MAZDA MOTOR OF AMERICA, INC 200 SPECTRUM CENTER DRIVE SUITE 100 ATTN.: CHIEF LEGAL OFFICER ATTN.: SENIOR OPERATIONS DIRECTOR IRVINE, CA 92618 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER AGREEMENT DATED: 06/30/2023 | MICROSOFT CORPORATION DEPT. 551, VOLUME LICENSING, 6880 SIERRA CENTER PARKWAY, RENO, NEVADA 89511-1137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM SIGNATURE FORM DATED: 06/09/2023 | MICROSOFT CORPORATION 6880 SIERRA CENTER PARKWAY DEPT. 551 VOLUME LICENSING RENO, NV 89511 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM SIGNATURE FORM DATED: 06/12/2023 | MICROSOFT CORPORATION 6880 Sierra Center Parkway Dept. 551 Volume Licensing Reno, NV 89511 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM SIGNATURE FORM DATED: 06/09/2023 | MICROSOFT CORPORATION 6880 SIERRA CENTER PARKWAY DEPT. 551 VOLUME LICENSING RENO, NV 89511 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | THREE-WAY NON-DISCLOSURE AGREEMENT DATED: 01/30/2025 | MSREF REAL ESTATE ADVISOR, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMS BROKER AGREEMENT DATED: 11/07/2022 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli North America, Inc. _____  Case number (if known): 25-11036 _____
            Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 01/11/2023 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AND RELEASE AGREEMENT DATED: 05/22/2024 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY EXPORTER (U.S. PRINCIPAL PARTY IN INTEREST) / FORWARDING AGENT DATED: 03/17/2023 | NIPPON EXPRESS USA, INC.<br>800 N IL ROUTE 83<br>WOOD DALE, IL 60191 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM COMPENSATION PROCEDURE DATED: 01/10/2006 | NISSAN<br>ATTN: JOSEPH HESSION<br>1 NISSAN WAY<br>FRANKLIN, TN 37067 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED: 01/01/2006 | NISSAN MEXICANA, S.A. DE C.V.<br>INSURGENTES SUR NO. 1958, COL. FLORIDA, C. P. 01030, MEXICO D.F. |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MASTER PURCHASE AGREEMENT DATED: 09/18/2019 | NISSAN NORTH AMERICA, INC<br>ONE NISSAN WAY<br>FRANKLIN, TN 37067 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED: 05/26/2006 | NISSAN NORTH AMERICA, INC.<br>983 NISSAN DRIVE<br>ATTN. PURCHASING (BIN 39D)<br>SMYRNA, TN 37167 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli North America, Inc.
Name

Case number (if known):    25-11036



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT USE AGREEMENT DATED: 06/02/2025 | NISSAN NORTH AMERICA, INC. ONE NISSAN WAY FRANKLIN, TN 37067 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MASTER PURCHASE AGREEMENT DATED: 01/15/2010 | NISSAN NORTH AMERICA, INC. ONE NISSAN WAY FRANKLIN, TN 37067 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PURCHASE AGREEMENT DATED: 05/26/2006 | NISSAN NORTH AMERICA, INC. ONE NISSAN WAY FRANKLIN, TN 37067 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-SITE SUPPLIER LICENSE AGREEMENT DATED: 04/01/2016 | NISSAN NORTH AMERICA, INC. ONE NISSAN WAY FRANKLIN, TN 37068 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DATED: 06/10/2025 | NISSAN NORTH AMERICA, INC. ONE NISSAN WAY FRANKLIN, TN 37067 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PURCHASE AGREEMENT DATED: 05/26/2006 | NISSAN NORTH AMERICA, INC. 18501 SOUTH FIGUEROA STREET GARDENA, CA 90248 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 02/18/2020 | OHIO LOGISTICS, LTD 1800 INDUSTRIAL DRIVE FINDLAY, OH 45840 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli North America, Inc. | Case number (if known): 25-11036 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.167** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO SUBLEASE DATED: 06/26/2024 | OPEN DEALER EXCHANGE, LLC ATTN: GENERAL MANAGER OR GENERAL COUNSEL 26555 NORTHWESTERN HWY, SOUTHFIELD, MI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE DATED: 07/01/2024 | OPEN DEALER EXCHANGE, LLC ATTN: GENERAL MANAGER OR GENERAL COUNSEL 26555 NORTHWESTERN HWY, SOUTHFIELD, MI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO TRADING GRID MESSAGING SERVICE SUBSCRIPTION PRICE SCHEDULE DATED: 08/22/2024 | OPEN TEXT 9711 WASHINGTONIAN BLVD. SUITE 700 GAITHERSBURG, MD 20878 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | P&R FASTENERS, INC. 325 PIERCE STREET SOMERSET, NJ 08873 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest | CONSENT TO ASSIGNMENT OF PROFESSIONAL SERVICES AGREEMENT DATED: 02/13/2025 | PINKERTON CONSULTING & INVESTIGATING, INC. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PRIDGEON AND CLAY INC. 50 COTTAGE GROVE SW GRAND RAPIDS, MI 49507-1685 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 10/27/2021 | PROTRANS INTERNATIONAL INC 8311 N. PERIMETER ROAD ATTN: LEGAL INDIANAPOLIS, IN 46241 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX B – PRICING SCHEDULE | PROTRANS INTERNATIONAL INC.<br>8311 N. PERIMETER ROAD<br>ATTN: LEGAL<br>INDIANAPOLIS, IN 46241 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | PSA AUTOMOBILES S.A<br>2-10, BOULEVARD DE L'EUROPE<br>POISSY, 78300<br>FRANCE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | PSC FABRICATING<br>3001 W. KENTUCKY STREET<br>LOUISVILLE, KY 40211 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR USCMA AGREEMENT DATED: 05/06/2025 | PWC US TAX LLP<br>300 MADISON AVENUE<br>(T): 646-471-3000<br>(F): 813-286-6000<br>NEW YORK, NY 10017 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM FOR SUBSCRIPTION SERVICES DATED: 12/16/2024 | QILKTECH INC.<br>211 SOUTH GULPH ROAD<br>SUITE 500<br>KING OF PRUSSIA, PA 19406 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE SUBSCRIPTION AGREEMENT DATED: 12/30/2020 | QLIKTECH INC.<br>211 SOUTH GULPH ROAD<br>SUITE 500<br>KING OF PRUSSIA, PA 19406 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTOR AGREEMENT DATED: 04/04/2024 | RACING TECH LLC<br>1730 OLSON ST NE C<br>ATTN: FABRIZIO MIRANDOLA, CEO<br>GRAND RAPIDS, MI 49503 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli North America, Inc.                                    Case number (if known):  25-11036
          Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.181** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL STAFFING AGREEMENT DATED: 09/29/2023 **State the term remaining** Undetermined **List the contract number of any government contract** | RANDSTAD GENERAL PARTNER (US), LLC 3625 CUMBERLAND BLVD. SUITE 600 ATLANTA, GA 30339 |
| **2.182** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL STAFFING AGREEMENT DATED: 09/29/2023 **State the term remaining** Undetermined **List the contract number of any government contract** | RANDSTAD GENERAL PARTNER (US), LLC 3625 CUMBERLAND BLVD. SUITE 600 ATLANTA, GA 30339 |
| **2.183** **State what the contract or lease is for and the nature of the debtor's interest** GENERAL STAFFING AGREEMENT DATED: 09/29/2023 **State the term remaining** Undetermined **List the contract number of any government contract** | RANDSTAD GENERAL PARTNER (US), LLC 3625 CUMBERLAND BLVD. SUITE 600 ATLANTA, GA 30339 |
| **2.184** **State what the contract or lease is for and the nature of the debtor's interest** DIRECT HIRE SERVICES AGREEMENT DATED: 09/06/2022 **State the term remaining** Undetermined **List the contract number of any government contract** | RANDSTAD GENERAL PARTNER (US), LLC 3525 CUMBERLAND BLVD. SUITE 600 ATTN: LEGAL DEPARTMENT ATLANTA, GA 30339 |
| **2.185** **State what the contract or lease is for and the nature of the debtor's interest** DEVELOPMENT, PRODUCTION AND SUPPLY AGREEMENT DATED: 06/13/2022 **State the term remaining** Undetermined **List the contract number of any government contract** | RIVIAN AUTOMOTIVE, LLC ATTN: GENERAL COUNSEL 13250 N. HAGGERTY ROAD PLYMOUTH, MI 48170 |
| **2.186** **State what the contract or lease is for and the nature of the debtor's interest** SHIPPER-MOTOR CARRIER AGREEMENT DATED: 06/24/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | RTR LLC DBA RTR TRANSPORTATION SERVICES 215 CRUTCHFIELD AVE NASHVILLE, TN 37210 |
| **2.187** **State what the contract or lease is for and the nature of the debtor's interest** PRICING SCHEDULE DATED: 06/14/2021 **State the term remaining** Undetermined **List the contract number of any government contract** | RTR TRANSPORTATION SERVICES |

Debtor    Marelli North America, Inc.                                      Case number (if known):  25-11036
          Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DATED: 11/15/2022 | RÜHL PUROMER GMBH HUGENOTTENSTRAßE 105 FRIEDRICHSDORF, 61381 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DATED: 07/29/2024 | S&S CYCLE, INC. 14025 COUNTY HIGHWAY G, VIOLA, WL 54664 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SAKAIYA DE MEXICO SA DE CV MUNICIPIO DE JESÃºS MARIA 106 AGUASCALIENTES, 20358 MEXICO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT-HIRE AGREEMENT DATED: 09/08/2022 | SC NOVI, INC. 41875 W. 11 MILE NOVI, MI 48375 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT-HIRE AGREEMENT DATED: 09/08/2022 | SC NOVI, INC. 41875 W. 11 MILE NOVI, MI 48375 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT-HIRE AGREEMENT DATED: 09/08/2022 | SCN - SEARCH CONSULTING NETWORK 41875 W. 11 MILE NOVI, MI 48375 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF THE PROFESSIONAL SERVICES AGREEMENT DATED: 01/01/2025 | SECURITAS SECURITY SERVICES USA, INC. PO BOX 403412 30384-3412 ATLANTA, GA US - UNITED STATES |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



| Debtor | Marelli North America, Inc. | Case number (if known): 25-11036 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT TO ASSIGNMENT OF PROFESSIONAL SERVICES AGREEMENT DATED: 02/13/2025 | SECURITAS SECURITY SERVICES USA, INC. PO BOX 403412 30384-3412 ATLANTA, GA US - UNITED STATES |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SHANGHAI LIBO AUTOMOBILE TECHNOLOGY CO., LTD. ROOM D, 1ST FLOOR, BUILDING 2, NO. 567, YUELUO ROAD, BAOSHAN DISTRICT, SHANGHAI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO GLOBAL AMENDMENT TO END USER LICENSE AGREEMENT DATED: 02/14/2022 | SIEMENS INDUSTRY SOFTWARE INC 5800 Granite Parkway Suite 600 ATTN: Cecilia Pham Sales Operations Specialist Plano, TX 75024 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | ACKNOWLEDGEMENT AND AGREEMENT DATED: 09/03/2020 | SIEMENS INDUSTRY SOFTWARE INC 5800 Granite Parkway Suite 600 ATTN: Cecilia Pham Sales Operations Specialist Plano, TX 75024 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS MODEL ADDENDUM TO END USER LICENSE AGREEMENT | SIEMENS INDUSTRY SOFTWARE INC. 5755 NEW KING DRIVE ATTN: DANIEL SNYDER AM-#1GT AT SALES MANAGER TROY, MI 48098 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL AMENDMENT DATED: 10/15/2020 | SIEMENS INDUSTRY SOFTWARE INC. 5755 NEW KING DRIVE ATTN: DANIEL SNYDER AM-#1GT AT SALES MANAGER TROY, MI 48098 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | DIRECT-HIRE AGREEMENT DATED: 06/07/2023 | SPARK TALENT ACQUISITION, INC. 901 WILSHIRE DR. SUITE 585 TROY, MI 48084 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli North America, Inc.
Name

Case number (if known):   25-11036

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B – PRICING DATED: 06/14/2021 | SUMMIT LOGISTICS GROUP LLC ATTN: JACK CARR 319 N THIRD STREET SUITE 201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 06/30/2021 | SUMMIT LOGISTICS GROUP LLC. ATTN: JACK CARR 319 N THIRD STREET SUITE 201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUMMIT POLYMERS, INC. 6715 S. SPRINKLE ROAD PORTAGE, MI 49002-9707 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B – PRICING | SUNSET INTERNATIONAL INC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B – PRICING RATES DATED: 06/14/2021 | SUNSET TRANSPORTATION INC 10877 WATSON RD ST. LOUIS, MO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-FREIGHT FORWARDER AGREEMENT DATED: 08/15/2022 | SUNSET TRANSPORTATION INC 10877 WATSON RD ST. LOUIS, MO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 06/08/2021 | SUNSET TRANSPORTATION INC 10877 WATSON RD ATTN: RISK & COMPLAINCE ST. LOUIS, MO 63127 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli North America, Inc.
      Name

Case number (if known)    25-11036

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.209** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | SUNWAY PRECISION INDUSTRIES USA INC.<br>1608 WILLIAMS DRIVE<br>SUITE 201<br>MURFREESBORO, TN 37129 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.210** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TECHNO ASSOCIE CZECH S.R.O.<br>PLZENSKA 345/5 PRAHA 5 CZECH REPUBLIC<br>PRAHA, 150 00<br>CZECH REPUBLIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.211** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR PRODUCTION AND DELIVERY OF PROTOTYPE AND PRODUCTION OF PARTS DATED: 06/01/2012 | TESLA MOTORS INC<br>3500 DEER CREEK ROAD<br>PALO ALTO, CA 94304 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.212** | State what the contract or lease is for and the nature of the debtor's interest | PROTOTYPE OR PRODUCTION PARTS OR SERVICES DATED: 12/15/2021 | TESLA, INC.<br>3500 DEER CREEK ROAD<br>PALO ALTO, CA 94304 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.213** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT # 1 TO THE AGREEMENT DATED: 11/14/2022 | T-MOBILE USA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.214** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOLEDO TOOL AND DIE COMPANY, INC.<br>105 W ALEXIS RD<br>TOLEDO, OH 43612 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.215** | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOTTSER-LROQUOIS INDUSTRIES<br>118 WHEELER STREET<br>LA VERGNE, TN 37086 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli North America, Inc. | Case number (if known): | 25-11036 |
|--------|------------------------------|-------------------------|----------|
|        | Name                         |                         |          |

|  | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|--|--|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|--|--|--|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | TOYOTA TSUSHO AMERICA INC. 9-8, MEIEKI 4-CHOME NAGOYA, NAKAMURA-KU, 450-8575 JAPAN |
|       | State the term remaining | Undetermined | |
|       | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMS POWER OF ATTORNEY DATED: 11/30/2022 | TRANS-OVERSEAS CORPORATION |
|       | State the term remaining | Undetermined | |
|       | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 10/17/2023 | TRANSPORTATION SOLUTIONS GROUP LLC 1765 N. ELSTON AVE. STE. 301 ATTN: LEGAL AFFAIRS CHICAGO, IL 60642 |
|       | State the term remaining | Undetermined | |
|       | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 10/17/2023 | TRANSPORTATION SOLUTIONS GROUP LLC DBA REDWOOD MULTIMODAL 765 N. ELSTON AVE. STE. 301 ATTN: LEGAL AFFAIRS CHICAGO, IL 60642 |
|       | State the term remaining | Undetermined | |
|       | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B – PRICING RATES – 20231002 DATED: 10/25/2023 | TRANSPORTATION SOLUTIONS GROUP, LLC DBA REDWOOD MULTIMODAL |
|       | State the term remaining | Undetermined | |
|       | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPER-BROKER AGREEMENT DATED: 05/17/2022 | TRINITY SHIPPING COMPANY 1316 AIRLIE ROAD WILMINGTON, NC 28403 |
|       | State the term remaining | Undetermined | |
|       | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX B – PRICING RATES DATED: 09/20/2022 | TRINITY SHIPPING COMPANY 1316 AIRLIE ROAD WILMINGTON, NC 28403 |
|       | State the term remaining | Undetermined | |
|       | List the contract number of any government contract | | |

Debtor   Marelli North America, Inc.                                    Case number (if known):  25-11036
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>Undetermined | TRUFORM MANUFACTURING INC.<br>1034 CHURCHFIELD DRIVE<br>DICKSON, TN 37056 |
| **2.224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIALITY AGREEMENT DATED: 06/13/2024<br><br>Undetermined | TYMPHANY ACOUSTIC TECHNOLOGY HK LIMITED<br>5-21 PAK TIN PAR STREET<br>ROOM 1521, 15/F.<br>BLOCK A, HI-TECH INDUSTRIAL CENTRE<br>TSUEN WAN, N.T.,<br>HONG KONG, CHINA |
| **2.225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>Undetermined | U. S. PAINT CORPORATION<br>831 S 21ST ST<br>SAINT LOUIS, MO 63103 |
| **2.226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED<br><br>Undetermined | UNIQUE FABRICATING INC<br>800 STANDARD PKWY<br>AUBURN HILLS, MI 48326-1415 |
| **2.227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHIPPER-FREIGHT FORWARDER AGREEMENT DATED: 03/02/2021<br><br>Undetermined | VENTANA SERRA LLC<br>CARLOS G. CUELLAR CHAO INSURGENTES SUR 2453, PISO 5 INT 501, COL. TIZAPAN, CP 01090 CDMX. |
| **2.228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL STAFFING AGREEMENT DATED: 12/05/2022<br><br>Undetermined | VENTEON HOLDINGS, DBA VENTEON<br>3001 W. BIG BEAVER<br>SUITE 200<br>TROY, MI 48306 |
| **2.229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL STAFFING AGREEMENT DATED: 12/05/2022<br><br>Undetermined | VENTEON HOLDINGS, DBA VENTEON<br>3001 W. BIG BEAVER<br>SUITE 200<br>TROY, MI 48306 |

Debtor   Marelli North America, Inc.                                    Case number (if known):   25-11036
         Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.230** | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX C – PRICING RATES DATED: 05/08/2023 | VENTURE EXPRESS INC. 304 ROBERT ROSE DRIVE ATTN: LEGAL DEPARTMENT MURFREESBORO, TN 37129 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.231** | **State what the contract or lease is for and the nature of the debtor's interest** | SHIPPER-MOTOR CARRIER AGREEMENT DATED: 04/18/2022 | VENTURE EXPRESS INC. 304 ROBERT ROSE DRIVE ATTN: LEGAL DEPARTMENT MURFREESBORO, TN 37129 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.232** | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX C – PRICING RATES DATED: 06/14/2021 | VENTURE EXPRESS INC. 304 ROBERT ROSE DRIVE ATTN: LEGAL DEPARTMENT MURFREESBORO, TN 37129 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.233** | **State what the contract or lease is for and the nature of the debtor's interest** | SHIPPER-MOTOR CARRIER AGREEMENT DATED: 04/18/2022 | VENTURE EXPRESS INC. 304 ROBERT ROSE DRIVE ATTN: LEGAL DEPARTMENT MURFREESBORO, TN 37129 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.234** | **State what the contract or lease is for and the nature of the debtor's interest** | THREE-WAY NON-DISCLOSURE AGREEMENT DATED: 01/29/2025 | VEYRON GLOBAL LLC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.235** | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF PICK UP – CUSTOMER TOOLING DATED: 07/25/2023 | VU ACQUISITIONS, LLC 2151 LIVERNOIS RD. TROY, MI 48083 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.236** | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF PICK UP – CUSTOMER TOOLING DATED: 07/25/2023 | VU ACQUISITIONS, LLC 2151 LIVERNOIS RD. TROY, MI 48083 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli North America, Inc.                                                    Case number (if known): 25-11036
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF PICK UP – EQUIPMENT DATED: 06/20/2023 |
| | VU ACQUISITIONS, LLC 2151 LIVERNOIS RD. TROY, MI 48083 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED: 07/13/2023 |
| | VU ACQUISITIONS, LLC 2151 LIVERNOIS RD. TROY, MI 48083 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED: 07/13/2023 |
| | VU ACQUISITIONS, LLC 2151 LIVERNOIS RD. TROY, MI 48083 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF PICK UP – CUSTOMER TOOLING DATED: 06/16/2023 |
| | VU ACQUISITIONS, LLC 2151 LIVERNOIS RD. TROY, MI 48083 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest | ACCOMMODATION AGREEMENT DATED: 05/15/2023 |
| | VU ACQUISITIONS, LLC 2151 LIVERNOIS ROAD SUITE 200 ATTN: MATT BURKHART TROY, MI 48083 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.242** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/28/2023 |
| | WASTE MANAGEMENT OF OHIO, INC. 41100 PLYMOUTH RD STE 170 PLYMOUTH, MI 48170 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 09/25/2023 |
| | WELLS FARGO BANK, NATIONAL ASSOCIATION 800 WALNUT STREET, 4TH FLOOR, DES MOINES, IA 50309 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor   Marelli North America, Inc.                                                    Case number (if known):   25-11036
         Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WUHU FORESIGHT TECHNOLOGY CO., LTD. NO.15, YANGMING RD. JIUJIANG DEVELOPMENT ZONE JIUJIANG DISTRICT WUHU, 241000 CHINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WUHU FUSAI TECHNOLOGY CO., LTD NO. 15, YANGMING ROAD, JIUJIANG DEVELOPMENT ZONE, WUHU CITY, ANHUI PROVINCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK PURSUANT TO GLOBAL MASTER AGREEMENT DATED: 03/11/2021 | XEROX CORPORATION |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | SHIPPER-BROKER AGREEMENT DATED: 10/19/2022 | XPO LOGISTICS LLC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX B – PRICING RATES DATED: 10/19/2022 | XPO LOGISTICS LLC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MARELLI PURCHASING GENERAL TERMS AND CONDITIONS DATED: 03/28/2025 | YASKAWA AMERICA P.O. BOX 951384 44193 CLEVELAND OH US - UNITED STATES |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZI MOL INDUSTRIA E COMERCIO DE MOLA R DO CANTO 57 SAO PAULO, 08381-580 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli North America, Inc. | Case number (if known): | 25-11036 |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | ZINBEND SA DE CV<br>AVENIDA PANTEDÉN NO. 209 NAVE 5, COL. LOS REYES<br>COYOACAN, MÉXICO DF CP 04330 |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| | **State what the contract or lease is for and the nature of the debtor's interest** | |
|---|---|---|
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli North America, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11036 |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.    If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D  ☐ E/F  ☐ G |

| Debtor | Marelli North America, Inc. | Case number (If known): | 25-11036 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli North America, Inc. | Case number (If known): | 25-11036 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli North America, Inc. | | | Case number (If known): | 25-11036 |
|---|---|---|---|---|---|
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

Debtor  Marelli North America, Inc.
Name

Case number (If known):  25-11036

---

**Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.40 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.41 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.42 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.43 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.44 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.45 | Marelli Sosnowiec Poland Sp. z. o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Marelli North America, Inc. | | Case number (If known): | 25-11036 |
|---|---|---|---|---|
| | Name | | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D<br>☐ E/F<br>☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D<br>☐ E/F<br>☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D<br>☐ E/F<br>☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D<br>☐ E/F<br>☐ G |
| 2.51 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.52 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.53 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.54 | | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Marelli North America, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11036

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
        MM / DD / YYYY

X  /s/ Alanna Abrahamson
Signature of individual signing on behalf of debtor

Alanna Abrahamson
Printed name

Executive Vice President, Chief Financial Officer
Position or relationship to debtor