## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3] These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis. The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis. As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards. Upon the application of such standards, the financial information could be subject to changes, which could be material. These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled. The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors. Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

4.    **Description of the Debtors' Chapter 11 Cases**. The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102]. On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date. No trustee or examiner has been appointed in these chapter 11 cases.

5.  **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.  **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law. Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.  **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b.  **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly. Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c.  **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.    **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.    **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.    **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.      **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.      **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

Furthermore, certain of the individuals or entities identified as insiders may not been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.  **Methodology**.

a.  **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.  **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.   **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.   **Consolidated Entity Accounts Payable and Disbursement Systems**.  Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "<u>Cash Management Motion</u>"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "<u>Cash Management System</u>").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.  The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "<u>Intercompany Transactions</u>") in the ordinary course of business, which resulted in intercompany receivables and payables (the "<u>Intercompany Claims</u>").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]   *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.    **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.    **Language Translation**. The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h.    **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i.    **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities.  Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.     **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.     **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.     **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.     **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.  **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.  **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.    **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.    **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.    **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.    **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

## Specific Schedules Disclosures

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

## Part 1 –  Cash and Cash Equivalents

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.**  Schedule A/B 3 lists bank account balances at net book value as of the Petition Date.  Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

## Part 2 –  Deposits and Prepayments

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 –** **Accounts Receivable**

**Schedule A/B 11 – Accounts Receivable**. The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 –** **Investments**

**Schedule A/B 15 – Investments**. Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 –** **Inventory, Excluding Agricultural Assets**

a. **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**. Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight. Amounts are shown net of reserves and other adjustments.

b. **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**. The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 –** **Office Furniture, Fixtures, and Equipment; and Collectibles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 –**    **Machinery, Equipment, and Vehicles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 –**    **Real Property**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 –**    **Intangibles and Intellectual Property**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 –**    **All Other Assets**

a.    **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.    **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

carriers and various surety bonds provided by multiple third-party sureties. The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage). The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion"). Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.      **Schedule A/B 75 – Other Contingent and Unliquidated Claims**. The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

## Specific Notes Regarding Schedule D

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a.  **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court.  The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.    **Part 2 – Creditors with Nonpriority Unsecured Claims**.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim.  In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date.  Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders.  In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order.  In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors.  Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent.  Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing.  The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

**Specific Notes Regarding Schedule G**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G.  Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not independently set forth on Schedule G.  Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G. In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors. In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

**Specific Notes Regarding Statements**

a.  **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.  **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.  **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.    **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.      **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.      **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.      **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.      **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.      **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.    **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.   The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.    **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.    **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.    **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.    **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name        Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):        25-11062

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................................

   $   27,715,145.12*

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................................

   $   470,384,501.21*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................................

   $   498,099,646.33*

---

**Part 2:   Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .........................................

   $   Undetermined

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .................................................................

   $   Undertermined

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................................

   + $   125,659,784.82*

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b

   $   125,659,784.82*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11062

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                        $               0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 See Attached Rider | | ___ ___ ___ ___ | $        18,216,064.68 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 None | | $               0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $        18,216,064.68

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.Go to Part 3.
   ☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 GUARANTEE DEPOSITS | $        2,841,709.04 |
| --- | --- |
| 7.2 | $ |

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 28 of 1004

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES _____  $ _____941,792.57

   8.2  COMMERCIAL AND OTHER PREPAID EXPENSES _____  $ _____989,214.30

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    $ _____4,772,715.91

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 60,669,125.42 | — | 0.00 | = ...... → | $ | 60,669,125.42 |
| 11b. Over 90 days old: | 1,333,430.83 | — | 879,820.87 | = ...... → | $ | 453,609.96 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ _____61,122,735.38

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

| 14.1 None | | $ | 0.00 |
|---|---|---|---|
| 14.2 | | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                  % of ownership:

| 15.1 See Attached Rider | % | | $ | Undetermined |
|---|---|---|---|---|
| 15.2 | % | | $ | |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

| 16.1 None | | $ | 0.00 |
|---|---|---|---|
| 16.2 | | $ | |

17. **Total of Part 4**                                              $ _____Undetermined

    Add lines 14 through 16. Copy the total to line 83.

*Plus Undetermined Amounts

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) 25-11062 |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED<br>MM / DD / YYYY | $   52,509,430.36 | NET BOOK VALUE | $   52,509,430.36 |
| **20. Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED<br>MM / DD / YYYY | $   14,452,069.54 | NET BOOK VALUE | $   14,452,069.54 |
| **21. Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED<br>MM / DD / YYYY | $   5,416,241.14 | NET BOOK VALUE | $   5,416,241.14 |
| **22. Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED<br>MM / DD / YYYY | $   26,955,813.97 | NET BOOK VALUE | $   26,955,813.97 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$   99,333,555.01

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value $ _____ Undetermined _____ Valuation method _____ N/A _____ Current value $ _____ Undetermined _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor    Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda                    Case number (if known)  25-11062

Name

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $ _____ | | $ _____ |
| **40. Office fixtures** | $ _____ | | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | | $ _____ |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | | $ _____ |
| 42.2 _____ | $ _____ | | $ _____ |
| 42.3 _____ | $ _____ | | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known) 25-11062 |
|---|---|---|
| | Name | |

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| **General Description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 LEASED VEHICLES | $ | 786,914.41 | NET BOOK VALUE | $ 786,914.41 |
| 47.2 | $ | | | $ |
| 47.3 | $ | | | $ |
| 47.4 | $ | | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $ 159,509,813.07* | | $ 159,509,813.07* |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 160,296,727.48*

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

*Plus Undetermined Amounts

Debtor   Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda   Case number (if known) 25-11062
          Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  27,715,145.12* | | $  27,715,145.12* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | $  27,715,145.12* |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $  Undetermined | | $  Undetermined |
| **61. Internet domain names and websites**<br>None | $ | | $  0.00 |
| **62. Licenses, franchises, and royalties**<br>None | $ | | $  0.00 |
| **63. Customer lists, mailing lists, or other compilations**<br>CUSTOMER LISTS | $  Undetermined | N/A | $  Undetermined |
| **64. Other intangibles, or intellectual property**<br>None | $ | | $  0.00 |
| **65. Goodwill**<br>None | $ | | $  0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $  Undetermined |

***Plus Undetermined Amounts**

Debtor    Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda                     Case number (if known)   25-11062
          Name

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☒ No
- ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☒ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**

Description (include name of obligor)

| None | — | = → | $ | 0.00 |
|------|---|-----|---|------|
|  | Total Face Amount   Doubtful or uncollectible Amount |  |  |  |

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year | $ | 0.00 |
|------|----------|---|------|
|  | Tax Year | $ |  |
|  | Tax Year | $ |  |

73.  **Interests in insurance policies or annuities**

| See Attached Rider | $ | Undetermined |
|--------------------|---|--------------|

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| None | $ | 0.00 |
|------|---|------|

**Nature of Claim**

**Amount Requested**    $

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| See Attached Rider | $ | Undetermined |
|--------------------|---|--------------|

**Nature of Claim**

**Amount Requested**    $

76.  **Trusts, equitable or future interests in property**

| None | $ | 0.00 |
|------|---|------|

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| See Attached Rider | $ | 126,642,702.75 |
|--------------------|---|----------------|
|  | $ |  |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ | 126,642,702.75* |
|---|-----------------|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

*Plus Undetermined Amounts

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $    18,216,064.68 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $    4,772,715.91 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $    61,122,735.38 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $    Undetermined | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $    99,333,555.01 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $    0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $    0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $    160,296,727.48* | |
| 88.  **Real property.** *Copy line 56, Part 9.* . .............................................................................  → | | $27,715,145.12* |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $    Undetermined | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | $    126,642,702.75* | |
| 91.  **Total.** Add lines 80 through 90 for each column...........................91a. | $    470,384,501.21* | + 91b.    $27,715,145.12* |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................    $    498,099,646.33*

**\*Plus Undetermined Amounts**

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO DO BRASIL | OPERATING ACCOUNT | **0101 | $619,625.62 |
| BANCO SANTANDER | OPERATING ACCOUNT | **28-9 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **30-5 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **54-4 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **61-2 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **63-9 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **65-6 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **6651 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **6668 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **6675 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **74-5 | $0.00 |
| BANCO SANTANDER | OPERATING ACCOUNT | **97-2 | $0.00 |
| BANCO SANTANDER | OPERATING+DEPOSIT ACCOUNT | **52-6 | $17,471,482.17 |
| BRADESCO | OPERATING ACCOUNT | **9115 | $95,979.06 |
| CITIBANK | OPERATING ACCOUNT | **3085 | $63.19 |
| CITIBANK | OPERATING ACCOUNT | **3093 | $75.52 |
| CITIBANK | OPERATING ACCOUNT | **8622 | $91.54 |
| CITIBANK | OPERATING ACCOUNT | **8630 | $8,234.60 |
| CITIBANK | OPERATING ACCOUNT | **8657 | $12.67 |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK | OPERATING ACCOUNT | **8665 | $19,500.31 |
| CITIZENS BANK | OPERATING ACCOUNT | **1074 | $1,000.00 |
| MIZUHO BANK | OPERATING ACCOUNT | **2992 | $0.00 |
| | | **TOTAL** | **$18,216,064.68** |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. | 100 | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name: Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number: 25-11062

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ADVANCE PAYMENTS ON TANGIBLE ASSETS IN PROGRESS | $201,463.37 | NET BOOK VALUE | $201,463.37 |
| OWNED ASSETS | $12,133,251.63 | NET BOOK VALUE | $12,133,251.63 |
| OWNED INDUSTRIAL EQUIPMENT | $8,664,928.85 | NET BOOK VALUE | $8,664,928.85 |
| OWNED PLANT AND MACHINERY | $80,438,941.28 | NET BOOK VALUE | $80,438,941.28 |
| RENTED/LEASED INDUSTRIAL EQUIPMENT | $57,965.14 | NET BOOK VALUE | $57,965.14 |
| RENTED/LEASED PLANT AND MACHINERY | $127,133.17 | NET BOOK VALUE | $127,133.17 |
| TANGIBLE ASSETS IN PROGRESS | $57,886,129.63 | NET BOOK VALUE | $57,886,129.63 |
| EMPLOYEE COMPANY CAR LEASE: FCALEASE-15-4077 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RUH2B05 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: RUR9I05 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_QMZ6D24 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_QMZ6D25 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C47 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C48 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C49 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C51 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C56 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C58 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C60 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C70 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C71 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C73 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C74 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C77 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C85 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C86 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVW0C87 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_RVX4J80 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHK1B75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHN4E74 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHN4E75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHR1E13 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHZ9E76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHZ9E77 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHZ9E78 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHZ9E79 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHZ9E80 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHZ9E81 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SHZ9E82 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1A85 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1C86 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1F34 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1F44 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1G45 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name: Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                     Case Number: 25-11062

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1G96 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1I55 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA1J99 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA5G85 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA7A71 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA7F30 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA7F44 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA7F77 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA7G10 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA7J74 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIA7J79 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB0B36 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB0B37 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB0B38 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB0B42 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB1B21 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB1B26 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB2B25 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB2D10 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB2E21 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB3F07 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB3H61 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB5F55 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                                 Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB7A95 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB7E55 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB8A89 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIB8G85 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIC2F25 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIG8E44 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIG8F55 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH4B94 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E36 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E38 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E39 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E40 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E41 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIH7E75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SII5F19 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ1A74 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ1F70 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ1F74 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ2H64 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ2H65 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ2H66 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ2H67 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ5F51 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                                                 Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ5F58 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ5F59 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ5F60 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ5F69 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIJ7A75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK0A73 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK2C04 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK4A35 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK7A71 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK7A73 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK7A75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIK7A76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A35 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7A70 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIL7H70 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIN4H73 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIN4H76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIO6I09 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIR3G58 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIS0B96 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIV1F17 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIZ9D64 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SIZ9D66 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: USECAR_SJH6J15 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SYE6G50 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SYI8A40 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SYK4E83 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SYL5A75 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_SYY9F20 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_TCA2I76 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_TCA2I84 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_TCH7E77 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: USECAR_TCL0A72 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE VEHICLE PARKING AREA RENT | Undetermined | NET BOOK VALUE | Undetermined |
| FORK LIFT LEASE AGREEMENT - JUNGHEINRICH LIFT TRUCK | Undetermined | NET BOOK VALUE | Undetermined |
| FORKLIFT LEASE AGREEMENT - 4/1/2020 | Undetermined | NET BOOK VALUE | Undetermined |
| FORKLIFT LEASE: SIJ5F67 | Undetermined | NET BOOK VALUE | Undetermined |
| ICT COMPUTER EQUIPMENT | Undetermined | NET BOOK VALUE | Undetermined |
| INDUSTRIAL BUILDING RENT - DEMOUNTABLE WAREHOUSES | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - AIR COMPANY REPRESENTAÇÃO | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - COFAP FABRICADORA DE PECAS LTDA. | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - DELBRAS SERV.TÉCNICOS | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - DISTRIB.PEÇAS IMPARPEC | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - DRM LIMA MONTAGENS INDUSTRIAIS | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - EVEREST MÁQUINAS AUTOMATICAS | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| LEASE AGREEMENT - FCA RENTAL | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - MAGO AUTOMAÇÃO INDÚSTRIA E COMÉRCIO | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - NEXWAY | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - PIEMONTE LOCATIVA S.A | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - RENTANKMACROGALPÕES (PRODUCTION) | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - RENTANKMACROGALPÕES (TECHNOLOGY) | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - WHITE MARTINS | Undetermined | NET BOOK VALUE | Undetermined |
| LEASE AGREEMENT - WHITE MARTINS GASES INDUSTRIAIS LTDA | Undetermined | NET BOOK VALUE | Undetermined |
| REFRIGERATED CONTAINER | Undetermined | NET BOOK VALUE | Undetermined |
| TWO FORKLIFT RENTAL | Undetermined | NET BOOK VALUE | Undetermined |
| TWO GAS EQUIPMENT RENTALS | Undetermined | NET BOOK VALUE | Undetermined |
| TWO LEASE AGREEMENTS - FCA RENTAL | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$159,509,813.07**<br>+ Undetermined Amounts |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $21,995,708.53 | NET BOOK VALUE | $21,995,708.53 |
| VARIOUS | RENTED/LEASED INDUSTRIAL BUILDINGS | $4,402,867.20 | NET BOOK VALUE | $4,402,867.20 |
| VARIOUS | OWNED LAND | $1,300,523.41 | NET BOOK VALUE | $1,300,523.41 |
| VARIOUS | RENTED/LEASED LAND | $16,045.98 | NET BOOK VALUE | $16,045.98 |
| AMPARO PLANT, RODOVIA SP 95, KM 47, GALPÃO 01, PARQUE MODELO, AMPARO, 13903-050, BRAZIL | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| HORTOLANDIA - GLEBA 2 LAND (UNUSED), AVENIDA DA EMANCIPAÇÃO Nº 801, PQ DOS PINHEIROS, HORTÓLÂNDIA , 13184-654, BRAZIL | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| HORTOLANDIA PLANT, AVENIDA DA EMANCIPAÇÃO 801, JD. STA RITA DE CÁSSIA, HORTOLÂNDIA, 13184-654, BRAZIL | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CONTAGEM LAND 1 (PARKING), AVENUE JOÃO CESAR DE OLIVEIRA, 6261, CONTAGEM, 32040, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CONTAGEM LAND 2 (PARKING), AVENUE JOÃO CESAR DE OLIVEIRA, 6261, CONTAGEM, 32040, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CONTAGEM PLANT 1, AV. JOÃO CESAR DE OLIVEIRA, 6261 - GALPAO 2, CONTAGEM, 32040-000, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| CONTAGEM RIACHO WAREHOUSE, RUA SAGITÁRIO 410 - DO DISTRITO INDUSTRIAL RIACHO DAS PEDRAS, CONTAGEM, 32242-210, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| FIAT BETIM WAREHOUSE/SEQUENCING, ROD FERNÃO DIAS, KM 429,GA 53,PAULO CAMILO PENA, BETIM, 55900-000, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| GOIANA PLANT SP4, RODOVIA BR101 KM 13 AO 15 , GALPÃO SP4, GOIANA, 55900-000, BRAZIL | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | TOTAL | $27,715,145.12<br>+ Undetermined Amounts |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                  Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| PATENT NO. BR132013010644 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BR202012023125U STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BRMU9101088U STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BRPI0703812 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BRPI0705422 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BRPI0805598 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BRPI1001227 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. BRPI1100311 STATUS: COUNTRY: BRAZIL | Undetermined | N/A | Undetermined |
| PATENT NO. CN201010133827 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201110225657 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. CN201210033120 STATUS: PENDING COUNTRY: CHINA | Undetermined | N/A | Undetermined |
| PATENT NO. DE602008002887T STATUS: ACTIVE COUNTRY: GERMANY | Undetermined | N/A | Undetermined |
| PATENT NO. EP08171182 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP09174659 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. EP12153884 STATUS: ACTIVE COUNTRY: EUROPEAN PATENT OFFICE | Undetermined | N/A | Undetermined |
| PATENT NO. ES08162767T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES08171182T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES09174659T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. ES12153884T STATUS: ACTIVE COUNTRY: SPAIN | Undetermined | N/A | Undetermined |
| PATENT NO. US 13/371,206 STATUS: ACTIVE COUNTRY: UNITED STATES OF AMERICA | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): PROJETO FÊNIX | Undetermined | N/A | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK (BRAZIL): SFS FLEX FUEL | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SFS FLEX FUEL | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SFS FLEX FUEL | Undetermined | N/A | Undetermined |
| TRADEMARK (BRAZIL): SISTEMA TETRA FUEL | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (MEXICO): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (PARAGUAY): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): KADRON | Undetermined | N/A | Undetermined |
| TRADEMARK (PERU): KADRON | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101044400202500003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of  every nature, including counterclaims of the debtor and rights to set off claims

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | SOCIAL CONTRIBUTION CLAIM | Undetermined | Undetermined |
| LITIGATION CLAIM | EXTRAJUDICIAL INSTRUMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | ANNULMENT ACTION | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | EXTRAJUDICIAL INSTRUMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | EXTRAJUDICIAL INSTRUMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | MANDAMUS PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | COMPENSATION ACTION | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| LITIGATION CLAIM | JUDGEMENT ENFORCEMENT PROCEEDING | Undetermined | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| ADVANCES PAID TO EMPLOYEES | $3,205,426.52 |
| FINANCIAL RECEIVABLES | $1,242,033.05 |
| INTERCOMPANY RECEIVABLE FROM MAGNETI MARELLI CONJUNTOS DE ESCAPE S.A. | $165,104.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI (CHINA) CO., LTD | $9,302.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI ARGENTAN FRANCE | $92,261.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. | $2,608.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. | $5,546.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. | $7,977,375.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI COFAP DO BRASIL LTDA | $19,590,106.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. | $192,828.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI FRANCE | $5,132.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MEXICANA, S.A. DE C.V. | $59,644.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOTHERSON AUTO SUSPENSION PARTS PRIVATE LIMITED | $423,817.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED | $5,969.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI NORTH AMERICA, INC. | $70,324.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI NORTH CAROLINA USA LLC | $398,116.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI POWERTRAIN (HEFEI) CO., LTD. | $36,319.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI POWERTRAIN INDIA PRIVATE LIMITED | $164,966.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SUSPENSION SYSTEMS ITALY S.P.A. | $3,143,824.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. | $17,998,525.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI UM ELECTRONIC SYSTEMS PRIVATE LIMITED | $44,279.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI YOKOHAMA CO., LTD. | $15,897.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $326,722.26 |
| REFUNDS DUE FROM SOCIAL SECURITY AGENCIES | $153,565.81 |
| REFUNDS DUE FROM SUPPLIERS | $874,436.47 |

Debtor Name:  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case Number:  25-11062

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $70,438,576.64 |
| **TOTAL** | **$126,642,702.75** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11062 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>MIZUHO BANK, LTD.<br><br>**Creditor's mailing address**<br>1-5-5 OTEMACHI CHIYODA-KU<br>TOKYO, 100-8176<br>JAPAN<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>SEE NOTES ON SCHEDULE D<br><br><br>**Describe the lien**<br>GUARANTOR OF SENIOR FINANCING AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | $          Undetermined | $          Undetermined |
| **2.2** **Creditor's name**<br><br>**Creditor's mailing address**<br><br><br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>     ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>     ☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ _____

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known): | 25-11062 |
|--------|------|------|------|
| | Name | | |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|------------------------------------------------|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. __1__ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

---

**Fill in this information to identify the case:**

Debtor     Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

United States Bankruptcy Court for the:    District of Delaware

Case number    25-11062
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>FEDERAL REVENUE OFFICE<br>SETOR DE AUTARQUIAS SUL QUADRA 06 ED.<br>ÓRGÃOS<br>BL O - ASA SUL<br>BRASÍLIA, 70079-900<br>BRAZIL<br><br>**Date or dates debt was incurred**<br>UNDETERMINED<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>507(a)(8)</u>) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** AUDIT CLAIM<br><br><br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $    Undetermined | $    Undetermined |
| **2.2** | **Priority creditor's name and mailing address**<br><br><br><br><br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |
| **2.3** | **Priority creditor's name and mailing address**<br><br><br><br><br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | |
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** 

**Nonpriority creditor's name and mailing address**
3S NETWORKS LTDA-ME
RUA CONDE DE PARNAIBA 64
JUNDIAI, 13201-037
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,619.30

**3.2**

**Nonpriority creditor's name and mailing address**
A.AGRATI SPA
VIA PIAVE 28/30
VEDUGGIO CON COLZANO, 20837
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,358.67

**3.3**

**Nonpriority creditor's name and mailing address**
A.R.S. - INDUSTRIA E COMER DE PARAF
AV QUEIROS DOS SANTOS 690
SANTO ANDRE, 09015-310
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,093.85

**3.4**

**Nonpriority creditor's name and mailing address**
A.RAYMOND ITALIANA SRL
STRADA COMPLANARE 26
CARISIO, 13040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,795.06

**3.5**

**Nonpriority creditor's name and mailing address**
A2 VISION EXPERTS LTDA
RUA DR ANTONIO BENTO 560
SAO PAULO, 04750-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,409.24

**3.6**

**Nonpriority creditor's name and mailing address**
ABA MAT CONSTR LTDA
R JUSCELINO KUBITSCHECK 673
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 776.01

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 67 of 1004

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

ABATEK INTERNATIONAL AG
Grindelstrasse 12
BASSERSDORF, 8303
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                                                  1,121.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

ABC EXPURGO SERV ESPEC SC LTDA EPP
AL DOM PEDRO DE ALCANTARA 618
SAO BERNARDO DO CAMPO, 09771-281
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                                                  638.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

ABSI SERVICE COMERCIO DE INSTRUMENT
R GENERAL LECOR 991
SAO PAULO, 04213-021
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                                                  1,195.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

ABSOLUTE SEGURANCA PATRIMONIAL LTDA
RUA PADRO ANTONIO DE SA 83
SAO PAULO, 03066-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                                                  79,293.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

ABSOLUTE SERVIÇOS TERCEIRIZADOS
PADRE ANTONIO DE SÁ 83
SÃFO PAULO, 03066-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                                                  20,152.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

ACCORNERO MOLLIFICIO S.P.A.
STRADA TORINO 72/A
TORINO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,790.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

ACE EXPRESSO EMBALAGENS LTDA
AV CASTRO ALVES 2721
ITAUNA, 35680-095
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 99,795.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

ACLARIS SOLUÇÃ•ES PARA TRATAMENTO DE
AFONSO DESIDERIO 30
TABOÃƒO DA SERRA, 06795-040
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 215.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

ACOS ALIANCA S/A
ALECRIM 41
BETIM, 32684-005
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,271.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

ACOS BOHLER-UDDEHOLM DO BRASIL LTDA
RUA ALFREDO DUMONT VILLARES 155
SUMARE, 13178-902
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,241.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** **Nonpriority creditor's name and mailing address**

ACOSERVICE INDUSTRIA E COMERCIO DE
AV PIRAPORINHA 993
DIADEMA, 09950-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,576.66

---

**3.18** **Nonpriority creditor's name and mailing address**

ACOTEMPERA TRAT TERMICO LTDA ME
R PERNAMBUCO 11
DIADEMA, 09941-720
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,134.44

---

**3.19** **Nonpriority creditor's name and mailing address**

ACR ESCOVAS INDUSTRIAIS EIRELI
RUA JURUAIA 230
SAO PAULO, 07224-080
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 730.50

---

**3.20** **Nonpriority creditor's name and mailing address**

ACTFIX DISTRIBUIDORA DE PEÃ‡AS PARA
AV. DAS NAÃ‡Ã•ES 1836
SANTO ANDRE, 09270-400
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,803.06

---

**3.21** **Nonpriority creditor's name and mailing address**

ACTION AGENC CARGAS LTDA.
R LAPLACE 74
SAO PAULO, 04622-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 305,863.00

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

ACUSTERM ISOLAMENTOS TERMICOS E ACU
RUA FREI TARCISIO 39
SÃO PAULO, 02118-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 286.99

---

**3.23** **Nonpriority creditor's name and mailing address**

ADAPS COM E MAN EM GERADORES E MÃQU
RUA ORLANDO PAVAN 402
HORTOLANDIA, 13185-213
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 473.54

---

**3.24** **Nonpriority creditor's name and mailing address**

ADRIFER ALAC ACOS E METAIS LTDA
RUA KOBE 209
SAO PAULO, 02137-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,658.07

---

**3.25** **Nonpriority creditor's name and mailing address**

ADVANCED BRASIL IND E COM LTDA - EP
RUA ARTUR ALVES BANDEIRA 200
VARGEM GRANDE PAULISTA, 06730-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,559.49

---

**3.26** **Nonpriority creditor's name and mailing address**

ADVANTECH
RUA DR HOFFMANN 281
ITAJUBA, 37500-086
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,626.17

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

AEA S.R.L.APLIC. ELET. AVAN.
VIA FIUME 16
ANCONA,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                              225,367.63

---

**3.28** | **Nonpriority creditor's name and mailing address**

AFE CORPORATION SERVICOS EMPRESARIA
AV. ITAPARK 2865
MAUA, 09350-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  3,467.23

---

**3.29** | **Nonpriority creditor's name and mailing address**

AFIATEC COMERCIO E AFIACOES PARA FE
R JOSE DOMINGOS FACHINI 148
AMPARO, 13905-520
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  2,843.70

---

**3.30** | **Nonpriority creditor's name and mailing address**

AGM AUTOMOTIVE, LLC
590 5980 PROGRESS DR., FLEX/AGM W
STERLING HEIGHTS, 48312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                11,942.40

---

**3.31** | **Nonpriority creditor's name and mailing address**

ÁGUA DOCE MEIO AMBIENTE LTDA
JOSE STRAPASSON 815
COLOMBO, 83407-200
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  1,123.44

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**

AGUA VIVA BRASIL DIST LTDA
AV JUSCELINO KUBITSCHEK 750
SAO BERNARDO DO CAMPO, 09851-420
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,870.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address**

ALCAR ABRASIVOS LTDA
R S PAULO 600
VINHEDO, 13280-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,472.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address**

ALIANCA  COMERCIO  E IMPORTACAO
AV CASPER LIBERO 390
SAO PAULO, 01033-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,500.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address**

ALLOG CAMPINAS - TRANSPORTES INTERN
AV. JOÃO SCAPARO NET 84, BL.C UN.04
CAMPINAS, 13080-655
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,772.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address**

ALLPROT MATERIAIS DE SEGURANCA EIRE
DOS TRILHOS 2201
SAO PAULO, 03168-009
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,036.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

ALMAQUINAS MANUTENCOES DE LOGISTICA
AV.SEVERINO BALLESTEROS 1307
CONTAGEM, 32110-005
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,766.91

---

**3.38** **Nonpriority creditor's name and mailing address**

ALPHATECH INDUSTRIA E COMERCIO DE
RUA WELLINGTON RODRIGO BARRIVIE 535
LIMEIRA, 13481-176
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,803.35

---

**3.39** **Nonpriority creditor's name and mailing address**

ALSCO TOALHEIRO BRL LTDA
AV NADIR DIAS DE FIGUEIRED 829
SAO PAULO, 02110-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,764.64

---

**3.40** **Nonpriority creditor's name and mailing address**

ALVES E REIS CIA LTDA ME
R SANTA MARGARIDA 361
VARGINHA, 37014-280
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,880.44

---

**3.41** **Nonpriority creditor's name and mailing address**

AM DM
AVENIDA CAPUAVA 426
SANTO ANDRE, 09111-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 459.92

---

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 74 of 1004

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

AMA TRABALHO TEMPORÁRIO LTDA
RUA SIQUEIRA CAMPOS 241
SANTO ANDRÉ, 09020-240
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          180.91

---

**3.43** | **Nonpriority creditor's name and mailing address**

AMBIPAR ENVIRONMENTAL SOLUTIONS SOL
ESTRADA MUNICIPAL SANTO BERTOLI 801
ITU, 13307-141
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       15,616.05

---

**3.44** | **Nonpriority creditor's name and mailing address**

AMBIPAR GREEN TECH LTDA
AV RAJA GABAGLIA 555
BELO HORIZONTE, 30380-103
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          120.07

---

**3.45** | **Nonpriority creditor's name and mailing address**

AMCOM SISTEMAS DE INFORMAÇÃO LTDA
RUA REPUBLICA ARGENTINA 2001
BLUMENAL, 89050-173
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        7,234.55

---

**3.46** | **Nonpriority creditor's name and mailing address**

AMERICAN JET IMPOT E EXPORT CORP
5585 NW 74 TH AVENUE
MIAMI, 33166-4200

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        1,659.43

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

AMIL ASSITENCIA MEDICA INTERNACIONA
AV BRASIL 703
SÃ̃O PAULO, 01431-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  540.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**

AMPARO
RODOVIA SP 95, KM 47 AMPARO SP
AMPARO, 13905-520
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  ENVIRONMENTAL REMEDIATION CLAIM

$  Undetermined

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**

AMS-OSRAM USA INC
651 RIVER OAKS PARKWAY
SAN JOSE, 95134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  1,808.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

ANALOG DEVICES INTERNATIONAL UC
RAHEEN BUSINESS PARK
LIMERICK, V94 RT99
IRELAND (EIRE)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  2,120.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**

ANHANGUERA COMERCIO DE
RONALD CLADSTONE NEGRI 375
CAMPINAS, 13069-472
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  1,013.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 76 of 1004

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.52** | **Nonpriority creditor's name and mailing address**

ANHANGUERA COMERCIO DE FERRAMENTAS
AV ALCACIBAS FURTADO 800
VIANA, 29135-008
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 412.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

ANIDROL PRODUTOS PARA LABORATORIOS
AV FUNDIBEM 275
DIADEMA, 09961-390
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,637.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

APERAM INOX AMERICA DO SUL S A
AV MERCEDES BENZ 1420
CAMPINAS, 13054-750
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 149,242.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

APERAM INOX AMERICA DO SUL S.A
AV. MERCEDES BENZ 679, GALPAO 3F1
CAMPINAS, 13054-750
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 440,621.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

APPERFIX FERRAMENTAS DE FIXACAO LTD
R DOS TABAJARAS 107
DIADEMA, 09951-430
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 859.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57**

**Nonpriority creditor's name and mailing address**

APTIV MANUFATURA
RDV DOS TAMOIOS  KM 21 8 S N
JAMBEIRO, 12270-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,281.66

---

**3.58**

**Nonpriority creditor's name and mailing address**

AQUANEWS SERVICOS LTDA
RUA GIBRALTAR 430
BELO HORIZONTE, 30880-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 515.72

---

**3.59**

**Nonpriority creditor's name and mailing address**

AR7 ELETRICA LTDA
R BENEDITO MONTENEGRO 475
SANTO ANDRE, 09111-350
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,474.75

---

**3.60**

**Nonpriority creditor's name and mailing address**

ARBURG LTDA
R DOS MISSIONARIOS 292
SAO PAULO, 04729-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,521.35

---

**3.61**

**Nonpriority creditor's name and mailing address**

ARCELORMITTAL BRASIL S A
R DA PONTE 12
SABARA, 34515-190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 349,523.57

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.62** **Nonpriority creditor's name and mailing address**

ARGETEX IND. E COMERCIO TEXTIL LTDA
RUA ALVARES CABRAL 1431
DIADEMA, 09980-160
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,021.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**

ARKEMA COATEX BRASIL IND. E COM. LT
AVENIDA IBIRAPUERA 2033
SÄŸO PAULO, 04029-901
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 15,148.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

ARMADA RUBBER MANUFACTURING COMPANY
24586 ARMADA RIDGE
ARMADA, 48005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,368.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

ARMCO DO BRASIL S.A.
AV PRES HUMBERTO D 2705, GALPAO: 7A
JD JACAREI, 12321-150
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 48,608.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**

ARNIFLEX I COM DE ARTEF BORR LTDA
AV ANTONIO SYLVIO CUNHA BUENO 315
DIADEMA, 09970-160
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 12,238.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

ARROW COMPONENTS MEXICO SA DE CV
CARR. NOG 5297 MOD. 3 NAVE 24 FRACC
JALISCO, 45019
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 306.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

ARTEJATO INDUSTRIA DE EMBALAGENS
AV. LEO GUARALDO 1020
DOIS CORREGOS, 17300-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 35,402.48

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

ARVEDI METALFER DO BRASIL SA
ROD ENG ERMENIO DE OLIVEIRA 2435
SALTO, 13329-903
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 130,846.41

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

ASIA SHIPPING TRANSPORTES
RUA GAL CAMARA 05
SANTOS, 11010-121
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 80,683.53

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

ASLAM  LAMEC S  R  L
STRADA BARBANIA 130
TORINO, 10070
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,738.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 80 of 1004

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,688.58 |
|---|---|---|---|

ASMPT BRASIL LTDA
RUA JAMIL JOAO ZARIF 684, GP1,SL1
GUARULHOS, 07143-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,366.15 |
|---|---|---|---|

ASSOC RECREAT S COLABORADORES AREC
RDV ESTADUAL SP 95 S N
AMPARO, 13903-050
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ASSOCIAÇÃO DOS MORADORES DO JARDIM CRISTAL E JARDIM MARAMBAIA
RUA RIO DO SUL, 326 - JARDIM CRISTAL
PR, 83005-590
BRAZIL

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 117,473.38 |
|---|---|---|---|

ASSOCIATED SPRING BRL LTDA
R WALLACE BARNES 301
CAMPINAS, 13054-701
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 187.55 |
|---|---|---|---|

ATB SERVIÇOS AUTOMOTIVOS LTDA
CINCO DE MAIO 157
FRANCO DA ROCHA, 07850-300
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|---|
| | ATENTO BRASIL S A<br>RUA JACEGUAI 220<br>BELO HORIZONTE, 30411-040<br>BRAZIL | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ | 1,463.95 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|---|
| | ATLAS COPCO BRASIL LTDA<br>AV PIRAIBA 202<br>BARUERI, 06460-121<br>BRAZIL | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ | 4,723.46 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|---|
| | ATOTECH BRL GALVANOTECN LTDA<br>R MARIA PATRICIA DA SILVA 205<br>TABOAO DA SERRA, 06787-000<br>BRAZIL | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ | 13,311.96 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|---|
| | ATR ROLAMENTOS E PEÇAS INDUSTRIAIS<br>AV JOSE BENEDITO FRANCO PENTEADO 29<br>ITATIBA, 13253-634<br>BRAZIL | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ | 35,763.72 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|---|
| | AUDIOTEC<br>RUA DOS GUAJARAS 910, SALA 1109<br>BELO HORIZONTE, 30180-100<br>BRAZIL | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ | 2,804.10 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 82 of 1004

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

AUROTEK CORPORATION
60 JHOUZIH STREET 2ND FL
TAIPEI 114  TAIWAN,
TAIWAN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 43,162.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

AUTODATA SEMINARIOS LTDA
R VERBO DIVINO 750
SAO PAULO, 04719-001
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,168.38

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

AUTOMAX AUTOM INTEG  IMP EXPORT LTD
R FCO MANOEL DE SOUZA 02
SUMARE, 13175-500
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 489.88

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

AVL SOUTH AMERICA LTDA.
RUA ANTONIO UTRILLA 315
GUARULHOS, 07230-650
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,878.83

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

AVMAQ AUTOM INDL LTDA
R PRINCIPE HUMBERTO 510
SAO BERNARDO DO CAMPO, 09725-200
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 701.92

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 83 of 1004

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

AVNET EUROPE BV
DE KLEETLAAN 3
MACHELEN, 1831
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 144,661.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

AVNET EUROPE BV
DE KLEETLAAN 3 BE1831
BRUSSELS,
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 175,284.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

AWALTECH AUTOMACAO IND E REPR COM L
R EDELCIO CAVALCANTE 253
NOVA ODESSA, 13460-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,204.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

AXNS - SERVICOS E SOLUCOES INTEGRAD
AV DR CHUCRI ZAIDAN 296
SAO PAULO, 04583-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,499.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

AZPIARAN BERRIZ S.A.
POLÃ-GONO INDUSTRIAL EITUA 32
BERRIZ, 48240
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,104.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.92** **Nonpriority creditor's name and mailing address**

B A BARBOSA SUPERMERCADO LTDA
R COMENDADOR GUIMARAES 500
AMPARO, 13900-470
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 354.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address**

BADEN INDUSTRIAL QUIMICA LTDA
AV MORVAN DIAS FIGUEIREDO 5299
SAO PAULO, 02170-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 568.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

BAIER & MICHELS SRL
VIALE DELLA REGIONE VENETO 17
PADOVA, 35127
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,756.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

BALASKA EQUIPE INDUSTRIA E COMERCIO
ESTRADA AGUA CHATA 3050, GALPAO1
GUARULHOS, 07251-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,487.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

BALLUFF CONTROLES ELETRICOS LTDA
RUA PEROLA 200
HORTOLANDIA, 13186-546
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,506.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

BANCO NACIONAL DE DESENVOLVIMENTO
AV REPUBLICA DO CHILE 100
RIO DE JANEIRO, 20139-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99,886.73

---

**3.98** | **Nonpriority creditor's name and mailing address**

BARUTH MUSSAF COMERCIO DE PRODUTOS
EST VELHA DE BRAGANCA PAULISTA 1313
MAIRIPORA, 07600-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,256.69

---

**3.99** | **Nonpriority creditor's name and mailing address**

BASF CATALISADORES LTDA
RODOVIA SP 73 5756
INDAIATUBA, 13347-390
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 144,290.94

---

**3.100** | **Nonpriority creditor's name and mailing address**

BASF POLYURETHANES GMBH
ELASTOGRANSTR 60
LEMFÃ¶RDE, 49448
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 380,313.93

---

**3.101** | **Nonpriority creditor's name and mailing address**

BAUMANN SPRINGS LTD
CASELLA POSTALE CH 8630 SN
RUTI 8374, 8630
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,037.49

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

BCAE AUTOMACAO LTDA
AV ROBERT KENNEDY 2.234
SAO BERNARDO DO CAMPO, 09860-122
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 35,595.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**

BECOMEX CONSULTORIA LTDA
AV SANTOS DUMONT 935, 3 ANDAR
JOINVILLE, 89218-105
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,060.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

BEND STEEL I C EST METAIS LTDA
R SOLDADO FCO TAMBORIM 34
SAO PAULO, 02176-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,407.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** **Nonpriority creditor's name and mailing address**

BETA EQUIPAMENTOS DE SEGURANCA INDI
R JOSE BUENO DE CAMARGO 02
BOITUVA, 18550-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,588.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**

BETEL QUIMICA COMERCIO E SERVICO LT
AVENIDA TRES 575
BETIM, 32654-806
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,210.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.107** **Nonpriority creditor's name and mailing address**

BH EVS CO.,LTD.
5F 5, MAGOKJUNGANG 8-RO 5-GIL,
SEOUL, 07794
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 209,746.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

BIG BAG VIRTUDE EMBALAGEM LTDA
ESTRADA DOS GODOI 500
ITAPECERICA DA SERRA, 06886-550
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,964.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

BIG BANG COMUNICAÃ‡ÃFO VISUAL LTDA
DONA SILLA NALON GONZAGA 331
SANTO ANDRE, 09112-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 701.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

BINZEL BRL INDL LTDA
EST UNIAO E INDUSTRIA 15500
PETROPOLIS, 25730-735
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,464.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

BIOAWAY SERVICE CONTROLE DE PRAGAS
RUA SILVIO CONCON 72
VALINHOS, 13270-140
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 694.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** | **Nonpriority creditor's name and mailing address**

BIOS CONSULTORIA AMBIENTAL
R RIO GRANDE DO NORTE 726
BELO HORIZONTE, 30130-131
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 292.14

---

**3.113** | **Nonpriority creditor's name and mailing address**

BITRON DE MEXICO SA DE CV
CARRETERA ESTATAL 431 KM. 2 00
EL MARQUES, 76246
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 904,659.42

---

**3.114** | **Nonpriority creditor's name and mailing address**

BMN COMERCIO DE MATERIAIS ELETRICOS
AV LUIS FRUTOSO 425
SUMARE, 13170-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,415.43

---

**3.115** | **Nonpriority creditor's name and mailing address**

BOJAY MECHANICAL&ELECTRICAL(SUZHOU)
29 MUQIAO STREET
SUZHOU, 215219
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,883.18

---

**3.116** | **Nonpriority creditor's name and mailing address**

BOLLHOFF SERV CENTER LTDA
AV ARQUIMEDES 500
JUNDIAI, 13211-840
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,876.03

---

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 89 of 1004

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

BOMAX NO BRL BOMBAS QUIMS LTDA
R EUROPA 30
TABOAO DA SERRA, 06785-360
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 671.48

**3.118** **Nonpriority creditor's name and mailing address**

BONTECK PRECISION CO LTD
1 SU-SHIN ZONE
DONGGUAN CITY, 523568
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,294.72

**3.119** **Nonpriority creditor's name and mailing address**

BORGWARNER RZESZOW SP Z O O
JASIONKA 950
JASIONKA, 36-020
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 61,609.62

**3.120** **Nonpriority creditor's name and mailing address**

BORMAX CORREIAS E MANGUEIRAS INDUST
RUA MADRE DE DEUS 883
SAO PAULO, 03119-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 741.47

**3.121** **Nonpriority creditor's name and mailing address**

BRAGFER FERRAMENTARIA DE PRECISAO L
FLAVIO POLIDORI 52
BRAGANÃ§A PAULISTA, 12922-425
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 503.30

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 90 of 1004

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address**

BRAITA JUNTAS E CARDANS LTDA
RUA DAS AROEIRAS 387
SAO PAULO, 04344-090
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,118.02

---

**3.123** | **Nonpriority creditor's name and mailing address**

BRASIL SERVOMOTORES LTDA - EPP
RUA AVENIDA WASHINGTON LUIZ 285
OSASCO, 06182-290
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,060.53

---

**3.124** | **Nonpriority creditor's name and mailing address**

BRASIM COMERCIO, IMPORTACAO E EXPOR
Rua Esdras Prates da Silveira 196
Presidente Altino, 06216-270
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                507.42

---

**3.125** | **Nonpriority creditor's name and mailing address**

BRASMECA BRL EQPTO NICOS LTDA  EPP
AV FCO D AMICO 235
TABOAO DA SERRA, 06785-290
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                65,195.33

---

**3.126** | **Nonpriority creditor's name and mailing address**

BREMS INDUSTRIA E COMERCIO LTDA   E
R PRES ARTHUR COSTA E SILVA 247
MAUA, 09371-490
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                8,837.78

---

Case 25-11034-CTG   Doc 655   Filed 08/11/25   Page 91 of 1004

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

BRENNTAG QUIMICA BRASIL LTDA
R HUM 1333
GUARULHOS, 07013-160
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,539.83

---

**3.128** **Nonpriority creditor's name and mailing address**

BRH SAUDE OCUPACIONAL LTDA
AV PRESIDENTE VARGAS 435
RIO DE JANEIRO, 20071-003
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,441.38

---

**3.129** **Nonpriority creditor's name and mailing address**

BRILHO TERCEIRIZAÇÕES LTDA
R NORBERTO MAYER 46
CONTAGEM, 32315-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136,482.66

---

**3.130** **Nonpriority creditor's name and mailing address**

BRONZE METAL INDUSTRIA E COMERCIO L
R CANTO E MELO 59
SAO PAULO, 04756-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,717.34

---

**3.131** **Nonpriority creditor's name and mailing address**

BULK MOLDING COMPOUNDS DO BRASIL IN
R MERIDIAN 55
RIO CLARO, 13505-610
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,885.09

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** **Nonpriority creditor's name and mailing address**

C M  USINAGEM LTDA  ME
R CABO JOAO DOS SANTOS 637
AMPARO, 13904-025
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 431.40

---

**3.133** **Nonpriority creditor's name and mailing address**

C M T SRL CONSTRUZIONE MEC TORNERIA
S S 96  KM 119 700
MODUGNO, 70026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,374.59

---

**3.134** **Nonpriority creditor's name and mailing address**

C MARTINS COMERCIO E MANUTENCAO
RUA XINGU 201
MOGI MIRIM, 13800-516
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,911.95

---

**3.135** **Nonpriority creditor's name and mailing address**

C. A. MIELE - ME
RUA 5 554
ORLANDIA, 14620-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 773.82

---

**3.136** **Nonpriority creditor's name and mailing address**

CAB TECNOLOGIA E SISTEMAS, COMÃ‰RCIO
RUA TIMBIRAS 1754
BELO HORIZONTE, 30140-061
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 96.39

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** **Nonpriority creditor's name and mailing address**

CABLAGGI SANMITSU CONX ELE LTDA  EP
AV GETULIO VARGAS 930
SAO ROQUE, 18130-430
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                13,016.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

CAIXA ECONOMICA FEDERAL
ST BANCARIO SUL QUADRA 34, BLOCO A
BRASILIA, 70092-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                27,411.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

CALYCON SOLUCOES EMPRESARIAIS LTDA
AV PARANA 465
MANDIRITUBA, 83800-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   806.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

CAMARGO USINAGEM E FERRAMENTARIA LT
AV TEREZA ANA CECON BREDA 180
HORTOLANDIA, 13187-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   927.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**

CAMPLUVAS LAVANDERIA INDUSTRIAL
RUA OTAVIO MAZZOTNI 478
CAMPINAS, 13050-016
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 8,500.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 94 of 1004

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142** | **Nonpriority creditor's name and mailing address**

CARGO HANDLING TRANSPORTES EXPRESS
AV JOAO GALVAO ANDERSON 337
CAMPINAS, 13069-107
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,887.71

---

**3.143** | **Nonpriority creditor's name and mailing address**

CARGO SAPIENS SOFTWARE LTDA
RUA DESEMBARGADOR EDÃ‰SIO FERNAN 148
BELO HORIZONTE, 30494-450
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,544.90

---

**3.144** | **Nonpriority creditor's name and mailing address**

CARL ZEISS BRL LTDA
AV DAS NACOES UNIDAS 21711
SAO PAULO, 04795-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,831.82

---

**3.145** | **Nonpriority creditor's name and mailing address**

CARLSONS PRODS INDIS LTDA
AV RIO BRANCO 940
SAO PAULO, 01206-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,629.74

---

**3.146** | **Nonpriority creditor's name and mailing address**

CASCO AUTOMOTIVE (SUZHOU) CO., LTD
428 428, XINGLONG ST., FLAT 27C/26E
SUZHOU, 215021
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 112,838.29

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.147** | **Nonpriority creditor's name and mailing address**

CBA BORRACHAS PLASTICOS LTDA
AV PEREIRA BARRETO 2376
SANTO ANDRE, 09190-210
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 21,725.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address**

CD EMBALAGENS LTDA
ROD BR 459 3153, KM 82
CONGONHAL, 37584-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 16,303.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**

CEBI BRL LTDA
RDV MARG  NORTE ENG  ERMENIO O S N
INDAIATUBA, 13347-460
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 797.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**

CEIMIC NUCLEO TECNICO OPERACIONAL D
RUA JACARANDA BRASILIANA 22
SUMARE, 13178-545
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,718.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**

CELMAR COMERCIO E IMPORTADORA LTDA
AV CONDESSA ELIZABETH DE ROBIAN 930
SAO PAULO, 03074-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 661.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

CEMAS DO BRASIL INDUSTRIA DE MAQUIN
AV HEGEL RAYMUNDO DE CASTRO LIM 470
CONTAGEM, 32113-485
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 391,826.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153** **Nonpriority creditor's name and mailing address**

CEMAS ELETTRA S.R.L
STRADA DEGLI OCCHINI 23
CARMAGNOLA, 10022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 44,696.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**

CEMM THOME CORP
BRIDGE STREET
MICHIGAN, 41180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,099.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**

CENTRO TECN METROL.COM.INST.SERV
R. LUIZ JOSE JUNQUEIRA FREIRE 375
SAO PAULO, 02864-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 85.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

CESTA BASICA BRASIL COMERCIO DE ALI
AVENIDA CABO BASILIO ZECHIM JUN 106
RIO CLARO, 13502-546
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 61,647.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td><td>Amount of claim</td></tr>
</table>

---

**3.157** **Nonpriority creditor's name and mailing address**

CESTA BASICA BRASIL COMERCIO DE ALI
RUA UM 315
CONTAGEM, 32152-002
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 121,848.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**

CGR SAINT YORRE SAS
2 RUE DU BOIS DES JARRAUX
SAINT-YORRE, 03270
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,342.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**

CHANGCHUN CHN-TOP PRECISION
456 YINGTAI ROAD
CHANGCHUM, JILIN, 130000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 19,139.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**

CHG MERIDIAN DO BRASIL ARRENDAMENO
ALAMEDA GRAJAU, 129 129, SL 1209
BARUERI, 06454-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,894.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** **Nonpriority creditor's name and mailing address**

CHINA CIRCUIT TECHNOLOGY  EUROPE  G
WILLI GRASSER STR. 22
ERLANGEN, 91056
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 68,843.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43,131.49 |
|---|---|---|---|

CHINATOOL UK LIMITED
1000 LAKESIDE NORTH HARBOUR, WESTER
PORTSMOUTH, PO63EN
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 65,708.20 |
|---|---|---|---|

CHINPOON (CHANGSHU)
NO 66 HUANG PU JIANG ROAD CHANGSHU
CHANGSHU, 215500
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,935.11 |
|---|---|---|---|

CHIVIL S VEDACOES LTDA ME
R MAESTRO ANTONIO MECATTI 79
LIMEIRA, 13481-632
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,601.32 |
|---|---|---|---|

CHUBB SEGUROS BRASIL S.A
AVENIDA REBOUCAS 3970
SAO PAULO, 05402-600
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,603.28 |
|---|---|---|---|

CIRCS REFRIG LTDA
R ITAPOA 307
CONTAGEM, 32341-380
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 99 of 1004

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------------------------------------------------------------|------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** | **Nonpriority creditor's name and mailing address**

CIRUBON SA
AVDA LA PLATA Y SAN NICOLAS
SANTA FE, 2124000
ARGENTINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 38,777.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**

CMA INDÃSTRIA DE COMPONENTES PLÃSTI
KM 51,7 - RDV MG 431 S N
ITAUNA, 35680-142
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 239,926.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**

CMC SRL
VIA ANTICA DI PINEROLO 35
CAVOUR, 10061
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 245,186.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**

COFAP FABRICADORA DE PECAS LTDA
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 2,204,861.00

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**

COFAST COMERCIO DE FERRAMENTAS E
COLUMBIA 38
SANTO ANDRÉ‰, 09241-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,350.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

COM PRESTRA SERVICO CENTAURO LTDA
AV JOSE FARIA DA ROCHA 3512
CONTAGEM, 32310-210
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,166.42

---

**3.173** **Nonpriority creditor's name and mailing address**

COMBUSTOL TRATAMENTO DE METAIS LTDA
ESTRADA TURISTICA DO JARAGUA 258
SAO PAULO, 05159-500
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,112.71

---

**3.174** **Nonpriority creditor's name and mailing address**

COMERCIAL BERG DE FERRAMENTAS LTDA
AV. PARAGUASSU PAULISTA 316
SAO PAULO, 03564-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,881.98

---

**3.175** **Nonpriority creditor's name and mailing address**

COMERCIAL COMAG LTDA
RUA SILEX 26
BELO HORIZONTE, 30520-200
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,409.04

---

**3.176** **Nonpriority creditor's name and mailing address**

COMERCIAL INDUMAX ACESSORIOS  INDUS
AV DAS ALTEROSAS 45
SAO PAULO, 03544-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,079.86

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

COMERCIO DE FERRAMENTAS DIAMANTADAS
R RIO BRANCO 200
SAO CAETANO DO SUL, 09520-630
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,670.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**

COMERCIO DE TINTAS TRES DE MAIO LTD
AV DOM PEDRO I 1449
SANTO ANDRE, 09130-410
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 17,774.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**

COMPACTA INSPEÇÕES PREDITIVAS E GES
RUA PRUDENTE DE MORAES 1436
PIRACICABA, 13419-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 767.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**

COMPANHIA SIDERÚRGICA NACIONAL
AV. PRES HUMBERTO DE ALENCAR C 2705
JACAREI, 12321-150
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 18,970.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**

COMPONENT I C LTDA
AV FERRAZ ALVIM 298
DIADEMA, 09961-550
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 62,559.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address**

COMPUTYPE INC.DO BRASIL ADESIVOS
AVENIDA BRASIL 143, GP 01
BARUERI, 06411-310
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,470.75

---

**3.183** | **Nonpriority creditor's name and mailing address**

CONCESSIONARIA DO AEROPORTO
ROD HELIO SMIDT SN
GUARULHOS, 07190-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 761.61

---

**3.184** | **Nonpriority creditor's name and mailing address**

CONTAGEM
AVENUE JOÃO CESAR DE OLIVEIRA, 6261
MINAS GERAIS, 32040-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.185** | **Nonpriority creditor's name and mailing address**

CONTEMP I C SERV LTDA
AL ARAGUAIA 204
SAO CAETANO DO SUL, 09560-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,235.05

---

**3.186** | **Nonpriority creditor's name and mailing address**

CONTINENTAL FERRAMENTAS E EQUIPAMEN
RUA SAO PAULO 603
CAXIAS DO SUL, 95050-450
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,296.43

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.187** | **Nonpriority creditor's name and mailing address**

COPAFER COMERCIAL LTDA
AV DOUTOR ALBERTO SOARES SAMPA 2800
MAUA, 09380-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,252.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address**

COPERFIL INDUSTRIA E COMERCIO DE PE
AV DR HIPOLITO PINTO RIBEIRO 121
LIMEIRA, 13486-317
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 642.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address**

COSTRUZIONI MECCANICHE FIN SRL
VIALE DELLA REPUBBLICA 46
GAMBASSI TERME (FI), 50050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,877.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**

CROWN LIFT TRUCKS DO BRASIL - COMER
ROD. ANHANGUERA, KM 62, CLA
JUNDIAI, 13213-009
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 12,419.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**

CSN COMPANHIA SIDERURGICA NACIONAL
AV INAL 190
MOGI DAS CRUZES, 08770-042
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 354,513.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,794.82 |
|---|---|---|---|

CYKLOP DO BRASIL EMBALAGENS SA
R ALTO PARANA 131
DIADEMA, 09972-240
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 233.23 |
|---|---|---|---|

D GICON MAQS SUPRIM ESCRITS LTDA
R ANTONIO HENRIQUES NOGUEIRA 225
CONTAGEM, 32260-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,271.00 |
|---|---|---|---|

DANTSIN TECHNOLOGY LIMITED
8-20 FLAT/RM 1101 11/F DAVID HOUSE
HONG KONG, 999077
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 133,456.63 |
|---|---|---|---|

DATAMATIC CNC ENGINEERING CO. LTDA
3  UNIT 1, 11/F., HOPEFUL FACTORY C
FOTAN,
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 140,207.24 |
|---|---|---|---|

DATWYLER DO BRASIL LTDA
AV MAUA 2612
SAO LEOPOLDO, 93030-092
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197** Nonpriority creditor's name and mailing address

DBD FILTROS SERVICOS LTDA
R ROSA KASINSKI 1109
MAUA, 09380-128
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 538.06

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.198** Nonpriority creditor's name and mailing address

DBM OPTIX SA DE CV
CARRETERA RIO VERDE 1550
SÃFO LUIS POTOSI, 78423
MEXICO

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,666.98

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.199** Nonpriority creditor's name and mailing address

DEBONY USINAGEM DE PRECISAO LTDA
RUA AGOSTINO TOGNERI 399
SAO PAULO, 04690-090
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 47,953.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.200** Nonpriority creditor's name and mailing address

DEICMAR ARMAZENAGEM E DISTRIBUICAO
AV. MARGINAL DIREITA DA VIA ANC 571
SANTOS, 11090-001
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,190.69

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.201** Nonpriority creditor's name and mailing address

DELOITTE TOUCHE OUTSOURCING SERVIÃ‡O
AV. DOUTOR CHUCRI ZAIDAN 1240
SÃFO PAULO, 04710-230
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 65,104.43

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.202** **Nonpriority creditor's name and mailing address**

DELOITTE TOUCHE TOHMATSU CONSULTORE
AV DOUTOR CHUCRI ZAIDAN 1240
SAO PAULO, 04711-130
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 46,038.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** **Nonpriority creditor's name and mailing address**

DELOITTE TOUCHE TOHMINDEPTES
R JOSE GUERRA 127
SAO PAULO, 04719-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 25,495.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**

DELPHOS SERV EMPR COM EQUIP ELEL LT
RUA JAIR PERES 479
JUNDIAÃ, 13210-730
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,232.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** **Nonpriority creditor's name and mailing address**

DEP CATARINENSE MAT CONSTR LTDA
AV QUEIROZ FILHO 1621
SANTO ANDRE, 09121-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 8,513.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206** **Nonpriority creditor's name and mailing address**

DETETIZADORA ELIMINA PRAGAS LTDA
ARAXA
ITAUNA, 35680-284
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 456.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

3.207 **Nonpriority creditor's name and mailing address**

DEUMEX DO BRASIL COMERCIAL IMPORTAC
PRACA DR OSVALDO VAROLI 1
SAO PAULO, 05124-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                8,950.29

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.208 **Nonpriority creditor's name and mailing address**

DHEL DISTRIBUIDORA EIRELI
AV PREFEITO GIL DINIZ 121
CONTAGEM, 32013-650
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                2,157.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.209 **Nonpriority creditor's name and mailing address**

DI MARTINO INDS METS LTDA
R DIAMANTE PRETO 1000
SAO PAULO, 03405-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                20,486.83

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.210 **Nonpriority creditor's name and mailing address**

DIMENSIONAL BRASIL SOLUÇÃ•ES LTDA
JOAO BETTEGA 2281
CURITIBA, 81070-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,715.60

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.211 **Nonpriority creditor's name and mailing address**

DIMENSIONAL BRASIL SOLUCOES LTDA
AV MISSISSIPI 255
JOINVILLE, 89219-507
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                26,293.68

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212** Nonpriority creditor's name and mailing address

DIMENSIONAL BRASIL SOLUCOES LTDA
AVENIDA ARMANDO RAGONHA 196
LIMEIRA, 13481-316
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                    3,533.79

**3.213** Nonpriority creditor's name and mailing address

DIMENSIONAL CENTELHA SOLUCOES LTDA
AVENIDA ARMANDO RAGONHA 190
LIMEIRA, 13481-316
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                      455.85

**3.214** Nonpriority creditor's name and mailing address

DIMENSIONAL CENTELHA SOLUCOES LTDA
AVENIDA CIVIT 1795
SERRA, 29170-740
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                      294.81

**3.215** Nonpriority creditor's name and mailing address

DINAMICA COMPHIDRS PNEUMAT LTDA EPP
R DR  FERNAO POMPEU DE CAMARGO 1149
CAMPINAS, 13024-500
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                    1,239.83

**3.216** Nonpriority creditor's name and mailing address

DISPOFIX INDUSTRIA E COMERCIO LTDA
R CEL FCO INACIO 115
SAO PAULO, 04286-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                    7,917.49

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,856.16 |
|---|---|---|---|

DISTRIB PECAS IMPA TDA
R BARAO DE MONTE MOR 75
CAMPINAS, 13035-050
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,282.41 |
|---|---|---|---|

DPLASTIC INDUSTRIA E COMERCIO PLAST
RUA ANUAR DEQUECH 350, GALPAO12
SOROCABA, 18087-157
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23,203.53 |
|---|---|---|---|

DRIV BRASIL SOLUÇÕES AUTOMOTIVAS LT
Rodovia Raposo Tavares km 36,5
Cotia, 06701-005
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 827.35 |
|---|---|---|---|

DSV AIR & SEA BRASIL LTDA
ROD SANTOS DUMONT KM 66
CAMPINAS, 13052-970
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 80.20 |
|---|---|---|---|

DSV AIR & SEA BRASIL LTDA
AV JORNALISTA ROBERTO MARINHO 85
SÃO PAULO, 04576-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.222** Nonpriority creditor's name and mailing address

DTECH SOLUTIONS - IND. COM. ESTR. M
ROD. GOV. DR. ADHEMAR PEREIRA 2800
MOGI MIRIM, 13803-070
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 130.86

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.223** Nonpriority creditor's name and mailing address

E P ENG PROCESSO LTDA
AV MATHIAS LOPES 2600
NAZARE PAULISTA, 12960-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,594.54

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.224** Nonpriority creditor's name and mailing address

EASY SHIPPING GLOBAL LOGISTICA LTDA
R PRINCESA ISABEL 40, SALA 1110
CRICIUMA, 88801-130
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 66,020.81

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.225** Nonpriority creditor's name and mailing address

EASY SOLUTION LOGISTICA LTDA
ANTONIO MANOEL MOREIR 70, PRÃ‰DIO ES
ITAJAI, 88301-640
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 78,085.66

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.226** Nonpriority creditor's name and mailing address

ECCIM METALÚRGICA LTDA
RUA BONIFACIO ROSSO ROS 521
INDAIATUBA, 13348-790
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 244,480.11

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.227** Nonpriority creditor's name and mailing address

ECIL PRODS SIST MED CONTROL LTDA
RODOVIA RAIMUNDO ANTUNES SOARES  13
PIEDADE, 18170-000
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 443.71

---

**3.228** Nonpriority creditor's name and mailing address

ECOBOXES EMBALAGENS PLASTICAS LTDA
RUA ANTONIO FELAMINGO 270
VALINHOS, 13279-452
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,100.53

---

**3.229** Nonpriority creditor's name and mailing address

EDWARDS VACUO LTDA
AVENIDA TAMBORE 937, LT 26 Q 13
BARUERI, 06460-000
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,723.97

---

**3.230** Nonpriority creditor's name and mailing address

ELDORADO ELETRICIDADE LTDA
MANOEL FRANCISCO MENDES 171
CAMPINAS, 13030-110
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,994.05

---

**3.231** Nonpriority creditor's name and mailing address

ELETRO SOLDA COMERCIAL LTDA
R PASCHOAL MARMO 2226
LIMEIRA, 13484-332
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,232.26

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

ELETRONIC MANUTENCAO E MONTAGENS LT
R RIO CONGO 52
AMPARO, 13904-390
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                26,585.33

---

**3.233** **Nonpriority creditor's name and mailing address**

ELETROSERVICE ADEQUAÇÃO DE MANUTENÇ
AV SANTA CLARA 756
RIBEIRÃO PIRES, 09432-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,581.74

---

**3.234** **Nonpriority creditor's name and mailing address**

EMBALATEC INDL LTDA
R ALTENA 281
SALTO, 13329-610
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               129,817.77

---

**3.235** **Nonpriority creditor's name and mailing address**

EMBALAVIP INDUSTRIA E COMERCIO LTDA
RODOVIA FERNAO DIAS SN
ITATIAIUCU, 35685-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 3,350.95

---

**3.236** **Nonpriority creditor's name and mailing address**

EMDOC - GLOBAL SERVICES ASSESSORIA
RUA LUIZ COELHO 308, CJ 6 1 AN
SÃO PAULO, 01309-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 2,391.73

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.237** **Nonpriority creditor's name and mailing address**

EMPIRE ELECTRONICS
214 EAST MAPLE
TROY, 48083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,470.00

---

**3.238** **Nonpriority creditor's name and mailing address**

ENDURANCE SPA
VIA DEL BOSCHETTO 2/43
LOMBARDORE, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,640.09

---

**3.239** **Nonpriority creditor's name and mailing address**

ENGEGRAV IND. E COM. DE GRAVACOES L
AVENIDA DOM BOSCO 801
SANTO ANDRE, 09240-500
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 629.13

---

**3.240** **Nonpriority creditor's name and mailing address**

ENGEL DO BRASIL LTDA
MARTINIANO LEMOS LEITE 30
COTIA, 06705-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74,856.93

---

**3.241** **Nonpriority creditor's name and mailing address**

ENGEMET METALURGICA E COMERCIO LTDA
RUA JOEL RICO 200
MAUA, 09370-823
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,724.50

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.242** **Nonpriority creditor's name and mailing address**

ENGEREUS BRL ENG I O ELETR LTDA
R DANILO VALBUZA 445
CAIEIRAS, 07700-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 20,763.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.243** **Nonpriority creditor's name and mailing address**

ENGIE CONSULTORIA E GESTAO DE ENERG
R DOM PEDRO II 978, CJ 601/609
PORTO ALEGRE, 90550-141
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,084.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244** **Nonpriority creditor's name and mailing address**

ENNIS WORK SRL
VIALE LOMBARDIA 300
BRUGHERIO, 20861
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,854.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245** **Nonpriority creditor's name and mailing address**

ENNOVI ADVANCED MOBILITY SOLUTIONS
280 AVE. 10, BAIYANG STREET
HANGZHOU, 310018
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 10,915.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**

ENVALIOR INDUSTRIA DE MATERIAIS
RODOVIA MARECHAL RONDON SN, KM 139
PORTO FELIZ, 18540-850
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,418,250.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** | **Nonpriority creditor's name and mailing address**

ENVETHERM VENTILADORES E CLIMATIZAD
RUA HERWIS 365
SAO PAULO, 03279-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,649.87

---

**3.248** | **Nonpriority creditor's name and mailing address**

EPA ENGENHARIA DE PROTECAO
RUA DOUTOR PAULO VIEIRA 153 153
SAO PAULO, 01257-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84,471.73

---

**3.249** | **Nonpriority creditor's name and mailing address**

EQUIPETRANS COMERCIAL LTDA - EPP
RUA DOS LUTADORES 45
DIADEMA, 09993-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,174.12

---

**3.250** | **Nonpriority creditor's name and mailing address**

EROMA LTDA
R EGON MULLER 43
ITAJAI, 88307-322
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 597.67

---

**3.251** | **Nonpriority creditor's name and mailing address**

ESD ANTIESTATICOS COMERCIAL
BARBARA HELIODORA 296
SANTO ANDRE, 09220-340
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 482.76

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

ESSITY DO BRASIL INDÃSSTRIA E COMÃ‰RC
RODOVIA SP-65, DOM PEDRO KM 90 GLEB
JARINU, 13240-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,790.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253** **Nonpriority creditor's name and mailing address**

ESTIVAL IMPORTACAO & EXPORTACAO
RUA GERALDO GARCIA DO NASCIMENTO
FRANCA, 14406-075
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,102.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

EUROCABOS MATERIAIS ELETRICOS LTDA
R GEMA 324
DIADEMA, 09930-290
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 343.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**

EUROCIR SA
AVDA CAN SALVATELLA
BARCELONA, 08210
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,325.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**

EVOLUTIONIS SERVIÇOS LTDA
RUA BORBA GATO 33
SÃO ROQUE, 18143-190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,202.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.257** Nonpriority creditor's name and mailing address

EXPRESSO NEPOMUCENO SA
R ALCIDES THOMAZ DA SILVA 15
LAVRAS, 37200-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    195,175.53

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.258** Nonpriority creditor's name and mailing address

EXPRESSO NEPOMUCENO SA
R PITANGA 157
SAO JOSE DOS PINHAIS, 83015-130
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                      1,102.18

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.259** Nonpriority creditor's name and mailing address

EXPRESSO NEPOMUCENO SA
R DO FEIJAO 373
RIO DE JANEIRO, 21011-050
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                      4,135.49

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.260** Nonpriority creditor's name and mailing address

EXPRESSO NEPOMUCENO SA
AVENIDA CAMPOS DE OURIQUE 333
BETIM, 32670-575
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    152,937.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.261** Nonpriority creditor's name and mailing address

EXPRESSO NEPOMUCENO SA
AV CASA GRANDE 480
DIADEMA, 09961-350
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    330,760.54

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262** **Nonpriority creditor's name and mailing address**

EXPRESSO NEPOMUCENO SA
AV PAULO BENASSI 111
JUNDIAI, 13214-175
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 231,283.80

---

**3.263** **Nonpriority creditor's name and mailing address**

EXTELLPP EQPTOS EXTINTORES LTDA
R ONEDA 700
SAO BERNARDO DO CAMPO, 09895-280
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,248.18

---

**3.264** **Nonpriority creditor's name and mailing address**

EXTRA LOGÂSTICA E DISTRIBUIÇÃFO LTDA
RODOVIA HELIO SMIDT S/N, SALA 06
GUARULHOS, 07190-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,070.58

---

**3.265** **Nonpriority creditor's name and mailing address**

F B P INDUSTRIA E COMERCIO LTDA  EP
FREVO 94
SAO PAULO, 04438-181
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 993.30

---

**3.266** **Nonpriority creditor's name and mailing address**

FABRICA AURICCHIO INDUSTRIA E COMER
ESTRADA MUNICIPAL DO NAKAMURA 1501
MOGI DAS CRUZES, 08780-970
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,558.90

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267** | **Nonpriority creditor's name and mailing address**

FACIL FERR DIAMANTADAS ABRASIVAS
R TOBIAS BARRETO 1436
SAO PAULO, 03176-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 149.49

---

**3.268** | **Nonpriority creditor's name and mailing address**

FADA QUALITY SERVICOS LTDA
RODOVIA PE KM 75 04
GOIANA, 55900-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,813.21

---

**3.269** | **Nonpriority creditor's name and mailing address**

FAIVELEYTECH MOZZATE SRL
VIA EZIO TARANTELLI 2
MOZZATE (CO), 22076
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,394.44

---

**3.270** | **Nonpriority creditor's name and mailing address**

FCA FIAT CHRYSLER PARTICIPACOES
R SEN MILTON CAMPOS 175
NOVA LIMA, 34000-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,912.71

---

**3.271** | **Nonpriority creditor's name and mailing address**

FCA RENTAL LOCADORA DE AUTOMOVEIS
AV AFONSO PENA 1500, AND3  SL3
BELO HORIZONTE, 30130-921
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,149.14

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS CORPORATION
AV DAS NACOES UNIDAS 17891
SAO PAULO, 04795-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,034.79

---

**3.273** **Nonpriority creditor's name and mailing address**

FELIPE DO NASCIMENTO FERREIRA 46554
RUA CATIGUA 141
SANTO ANDRÃ‰, 09271-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 808.88

---

**3.274** **Nonpriority creditor's name and mailing address**

FEROSAO AC COMERCIO E INDUSTRIA
AVENIDA DOM JAIME DE BARROS CAMA 86
SAO BERNARDO DO CAMPO, 09895-400
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 752.18

---

**3.275** **Nonpriority creditor's name and mailing address**

FESTO BRASIL LTDA
R GIUSEPPE CRESPI 76
SAO PAULO, 04183-080
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,432.95

---

**3.276** **Nonpriority creditor's name and mailing address**

FEUERTEC ENGENHARIA E COMERCIO DE
RUA VERGUEIRO 1421, TORRE SUL
SAOPAULO, 04101-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 672.79

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.277** | **Nonpriority creditor's name and mailing address**

FHD AUTOMACAO INDUSTRIAL LTDA
R JOAO EDIBERTI BIONDO 336
SUMARE, 13171-446
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    345.12

---

**3.278** | **Nonpriority creditor's name and mailing address**

FIORI OFFICINA MECC DI ALDO
VIA CADUTI DI SABBIUNO 8
ANZOLA EMILIA, 40011
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    28,003.31

---

**3.279** | **Nonpriority creditor's name and mailing address**

FISCHER STAINLESS STEEL TUBING URUG
CAMINO CARLOS A LOPEZ 5640
MONTEVIDEO URUGUAI, 12400
URUGUAY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,108.39

---

**3.280** | **Nonpriority creditor's name and mailing address**

FLAI INDUSTRIA E COMERCIO LTDA
R TIGUASSÁS 221
DIADEMA, 09970-300
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,656.82

---

**3.281** | **Nonpriority creditor's name and mailing address**

FLEXLAB CONSULTORIA E
CAMINHO DO PILAR 1808
SANTO ANDRE, 09190-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,004.78

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|------------------------------------------------------------------|--------------------------|----------|
|        | Name                                                             |                          |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** | **Nonpriority creditor's name and mailing address**

FLUORTECH INDUS. E COMERCIO LTDA
PESADENA 195
COTIA, 06715-864
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 81,368.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address**

FLYTOUR BUSINESS TRAVEL VIAGENS
AV DO CONTORNO 4118
BELO HORIZONTE, 30110-022
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,033.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address**

FNA METROLOGIA E SIST. DE PESAGEM
RUA CESAR CASARINI 33
CAMPINAS, 13088-826
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 188.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address**

FORES ELASTOMECH INDIA PRIVATE LIMI
M191/2 MIDC INDUSTRIAL AREA
AURANGABAD, 431136
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 103,498.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address**

FORMELD DO BRASIL LTDA
RUA JOSE VERSOLATO 111, SALA 1115
SAO BERNARDO DO CAMPO, 09750-730
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 64,354.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

FORTALE USINAGEM FERRAM LTDA
R DO MARCENEIRO 99
AMERICANA, 13478-722
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        450.81

---

**3.288** **Nonpriority creditor's name and mailing address**

FORTEL INDUSTRIA DE COMERCIO LTDA E
R DA RELIQUIA 150
SAO PAULO, 02517-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      3,055.75

---

**3.289** **Nonpriority creditor's name and mailing address**

FORTMOV C REFORMA MOV LTDA EPP
R ABOLICAO 1430
CAMPINAS, 13045-610
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      3,731.33

---

**3.290** **Nonpriority creditor's name and mailing address**

FRENZEL INDUSTRIA DE BORRACHAS E PL
R VALDEMAR FLORES VIEIRA 204
CAPELA DE SANTANA, 95745-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     12,516.99

---

**3.291** **Nonpriority creditor's name and mailing address**

FREUDENBERG NOK SEALING TECHNOLOGIE
CARRETERA CUAUTLA LAS ESTACAS 62714
CUAUTLA, 81222
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    331,589.46

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td></td><td style="background:black"></td></tr>
</table>

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,770.91 |
|---|---|---|---|
| | FREUDENBERG SEALING TECHNOLOGIES SA<br>HASANAGA OSB MAHALLESI HOSAB 3 CA 8<br>NILUFER, 16130<br>TURKEY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,923.15 |
|---|---|---|---|
| | FRONIUS BRL C  I SERV LTDA<br>RUA JOSE MARTINS FE 601, UNID 1 2 3<br>SAO BERNARDO DO CAMPO, 09843-400<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 120.84 |
|---|---|---|---|
| | FTB COMERCIO IMPORT. E EXPORT.<br>JOSE TEDEO 130, SALA 01<br>ITAJAÃ, 88303-370<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 46,938.71 |
|---|---|---|---|
| | FUCHS LUBRIFICANTES DO BRASIL LTDA<br>RUA RUDOLF FUCHS 755<br>SOROCABA, 18105-003<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,962.76 |
|---|---|---|---|
| | FUJI CORPORATION<br>CHAUSUYAMA 19<br>YAMAMACHI, 4728686<br>JAPAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,916.99 |
|---|---|---|---|

FUJI INDUSTRIES MANILA CORPORATION
SN LOT 15 PHASE IA
BATANGAS, 4234
PHILIPPINES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 328.10 |
|---|---|---|---|

FUNDACAO AGENCIA DAS BACIAS HIDROGR
R ALFREDO GUEDES 1949
PIRACICABA, 13416-901
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 125.83 |
|---|---|---|---|

FUNDACAO APOIO INSTTECNOLOGICAS FIP
AV JOSE MARIA ALCKIMIN 661
SAO PAULO, 05366-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,046.03 |
|---|---|---|---|

FUNDACAO CPQD C PESQ DESENV TELECOM
RDV CAMPINAS MOGI MIRIM KM 118 S N
CAMPINAS, 13086-902
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 130,511.67 |
|---|---|---|---|

FUTURE ELECTRONICS (US) LLC
41 MAIN STREET
BOLTON, MA 01740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.302** | **Nonpriority creditor's name and mailing address**

FUTURE HIGIENE PROFISSIONAL LTDA
RUA DA SEDA NATURAL 209
AMERICANA, 13474-773
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                3,524.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**

FUTURE MANUTENCAO DE MAQ. INDUSTRIA
R MANOEL TEIXEIRA CAMARGOS 487
CONTAGEM, 32340-040
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                14,321.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**

FUTURE TECHNOLOGIES
R. DO ROSÁRIO 103
RIO DE JANEIRO, 20041-004
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                9,347.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address**

G METRO PRODUTOS E ACESSORIOS INDUS
SARGENTO BOMBEIRO ASSIZ DEGROSS 749
CAMPINAS, 13087-582
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                837.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address**

GAA IND E COM DE MÁQUINAS E EQUIPAM
RUA JARDIM BOTÃ,BICO 608
CAXIAS DO SUL, 95054-680
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                511.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

GALPRO COMERCIO DE PRODUTOS
RUA ITÁLIA MANFREDINI 118
SALTO, 13323-141
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,627.93

---

**3.308** **Nonpriority creditor's name and mailing address**

GAM PLAST S.R.L
VIA G. VITTORIO 76
TORINO, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,345.36

---

**3.309** **Nonpriority creditor's name and mailing address**

GASEO MEDICINA OCUPACIONAL LTDA
RUA HELENA MODENEZ PAVAN 180
IRACEMÁPOLIS, 13497-024
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,393.53

---

**3.310** **Nonpriority creditor's name and mailing address**

GDCP CONSTRUÇÕES EIRELI
RUA MESSINA 209
JUNDIAI, 13207-480
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 898.75

---

**3.311** **Nonpriority creditor's name and mailing address**

GEFIT (DALIAN) INDUSTRIAL TECHNOLOG
12 FUQUANBEI ROAD
DALIAN, 116600
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 234,272.73

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

GEFRAN BRL ELETROELETR LTDA
AV DR ALTINO ARANTES 377
SAO PAULO, 04042-032
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,615.25

---

**3.313** **Nonpriority creditor's name and mailing address**

GEVAG GMBH
HASSELSTR 7a
HAGEN, 58091
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,970.92

---

**3.314** **Nonpriority creditor's name and mailing address**

GGB BRASIL INDUSTRIA DE MANCAIS
AV GUPE 10767
BARUERI, 06422-120
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53,616.19

---

**3.315** **Nonpriority creditor's name and mailing address**

GK MANUTENCAO PROJETOS E PECAS LTDA
RUA VISCONDE DE OURO PRETO 120
SUMARE, 13172-663
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,119.58

---

**3.316** **Nonpriority creditor's name and mailing address**

GLOBAL BOX TECNOLOGIA E SEGURANÇA D
AVENIDA HORST FREDERICO JOÃO H 1757
INDAIATUBA, 13348-758
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,461.57

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.317** | **Nonpriority creditor's name and mailing address**

GLOBAL IMPLANTACAO DE SISTEMAS E SE
RUA CONCEIÇÃEO 223, SALA 916
CAMPINAS, 13010-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,617.75

---

**3.318** | **Nonpriority creditor's name and mailing address**

GOLDEN DISTRIBUIDORA LTDA
RUA SAMUEL MEIRA BRASIL
SERRA, 29167-650
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 501.50

---

**3.319** | **Nonpriority creditor's name and mailing address**

GR SERVICOS DE ALIMENTACAO LTDA
MARANHAO 310
BELO HORIZONTE, 30150-330
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 253.21

---

**3.320** | **Nonpriority creditor's name and mailing address**

GRACE POWER POLYMER TECHNOLOGY CO L
38 ROOM 701 BUILDING 10, HAIZHU CRE
GUANGZHOU, 510000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,997.14

---

**3.321** | **Nonpriority creditor's name and mailing address**

GRAFICA COP PADRAO LTDA EPP
AV JOAO CESAR DE OLIVEIRA 1130
CONTAGEM, 32315-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,494.01

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.322** **Nonpriority creditor's name and mailing address**

GRAFICA DOIS PODERES LTDA
AV LAFAYETE DE A CAMARGO 357
CAMPINAS, 13024-500
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 436.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** **Nonpriority creditor's name and mailing address**

GRAN SAPORE BR BRL
ARAGUARI 358
BELO HORIZONTE, 30190-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 361,491.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** **Nonpriority creditor's name and mailing address**

GRAN SAPORE BR BRL S A
AV DAS COMUNICACOES 4
OSASCO, 06278-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 282,674.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** **Nonpriority creditor's name and mailing address**

GREEN PROCESS PRODUTOS QUIMICOS LTD
R DAS ACACIAS 130
MAUA, 09370-445
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,384.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**

GREENSOIL DO BRASIL LTDA
AVENIDA BRIGADEIRO 1572, 1014-1015
SÃEO PAULO, 01451-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,977.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327** **Nonpriority creditor's name and mailing address**

GREENTECH LOCACAO INTRALOGISTICA S.
ROD JORNALISTA FRANCISCO AGUIRR S/N
MONTE MOR, 13190-123
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 707.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**

GSO VEDACOES INDUSTRIAS LTDA
R MANOEL A RUAS 142
CAMPINAS, 13050-143
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 879.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**

GUANGDONG KAIDAXING PLASTIC MOLD CO
1 TIANKENG HIGH-TECH INDUSTRIAL ARE
DONGGUAN CITY, 523460
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 145,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**

GUARNIZIONI INDUSTRIALI SRL
VIA G. GARIBALDI 51/53
PARATICO BS, 25030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 534,242.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** **Nonpriority creditor's name and mailing address**

GUIMA CONSECO CONSTRUCAO SERVICOS E
HEITOR PEIXOTO 702
SAO PAULO, 01543-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 96,970.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.332** **Nonpriority creditor's name and mailing address**

H B FULLER BRASIL LTDA
RUA SUPERCOR 87
GUARULHOS, 07251-450
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72,225.12

---

**3.333** **Nonpriority creditor's name and mailing address**

H I IMPRESSORA LTDA ME
AV LUCILIO DE HELD 379
LONDRINA, 86076-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,821.49

---

**3.334** **Nonpriority creditor's name and mailing address**

HAGANE FACAS SERRAS INDIS LTDA
R IONEJI MATSUBAYASHI 500
SAO PAULO, 08260-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,234.62

---

**3.335** **Nonpriority creditor's name and mailing address**

HAHNTEL LTDA
RUA DONA FRANCISCA 8300, BL B MOD 1
JOINVILLE, 89219-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 320,903.66

---

**3.336** **Nonpriority creditor's name and mailing address**

HANGZHOU YUSEI IMPORT AND EXPORT CO
335 HONGXING ROAD
HANGZHOU, 311231
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 311,691.76

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.337** | **Nonpriority creditor's name and mailing address**

HANKUK ROTEC. CO., LTD.
NOKSANSANDAN 15379
BUSAN,
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 734,003.89

---

**3.338** | **Nonpriority creditor's name and mailing address**

HANNA I MEC LTDA
VIA ANHANGUERA SN
LIMEIRA, 13486-199
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,162.21

---

**3.339** | **Nonpriority creditor's name and mailing address**

HANNSTAR DISPLAY (NANJING) CORP.
18 HENGFEI RD
NANJING, 210038
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 309,419.55

---

**3.340** | **Nonpriority creditor's name and mailing address**

HARDY METALURGICA  LTDA
RUA SERRA DO MAR 179
GUARULHOS, 07223-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 645.30

---

**3.341** | **Nonpriority creditor's name and mailing address**

HARISON TOSHIBA LIGHTING (USA) INC
28345 BECK ROAD
WIXOM, 48393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 102,209.34

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|----------------------------------------------------------------|------------------------|----------|
|        | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.342** | **Nonpriority creditor's name and mailing address**

HARLEY MASTERSON BRL LTDA
R TRES PEDRAS 718
SAO PAULO, 03209-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 243.76

---

**3.343** | **Nonpriority creditor's name and mailing address**

HARPA FACTORING SOCIEDADE DE FOMENTO MERCANTIL LTDA.
BRASIL AVENUE, 55
DA BAHIA ST., 1148 AP 1523 JARDIM CASA BRANCA
CENTRO
BETIM
BELO HORIZONTE, 32550-770
30160-011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.344** | **Nonpriority creditor's name and mailing address**

HARPA FACTORING SOCIEDADE DE FOMENTO MERCANTIL LTDA.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.345** | **Nonpriority creditor's name and mailing address**

HARPA FACTORING SOCIEDADE DE FOMENTO MERCANTIL LTDA.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.346** | **Nonpriority creditor's name and mailing address**

HEFESTO PROTÃ TIPO E FERRAMENTAS - E
ARNALDO BATISTA DE ALMEIDA 58
INDAIATUBA, 13347-433
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,033.00

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 161,833.14 |
|---|---|---|---|

HELIUM TECHNOLOGY SRL
VIA SALICETO 13
BOLONHA, 40010
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,304.52 |
|---|---|---|---|

HELLA DO BRASIL AUTOMOTIVE
ESTRADA ANGELA TREVIS 200, GALPAO 2
INDAIATUBA, 13340-730
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,776.90 |
|---|---|---|---|

HELLER MAQUINAS OPERATRIZES INDUSTR
R JOAQUIM MACHADO 250
SOROCABA, 18087-280
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,808.63 |
|---|---|---|---|

HELLERMANNTYTON LTDA
AV JOSE BENASSI 100
JUNDIAI, 13213-085
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,003.17 |
|---|---|---|---|

HELPTRONIC - COMERCIO E SERVICOS EM
AVENIDA SANTANA 1710, APT 74
HORTOLANDIA, 13189-219
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,718.28 |
|---|---|---|---|

HELSTEN INDUSTRIA E COMERCIO DE FAC
R CACHOEIRA DA ILHA 445 7
SAO PAULO, 08270-110
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 156,268.05 |
|---|---|---|---|

HENKEL LTDA
ROD VICE PREF. HERMENEGILDO TON S/N
JUNDIAI, 13213-086
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,193.34 |
|---|---|---|---|

HEWLETT PACKARD BR
AV TAMBORE 74 200
BARUERI, 06460-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,515.32 |
|---|---|---|---|

HI COMERCIO E MANUTENÃ‡ÃFO EIRELI
RUA MANUEL GARCIA 187
SÃFO PAULO, 02523-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,529.11 |
|---|---|---|---|

HIDRALF INDUS E COMER DE EQUIPAMENT
RUA DO MANDI 1971
ITAQUAQUECETUBA, 08580-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,696.63 |
|---|---|---|---|

HIDRAS AUTOM LTDA
R FELIPE GADELHA 75
SAO PAULO, 02012-120
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,009.23 |
|---|---|---|---|

HIDROMECANICA GERMEK LTDA
AV BRASIL 1001
SAO JOSE DO RIO PARDO, 13720-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 930.66 |
|---|---|---|---|

HIGH COLOR PINTURAS ESPECIAIS
AVENIDA PRESIDENTE COSTA E SIL 2229
SANTO ANDRE, 09270-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 238,348.50 |
|---|---|---|---|

HIGH TECH MOLDES DE PRECISAO LTDA
RUA AMABILE CECHIN MAGDALENO 613
CAXIAS DO SUL, 95112-365
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 611.15 |
|---|---|---|---|

HIGHTEC INSTRUMENTACAO ANALITICA
FREI CANECA 23
COTIA, 06706-015
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 31,830.34 |
|---|---|---|---|---|

HI-MIX ELETRONICOS SA
JOÃFO VIAGANO NETO 170
PATO BRANCO, 85501-970
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 15,088.21 |
|---|---|---|---|---|

HIPRESS COMPHIDRS LTDA
R TUPIS 1252
BELO HORIZONTE, 30190-062
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,804.41 |
|---|---|---|---|---|

HOLIVERBRASS INDUSTRIA DE RETIFICAD
RODOVIA RS 239 217
SAPIRANGA, 93800-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,341.80 |
|---|---|---|---|---|

HONGFA EUROPE GMBH
MARIE CURIE RING 26
MAINTAL, 63477
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 22,890.90 |
|---|---|---|---|---|

HP FINANCIAL SERV ARMERC S A
AL RIO NEGRO 750
BARUERI, 06454-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,390.68 |
|---|---|---|---|

HPROM ELETRONICA E TECNOLOGIA LTDA
ROD SP 340 SN
JAGUARIUNA, 13820-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 569.81 |
|---|---|---|---|

HRV AUT FAB DE MAQ EQUIP IND LTDA
ESTRADA MUNICIPAL MARIO COVAS 641
VALINHOS, 13279-411
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,070.82 |
|---|---|---|---|

HYLA SOFT INFORMATICA LTDA
AVENIDA QUEIROZ FILHO 1700
SAO PAULO, 05319-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,824.00 |
|---|---|---|---|

HYUNDAI GLOVIS CO LTD
83-21, WANGSIMNI-RO, SEONGDONG-GU
SEOUL, 06152
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,678.70 |
|---|---|---|---|

I S B  SRL
VIA G MASINA 3
BOLOGNA, 40013
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.372** **Nonpriority creditor's name and mailing address**

IBAMA- INSTIT BRAS DO MEIO AMBIENTE
SCEN TRECHO II AVENIDA L4 NORTE
BRASILIA, 70818-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,167.80

---

**3.373** **Nonpriority creditor's name and mailing address**

ICONIC LUBRIFICANTES S/A
SILESIA 3501
DUQUE DE CAXIAS, 25225-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 161,331.85

---

**3.374** **Nonpriority creditor's name and mailing address**

IFFA SA INDUSTRIA E COMERCIO
ESTRADA  GREGORIO SPINA 854
ARACARIGUAMA, 18147-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,291.42

---

**3.375** **Nonpriority creditor's name and mailing address**

IFM ELECTRONIC LTDA
RUA DONA FRANCISCA 8300
JOINVILLE, 89219-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,624.02

---

**3.376** **Nonpriority creditor's name and mailing address**

ILMAS SRL
VIA BASILIO DI RONCO 04
SUTRIO, 33020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 678.16

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,851.17 |
|---|---|---|---|

IMPORTADORA DE ROLAMENTO RADIAL LTD
R ITAPIRA 144
SAO PAULO, 03102-060
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 78.80 |
|---|---|---|---|

IMPREGNA DO BRASIL LTDA.
DR. ELTON CESAR 303
CAMPINAS, 13082-025
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,879.32 |
|---|---|---|---|

IN TECH SOLUCOES EM ENGENHARIA E CO
TRANSBRASIL 595
BETIM, 32689-302
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,400.27 |
|---|---|---|---|

INACOM INDUSTRIA E COMERCIO DE ABRA
RUA ESMERALDA 131, GP 1
INDAIATUBA, 13347-130
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,021.39 |
|---|---|---|---|

INCENTIVAR CONSULTORES LTDA
R ALVARENGA PEIXOTO 295
BELO HORIZONTE, 30180-120
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,020.28 |
|---|---|---|---|

IND MET LIPOS LTDA
AV QUEIROZ PEDROSO 80
MAUA, 09370-360
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 407.67 |
|---|---|---|---|

INDS REUNIDAS VITORIA REGIA LTDA
R ICA 339
MANAUS, 69075-090
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,142.00 |
|---|---|---|---|

INDUCTOTHERM GROUP BRL LTDA
R HERMINIO DE MELLO 526
INDAIATUBA, 13347-330
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,040.01 |
|---|---|---|---|

INDUFORJAS INDÃSTRIA E COMÃ‰RCIO LTD
TURMALINA 423
INDAIATUBA, 13347-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,926.38 |
|---|---|---|---|

INDUSTRIA E COMERCIO UNISTL LTDA
AVENIDA POCOS DE CALDAS 900
ITAJUBA, 37504-126
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44,735.57 |
|---|---|---|---|

INDUSTRIA ELETRO MECANICA ELMEBRA L
R CLOVIS BEVILACQUA 503
FERRAZ DE VASCONCELOS, 08500-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 73,992.75 |
|---|---|---|---|

INDUSTRIA MECANICA E PLASTICOS GABB
R PEDRO RIPOLI 2370
RIBEIRAO PIRES, 09410-020
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,056.82 |
|---|---|---|---|

INDUSTRIA METALURGICA MAX DEL LTDA
RUA LUCIA MORMITO BIASON 204
MAUA, 09370-835
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,302.50 |
|---|---|---|---|

INDUSTRIA METALURGICA RENIS LTDA
RUA MARLENE 1031, FDS
SAO CAETANO DO SUL, 09580-270
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,010,656.22 |
|---|---|---|---|

INFINEON TECHNOLOGIES AG
AM CAMPEON 1 15
NEUBIBERG, 85579
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 7,220.84 |
|---|---|---|---|

INFORSHOP SUPRIMENTOS LTDA
RUA 1,1 275
ITU, 13312-902
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 130.00 |
|---|---|---|---|

INGENIERIA DISENO Y SERVICIO SAS
SEDE ADMINISTRATIVA CA 32, #43 B 33
ENVIGADO, 055413
COLOMBIA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,185.00 |
|---|---|---|---|

INGRAM MICRO BRL L
AV TAMBORE 1.180
BARUERI, 06460-000
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 265.03 |
|---|---|---|---|

INGUN BRASIL SOLUCOES DE TESTES LTD
RODOVIA DOM PEDRO I,K SN, UN61,SL D
ATIBAIA, 12952-821
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 21,873.92 |
|---|---|---|---|

IN-HAUS INDUSTRIAL E SERVIÃ‡OS DE LO
AV MIGUEL FRIAS E 1205, 1Â°AND PART
SÃƒO PAULO, 05345-000
BRAZIL

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.397** | **Nonpriority creditor's name and mailing address**

INOVA INDUSTRIA DE MATRIZES LTDA
AV CAPIVARI 407
CAXIAS DO SUL, 95059-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                223,851.95

---

**3.398** | **Nonpriority creditor's name and mailing address**

INOVA LABEL SOLUÃ§Ãμ ES EM RÃ³TULOS E
CAMPOS NOVOS 75
CAMPINAS, 13052-445
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  12,080.37

---

**3.399** | **Nonpriority creditor's name and mailing address**

INSERVICE MANUTENCAO E INFRAESTRUTU
RUA MARIO BORIN 187
JUNDIAI, 13201-836
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   6,349.70

---

**3.400** | **Nonpriority creditor's name and mailing address**

INST DA QUALID AUTOM IQA
AL DOS NHAMBIQUARAS 1509
SAO PAULO, 04090-013
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     256.14

---

**3.401** | **Nonpriority creditor's name and mailing address**

INST PESQUISAS TECN EST S P S A I P
AV PROFESSOR ALMEIDA PRADO 532
SAO PAULO, 05508-901
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   2,609.26

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.402** Nonpriority creditor's name and mailing address

INSTECH AUTOMAÇÃO INDUSTRIAL LTDA
AV. ARMANDO SALLES DE OLIVEIRA 1380
AMERICANA, 13468-570
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 715.41

---

**3.403** Nonpriority creditor's name and mailing address

INSTITUTO DE PESQUISAS ELDORADO
AVENIDA ERICO VERISSIMO S N
CAMPINAS, 13083-851
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,090.57

---

**3.404** Nonpriority creditor's name and mailing address

INTEP INDÚSTRIA PLÁSTICA LTDA
ESTRADA MUNICIPAL YO 940, GALPÃO 1B
MOGI DAS CRUZES, 08772-011
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 28,807.80

---

**3.405** Nonpriority creditor's name and mailing address

INTER METRO SERV E TDA
R JOAQUIM DE ALMEIDA 223
SAO PAULO, 04050-010
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 457.46

---

**3.406** Nonpriority creditor's name and mailing address

INTERACTION PLEXUS RECURSOS TERCEIR
R PROFESSOR OSVALDO FRANCO 70
BETIM, 32600-234
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,267.34

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,491.52 |
|---|---|---|---|

ISC INJECT SPRAY COMPONENTS LTDA
RUA MAURO MONTAGNI 100, 1
BRAGANCA PAULISTA, 12926-663
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,665.77 |
|---|---|---|---|

ISCAR DO BRASIL COMERCIAL LTDA
RDV MIGUEL MELHADO CAMPOS KM 79
VINHEDO, 13280-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 696.45 |
|---|---|---|---|

ISOESPUMA LTDA EPP
ROD RENATO AZEREDO 1070
IBIRITE, 32400-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,295.14 |
|---|---|---|---|

ITAMARATÍ METAL QUÍMICA LTDA
ALAMEDA GUIOMAR BASTOS BUHLER 400
BOM JESUS DOS PERDÕES, 12955-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,728.70 |
|---|---|---|---|

ITAU VIDA E PREVIDENCIA S A
AV EUSEBIO MATOSO 1375
SAO PAULO, 05423-905
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.412** **Nonpriority creditor's name and mailing address**

ITW DRAWFORM
1240 WOLCOTT STREET
WATERBURY, 01858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                58,245.26

---

**3.413** **Nonpriority creditor's name and mailing address**

ITW FASTENER PRODUCTS GMBH
AM PULVERHAUSCHEN 7
KAISERSLAUTERN, 67677
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                11,432.26

---

**3.414** **Nonpriority creditor's name and mailing address**

ITW LYS FUSION S.R.L
VIA LE BOIS VUILLERMOZ 30
HONE, 11020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                570.84

---

**3.415** **Nonpriority creditor's name and mailing address**

J A L ADMINISTRACAO E EXECUCAO DE O
RUA RIO CONGO 52
AMPARO, 13904-390
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                77,836.24

---

**3.416** **Nonpriority creditor's name and mailing address**

JC COMERCIO DE BORRACHA E MANGUEIRA
AVENIDA SANTA BARBARA DO RIO PA 996
CAMPINAS, 13040-078
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,701.23

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.417** | **Nonpriority creditor's name and mailing address**

JDI DISPLAY AMERICA INC
1740 TECHNOLOGY DRIVE SUITE
SAN JOSE CA, 95110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44,059.71

---

**3.418** | **Nonpriority creditor's name and mailing address**

JH GRAFICA E EDITORA LTDA
R BENJAMIN CONSTANT 50
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 227.38

---

**3.419** | **Nonpriority creditor's name and mailing address**

JHP - ELETROPNEUMÁTICA, HIDRÁULICA
RUA MARIA AMÃ‰LIA 48
DIADEMA, 09951-410
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 601.79

---

**3.420** | **Nonpriority creditor's name and mailing address**

JINZHOU WANYOU MECHANICAL PARTS CO.
SN BOHAI ST  JINZHOU ECO  E TECH
JINZHOU,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 88,098.78

---

**3.421** | **Nonpriority creditor's name and mailing address**

JM INFORMATICA LTDA
R MISSENO DE PADUA 300
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 381.07

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.422** Nonpriority creditor's name and mailing address

JMI MASTERS INDUSTRIA MECANICA LTDA
R VEREADOR PEDRO MADEU 106
MAUA, 09380-130
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 103.36

---

**3.423** Nonpriority creditor's name and mailing address

JOALMI INDUSTRIA E COMERCIO LTDA
R EUNICE 283
GUARULHOS, 07031-030
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 23,824.67

---

**3.424** Nonpriority creditor's name and mailing address

JOÃO DE DEUS & FILHO AS
ESTRADA DOS ARADOS 5
BENAVENTE, 2135-113
PORTUGAL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 369,692.42

---

**3.425** Nonpriority creditor's name and mailing address

JOB SERVICOS LTDA
RUA ANTONIO CANDIDO ALVES 202
LAVRAS, 37200-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,857.29

---

**3.426** Nonpriority creditor's name and mailing address

JODARC INDUSTRIA DE CONFEC. LTDA
RUA MONTEIRO LOBATO 480
CARUARU, 55024-100
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 27,790.98

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.427** **Nonpriority creditor's name and mailing address**

JOFABI ASSISTENCIA MEDICA LTDA
CARLO MACCHI 460
CAMPINAS, 13092-380
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,382.89

---

**3.428** **Nonpriority creditor's name and mailing address**

JOFRAMA INDL LTDA
R JOAO NIERO SN
PEDREIRA, 13920-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 482,015.89

---

**3.429** **Nonpriority creditor's name and mailing address**

JOHNSON ELECTRIC INDUSTRIAL MANUFAC
12 SCIENCE PARK EAST AVENUE
SHANTIN NT, 999077
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 524,500.60

---

**3.430** **Nonpriority creditor's name and mailing address**

JORGE ALBERTO E MURCA CONSULTORIA
AVENIDA ANTONIO ARTI 570, BLOCO ZUG
CAMPINAS, 13049-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 647.10

---

**3.431** **Nonpriority creditor's name and mailing address**

JOTAEME FITAFER I MET LTDA
R MIGUEL SEGUNDO LERUSSI S N
FRANCO DA ROCHA, 07859-390
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 87,462.36

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.432** | **Nonpriority creditor's name and mailing address**

JUNGHEINRICH LIFT TRUCK COMERCIO DE
RODOVIA VICE PREFEIT 2535, GALPAO 2
ITUPEVA, 13295-454
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,865.95

---

**3.433** | **Nonpriority creditor's name and mailing address**

JUNIOR FLEX INDUSTRIA E PARTICIPACO
PCA FAUSTINO RONCORONI 01
ARACARIGUAMA, 18147-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,853.52

---

**3.434** | **Nonpriority creditor's name and mailing address**

KAB-LEM SPA
VIA TRIBERTI  5
CAMBIANO, 10020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 460,003.83

---

**3.435** | **Nonpriority creditor's name and mailing address**

KAL TINTAS AUTOMOTIVAS LTDA
AV VERADOR JOSE SANTANA 684
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 53.93

---

**3.436** | **Nonpriority creditor's name and mailing address**

KALATEC AUTOMACAO LTDA
RUA SALTO 99
CAMPINAS, 13030-145
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 162.35

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,712.25 |
|---|---|---|---|

KAUTENIK, S.L.
POLIGONO GARDOTZA 25
ASTERRIKA, 48710
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 191,612.00 |
|---|---|---|---|

KCE ELECTRONICS PUBLIC COMPANY LIMI
31 SOI CHALONGKRUNG, 72-72/1-3
BANGKOK, 10520
THAILAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,380.00 |
|---|---|---|---|

KDB INDUSTRIAL IMPORTACAO E EXPORTA
R MAFALDA BARNABE SOLIANE 454
INDAIATUBA, 13347-610
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,530.56 |
|---|---|---|---|

KENNEDY COMERCIAL ELETRICA EIRELI
AV CAMINHO DO MAR 2141
SAO BERNARDO DO CAMPO, 09612-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 77,217.12 |
|---|---|---|---|

KEYENCE BRASIL COMERCIO DE PRODUTOS
AVENIDA BRIGADEIRO 1909, ANDAR 15 C
SAO PAULO, 04543-907
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.442 | **Nonpriority creditor's name and mailing address** | | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,763.57 |

KFAB IND COM DE PROD PARA FILTRACAO
R SAINT GERMAIN 171/205
SAO PAULO, 04844-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 9,352.75 |

KLUBER LUBRICATION LUBRIFICANTES  E
RUA SAO PAULO 345
BARUERI, 06465-902
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,898.88 |

KMSIL EQTOS INDUSTRIAIS LTDA
R CARIJOS 1478
SANTO ANDRE, 09180-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 378.48 |

KOLETUS TRANSP COLETORA RESIDUOS LT
R ESTER FERNANDES MORGADO 120
SAO PAULO, 04244-060
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 7,035.55 |

KONCEPT EKOTECH S.R.O.
Letohradská 54
Praha 7, 170 00
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.447** **Nonpriority creditor's name and mailing address**

KONECRANES DEMAG BRASIL LTDA
RODOVIA RAPOSO TAVARES, KM 31 S/N
COTIA, 06703-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,033.02

---

**3.448** **Nonpriority creditor's name and mailing address**

KONIG TFG LTDA
RUA ALONSO VALENTIM CARDOSO TAVA 70
LIMEIRA, 13480-460
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80,060.90

---

**3.449** **Nonpriority creditor's name and mailing address**

KORPER EQPTOS INDI
R JOSE CAPRETZ 301
JUNDIAI, 13213-095
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 255.01

---

**3.450** **Nonpriority creditor's name and mailing address**

KPLC COMERCIO DE MAT ELETRICO E IMP
AV DOUTOR HEITOR PENTEADO 809
CAMPINAS, 13075-185
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,120.81

---

**3.451** **Nonpriority creditor's name and mailing address**

KUKA ROBOTER DO BRASIL LTDA
TV CLAUDIO ARMANDO 171
SAO BERNARDO DO CAMPO, 09851-730
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,358.52

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.452** **Nonpriority creditor's name and mailing address**

KURZ BRL FOLHAS MQS ESTMP A QUENTE
R ACHILLES ORLANDO CURTOLO 195
SAO PAULO, 01144-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,376.05

---

**3.453** **Nonpriority creditor's name and mailing address**

KWE DO BRASIL SERVICOS LOGISTICOS L
AV MOEMA 87, CONJ 132
SÃFO PAULO, 04077-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.10

---

**3.454** **Nonpriority creditor's name and mailing address**

KYOCERA AVX COMPONENTS CORPORATION
1 AVX BOULEVARD
FOUNTAIN INN, 29644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 418.56

---

**3.455** **Nonpriority creditor's name and mailing address**

KYOCERA DO BRASIL COMPONENTES
RUA JORNALISTA ANGELA MARTINS VI 90
SOROCABA, 18103-013
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,079.03

---

**3.456** **Nonpriority creditor's name and mailing address**

LABOR S CECILIA LTDA
R MONSENHOR AURELIANO SN
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 78.21

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.457** **Nonpriority creditor's name and mailing address**

LABTRIX INDUSTRIA DE BANCADAS TECNI
JOAQUIM SANFINS 160
ITATIBA, 13257-587
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69,743.00

---

**3.458** **Nonpriority creditor's name and mailing address**

LACROIX ELECTRONICS MI, LLC
1655 MICHIGAN ST NE
GRAND RAPIDS, 49503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 882,669.71

---

**3.459** **Nonpriority creditor's name and mailing address**

LANDOFER COMERCIAL EIRELI EPP
RUA GUAMIRANGA 1424
SÃO PAULO, 04220-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 804.36

---

**3.460** **Nonpriority creditor's name and mailing address**

LAVRAS
RUA ROSA KASISNKI, 865
CITY LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** ENVIRONMENTAL REMEDIATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.461** **Nonpriority creditor's name and mailing address**

LEAL CAMP C EQPTOS SEG LTDA
TOMAS GONÃ‡ALVES GOMIDE 64
CAMPINAS, 13031-550
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,158.66

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.462** **Nonpriority creditor's name and mailing address**

LEK SUN MANUFACTURING SDN BHD
90 PLOT
KEDAH, 08000
MALAYSIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,247.60

---

**3.463** **Nonpriority creditor's name and mailing address**

LEME REBOBINAMENTO DE MOTORES ELÃ‰TR
PROFESSOR JOSE DE ASSIS SAES 338
SANTA BARBARA D'OESTE, 13456-167
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 288.14

---

**3.464** **Nonpriority creditor's name and mailing address**

LIMEIRA PACK COMERCIO E SERVIÇOS DE
JOSÉ BONIFÁCIO 274
CORDEIRÓPOLIS, 13490-015
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 246.69

---

**3.465** **Nonpriority creditor's name and mailing address**

LINDE GASES LTDA
RDV DOM GABRIEL P B COUTO S N
JUNDIAI, 13212-240
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,452.01

---

**3.466** **Nonpriority creditor's name and mailing address**

LITE-ON SINGAPORE PTE. LTD.
151 LORONG CHUAN
NEW TECH PARK SINGAPORE, 573969
SINGAPORE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 796,916.87

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,101.00 |
|---|---|---|---|

LITTELFUSE  INC
8755 W HIGGINS ROAD  SUITE 500
CHICAGO, 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 498.01 |
|---|---|---|---|

LMC MEDICAO E CONTROLE EIRELI
R Dona Maria da Conceição 261
Contagem, 32215-130
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 18,354.03 |
|---|---|---|---|

LMT TOOLS BRASIL FERRAMENTAS LTDA
AV CAMBACICA 1200
CAMPINAS, 09210-190
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 154,204.26 |
|---|---|---|---|

LOFTY SUCCESS GROUP LIMITED
BOX 1225 PORTCULLIS CHAMBERS P. O.
APIA, 01225
SAMOA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,000.63 |
|---|---|---|---|

LOGI SERVICE SERVICOS DE LOGISTICA
CARLOS PEREIRA 200
MONTES CLAROS, 39400-063
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 42,651.48 |
| --- | --- | --- | --- |

LOHMANN NORDIC AB
ARNTORPSGATAN 10
KUNGALV, 442 45
SWEDEN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 696.46 |
| --- | --- | --- | --- |

LOJA ELETRICA LTDA
RUA PROF JOSE VIEIRA MENDONC 011, B
BELO HORIZONTE, 31310-260
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 1,788.51 |
| --- | --- | --- | --- |

LOMEC COMERCIO E LOC DE MAQ E EQUIP
AV MOGI GUACU 2170
MOGI-MIRIM, 13807-735
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 5,943.76 |
| --- | --- | --- | --- |

LOOPSMOL INDUSTRIA E COMERCIO
SOLDADO DIONÁSIO CHAGAS 61
SAO PAULO, 02176-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 475.98 |
| --- | --- | --- | --- |

LP INSTALAÇÕES DE GASES LTDA-ME
R. Celestino Vicente Rovina 105
Piracicaba, 13408-083
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,059.40 |
|---|---|---|---|

LR MANUTENCAO INDUSTRIAL LTDA
AV. PEDRO MENDES 1868
SAO BERNARDO DO CAMPO, 09791-530
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 75,827.51 |
|---|---|---|---|

LSI LLOGIST LTDA
R NAZARET 369
SAO CAETANO DO SUL, 09551-200
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,783.95 |
|---|---|---|---|

LUITEX MAQS FERRAM LTDA.
EUGENIA BIANCALANA DUARTE 15
SUMARE, 13173-050
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 83,270.63 |
|---|---|---|---|

LUKSNOVA S.A INDUSTRIA E COMERCIO
ESTRADA DOS CASA 2301
SÃFO BERNARDO DO CAMPO, 09840-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,009.33 |
|---|---|---|---|

LUMADA EQUIP DE PROTECAO INDIVIDUAL
GONÃ‡ALVES DIAS 1155
LORENA, 12606-450
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

**3.482** Nonpriority creditor's name and mailing address

LUMI COMÃ‰RCIO DE PEÃ‡AS PARA REFRIGE
BARBOSA DE BARROS 438
BOTAFOGO, 13020-360
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,052.41

**3.483** Nonpriority creditor's name and mailing address

LUMICENTER I C LUMINARIAS LTDA
AV ROCHA POMBO 2853
SAO JOSE DOS PINHAIS, 83010-620
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,134.95

**3.484** Nonpriority creditor's name and mailing address

LUMILEDS
PHILIPSSTRASSE 8
AACHEN, 52068
GERMANY

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,318.13

**3.485** Nonpriority creditor's name and mailing address

LUZA GROUP BRASIL LTDA
R LINO DE MORO 25, 5Âº ANDAR
CONTAGEM, 32260-090
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 47,023.28

**3.486** Nonpriority creditor's name and mailing address

M S AMBROGIO SPA
VIA TER FONTANE 20
CISANO BERGAMASCO -ITALIA,
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,126.21

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.487** **Nonpriority creditor's name and mailing address**

M.C.E. SRL
VIA TETTI DELL'OLEO 29/31
BORGARO TORINESE,
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    561.71

---

**3.488** **Nonpriority creditor's name and mailing address**

M.C.E. SRL
VIA TETTI DELL OLEO 29/31
BORGARO, 10071
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    106,781.90

---

**3.489** **Nonpriority creditor's name and mailing address**

M.S. AMBROGIO S.P.A.
TRE FONTANE
CISANO BERGAMASCO, 24034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    162,845.21

---

**3.490** **Nonpriority creditor's name and mailing address**

MACHADO & OLIVEIRA APOIO ADMINISTRA
RUA COMANDANTE VILAS BOAS 139
LAVRAS, 37206-662
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    566.21

---

**3.491** **Nonpriority creditor's name and mailing address**

MAGALHAES & MORENO SOCIEDADE DE ADV
ELIZA LAURINDA DA SILVA 284
HORTOLÃNDIA, 13184-553
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    23,052.94

---

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 164 of 1004

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.492** Nonpriority creditor's name and mailing address

MAGIPLAS INDUSTRIA E COMERCIO DE PR
RUA OITO 401
MATEUS LEME, 35670-000
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 216,422.43

**3.493** Nonpriority creditor's name and mailing address

MAGO AUTOMACAO INDUSTRIA E COM LTDA
AV HUMBERTO DE ALEN 1260, GALPÃO G5
SÃO BERNARDO DO CAMPO, 09850-300
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,973.65

**3.494** Nonpriority creditor's name and mailing address

MAGRAL EQPTOS HIDR MAT LTDA
R OURINHOS 199
SAO PAULO, 03186-040
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,673.13

**3.495** Nonpriority creditor's name and mailing address

MAJICPLAST EMBALAGENS LTDA
AV ITAQUAQUECETUBA 650
ITAQUAQUECETUBA, 08577-210
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,721.24

**3.496** Nonpriority creditor's name and mailing address

MANG MAQ LTDA
AV JOAO CESAR DE OLIVEIRA 435
CONTAGEM, 32315-000
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 175.47

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27,227.89 |
|---|---|---|---|

MANUTENCOES E REFORMAS FABRINI LTDA
R PROFESSORA DALICE DILE 11
LAVRAS, 37205-266
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,258.25 |
|---|---|---|---|

MANUTRONIK C SERV MOTS ELETRS LTDA
AV S PAULO 330
SANTO ANDRE, 09111-410
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,191.74 |
|---|---|---|---|

MAQUIMP COML IMP LTDA
AV MORUMBI 8390
SAO PAULO, 04703-002
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 57,511.75 |
|---|---|---|---|

MARCIO DIVINO AVILA TURISMO LTDA
AV PREFEITO SYLVIO DAMASO DE C 1407
LAVRAS, 37200-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 505.28 |
|---|---|---|---|

MARCOS LUIZ DIAS SERVICOS GRA. E PA
RUA GALAXIA 147, CASA 2
EMBU DAS ARTES, 06840-105
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502** **Nonpriority creditor's name and mailing address**

MAREL INDUSTRIA E COMERCIO DO BRASI
R JOSÃ‰ LOPES 125
GUARULHOS, 07197-160
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 77,927.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.503** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE COMPONENTS (GUANGZHOU) CORPORATION
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 790,315.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.504** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 2,352,968.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.505** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 244,252.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.506** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 156,982.00

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.507** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING USA LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 1,740,186.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.508** **Nonpriority creditor's name and mailing address**

MARELLI ESPAÑA S.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 19,362.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.509** **Nonpriority creditor's name and mailing address**

MARELLI EUROPE S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 26,321,477.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.510** **Nonpriority creditor's name and mailing address**

MARELLI GERMANY GMBH
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 5,249,304.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.511** **Nonpriority creditor's name and mailing address**

MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS
BRASIL LTDA.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 39,475,198.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|--------------------------------------------------------------|--------------------------|----------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512** Nonpriority creditor's name and mailing address

MARELLI KECHNEC SLOVAKIA S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 203,300.00

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.513** Nonpriority creditor's name and mailing address

MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 498.00

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.514** Nonpriority creditor's name and mailing address

MARELLI MOROCCO LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 1,604,156.00

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.515** Nonpriority creditor's name and mailing address

MARELLI SOSNOWIEC POLAND SP. Z. O.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  INTERCOMPANY PAYABLE

$ 203,821.00

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

---

**3.516** Nonpriority creditor's name and mailing address

MAUÁ
RUA MANOEL DE NOBREGA 350, 196
SAO PAOLO, 04001-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  ENVIRONMENTAL REMEDIATION CLAIM

$ Undetermined

Date or dates debt was incurred        UNDETERMINED

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.517 Nonpriority creditor's name and mailing address**

MAXIMUS I C EMBAL PLASTICAS LTDA EP
R SANTA MADALENA 254
RIBEIRAO PIRES, 09414-110
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 556.51

---

**3.518 Nonpriority creditor's name and mailing address**

MECTROL BRL COML L
RUA ADEMAR MARTINELLO 8-65
BAURU, 17039-730
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,159.39

---

**3.519 Nonpriority creditor's name and mailing address**

MEDICAL - LABORATORIO DE ANALISES
R OSVALDO CRUZ 361
SÃO CAETANO DO SUL, 09541-270
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 171.94

---

**3.520 Nonpriority creditor's name and mailing address**

MEGA ROTULOS COMERCIO E DISTRIBUICA
RUA JOAO LAZARO BELLINATTI 182
NOVA ODESSA, 13380-368
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,725.60

---

**3.521 Nonpriority creditor's name and mailing address**

MEGAQUIMICA EMBALAGENS E PRODUTOS Q
R DR  ULISSES GUIMARAES 493
MAUA, 09361-000
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,052.31

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.522** **Nonpriority creditor's name and mailing address**

MELCHIORRE SRL
VIA RAFAELLO SANZIO 58
MILANO, 20021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 109,001.90

---

**3.523** **Nonpriority creditor's name and mailing address**

MELO AUTOM INDL LTDA
AV RA LFO LEITE DE BARROS 363
CAMPINAS, 13030-130
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 168.27

---

**3.524** **Nonpriority creditor's name and mailing address**

MERCOMOLAS INDUSTRIA DE MOLAS LTDA
R C 80
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,951.77

---

**3.525** **Nonpriority creditor's name and mailing address**

MERSE ARTG LABORS LTDA.
RUA DOMINGOS CAZOTTI 284
CAMPINAS, 13080-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 413.69

---

**3.526** **Nonpriority creditor's name and mailing address**

MERSEN DO BRASIL LTDA
RUA ANITA MARIA BOTTI PEDROSO 3
CABREUVA, 13315-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 511.95

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
| --- | --- | --- | --- |
| | Name | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,676.42 |
| --- | --- | --- | --- |

METAL INDIANAPOLIS LTDA
RUA DO ZINCO 205
ITAQUAQUECETUBA, 08586-240
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,236.64 |
| --- | --- | --- | --- |

METAL STAMP INDUSTRIA E COMERCIO LT
ANEL RODOVIARIO, BR 20491, GALPAO 1
BELO HORIZONTE, 31255-920
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,460.49 |
| --- | --- | --- | --- |

METAL WORLS USINAGEM DE PRECISÃFO LT
RUA OURINHOS 121
SOROCABA, 18085-460
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,442.92 |
| --- | --- | --- | --- |

METALFEMA FERRAMENTAS PNEUMATICAS E
RUA SAO PEDRO, 786 786
SAO LEOPOLDO, 93010-260
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,536.01 |
| --- | --- | --- | --- |

METALTORK INDUSTRIA E COMERCIO AUTO
R BREJAUVA 400
DIADEMA, 09950-630
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 247,653.64 |
|---|---|---|---|

METALURGICA ATICA LTDA
R EMIR MACEDO NOGUEIRA 118
DIADEMA, 09961-720
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,374.35 |
|---|---|---|---|

METALURGICA FORMIGARI LTDA
RODOVIA INDIO TIBIRICA 2875
RIBEIRAO PIRES, 09442-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 833.36 |
|---|---|---|---|

METALURGICA LAVRAS LTDA
AV. VAZ MONTEIRO 328B
LAVRAS, 37200-262
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 559.88 |
|---|---|---|---|

METALURGICA SCHIOPPA LTDA
R ALVARO DO VALE 284
SAO PAULO, 04217-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,035.58 |
|---|---|---|---|

METALURGICA ZHZ LTDA
FRANCISCO HRUSCHKA 768
JARAGUA DO SUL, 89253-600
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.537**

**Nonpriority creditor's name and mailing address**

METALURGICAS PABUR S.L.
POLIGONO INDUSTRIAL ALESVES S/N
VILLAFRANCA, 31330
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,714.78

**3.538**

**Nonpriority creditor's name and mailing address**

METROPOLITAN LIFE SEG E PREV PRIV
RUA FLORIDA 1595
04565-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,986.75

**3.539**

**Nonpriority creditor's name and mailing address**

METTACRANES SERVICOS LTDA
CERRADO 1000, LOJA 2
VESPASIANO, 33202-672
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,785.54

**3.540**

**Nonpriority creditor's name and mailing address**

MEUNIDEC SAS
180 DES GRANDS CHAMPS
MAGLAND, 74300
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,485.89

**3.541**

**Nonpriority creditor's name and mailing address**

MICHELINI CONTROLE DE VETORES E PRA
R SILVA PINTO 430
AMPARO, 13900-290
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 97.46

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 183,465.00 |
|---|---|---|---|

MICROCHIP TECHNOLOGY INC
2355 WEST CHANDLER BLVD
CHANDLER, 85224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,909.76 |
|---|---|---|---|

MICROMIL INDUSTRIA E COMERCIO LTDA
R LUIZ FLAQUER 36
SAO PAULO, 02069-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 962.88 |
|---|---|---|---|

MIIKA NACIONAL LTDA
RODOVIA BR040, KM 458,5 S/N
CAETANOPOLIS, 35700-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,856.91 |
|---|---|---|---|

MINAS SUL EXTINTORES LTDA
AV JOSE SANTANA 940
LAVRAS, 37200-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,478.51 |
|---|---|---|---|

MINASKRAFT I EMBAL LTDA
AV JESUS CANDIAN 60
UBA, 36500-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547** Nonpriority creditor's name and mailing address

MINISTÉRIO PÚBLICO DO TRABALHO

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.548** Nonpriority creditor's name and mailing address

MINISTÉRIO PÚBLICO DO TRABALHO

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.549** Nonpriority creditor's name and mailing address

MINISTÉRIO PÚBLICO DO TRABALHO

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.550** Nonpriority creditor's name and mailing address

MINISTÉRIO PÚBLICO DO TRABALHO

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.551** Nonpriority creditor's name and mailing address

MINISTÉRIO PÚBLICO DO TRABALHO

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

**3.552** Nonpriority creditor's name and mailing address

MISTA  S P A
VIA ROMA  81 79/A
CORTIGLIONE, 14040
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,396.98

**3.553** Nonpriority creditor's name and mailing address

MIURA BOILER DO BRASIL LTDA.
RUA JOSE CAPRETZ 361, PQ INDUST.
JUNDIAI, 13213-095
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,287.82

**3.554** Nonpriority creditor's name and mailing address

MODULI ELETRONICI E COMPONENTI SRL
VIA DELLA SALUTE 34/1
BOLOGNA, 40132
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 189,609.44

**3.555** Nonpriority creditor's name and mailing address

MOLAS MUNDIAL INDUSTRIA E COMERCIO
R MAJOR DELFINO DE PAULA 2074
BELO HORIZONTE, 31255-170
BRAZIL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 705.94

**3.556** Nonpriority creditor's name and mailing address

MOLEX INTERCONNECT GMBH
PARMENTIERWEG 2
EINDHOVEN, 5657 EH
NETHERLANDS

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 110,768.15

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3" style="text-align:center"><strong>Part 2:</strong>   <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.557**

**Nonpriority creditor's name and mailing address**

MONDRAGON ASSEMBLY DO BRASIL INDUST
RUA DO POLYESTER 338
AMERICANA, 13474-764
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433,556.65

---

**3.558**

**Nonpriority creditor's name and mailing address**

MOPLA S R L
CORSO GENOVA 20
REPUBLICA ITALIANA, 15050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,459.45

---

**3.559**

**Nonpriority creditor's name and mailing address**

MOTOMAN ROBOTICA DO BRASIL LTDA
AV DONA IDA CERATI MAGRINI 936
DIADEMA, 09951-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 763.80

---

**3.560**

**Nonpriority creditor's name and mailing address**

MPD MONITORAMENTO DE PRODUÇÃO E
RUA LATINO COELHO 830, BLOCO 3
CAMPINAS, 13087-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 461.34

---

**3.561**

**Nonpriority creditor's name and mailing address**

MPE BALKAN DOO
KRALJA PETRA 58/6
BELGRADE, 11000
SERBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,779.24

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.562** | **Nonpriority creditor's name and mailing address**

MPE S.R.L
VIA SANTA LUCIA 100
MATHI (TO), 10075
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                1,381.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address**

MPOLYMERS IND. E COM. DE PLÁSTICOS
RUA ALFREDO DA COSTA FIGO 126
CAMPINAS, 13087-534
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                810.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address**

MURATA ELECTRONICS NORTH AMERICA IN
3330 CUMBERLAND BOLEVAR, SUITE 700
ATLANTA, 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                295,916.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address**

MURIAÇO DO BRASIL LTDA
AV PRESIDENTE WILSON 3979
SAO PAULO, 04220-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                35,188.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address**

MUSTAD S.P.A.
VIA SALUZZO 66
PINEROLO (TO), 10064
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                3,774.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.567** | **Nonpriority creditor's name and mailing address**

MW DO BRASIL TERCEIRIZACAO LTDA
AV DA SAUDADE 666
MAUA, 09360-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 73,729.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address**

N.I.R.A. S.P.A.
VIA CAMOZZI 16
VILLONGO, 24060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 25,678.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address**

NAK SEALING TECHNOLOGIES CORPORATIO
336 INDUSTRIAL ROAD
NATOU CITY, 540
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 30,236.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 3,255.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 92,109.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,272.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.573** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,014.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.574** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 31.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.575** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 18,669.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.576** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 301.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|--------|--------|--------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|--------|--------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|--------|--------|

**3.577** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 962.62

---

**3.578** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,237.81

---

**3.579** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 140.21

---

**3.580** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,043.84

---

**3.581** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,641.74

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22,292.35 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,909.16 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 274.78 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,637.16 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 85,903.09 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 96.87 |
|---|---|---|---|
| | NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 1,061.24 |
|---|---|---|---|
| | NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 1,031.52 |
|---|---|---|---|
| | NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 269.63 |
|---|---|---|---|
| | NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $ 6,871.62 |
|---|---|---|---|
| | NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,055.74 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.593 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,784.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.594 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,227.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.595 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,092.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.596 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 394.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 201.32 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,599.78 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 233.71 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,348.77 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,331.70 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.602** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$           25.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.603** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$       Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$       Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  FACTORING CLAIM

$       Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$       Undetermined

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$            Undetermined

---

**3.608** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$            Undetermined

---

**3.609** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$            Undetermined

---

**3.610** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$            Undetermined

---

**3.611** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$            Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.612** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.613** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.614** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.615** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.616** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.617 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.623** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.624** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.625** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.626** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.627** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.628** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.629** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.630** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.631** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.633 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.634 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.635 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.636 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|--------------------------------------------------------------|--------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.637** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$     Undetermined

---

**3.638** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$     Undetermined

---

**3.639** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$     Undetermined

---

**3.640** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$     Undetermined

---

**3.641** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$     Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

3.643 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

3.644 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

3.645 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

3.646 **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.648** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.649** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.650** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.651** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.652** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.653** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.654** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.655** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.656** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.658** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.659** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.660** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.661** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined

**3.663 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined

**3.664 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined

**3.665 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined

**3.666 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|----------------------------------------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.667** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.673** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.674** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.675** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.676** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.677** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.678** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.679** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.680** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.681** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.682** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.683** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.684** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.685** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.686** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.687** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.688** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.689** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.690** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.691** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.692** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                          Undetermined

---

**3.693** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                          Undetermined

---

**3.694** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                          Undetermined

---

**3.695** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                          Undetermined

---

**3.696** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                          Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.697** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.698** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.699** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.700** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.701** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

**3.703** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

**3.704** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

**3.705** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

**3.706** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|---------------------------------------------------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.707** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.708** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.709** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.710** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.711** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.712** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ _____ Undetermined

---

**3.713** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ _____ Undetermined

---

**3.714** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ _____ Undetermined

---

**3.715** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ _____ Undetermined

---

**3.716** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

$ _____ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.717** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.718** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.719** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.720** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.721** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.722 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.723 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.724 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.725 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.726 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.728** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.729** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.730** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.731** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.732** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.737** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.740** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.741** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.742** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.743** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.744** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.745** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.746** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.752** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                               Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                               Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                               Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                               Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                               Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.757** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.758** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.759** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.760** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.761** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.763** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.764** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.765** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.766** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.768** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.769** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.770** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.771** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.772** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.773** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.774** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.775** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.776** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.778** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.779** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.780** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.781** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number _(if known)_ | 25-11062 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|--------|--------|--------|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.787** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.788** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.789** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.790** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.791** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.792** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.793** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.794** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.795** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.796** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                        Undetermined

---

**3.798** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                        Undetermined

---

**3.799** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                        Undetermined

---

**3.800** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                        Undetermined

---

**3.801** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                        Undetermined

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.802** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.803** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.804** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.805** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.806** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.807** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.808** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.809** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.810** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.811** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|---------------------------------------------------------------|--------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                          Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.818** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.819** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.820** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

**3.821** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$  Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.822** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.823** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.824** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.825** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.826** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.827** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.828** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.829** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.830** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.831** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.832** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.833** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.834** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.835** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.836** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**       UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.838 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

3.839 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

3.840 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

3.841 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.842** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.843** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.844** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.845** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.846** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|--------------------------------------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.848 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

3.849 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

3.850 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

3.851 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.853** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.854** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.855** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.856** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ _____ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number *(if known)* | 25-11062 |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.857** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.858** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.859** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.860** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.861** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.872** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.873** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.874** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.875** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.876** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.877** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.878** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.879** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.880** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.881** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.893** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.894** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.895** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.896** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.898** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.899** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.900** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.901** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.902** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.903** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.904** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.905** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.906** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|--------|--------|--------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.907** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.908** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.909** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.910** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.911** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.912** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.913** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.914** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.915** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.916** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.917** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.918** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.919** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.920** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.921** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.922** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.923** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.924** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.925** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.926** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | Undetermined |

NAME ON FILE
ADDRESS ON FILE

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.932 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.933 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.934 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.935 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.936 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:**  LITIGATION CLAIM | $                    Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number _(if known)_ | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.937** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.938** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.939** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.940** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.941** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.943** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.944** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.945** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.946** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**        UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.948 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.949 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.950 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.951 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.952** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.953** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.954** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.955** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.956** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.957** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.967** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.968** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.969** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.970** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.971** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.972** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                               Undetermined

---

**3.973** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                               Undetermined

---

**3.974** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                               Undetermined

---

**3.975** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                               Undetermined

---

**3.976** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                               Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.977** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.978** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.979** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.980** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

---

**3.981** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.982 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.983 | **Nonpriority creditor's name and mailing address** |
|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.984 | **Nonpriority creditor's name and mailing address** |
|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.985 | **Nonpriority creditor's name and mailing address** |
|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.986 | **Nonpriority creditor's name and mailing address** |
|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

$ _____ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.987** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.988** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.989** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.990** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.991** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.992** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.993** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.994** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.995** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

---

**3.996** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.997** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.998** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.999** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.1000** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.1001** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.100 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.100 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.101 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.101 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1027**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☐ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

$ _____ Undetermined

---

**3.1028**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☐ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

$ _____ Undetermined

---

**3.1029**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☐ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

$ _____ Undetermined

---

**3.1030**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☐ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

$ _____ Undetermined

---

**3.1031**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

| **Date or dates debt was incurred** | UNDETERMINED | **Is the claim subject to offset?** ☐ No ☐ Yes |
|---|---|---|
| **Last 4 digits of account number** | | |

$ _____ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1037**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.1038**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.1039**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.1040**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.1041**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 2**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.104 3**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.104 4**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.104 5**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

---

**3.104 6**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$         Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.104 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.104 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.105 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.105 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 2** 

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.105 7**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.105 8**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.105 9**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.106 0**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

**3.106 1**    **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$      Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|--------|--------|--------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 7** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.106 8** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.106 9** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.107 0** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.107 1** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$                    Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 2** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.107 3** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.107 4** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.107 5** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.107 6** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1077**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.1078**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.1079**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.1080**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.1081**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 2** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.108 3** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.108 4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.108 5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.108 6** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.108 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.108 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.109 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.109 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td><td></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.109 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1097**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.1098**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.1099**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.1100**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

**3.1101**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.110 2 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**   LITIGATION CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.110 3 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**   LITIGATION CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.110 4 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**   LITIGATION CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.110 5 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**   LITIGATION CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3.110 6 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**   LITIGATION CLAIM | $      Undetermined |
| | **Date or dates debt was incurred**    UNDETERMINED<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.110 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$        Undetermined

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$        Undetermined

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$        Undetermined

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$        Undetermined

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$        Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.111 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.111 7**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.111 8**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.111 9**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.112 0**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

**3.112 1**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                        Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

**3.112 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.112 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|---------------------------------------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.113 3** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.113 4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.113 5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.113 6** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.</td><td>Amount of claim</td></tr>
</table>

**3.113 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.113 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.113 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.114 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

---

**3.114 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                     Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.114 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|----|----|----|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

**3.115 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

**3.115 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

**3.115 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

**3.115 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____ Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.115
7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.115
8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.115
9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.116
0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.116
1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    Undetermined

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

NATIONAL MOLDING ITALIA SRL
VIA UMBERTO TERRACINI 16
TROFARELLO - TURIN, 10028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 30,431.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117 2** Nonpriority creditor's name and mailing address

NATURAL LIMP EQPTOS CLTDA ME
R DORNAS FILHO 188
SAO PAULO, 04361-060
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,220.41

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.117 3** Nonpriority creditor's name and mailing address

NAZARETH INDUSTRIA E COMERCIO DE PA
R ALVARO DO VALE 229
SAO PAULO, 04217-010
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,690.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.117 4** Nonpriority creditor's name and mailing address

NCH BRL LTDA.
AV DARCI CARVALHO DAFFERNER 200
SOROCABA, 18085-040
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,579.39

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.117 5** Nonpriority creditor's name and mailing address

NDDIGITAL SOFTWARE LTDA
DR. WALMOR RIBEIRO 431
LAGES, 88523-060
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 3,446.53

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.117 6** Nonpriority creditor's name and mailing address

NDK EUROPE LIMITED
VIA VARESE 25D
SARONNO, 21047
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 14,952.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.117 7**

**Nonpriority creditor's name and mailing address**

NEGRI BOSSI SPA
VIALE EUROPA 64
MILANO, 20093
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    64,764.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

NELSON HEUSI LOGISTICA E ARMAZENS G
RUA JOSE PEREIRA LIBERATO 1710
ITAJAI, 88303-401
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                     7,209.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

NET E FORM COMERCIAL LTDA
AV GOVERNADOR PEDRO DE TOLEDO 1632
CAMPINAS, 13070-715
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                     4,757.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

NETZSCH BRASIL INDUSTRIA E COMERCIO
R HERMANN WEEGE 2383
POMERODE, 89107-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                     3,515.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

NEW HORIZON COMERCIAL LTDA
AV JOSE MARIA DE FARIA 104
SAO PAULO, 05038-190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    26,890.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 40,134.28 |
|---|---|---|---|

NEW SOFT INFORMATICA LIMEIRA LTDA
AVENIDA SAUDADES 1625
LIMEIRA, 13480-070
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,356.88 |
|---|---|---|---|

NEXPERIA USA INC
1500 GREENVILLE AVE, TX
RICHARDSON, 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,988.32 |
|---|---|---|---|

NEXT SHIPPING LOGISTICA INTERNACION
RUA JORGE TZACHEL 350
ITAJAÃ, 88301-600
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.118 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 699.04 |
|---|---|---|---|

NGT TOP TOOLS INDUSTRIAL LTDA
RUA FRIEDRICH WILHELM SONNENHOH 835
JARAGUA DO SUL, 89256-320
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.118 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 545.02 |
|---|---|---|---|

NICHIA AMERICA CORPORATION
48561 ALPHA DRIVE
WIXOM, 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.118 7**

**Nonpriority creditor's name and mailing address**

NICKAROS INDÚSTRIA E COMÉRCIO DE PLÁSTICOS LTDA.
BRASIL AVENUE, 55
DA BAHIA ST., 1148  JARDIM CASA BRANCA
CENTRO
BETIM
BELO HORIZONTE, 32550-770
30160-011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

NICKAROS INDÚSTRIA E COMÉRCIO DE PLÁSTICOS LTDA.
BRASIL AVENUE, 55
DA BAHIA ST., 1148  JARDIM CASA BRANCA
CENTRO
BETIM
BELO HORIZONTE, 32550-770
30160-011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

NIKAROS INDÚSTRIA E COMÉRCIO DE PLÁSTICOS LTDA.
BRASIL AVENUE, 55
DA BAHIA ST., 1148 AP 1523 JARDIM CASA BRANCA
CENTRO
BETIM
BELO HORIZONTE, 32550-770
30160-011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

$ Undetermined

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

NMB ITALIA S R L
VIA A  GRANDI 39/41
MAZZO DI RHO, 20017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 44,585.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

NORMA DO BRASIL SISTEMAS DE CONEXAO
ROD. DOM PEDRO I SN
ATIBAIA, 12954-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 172,429.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 2** **Nonpriority creditor's name and mailing address**

NORTEL SUPRIMENTOS INDUSTRIAIS S/A
COMENDADOR ALCIDES S 1478, GALPAO 1
SERRA, 29168-090
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,462.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 3** **Nonpriority creditor's name and mailing address**

NORTEL SUPRIMENTOS INDUSTRIAIS SA
R DOUTOR GUSTAVO ORSOLINI 6465
CAMPINAS, 13052-501
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 726.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 4** **Nonpriority creditor's name and mailing address**

NORTHGATEARINSO BRAZIL INFORMATICA
ALAMEDA MADEIRA 53
BARUERI, 06454-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 154,016.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 5** **Nonpriority creditor's name and mailing address**

NOTAVEL INDUSTRIA E COMERCIO DE PAP
RUA PRESIDENTE LIMA SN, L11,12 Q67
VILA VELHA, 29107-042
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,055.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 6** **Nonpriority creditor's name and mailing address**

NOVA ELETRICA LTDA
PAULO SERGIO 287
CONTAGEM, 32371-090
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 253.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 7** **Nonpriority creditor's name and mailing address**

NOVA LIMP COMÃ‰RCIO DE EMBALAGENS E
RUA XINGU 1210
SANTO ANDRE, 09060-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,086.26

---

**3.119 8** **Nonpriority creditor's name and mailing address**

NXP USA INC
6501 WILLIAM CANNON DR. WEST
AUSTIN, 78735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 249,975.70

---

**3.119 9** **Nonpriority creditor's name and mailing address**

O.M.A.S. STAMPI SRL
VIA DELLA VITTORIA 104-102
BRUGHERIO, 20861
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,973.71

---

**3.120 0** **Nonpriority creditor's name and mailing address**

O2D METAL LTDA
VENDRAMIN SEMENSATO 143
SÃƒO JOSÃ‰ DO RIO PARDO, 13720-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,124.02

---

**3.120 1** **Nonpriority creditor's name and mailing address**

OCS MOULDS SRL
VIA U. BRACALENTI
LIMANA (BL), 32030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,761.70

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.120 2** **Nonpriority creditor's name and mailing address**

OFSOLUTION SIST EQPTOS LTDA
R DR ELISIO DE CASTRO 434
SAO PAULO, 04277-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,910.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 3** **Nonpriority creditor's name and mailing address**

OMEGA MICROMEC LTDA
AV PADRE LOURENCO 3391
ITAJUBA, 37502-454
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25,158.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 4** **Nonpriority creditor's name and mailing address**

OMRON ELECTRONIC COMPONENTS LLC
400 2895 GREENSPOINT PKWY
ILINOIS, 60169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 44,640.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 5** **Nonpriority creditor's name and mailing address**

ON SEMICONDUCTOR COMPONENTS
5701 N. PIMA ROAD
SCOTTSDALE, 85250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 535,188.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 6** **Nonpriority creditor's name and mailing address**

ONPRESS PCB LIMITED
21 MA TAU WAI ROAD, HUN, BLOCK B, 9
HONG KONG, 518000
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 44,298.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|---------------------------------------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.120 7 | **Nonpriority creditor's name and mailing address**<br><br>OPINIAO TURISMO E TRANSPORTE<br>AVENIDA KAETHE RICHERS 1509<br>RIBEIRAO PIRES, 09400-630<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 12,280.02 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.120 8 | **Nonpriority creditor's name and mailing address**<br><br>OPTAR SERVICOS TERCERIZADOS LTDA<br>R JEQUITIBAS 527<br>CONTAGEM, 32310-390<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 25,515.51 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.120 9 | **Nonpriority creditor's name and mailing address**<br><br>ORKAN COMERCIAL DE EQUIP. ELETRONIC<br>AL EZEQUIEL MANTOANELLI 289<br>INDAIATUBA, 13340-214<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 2,756.65 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.121 0 | **Nonpriority creditor's name and mailing address**<br><br>ORLOG - CONSULTORIA E SUPORTE TECN.<br>CONSELHEIRO LAFAYETTE 358<br>SÃFO CAETANO O SUL, 09550-000<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 9,813.88 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.121 1 | **Nonpriority creditor's name and mailing address**<br><br>ORVEM S P A<br>VIA SACCO E VANZETTI 34<br>MILAO - ITALIA, 20099<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 37,432.85 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td><td>Amount of claim</td></tr>
</table>

| 3.121 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,052.68 |
|---|---|---|---|

OSG SULAMERICANA DE FERRAMENTAS LTD
RAUL RODRIGUES DE SIGUES DE SIQ 767
BRAGANCA PAULISTA, 12919-484
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45,680.56 |
|---|---|---|---|

OSRAM COMERCIO DE SOLUÃ‡Ã•ES DE ILUMI
RUA HENRIQUE MICHELS JUNIOR 300
ITAJAÃ, 88311-715
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.121 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,531.70 |
|---|---|---|---|

OTTANI MECCANICA S.R.L.
VIA DEI LIUTAI, 9
CASTELFRANCO EMILIA (MO), 41013
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 97.12 |
|---|---|---|---|

OURO FINO COMERCIAL HIDRAULICA E PN
RUA LONDRINA 477
SANTO ANDRÃ‰, 09181-160
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 186.94 |
|---|---|---|---|

OXITEK LOCAÃ‡ÃƒO DE MÃQUINA E EQUIPAM
RUA ZAMBEZÃ‰ 384
SÃƒO PAULO, 03441-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 7** | **Nonpriority creditor's name and mailing address**

OXS INDUSTRIA E COMERCIO DE AUTOMAC
ESCRIVÃFO RONALDO RANGEL NILSON 52
LIMEIRA, 13485-469
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    16,986.38

---

**3.121 8** | **Nonpriority creditor's name and mailing address**

OZANIQUE AUDIOLOGIA E SEGURANCA DO
AVENIDA VINTE E DOIS DE OUTUBRO 664
MOGI MIRIM, 13806-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     1,581.80

---

**3.121 9** | **Nonpriority creditor's name and mailing address**

P.C.M. SRL
ZONA IND LE VILLA ZACCHEO S/N
CASTELLALTO, 64020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    12,491.49

---

**3.122 0** | **Nonpriority creditor's name and mailing address**

PANIFICADORA HALLEY LTDA EPP
AVENIDA AGUA BRANCA 1040 1040
CONTAGEM, 32371-190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       879.97

---

**3.122 1** | **Nonpriority creditor's name and mailing address**

PANTERA EMBAL PLASTICAS LTDA
R RUI ILDEFONSO M LISBOA 352
CAMPINAS, 13024-500
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     7,742.00

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122 2**

**Nonpriority creditor's name and mailing address**

PAR.CO SPA
VIA DELLA RESISTENZA 24
SCAPERIA - FLORENCE, 50038
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 951.02

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

PARAFUSOS PEDREIRA LTDA ME
AV TIRADENTES 99
PEDREIRA, 13920-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 197.28

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

PARFIX INDUSTRIA E COMERCIO DE PARA
AVENIDA ENGENHEIRO EUSEBIO STE 2169
SAO PAULO, 04696-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,930.86

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

PARKER HANNIFIN INDUSTRIA E  COMER
RDV ANHANGUERA S N
SAO PAULO, 05275-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106,779.03

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

PAROLIBOR INDUSTRIA DE ARTEFATOS DE
AV RIACHUELO 66
DIADEMA, 09912-190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,667.97

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122 7**

**Nonpriority creditor's name and mailing address**

PASSARO URADO TRANSP TUR LTDA  EPP
AV JOSE DOMINGOS FACHINI 208
AMPARO, 13905-520
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,361.05

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

PATEC JINGXIN PRECISION MACHINING (
1 YUAN ROAD, SHUOFANG INDUSTRIAL PA
WUXI, 214142
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,483.93

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

PCX SOLUCOES EM TECNOLOGIA DA INFOR
RUA ITARARE 848
BELO HORIZONTE, 31110-700
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,765.93

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

PERDIZES LOCACAO DE EQUIPAMENTOS
ISAURA DA SILVIA 377
BELO HORIZONTE, 31340-270
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,092.40

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

PERFILTECNET-SOLUÇOES TECNICAS LTDA
BONFIM DE ABREU 01, LOJA B
BELO HORIZONTE, 31155-370
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.31

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

PERFORMANCE SOLUTIONS DO BRASIL COM
EST MUNICIPAL 1156
GUARULHOS, 07215-040
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90,831.03

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

PETRONAS LUBRIFICANTES BRASIL S A
AV TRAJANO DE ARAUJO VIANA. 2500
CONTAGEM, 32010-090
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 249,297.96

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

PETRONAS LUBRIFICANTES BRASIL SA
ESTRADA VELHA GUARULHO 3241, SALA 9
GUARULHOS, 07210-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,101.16

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

PGL BRASIL LTDA
AVENIDA CHEDID JAFET 222
SAO PAULO, 04551-065
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 339,933.23

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

PGL EXPRESS SERVICE LTDA
RUA GUAIAO 66, CONJ 1303
SANTOS, 11035-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 960.24

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.123 7**

**Nonpriority creditor's name and mailing address**

PGL PRIME AGENCIAMENTO DE CARGA LTD
AV CHEDID JAFET 222, ANDAR 5
SAO PAULO, 04551-065
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                55,283.75

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

PHISCO CONSULTORIA EM GESTÃO EMPRES
PENEDO 300
SAO JOSE DOS CAMPOS, 12237-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 8,172.33

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

PIEMONTE LOCATIVA
R CALIFORNIA 94
BELO HORIZONTE, 30315-500
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               106,842.86

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

PIOLAX CORPORATION
139 ETOWAH INDUSTRIAL CT
CANTON,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                38,816.40

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

PISANI PLASTICOS S A
BR 116  KM 146 3 15602
CAXIAS DO SUL, 95059-520
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 6,390.55

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**

PL&TL SRL
VIA TORINO 53
AIRASCA, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,032.53

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

PLASCAR IND DE COMPONENTESPLASTICOS
AL DO CAFE 450
VARGINHA, 37026-400
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,203.60

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

PLASFIL, PLÁSTICOS DA FIGUEIRA, SA
Zona Industrial da Gala, lote 6
FIGUEIRA DA FOZ, 3080-852
PORTUGAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 597,945.77

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

PLASMATREAT GMBH
QUELLER STRAẞE 70-80
STEINHAGEN, 33803
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,281.95

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

PLAST VAC IND COM DE PLASTICO LTDA
RUA 5 2100
LIMEIRA, 13481-181
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,155.29

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.124 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 94,831.95 |
|---|---|---|---|---|

PLASTEC INDUSTRIA E COMERCIO DE PRO
R TEXACO 383
BETIM, 32680-180
BRAZIL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.124 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,299.90 |
|---|---|---|---|---|

PLASTICOS NOVEL SAO PAULO LTDA.
AV EMILIO MARCONATO 1000
JAGUARIUNA, 13820-000
BRAZIL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.124 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 33,642.93 |
|---|---|---|---|---|

PLASTMIX IND  E COM  LTDA
AVENIDA SANTA MARIA 70
IGARAPE, 32900-000
BRAZIL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.125 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,380.48 |
|---|---|---|---|---|

POAFLEX PORTAS FLE LTDA
AV ADUTORA 290
POA, 08568-300
BRAZIL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| 3.125 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 13,230.68 |
|---|---|---|---|---|

POINT TECNOLOGIA EM AUTOMACAO E CON
RUA RIO GRANDE DO SUL 464-OF
JANDIRA, 06612-220
BRAZIL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 2**

**Nonpriority creditor's name and mailing address**

POINT TECNOLOGIA EM AUTOMACAO LTDA
R RIO GRANDE DO SUL 464
JANDIRA, 06612-220
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                32,802.04

**3.125 3**

**Nonpriority creditor's name and mailing address**

POIRINO SPA.
VIA RIVA 27
BUTTIGLIERA D'ASTI, 14021
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    608.52

**3.125 4**

**Nonpriority creditor's name and mailing address**

POLISTAMPO I MET L
R RIO DE JANEIRO 44
DIADEMA, 09961-730
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,426.83

**3.125 5**

**Nonpriority creditor's name and mailing address**

POLYSEAL INDUSTRIA E COMERCIO DE VE
AV AFONSO MONTEIRO DA CRUZ 1080
DIADEMA, 09980-550
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    468.96

**3.125 6**

**Nonpriority creditor's name and mailing address**

PONTES E BARBOSA SERVICOS
RUA JASMIM 810, APT 03 D
CAMPINAS, 12087-460
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  5,664.54

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|--------------------------------------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 7**

**Nonpriority creditor's name and mailing address**

PORITE EUROPE
SN 5 VOIE COMTE JOLY DE FLEURY
BONDOUFLE, 91070
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 406.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

PORTAL SISTEMAS DE ENERGIA EIRELI
RUA TUPINAMBAS 662
DIADEMA, 09991-090
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 846.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

POWER INDUSTRIAL LTDA.
SIDNEY DE SOUZA BARBOSA JÃŠNIOR 234
PARQUE VIA NORTE, 13065-804
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,265.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

POWERTECH LTDA
R FREI ANTONIO DO DESTERRO 326
BELO HORIZONTE, 31250-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,926.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

PPG INDUSTRIAL DO BRASIL
RODOVIA ANHANGUERA KM106
SUMARE, 13180-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,013.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.126 2** | **Nonpriority creditor's name and mailing address**

PREFEITURA DO MUNICIPIO DE HORTOLAN
HORTOLANDIA
HORTOLANDIA,
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    64,941.99

---

**3.126 3** | **Nonpriority creditor's name and mailing address**

PREMENA INDUSTRIA E COMERCIO LTDA
R GUARANESIA 599
SAO PAULO, 02112-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    503.30

---

**3.126 4** | **Nonpriority creditor's name and mailing address**

PRESSÃFO COMPONENTES HIDRAULICOS E
AV. WILSON ALVARENGA 17, GALPÃFO
JOÃFO MONLEVADE, 35930-236
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,395.13

---

**3.126 5** | **Nonpriority creditor's name and mailing address**

PREVENCAO MEDICINA E SEGURANCA DO
AV PADRE DEHON 155, CASA
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    242.50

---

**3.126 6** | **Nonpriority creditor's name and mailing address**

PRISMATIC VDS PRIS S PREC LTDA
AV JOHN BOYD DUNLOP 1230
SOROCABA, 18087-155
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,915.93

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

PRO ANALISE QUIMICA E
PIRACICABA 292
COTIA, 06716-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                568.42

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

PROAQT EMPREENDIMENTOS TECNOLOGICOS
AV MARECHAL RONDON 1100
OSASCO, 06093-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                315.15

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

PROCESS DEVELOPMENT CORPORATION
RUA CATEQUESE 1171
SANTO ANDRE, 09090-401
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              6,713.99

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

PRO-CLIMA AR CONDICIONADO LTDA - ME
DNAR MENDES FERREIRA 97, A
BELO HORIZONTE, 31920-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             25,298.49

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

PROFLINNE SOLUCOES INDUSTRIAIS LTDA
R ROSA KASINSKI 01
LAVRAS, 37205-831
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                660.77

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.127 2 | **Nonpriority creditor's name and mailing address**<br><br>PROGRAME TECH SOLUTIONS LTDA<br>RUA RIO GRANDE DO NO 1435, SALA 708<br>BELO HORIZONTE, 30130-138<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 4,716.64 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.127 3 | **Nonpriority creditor's name and mailing address**<br><br>PROMA INDUSTRIE SARL<br>ATLANTIC FREE ZONE EXTENSION, LOTS<br>N ICE 00201714400009, 69RX+3R<br>MOROCCO | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 120,282.65 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.127 4 | **Nonpriority creditor's name and mailing address**<br><br>PRONTO PRESTAÇÃO DE SERVIÇOS LTDA<br>RUA MARANHAO 226<br>LAVRAS, 37204-115<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 845.46 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.127 5 | **Nonpriority creditor's name and mailing address**<br><br>PROSEK EQPTOS SEG LTDA.<br>AV SAO JERONIMO 2567<br>AMERICANA, 13470-310<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 5,080.18 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.127 6 | **Nonpriority creditor's name and mailing address**<br><br>PROSPER COMERCIO DE PECAS E<br>ORESTES BARBOSA 319<br>GUARULHOS, 07123-000<br>BRAZIL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 799.47 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127 7**

**Nonpriority creditor's name and mailing address**

PROTECT CORR IND. E COM. DE EMBALAG
RUA ARATIBÃ 228
LIMEIRA, 13481-208
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,797.50

**3.127 8**

**Nonpriority creditor's name and mailing address**

PROTON SOLUCOES EIRELI - ME
AV. AFONSO MONTEIRO DA CRUZ 386
DIADEMA, 09980-550
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,745.00

**3.127 9**

**Nonpriority creditor's name and mailing address**

PROVERACO   INDUSTRIA E COMERCIO LT
ROSARIO TAKAKI 571
PIRACICABA, 13413-063
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,251.55

**3.128 0**

**Nonpriority creditor's name and mailing address**

PRW USINAGEM DE PRECISAO LTDA
RUA VEREADOR JOSÃ© SANTANA 742, A
LAVRAS, 37207-726
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,807.02

**3.128 1**

**Nonpriority creditor's name and mailing address**

PSI HIDRAULICA COMERCIO DE MANGUEIR
VIA EXPRESSA DE CONTAGEM 2834
CONTAGEM, 32370-485
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 195.80

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.128 2** Nonpriority creditor's name and mailing address

PUBLIC LEGAL PROSECUTOR
MP/PR: R. JOÃO ANGELO CORDEIRO, S/N, (FÓRUM CÍVEL) CENTRO
PR, 83005-590
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.128 3** Nonpriority creditor's name and mailing address

PUBLIC LEGAL PROSECUTOR
MP/PR: R. JOÃO ANGELO CORDEIRO, S/N, (FÓRUM CÍVEL) CENTRO
PR, 83005-590
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.128 4** Nonpriority creditor's name and mailing address

PUBLIC LEGAL PROSECUTOR
MP/PR: R. JOÃO ANGELO CORDEIRO, S/N, (FÓRUM CÍVEL) CENTRO
PR, 83005-590
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.128 5** Nonpriority creditor's name and mailing address

QR4 SOLUÇÕES EM TECNOLOGIA LTDA
RUA TIJUCO PRETO 768
SÃO PAULO, 03316-000
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,987.04

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.128 6** Nonpriority creditor's name and mailing address

QUAKER CHEMICAL INDUSTRIA E COMERC
AV BRL 44178
RIO DE JANEIRO, 23078-001
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 7,495.58

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.128 7**

**Nonpriority creditor's name and mailing address**

QUAKER CHEMICAL INDUSTRIA E COMERCI
RUA ALPONT 394
MAUA, 09380-115
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 60,584.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

QUALIFIED CONTAINMENTS GROUP SA
FRANCISCO MARQUEZ, COL.CONDESA 144
MEXICO, 06140
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 4,210.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

QUALILAN DISTRIB TELEINFORM LTDA
R ANITA MORETZSHON 336
CAMPINAS, 13088-603
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 713.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

QUALITY ASSURANCE ANALISES TECNICAS
R JOAO RODRIGUES PINHEIRO 215, A 56
CURITIBA, 81130-180
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,707.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

QUALITY FORMING SRL
VIA CADUTI DEL LAVORO 23
PRESCIA, 25034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 49,685.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.129 2**

**Nonpriority creditor's name and mailing address**

QUALLICAL IND E COM LTDA
EST FERRO SANTOS A JUNDIAI S KM S/N
SANTO ANDRE, 09154-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 611.91

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

QUECTEL WIRELESS SOLUTIONS CO., LTD
1016 TIANLIN ROAD
SHANGHAI, 200233
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,130.00

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

R L PAIVA TRANSPORTES
RUA NOVA ITARANA 910
GUARULHOS, 07172-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 497.59

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

R L PAIVA TRANSPORTES
AV JOSE FARIA DA ROCHA  4607
CONTAGEM, 32310-210
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,472.46

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

R.E. MANUTENCAO E SERVICOS
PRINCESA MARIA AMÃ‰LIA 455, SALA 2
SÃƒO BERNARDO DO CAMPO, 09771-120
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,312.84

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1297**

**Nonpriority creditor's name and mailing address**

R.M. STUDIO TECNICO
VIA PASUBIO 16
BOVISIO MASCIAGO, 20030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,362.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1298**

**Nonpriority creditor's name and mailing address**

RADICI PLASTICS LTDA
RUA GIUSEPPE MARCHIORI 497
ARACARIGUAMA, 12147-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 638,509.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1299**

**Nonpriority creditor's name and mailing address**

RAITEK IND. COM. DE PLASTICOS
RUA JOAQUIM NORBERTO 209
CAMPINAS, 13080-150
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,746.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1300**

**Nonpriority creditor's name and mailing address**

RAITEK MAQUINAS E EQUIPAMENTOS INDU
PRINCIPE RAINERIO III 72
HORTOLANDIA, 13189-282
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 41,527.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1301**

**Nonpriority creditor's name and mailing address**

RAYFLEX PORTAS FLEXIVEIS LTDA
ESTRADA MAURO AURICCHIO 778
MOGI DAS CRUZES, 08598-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,269.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.130 2**

**Nonpriority creditor's name and mailing address**

RBA QUALITY SERVICES LTDA
SEBASTIAO BORGES FERREIRA 55
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  44,570.32

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

REAL MECANICA DE PRECISAO LTDA
AV SANTO ANDRE 1185
RIBEIRAO PIRES, 09412-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,184.67

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

REFRIGERAÇÃO DUFRIO COM E IMP LTDA
AVENIDA CARLOS LIN 4723, GALPÃO A-B
VILA VELHA, 29111-165
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,420.08

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

REFRIGERACAO DUFRIO COMERCIO E
ROD DARLY SANTOS 800
VILA VELHA, 29104-491
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  885.15

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

REGREN ENGEN. E SOLUÇÃ‡Ãˆ‡ES INDUST.
RUA PRESIDENTE PRUDENTE 190
ARUJA, 07438-025
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  31,456.25

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.130 7** **Nonpriority creditor's name and mailing address**

RELAMPAGO COMERCIO DE MOTORES ELETR
RUA TABAJARAS 434
SANTA BARBARA D'OESTE, 13456-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 596.77

---

**3.130 8** **Nonpriority creditor's name and mailing address**

REMPEL E CIA LTDA
R DR  RUBENS GOMES BUENO 650
SAO PAULO, 04730-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,818.32

---

**3.130 9** **Nonpriority creditor's name and mailing address**

RENESAS ELECTRONICS AMERICA INC
6024 SILVER CREEK VALLEY ROAD
SAN JOSE, 95138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,313,904.62

---

**3.131 0** **Nonpriority creditor's name and mailing address**

RENESAS ELECTRONICS EUROPE GMBH
ARCADIASTRABE 10
DUSSELDORF, 40472
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 411.00

---

**3.131 1** **Nonpriority creditor's name and mailing address**

RENOVA TRATAMENTO DE RESÃDUOS LTDA
ROD. AGNESIO CARVALHO DE SOUZA S/N
IJACI, 37209-999
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 818.28

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.131 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 588.12 |
|---|---|---|---|

RENOVA TRATAMENTO DE RESIDUOS    LT
AV TAKARA BELMONT 178
ARUJA, 07400-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.131 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 440.03 |
|---|---|---|---|

RESENDE BUENO E CIA LTDA
RUA OCTÃVIO SILVA BARBOSA 205
GUAXUPÃ‰, 37800-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.131 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 79.49 |
|---|---|---|---|

RESILIENCIA LAVANDERIA INDUSTRIAL L
RUA LOURENCO DA SILVA E AMAZONA 127
SÃFO PAULO, 03384-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.131 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,975.98 |
|---|---|---|---|

RETROFIT  COMERCIO  E  ATUALIZACAO
RUA GUAICURUS 239
SANTA BARBARA D'OESTE, 13456-102
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.131 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,315.16 |
|---|---|---|---|

REVITEC C PRODS ELETROMEC LTDA.
AV BADEN POWEL 1696
CAMPINAS, 13024-500
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.131 7** **Nonpriority creditor's name and mailing address**

RF360 TECHNOLOGIES INC
500 SOMERSET CORPORATE BLVD
BRIDGEWATER, 08807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,370.24

**3.131 8** **Nonpriority creditor's name and mailing address**

RGC REVISTAS E LIVROS LTDA ME
RUA COMENDADOR GUIMARAES LTDA ME 70
AMPARO, 13900-470
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,477.39

**3.131 9** **Nonpriority creditor's name and mailing address**

RGN METALURGICA EIRELI
AV TEREZA ANA CECON BREDA 1105
HORTOLANDIA, 13183-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 849.40

**3.132 0** **Nonpriority creditor's name and mailing address**

RHF TALENTOS UNIDADE LAVRAS LTDA
AVENIDA PADRE DEHON 260
LAVRAS, 37200-146
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,498.05

**3.132 1** **Nonpriority creditor's name and mailing address**

ROBERT BOSCH GMBH
ROBERT-BOSCH-PLATZ 1, DE-70839 GE 1
SCHILLERHOEHE, 70839
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,226.53

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|--------------------------------------------------------------|-----------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 495,654.44 |
|---|---|---|---|
| ROBERT BOSCH LTDA | *Check all that apply.* | | |
| RDV ANHANGUERA S N | ☐ Contingent | | |
| CAMPINAS, 13050-250 | ☐ Unliquidated | | |
| BRAZIL | ☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.132 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,082.10 |
|---|---|---|---|
| ROCKA SOLUTIONS BRASIL LTDA | *Check all that apply.* | | |
| RUA: IGARAPAVA 229 | ☐ Contingent | | |
| SANTO ANDRɉ, 09060-170 | ☐ Unliquidated | | |
| BRAZIL | ☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.132 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 833.90 |
|---|---|---|---|
| RODMATEC IND. COMERCIO LTDA | *Check all that apply.* | | |
| RUA PEDRA LAVADA | ☐ Contingent | | |
| GUARULHOS, 07182-310 | ☐ Unliquidated | | |
| BRAZIL | ☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.132 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 37,747.50 |
|---|---|---|---|
| RODRIGUES MANUTENCAO E CONSERVACAO | *Check all that apply.* | | |
| R EDMAR CARLOS DA SILVA 251 | ☐ Contingent | | |
| GUARULHOS, 07252-500 | ☐ Unliquidated | | |
| BRAZIL | ☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

**3.132 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 28,610.00 |
|---|---|---|---|
| RÖHM GMBH | *Check all that apply.* | | |
| DEUTSCHE-TELEKOM-ALLEE 9 | ☒ Contingent | | |
| DARMSTADT, 64295 | ☐ Unliquidated | | |
| GERMANY | ☐ Disputed | | |
| | **Basis for the claim:**  TRADE PAYABLE | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| | ☒ No | | |
| **Last 4 digits of account number** | ☐ Yes | | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1327**

**Nonpriority creditor's name and mailing address**

ROLATEL COMERCIO ROLAMENTO LTDA
R ALVARENGA 2201
SAO PAULO, 05509-006
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 220.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1328**

**Nonpriority creditor's name and mailing address**

ROLLTECN I C FERRAM PREC LTDA
R JOAO LANDO NETO 287
VALINHOS, 13278-065
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,762.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1329**

**Nonpriority creditor's name and mailing address**

ROMI S.A.
RDV SP 304 KM 141 5 S N
SANTA BARBARA D'OESTE, 13453-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,218.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1330**

**Nonpriority creditor's name and mailing address**

ROSS SOUTH AM LTDA
R OLAVO GONCS 43
SAO BERNARDO DO CAMPO, 09725-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 906.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1331**

**Nonpriority creditor's name and mailing address**

ROTA EMPREEND IMOBS LTDA
R MANOEL ALVES 423
CONTAGEM, 32041-400
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,754.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.133 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,268.45 |
| --- | --- | --- | --- |
| | ROTORMAX COMPRESSORES LTDA AV. VITÃ"RIA ROSSI MARTINI 1103 INDAIATUBA, 13347-613 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.133 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 284.14 |
| --- | --- | --- | --- |
| | ROUXINOL VIAGENS TURISMO LTDA AV GAL DAVID SARNOFF 2850 CONTAGEM, 32260-000 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.133 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,834.11 |
| --- | --- | --- | --- |
| | RS DESIGN MOBILIÃRIO CORPORATIVO EI RUA TANCREDO DO AMARAL 51 SANTO ANDREA, 09015-430 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.133 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 107,559.82 |
| --- | --- | --- | --- |
| | S RIKO AUTOMOTIVE HOSE TECALON JUQUITA FIRMINO 80 JUATUBA, 35675-000 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,650.13 |
| --- | --- | --- | --- |
| | SA ATEQ SUL TECN INSTRUM LTDA R ZANZIBAR 843 SAO PAULO, 02512-010 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 229,356.08 |
|---|---|---|---|

SABIC INNOV PLAST SOUTH A I C PLAST
R MANOEL THOMAZ 545
CAMPINAS, 13067-230
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,552.86 |
|---|---|---|---|

SACI COMERCIO DE TINTAS
AV PRINCESA ISABEL 603
HORTOLANDIA, 13188-021
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,528.75 |
|---|---|---|---|

SADA TRANSP ARMAZENAGENS LTDA
EST DOS ALVARENGAS 4018
SAO BERNARDO DO CAMPO, 09850-550
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,468.02 |
|---|---|---|---|

SAINT GOBAIN DO BRASIL PRODUTOS IND
RUA INDUBEL 330
GUARULHOS, 07170-353
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 76,695.13 |
|---|---|---|---|

SAINT GOBAIN DO BRASIL PRODUTOS IND
AV INDEPENDENCIA 7031
VINHEDO, 13280-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.134 2**

**Nonpriority creditor's name and mailing address**

SALMERON AMBIENTAL LTDA
JAYME LOPES DA SILVA 126
SOROCABA, 18020-620
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,903.22

**3.134 3**

**Nonpriority creditor's name and mailing address**

SAMSUNG SEMICONDUCTOR EUROPE GMB
EINSTEINSTRASSE 174
MUNICH, 81677
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,580.00

**3.134 4**

**Nonpriority creditor's name and mailing address**

SANKEI GIKEN KOGYO CO LTD
GUNMA FACTORY 1069-1
TOYAZUKA CHO, 3720825
JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 176,539.45

**3.134 5**

**Nonpriority creditor's name and mailing address**

SANTA MARIA ECOLOGIC LTDA
R AMERICO SANTIAGO PIACENZA 301
CONTAGEM, 32010-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,436.94

**3.134 6**

**Nonpriority creditor's name and mailing address**

SARTORIUS DO BRASIL LTDA
AV. SENADOR VERGUEIRO 2962
SAO BERNARDO DO CAMPO, 09600-004
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,063.23

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.134 7**   **Nonpriority creditor's name and mailing address**

SAVOL MERCI VEICULOS LTDA
AV ARTUR DE QUEIROS 424
SANTO ANDRE, 09015-510
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 531.35

---

**3.134 8**   **Nonpriority creditor's name and mailing address**

SAWLUZ METODOLOGIA APLICADA EM INFO
AV UNISINOS 950
SAO LEOPOLDO, 93022-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13.12

---

**3.134 9**   **Nonpriority creditor's name and mailing address**

SC EXIM S.A.
CÃ‰SAR CORTINAS 2037
MONTEVIDEO, 11500
URUGUAY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89,856.00

---

**3.135 0**   **Nonpriority creditor's name and mailing address**

SCANSOURCE BRASIL DISTRIB. DE TECN.
RUA JOSE GALL 1146, GP 10 E 11
ITAJAI, 88307-102
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,021.31

---

**3.135 1**   **Nonpriority creditor's name and mailing address**

SCHAEFFLER TECHNOLOGIES
INDUSTRIESTRASSE S/N
GERMANY, 91074
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47,671.24

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td></td><td style="background:black;color:white"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.135 2**

**Nonpriority creditor's name and mailing address**

SCHAEFFLER TECNOLOGIES AG & CO.KG
PLANT 0060 IDH INDUSTRIASSE 1  3 SN
HERZOGENAURACH, 91074
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    44,005.96

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

SCHERR SERVICE PRESTACAO DE SERVICO
AVENIDA BARAO HOMEM DE MELO 4386
BELO HORIZONTE, 30494-270
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                         186.33

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

SCHUNK DO BRASIL ELETROGRAFITES LTD
ESTRADA DO EMBU 2777
COTIA, 06713-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      2,030.91

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

SCHUNK INTEC TECNOLOGIA DE
RUA DR. JALLES MARTIN 241, GALPAO 1
MAUA, 09372-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      1,468.30

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

SCIENTECH AMBIENTAL INDUSTRIA
AVENIDA PARANAGUA 66
SAO PAULO, 03806-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    13,148.71

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.135 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 1,165.01 |

SCOPO TREIN E CONS LTDA EPP
R 14 2536
RIO CLARO, 13500-270
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 37,197.17 |

SCORPIOS INDUSTRIA METALURGICA
ALFREDS PAEGLE 169
SANTO ANDRE, 09080-550
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 1,684.79 |

SCREEN MATERIAIS SERIGRAFICOS EIREL
RUA VISCONDE DE INHOMERIM 181
SAO PAULO, 03120-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 38,838.39 |

SEBASTIAO BUENO CAMARGO IND E COMER
RUA ITAINÃºPOLIS 239
GUARULHOS, 07250-170
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 199,832.53 |

SEBEMAR I C ISOLANTES LTDA
EST AMPARO ARCADAS S N
AMPARO, 13903-050
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.136 2**

**Nonpriority creditor's name and mailing address**

SEGULA DO BRASIL ENG E TECN LTDA
R ASIA 85
PINHAIS, 83323-350
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,356.51

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

SELCO TECNOLOGIA E INDUSTRIA-LTDA
R GAL BERTOLDO KLINGER 360
SAO BERNARDO DO CAMPO, 09772-040
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,326.21

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

SENA ECAL EQUIPAMENTOS E INSTALAÇÃ•E
RUA JERUSALEM DA COREIA 1889
SANTA ISABEL, 07500-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,535.06

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

SERIE Q INFORM AUTOM LTDA
RUA ANTONIO VIEIRA DO AMARAL 64
ARACOIABA DA SERRA, 18190-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 749.20

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

SERIS  SERVICOS TECNICOS INDUSTRIAI
AV INDUSTRIAL 1680, SL 110 BL1
SANTO ANDRE, 09080-501
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 75,126.11

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1367**

**Nonpriority creditor's name and mailing address**

SERIS SERV TECN INDIS LTDA
R PIAUI 2019
BELO HORIZONTE, 30150-321
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 111,117.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1368**

**Nonpriority creditor's name and mailing address**

SERRALHERIA M. BARIJAN LTDA-ME
AV REBOUÃ‡AS 2329
SUMARÃ‰, 13170-023
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 444.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1369**

**Nonpriority creditor's name and mailing address**

SERVCAMP COMERCIO DE EMBALAGENS
RUA QUINZE DE NOVEMBRO 1960
NOVA ODESSA, 13385-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 702.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1370**

**Nonpriority creditor's name and mailing address**

SETTER COMERCIO E SERVICOS GERAIS L
AV ONZE DE AGOSTO 108
SAO BERNARDO DO CAMPO, 09607-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,461.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.1371**

**Nonpriority creditor's name and mailing address**

SEVEN INOVACAO EM TRANSPORTES E SER
AV DOM PEDRO I 447
RIO GRANDE DA SERRA, 09450-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 48,903.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137 2**

**Nonpriority creditor's name and mailing address**

SEVEN SISTEMAS CONTRA INCÃSNDIO LTDA
CAMINHO DE GOIÃS 699
JUNDIAÃ, 13214-870
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 898.74

**3.137 3**

**Nonpriority creditor's name and mailing address**

S-FACTORING GMBH
MARKT 7
LEIPZIG, 04109
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,829.71

**3.137 4**

**Nonpriority creditor's name and mailing address**

SG LOGÍSTICA LTDA.
MONSENHOR SILVA BARROS ST., 254/43  CENTRO
BELO HORIZONTE, 12.020-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**     UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.137 5**

**Nonpriority creditor's name and mailing address**

SHANGHAI QIANXU ELECTRONIC TECHNOLO
101 WANYUM ROAD, LANE 2161
SHANGHAI, 201103
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,564.89

**3.137 6**

**Nonpriority creditor's name and mailing address**

SHANGHAI SIASUN ROBOT CO., LTD.
299 XUEYANG RD
SHANGHAI, 201206
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 376,754.40

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137 7**

**Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS DO BRASIL INDUSTR
EST DO MONTANHAO 3000
SAO BERNARDO DO CAMPO, 09791-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 185,011.54

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

SHERWIN WILLIAMS AUTOMOTIVE FINISHE
AV. TOQUIO (CENTRO INDUSTRIAL) 10
ARUJÃi, 07411-730
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,425.32

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

SHIMAZU MANUTENÃ‡ÃFO INDUSTRIAL EIREL
RUA PIXINGUINHA 151A
ITAQUAQUECETUBA, 08580-230
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,191.57

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

SIER HEATER RESISTENCIAS SENSORES
ITALIA 263
ATIBAIA, 12942-740
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,165.92

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

SIGLA FIRE COMÃ‰RCIO E MANUTENÃ‡ÃFO DE
AVENIDA ESTHER MORETZHON CAMAR 1838
CAMPINAS, 13088-851
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71.90

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

SIGMA SOLUTIONS CONSULTORIA TÃ‰CNICA
RUA CARLOS GARBACCIO 310
CURITIBA, 82100-260
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,926.92

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

SIL MASTER SERVIÃ‡OS DE GERENCIAMENT
ALAMEDA GRAJAÃ‹S 60
BARUERI, 06454-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,890.94

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

SILIBONDE I C PR QUIM LTDA EPP
AV GUINLE 1293
GUARULHOS, 07221-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92.80

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

SILICOFLEX INDUSTRIA E COMERCIO DE
RUA FRANCISCO VISENTAINER (VL S 837
SAO BERNARDO DO CAMPO, 09861-630
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 431.40

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

SIMPRESS COMERCIO LOCAÃ‡ÃO E SERVICO
AL ASIA POLO EMPRESARIAL 201, CJ 1
SANTANA DE PARNAIBA, 06543-312
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 52,896.55

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|----------------------------------------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 251.65 |
|---|---|---|---|---|

SINAL PRODUÇÕES SERIGRÁFICAS LTDA
AV. DAS NAÇÕES 2616
SANTO ANDRÉ, 09270-260
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 466.55 |
|---|---|---|---|---|

SIND S TRAB NAS INDS METAL OF MEC L
AV.ERNESTO MATIOLLI 1200
LAVRAS, 37200-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,157.84 |
|---|---|---|---|---|

SIND T I M M M EL CAMPINAS OUTRAS
R DR QUIRINO 560
CAMPINAS, 13015-080
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,027.27 |
|---|---|---|---|---|

SIND T MT MEC M SAN MAUA RP RG SERR
R DONA GERTRUDES DE LIMA 202
SANTO ANDRE, 09020-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 231.17 |
|---|---|---|---|---|

SIND TRAB NAS INDS METALURGICO
R ALCIDES DE OLIVEIRA GERMANO 378
JAGUARIUNA, 13820-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.139 2

**Nonpriority creditor's name and mailing address**

SIND TRABS NAS INDS MET MEC MAT B H
R CAMILO FLAMARION 55
CONTAGEM, 32215-310
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 140.85

### 3.139 3

**Nonpriority creditor's name and mailing address**

SINDICATO DOS TRAB. NAS IND.METALÚRGICAS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

### 3.139 4

**Nonpriority creditor's name and mailing address**

SINDICATO NAC IND DE COMPONENTES PA
AV SANTO AMARO 1.386
SAO PAULO, 04506-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,037.03

### 3.139 5

**Nonpriority creditor's name and mailing address**

SINTEL TECN INFORMACAO LTDA
R AMAZONAS 363
SAO CAETANO DO SUL, 09520-070
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,114.50

### 3.139 6

**Nonpriority creditor's name and mailing address**

SINUELO SERVICE LTDA
RODOVIA BR 277 5200
CURITIBA, 82305-200
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,152.82

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.139 7** Nonpriority creditor's name and mailing address

SIVECO BRASIL COMERCIO INFORMATICO
AVENIDA PRESIDENTE ANTONIO CARLO 58
RIO DE JANEIRO, 20020-010
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,109.42

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.139 8** Nonpriority creditor's name and mailing address

SLC INSTRUMENTAÇÃO INDUSTRIAL LTDA.
RUA PROFESSOR LEONZIO RONCONI 86
SÃO PAULO, 02737-030
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 117.71

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.139 9** Nonpriority creditor's name and mailing address

SLOTTER INDUSTRIA DE EMBALAGEM LTDA
R TENENTE ONOFRE RODRIGUES DE A 962
MOGI DAS CRUZES, 08770-040
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,395.28

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.140 0** Nonpriority creditor's name and mailing address

SMC AUTOMACAO DO BRASIL LTDA
AV PIRAPORINHA 777
SAO BERNARDO DO CAMPO, 09891-001
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 7,610.91

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.140 1** Nonpriority creditor's name and mailing address

SMR USINAGEM E FERRAMENTARIA LTDA E
AVENIDA 12 2554
RIO CLARO, 13503-019
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 12,582.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| **3.140 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,277.40 |
|---|---|---|---|
| | SMRC FABRICACAO E COMERCIO DE PRODU<br>AV ORLANDA BERGAMO 1062<br>GUARULHOS, 07232-151<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.140 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,159.39 |
|---|---|---|---|
| | SMS RESISTÃŠNCIAS ELÃ‰TRICAS LTDA<br>R DO ALUMÃNIO 500<br>ITAQUAQUECETUBA, 08586-220<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.140 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,817.74 |
|---|---|---|---|
| | SODA QUIM I C LTDA ME<br>R ANTONIO PINTO PEREIRA 560<br>SUMARE, 13180-500<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.140 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,659.66 |
|---|---|---|---|
| | SOLIDMETALS FERRAMENTARIA LTDA<br>RUA DO TUCURA 1062<br>MOGI MIRIM, 13807-011<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.140 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,864.83 |
|---|---|---|---|
| | SOROCAMP TECNOLOGIA LTDA - EPP<br>AV. MARECHAL CARMON 634, SLS: 3 E 4<br>CAMPINAS, 13041-311<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.140 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,169.72 |
|---|---|---|---|

SP AUTOMACAO E REPAROS LTDA
BENEDITO ANTONIO DE CAMPOS 123
BOITUVA, 18550-318
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.140 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,514.29 |
|---|---|---|---|

SPANSET DO BRASIL LTDA
AV DR JEFFERSON GERALDO BRUNO 18
RESENDE, 27536-015
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.140 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 867.29 |
|---|---|---|---|

SPECTRIS DO BRASIL INSTR. ELETRONIC
RUA LUIS CORREA DE MELO 92
SÃFO PAULO, 04726-220
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.141 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 896.22 |
|---|---|---|---|

SPESSO GASKETS S.R.L.
STRADA DEL FRANCESE 133
TORINO, 10156
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.141 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,534.05 |
|---|---|---|---|

SPIRAX SARCO I C LTDA
AV MANUEL LAGES DO CHAO 268
COTIA, 06705-050
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | | Case number (if known) | 25-11062 |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 2**

**Nonpriority creditor's name and mailing address**

SPRINGER CARRIER LTDA
RUA CONSELHEIRO NEBIAS 957
SAO PAULO, 01203-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,415.53

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

STA COMPONENTES ELETRONICOS LTDA
BALTAZAR GOMES DE ALARCÃO 229
SÃFO PAULO, 04417-270
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,006.60

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

STAMPER INDUSTRIA E COMERCIO DE PEC
R LUIZ LAWRIE REID 283
DIADEMA, 09930-760
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,090.06

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

STAMPLINE METAIS ESTAMPADOS LTDA
R MARTINO DRAGONE 273
LIMEIRA, 13480-308
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94,593.88

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

STAMPTEC I C PECAS EST LTDA
R COSTA BARROS 3263
SAO PAULO, 03210-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16,127.26

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|---------------------------------------------------------------|------------------------|----------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.141 7**

**Nonpriority creditor's name and mailing address**

STAR FLASH INDUSTRIA E COMERCIO DE
R LUIZ LAZARETTI 244
VALINHOS, 13279-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 704.98

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

STAR TECNICA INDUSTRIA E COMERCIO L
R ITAGUAJE 51
GUARULHOS, 07170-520
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,031.96

---

**3.141 9**

**Nonpriority creditor's name and mailing address**

STARHOUSE INFORM L PP
AVENIDA REBOUÃ‡AS 3242
SUMARE, 13170-023
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 291.48

---

**3.142 0**

**Nonpriority creditor's name and mailing address**

STARPY BRASIL MAQIINAS E EQUIPAMENT
AV. CONCEIÃ‡ÃFO MARTINS 268, SALA 03
SANTA BÃRBARA DÃ€™OESTE, 13456-677
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,813.39

---

**3.142 1**

**Nonpriority creditor's name and mailing address**

STARTECH PRECISION MOULD CO.,LTD
20 WEST HUAGANG ROAD
JIANGYIN, 214446
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 436,100.00

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142 2** **Nonpriority creditor's name and mailing address**

STEFANINI CONSLT A NFORM S A
AV MARGINAL 156
JAGUARIUNA, 13820-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45,103.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 3** **Nonpriority creditor's name and mailing address**

STELLA RESINAS E E TRAT AGUA LTDA
R ANTONIO FCO AZEVEDO FILHO 135
TABOAO DA SERRA, 06757-220
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 629.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 4** **Nonpriority creditor's name and mailing address**

STILO PLAST IND. COM. IMP. EXP DE
AV BARREIRA GRANDE 1612
SAO PAULO, 03916-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,528.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 5** **Nonpriority creditor's name and mailing address**

STMICROELECTRONICS INTERNATIONAL N.
SCHIPHOL BOULEVARD 265
AMSTERDAM, 1118 BH
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,293,178.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 6** **Nonpriority creditor's name and mailing address**

SUCCESS WORKING SERV TECN LTDA ME
R RUI BARBOSA 583
SANTO ANDRE, 09190-370
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,632.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 7** | **Nonpriority creditor's name and mailing address**

SULAMERICANA INDUSTRIA E COMERCIO L
R PROFESSOR ALMEIDA PRADO 41
SAO BERNARDO DO CAMPO, 09890-470
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                13,488.27

---

**3.142 8** | **Nonpriority creditor's name and mailing address**

SUMAKA BALANCAS COM. AUTOMACAO LOC.
RUA ANTONIO MAIA 220
SAO PAULO, 05204-110
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     552.33

---

**3.142 9** | **Nonpriority creditor's name and mailing address**

SUMIG SOLUCOES PARA SOLDA E CORTE L
ALAMEDA VENUS 360
INDAIATUBA, 13347-659
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,923.12

---

**3.143 0** | **Nonpriority creditor's name and mailing address**

SUMIRIKO AUTOMOTIVE HOSE POLAND SP.
GABRIELA NARUTOWICZA 61
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                80,392.54

---

**3.143 1** | **Nonpriority creditor's name and mailing address**

SUN CHEMICAL S P A
VIA ACHILLE GRANDI 6
SETTATA FRAZ. CALEPPIO, 20090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  6,141.29

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|--------------------------------------------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.143 2**

**Nonpriority creditor's name and mailing address**

SUPERIOR FASTENING  SHANGHAI  LTD
1051 XING WEN ROAD
SHANGHAI, 201815
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 26.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

SUPPLYPACK INDUSTRIA E COMERCIO DE
RUA 21 BE 1240
RIO CLARO, 13501-380
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 410.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

SYNESIS SRL
VIA MICHELE SCHINA 7
TURIN, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 35,677.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

SYSCAMP SISTEMAS DE AUTOMAÇÃO LTDA
R SANTO ANTONIO CLARET 322
CAMPINAS, 13070-145
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 719.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

T SYSTEMS DO BRASIL LTDA
R BAFFIN 32/60
SAO BERNARDO DO CAMPO, 09750-620
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,169.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1437** Nonpriority creditor's name and mailing address

TALLERES IRUDI SL
EUSKALERRIA S/N
ZALDIBAR, 48250
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,308.36

---

**3.1438** Nonpriority creditor's name and mailing address

TB SOLUCOES EM TESTE E AUTOMAÇÃO
R CAROLINA GERMANO KOKOL 106
CAMPINAS, 13084-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109,833.28

---

**3.1439** Nonpriority creditor's name and mailing address

TDK CORPORATION OF AMERICA
300 475 HALF DAY ROAD
ILLINOIS, 60069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 103,999.61

---

**3.1440** Nonpriority creditor's name and mailing address

TDK ELECTRONICS AG
IN DEN SEEWIESEN 26
HEIDENHEIM, 89520
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,128.40

---

**3.1441** Nonpriority creditor's name and mailing address

TE CONNECTIVITY BRASIL INDÚSTRIA DE
R AMPERE 304
BRAGANCA PAULISTA, 12929-570
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 140,223.36

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**

TECFLUX LTDA
R ONZE DE JUNHO 476
SAO PAULO, 04041-001
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,186.27

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

TECHNO INSTALACAO E MANUTENCAO DE
RUA SUECIA 30
CONTAGEM, 32340-170
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              67,056.04

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

TECHNOCUT MRS INDUSTRIA E COMERCIO
RUA ANTONIA MARTINS LUIZ 632
INDAIATUBA, 13347-404
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,780.74

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

TECLAGO INDUSTRIA E COMERCIO EIRELI
ESTRADA DA LAGOINHA 175
VARGEM GRANDE PAULISTA, 06730-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   145.06

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

TECNICA SA
RDV EDGARD MAXIMO ZAMBOTO 5500-B
CAMPO LIMPO PAULISTA, 13230-970
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,882.01

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.144 7**

**Nonpriority creditor's name and mailing address**

TECNOPROD TECNOLOGIA DE PRODUCAO S
AV JULIUS PAULI 1310
JUNDIAI, 13218-664
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,489.46

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

TECTAPE PAULISTA INDUSTRIA E COMERC
RUA LUIZA DE OLIVEIRA SOUZA
JANDIRA, 06612-270
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 556.60

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

TEH DIING INDUSTRIAL (DONG GUAN) CO
2 EAST BUILDING 2
DONG GUAN, 523600
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,400.00

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

TEKIN IND C EQUIP  SEG LTDA
EST GALVAO BUENO 4146
SAO BERNARDO DO CAMPO, 09842-080
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,447.24

---

**3.145 1**

**Nonpriority creditor's name and mailing address**

TELEFONICA INFRAESTRUTURA E SEGURAN
AV ENG LUIZ CARLOS BERRINI 1376
SÃO PAULO, 04571-936
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,213.36

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.145 2** **Nonpriority creditor's name and mailing address**

TEMISTOCLES DE PAULA PEREIRA
R MARIA TEREZA DE CASTRO 85
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,457.47

**3.145 3** **Nonpriority creditor's name and mailing address**

TEMPERJATO TRAT METAIS LTDA ME
R LUIZ NOVI 135
MAUA, 09380-140
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 127.71

**3.145 4** **Nonpriority creditor's name and mailing address**

TESTA FERRAMENTARIA LTDA
RUA JOAO BATISTELLA 362
LIMEIRA, 13486-037
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,751.78

**3.145 5** **Nonpriority creditor's name and mailing address**

TEX EQUIPAMENTOS ELETRONICOS INDUST
AV GUTEMBERG JOSÃ‰ COBUCCI 293
ITUPEVA, 13295-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,003.34

**3.145 6** **Nonpriority creditor's name and mailing address**

TEX FIBRAS IND. COM. ESCAP. AUT LTD
R TRIANGULO 54
BETIM, 32689-326
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 122,563.97

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.145
7** | **Nonpriority creditor's name and mailing address**

TEX TECNOLOGIA EM SERVICOS E COMERC
AVENIDA GUTEMBERG J 293, GALPAO 1-A
ITUPEVA, 13295-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 346.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145
8** | **Nonpriority creditor's name and mailing address**

TEXAS INSTRUMENTS INCORPORATED
12500 TI BOULEVARD
DALLAS - TEXAS, 75243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 151,982.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145
9** | **Nonpriority creditor's name and mailing address**

TEXMET INDUSTRIAL E COMERCIAL LTDA
ATILIO PIFFER 272
SÃFO PAULO, 02516-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,876.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146
0** | **Nonpriority creditor's name and mailing address**

TEXTURIZAR SERVICOS DE TEXTURA EM
RUA LILA RIPOLL 135
CAXIAS DO SUL, 95012-670
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,336.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146
1** | **Nonpriority creditor's name and mailing address**

TFX ILUMINAÇÃO INDÚSTRIA E COMÉRCIO
POTENGI 120
GUARULHOS, 07180-130
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,681.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 2** **Nonpriority creditor's name and mailing address**

TGF DISP P METALIZ DE FAROIS E LANT
RUA JOAO PESSOA 340
SAO CAETANO DO SUL, 09520-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                36,247.17

---

**3.146 3** **Nonpriority creditor's name and mailing address**

THOMAS TECN COML ELEMS TRANSM LTDA.
R EDUARDO DE MAGALHAES 86
SAO PAULO, 04355-090
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                105.06

---

**3.146 4** **Nonpriority creditor's name and mailing address**

THOMSON REUTERS BRASIL CONTEÄSDO E
AV DR CARDOSO DE MELO 1855
SÄFO PAULO, 04548-005
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                20,619.06

---

**3.146 5** **Nonpriority creditor's name and mailing address**

THR INDUSTRIA E COMERCIO DE EMBALAG
R FORTE DOS FRANCESES 455
SAO PAULO, 08340-150
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,486.50

---

**3.146 6** **Nonpriority creditor's name and mailing address**

TIAGO DE OLIVEIRA CRUZ AGUA MINERAL
AVENIDA BARAO DE MAUA 3012
MAUA, 09340-440
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,094.48

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 7**

**Nonpriority creditor's name and mailing address**

TICKET GESTAO EM MANUTENCAO EZC S.A
RUA MACHADO DE ASSIS 50, EDIF 03
CAMPO BOM, 93700-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,374.41

---

**3.146 8**

**Nonpriority creditor's name and mailing address**

TICKET SOLUCOES HDFGT S/A
RUA MACHADO DE ASSIS 50
CAMPO LIMPO, 93700-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,014.17

---

**3.146 9**

**Nonpriority creditor's name and mailing address**

TICONA POLYMERS LTDA
AV JORGE BEI MALUF 2081
SUZANO, 08686-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109,700.02

---

**3.147 0**

**Nonpriority creditor's name and mailing address**

TINTAS MC LTDA
AV BERNARDINO DE CAMPOS 640
AMPARO, 13900-400
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,292.35

---

**3.147 1**

**Nonpriority creditor's name and mailing address**

TMT EQUIPAMENTOS E PEAÇAS DO BRASIL
BENTO BRANCO DE ANDRADE FILHO 216
SÃFO PAULO, 04757-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,312.18

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147 2** | **Nonpriority creditor's name and mailing address**

TOLEDO DO BRASIL INDUSTRIA DE BALAN
R MANOEL CREMONESI 01
SAO BERNARDO DO CAMPO, 09851-330
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,438.07

---

**3.147 3** | **Nonpriority creditor's name and mailing address**

TOOLS MILL INDUSTRIA E COMERCIO LTD
AVENIDA DOS INAJÁS 40B
HORTOLANDIA, 13187-041
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               13,015.37

---

**3.147 4** | **Nonpriority creditor's name and mailing address**

TOP LAMPADAS COMERCIAL EIRELI
RUA BOM JESUS DE IGUAPE 5136
CURITIBA, 81730-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,123.44

---

**3.147 5** | **Nonpriority creditor's name and mailing address**

TOP UNIFORMES LTDA
WENCESLAU SIMOES DE ALMEIDA 143
PARAISOPOLIS, 37660-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,150.14

---

**3.147 6** | **Nonpriority creditor's name and mailing address**

TOPICO LOCACOES DE GALPOES E
AVENIDA JOAO PAULO I 1776
EMBU DAS ARTES, 05576-100
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,167.88

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147
7** **Nonpriority creditor's name and mailing address**

TORNERIA SERRA S.R.L.
VIA MAROCCHI 118
TORINO, 10046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,937.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147
8** **Nonpriority creditor's name and mailing address**

TR ITALY S.P.A.
VIA GIUSEPPE COSTANTINI 19
FOSSATO DI VICO (PG), 06022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 24,668.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147
9** **Nonpriority creditor's name and mailing address**

TRADE E TALENTOS SOLUCOES EM TRADE
RUA CALÇADA DAS TULIPAS 40, SALA 2
BARUERI, 06453-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,295.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148
0** **Nonpriority creditor's name and mailing address**

TRANSFORMACIONES METALURG NORMA SA
POL. INDUSTRIAL ITZIAR PARCELA H1
DEBA, 20829
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,085,453.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148
1** **Nonpriority creditor's name and mailing address**

TRANSPORTADORA CAPELA LTDA
AV SAO FRANCISCO  331 318
SANTOS, 11013-203
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,060.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.148 2** **Nonpriority creditor's name and mailing address**

TRANSPORTE COLETIVO JUATUBA LTDA
AV MATO GROSSO 1040
BETIM, 32678-050
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 371.86

**3.148 3** **Nonpriority creditor's name and mailing address**

TRANSRODUARTE TRANSPORTES DE CARGAS
RUA AGGEU SILVEIRA MONTEIRO 546
SANTO ANDRÉ, 09182-360
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,811.93

**3.148 4** **Nonpriority creditor's name and mailing address**

TRAUEN PLASTICOS INDUSTRIA E COMERC
R JOSE FERREIRA 70
SAO JOSE DOS CAMPOS, 12238-571
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,954.36

**3.148 5** **Nonpriority creditor's name and mailing address**

TREBOL GESTION CALIDAD SLU
LUNA 1
VALLADOLID, 47007
SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 935.04

**3.148 6** **Nonpriority creditor's name and mailing address**

TRIADE SERVICOS TERCEIRIZADOS E TRA
PRACA DOUTOR NAYLOR SALLES GONT 104
VARGINHA, 37010-510
BRAZIL

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 64,611.01

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

TRIADE VIGILANCIA E SEGURANCA LTDA
AVENIDA SAO JOSE 535 A
VARGINHA, 37002-135
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    31,369.18

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

TRIBOLUB TECNOLOGIAS EM LUBRIFICAÃ‡ÃF
CONSELHEIRO DANTAS 134
CURITIBA, 80220-190
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     1,777.73

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

TRIGO BRASIL - SERVICOS DE ANALISES
AVENIDA IPIRANGA 104
SAO PAULO, 01046-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    26,156.42

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

TRIGO BRASIL - SERVICOS DE ANÁLISES
Avenida Dom Pedro II 800
Porto Real, 27570-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       848.06

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

TRIGO BRASIL - SERVICOS DE ANÁLISES
AV. AMAZONAS 1354
BETIM, 32600-324
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                       325.38

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td><td>Amount of claim</td></tr>
</table>

| 3.149 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,344.26 |
|---|---|---|---|
| | TRIGO BRASIL SERV. DE ANÁLISES TÉCN RUA LUIZ GOMES 88, SALA C GOIANA, 55900-000 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.149 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 33,179.04 |
|---|---|---|---|
| | TRIMAQ SERVICOS DE USINAGEM LTDA R AUGUSTO COURBELLY 03 RIBEIRAO PIRES, 09434-640 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.149 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39,272.43 |
|---|---|---|---|
| | TRIOSPUMA INDUSTRIA E COMERCIO LTDA AV JORGE ALFREDO CAMASMIE 280 EMBU DAS ARTES, 06816-050 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.149 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,303.77 |
|---|---|---|---|
| | TS DIADEMA SERVIÇOS LTDA RUA VINTE E SETE DE MARÇO 111 DIADEMA, 09941-450 BRAZIL | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,387.12 |
|---|---|---|---|
| | TSS ITALY (TECHNICAL SEALING SYSTEM CORSO VITTIME DEL LAVORO 34 NICHELINO, 10042 ITALY | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.1497**

**Nonpriority creditor's name and mailing address**

TTB INDUSTRIA E COMERCIO DE PRODUTO
AV PRESTES MAIA 230
DIADEMA, 09930-270
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,291.46

---

**3.1498**

**Nonpriority creditor's name and mailing address**

TUBOCERTO INDUSTRIA TREFILADOS LTDA
AV OSAKA 25
ARUJA, 07400-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 195,009.91

---

**3.1499**

**Nonpriority creditor's name and mailing address**

TUBOPARTES CONFORMACAO DE METAIS LT
AV BRASIL 3100
RIO CLARO, 13505-600
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81,509.44

---

**3.1500**

**Nonpriority creditor's name and mailing address**

TUPER S/A
AFONSO GROSSKOPF STREET, 150  COLONIAL
SÃO BENTO DO SUL, 89.288-200
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** LITIGATION CLAIM

**Date or dates debt was incurred**          UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

**3.1501**

**Nonpriority creditor's name and mailing address**

UAB HELLA LITHUANIA
ORO PARKO STR. 6
KARMELAVA, 54460
LITHUANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 193,976.01

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.150 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 388.91 |
|---|---|---|---|

ULTIMAX EIRELI ME
AVENIDA ERNESTO MATIOLLI 1025
LAVRAS, 37205-231
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.150 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 289,748.24 |
|---|---|---|---|

ULTINON MOTION GERMANY GMBH
PHILIPSSTRASSE 8
AACHEN, 52068
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.150 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 652,827.56 |
|---|---|---|---|

UNIFRAX BRL LTDA
AV INDEPENDENCIA 7033
VINHEDO, 13280-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.150 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 710.11 |
|---|---|---|---|

UNIFRAX EMISSION CONTROL EUROPE LTD
SN UNIT 34 GREENFIELD BUSINESS PARK
HOLYWELL - ESTADO: FLINTSHIRE - PA, CH8 7HJ
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.150 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,921.66 |
|---|---|---|---|

UNIFY SOLUCOES EM TECN DA INF LTDA
RUA CYRO CORREIA P 2400, B1/2 S 6A8
CURITIBA, 81460-050
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.150 7**

**Nonpriority creditor's name and mailing address**

UNIMED AMPARO COOP TRABALHO MED
AV BERNARDINO DE CAMPOS 176
AMPARO, 13900-400
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,617.94

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

UNIMED AMPARO COOP TRABALHO MED
AV DA SAUDADE 369
AMPARO, 13900-570
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    62,126.92

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

UNIMED LAVRAS COOP TRABALHO MED
R DESEMBARGADOR ALBERTO LUZ 211
LAVRAS, 37200-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    173,718.49

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

UNIMED VARGINHA COOPERATIVA DE TRAB
RUA THOMAZ SILVA 150
VARGINHA, 09380-120
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    28.76

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

UNIODONTO CAMPINAS COOP ODONTL
AV BRL 200
CAMPINAS, 13023-075
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    34.58

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:gray"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151 2**

**Nonpriority creditor's name and mailing address**

UNIPEL INDUSTRIA E COMERCIO LTDA
R GOVERNADOR VALADARES 366
EXTREMA, 37640-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,308.40

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

UNIQUE SOUND CO., LTD.
GAROGONWON-RO91
SEOUL - KOREA, 07909
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,320.00

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

UNIS GROUP REPARACAO ELETRONICA IND
RUA DO POLYESTER 28
AMERICANA, 13474-764
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,799.31

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

UNITECH MANUTENCAO E SERVICOS LTDA.
ARTHUR CORRADI 177, SALA 1
VILA DUSI, 09725-240
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,799.44

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

UNIVERSAL SCIENTIFIC INDUSTRIAL DE
ANILO PERIFERICO NORTE MANUEL G 656
GUADALAJARA, 44300
MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 547,436.89

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1517**

**Nonpriority creditor's name and mailing address**

USECAR LOCADORA DE VEÃCULOS S/A
USECAR LOCADORA DE VEÃCULOS S/A 520
BELO HORIZONTE, 30330-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,897.28

---

**3.1518**

**Nonpriority creditor's name and mailing address**

USIDUR I C LTDA
R VARGEM GRANDE DO SUL 439
CAMPINAS, 13040-072
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,941.82

---

**3.1519**

**Nonpriority creditor's name and mailing address**

USINAS SIDERURGICAS DE MINAS
RODOVIA DOM DOMEICO RANGONI 1
CUBATAO, 11573-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,495.59

---

**3.1520**

**Nonpriority creditor's name and mailing address**

VAGNER DEFENDI E C A EPP
R LUIS POSSOLINI S N
AMPARO, 13908-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,465.33

---

**3.1521**

**Nonpriority creditor's name and mailing address**

VALENTINA MOVEIS CORPORATIVOS - EPP
RUA AURELIA 126
SÃO CAETANO DO SUL, 09551-340
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 823.26

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.152 2**

**Nonpriority creditor's name and mailing address**

VALFSAN DIS TICARET LTD. STI.
ISTANBUL ENDUSTRI VE TICARET 34340
ISTANBUL, 34957
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 55,121.72

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

VARITRONIX LTD
S/N 22 CHUN CHEONG STREET TKO IND E
TSEUNG KWAN O, 99999
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 38,882.70

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

VASSARI METALURGICA LTDA
AV LIDER 150
SAO PAULO, 03586-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   5,261.14

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

VAZ DE LIMA ENGENHARIA LTDA
RUA DOUTOR EDINEY CORDENONSI 242
AMERICANA, 13468-864
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,042.55

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

VCI BRASIL INDUSTRIA E COMERCIO DE
RDV MAL RONDON SN
BAURU, 17053-460
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      502.22

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1527**

**Nonpriority creditor's name and mailing address**

VECOFLOW LTDA
R UIRAPURU 377
CAMPINAS, 13061-333
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,321.11

---

**3.1528**

**Nonpriority creditor's name and mailing address**

VECTOR INFORMATIK GMBH
INGERSHEIMER 24
GERMANY, 70499
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,156.38

---

**3.1529**

**Nonpriority creditor's name and mailing address**

VELMOLD PLASTICS (P) LTD.
FCA3807(A- SGM NAGAR NH-3 RAJA CHOW
FARIDABAD, 121001
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,062.37

---

**3.1530**

**Nonpriority creditor's name and mailing address**

VENTANA SERRA BRL AGENC CARGAS LTDA
PC DA REPUBLICA 87
SANTOS, 11013-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 198.44

---

**3.1531**

**Nonpriority creditor's name and mailing address**

VENTANA SERRA DO BR AGENCIAMENTO DE
AV MONTEIRO LOBATO 4550
GUARULHOS, 07180-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,615.92

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.153 2** | **Nonpriority creditor's name and mailing address**

VENTANA SERRA DO BRASIL AGENCIAMENT
R TEONILIO NIQUINI 580
BETIM, 32669-700
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 530.92

---

**3.153 3** | **Nonpriority creditor's name and mailing address**

VENTANA SERRA DO BRASIL AGENCIAMENT
AV DOMINGOS FERREIRA 4060
RECIFE, 51011-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,043.34

---

**3.153 4** | **Nonpriority creditor's name and mailing address**

VESUVIO ARTEFATOS DE BORRACHA LTDA
RUA JOSE CLEMENTE PEREIRA 79
DIADEMA, 09961-050
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 775.41

---

**3.153 5** | **Nonpriority creditor's name and mailing address**

VETOR HSE CONSULTORIA E ASSESSORIA
JOSE JACOBSEN 141
AMPARO, 13908-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,826.04

---

**3.153 6** | **Nonpriority creditor's name and mailing address**

VHTEC - COMERCIO E SERVICOS LIMITAD
RUA ANTONIO MARCONDES 260
SÃO PAULO, 04267-020
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 997.61

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.153 7**

**Nonpriority creditor's name and mailing address**

VIBRA ENERGIA S.A
AVENIDA JOAQUIM MIGUEL COUTO 1985
CUBATAO, 11510-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,596.05

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

VIBRA ENERGIA S.A
RODOVIA SP 332 SN
PAULINIA, 13140-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,413.84

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

VIBRACOUSTIC ROMANIA S.R.L.
HENRI COANDA 3
DEJ, 0405200
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 63,154.97

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

VIBRACOUSTIC SOUTH AMERICA LTDA
AVENIDA ARCENIO RIEMMA 1415
TAUBATE, 12072-250
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,242.65

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

VIBRACOUSTIC SPAIN S.A.U
C/ LOPEZ BRAVO 35 200
BURGOS, 09001
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59,591.13

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.154 2**

**Nonpriority creditor's name and mailing address**

VIKING TECH CORPORATION
70 GUANGFU N ROAD
HSINCHU, 303
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,493.00

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

VIP IND. COM. CAIXAS PAP. ONDULADO
RODOVIA MIGUEL MELHADO CAMPOS KM 01
VINHEDO, 13288-003
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,329.66

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

VISHAY AMERICAN  INC
SN ONE GREENWICH PLACE
SHELTON , CT, 06484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,836.56

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

VITALIZA HIGIENIZACAO DE CAIXAS PLA
RUA DARIO FREIRE MEIRELLES 335
CAMPINAS, 13082-045
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,842.29

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

VITESCO AUTOMOTIVE CHANGCHUN
1981 WUHAN AVENUE
CHANGCHUN, 130033
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 482,800.56

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.154 7** **Nonpriority creditor's name and mailing address**

VITESCO TECHNOLOGIES USA, LLC
200 2700 AIRPORT ROAD
SANTA TERESA, 88008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    81,108.00

---

**3.154 8** **Nonpriority creditor's name and mailing address**

VOLTZ SOLUCOES ELETRICAS LTDA
AV ENGENHEIRO DARCY NOGUEIRA D 1215
BETIM, 32675-385
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,612.98

---

**3.154 9** **Nonpriority creditor's name and mailing address**

VORWERK AUTOTEC GMBH & CO.KG
OBERE LICHTENPLATZER STR. 336
WUPPERTAL, 42287
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    26,150.39

---

**3.155 0** **Nonpriority creditor's name and mailing address**

W H B DO BRL LTDA
AV CECI 238
BARUERI, 06460-120
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,716.27

---

**3.155 1** **Nonpriority creditor's name and mailing address**

W.F. EXTINTORES LTDA-ME
RUA: GUIDO DALDOSSO 05
PEDREIRA, 13900-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    899.11

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|--------|------|------|------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.155 2**

**Nonpriority creditor's name and mailing address**

W.T.C. TECNOLOGIA EM TRATAMENTO DE
RUA PEDRO DE CASTILHO S/N
SÃO PAULO, 02289-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 549.01

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

WAPMETAL IND. E COM. DE MOLAS E
RUA LUIZ VIEIRA 555
ITAPEVI, 06680-056
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,257.24

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

WATER LAB LABOR I C LTDA ME
R GUILHERME 127
SAO BERNARDO DO CAMPO, 09891-370
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 379.21

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

WDE REFRIGERACAO COMERCIAL MONTAGEM
RUA PROFESSOR JORGE HENNINNGS 195
CAMPINAS, 13070-751
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,523.10

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

WEBER AUTOM CONTROL INDL LTDA
R BICAS 215
BELO HORIZONTE, 31030-160
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,552.89

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

WEBJUNTAS VEDAÇÕES LTDA
RUA DOS FONSECAS 172
SÃO PAULO, 03480-030
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,034.59

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

WEIDPLAS BRASIL INDUSTRIA E COMERCI
AV COMENDADOR LEOPOLDO DEDINI 85
PIRACICABA, 13422-210
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                17,383.41

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

WEISHAUPT BRL I C LTDA
AV. VISCONDE DE INDAIATUBA 1801
INDAIATUBA, 13338-010
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                3,149.86

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

WENDPAP BARROS SERV PROCESS LT
VINTE E QUATRO DE MAIO 643
PINHAIS, 83323-060
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                38.27

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

WEPPLER FILTER GMBH
ZIMMERSMUHLENWEG 61
OBERURSEL, 61440
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                5,815.72

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 2** **Nonpriority creditor's name and mailing address**

WEST SIDE VIAGENS E TURISMO LTDA
AV SANTANA 1000, BLOCO D
HORTOLANDIA, 13188-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69,398.81

---

**3.156 3** **Nonpriority creditor's name and mailing address**

WFS MANUTENCAO E INSTALACAO DE MAQU
AV NOVA YORK 60
BETIM, 32677-164
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,583.15

---

**3.156 4** **Nonpriority creditor's name and mailing address**

WHITE MARTINS GASES INDIS LTDA
AV CASA GRANDE 2422
DIADEMA, 09961-350
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 586.56

---

**3.156 5** **Nonpriority creditor's name and mailing address**

WHITE MARTINS GASES INDUSTRIAIS LTD
R BENEDITO GONCALVES 2320
DIVINOPOLIS, 35502-287
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,326.93

---

**3.156 6** **Nonpriority creditor's name and mailing address**

WHITE MARTINS GASES INDUSTRIAIS LTD
R INDUSTRIAL SN
JECEABA, 35498-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,156.29

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.156 7** **Nonpriority creditor's name and mailing address**

WHITE MARTINS GASES INDUSTRIAIS LTD
IRACEMA LUCAS 255
VINHEDO, 13288-172
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,896.26

---

**3.156 8** **Nonpriority creditor's name and mailing address**

WHITE MARTINS GASES INDUSTRIAIS LTD
ESTRADA DA PETROBRAS SN
BETIM, 32637-508
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,466.63

---

**3.156 9** **Nonpriority creditor's name and mailing address**

WHITE MARTINS GASES INDUSTRIAIS LTD
RODOVIA GERALDO SCAVONE 2220
AMERICANA, 13473-625
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,015.86

---

**3.157 0** **Nonpriority creditor's name and mailing address**

WHITE MARTINS GASES INDUSTRIAIS LTD
RODOVIA GERALDO SCAVONE 2200
JACAREI, 12305-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,985.13

---

**3.157 1** **Nonpriority creditor's name and mailing address**

WILHELM PLASTIC
KOERLER STRASSE 5
FLOH - SELIGENTHAL,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,959.68

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157 2**

**Nonpriority creditor's name and mailing address**

WSA AUTOMAÇÃO INDUSTRIAL LTDA
MONTE FUJI 28
PAULINIA, 13141-004
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,454.86

**3.157 3**

**Nonpriority creditor's name and mailing address**

WUS INTERNATIONAL COMPANY LIMITED
81 JINSHAN ROAD
HUANGSHI,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 82,999.76

**3.157 4**

**Nonpriority creditor's name and mailing address**

WUS INTERNATIONAL COMPANY LIMITED
23 39 PAK TIN PAR STREET   ROOM 120
TSUEN WAN  HONG KONG, 241009
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 81,221.34

**3.157 5**

**Nonpriority creditor's name and mailing address**

XTPG SISTEMAS DE INFORMACOES LTDA
R LEOPOLDO COUTO MAGA 146, ANDAR 10
SAO PAULO, 04542-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,480.21

**3.157 6**

**Nonpriority creditor's name and mailing address**

YAGEO CORPORATION
3 F 233-1 BAOQIAO RD
NEW TAIPEI - TAIWAN, 231
TAIWAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104,130.59

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number (if known) | 25-11062 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157 7**

**Nonpriority creditor's name and mailing address**

YANGZHOU OCEAN FRIEND IMP E EXP CO
9 WEST WENHUI ROAD
YANGZHOU, 225000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,525.00

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

YANTAI RUNFUXIANG OIL SEAL CO.
587 LONGMEN WEST ROAD
LAIYANG, 265200
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 241.26

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

ZEENTECH CONSULTORIA EM TECNOLOGIA
AVENIDA DO TABOAO 899
SAO BERNARDO DO CAMPO, 09655-900
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,185.60

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

ZETRONIC SRL
NONA STRADA, 29
PADOVA, 35129
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,329.53

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

ZHEJIANG BICOM OPTICS CO., LTD.
258 WEST YUNSI RD
DAYUN,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,948.32

---

| Debtor | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Case number *(if known)* | 25-11062 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.158 2**

**Nonpriority creditor's name and mailing address**

ZIRTEC INDUSTRIA E COMERCIO LTDA
R MUNIZ DE SOUZA 306
SAO PAULO, 01534-000
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,258.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

ZOBOR INDUSTRIA MECANICA LTDA
AV HOLLINGSWORTH 519
SOROCABA, 18087-105
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 8,890.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line<br><br>☐ Not listed.  Explain | |
| 4.2 | | Line<br><br>☐ Not listed.  Explain | |
| 4.3 | | Line<br><br>☐ Not listed.  Explain | |
| 4.4 | | Line<br><br>☐ Not listed.  Explain | |
| 4.5 | | Line<br><br>☐ Not listed.  Explain | |
| 4.6 | | Line<br><br>☐ Not listed.  Explain | |
| 4.7 | | Line<br><br>☐ Not listed.  Explain | |
| 4.8 | | Line<br><br>☐ Not listed.  Explain | |
| 4.9 | | Line<br><br>☐ Not listed.  Explain | |

Debtor    Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda        Case number (if known)    25-11062
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| | | | + Undetermined Amounts |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ 125,659,784.82 |
| | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 125,659,784.82 |
| | | | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name     Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11062

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF VITAL MEDIA CUSTODY SERVICES IN AN AIR-CONDITIONED TAPE LIBRARY DATED: 12/22/2016 | 2GL GUARDA DE DOCUMENTOS LTDA. RUA ERITRINA, 40 - COND.  VECCON ZETA - SUMARE-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF CUSTODY SERVICES AND DOCUMENT MANAGEMENT DATED: 12/22/2016 | 2GL GUARDA DE DOCUMENTOS LTDA-ME RUA ERITRINA, 40 - LOTEAMENTO INDUSTRIAL VECCON ZETA - CEP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF CUSTODY SERVICES AND DOCUMENT MANAGEMENT DATED: 12/22/2016 | 2GL GUARDA DE DOCUMENTOS LTDA-ME RUA ERITRINA, 40 - LOTEAMENTO INDUSTRIAL VECCON ZETA - CEP. 13178-543  SUMARE-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSIGNMENT AGREEMENT DATED: 02/03/2014 | 3 DIMENSIONAL SERVICES 2547 PRODUCT DRIVE ROCHESTER HILLS, MI |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED: 05/17/2010 | 3COM DO BRASIL SERVICOS LTDA RUA VERBO DIVINO N° 1547, 2ND AND 3RD FLOORS - ALIANGA BUILDING, CITY OF SAO PAULO -  SP - ZIP CODE: 04719-002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

<br>

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 05/17/2010 | 3COM DO BRASIL SERVICOS LTDA RUA VERBO DIVINO N° 1547, 2ND AND 3RD FLOORS - ALIANGA BUILDING, CITY OF SAO PAULO - SP - ZIP CODE: 04719-002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 05/17/2010 | 3COM DO BRASIL SERVIGOS LTDA RUA VERBO DIVINO N° 1547, 2ND AND 3RD FLOORS - ALIANGA BUILDING, CITY OF SAO PAULO - SP - ZIP CODE: 04719-002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 05/17/2010 | 3COM DO BRASIL SERVIGOS LTDA RUA VERBO DIVINO N° 1547, 2ND AND 3RD FLOORS - ALIANGA BUILDING, CITY OF SAO PAULO - SP - ZIP CODE: 04719-002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | MULTIPLE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/14/2010 | A.EMPRESA BRASILEIRA DE CORREIOS E TELEGRAFOS. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO TERMINATE THE BUSINESS RELATIONSHIP WITH DISCONTINUED SUPPLY (PHASE-OUT PLAN) DATED: 08/15/2013 | A.G. INDUSTRIAL LTDA PEDREIRA-SP, AT RUA MARIA ANGI SARKIS, S/N |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO TERMINATE THE BUSINESS RELATIONSHIP WITH DISCONTINUED SUPPLY (PHASE-OUT PLAN) DATED: 08/15/2013 | A.G. INDUSTRIAL LTDA PEDREIRA-SP, AT RUA MARIA ANGI SARKIS, S/N, REGISTERED WITH THE CNPJ/MF UNDER NO. 63.981.369/0001-42 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TERMINATION OF COMMERCIAL RELATIONSHIP: 8/15/2013 | A.G. INDUSTRIAL LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: | ABC INDUSTRIA, COMERCIO, IMPORTACAO E EXPORTACAO DE COMPONENTES AUTOMOTIVOS LTDA. SAO BERNARDO DO CAMPO,  STATE OF SAO PAULO, AT RUA GARCIA LORCA, N° 105, CONJUNTO 03, BAIRRO: RUDGE RAMOS, CEP:  09695-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | ABC INDUSTRIA, COMERCIO, IMPORTAQAO E EXPORTAQAO DE COMPONENTES AUTOMOTIVOS LTDA. RODOVIA BR 101 NORTE S/N, KM 13 TO 15,  GALPAO SP.09, NOVA GOIANA, GOIANA - PE,  ZIP CODE 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/22/2025 | ABSOLUTE SEGURANÇA PATRIMONIAL LTDA. RUA CAPITÃO RANGEL, 91, VILA SÃO GERALDO, SÃO PAULO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/05/2015 | ABSOLUTE SEGURANQA PATRIMONIAL LTDA. RUA PADRE ANTONIO DE SA, 83, TATUAPE, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2014 | ACAO SOCIAL DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AVENIDA BERNARDINO DE CAMPOS, 356 - BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 07/01/2009 | ACAO SOCIAL DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AT AV. BERNARDINO DE CAMPOS, 356 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | ACAO SOCIAL DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AVENIDA BERNARDINO DE CAMPOS, 356 - BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2010 | ACAO SOCIAL DE AMPARO CITY OF AMPARO,  STATE OF SAO PAULO, AT AV. BERNARDINO DE CAMPOS, 356 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2014 | ACAO SOCIAL DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AVENIDA BERNARDINO DE  CAMPOS, 356 - BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2013 | ACAO SOCIAL DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AVENIDA BERNARDINO DE CAMPOS, 356 - BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT – TECHNICAL-PROFESSIONAL TRAINING PROJECT DATED: 08/01/2010 | AÇÃO SOCIAL DE AMPARO AVENIDA BERNARDINO DE CAMPOS, 356 CENTRO AMPARO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT – TECHNICAL-PROFESSIONAL TRAINING PROJECT DATED: 07/01/2009 | AÇÃO SOCIAL DE AMPARO AVENIDA BERNARDINO DE CAMPOS, 356 CENTRO AMPARO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | SIGNED LETTER CONTRACT DATED: 12/05/2012 | ACCENTURE DO BRASIL LTDA RUA ALEXANDRE DUMAS, 2051 CHACARA STO. ANTONIO • CEP 04717-004 SAO PAULO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LOCAL SERVICES AGREEMENT AMS DATED: 03/01/2014 | ACCENTURE DO BRASIL LTDA RUA ALEXANDRE DUMAS, 2051, SAO PAULO, SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LOCAL SERVICES AGREEMENT AMS DATED: 01/01/2013 | ACCENTURE DO BRASIL LTDA RUA ALEXANDRE DUMAS, 2051 CHACARA STO. ANTONIO • CEP 04717-004 SAO PAULO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LOCAL SERVICES AGREEMENT AMS DATED: 09/01/2014 | ACCENTURE DO BRASIL LTDA RUA ALEXANDRE DUMAS, 2051, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM #06 TO THE LOCAL SERVICES AGREEMENT DATED: 04/11/2016 | ACCENTURE DO BRASIL LTDA. RUA ALEXANDRE DUMAS, 2051 CHACARA STO. ANTONIO • CEP 04717-004 • SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTANCY AGREEMENT DATED: 11/04/2013 | ACHIEVE ITALIA S.R.L CORSO MONFORTE 36 MILANO, MI, 20122 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 02/02/2011 | ACOPLAST INDUSTRIA E COMERCIO LIMITADA RUA FRANZ JOSEPH GILL, 95, DISTRITO INDUSTRIAL JUVENAL LEITE, ITAPIRA-SP, CEP: 13.977-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 02/02/2011 | ACOPLAST INDUSTRIA E COMERCIO LIMITADA RUA FRANZ  JOSEPH GILL, 95, DISTRITO INDUSTRIAL JUVENAL LEITE, ITAPIRA-SP, CEP: 13.977-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 04/04/2011 | ACTION AGENCIAMENTO DE CARGAS LTDA RUA   MONTES CLAROS, N° 1429 - BAIRRO ANCHIETA, BELO HORIZONTE, STATE OF MINAS GERAIS, CEP  30.310-370 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT | ACUMULADORES MOURA S/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF REAL ESTATE FOR NON-RESIDENTIAL PURPOSES DATED: 01/02/2012 | ADN22 INDUSTRIA DE COURO LTDA RUA ANTONIO SEBBA, 80, -A  CENTRO - CATALAO/GO, CEP 75701-090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/26/2012 | ADN22 INDUSTRIA DE COURO LTDA. RUA ANTONIO SEBBA, N° 80 - CENTRO, CATALAO/GO,  75701-090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 04/03/2013 | AEVO TECNOLOGIA DA INFORMACAO LTDA RUA HUMBERTO  BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHAREPOINT PLATFORM DATED: 04/06/2012 | AEVO TECNOLOGIA DA INFORMAÇÃO LTDA RUA HUMBERTO BALBI, 21, BAIRRO JARDIM CAMBURI, VITÓRIA – ES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHAREPOINT PLATFORM DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMAÇÃO LTDA RUA HUMBERTO BALBI, 21, JARDIM CAMBURI, VITÓRIA, ESPÍRITO SANTO CNPJ: 08.606.340/0001-72 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHAREPOINT PLATFORM DATED: 04/06/2012 | AEVO TECNOLOGIA DA INFORMAÇÃO LTDA. RUA HUMBERTO BALBI, 21, JARDIM CAMBURI, VITÓRIA – ES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHAREPOINT PLATFORM DATED: 04/03/2013 | AEVO TECNOLOGIA DA INFORMAÇÃO LTDA. RUA HUMBERTO BALBI, Nº 21, JARDIM CAMBURI, VITÓRIA – ES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHAREPOINT PLATFORM DATED: 04/03/2013 | AEVO TECNOLOGIA DA INFORMAÇÃO LTDA. RUA HUMBERTO BALBI, Nº 21, JARDIM CAMBURI, VITÓRIA, ESPÍRITO SANTO, CNPJ 08.606.340/0001-72 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHARE POINT PLATFORM DATED: 04/03/2013 | AEVO TECNOLOGIA DA INFORMAQAO LTDA RUA HUMBERTO BALBI, Nº. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESP^RITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHARE POINT PLATFORM. DATED: 04/06/2013 | AEVO TECNOLOGIA DA INFORMAQAO LTDA RUA HUMBERTO  BALBI, Nº. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESP^RITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 06/04/2012 | AEVO TECNOLOGIA DA INFORMAQAO LTDA RUA  HUMBERTO BALBI, Nº. 21, NEIGHBORHOOD: JARDIM CAMBURI, IN THE MUNICIPALITY OF VITORIA, STATE OF ESP^RITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 06/04/2013 | AEVO TECNOLOGIA DA INFORMAQAO LTDA RUA HUMBERTO  BALBI, Nº. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHARE POINT PLATFORM. DATED: 04/06/2012 | AEVO TECNOLOGIA DA INFORMAQAO LTDA RUA HUMBERTO  BALBI, Nº. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESP^RITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHARE POINT PLATFORM. DATED: 04/06/2012 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA  HUMBERTO BALBI, N°. 21, NEIGHBORHOOD: JARDIM CAMBURI, IN THE MUNICIPALITY OF VITORIA, STATE OF ESP^RITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHAREPOINT PLATFORM DATED: 02/27/2012 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHARE POINT PLATFORM DATED: 04/03/2013 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA HUMBERTO BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA HUMBERTO BALBI, N°. 21, NEIGHBORHOOD: JARDIM CAMBURI, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 04/06/2012 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA  HUMBERTO BALBI, N°. 21, NEIGHBORHOOD: JARDIM CAMBURI, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHARE POINT PLATFORM. DATED: 06/04/2014 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA HUMBERTO  BALBI, N°. 21, JARDIM CAMBURI, VITORIA, ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE SHARE POINT PLATFORM DATED: 04/03/2013 | AEVO TECNOLOGIA DA INFORMAQAO LTDA. RUA HUMBERTO  BALBI, N°. 21, JARDIM CAMBURI NEIGHBORHOOD, IN THE MUNICIPALITY OF VITORIA, STATE OF ESPIRITO SANTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT DATED: 03/12/2012 | AGES PLASTICO LTDA CITY OF BETIM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 12/18/2014 | AGES PLASTICO LTDA RODOVIA BR-381 FEMAO DIAS. S/N. KM 490; CEP. 32670-790. BETIM. MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF COMMODATUM AGREEMENT DATED: 03/12/2012 | AGES PLASTICOS PLASTICOS LTDA CITY OF BETIM, STATE OF MINAS GERAIS, RODOVIA  BR 381 FEMAO DIAS, KM 490, CEP: 32670-790 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | LOCAR CONTRACT DATED: 04/01/2024 | AIR COMPANY COMÉRCIO REPRESENTAÇÃO E LOCAÇÃO LTDA R. JACARANDÁ BRASILIANA, 96, COND. IND. VECCON ZETA SUMARÉ, SP – CEP 13178-545 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2009 | ALLERGIA COMERCIO E SERVIQOS LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2009 | ALLERGIA COMERCIO E SERVIQOS LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE RENTAL OF EQUIPMENT AND PROVISION OF TECHNICAL ASSISTANCE SERVICES DATED: 04/01/2020 | ALMAQUINAS MANUTENÇÕES DE LOGÍSTICA LTDA. AVENIDA SINDICALISTA WANDERLEI TEIXEIRA FERNANDES, NO. 645, DISTRITO INDUSTRIAL DOUTOR HÉLIO PENTAGNA GUIMARÃES, CONTAGEM – MG, CEP: 32113-498 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MOVABLE PROPERTY WITH OPTION TO PURCHASE DATED: 05/22/2014 | ALPESO INDUSTRIA E COMERCIO DE PROTOTYPES LTDA AVENIDA RIACHUELO, 92, VILA CONCEIGAO, DIADEMA, SP, CEP 09912-190 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/25/2009 | ALTAIR ENGINEERING DO BRASIL SISTEMAS E SERVICOS LTDA RUA SAMPAIO VIANA 277 11° ANDAR PARAISO SAO PAULO, SAO PAULO, 04004-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/02/2014 | ALTAIR ENGINEERING DO BRASIL SISTEMAS E SERVICOS LTDA RUA SAMPAIO VIANA, 277 11° ANDAR, PARAISO, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/25/2009 | ALTAIR ENGINEERING DO BRASIL SISTEMAS E SERVIQOS LTDA SAMPAIO VIANA STREET, 277 11° FLOOR PARAISO, SAO PAULO, 04004-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/02/2014 | ALTAIR ENGINEERING DO BRASIL SISTEMAS E SERVIQOS LTDA SAMPAIO VIANA STREET, 277 11° FLOOR, PARAISO, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/25/2009 | ALTAIR ENGINEERING, INC. 1820 E. BIG BEAVER ROAD A MICHIGAN CORPORATION TROY, MI 48083-2031 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/02/2014 | ALTAIR ENGINEERING, INC. 1820 E. BIG BEAVER ROAD TROY, MI 48083-2031 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/02/2014 | ALTAIR ENGINEERING, INC. 1820 E. BIG BEAVER ROAD TROY, MI 48083-2031 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 06/25/2009 | ALTAIR ENGINEERING, INC. 1820 E. BIG BEAVER ROAD TROY, MI 48083-2031 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT EXTENDING THE BINARY DISTRIBUTION AGREEMENT TO A ROYALTY RESPONSIBLE ENTITY DATED: 06/01/2021 | ALTIA INCORPORATED 7222 COMMERCE CENTER DR. SUITE 240 COLORADO SPRINGS, CO 80919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/23/2009 | ALTRAN CONSULTORIA EM TECNOLOGIA LTDA CITY OF BARUERI,  SAO PAULO, AT ALAMEDA RIO NEGRO, N° 585, 4TH FLOOR, CEP: 06454-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/23/2009 | ALTRAN CONSULTORIA EM TECNOLOGIA LTDA CITY OF BARUERI,  SAO PAULO, AT ALAMEDA RIO NEGRO, N° 585, 4TH FLOOR, CEP: 06454-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORT SERVICES UNDER A CONTINUOUS CHARTER REGIME DATED: 04/20/2009 | ALWAYS ENTERPRISE FROM TRANSPORTES LTDA EPP. RUA ANTONIO CARLOS NEVES, 137 - CHACARAS CAMPOS ELISEOS - CAMPINAS - SP - CEP 13.050.137 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORT SERVICES UNDER A CONTINUOUS CHARTER REGIME DATED: 04/20/2009 | ALWAYS TRANSPORT RUA ANTONIO CARLOS NEVES, 137 - CHACARAS CAMPOS ELISEOS - CAMPINAS - SP - CEP 13.050.137 ATTN: VALDEVIR PISSUTI - TRANSPORT MANAGEMENT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT AGREEMENT DATED: 04/09/2012 | ANACOM ELECTRONICA LTDA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AGREEMENT AND OTHER COVENANTS DATED: 01/06/2021 | ANDRADE & SANTOS LOCAÇÃO DE MÓDULOS E IMPORTAÇÃO LTDA. AVENIDA CONSELHEIRO NÉBIAS , Nº 756, CONJ. 2002, – MUNICIPALITY OF BOQUEIRÃO, SANTOS – SP, CEP 11045-002 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL OF TECHNICAL FEES FOR LAYOUT DATED: 08/16/2012 | ANTEGHINI ARQUITETOS ASSOCIADOS S/S RUA LUIS  COELHO, 308, CONJ.37 - CERQUEIRA CESAR - SAO PAULO - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 04/02/2001 | ANYSIS ASSESSORIA EM INFORMATICA LTDA CANADA ALDEBARA, 152 - SALA 02 - CENTRO APOIO II - ALPHAVILLE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 04/02/2001 | ANYSIS ASSESSORIA EM INFORMATICA LTDA CANADA ALDEBARA, 152 - SALA 02 - CENTRO APOIO II - ALPHAVILLE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 08/01/2015 | AQAO SOCIAL DE AMPARO - ASA AMPARO, STATE OF SAO PAULO, AVENIDA BERNARDINO DE CAMPOS, N° 356 - CENTRO - AMPARO - SP, CEP 13900-400 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AND SALE AGREEMENT DATED: 12/10/2012 | ARBURG GMBH + CO KG ARTHUR-HEHL-STRASSE LOSSBURG, D-72290 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED: 10/17/2012 | ARBURG GMBH + CO KG ARTHUR-HEHL-STRASSE LOSSBURG, D-72290 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED: 03/10/2010 | ARBURG LTDA RUA MISSIONARIOS N° 292, CEP  04729000, SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED: 03/10/2010 | ARBURG LTDA STATE OF SAO PAULO, RUA MISSIONARIOS N° 292, CEP 04729000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTODY AND MANAGEMENT SERVICES DATED: 11/22/2013 | ARCHIVUM 'COMERCIAL LTDA RUA LAURO VANNUCCI, 500 - CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTODY AND MANAGEMENT SERVICES FOR ACTIVE / INACTIVE ARCHIVES IN ARCHIVUM STANDARD BOXES (CPAS) DATED: 11/22/2013 | ARCHIVUM 'COMERCIAL LTDA RUA LAURO  VANNUCCI, 500 - CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 1 FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE LEASE OF AN ELECTRO-MECHANICAL SIMULATOR FOR ENTERTAINMENT PURPOSES AND OTHER COVENANTS DATED: 05/08/2008 | ARMAROLI DESIGN IND. AND COM. OF ELECTRO-MECHANICAL SIMULATORS LTDA. CITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO, AT AVENIDA ITAOCA, N.° 503, BONSUCESSO,  CEP: 21.061-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 05/10/2008 | ARMAROLI DESIGN IND. AND COM. OF ELECTRO-MECHANICAL SIMULATORS LTDA. CITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO, AT AVENIDA ITAOCA, N.° 503, BONSUCESSO, CEP: 21.061-020, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE RENTAL OF AN ELECTRO-MECHANICAL SIMULATOR FOR ENTERTAINMENT PURPOSES AND OTHER COVENANTS DATED: | ARMAROLI DESIGN INDUSTRY AND TRADE OF ELECTRO-SIMULATORS MECANICO AVENIDA ITAOCA, N° 503  - BONSUCESSO, IN RIO DE JANEIRO - RJ - CEP 21061-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE RENTAL OF AN ELECTRO-MECHANICAL SIMULATOR DATED: 05/10/2008 | ARMAROLI DESIGN INDUSTRY AND TRADE OF ELECTRO-SIMULATORS MECANICO LTDA AVENIDA ITAOCA, N° 503 - BONSUCESSO, IN RIO DE JANEIRO - RJ - CEP 21061-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZENS GERAIS COLUMBIA S.A AV. TAMBORE, 1440, 2ND FLOOR, ALPHAVILLE, IN  BARUERI-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZENS GERAIS COLUMBIA S.A AV. TAMBORE, 1440, 2ND FLOOR, ALPHAVILLE, IN BARUERI-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZENS GERAIS COLUMBIA S.A AV. TAMBORE, 1440, 2ND FLOOR, ALPHAVILLE, IN  BARUERI-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZENS GERAIS COLUMBIA S.A AV. TAMBORE, 1440, 2ND FLOOR, ALPHAVILLE, IN  BARUERI-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZENS GERAIS COLUMBIA S.A AV. TAMBORE, 1440, 2ND FLOOR, ALPHAVILLE, IN BARUERI-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZENS GERAIS COLUMBIA S.A ROD. ANHANGUERA KM 100,5 BAIRRO BOA VISTA - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZENS GERAIS COLUMBIA S.A. AV. TAMBORE, 1440, 2ND FLOOR, ALPHAVILLE, IN  BARUERI-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZENS GERAIS COLUMBIA S.A. AV. TAMBORE, 1440 2ND FLOOR BARUERI, SP, INDIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZÉNS GERAIS COLUMBIA S.A. AVENIDA TAMBORÉ, 1440, 2º ANDAR, ALPHAVILLE, BARUERI – SP  RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CUSTOMS WAREHOUSING SERVICES DATED: 11/23/2009 | ARMAZÉNS GERAIS COLUMBIA S.A. AV. TAMBORÉ, 1440, 2ND FLOOR, ALPHAVILLE, BARUERI, SP, CNPJ: 60.526.977/0001-79 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZÉNS GERAIS COLUMBIA S.A. RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZENS GERAIS COLUMBIA S/A RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/10/2010 | ARMAZÉNS GERAIS COLUMBIA S/A RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZENS GERAIS COLUMBIA SIA RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZENS GERAIS COLUMBIA SIA RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZENS GERAIS COLUMBIA SIA RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZENS GERAIS COLUMBIA SIA RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/02/2010 | ARMAZENS GERAIS COLUMBIA SIA RODOVIA ANHANGUERA, KM 100.5, BAIRRO BOA VISTA, CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER END USE AND EXPORT COMPLIANCE CERTIFICATION DATED: 01/13/2014 | ARROW ELECTRONICS, INC 1955 EAST SKY HARBOR CIRCLE PHOENIX, AZ 85034 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER END-USE AND EXPORT COMPLIANCE (EUC) CERTIFICATION DATED: 01/13/2014 | ARROW ELECTRONICS, INC.'S (ARROW) 1955 EAST SKY HARBOR CIRCLE PHOENIX, AZ 85034 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/17/2015 | AS CASTELLI GESTAO EMPRESARIAL EIRELI - ME RUA ADEMAR DEBARROS, 2155, CENTRO, INDAIATUBA - SP, CEP: 13330-130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/17/2015 | AS CASTELLI GESTAO EMPRESARIAL EIRELI - ME RUA ADEMAR DEBARROS, 2155, CENTRO, INDAIATUBA - SP, CEP: 13330-130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE SALE OF TRAVELER ASSISTANCE CARDS DATED: 08/01/2010 | ASSIST - CARD DO BRASIL LTDA AVENIDA PAULISTA, 777 1ST AND 2ND FLOORS SAO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE SALE OF TRAVELER ASSISTANCE CARDS DATED: 08/01/2010 | ASSIST-CARD INTERNATIONAL SERVICES S.A. BOULEVARD DE PEROLLES 37 FRIBOURG, SWITZERLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | APPRENTICESHIP AGREEMENT DATED: 01/14/2013 | ASSOCIAÇÃO DOS PATRULHEIROS E GUARDA MIRIM DE HORTOLÂNDIA RUA ALDA LOURENÇO FRANCISCO, 316, REMANSO CAMPINEIRO, HORTOLÂNDIA/SP, CNPJ: 04.463.430/0001-09 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2010 | ASSOCIACAO GUARDA MIRIM DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AT  RUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):    25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2015 | ASSOCIACAO GUARDA MIRIM DE AMPARO GALVAO BUENO, Nº 98 CENTRO AMPARO, SP, 13900-267 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 07/01/2009 | ASSOCIACAO GUARDA MIRIM DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AT RUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2013 | ASSOCIACAO GUARDA MIRIM DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2014 | ASSOCIACAO GUARDA MIRIM DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AT RUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2012 | ASSOCIACAO GUARDA MIRIM DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AT RUA  GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/03/2012 | ASSOCIAÇÃO MOVIMENTO RENOVADOR DE ARTE DE AMPARO P.O. BOX: 190, BAIRRO DO PANTALEÃO, S/N°, ZONA RURAL, BAIRRO PANTALEÃO, AMPARO CITY, SAO PAULO ZIP CODE: 13.900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2015 | ASSOCIACAO MULHER UNIMED AMPARO CITY OF AMPARO, STATE OF SAO PAULO AVENIDA  CARLOS AUGUSTO DO AMARAL SOBRINHO, N° 76 - JARDIM SAO JOSE AMPARO - SP, CEP 13901-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2014 | ASSOCIACAO MULHER UNIMED AMPARO CITY OF AMPARO, STATE OF SAO PAULO,  AVENIDA CARLOS AUGUSTO DO AMARAL SOBRINHO, 76 - BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2011 | ASSOCIAQAO GUARDA MIRIM DE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, AT RUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/07/2009 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/16/2014 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/24/2012 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/26/2010 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 06/17/2009 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/03/2013 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/26/2010 | ASSOCIAQAO GUARDA MIRIM DE AMPARO RUA GALVAO BUENO, N° 98 - CENTRO, AMPARO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/03/2011 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/03/2012 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/03/2014 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/08/2015 | ASSOCIAQAO GUARDA MIRIM DE AMPARO AMPARO, STATE OF SAO PAULO, ATRUA GALVAO BUENO, N° 98 - CENTR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT | ASSOCIAQAO MULHER UNIMED AMPARO CITY OF AMPARO, STATE OF SAO PAULO,  AVENIDA CARLOS AUGUSTO DO AMARAL SOBRINHO, 76 - BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | ASSOCIAQAO MULHER UNIMED AMPARO AVENIDA CARLOS AUGUSTO DO AMARAL SOBRINHO, Nº 76 JARDIM SAO JOSE AMPARO, SP, 13901-150 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2015 | ASSOCIATION OF LADIES OF CHARITY CITY OF AMPARO, STATE OF SAO PAULO, DONA RITINHA NO. 05 - CENTRO - AMPARO - SP, CEP 13.900 -170 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 07/27/2015 | ASSOCIATION OF LADIES OF CHARITY CITY OF AMPARO, STATE OF SAO PAULO, DONA RITINHA NO. 05 - CENTRO - AMPARO - SP, CEP 13.900 -170 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/01/2010 | ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL CITY OF AMPARO, STATE OF SAO PAULO, AT RUA POLAND, 298 - BAIRRO SILVESTRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2011 | ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL CITY OF AMPARO, STATE OF SAO PAULO, AT RUA POLAND, 298 - BAIRRO SILVESTRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/01/2014 | ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL CITY OF AMPARO, STATE OF SAO PAULO, AT RUA POLAND, 298 - BAIRRO SILVESTRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2012 | ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL CITY OF AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/24/2012 | ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL RUA POLONIO, 298 - BAIRRO SILVESTRE, AMPARO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL - APAE RUA POLONIO, N° 298- BAIRRO SILVESTRE - AMPARO - SP, CEP 13.901-002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | ASSOCIATION OF PARENTS AND FRIENDS OF THE EXCEPTIONAL - APAE AMPARO CITY OF AMPARO, STATE OF SAO PAULO, RUA POLONIO, N° 298- BAIRRO SILVESTRE -  AMPARO - SP, CEP 13.901-002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | APPRENTICESHIP AGREEMENT DATED: 01/14/2013 | ASSOCIATION OF PATROLMEN AND CHILD GUARD OF HORTLANDIA RUA ALDA LOURENQO  FRANCISCO, 316 -REMANSO CAMPINEIRO - HORTOLANDIA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | APPRENTICESHIP AGREEMENT DATED: 01/14/2013 | ASSOCIATION OF PATROLMEN AND CHILD GUARD OF HORTOLANDIA RUA ALDA LOURENCO FRANCISCO, 316 -REMANSO CAMPINEIRO - HORTOLANDIA/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | APPRENTICESHIP AGREEMENT DATED: 01/14/2013 | ASSOCIATION OF PATROLMEN AND CHILD GUARD OFHORTOLANDIA RUA ALDA LOURENQO  FRANCISCO, 316 -REMANSO CAMPINEIRO - HORTOLANDIA/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 03/01/2013 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL CITY OF AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/05/2010 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/03/2011 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/04/2014 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Schedule G: Executory Contracts and Unexpired Leases**

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
| --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/05/2010 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/04/2014 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/03/2013 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/03/2012 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/03/2011 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 01/08/2015 | ASSOCIATIONOF PARENTS AND FRIENDS OFTHE EXCEPTONAL AMPARO, STATE OF SAO PAULO, AT RUA POLONIO, 298 - BAIRRO SILVESTRE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERNSHIP AGREEMENT (COOPERATION) DATED: 08/18/2008 | ASSUPERO ASSOCIACAO UNIFICADO PAULISTA DE ENSINO RENOVADO OBJETIVO AVENIDA COMENDADOR ENZO FERRARI, N°. 280 - SWIFT - CAMPINAS/SP , CEP: 13043-900 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSTA COMERCIAL 2023 ATLAS COPCO E MARELLI HORTOLÂNDIA DATED: 01/20/2023 | ATLAS COPCO BRASIL LTDA<br>AV. CECI, 1535, BLOCO B, TAMBORÉ, BARUERI - SP, CEP: 06460-120 CNPJ: 61.074.677/0001-50 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SERVICES CONTRACT DATED: 10/22/2013 | ATLAS COPCO BRASIL LTDA.<br>ALAMEDA ARAGUAIA, 2.700, TAMBORE, BARUERI, SP, CEP 06455-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT: 10/05/2022 | ATLAS COPCO BRASIL LTDA.<br>ALAMEDA ARAGUAIA, 2700<br>BAIRRO TAMBORÉ<br>BARUERI, SP, 06455-000<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | FIRST ADDENDUM TO THE EQUIPMENT LEASE SERVICE AGREEMENT: 12/28/2023. | ATLAS COPCO BRASIL LTDA.<br>AVENIDA MANOEL DA NÓBREGA, 196, SALA 1, ANEXO C, CAPUAVA, MAUÁ, 09380-120. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/10/2021 | ATLAS COPCO BRASIL LTDA.<br>ALAMEDA ARAGUAIA, NO. 2700, BAIRRO TAMBORÉ, BARUERI-SP, CEP 06455-000, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT AND COMMERCIAL PROPOSAL - AIRPLAN DATED: 02/26/2024 | ATLAS COPCO BRASIL LTDA. AL ARAGUAIA, 2700<br>TAMBORÉ<br>BARUERI, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | AIRPLAN PROPOSAL DATED: 03/29/2021 | ATLAS COPCO BRASIL LTDA. AL. ARAGUAIA, 2700<br>TAMBORÉ<br>BARUERI, SP, 06455-000<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.174** | State what the contract or lease is for and the nature of the debtor's interest | INDUSTRIAL TOWEL RENTAL CONTRACT DATED: 07/25/2019 | ATMOSFERA GESTÃO E HIGIENIZAÇÃO DE TÊXTEIS S/A RUA ANTONIETA PIVA BARRANQUEIROS, S/N, CHÁCARA AEROPORTO, JUNDIAÍ – SP, CEP: 13212-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.175** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/01/2010 | AUTOCAM DO BRASIL USINAGEM LTDA AV. SELMA PARADA, N.° 201, BAIRRO FAZENDA SAO QUIRINO, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.176** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/01/2010 | AUTOCAM DO BRASIL USINAGEM LTDA. AV. SELMA PARADA, N.° 201, BAIRRO FAZENDA SAO QUIRINO, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.177** | State what the contract or lease is for and the nature of the debtor's interest | INTER-COMPANY STRATEGIC SERVICES AGREEMENT DATED: 01/02/2013 | AUTOMOTIVE LIGHTING ITALIA S.P.A. CAVALLO 18 VENARIA REALE, TO, 10078 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.178** | State what the contract or lease is for and the nature of the debtor's interest | INTER-COMPANY STRATEGIC SERVICES AGREEMENT DATED: 01/02/2013 | AUTOMOTIVE LIGHTING ITALIA S.P.A. CAVALLO 18 VENARIA REALE, TO, 10078 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.179** | State what the contract or lease is for and the nature of the debtor's interest | INTER-COMPANY STRATEGIC SERVICES AGREEMENT DATED: 01/07/2013 | AUTOMOTIVE LIGHTING ITALIA S.P.A. CAVALLO 18 VENARIA REATE, TO, 10078 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | INTER-COMPANY STRATEGIC SERVICES AGREEMENT DATED: 01/07/2013 | AUTOMOTIVE LIGHTING ITALIA S.P.A. CAVALLO 18 VENARIA REALE, TO, 10078 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                     Case number (if known):   25-11062
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/01/2007 | AUTOMOTIVE LIGHTING REUTLINGEN GMBH TIIBINGER STR. 123 REUTLINGEN, D-72762 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICE AGREEMENT DATED: 09/27/2007 | AUTOMOTIVE LIGHTING REUTLINGEN GMBH TUEBINGER STRASSE 123 REUTLINGEN, 72762 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/01/2014 | AUTOMOTIVE LIGHTING REUTLINGEN GMBH TUBINGER STR. 123 72762 REUTLINGEN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE COLLECTION AND DISPOSAL DATED: 04/29/2008 | AUTONOMOUS WATER AND SEWAGE SERVICE OF AMPARO - SAAE RUA JOSE BONIFACIO, N° 300,  DOWNTOWN. MUNICIPALITY OF AMPARO, STATE OF SAO PAULO  REPRESENTED BY THE SUPERINTENDENT, MR. JOSE GERALDO AMARAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES FOR THE COLLECTION AND DISPOSAL OF CLASS IIA HOUSEHOLD SOLID WASTE ENTERED DATED: 04/29/2008 | AUTONOMOUS WATER AND SEWAGE SERVICE OF AMPARO - SAAE RUA JOSE BONIFACIO, N° 300,  DOWNTOWN. MUNICIPALITY OF AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT N° 04 /2.008 DATED: 04/29/2008 | AUTONOMOUS WATER AND SEWAGE SERVICE OF AMPARO - SAAE. RUA JOSE BONIFACIO, N° 300,  DOWNTOWN. MUNICIPALITY OF AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT CONTRACT DATED: 12/18/2007 | AVENIDA DA EMANCIPACAO NO. 801, GALPAO 04, CEP: 13.184-654 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR THE PROVISION OF LEGAL SERVICES DATED: 03/16/2021 | AYRES RIBEIRO LAWYERS<br>SAO PAULO RUA TENERIFE, 31 - 1°ANDAR VILA OLIMPIA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE LEASING OF SCALES FOR THE PROVISION OF MAINTENANCE SERVICES DATED: 03/20/2014 | BALANCAS VARGAS<br>RUA CAVIANA, 130, JARDINOPOLIS, BELO HORIZONTE, MINAS GERAIS, CEP: 30.510-510 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/30/2010 | BANCO BRADESCO S.A<br>CIDADE DE DEUS, AVENIDA YARA, S/N.°, CIDADE DE OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/26/2010 | BANCO BRADESCO S.A<br>CIDADE DE DEUS, AVENIDA YARA, S/N.°, CIDADE DE OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 06/16/2010 | BANCO BRADESCO S.A<br>CIDADE DE DEUS, AVENIDA YARA, S/N.°, CIDADE DE OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE CONSTITUTION OF GUARANTEES AND OTHER COVENANTS DATED: 01/16/2014 | BANCO BRADESCO S.A.<br>CIDADE DE DEUS, MUNICIPALITY AND COUNTY OF OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | MAIN CONTRACT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/25/2010 | BANCO BRADESCO S.A.<br>CIDADE DE DEUS, AVENIDA YARA, S/N.°, CIDADE DE OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda   Case number (if known):   25-11062

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING AGREEMENT DATED: 12/22/2006 | BANCO DE DESENVOLVIMENTO DE MINAS GERAIS S.A. - BDMG BELO HORIZONTE/MG, AT RUA DA BAHIA, 1600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF CONSTITUTION OF GUARANTEE OF CESSION DATED: 09/28/2009 | BANCO ITAÚ S.A. BRANCH 1608-1, ACCOUNT 35484-9 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/23/2009 | BANCO REAL - ABN AMRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE CONSIGNMENT OF GOODS FOR INDUSTRIALIZATION PURPOSES DATED: 08/13/2010 | BANCO REAL - ABN AMRO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MOVABLE PROPERTY WITH OPTION TO PURCHASE DATED: 05/22/2014 | BANCO SANTANDER S/A. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE CONSIGNMENT OF GOODS FOR INDUSTRIALIZATION PURPOSES DATED: 12/17/2010 | BAYER S.A. SAO PAULO, AT RUA DOMINGOS JORGE, 1100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE CONSIGNMENT OF GOODS FOR INDUSTRIALIZATION PURPOSES DATED: 08/13/2010 | BAYER S.A. STATE OF  SAO PAULO, AT RUA DOMINGOS JORGE, 1100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known)   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE RESIDENTIAL LEASE AGREEMENT DATED: 12/10/2014 | BEAGA EMPREENDIMENTOS LTDA RUA SAO PAULO, N° 2.610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | LUBRICATING OIL SUPPLY CONTRACT A BULK DATED: 09/13/2011 | BEL DISTRIBUTOR DE LUBRIFICANTES LTDA CITY OF BELO HORIZONTE/MG, AT RUA MENOTTI MUCELLI, 726, GLALIJA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF CHEMICAL TREATMENT SERVICES IN SYSTEM FROM COOLING AND STEAM GENERATOR DATED: 06/01/2010 | BELQUIMICA PRODUTOS E ASSISTENCIA TECNICA LTDA RUA DOS MARISTAS 320 - BAIRRO BANDEIRANTES, CONTAGEM/MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE TRAVEL SERVICES AGENCY AGREEMENT DATED: 09/04/2013 | BELVITUR VIAGENS LTDA RUA PROFESSOR ANTONIO ALEIXO, 604 - BELO HORIZONTE/MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF TRAVEL SERVICES AGENCY CONTRACT DATED: 02/04/2013 | BELVITUR VIAGENS LTDA RUA PROFESSOR ANTONIO ALEIXO, 604 - BELO HORIZONTE/MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE PROVISION OF SERVICES FOR THE DEVELOPMENT DATED: 11/09/2012 | BHTEC INTERNET MARKETING LTDA. RUA OURISSANGA, 33, FLORESTA  NEIGHBORHOOD, BELO HORIZONTE, MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE PROVISION OF SERVICES DATED: 11/09/2012 | BHTEC INTERNET MARKETING LTDA. RUA OURISSANGA, 33, FLORESTA NEIGHBORHOOD, BELO HORIZONTE, MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.210** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE FOR THE PROVISION OF LEGAL SERVICES | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.211** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.212** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.213** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, MUNICIPALITY OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.214** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, MUNICIPALITY OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.215** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, MUNICIPALITY OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUÃ, 1123, 11º ANDAR, 04533-014, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARA E MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, N°. 1.123, 11TH. ANDAR, CEP: 04533-014, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 12/13/2015 | BICHARAE MOTTA ADVOGADOS ASSOCIADOS RUA TABAPUA, 1.123 11.° ANDAR 11TH FLOOR, 2. ° ANDAR AV. RIO BRANCO, 177 16.° ANDAR RIO DE JANEIRO, RJ, CEP 04533-0 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF INTEGRATED PEST CONTROL SERVICES DATED: 11/25/2015 | BIOAWAY SERVICE CONTROLE DE PRAGAS LTDA. - ME VALINHOS - SP, AT RUA SILVIO CONCON, 72 - JARDIM RIBEIRO - CEP: 13.270-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF INTEGRATED PEST CONTROL SERVICES DATED: 11/25/2015 | BIOAWAY SERVICE CONTROLE DE PRAGAS LTDA. - ME VALINHOS - SP, AT RUA SILVIO CONCON, 72 - JARDIM RIBEIRO - CEP: 13.270-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.223** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR NON-RESIDENTIAL PURPOSES DATED: 05/02/2012 | BLUE NEGOCIOS IMOBILIARIOS LTDA AVENIDA JOSE DE SOUZA CAMPOS, NO. 625, ROOM 01, CAMBUI, CAMPINAS/SP, CEP: 13025-320,  ATTN: MARIA IVANIA DA SILVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.224** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 02/01/2012 | BLUE NEGOCIOS IMOBILIARIOS LTDA AVENIDA JOSE DE SOUZA CAMPOS, N.°- 625, ROOM 01, CAMBW, CAMPINAS/SP, CEP: 13025-320 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.225** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 06/16/2010 | BNY MELLON ATIVOS FINANCEIROS CITY AND STATE OF RIO DE JANEIRO, AT RUA BORGES DE MEDEIROS N° 633, SALAS 401, 402 E 403 - LEBLON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.226** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/30/2010 | BNY MELLON ATIVOS FINANCEIROS LTDA CITY AND STATE OF RIO DE  JANEIRO, AT RUA BORGES DE MEDEIROS N° 633, SALAS 401,402 E 403 - LEBLON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.227** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/26/2010 | BNY MELLON ATIVOS FINANCEIROS LTDA STATE OF RIO DE  JANEIRO, AT AVENIDA PRESIDENTE WILSON N° 231/11° ANDAR - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.228** | State what the contract or lease is for and the nature of the debtor's interest | MAIN CONTRACT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/25/2010 | BNY MELLON ATIVOS FINANCEIROS LTDA CITY AND STATE OF RIO  DE JANEIRO, AT RUA BORGES DE MEDEIROS N° 633, SALAS 401, 402 E 403 - LEBLON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.229** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN 2014 AEA . EVENTS DATED: 12/10/2013 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE  STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.230** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 04/10/2013 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070,  SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.231** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN AEA EVENTS 2013 DATED: 03/11/2013 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070,  SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.232** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 03/09/2015 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.233** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN AEA 2015 EVENTS DATED: 01/27/2015 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.234** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN 2014 AEA . EVENTS DATED: 12/10/2013 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE  STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.235** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SPONSORSHIP AGREEMENT FOR PARTICIPATION IN AEA 2012 EVENTS DATED: 03/13/2012 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA N° 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.236** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT FOR PARTICIPATION IN AEA EVENTS DATED: 03/11/2013 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP AGREEMENT DATED: 02/06/2014 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA, 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SPONSORSHIP AGREEMENT DATED: 03/13/2012 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - AEA RUA SALVADOR CORREIA N° 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SPONSORSHIP AGREEMENT FOR PARTICIPATION IN AEA 2012 DATED: 03/13/2012 | BRAZILIAN ASSOCIATION OF AUTOMOTIVE ENGINEERING - EEA: RUA SALVADOR CORREIA N° 80, CEP 04109-070, SAO PAULO, CAPITAL OF THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MULTIPLE CONTRACT DATED: 11/19/2010 | BRAZILIAN POST AND TELEGRAPH COMPANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MULTIPLE CONTRACT DATED: 11/19/2010 | BRAZILIAN POST AND TELEGRAPH COMPANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 10/01/2014 | BRENNAND ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA 801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 01/01/2016 | BRENNAND ENERGIA COMERCIALIZADORA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, Nº 2.589, SALA 801, PARTE, BOA VIAGEM, RECIFE – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.244** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAN ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, RECIFE, PERNAMBUCO |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.244** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAN ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, RECIFE, PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.245** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAN ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.246** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAN ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA 801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.247** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | BRENNAN ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.248** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/01/2016 | BRENNAN ENERGIA COMERCIALIZADORA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA  801, PARTE, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.249** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 07/05/2007 | BROSE DO BRASIL LTDA AV. SUL 151 - BR 376 KM 628/629, CAMPO LARGO DA ROSEIRA, SAO  JOSE DOS PINHAIS - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.250** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 07/05/2007 | BROSE DO BRASIL LTDA AV. SUL 151 - BR 376 KM 628/629, CAMPO LARGO DA ROSEIRA, SAO  JOSE DOS PINHAIS - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.251** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 07/11/2013 | BRUDELKER INDUSTRIA E COMERCIO LTDA - EPP RUA ALVARO ALVIM, N° 365, JARDIM PAULICEIA, SAO BERNARDO DO CAMPO - SP, CEP: 09.693-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.252** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 07/11/2013 | BRUDELKER INDUSTRIA E COMERCIO LTDA - EPP RUA ALVARO ALVIM, N° 365, JARDIM PAULICEIA, SAO BERNARDO DO CAMPO - SP, CEP: 09.693-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.253** | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | BT COMMUNICATIONS DO BRASIL LTDA AVENIDA NACOES UNIDAS. 4777, 14TH FLOOR. CONJUNTO 141, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.254** | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | BT COMMUNICATIONS DO BRASIL LTDA AVENIDA NACOES UNIDAS. 4777, 14TH FLOOR. CONJUNTO 141, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.255** | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | BT COMMUNICATIONS DO BRASIL LTDA AVENIDA NACOES UNIDAS. 4777, 14TH FLOOR. CONJUNTO 141, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.256** | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | BT COMMUNICATIONS DO BRASIL LTDA AVENIDA NACOES UNIDAS. 4777, 14TH FLOOR. CONJUNTO 141, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.257** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE TELECOMMUNICATIONS SERVICES AGREEMENT | BT COMMUNICATIONS DO BRASIL LTDA. AVENIDA DAS NAPOES UNIDAS, 4777 14° ANDAR CITY OF SAO PAULO, STATE OF SAO PAULO, CEP 05477-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PRIVATE INSTRUMENT OF ASSIGNMENT OF RIGHTS AND ASSUMPTION OF OBLIGATIONS AND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/01/2006 | BT COMMUNICATIONS DO BRASIL LTDA. AVENIDA NACOES UNIDAS. 4777, 14TH FLOOR. CONJUNTO 141, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | LOCAL SERVICE AGREEMENT DATED: 11/17/2006 | BT COMMUNICATIONS DO BRASIL LTDA. AV. DAS NACOES UNIDAS, 4777, 14TH FLOOR, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF RIGHTS AND ASSUMPTION OF OBLIGATIONS AND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES | BT COMMUNICATIONS DO BRASIL LTDA. AVENIDA DAS NACOES UNIDAS. 4777. 14TH. FLOOR, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND DEVELOPMENT AGREEMENT AND OTHER COVENANTS DATED: 03/05/2009 | BUGGIE SOFTWARE S/A RUA GENERAL GARZON, N° 22, ROOM 407, RIO DE JANEIRO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND DEVELOPMENT AGREEMENT AND OTHER COVENANTS DATED: 03/05/2009 | BUGGIE SOFTWARE S/A RUA GENERAL GARZON, N° 22, ROOM 407, IN THE CITY OF  RIO DE JANEIRO, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND DEVELOPMENT AGREEMENT AND OTHER COVENANTS DATED: 03/05/2009 | BUGGIE SOFTWARE S/A RUA GENERAL GARZON, N° 22, ROOM 407, IN THE CITY OF  RIO DE JANEIRO, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SUPPLY AGREEMENT DATED: 08/01/2010 | BULK MOLDING COMPOUNDS DO BRASIL INDUSTRIA DE REINFORCED PLASTICS LTD 55 MERIDIAN STREET RIO CLARO, SP, 13505-610 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF SALE DATED: 07/29/2014 | BUREAU VERITAS ITALIA S.P.A VIA MIRAMARE, 15 - 20126 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE LEVEL AGREEMENT DATED: 01/02/2004 | BUSINESS SOLUTIONS GESCO NOVA LIMA, STATE OF MINAS GERAIS, AT  RUA SENADOR MILTON CAMPOS, N° 175, BAIRRO VILA DA SERRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 02/28/2008 | C.P.N. CONSTRUGOES PLANEJAMENTO E NEGOCIOS LTDA. RUA DR.  EMILIO RIBAS, N. ° 174, 10.° ANDAR, CAMBUI, IN THE CITY OF CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND MAINTENANCE AGREEMENT DATED: 04/23/2007 | CADENCE DESIGN SYSTEMS (IRELAND) LIMITED EAST POINT BUSINESS PARK FAIRVIEW DUBLIN, 3 IRELAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/12/2009 | CALLBECK SERVIQOS EMPRESARIAIS LTDA RUA JOAO MANOEL DE  MORAES, N.° 62, BAIRRO JARDIM NOVO ANGULO, IN THE MUNICIPALITY OF HORTOLANDIA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PACKAGING LENDING AGREEMENT DATED: 01/18/2017 | CAOA MONTADORA DE VEICULOS LTDA VP RUA 11, S/N, DAIA,  MUNICIPALITY OF ANAPOLIS, STATE OF GOIAS, CEP 75133-600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PACKAGING LENDING AGREEMENT DATED: 01/18/2017 | CAOA MONTADORA DE VEÍCULOS LTDA VP RUA 11, S/N, DAIA, ANÁPOLIS – GO – CEP: 75133-600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT, SUPPLY AND OTHER COVENANTS | CAOA MONTADORA DE VEICULOS S.A. RUA ONZE, FAZENDA BARREIRA DO MEIO, S/N, DAIA, MUNICIPALITY OF ANAPOLIS, STATE OF GOIANIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT | CAOA MONTADORA DE VEICULOS S.A. RUA ONZE, FAZENDA BARREIRA DO MEIO, S/N, DAIA, ANAPOLIS, STATE OF GOIANIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF SPONSORSHIP AND MAINTENANCE DATED: 03/06/2009 | CASA FIAT. DE CULTURA RUA JORNALISTA" DJALMA . ANDRADE, N° .. 1:250, BAIRRO" PIEMONTE, NOVA LIMA/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF SPONSORSHIP AND MAINTENANCE DATED: 03/06/2009 | CASA FIAT. DE CULTURA RUA JORNALISTA DJALMA . ANDRADE, N° 1:250, BAIRRO PIEMONTE, NOVA LIMA/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF SPONSORSHIP AND MAINTENANCE DATED: 03/06/2009 | CASA FIAT. DE CULTURA RUA JORNALISTA" DJALMA . ANDRADE, N° .. 1:250, BAIRRO" PIEMONTE, NOVA LIMA/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – LANGUAGE TEACHING SERVICES DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. AVENIDA PAULISTA, NO. 2006, 1º ANDAR, BAIRRO CERQUEIRA CÉSAR, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | CELOLEP ENSINO DE IDIOMAS S.A. SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/02/2013 | CEMA INDUSTRIAL MAINTENANCE AV  CARLOS AUGUSTO DO AMARAL SOBRINHO NO. 618 AMPARO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 02/01/2013 | CEMA MANUTEGAO INDUSTRIAL LTDA AV CARLOS AUGUSTO DO AMARAL SOBRINHO NO. 618 AMPARO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE USE OF THE CUSD DISTRIBUTION SYSTEM DATED: 04/01/2009 | CEMIG DISTRIBUICAO S.A AV. BARBACENA N.° 1200, 170  ANDAR - ALA A1, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | ENERGY SUPPLY CONTRACT DATED: 06/06/2007 | CEMIG DISTRIBUICAO S.A AV. BARBACENA, N°. 1.200 - 17TH FLOOR - WING A1, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF ELECTRICITY AND DEMAND RESERVE DATED: 04/01/2009 | CEMIG DISTRIBUICAO S.A BELO HORIZONTE, STATEOF MINAS GERAIS, AT AV. BARBACENA NO. 1200, 17TH FLOOR - WING A1, BAIRROSANTO AGOSTINHO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE AGREEMENT OF USE DATED: 09/30/2015 | CEMIG DISTRIBUICAO S.A. AV.  BARBACENA N.° 1200, 17° ANDAR - ALA A1, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SYSTEM USE AGREEMENT DATED: 11/03/2008 | CEMIG DISTRIBUICAO S.A. AV. BARBACENA, N.° 1.200, 17° ANDAR - ALA A1, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF ELECTRICITY AND DEMAND RESERVE DATED: 04/01/2009 | CEMIG DISTRIBUIÇÃO S.A. AV. BARBACENA, 1200, 17TH FLOOR – WING A1, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE USE OF THE DISTRIBUTION SYSTEM (CUSD) DATED: 11/03/2008 | CEMIG DISTRIBUIÇÃO S.A. AV. BARBACENA, 1200, 17° ANDAR - ALA A1, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 02/10/2014 | CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JÚLIO TOMÉ, NO. 32 – RUDGE RAMOS, SÃO BERNARDO DO CAMPO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JÚLIO TOMÉ, Nº 32, RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP, 09691-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CENTRAL DE INVESTIGAGAO DIAGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CENTRAL DE INVESTIGAPAO DIAGNOSTICA S/S LTDA. RUA JÚLIO TOMÉ, NO. 32 – RUDGE RAMOS, SÃO BERNARDO DO CAMPO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | CENTRAL DE SERVICOS OUTSOURCED E TRABALHO TEMPORARIO LTDA. PRACA DR. NAYLOR SALLES GONTIJO, 104A, VILA PINTO, VARGINHA - MG, ZIP CODE: 37010510 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | CENTRAL DE SERVICOS OUTSOURCED E TRABALHO TEMPORARIO LTDA. PRACA DR. NAYLOR SALLES GONTIJO, 104A, VILA PINTO, VARGINHA - MG, ZIP CODE: 37010510 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | CENTRAL DE SERVIQOS OUTSOURCED E TRABALHO TEMPORARIO LTDA. PRAPA DR. NAYLOR SALLES GONTIJO, 104A, VILA PINTO, VARGINHA - MG, ZIP CODE: 37010510 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/01/2011 | CENTRO DE COEXISTENCE LEARNING, REHABILITATION AND WORK - CCART<br>HORTOLANDIA, STATE OF SAO PAULO, AT RUA JOSE CARLOS PACE, 35, BAIRRO SANTA RITA DE CASSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/01/2011 | CENTRO DE COEXISTENCE LEARNING, REHABILITATION AND WORK - CCART<br>RUA JOSE CARLOS PACE, 35, BAIRRO SANTA RITA DE CASSIA, HORTOLANDIA, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/01/2011 | CENTRO DE COEXISTENCE LEARNING, REHABILITATION AND WORK - CCART<br>RUA JOSE CARLOS PACE, 35, BAIRRO SANTA RITA DE CASSIA HORTOLANDIA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PHYSIOTHERAPY SERVICES DATED: 02/25/2010 | CENTRO DE FISIOTERAPIA ANDRE SARTORELLI LTDA<br>RUA COMENDADOR GUIMARAES, 786, CENTRO, AMPARO, SAO PAULO CEP: 1390470 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PHYSIOTHERAPY SERVICES DATED: 01/08/2011 | CENTRO DE FISIOTERAPIA ANDRE SARTORELLI LTDA<br>AMPARO, STATE OF SAO PAULO, AT RUA COMENDADOR GUIMARAES, 786, CENTRO,  CEP: |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PHYSIOTHERAPY SERVICES DATED: 08/01/2011 | CENTRO DE FISIOTERAPIA ANDRE SARTORELLI LTDA<br>RUA COMENDADOR GUIMARAES, 786, CENTRO, AMPARO, STATE OF SAO PAULO, CEP: 1390470 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | SURETY AGREEMENT DATED: 04/18/2008 | CENTRO EMPRESARIAL VIRACOPOS SPE LTDA<br>SAO PAULO, STATE OF SAO PAULO, AT ALAMEDA LORENA N° 427, CONJUNTOS 96 A 99, JARDIM PAULISTA, CEP 01424-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASE AGREEMENT OF UNITS 320 AND 321 OF THE VIRACOPOS BUSINESS CENTER DATED: 05/07/2012 | CENTRO EMPRESARIAL VIRACOPOS SPE-LTDA RODOVIA SANTOS DUMONT, KM. 66, S/N, CITY OF CAMPINAS, STATE OF SAO PAULO, CEP 013052-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT OF PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 07/01/2011 | CENTRO INDUSTRIAL DE CONTAGEM - CINCO RUA HAECKEL BEN HUR SALVADOR,  NO. 180, BAIRRO CINCO, CONTAGEM - MG, CEP: 32.010-120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LEASE AGREEMENT OF PART OF THE PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 10/15/2009 | CENTRO LOGISTICO VM5 LTDA AV. ALDERMAN JOAQUIM COSTA, 1405, BAIRRO CHACARA  BOA VISTA, IN THE MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS - CEP 32.150-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SUBLEASE AGREEMENT OF PART OF THE PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 10/01/2009 | CENTRO LOGISTICO VM5 LTDA AV. ALDERMAN JOAQUIM COSTA, 1405, BAIRRO CHACARA BOA VISTA, IN THE MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS - CEP 32.150-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SUBLEASE AGREEMENT OF PART OF THE PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 10/01/2009 | CENTRO LOGISTICO VM5 LTDA AV. ALDERMAN JOAQUIM COSTA, 1405, BAIRRO CHACARA  BOA VISTA, IN THE MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS - CEP 32.150-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SUBLEASE AGREEMENT DATED: 10/01/2009 | CENTRO LOGISTICO VM5 LTDA . AV. ALDERMAN JOAQUIM COSTA, 1405, BAIRRO CHACARA BOA VISTA, IN THE MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS - CEP 32.150-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT OF PART OF THE PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 10/01/2009 | CENTRO LOGISTICO VMS LTDA AV. ALDERMAN JOAQUIM COSTA, 1405, BAIRRO CHACARA BOA VISTA, IN THE MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS - CEP 32.150-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT  DATED: 01/05/2009 | CENTRO UNIVERSITARIO SALESIANO DE SAO PAULO - AMERICAN UNIT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PREVENTIVE AND CORRECTIVE MAINTENANCE SERVICES DATED: 05/01/2007 | CERQUEIRA AMORIM ELECTRONIC MAINTENANCE AND ULTRA VIOLETA SYSTEMS LTDA. AVENIDA CRISTOVAO COLOMBO, 500, LOJA 16, SAVASSI, MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PREVENTIVE MAINTENANCE SERVICES DATED: 08/05/2006 | CERQUEIRA AMORIM ELECTRONIC MAINTENANCE AND ULTRA VIOLETA SYSTEMS LTDA. AVENIDA CRISTOVAO COLOMBO, 500, LOJA 16, SAVASSI, MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PREVENTIVE AND CORRECTIVE MAINTENANCE SERVICES DATED: 06/01/2007 | CERQUEIRA AMORIM ELECTRONIC MAINTENANCE AND ULTRA VIOLETA SYSTEMS LTDA. AVENIDA CRISTOVAO COLOMBO, 500, LOJA 16, SAVASSI, MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PURCHASE AND SALE OF BASIC FOOD BASKETS, PROVISION OF SERVICES AND OTHER COVENANTS DATED: 05/01/2023 | CESTA BÁSICA BRASIL COMÉRCIO DE ALIMENTOS LTDA RUA CABO BASILIO ZECHIM JUNIOR, 106, GALPÃO D1, D2 E D3, JARDIM NOVO II, RIO CLARO SP, CEP 13502-546; CESTA BÁSICA BRASIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PURCHASE AND SALE OF BASIC FOOD BASKETS, PROVISION OF SERVICES AND OTHER COVENANTS DATED: 05/01/2023 | CESTA BÁSICA BRASIL COMÉRCIO DE ALIMENTOS LTDA RUA CABO BASILIO ZECHIM JUNIOR, 106, GALPÃO D1, D2 E D3, JARDIM NOVO II, RIO CLARO SP, CEP 13502-546; CESTA BÁSICA BRASIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF PARTIAL TERMINATION OF THE SERVICE AGREEMENT DATED: 12/25/2013 | CEVA LOGISTCS LTDA AVENIDA MIRAFIORI, 233, BLOCK B, ROOM A, BETIM/MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.321** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF PARTIAL TERMINATION OF THE SERVICE AGREEMENT, DATED: 12/25/2013 | CEVA LOGISTCS LTDA AVENIDA MIRAFIORI, 233, BLOCK B, ROOM A, BETIM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.322** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION OF THE SERVICE PROVISION AGREEMENT DATED: 08/31/2011 | CEVA LOGISTCS LTDA. AVENIDA MIRAFIORI, 233, BLOCO B, SALA A, BETIM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.323** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF STORAGE AND INTERNAL HANDLING SERVICES DATED: 05/02/2012 | CEVA LOGISTICS LTDA AVENIDA MIRAFIORI, N°. 233, BLOCK B, ROOM A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, IN THE CITY OF BETIM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.324** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF TRANSPORT SERVICE CONTRACT DATED: 05/10/2010 | CEVA LOGISTICS LTDA AVENIDA MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, BETIM, MG, CNPJ 43.854.116/0001-09 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.325** | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE TRANSPORT SERVICE CONTRACT DATED: 08/01/2007 | CEVA LOGISTICS LTDA AV. MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CITY OF BETIM, STATE OF MINAS GERAIS. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.326** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF TRANSPORT SERVICE CONTRACT DATED: 05/10/2010 | CEVA LOGISTICS LTDA AV. MIRAFIORI,  N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CIDADE DE BETIM, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.327** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF STORAGE AND INTERNAL HANDLING SERVICES DATED: 04/11/2012 | CEVA LOGISTICS LTDA AVENIDA MIRAFIORI, N°. 233,  BLOCK B, ROOM A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, IN THE CITY OF BETIM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF STORAGE AND INTERNAL HANDLING SERVICES | CEVA LOGISTICS LTDA AVENIDA MIRAFIORI, N°. 233, BLOCK B, ROOM A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, IN THE CITY OF BETIM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF PARTIAL TERMINATION OF THE SERVICE AGREEMENT DATED: 12/25/2013 | CEVA LOGISTICS LTDA AVENIDA MIRAFIORI, 233, BLOCK B, ROOM A, BETIM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE TRANSPORTATION SERVICE CONTRACT DATED: 08/01/2007 | CEVA LOGISTICS LTDA AV. MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF STORAGE AND INTERNAL HANDLING SERVICES DATED: 05/02/2012 | CEVA LOGISTICS LTDA AVENIDA MIRAFIORI, N°. 233,  BLOCK B, ROOM A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, BETIM, MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION CONTRACT DATED: 05/10/2010 | CEVA LOGISTICS LTDA AV. MIRAFIORI,  N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CIDADE DE BETIM,  STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MATERIAL HANDLING SERVICE CONTRACT DATED: 09/16/2007 | CEVA LOGISTICS LTDA AV. MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF STORAGE SERVICES AND INTERNAL TRANSACTION DATED: 05/04/2013 | CEVA LOGISTICS LTDA AVENIDA MIRAFIORI, N°. 233, BLOCK B, ROOM A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, IN THE CITY OF BETIM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.335** | State what the contract or lease is for and the nature of the debtor's interest | 6 AMENDMENT TO THE TRANSPORT SERVICE CONTRACT DATED: 08/01/2008 | CEVA LOGISTICS LTDA. AV. MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.336** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF STORAGE AND INTERNAL HANDLING SERVICES DATED: 03/07/2013 | CEVA LOGISTICS LTDA. AVENIDA MIRAFIORI, N°. 233, BLOCK B, ROOM A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, BETIM, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.337** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE TRANSPORT SERVICE CONTRACT DATED: 01/08/2003 | CEVA LOGISTICS LTDA. AV. MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.338** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF PARTIAL TERMINATION OF THE SERVICE AGREEMENT DATED: 12/25/2013 | CEVA LOGISTICS LTDA. AV. MIRAFIORI, 233, BLOCO B, SALA A, BETIM – MG  CNPJ: 43.854.116/0001-09 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.339** | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE TRANSPORT SERVICE CONTRACT DATED: 08/01/2008 | CEVA LOGISTICS LTDA. AV. MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.340** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF TRANSPORT SERVICE CONTRACT DATED: 07/01/2010 | CEVA LOGISTICS LTDA. AV. MIRAFIORI, N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CIDADE DE BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.341** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF TRANSPORT SERVICE CONTRACT DATED: 05/10/2010 | CEVA LOGISTICS LTDA. V. MIRAFIORI,  N° 233, BLOCO B, SALA A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, CIDADE DE BETIM,  STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.342** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF STORAGE AND INTERNAL HANDLING SERVICES DATED: 05/02/2012 | CEVA LOGISTICS LTDA. AVENIDA MIRAFIORI, N°. 233, BLOCK B, ROOM A, BAIRRO DISTRITO INDUSTRIAL PAULO CAMILO PENA, IN THE CITY OF BETIM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.343** | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | CEVA LOGISTICS LTDA. ATTN: LEANDRO LUIZ ZACARIAS OPERATIONS SUPERVISOR AVENIDA MIRAFIORI, NO. 233, BLOCK B, ROOM A, DISTRITO INDUSTRIAL PAULO CAMILO PENA, BETIM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.344** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT NO. 20-006 DATED: 08/25/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A ALAMEDA MAMORE 687 CONJUNTO 1402 - 14° ANDAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.345** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT NO. 20-003 ("CONTRACT"), GOVERNED BY THE AGREEMENT FOR COMMERCIAL LEASE CONTRACTS NO. 0081 ("AGREEMENT") DATED: 09/18/2018 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A `ALAMEDA MAMORÉ 687 – CONJUNTO 1402 - 14TH FLOOR, CEP 06454 -040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CITY OF BARUERI, STATE OF SÃO PAULO, REGISTERED WITH THE CNPJ/MF UNDER NO. 18.539.102/0001 -45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.346** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT NO. 4501262 DATED: 12/28/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A ALAMEDA MAMORÉ 687 – CONJUNTO 1402 - 14TH FLOOR, CEP 06454 -040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CITY OF BARUERI, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.347** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT NO. 4501263 DATED: 12/28/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A ALAMEDA MAMORÉ 687 – CONJUNTO 1402 - 14TH FLOOR, CEP 06454 -040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CITY OF BARUERI, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.348** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE LEASING AGREEMENT NO. 0081-20: 03/25/2021. | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A ALAMEDA MAMORÉ 687 - CONJUNTO 1402 - 14º ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, ESTADO DE SÃO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE AGREEMENT FOR LEASING CONTRACTS NO. 0081-20: 09/19/2022 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A ALAMEDA MAMORÉ, Nº 687, 14º ANDAR, SALA 1402, ALPHAVILLE, BARUERI, SÃO PAULO, CEP: 06454-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO AGREEMENT FOR LEASING AGREEMENTS DATED: 03/25/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORÉ, 687 CONJUNTO 1402 – 14TH FLOOR CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE BARUERI, SÃO PAULO, 06454-040 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 08/25/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687  CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 09/18/2018 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 – CONJUNTO 1402 - 14TH FLOOR, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI - SP, CEP 06454-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 08/25/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687  CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT NO. 20-003 ("CONTRACT"), GOVERNED BY THE AGREEMENT FOR COMMERCIAL LEASE CONTRACTS NO. 0081 ("AGREEMENT") DATED: 04/21/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, STATE OF SAO PAULO, REGISTERED WITH THE CNPJ/MF UNDER NO. 18.539.102/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 08/25/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687  CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 09/18/2018 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORÉ 687 – CONJUNTO 1402 - 14TH FLOOR, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI, SÃO PAULO, CEP 06454-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 08/25/2021 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687  CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 11/26/2018 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 – CONJUNTO 1402 - 14TH FLOOR, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI - SP, CEP 06454-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LEASE AGREEMENT NO. 20-001: 08/16/2022. | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORÉ, 687 - CONJUNTO 1402 - 12º ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, ESTADO DE SÃO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF RIGHTS AND OBLIGATIONS AND AMENDMENT TO THE CONTRACT COMMERCIAL LEASE Nº 003 DATED: 11/14/2023 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, STATE OF SAO PAULO, REGISTERED WITH THE CNPJ/MF UNDER NO. 18.539.102/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 09/18/2018 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 – CONJUNTO 1402 - 14TH FLOOR, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI, SÃO PAULO, CEP 06454-040 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF RIGHTS AND OBLIGATIONS AND AMENDMENT TO THE LEASING AGREEMENT NO. 002 ("AGREEMENT") AND THE RESPECTIVE TERMS OF RECEIPT AND FINAL ACCEPTANCE, GOVERNED BY THE AGREEMENT FOR LEASING AGREEMENTS NO. 0081-32 ("AGREEMENT") | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA MAMORE 687 CONJUNTO 1402 - 14° ANDAR, CEP 06454-040, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CIDADE DE BARUERI, STATE OF SAO PAULO, REGISTERED WITH THE CNPJ/MF UNDER NO. 18.539.102/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):    25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LEASING CONTRACTS DATED: 09/18/2018 | CHG-MERIDIAN DO BRASIL ARRENDAMENTO MERCANTIL S.A. ALAMEDA GRAJAÚ, 129 CONJUNTO 1209 12° ANDAR |
| | State the term remaining | Undetermined | CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE BARUERI, SÃO PAULO, 06454-050 BRAZIL |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 09/10/2013 | CHRYSLER GROUP DO BRASIL COMERCIO DE VEICULOS LTDA RUA FUNCHAL, 418 - 16° ANDAR - CJ. 1601 - VILA OLIMPIA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 10/09/2013 | CHRYSLER GROUP DO BRASILCOMERCIO DE VE^CULOS LTDA RUA FUNCHAL, N° 418, 16TH FLOOR, VILA OLIMPIA, SAO PAULO/SP, CEP 64551-060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 10/18/2013 | CHRYSLER GROUP DO BRASILCOMERCIO DE VEICULOS LTDA RUA FUNCHAL, N° 418, 16TH FLOOR, VILA OLIMPIA, SAO PAULO/SP, CEP 64551-060 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PROMISSORY CONTRACT FOR THE PURCHASE AND SALE OF LIQUEFIED PETROLEUM GAS - LPG, LENDING AND OTHER COVENANTS | CIA. ULTRAGAZ S.A AV. BRIGADEIRO LUIS ANTONIO, 1.343, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PROMISSORY CONTRACT FOR THE PURCHASE AND SALE OF LIQUEFIED PETROLEUM GAS - LPG, LENDING AND OTHER COVENANTS | CIA. ULTRAGAZ S.A. AV. BRIGADEIRO LUIS ANTONIO, 1.343, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/02/2010 | CID - CENTRAL DE INVESTIGACAO DIAGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 02/10/2014 | CID – CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA RUA JÚLIO TOMÉ, NO. 32, RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID – CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA RUA JÚLIO TOMÉ, NO. 32, RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/02/2010 | CID - CENTRAL DE INVESTIGACAO DIAGNOSTICA S/S LTDA. RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CID - CENTRAL DE INVESTIGACAO DIAGNOSTICA S/S LTDA. RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGACAO DIAGNOSTICA S/S LTDA. RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CID - CENTRAL DE INVESTIGACAO DIAGNOSTICA S/S LTDA. RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JÚLIO TOMÉ, Nº 32 - RUDGE RAMOS, SÃO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/01/2010 | CID – CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JULIO TOME, 32 – RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP, 09880-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID – CENTRAL DE INVESTIGAÇÃO DIAGNÓSTICA S/S LTDA. RUA JÚLIO TOMÉ, 32, RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGACAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO  BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO  BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT TABLE SUMMARY DATED: 10/02/2014 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO  BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/02/2010 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO  BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO  BERNARDO DO CAMPO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO  BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO  BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA S/S LTDA. RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/01/2010 | CID - CENTRAL DE INVESTIGAGAO DIAGNOSTICA S/S LTDA. RUA JULIO TOME, N° 32 - RUDGE RAMOS, MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT TABLE DATED: 05/07/2010 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT TABLE DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case number (if known):   25-11062
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/27/2013 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA RUA JULIO  TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 02/10/2014 | CID - CENTRAL DE INVESTIGAQAO DIGNOSTICA S/S LTDA. RUA JULIO  TOME, N° 32 - RUDGE RAMOS - MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 06/30/2009 | CLAUDINEI DA SILVA PEREIRA ME (TRADE NAME: OBRA NOVA) RUA JOAO PIZZO, N.° 158, PARQUE RESIDENCIAL KLAVIN, IN THE CITY OF NOVA ODESSA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/05/2007 | CLAUDIONOR ASSESSORIA E REPRESENTAQOES LTDA RUA KASATO MARU,43 - VILA SANTA VIRGINIA - CEP 03283-008 SAO PAULO, STATE OF SAO  PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 08/01/2021 | CMF ADMINISTRAÇÃO DE IMÓVEIS E EMPREENDIMENTOS LTDA RUA SAGITÁRIO 410, LOTS 01, 02, 03, 04, 11, AND 12, SQUARE 11, RIACHO DAS PEDRAS INDUSTRIAL DISTRICT, CONTAGEM/MG, CEP 32242-210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 08/01/2021 | CMF ADMINISTRAÇÃO DE IMÓVEIS E EMPREENDIMENTOS LTDA RUA SAGITÁRIO 410, LOTS 01, 02, 03, 04, 11, AND 12, SQUARE 11, RIACHO DAS PEDRAS INDUSTRIAL DISTRICT, CONTAGEM/MG, CEP 32242-210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 08/01/2021 | CMF ADMINISTRAÇÃO DE IMÓVEIS E EMPREENDIMENTOS LTDA RUA URUCUIA, 31/35, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT TABLE DATED: 05/07/2010 | CMP - COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, NO. 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | CMP COMPONENTES E M0DULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.412** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE FOOD SUPPLY CONTRACT DATED: 12/01/2010 | CMP COMPONENTES E MODULOS PLASTICOS IND. COM. LTDA RUA DOMINGOS COSTA, 80 / CENTRO INDUSTRIAL DE CONTAGEM (CINCO) CONTAGEM/MG - CEP: 32.010-070 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.413** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE FOOD SUPPLY CONTRACT DATED: 12/01/2010 | CMP COMPONENTES E MODULOS PLASTICOS IND. COM. LTDA RUA DOMINGOS COSTA, 80 / CENTRO INDUSTRIAL DE CONTAGEM (CINCO) |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.414** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE FOOD SUPPLY CONTRACT DATED: 12/01/2010 | CMP COMPONENTES E MODULOS PLASTICOS IND. COM. LTDA RUA DOMINGOS COSTA, 80 / CENTRO INDUSTRIAL DE CONTAGEM |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.415** | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.416** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.: 32.010-070 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.417** | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.418** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA  COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2008 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2023 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.:  32.010-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA  COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF  MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.: 32.010-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 02/09/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA  COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.: 32.010-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS V DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 03/25/2015 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS  COSTA, N. ° .80, CEP: 32010-70 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE DATED: 03/23/2015 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
_____
Name                                 Case number (if known):   25-11062

| | |
|---|---|
| ████ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, N.° 80, BAIRRO CINCO, CONTAGEM/MG, CEP.: 32.010-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS DATED: 01/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS DA COSTA, 80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA CMP COMPONENTS AND MODULES PLASTICOS INDUSTRIA E COMERCIO LTDA CONTAGEM, MINAS GERAIS, RUA DOMINGOS COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA CMP COMPONENTS AND MODULES PLASTICOS INDUSTRIA E COMERCIO LTDA CONTAGEM, MINAS GERAIS, RUA DOMINGOS COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA RUA DOMINGOS  COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA RUA DOMINGOS  COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, MINAS GERAIS, RUA DOMINGOS  COSTA, 80, CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, MINAS GERAIS, RUA DOMINGOS  COSTA, 80, CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, STATE OF MINAS GERAIS, RUA DOMINGOS  COSTA, 80, CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, STATE OF MINAS GERAIS, RUA DOMINGOS  COSTA, 80, CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, 80, NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS, CEP: 032010 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 01/01/2016 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA DO BRASIL LTDA MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, 80,  NEIGHBORHOOD: CENTRO INDUSTRIAL 5, CONTAGEM, MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. RUA DOMINGOS DA COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case number (if known):   25-11062
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. <br> RUA DOMINGOS DA COSTA,  80, CENTRO INDUSTRIAL DE CONTAGEM, STATE OF MINAS GERAIS |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest — 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY TABLE DATED: 09/02/2013 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA. <br> RUA DOMINGOS DA  COSTA, N° 80, CENTRO INDUSTRIAL DE CONTAGEM, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest — CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/14/2010 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIAIS E COMERCIO LTDA <br> MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, N° 80, CENTRO  INDUSTRIAL DE CONTAGEM - CEP: 32.010-070 |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest — CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/14/2010 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIAIS E COMERCIO LTDA <br> MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, N° 80, CENTRO  INDUSTRIAL DE CONTAGEM - CEP: 32.010-070 |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest — CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/04/2010 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | CMP COMPONENTES E MODULOS PLASTICOS INDUSTRIAIS E COMERCIO LTDA <br> MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, N° 80, CENTRO    INDUSTRIAL DE CONTAGEM - CEP: 32.010-070 |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest — 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | CMP COMPONENTS AND MODULES PLASTICOS INDUSTRIA E COMERCIO LTDA. <br> MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS, AT RUA DOMINGOS COSTA, N° 80, CENTRO  INDUSTRIAL DE CONTAGEM - CEP: 32.010-070 |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest — MUTUAL LOAN AGREEMENT DATED: 03/16/2023 <br><br> State the term remaining — Undetermined <br><br> List the contract number of any government contract | COFAP FABRICADORA DE PECAS LTDA <br> 26555 NORTHWESTERN HIGHWAY <br> SOUTHFIELD, MI 48033 |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):  25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.461** State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COFAP FABRICADORA DE PECAS LTDA AVENIDA ALEXANDRE GUSMAO, N.° 1.395, BAIRRO CAPUAVA, SANTO  ANDRE/SP, ZIP CODE .: 09.110-901 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.462** State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COFAP FABRICADORA DE PECAS LTDA. AVENIDA ALEXANDRE GUSMAO, N.° 1.395, BAIRRO CAPUAVA, SANTO ANDRE/SP, ZIP CODE .: 09.110-901 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.463** State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 02/18/2025 | COFAP FABRICADORA DE PEÇAS LTDA. MUTUANTE AV. ALEXANDRE GUSMÃO, NÚMERO 1395 - CAPUAVA – SANTO ANDRÉ/SP - CEP 09110-901 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.464** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2010 | COL®LEP ENSINO DE IDIOMAS S.A. SAO PAULO, AT AV. PAULISTA, N.° 2006 1° ANDAR, BAIRRO CERQUEIRA CESAR, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.465** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF REAL ESTATE DATED: 08/10/2015 | COLLIERS INTERNATIONAL DO BRASIL CONSULTORIA LTDA RUA OLIMPIADAS, N.° 205 - 1° ANDAR - CONJUNTO 12 - BAIRRO: VILA OLIMPIA, CIDADE DE SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.466** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF REAL ESTATE CONSULTING AND BUSINESS INTERMEDIATION SERVICES DATED: 08/10/2015 | COLLIERS INTERNATIONAL DO BRASIL CONSULTORIA LTDA. RUA OLIMP^ADAS, N.° 205 - 1° ANDAR - CONJUNTO 12 - BAIRRO: VILA OLIMPIA, CIDADE DE SAO  PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.467** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 05/29/2008 | COM. LTDA. E S&T COUTO CONSULTORIA AUTOMOTIVA LTDA. CITY OF SAO PAULO,  STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE CONTRACT DATED: 09/01/2009 | COMAU DO BRASIL INDUSTRIA E COMERCIO LTDA RUA MANOEL DA NOBREGA, 350, CONJUNTO 01 ALA  4, BAIRRO CAPUAVA, MAUA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE CONTRACT DATED: 09/01/2009 | COMAU DO BRASIL INDUSTRIA E COMERCIO LTDA RUA MANOEL DA NOBREGA, 350, CONJUNTO 01 ALA  4, BAIRRO CAPUAVA, MAUA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE CONTRACT DATED: 09/01/2009 | COMAU DO BRASIL INDUSTRIA E COMERCIO LTDA RUA MANOEL DA NOBREGA, 350, CONJUNTO 01 ALA  4, BAIRRO CAPUAVA, MAUA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE CONTRACT DATED: 09/01/2009 | COMAU DO BRASIL INDUSTRIA E COMERCIO LTDA RUA MANOEL DA NOBREGA, 350, CONJUNTO 01 ALA  4, BAIRRO CAPUAVA, MAUA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE CONTRACT DATED: 09/01/2009 | COMAU DO BRASIL INDUSTRIA E COMERCIO LTDA RUA MANOEL DA NOBREGA, 350, CONJUNTO 01 ALA  4, BAIRRO CAPUAVA, MAUA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 06/25/2013 | COMAU DO BRASIL LTDA ROD .: BR 101 SUL S/N, PONTE DOS CARVALHOS.  CABO DE SANTO AGOSTINHO - PERNAMBUCO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE COMMERCIALIZATION OF ELECTRICITY FROM AN INCENTIVIZED SOURCE DATED: 01/07/2010 | COMERCIALIZACAO BRASIL S/A RODOVIA CAMPINAS MOGI-MIRIM, KM: 2.5; PART; CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE COMMERCIALIZATION OF ELECTRICITY FROM AN INCENTIVIZED SOURCE DATED: 01/07/2010 | COMERCIALIZACAO BRASIL S/A RODOVIA CAMPINAS MOGI-MIRIM, KM. 2.5, PART, CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | SHORT-TERM ELECTRICITY PURCHASE AND SALE AGREEMENT - CONVENTIONAL SOURCE DATED: 08/01/2012 | COMERCIALIZACAO BRASIL S/A RODOVIA    ENGENHEIRO MIGUEL NOEL NASCENTES BURNIER, 1755 -KM 2.5, PARQUE SAO QUIRINO, CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE COMMERCIALIZATION OF ELECTRICITY DATED: 01/07/2010 | COMERCIALIZAQAO BRASIL S/A RODOVIA CAMPINAS MOGI-MIRIM, KM: 2.5; PART; CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF WASTE TREATMENT SERVICES DATED: 05/16/2012 | COMERCIO LTDA - DISIVÃO POWERTRAIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | MULTIPLE CONTRACT FOR THE PROVISION OF SERVICES | COMMERCE L TA AND THE BRAZILIAN POST AND TELEGRAPH COMPANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/12/2012 | COMODATARIA, JOFRAMA INDUSTRIAL LTDA RUA JOAO NIERO, S/N, BAIRRO DA  CASCALHO, PEDREIRA -SP, CEP: 13920-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/12/2012 | COMODATARIA, JOFRAMA INDUSTRIAL LTDA RUA JOAO NIERO, S/N, BAIRRO DA CASCALHO, PEDREIRA -SP, CEP: 13920-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 08/03/2006 | COMPANHIA CIMENTO PORTLAND ITAU |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000,  SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda     Case number (if known)  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and for the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and for the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and for the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and for the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and for the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and for the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and for the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000,  SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2015 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000,  SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.517** | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.518** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.519** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.520** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.521** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.522** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.523** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000,  SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.531** | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.532** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.533** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.534** | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.535** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.536** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.537** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.538** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.539** | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.540** | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.541** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.542** | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.543** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.544** | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.546 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.547 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.548 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.549 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.550 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.551 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000,  SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, Nº 541, BAIRRO VILA LEOPOLDINA, SÃO PAULO – SP, CEP 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, Nº 541, BAIRRO VILA LEOPOLDINA, SÃO PAULO/SP, CNPJ: 10.215.988/0001-60 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA ENGENHEIRO CAETANO ÁLVARES, 150, BAIRRO LIMÃO, SÃO PAULO – SP, 02546-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, 05314-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA GASTÃO VIDIGAL, 541, VILA LEOPOLDINA, SÃO PAULO – SP, CEP: 05314-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA ENGENHEIRO CAETANO ÁLVARES, N° 150, BAIRRO LIMÃO, 02546-000 - SÃO PAULO/SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAÇÃO DAS AMÉRICAS AVENIDA ENGENHEIRO CAETANO ÁLVARES, NO. 150, BAIRRO LIMÃO, SÃO PAULO – SP – CEP: 02546-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICA AVENIDA ENGENHEIRO CAETANO ALVARES |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

▋ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.573** State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICA AVENIDA ENGENHEIRO CAETANO ALVARES |

| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICA AVENIDA ENGENHEIRO CAETANO ALVARES |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICA AVENIDA ENGENHEIRO CAETANO ALVARES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICA AVENIDA ENGENHEIRO CAETANO ALVARES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.º 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.º 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.º 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | COMPANHIA DE LOCAQAO DAS AMERICAS DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.º 150, BAIRRO LIMAO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/01/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):  25-11062

Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black"> </td><td colspan="2"><b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.608** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.609** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.610** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.611** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.612** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.613** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.614** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAÇAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAÇAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAÇAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAÇAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAÇAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAÇAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAÇAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.622** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.623** | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.624** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.625** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.626** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.627** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.628** | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.629** State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP, |

| | |
|---|---|
| **2.629** State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP,

| | |
|---|---|
| **2.630** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP

| | |
|---|---|
| **2.631** State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP

| | |
|---|---|
| **2.632** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP

| | |
|---|---|
| **2.633** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP

| | |
|---|---|
| **2.634** State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP

| | |
|---|---|
| **2.635** State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/14/2011 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known)   25-11062

_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.643** State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.644** State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.645** State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.646** State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.647** State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.648** State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.649** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.650** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.651** | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.652** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.653** | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.654** | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.655** | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.656** | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 06/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):    25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.658 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.659 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.660 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.661 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.662 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.663 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):    25-11062

       Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 06/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/14/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG. CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 06/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/01/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/01/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known)    25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/14/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.720** | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.721** | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.722** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.723** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.724** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.725** | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/14/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.726** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.727 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AV. ENG.  CAETANO ALVARES, 150 - BAIRRO LIMAO, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.728 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, S |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.729 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, S |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.730 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.731 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.732 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.733 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/01/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | COMPANHIA DE LOCAQAO DAS AMERICAS DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | 6TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | 7TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | THIRD. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 12/12/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N.° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | COMPANHIA DE LOCAQAO DAS AMERICAS RENTAL COMPANY OF THE AMERICAS AVENIDA ENGENHEIRO CAETANO ALVARES, N.° 150, BAIRRO LIMAO, CEP.: 02.546-000, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE DISTRIBUTION SYSTEM USE AGREEMENT DATED: 04/01/2011 | COMPANHIA PAULISTA DE FOR^A E LUZ - CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE  CEP, CIDADE, UNIDADE DA FEDERAGAO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.755 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SYSTEM USE AGREEMENT DATED: 03/01/2013 | COMPANHIA PAULISTA DE FORCA E LUZ ROD. ENG. MIGUEL NOEL NASCENTES BURNIER, 1755, JARDIM SANTANA, CITY OF CAMPINAS SP - CEP 13088-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.756 | State what the contract or lease is for and the nature of the debtor's interest | INCORPORATION AGREEMENT DATED: 12/20/2011 | COMPANHIA PAULISTA DE FORCA E LUZ RODOVIA CAMPINAS - MOGI MIRIM, KM 2.5 (N.° 1.755), BAIRRO JARDIM SANTANA, CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.757 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SYSTEM CONNECTION AGREEMENT DATED: 12/30/2006 | COMPANHIA PAULISTA DE FORCA E LUZ - CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERA^AO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.758 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE ELECTRICITY SUPPLY CONTRACT GREEN HORO-SEASONAL DATED: 04/01/2006 | COMPANHIA PAULISTA DE FORÇA E LUZ (CPFL) RODOVIA CAMPINAS – MOGI MIRIM KM 2,5, Nº 1755, JARDIM SANTANA, 13088-900 – CAMPINAS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.759 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE ELECTRICITY SUPPLY CONTRACT GREEN HORO-SEASONAL DATED: 07/18/2007 | COMPANHIA PAULISTA DE FORÇA E LUZ (CPFL) RODOVIA CAMPINAS – MOGI MIRIM KM 2,5, Nº 1755, JARDIM SANTANA, 13088-900 – CAMPINAS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.760 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE DISTRIBUTION SYSTEM USE AGREEMENT DATED: 06/01/2010 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE,UNIDADE DA FEDERAGAO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.761 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE DISTRIBUTION SYSTEM USE AGREEMENT DATED: 01/18/2008 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERAGAO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE DISTRIBUTION SYSTEM USE AGREEMENT DATED: 03/17/2008 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERAGAO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SYSTEM USE AGREEMENT DATED: 08/01/2007 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGIMIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERA?AO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SYSTEM CONNECTION AGREEMENT DATED: 08/01/2007 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERAGAO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE DISTRIBUTION SYSTEM USE AGREEMENT DATED: 04/02/2008 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERAGAO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE DISTRIBUTION SYSTEM USE AGREEMENT DATED: 08/21/2008 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERA^AO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SYSTEM USE AGREEMENT DATED: 12/14/2006 | COMPANHIA PAULISTA DE FORCA E LUZ- CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERA?AO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE ELECTRICITY SUPPLY CONTRACT DATED: 04/01/2006 | COMPANHIA PAULISTA DE FORGA E LUZ RODOVIA CAMPINAS - MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
| | Name | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE ELECTRICITY SUPPLY CONTRACT DATED: 07/18/2007 | COMPANHIA PAULISTA DE FORGA E LUZ - CPFL RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE DISTRIBUTION SYSTEM USE AGREEMENT DATED: 10/01/2008 | COMPANHIA PAULISTA DE FORGA E LUZ - CPFL . RODOVIA CAMPINAS- MOGI MIRIM KM 2,5 N° 1755 - JARDIM SANTANA - PARTE CEP, CIDADE, UNIDADE DA FEDERAGAO: 13.088-900 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER OF ASSETS CONTRACT FROM TRANSFER BY ACQUISITION DATED: 07/31/2013 | COMPANHIA PAULISTA DE FORQA E LUZ RODOVIA CAMPINAS - MOGI  MIRIM, KM 2.5 (N.° 1.755), BAIRRO JARDIM SANTANA, CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER OF ASSETS CONTRACT FROM TRANSFER BY ACQUISITION DATED: 12/20/2011 | COMPANHIA PAULISTA DE FORQA E LUZ RODOVIA CAMPINAS - MOGI  MIRIM, KM 2.5 (N.° 1.755), BAIRRO JARDIM SANTANA, CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE DISTRIBUTION SYSTEM USE CONTRACT DATED: 01/07/2014 | COMPANHIA PAULISTA DE FORQA E LUZ RODOVIA CAMPINAS MOGI-MIRIM, KM 2.5, JARDIM SANTANA, CITY OF CAMPINAS - SP - CEP 13088-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 | COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, 80,   BAIRRO CINCO, MUNICIPALITY OF CONTAGEM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT SUP-513/10 DATED: 01/07/2012 | COMPONENTES E MODULOS PLASTICOS INDUSTRIA E COMERCIO LTDA RUA DOMINGOS COSTA, 80, BAIRRO CINCO, MUNICIPALITY OF CONTAGEM, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 02/10/2014 | COMPONENTES E MÓDULOS PLÁSTICOS INDÚSTRIA E COMÉRCIO LTDA. RUA DOMINGOS DA COSTA, NO. 80, CENTRO INDUSTRIAL DE CONTAGEM, CONTAGEM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/22/2013 | COMW TEKNOTRAFO TRANSFORMADORES LTDA AV. DAS INDUSTRIAS, 4717, BAIRRO VILA OLGA, SANTA LUZIA/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/01/2010 | CONAD CONSULTORIA E ADMINISTRAQAO LTDA RUA SANTO  ANDRE, 535, APTO.34, VILA ASSUNGAO, CEP 09020-230, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 07/07/2008 | CONAD CONSULTORIA E ADMINISTRAQAO LTDA RUA SANTO  ANDRE, 535, APTO.34, VILA ASSUNGAO, CEP 09020-230, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/14/2009 | CONAD CONSULTORIA E ADMINISTRAQAO LTDA RUA SANTO  ANDRE, 535, APTO.34, VILA ASSUNGAO, CEP 09020-230, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/01/2007 | CONAD CONSULTORIA E ADMINISTRAQAO LTDA. RUA SANTO  ANDRE, 535, APTO.34, VILA ASSUNGAO, CEP 09020-230, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/30/2010 | CONAD CONSULTORIA E ADMINISTRAQAO LTDA. RUA SANTO  ANDRE, 535, APTO.34, VILA ASSUNGAO, CEP 09020-230, MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.783 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE DATED: 03/06/2014 | CONE S.A AV. ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8TH FLOOR (PART), PINA NEIGHBORHOOD, CITY OF RECIFE - PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT DATED: 01/03/2019 | CONE S.A. RODOVIA BR-101 SUL, KM 96.4, NO. 5.225, G7 ADM., DISTRITO INDUSTRIAL DIPER, CABO DE SANTO AGOSTINHO, PERNAMBUCO, CEP: 54503-900, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 03/06/2014 | CONE S.A. AV. ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8TH FLOOR (PART), BAIRRO PINA, RECIFE - PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT OF PROPERTY DATED: 03/06/2014 | CONE S.A. AV. ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8TH FLOOR (PART), PINA NEIGHBORHOOD, CITY OF RECIFE - PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT OF PROPERTY DATED: 03/01/2014 | CONE S.A. AV. ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8TH FLOOR (PART), PINA, RECIFE – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT OF PROPERTY DATED: 03/01/2014 | CONE S.A. AV. ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8TH FLOOR (PART), PINA NEIGHBORHOOD, CITY OF RECIFE - PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT OF PROPERTY | CONE S.A. AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 467, 8TH FLOOR (PART), PINA, RECIFE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT OF PROPERTY DATED: 01/03/2019 | CONE S/A RODOVIA BR-101 SUL, KM 96.4, N° 5.225, G7 ADM., DISTRITO INDUSTRIAL DIPER, CABO DE SANTO AGOSTINHO - PE, CEP: 54503-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE OF PROPERTY DATED: 08/01/2014 | CONE S/A AV.  ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8TH FLOOR (PART), PINA NEIGHBORHOOD, CITY  OF RECIFE - PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | FIRST ADDENDUM TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/01/2014 | CONE S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA N° 467 8TH FLOOR (PART) BAIRRO PINA RECIFE, PE, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT DATED: 08/01/2024 | CONE S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8° ANDAR (PARCIAL), BAIRRO PINA, RECIFE – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | CONTATO - OBRAS SOCIAIS E EDUCACIONALS DATED: 05/02/2011 | CONTATO - OBRAS SOCIAIS E EDUCACIONALS HORTOLANDIA, STATE OF SAO PAULO, AT RUA ADAMASTOR PIRSCHENER, 193, BAIRRO JARDIM SANTA CLARA DO LAGO I |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/02/2011 | CONTATO - OBRAS SOCIAIS E EDUCACIONALS RUA ADAMASTOR PIRSCHENER, 193, BAIRRO JARDIM SANTA CLARA DO LAGO I, HORTOLANDIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO DATED: 12/01/2012 | CONTRACTOR: EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | QUALIFIED PETROLEUM GAS SUPPLY CONTRACT – LPG DATED: 12/29/2010 | COPAGAZ DISTRIBUIDORA DE GÁS LTDA SUBSIDIARY NO. 05 RUA EDUARDO ELIAS ZAHRAN, BAIRRO CASCATA, PAULÍNIA – SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | LIQUEFIED PETROLEUM GAS SUPPLY CONTRACT DATED: 12/29/2010 | COPAGAZ DISTRIBUIDORA DE GÁS LTDA SUBSIDIARY NO. 05 RUA EDUARDO ELIAS ZAHRAN, BAIRRO CASCATA, PAULÍNIA – SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/02/2007 | COPASA MG BELO HORIZONTE - MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | AUDIOMETRIC SERVICES CONTRACT DATED: 03/26/2008 | CORTI - AUDIOLOGIA CLINICA E OCUPACIONAL LTDA AVENIDA CARLOS AUGUSTO DO AMARAL SOBRINHO, N. ° 127, JARDIM SAO ROBERTO, CEP:  13901-150, IN THE CITY OF AMPARO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT | COSIMA MANUTENQAO INDUSTRIAL -ME LTDA RUA ELVIRA CHIAIB ZIDAN, 61JARDIM PROGRESSO CEP-13830-000- SANTO ANTONIO DA POSSE- SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 03/01/2013 | COSIMA MANUTENQAO INDUSTRIAL -ME LTDA RUA ELVIRA CHIAIB ZIDAN, 61JARDIM PROGRESSO CEP-13830-000- SANTO ANTONIO DA POSSE- SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | VOCATIONAL TRAINING TERM DATED: 03/15/2013 | CPF INDUSTRIA E COMERCIO LTDA - CNPJ |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.804** | State what the contract or lease is for and the nature of the debtor's interest | SHORT-TERM ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 09/21/2012 | CPFL COMERCIALIZACAO BRASIL S/A RODOVIA ENGENHEIRO MIGUEL NOEL NASCENTES BURNIER, 1755 -KM 2.5, PARQUE SAO QUIRINO, CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.805** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2013 | CPQD FOUNDATION - RESEARCH AND DEVELOPMENT CENTER IN TELECOMUNICACOES RUA. DR. RICARDO BENETTON MARTINS, S/N - PARQUE II DO POLO DE ALTA TECNOLOGIA - CEP 13086-902 CAMPINAS -SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.806** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2023 | CPQD FOUNDATION - RESEARCH AND DEVELOPMENT CENTER IN TELECOMUNICACOES RUA. DR. RICARDO  BENETTON MARTINS, S/N - PARQUE II DO POLO DE ALTA TECNOLOGIA - CEP 13086-902 CAMPINAS  -SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.807** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2023 | CPQD FOUNDATION - RESEARCH AND DEVELOPMENT CENTER IN TELECOMUNICACOES RUA. DR. RICARDO  BENETTON MARTINS, S/N - PARQUE II DO POLO DE ALTA TECNOLOGIA - CEP 13086-902 CAMPINAS  -SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.808** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2023 | CPQD FOUNDATION - RESEARCH AND DEVELOPMENT CENTER IN TELECOMUNICACOES RUA. DR. RICARDO  BENETTON MARTINS, S/N - PARQUE II DO POLO DE ALTA TECNOLOGIA - CEP 13086-902 CAMPINAS  -SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.809** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2013 | CPQD FOUNDATION - RESEARCH AND DEVELOPMENT CENTER IN TELECOMUNICAQOES RUA. DR. RICARDO  BENETTON MARTINS, S/N - PARQUE II DO POLO DE ALTA TECNOLOGIA - CEP 13086-902 CAMPINAS  -SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.810** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 08/03/2006 | CRB TECNICA AMBIENTAL LTDA MATOZINHOS, STATE OF MINAS GERAIS, AT RUA ABRAAO ELIAM, N. ° 109, BAIRRO ESTACAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.811** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF EQUIPMENT RENTAL AGREEMENT | CROWN LIFT TRUCKS DO BRASIL – COMÉRCIO DE FORKLIFTS LTDA<br>13.938.390/0002-78 – ROD. ANHANGUERA, KM. 62, DISTRITO INDUSTRIAL, JUNDIAÍ – SP, CEP 13213-055 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.812** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF EQUIPMENT RENTAL AGREEMENT DATED: 03/13/2025 | CROWN LIFT TRUCKS DO BRASIL – COMÉRCIO DE FORKLIFTS LTDA<br>RODOVIA ANHANGUERA, KM. 62 – CLA - GALPÕS 18 AO 22 DISTRITO INDUSTRIAL - CEP 13213-055, CITY OF JUNDIAÍ, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.813** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/18/2021 | CROWN LIFT TRUCKS DO BRASIL – COMÉRCIO DE FORKLIFTS LTDA<br>Nº 13.938.390/0001-97, ESTABLISHED IN THE CITY OF JUNDIAÍ, STATE OF SÃO PAULO, AT RODOVIA ANHANGUERA KM 62, GALPÕS 21 E 22, CENTRO LOGÍSTICO ANHANGUERA - DISTRITO INDUSTRIAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.814** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 01/21/2017 | CSI LATINA ARRENDAMENTO MERCANTIL S.A.<br>ALAMEDA RIO NEGRO, NO. 585, CONJUNTOS 134 E 135, 13TH FLOOR, EDIFÍCIO JAGARI - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI, SP, CEP 06454-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.815** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LEASING CONTRACTS DATED: 09/18/2014 | CSI LATINA ARRENDAMENTO MERCANTIL S.A.<br>ALAMEDA RIO NEGRO, NO. 585, CONJUNTOS 134 AND 135, 13TH FLOOR, EDIFÍCIO JABARI - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI, SÃO PAULO, CEP 06454-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.816** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 09/18/2014 | CSI LATINA ARRENDAMENTO MERCANTIL S.A.<br>ALAMEDA RIO NEGRO, NO. 585, CONJUNTOS 134 E 135, 13TH FLOOR, EDIFÍCIO JAPAN - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI, SP, CEP 06454-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.817** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 09/18/2014 | CSI LATINA ARRENDAMENTO MERCANTIL S.A.<br>ALAMEDA RIO NEGRO, NO. 585, CONJUNTOS 134 E 135, 13TH FLOOR, EDIFÍCIO JABARI - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI, SP, CEP 06454-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.818** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 09/18/2014 | CSI LATINA ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, NO. 585, CONJUNTOS 134 E 135, 13TH FLOOR, EDIFÍCIO JABARI - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, BARUERI, SP, CEP 06454-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.819** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 09/18/2014 | CSI LATINA ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, 585, CONJUNTOS 134 E 135, 13° ANDAR, EDIFÍCIO JABARI - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CEP 06454-000, BARUERI, SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.820** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 03/18/2015 | CSILATINA ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 585, CONJUNTOS 134 E 135, 13° ANDAR, EDIFICIO JACARI - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CEP 06454-000, CIDADE DE BARUERI, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.821** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASING AGREEMENT DATED: 12/21/2020 | CSILATINA ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, 585, 7TH FLOOR, SUITE 71, BLOCK A - JAGARI BUILDING, ALPHAVILLE, BARUERI, SÃO PAULO, CNPJ: 05.883.884/0001-93 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.822** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT DATED: 04/18/2017 | CSILATINA ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, 585, 7TH FLOOR, SET 71, BLOCK A – JAÇARI BUILDING, ALPHAVILLE, BARUERI, SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.823** | State what the contract or lease is for and the nature of the debtor's interest | LEASING AGREEMENT DATED: 03/18/2015 | CSILATINA ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, N° 585, CONJUNTOS 134 E 135, 13° ANDAR, EDIFICIO JACARI - BLOCO A, CENTRO INDUSTRIAL E EMPRESARIAL ALPHAVILLE, CEP 06454-000, CIDADE DE BARUERI, SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.824** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT DATED: 05/21/2021 | CSILATINA ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, 585 7TH FLOOR, SET 71 BLOCK A – JAÇARI BUILDING CNPJ: 05.883.884/0001-93 BARUERI, SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.825 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT TO THE COMPRESSED NATURAL GAS SUPPLY CONTRACT DATED: 05/04/2015 | CTG COMPANHIA DE TRANSPORTE DE GAS S/A CITY OF ITATIBA, STATE OF SAO PAULO, ROD. ALKINDAR MONTEIRO JUNQUEIRA KM. 25.200, S/   N°, BAIRRO PONTE NOVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.826 | State what the contract or lease is for and the nature of the debtor's interest | 1ST CONTRACTUAL AMENDMENT TO THE COMPRESSED NATURAL GAS SUPPLY CONTRACT DATED: 05/04/2015 | CTG COMPANHIA DE TRANSPORTE DE GAS S/A ITATIBA, STATE OF SAO PAULO, ROD. ALKINDAR MONTEIRO JUNQUEIRA KM. 25.200, S/ N°, BAIRRO PONTE NOVA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL CONSULTING SERVICES DATED: 10/01/2015 | CYRIUS DO BRASIL SERVIQOS DE INFORMATICA LTDA ALAMEDA DOS AICAS, N° 1242, INDIANOPOLIS, SAO PAULO/SP, CEP: 04086-003 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 10/07/2008 | DACOS, INTEGRATION. INFORMATION AND SOLUTIONS LTDA SAO PAULO, & ROU ALORSO BRAS. 900 3' ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/02/2012 | DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA SAO PAULO, AT RUA AFONSO  BRAZ, 900 3° ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/13/2009 | DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA SAO PAULO, AT RUA AFONSO BRAZ, 900  3° ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/02/2012 | DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA SAO PAULO, AT RUA AFONSO  BRAZ, 900 3° ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.832** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/13/2007 | DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA. SAO PAULO, AT RUA AFONSO  BRAZ, 900 3° ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.833** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/13/2009 | DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA. SAO PAULO, AT RUA  AFONSO BRAZ, 900 3° ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.834** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/13/2007 | DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA. SAO PAULO, AT RUA AFONSO  BRAZ, 900 3° ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.835** | State what the contract or lease is for and the nature of the debtor's interest | PROVISION CONTRACT DATED: 09/13/2009 | DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA. SAO PAULO, AT RUA  AFONSO BRAZ, 900 3RD FLOOR, VILA NOVA CONCEICAO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.836** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/24/2007 | DATOS, INTEGRACAO, INFORMACOES E SOLUTES LTDA SAO PAULO, & ROU ALORSO BRAS. 900 3' ANDAR, VILA NOVA CONCEICAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.837** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 08/20/2014 | DATRIN INDUSTRY CO LTD NUIT B&D, 9F ., FUNG YIP IND. BLDG  170 WAI YIP ST. KWUN TONG, KOWLOON, HONG  KONG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.838** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.839** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA<br>SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.840** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND ADVISORY AGREEMENT DATED: 08/09/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA<br>SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.841** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA<br>AV. CRUZEIRO DO SUL, 2854, SAO PAULO - SP, 02030-100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.842** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA<br>SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.843** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA<br>SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.844** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA<br>SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.845** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AND ADVISORY AGREEMENT DATED: 08/09/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA<br>SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.846 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/09/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA SAO RAULO - SR, AT AV. CRUZEIRO DO SUL, 2854 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.847 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DECIO CARVALHO ASSESSORIA DOCUMENTAL LTDA AVENIDA CRUZEIRO DO SUL, 2854 1° ANDAR - SANTANA - SAO PAULO/SP ZIP CODE:  02030-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.848 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AND ADVISORY AGREEMENT DATED: 08/29/2013 | DÉCIO CARVALHO ASSESSORIA DOCUMENTAL LTDA. AV. CRUZEIRO DO SUL, 2854 – 1º ANDAR, SANTANA, SÃO PAULO – SP – CEP 02030-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE LENDING AGREEMENT DATED: 06/12/2015 | DELPHI AUTOMOTIVE SYSTEMS DO BRASIL LTDA RODOVIADOS TAMOIOS, KM 21, S/N°, TAPANHAO,  JAMBEIRO -SP, ZIP CODE: 12270-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/21/2015 | DELPHI AUTOMOTIVE SYSTEMS DO BRASIL LTDA RODOVIA DOS TAMOIOS, KM 21, S/N°, TAPANHAO, JAMBEIRO -SP, ZIP CODE: 12270-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 05/21/2015 | DELPHI AUTOMOTIVE SYSTEMS DO BRASIL LTDA RODOVIA DOS TAMOIOS, KM 21, S/N°, TAPANHAO, JAMBEIRO -SP, ZIP CODE: 12270-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 06/12/2015 | DELPHI AUTOMOTIVE SYSTEMS DO BRASIL LTDA RODOVIA DOS TAMOIOS, KM 21, S/N°, TAPANHAO,  JAMBEIRO -SP, ZIP CODE: 12270-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known)  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF DI2S SERVICES 2008090008 DATED: 10/07/2008 | DI2S - DACOS, INTEGRATION. INFORMATION AND SOLUTIONS LTDA SAO PAULO, & ROU ALORSO BRAS. 900 3' ANDAR, VILA NOVA CONCEIFAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NUMBER 1 PROVISION CONTRACT DATED: 09/13/2009 | DI2S - DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA SAO PAULO, AT RUA AFONSO BRAZ, 900 3RD FLOOR, VILA NOVA CONCEIAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NUMBER 1 TO SERVICE AGREEMENT DATED: 09/13/2009 | DI2S - DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA SAO PAULO, AT RUA AFONSO BRAZ, 900  3° ANDAR, VILA NOVA CONCEIGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NUMBER 2 SERVICE AGREEMENT DATED: 09/13/2009 | DI2S - DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA. SAO PAULO, AT RUA  AFONSO BRAZ, 900 3° ANDAR, VILA NOVA CONCEIGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/13/2017 | DI2S - DATA, INTEGRATION, INFORMATION AND SOLUTIONS LTDA. SAO PAULO, AT RUA AFONSO  BRAZ, 900 3° ANDAR, VILA NOVA CONCEIGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | COMMODATUM AGREEMENT DATED: 08/26/2014 | DIVISAO LLUMINACAO SIN MING LANE #03-83 MIDVIEW CITY, 573969 SINGAPORE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | DI2S SERVICE AGREEMENT DATED: 08/24/2007 | DIZS - DATOS, INTEGRACAO INFORMACOES E SOLUCOES LTDA SAP PA .. O, 3 RU3 ALONSO BRAS, GCC 3° ANDAR, VLA NO.A CONSCICIC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 11/05/2015 | DOCUMENTUM DIGITAL RUA BARAO DO RIO BRANCO, 351 - SALA 4 - JUNDIAL / SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/05/2015 | DOCUMENTUM DIGITAL RUA BARAO DO RIO BRANCO, 351 -  SALA 4 - JUNDIA^ / SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SETTLEMENT, DISCHARGE AND OTHER COVENANTS DATED: 03/24/2014 | DOURDIN BRASIL INDUSTRIA E COMERCIO LTDA. MUNICIPALITY OF BARUERI/SP, TO RUA. SABURO SUMIYA, NO. 183, CEP: 06440-110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SETTLEMENT DATED: 03/24/2014 | DOURDIN BRASIL INDUSTRIA E COMERCIO LTDA. BARUERI/SP, TO RUA. SABURO SUMIYA, NO. 183, CEP: 06440-110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/29/2008 | DRISALDI COMERCIO E SERVIQOS LTDA VINHEDO, SAO PAULO, AT RUA DOS VEREADORES, N° 98, SALA 06, VILA PLANALTO,  CEP: 13280-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE TERMINATION OF A CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/29/2008 | DRISALDI COMERCIO E SERVIQOS LTDA. HORTOLANDIA, STATE OF SAO PAULO, IN THE   RUA DOS VEREADORES, 98, SALA 6, BAIRRO VILA PLANALTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE TERMINATION OF A CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/29/2008 | DRISALDI COMERCIO E SERVIQOS LTDA. HORTOLANDIA, STATE OF SAO PAULO, IN THE RUA DOS VEREADORES, 98, SALA 6, BAIRRO VILA PLANALTO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM IV DATED: 01/29/2008 | DRISALDI COMERCIO E SERVIQOS LTDA. VINHEDO, SAO PAULO, AT RUA DOS VEREADORES, N° 98, SALA 06, VILA PLANALTO,  CEP: 13280-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AGREEMENT AND PARTNERSHIP FOR PROVISION OF SERVICES FOR THE SALE OF PHARMACEUTICAL PRODUCTS DATED: 08/06/2015 | DROGARIA REMANSO LTDA EPP RUA LUIZ CAMILO DE CAMARGO, N.° 831, REMANSO CAMPINEIRO, CEP: 13184-420, CIDADE DE HORTOLANDIA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AGREEMENT AND PARTNERSHIP FOR PROVISION OF SERVICE DATED: 08/06/2015 | DROGARIA REMANSO LTDA EPP RUA LUIZ CAMILO DE CAMARGO, N.° 831,    REMANSO CAMPINEIRO, CEP: 13184-420, CIDADE DE HORTOLANDIA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AGREEMENT AND PARTNERSHIP FOR THE PROVISION OF PRODUCT SALES SERVICES DATED: 07/12/2010 | DROGARIA REMANSO LTDA. EPP RUA LUIZ CAMILO DE CAMARGO, N.° 831, REMANSO CAMPINEIRO, CEP: 13.184-420, CITY OF HORTOLANDIA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AGREEMENT AND PARTNERSHIP FOR THE PROVISION OF PRODUCT SALES SERVICES DATED: 07/12/2010 | DROGARIA REMANSO LTDA. EPP RUA LUIZ CAMILO DE CAMARGO, N.° 831,  REMANSO CAMPINEIRO, CEP: 13.184-420, CITY OF HORTOLANDIA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE LETTER OF GUARANTEE DATED: 10/23/2012 | DUKE ENERGY INTERNATIONAL, BRASIL LTDA CITY OF  SAO PAULO, STATE OF SAO PAULO, AT AV. DAS NA^OES UNIDAS, NO. 12.901, TORRE NORTE, 30TH FLOOR, ROOM  1, BROOKLIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 07/29/2016 | DUKE ENERGY INTERNATIONAL, GERAQAO PARANAPANEMA S.A AVENIDA DAS NAGOES UNIDAS, 12.901, TORRE NORTE, 30TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.874** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 02/25/2016 | DUKE ENERGY INTERNATIONAL, GERAQAO PARANAPANEMA S.A AVENIDA DAS NAGOES UNIDAS, 12.901, 30TH FLOOR, TORRE NORTES, BROOKLIN NEIGHBORHOOD, IN  THE CITY OF SAO PAULO, STATE OF SAO PAULO, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.875** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 12/12/2014 | DUKE ENERGY INTERNATIONAL, GERAQAO PARANAPANEMA S.A AVENIDA DAS NAGOES UNIDAS, 12.901, TORRE NORTE, 30TH FLOOR, IN THE CITY OF SAO  PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.876** State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 07/22/2016 | DUKE ENERGY INTERNATIONAL, GERAQAO PARANAPANEMA S.A. AVENIDA DAS NAGOES UNIDAS, 12.901, TORRE NORTE, 30TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.877** State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 02/25/2016 | DUKE ENERGY INTERNATIONAL, GERAQAO PARANAPANEMA S.A. AVENIDA DAS NAGOES UNIDAS, 12.901, 30TH FLOOR, TORRE NORTES, BROOKLIN NEIGHBORHOOD, IN  THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.878** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 12/12/2014 | DUKE ENERGY INTERNATIONAL, GERAQAO PARANAPANEMA S.A. AVENIDA DAS NAGOES UNIDAS, 12.901, TORRE NORTE, 30TH FLOOR, IN THE CITY OF SAO    PAULO, STATE OF SAO PAULO, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.879** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE USE AND PROVISION OF LICENSE AGREEMENT DATED: 09/01/2012 | DWEBNET SOLUQOES TECNOLOGICAS LTDA RUA DE SAO PAULO. MARECHAL FOCH 59, NOVA GRANADA NEIGHBORHOOD, BELO HORIZONTE,    MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.880** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/05/2007 | E CLAUDIONOR ASSESSORIA E REPRESENTAQOES LTDA. |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):   25-11062

Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM III DATED: 08/30/2006 | E EQUO CONSULTORIA E COMERCIO LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | EASY COMPUTING LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | EASY COMPUTING LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT: 04/25/2024 | EASY SOLUTION LOGÍSTICA LTDA. RUA ANTONIO MANOEL MOREIRA, N.º 70, 4º ANDAR, ITAJAÍ - SC, CEP 88301-640 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/10/2015 | EASY TAXI SERVIQOS S.A. AVENIDA QUEIROZ  FILHO, 1700, TORRE LIFE C, SALA 811, VILA HAMBURGUESA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM DATED: 08/30/2012 | EASYBIT COMERCIO E SERVICOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM DATED: 09/06/2013 | EASYBIT COMÉRCIO E SERVIÇOS DE INFORMÁTICA LTDA AVENIDA DOS BANDEIRANTES, Nº 821, VILA OLÍMPIA, SÃO PAULO – SP, CEP 04553-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

---

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.888** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM DATED: 07/31/2013 <br><br>**State the term remaining** Undetermined <br><br>**List the contract number of any government contract** | EASYBIT COMERCIO E SERVIGOS DE INFORMATICA LTDA AVENIDA DOS BANDEIRANTES, N°821, SAO PAULO/SP |
| **2.889** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 08/30/2012 <br><br>**State the term remaining** Undetermined <br><br>**List the contract number of any government contract** | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, SAO PAULO, SAO PAULO |
| **2.890** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM DATED: 07/31/2013 <br><br>**State the term remaining** Undetermined <br><br>**List the contract number of any government contract** | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, IN THE MUNICIPALITY OF SAO PAULO - STATE OF SAO PAULO |
| **2.891** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM DATED: 08/01/2012 <br><br>**State the term remaining** Undetermined <br><br>**List the contract number of any government contract** | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N°821, SAO PAULO/SP |
| **2.892** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM. DATED: 08/30/2012 <br><br>**State the term remaining** Undetermined <br><br>**List the contract number of any government contract** | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, IN THE MUNICIPALITY OF SAO PAULO - STATE OF SAO PAULO |
| **2.893** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM DATED: 01/08/2013 <br><br>**State the term remaining** Undetermined <br><br>**List the contract number of any government contract** | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N°821, SAO PAULO/SP |
| **2.894** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 08/01/2013 <br><br>**State the term remaining** Undetermined <br><br>**List the contract number of any government contract** | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N°821, SAO PAULO/SP |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 08/30/2012 | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, IN THE MUNICIPALITY OF SAO PAULO - STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 09/11/2013 | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N°821, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 08/30/2012 | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, IN THE MUNICIPALITY OF SAO PAULO - STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM. DATED: 01/08/2012 | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, IN THE MUNICIPALITY OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM DATED: 08/01/2013 | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N°821, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES ON THE PROCOBAR PLATFORM. DATED: 08/30/2012 | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, IN THE MUNICIPALITY OF SAO PAULO - STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL SUPPORT SERVICES DATED: 08/30/2012 | EASYBIT COMERCIO E SERVIQOS DE INFORMATICA AVENIDA DOS BANDEIRANTES, N° 821, IN THE MUNICIPALITY OF SAO PAULO - STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | BENS LOAN AGREEMENT DATED: 11/01/2013 | EATON LTDA RUA.CLARK N° 2.061 - BAIRRO MACUCO - VALINHOS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest | BENS LOAN AGREEMENT DATED: 11/01/2013 | EATON LTDA - TRANSMISSIONS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.904 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT AND TECHNICAL ASSISTANCE GUARANTEE: 06/01/2022 | ECOPURI PURIFICADORES E SERVIÇOS - EIRELI - EPP AVENIDA INDEPENDÊNCIA, Nº 123, VILA OLIVO - CIDADE VALINHOS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.905 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH ADDENDUM TO THE SERVICE PROVISION CONTRACT: 12/14/2023. | ECOPURI PURIFICADORES E SERVIÇOS EIRELI EPP. AVENIDA INDEPENDÊNCIA, Nº 123, VILA OLIVO, VALINHOS/SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.906 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT: 12/19/2022. | ECOPURI PURIFICADORES E SERVIÇOS EIRELI EPP. AVENIDA INDEPENDÊNCIA, Nº 123, VILA OLIVO, VALINHOS/SP, CEP 13.276-030. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.907 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT AND GUARANTEE OF TECHNICAL ASSISTANCE DATED: 07/14/2017 | ECOPURI PURIFICADORES E SERVIQOS - EIRELI - EPP AVENIDA INDEPENDENT, N° 123,  VILA OLIVO - CIDADE VALINHOS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.908 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LENDING AND GUARANTEE AGREEMENT DATED: 04/01/2019 | ECOPURI PURIFICADORES E SERVIQOS - EIRELI - EPP AVENIDA INDEPENDENCIA, N° 123, VILA OLIVO, CRTY  OF VALINHOS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.909 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LENDING AGREEMENT AND GUARANTEE OF TECHNICAL ASSISTANCE DATED: 07/01/2018 | ECOPURI PURIFICADORES E SERVIQOS - EIRELI - EPP AVENIDA INDEPENDENCIA, N° 123, VILA OLIVO, CITY OF VALINHOS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.910 | State what the contract or lease is for and the nature of the debtor's interest | MULTIPLE CONTRACT FOR THE PROVISION OF SERVICES AND SALE OF PRODUCTS | ECT PRAGA DOM PEDRO II, N°. 4-55, BAURU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest | MULTIPLE CONTRACT FOR THE PROVISION OF SERVICES AND SALE OF PRODUCTS DATED: 09/14/2010 | ECT PRACA DOM PEDROI1, N°. 4-55, BAURU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MULTIPLE CONTRACT DATED: 11/19/2010 | ECT - PUBLIC COMPANY RING ROAD, KM 21.5 - UNIVERSITY, CITY : LONDON, ZIP CODE : 31255-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT DATED: 01/03/2008 | ECX CARD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/03/2008 | ECX CARD ADMINISTRADORA E PROCESSADORA DE CARTOES S/A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | EDITORA MOL LTDA RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda            Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.916** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010<br><br><br>Undetermined | EDITORA MOL LTDA<br>MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| **2.917** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010<br><br>Undetermined | EDITORA MOL LTDA<br>MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| **2.918** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010<br><br>Undetermined | EDITORA MOL LTDA<br>MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| **2.919** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010<br><br>Undetermined | EDITORA MOL LTDA<br>MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| **2.920** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010<br><br>Undetermined | EDITORA MOL LTDA<br>SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| **2.921** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010<br><br>Undetermined | EDITORA MOL LTDA<br>RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| **2.922** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY CONTRACT DATED: 04/15/2009<br><br><br>Undetermined | EDITORA MOL LTDA<br>CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known)    25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA SAO PAULO, SAO PAULO, RUA  FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | EDITORA MOL LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA  FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, SÃO PAULO, SP, CEP 05432-070, CNPJ 08.604.094/0001-10 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA SAO PAULO, SAO PAULO, RUA  FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT (EDITORIAL PRODUCTS: DIRECT LINE MAGAZINE, FAMILY NEWSPAPER, FRONT & BACK BULLETIN) DATED: 05/01/2009 | EDITORA MOL LTDA. RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, SÃO PAULO – SP – CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 05/01/2009 | EDITORA MOL LTDA. CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070  ATTENTION: MR. RODRIGO PIPPONZI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF  SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070  ATTENTION: MR. RODRIGO PIPPONZI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 | EDITORA MOL LTDA. RUA FIDALGA, 593, SALA 6, VILA MADALENA, SÃO PAULO – SP, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | EDITORA MOL LTDA. THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA  FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP: 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. RUA FIDALGA, 593, SALA 6, VILA MADALENA CEP 05432-070 - SAO PAULO - SP  ATTENTION: MR. RODRIGO PIPPONZI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 05/01/2009 | EDITORA MOL LTDA. THIS CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. CAPITAL STATE OF SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA, CEP 05432-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | EDITORA MOL LTDA. SAO PAULO, AT RUA FIDALGA, N° 593, SALA 6, VILA MADALENA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | EDUCANDARIO NOSSA SENHORA DO AMPARO AMPARO, STATE OF SAO PAULO, RODOVIA SP, KM 95, S/N° |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | EDUCANDARIO NOSSA SENHORA DO AMPARO CITY OF AMPARO, STATE OF SAO PAULO, RODOVIA SP, KM 95, S/N° - BAIRRO DO MARTIRIO - AMPARO - SP, CEP 13 900-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | EDUCANDARIO NOSSA SENHORA DO AMPARO CITY OF AMPARO, STATE OF SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTIRIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/08/2010 | EDUCANDARIO NOSSA SENHORA DO AMPARO AMPARO, STATE OF SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTIRIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/07/2009 | EDUCANDARIO NOSSA SENHORA DO AMPARO AMPARO, STATE OF SAO PAULO,  RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTIRIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/08/2010 | EDUCANDARIO NOSSA SENHORA DO AMPARO AMPARO, STATE OF SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MART^RIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/03/2013 | EDUCANDARIO NOSSA SENHORA DO AMPARO AMPARO, STATE OF SAO PAULO,  RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MART^RIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.947 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/26/2010 | EDUCANDARIO NOSSA SENHORA DO AMPARO CITY OF AMPARO, STATE OF SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTIRIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.948 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | EDUCANDARIO NOSSA SENHORA DO AMPARO AMPARO, STATE OF SAO  PAULO, RODOVIA SP, KM 95, S/N° |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 06/17/2009 | EDUCANDARIO NOSSA SENHORA DO AMPARO AMPARO, STATE OF SAO  PAULO, RODOVIA SP, KM 95, S/N° |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | EDUCANDARIO NOSSA SENHORA DO AMPARO CITY OF AMPARO, STATE OF SAO PAULO, RODOVIA SP, KM 95, S/N° - BAIRRO DO MARTIRIO - AMPARO - SP, CEP 13 900-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 06/17/2009 | EDUCANDARIO NOSSA SENHORA DO AMPARO CITY OF AMPARO, STATE OF SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTIRIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/24/2012 | EDUCANDARIO NOSSA SENHORADO AMPARO CITY OF AMPARO,STATE OF SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTTRIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 01/03/2012 | EDUCANDARIO NOSSA SENHORADO AMPARO AMPARO,STATE OF SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTTRIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/24/2012 | EDUCANDARIO NOSSA SENHORADO AMPARO AMPARO, SAO PAULO, RODOVIA SP 95 KM 45 S/N° - BAIRRO DO MARTTRIO  CX.P.168  ZIP CODE 13900-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/28/2007 | ELDORADO RESEARCH INSTITUTE CITY OF CAMPINAS, STATE OF SAO PAULO, AT RODOVIA SP-340, KM 118.5, S/N, POLIS CONDOMINIUM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF INTENT DATED: 09/30/2009 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340,K M 118.5, S/N, POLIS CONDOMINIUM, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/28/2007 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340, KM 118.5, S/N, CONDOMMIO POLIS, CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/28/2007 | ELDORADO RESEARCH INSTITUTE CAMPINAS, STATE OF SAO PAULO, AT RODOVIA SP-340, KM 118.5, S/N, POLIS CONDOMINIUM ATTN: MAURO MIYASHIRO, RESEARCH AND DEVELOPMENT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF INTENT DATED: 09/30/2009 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340,K M 118.5, S/N, POLIS CONDOMINIUM, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF INTENT DATED: 09/30/2009 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340,K M 118.5, S/N, POLIS CONDOMINIUM, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/20/2007 | ELDORADO RESEARCH INSTITUTE CAMPINAS, SAO  PAULO, AT RODOVIA SP-340, KM 118.5, WITHOUT NUMBER, POLIS CONDOMINIUM ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | OWNERSHIP RIGHTS TRANSFER AGREEMENT DATED: 04/18/2008 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340, KM 118.5, S/N, CONDOMINIO POLIS, CAMPINAS - SP, CEP 13086-902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF INTENT DATED: 09/30/2009 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340,K M 118.5, S/N, POLIS CONDOMINIUM, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/20/2007 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340, KM 118.5, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/28/2007 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340,K M 118.5, S/N, POLIS CONDOMINIUM, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 10/02/2009 | ELDORADO RESEARCH INSTITUTE CAMPINAS, STATE OF SAO PAULO,  AVENIDA ERICO VENSSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest | OWNERSHIP RIGHTS TRANSFER AGREEMENT DATED: 04/18/2008 | ELDORADO RESEARCH INSTITUTE RODOVIA SP-340, KM 118.5, S/N, CONDOMINIO POLIS, CAMPINAS - SP, CEP 13086-902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/20/2007 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AT  RODOVIA SP-340, KM 118.5, S/N, CONDOMINIO POLIS  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HARDWARE  SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.969 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/03/2009 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AT  AVENIDA ERICO VERISSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGER - HARDWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.970 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 03/20/2007 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AT  RODOVIA SP-340, KM 118,5, S/N, CONDOMINIO POLIS  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HARDWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.971 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 05/13/2008 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO  PAULO, AT RODOVIA SP-340, KM 118.5, S/N, CONDOMMIO POLIS  CAMPINAS, SAO PAULO  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HARDWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.972** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 12/16/2008 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO PAULO, AT AVENIDA ERICO VEN'SSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE  SAO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.973** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 12/16/2008 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO PAULO, AT AVENIDA ERICO VEN'SSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE  SAO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.974** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/20/2007 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AT RODOVIA SP-340, KM 118.5, S/N, CONDOMINIO POLIS  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HARDWARE  SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.975** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 03/20/2007 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AT RODOVIA SP-340, KM 118,5, S/N, CONDOMINIO POLIS  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HARDWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.976** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/03/2009 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AT AVENIDA ERICO VERISSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGER - HARDWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.977** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 12/16/2008 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AVENIDA ERICO VEN'SSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.978** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 05/13/2008 | ELDORADO RESEARCH INSTITUTE INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO  PAULO, AT RODOVIA SP-340, KM 118.5, S/N, CONDOMMIO POLIS  CAMPINAS, SAO PAULO  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HARDWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACCESS AND USE RIGHT AGREEMENT DATED: 05/04/2007 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACCESS AND USE RIGHT AGREEMENT DATED: 05/04/2007 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACCESS AND USE RIGHT AGREEMENT DATED: 05/04/2007 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | SINERCOM SHARED ACCESS AND USE RIGHT AGREEMENT DATED: 06/13/2007 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACCESS AND USE RIGHT AGREEMENT DATED: 08/01/2007 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO,  STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACCESS AND USE RIGHT AGREEMENT DATED: 05/04/2007 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACCESS AND USE RIGHT AGREEMENT DATED: 03/03/2008 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
Case number (if known):    25-11062
Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.986 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE ARBITRATION AGREEMENT DATED: 04/19/2007 | ELECTRIC ENERGY TRADING CHAMBER - CCEE ALAMEDA SANTOS, 745, 13TH FLOOR, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.987 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/02/2007 | ELECTRON MICROANALYSIS SERVICES LTDA .- ME RUA FRANCISCO DOS SANTOS, 173, JARDIM RIZZO, BUTANTA, SAO PAULO - SP - CEP 05587-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.988 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/13/2007 | ELECTRON MICROANALYSIS SERVICES LTDA .- ME RUA FRANCISCO DOS SANTOS, 173, JARDIM RIZZO, BUTANTA, SAO PAULO - SP - CEP 05587-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.989 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/10/2017 | ELIAS DOS SANTOS EPP IN COSMOPOLIS, STATE OF SAO PAULO, AT RUA SANTO RIZZO, NO. 265, BAIRRO JOSE KALIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.990 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/10/2017 | ELIAS DOS SANTOS EPP COSMOPOLIS, STATE OF SAO PAULO, AT RUA SANTO RIZZO, NO. 265, BAIRRO JOSE KALIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.991 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT DATED: 03/14/2016 | ELITE INDUSTRIA DE MATRIZES LTDA CAXIAS DO SUL - SP, WITH ADDRESS AT RUA DAS ROSAS, 2039, CEP: 95110-680 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.992 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT DATED: 03/14/2016 | ELITE INDÚSTRIA DE MATRIZES LTDA RUA DAS ROSAS, 2039, CAXIAS DO SUL – SP, CEP: 95110-680 CNPJ: 00.466.209/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.993 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 05/03/2010 | ELTEK BRASIL IND. AND COM. COMPONENTES ELETROMECANICA LTDA. ELTEK BRASIL IND. AND COM. ELECTROMECHANICAL COMPONENTS LTDA . JUNDIA, SAO PAULO, AVENIDA JUVENAL ARANTES, N.° 2500, GALPOS 20 E 21,  CEP: 13.212-370, BAIRRO MEDEIROS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.994 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 05/03/2010 | ELTEK BRASIL IND. AND COM. COMPONENTES ELETROMECANICA LTDA. ELTEK BRASIL IND. AND COM. ELECTROMECHANICAL COMPONENTS LTDA . JUNDIA, SAO PAULO, AVENIDA JUVENAL ARANTES, N.° 2500, GALPOS 20 E 21,  CEP: 13.212-370, BAIRRO MEDEIROS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.995 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 05/03/2010 | ELTEK BRASIL IND. AND COM. ELECTROMECHANICAL COMPONENTS LTDA CITY OF JUNDIAL STATE OF SAO PAULO, AVENIDA JUVENAL ARANTES, N.° 2500, GALPOS 20 E 21, CEP: 13.212-370, BAIRRO MEDEIROS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.996 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/01/2010 | ELTEK DO BRASIL INDUSTRIA DE COMPONENTES ELETROMECANICA LTDA AVENIDA JUVENAL ARANTES, N.° 2500, GALPAO 20 E 21 C.I. BRACAIUVA. BAIRRO MEDEIROS, IN THE CITY OF JUNDIAI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.997 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/01/2010 | ELTEK DO BRASIL INDUSTRIA DE COMPONENTES ELETROMECANICA LTDA AVENIDA JUVENAL ARANTES, N.° 2500, GALPAO 20 E 21 C.I. BRACAIUVA. BAIRRO MEDEIROS, IN THE CITY OF JUNDIAI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.998 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF PACKAGING AND OTHER COVENANTS DATED: 11/01/2007 | EMBACAMP INDUSTRIA E COMERCIO DE EMBALAGENS LTDA. RUA CESAR AUGUSTO CARDOSO, N°. 123, PARQUE VIA NORTE, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.999 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF PACKAGING AND OTHER COVENANTS DATED: 11/01/2007 | EMBACAMP INDUSTRIA E COMERCIO DE EMBALAGENS LTDA. RUA CESAR AUGUSTO CARDOSO, N°. 123, PARQUE VIA NORTE, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1000 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO CONTRACT C.VES4-BHE-PLN-1019/99 AND ITS ADDENDUMS 1 TO 9. DATED: 10/10/2007 | EMBRATEL S.A. AV. PRESIDENTE VARGAS, 1012 - RIO DE JANEIRO -   C.G.C.: 33.530.486/0001-29RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1001 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO CONTRACT DATED: 10/10/2007 | EMBRATEL S.A. AV. PRESIDENTE VARGAS, 1012 - RIO DE JANEIRO -   C.G.C.: 33.530.486/0001-29RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1002 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT OF ACCREDITATION DATED: 12/03/2010 | EMISSIONS LABORATORY AV. EMANCIPATION, 801. SHED 01, NEIGHBORHOOD: JD. SANTA RITA DE CASSIA, HORTOLANDIA, SP ZIP CODE: 13184-654. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1003 | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | EMPRESA BRASILEIRA DE TELECOMUNICA^OES S.A AVENIDA PRESIDENTE VARGAS N.° 1.012, RIO  DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | EMPRESA BRASILEIRA DE TELECOMUNICA^OES S.A. AVENIDA PRESIDENTE VARGAS N.° 1.012, RIO  DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/08/2010 | EMPRESA BRASILEIRA DE TELECOMUNICA^OES S.A. - EMBRATEL AVENIDA PRESIDENTE VARGAS N.° 1.012, RIO DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/26/2008 | EMPRESA BRASILEIRA DE TELECOMUNICACOES S.A AVENIDA PRESIDENTE VARGAS N.°  1.012, RIO DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1007 | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | EMPRESA BRASILEIRA DE TELECOMUNICACOES S.A AVENIDA PRESIDENTE VARGAS N.° 1.012, RIO DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1008 | State what the contract or lease is for and the nature of the debtor's interest | TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | EMPRESA BRASILEIRA DE TELECOMUNICACOES S.A. AVENIDA PRESIDENTE VARGAS N.° 1.012. RIO DE JANEIRO - RJ, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1009 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | EMPRESA BRASILEIRA DE TELECOMUNICAÇÕES S.A. – EMBRATEL AVENIDA PRESIDENTE VARGAS, Nº 1012, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1010 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR DIGIDIAL SERVICE DATED: 06/26/2003 | EMPRESA BRASILEIRA DE TELECOMUNICAÇÕES S.A. – EMBRATEL AVENIDA PRESIDENTE VARGAS, Nº 1012, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1011 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 07/01/2008 | EMPRESA BRASILEIRA DE TELECOMUNICAÇÕES S.A. – EMBRATEL AVENIDA PRESIDENTE VARGAS, Nº 1012, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1012 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/10/2013 | ENGESCOM - REFRIGERATION AND AIR CONDITIONING LTDA RUA SANTA CRUZ, N° 612, BAIRRO CENTRO, BETIM, CEP: 32.600-232 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1013 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ENVIRONMENTAL TECHNICAL CONSULTING SERVICES DATED: 07/12/2013 | ENVIRONMENTAL PLANNING AND MANAGEMENT AV AGAMENOM GALHAES, 2936/S! 1103, ESPINHEIRO - RECIFE-PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1014 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ENVIRONMENTAL TECHNICAL CONSULTING SERVICES DATED: 07/12/2013 | ENVIRONMENTAL PLANNING AND MANAGEMENT AV AGAMENOM GALHAES, 2936/S! 1103, ESPINHEIRO - RECIFE-PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1015 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 08/30/2006 | EQUO CONSULTORIA E COMERCIO LTD PEDREIRA, STATE OF SAO PAULO, AT RUA ICAVETA, NO. 152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1016 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 08/30/2006 | EQUO CONSULTORIA E COMERCIO LTD PEDREIRA, STATE OF SAO PAULO, AT RUA ICAVETA, NO. 152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1017 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/01/2011 | EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1018 | State what the contract or lease is for and the nature of the debtor's interest | DISTRACT DATED: 01/31/2011 | EQUO CONSULTORIA E COMERCIO LTDA PEDREIRA, STATE OF SAO PAULO, AT RUA ICAVETA, N° 152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1019 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/31/2011 | EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1020 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 12/01/2012 | EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO, HEREBY REPRESENTED BYITS  MAJORITY SHAREHOLDER MR. EDISSON GALASSI. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1021 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO DATED: 12/01/2012 | EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1022 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/23/2007 | EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1023 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF CONTRACT FOR THE PROVISION OF COMMERCIAL ADVISORY SERVICES DATED: 11/23/2012 | EQUO CONSULTORIA E COMERCIO LTDA RUA DOS AZULOES,  NO. 782, JARDIM SANTA AMELIA, HORTOLANDIA - SP SAO PAULO, HEREBY REPRESENTED BY ITS MAJORITY  SHAREHOLDER MR. EDISON LUIS GALASSI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1024 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO DATED: 12/01/2012 | EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1025 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION OF CONTRACT FOR THE PROVISION OF COMMERCIAL ADVISORY SERVICES DATED: 11/23/2012 | EQUO CONSULTORIA E COMERCIO LTDA RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1026 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 01/31/2011 | EQUO CONSULTORIA E COMERCIO LTDA PEDREIRA, STATE OF SAO PAULO, AT RUA ICAVETA, N° 152, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1027 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/23/2007 | EQUO CONSULTORIA E COMERCIO LTDA PEDREIRA, STATE OF SAO PAULO, AT RUA ICAVETA, NO. 152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

▉    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 02/01/2011 | EQUO CONSULTORIA E COMERCIO LTDA<br>PEDREIRA, STATE OF SAO PAULO, AT RUA ICAVETA, NO. 152 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1029 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 01/12/2012 | EQUO CONSULTORIA E COMERCIO LTDA.<br>RUA ICAVETA N° 152, PEDREIRA, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1030 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT DATED: 05/23/2006 | EQUO CONSULTORIA E COMERCIO LTDA.<br>RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO, HEREBY REPRESENTED BY ITS MAJORITY SHAREHOLDER MR. EDISSON GALASSI. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1031 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 12/01/2012 | EQUO CONSULTORIA E COMERCIO LTDA.<br>RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO, HEREBY REPRESENTED BY ITS MAJORITY SHAREHOLDER MR. EDISSON GALASSI. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF TERMINATION OF CONTRACT FOR THE PROVISION OF COMMERCIAL ADVISORY SERVICES DATED: 11/23/2012 | EQUO CONSULTORIA E COMERCIO LTDA.<br>RUA DOS AZULOES, NO. 782, JARDIM SANTA AMELIA, HORTOLANDIA - SP SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 12/01/2012 | EQUO CONSULTORIA E COMERCIO LTDA.<br>RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRACT DATED: 01/31/2011 | EQUO CONSULTORIA E COMERCIO LTDA.<br>PEDREIRA, SAO PAULO, RUA ICAVETA, N° 152 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1035 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/01/2011 | EQUO CONSULTORIA E COMERCIO LTDA. PEDREIRA, SAO PAULO, RUA  ICAVETA, NO. 152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1036 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/23/2007 | EQUO CONSULTORIA E COMERCIO LTDA. PEDREIRA, SAO PAULO, RUA ICAVETA, NO. 152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1037 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 12/01/2012 | EQUO CONSULTORIA E COMERCIO LTDA. RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1038 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | EQUO CONSULTORIA E COMERCIO LTDA. CITY OF PEDREIRA, STATE OF SAO PAULO, AT RUA ICAVETA, NO. 152 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1039 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT DATED: 05/23/2006 | EQUO CONSULTORIA E COMERCIO LTDA. RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO, HEREBY REPRESENTED BY ITS  MAJORITY SHAREHOLDER MR. EDISSON GALASSI. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1040 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/23/2006 | EQUO CONSULTORIA E COMERCIO LTDA. RUA ICAVETA N° 152, PEDREIRA, STATE OF SAO PAULO, HEREBY REPRESENTED BY ITS  MAJORITY SHAREHOLDER MR. EDISSON GALASSI. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1041 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT: 11/30/2012 | EQUO CONSULTORIA E COMÉRCIO LTDA. RUA ICAVETA N° 152, PEDREIRA, ESTADO DE SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/20/2010 | ERGOFISIO SERVIÇOS PREVENTIVOS LTDA RUA SAMPAIO VIDAL, 272, JARDIM CHAPADÃO, CAMPINAS/SP, CEP 13070-090, CNPJ 05.887.458/0001-28 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1043 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/20/2010 | ERGOFISIO SERVICOS PREVENTIVOS LTDA. RUA SAMPAIO VIDAL, 272 - JARDIM CHAPADAO, CEP 13070-090, MUNICIPALITY OF CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/20/2010 | ERGOFISIO SERVICOS PREVENTIVOS LTDA. RUA SAMPAIO VIDAL, 272 - JARDIM CHAPADAO, CEP 13070-090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/20/2010 | ERGOFISIO SERVIÇOS PREVENTIVOS LTDA. ATTN: ANDREA GONÇALVES PINTO DEPARTMENT: COMMERCIAL RUA SAMPAIO VIDAL, 272 – JARDIM CHAPADÃO, CAMPINAS – SP – CEP: 13070-090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/20/2010 | ERGOFISIO SERVIÇOS PREVENTIVOS LTDA. ATTN: ANDREA GONÇALVES PINTO DEPARTMENT: COMMERCIAL RUA SAMPAIO VIDAL, 272 – JARDIM CHAPADÃO – CEP 13070-090 – CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1047 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/20/2010 | ERGOFISIO SERVIQOS PREVENTIVOS LTDA. RUA SAMPAIO VIDAL, 272 - JARDIM CHAPADAO, CEP 13070-090, MUNICIPALITY OF CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1048 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | ERGOM DO BRASIL RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
_____
Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | ERGOM DO BRASIL LTD RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1050 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1051 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1052 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT SUP-513/10 DATED: 01/07/2012 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG, CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1053 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 09/28/2013 | ERGOM DO BRASIL LTDA RODOVIA  MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA- MG, CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1054 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO,  ITAUNA-MG, CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1056** | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1057** | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 05/31/2011 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51,7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, CEP .: 35.680-590, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1058** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2016 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1059** | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1060** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1061** | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1062** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):    25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1063 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1064 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG CEP  35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1065 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2011 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1066 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1067 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/01/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1068 | State what the contract or lease is for and the nature of the debtor's interest | 4TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 01/12/2012 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1069 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1070 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT ' SERVICES DATED: 08/01/2010 | ERGOM DO BRASIL LTDA<br>RODOVIA MG 431, KM 51.7, IN THE MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1071 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | ERGOM DO BRASIL LTDA<br>RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1072 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | ERGOM DO BRASIL LTDA<br>RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA- MG, CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1073 | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/14/2010 | ERGOM DO BRASIL LTDA<br>MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS, AT RODOVIA MG 431, - KM 51,7, - CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1074 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ERGOM DO BRASIL LTDA<br>RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1075 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 06/01/2009 | ERGOM DO BRASIL LTDA<br>ITAUNA, STATE OF MINAS GERAIS, AT RODOVIA MG 431, KM 51,7, - CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1076 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM DATED: | ERGOM DO BRASIL LTDA<br>RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1077 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG, CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1078 | State what the contract or lease is for and the nature of the debtor's interest | 5TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 09/23/2012 | ERGOM DO BRASIL LTDA RODOVIA MG431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/16/2013 | ERGOM DO BRASIL LTDA ITAUNA, MINAS GERAIS, AT RODOVIA MG 431, KM 51.7, CEP-35680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION DATED: 01/16/2010 | ERGOM DO BRASIL LTDA ITAUNA, STATE OF MINAS GERAIS, AT RODOVIA MG 431, KM 51.7, - CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 02/25/2010 | ERGOM DO BRASIL LTDA ITAUNA, STATE OF MINAS GERAIS, AT RODOVIA MG 431, KM 51.7, - CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case number (if known)    25-11062
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1084** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 |
| | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1085** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES |
| | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1086** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/01/2010 |
| | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA/MG |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1087** State what the contract or lease is for and the nature of the debtor's interest | THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 |
| | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG, CEP: 35680142 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1088** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 04/15/2009 |
| | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, ITAUNA, MG CEP   35680-142 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1089** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TERMINATION OF THE SUPPLY PROVISION CONTRACT DATED: 01/16/2010 |
| | ERGOM DO BRASIL LTDA MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS, AT RODOVIA  MG 431, KM. 51,7, - CEP: 35680-142 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1090** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 |
| | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | ERGOM DO BRASIL LTDA RODOVIA MG 431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1092 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG, CEP: 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1093 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY DATED: 04/11/2011 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1094 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1095 | State what the contract or lease is for and the nature of the debtor's interest | 2ND. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 07/27/2011 | ERGOM DO BRASIL LTDA RODOVIA MG-431, S/N.°, KM 51.7, BAIRRO MORRO DO ENGENHO, ITAUNA/MG, ZIP CODE .: 35.680-590 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1096 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE FLEET MANAGEMENT CONTRACT DATED: 07/03/2012 | ERGOM DO BRASIL LTDA RODOVIA.MG 431,' KM ' 51.7; MORRO DO ENGENHO, ITAUNA; MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1097 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 02/09/2013 | ERGOM DO BRASIL LTDA ROD. MG 431 - KM 51.7 - MORRO DO ENGENHO,  ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1098 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1099 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 09/02/2013 | ERGOM DO BRASIL LTDA ROD. MG 431 - KM 51.7 - MORRO DO ENGENHO,  ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1100 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | ERGOM DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS  GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1101 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ERGOM DO BRASIL LTDA . RODOVIA MG 431, KM. 51,7, ITAUNA, MG - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1102 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | ERGOM DO BRASIL LTDA. RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA,  STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1103 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO DATED: 08/01/2010 | ERGOM DO BRASIL LTDA. RODOVIA MG 431, KM. 51.7, IN THE MUNICIPALITY  OF ITAUNA, STATE OF MINAS GERAIS - CEP 35680-142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1104 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 08/13/2009 | ERGOM DO BRASIL LTDA. ITAUNA, STATE OF MINAS GERAIS, RODOVIA MG  431, S/N, KM 51,7, MORRO DO ENGENHO, CEP: 35.680142 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1105 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/11/2011 | ERGOM DO BRASIL LTDA. RODOVIA MG 431, KM 51,7, CEP: 35.680-142, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1106 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULING SERVICES DATED: 09/30/2010 | ERGOM DO BRASIL LTDA. RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS - CEP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1107 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/07/2010 | ERGOM DO BRASIL LTDA. RODOVIA MG 431, KM 51.7, MORRO DO ENGENHO, CEP: 35680-142, ITAUNA-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1108 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULING SERVICES DATED: 09/30/2010 | ERGOM DO BRASIL LTDA. RODOVIA MG 431, KM. 51,7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1109 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 06/30/2010 | ERGOM DO BRASIL LTDA. RODOVIA MG 431 KM 51.7, MORRO DO ENGENHO, IN THE CITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1110 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1111 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2023 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG, REGISTERED IN  THE NATIONAL REGISTRY OF LEGAL ENTITIES OF THE MINISTRY OF FINANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, MUNICIPALITY OF ITAUNA, STATE OF MINAS  GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2010 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ERGON DO BRASIL LTDA RODOVIA MG 431, KM 51.7, ITAUNA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/16/2013 | ERGON SAUDE OCUPACIONAL LTDA RUA DOUTOR MELO VIANA,  187, APTO 103, BAIRRO: VILA VERA CRUZ, LAVRAS, MG, CEP 32040-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known): 25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/16/2013 | ERGON SAUDE OCUPACIONAL LTDA RUA DOUTOR MELO VIANA, 187, APTO 103, BAIRRO: VILA VERA CRUZ, LAVRAS, MG, CEP 32040-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/11/2011 | ERGON SAUDE OCUPACIONAL LTDA RUA STA CRUZ, 1019, LOJA A, CEP 37002-090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1121 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/11/2011 | ERGON SAUDE OCUPACIONAL LTDA ERGON OCCUPATIONAL HEALTH LTD. RUA STA CRUZ, 1019, LOJA A, CEP 37002-090 VARGINHA/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1122 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/11/2011 | ERGON SAUDE OCUPACIONAL LTDA. RUA STA CRUZ, 1019, LOJA A, CEP 37002-090,  MUNICIPALITY OF VARGINHA/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1123 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE, MAINTENANCE AND SUPPORT LICENSE AGREEMENT DATED: 12/14/2009 | ESASORMA DO BRASIL LTDA AVENIDA SELMA PARADA, 201, BLOCK 01, 1ST FLOOR, ROOM 113, CEP: 13091-904 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1124 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE, MAINTENANCE AND SUPPORT LICENSE AGREEMENT NO. MM-001/2010 DATED: 12/14/2009 | ESASORMA DO BRASIL LTDA AVENIDA SELMA PARADA, 201, BLOCK 01, 1ST FLOOR, ROOM 113, CEP: 13091-904, FAZENDA SAO QUIRINO,  CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1125 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE, MAINTENANCE AND SUPPORT LICENSE AGREEMENT DATED: 12/14/2009 | ESASORMA DO BRASIL LTDA AVENIDA SELMA PARADA, 201, BLOCK 01, 1ST FLOOR, ROOM 113 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1126 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE, MAINTENANCE AND SUPPORT LICENSE AGREEMENT DATED: 12/14/2009 | ESASORMA DO BRASIL LTDA. AVENIDA SELMA PARADA, 201, BLOCK 01, 1ST FLOOR, ROOM 113, CEP: 13091-904, FAZENDA SAO QUIRINO, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1127 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/02/2011 | ESCOLA EVANGELHO ESPERANCA STATE OF SAO PAULO, AT RUA ABIGAIL ALVES PIRES, 290, BAIRRO CHACARA NOVA BOA VISTA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1128 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/02/2011 | ESCOLA EVANGELHO ESPERANQA HORTOLANDIA, STATE OF SAO PAULO, AT RUA ABIGAIL ALVES PIRES, 290,  BAIRRO CHACARA NOVA BOA VISTA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1129 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/02/2011 | ESCOLA EVANGELHO ESPERANQA HORTOLANDIA, STATE OF SAO PAULO, AT RUA ABIGAIL ALVES PIRES, 290,  BAIRRO CHACARA NOVA BOA VISTA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1130 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/28/2012 | ESG ASSESSORIA EM GESTAO DE INFORMACAO LTDA RUA SALETE, 251 2° ANDAR, BAIRRO DE SANTANA CIDADE DE SAO PAULO STATE  OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1131 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/28/2012 | ESG ASSESSORIA EM GESTAO DE INFORMAQAO LTDA RUA SALETE, 251 2° ANDAR, BAIRRO DE SANTANA CIDADE DE SAO PAULO STATE  OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1132 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 10/26/2009 | ESSENCIAL IMOVEIS LTDA AV. JOAO CESAR DE OLIVEIRA, N° 3789 - BAIRRO NOVO ELDORADO - CONTAGEM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
| | Name | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1133 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE AGREEMENT DATED: 02/08/2010 | ESTATE OF ORESTE GERALDO MANTOVANI RUA ANTONIO PRADO, N. 254, IN THE  MUNICIPALITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1134 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE AGREEMENT – ENVIRONMENTAL MONITORING AND REMEDIATION USE DATED: 02/08/2010 | ESTATE OF ORESTE GERALDO MANTOVANI RUA ANTONIO PRADO, 254, AMPARO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1135 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1136 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO CEP 04582-000 - SAO PAULO - SP ATTENTION: MRS. VALERIA M. M. PERITO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1137 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA CAPITAL STATE  OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1138 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 ATTENTION: MRS. VALERIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1139 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1140** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1141** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1142** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1143** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1144** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1145** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1146** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1147 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1148 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1149 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1150 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1151 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1152 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA CAPITAL  STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1153 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1154 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1155 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/03/2010 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA RUA ÁLVARO RODRIGUES, N° 182, 2º ANDAR, VILA CORDEIRO, SÃO PAULO/SP, CEP: 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1156 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1157 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICACAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1158 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO - SP, CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1159 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO - SP, CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1160 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. ATTN: MRS. VALERIA M. M. PERITO RUA ÁLVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO – SP – CEP 04582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1161**
| State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO – SÃO PAULO – SP – CEP 04582-000 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1162**
| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. ATTN: MRS. VALERIA M. M. PERITO RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO – SÃO PAULO – SP – CEP 04582-000 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1163**
| State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO – SÃO PAULO – SP – CEP 04582-000 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1164**
| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, NO. 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO – SP, CEP 04582-000, CNPJ: 56.994.858/0001-73 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1165**
| State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, Nº 182, 2ND FLOOR, VILA CORDEIRO, SÃO PAULO – SP, CEP 04582-000 CNPJ: 56.994.858/0001-73 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1166**
| State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 09/01/2012 | ESTRATÉGIA ASSESSORIA DE COMUNICAÇÃO LTDA. RUA ÁLVARO RODRIGUES, 182, 2º ANDAR, VILA CORDEIRO, SÃO PAULO – SP – CEP 04582-000 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1167**
| State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/02/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1168 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1169 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1170 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1171 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1172 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1173 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1174 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1175** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1176** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1177** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1178** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1179** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1180** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1181** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO CEP 04582-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):  25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1182 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1183 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1184 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1186 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1187 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA RUA  ALVARO RODRIGUES, 182, 2ND FLOOR - VILA CORDEIRO, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1188 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL  STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04582000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1189 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1190 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE  OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1191 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, CAPITAL STATE  OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1192 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL  STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1193 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1194 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL  STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N ° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1195 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1196 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1197 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 03/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1198 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1200 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/01/2013 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1201 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1202 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 09/01/2012 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1203** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1204** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/01/2011 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE  OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP 04.582-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1205** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. CAPITAL STATE OF SAO PAULO, AT RUA ALVARO RODRIGUES, N° 182, 2ND FLOOR, VILA CORDEIRO, CEP  04.582-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1206** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. STRATEGY COMMUNICATION ADVISORY LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO CEP 04582-000 -  SAO PAULO - SP ATTENTION: MRS. VALERIA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1207** State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 07/01/2010 | ESTRATEGIA ASSESSORIA DE COMUNICAQAO LTDA. STRATEGY COMMUNICATION ADVISORY LTDA RUA ALVARO RODRIGUES, 182, 2ND FLOOR, VILA CORDEIRO CEP 04582-000 -  SAO PAULO - SP ATTENTION: MRS. VALERIA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1208** State what the contract or lease is for and the nature of the debtor's interest | GENERAL PURCHASING CONDITIONS DATED: 02/25/2008 | EUGEOT COMMERCIAL EXPORTING TRAVESSA MANOEL PRETO, N°. 38 (PART) NEIGHBORHOOD OF VILA  GUILHERME, IN THE CITY AND STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1209** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES BEHAVIORAL TRAINING OF INTERNS DATED: 08/15/2013 | EUVALDO LODI INSTITUTE RUA SURUBIM. 504 - 7TH FLOOR, CONJ. 72, BROOKLIN  NOVO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1210 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES BEHAVIORAL TRAINING OF INTERNS DATED: 08/15/2013 | EUVALDO LODI INSTITUTE - SAO PAULO RUA SURUBIM. 504 - 7TH FLOOR, CONJ. 72, BROOKLIN  NOVO, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1211 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND OTHER COVENANTS DATED: 01/01/2025 | EVEREST MÁQUINAS AUTOMÁTICAS, INDÚSTRIA, COMÉRCIO E LOCAÇÃO LTDA. RUA GEORG REXROTH, 609, SALA A-10, DIADEMA, PIRAPORINHA/SP, CEP 09951-270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1212 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/28/2009 | EXCEL SERVICOS EM METROLOGIA LTDA. VARGINHA/MG, AT RUA SHVIO COUGO, N° 431, VILA PAIVA, CEP: 37.018-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1213 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY  OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1214 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES  THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL,LAVRAS,  MINAS  GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1215 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY  OF LAVRAS, STATE OF MINAS GERAIS, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1216 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, LAVRAS, MINAS  GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda     Case number (if known): 25-11062
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1217** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1218** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1219** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, LAVRAS, MINAS GERAIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1220** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAI |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1221** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1222** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, MUNICIPALITY OF LAVRAS, MINAS GERAIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1223** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015 | EXPRESSO NEPOMUCENO LTDA RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.1224**
State what the contract or lease is for and the nature of the debtor's interest
AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015

State the term remaining
Undetermined

List the contract number of any government contract

EXPRESSO NEPOMUCENO LTDA
RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS

---

**2.1225**
State what the contract or lease is for and the nature of the debtor's interest
AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES DATED: 11/10/2015

State the term remaining
Undetermined

List the contract number of any government contract

EXPRESSO NEPOMUCENO LTDA
RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS

---

**2.1226**
State what the contract or lease is for and the nature of the debtor's interest
AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015

State the term remaining
Undetermined

List the contract number of any government contract

EXPRESSO NEPOMUCENO LTDA
RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS,

---

**2.1227**
State what the contract or lease is for and the nature of the debtor's interest
CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010

State the term remaining
Undetermined

List the contract number of any government contract

EXPRESSO NEPOMUCENO LTDA
RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, LAVRAS, MINAS GERAIS

---

**2.1228**
State what the contract or lease is for and the nature of the debtor's interest
AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES OF LOADS DATED: 11/10/2015

State the term remaining
Undetermined

List the contract number of any government contract

EXPRESSO NEPOMUCENO LTDA
RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS

---

**2.1229**
State what the contract or lease is for and the nature of the debtor's interest
CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT ' SERVICES DATED: 08/01/2010

State the term remaining
Undetermined

List the contract number of any government contract

EXPRESSO NEPOMUCENO LTDA
RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS

---

**2.1230**
State what the contract or lease is for and the nature of the debtor's interest
CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010

State the term remaining
Undetermined

List the contract number of any government contract

EXPRESSO NEPOMUCENO LTDA
RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1231 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, LAVRAS, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1232 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT ' SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES  THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS  GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1233 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES  THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS  GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1234 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1235 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1236 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1237 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT ' SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1238 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES  THOMAZ DA SILVA, N° 15, DISTRITO INDUSTRIAL, IN THE MUNICIPALITY OF LAVRAS, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1239 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD CARGO TRANSPORT SERVICES DATED: 08/01/2010 | EXPRESSO NEPOMUCENO LTDA. RUA ALCIDES THOMAZ DA SILVA, 15, DISTRITO INDUSTRIAL, LAVRAS - MG CNPJ: 50.201.805/0001-71 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1240 | State what the contract or lease is for and the nature of the debtor's interest | ROAD TRANSPORTATION AND LOGISTICS SERVICES AGREEMENT: 05/05/2025 | EXPRESSO NEPOMUCENO S.A. RUA ALCIDES TOMAZ DA SILVA, 15, DISTRITO INDUSTRIAL, LAVRAS - MG, CEP 37200-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1241 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | EXPRESSO NEPOMUCENO S/A RUA ALCIDES THOMAZ DA SILVA, 15, DISTRITO INDUSTRIAL, LAVRAS-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1242 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AUTHORIZATION DATED: 11/19/2010 | EYE SERVICOS LTDA RUA EMILIA SILVA DE FREITAS, N°. 871, BAIRRO NOVO ELDORADO, CEP: 32;  341-500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1243 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/15/2013 | FABIANA QUARESMA LIMA- ME / INOVAR SAUDE OCUPACIONAL RUA ANTONIA SANTOS DE OLIVEIRA, 56, LJ 01, DIAMANTE, BELO HORIZONTE / MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1244 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1245 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA CITY OF BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1246 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1247 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1248 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1249 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1250 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1251 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1252 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1253 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1254 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1255 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA, THE STATE OF SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1256 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, SANTA CATARINA, RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1257 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1258 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):    25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1259 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1260 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>CITY OF BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1261 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1262 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1263 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1264 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1265 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407 - VELHA. CNPJ NO. 81.768.343/0001-00, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1266 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA BLUMENAU, IN THE STATE OF SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1267 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA. CNPJ NO. 81.768.343/0001-00, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1268 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1269 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1270 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1271 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA. CNPJ NO. 81.768.343/0001-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1272 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
         Name                                                       Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1273** State what the contract or lease is for and the nature of the debtor's interest<br><br>COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | FACIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| **2.1274** State what the contract or lease is for and the nature of the debtor's interest<br><br>ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE DATED: 08/23/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | FACIL INFORMÁTICA LTDA<br>RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU, SC, CNPJ 81.768.343/0001-00 |
| **2.1275** State what the contract or lease is for and the nature of the debtor's interest<br><br>COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | FACIL INFORMÁTICA LTDA<br>CATARINARUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| **2.1276** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | FÁCIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| **2.1277** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | FÁCIL INFORMATICA LTDA<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| **2.1278** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED:<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | FACIL INFORMATICA LTDA.<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| **2.1279** State what the contract or lease is for and the nature of the debtor's interest<br><br>AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | FACIL INFORMATICA LTDA.<br>RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1280 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1282 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: Undetermined | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1283 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1284 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1285 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1286 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1287 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM DATED: | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1288 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1289 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1290 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1291 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA 89036-501 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1292 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1293 | **State what the contract or lease is for and the nature of the debtor's interest** | THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1294** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1295** | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. BLUMENAU, IN THE STATE OF SANTA  CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1296** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1297** | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU - SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1298** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1299** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1300** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1301 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES IN ACCORDANCE WITH THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 01/27/2012 TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. BLUMENAU, IN THE STATE OF SANTA CATARINA, ESTABLISHED AT RUA GUSTAVO BUDAG, 407 - VELHA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SANTA CATARINA, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1305 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMATICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 10/26/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1307 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1308 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF DATA SUPPLY SERVICES DATED: 01/27/2012 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1309 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1310 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 08/23/2010 TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 - VELHA, BLUMENAU, SC, CNPJ 81.768.343/0001-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1311 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1312 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT -PROVISION OF DATA SUPPLY SERVICES DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1313 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, BLUMENAU, SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1314 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 10/26/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1315 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407 – VELHA, BLUMENAU – SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1316 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | FACIL INFORMÁTICA LTDA. RUA GUSTAVO BUDAG, 407, VELHA, BLUMENAU – SC – CEP 89036-501 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1317 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT SIGNED DATED: 11/01/2015 | FCA FIAT CHRYSLER AUTOMOVEIS BRASIL LTDA MUNICIPALITY OF BETIM, STATE OF MINAS GERAIS, AT AVENIDA CONTORNO, NO. 3455, PAULO CAMILO  NEIGHBORHOOD, CEP: 32.669-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1318 | State what the contract or lease is for and the nature of the debtor's interest | AREA LOAN CONTRACT DATED: 01/01/2006 | FCA FIAT CHRYSLER AUTOMOVEIS BRASIL LTDA CITY OF BETIM, STATE OF MINAS GERAIS, AT AVENIDA DO CONTORNO, N° 3455, BAIRRO PAULO CAMILO, CEP: 32.669-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1319 | State what the contract or lease is for and the nature of the debtor's interest | AREA LOAN CONTRACT DATED: 01/01/2006 | FCA FIAT CHRYSLER AUTOMÓVEIS BRASIL LTDA. AVENIDA DO CONTORNO, 3455, BAIRRO PAULO CAMILO, BETIM – MG, CEP 32.669-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1320 | State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | FCA ITALY S.P.A. CORSO AGNELLI N. 200 10100 - TURIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1321 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 07/05/2022 | FCA RENTAL LOCADORA DE AUTOMÓVEIS LTDA RUA QUELUZITA, N° 34, SALA 1301, PARTE A, BLOCO 02 TOWER, BAIRRO DOM JOAQUIM, CEP: 31.920-011, BELO HORIZONTE/MG, REGISTERED WITH THE CNPJ/MF UNDER NO. 17.464.972/0001- |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1322 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 01/01/2020 | FCA RENTAL LOCADORA DE AUTOMÓVEIS LTDA AVENIDA AFONSO PENA, Nº 1.500, 3RD FLOOR, ROOM A, CENTRO, BELO HORIZONTE /MG, REGISTERED WITH THE CNPJ UNDER NO. 17.464.972/0001-30 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1323 | State what the contract or lease is for and the nature of the debtor's interest | CAR RENTAL AGREEMENT DATED: 09/27/2021 | FCA RENTAL LOCADORA DE AUTOMÓVEIS LTDA AVENIDA AFONSO PENA, Nº 1.500, 3RD FLOOR, ROOM A, CENTRO, BELO HORIZONTE /MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1324 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LEASE AGREEMENT DATED: 07/05/2022 | FCA RENTAL LOCADORA DE AUTOMÓVEIS LTDA. RUA QUELUZITA, Nº 34, SALA 1301, PARTE A, BLOCO 02 TOWER, BAIRRO DOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1325 | State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | FCA US LLC 1000 CHRYSLER DRIVE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1326 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION FOR THE USE OF ORIGEM SERVICES DATED: 11/19/2008 | FEDERAÇÃO DAS INDÚSTRIAS DO ESTADO DE MINAS GERAIS (FIEMG) RUA TIMBIRAS, 1200, FUNCIONÁRIOS – BELO HORIZONTE – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1327 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION FOR THE USE OF ORIGIN SERVICES DATED: 11/19/2008 | FEDERATION OF INDUSTRIES OF THE STATE OF MINAS GERAIS RUA TIMBIRAS, 1200 - FUNCIONARIOS - BELO HORIZONTE - MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1328 | State what the contract or lease is for and the nature of the debtor's interest | COMMODATE AGREEMENT: 01/21/2014 | FIAT AUTOMÓVEIS S.A. AVENIDA CONTORNO, Nº 3455 - BAIRRO PAULO CAMILO, BETIM, MG, CEP: 32.669-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1329** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2013 | FIAT DO BRASIL S.A. RUA SENADOR MILTON CAMPOS, N 175, BAIRRO VILA DA SERRA, NOVA LIMA, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1330** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | FIAT DO BRASIL S.A. RUA SENADOR MILTON CAMPOS, N 175, BAIRRO VILA DA SERRA, NOVA LIMA, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1331** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PERSONNEL ADMINISTRATION MANAGEMENT SERVICES DATED: 07/22/2008 | FIAT DO BRASIL S.A. RUA SENADOR MILTON CAMPOS, 175, 3RD FLOOR, VILA DA SERRA, NOVA LIMA – MG CNPJ: 33.171.026/0001-51 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1332** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PROPOSAL FOR THE PROVISION OF SERVICES DATED: 01/01/2013 | FIAT DO BRASIL S.A. RUA SENADOR MILTON CAMPOS, 175 3RD FLOOR VILA DA SERRA NOVA LIMA, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1333** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PERSONNEL ADMINISTRATION MANAGEMENT SERVICES DATED: 06/10/2009 | FIAT DO BRASIL S.A. - FIAT SERVICES PERSONNEL ADMINISTRATION DIVISION RUA SENADOR MILTON CAMPOS, 175 3RD FLOOR VILA DA SERRA NOVA LIMA, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1334** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PERSONNEL ADMINISTRATION MANAGEMENT SERVICES DATED: 07/22/2008 | FIAT DO BRASIL S.A. – FIAT SERVICES PERSONNEL ADMINISTRATION DIVISION RUA SENADOR MILTON CAMPOS, Nº 175, 3RD FLOOR, VILA DA SERRA, NOVA LIMA – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1335** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PERSONNEL ADMINISTRATION MANAGEMENT SERVICES DATED: 07/22/2008 | FIAT DO BRASIL S.A. – FIAT SERVICES PERSONNEL ADMINISTRATION DIVISION RUA SENADOR MILTON CAMPOS, 175, 3RD FLOOR, VILA DA SERRA, NOVA LIMA – MG, CNPJ: 33.171.026/0001-51 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1336** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/01/2010 | FIAT DO BRASIL S.A. - SADI DIVISION RUA SENADOR MILTON CAMPOS, N° 175 - BAIRRO VILA DA SERRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1337** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR PROVISION OF SERVICES | FIAT DO BRASIL S.A.- DIVISAO SADI RUA SENADOR MILTON CAMPOS, 175, 3RD FLOOR, VILA DA SERRA, NOVA LIMA – MG CNPJ: 33.171.026/0001-51 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1338** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR PROVISION OF SERVICES | FIAT DO BRASIL S.A.- DIVISAO SADI RUA SENADOR MILTON CAMPOS, N°. 175, VILA DA SERRA NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1339** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR PROVISION OF SERVICES DATED: 11/21/2007 | FIAT DO BRASIL S.A.- FIAT DIVISION SERVICES NOVA LIMA, STATE OF  MINAS GERAIS, AT RUA SENADOR MILTON CAMPOS, N° 175 - 4° ANDAR - BAIRRO VILA DA SERRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1340** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF QUALIFICATION SERVICES UNDER THE BLUE LINE REGIME DATED: 10/20/2006 | FIAT DO BRASIL S/A RUA SENADOR MILTON CAMPOS, 175, VILA DA SERRA, NOVA LIMA, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1341** | State what the contract or lease is for and the nature of the debtor's interest | PUBLIC CALL MCT/FINEP/MC/FUNTTEL PRIORITY THEMATIC AREAS 01/2009 DATED: 05/21/2010 | FINANCIER OF STUDIES AND PROJECTS - FINEP BRASILIA, FEDERAL DISTRICT AND OFFICE IN THIS CITY, AT PRAIA DO FLAMENGO, NO. 200 - PARTY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1342** | State what the contract or lease is for and the nature of the debtor's interest | PUBLIC FUNDING AGREEMENT DATED: 05/21/2010 | FINANCIER OF STUDIES AND PROJECTS - FINEP PRAIA DO FLAMENGO, NO. 200 - PARTY, BRASILIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1343** | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | FMM PERNAMBUCO COMPONENTES AUTOMOTIVOS LTDA RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.09, CJ. 01, NOVA GOIANA, GOIANA PE,    CEP: 55900-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1344** | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 10/14/2015 | FMM PERNAMBUCO COMPONENTES AUTOMOTIVOS LTDA RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.09, CJ. 01, NOVA GOIANA, GOIANA PE,    CEP: 55900-00 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1345** | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | FMM PERNAMBUCO COMPONENTES AUTOMOTIVOS LTDA RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.09, CJ. 01, NOVA GOIANA, GOIANA PE,    CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1346** | State what the contract or lease is for and the nature of the debtor's interest | PACKAGING SUPPLY AGREEMENT DATED: 05/09/2016 | FOCO IND. E COM DE EMBALAGENS LTDA RUA  NILO BORETTI, N°.200, BAIRRO LOTEAMENTO ELIZEU DO ESPIRITO SANTO, ITAPIRA - SP, CEP: 13.973-225 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1347** | State what the contract or lease is for and the nature of the debtor's interest | PACKAGING SUPPLY AGREEMENT DATED: 05/09/2016 | FOCO IND. E COM DE EMBALAGENS LTDA RUA NILO BORETTI, N°.200, BAIRRO LOTEAMENTO ELIZEU DO ESPIRITO SANTO, ITAPIRA - SP, CEP: 13.973-225 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1348** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/23/2013 | FORD MOTOR COMPANY BRASIL LTDA CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA DO TABOAO, 899 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1349** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 09/12/2008 | FORD MOTOR COMPANY BRASIL LTDA AVENIDA DO TABOAO, 899-SAO BERNARDO DO CAMPO, RUDGE RAMOS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case number (if known):  25-11062
_____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1350** State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 04/23/2012 | FORD MOTOR COMPANY BRASIL LTDA AVENIDA DO TABOAO, 899-SAO BERNARDO DO CAMPO, RUDGE RAMOS, SAO PAULO |

| | | |
|---|---|---|
| **2.1350** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 04/23/2012 | FORD MOTOR COMPANY BRASIL LTDA AVENIDA DO TABOAO, 899-SAO BERNARDO DO CAMPO, RUDGE RAMOS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1351** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 02/18/2010 | FORD MOTOR COMPANY BRASIL LTDA AVENIDA DO TABOAO. 899,SAO BERNARDO DO CAMPO. ESTADO DE SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1352** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 12/15/2010 | FORD MOTOR COMPANY BRASIL LTDA AVENIDA DO TABOAO. 899,SAO BERNARDO DO CAMPO. ESTADO DE SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1353** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/23/2013 | FORD MOTOR COMPANY BRASIL LTDA AVENIDA DO TABOAO. 899,SAO BERNARDO DO CAMPO. ESTADO DE SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1354** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 12/19/2008 | FORD MOTOR COMPANY BRASIL LTDA AVENIDA DO TABOAO, 899-SAO BERNARDO DO CAMPO, RUDGE RAMOS - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1355** | State what the contract or lease is for and the nature of the debtor's interest | FERRAMENTAL LOAN CONTRACT DATED: 09/09/2008 | FORD MOTOR COMPANY BRASIL LTDA. AVENIDA DO TABOÃO, 899, BAIRRO RUDGE RAMOS, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1356** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 12/19/2008 | FORD MOTOR COMPANY BRASIL LTDA. AV. TABOAO, 899, BUILDING 33, SÃO BERNARDO DO CAMPO – SP  AVENIDA HENRY FORD, 2000, BAIRRO COPEC, CAMAÇARI – BA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1357 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 11/16/2011 | FORD MOTOR COMPANY BRASIL LTDA. AVENIDA DO TABOAO, 899-SAO BERNARDO DO CAMPO RUDGE RAMOS SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1358 | State what the contract or lease is for and the nature of the debtor's interest | VOCATIONAL TRAINING AGREEMENT DATED: 03/15/2013 | FORMARE - TECHNICAL SCHOOL AVENIDA DA EMANCIPACAO, 801 - JD_SANTA RITA DE CASSIA, HORTLANDIA SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1359 | State what the contract or lease is for and the nature of the debtor's interest | VOCATIONAL TRAINING TERM DATED: 03/15/2013 | FORMARE - TECHNICAL SCHOOL AVENIDA DA EMANCIPAÇÃO, 801 – JD. SANTA RITA DE CÁSSIA, HORTOLÂNDIA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1360 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/09/2020 | FORMEL D DO BRASIL LIMITADA RUA JOSE VERSOLATO, 111, SALA 1119, CEP. 09750-730, CENTRO, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1361 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT NO. 610.430_1 DATED: 10/25/2010 | FORMEL D POLSKA SP. Z O.O UL. TOSZECKA 101 44-100 GLIWICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1362 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT NO. 610.430^2 DATED: 01/26/2011 | FORMEL D POLSKA SP. Z O.O. UL. TOSZECKA 101 44-100 GLIWICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1363 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION DATED: 09/13/2013 | FORMIGA AL-HAKIM SERVICOS MEDICOS EM SAUDE CORPORATIVA LTDA. TIBAGI, NO. 95, SAO CAETANO DO SUL - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION DATED: 09/13/2013 | FORMIGA AL-HAKIM SERVIQOS MEDICOS EM SAUDE CORPORATIVA LTDA. TIBAGI, NO. 95, SAO CAETANO DO SUL - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/26/2009 | FORMULA COMERCIO E SERVICOS LTDA RUA DARIO LUIZ SETTI, N° 71 SALA 05 - SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1366 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/26/2009 | FORMULA COMERCIO E SERVICOS LTDA. RUA DARIO LUIZ SETTI, N° 71 SALA 05 - SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1367 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 10/27/2010 | FORMULA COMERCIO E SERVICOS, LTDA RUA NUNES GARCIA, 44 - SANTANA - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1368 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES. DATED: 01/08/2013 | FORMULA COMERCIO E SERVIQOS LTDA RUA AMARAL GAMA, 54 - SANTANA - SAO PAULO - SP - CEP 02018-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1369 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES. DATED: 08/01/2013 | FORMULA COMERCIO E SERVIQOS LTDA RUA AMARAL GAMA, 54 - SANTANA - SAO PAULO - SP - CEP 02018-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1370 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 10/27/2010 | FORMULA COMERCIO E SERVIQOS, LTDA RUA NUNES GARCIA, 44 - SANTANA - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Case 25-11034-CTG    Doc 655    Filed 08/11/25    Page 581 of 1004

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
| | Name | | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1371 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 05/25/2007 | FORO MOTOR COMPANY BRASIL LTDA. AVENIDA DO TABOAO, 899-SAO BERNARDO DO CAMPO, RUDGE RAMOS,SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1372 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE RENTAL OF EQUIPMENT AND PREVENTIVE MAINTENANCE SERVICES AND CORRECTIVE DATED: 04/16/2010 | FORTMAC COMERCIO DE MAQUINAS LTDA RUA PADRE ANGELO GIOIELLI, N. ° 77, JARDIM SAO JORGE - BUTANTA SAO PAULO-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1373 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE RENTAL OF EQUIPMENT AND PREVENTIVE AND CORRECTIVE MAINTENANCE SERVICES DATED: 04/16/2010 | FORTMAC COMERCIO DE MAQUINAS LTDA RUA PADRE ANGELO GIOIELLI, N. ° 77 NEIGHBORHOOD: JARDIM SAO JORGE - BUTANTA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1374 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE RENTAL OF EQUIPMENT AND PREVENTIVE AND CORRECTIVE MAINTENANCE SERVICES DATED: 03/26/2007 | FORTMAC COMERCIO DE MAQUINAS LTDA RUA PADRE ANGELO GIOIELLI, N. ° 77 NEIGHBORHOOD: JARDIM SAO JORGE CITY: SAO PAULO-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1375 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF EQUIPMENT AND PREVENTIVE AND CORRECTIVE MAINTENANCE | FORTMAC COMERCIO DE MAQUINAS LTDA RUA PADRE ÂNGELO GIOIELLI, Nº 77, JARDIM SÃO JORGE, BUTANTÃ – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1376 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF EQUIPMENT AND PREVENTIVE AND CORRECTIVE MAINTENANCE | FORTMAC COMERCIO DE MAQUINAS LTDA. RUA PADRE ANGELO GIOIELLI, N. ° 77 NEIGHBORHOOD: JARDIM SAO JORGE - BUTANTA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1377 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF EQUIPMENT AND PREVENTIVE AND CORRECTIVE MAINTENANCE | FORTMAC COMERCIO DE MAQUINAS LTDA. RUA PADRE ÂNGELO GIOIELLI, Nº 77, JARDIM SÃO JORGE, BUTANTÃ – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1378 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF EQUIPMENT AND PREVENTIVE AND CORRECTIVE MAINTENANCE | FORTMAC COMERCIO DE MAQUINAS LTDA. RUA PADRE ÂNGELO GIOIELLI, Nº 77, JARDIM SÃO JORGE, BUTANTÃ – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1379 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 08/11/2011 | FORTMAC LOCADORA E COMÉRCIO DE MÁQUINAS LTDA. – EPP RUA PADRE ÂNGELO GIOIELLI, Nº 77, JARDIM SÃO JORGE, BUTANTÃ – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1380 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 05/25/2013 | FORTMAC LOCATOR AND MACHINERY TRADE LTD RUA PADRE ANGELO GIOIELLI, N. ° 77 JARDIM SAO JORGE - BUTANTA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1381 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 05/25/2011 | FORTMAC LOCATOR AND MACHINERY TRADE LTD RUA PADRE ANGELO GIOIELLI, N. ° 77 NEIGHBORHOOD: JARDIM SAO JORGE - BUTANTA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1382 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 05/09/2009 | FORTMAC LOCATOR AND MACHINERY TRADE LTD • EPP RUA PADRE ANGELO GIOIELLI, N. ° 77 NEIGHBORHOOD: JARDIM SAO JORGE - BUTANTA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1383 | State what the contract or lease is for and the nature of the debtor's interest | CONTAINER LOCAÇÃO CONTRACT DATED: 03/12/2024 | FORTRAK LOCAÇÃO E TRANSPORTES LTDA RUA SANTANA DE IPANEMA, NO 450, SALA 13, CUMBICA – GUARULHOS/SP, CEP 07220-010. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1384 | State what the contract or lease is for and the nature of the debtor's interest | IN COMPANY TRAINING IN ELECTROMAGNETIC COMPATIBILITY CONTRACT DATED: 07/02/2013 | FOUNDATION FOR THE TECHNOLOGICAL DEVELOPMENT OF ENGINEERING AVENIDA EUSEBIO MATOSO, 1375 - 6TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1385 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT BETWEEN EACH OTHER MARELLI AUTOMOTIVE SYSTEMS INDUSTRY AND COMMERCE LTD. AND FDTE - FOUNDATION FOR TECHNOLOGICAL DEVELOPMENT OF ENGINEERING. DATED: 07/02/2013 | FOUNDATION FOR THE TECHNOLOGICAL DEVELOPMENT OF ENGINEERING<br>AVENIDA EUSEBIO MATOSO, 1375 - 6TH FLOOR, SAO PAULO - SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1386 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 04/15/2010 | FPT POWERTRAIN TECHNOLOGIES LTDA<br>RUA EMA TANNER DE ANDRADE, 1892 - VILA FERRARI - CAMPO LARGO - PR, CEP 83606-360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1387 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 04/15/2010 | FPT POWERTRAIN TECHNOLOGIES LTDA.<br>RUA EMA TANNER DE ANDRADE, 1892 - VILA FERRARI - CAMPO LARGO - PR, CEP 83606-360 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1388 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION DATED: 09/18/2013 | FPTI REPRESENTACAO COMERCIAL DE MOTORES AUTOMOTIVOS LTDA<br>NOVA LIMA, STATE OF MINAS GERAIS, AT RUA SENADOR MILTON CAMPOS, N.° 175, 6TH FLOOR - PART, VILA DA SERRA, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1389 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TERMINATION TO TERM FROM SHARING OF EXPENSES DATED: 09/18/2013 | FPTI REPRESENTACAO COMERCIAL DE MOTORES AUTOMOTIVOS LTDA<br>CITY OF NOVA LIMA, STATE OF MINAS GERAIS, AT RUA SENADOR MILTON CAMPOS, N.° 175, 6TH FLOOR - PART, VILA DA SERRA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1390 | State what the contract or lease is for and the nature of the debtor's interest | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA DATED: 01/05/2010 | FRANCISCAN ASSOCIATION OF SOCIAL ASSISTANCE DIVINA PROVIDENCI<br>AMPARO, STATE OF SAO PAULO, RUA PRAGA INACIO PUPO, 48 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1391 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/01/2010 | FRANCISCAN ASSOCIATION OF SOCIAL ASSISTANCE DIVINA PROVIDENA<br>AMPARO, STATE OF SAO PAULO, RUA PRAGA INACIO PUPO, 48 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1392 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2013 | FRANCISCAN ASSOCIATION OF SOCIAL ASSISTANCE DIVINA PROVIDENCIA<br>CITY OF AMPARO, STATE OF SAO PAULO, PRAPA INACIO PUPO, 48 BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1393 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/28/2010 | FRANCISCAN ASSOCIATION OF SOCIAL ASSISTANCE DIVINA PROVIDENCIA<br>AMPARO, STATE OF SAO PAULO, RUA PRAGA INACIO PUPO, 48 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1394 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | FRANCISCAN ASSOCIATION OFSOCIAL ASSISTANCE DIVINA PROVIDENCIA<br>CITY OF AMPARO, STATE OF SAO PAULO, PRAPA INACIO PUPO, 48 BAIRRO CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1395 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | FRASERVICE SERVIÇOS DE MANUTENÇÃO LTDA<br>RUA ESMERALDO TARQUÍNIO, Nº 77, SALA 34 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1396 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/01/2013 | FRASERVICE SERVIOS DE MANUTENCAO LTDA<br>R: ESMERALDO TARQUINIO, NO. 77 ROOM 34, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1397 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 04/30/2010 | FUMEP - MUNICIPAL EDUCATION FOUNDATION OF PIRACICABA<br>AV. MONSENHOR MARTINHO SALGOT, 560, IN THE CITY OF PIRACICABA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1398 | State what the contract or lease is for and the nature of the debtor's interest | EDUCATIONAL PARTNERSHIP AGREEMENT DATED: 04/30/2010 | FUMEP - MUNICIPAL EDUCATION FOUNDATION OF PIRACICABA<br>AV. MONSENHOR MARTINHO SALGOT, 560, IN THE CITY OF PIRACICABA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda   Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1399 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT TO CARRY OUT AN UNPAID INTERNSHIP DATED: 10/01/2014 | FUNDAQAO LUCAS MACHADO - FACULTY OF MEDICAL SCIENCES OF MINAS GERAIS ALAMEDA EZEQUIEL DIAS. 275 CENTRO BELO HORIZONTE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1400 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 10/03/2006 | G&G CONSULTORIA DE SISTEMAS LTDA HORTOLANDIA - SP, AT RUA ERNESTO BERGAMASCO, 145 - VILA REAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1401 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 10/03/2006 | G&G CONSULTORIA DE SISTEMAS LTDA HORTOLANDIA - SP, AT RUA ERNESTO BERGAMASCO, 145 - VILA REAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1402 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 10/03/2006 | G&G CONSULTORIA DE SISTEMAS LTDA. HORTOLANDIA - SP, RUA ERNESTO BERGAMASCO, 145 - VILA REAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1403 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 10/03/2006 | G&G CONSULTORIA DE SISTEMAS LTDA. RUA ERNESTO BERGAMASCO, 145 - VILA REAL, HORTOLANDIA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1404 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF COMPUTER SERVICES DATED: 10/03/2006 | G&G CONSULTORIA DE SISTEMAS LTDA. HORTOLANDIA - SP, RUA ERNESTO BERGAMASCO, 145 - VILA REAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1405 | State what the contract or lease is for and the nature of the debtor's interest | SPACE LEASE AGREEMENT COMBINED WITH PROVISION OF SERVICES AND CAFETERIA MANAGEMENT DATED: 05/28/2012 | G. L. SPROESSER - EPP AV. DA EMANCIPACAO, 801, JD. SANTA RITA DE CASSIA,  IN THE CITY OF HORTOLANDIA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1406** | State what the contract or lease is for and the nature of the debtor's interest | SPACE LEASE AGREEMENT COMBINED WITH PROVISION OF SERVICES AND CAFETERIA MANAGEMENT DATED: 05/28/2012 | G. L. SPROESSER - EPP AV. DA EMANCIPA^AO, 801, JD. SANTA RITA DE CASSIA,  IN THE CITY OF HORTOLANDIA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1407** | State what the contract or lease is for and the nature of the debtor's interest | SPACE LEASE AGREEMENT COMBINED WITH PROVISION OF SERVICES AND CAFETERIA MANAGEMENT DATED: 07/30/2012 | G. L. SPROESSER - EPP AV. DA EMANCIPACAO, 801, JD. SANTA RITA DE CASSIA, IN THE CITY OF HORTOLANDIA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1408** | State what the contract or lease is for and the nature of the debtor's interest | SPACE LEASE AGREEMENT COMBINED WITH PROVISION OF SERVICES AND CAFETERIA MANAGEMENT DATED: 07/30/2012 | G. L. SPROESSER - EPP AV. DA EMANCIPA^AO, 801, JD. SANTA RITA DE CASSIA,  IN THE CITY OF HORTOLANDIA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1409** | State what the contract or lease is for and the nature of the debtor's interest | SPACE LEASE AGREEMENT DATED: 05/28/2012 | G. L. SPROESSER - EPP AV. DA EMANCIPACAO, 801, JD. SANTA RITA DE CASSIA, HORTOLANDIA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1410** | State what the contract or lease is for and the nature of the debtor's interest | SPACE LEASE AGREEMENT COMBINED WITH PROVISION OF SERVICES AND CAFETERIA MANAGEMENT DATED: 05/28/2012 | G. L. SPROESSER - EPP AV. DA EMANCIPACAO, 801, JD. SANTA RITA DE CASSIA,  IN THE CITY OF HORTOLANDIA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1411** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO A PRIVATE INSTRUMENT OF A PROPERTY LEASE AGREEMENT IN THE "BUILT TO SUIT" MODALITY AND OTHER COVENANTS DATED: 09/25/2015 | GATTI ADMINISTRAQAO E EMPREENDIMENTOS LTDA. CITY OF BELO  HORIZONTE, STATE OF MINAS GERAIS, AT ESTRADA PARA NOVA LIMA, 385 - SALA 710, BELVEDER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1412** | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 563/12 – MACHINERY AND TOOLING DATED: 07/12/2012 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 (CNPJ: 59.275.792/0001-50) SÃO CAETANO DO SUL, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1413 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 01/09/2012 | GENERAL MOTORS DO BRASIL LTDA<br>AV. GOIAS, NO. 1,805, IN SAO CAETANO DO SUL, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1414 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 344/08 – MACHINES AND TOOLING DATED: 12/04/2008 | GENERAL MOTORS DO BRASIL LTDA<br>AV. GOIAS, 1805<br>BAIRRO SANTA PAULA<br>SÃO CAETANO DO SUL, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1415 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 05/02/2007 | GENERAL MOTORS DO BRASIL LTDA<br>AV. GOIAS, NO. 1,805, IN SAO CAETANO DO SUL, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1416 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 118/06 – MACHINERY AND TOOLING DATED: 04/04/2006 | GENERAL MOTORS DO BRASIL LTDA<br>AV. GOIÁS<br>Nº 1.805<br>SÃO CAETANO DO SUL, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1417 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 147/07 – MACHINES AND TOOLING DATED: 06/25/2007 | GENERAL MOTORS DO BRASIL LTDA<br>AV. GENERAL MOTORS, 1959<br>SÃO JOSÉ DOS CAMPOS, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1418 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 085/07 – MACHINES AND TOOLS DATED: 04/19/2007 | GENERAL MOTORS DO BRASIL LTDA<br>AV. GOIÁS, Nº 1.805<br>BAIRRO SANTA PAULA<br>SÃO CAETANO DO SUL, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1419 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 928/12 – MACHINERY AND TOOLING | GENERAL MOTORS DO BRASIL LTDA<br>AV. GOIAS, 1805<br>(CNPJ: 59.275.792/0001-50)<br>SÃO CAETANO DO SUL, SP,<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1420 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT NO. 251/07 – MACHINES AND TOOLING DATED: 10/04/2007 | GENERAL MOTORS DO BRASIL LTDA AV. GENERAL MOTORS, 1959 (CNPJ: 59.275.792/0008-26) SÃO JOSÉ DOS CAMPOS, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1421 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT DATED: 05/07/2009 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, N° 1.805, IN SAO CAETANO DO SUL. SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1422 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF AGREEMENT DATED: 08/31/2010 | GENERAL MOTORS DO BRASIL LTDA AVENIDA GOIAS, 1805, IN THE CITY OF SAO CAETANO DO SUL, DP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1423 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT NO. 095/07 – MACHINES AND TOOLING DATED: 05/02/2007 | GENERAL MOTORS DO BRASIL LTDA AV. GOIÁS N° 1.805 SÃO CAETANO DO SUL, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1424 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT DATED: 04/24/2007 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, N° 1.805, IN SAO CAETANO DO SUL. SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1425 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT DATED: 11/08/2011 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, N° 1.805, IN SAO CAETANO DO SUL. SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1426 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT NO. 345/08 – MACHINERY AND TOOLING DATED: 12/04/2008 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 BAIRRO SANTA PAULA CNPJ: 59.275.792/0001-50 SÃO CAETANO DO SUL, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.1427 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT NO. 232/10 – MACHINES AND TOOLS | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 SAO CAETANO DO SUL, SP, BRAZIL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1428 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 08/31/2010 | GENERAL MOTORS DO BRASIL LTDA AVENIDA DA EMANCIPAÇÃO, 801, GALPÃO 01, JARDIM SANTA RITA DE CÁSSIA, HORTOLÂNDIA - SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1429 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 07/27/2007 | GENERAL MOTORS DO BRASIL LTDA AV. GENERAL MOTORS, 1959 SÃO JOSÉ DOS CAMPOS, SP, BRAZIL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1430 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 346/08 – MACHINES AND TOOLING DATED: 12/04/2008 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 BAIRRO SANTA PAULA SÃO CAETANO DO SUL, SP, BRAZIL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1431 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 347/08 – MACHINES AND TOOLS DATED: 12/02/2008 | GENERAL MOTORS DO BRASIL LTDA AV. GENERAL MOTORS, 1959 (CNPJ: 59.275.792/0008-26) SÃO JOSÉ DOS CAMPOS, SP, BRAZIL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1432 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 05/02/2007 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, N° 1.805, IN SAO CAETANO DO SUL. SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.1433 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 231/10 – MACHINES AND TOOLING DATED: 09/22/2010 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 (CNPJ: 59.275.792/0001-50) SÃO CAETANO DO SUL, SP, BRAZIL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1434 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT NO. 543/12 – MACHINERY AND TOOLING DATED: 07/03/2012 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 (CNPJ: 59.275.792/0001-50) SÃO CAETANO DO SUL, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1435 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 03/05/2010 | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, NO. 1,805, IN SAO CAETANO DO SUL, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1436 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT NO. 92712 – MACHINERY AND TOOLING | GENERAL MOTORS DO BRASIL LTDA AV. GOIAS, 1805 SÃO CAETANO DO SUL, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1437 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT – MACHINES AND TOOLING DATED: 12/02/2008 | GENERAL MOTORS DO BRASIL LTDA. GOIÁS, NO. 1805, BAIRRO SANTA PAULA, SÃO CAETANO DO SUL – SP, 09550-050 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1438 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT – MACHINES AND TOOLING DATED: 07/12/2012 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIÁS, 1805, SÃO CAETANO DO SUL – SP, 09550-050 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1439 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT DATED: 07/03/2012 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIAS, NO. 1,805, IN SAO CAETANO DO SUL, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1440 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT – MACHINES AND TOOLING DATED: 12/04/2008 | GENERAL MOTORS DO BRASIL LTDA. GOIÁS, NO. 1805, BAIRRO SANTA PAULA, SÃO CAETANO DO SUL – SP, 09550-050 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1441 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT-MACHINES AND TOOLING DATED: 07/27/2007 | GENERAL MOTORS DO BRASIL LTDA. AVENIDA GOIÁS, 1805, SÃO CAETANO DO SUL – SP   AVENIDA GENERAL MOTORS, 1959, SÃO JOSÉ DOS CAMPOS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1442 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT – MACHINES AND TOOLING DATED: 12/04/2008 | GENERAL MOTORS DO BRASIL LTDA. AVENIDA GOIÁS, 1805, BAIRRO SANTA PAULA, SÃO CAETANO DO SUL – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1443 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT MACHINES AND TOOLING DATED: 04/24/2007 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIÁS, 1805, BAIRRO SANTA PAULA, SÃO CAETANO DO SUL – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1444 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT-MACHINES AND TOOLING DATED: 12/04/2008 | GENERAL MOTORS DO BRASIL LTDA. AVENIDA GOIÁS, 1805, BAIRRO SANTA PAULA, SÃO CAETANO DO SUL – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1445 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT – MACHINES AND TOOLING DATED: 09/22/2010 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIÁS, 1805, SÃO CAETANO DO SUL – SP, 09550-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1446 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT-MACHINES AND TOOLING DATED: 09/22/2010 | GENERAL MOTORS DO BRASIL LTDA. AVENIDA GOIÁS, 1805, SÃO CAETANO DO SUL – SP   AVENIDA GENERAL MOTORS, 1959, SÃO JOSÉ DOS CAMPOS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1447 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT NO. 140/09 – MACHINES AND TOOLING DATED: 04/08/2009 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIAS, 1805 (CNPJ: 59.275.792/0001-50) SÃO CAETANO DO SUL, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case number (if known):    25-11062

Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1448 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT-MACHINES AND TOOLING DATED: 10/04/2007 | GENERAL MOTORS DO BRASIL LTDA. AVENIDA GOIÁS, 1805, SÃO CAETANO DO SUL – SP   AVENIDA GENERAL MOTORS, 1959, SÃO JOSÉ DOS CAMPOS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1449 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT – MACHINES AND TOOLING DATED: 12/03/2012 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIÁS, 1805, SÃO CAETANO DO SUL – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1450 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT-MACHINES AND TOOLING DATED: 06/25/2007 | GENERAL MOTORS DO BRASIL LTDA. AVENIDA GOIÁS, 1.805, SÃO CAETANO DO SUL – SP   AVENIDA GENERAL MOTORS, 1959, SÃO JOSÉ DOS CAMPOS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1451 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT – MACHINES AND TOOLING DATED: 12/03/2012 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIÁS, 1805, SÃO CAETANO DO SUL – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1452 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 05/02/2007 | GENERAL MOTORS DO BRASIL LTDA. AV. GOIÁS, 1805, SÃO CAETANO DO SUL – SP  AV. GENERAL MOTORS, 1959, SÃO JOSÉ DOS CAMPOS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1453 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | GEOKLOCK CONSULTORIA E ENGENHARIA AMBIENTAL LTDA AV. DAS NAÇÕES UNIDAS, 13.797 – 14TH FLOOR, BLOCK II, BAIRRO VILA GERTRUDES, SÃO PAULO/SP, CEP 04794-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1454 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – ENVIRONMENTAL REMEDIATION DATED: 08/12/2013 | GEOKLOCK CONSULTORIA E ENGENHARIA AMBIENTAL LTDA. AV. DAS NAÇÕES UNIDAS, 13.797 - 14TH FLOOR, BLOCK II, BAIRRO VILA GERTRUDES, CEP 04794-000, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1455** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT | GIGAPLAST INDUSTRIA E COMERCIO LATD AVENIDADA DA SAUDADE, N° 140 SAO BENETIDO, MORUNGABA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1456** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 07/10/2013 | GIGAPLAST INDUSTRIA E COMERCIO LTDA AVENIDA DA SAUDADE, N° 140, SAO BENEDITO, MORUNGABA-SP, CEP: 13260-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1457** | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT | GIGAPLAST INDÚSTRIA E COMÉRCIO LTDA AVENIDA DA EMANCIPAÇÃO, 801, GALPÃO 01, JARDIM SANTA RITA DE CÁSSIA, HORTOLÂNDIA - SP, CEP 13184-654 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1458** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 07/25/2014 | GIGAPLAST INDÚSTRIA E COMÉRCIO LTDA AVENIDA DA SAUDADE, 140, SÃO BENEDITO, MORUNGABA - SP, CEP 13260-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1459** | State what the contract or lease is for and the nature of the debtor's interest | 2° TERMO ADITIVO AO DOCUMENTO LOCAL DE TRANSAÇÃO (DLT) DATED: 11/01/2006 | GLOBAL VALUE SOLUÇÕES S.A. RUA SENADOR MILTON CAMPOS, 175, 6TH AND 7TH FLOORS, NOVA LIMA, MG, CEP 34000-000 CNPJ: 04.321.601/0001-57 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1460** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PURCHASE AND SALE OF MATERIALS DATED: 07/31/2013 | GLOBOPLAST COMÉRCIO DE PRODUTOS TERMOPLÁSTICOS LTDA RUA SITHA, 420, BAIRRO INAMAR, DIADEMA, SÃO PAULO, CEP: 09981-070 CNPJ: 00.105.843/0001-52 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1461** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/21/2014 | GLOBOPLAST INDÚSTRIA E COMÉRCIO DE PRODUTOS TERMOPLÁSTICOS LTDA RUA SITHA, 420, BAIRRO INAMAR, DIADEMA - SP, CEP 09981-070 CNPJ: 00.105.843/0001-53 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1462 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT OF TERMINATION OF LENDING OF EQUIPMENT DATED: 12/05/2014 | GLOBOPLAST INDÚSTRIA E COMÉRCIO DE PRODUTOS TERMOPLÁSTICOS LTDA<br>RUA SITHA, 420, BAIRRO INAMAR, DIADEMA/SP, CEP: 09981-070<br>CNPJ: 00.105.843/0001-53 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1463 | State what the contract or lease is for and the nature of the debtor's interest | GOLDEN FARMA SISTEMAS DE CONVÊNIOS LTDA - CONTRATO DE ADMINISTRAÇÃO DE CONVÊNIO FARMACÊUTICO DATED: 02/19/2008 | GOLDEN FARMA SISTEMAS DE CONVÊNIOS LTDA<br>AVENIDA SALGADO FILHO, Nº 746, CENTRO, GUARULHOS/SP, CEP: 07115-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1464 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE LEASE OF TRACKING EQUIPMENT DATED: 02/13/2019 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA<br>AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1465 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE LEASE OF TRACKING EQUIPMENT DATED: 04/11/2019 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA<br>AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, CEP: 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1466 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 10/05/2017 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA<br>AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1467 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 10/05/2017 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA<br>AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1468 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 10/06/2017 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA<br>AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1469 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/07/2022 | GOLDEN SAT LOCAÇÃO DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA. AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ – SP, 09230-701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1470 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT DATED: 02/13/2019 | GOLDEN SAT LOCACION DE RASTREADORES PARA VE^CULOS AUTOMOTORES LTDA AV. MARTIM FRANCISCO, 13, PARQUE DAS NAGOES, SANTO ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1471 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/07/2022 | GOLDEN SAT LOCACIÓN DE RASTREADORES PARA VEÍCULOS AUTOMOTORES LTDA. AV. MARTIM FRANCISCO, 13, PARQUE DAS NAÇÕES, SANTO ANDRÉ - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1472 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE LEASE OF TRACKING EQUIPMENT DATED: 04/11/2019 | GOLDEN SAT RENTAL OF TRACKERS FOR MOTOR VEHICLES AV. MARTIM FRANCISCO N° 13 PQ DAS NACOES, CEP 09230-701, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1473 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 10/06/2017 | GOLDEN SAT RENTAL OF TRACKERS FOR MOTOR VEHICLES AV. MARTIM FRANCISCO N° 13 PQ DAS NACOES, CEP 09230-701, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1474 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 04/05/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE RUA MARIA MONTEIRO, 47, CAMBUL, CAMPINAS - SP, CEP 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1475 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 04/05/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor     Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):    25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1476 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE RUA MARIA MONTEIRO, 47 - CAMBUÍ CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1477 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE R. MARIA MONTEIRO, 47B – CAMBUÍ, CAMPINAS, SP, 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1478 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTD. RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1479 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 04/05/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO, 47 - CAMBUÍ, CAMPINAS - SP, CEP 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1480 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1481 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1482 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 05/04/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA RUA MARIA MONTEIRO 47 CAMBUL CAMPINAS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1483** State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1484** State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 05/04/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTERIO, 47 CAMBUL "CAMPINAS - SP |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1485** State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 05/04/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP - CEP 13.025-150 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1486** State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47 - CAMBUI CAMPINAS - SP, CEP 13025-150, |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1487** State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47 – CAMBUÍ, CAMPINAS – SP, CEP: 13.025-150 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1488** State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT DATED: 03/01/2010 | GRAN COFFEE ESPRESSO MACHINE TRADE LTDA. RUA MARIA MONTEIRO, 47, CAMBUÍ, CAMPINAS – SP, 13025-150 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.1489** State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S.A MUNICIPALITY OF CAMPINAS/SP, AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G - CEP 13050-028 |

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1490 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S.A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1491 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S.A MUNICIPALITY OF CAMPINAS/SP, AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1492 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S.A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1493 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S.A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1494 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 09/02/2013 | GRAN SAPORE BR BRASIL S.A CAMPINAS/SP, AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1495 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S.A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1496 | State what the contract or lease is for and the nature of the debtor's interest | FOOD SUPPLY CONTRACT (GRAN SAPORE BR BRASIL S.A.) DATED: 07/14/2009 | GRAN SAPORE BR BRASIL S.A. AV. DAS COMUNICAÇÕES, 333, EDIFÍCIO "E", SALA 5, PARQUE INDUSTRIAL ANHANGUERA, OSASCO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1497 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT | GRAN SAPORE BR BRASIL S.A. RODOVIA ANHANGUERA, KM 90, CONDOMÍNIO SWISS PARK OFFICE, BLOCO G, CAMPINAS – SP CNPJ: 67.945.071/0667-40 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1498 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 10/01/2013 | GRAN SAPORE BR BRASIL S.A. RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028, CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1499 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 10/01/2013 | GRAN SAPORE BR BRASIL S.A. RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028, CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 10/01/2013 | GRAN SAPORE BR BRASIL S.A. RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028, CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1501 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT – ASSIGNMENT OF RESTAURANT FACILITIES DATED: 02/09/2013 | GRAN SAPORE BR BRASIL S.A. RODOVIA ANHANGUERA, KM 90 CONDOMÍNIO SWISS PARK OFFICE BLOCO G CAMPINAS, SP, 13050-028 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1502 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S/A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028, THE  MUNICIPALITY OF CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1503 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT 1. DATED: 01/01/2011 | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480, ROOM 03, BAIRRO QUITAUNA, OSASCO - SP |
| | State the term remaining | Undetermined | CITY OF CAMPINAS/SP, AT RUA SAO LU^S DO PARAITINGA, 53, JARDIM DO TREVO |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.1504**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT DATED: 01/01/2011 | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480,  ROOM 03, BAIRRO QUITAUNA, OSASCO/SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1505**

| State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S/A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028, THE  MUNICIPALITY OF CAMPINAS/SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1506**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT DATED: 01/01/2011 | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480, ROOM 03, BAIRRO QUITAUNA, OSASCO - SP |
|---|---|---|
| State the term remaining | Undetermined | CITY OF CAMPINAS/SP, AT RUA SAO LU^S DO PARAITINGA, 53, JARDIM DO TREVO |
| List the contract number of any government contract | | |

**2.1507**

| State what the contract or lease is for and the nature of the debtor's interest | FOOD SUPPLY CONTRACT DATED: 05/26/2007 | GRAN SAPORE BR BRASIL S/A AV. DAS COMUNICAGOES, 333, EDIFICIO "E", SALA 5, PARQUE INDUSTRIAL ANHANGUERA, OSASCO - SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1508**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT DATED: 01/01/2011 | GRAN SAPORE BR BRASIL S/A CNPJ: 67.945.071/0001-38 |
|---|---|---|
| State the term remaining | Undetermined | STATE REGISTRATION: 492.348.128.119 |
| List the contract number of any government contract | | |

**2.1509**

| State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT – RESTAURANT SERVICES IMPLEMENTATION DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S/A RODOVIA ANHANGUERA, KM 90, CONDOMINIO SWISS PARK OFFICE, BLOCO G – CEP 13050-028, CAMPINAS/SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1510**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT – GRAN SAPORE BR BRASIL S/A DATED: 04/01/2010 | GRAN SAPORE BR BRASIL S/A CNPJ: 67.945.071/0001-38 |
|---|---|---|
| State the term remaining | Undetermined | STATE REGISTRATION: 492.348.128.119 |
| List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):    25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1511** State what the contract or lease is for and the nature of the debtor's interest | FOOD SUPPLY CONTRACT DATED: 07/14/2009 | GRAN SAPORE BR BRASIL S/A AV. DAS COMUNICAGOES, 333, EDIFICIO "E", SALA 5, PARQUE INDUSTRIAL ANHANGUERA, OSASCO - SP |

| | | |
|---|---|---|
| **2.1511** | State what the contract or lease is for and the nature of the debtor's interest | FOOD SUPPLY CONTRACT DATED: 07/14/2009 |
| | | GRAN SAPORE BR BRASIL S/A AV. DAS COMUNICAGOES, 333, EDIFICIO "E", SALA 5, PARQUE INDUSTRIAL ANHANGUERA, OSASCO - SP |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.1512** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT DATED: 04/01/2010 |
| | | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480, ROOM 03, BAIRRO QUITAUNA, OSASCO/SP |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.1513** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 02/09/2013 |
| | | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480,  ROOM 03, BAIRRO QUITAUNA, OSASCO/SP |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.1514** | State what the contract or lease is for and the nature of the debtor's interest | FOOD SUPPLY CONTRACT DATED: 05/26/2007 |
| | | GRAN SAPORE BR BRASIL S/A AV. DAS COMUNICAGOES, 333, EDIFICIO "E", SALA 5, PARQUE INDUSTRIAL ANHANGUERA, OSASCO - SP  CITY OF CAMPINAS/SP, AT  RUA SAO LUI'S DO PARAITINGA, 53, JARDIM DO TREVO |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.1515** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 |
| | | GRAN SAPORE BR BRASIL S/A AT .: SR. DANIEL RIVAS MENDEZ  MUNICIPALITY OF CAMPINAS/SP, AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.1516** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 09/02/2013 |
| | | GRAN SAPORE BR BRASIL S/A CAMPINAS/SP, AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| **2.1517** | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 |
| | | GRAN SAPORE BR BRASIL S/A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028, THE  MUNICIPALITY OF CAMPINAS/SP |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1518 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT DATED: 01/01/2011 | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480, ROOM 03, BAIRRO QUITAUNA, OSASCO - SP; ADMINISTRATIVE HQ: RUA SÃO LUÍS DO PARAITINGA, 53, JARDIM DO TREVO, CAMPINAS - SP, CNPJ 67.945.071/0001-38 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1519 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 10/01/2013 | GRAN SAPORE BR BRASIL S/A RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS PARK OFFICE, BLOCO G, CAMPINAS/SP- CEP 13050-028 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1520 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT DATED: 01/01/2011 | GRAN SAPORE BR BRASIL S/A AV. GENERAL PEDRO PINHO, 480, ROOM 03, BAIRRO QUITAUNA, OSASCO - SP  CITY OF CAMPINAS/SP, AT RUA SAO LUIS DO PARAITINGA, 53, JARDIM DO TREVO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT DATED: 01/10/2013 | GRAN SAPORE BR BRASIL S/A AT RODOVIA ANHANGUERA, KM 90 CONDOMINIO SWISS  PARK OFFICE, BLOCO G - CEP 13050-028, THE  MUNICIPALITY OF CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest | FOOD SUPPLY CONTRACT DATED: 07/14/2009 | GRAN SAPORE BR BRASIL S/A AV. DAS COMUNICAGOES, 333, EDIFICIO "E", SALA 5, PARQUE INDUSTRIAL ANHANGUERA, OSASCO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE FOOD SUPPLY CONTRACT (GRAN SAPORE BR BRASIL S.A.) DATED: 01/01/2011 | GRAN SAPORE BR BRASIL S/A CNPJ: 67.945.071/0001-38 STATE REGISTRATION: 492.348.128.119 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/26/2010 | GREEN MOBILITY SUSTAINABLE PROJECTS AND CONSULTING LTDA RUA BELA CINTRA, 409, MUNICIPALITY OF SAO PAULO, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/26/2010 | GREEN MOBILITY SUSTAINABLE PROJECTS AND CONSULTING LTDA RUA BELA CINTRA, 409, MUNICIPALITY OF SAO PAULO, STATE OF SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1526 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/03/2009 | GREENWORKS AUTOMOTIVE ENGINEERING LTD. RUA SÃO BENTO, 740 SALA 10 TATUÍ, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1527 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/27/2009 | GREENWORKS AUTOMOTIVE ENGINEERING LTD. RUA SÃO BENTO, 740 SALA 10 TATUÍ, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1528 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT SIGNED DATED: 08/27/2012 | GREENWORKS AUTOMOTIVE ENGINEERING LTD. RUA SÃO BENTO, 740 SALA 10 TATUÍ, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1529 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT SIGNED DATED: 12/03/2009 | GREENWORKS AUTOMOTIVE ENGINEERING LTD. RUA SÃO BENTO, 740 SALA 10 TATUÍ, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1530 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/06/2007 | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA RUA SAO BENTO, 740 SL. 10, IN THE CITY OF TATUI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/27/2012 | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA RUA SAO BENTO, 740 SL. 10, IN THE CITY OF TATUI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2ND AMENDMENT TO THE SERVICE AGREEMENT<br><br><br><br>Undetermined | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA<br>RUA SÃO BENTO, 740<br>SALA 10<br>TATUÍ, SP,<br>BRAZIL |
| **2.1533** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT BETWEEN MAGNETI MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO LTDA. AND GREENWORKS ENGENHARIA<br>Undetermined | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA.<br>RUA SÃO BENTO, 740<br>SALA 10<br>TATUÍ, SÃO PAULO,<br>BRAZIL |
| **2.1534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT BETWEEN MAGNETI MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO LTDA. AND GREENWORKS ENGENHARIA<br>Undetermined | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA.<br>RUA SÃO BENTO, 740<br>SALA 10<br>TATUÍ, SÃO PAULO,<br>BRAZIL |
| **2.1535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 07/06/2007<br><br><br>Undetermined | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA.<br>RUA SAO BENTO, 740 SL. 10, IN THE CITY OF TATUI, SAO PAULO |
| **2.1536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 08/27/2007<br><br><br>Undetermined | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA.<br>RUA SAO BENTO, 740 SL. 10, IN THE CITY OF TATUI, STATE OF SAO PAULO |
| **2.1537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED: 08/20/2007<br><br><br>Undetermined | GREENWORKS ENGENHARIA AUTOMOTIVA LTDA.<br>RUA SÃO BENTO, 740, SALA 10, TATUÍ, SÃO PAULO CNPJ: 07.262.987/0001-61 |
| **2.1538** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LENDING CONTRACT FOR EQUIPMENT(S) AND MINIMUM DOSE DATED: 04/05/2010<br><br><br>Undetermined | GSN COFFEE ESPRESSO MACHINE<br>RUA DOMINGOS, CAMBUÍ, CAMPINAS - SP, CEP: 13025-150<br>CNPJ: 08.736.011/0001-46 |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
_____    Case number (if known):   25-11062
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1539** State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S) AND MINIMUM DOSE DATED: 04/05/2010 | GSN COFFEE ESPRESSO MACHINE CAMBUÍ CAMPINAS - SP - CEP 13025-150 CNPJ: 08.736.011/0001-46 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1540** State what the contract or lease is for and the nature of the debtor's interest | COMMODATUM AGREEMENT DATED: 03/01/2015 | GUARNIZIONI INDUSTRIALI S.R.L. VIA S. PIETRO, 9 24060 TAVERNOLA (BG) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1541** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT FOR CINEMATOGRAPHIC WORK DATED: 11/05/2008 | GULLANE ENTRETENIMENTO S.A RUA LEANDRO DUPRET, 73, HOUSE 04, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1542** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT FOR CINEMATOGRAPHIC WORK DATED: 11/05/2008 | GULLANE ENTRETENIMENTO S.A. RUA LEANDRO DUPRET, 73, HOUSE 04, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1543** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT FOR CINEMATOGRAPHIC WORK – "BIRDWATCHERS" DATED: 09/24/2007 | GULLANE ENTRETENIMENTO S.A. RUA LEANDRO DUPRET, 73, HOUSE 04, SÃO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1544** State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT FOR CINEMATOGRAPHIC WORK DATED: 11/05/2008 | GULLANE ENTRETENIMENTO S.A. RUA LEANDRO DUPRET, 73, HOUSE 04, SAO PAULO, SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1545** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/01/2009 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, IN THE  MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1546 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 10/10/2008 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPACAO, N°. 1297, ROOM 105. PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1547 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2009 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPACAO, N°. 1297, ROOM 105, IN THE MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1548 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 02/01/2012 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1549 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2012 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1550 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/02/2012 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1551 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2007 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAQAO, N°. 1297, ROOM 105, PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1552 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2009 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAO, N°. 1297, ROOM 105, IN THE MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1553 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 02/01/2012 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1554 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT SUP-513/10 DATED: 07/01/2009 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAPAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1555 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 02/01/2012 | GV ENERGIA COMERCIO E SERVICOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1556 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT SUP-513/10 DATED: 01/07/2009 | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA RUA EMANCIPAÇÃO, 1297, SALA 105, PICADA CAFÉ - RS, CEP NOT SPECIFIED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1557 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – ENERGY MANAGEMENT SERVICES DATED: 11/01/2009 | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA ATTN: PEDRO MACHADOI TEL. ATTN: EMILIO LACERDA TEL. RUA EMANCIPAÇÃO, 1297, ROOM 105, PICADA CAFÉ – RS, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA RUA EMANCIPAÇÃO, 1297, SALA 105, PICADA CAFÉ, RS – CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/02/2012 | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA RUA EMANCIPAÇÃO, 1297, SALA 105, PICADA CAFÉ – RS, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1560** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/02/2012 | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA RUA EMANCIPAÇÃO, 1297, SALA 105, PICADA CAFÉ/RS, CEP NOT STATED |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1561** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT BETWEEN GV ENERGIA AND MAGNETI MARELLI GROUP COMPANIES | GV ENERGIA COMERCIO E SERVIÇOS LTDA. RUA EMANCIPAÇÃO, 1297, ROOM 105, PICADA CAFÉ, RIO GRANDE DO SUL, CEP 95175-000 CNPJ: 08.662.895/0001-31 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1562** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2009 | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA. RUA EMANCIPAÇÃO, 1297, SALA 105, PICADA CAFÉ – RS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1563** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 10/10/2008 | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA. RUA EMANCIPAÇÃO, 1297, SALA 105, PICADA CAFÉ – RS, CEP: 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1564** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – ENERGY MARKET CONSULTING AND MANAGEMENT DATED: 01/08/2007 | GV ENERGIA COMÉRCIO E SERVIÇOS LTDA. ATTN: PEDRO MACHADO TEL RUA EMANCIPAÇÃO, 1297, SALA 105, PICADA CAFÉ – RS, CEP: 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1565** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/07/2012 | GV ENERGIA COMERCIO E SERVIQOS LTD RUA EMANCIPAPAO, 1297, SALA 105,  MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1566** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2009 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, IN THE  MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda      Case number (if known):   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1567** State what the contract or lease is for and the nature of the debtor's interest<br>AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, 1297, SALA 105,  MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SU |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1568** State what the contract or lease is for and the nature of the debtor's interest<br>ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/02/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1569** State what the contract or lease is for and the nature of the debtor's interest<br>SERVICE AGREEMENT DATED: 07/01/2009 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1570** State what the contract or lease is for and the nature of the debtor's interest<br>ADDENDUM TO THE SERVICE AGREEMENT DATED: 02/01/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1571** State what the contract or lease is for and the nature of the debtor's interest<br>ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/02/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAGAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1572** State what the contract or lease is for and the nature of the debtor's interest<br>ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/02/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, IN THE  MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.1573** State what the contract or lease is for and the nature of the debtor's interest<br>SERVICE AGREEMENT DATED: 11/01/2009 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, IN THE  MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1574 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA DOMINGOS COSTA, 80, BAIRRO CINCO, MUNICIPALITY OF CONTAGEM, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1575 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1576 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2009 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, PICADA CAFE, RIO GRANDE DO SUL, CEP 95175-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1577 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE AGREEMENT DATED: 01/02/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, IN THE MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1578 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT SUP-513/10 DATED: 01/07/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, 1297, SALA 105, PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1579 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/01/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1580 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/07/2012 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, 1297, SALA 105, MUNICIPALITY OF PICADA CAFE, STATE OF RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1581** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2009 | GV ENERGIA COMERCIO E SERVIQOS LTDA RUA EMANCIPAPAO, N°. 1297, ROOM 105, IN THE  MUNICIPALITY OF PICADA CAFE, RIO GRANDE DO SUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1582** | State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL PROPERTY LEASE AGREEMENT DATED: 09/27/2011 | H.B.A EMPREENDIMENTOS IMOBILIARIOS LTDA RUA ALAGOAS NO. 601, STORE 03, BAIRRO FUNCIONARIOS, BELO HORIZONTE, MG, CEP 30.130-160 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1583** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES, SUPPLY OF DOSING PRODUCTS AND LENDING OF DOSING PUMPS NO. 01/2013 DATED: 11/13/2013 | HB SOLUÇÕES LTDA - EPP AV. SÃO PAULO, 1875, BLOCO A, VILA SÃO DOMINGOS, SOROCABA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1584** | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL COLLABORATION AGREEMENT DATED: 03/11/2010 | HELLA KGAA HUECK & CO. RIXBECKER STR. 75 LIPPSTADT, 59552 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1585** | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL COLLABORATION AGREEMENT DATED: 06/23/2009 | HELLA KGAA HUECK & CO. RIXBECKER STR. 75 LIPPSTADT, 59552 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1586** | State what the contract or lease is for and the nature of the debtor's interest | COLLABORATION AGREEMENT DATED: 06/23/2009 | HELLA KGAA HUECK & CO. RIXBECKERSTR. 75 LIPPSTADT, 59552 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1587** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 06/23/2009 | HELLA KGAA HUECK & CO. RIXBECKER STR. 75 LIPPSTADT, 59552 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1588 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 11/22/2011 | HENDRIX INDÚSTRIA E COMÉRCIO LTDA CNPJ: 58.863.952/0001-19 RUA DR. VITAL BRASIL, Nº 741, SÃO BERNARDO DO CAMPO, SP, CEP 09664-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1589 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/31/2011 | HENDRIX INDÚSTRIA E COMÉRCIO LTDA CNPJ: 58.863.952/0001-19 RUA DR. VITAL BRASIL, Nº 741, SÃO BERNARDO DO CAMPO, SP, CEP 09664-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1590 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LENDING AGREEMENT NO. 002/2002 DATED: 05/19/2010 | HENDRIX INDÚSTRIA E COMÉRCIO LTDA. CNPJ: 58.863.952/0001-19 RUA DOUTOR VITAL BRASIL, 741, SÃO BERNARDO DO CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1591 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 | HEWLETT-PACKARD BRASIL LTDA AV. TAMBORE, Nº 74, ALPHAVILLE, IN THE  CITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1592 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 | HEWLETT-PACKARD BRASIL LTDA CNPJ: 61.797.924/0002-36  AV. TAMBORÉ, 74, ALPHAVILLE, BARUERI, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1593 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 01/05/2010 | HEWLETT-PACKARD BRASIL LTDA AV. TAMBORE, Nº 74, ALPHAVILLE, IN THE  CITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1594 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 01/05/2010 | HEWLETT-PACKARD BRASIL LTDA AV. TAMBORE, Nº 74, ALPHAVILLE, IN THE  CITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known)   25-11062
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1595 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 | HEWLETT-PACKARD BRASIL LTDA AV. TAMBORE, N° 74, ALPHAVILLE, IN THE  CITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1596 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 | HEWLETT-PACKARD BRASIL LTDA AV. TAMBORE, N° 74, ALPHAVILLE, IN THE  CITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1597 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 01/05/2010 | HEWLETT-PACKARD BRASIL LTDA AV. TAMBORE, N° 74, ALPHAVILLE, IN THE  CITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1598 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 | HEWLETT-PACKARD BRASIL LTDA. AV. TAMBORÉ, Nº 74, ALPHAVILLE, BARUERI – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1599 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 | HEWLETT-PACKARD BRASIL LTDA. AV. TAMBORÉ, 74, ALPHAVILLE, BARUERI – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1600 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPORT SERVICES AGREEMENT DATED: 05/01/2010 | HEWLETT-PACKARD BRASIL LTDA. AV. TAMBORE, N° 74, ALPHAVILLE, IN THE  CITY OF BARUERI, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1601 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/18/2009 | HI - FAST CONSULTORIA EMPRESARIAL LTDA CITY OF SAO JOSE DOS  CAMPOS, STATE OF SAO PAULO, AT RUA DOUTOR JOSE DE MOURA RESENDE, N° 441, VILA TESOURO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1602 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/19/2009 | HI - FAST CONSULTORIA EMPRESARIAL LTDA SAO PAULO  JOSE DOS CAMPOS, STATE OF SAO PAULO, AT RUA DOUTOR JOSE DE MOURA RESENDE, N° 441, VILA TESOURO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1603 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/07/2008 | HI - FAST CONSULTORIA EMPRESARIAL LTDA SAO PAULO  JOSE DOS CAMPOS, STATE OF SAO PAULO, AT RUA DOUTOR JOSE DE MOURA RESENDE, N° 441, VILA TESOURO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1604 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/07/2008 | HI - FAST CONSULTORIA EMPRESARIAL LTDA CITY OF SAO PAULO    JOSE DOS CAMPOS, STATE OF SAO PAULO, AT RUA DOUTOR JOSE DE MOURA RESENDE, N° 441, VILA TESOURO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1605 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY PURCHASE AND SALE AGREEMENT - CACHOEIRAO SHP DATED: 02/01/2007 | HIDRELÉTRICA CACHOEIRÃO S.A. RIGHT BANK OF THE MANHUAÇU RIVER, KM 27, ESTRADA DE POCRANE, POVOADO DE CACHOEIRÃO, POCRANE, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1606 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – HI-FAST CONSULTORIA EMPRESARIAL LTDA DATED: 08/07/2008 | HI-FAST CONSULTORIA EMPRESARIAL LTDA RUA DOUTOR JOSE DE MOURA RESENDE, N° 441, VILA TESOURO, SÃO JOSÉ DOS CAMPOS, SÃO PAULO, CEP: 12221-470 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1607 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – HI-FAST CONSULTORIA EMPRESARIAL LTDA DATED: 03/18/2009 | HI-FAST CONSULTORIA EMPRESARIAL LTDA RUA DOUTOR JOSE DE MOURA RESENDE, N° 441, VILA TESOURO, SÃO JOSÉ DOS CAMPOS, SÃO PAULO, CEP: 12221-470 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1608 | State what the contract or lease is for and the nature of the debtor's interest | MASTER COMMERCIAL LEASE CONTRACT DATED: 04/29/2009 | HIP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. BARUERI, STATE OF SAO PAULO, AT  ALAMEDA RIO NEGRO 750 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1609 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT DATED: 07/28/2014 | HIXIS COMÉRCIO E SERVIÇOS DE INFORMÁTICA LTDA - ME RUA SETE DE SETEMBRO, Nº 1065-A, HORTOLÂNDIA, SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1610 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF RESCISSION OF THE PRIVATE INSTRUMENT OF RESIDENTIAL LEASE AGREEMENT DATED: 05/06/2014 | HOMEHUNTERS AV. JOSE DE SOUZA CAMPOS, 625 - N. CAMPINAS  13092-123 - CAMPINAS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1611 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR NON-RESIDENTIAL PURPOSES DATED: 05/02/2012 | HOMEHUNTERS RUA GUSTAVO AMBRUST, 98CAMBUI 13092-106 CAMPINAS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1612 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | HOMINE INFORMATICA LTDA RUA  ANTONIO INACIO DE MENDONCA, N°. 233, PARQUE MANDAQUI, IN THE CITY AND STATE OF SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1613 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | HOMINE INFORMATICA LTDA RUA  ANTONIO INACIO DE MENDONCA, N°. 233, PARQUE MANDAQUI, IN THE CITY AND STATE OF SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1614 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | HOMINE INFORMÁTICA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1615 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | HOMINE INFORMÁTICA LTDA / SIGNATURE TECHNOLOGIES SERVIÇOS DE TECNOLOGIA LTDA RUA  ANTONIO INACIO DE MENDONCA, N°. 233, PARQUE MANDAQUI, IN THE CITY AND STATE OF SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda      Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1616 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1617 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1618 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT NO. 04766 ANNEX ER19V^ DATED: 06/01/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP, REGISTERED WITH THE CNPJ MF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1619 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENTS DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP, REGISTERED WITH THE CNPJ MF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1620 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LEASING AGREEMENTS DATED: 09/02/2020 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1621 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT NO. 04766 ANNEX ER20V6 DATED: 05/01/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP, REGISTERED WITH THE CNPJ MF |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1622 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda     Case number (if known)    25-11062

Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1623** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LEASING AGREEMENTS DATED: 09/02/2020 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1624** State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE LEASING AGREEMENT NO. 04766 ANNEX ER14V6 DATED: 05/01/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP, REGISTERED WITH THE CNPJ MF |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1625** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE LEASING AGREEMENT NO. 04766 ANNEX ER17V6 DATED: 05/01/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP, REGISTERED WITH THE CNPJ MF |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1626** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENTS DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP, REGISTERED WITH THE CNPJ MF |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1627** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1628** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASING AGREEMENTS DATED: 06/21/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1629** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO LEASING AGREEMENTS DATED: 05/01/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP, REGISTERED WITH THE CNPJ MF |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1630 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1631 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1632 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 05/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1633 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, N° 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1634 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1635 | State what the contract or lease is for and the nature of the debtor's interest | FIRST ADDENDUM TO THE LEASE AGREEMENT NO. 04670ER15V6: 06/24/2022. | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO Nº 750 ALPHAVILLE CNPJ MF: 97.406.706/0001-90 BARUERI, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1636 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1637** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1638** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1639** | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1640** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 05/29/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1641** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1642** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1643** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1644 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1645 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO LEASING AGREEMENT DATED: 06/25/2018 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S.A. ALAMEDA RIO NEGRO, Nº 750, ALPHAVILLE, BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1646 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT OF ASSIGNMENT OF RIGHTS AND OBLIGATIONS OF COMMERCIAL LEASE ARISING FROM THE MASTER AGREEMENT OF COMMERCIAL LEASE DATED: | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AL. RIO NEGRO, 750 BARUERI, SÃO PAULO, 06454-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1647 | State what the contract or lease is for and the nature of the debtor's interest | MASTER COMMERCIAL LEASE CONTRACT DATED: 10/27/2006 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AV. ASSIS CHATEAUBRIAND, 591, FLORESTA, BELO HORIZONTE, MG |
| | State the term remaining | Undetermined | CNPJ: 97.406.706/0001-90 |
| | List the contract number of any government contract | | |
| 2.1648 | State what the contract or lease is for and the nature of the debtor's interest | MASTER COMMERCIAL LEASE CONTRACT DATED: 10/27/2006 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AV. ASSIS CHATEAUBRIAND, 591, FLORESTA, BELO HORIZONTE, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1649 | State what the contract or lease is for and the nature of the debtor's interest | MASTER COMMERCIAL LEASE CONTRACT DATED: 11/03/2008 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A ALAMEDA RIO NEGRO, 750 – BARUERI – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1650 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 1 TO THE MASTER LEASE AGREEMENT NO. 04766: 09/19/2022 | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A ALAMEDA RIO NEGRO, 750 - CEP 06454-000 - BARUERI / SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known): 25-11062
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1651** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSTRUMENT OF ASSIGNMENT OF RIGHTS AND OBLIGATIONS OF COMMERCIAL LEASE ARISING FROM THE MASTER AGREEMENT OF COMMERCIAL LEASE NO. 05814<br><br>Undetermined | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AL. RIO NEGRO, 750 – CEP 06454- 000 – BARUERI/SP |
| **2.1652** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER COMMERCIAL LEASE CONTRACT DATED: 10/27/2006<br><br>Undetermined | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A CNPJ: 97.406.706/0001-90 AVENIDA ASSIS CHATEAUBRIAND, Nº 591, FLORESTA, BELO HORIZONTE, MG |
| **2.1653** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER LEASE AGREEMENT TERM OF RECEIPT AND ACCEPTANCE DATED: 03/11/2015<br><br>Undetermined | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AL. RIO NEGRO, 750 BARUERI, SÃO PAULO, 06454-000 BRAZIL |
| **2.1654** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER COMMERCIAL LEASE CONTRACT DATED: 10/27/2006<br><br>Undetermined | HP FINANCIAL SERVICES ARRENDAMENTO MERCANTIL S/A AV. ASSIS CHATEAUBRIAND, 591, FLORESTA, BELO HORIZONTE, MINAS GERAIS CNPJ: 97.406.706/0001-90 |
| **2.1655** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICULAR INSTRUMENT OF THE FERRAMENTAL LOAN CONTRACT DATED: 12/22/2016<br><br>Undetermined | HPE AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1.400, 3RD FLOOR - VILA NOVA CONCEIPAO, SAO PAULO/SP |
| **2.1656** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER COMMERCIAL LEASE CONTRACT DATED: 11/03/2008<br><br>Undetermined | HPE AUTOMOTORES DO BRASIL LTDA AV. PRES. JUSCELINO KUBITSCHEK, 2041, TORRE D, 6º ANDAR, SÃO PAULO/SP, CEP 04543-011 CNPJ: 54.305.743/0001-07 |
| **2.1657** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICULAR INSTRUMENT OF THE FERRAMENTAL LOAN CONTRACT 001.471.5 DATED: 01/31/2017<br><br>Undetermined | HPE AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, Nº 1.400, 3RD FLOOR, VILA NOVA CONCEIÇÃO, SÃO PAULO / SP, ZIP CODE: 04543-000 |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known): 25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1658 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF THE FERRAMENTAL LOAN CONTRACT 001.471.5 DATED: 01/31/2017 | HPE AUTOMOTORES DO BRASIL LTDA. AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, Nº 1.400, 3RD FLOOR VILA NOVA CONCEIÇÃO SÃO PAULO / SP ZIP CODE: 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TOOLING PURCHASE AND SALE AGREEMENT DATED: 12/15/2016 | HPE AUTOMOTORES DO BRASIL LTDA. AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, Nº 1.400, 3RD FLOOR – VILA NOVA CONCEIÇÃO, SÃO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/15/2016 | HPE AUTOMOTORES DO BRASIL LTDA. AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, Nº 1.400, 3RD FLOOR - VILA NOVA CONCEICAO, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1661 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT OF PROVISION OF EMISSIONS TESTING SERVICES VEHICULAR DATED: 08/01/2012 | HYUNDAI MOTOR BRASIL MONTADORA DE AUTOMOVEIS LTDA HYUNDAI ENGINE BRAZIL ASSEMBLER OF AUTOMOVEIS LTDA . MUNICIPALITY OF PIRACICABA, SAO PAULO AT AVENIDA HYUNDAI, 777, BAIRRO AGUA SANTA,  CEP 13413-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1662 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT OF PROVISION OF EMISSIONS TESTING SERVICES VEHICULAR DATED: 08/01/2012 | HYUNDAI MOTOR BRASIL MONTADORA DE AUTOMOVEIS LTDA HYUNDAI ENGINE BRAZIL ASSEMBLER OF AUTOMOVEIS LTDA . MUNICIPALITY OF PIRACICABA, SAO PAULO AT AVENIDA HYUNDAI, 777, BAIRRO AGUA SANTA,  CEP 13413-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1663 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2012 | HYUNDAI MOTOR BRASIL MONTADORA DE AUTOMOVEIS LTDA. HYUNDAI 777, AGUA SANTA, PIRACICABA, SP - CEP: 13413-900 TEL (19) 3373-0000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1664 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT OF PROVISION OF EMISSIONS TESTING SERVICES DATED: 08/01/2012 | HYUNDAI MOTOR BRASIL MONTADORA DE AUTOMÓVEIS LTDA. AVENIDA HYUNDAI, 777, BAIRRO ÁGUA SANTA, PIRACICABA, SP, CEP 13413-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known): 25-11062 |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1665 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SUPPLEMENT FOR MAINTENANCE SERVICES DATED: 05/07/2008 | IBM BRASIL - INDUSTRIA, MAQUINAS E SERVICOS LTDA AV. PASTEUR, 138/146 IN RIO DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1666 | State what the contract or lease is for and the nature of the debtor's interest | MAINTENANCE SERVICE SUPPLEMENT DATED: 12/12/2007 | IBM BRASIL - INDUSTRIA, MAQUINAS E SERVICOS LTDA PASTEUR, 138/146 - RIO DE JANEIRO - RJ. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1667 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SUPPLEMENT FOR MAINTENANCE SERVICES DATED: 05/07/2008 | IBM BRASIL – INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. AVENIDA PASTEUR, 138/146, RIO DE JANEIRO, RJ, CEP 22290-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1668 | State what the contract or lease is for and the nature of the debtor's interest | IBM AND NON-IBM MACHINE MAINTENANCE SERVICE SUPPLEMENT DATED: 02/05/2011 | IBM BRASIL – INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. RODOVIA SP-101, TRECHO CAMPINAS - MONTE MOR, KM 9, HORTOLÂNDIA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1669 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - MOTOR CONTROL DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE . AND SOLUTIONS TECNOLOGICAS LTDA RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1670 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1671 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1672** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1673** State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1674** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009<br><br>IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1675** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1676** State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1677** State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009<br><br>IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1678** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1679 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1680 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1681 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1682 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1683 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1684 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE AND SOLUTIONS, TECNOLOGICAS LTDA<br>RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1685 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LEASE AND. . SOLUTIONS TECNOLOGICAS LTDA<br>RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062
_____
Name

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1686 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AN.D SOLUTIONS. TECNOLOGICAS LTDA RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1687 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1688 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1689 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1690 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1691 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA STREET VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1692 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda         Case number (if known):    25-11062

Name

     **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1693 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1694 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1695 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1696 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA STREET VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA,  PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1697 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1698 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - LIGHTING DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1699 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):    25-11062

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1700 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - LIGHTING DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013<br>Undetermined | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| 2.1701 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - EXHAUST DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013<br>Undetermined | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| 2.1702 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - EXHAUST DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013<br>Undetermined | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| 2.1703 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - ELECTRONIC DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013<br>Undetermined | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| 2.1704 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009<br><br>Undetermined | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA<br>STREET VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA,  PARANA |
| 2.1705 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009<br><br>Undetermined | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA  VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| 2.1706 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - EXHAUST DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013<br>Undetermined | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA<br>RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1707 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1708 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1709 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1710 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - MOTOR CONTROL DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA BOM  JESUS DO IGUAPE, N° 3.460, BOQUEIRAO, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1711 | State what the contract or lease is for and the nature of the debtor's interest | MASTER EQUIPMENT RENTAL AGREEMENT MODALITY: MASTER CONTRACT - ELECTRONIC DIVISION GENERAL TERMS AND CONDITIONS DATED: 03/15/2013 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS TECNOLOGICAS LTDA RUA  BOM JESUS DO IGUAPE, N° 3.460, BOQUEIRAO,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1712 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT CONTRACTUAL PREAMBLE DATED: 03/16/2009 | IDDEIA, COMERCIO, LOCACAO AND SOLUTIONS. TECNOLOGICAS LTDA RUA VISCONDE DO RIO BRANCO, 1.310, 5TH FLOOR,  CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1713 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013 | IDDEIA, COMÉRCIO, LOCAÇÃO E SOLUÇÕES TECNOLÓGICAS LTDA RUA BOM JESUS DO IGUAPE, Nº 3.460, BOQUEIRÃO, CURITIBA, PARANÁ CNPJ: 05.159.145/0001-53 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1714** State what the contract or lease is for and the nature of the debtor's interest — 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | IDDEIA, COMÉRCIO, LOCAÇÃO E SOLUÇÕES TECNOLÓGICAS LTDA.<br>RUA BOM JESUS DO IGUAPE, 3460 – BOQUEIRÃO – CURITIBA – PR |
| **2.1715** State what the contract or lease is for and the nature of the debtor's interest — MASTER EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | IDDEIA, COMÉRCIO, LOCAÇÃO E SOLUÇÕES TECNOLÓGICAS LTDA.<br>RUA BOM JESUS DO IGUAPE, 3460 – BOQUEIRÃO – CURITIBA – PR |
| **2.1716** State what the contract or lease is for and the nature of the debtor's interest — 1ST AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/15/2013<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | IDDEIA, COMÉRCIO, LOCAÇÃO E SOLUÇÕES TECNOLÓGICAS LTDA.<br>RUA BOM JESUS DO IGUAPE, Nº 3.460, BOQUEIRÃO, CURITIBA, PARANÁ, CNPJ 05.159.145/0001-53 |
| **2.1717** State what the contract or lease is for and the nature of the debtor's interest — EQUIPMENT RENTAL AGREEMENT DATED: 03/16/2009<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | IDDEIA, COMÉRCIO, LOCAÇÃO E SOLUÇÕES TECNOLÓGICAS LTDA.<br>RUA BOM JESUS DO IGUAPE, 3460 – BOQUEIRÃO – CURITIBA – PR |
| **2.1718** State what the contract or lease is for and the nature of the debtor's interest — TERM OF EXTENSION OF THE CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES. DATED: 06/16/2006<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | ILUMINACAO AUTOMOTIVA LTDA<br>AVENIDA JOAO CESAR DE OLIVEIRA, 6261<br>GALPAO 02<br>VILA BEATRIZ<br>CONTAGEM, MG,<br>BRAZIL |
| **2.1719** State what the contract or lease is for and the nature of the debtor's interest — PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/24/2006<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | ILUMINACAO AUTOMOTIVA LTDA .<br>AVENIDA JOAO CESAR DE OLIVEIRA, N. ° 6261, GALPAO 02, CENTRO, CEP: 32040000, IN THE MUNICIPALITY OF CONTAGEM, STATE OF SAO PAULO |
| **2.1720** State what the contract or lease is for and the nature of the debtor's interest — PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/24/2006<br><br>State the term remaining — Undetermined<br><br>List the contract number of any government contract | ILUMINACAO AUTOMOTIVA LTDA .<br>AVENIDA JOAO CESAR DE OLIVEIRA, N. ° 6261, GALPAO 02, CENTRO, CEP: 32040000, MUNICIPALITY  OF CONTAGEM, SAO PAULO |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1721 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF FUNDRAISING SERVICES FOR TECHNOLOGICAL INNOVATION DATED: 03/26/2013 | INCENTIVAR CONSULTORES EMPRESARIAL LTDA. BELO HORIZONTE, MG, AT RUA ALVARENGA PEIXOTO, 295/6° ANDAR, CEP: 30.180-120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1722 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF FUNDRAISING SERVICES FOR TECHNOLOGICAL INNOVATION DATED: 03/15/2014 | INCENTIVO CONSULTORES EMPRESARIALLTDA. BELO HORIZONTE, MG, AT RUA ALVARENGA PEIXOTO, 295/6° ANDAR, CEP: 30.180120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1723 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/22/2011 | IND TER PLASTS LTDA HORTOLANDIA-SP, RUA OSVALDO DE SOUZA, N.° 826, CEP: 13.187-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1724 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/22/2011 | IND TER PLASTS LTDA HORTOLANDIA-SP, RUA OSVALDO DE SOUZA, N.° 826, CEP: 13.187-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1725 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/22/2011 | IND TER PLASTS LTDA HORTOLANDIA-SP, RUA OSVALDO DE SOUZA, N.° 826, CEP: 13.187-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1726 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASE CONTRACT DATED: 03/15/2013 | INDUSTRIA DE SUPORTES BRASIL LTDA RUA NELSON GUIRALDELLI, 150 DISTRITO INDUSTRIAL JUVENAL LEITE-ITAPIRA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1727 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASE CONTRACT DATED: 01/15/2013 | INDUSTRIA DE SUPORTES BRASIL LTDA. RUA NELSON GUIRALDELLI, 150, DISTRITO INDUSTRIAL JUVENAL LEITE, ITAPIRA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1728 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | INDÚSTRIA DE SUPORTES BRASIL LTDA. ATTN: EGIDIO RODRIGUES MOITINHO COMMERCIAL MANAGER AVENIDA HENRIQUETA SOARES, 835, ITAPIRA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1729 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASE CONTRACT DATED: 05/13/2013 | INDUSTRIA MECANICA BRASPAR LTDA RUA QUELUZ, N° 242 - CUMBICA- GUARULHOS - SP - CEP: 07220-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1730 | State what the contract or lease is for and the nature of the debtor's interest | OUT-OF-COURT SETTLEMENT AGREEMENT DATED: 06/17/2011 | INDUSTRIAS ARTEB S.A. AVENIDA PIRAPORINHA, N° 1221 (ROOM 01)-VILA OLGA, SAO BERNARDO DO CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1731 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PURCHASE AND SALE AGREEMENT DATED: 03/30/2016 | INDUSTRIAS ROMI S.A AV. PEROLA BYINGTON, 56, SANTA BARBARA D'OESTE - SP, CEP 13.453900, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1732 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT WITH RESERVATION DATED: 03/30/2016 | INDÚSTRIAS ROMI S.A. AVENIDA PÉROLA BYINGTON, N° 56, SANTA BÁRBARA D'OESTE – SP, 13.458-130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1733 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE PROPOSAL DATED: 01/28/2015 | INDUSTRIES LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1734 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE EXTENSION OF THE COVERAGE LEASE AGREEMENT DATED: 07/12/2009 | INDUSTRIES SIMONE DE MORAES MILANO MOURA AVENIDA JOAO PAULO I, N° 1779, JARDIM SANTA BARBARA, CEP 06817-000, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1735** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE EXTENSION OF THE COVERAGE LEASE AGREEMENT DATED: 03/03/2010 | INDUSTRIES SIMONE DE MORAES MILANO MOURA AVENIDA JOÃO PAULO I, Nº 1779, JARDIM SANTA BÁRBARA, CEP 06817-000, EMBU, SP, CNPJ 08.259.544/0001-84 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1736** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE EXTENSION OF THE COVERAGE LEASE AGREEMENT DATED: 03/03/2010 | INDUSTRIES SIMONE DE MORAES MILANO MOURA AVENIDA JOAO PAULO I, N° 1779, JARDIM SANTA BARBARA, CEP 06817-000, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1737** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE EXTENSION OF THE COVERAGE LEASE AGREEMENT 1ST AMENDMENT DATED: 03/03/2010 | INDUSTRIES SIMONE DE MORAES MILANO MOURA AVENIDA JOAO  PAULO I, N° 1779, JARDIM SANTA BARBARA, CEP 06817-000, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1738** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF NEEDY MINORS DATED: 06/29/2006 | INSTITUTE FOR THE PROMOTION OF MINORS OF SUMARE SUMARE, STATE OF SAO PAULO, AT RUA MARCO LIACHI N° 210 VILA MENUZZO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1739** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF APPRENTICES DATED: 06/13/2007 | INSTITUTE FOR THE PROMOTION OF MINORS OF SUMARE SUMARE, STATE OF SAO PAULO, AT RUA  MARCO LIACHI, N° 210, VILA MENUZZO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1740** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF NEEDY MINORS DATED: 02/23/2006 | INSTITUTE FOR THE PROMOTION OF MINORS OF SUMARE SUMARE,  STATE OF SAO PAULO, AT RUA MARCO LIACHI N° 210 VILA MENUZZO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1741** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT DATED: 01/01/2013 | INSTITUTE OF SOCIAL SECURITY AND ASSISTANCE ODONTOLOGICA LTDA AV. VEREADOR JOSE DINIZ, 3300 - 18° ANDAR - CEP 04604-006 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1742 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT DATED: 11/01/2012 | INSTITUTE OF SOCIAL SECURITY AND ASSISTANCE ODONTOLOGICA LTDA AVENIDA VEREADOR JOSE DINIZ, 3300 - 18TH FLOOR - CEP 04604-006 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1743 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT DATED: 11/01/2012 | INSTITUTE OF SOCIAL SECURITY AND ASSISTANCE ODONTOLOGICA LTDA AVENIDA VEREADOR JOSE DINIZ, 3300 - 18TH FLOOR - CEP 04604-006 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1744 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT DATED: 01/01/2013 | INSTITUTE OF SOCIAL SECURITY AND ASSISTANCE ODONTOLOGICA LTDA . AV. VEREADOR JOSE DINIZ, 3300 - 18° ANDAR - CEP 04604-006 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1745 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT DATED: 05/01/2009 | INSTITUTE OF SOCIAL SECURITY AND ASSISTANCE. DENTAL LTDA AV. VEREADOR JOSE DINIZ, 3300 - 18° ANDAR - CEP 04604-006 - SAO PAULO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1746 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT DATED: 01/05/2009 | INSTITUTE OF SOCIAL SECURITY AND ASSISTANCE. DENTAL LTDA . AV. VEREADOR JOSE DINIZ, 3300 - 18° ANDAR - CEP 04604-006 - SAO PAULO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1747 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR GROUP DENTISTRY SERVICES DATED: 03/01/2017 | INSTITUTE OF SOCIAL SECURITY AND DENTAL CARE LTDA AVENIDA VEREADOR JOSÉ DINIZ, 3300, 18º ANDAR, BAIRRO CAMPO BELO, SÃO PAULO – SP, CEP 04604□006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1748 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT ENTERED INTO ON MARCH ONE THOUSAND AND FOUR DATED: 03/01/2017 | INSTITUTE OF SOCIAL SECURITY AND DENTAL CARE LTDA AV. VEREADOR JOSE DINIZ, 3.300 - 18° ANDAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1749 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF PROVISION OF FOREIGN LANGUAGE TEACHING SERVICES DATED: 06/19/2008 | INSTITUTO DE LINGUA ESTRANGEIRA OXFORD LTDA. RUA FREI HENRIQUE SOARES, N° 383, BAIRRO INCONFIDENTES, IN CONTAGEM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1750 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF PROVISION OF FOREIGN LANGUAGE TEACHING SERVICES | INSTITUTO DE LINGUA ESTRANGEIRA OXFORD LTDA. RUA FREI HENRIQUE SOARES, N° 383, BAIRRO INCONFIDENTES, IN CONTAGEM, IN THE STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1751 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/03/2009 | INSTITUTO DE PESCUISAS ELDORADO AVENIDA ERICO VERISSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1752 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT BETWEEN ELDORADO RESEARCH INSTITUTE AND MAGNETI MARELLI DATED: 06/03/2009 | INSTITUTO DE PESQUISAS ELDORADO AVENIDA ERICO VERISSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITÁRIA, CAMPINAS – SP CNPJ: 02.437.460/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1753 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 12/16/2008 | INSTITUTO DE PESQUISAS ELDORADO AVENIDA ERICO VEN'SSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1754 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/03/2009 | INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO PAULO, AT AVENIDA ERICO VERISSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1755 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 11/04/2008 | INSTITUTO DE PESQUISAS ELDORADO AVENIDA ERICO VERISSIMO, S/N, COMPLEMENTO CAMPUS DA UNICAMP, CIDADE UNIVERSITARIA, CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1756** State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 05/13/2008 | INSTITUTO DE PESQUISAS ELDORADO RODOVIA SP-340, KM 118.5, S/N, CONDOMMIO POLIS, CAMPINAS, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1757** State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 03/20/2007 | INSTITUTO DE PESQUISAS ELDORADO RODOVIA SP-340, KM 118,5, S/N, CONDOMINIO POLIS, CAMPINAS, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1758** State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 11/04/2008 | INSTITUTO DE PESQUISAS ELDORADO AVENIDA ERICO VERISSIMO, S/N, COMPLEMENTO CAMPUS DA UNICAMP, CIDADE UNIVERSITARIA, CAMPINAS - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1759** State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 10/02/2009 | INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO PAULO,  AVENIDA ERICO VENSSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA  ATTN: JOSE EDUARDO BERTUZZO, HW RESEARCH AND DEVELOPMENT MANAGER |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1760** State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 05/13/2008 | INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO  PAULO, AT RODOVIA SP-340, KM 118.5, S/N, CONDOMMIO POLIS  ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1761** State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 10/02/2009 | INSTITUTO DE PESQUISAS ELDORADO AVENIDA ERICO VENSSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA, CAMPINAS, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1762** State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 10/02/2009 | INSTITUTO DE PESQUISAS ELDORADO CITY OF CAMPINAS, STATE OF SAO PAULO,  AVENIDA ERICO VENSSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1763 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 12/16/2008 | INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO PAULO, AT AVENIDA ERICO VEN'SSIMO, S/N, CAMPUS UNICAMP, CIDADE UNIVERSITARIA ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1764 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 03/20/2007 | INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO PAULO, AT RODOVIA SP-340, KM 118,5, S/N, CONDOMINIO POLIS ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1765 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/20/2007 | INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, SAO PAULO, AT RODOVIA SP-340, KM 118.5, S/N, CONDOMINIO POLIS ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1766 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 03/20/2007 | INSTITUTO DE PESQUISAS ELDORADO CITY OF CAMPINAS, STATE OF SAO PAULO, AT RODOVIA SP-340, KM 118,5, S/N, CONDOMINIO POLIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1767 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/20/2007 | INSTITUTO DE PESQUISAS ELDORADO RODOVIA SP-340, KM 118.5, S/N, CONDOMMIO POLIS, CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1768 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 06/20/2007 | INSTITUTO DE PESQUISAS ELDORADO CAMPINAS, STATE OF SAO PAULO, AT RODOVIA SP-340, KM 118.5, S/N, CONDOMINIO POLIS ATTN: JOSE EDUARDO BERTUZZO, R&D MANAGEMENT - HADWARE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1769 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 05/13/2008 | INSTITUTO DE PESQUISAS ELDORADO CITY OF CAMPINAS, STATE OF SAO PAULO, AT RODOVIA SP-340, KM 118.5, S/N, CONDOMMIO POLIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1770** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF NEEDY MINORS DATED: 06/29/2006 | INSTITUTO DE PROMOCAO DO MENOR DE SUMARE SUMARE, STATE OF SAO PAULO, AT RUA MARCO  LIACHI, N. ° 210, VILA MENUZZO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1771** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/26/2025 | INTELIGÊNCIA TRIBUTÁRIA TECNOLOGIA LTD RUA SANTA CRUZ, Nº 106, BAIRRO ALTO BARROCA, MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1772** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SERVICE AGREEMENT DATED: 09/01/2008 | INTELLIGES CONSULTORIA EM GESTAO EMPRESARIAL RUA PROF. FRANCISCO NASCIMENTO, N°. 277, BAIRRO MARISTELA, IN THE CITY OF SANTA RITA DO SAPUCAI MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1773** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SERVICE AGREEMENT DATED: 09/01/2008 | INTELLIGES CONSULTORIA EM GESTAO EMPRESARIAL RUA PROF. FRANCISCO  NASCIMENTO, N°. 277, BAIRRO MARISTELA, SANTA RITA DO SAPUCAR MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1774** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF FUNDRAISING SERVICES FOR TECHNOLOGICAL INNOVATION DATED: 03/26/2013 | INVENTTA" BGI BELO HORIZONTE - MG AKAVENGO PEIXOTO, 295 6TH AND I NURDES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1775** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF FRANCHISE AGREEMENT DATED: 11/22/2007 | IOCHPE FOUNDATION. RUA JARDIM MINERVA N° 29, CERQUEIRA CESAR, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1776** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/13/2011 | ISOMECANICA USINAGEM LTDA AV. JOSE FARIA DA ROCHA, 1660 NEIGHBORHOOD: CIDADE JARDIM ELDORADO MUNICIPALITY OF CONTAGEM STATE OF MINAS GERAIS, CEP 32315-040 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1777 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/13/2011 | ISOMECANICA USINAGEM LTDA<br>AV. JOSE FARIA DA ROCHA, 1660<br>ELDORADO<br>CONTAGEM, MG, 32315-040<br>BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1778 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TRANSACTION DATED: 08/11/2010 | ISTAMP LTDA<br>SAO PAULO, TAGUAPACA, N°. 173 - VILA JURUBATUBA - CEP: 04691-170 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1779 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF TRANSACTION DATED: 08/11/2010 | ISTAMP LTDA<br>SAO PAULOCAPITAL, AT TAGUAPACA, N°. 173 - VILA JURUBATUBA - CEP: 04691-170 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1780 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/08/2007 | ITATRON FERRAMENTAS PRECISA LTDA<br>AVENIDA EUZEBIO SAVAIO, NO. 482 BRAGANIA  PAULISTA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1781 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/08/2007 | ITATRON FERRAMENTAS PRECISA LTDA.<br>AVENIDA EUZEBIO SAVAIO, NO. 482 BRAGANCA PAULISTA, STATE OF SAO PAULO<br><br>ATTN: JOAO BAPTISTELLA, BOARD OF DIRECTORS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1782 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/08/2007 | ITATRON FERRAMENTAS PRECISA LTDA.<br>AVENIDA EUZÉBIO SAVAIO, NO. 482, BRAGANÇA PAULISTA, SÃO PAULO, CNPJ 68.308.410/0001-38 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1783 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/08/2007 | ITATRON FERRAMENTAS PRECISA LTDA. MITATRON TOOLS NEED LTD<br>AVENIDA EUZEBIO SAVAIO, NO. 482 BRAGANCA  PAULISTA, STATE OF SAO PAULO  ATTN: JOAO BAPTISTELLA, BOARD OF DIRECTORS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

████   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.1784** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A PRACA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1785** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A PRACA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1786** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A PRAIA ALFREDO EGYDIO DE SOUZA ARANHA,  100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1787** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A PRAGA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7TH FLOOR,  PARQUE JABAQUARA, CEP 04344-902, IN THE CITY OF SAO PAULO, IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1788** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A PRA^A ALFREDO EGYDIO DE SOUZA ARANHA,100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902, SAO  PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1789** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20°  ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.1790** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A. PRACA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902, IN THE CITY OF SAO PAULO, IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1791 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1792 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A. PRACA ALFREDO EGYDIO DE SOUZA ARANHA,  100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1793 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 04/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1794 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1795 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A. PRACA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902, IN THE CITY OF SAO PAULO, IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1796 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1797 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A. PRACA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7TH FLOOR,  PARQUE JABAQUARA, CEP 04344-902, IN THE CITY OF SAO PAULO, IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1798 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1799 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 01/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1800 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDENCIA S.A. PRAGA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7TH FLOOR, PARQUE JABAQUARA, CEP 04344-902, IN THE CITY OF SAO PAULO, IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1801 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1802 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1803 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, N.° 891, 20° ANDAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1804 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.2 TO THE CONTRACT OF ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 12/11/2014 | ITAU VIDA E PREVIDÊNCIA S.A. PRAÇA ALFREDO EGYDIO DE SOUZA ARANHA, 100, TORRE ALFREDO EGYDIO, 7° ANDAR, PARQUE JABAQUARA, CEP 04344-902, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1805 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 03/01/2011 | ITAU VIDA E PREVIDÊNCIA S.A. AVENIDA EUSÉBIO MATOSO, Nº 891, 20º ANDAR, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1806 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE CONTRACT FOR ADHESION TO THE SUPPLEMENTARY PENSION PROGRAM DATED: 04/01/2011 | ITAÚ VIDA E PREVIDÊNCIA S.A. AVENIDA EUSÉBIO MATOSO, 891 20º ANDAR CNPJ: 92.661.388/0001-90 SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1807 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND SUBLICENSE OF PROGRAMS WITH INSTALLATION LOCI NUMBER _: /06 DATED: 10/06/2006 | ITAUTEC INFORMATICA S.A. - GRUPO ITAUTE ATAUTEC INFORMATICA S.A RUA SANTA CATARINA 01, EDIFICIO 18, TERREO,  TATUAPE, CEP 03086-025, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1808 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND SUBLICENSE OF PROGRAMS DATED: 10/06/2006 | ITAUTEC INFORMATICA S.A. - GRUPO ITAUTEC RUA SANTA CATARINA 01, EDIFICIO 18, TERREO, TATUAPE, CEP 03086-025, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1809 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND SUBLICENSE OF PROGRAMS WITH INSTALLATION LOCI NUMBER _: /06 DATED: 10/06/2006 | ITAUTEC INFORMATICA S.A. - GRUPO ITAUTEC RUA SANTA CATARINA 01, EDIFICIO 18, TERREO,  TATUAPE, CEP 03086-025, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1810 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND SUBLICENSE OF PROGRAMS WITH INSTALLATION LOCI NUMBER _: /06 DATED: 10/06/2006 | ITAUTEC INFORMATICA S.A. - GRUPO ITAUTEC RUA SANTA CATARINA 01, EDIFICIO 18, TERREO, TATUAPE, CEP 03086-025, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1811 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/15/2014 | IVECO LATIN AMERICA LTDA RODOVIA MG 238, KM 74, SETE LAGOAS, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1812** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/15/2014 | IVECO LATIN AMERICA LTDA<br>RODOVIA MG 238, KM 74, SETE LAGOAS, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1813** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF NEEDY MINORS DATED: 06/29/2006 | IXFIN MAGNETI MARELLI ELECTRONICS LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1814** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE FOOD SUPPLY CONTRACT DATED: 12/01/2010 | J.L REFEIQOES COLETIVAS LTDA<br>RUA APORE, N° 450, BAIRRO PARQUE RIACHUELO, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1815** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/09/2017 | JAGUAR AND LAND ROVER BRASIL INDUSTRIA E COMERCIO DE VEICULOS LTDA<br>AV. IBIRAPUERA, 2332, TORRE I, 10° ANDAR, CEP 04028-002, MOEMA, SAO PAULO/SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1816** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/09/2017 | JAGUAR AND LAND ROVER BRASIL INDUSTRIA E COMERCIO DE VEICULOS LTDA.<br>SAO PAULO, STATE OF SAO PAULO, AT AVENIDA DO IBIRAPUERA, 2332, TORRE I, 10TH FLOOR, MOEMA, CEP 04028-002 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | ATTN: PURCHASING DEPARTMENT |
| **2.1817** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR CORPORATE EVENT DATED: 11/08/2012 | JARDIM BOTANICO PLANTARUM<br>CITY OF NOVA ODESSA - SP, LOCATED AT AVENIDA BRASIL, 2000 DISTRITO INDUSTRIAL II - CEP 13460-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1818** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR CORPORATE EVENT DATED: 11/08/2012 | JARDIM BOTANICO PLANTARUM<br>NOVA ODESSA - SP, LOCATED AT AVENIDA BRASIL, 2000 DISTRITO INDUSTRIAL II - CEP 13460-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1819** State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| **2.1820** State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| **2.1821** State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| **2.1822** State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, Nº 630, IPIRANGA, SÃO PAULO – SP, CEP 04268-020 |
| **2.1823** State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO    PAULO - SP - CEP 04268-020 |
| **2.1824** State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP - CEP 04268-020 |
| **2.1825** State what the contract or lease is for and the nature of the debtor's interest: EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015<br><br>State the term remaining: Undetermined<br><br>List the contract number of any government contract | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA (SAT COMPANY) RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO PAULO - SP -CEP 04268-020 |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1826 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA (SAT COMPANY) RUA ARCIPRESTE ANDRADE N.° 630 IPIRANGA - SAO    PAULO - SP - CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1827 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LENDING CONTRACT AND PROVISION OF TRACKING AND MONITORING SERVICES DATED: 10/28/2015 | JIDE CAR RASTREAMENTO E MONITORAMENTO LTDA JIDE CAR TRACK AND TRACE LTD RUA ARCIPRESTE ANDRADE, N.° 630, IPIRANGA - SAO    PAULO - SP - CEP 04268-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1828 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF WASTE TREATMENT SERVICES DATED: 05/16/2012 | JILCON AMBIENTAL LTDA. LUCIANO FONSECA SANDOVAL RG. 2.967.218-1 SSPISP CPF. 053.712.288-53 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1829 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/12/2012 | JOFRAMA INDUSTRIAL LTDA RUA JOAO NIERO, S/N, BAIRRO DA CASCALHO, PEDREIRA -SP, CEP: 13920-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1830 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/12/2012 | JOFRAMA INDUSTRIAL LTDA RUA JOAO NIERO, S/N, BAIRRO DA CASCALHO, PEDREIRA -SP, CEP: 13920-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1831 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/02/2009 | JOHNSON MATTHEY BRASIL LTDA SAO PAULO-SP, AT AVENIDA MACUCO, N.° 726, 12° ANDAR-PARTE, CEP: 04.523001, BAIRRO: INDIANAPOLIS |
| | State the term remaining | Undetermined | ATTN: ROGERIO SOUZA, ENGINEERING |
| | List the contract number of any government contract | | ATTN: MARCELO NERI, BOARD OF DIRECTORS |
| 2.1832 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/02/2009 | JOHNSON MATTHEY BRASIL LTDA SAO PAULO-SP, AVENIDA MACUCO, N.° 726, 12° ANDAR-PARTE, CEP: 04.523001, BAIRRO:  INDIANAPOLIS ATTN: ROGERIO SOUZA, ENGINEERING  ATTN: MARCELO NERI, BOARD OF DIRECTORS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1833 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 08/27/2009 | JORGE VICTOR MANFREDI - AP&S LAVALLEJA, 1342 BARRIO COFICO CORDOBA, C.P. 5000 ARGENTINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1834 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 08/13/2008 | JORGE VICTOR MANFREDI- AP&S MONOTRIBUTO LAVALLEJA 1342 BARRIO COFICO COM FISCAL DOMICILE IN LAVALLEJA CORDOBA, C.P. 5000 ARGENTINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1835 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 08/04/2011 | JR PLASTICOS LTDA ME . RUA GRACYRA RESSE DE GOUVEIA, N°. 1123, JARDIM PIEMONT NEIGHBORHOOD, IN THE CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1836 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 08/04/2011 | JR PLASTICOS LTDA ME . RUA GRACYRA RESSE DE GOUVEIA, N°. 1123, JARDIM PIEMONT NEIGHBORHOOD, IN THE CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1837 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/06/2013 | JRV EVENTOS E PROMOCAO LTDA • EPP RUA ARTHUR GUIMARAES, N°. 205 - SANTANA -SAO PAULO / SP - CEP 02038-70 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1838 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/17/2013 | JRV EVENTOS E PROMOCAO LTDA EPP RUA ARTHUR GUIMARAES, N°. 205 - SANTANA -SAO PAULO / SP - CEP 02038-70 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1839 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/17/2013 | JRV EVENTOS E PROMOQAO LTDA • EPP RUA ARTHUR GUIMARAES, N°. 205 - SANTANA -SAO PAULO / SP - CEP  02038-70 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1840**

| State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/10/2015 | JULIA STAMPI SNC<br>VIA G. STEFANIN1/3 - TEL. 0-34.644800 3307E PLATSDOMINI (PN) |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1841**

| State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/10/2015 | JULIA STAMPI SNC<br>PRAVISDOMINI (PN) ITALY |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1842**

| State what the contract or lease is for and the nature of the debtor's interest | 4TH ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT: 06/21/2022 | JUNGHEINRICH LIFT TRUCK - COMÉRCIO DE EMPILHADEIRAS LTDA<br>ROD. VICE PREFEITO HERMENEGILDO TONOLLI, 2535 - GALPÃO 2 - CEP: 13295-000 - ITUPEVA - SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1843**

| State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND OTHER COVENANTS | JUNGHEINRICH LIFT TRUCK – COMÉRCIO DE FORKLIFTS LTDA<br>RODOVIA VICE- PREFEITO HERMENEGILDO TONOLLI, 2.535 - GALPÃO 2 - CEP 13.295-000 - ITUPEVA/SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1844**

| State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE EQUIPMENT LEASING CONTRACT DATED: 08/04/2021 | JUNGHEINRICH LIFT TRUCK – COMÉRCIO DE FORKLIFTS LTDA<br>RODOVIA VICE- PREFEITO HERMENEGILDO TONOLLI, 2.535 - GALPÃO 2 - CEP 13.295-000 - ITUPEVA/SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1845**

| State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT AND OTHER ARRANGEMENTS: 01/07/2021 | JUNGHEINRICH LIFT TRUCK COMERCIO DE EMPILHADEIRAS LTDA<br>ROD. VICE PREF. HERMENEGILDO TONOLLI, 2535, SÃO ROQUE DA CHAVE, GALPÃO 2, CEP: 13295-000, ITUPEVA/SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.1846**

| State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND OTHER COVENANTS DATED: 06/01/2020 | JUNGHEINRICH LIFT TRUCK COMERCIO DE FORKLIFTS LTDA<br>RODOVIA VICE PREFEITO HERMENEGILDO TONOLLI, N° 2.535 - GALPAO 2, MUNICIPALITY OF ITUPEVA/SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1847 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND OTHER COVENANTS DATED: 12/01/2018 | JUNGHEINRICH LIFT TRUCK COMÉRCIO DE FORKLIFTS LTDA. ROD. VICE MAYOR HERMENEGILDO TONOLLI, NO. 2.535 - GALPÃO 2, ITUPEVA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1848 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE SUPPLY OF INDUSTRIAL TECHNOLOGY DATA DATED: 11/01/2011 | JV " UZCHASYS" CO. LTD. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1849 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AUTHORIZATION DATED: 11/19/2010 | JV SELECOES LTDA BELO HORIZONTE/MG, AT RUA ABNIO MACHADO, N°. 1.264, BAIRRO ALIPIO DE MELO, CEP: 30.830-440 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1850 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/18/2009 | JV SELECOES LTDA AVENIDA ABNIO MACHADO, NO. 1264, ROOM 1004, BAIRRO ALIPIO DE MELO, CEP: 30.830-440, IN THE MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS  RUA SANTO ANTONIO, NO. 202, NOSSA SENHORA APARECIDA, CEP: 35.690-000, IN THE CITY OF FLORESTAL, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/18/2009 | JV SELECOES LTDA. AVENIDA ABNIO MACHADO, NO. 1264, ROOM 1004, BAIRRO ALFIPO DE MELO, CEP: 30.830-440, IN THE MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/18/2009 | JV SELEQOES LTDA AVENIDA ABNIO MACHADO, NO. 1264,  ROOM 1004, BAIRRO ALFIPO DE MELO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1853 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AUTHORIZATION DATED: 11/19/2010 | JV SELEQOES LTDA BELO HORIZONTE/MG, AT RUA ABNIO MACHADO, N°. 1.264, BAIRRO AL^PIO DE MELO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1854 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/18/2009 | JV SELEQOES LTDA. AVENIDA ABNIO MACHADO, NO. 1264,  ROOM 1004, BAIRRO ALFPIO DE MELO, CEP: 30.830-440, MUNICIPALITY OF BELO HORIZONTE, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1855 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/20/2017 | KEY SERV INDUSTRIA E COMERCIO LTDA AVENIDA DONA RUYCE FERRAZ ALVIM, 175, JARDIM RUYCE, DIADEMA/SP, ZIP CODE: 09961-540 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1856 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/20/2017 | KEY SERV INDUSTRIA E COMERCIO LTDA AVENIDA DONA RUYCE FERRAZ ALVIM, 175, JARDIM RUYCE, DIADEMA/SP, ZIP CODE: 09961-540 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1857 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 04/24/2013 | KF CONSULTORIA E DESENVOLVIMENTO DE SISTEMAS LTDA CITY OF BARUERI, STATE OF SAO PAULO, AT ALAMEDA RIO NEGRO, 1084, A-31 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1858 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/24/2013 | KF CONSULTORIA E DESENVOLVIMENTO DE SISTEMAS LTDA ALAMEDA RIO NEGRO, 1084, A-31, BARUERI – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1859 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT DATED: 04/24/2013 | KF CONSULTORIA E DESENVOLVIMENTO DE SISTEMAS LTDA ALAMEDA RIO NEGRO, 1084, A-31, BARUERI – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1860 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/24/2013 | KF CONSULTORIA E DESENVOLVIMENTO DE SISTEMAS LTDA CITY OF BARUERI, STATE OF SAO PAULO, AT ALAMEDA RIO NEGRO, 1084, A-31 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
Name

Case number (if known):    25-11062

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1861** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/05/2013 | KR VACUUM - VACUUM TECHNOLOGY RUA PROFESSOR ADELAIDE ESCOBAR BUENO, 202, JD. MUNHOZ JUNIOR, CEP: 06.246-030, OSASCO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1862** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/10/2013 | KR VACUUM - VACUUM TECHNOLOGY RUA  PROFESSOR ADELAIDE ESCOBAR BUENO, 202, JD. MUNHOZ JUNIOR, CEP: 06.246-030, OSASCO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1863** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/01/2015 | KYOCERA DO BRASIL COMP INDUSTRIAIS LTDA RUA, YASHICA, 65 SOROCABA SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1864** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/01/2015 | KYOCERA DO BRASIL COMP INDUSTRIAIS LTDA RUA. YASHICA, 65 SOROCABA SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1865** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | L'ALLEGRO RESTAURANTE LTDA. ATTN: IVANETE R. S. BORTOLETTO FINANCIAL DEPARTMENT RUA TIBAGI, 482, SÃO CAETANO DO SUL - SP – 09580-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1866** | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE BUSINESS INTERMEDIATION SERVICE CONTRACT DATED: 08/10/2015 | LAFFRONT ASSESSORIA E CONSULTORIA LTDA CITY OF TIETE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1867** | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE BUSINESS INTERMEDIATION SERVICE CONTRACT DATED: 08/24/2015 | LAFFRONT ASSESSORIA E CONSULTORIA LTDA RUA ALVARO LUIZ ROBERTO DA  ASSUMPCAO 420, AP,31 CEP 04618-020 IN SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1868 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT FROM PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | L'ALEGRO RESTAURANTE LTDA. ATTN: IVANETE R. S. BORTOLETTO - FINANCIAL  RUA TIBAJI, 482, SAO CAETANO DO SUL/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1869 | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL INSTRUMENT OF CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | L'ALLEGRO RESTAURANTE LTDA. ATTN: IVANETE R. S. BORTOLETTO FINANCIAL DEPARTMENT RUA TIBAGI, 482, SÃO CAETANO DO SUL – SP, 09.560-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1870 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | L'ALLEGRO RESTAURANTE LTDA. RUA  TIBAGI, 482, IN THE MUNICIPALITY OF SAO CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1871 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FROM PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | L'ALLEGRO-RESTAURANTE-LTDA RUA-TIBAGI, 482,- IN THE MUNICIPALITY  OF-SAO-CAETANO DO-SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1872 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF INITIAL INSPECTION OF LEASED PROPERTY DATED: 12/04/2012 | LAMAR ENGENHARIA E COMERCIO LTDA AVENIDA  BANDEIRANTES, 505 - SION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1873 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF INITIAL INSPECTION OF LEASED PROPERTY DATED: 12/13/2012 | LAMAR ENGENHARIA E COMERCIO LTDA AVENIDA  BANDEIRANTES, 505 - SION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1874 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 01/02/2013 | LAMAR ENGENHARIA E COMERCIO LTDA AVENIDA  BANDEIRANTES, 505 - SION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1875** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 12/03/2012 | LAMAR ENGENHARIA E COMERCIO LTDA AVENIDA BANDEIRANTES, 505 - SION |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1876** State what the contract or lease is for and the nature of the debtor's interest | TERM OF INITIAL INSPECTION OF LEASED PROPERTY DATED: 12/04/2012 | LAMAR ENGENHARIA E COMERCIO LTDA AVENIDA BANDEIRANTES, 505 - SION |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1877** State what the contract or lease is for and the nature of the debtor's interest | TERM OF INITIAL INSPECTION OF LEASED PROPERTY DATED: 12/13/2012 | LAMAR ENGENHARIA E COMERCIO LTDA AVENIDA BANDEIRANTES, 505 - SION |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1878** State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/27/2013 | LAMI PACK INDUSTRIA E COMERCIO LTDA AVENIDA HELENA REGINA DE SOUZA RODRIGUES N° 705, MINI DISTRITO, MENDONGA - SP, CEP: 15220-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1879** State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/27/2013 | LAMI PACK INDUSTRIA E COMERCIO LTDA AVENIDA HELENA REGINA DE SOUZA RODRIGUES N° 705, MINI DISTRITO, MENDONGA - SP, CEP: 15220-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1880** State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/27/2013 | LAMI PACK INDUSTRIA E COMERCIO LTDA AVENIDA HELENA REGINA DE SOUZA RODRIGUES N° 705, MINI DISTRITO, MENDONCA - SP, CEP: 15220-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.1881** State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/27/2013 | LAMI PACK INDUSTRIA E COMERCIO LTDA AVENIDA HELENA REGINA DE SOUZA RODRIGUES N° 705, MINI DISTRITO, MENDONGA - SP, CEP: 15220-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1882 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF RESPONSIBILITY FOR DAMAGE OR WASHING. DATED: 09/10/2024 | LECHMAN TERMINALS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1883 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 10/13/2009 | LEGAL ENTITIES OF THE MINISTRY OF FINANCE TOWN OF HORTOLANDIA, STATE OF  SAO PAULO, IN AVENIDA DA EMANCIPAGAO, 801,  GALPAO 01, JARDIM SANTA RITA DE CASSIA, CEP .:  13.184-906 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1884 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT DATED: 10/13/2009 | LEGAL ENTITIES OF THE MINISTRY OF FINANCE THE TOWN OF HORTOLANDIA, STATE OF  SAO PAULO, IN AVENIDA DA EMANCIPAGAO, 801,  GALPAO 01, JARDIM SANTA RITA DE CASSIA, CEP .:  13.184-906 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1885 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT DATED: 08/01/2014 | LESSADORA, CONE S/A AV.  ENGENHEIRO DOMINGOS FERREIRA, N° 467, 8TH FLOOR (PART), PINA NEIGHBORHOOD, RECIFE - PE, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1886 | **State what the contract or lease is for and the nature of the debtor's interest** | AREA LEASE AGREEMENT DATED: 09/01/2012 | LESSOR, ROTA EMPREENDIMENTOS IMOBILIARIOS LTDA STATE OF MINAS GERAIS ON 12-16-2003 WITH NIRE 3120689919-5 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1887 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/24/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430 1ST AND 4TH FLOORS VILA OLÍMPIA SÃO PAULO, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.1888 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/18/2024 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1889 | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1890 | State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1891 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/14/2025 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1892 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/14/2025 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1893 | State what the contract or lease is for and the nature of the debtor's interest | 4TH AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/14/2025 | LEXMARK INTERNATIONAL DO BRASIL LTDA AVENIDA DOUTOR ANTÔNIO JOÃO ABDALLA, N° 260, PARTE 01, GALPÃO 200, SETOR LEXMARK, CRISTAIS (JORDANÉSIA), CAJAMAR, SÃO PAULO, CEP 07776-700 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1894 | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1895 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICE DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 4TH FLOOR VILA OLÍMPIA SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case number (if known): 25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1896 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/23/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1897 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/23/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1898 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 03/01/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. AVENIDA DOUTOR ANTONIO JOAO ABDALLA, NO. 260, PARTE 01, GALPAO 200, SETOR LEXMARK, CRISTAIS (JORDANESIA) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1899 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1900 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1901 | State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1902 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | LEXMARK INTERNATIONAL DO BRASIL LTDA. AVENIDA DOUTOR ANTÔNIO JOÃO ABDALLA, Nº 260, PARTE 01, GALPÃO 200, SETOR LEXMARK, CRISTAIS (JORDANÉSIA), CAJAMAR – SP, CEP: 07776-700 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1903** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 03/01/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. AVENIDA DOUTOR ANTONIO JOAO ABDALLA, NO. 260, PARTE 01, GALPAO 200, SETOR LEXMARK, CRISTAIS (JORDANESIA) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1904** | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 4TH FLOOR VILA OLÍMPIA SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1905** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/23/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1906** | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1907** | State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2023 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430, 4TH FLOOR, VILA OLÍMPIA NEIGHBORHOOD, IN THE CITY OF SÃO PAULO/ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1908** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 03/01/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. CITY OF CAJAMAR, STATE OF SAO PAULO, AT AVENIDA DOUTOR ANTONIO JOAO ABDALLA, NO. 260, PARTE 01, GALPAO 200, SETOR LEXMARK, CRISTAIS (JORDANESIA), CEP 07776-70 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1909** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/23/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430 – 1ST AND 4TH FLOORS, VILA OLÍMPIA DISTRICT, IN THE CITY OF SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1910 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/01/2021 | LEXMARK INTERNATIONAL DO BRASIL LTDA. RUA DO ROCIO, 430, 4º AND. VILA OLÍMPIA - SÃO PAULO - SP. ZIP CODE: 04552-906 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1911 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 02/08/2007 | LICEU CORAÇÃO DE JESUS (UNISAL CENTER) RUA DOM BOSCO, 100, BAIRRO SANTA CATARINA, AMERICANA - SP, CEP 13466-327 |
| | State the term remaining | Undetermined | CNPJ: 60.463.072/0007-92 |
| | List the contract number of any government contract | | |
| 2.1912 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT  DATED: 01/05/2009 | LICEU CORAGAO DE JESUS DOM BOSCO STREET. NO. 100. SANTA CATARINA NEIGHBORHOOD. IN THE CITY OF AMERICANA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1913 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 12/18/2007 | LICEU CORAGAO DE JESUS RUA DOM BOSCO, N° 100, SANTA CATARINA, AMERICANA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1914 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT  DATED: 02/08/2007 | LICEU CORAGAO DE JESUS RUA DOM BOSCO, N. ° 100, BAIRRO SANTA CATARINA, IN THE MUNICIPALITY OF AMERICANA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1915 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE EDUCATIONAL PARTNERSHIP AGREEMENT DATED: 01/05/2009 | LICEU CORAGAO DE JESUS RUA DOM BOSCO. 100 . STA. FALAINA . 13166-327 • AMERICAN. SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1916 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/24/2016 | LIMER STAMP EST FERR USINAGEM LTDA RUA JOSE FONTANIN, 310, JARDIM NOVA LIMEIRA, LIMEIRA/SP - CEP: 13480-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1917 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 08/19/2016 |
| | | LIMER STAMP EST FERRAM USINAGEM LT RUA JOSE FONTANIN, N° 310, JARDIM NOVA LIMEIRA, LIMEIRA/SP, CEP: 13480-970 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.1918 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 10/26/2016 |
| | | LIMER STAMP EST FERRAM USINAGEM LT RUA JOSE FONTANIN, N° 310, JARDIM NOVA LIMEIRA, LIMEIRA/SP, CEP: 13480-970 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.1919 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 10/26/2016 |
| | | LIMER STAMP ESTAMPARIA, FERRAMENTARIA E USINAGEM LTDA. RUA JOSÉ FONTANIN, Nº 310, JARDIM NOVA LIMEIRA, LIMEIRA/SP – CEP 13480-970 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.1920 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 11/24/2016 |
| | | LIMER STAMP ESTAMPARIA, FERRAMENTARIA E USINAGEM LTDA. RUA JOSÉ FONTANIN, 310, JARDIM NOVA LIMEIRA, LIMEIRA/SP – CEP 13480-970 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.1921 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 03/04/2015 |
| | | LIMER STAMP ESTAMPARIA, TOOLING AND MACHINING LTDA RUA JOSE FONTANIN, 310, JARDIM NOVA LIMEIRA, LIMEIRA - SP - CEP: 13480-970 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.1922 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE LENDING AGREEMENT DATED: 04/17/2015 |
| | | LIMER STAMP ESTAMPARIA, TOOLING AND MACHINING LTDA RUA JOSE  FONTANIN, 310, JARDIM NOVA LIMEIRA, LIMEIRA - SP - ZIP CODE: 13480-970 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |
| 2.1923 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 04/03/2015 |
| | | LIMER STAMP ESTAMPARIA, TOOLING AND MACHINING LTDA. RUA JOSÉ FONTANIN, 310, JARDIM NOVA LIMEIRA, LIMEIRA – SP, 13480-970 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1924 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 08/19/2016 | LIMERSTAMP ESTAMP. FERRAM. USINAGEM LTDA RUA JOSÉ FONTANIN, Nº 310, JARDIM NOVA LIMEIRA, LIMEIRA – SP, 13480-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1925 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/10/2014 | LIMER-STAMP ESTAMPARIA, TOOLING AND MACHINING LTDA RUA JOSE FONTANIN, Nº 310, JARDIM NOVA LIMEIRA, LIMEIRA/SP, CEP: 13480-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1926 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/10/2014 | LIMER-STAMP ESTAMPARIA, TOOLING AND MACHINING LTDA. RUA JOSÉ FONTANIN, Nº 310, JARDIM NOVA LIMEIRA, LIMEIRA – SP, CEP 13480-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1927 | State what the contract or lease is for and the nature of the debtor's interest | 12TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 11/01/2015 | LOBTEC TECNOLOGIA DE SISTEMAS LTDA. RUA VERGUEIRO, Nº 1.883, 5º ANDAR - VILA MARIANA SAO PAULO / SP - CEP 04101-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1928 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND SUBLICENSE OF PROGRAMS WITH INSTALLATION LOCI NUMBER _: /06 DATED: 10/06/2006 | LOCADORA ITAUTEC INFORMATICA S.A. - GRUPO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1929 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND SUBLICENSE OF PROGRAMS WITH INSTALLATION LOCI NUMBER _: /06 DATED: 10/06/2006 | LOCADORA ITAUTEC INFORMATICA S.A. - GRUPO ITANTES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1930 | State what the contract or lease is for and the nature of the debtor's interest | TO THE EQUIPMENT RENTAL CONTRACT DATED: 04/02/2013 | L'OCADORA: RENTER INFORMATICA LTDA RUA TREZE DE MAIO, 155.' ROOM 61, GA CIDADE DE- VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
| | Name | | |

<table>
<tr><td colspan="2"><b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1931 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER TERM DATED: 05/01/2017 | LOCALIZA FLEET S.A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1932 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER TERM DATED: 04/01/2017 | LOCALIZA FLEET S.A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1933 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER TERM DATED: 05/01/2017 | LOCALIZA FLEET S.A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1934 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER TERM DATED: 12/01/2016 | LOCALIZA FLEET S.A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1935 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER TERM DATED: 02/01/2017 | LOCALIZA FLEET S.A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1936 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER TERM DATED: 05/01/2017 | LOCALIZA FLEET S.A |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.1937 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSFER TERM DATED: 02/24/2017 | LOCALIZA FLEET S.A. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1938** | **State what the contract or lease is for and the nature of the debtor's interest** — TRANSFER TERM DATED: 04/06/2017 | LOCALIZA FLEET S.A. |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.1939** | **State what the contract or lease is for and the nature of the debtor's interest** — TRANSFER TERM DATED: 01/12/2017 | LOCALIZA FLEET S.A. |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.1940** | **State what the contract or lease is for and the nature of the debtor's interest** — TRANSFER TERM DATED: 04/06/2017 | LOCALIZA FLEET S.A. |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.1941** | **State what the contract or lease is for and the nature of the debtor's interest** — TRANSFER TERM DATED: 05/01/2017 | LOCALIZA FLEET S.A. |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.1942** | **State what the contract or lease is for and the nature of the debtor's interest** — TRANSFER TERM AGREEMENT DATED: 11/22/2016 | LOCALIZA FLEETS.A. |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.1943** | **State what the contract or lease is for and the nature of the debtor's interest** — 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/25/2010 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SIS. 128/130, CENTRO, CEP: 12.010600, MUNICIPALITY OF TAUBATE, STATE OF SAO PAULO |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |
| **2.1944** | **State what the contract or lease is for and the nature of the debtor's interest** — CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/21/2009 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SIS. 128/130, CENTRO, CEP: 12.010600, MUNICIPALITY OF TAUBATE, STATE OF SAO PAULO |
| | **State the term remaining** — Undetermined | |
| | **List the contract number of any government contract** | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1945** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 05/01/2010 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SIS. 128/130, CENTRO, CEP: 12.010600, MUNICIPALITY OF TAUBATE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1946** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/16/2009 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SIS. 128/130, CENTRO, CEP: 12.010600, MUNICIPALITY OF TAUBATE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1947** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION DATED: 07/21/2009 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SALAS 128/130, CENTRO, TAUBATÉ – SP, CEP 12.010-600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1948** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/25/2010 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SIS. 128/130, CENTRO, CEP: 12.010600, MUNICIPALITY OF TAUBATE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1949** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/21/2009 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SIS. 128/130, CENTRO, CEP: 12.010600, MUNICIPALITY OF  TAUBATE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1950** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 03/25/2010 | LOG SERVICE LTDA. AVENIDA J. K. DE OLIVEIRA, 350, SIS. 128/130, CENTRO, CEP: 12.010600, MUNICIPALITY OF TAUBATE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1951** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF OUTSOURCED SERVICES DATED: 09/18/2008 | LOGISTICA LTDA PRACA MONSENHOR SILVA BARROS, N° 254, SALA 43, CENTRO, TAUBATE-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1952 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/15/2010 | LOPBRAS REPARACAO DE PECAS EM GERAL LTDA.- ME RUA ITALIA, N.° 137, VI. MENUZZO, IN THE MUNICIPALITY OF SUMARE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1953 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 04/15/2010 | LOPBRAS REPARAQAO DE PEQAS EM GERAL LTDA.- ME RUA ITALIA, N.° 137, VI. MENUZZO, IN THE MUNICIPALITY OF SUMARE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1954 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA  BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1955 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA  BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1956 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/17/2007 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO. 1.943. CONJ. 4. ZIP CODE: 03173-010. MOOCA NEIGHBORHOOD. SAO PAULO (SP). |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1957 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1958 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA  BUENO. 1.943. CONJ. 4. CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP). |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1959** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA  BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP). |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1960** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA RUA SIQUEIRA BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP). |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1961** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/22/2011 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA, C.N.P.J RUA SIQUEIRA  BUENO, 1.943, CONJ. 4, CEP: 03173-010, BAIRRO MOOCA, SAO PAULO (SP) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1962** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/17/2007 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA. RUA SIQUEIRA BUENO. 1.943. CONJ. 4. ZIP CODE: 03173-010. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1963** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/17/2007 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA. RUA SIQUEIRA BUENO. 1.943. CONJ. 4. ZIP CODE: 03173-010. MOOCA  NEIGHBORHOOD. SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1964** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/17/2007 | LOPES E TSUCHIYA ASSESSORIA EMPRESARIAL LTDA. C.N.P.J. RUA SIQUEIRA BUENO. 1.943. CONJ. 4. ZIP CODE: 03173-010. MOOCA  NEIGHBORHOOD. SAO PAULO (SP). |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1965** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 07/25/2007 | LOPES GAMA COMÉRCIO LOCAÇÃO E SERVIÇOS LTDA. RUA MARIA MONTEIRO, 47-B, CAMBUÍ, CAMPINAS – SP, CEP 13025-150 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td>List all contracts and unexpired leases</td><td>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</td></tr>
<tr>
<td>

**2.1966** State what the contract or lease is for and the nature of the debtor's interest

CONTRACT FOR THE LEASE AND TECHNICAL ASSISTANCE OF EQUIPMENT DATED: 07/25/2007

State the term remaining — Undetermined

List the contract number of any government contract
</td>
<td>LOPES GAMA COMERCIO LOCAGAO E SERVICOS LTDA.<br>RUA MARIA MONTEIRO, 47-B CAMBUI CEP13025-150<br>CAMPINAS-SP</td>
</tr>
<tr>
<td>

**2.1967** State what the contract or lease is for and the nature of the debtor's interest

CONTRACT FOR THE LEASE AND TECHNICAL ASSISTANCE OF EQUIPMENT DATED: 08/02/2007

State the term remaining — Undetermined

List the contract number of any government contract
</td>
<td>LOPES GAMA COMERCIO LOCAQAO E SERVIQOS LTDA<br>RUA MARIA MONTEIRO, 47-B CAMPINAS - SP</td>
</tr>
<tr>
<td>

**2.1968** State what the contract or lease is for and the nature of the debtor's interest

TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012

State the term remaining — Undetermined

List the contract number of any government contract
</td>
<td>LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO</td>
</tr>
<tr>
<td>

**2.1969** State what the contract or lease is for and the nature of the debtor's interest

CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010

State the term remaining — Undetermined

List the contract number of any government contract
</td>
<td>LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP</td>
</tr>
<tr>
<td>

**2.1970** State what the contract or lease is for and the nature of the debtor's interest

2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011

State the term remaining — Undetermined

List the contract number of any government contract
</td>
<td>LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200,</td>
</tr>
<tr>
<td>

**2.1971** State what the contract or lease is for and the nature of the debtor's interest

TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012

State the term remaining — Undetermined

List the contract number of any government contract
</td>
<td>LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO</td>
</tr>
<tr>
<td>

**2.1972** State what the contract or lease is for and the nature of the debtor's interest

CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010

State the term remaining — Undetermined

List the contract number of any government contract
</td>
<td>LSI LOGISTICA LTDA<br>RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200</td>
</tr>
</table>

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda      Case number (if known): 25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1973** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 — LSI LOGISTICA LTDA, RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL- SAO PAULO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1974** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/19/2010 — LSI LOGISTICA LTDA, RUA. NAZARET, N° 369 - MUNICIPALITY OF SAO. CAETANO DO SUL, STATE OF SAO PAULO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1975** State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 01/05/2009 — LSI LOGISTICA LTDA, RUA. NAZARET, N° 369 - MUNICIPALITY OF SAO . CAETANO . . ' ■. DO SUL, STATE OF SAO PAULO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1976** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 — LSI LOGISTICA LTDA, RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1977** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 — LSI LOGISTICA LTDA, RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1978** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 — LSI LOGISTICA LTDA, RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.1979** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 — LSI LOGISTICA LTDA, RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.1980**
State what the contract or lease is for and the nature of the debtor's interest: TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 09/28/2013
State the term remaining: Undetermined
List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO

**2.1981**
State what the contract or lease is for and the nature of the debtor's interest: TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012
State the term remaining: Undetermined
List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO

**2.1982**
State what the contract or lease is for and the nature of the debtor's interest: 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011
State the term remaining: Undetermined
List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200

**2.1983**
State what the contract or lease is for and the nature of the debtor's interest: TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 10/31/2012
State the term remaining: Undetermined
List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO,

**2.1984**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010
State the term remaining: Undetermined
List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200

**2.1985**
State what the contract or lease is for and the nature of the debtor's interest: TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012
State the term remaining: Undetermined
List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO

**2.1986**
State what the contract or lease is for and the nature of the debtor's interest: 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010
State the term remaining: Undetermined
List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1987** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1988** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1989** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 09/28/2013 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1990** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1991** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1992** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.1993** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1994 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1995 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1996 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1997 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1998 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.1999 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2000 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2001**

State what the contract or lease is for and the nature of the debtor's interest: TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012

State the term remaining: Undetermined

List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO,

**2.2002**

State what the contract or lease is for and the nature of the debtor's interest: 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010

State the term remaining: Undetermined

List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP

**2.2003**

State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010

State the term remaining: Undetermined

List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200

**2.2004**

State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT 'TO THE SERVICE AGREEMENT DATED: 01/19/2010

State the term remaining: Undetermined

List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP

**2.2005**

State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010

State the term remaining: Undetermined

List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200

**2.2006**

State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010

State the term remaining: Undetermined

List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200

**2.2007**

State what the contract or lease is for and the nature of the debtor's interest: TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012

State the term remaining: Undetermined

List the contract number of any government contract:

LSI LOGISTICA LTDA
RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2008 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2009 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 01/05/2009 | LSI LOGISTICA LTDA RUA. NAZARET, N° 369 - MUNICIPALITY OF SAO. CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2010 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2011 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2012 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2013 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2014 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2015** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2016** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2017** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2018** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2019** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2020** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2021** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2022**

| State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2023**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2024**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA  BARCELONA, SAO CAETANO DO SUL - SP |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2025**

| State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200, |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2026**

| State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2027**

| State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY  OF SAO CAETANO DO SUL- SAO PAULO |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2028**

| State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2029 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2030 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2031 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL AND' SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2032 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2033 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2034 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES(PAGE 1) DATED: 02/23/2011 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2035 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known)   25-11062

Name

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2036 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2037 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2038 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGISTICA LTDA RUA NAZARE, 369, VILA BARCELONA, MUNICIPALITY OF SAO CAETANO DO SUL- SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2039 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 12/01/2010 | LSI LOGÍSTICA LTDA RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 CNPJ: 04.057.495/0001-46 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2040 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 02/23/2011 | LSI LOGISTICA LTDA, RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP 09551-200 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2041 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 01/05/2009 | LSI LOGISTICA LTDA. RUA. NAZARET, N° 369 - MUNICIPALITY OF SAO. CAETANO DO SUL, STATE OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2042 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 01/05/2009 | LSI LOGISTICA LTDA. RUA. NAZARET, N° 369 - MUNICIPALITY OF SAO . CAETANO . . ' ■. DO SUL, STATE OF SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2043 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 01/05/2009 | LSI LOGISTICA LTDA. RUA. NAZARET, NO. 369 - MUNICIPALITY OF SAO. CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2044 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 01/05/2009 | LSI LOGISTICA LTDA. RUA. NAZARET, N° 369 - MUNICIPALITY OF SAO, CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2045 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 12/01/2010 | LSI LOGISTICA LTDA. RUA NAZARE, 369, VILA BARCELONA, SAO CAETANO DO SUL - SP, CEP  09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2046 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGÍSTICA LTDA. RUA NAZARE, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 CNPJ: 04.057.495/0001-46 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2047 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT – TECHNICAL AND SPECIALIZED DATED: 12/01/2010 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2048 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT – TECHNICAL AND SPECIALIZED DATED: 12/01/2010 | LSI LOGÍSTICA LTDA. RUA NAZARE, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 CNPJ: 04.057.495/0001-46 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2049 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 04/21/2012 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2050 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 CNPJ: 04.057.495/0001-46 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2051 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2052 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE TECHNICAL AND SPECIALIZED SERVICE AGREEMENT DATED: 02/23/2011 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2053 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL AND SPECIALIZED SERVICES DATED: 06/07/2010 | LSI LOGÍSTICA LTDA. RUA NAZARÉ, 369, VILA BARCELONA, SÃO CAETANO DO SUL – SP, CEP 09551-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2054 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AND SALE AGREEMENT DATED: 08/01/2007 | LUDESA ENERGETICA S.A LINHA BALSA  VELHA, RUA PRINCIPAL S/N.° BAIRRO BALSA VELHA, IPUAGU, IN THE STATE OF SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2055 | State what the contract or lease is for and the nature of the debtor's interest | INCENTIVIZED ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 06/01/2007 | LUDESA ENERGETICA S.A. LINHA BALSA  VELHA, RUA PRINCIPAL S/N.° BAIRRO BALSA VELHA, IPUAGU, IN THE STATE OF SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2056 | State what the contract or lease is for and the nature of the debtor's interest | INCENTIVIZED ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 06/01/2007 | LUDESA ENERGETICA S.A. LINHA BALSA VELHA, RUA PRINCIPAL S/N.° BAIRRO BALSA VELHA, IPUACU, IN THE STATE OF SANTA CATARINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known)   25-11062
          Name

| | | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2057 | State what the contract or lease is for and the nature of the debtor's interest | INCENTIVIZED ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 06/01/2007 | LUDESA ENERGÉTICA S.A. RUA BERTHA WEEGE, 352, BARRA DO RIO CERRO, JARAGUÁ DO SUL – SC, CEP 89260-500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2058 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 02/10/2014 | M. S. AMBROGIO DO BRASIL LTDA RUA LOANDA N° 613, CHACARAS REUNIDAS, SAO JOSE DOS CAMPOS- SP, CEP:12238-330 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2059 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 02/10/2014 | M. S. AMBROGIO DO BRASIL LTDA RUA LOANDA N° 613, CHACARAS REUNIDAS, SAO JOSE DOS CAMPOS- SP, CEP:12238-330 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2060 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 02/01/2012 | M.H.N. CONSTRUCAO E COMERCIO LTDA. AVENIDA JOSE DE SOUZA CAMPOS, N.°- 625, ROOM 01, CAMBW, CAMPINAS/SP, CEP: 13025-320 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2061 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 02/01/2012 | M.H.N. CONSTRUCAO E COMERCIO LTDA. AVENIDA JOSE DE SOUZA CAMPOS, N.°- 625, ROOM 01, CAMBW, CAMPINAS/SP, CEP: 13025-320 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2062 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/03/2013 | M2V CONSULTORIA EMPRESARIAL LTDA RUA JOSE MILANI, NR. 267, VILA BISSOTO - CEP 13.270-200 - VALINHOS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2063 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/03/2013 | M2V CONSULTORIA EMPRESARIAL LTDA RUA JOSE MILANI, NR. 267, VILA BISSOTO - CEP 13.270-200 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2064 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2008 | MADRIS CONSULTORIA EMPRESARIAL LTDA RUA SANTO DENADAI, NO. 327, BAIRRO VILA REAL, HORTOLANDIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2065 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2008 | MADRIS CONSULTORIA EMPRESARIAL LTDA CITY OF HORTOLANDIA, STATE OF SAO PAULO, AT RUA SANTO DENADAI, NO. 327, BAIRRO VILA REAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2066 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2008 | MADRIS CONSULTORIA EMPRESARIAL LTDA CITY OF HORTOLANDIA, STATE OF SAO PAULO, AT RUA SANTO DENADAI, NO. 327, BAIRRO VILA REAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2067 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/03/2008 | MADRIS CONSULTORIA EMPRESARIAL LTDA HORTOLANDIA, STATE OF SAO PAULO, AT RUA SANTO DENADAI, NO. 327, BAIRRO VILA REAL, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2068 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2008 | MADRIS CONSULTORIA EMPRESARIAL LTDA RUA SANTO DENADAI, NO. 327, BAIRRO VILA REAL, HORTOLANDIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2069 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/03/2008 | MADRIS CONSULTORIA EMPRESARIAL LTDA. RUA SANTO DENADAI, NO. 327, BAIRRO VILA REAL, HORTOLANDIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2070 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2008 | MADRIS CONSULTORIA EMPRESARIAL LTDA. RUA SANTO DENADAI, NO. 327, BAIRRO VILA REAL, HORTOLANDIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2071 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 04/30/2010 | MAGNETI MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO S.A. AVENIDA DA EMANCIPAÇÃO, Nº 801, JARDIM SANTA RITA DE CÁSSIA, HORTOLÂNDIA, SP CNPJ: 51.597.433/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2072 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT – ADVISORY SERVICES FOR THROTTLE BODY DEVELOPMENT DATED: 12/13/2007 | MAGNETI MARELLI POWERTRAIN USA LLC 2101 NASH STREET P.O. BOX 548 SANFORD, NC 27331-0548 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2073 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/24/2017 | MAGNETI MARELLI POWERTRAIN USA LLC 2101 NASH STREET P.O. BOX 548 SANFORD, NC 27331-0548 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2074 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LENDING AGREEMENT DATED: 10/09/2013 | MAGNETI MARELLI S.P.A VIALE ALDO BORLETTI, 61/63 REGISTERED NO.: 08082990014 CORBETTA, MI, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2075 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LENDING CONTRACT DATED: 10/09/2013 | MAGNETI MARELLI S.P.A, VIALE ALDO BORLETTI 61/63 COMPANY REGISTER NO. 08082990014 CORBETTA, MI, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2076 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LOAN AGREEMENT DATED: 10/10/2013 | MAGNETI MARELLI S.P.A. VIALE ALDO BORLETTI, 61/63 REGISTER OF COMPANIES NO. 08082990014 CORBETTA, MI, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2077 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE LENDING AGREEMENT DATED: 04/17/2015 | MAGNETI MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO LTDA. RUA JOSÉ FONTANIN, 310, JARDIM NOVA LIMEIRA, LIMEIRA – SP, 13480-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2078 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE LEASING OF EQUIPMENT DATED: 07/17/2024 | MAGO AUTOMAÇAO INDÚSTRIA E COMÉRCIO LTDA AV. HUMBERTO DE ALENCAR CASTELO BRANCO, 1.260, GALPÃO 5, VILA ROSA, SÃO BERNARDO DO CAMPO - SP, CEP 09850-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2079 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/07/2019 | MAGO AUTOMAÇAO INDÚSTRIA E COMÉRCIO LTDA. AVENIDA HUMBERTO DE ALENCAR CASTELO BRANCO, 1.260, GALPÃO 5, VILA ROSA, SÃO BERNARDO DO CAMPO/SP, CEP 09850-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2080 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE LEASING OF EQUIPMENT DATED: 07/17/2014 | MAGO AUTOMAQAO INDUSTRIA E COMERCIO LTDA CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AV. HUMBERTO DE ALENCAR CASTELO BRANCO, 1.260, GALPAO 5, VILA ROSA, CEP 09850-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2081 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE LEASING OF EQUIPMENT DATED: 07/17/2014 | MAGO AUTOMAQAO INDUSTRIA E COMERCIO LTDA CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AV. HUMBERTO DE ALENCAR CASTELO BRANCO, 1.260, GALPAO 5, VILA ROSA, CEP 09850-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2082 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SERVICES MASTER AGREEMENT DATED: 01/01/2025 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2083 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI (THAILAND) CO., LTD 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2084 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/23/2021 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2085 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2086 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/23/2021 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2087 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2088 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2089 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2090 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2091 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2092** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2093** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2094** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT ON RESEARCH, DESIGN, PROTOTYPE, DEVELOPMENT, ASSISTANCE SERVICES DATED: 09/01/2020 | MARELLI CLUJ ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2095** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY EMPLOYEE EXCHANGE AGREEMENT DATED: 09/06/2021 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2096** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CORPORATION 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2097** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2098** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ENGINEERING YANGON CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2099** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2100** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2101** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI FRANCE 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2102** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2103** | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2104** | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2105** | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL LOAN AGREEMENT DATED: 04/25/2024 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2106** State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 09/02/2024 |
| | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2107** State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 06/11/2024 |
| | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2108** State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 01/14/2025 |
| | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2109** State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 09/19/2023 |
| | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2110** State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 09/12/2023 |
| | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2111** State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 01/10/2024 |
| | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2112** State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 08/28/2023 |
| | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2113 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL LOAN AGREEMENT DATED: 12/22/2023 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2114 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2115 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2116 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2117 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL ASSISTANCE OR TECHNOLOGY TRANSFER SERVICES DATED: 10/01/2021 | MARELLI MEXICANA, S.A. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2118 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MOROCCO LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2119 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI NORTH AMERICA, INC. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2120** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI PLOIESTI ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2121** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2122** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI SOSNOWIEC POLAND SP. Z. O.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2123** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI SUSPENSION SYSTEMS ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2124** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI TENNESSEE USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2125** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2126** State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 — MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name                                                                          Case number (if known)    25-11062

| | | |
|---|---|---|

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2127 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR NON-RESIDENTIAL PURPOSES DATED: 05/02/2012 | MARIA IVANIA DA SILVA BLUE NEGOCIOS IMOBILIARIOS LTDA. AVENIDA JOSE DE SOUZA CAMPOS, NO. 625, ROOM 01, CAMBUI, CAMPINAS/SP, CEP: 13025-320 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2128 | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT AND OTHER PACTS | MARTINS GASES INDUSTRIAIS LTDA CAMPINAS NA RUA / AV. RUA LUIZ FERNANDO RODRIGUES, SP, ZIP CODE 13064798 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2129 | State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | MASSIMO VAVELTINS GASES INDUSTRIALS DO NORDESTE LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2130 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/09/2015 | MASTER OF MEDICINE AND ENGINEERING OF SEC. DO TRABALHO LTDA - EPP DOUTOR JARBAS VIDAL GOMES, 212, NOVA, BELO HORIZONTE - MG, CEP: 31170-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2131 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/11/2015 | MASTER OF MEDICINE AND ENGINEERING OF SEC. DO TRABALHO LTDA - EPP DOUTOR JARBAS VIDAL GOMES, 212, NOVA, BELO HORIZONTE - MG, CEP: 31170-070 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2132 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA LARGO DO PAISSANDU, 51 - 7TH FLOOR, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2133 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA LARGO DO PAISSANDU, 51 - 7TH FLOOR, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2134 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA LARGO DO PAISSANDU, 51 - 7TH FLOOR, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2135 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA LARGO DO PAISSANDU, 51 - 7TH FLOOR, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2136 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA LARGO DO PAISSANDU, 51 - 7TH FLOOR, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2137 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA. LARGO DO PAISSANDU, 51 – 7TH FLOOR, SÃO PAULO, SP CNPJ: 05.168.286/0001-32 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2138 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT- BROKERAGE AND ADVISORY FOR CONTROLLED CHEMICALS DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA. LARGO DO PAISSANDU, 51 – 7TH FLOOR, SÃO PAULO – SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2139 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 07/13/2006 | MATHEUS DEFINES ASSESSORIA E CONSULTORIA LTDA. LARGO DO PAISSANDU, 51 – 7TH FLOOR, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2140 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ACKNOWLEDGMENT OF DEBT DATED: 12/20/2016 | MATRIZARIA E ESTAMPARIA MORILLO AVENIDA HUGO FUMAGALI 298, CUMBICA - GUARULHOS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2141 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ACKNOWLEDGMENT OF DEBT DATED: 12/20/2016 | MATRIZARIA E ESTAMPARIA MORILLO GUARULHOS - SP, WITH ADDRESS AT AVENIDA UGO FUMAGLI N° 298, CUMBICA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2142 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 01/29/2014 | MATRIZARIA E ESTAMPARIA MORILLO LTDA AVENIDA HUGO FUMAGALI N° 298, CUMBICA, GUARULHOS-SP, CEP: 07220-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2143 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 07/23/2014 | MATRIZARIA E ESTAMPARIA MORILLO LTDA AV UGO FUMAGALI, 298 - CUMBICA - GUARULHOS-SP, CEP: 07.220-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2144 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 07/23/2014 | MATRIZARIA E ESTAMPARIA MORILLO LTDA AV UGO FUMAGALI, 298 - CUMBICA - GUARULHOS-SP, CEP: 07.220-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2145 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 01/29/2014 | MATRIZARIA E ESTAMPARIA MORILLO LTDA AVENIDA UGO FUMAGALI, 298 - CUMBICA - GUARULHOS – SP – CEP: 07220-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2146 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 06/10/2014 | MATRIZARIA E ESTAMPARIA MORILLO LTDA AVENIDA UGO FUMAGALI, 298 - CUMBICA - GUARULHOS – SP – CEP: 07220-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2147 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 06/10/2014 | MATRIZARIA E ESTAMPARIA MORILLO LTDA AVENIDA UGO FUMAGALI, 298 - CUMBICA - GUARULHOS – SP – CEP: 07220-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2148 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 02/05/2007 | MAXITEL S.A<br>AV. RAJA GABAGLIA, N°1.781, BELO HORIZONTE, MG. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2149 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/04/2007 | MB ENGENHARIA E MEIO AMBIENTE LTDA<br>RUA CONCEI^AO, N° 233, SALA 1611, 16° ANDAR, CENTRO, CEP: 13010050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2150 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/04/2007 | MB ENGENHARIA E MEIO AMBIENTE LTDA.<br>CAMPINAS, SAO PAULO, AT RUA CONCEICAO, N° 233, SALA 1611, 16° ANDAR, CENTRO, CEP:  13010050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2151 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/04/2007 | MB ENGENHARIA E MEIO AMBIENTE LTDA.<br>CITY OF CAMPINAS, STATE OF SAO PAULO, AT RUA CONCEICAO, N° 233, SALA 1611, 16° ANDAR, CENTRO, CEP: 13010050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2152 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/04/2007 | MB ENGENHARIA E MEIO AMBIENTE LTDA.<br>RUA CONCEIÇÃO, N° 233, SALA 1611, 16° ANDAR, CENTRO, CAMPINAS – SP – CEP: 13010-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2153 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E ' COMERCIO LTDA.<br>AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2154 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E ' COMERCIO LTDA.<br>AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2155** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2156** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2157** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2158** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2159** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2160** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2161** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | MECHANICAL COMMAND SYSTEMS - S.C.M. INDUSTRIA E COMERCIO LTDA. AVENIDA  PREFEITO ALBERTO MOURA, 900 - DISTRITO INDUSTRIAL, SETE LAGOAS, MG - CEP 35702-216 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2162 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 03/08/2012 | MERCEDES-BENZ DO BRASIL LTDA SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2163 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 03/17/2014 | MERCEDES-BENZ DO BRASIL LTDA AVENIDA ALFRED JURZYKOWSKI, N° 562, VILA PAULICEIA, IN THE MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2164 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 04/03/2014 | MERCEDES-BENZ DO BRASIL LTDA AVENIDA ALFRED JURZYKOWSKI, N° 562, VILA PAULICEIA, IN THE MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2165 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 04/03/2014 | MERCEDES-BENZ DO BRASIL LTDA AVENIDA ALFRED JURZYKOWSKI, 562, SAO BERNARDO DO CAMPO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2166 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 03/25/2010 | MERCEDES-BENZ DO BRASIL LTDA AVENIDA ALFRED JURZYKOWSKI, 562, SAO BERNARDO DO CAMPO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2167 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 07/12/2012 | MERCEDES-BENZ DO BRASIL LTDA SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2168 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 05/23/2008 | MERCEDES-BENZ DO BRASIL LTDA AVENIDA ALFRED JURZYKOWSKI, 562, SAO BERNARDO DO CAMPO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2169 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 07/18/2008 | MERCEDES-BENZ DO BRASIL LTDA SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2170 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 05/23/2008 | MERCEDES-BENZ DO BRASIL LTDA SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2171 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 03/25/2010 | MERCEDES-BENZ DO BRASIL LTDA SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2172 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 06/17/2008 | MERCEDES-BENZ DO BRASIL LTDA SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2173 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 07/18/2008 | MERCEDES-BENZ DO BRASIL LTDA. AVENIDA ALFRED JURZYKOWSKI, 562, SAO BERNARDO DO CAMPO, SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2174 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 03/25/2010 | MERCEDES-BENZ DO BRASIL LTDA. SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2175 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 06/17/2008 | MERCEDES-BENZ DO BRASIL LTDA. SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

<table>
<tr><td colspan="2" style="background:#e0e0e0;">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td style="background:#e0e0e0;"><b>List all contracts and unexpired leases</b></td><td style="background:#e0e0e0;"><b>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</b></td></tr>
<tr>
<td>2.2176<br><b>State what the contract or lease is for and the nature of the debtor's interest</b><br><br><b>State the term remaining</b>    Undetermined<br><br><b>List the contract number of any government contract</b><br><br>LOAN CONTRACT DATED: 05/23/2008</td>
<td>MERCEDES-BENZ DO BRASIL LTDA.<br>SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562</td>
</tr>
<tr>
<td>2.2177<br><b>State what the contract or lease is for and the nature of the debtor's interest</b><br><br><b>State the term remaining</b>    Undetermined<br><br><b>List the contract number of any government contract</b><br><br>TOOLING LENDING AGREEMENT DATED: 07/12/2012</td>
<td>MERCEDES-BENZ DO BRASIL LTDA.<br>SAO BERNARDO DO CAMPO, SAO PAULO, AVENIDA ALFRED JURZYKOWSKI, 562</td>
</tr>
<tr>
<td>2.2178<br><b>State what the contract or lease is for and the nature of the debtor's interest</b><br><br><b>State the term remaining</b>    Undetermined<br><br><b>List the contract number of any government contract</b><br><br>SERVICE PROVISION CONTRACT DATED: 03/17/2014</td>
<td>MERCEDES-BENZ DO BRASIL LTDA.<br>AVENIDA ALFRED JURZYKOWSKI, 562, SAO BERNARDO DO CAMPO, SAO PAULO</td>
</tr>
<tr>
<td>2.2179<br><b>State what the contract or lease is for and the nature of the debtor's interest</b><br><br><b>State the term remaining</b>    Undetermined<br><br><b>List the contract number of any government contract</b><br><br>PRICE ADJUSTMENT AGREEMENT (PAA) ■ MEMORANDUM OF UNDERSTANDING - 2013 DATED: 04/11/2013</td>
<td>MERCEDES-BENZ DO BRASIL LTDA.<br>SAO BERNARDO DO CAMPO, SAO PAULO, AVENIDA ALFRED JURZYKOWSKI, 562</td>
</tr>
<tr>
<td>2.2180<br><b>State what the contract or lease is for and the nature of the debtor's interest</b><br><br><b>State the term remaining</b>    Undetermined<br><br><b>List the contract number of any government contract</b><br><br>LOAN CONTRACT DATED: 05/23/2008</td>
<td>MERCEDES-BENZ DO BRASIL LTDA.<br>SAO BERNARDO DO CAMPO, SAO PAULO, AVENIDA ALFRED JURZYKOWSKI, 562</td>
</tr>
<tr>
<td>2.2181<br><b>State what the contract or lease is for and the nature of the debtor's interest</b><br><br><b>State the term remaining</b>    Undetermined<br><br><b>List the contract number of any government contract</b><br><br>LOAN CONTRACT DATED: 03/25/2010</td>
<td>MERCEDES-BENZ DO BRASIL LTDA.<br>SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA ALFRED JURZYKOWSKI, 562</td>
</tr>
<tr>
<td>2.2182<br><b>State what the contract or lease is for and the nature of the debtor's interest</b><br><br><b>State the term remaining</b>    Undetermined<br><br><b>List the contract number of any government contract</b><br><br>PRICE ADJUSTMENT AGREEMENT DATED: 03/27/2013</td>
<td>MERCEDES-BENZ DO BRASIL LTDA.<br>AVENIDA ALFRED JURZYKOWSKI, 562, SAO BERNARDO DO CAMPO, SAO PAULO</td>
</tr>
</table>

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2183** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 03/08/2012 | MERCEDES-BENZ DO BRASIL LTDA. SAO BERNARDO DO CAMPO, SAO PAULO, AVENIDA ALFRED JURZYKOWSKI, 562 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2184** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/26/2012 | MERCURION CONSULTORIA, INFORMATICA E MARKETING LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA QUINTANA 753 7. ANDAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2185** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/26/2012 | MERCURION CONSULTORIA, INFORMATICA E MARKETING LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA QUINTANA 753 7. ANDAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2186** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASE CONTRACT DATED: 05/14/2013 | METALURGICA FOCAG LTDA RUA DIAMANTE NEGRO, 69, RECREIO CAMPESTRE JOIA INDAIATUBA SP CEP 13347-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2187** | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASE CONTRACT DATED: 05/14/2013 | METALÚRGICA FOCAG LTDA RUA DIAMANTE NEGRO, 69, RECREIO CAMPESTRE JOIA, INDAIATUBA – SP – CEP: 13347-140 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2188** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 04/15/2015 | METALURGICA FOCAG LTDA - EPP RUA DIAMANTE NEGRO, N°69 - BAIRRO RECREIO CAMPESTRE, INDAIATUBA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2189** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE LENDING AGREEMENT DATED: 04/15/2015 | METALÚRGICA FOCAG LTDA– EPP RUA DIAMANTE NEGRO, Nº 69, BAIRRO RECREIO CAMPESTRE, INDAIATUBA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2190** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 10/22/2009 | MG SERVICE RECICLAGEM LTDA – ME AVENIDA JOÃO CÉSAR DE OLIVEIRA, 6261, GALPÃO 4, VILA BEATRIZ, CONTAGEM/MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.2191** State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF RIGHTS AND OBLIGATIONS DATED: 05/03/2016 | MICROSTRATEGY |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.2192** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AND/OR SERVICES LICENSE AGREEMENT PURCHASE ORDER DATED: 05/22/2013 | MICROSTRATEGY BRASIL LIDA AV. DR CARDOSO DE MELO, 1340 CJ.52 SAO PAULO, SP, 04548-004 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.2193** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR THE USE OF SOFTWARE AND/OR SERVICES PURCHASE ORDER DATED: 09/03/2013 | MICROSTRATEGY BRASIL LIDA AV. DR CARDOSO DE MELO, 1340 CJ.52 SAO PAULO, SP, 04548-004 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.2194** State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF RIGHTS AND OBLIGATIONS DATED: 05/03/2016 | MICROSTRATEGY BRASIL LPDA AV. DR. CARDOSO DE MELO, 1340 CJ.52 SAO PAULO, SP, 04548-004 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.2195** State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF RIGHTS AND OBLIGATIONS DATED: 05/03/2016 | MICROSTRATEGY BRASIL LPDA AV. DR. CARDOSO DE MELO, 1340 CJ.52 SAO PAULO, SP, 04548-004 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.2196** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE USE LICENSE AGREEMENT AND/OR TECHNICAL SUPPORT SERVICES / PURCHASE ORDER DATED: 02/18/2008 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 - CJ.52 04548-004 SAO PAULO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2197 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AND/OR SERVICES LICENSE AGREEMENT PURCHASE ORDER DATED: 05/01/2009 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 - CJ.52 04548-004 SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2198 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR THE USE OF SOFTWARE AND/OR SERVICES PURCHASE ORDER DATED: 12/05/2013 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 - CJ.52 04548-004 SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2199 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 05/31/2016 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 CJ.52 SAO PAULO, SP, 04548-004 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2200 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 12/27/2010 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 CJ.52 SAO PAULO, SP, 04548-004 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2201 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR THE USE OF SOFTWARE AND/OR SERVICES PURCHASE ORDER DATED: 05/31/2016 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 - CJ.52 04548-004 SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2202 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AND/OR SERVICES LICENSE AGREEMENT DATED: 05/22/2013 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 CJ.52 SAO PAULO, SP, 04548-004 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2203 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT FOR USE OF SOFTWARE AND/OR SERVICES PURCHASE ORDER DATED: 09/29/2015 | MICROSTRATEGY BRASIL LTDA AV. DR. CARDOSO DE MELO, 1340 - CJ.52 04548-004 SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2204** **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AGREEMENT DATED: 09/29/2015 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | MICROSTRATEGY BRASIL LTDA <br> AV. DR. CARDOSO DE MELO, 1340 <br> CJ.52 <br> SAO PAULO, SP, 04548-004 <br> BRAZIL |
| **2.2205** **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AGREEMENT DATED: 11/18/2013 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | MICROSTRATEGY BRASIL LTDA <br> AV. DR. CARDOSO DE MELO, 1340 <br> CJ.52 <br> SAO PAULO, SP, 04548-004 <br> BRAZIL |
| **2.2206** **State what the contract or lease is for and the nature of the debtor's interest** — SOFTWARE AND/OR SERVICES LICENSE AGREEMENT DATED: 06/10/2010 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | MICROSTRATEGY BRASIL LTDA <br> AV. DR. CARDOSO DE MELO, 1340 <br> CJ.52 <br> SAO PAULO, SP, 04548-004 <br> BRAZIL |
| **2.2207** **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AGREEMENT FOR THE USE OF SOFTWARE AND/OR SERVICES PURCHASE ORDER DATED: 12/27/2010 <br><br> **State the term remaining** — <br><br> **List the contract number of any government contract** | MICROSTRATEGY BRASIL LTDA <br> AV. DR. CARDOSO DE MELO, 1340 - CJ.52 04548-004 SAO PAULO - SP |
| **2.2208** **State what the contract or lease is for and the nature of the debtor's interest** — LICENSE AGREEMENT DATED: 03/09/2013 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | MICROSTRATEGY BRASIL LTDA <br> AV. DR. CARDOSO DE MELO, 1340 <br> CJ.52 <br> SAO PAULO, SP, 04548-004 <br> BRAZIL |
| **2.2209** **State what the contract or lease is for and the nature of the debtor's interest** — COMMODATUM AGREEMENT DATED: 04/12/2016 <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | MILLENNIUM INDUSTRIES CORP. <br> 925 NORTH MAIN ST. <br> LIGONIER, IN 46767 |
| **2.2210** **State what the contract or lease is for and the nature of the debtor's interest** — CONTRACT FOR THE SALES OF MOVABLE PROPERTY <br><br> **State the term remaining** — Undetermined <br><br> **List the contract number of any government contract** | MILLS ESTRUTURAS E SERVICOS DE ENG. S/A <br> RUA HUMBERTO DE CAMPOS. 271 - PARTE-VILA YOLANDA OSASCO / SP - ZIP <br><br> CODE: 06126280 |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known): 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2211 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SALES OF MOVABLE PROPERTY DATED: 12/22/2010 | MILLS STRUCTURES AND SERVICES PE ENG RUA HUMBERTO DE CAMPOS. 271 - PARTE-VILA YOLANDA OSASCO / SP - ZIP  BLOCK 5, LOT 1 DICA - CIA CEP  43700-000 PHONE: (71) 3503-9900 FAX: (71) 3503-9909   CODE: 06126280 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2212 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/26/2013 | MINAS LOG TRANSPORTES LTDA RUA FRANCISCO CIPRIANI, 160, BAIRRO ALVORADA, CONTAGEM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2213 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/26/2013 | MINAS LOG TRANSPORTES LTDA RUA  FRANCISCO CIPRIANO, 160, BAIRRO ALVORADA, CONTAGEM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2214 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/05/2011 | MINAS LOG TRANSPORTES LTDA RUA FRANCISCO CIPRIANI, N°. 160, BAIRRO ALVORADA IN THE CITY OF CONTAGEM /MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2215 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORT SERVICE AGREEMENT DATED: 05/01/2011 | MINAS LOG TRANSPORTES LTDA RUA FRANCISCO CIPRIANI, N°. 160, BAIRRO ALVORADA IN  THE CITY OF CONTAGEM /MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2216 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/13/2009 | MINAS PLASTIC INDUSTRIA, COMERCIO, IMPORTAQAO E EXPORTAQAO DE PLASTICOS TECNICOS LTDA CITY OF MATEUS LEME, STATE OF MINAS GERAIS, RODOVIA MG 050, S/N, KM 29, VILA SUZANA,  CEP: 35.670-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2217 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/13/2009 | MINAS PLASTIC INDUSTRIA, COMERCIO, IMPORTAQAO E EXPORTAQAO DE PLASTICOS TECNICOS LTDA. MATEUS LEME, STATE OF MINAS GERAIS, RODOVIA MG 050, S/N, KM 29, VILA SUZANA,  CEP: 35.670-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2218 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT OF ACCREDITATION DATED: 02/14/2014 | MINISTRY OF DEVELOPMENT, INDUSTRY AND FOREIGN TRADE NATIONAL INSTITUTE OF METROLOGY, QUALITY AND TECHNOLOGY AVENIDA D A EMANCIPATE, N°801, GALPAO 01 |
| | State the term remaining | Undetermined | JARDIM SANTA RITA DE CASSIA NEIGHBORHOOD |
| | List the contract number of any government contract | | HORTOLANDIA |
| 2.2219 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT OF ACCREDITATION DATED: 12/03/2010 | MINISTRY OF DEVELOPMENT. INDUSTRY AND FOREIGN TRADE NATIONAL INSTITUTE OF METROLOGY.STANDARDIZATION AND INDUSTRIAL QUALITY EMISSIONS LABORATORY VEHICLE AV. EMANCIPATION, 801. SHED 01, NEIGHBORHOOD: JD. SANTA RITA DE CASSIA HORTOLANDIA SP ZIP CODE: 13184-654. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2220 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2014 | MM OFFICE LTDA RUA ENGENHO SECO  266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITYOF BETIM, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2221 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2014 | MM OFFICE LTDA-EPP RUA ENGENHO SECO 266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITY OF BETIM, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2222 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2014 | MM OFFICE LTDA-EPP RUA ENGENHO SECO 266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITYOF BETIM, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2223 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2013 | MM OFFICE LTDA-EPP RUA ENGENHO SECT  266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITY OF BETIM, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2224 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2014 | MM OFFICE LTDA-EPP RUA ENGENHO SECT 266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITY OF BETIM, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2225** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/01/2014 | MM OFFICE LTDA-EPP RUA ENGENHO SECT 266, SALA 01 - BETIM INDUSTRIAL, MUNICIPALITY OF BETIM, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2226** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SPONSORSHIP CONTRACT DATED: 12/17/2009 | MMC AUTOMOBILES DO BRASIL S.A. AVENIDA DAS NAPOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2227** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 07/30/2012 | MMC AUTOMOTORES DO BRAS|L S.A. AVENIDAS NACOES UNIDAS,19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2228** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 08/26/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2229** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2230** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2231** | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT PARTICULAR. DE VEHICLE LENDING AGREEMENT FOR A LEGAL ENTITY DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2232 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING CONTRACT FOR LEGAL ENTITIES DATED: 01/16/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2233 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/27/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2234 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2010 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2235 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 08/28/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2236 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/05/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2237 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2238 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 08/26/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2239 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07A - DISTRITO MI'NERO INDUSTRIAL DE CATALAO (DIMIC), RODOVIA BR 050 KM 283, CATALAO/GO, CEP 75701-903, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2240 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/12/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2241 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PURCHASE AND SALE OF TOOL(S) AND OTHER COVENANTS DATED: 08/16/2007 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), RODOVIA. BR 050 KM 283, CATALAO/GO, CEP 75701903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2242 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 08/27/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2243 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF FERRAMENTAL - LOAN CONTRACT DATED: 06/20/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2244 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2245 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):    25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2246 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT DATED: 10/09/2008 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07A - DISTRITO MINERO INDUSTRIAL DE CATALAO • (DIMIC), RODOVIA BR 050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2247 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING CONTRACT FOR LEGAL ENTITY DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2248 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/16/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2249 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 08/27/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2250 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2251 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO CONTRACT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2252 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 02/14/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2253 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/22/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2254 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/31/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2255 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/24/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2256 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 06/20/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2257 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SERVICE CONTRACT DATED: 07/06/2015 | MMC AUTOMOTORES DO BRASIL LTD AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1.600, 69, 7°E 8° ANDARES - VILA NOVA CONCEICAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2258 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/18/2013 | MMC AUTOMOTORES DO BRASIL LTD LOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2259 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/12/2014 | MMC AUTOMOTORES DO BRASIL LTD AVENIDA PRESIDENTE JUSCELINO "KUBITSCHEK, N° 1.600, 69, 7TH AND 3RD FLOORS. -, VILA NOVA CONCEITJAO; SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2260** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/20/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2261** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2262** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/08/2014 | MMC AUTOMOTORES DO BRASIL LTD AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1.600, 6TH, 7TH AND 8TH FLOORS - VILA NOVA CONCEICAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2263** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/05/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2264** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 12/06/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2265** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/31/2013 | MMC AUTOMOTORES DO BRASIL LTD BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2266** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19:847 - VILA ALMEIDA, SAO PAULO/SP, CEP,04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2267 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/16/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2268 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2269 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2010 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2270 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP. 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2271 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 01/23/2015 | MMC AUTOMOTORES DO BRASIL LTDA QUADRAS 05, 07 E 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2272 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PURCHASE AND SALE OF TOOLING DATED: 10/18/2012 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS,19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2273 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT OF VEHICLE FOR LEGAL ENTITY DATED: 05/14/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2274 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 08/30/2012 | MMC AUTOMOTORES DO BRASIL LTDA X|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2275 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/30/2009 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS,19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2276 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 11/11/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05,07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATANO (D^QROD.BR-050 KM-283," CATA^O/G |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2277 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT OF. VEHICLE FOR LEGAL ENTITY DATED: 02/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2278 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 08/26/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD: BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2279 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICE DATED: 04/30/2009 | MMC AUTOMOTORES DO BRASIL LTDA AV. DAS NACDES UNIDAS, 19.847, VILA ALEMEIDA, CEP 04795-100, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2280 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT FOR TOOL(S) DATED: 04/18/2008 | MMC AUTOMOTORES DO BRASIL LTDA QUADRAS-05, 07 E. 07A - DISTRITO-MINERO INDUSTRIAL DE CATALAO ..: (DIMIC), RODOVIA  : .BR 050.KM 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2281** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 10/31/2001 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2282** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 02/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA AV. OF THE UNITED NATIONS, 19,847; SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2283** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 08/26/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD: BR:050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2284** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07, AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC),ROD. BR-050 KM 283, CATALAO/GO, CEP. 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2285** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING CONTRACT FOR LEGAL ENTITY DATED: 10/09/2015 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2286** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT OF • CATALAN SERVICES DATED: 04/22/2008 | MMC AUTOMOTORES DO BRASIL LTDA ROD. BR 050, KM 283, S/N° - QUADRAS 05, 07 E 07-A - DISTRITO MINERO-INDUSTRIAL DE CATALAO'- DIMIC - "  CATALAO-GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2287** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 10/16/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05,07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATANO (D^QROD.BR-050 KM-283," CATA^O/G |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2288 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 01/23/2015 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2289 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 05/16/2006 | MMC AUTOMOTORES DO BRASIL LTDA INDUSTRIAL MINING DISTRICT OF CATALAO' - DIMIC, BLOCKS / 05, 07: E-07-A, IN CATALAO-GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2290 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 04/27/2009 | MMC AUTOMOTORES DO BRASIL LTDA AV. DAS NADES UNIDAS, 19.847, VILA ALEMEIDA, CEP 04795-100, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2291 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 09/10/2015 | MMC AUTOMOTORES DO BRASIL LTDA X|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2292 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICE DATED: 06/25/2013 | MMC AUTOMOTORES DO BRASIL LTDA AV. DAS NACDES UNIDAS, 19.847, VILA ALEMEIDA, CEP 04795-100, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2293 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2294 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 01/23/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINOKUBITSCHEK, N° 1.600, 72 E 8° ANDARES- VILA NOVA CONCEIQAO, SAO PAU|O/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2295 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES C-618 13 DATED: 12/31/2013 | MMC AUTOMOTORES DO BRASIL LTDA AV. OF THE UNITED NATIONS, 19,847; SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2296 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/25/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC); ROD. BR-050 KM 283, CATALAO/GO, ZIP CODE 75709-901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2297 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/07/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05; 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD; BR-050 KM 283, CATALAO/GO, CEP 75709-901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2298 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 02/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2299 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES | MMC AUTOMOTORES DO BRASIL LTDA AV. OF THE UNITED NATIONS, 19,847; SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2300 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA RSA AVENIDA DAS NAGOES UNIDAS, 19:847 - VILA ALMEIDA, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2301 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICULAR INSTRUMENT OF CONTRACT OF • CATALAN SERVICES DATED: 04/22/2008 | MMC AUTOMOTORES DO BRASIL LTDA ROD. BR 050, KM 283, S/N° - QUADRAS 05, 07 E 07-A - DISTRITO MINERO-INDUSTRIAL DE CATALAO '- DIMIC - 1 CATALAO-GO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2302 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT OF. VEHICLE FOR LEGAL ENTITIES DATED: 08/31/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2303 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/14/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2304 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT FOR LEGAL ENTITY DATED: 08/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINOKUBITSCHEK, N° 1.600, 72 E 8° ANDARES- VILA NOVA CONCEICAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2305 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 02/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2306 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/02/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK,"N° - 1.600 ,. 7° E 8°, ANDARES - VILA NOVA CONCEIPAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2307 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2308 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/16/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD: BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2309 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES C DATED: 11/18/2014 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1:600, 6TH, 7TH AND 8TH FLOORS.- VILA NOVA CONCEI9AO,SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2310 | State what the contract or lease is for and the nature of the debtor's interest | CATALAN PRIVATE CONTRACT FOR THE PROVISION OF . . SERVICES DATED: 08/25/2008 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A,; OF THE INDUSTRIAL MINING DISTRICT OF CATALAO, ROD. BR050'  KM 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2311 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 01/23/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINOKUBITSCHEK, N° 1.600, 72 E 8° ANDARES- VILA NOVA CONCEIQAO, SAO PAU|O/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2312 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 05/14/2008 | MMC AUTOMOTORES DO BRASIL LTDA AV. DAS NACDES UNIDAS, 19.847, VILA ALEMEIDA, CEP 04795-100, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2313 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT OF. VEHICLE FOR LEGAL ENTITY DATED: 03/02/2012 | MMC AUTOMOTORES DO BRASIL LTDA AV. OF THE UNITED NATIONS, 19,847; SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2314 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SERVICE CONTRACT DATED: 07/06/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1.600, 69, 7°'E 8° ANDARES - VILA NOVA CONCEI^AO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2315 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 02/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - INDUSTRIAL MINING DISTRICT OF CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2316 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT OF CATALAN SERVICES DATED: 04/22/2008 | MMC AUTOMOTORES DO BRASIL LTDA ROD. BR 050, KM 283, S/N° - QUADRAS 05, 07 E 07-A - DISTRITO MINERO-INDUSTRIAL DE CATALAO'- DIMIC - "  CATALAO-GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2317 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/03/2007 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.847 VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2318 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/03/2007 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACDES UNIDAS, 19.847 VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2319 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 08/14/2012 | MMC AUTOMOTORES DO BRASIL LTDA COURTS, 05, 07. AND 07 A - CATALAO INDUSTRIAL MINING DISTRICT (DIMIC); ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2320 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05 07. AND 07 A - CATALAO INDUSTRIAL MINING DISTRICT (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 757°9-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2321 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 08/24/2012 | MMC AUTOMOTORES DO BRASIL LTDA X|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2322 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 05/08/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINOKUBITSCHEK, N° 1.600, 72 E 8° ANDARES- VILA NOVA CONCEIQAO, SAO PAU|O/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2323** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05,07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATANO (D^QROD.BR-050 KM-283," CATA^O/G |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2324** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF 'VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2325** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 05/24/2010 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2326** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 01/03/2016 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO, CEP. 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2327** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 08/30/2022 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2328** | State what the contract or lease is for and the nature of the debtor's interest | 18 ADDENDUM TO CONTRACT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC); ROD. BR-050 KM 283, CATALAO/GO, ZIP CODE 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2329** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 08/14/2012 | MMC AUTOMOTORES DO BRASIL LTDA X\|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known): 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2330 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE- JUSCELINO KUBITSCHEK, N°- 1.600, 7TH AND 8TH FLOORS - VILA NOVA CONCEICAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2331 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 08/31/2012 | MMC AUTOMOTORES DO BRASIL LTDA X|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2332 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/12/2014 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO "KUBITSCHEK, N° 1.600, 69, 7TH AND 3RD FLOORS. -, VILA NOVA CONCEICAO; SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2333 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/21/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1:600, 6TH, 7TH AND 8TH FLOORS.- VILA NOVA CONCEICAO,SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2334 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/14/2012 | MMC AUTOMOTORES DO BRASIL LTDA X|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2335 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A, OF THE INDUSTRIAL MINING DISTRICT OF CATALAO, ROD.  BR050 KM 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2336 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP-75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):    25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2337 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/11/2011 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1:600, 6TH, 7TH AND 8TH FLOORS.- VILA NOVA CONCEI9AO,SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2338 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT FOR TOOL(S) DATED: 12/09/2008 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07A - DISTRITO MINERO INDUSTRIAL DE CATALAO • (DIMIC), RODOVIA BR 050 KM 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2339 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 08/29/2007 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.847 VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2340 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO THE VEHICLE' LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 07/30/2012 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2341 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR A LEGAL ENTITY DATED: 11/11/2014 | MMC AUTOMOTORES DO BRASIL LTDA QUADRAS 05, 07 AND 07.A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2342 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 08/24/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2343 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 06/20/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2344** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF SPONSORSHIP CONTRACT DATED: 03/15/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA JUSCELINO KUBITSCHEK, N° 1.600, 6TH, 7TH AND 8TH FLOORS - VILA NOVA CONCEICAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2345** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 08/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1.600, 7° E 89 ANDARES - VILA NOVA CONCEI^AO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2346** | State what the contract or lease is for and the nature of the debtor's interest | 19 ADDENDUM TO CONTRACT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07AND 07A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATACO/GO, CEP 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2347** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/18/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2348** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/14/2012 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP, 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2349** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES C DATED: 07/06/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1:600, 6TH, 7TH AND 8TH FLOORS.- VILA NOVA CONCEI9AO,SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2350** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/31/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCK 05, 07 E 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC); ROD. BR-050 KM 283, CATALAO/GO, CEP 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|--------|------|------|------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2351 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 02/03/2012 | MMC AUTOMOTORES DO BRASIL LTDA AV. OF THE UNITED NATIONS, 19,847; SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2352 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 01/23/2015 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05,07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATANO (D^QROD.BR-050 KM-283," CATA^O/G |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2353 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 12/13/2006 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A, OF THE DISTRITO MINERO INDUSTRIAL DE- CATALAO, ROD. BR050 KM 283, CATALAO, GOIAS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2354 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 05/16/2006 | MMC AUTOMOTORES DO BRASIL LTDA INDUSTRIAL MINING DISTRICT OF CATALAO' - DIMIC, BLOCKS / 05, 07: E-07-A, IN CATALAO-GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2355 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SERVICE PROVISION CONTRACT - CAT DATED: 08/20/2007 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A, OF THE INDUSTRIAL MINING DISTRICT OF CATALAO, ROD. BR050 KM 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2356 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2012 | MMC AUTOMOTORES DO BRASIL LTDA AV. OF THE UNITED NATIONS, 19,847; SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2357 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCK 05, 07 E 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050, KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2358 | State what the contract or lease is for and the nature of the debtor's interest | 19 ADDENDUM TO CONTRACT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A: DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-OM KM 283, CATALAO/GO, ZIP CODE 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2359 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/17/2008 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, N.° 19.847, VILA ALMEIDA, IN THE CITY OF SAO PAULO-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2360 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 12/30/2011 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2361 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT OF VEHICLE LOAN CONTRACT FOR LEGAL ENTITY: 12/11/2013 | MMC AUTOMOTORES DO BRASIL LTDA QUADRAS 05, 07 E 07A - DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC), ROD. BR-050 KM 283, CATALÃO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2362 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 01/23/2015 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05,07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATANO (D^QROD.BR-050 KM-283," CATA^O/G |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2363 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/15/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCK 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2364 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES C DATED: 05/21/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1:600, 6TH, 7TH AND 8TH FLOORS.- VILA NOVA CONCEI9AO,SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2365 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 08/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK; N° 1.600, 7° E 8° ANDARES - VILA NOVA CONCEIGAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2366 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/22/2013 | MMC AUTOMOTORES DO BRASIL LTDA BLOCK 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2367 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 12/30/2011 | MMC AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2368 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PURCHASE AND SALE OF TOOL(S) AND OTHER COVENANTS DATED: 08/16/2007 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07A - DISTRITO M^NERO INDUSTRIAL DE CATALAO (DIMIC), RODOVIA. BR 050 KM 283, CATALAO/GO, CEP 75701903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2369 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/27/2012 | MMC AUTOMOTORES DO BRASIL LTDA RSA AVENIDA DAS NAGOES UNIDAS, 19:847 - VILA ALMEIDA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2370 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 03/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO, CEP. 75709-901, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2371 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 08/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA . AVENIDA PRESIDENTE JUSCELINOKUBITSCHEK, N° 1.600, 72 E 8° ANDARES- VILA NOVA CONCEIQAO, SAO PAU|O/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2372** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/03/2007 | MMC AUTOMOTORES DO BRASIL LTDA . AVENIDA DAS NA^DES  UNIDAS, 19.847 VILA ALMEIDA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2373** | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 10/31/2011 | MMC AUTOMOTORES DO BRASIL LTDA . X\|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2374** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA . X\|FACTORY BRANCH ] [IN BLOCKS 05, 07 AND 07 A . DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2375** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 08/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA . AVENIDA PRESIDENTE JUSCELINOKUBITSCHEK, N° 1.600, 72 E 8° ANDARES- VILA NOVA CONCEIQAO, SAO PAU\|O/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2376** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 03/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM -  / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2377** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 09/23/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM -  / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2378** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF PURCHASE AND SALE OF TOOL(S) AND OTHER COVENANTS DATED: 08/16/2007 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07. AND 07A - DISTRICT - MINERO INDUSTRIAL DE CATALAO (DIMIC), HIGHWAY. BR 050 KM 283, CATALAO/GO, CEP 75701903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

**2.2379**

| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP,75701-903 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2380**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF' PURCHASE AND SALE OF TOOL(S) AND OTHER COVENANTS DATED: 08/16/2007 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2381**

| State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO, CEP. 75709-901 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2382**

| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP. 75701-903 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2383**

| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND. 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2384**

| State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. AVENIDA DAS NACOES UNIDAS, 19.847 • VILA ALMEIDA, SAO PAULO/SP; ZIP CODE 04795-100 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2385**

| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR PURCHASE AND SALE OF TOOL(S) AND OTHER COVENANTS DATED: 03/20/2008 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07" AND. 07A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), HIGHWAY. BR :050 KM 283, CATALAO/GO, CEP 75701903 |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

⬛ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2386 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/09/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2387 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - INDUSTRIAL MINING DISTRICT OF CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2388 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2389 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF FERRAMENTAL LOAN CONTRACT DATED: 09/28/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2390 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2391 | State what the contract or lease is for and the nature of the debtor's interest | 19TH ADDENDUM TO CONTRACT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2392 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known):  25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2393 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 03/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2394 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 05/14/2008 | MMC AUTOMOTORES DO BRASIL LTDA. AV. DAS NACOES UNIDAS, 19.847, VILA ALEMEIDA, CEP 04795-100, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2395 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/07/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2396 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2397 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/06/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2398 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/07/2011 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2399 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 02/12/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known) | 25-11062 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2400 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2401 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO, CEP. 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2402 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 05/24/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2403 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 06/08/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2404 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF FERRAMENTAL LOAN CONTRACT DATED: 09/23/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2405 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283; CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2406 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 05/18/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2407 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/26/2012 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND • J07A, OF THE INDUSTRIAL MINING DISTRICT OF CATALAO (DIMIC), RODOVIA BR 050 KM-283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2408 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2409 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/08/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2410 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PURCHASE AND SALE OF TOOLING DATED: 05/21/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2411 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT FOR TOOL(S) DATED: 03/20/2008 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2412 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT OF VEHICLE LENDING FOR LEGAL ENTITIES DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL LTDA. AVENIDADAS NA^OES UNIDAS,19.847 - VILA ALMEIDA, SAO PAULO/S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2413 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND '07 A ' DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2414 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 09/26/2012 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A, OF THE INDUSTRIAL MINING DISTRICT OF CATALAO (DIMIC), RODOVIA BR 050 KM-283, CATALAO/GO, CEP 75701-90 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2415 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTRUMENT PARTICULAR. DE VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 08/05/2015 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2416 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES. DATED: 07/24/2013 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCK 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP.75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2417 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/31/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCK 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP.75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2418 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2419 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING CONTRACT FOR TOOL(S) DATED: 03/20/2008 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - DISTRITO MINERO INDUSTRIAL DE CATALAO. ; (DIMIC) ,- RODOVIA BR 050 KM 283, CATALAO/GO, CEP: 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2420 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2421** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/20/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM.283, CATALAO/GO; CEP.75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2422** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 06/20/2013 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM 283, CATALAO/GO, CEP.75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2423** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2424** | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT FOR TOOL(S) DATED: 08/16/2007 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2425** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 03/02/2009 | MMC AUTOMOTORES DO BRASIL LTDA. AV. DAS NACOES UNIDAS, 19.847, VILA ALEMEIDA, CEP 04795-100, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2426** | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT PARTICULAR OF SERVICE PROVISION AGREEMENT DATED: 08/20/2007 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A, OF THE INDUSTRIAL MINING DISTRICT OF CATALAO, ROD. BR050 KM. 283, CATALAO/GO |
| | State the term remaining | Undetermined | ATTN: FRANCISCO BEVILACQUA NETO / POSITION: DIRECTOR OF SUPPLIES |
| | List the contract number of any government contract | | |
| **2.2427** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2428** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 05/18/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2429** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2430** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO, CEP. 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2431** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 06/21/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2432** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07. A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO; CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2433** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 10/01/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCK 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATA|AO/GO,- CEP 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2434** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 11/01/2011 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
_____    Case number (if known)  25-11062
    Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2435** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 01/20/2014 <br><br><br> Undetermined | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283; CATATEO/GO, CEP.75701-90 |
| **2.2436** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | LENDING AGREEMENT FOR TOOL(S) DATED: 04/18/2008 <br><br><br> Undetermined | MMC AUTOMOTORES DO BRASIL LTDA. QUADRAS-05, 07 E. 07A - DISTRITO-MINERO INDUSTRIAL DE CATALAO (DIMIC), RODOVIA BR 050.KM 283, CATALAO/GO, CEP 75701-903 |
| **2.2437** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | 18TH ADDENDUM TO CONTRACT DATED: 07/30/2014 <br><br><br> Undetermined | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO |
| **2.2438** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | 2ND AMENDMENT TO THE VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 07/30/2012 <br><br> Undetermined | MMC AUTOMOTORES DO BRASIL LTDA. AVENIDADAS NACOES UNIDAS,19.847 - VILA ALMEIDA, SAO PAULO/S |
| **2.2439** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 <br><br> Undetermined | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM -  / 283, CATALAO/GO, CEP 75701-903 |
| **2.2440** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | LENDING AGREEMENT FOR TOOL(S) DATED: 08/16/2007 <br><br><br> Undetermined | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - MINING INDUSTRIAL DISTRICT OF CATALAO, RODOVIA BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| **2.2441** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 05/24/2010 <br><br> Undetermined | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM -  / 283, CATALAO/GO, CEP 75701-903 |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2442** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING CONTRACT DATED: 01/16/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP. 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2443** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/08/2014 | MMC AUTOMOTORES DO BRASIL LTDA. AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1.600, 6TH, 7TH AND 8TH FLOORS - VILA NOVA CONCEICAO, SAO PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2444** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/01/2015 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO, CEP. 75709-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2445** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL LTDA. AVENIDA DAS NAGOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2446** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF' PURCHASE AND SALE OF TOOL(S) AND OTHER COVENANTS DATED: 03/20/2008 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2447** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 07/05/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2448** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/20/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2449 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2450 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/03/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - MINING INDUSTRIAL DISTRICT OF CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2451 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2452 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 02/28/2007 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM - / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2453 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 02/20/2015 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2454 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LOAN AGREEMENT FOR LEGAL ENTITY: 12/8/2013 | MMC AUTOMOTORES DO BRASIL LTDA. QUADRAS 05, 07 E 07 A - DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC), ROD. BR-050 KM 283, CATALÃO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2455 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 01/03/2016 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2456 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07A - MINING INDUSTRIAL DISTRICT OF CATALAO. (DIMIC), RODOVIA BR 050 KM -  / 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2457 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING CONTRACT DATED: 01/20/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2458 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO CONTRACT DATED: 07/30/2014 | MMC AUTOMOTORES DO BRASIL LTDA. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM. 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2459 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/17/2008 | MMC 'AUTOMOTORES DO BRASIL LTDA. AVENIDA DAS NACOES UNIDAS, N.° 19.847, VILA ALMEIDA, IN THE CITY OF SAO PAULO-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2460 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/11/2011 | MMC AUTOMOTORES DO BRASIL S.A AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2461 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT OF PROVISION OF SERVICES DATED: 02/08/2011 | MMC AUTOMOTORES DO BRASIL S.A AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2462 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/11/2011 | MMC AUTOMOTORES DO BRASIL S.A AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2463 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PURCHASE AND SALE OF TOOLING' DATED: 09/23/2010 | MMC AUTOMOTORES DO BRASIL- S.A AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2464 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/09/2011 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847,- VILA ALMEIDA, SAO PAULO/SP, CEP.04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2465 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR A LEGAL ENTITY DATED: 05/18/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2466 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT OF VEHICLE LOAN AGREEMENT FOR LEGAL ENTITY: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. QUADRAS 05, 07 E 07 A - DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC), ROD. BR-050 KM 283, CATALÃO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2467 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/21/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2468 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/08/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2469 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY CR47 23228 DATED: 05/24/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2470 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/21/2010 | MMC AUTOMOTORES DO BRASIL S.A. INA AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2471 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PURCHASE AND SALE OF TOOLING DATED: 09/23/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2472 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF FERRAMENTAL LOAN CONTRACT DATED: 09/28/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2473 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL S.A. RODOVIA BR-050 KM 283 BLOCOS 05, 07 E 07A DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC) CATALÃO, GO, 75701-903 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2474 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MLNERO INDUSTRIAL DE CATALAN (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2475 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY CB00022 DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2476 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2477 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES C-041/10 DATED: 03/09/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAUTO/SP; CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2478 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES CA00003 DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2479 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY CR47 23221 DATED: 05/24/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2480 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES CA00002 DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2481 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2482 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. ROD. BR-050 KM 283 BLOCOS 05, 07 AND 07A DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC) CATALÃO, GO, 75701-903 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2483 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/07/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS. 19.847 - VILA ALMEIDA, SAO PAULO/SP. CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2484 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 11/01/2011 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2485 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SPONSORSHIP CONTRACT DATED: 12/17/2009 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2486 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2487 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCK 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2488 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SPONSORSHIP CONTRACT DATED: 02/28/2011 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NANCES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAUIO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2489 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. ROD. BR-050 KM 283 BLOCOS 05, 07 AND 07A DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC) CATALÃO, GO, 75701-903 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2490 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PURCHASE AND SALE OF TOOLING DATED: 05/21/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/AP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2491** | State what the contract or lease is for and the nature of the debtor's interest | PERSONAL SERVICES AGREEMENT FOR ECU DEVELOPMENT DATED: 05/21/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NAÇÕES UNIDAS, 19.847 - VILA ALMEIDA, SÃO PAULO/SP, CEP 04795-100  RODOVIA BR 050, KM 283, CATALÃO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2492** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES CA23228 DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 5, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2493** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2494** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2495** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2496** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. INAS QUADRAS 05, 07 E 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2497** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PURCHASE AND SALE OF TOOLING DATED: 09/23/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NAÇÕES UNIDAS, 19.847 - VILA ALMEIDA, SÃO PAULO/SP, CEP 04795-100  RODOVIA BR 050, KM 283, CATALÃO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2498 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES C-049/10 DATED: 04/06/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847 - VDA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2499 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SPONSORSHIP CONTRACT DATED: 01/28/2011 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NANCOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2500 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2501 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2502 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. ROD. BR-050 KM 283 BLOCOS 05, 07 AND 07A DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC) CATALÃO, GO, 75701-903 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2503 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. INAS QUADRAS 05, 07 E 07 A - DISTRITO MINERO DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2504 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 06/08/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2505 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2506 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY CA25509 DATED: 06/01/2011 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2507 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/27/2012 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NAÇÕES UNIDAS, 19.847 VILA ALMEIDA AND VARIOUS BRANCHES INCLUDING ROD. BR-050 KM 283 SÃO PAULO, SP, 04795-100 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2508 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR A LEGAL ENTITY CR14807 DATED: 05/18/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2509 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY CR47 23210 DATED: 05/24/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2510 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 10/22/2009 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NAPPES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2511 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 07/05/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known)   25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2512 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 03/02/2010 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2513 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF FERRAMENTAL LOAN CONTRACT DATED: 09/23/2010 | MMC AUTOMOTORES DO BRASIL S.A. AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2514 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LOAN AGREEMENT FOR LEGAL ENTITY: 3/2/2010 | MMC AUTOMOTORES DO BRASIL S.A. QUADRAS 05, 07 E 07 A - DISTRITO MINERO INDUSTRIAL DE CATALÃO (DIMIC), ROD. BR-050 KM 283, CATALÃO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2515 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY 25509 | MMC AUTOMOTORES DO BRASIL S.A. BLOCKS 05, 07 AND 07 A - DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2516 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/02/2011 | MMC AUTOMOTORES DO BRASIL SA RSA AVENIDA DAS NAGOES UNIDAS, 19:847 - VILA ALMEIDA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2517 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/11/2011 | MMC AUTOMOTORES DO BRASIL SA RSA AVENIDA DAS NAGOES UNIDAS, 19:847 - VILA ALMEIDA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2518 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES | MMC AUTOMOTORES DO BRASIL SA RSA AVENIDA DAS NAGOES UNIDAS, 19:847 - VILA ALMEIDA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2519** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/02/2015 | MMC AUTOMOTORES DO BRASIL SA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK,"N° - 1.600 ,. 7° E 8°, ANDARES - VILA NOVA CONCEIPAO, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2520** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF SERVICE PROVISION CONTRACT DATED: 02/15/2008 | MMC AUTOMOTORES DO BRASIL SA BLOCKS 05, 07 AND 07 A, OF THE INDUSTRIAL MINING DISTRICT OF CATALAO, ROD.  BR050 KM 283, CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2521** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF REAL ESTATE FOR NON-RESIDENTIAL PURPOSES DATED: 01/02/2012 | MMC AUTOMOTORES DO BRASIL, S.A BLOCKS 05, 07 AND 07 . A : DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), ROD. BR:050 KM-283, CATALAO/GO, "CEP, • . 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2522** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/07/2015 | MMC AUTOMOTORES DO BRASIL. LTDA AVENIDA PRESIDENTE JUSCELINO KUBITSCHEK, N° 1.600, 6°;7TH AND 8TH FLOORS - VILA NOVA CONCEICAO, SAO PAULO. PAULO/SP, CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2523** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE CONTRATO. DE PROVISION OF SERVICES DATED: 07/27/2012 | MMC AUTOMOTORES DO BRASIL. LTDA AVENIDA DAS NACOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2524** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE VEHICLE LENDING AGREEMENT FOR LEGAL ENTITIES DATED: 07/30/2012 | MMC AUTOMOTORES SO BRASIL LTDA AVENIDA DAS NAGOES UNIDAS, 19.847 - VILA ALMEIDA, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2525** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 12/13/2006 | MMC AUTOMOTORES, DO BRASIL LTDA ESTABLISHED IN HORTOLANDIA; STATE OF SAO PAULO; AT AVENIDA DA EMANCIPA^AO, ▢ , 801 - GALPAP 01, CEP: 13184-65 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2526 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT OF : CATALAO SERVICE PROVISION DATED: 08/25/2008 | MMC AUTOMOTORES. DO. BRASIL- ; LTDA BLOCKS 05, 07 AND 07 A, OF THE MINING DISTRICT . INDUSTRIALCATALAO, ROD. BR050. KM 283, : CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2527 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT SERVICE PROVISION DATED: 08/25/2008 | MMC AUTOMOTORES. DO. BRASIL LTDA BLOCKS 05, 07 AND 07 A, OF THE MINING DISTRICT. INDUSTRIAL • FROM. CATALAO, ROD. BR050. KM 283,: CATALAO/GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2528 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT FOR TOOL(S) | MMC AUTOMOTORESDO BRASIL LTDA BLOCKS 05, 07 AND 07A - DISTRITO MI'NERO INDUSTRIAL DE CATALAO (DIMIC), RODOVIA BR 050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2529 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 10/08/2010 | MMC, AUTOMOTORES DO BRASIL S.A BLOCKS 05, 07 AND 07A, MINERO INDUSTRIAL DE CATALAO (DIMIC), RODOVIA BR 050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2530 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT DATED: 10/08/2010 | MMC, AUTOMOTORES DO BRASIL S.A BLOCKS 05, 07 AND 07A, OF THE •_ DISTRITO MINERO INDUSTRIAL DE CATALAO (DIMIC), RODOVIA BR 050 KM.283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2531 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT OF CATALAN SERVICES DATED: 04/22/2008 | MMC. 'AUTOMOTORES DO BRASIL LTDA ROD. BR 050, KM 283, S/N° - QUADRAS 05, 07 E 07-A - DISTRITO MINERO-INDUSTRIAL DE CATALAO '- DIMIC - 1  CATALAO-GO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2532 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT FOR LEGAL ENTITY DATED: 10/16/2014 | MMCAUTOMOTORES DO BRASIL LTDA BLOCKS 05, 07 AND 07, A - DISTRITO MINERO INDUSTRIALDE CATALAO (DIMIC), ROD. BR-050 KM 283, CATALAO/GO, CEP 75701-903 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2533 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.03, CJ. 01, NOVA GOIANA, GOIANA - PE, CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2534 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.03, CJ. 01, NOVA GOIANA, GOIANA - PE, CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2535 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE OF PROPERTY DATED: 07/28/2017 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS LTDA MUNICIPALITY OF GOIANA, STATE OF PERNAMBUCO, AT RODOVIA BR 101, NORTE, S/N, KM 13 TO 15, GALPAO SP 07, PARTE 01, NOVA GOIANA, CEP: 55900000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2536 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 10/14/2015 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS LTDA . RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.03, CJ. 01, NOVA GOIANA, GOIANA - PE, CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2537 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS LTDA . RODOVIA BR 101 NORTE, S/N°, KM 13 TO 15, GALPAO SP.03, CJ. 01, NOVA GOIANA, GOIANA - PE, CEP: 55900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2538 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: | MMH INDUSTRIA E COMERCIO DE COMPONENTES AUTOMOTIVOS LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2539 | State what the contract or lease is for and the nature of the debtor's interest | INCENTIVE MARKETING SERVICES AGREEMENT DATED: 04/04/2012 | MOLLS - PROMOTIONAL MARKETING, INCENTIVE, ADVERTISING E PROPAGANDA LTDA RUA 7 DE SETEMBRO, 304 - CJ. 12 - CEP 18.190-000 - ARACOLABA DA SERRA - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known)  25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2540 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES BUSINESS THAT CELEBRATES AMONG ITSELF DATED: 07/16/2007 | MOTOR CONTROL DIVISION AND JORGE V^CTOR MANFREDI - RESPONSIBLE MONOTRIBUTO LAVALLEJA 1342 BARRIO COFICO CORDOBA, C.P. 5000 ARGENTINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2541 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 09/30/2009 | MOTRIZ - FEM/UNICAMP STUDENT ASSOCIATION THE FACULTY OF  MECHANICAL ENGINEERING OF UNICAMP, CIDADE UNIVERSITARIA ZEFERINO VAZ, CX POSTAL N.° 6122, CEP:  13.081-000, BARAO GERALDO, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2542 | State what the contract or lease is for and the nature of the debtor's interest | XVII MECHANICAL ENGINEERING WEEK AT UNICAMP SPONSORSHIP CONTRACT - GOLDPLAN DATED: 06/26/2013 | MOTRIZ - FEM/UNICAMP STUDENTS' ASSOCIATION FACULTY OF MECHANICAL ENGINEERING OF UNICAMP, CIDADE UNIVERSITARIA ZEFERINO VAZ,  CAMPINAS, SAO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2543 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 09/30/2009 | MOTRIZ - FEM/UNICAMP STUDENTS' ASSOCIATION FACULTY OF MECHANICAL ENGINEERING OF UNICAMP, CIDADE UNIVERSITARIA ZEFERINO VAZ,  CAMPINAS, SAO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2544 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 06/26/2013 | MOTRIZ - FEM/UNICAMP STUDENTS' ASSOCIATION THE FACULTY OF MECHANICAL ENGINEERING OF UNICAMP, CIDADE UNIVERSITARIA ZEFERINO VAZ, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2545 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/30/2014 | MOVIDA MEDICINA E SEGURANÇA DO TRABALHO EIRELI - EPP RUA JEQUITIBÁS, 527, ELDORADO, CONTAGEM – MG, CEP 32.310-130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2546 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2014 | MOVIDA MEDICINA E SEGURANÇA DO TRABALHO EIRELI - EPP RUA JEQUITIBÁS, 527, ELDORADO, CONTAGEM – MG, CEP 32.310-130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2547 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 01/28/2013 | MOVIDA MEDICINA E SEGURANQA DO TRABALHO EIRELI - EPP RUA JEQUITIBAS, 527 - ELDORADO - CEP 32.310.130 - CONTAGEM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2548 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTACT FOR THE PROVISION OF OCCUPATIONAL MEDICINE SERVICES DATED: 05/01/2014 | MOVIDA MEDICINA E SEGURANQA DO TRABALHO EIRELI - EPP RUA JEQUITIBAS, 527 - ELDORADO CEP 32.310.130 - CONTAGEM — MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2549 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE LICENSE AGREEMENT DATED: 03/25/2013 | MSC BRASIL SOFTWARE E ENGENHARIA LTDA RUA OFFICES AT RUA AUGUSTA NO. 1.598, 6 FLOOR, SUITE 61, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2550 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MASTER SOFTWARE LICENSE AGREEMENT – RESELLER CUSTOMER ORDERS DATED: 08/27/2013 | MSC BRASIL SOFTWARE E ENGENHARIA LTDA. RUA OFFICES AT RUA AUGUSTA NO. 1.598, 6 FLOOR, SUITE 61, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2551 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MASTER SOFTWARE LICENSE AGREEMENT DATED: 08/27/2013 | MSC BRASIL SOFTWARE E ENGENHARIA LTDA. RUA OFFICES AT RUA AUGUSTA NO. 1.598, 6 FLOOR, SUITE 61, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2552 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SOFTWARE LICENSE AGREEMENT DATED: 03/25/2013 | MSC BRASIL SOFTWARE E ENGENHARIA LTDA. RUA OFFICES AT RUA AUGUSTA NO. 1.598 6 FLOOR, SUITE 61 6' ANDAR CONJUNTO 61 IN THE CITY OF AUGUSTA N° 1.598 SAO PAULO, STATE OF SAO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2553 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF CONTRACT DATED: 01/09/2014 | MSX INTERNACIONAL DO BRASIL AV. DO CAFE, 277,   1ST FLOOR, CJ 102 B, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2554** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE SERVICE AGREEMENT DATED: 04/25/2014 | MSX INTERNACIONAL DO BRASIL AVENIDA DO TABOÃO, 899, BAIRRO TABOÃO, SÃO BERNARDO DO CAMPO, SÃO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2555** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 10/24/2013 | MSX INTERNACIONAL DO BRASIL AVENIDA DO CAFÉ, 277, 1ST FLOOR, CJ 102 B, SÃO PAULO/SP, CNPJ 00.900.441/0001-40 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2556** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 11/16/2009 | MSX INTERNACIONAL DO BRASIL LTDA. SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA DO TABOAO, N°. 899, P.6 -  TERREO-CPI 9150, BAIRRO TABOAO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2557** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/16/2012 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO TABOAO, 899, BAIRRO TABOAO, SAO BERNARDO DO CAMPO, SAO PAULO - CEP: 09655-900 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2558** | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF AGREEMENT DATED: 08/11/2009 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO CAFE, 277 - 1°. ANDAR - CONJ. 102 - TORRE B - JABAQUARA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2559** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 10/24/2013 | MSX INTERNATIONAL DO BRASIL LTDA AV. OF THE CAFE, 277, 1ST FLOOR, CJ 102 B, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2560** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 08/11/2009 | MSX INTERNATIONAL DO BRASIL LTDA SAO PAULO, STATE OF SAO PAULO, AT AVENIDA DO CAFE, 277 - 1°. ANDAR - CONJ. 102 - TORRE B - JABAQUARA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2561 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/05/2014 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO TABOAO, 899, BAIRRO TABOAO, SAO BERNARDO DO CAMPO, SAO PAULO - CEP: 09655-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2562 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/16/2009 | MSX INTERNATIONAL DO BRASIL LTDA SAO BERNARDO DO CAMPO, STATE OF SAO PAULO, AT AVENIDA DO TABOAO, N°. 899, P.6 - TERREO-CPI 9150, BAIRRO TABOAO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2563 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/05/2014 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO TABOAO, 899, BAIRRO TABOAO, SAO BERNARDO DO CAMPO, SAO PAULO - CEP: 09655-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2564 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/25/2014 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO TABOAO, 899, BAIRRO TABOAO, SAO BERNARDO DO CAMPO, SAO PAULO - CEP: 09655-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2565 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ASSIGNMENT OF CONTRACT DATED: 01/09/2014 | MSX INTERNATIONAL DO BRASIL LTDA AV. DO CAFE, 277, <br><br> 1ST FLOOR, CJ 102 B, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2566 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF SERVICE AGREEMENT DATED: 08/11/2009 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO CAFE, 277 - 1°. ANDAR - CONJ. 102 - TORRE B - JABAQUARA, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2567 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/01/2014 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO TABOAO, 899, BAIRRO TABOAO, SAO BERNARDO DO CAMPO, SAO PAULO - CEP: 09655900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2568 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/16/2011 | MSX INTERNATIONAL DO BRASIL LTDA AVENIDA DO TABOAO, 899, BAIRRO TABOAO, SAO BERNARDO DO CAMPO, SAO PAULO - CEP: 09655-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2569 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/25/2014 | MSX INTERNATIONAL DO BRASIL LTDA. AVENIDA DO TABOÃO, 899, BAIRRO TABOÃO, SÃO BERNARDO DO CAMPO, SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2570 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 08/11/2009 | MSX INTERNATIONAL DO BRASIL LTDA. AVENIDA DO CAFÉ, 277, 1° ANDAR, CONJUNTO 102, TORRE B, JABAQUARA, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2571 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/17/2011 | MSX INTERNATIONAL DO BRASIL LTDA. AVENIDA DO TABOÃO, 899, BAIRRO TABOÃO, SÃO BERNARDO DO CAMPO, SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2572 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 11/17/2010 | MSX INTERNATIONAL DO BRASIL LTDA. AVENIDA DO TABOÃO, 899, BAIRRO TABOÃO, SÃO BERNARDO DO CAMPO, SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2573 | State what the contract or lease is for and the nature of the debtor's interest | LENDING CONTRACT FOR EQUIPMENT(S), WITH GUARANTEED MINIMUM BILLING OF DOSES DATED: 04/05/2010 | MUELLER MINEIRA INDÚSTRIA E COMÉRCIO DE PLÁSTICOS LTDA. RUA DOMINGOS COSTA, NO. 80 BAIRRO CINCO CONTAGEM, MG, 32010-070 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2574 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/07/2011 | MULTI MEIOS ASSESSORIA EMPRESARIAL RUA JOAO CORDEIRO, 448 CJ. 04 - EDIFTCIO PORTELA CENTER - IN THE  CAPITAL OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2575 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF CONTRACT FOR THE PROVISION OF SERVICES FOR THE CREATION AND BROADCASTING OF PRINT AND VIRTUAL MEDIA DATED: 01/28/2012 | MULTI MEIOS ASSESSORIA EMPRESARIAL RUA JOAO CORDEIRO, 448 CJ. 04 - EDIFTCIO PORTELA CENTER - IN THE  CAPITAL OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2576 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS GUIDE DATED: 07/12/2011 | MULTI MEIOS ASSESSORIA EMPRESARIAL LIDA. RUA JOAO CORDEIRO, 448 - CJ, 04 - ED, PORTELA CENTER - MOINHO VELHO . • CEP 02960-000 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2577 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 04/30/2010 | MUNICIPAL TEACHING FOUNDATION OF PIRACICABA-FUMEP AV. MONSENHOR MARTINHO SALGOT, 560, IN THE CITY OF PIRACICABA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2578 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT BETWEEN THE MUNICIPAL TEACHING FOUNDATION OF PIRACICABA-FUMEP AND MAGNETI MARELLI SISTEMAS AUTOMOTIVOS IND. AND COM. | MUNICIPAL TEACHING FOUNDATION OF PIRACICABA-FUMEP AV.  MONSENHOR MARTINHO SALGOT, 560, IN THE CITY OF PIRACICABA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2579 | State what the contract or lease is for and the nature of the debtor's interest | 3RD CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/12/2013 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2580 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 12/21/2009 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2581 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT - SUCCESSION AND/OR ASSIGNMENT OF RIGHTS AND OBLIGATIONS DATED: 04/19/2007 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2582**
| State what the contract or lease is for and the nature of the debtor's interest | 4TH CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/12/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2583**
| State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 06/30/2009 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2584**
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 01/15/2009 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2585**
| State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR RESIDENTIAL PROPERTY DATED: 01/12/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2586**
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES, SUPPLY OF DOSING PRODUCTS AND LENDING OF DOSING PUMPS NO. 01/2013 DATED: 11/13/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2587**
| State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 02/09/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2588**
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/31/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2589** | |
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF RESIDENTIAL LEASE AGREEMENT DATED: 02/10/2017 · NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2590** | |
| State what the contract or lease is for and the nature of the debtor's interest | CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 12/05/2011 · NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2591** | |
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 10/11/2012 · NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2592** | |
| State what the contract or lease is for and the nature of the debtor's interest | 2ND CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 08/30/2012 · NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2593** | |
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 07/16/2007 · NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2594** | |
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF RESIDENTIAL LEASE AGREEMENT DATED: 02/10/2017 · NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.2595** | |
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 03/01/2013 · NAME ON FILE ADDRESS ON FILE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known): 25-11062 |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2596 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR RESIDENTIAL PROPERTY DATED: 01/12/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2597 | State what the contract or lease is for and the nature of the debtor's interest | 3RD CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 08/30/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2598 | State what the contract or lease is for and the nature of the debtor's interest | RESIDENTIAL PROPERTY LEASE AGREEMENT DATED: 10/31/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2599 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 02/01/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2600 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 04/06/2020 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2601 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 09/09/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2602 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR RESIDENTIAL PROPERTY DATED: 01/12/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2603 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL LEASE AGREEMENT DATED: 06/18/2012 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2604 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL PROPERTY LEASE AGREEMENT DATED: 10/31/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2605 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 09/03/2008 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2606 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF RESCISSION OF THE PRIVATE INSTRUMENT OF RESIDENTIAL LEASE AGREEMENT DATED: 05/06/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2607 | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/31/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2608 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 02/01/2012 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2609 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/30/2011 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
Case number (if known):   25-11062

Name

---

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2610** **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 12/21/2009 | NAME ON FILE ADDRESS ON FILE |

| | | |
|---|---|---|
| **2.2610** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 12/21/2009 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2611** | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST ADDENDUM: 07/09/2020 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2612** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT FOR RESIDENTIAL PROPERTY DATED: 01/12/2011 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2613** | **State what the contract or lease is for and the nature of the debtor's interest** | 4TH CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/31/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2614** | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST (FIRST) AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL \|E ASSISTANCE AND LENDING SERVICE DATED: 11/28/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2615** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 03/01/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2616** | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL LEASE AGREEMENT DATED: 06/18/2012 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

---

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known)   25-11062

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2617** **State what the contract or lease is for and the nature of the debtor's interest**<br>CONTRACT FOR THE PROVISION OF TECHNICAL ASSISTANCE AND LENDING SERVICES DATED: 06/13/2013<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.2618** **State what the contract or lease is for and the nature of the debtor's interest**<br>PRIVATE INSTRUMENT OF LEASE OF REAL ESTATE RESIDENTIAL DATED: 08/06/2013<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.2619** **State what the contract or lease is for and the nature of the debtor's interest**<br>SPONSORSHIP CONTRACT DATED: 12/10/2013<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.2620** **State what the contract or lease is for and the nature of the debtor's interest**<br>CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 07/16/2007<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.2621** **State what the contract or lease is for and the nature of the debtor's interest**<br>CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/15/2011<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.2622** **State what the contract or lease is for and the nature of the debtor's interest**<br>CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 10/11/2012<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| **2.2623** **State what the contract or lease is for and the nature of the debtor's interest**<br>CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 10/11/2012<br>**State the term remaining** Undetermined<br>**List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2624 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF RESCISSION OF THE PRIVATE INSTRUMENT OF RESIDENTIAL LEASE AGREEMENT DATED: 05/06/2014 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2625 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2626 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/17/2009 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2627 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE OF REAL ESTATE RESIDENTIAL DATED: 08/06/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2628 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 07/01/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2629 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 03/01/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2630 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE CONTRACT FOR THE PROVISION OF ADVISORY SERVICES BUSINESS TECHNIQUE DATED: 09/02/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2631** **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL LEASE AGREEMENT DATED: 03/30/2012 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.2632** **State what the contract or lease is for and the nature of the debtor's interest** | 3RD CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/12/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.2633** **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ASSISTANCE AND LENDING SERVICES DATED: 06/19/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.2634** **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF RESIDENTIAL LEASE AGREEMENT DATED: 02/10/2017 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.2635** **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/31/2012 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.2636** **State what the contract or lease is for and the nature of the debtor's interest** | 3RD CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/12/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| **2.2637** **State what the contract or lease is for and the nature of the debtor's interest** | OUT-OF-COURT SETTLEMENT AGREEMENT DATED: 06/17/2011 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2638**
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 10/01/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2639**
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES OF A SELF-EMPLOYED PROFESSIONAL DATED: 09/01/2007 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2640**
| State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 10/11/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2641**
| State what the contract or lease is for and the nature of the debtor's interest | CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/17/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2642**
| State what the contract or lease is for and the nature of the debtor's interest | 2ND CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 08/30/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2643**
| State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LEASE FOR RESIDENTIAL PURPOSES DATED: 01/15/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2644**
| State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
          Name                                                    Case number (if known)   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2645** **State what the contract or lease is for and the nature of the debtor's interest** FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT DATED: 06/30/2011 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2646** **State what the contract or lease is for and the nature of the debtor's interest** SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2647** **State what the contract or lease is for and the nature of the debtor's interest** SPONSORSHIP CONTRACT DATED: 12/10/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2648** **State what the contract or lease is for and the nature of the debtor's interest** CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/17/2011 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2649** **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/12/2009 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2650** **State what the contract or lease is for and the nature of the debtor's interest** 2ND CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 09/06/2012 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |
| **2.2651** **State what the contract or lease is for and the nature of the debtor's interest** ELEVENTH AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/02/2014 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** Undetermined **List the contract number of any government contract** | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2652 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/30/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2653 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF TECHNICAL |E ASSISTANCE AND LENDING SERVICES DATED: 11/28/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2654 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES IN THE EVENT SUPERAQAO SAUDE - 2011 DATED: 04/15/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2655 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 07/16/2007 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2656 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 12/05/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2657 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 10/11/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2658 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/17/2008 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2659** | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ADVISORY SERVICES TO T BUSINESS TECHNICIANS DATED: 09/02/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2660** | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF COMMITMENT - SUCCESSION AND/OR ASSIGNMENT OF RIGHTS AND OBLIGATIONS DATED: 04/19/2017 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2661** | **State what the contract or lease is for and the nature of the debtor's interest** | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ADVISORY SERVICES DATED: 07/17/2010 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2662** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 09/03/2008 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2663** | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/21/2013 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2664** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 11/10/2012 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2665** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/12/2009 | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name                                                    Case number (if known)   25-11062

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2666 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 10/01/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2667 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE OF REAL ESTATE RESIDENTIAL DATED: 08/06/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2668 | **State what the contract or lease is for and the nature of the debtor's interest** | 2ND CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 08/30/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2669 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR LEGAL SERVICES: 12/28/2020 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2670 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT DATED: 06/30/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2671 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF COMMITMENT TO CARRY OUT AN UNPAID INTERNSHIP DATED: 10/01/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2672 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/15/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2673 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE CONTRACT FOR THE PROVISION OF ADVISORY SERVICES BUSINESS TECHNIQUE DATED: 09/02/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2674 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 12/21/2009 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2675 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL LEASE AGREEMENT DATED: 07/01/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2676 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 10/11/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2677 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES OF A SELF-EMPLOYED PROFESSIONAL DATED: 09/01/2007 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2678 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/15/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.2679 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 10/11/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2680**
| **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF TRANSFER OF OWNERSHIP OF ACCESS TO THE PERSONAL MOBILE SERVICE DATED: 10/29/2009 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.2681**
| **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 12/01/2010 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.2682**
| **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES SELF-EMPLOYED PROFESSIONAL DATED: 01/21/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.2683**
| **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES IN THE EVENT SUPERACAO SAUDE - 2011 DATED: 04/15/2011 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.2684**
| **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE OF REAL ESTATE RESIDENTIAL DATED: 08/06/2013 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.2685**
| **State what the contract or lease is for and the nature of the debtor's interest** | ELEVENTH AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/05/2014 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

**2.2686**
| **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE CONTRACT FOR THE PROVISION OF ADVISORY SERVICES DATED: 09/02/2010 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known)   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2687**

| State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 02/09/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2688**

| State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE CONTRACT FOR THE PROVISION OF ADVISORY SERVICES DATED: 09/02/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2689**

| State what the contract or lease is for and the nature of the debtor's interest | ONTRACT FOR THE PROVISION OF TECHNICAL ADVISORY SERVICES DATED: 07/16/2007 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2690**

| State what the contract or lease is for and the nature of the debtor's interest | 4TH CONSOLIDATION OF THE CONTRACT FOR THE PROVISION OF BUSINESS TECHNICAL ADVISORY SERVICES DATED: 07/31/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2691**

| State what the contract or lease is for and the nature of the debtor's interest | ELEVENTH AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/01/2014 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2692**

| State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT DATED: 06/30/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

**2.2693**

| State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 01/15/2009 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2694 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE LEASE AGREEMENT FOR RESIDENTIAL PURPOSES DATED: 10/01/2014 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2695 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT DATED: 10/22/2007 | NATIONAL BANK FOR ECONOMIC AND SOCIAL DEVELOPMENT BRASILIA, FEDERAL DISTRICT, AND SERVICES IN THIS CITY, AT AVENIDA REPUBLICA DO CHILE N° 100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2696 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT DATED: 06/21/2007 | NATIONAL BANK FOR ECONOMIC AND SOCIAL DEVELOPMENT BNDES<br>BRASNIA, FEDERAL DISTRICT, AND SERVICES IN THIS CITY, AT AVENIDA REPUBLICA DO CHILE N° 100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2697 | **State what the contract or lease is for and the nature of the debtor's interest** | DECLARATION OF CONTRACTUAL EFFECTIVENESS DATED: 11/07/2007 | NATIONAL BANK FOR ECONOMIC AND SOCIAL DEVELOPMENT BNDES<br>BRASILIA, FEDERAL DISTRICT, AND SERVICES IN THIS CITY, AT AVENIDA REPUBLICA DO CHILE N° 100 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2698 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT-TERM INCENTIVIZED ELECTRICITY PURCHASE AND SALE AGREEMENT IN THE FREE CONTRACTING ENVIRONMENT DATED: 05/01/2010 | NATIONAL ELECTRIC ENERGY AGENCY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2699 | **State what the contract or lease is for and the nature of the debtor's interest** | ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 05/01/2010 | NC ENERGIA S.A.<br>PRAIA DO FLAMENGO, N°. 200, 11TH FLOOR, FLAMENGO, MUNICIPALITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO, CEP: CEP: 22210-901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2700 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT-TERM INCENTIVIZED ELECTRICITY PURCHASE AND SALE AGREEMENT IN THE FREE CONTRACTING ENVIRONMENT DATED: 05/01/2010 | NC ENERGIA S.A.<br>PRAIA DO FLAMENGO, N°. 200, 11TH FLOOR, FLAMENGO, MUNICIPALITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO, CEP: CEP: 22210-901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | ATTN: ADRIANO MACEDO (COMMERCIAL), MANOEL XAVIER CARDOSO (CCEE/ANEEL AFFAIRS) AND ADRIANE MENDES (CONTRACT MANAGEMENT) |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2701** | State what the contract or lease is for and the nature of the debtor's interest | BUFFER STOCK AGREEMENT DATED: 03/01/2007 | NDK EUROPE LIMITED 31-35 HIGH STREET RIVER REACH KINGSTON UPON THAMES, SURREY, KT1 ILF UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2702** | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE LEASE AGREEMENT OF PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 03/27/2024 | NE LOGISTIC REAL ESTATE INVESTMENT FUND AVENIDA ATAULFO DE PAIVA, NO. 153, ROOM 201, LEBLON, RIO DE JANEIRO - RJ, CEP: 22.440-032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2703** | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE LEASE AGREEMENT OF PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 03/28/2024 | NE LOGISTIC REAL ESTATE INVESTMENT FUND CITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO, AT AVENIDA ATAULFO DE PAIVA, NO. 153, ROOM 201, LEBLON, CEP 22440 -032 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2704** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT OF PROPERTY DATED: 01/03/2019 | NE LOGISTIC REAL ESTATE INVESTMENT FUND AVENIDA BRIGADEIRO FARIA LIMA, N° 2277, 2° ANDAR, CONJUNTO 202, PINHEIROS, SÃO PAULO - SP, CEP: 01452-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2705** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE PROVISION CONTRACT: 07/2022 | NELSON HEUSI LOGISTICA E ARMAZENS GERAIS LTDA RUA JOSÉ PEREIRA LIBERATO, 1710, SÃO JOÃO, ITAJAÍ, 88303-401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2706** | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE SERVICE AGREEMENT FOR CUSTOMS CLEARANCE OF IMPORTS AND EXPORTS: 05/27/2023 | NELSON HEUSI LOGISTICA E ARMAZENS GERAIS LTDA RUA JOSÉ PEREIRA LIBERATO, 1710, CIDADE DE ITAJAÍ, ESTADO DE SANTA CATARINA, CEP 88303-401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2707** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT: 04/28/2021 | NELSON HEUSI LOGISTICA E ARMAZENS GERAIS LTDA RUA JOSÉ PEREIRA LIBERATO, 1710, SÃO JOÃO, ITAJAÍ, 88303-401 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|--------|--------|--------|--------|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2708 | **State what the contract or lease is for and the nature of the debtor's interest** | NETTRACK INTERNET SOFTWARE LICENSE AGREEMENT DATED: 04/07/2009 | NET TRACK SISTEMAS LTDA RUA NUNES VIEIRA, 436 - 204 C, SANTO ANTONIO, BELO HORIZONTE, MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2709 | **State what the contract or lease is for and the nature of the debtor's interest** | NETTRACK INTERNET SOFTWARE LICENSE AGREEMENT DATED: 04/07/2009 | NET TRACK SISTEMAS LTDA RUA NUNES VIEIRA, 436 - 204 C, SANTO ANTONIO, BELO HORIZONTE, MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2710 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERNET SOFTWARE LICENSE AGREEMENT. DATED: 04/07/2009 | NET TRACK SISTEMAS LTDA. DE BELO HORIZONTE, STATE OF MINAS GERAIS, AT RUA NUNES VIEIRA, 436 - 204 C, SANTO ANTONIO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2711 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AGREEMENT DATED: 04/07/2009 | NET TRACK SISTEMAS LTDA. DE BELO HORIZONTE, STATE OF MINAS GERAIS, AT RUA NUNES VIEIRA, 436 - 204 C, SANTO ANTONIO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2712 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF CONSTITUTION OF GUARANTEE DATED: 09/28/2009 | NEW LEASE OF VEHICLES LIDA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2713 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE ASSIGNMENT OF USE AGREEMENT (LICENSE) AND OTHER COVENANTS DATED: 04/15/2021 | NEW SOFT INFORMÁTICA LIMEIRA LTDA. RUA CARLOS GOMES, Nº 1.321 3RD FLOOR, PATIO OFFICE, CENTRO, LIMEIRA, SP. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2714 | **State what the contract or lease is for and the nature of the debtor's interest** | SIXTH ADDENDUM TO THE SOFTWARE LICENSE AGREEMENT AND OTHER COVENANTS: 01/01/2025 | NEW SOFT INFORMÁTICA LIMEIRA LTDA. RUA CARLOS GOMES, 1.321, 3º ANDAR, PATIO OFFICE, CENTRO, LIMEIRA, SP, CEP: 13480-013 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2715** | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/09/2009 | NEW VEHICLE RENTAL LTDA. |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2716** | **State what the contract or lease is for and the nature of the debtor's interest** | INSTRUMENT PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | NOHALL OUTSOURCING LTDA RUA MANOEL PEDRO JUNIOR, NO. 323, 6TH FLOOR, CONJUNTO 63, VILA  BOCAINA, MAUA-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2717** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | NOHALL OUTSOURCING LTDA RUA MANOEL PEDRO JUNIOR, NO. 323, 6TH FLOOR, CONJUNTO 63, VILA  BOCAINA, MAUA-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2718** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 11/28/2006 | NOHALL OUTSOURCING LTDA. RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2719** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF ASSIGNMENT AND 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/21/2007 | NOHALL OUTSOURCING LTDA. RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2720** | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF ASSIGNMENT AND 1ST AMENDMENT TO THE CONTRACT DATED: 06/21/2007 | NOHALL OUTSOURCING LTDA. RUA MANOEL  PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2721** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 11/28/2006 | NOHALL OUTSOURCING LTDA. RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2722 | State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF ASSIGNMENT AND 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/21/2007<br>State the term remaining: Undetermined<br>List the contract number of any government contract | NOHALL OUTSOURCING LTDA.<br>RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| 2.2723 | State what the contract or lease is for and the nature of the debtor's interest: SERVICE AGREEMENT DATED: 11/28/2006<br>State the term remaining: Undetermined<br>List the contract number of any government contract | NOHALL OUTSOURCING LTDA.<br>RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| 2.2724 | State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF ASSIGNMENT AND 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/21/2007<br>State the term remaining: Undetermined<br>List the contract number of any government contract | NOHALL OUTSOURCING LTDA.<br>RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| 2.2725 | State what the contract or lease is for and the nature of the debtor's interest: SERVICE AGREEMENT DATED: 11/28/2006<br>State the term remaining: Undetermined<br>List the contract number of any government contract | NOHALL OUTSOURCING LTDA. (TRADE NAME: NOHALL PRESTACAO DE SERVICOS)<br>RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| 2.2726 | State what the contract or lease is for and the nature of the debtor's interest: SERVICE AGREEMENT DATED: 11/28/2006<br>State the term remaining: Undetermined<br>List the contract number of any government contract | NOHALL OUTSOURCING LTDA. (TRADE NAME: NOHALL PRESTACAO DE SERVICOS)<br>RUA MANOEL PEDRO JUNIOR, N° 323, 6TH FLOOR, CJ. 63, VILA BOCAINA, MAUA - SP, CEP 09310-720 |
| 2.2727 | State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007<br>State the term remaining: Undetermined<br>List the contract number of any government contract | NOHALL PRESTACAO DE SERVICOS EM INSPECAO DE QUALIDADE LTDA. - EPP<br>RUA JOSE PAULINO, N.° 416, SALA 904, CENTRO, IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO |
| 2.2728 | State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FROM PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007<br>State the term remaining: Undetermined<br>List the contract number of any government contract | NOHALL PRESTACAO DE SERVICOS EM INSPECAO DE QUALIDADE LTDA. - EPP<br>RUA JOSE PAULINO, N.° 416, SALA 904, CENTRO, IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2729** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | NOHALL PRESTAÇÃO DE SERVIÇOS EM INSPEÇÃO DE QUALIDADE LTDA. - EPP ATTN: VANDERLEI LUIZ DE FIGUEIREDO CHIEF FINANCIAL OFFICER RUA JOSÉ PAULINO, 416, SALA 904, CENTRO, CAMPINAS - SP – 13013-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2730** | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL INSTRUMENT OF CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | NOHALL PRESTAÇÃO DE SERVIÇOS EM INSPEÇÃO DE QUALIDADE LTDA. – EPP ATTN: VANDERLEI LUIZ DE FIGUEIREDO CHIEF FINANCIAL OFFICER RUA JOSÉ PAULINO, 416, SALA 904, CENTRO, CAMPINAS – SP, 13.010-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2731** | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | NOHALL PRESTACAO DE SERVICOS EM INSPECAO DE QUALIDADE LTDA. EPP RUA JOSE PAULINO, N.º 416, SALA 904, CENTRO, CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2732** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 10/06/2009 | NOHALL PRESTACAO DE SERVIGOS EM INSPEGAO DE QUALIDADE LTDA. EPP RUA JOSE PAULINO, N° 416, 7TH FLOOR, Sl. 707, CENTRO, CAMPINAS - <br><br> SP. CEP 13.013-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2733** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT DATED: 06/10/2009 | NOHALL SOLUTION AND INNOVATION IN INSPECTION OF PARTS AND ACCESSORIES LTDA. RUA MIGUEL ARCANGELO MATIELO, 320, SLS. 17 E 18, JD. CAROLINA-ÉDEN, SOROCABA, SP – CNPJ: 09.558.349/0001-18 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2734** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL SERVICES AND OTHER COVENANTS DATED: 07/05/2010 | NOSSA ESCOLA E&A COMERCIO DE LIVROS LTDA AV. FRANCISCO JOSE DE CAMARGO ANDRADE. 83, CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2735** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL SERVICES AND OTHER COVENANTS DATED: 07/05/2010 | NOSSA ESCOLA E&A COMERCIO DE LIVROS LTDA AV. FRANCISCO JOSE DE CAMARGO ANDRADE. 83, CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2736 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL SERVICES AND OTHER COVENANTS DATED: 07/05/2010 | NOSSA ESCOLA E&A COMERCIO DE LIVROS LTDA CAMPINAS/SP, AT AV. FRANCISCO JOSE DE CAMARGO ANDRADE. 83 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2737 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF EDUCATIONAL SERVICES AND OTHER COVENANTS DATED: 07/05/2010 | NOSSA ESCOLA E&A COMERCIO DE LIVROS LTDA ME CITY OF CAMPINAS/SP, AT AV. FRANCISCO  JOSE DE CAMARGO ANDRADE. 83 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2738 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2739 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2740 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2741 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2742 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 09/01/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda         Case number (if known)   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2743 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2744 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2745 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2746 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2747 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2748 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2749 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.2750**

State what the contract or lease is for and the nature of the debtor's interest
FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2016

State the term remaining — Undetermined

List the contract number of any government contract

NOVA LOCAÇÃO DE VEÍCULOS LTDA
RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO/SP, CNPJ 02.418.410/0001-82

---

**2.2751**

State what the contract or lease is for and the nature of the debtor's interest
SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009

State the term remaining — Undetermined

List the contract number of any government contract

NOVA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP CNPJ: 02.418.410/0001-82

NOVA LOCAÇÃO DE VEÍCULOS LTDA
RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP CNPJ: 02.418.410/0001-82

---

**2.2752**

State what the contract or lease is for and the nature of the debtor's interest
PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009

State the term remaining — Undetermined

List the contract number of any government contract

NOVA LOCAÇÃO DE VEÍCULOS LTDA
RUA AMÉRICO BRASILIENSE, NO. 1852, SÃO PAULO/SP

---

**2.2753**

State what the contract or lease is for and the nature of the debtor's interest
SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009

State the term remaining — Undetermined

List the contract number of any government contract

NOVA LOCACAO DE VEICULOS LTDA.
RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO

---

**2.2754**

State what the contract or lease is for and the nature of the debtor's interest
PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES CONTRACT DATED: 04/14/2009

State the term remaining — Undetermined

List the contract number of any government contract

NOVA LOCACAO DE VEICULOS LTDA.
CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852

---

**2.2755**

State what the contract or lease is for and the nature of the debtor's interest
SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009

State the term remaining — Undetermined

List the contract number of any government contract

NOVA LOCACAO DE VEICULOS LTDA.
SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852

---

**2.2756**

State what the contract or lease is for and the nature of the debtor's interest
SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009

State the term remaining — Undetermined

List the contract number of any government contract

NOVA LOCACAO DE VEICULOS LTDA.
CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852

---

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2757** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCACAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2758** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET | NOVA LOCACAO DE VEICULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2759** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES CONTRACT DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2760** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES CONTRACT DATED: 04/14/2009 | NOVA LOCACAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2761** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA. SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2762** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCACAO DE VEICULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2763** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2764 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, NO. 1852, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2765 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP, 04715-005 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2766 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP CNPJ: 02.418.410/0001-82 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2767 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2768 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, 1852, SÃO PAULO – SP CNPJ: 02.418.410/0001-82 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2769 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAÇÃO DE VEÍCULOS LTDA. RUA AMÉRICO BRASILIENSE, NO. 1852, SÃO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2770 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.2771** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

NOVA LOCAQAO DE VE^CULOS LTDA
SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852

| **2.2772** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 |
| --- | --- |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

NOVA LOCAQAO DE VE^CULOS LTDA
RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO, SAO PAULO

| **2.2773** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES - CONTRACT NO. 14042009 DATED: 09/21/2009 |
| --- | --- |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

NOVA LOCAQAO DE VE^CULOS LTDA
CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852

| **2.2774** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 |
| --- | --- |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

NOVA LOCAQAO DE VE^CULOS LTDA
CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185

| **2.2775** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 |
| --- | --- |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

NOVA LOCAQAO DE VE^CULOS LTDA
CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185

| **2.2776** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 |
| --- | --- |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

NOVA LOCAQAO DE VE^CULOS LTDA
CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE,

| **2.2777** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES - CONTRACT NO. 14042009 DATED: 09/21/2009 |
| --- | --- |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

NOVA LOCAQAO DE VE^CULOS LTDA
CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda         Case number (if known):  25-11062
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2778 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2779 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 185 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2780 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES - CONTRACT | NOVA LOCAQAO DE VE^CULOS LTDA CITY OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2781 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/08/2009 | NOVA LOCAQAO DE VE^CULOS LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2782 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2783 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VE^CULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2784 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAQAO DE VEICULOS LTDA RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known)    25-11062

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2785 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING DATED: 09/01/2009 | NOVA LOCAQAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2786 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAQAO DE VEICULOS LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2787 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VEICULOS LTDA. SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2788 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAQAO DE VEICULOS LTDA. RUA AMERICO BRASILIENSE, N° 1852, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2789 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 04/14/2009 | NOVA LOCAQAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2790 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 06/09/2009 | NOVA LOCAQAO DE VEICULOS LTDA. OF SAO  PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2791 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT FOR LEASING A FLEET OF VEHICLES DATED: 09/21/2009 | NOVA LOCAQAO DE VEICULOS LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO,  AT RUA AMERICO BRASILIENSE, N° 1852 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.2792** State what the contract or lease is for and the nature of the debtor's interest | TERM OF CONSTITUTION OF GUARANTEE DATED: 09/28/2009 | NOVA. LEASE. OF VEHICLES . LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2793** State what the contract or lease is for and the nature of the debtor's interest | TERM OF CONSTITUTION OF GUARANTEE DATED: 09/28/2009 | NOVA. LEASE. OF VEHICLES LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA AMERICO BRASILIENSE, N° 1852 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2794** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/03/2007 | NUMIDIS SARL AT AVENIDA D'EPINAY, 19 CITY OF COLOMBES, FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2795** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/02/2009 | NUMIDIS SARL AT AVENIDA D'EPINAY, 19 CITY OF COLOMBES, FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2796** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 01/02/2013 | NUMIDIS SARL AT AVENIDA D'EPINAY, 19 CITY OF COLOMBES, FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2797** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 01/02/2010 | NUMIDIS SARL AT AVENIDA D'EPINAY, 19 COLOMBES, FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.2798** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/03/2007 | NUMIDIS SARL AT AVENIDA D'EPINAY, 19 COLOMBES, FRANCE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):  25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2799 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/02/2011 | NUMIDIS SARL AT AVENIDA D'EPINAY, 19 CITY OF COLOMBES, FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2800 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/02/2010 | NUMIDIS SARL. AT AVENIDA D'EPINAY, 19 CITY OF COLOMBES, FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2801 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 01/02/2009 | NUMIDIS SARL. AT AVENIDA D'EPINAY, 19 COLOMBES, FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2802 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE INSTRUMENT OF CONTRACT DATED: 01/02/2014 | NUMIDIS SARL. AT AVENIDA D'EPINAY, 19 CITY OF COLOMBES, FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2803 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 01/02/2011 | NUMIDIS SARL. AT AVENIDA D'EPINAY, 19 COLOMBES, FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2804 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 01/02/2014 | NUMIDIS SARL. AT AVENIDA D'EPINAY, 19 COLOMBES, FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2805 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 01/02/2013 | NUMIDIS SARL. AT AVENIDA D'EPINAY, 19 COLOMBES, FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2806** | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST CONTRACTUAL AMENDMENT TO SERVICE PROVISION AGREEMENT DATED: 02/08/2008 | NV SISTEMAS COM. DE PROG. DE COMP. E SERVIÇOS LTDA. RUA COTOXO, 611, CJ. 44, SÃO PAULO - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2807** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/08/2008 | NV SISTEMAS COM. DE PROG. DE COMP. E SERVIQOS LTDA RUA COTOXO, 611 - CJ.44, SAO PAULO-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2808** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/30/2006 | NV SISTEMAS COM. DE PROG. DE COMP. E SERVIQOS LTDA RUA COTOXO, 611 - CJ.44, SAO PAULO-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2809** | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES | NV SISTEMAS COM. DE PROG. DE COMP. E SERVIQOS LTDA RUA COTOXO,  611 - CJ.44, SAO PAULO-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2810** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 02/08/2008 | NV SISTEMAS COMÉRCIO DE PROGRAMAS DE COMPUTAÇÃO E SERVIÇOS LTDA. RUA COTOXO, 611, SALA 44, SÃO PAULO - SP, CEP 05021-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2811** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 02/08/2008 | NV SISTEMAS COMÉRCIO DE PROGRAMAS DE COMPUTAÇÃO E SERVIÇOS LTDA. RUA COTOXO, 611, SALA 44, SÃO PAULO, SP – CEP: 05021-000 – CNPJ: 02.035.959/0001-98 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2812** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 02/08/2008 | NV SISTEMAS COMERCIO DE PROGRAMAS DE COMPUTAQAO E SERVIQOS LTDA RUA COTOXO, N° 611, SALA 44, CAPITAL DO ESTADO DE SAO PAULO, CEP 05021-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2813 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 02/08/2008 | NV SISTEMAS COMERCIO DE PROGRAMAS DE COMPUTAQAO E SERVIQOS LTDA RUA COTOXO, N° 611, SALA 44, CAPITAL DO ESTADO DE SAO PAULO, CEP 05021-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2814 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 05/02/2011 | OBRAS SOCIAIS E EDUCACIONALS HORTOLANDIA, STATE OF SAO PAULO, AT RUA ADAMASTOR PIRSCHENER, 193, BAIRRO JARDIM SANTA CLARA DO LAGO I, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2815 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT DATED: 11/29/2019 | OLIVEIRA TRUST DISTRIBUIDORA DE TITULOS E VALORES MOBILIARIOS S.A. RIO DE JANEIRO, STATE OF RIO DE JANEIRO, AT AVENIDA DAS AMERICAS, N° 3434, BLOCK 07, ROOM 201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2816 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT OF REAL ESTATE DATED: 11/29/2019 | OLIVEIRA TRUST DISTRIBUIDORA DE TÍTULOS E VALORES MOBILIÁRIOS S.A. AVENIDA DAS AMÉRICAS, N° 3434, BLOCO 07, SALA 201, RIO DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2817 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 01/20/2010 | OPERATIONAL SERVICES GMBH & CO. KG RUDOLF-EHRLICH-STR. 7 D-08058 ZWICKAU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2818 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | OPFACIL INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2819 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR ASSIGNMENT OF USE OF THE GREAT CARD AND PROVISION OF SERVICE DATED: 04/22/2009 | OPTIMAL CONSORTIUM OF ELECTRONIC TICKETING RUA AQUILES LOBO, NO. 504, 6TH FLOOR, BAIRRO  FLORESTA, CEP: 30.150-160, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.2820** | **State what the contract or lease is for and the nature of the debtor's interest** | PROVISION OF TELECOMMUNICATIONS SERVICES DATED: 07/19/2018 | ORANGE POLSKA S.A JEROZOLIMSKIE 160 02-326 WARSAW |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2821** | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP AGREEMENT DATED: 03/01/2012 | ORGANIZAÇÃO MOVIMENTO JOVEM DE AMPARO BAIRRO DO PANTALEÃO, S/N°, ZONA RURAL, AMPARO, SÃO PAULO, CNPJ 43.467.836/0001-03 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2822** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OF PROVISION OF FOREIGN LANGUAGE TEACHING SERVICES DATED: 06/19/2008 | OXFORD INSTITUTE OF FOREIGN LANGUAGE LTDA. RUA FREI HENRIQUE SOARES, N° 383, BAIRRO INCONFIDENTES,  IN CONTAGEM, IN THE STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2823** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OF PROVISION OF FOREIGN LANGUAGE TEACHING SERVICES DATED: 06/19/2008 | OXFORD INSTITUTE OF FOREIGN LANGUAGE LTDA. RUA FREI HENRIQUE SOARES, N° 383, BAIRRO INCONFIDENTES,  IN CONTAGEM, IN THE STATE OF MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2824** | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL INSTRUMENT OF CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | PASSARO DOURADO TRANSPORTES E TURISMOS LTDA AVENIDA DOMINGOS FACHINI, NO. 208, MUNICIPALITY OF AMPARO, STATE OF SÃO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2825** | **State what the contract or lease is for and the nature of the debtor's interest** | INSTRUMENT PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | PASSARO DOURADO TRANSPORTES E TURISMOS LTDA. ATTN: SILVIA AND/OR JOSE GUERRA AVENIDA DOMINGOS FACHINI, NO. 208, AMPARO - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2826** | **State what the contract or lease is for and the nature of the debtor's interest** | INSTRUMENT – PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 05/12/2010 | PÁSSARO DOURADO TRANSPORTES E TURISMOS LTDA. AV. DOMINGOS FACHINI, 208, AMPARO, SP – CNPJ: 56.756.513/0001-81 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2827 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | PÁSSARO DOURADO TRANSPORTES E TURISMOS LTDA. AVENIDA DOMINGOS FACHINI, 208, AMPARO, SP – CNPJ: 56.756.513/0001-81 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2828 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT FROM PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | PASSARO DOURADO TRANSPORTES E TURISMOS LTDA. ATTN: SILVIA AND/OR JOSE GUERRA AVENIDA DOMINGOS FACHINI, N° 208, AMPARO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2829 | State what the contract or lease is for and the nature of the debtor's interest | INTERNSHIP AGREEMENT DATED: 08/18/2008 | PAULISTA UNIVERSITY-UNIP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2830 | State what the contract or lease is for and the nature of the debtor's interest | LEASING OF EQUIPMENT FOR PRINTING LABELS DATED: 11/07/2011 | PCX SOLUCOES EM TECNOLOGIA DA INFORMACAO LTDA RUA DR. ITARARE, 848, CONCORDIA - MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2831 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE LEASE OF EQUIPMENT FOR PRINTING LABELS DATED: 11/30/2013 | PCX SOLUCOES EM TECNOLOGIA DA INFORMACAO LTDA RUA ITARARE, 848, CONCORDIA, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2832 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 11/04/2011 | PCX SOLUÇÕES EM TECNOLOGIA DA INFORMAÇÃO LTDA RUA ITARARÉ, 848, CONCÓRDIA, BELO HORIZONTE/MG CNPJ: 09.583.770/0001-89 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2833 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO CONTRACT DATED: 11/30/2013 | PCX SOLUÇÕES EM TECNOLOGIA DA INFORMAÇÃO LTDA RUA ITARARÉ, 848, CONCÓRDIA, BELO HORIZONTE/MG CNPJ: 09.583.770/0001-89 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2834 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND MAINTENANCE AGREEMENT FOR THERMAL PRINTERS DATED: 10/01/2019 | PCX SOLUÇÕES EM TECNOLOGIA DA INFORMAÇÃO LTDA RUA ITARARÉ, 848 CONCÓRDIA BELO HORIZONTE, STATE OF MINAS GERAIS, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2835 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2016 | PEGORETTI & CIA LTDA RUA JOAO DE ARRUDA PASTANA 123 APTO 801 CENTRO AMPARO SP CEP 13900-500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2836 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/16/2007 | PEGORETTI & CIA LTDA AMPARO, STATE OF SAO PAULO, AT RUA  JOAO DE ARRUDA PASTANA, N° 123, APT 801, CEP: 13.900-500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2837 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/16/2007 | PEGORETTI & CIA LTDA CITY OF AMPARO, STATE OF SAO PAULO, AT RUA JOAO DE ARRUDA PASTANA, N° 123, APT 801, CEP: 13.900-500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2838 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2016 | PEGORETTI & CIA LTDA RUA JOAO DE  ARRUDA PASTANA 123 APTO801 CENTRO AMPARO SP CEP 13900-500 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2839 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PEGORETTI & CIA LTDA RUA JOÃO DE ARRUDA PASTANA, N° 123, APT 801, AMPARO/SP – CEP: 13.900-500 CNPJ: 07.676.115/0001-40 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2840 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/16/2007 | PEGORETTI & CIA LTDA RUA  JOAO DE ARRUDA PASTANA, N° 123, APT 801, CEP: 13.900-500, AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2841 | State what the contract or lease is for and the nature of the debtor's interest | 1ST ADDENDUM - LENDING AGREEMENT DATED: 06/02/2014 | PETRONAS LUBRIFICANTES BRASIL S.A AV. TRAJANO DE ARAUJO VIANA, 2500 - CENTRO INDUSTRIAL F.F. DE M. FILHO CONTAGEM-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2842 | State what the contract or lease is for and the nature of the debtor's interest | 1ST ADDENDUM – LENDING AGREEMENT – FRACTIONAL BULK PROJECT DATED: 06/02/2014 | PETRONAS LUBRIFICANTES BRASIL S.A. AV. TRAJANO DE ARAUJO VIANA, 2500, CENTRO INDUSTRIAL F.F. DE M. FILHO, CONTAGEM/MG, 32010-090 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2843 | State what the contract or lease is for and the nature of the debtor's interest | SWAP CONTRACT DATED: 12/10/2009 | PETROSAC INDÚSTRIA, IMPORTAÇÃO E COMÉRCIO DE EMBALAGENS PLÁSTICAS LTDA ESTRADA MUNICIPAL DO TABOÃO, 155, JARDIM LUCIANA, FRANCO DA ROCHA, SP, CEP: 07810-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2844 | State what the contract or lease is for and the nature of the debtor's interest | SWAP CONTRACT DATED: 12/10/2009 | PETROSAC INDUSTRY, IMPORT AND EXPORT TRADE DE EMBALAGENS PLASTICAS LTDA ESTRADA MUNICIPAL DO TABOAO, N°. 155, JD. LUCIANA, CEP: 07.810-050, IN THE CITY OF FRANCO DA ROCHA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2845 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE GENERAL CONDITIONS OF PURCHASES DATED: 02/25/2008 | PEUGEOT CITROEN COMERCIAL EXPORTADORA LTDA TRAVESSA MANOEL PRETO, NO. 38 (PART), VILA GUILHERME, SÃO PAULO, SP, CEP 02064-110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2846 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE GENERAL CONDITIONS OF PURCHASES DATED: 02/25/2008 | PEUGEOT CITROEN COMERCIAL EXPORTADORA LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT TRAVESSA MANOEL PRETO, N.° 38 (PART), VILA GUILHERME |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2847 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE GENERAL CONDITIONS OF PURCHASES DATED: 02/25/2008 | PEUGEOT CITROEN COMERCIAL EXPORTADORA LTDA. CITY OF SAO PAULO, STATE OF SAO PAULO, AT TRAVESSA MANOEL PRETO, N.° 38 (PART), VILA GUILHERME, CEP 02064-110 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2848 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS OF PURCHASE (CONTRACT) DATED: 02/25/2008 | PEUGEOT CITROEN COMMERCIAL EXPORTING LIMITED LIABILITY COMPANY TRAVESSA MANOEL PRETO, N°. 38 (PART) NEIGHBORHOOD OF VILA GUILHERME, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2849 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL CONDITIONS OF PURCHASE (CONTRACT) DATED: 02/25/2008 | PEUGEOT CITROEN COMMERCIAL EXPORTING LIMITED LIABILITY COMPANY TRAVESSA MANOEL PRETO, N°. 38 (PART) NEIGHBORHOOD OF VILA GUILHERME, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2850 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/10/2016 | PEUGEOT CITROEN DO BRASIL AUTOMOVEIS LTDA AVENIDA RENATO MONTEIRO, NO. 6.901 AND 6.200 (PART), POLO URBO AGRO INDUSTRIAL, PORTO REAL - RJ, CEP 27.570-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2851 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/10/2016 | PEUGEOT CITROEN DO BRASIL AUTOMOVEIS LTDA AVENIDA RENATO MONTEIRO, NO. 6.901 AND 6.200 (PART), POLO URBO AGRO INDUSTRIAL, PORTO REAL - RJ, CEP 27.570-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2852 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/10/2016 | PEUGEOT CITROEN DO BRASIL AUTOMOVEIS LTDA AVENIDA RENATO MONTEIRO, NO. 6.901 AND 6.200 (PART), POLO URBO AGRO INDUSTRIAL, PORTO REAL - RJ, CEP 27.570-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2853 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 05/10/2016 | PEUGEOT CITROEN DO BRASIL AUTOMOVEIS LTDA. AVENIDA RENATO MONTEIRO, NO. 6.901 AND 6.200 (PART), POLO URBO AGRO INDUSTRIAL, PORTO REAL - RJ, CEP 27.570-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2854 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 07/07/2014 | PEUGEOT CITROEN DO BRASIL AUTOMOVEIS LTDA. AVENIDA RENATO MONTEIRO, 6.901 AND 6.200 (PART), POLO URBO AGRO INDUSTRIAL, PORTO REAL - RJ, ZIP CODE 27.570-000. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2855** | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE LOAN CONTRACT DATED: 07/07/2014 | PEUGEOT CITROËN DO BRASIL AUTOMÓVEIS LTDA. AVENIDA RENATO MONTEIRO, 6.901 AND 6.200 (PART), POLO URBOAGRO INDUSTRIAL, PORTO REAL – RJ, CEP 27570-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2856** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL PURCHASING CONDITIONS | PEUGEOT COMMERCIAL EXPORTING TRAVESSA MANOEL PRETO, N°. 38 (PART) NEIGHBORHOOD OF VILA GUILHERME, IN THE CITY AND STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2857** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 001/2009 TO THE SERVICE AGREEMENT DATED: 03/23/2009 | PGL BRASIL LTDA AVENIDA INDIANOPOLIS, 2433, IN THE PLANALTO PAULISTA NEIGHBORHOOD, IN THE CITY OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2858** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE "SERVICE PROVISION CONTRACT" DATED: 12/18/2009 | PGL BRASIL LTDA RUA DR. ABELARDO VERGUEIRO CESAR, 528 - VILA ALEXANDRIA SAO PAULO/SP CEP 04635-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2859** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 002/2009 TO THE SERVICE PROVISION CONTRACT DATED: 12/18/2009 | PGL BRASIL LTDA. RUA DR. ABELARDO VERGUEIRO CESAR, Nº 528, VILA ALEXANDRIA, SÃO PAULO, SP – CEP 04635-080 CNPJ: 04.503.292/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2860** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 001/2009 TO THE SERVICE AGREEMENT DATED: 03/23/2009 | PGL BRASIL LTDA. AVENIDA INDIANOPOLIS, 2433, IN THE PLANALTO PAULISTA NEIGHBORHOOD, IN THE CITY OF SAO PAULO, IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2861** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 001/2009 TO THE SERVICE AGREEMENT DATED: 02/02/2005 | PGL BRASIL LTDA. AVENIDA INDIANÓPOLIS, Nº 2433, PLANALTO PAULISTA, SÃO PAULO, SP CNPJ: 04.503.292/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2862 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 001/2009 TO THE SERVICE AGREEMENT DATED: 03/23/2009 | PGL BRASIL LTDA. AVENIDA INDIANOPOLIS, 2433, IN THE PLANALTO PAULISTA NEIGHBORHOOD, IN THE CITY OF SAO PAULO, IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2863 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 001/2009 TO THE SERVICE AGREEMENT DATED: 02/02/2005 | PGL BRASIL LTDA. AVENIDA INDIANÓPOLIS, 2433, PLANALTO PAULISTA, SÃO PAULO – SP CNPJ: 04.503.292/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2864 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 001/2009 TO THE SERVICE AGREEMENT DATED: 03/23/2009 | PGL BRASIL LTDA. AVENIDA INDIANOPOLIS, 2433,THE PLANALTO PAULISTA NEIGHBORHOOD, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2865 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NR 002/2009 TO THE SERVICE PROVISION CONTRACT DATED: 12/18/2009 | PGL BRASIL LTDA. RUA DR. ABELARDO VERGUEIRO CESAR, 528 - VILA ALEXANDRIA SAO PAULO/SP CEP 04635-080 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2866 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/20/2010 | PGL DO BRASIL LTDA. RUA DR. ABELARDO VERGUEIRO CESAR, N°. 528, VILA ALEXANDRINA, SAO PAULO - CAPITAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2867 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/20/2010 | PGL DO BRASIL LTDA. RUA DR. ABELARDO VERGUEIRO CESAR, Nº 528, VILA ALEXANDRINA, SÃO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2868 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/20/2010 | PGL DO BRASIL LTDA. RUA DR. ABELARDO VERGUEIRO CESAR, N°. 528, VILA ALEXANDRINA, SAO PAULO - CAPITAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):  25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2869 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE EXTENDED SERVICES AGREEMENT DATED: 07/01/2012 | PHSUL TELECOM LTDA RUAALBERTO FARIA, 100 - 2ND FLOOR, ROOM 21,  JARDIM BRASIL NEIGHBORHOOD |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2870 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/01/2012 | PHSUL TELECOM LTDA RUD, ALBERTO FARIA, 100 - 2ND FLOOR, ROOM 21, JARDIM BRASIL NEIGHBORHOOD, CEP 13073-014, CAMPINAS - SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2871 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT EXTENDED SERVICES DATED: 07/01/2012 | PHSUL TELECOM LTDA RUAALBERTO FARIA, 100 - 2ND FLOOR, ROOM 21,    JARDIM BRASIL NEIGHBORHOOD |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2872 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE EXTENDED SERVICES AGREEMENT DATED: 07/01/2012 | PHSUL TELECOM LTDA RUA ALBERTO FARIA, 100 - 2ND FLOOR, ROOM 21, JARDIM BRASIL NEIGHBORHOOD, CEP 13073-014, CAMPINAS - SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2873 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 04/01/2022 | PIEMONTE LOCATIVA S/A CNPJ/MF N° 38.510.087/0001-10, ESTABLISHED AT RUA CALIFORNIA, N° 94, 3RD FLOOR, BAIRRO SION, BELO HORIZONTE/M |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2874 | State what the contract or lease is for and the nature of the debtor's interest | SIXTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 05/24/2010 | PIEMONTE LOCATIVA S/A MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS, AT RUA CALIFORNIA, 94, 3°. ANDAR, SION |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.2875 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 01/01/2024 | PIEMONTE LOCATIVA S/A RUA CALIFÓRNIA, N° 94 3° ANDAR BAIRRO SION BELO HORIZONTE, MG, BRAZIL |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2876 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE AGREEMENT DATED: 08/02/2010 | PIEMONTE LOCATIVA S/A MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS, AT RUA CALIFORNIA, 94, 3°. ANDAR, SION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2877 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 01/02/2018 | PIEMONTE LOCATIVA S/A CNPJ/MF N° 38.510.087/0001-10, ESTABLISHED AT RUA CALIFORNIA, N° 94, 3RD FLOOR, BAIRRO SION, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2878 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 10/22/2007 | PIEMONTE LOCATIVA S/A AVENIDA ÁLVARES CABRAL, N° 1740, 3° ANDAR, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE – MG, 30.170-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2879 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 01/01/2023 | PIEMONTE LOCATIVA S/A CNPJ/MF N° 38.510.087/0001-10, ESTABLISHED AT RUA CALIFORNIA, N° 94, 3RD FLOOR, BAIRRO SION, BELO HORIZONTE/M |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2880 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 01/02/2018 | PIEMONTE LOCATIVA S/A RUA CALIFORNIA, 94 3RD FLOOR BAIRRO SION BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2881 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 01/01/2024 | PIEMONTE LOCATIVA S/A RUA CALIFÓRNI A, N° 94, 3° ANDAR, BAIRRO SION, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2882 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 10/22/2007 | PIEMONTE LOCATIVA S/A BELO HORIZONTE, STATE OF MINAS GERAIS, AT AVENIDA ALVARES CABRAL, N.° 1740, 3RD FLOOR, BAIRRO SANTO AGOSTINHO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2883 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 01/01/2023 | PIEMONTE LOCATIVA S/A RUA CALIFORNIA, Nº 94 3RD FLOOR BAIRRO SION BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2884 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 10/22/2009 | PIEMONTE LOCATIVA S/A AV. ÁLVARES CABRAL, 1740, 3RD FLOOR, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE/MG CNPJ: 16.530.651/0001-23 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2885 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 04/30/2010 | PIEMONTE LOCATIVA S/A MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS, AT RUA CALIFORNIA, 94, 3°. ANDAR, SION, REGISTERED WITH THE CNPJ UNDER NO. 38.510.087/0001-10 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2886 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 08/15/2013 | PIEMONTE LOCATIVA S/A AV. ALVARES CABRAL, 1740, 3RD FLOOR, BAIRRO SANTO AGOSTINHO, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2887 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 01/01/2024 | PIEMONTE LOCATIVA S/A CNPJ/MF N° 38.510.087/0001-10, ESTABLISHED AT RUA CALIFÓRNI A, Nº 94, 3º ANDAR, BAIRRO SION, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2888 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 04/01/2022 | PIEMONTE LOCATIVA S/A RUA CALIFORNIA, Nº 94 3RD FLOOR BAIRRO SION BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2889 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 12/09/2014 | PIEMONTE LOCATIVA S/A RUA CALIFORNIA, 94, 3RD FLOOR, BAIRRO SION, BELO HORIZONTE – MG, CNPJ: 38.510.087/0001-10 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2890 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 05/01/2005 | PIEMONTE LOCATIVA S/A RUA CALIFORNIA, 94 3º ANDAR SION CNPJ: 38.510.087/0001-10 BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2891 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT REGARDING THE PREPARATION OF TECHNICAL PROJECTS DATED: 12/09/2014 | PIEMONTE LOCATIVA S/A RUA CALIFORNIA, 94, 3RD FLOOR, SION, BELO HORIZONTE – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2892 | State what the contract or lease is for and the nature of the debtor's interest | SIXTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 04/30/2010 | PIEMONTE LOCATIVA S/A. RUA CALIFÓRNIA, 94, 3º ANDAR, SION, BELO HORIZONTE, MG CNPJ: 38.510.087/0001-10 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2893 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 04/30/2010 | PIEMONTE LOCATIVA S/A. RUA CALIFÓRNIA, 94, 3º ANDAR, SION, BELO HORIZONTE, MG CNPJ: 38.510.087/0001-10 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2894 | State what the contract or lease is for and the nature of the debtor's interest | SEVENTH AMENDMENT TO THE REAL ESTATE LEASE AGREEMENT AND OTHER COVENANTS DATED: 06/28/2010 | PIEMONTE LOCATIVA S/A. MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS, AT RUA CALIFORNIA, 94, 3°. ANDAR, SION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2895 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 03/01/2013 | PIPEK, PENTEADO E PAES MANSO A ADVOGADOS ASSOCIADOS AV. PAULISTA, 1754, 13. ° ANDAR, CERQUEIRA CESAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2896 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 03/01/2013 | PIPEK, PENTEADO E PAES MANSO A ADVOGADOS ASSOCIADOS AV. PAULISTA, 1754, 13.° ANDAR, CERQUEIRA CESAR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known)   25-11062

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2897 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF LEGAL SERVICES DATED: 03/01/2013 | PIPEK, PENTEADO E PAES MANSO ADVOGADOS ASSOCIADOS AV. PAULISTA, 1754, 13° ANDAR, CERQUEIRA CÉSAR, SÃO PAULO – SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2898 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOSING TERM FOR TERMINATION AND SETTLEMENT OF LENDING AGREEMENT DATED: 08/19/2011 | PLASTCENTER - INDUSTRIA E COMERCIO DE ARTEFATOS DE PLASTICOS CITY OF BETIM, STATE OF MINAS GERAIS, AT RUA ANTONIO SOARES DE MELO, 61 BAIRRO: GALPAO 01 E 02, CEP: 32.661-720 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2899 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOSING TERM DATED: 08/19/2011 | PLASTCENTER – INDÚSTRIA E COMÉRCIO DE ARTEFATOS DE PLÁSTICOS LTDA RUA ANTONIO SOARES DE MELO, 61 GALPÃO 01 E 02 BETIM, MG, 32.661-720 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2900 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 03/06/2006 | PLASTCENTER IND. E COMERCIO LTDA BETIM, MG, AT R. ANTONIO SOARES DE MELO, NO. 618 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2901 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 03/06/2006 | PLASTCENTER IND. E COMÉRCIO LTDA RUA ANTÔNIO SOARES DE MELO, 618, BETIM, MINAS GERAIS |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2902 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 06/25/2010 | PLASTCENTER INDUSTRIA E COMERCIO DE ARTEFATOS PLASTICOS LTDA. CITY OF BETIM, STATE OF MINAS GERAIS, RUA ANTONIO SOARES DE MELO, N.° 61, GALPOS 01 E 02, BAIRRO BETIM INDUSTRIAL, CEP: 32.662-720 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2903 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LENDING AGREEMENT | PLASTCENTER INDÚSTRIA E COMÉRCIO DE ARTEFATOS PLÁSTICOS LTDA. RUA ANTONIO SOARES DE MELO, 61, GALPÕES 01 E 02, BAIRRO BETIM INDUSTRIAL, BETIM – MG, CEP 32.662-720 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2904 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF LENDING AGREEMENT (PLASTCENTER) DATED: 03/06/2006 | PLASTCENTER INDÚSTRIA E COMÉRCIO LTDA. RUA ANTÔNIO SOARES DE MELO, 61B, BETIM – MG CNPJ: 07.694.867/0001-33 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2905 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 03/06/2006 | PLASTCENTER INDÚSTRIA E COMÉRCIO LTDA. RUA ANTONIO SOARES DE MELO Nº 61B BETIM, MG, 32600-000 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2906 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICULAR INSTRUMENT OF LOAN CONTRACT BETWEEN MAGNETI MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO LTDA AND PLÁSTICOS TOLEN LTDA DATED: | PLÁSTICOS TOLEN LTDA RUA CALDAS DA RAINHA, Nº 255, GRANJA SÃO JOÃO, BETIM – MG, CEP: 32.553-730  CNPJ: 21.917.943/0001-53 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2907 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICULAR INSTRUMENT OF LOAN CONTRACT DATED: 11/09/2011 | PLÁSTICOS TOLEN LTDA. RUA CALDAS DA RAINHA, Nº 255, GRANJA SÃO JOÃO, CEP: 32.553-730, BETIM – MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2908 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/22/2011 | PLASVIK IND. E COM. DE PRODUTOS PLÁSTICOS LTDA. RUA COSTA BARROS, Nº 2.324, VILA ALPINA, CEP: 03210-001, SÃO PAULO – SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2909 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LENDING AGREEMENT | PLASVIK INDÚSTRIA E COMÉRCIO DE PRODUTOS PLÁSTICOS LTDA. RUA COSTA BARROS, Nº 2.324, VILA ALPINA, CEP: 03210-001 SÃO PAULO, STATE OF SÃO PAULO  CNPJ: 62.532.528/0001-69 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2910 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SOFTWARE UPDATE AND SUPPORT SERVICES AND EQUIPMENT MAINTENANCE DATED: 09/16/2008 | PMS INFORMATICA E COMERCIO LTDA PRACA LEONOR DE BARROS CAMARGO, NO. 87, CENTRO, CEP: 13.330-190, IN THE MUNICIPALITY OF INDAIATUBA, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2911 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF SOFTWARE UPDATE AND SUPPORT SERVICES AND EQUIPMENT MAINTENANCE DATED:<br><br>Undetermined | PMS INFORMATICA E COMERCIO LTDA<br>PRACA LEONOR DE BARROS CAMARGO, NO. 87, CENTRO, CEP: 13.330-190, IN THE MUNICIPALITY OF INDAIATUBA, STATE OF SAO PAULO |
| 2.2912 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT FOR THE PROVISION OF SOFTWARE UPDATE AND SUPPORT SERVICES AND EQUIPMENT MAINTENANCE DATED: 09/20/1994<br><br>Undetermined | PMS INFORMÁTICA E COMERCIO LTDA.<br>PRAÇA LEONOR DE BARROS CAMARGO, NO. 87<br>CENTRO<br>CNPJ: 59.258.319/0001-64<br>INDAIATUBA, SÃO PAULO, 13.330-190<br>BRAZIL |
| 2.2913 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF SOFTWARE UPDATE AND SUPPORT SERVICES AND EQUIPMENT MAINTENANCE DATED:<br><br>Undetermined | PMS INFORMÁTICA E COMÉRCIO LTDA.<br>PRAÇA LEONOR DE BARROS CAMARGO, NO. 87<br>CENTRO<br>CNPJ: 59.258.319/0001-64<br>INDAIATUBA, SÃO PAULO, 13.330-190<br>BRAZIL |
| 2.2914 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF SOFTWARE UPDATE AND SUPPORT SERVICES AND EQUIPMENT MAINTENANCE DATED:<br><br>Undetermined | PMS INFORMATICA_E_COMERCIO LTDA<br>PRACA LEONOR DE BARROS CAMARGO, N.° 87, CENTRO, CEP: 13.330-190, IN THE MUNICIPALITY OF INDAIATUBA, STATE OF SAO PAULO |
| 2.2915 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF SOFTWARE UPDATE AND SUPPORT SERVICES AND EQUIPMENT MAINTENANCE DATED:<br><br>Undetermined | PMS INFORMATICA_E_COMERCIO LTDA<br>PRAPA LEONOR DE BARROS CAMARGO, N.° 87, CENTRO, CEP: 13.330-190 |
| 2.2916 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT FOR THE SUPPLY OF GOODS ON CONSIGNMENT DATED: 05/26/2008<br><br>Undetermined | POLICON PRODUTOS ELÉTRICOS LTDA<br>RUA HERBERT ALFRED LANDSBERGER, 206 - VILA ROLI, SÃO PAULO - SP |
| 2.2917 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT FOR THE SUPPLY OF GOODS ON CONSIGNMENT DATED: 05/26/2008<br><br>Undetermined | POLICON PRODUTOS ELÉTRICOS LTDA<br>RUA HERBERT ALFRED LANDSBERGER, 206, VILA ROLI, SÃO PAULO/SP CNPJ: 48.112.452/0001-91 |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2918** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE SUPPLY OF GOODS ON CONSIGNMENT DATED: 05/26/2008 | POLICON PRODUTOS ELÉTRICOS LTDA RUA HEBERT ALFRED LANDSBERGER, 206, VILA ROLI, SÃO PAULO/SP CNPJ: 48.112.452/0001-91 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2919** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE CONTRACT FOR THE SUPPLY OF GOODS ON CONSIGNMENT DATED: 05/26/2008 | POLICON PRODUTOS ELÉTRICOS LTDA. RUA HEBERT ALFRED LANDSBERGER, 206, VILA ROLI, CEP: 03267-090, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2920** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/21/2015 | PORTO SEGURO PROTEÇÃO E MONITORAMENTO LTDA. ALAMEDA RIBEIRO DA SILVA, 275, CAMPOS ELÍSEOS, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2921** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/21/2015 | PORTO SEGURO PROTEQAO E MONITORAMENTO LTDA ALAMEDA RIBEIRO DA SILVA, 275, CAMPOS ELISEOS, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2922** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 12/09/2014 | PRECISÃO ENGENHARIA E CONSTRUÇÕES LTDA. RUA RIO PARANA, 117, SALA 02, BAIRRO PQ RIACHO DAS PEDRAS, CONTAGEM – MG, CEP 32.280-130, CNPJ: 14.003.504/0001-70 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2923** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT REGARDING THE PREPARATION OF TECHNICAL PROJECTS DATED: 12/09/2014 | PRECISÃO ENGENHARIA E CONSTRUÇÕES LTDA. RUA RIO PARANÁ, 117, SALA 02, PARQUE RIACHO DAS PEDRAS, CONTAGEM – MG, CEP: 32.280-130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2924** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 06/16/2009 | PRI TELEMATICA LTDA AV. ANGELICA, 2530 - 16° ANDAR, CONSOLAGAO - CEP 01228-200 - SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)  25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2925 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR A CUSTOMER SERVICE POSITION (SAC) DATED: 06/16/2009 | PRI TELEMATICA LTDA. AV. ANGELICA, 2530 - 16° ANDAR, CONSOLAGAO - CEP 01228-200 - SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2926 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE CONTRACT FOR THE PROVISION OF INTERNAL COMMUNICATION SERVICES DATED: 11/16/2011 | PROIMAGEM COMUNICAÇÃO LTDA. RUA JOSÉ RAFAELI, 506 - 5TH FLOOR - SANTO AMARO, SÃO PAULO – SP, 04585-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2927 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF MEDICAL SERVICES DATED: 03/01/2011 | PROMED ASISTENCIA MEDICA LTDA ALAMEDA DA SERRA, 891 - 5° ANDAR - VILA DA SERRA - CEP. 34.000-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2928 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL-HOSPITAL SERVICES DATED: 02/01/2007 | PROMED ASSISTENCIA MEDICA LTDA RUA TOMAZ JEFFERSON, 1044 - JARDIM INDUSTRIAL - CONTAGEM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2929 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF MEDICAL SERVICES DATED: 03/01/2011 | PROMED ASSISTÊNCIA MÉDICA LTDA. ALAMEDA DA SERRA, 891 - 5° ANDAR, VILA DA SERRA, NOVA LIMA - MG, CEP 34.000-000 CNPJ: 00.558.356/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2930 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF MEDICAL SERVICES DATED: 03/01/2011 | PROMED ASSISTÊNCIA MÉDICA LTDA. ALAMEDA DA SERRA, 891, 5° ANDAR, VILA DA SERRA, NOVA LIMA, MINAS GERAIS — CNPJ: 00.558.356/0001-45 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2931 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PROPERTY SURVEILLANCE SERVICES DATED: 07/09/2006 | PROSEGUR BRASIL S.A. AVENIDA GUARATA N° 633 BAIRRO DO PRADO CNPJ: 17.428.731/0001-35 BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2932 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PROPERTY SURVEILLANCE | PROSEGUR BRASIL S.A. TRANSPORTADORA DE VALORES E SEGURANÇA ATTN: ADALGISA GOUVEIA LOPES COMMERCIAL DEPARTMENT AVENIDA GUARATÁ, Nº 633, BAIRRO DO PRADO, BELO HORIZONTE – MG, 30.411-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2933 | State what the contract or lease is for and the nature of the debtor's interest | CONCIERGE SERVICE CONTRACT DATED: 10/04/2006 | PROSEGUR SISTEMAS DE SEGURANÇA LTDA. AVENIDA GUARATÁ, Nº 633 2ND FLOOR BAIRRO DO PRADO CNPJ: 74.224.163/0001-94 BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2934 | State what the contract or lease is for and the nature of the debtor's interest | CONCIERGE SERVICE CONTRACT DATED: 10/04/2006 | PROSEGUR SISTEMAS DE SEGURANÇA LTDA. AVENIDA GUARATÁ Nº 633 2ND FLOOR BAIRRO DO PRADO BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2935 | State what the contract or lease is for and the nature of the debtor's interest | CONCIERGE SERVICE CONTRACT DATED: 10/04/2006 | PROSEGUR SISTEMAS DE SEGURANÇA LTDA. ATTN: ADALGISA GOUVEIA LOPES COMMERCIAL DEPARTMENT AVENIDA GUARATÁ, Nº 633, 2ND FLOOR, BAIRRO DO PRADO, BELO HORIZONTE – MG, 30.411-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2936 | State what the contract or lease is for and the nature of the debtor's interest | CONCIERGE SERVICE CONTRACT DATED: 10/04/2006 | PROSEGUR SISTEMAS DE SEGURANÇA LTDA. ATTN: ADALGISA GOUVEIA LOPES COMMERCIAL DEPARTMENT AVENIDA GUARATÁ, Nº 633, 2ND FLOOR, BAIRRO DO PRADO, BELO HORIZONTE – MG, 30.411-010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2937 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF LOCKSMITH SERVICES DATED: 03/06/2017 | PROSTAMP TOOLING AND METAL BOILERMAKING AVENIDA SOUZA QUEIROZ, 660, VILA QUEIROZ, LIMEIRA/SP, ZIP CODE: 13485-025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2938 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF LOCKSMITH SERVICES DATED: 03/06/2017 | PROSTAMP TOOLING AND METAL BOILERMAKING AVENIDA SOUZA QUEIROZ, 660, VILA QUEIROZ, LIMEIRA – SP, 13485-025 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| 2.2939 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE SERVICE CONTRACT FOR INSTALLATION, EQUIPMENT RENTAL, AND TECHNICAL ASSISTANCE: 09/20/2022 | PROTON SOLUÇÕES EIRELI<br>AVENIDA AFONSO MONTEIRO DA CRUZ, 386, BAIRRO SERRARIA, DIADEMA - SP, CEP: 09980-550 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2940 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF INSTALLATION SERVICES, EQUIPMENT RENTAL AND TECHNICAL ASSISTANCE. DATED: 09/01/2019 | PRÓTON SOLUÇÕES EIRELI<br>CNPJ/MF N° 26.022.268/0001-18, ESTABLISHED AT AVENIDA AFONSO MONTEIRO DA CRUZ, 386, BAIRRO SERRARIA, DIADEM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2941 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF INSTALLATION SERVICES, EQUIPMENT RENTAL AND TECHNICAL ASSISTANCE DATED: 08/31/2021 | PRÓTON SOLUÇÕES EIRELI<br>AVENIDA AFONSO MONTEIRO DA CRUZ, 386, BAIRRO SERRARIA, DIADEMA – SP, CEP: 09980-550 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2942 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF INSTALLATION SERVICES, EQUIPMENT RENTAL AND TECHNICAL ASSISTANCE. DATED: | PRÓTON SOLUÇÕES EIRELI<br>CNPJ/MF N° 26.022.268/0001-18, ESTABLISHED AT AVENIDA AFONSO MONTEIRO DA CRUZ, 386, BAIRRO SERRARIA, DIADEM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2943 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PRÓTON SOLUÇÕES EIRELI – ME.<br>AV. AFONSO MONTEIRO DA CRUZ, 386 – SERRARIA - DIADEMA – SP – CEP: 09980-550 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2944 | State what the contract or lease is for and the nature of the debtor's interest | WAIVER OF CLAIMS REGARDING MARELLI CLAIMS DATED: 12/31/2022 | PSA AUTOMOBILES S.A<br>2-10, BOULEVARD DE L'EUROPE<br>POISSY, 78300<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.2945 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT MASTER AGREEMENT DATED: 12/23/2008 | PSA PEUGEOT CITROEN<br>ROUTE DE GISY, 78170 VDLIZY VILLACOUBLAY SOCIETD ANONYME AU CAPITAL DE 293 304 000 EUROS, RCS VERSAILLES N°542 065 479, SIRET: 542 065 479 00116, APE 341 Z |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2946 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT - DEVELOPMENT EW10 2.0 L 16V FLEX FUEL DATED: 12/23/2008 | PSA PEUGEOT CITROEN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2947 | **State what the contract or lease is for and the nature of the debtor's interest** | PSA DEVELOPMENT OF EW10 2.0L 16V FLEX FUEL DATED: 12/23/2008 | PSA PEUGEOT CITROËN 18, Rue des Fauvelles Attention: Directeur des Projets et des Metiers Techniques Organes, Centre Technique de la Garenne La Garenne-Colombes, F-92256 FRANCE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2948 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 11/08/2007 | QS SERVIÇOS DE SELEÇÃO SOCIEDADE SIMPLES LTDA. TRAVESSA DA VITÓRIA, NO. 06, ROOM 39, BAIRRO PEREIRAS, SÃO LOURENÇO DA SERRA, SÃO PAULO, CEP 06890-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2949 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 11/08/2007 | QS SERVIÇOS DE SELEÇÃO SOCIEDADE SIMPLES LTDA. TRAVESSA DA VITÓRIA, NO. 06, ROOM 39, BAIRRO PEREIRAS, SÃO LOURENÇO DA SERRA – SP, 06890-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2950 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/02/2009 | QS SERVIÇOS DE SELEÇÃO SOCIEDADE SIMPLES LTDA. TRAVESSA DA VITÓRIA, NO. 06, ROOM 39, BAIRRO PEREIRAS, SÃO LOURENÇO DA SERRA, SÃO PAULO, CEP 06890-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2951 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/02/2009 | QS SERVIÇOS DE SELEÇÃO SOCIEDADE SIMPLES LTDA. TRAVESSA DA VITÓRIA, NO. 06, ROOM 39, BAIRRO PEREIRAS, SÃO LOURENÇO DA SERRA – SP, 06890-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.2952 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | QUALIDADE LTDA. EPP RUA JOSE PAULINO, N.° 416, SALA 904,  CENTRO, CAMPINAS-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2953** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/07/2014 | QUATRA CONSTRUÇÃO CIVIL LTDA RUA SANTA TEREZINHA, 145, BAIRRO NOSSA SENHORA DO CARMO, CONTAGEM/MG, CEP 32.015-600, CNPJ 14.422.735/0001-18 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2954** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/07/2014 | QUATRA CONSTRUÇÃO CIVIL LTDA. RUA SANTA TEREZINHA, 145, BAIRRO NOSSA SENHORA DO CARMO, CONTAGEM – MG, 32.015-600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2955** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/22/2012 | R. HAIDAMUS SERVI^OS EIRELI ESTRADA DO ESPIGAO 296, TIJUCO PRETO, COTIA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2956** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/22/2012 | R. HAIDAMUS SERVIÇOS EIRELI ESTRADA DO ESPIGÃO 296, TIJUCO PRETO, COTIA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2957** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/24/2009 | R.E.L.P COMÉRCIO E SERVIÇO LTDA. ME RUA DOM DUARTE LEOPOLDO E SILVA, Nº 27, S. 63, CASA BRANCA, SANTO ANDRÉ – SP, 09.015-560 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2958** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/24/2009 | R.E.L.P. COMÉRCIO E SERVIÇO LTDA ME, RUA DOM DUARTE LEOPOLDO E SILVA, Nº 27, SALA 63, CASA BRANCA, CEP 09015-560, SANTO ANDRÉ, SÃO PAULO, CNPJ 04.841.140/0001-43 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2959** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 09/06/2014 | RACING AUTOMOTIVE LTDA AVENIDA DO TABOÃO, Nº 899, EDIFÍCIO 56, BAIRRO RUDGE RAMOS, SÃO BERNARDO DO CAMPO, SP, CEP 09655-900, CNPJ 07.010.529/0002-16 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2960** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 09/06/2014 | RACING AUTOMOTIVE LTDA. AVENIDA DO TABOAO, N° 899, EDIFFCIO 56, BAIRRO RUDGE RAMOS, CEP 09655-900, SAO BERNARDO DO CAMPO SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2961** | **State what the contract or lease is for and the nature of the debtor's interest** | COMPUTER PROGRAM USE LICENSE AGREEMENT DATED: 08/23/2010 | RADI INFORMATICA LTDA RUA GUSTAVO BUDAG, 407 - 89036-501 - BLUMENAU |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2962** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE CARRIAGE OF PERSONS DATED: 03/22/2015 | RECPAZ TRANSPORTES E TURISMO LTDA AV. RUY RODRIGUES S/N, SITIO SANTA LUCIA, JD. SANTA LUCIA, CAMPINAS, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2963** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE CARRIAGE OF PERSONS DATED: 03/22/2015 | RECPAZ TRANSPORTES E TURISMO LTDA AV. RUY RODRIGUES S/N, SITIO SANTA LUCIA, JD. SANTA LUCIA, CAMPINAS, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2964** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF OUTSOURCED LABOR SERVICES | RECRUIT - SELEÇÃO E RECRUTAMENTO DE PESSOAL LTDA RUA CAMPOS SALES NO. 870, BAIRRO CALAFATE, BELO HORIZONTE/MG, CEP 30411-570, CNPJ 26.254.631/0001-20 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2965** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF OUTSOURCED LABOR SERVICES DATED: 06/01/2011 | RECRUIT - SELECTION AND RECRUITMENT OF PERSONNEL LTDA RUA CAMPOS SALES N° 870, BAIRRO CALAFATE - BELO HORIZONTE/MG - CEP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2966** | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN CONTRACT DATED: 08/19/2014 | REMPEL & CIA LTDA RUA DR. RUBENS GOMES BUENO, 650 - SANTO AMARO - SAO PAULO-SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2967** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 08/19/2014 | REMPEL & CIA LTDA<br>RUA DR. RUBENS GOMES  BUENO, 650 - SANTO AMARO - SAO PAULO-SP, CEP: 04.730-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2968** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT AND OTHER COVENANTS DATED: 08/30/2012 | RENAULT DO BRASIL S.A.<br>CITY OF SAO JOSE DOS PINHAIS, STATE OF PARANA, AT AV. RENAULT 1.300, BORDA DO CAMPO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2969** | State what the contract or lease is for and the nature of the debtor's interest | CO-DEVELOPMENT CONTRACT DATED: 10/10/2010 | RENAULT DO BRASIL S.A.<br>AV. RENAULT, 1300 - BORDA DO CAMPO, CEP: 83.070-900, SAO JOSE DOS PINHAIS - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2970** | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT AND OTHER FEES DATED: 10/22/2010 | RENAULT DO BRASIL S.A.<br>CITY OF SAO JOSE DOS PINHAIS, STATE OF PARANA, AT AV. RENAULT 1.300, BORDA DO CAMPO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2971** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 01 TO THE LENDING AGREEMENT DATED: 08/30/2012 | RENAULT DO BRASIL S.A.<br>AVENIDA RENAULT 1300, BORDA DO CAMPO, SÃO JOSÉ DOS PINHAIS, PR, CNPJ 00.913.443/0001-73 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2972** | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT AND OTHER FEES DATED: 10/22/2010 | RENAULT DO BRASIL S.A.<br>CITY OF SAO JOSE DOS PINHAIS, STATE OF  PARANA, AT AV. RENAULT 1.300, BORDA DO CAMPO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2973** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 01 TO THE CONTRACT DATED: 08/30/2012 | RENAULT DO BRASIL S.A.<br>SAO JOSE DOS PINHAIS, STATE OF PARANA, AT AV.  RENAULT 1.300, BORDA DO CAMPO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2974 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT AND OTHER COVENANTS DATED: 08/30/2012 | RENAULT DO BRASIL S.A. AVENIDA RENAULT 1300, BORDA DO CAMPO, SÃO JOSÉ DOS PINHAIS, PR, CNPJ 00.913.443/0001-73 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2975 | State what the contract or lease is for and the nature of the debtor's interest | CO-DEVELOPMENT CONTRACT DATED: 10/10/2010 | RENAULT DO BRASIL S/A AV. RENAULT, 1300 - BORDA DO CAMPO, CEP: 83.070-900, SAO JOSE DOS PINHAIS - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2976 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE RENTAL AGREEMENT NO. PRP-3796 DATED: 05/24/2023 | RENTAL COMPANY LESSEES USECAR RENTAL COMPANY OF VEHICLES S/A. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2977 | State what the contract or lease is for and the nature of the debtor's interest | 7TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 04/02/2013 | RENTAL COMPANY OF THE AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2978 | State what the contract or lease is for and the nature of the debtor's interest | 6TH. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 10/23/2012 | RENTAL COMPANY OF THE AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2979 | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE VEHICLE RENTAL AGREEMENT DATED: 05/31/2011 | RENTAL COMPANY OF THE AMERICAS COMPANHIA DE LOCACAO DAS AMERICAS AVENIDA GASTAO VIDIGAL, N° 541, BAIRRO VILA LEOPOLDINA, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2980 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MOVABLE PROPERTY AND OTHER COVENANTS DATED: 03/06/2023 | RENTANK MACROGALPÔS INDÚSTRIA E COMERCIO DE COBERTURAS LTDA AVENIDA ARMANDO LOPES RIBEIRO– S/N – LOTE ÁREA A3– COLÔNIA RODRIGO SILVA– PORTO FELIZ– SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known):  25-11062 |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2981** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MOVABLE PROPERTY AND OTHER COVENANTS DATED: 03/06/2023 | RENTANK MACROGALPÔS INDÚSTRIA E COMERCIO DE COBERTURAS LTDA AVENIDA ARMANDO LOPES RIBEIRO– S/N – LOTE ÁREA A3– COLÔNIA RODRIGO SILVA– PORTO FELIZ– SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2982** | State what the contract or lease is for and the nature of the debtor's interest | TO THE EQUIPMENT RENTAL CONTRACT DATED: 04/02/2013 | RENTER INFORMATICA LTDA RUA TREZE DE MAIO, 155.' ROOM 61, GA CIDADE DE- VALINHOS - S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2983** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. 12 TO EQUIPMENT RENTAL CONTRACT DATED: 08/08/2013 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, IN THE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2984** | State what the contract or lease is for and the nature of the debtor's interest | TO THE EQUIPMENT LEASE CONTRACT NO DATED: 06/06/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA,  IN THE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2985** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. 20 TO THE EQUIPMENT RENTAL CONTRACT DATED: 07/02/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, IN THE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2986** | State what the contract or lease is for and the nature of the debtor's interest | TO THE EQUIPMENT LEASE CONTRACT NO DATED: 05/08/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA,  IN THE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2987** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. 18 TO THE EQUIPMENT LEASE CONTRACT NO DATED: 06/11/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905- TORRE PAINEIRA, IN THE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.2988** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT NO. 14 TO THE EQUIPMENT LEASE CONTRACT NO DATED: 04/24/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, IN THE CITY OF VALINHOS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2989** | **State what the contract or lease is for and the nature of the debtor's interest** | TO THE EQUIPMENT LEASE CONTRACT DATED: 09/16/2013 | RENTER INFORMATICA LTDA RUA TREZE DE MAIO, 155 SALA 61, INTHE CITY OF VALINHOS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2990** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT NO. 13 TO EQUIPMENT LEASE AGREEMENT NO DATED: 09/16/2013 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, IN THE CITY OF VALINHOS - S |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2991** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT NO.16 TO THE EQUIPMENT LEASE CONTRACT DATED: 06/23/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, IN THE CITY OF VALINHOS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2992** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT NO. 15 TO EQUIPMENT LEASE AGREEMENT DATED: 06/08/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, IN THE CITY OF VALINHOS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2993** | **State what the contract or lease is for and the nature of the debtor's interest** | TO THE EQUIPMENT LEASE CONTRACT NO. 1931/10 7 | RENTER INFORMATICA LTDA RUA TREZE DE MAIO, 155 SALA 61, INTHE CITY OF VALINHOS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2994** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL NO. 09$4> TO EQUIPMENT RENTAL CONTRACT NO. 1931/10 DATED: 03/21/2013 | RENTER INFORMATICA LTDA RUA TREZE DE MAIO;" 155 ROOM 61, IN THE CITY OF VALINHOS .- SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2995 | State what the contract or lease is for and the nature of the debtor's interest | TO THE EQUIPMENT LEASE CONTRACT NO DATED: 04/24/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA,  IN THE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2996 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE CONTRACT DATED: 06/13/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, ATTY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2997 | State what the contract or lease is for and the nature of the debtor's interest | TO EQUIPMENT RENTAL CONTRACT | RENTER INFORMATICA LTDA RUA TREZE DE MAIO, 155.' ROOM 61, GA CIDADE DE- VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2998 | State what the contract or lease is for and the nature of the debtor's interest | TO THE EQUIPMENT LEASE CONTRACT DATED: 08/08/2013 | RENTER INFORMATICA LTDA RUA TREZE DE MAIO, 155 SALA 61, INTHE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2999 | State what the contract or lease is for and the nature of the debtor's interest | TO THE EQUIPMENT LEASE CONTRACT DATED: 04/05/2013 | RENTER INFORMATICA LTDA RUA TREZE DE MAIO, 155 SALA 61, INTHE CITY OF VALINHOS - SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3000 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO.17 TO THE EQUIPMENT LEASE CONTRACT NO DATED: 06/06/2014 | RENTER INFORMATICA LTDA RUA LUIZ SPIANDORELLI NETO (LULA), 60 - ROOMS 904 AND 905 - TORRE PAINEIRA, IN THE CITY OF VALINHOS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3001 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. 18 TO THE EQUIPMENT LEASE CONTRACT NO. 1931/10 DATED: 06/13/2014 | RENTER INFORMÁTICA LTDA. RUA LUIZ SPIANDORELLI NETO (LULA), 60 – ROOMS 904 AND 905, TORRE PAINEIRA, BAIRRO PAIQUERÊ, VALINHOS – SP, CEP 13271-570 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3002** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. 20 TO THE EQUIPMENT RENTAL CONTRACT NO. 1931/10 DATED: 07/07/2014 | RENTER INFORMÁTICA LTDA. RUA LUIZ SPIANDORELLI NETO (LULA), 60 – ROOMS 904 AND 905, TORRE PAINEIRA, VALINHOS – SP, CEP 13271-570 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3003** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE CONTRACT NO. 1931/10 – AMENDMENT NO. 19 DATED: 06/16/2014 | RENTER INFORMÁTICA LTDA. RUA LUIZ SPIANDORELLI NETO (LULA), 60 – ROOMS 904 AND 905, TORRE PAINEIRA, VALINHOS – SP, CEP 13271-570 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3004** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT NO. 16 TO THE EQUIPMENT LEASE CONTRACT DATED: 05/23/2014 | RENTER INFORMÁTICA LTDA. RUA LUIZ SPIANDORELLI NETO (LULA), 60 – ROOMS 904 AND 905, TORRE PAINEIRA, VALINHOS – SP, CEP 13271-570 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3005** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT AND TRANSFER OF ACCUMULATED TAX CREDIT AND OTHER COVENANTS DATED: 11/27/2003 | RGZ MAGNETI MARELLI COFAP AUTOPEÇAS S.A. AVENIDA MANOEL DA NÓBREGA, 350, CONJ. 5, MAUÁ, SÃO PAULO, CNPJ 04.285.824/0001-06 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3006** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT AND TRANSFER OF ACCUMULATED TAX CREDIT AND OTHER COVENANTS DATED: 11/27/2003 | RGZ MAGNETI MARELLI COFAP AUTOPEÇAS S.A. AVENIDA MANOEL DA NÓBREGA, Nº 350, CJ. 5, MAUÁ – SP, 09.380-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3007** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT AND TRANSFER OF ACCUMULATED TAX CREDIT AND OTHER COVENANTS DATED: 11/27/2003 | RGZ MAGNETI MARELLI COFAP AUTOPEÇAS S.A. AVENIDA MANOEL DA NÓBREGA, 350, CJ. 5, MAUÁ, SÃO PAULO, CNPJ 04.285.824/0001-06 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3008** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT AND TRANSFER OF ACCUMULATED TAX CREDIT AND OTHER COVENANTS DATED: 11/27/2003 | RGZ MAGNETI MARELLI COFAP AUTOPEÇAS S.A. AVENIDA MANOEL DA NÓBREGA, Nº 350, CJ. 5, MAUÁ – SP, 09.380-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3009** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/04/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA AV. REPUBLICA ARGENTINA, NO. 3021, FLOOR L, SUITE 21, ROOM B, BAIRRO PORTAO, CURITIBA, PARANA, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3010** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/26/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA AVENIDA REPUBLICA ARGENTINA, 3021, CJ 21, CURITIBA, PARANA, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3011** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/04/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA AV. REPUBLICA ARGENTINA, NO. 3021, FLOOR L, SUITE 21, ROOM B, BAIRRO PORTAO, IN THE MUNICIPALITY OF CURITIBA, STATE OF PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3012** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/04/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA . AV. REPUBLICA ARGENTINA, NO. 3021, FLOOR L, SUITE 21, ROOM B, BAIRRO PORTAO, IN THE MUNICIPALITY OF CURITIBA, STATE OF PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3013** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/26/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA. AVENIDA REPUBLICA ARGENTINA, 3021, CJ 21, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3014** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/26/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA. AVENIDA REPUBLICA ARGENTINA, 3021, CJ 21, CURITIBA, PARANA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3015** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/26/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA. AVENIDA REPÚBLICA ARGENTINA, 3021, CJ 21, CURITIBA – PR, 80240-210 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
_____    Case number (if known): 25-11062
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3016 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/26/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA. AVENIDA REPÚBLICA ARGENTINA, 3021, CJ 21, CURITIBA - PR, CNPJ 04.345.685/0001-69 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3017 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/04/2009 | ROCHA MARQUES CONTABILIDADE S/S LTDA. AVENIDA REPÚBLICA ARGENTINA, 3021, FLOOR L, SUITE 21, ROOM B, BAIRRO PORTÃO, CURITIBA - PR, CNPJ 04.345.685/0001-69 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3018 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI 397, N°. 397 - 8TH FLOOR |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3019 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI 397, N°. 397 - 8TH FLOOR, DULY REGISTERED WITH THE C.N.P.J./MF UNDER NO. 06.963.040/0001-15 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3020 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI, 397 – 8TH FLOOR, CNPJ: 06.963.040/0001-15 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3021 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI, 397 – 8TH FLOOR, SÃO PAULO – SP, CNPJ: 06.963.040/0001-15 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3022 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI 397, N°. 397 - 8TH FLOOR |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known)    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3023 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI, 397 8TH FLOOR SÃO PAULO, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3024 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES FOR PROFESSIONALS DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI 397, N°. 397 - 8TH FLOOR |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3025 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES FOR PROFESSIONALS DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI 397, N°. 397 - 8TH FLOOR |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3026 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF RECRUITMENT AND SELECTION SERVICES DATED: 05/08/2007 | ROEMER HUNTING DO BRASIL RUA TUPI, 397 8TH FLOOR CNPJ: 06.963.040/0001-15 SÃO PAULO, SP, BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3027 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TECHNICAL CONSULTING SERVICES DATED: 03/01/2013 | ROGERIO DE SIQUEIRA E CIA LTDA RUA 28 DE JULHO, N° 243 / 253, BAIRRO FUNDA^AO, CEP: 09520-600 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3028 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 01/28/2010 | ROGERIO DE SIQUEIRA E CIA LTDA RS ENGENHARIA, LOCATED IN THE CITY OF POA, SAO PAULO, RUA GUARARAPES, N° 134, SI. 616, VILA PERRACINI, CEP: 08550-000 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3029 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 01/28/2010 | ROGÉRIO DE SIQUEIRA E CIA LTDA RUA GUARARAPES, Nº 134, SALA 616, VILA PERRACINI, POÁ – SP, CEP: 08550-000, CNPJ: 03.304.783/0001-95 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3030** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF TECHNICAL CONSULTING SERVICES DATED: 03/01/2013 | ROGÉRIO DE SIQUEIRA E CIA LTDA. RUA 28 DE JULHO, Nº 243 / 253, BAIRRO FUNDAÇÃO, SÃO CAETANO DO SUL – SP, CEP 09520-600 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3031** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 10/22/2007 | ROM MASTER SERVICE RECICLAGEM LTDA CONTAGEM, STATE  OF MINAS GERAIS, AT AVENIDA JOAO CESAR OLIVEIRA, N.° 6261, GALPAO 04, CEP: 32040-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3032** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 08/15/2013 | ROM MASTER SERVICE RECICLAGEM LTDA AV. JOAO CESAR DE OLIVEIRA, 6261, GALPAO 4, VILA BEATRIZ, CONTAGEM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3033** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 10/22/2007 | ROM MASTER SERVICE RECICLAGEM LTDA. AVENIDA JOÃO CÉSAR DE OLIVEIRA, Nº 6261, GALPÃO 04, CONTAGEM – MG, 32.040-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3034** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT AND OTHER MACHINE TOOL COVENANTS DATED: 06/20/2023 | ROMI S.A RODOVIA LUIZ DE QUEIROZ (SP-304), KM 141,5, CEP 13459-057, IN SANTA CATARINA BARBARA D'OESTE/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3035** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE EQUIPMENT LEASE AGREEMENT AND OTHER COVENANTS DATED: 10/07/2024 | ROMI S.A. RODOVIA LUIZ DE QUEIROZ (SP-304), KM 141,5, CEP 13459-057, IN SANTA BARBARA D'OESTE/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3036** | State what the contract or lease is for and the nature of the debtor's interest | AREA LEASE AGREEMENT DATED: 04/04/2012 | ROTA EMPREENDIMENTOS IMOBILIARIOS LTDA STATE OF MINAS GERAIS ON 12-16-2003 WITH NIRE 3120689919-5 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3037 | State what the contract or lease is for and the nature of the debtor's interest | AREA LEASE AGREEMENT DATED: 04/04/2012 | ROTA EMPREENDIMENTOS IMOBILIÁRIOS LTDA RUA MANOEL ALVES, 423, LOJA 02, PLANO DIRETOR DE CONTAGEM, CONTAGEM/MG, CEP: 32.041-400 CNPJ: 06.044.954/0001-82 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3038 | State what the contract or lease is for and the nature of the debtor's interest | AREA LEASE AGREEMENT DATED: 09/01/2012 | ROTA EMPREENDIMENTOS IMOBILIÁRIOS LTDA RUA MANOEL ALVES, 423, LOJA 02, PLANO DIRETOR DE CONTAGEM, CONTAGEM/MG, CEP: 32.041-400 CNPJ: 06.044.954/0001-82 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3039 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 03/18/2021 | ROWN LIFT TRUCKS DO BRASIL COMÉRCIO DE FORKLIFTS LTDA CNPJ/MF N° 13.938.390/0001-97, ESTABLISHED IN THE CITY OF JUNDIAÍ, STATE OF SÃO PAULO, AT RODOVIA ANHANGUERA KM 62, GALPÕS 21 E 22, CENTRO LOGÍSTICO ANHANGUERA - DISTRITO INDUSTRIAL, CEP 13213-055 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3040 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELETRICA & CONSULTORIA LTDA CALZADA DAS MARGARIDAS, 191 IN BARUERI - SP, AND COMMERCIAL OFFICE  LOCATED AT ALAMEDA DOS MARACATINS, 508 CJ 61 INDIANOPOLIS SAO PAULO SP CEP 04089-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3041 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELETRICA & CONSULTORIA LTDA CALZADA DAS MARGARIDAS, 191 IN BARUERI - SP  ALAMEDA DOS MARACATINS, 508 CJ 61 INDIANOPOLIS SAO PAULO SP CEP 04089-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3042 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELETRICA & CONSULTORIA LTDA CALZADA DAS MARGARIDAS, 191 IN BARUERI - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3043 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELÉTRICA & CONSULTORIA LTDA CALÇADA DAS MARGARIDAS, 191, BARUERI – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3044** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | RTM ENGENHARIA ELÉTRICA & CONSULTORIA LTDA CALÇADA DAS MARGARIDAS, 191, BARUERI – SP COMMERCIAL OFFICE: ALAMEDA DOS MARACATINS, 508, CONJ. 61, INDIANÓPOLIS, SÃO PAULO – SP, CEP 04089-001 CNPJ: 67.631.234/0001-08 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3045** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELÉTRICA & CONSULTORIA LTDA. CALÇADA DAS MARGARIDAS, 191, BARUERI – SP |
| | State the term remaining | Undetermined | ALAMEDA DOS MARACATINS, 508, CONJ. 61, INDIANÓPOLIS, SÃO PAULO – SP, 04089-001 |
| | List the contract number of any government contract | | |
| **2.3046** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/16/2011 | RTM ENGENHARIA ELETRICA E CONSULTORIA LTDA ALAMEDA DOS MARACATINS. 508 - CONJ. 61 - INDIANOPOLIS - CEP: 04089-001 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3047** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELETRICA E CONSULTORIA LTDA ALAMEDA DOS MARACATINS. 508 - CONJ. 61 - INDIANOPOLIS - CEP: 04089-001 - SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3048** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELÉTRICA E CONSULTORIA LTDA CALÇADA DAS MARGARIDAS, 191, BARUERI - SP; COMMERCIAL OFFICE: ALAMEDA DOS MARACATINS, 508, CJ. 61, INDIANÓPOLIS, SÃO PAULO - SP, CEP 04089-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3049** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/16/2011 | RTM ENGENHARIA ELÉTRICA E CONSULTORIA LTDA. CALÇADA DAS MARGARIDAS, 191, BARUERI – SP  ALAMEDA DOS MARACATINS, 508, CJ. 61, INDIANÓPOLIS, SÃO PAULO – SP, 04089-001 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3050** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD BAIRRO DO PANTALEAO, S/N° - ZONA RURAL - AMPARO  SP, CEP 13.900-000, AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3051** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD AMPARO, SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3052** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD AMPARO, SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3053** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° - ZONA RURAL - AMPARO SP, CEP 13.900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3054** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3055** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3056** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/01/2015 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° - ZONA RURAL - AMPARO  SP, CEP 13.900-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3057** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/24/2012 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.3058 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2013 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3059 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2013 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3060 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 08/25/2015 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° - ZONA RURAL - AMPARO  SP, CEP 13.900-000 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3061 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/15/2013 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3062 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3063 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO, AMPARO, SAO PAULO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3064 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3065 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/23/2011 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3066 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2013 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO, AMPARO, SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3067 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2014 | RURAL ACTION MOVEMENT OF THE PANTALEÃO NEIGHBORHOOD BAIRRO DO PANTALEÃO, ZONA RURAL, AMPARO – SP, CNPJ: 43.467.836/0001-03 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3068 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/24/2012 | RURAL ACTION MOVEMENT OF THE PANTALEAO NEIGHBORHOOD. AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3069 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/16/2014 | RURAL ACTION MOVEMENTOF THE PANTALEAO NEIGHBORHOOD STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO, AMPARO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3070 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/16/2014 | RURAL ACTION MOVEMENTOF THE PANTALEAO NEIGHBORHOOD AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3071 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 03/01/2014 | RURAL ACTION MOVEMENTOF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3072 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 04/16/2014 | RURAL ACTION MOVEMENTOF THE PANTALEAO NEIGHBORHOOD CITY OF AMPARO, STATE OF SAO PAULO, BAIRRO DO PANTALEAO, S/N° ZONA RURAL - BAIRRO PANTALEAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3073 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/04/2007 | S & T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, CAPITAL, AT RUA PEDRA AZUL, N° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3074 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/04/2007 | S & T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, CAPITAL, AT RUA PEDRA AZUL, N° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3075 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/04/2007 | S & T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, N° 596, SALA 01, BAIRRO ACLIMACAO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3076 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 07/04/2007 | S & T COUTO CONSULTORIA AUTOMOTIVA LTDA. SAO PAULO, CAPITAL, AT RUA PEDRA AZUL, N° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3077 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE II DATED: 07/20/2010 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3078 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 06/03/2009 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMACAO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3079 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/04/2009 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, Nº 596, SALA 01, BAIRRO ACLIMAÇÃO, SÃO PAULO – SP CNPJ: 08.834.067/0001-33 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3080 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I DATED: 05/29/2008 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3081 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 05/29/2008 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3082 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II DATED: 06/03/2009 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3083 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 07/20/2010 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, Nº 596, SALA 01, BAIRRO ACLIMAÇÃO, SÃO PAULO – SP CNPJ: 08.834.067/0001-33 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3084 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 05/29/2008 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3085 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/03/2009 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3086 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/03/2009 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3087 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/03/2009 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3088 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/04/2007 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3089 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF THE CONTRACT DATED: 07/20/2010 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3090 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 07/04/2008 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, Nº 596, SALA 01, BAIRRO ACLIMAÇÃO, SÃO PAULO – SP CNPJ: 08.834.067/0001-33 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3091 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I DATED: 05/29/2008 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3092 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 05/29/2008 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3093 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE II DATED: 07/20/2010 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA CITY OF SAO PAULO, STATE OF SAO PAULO, AT RUA PEDRA AZUL, N.° 596, SALA 01, BAIRRO ACLIMAGAO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3094 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/04/2007 | S&T COUTO CONSULTORIA AUTOMOTIVA LTDA RUA PEDRA AZUL, Nº 596, SALA 01, BAIRRO ACLIMAÇÃO, SÃO PAULO – SP CNPJ: 08.834.067/0001-33 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3095 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 03/13/2013 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3096 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN TOP SPONSOR SAE BRASIL 2014 EVENT DATED: 01/20/2014 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3097 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 02/18/2014 | SAE BRASIL STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR, CEP 01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3098 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT – SAE BRASIL SYMPOSIUM OF TRENDS 2013 – MINAS GERAIS SECTION DATED: 10/31/2013 | SAE BRASIL AVENIDA PAULISTA, 2073, HORSA II, CONJUNTO 1003, CERQUEIRA CÉSAR, SÃO PAULO, SP, CEP 01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3099 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 01/16/2015 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known): 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3100** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 01/20/2014 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3101** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 10/25/2011 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, CERQUEIRA CESAR NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3102** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 05/23/2013 | SAE BRASIL AVENIDA PAULISTA, 2073, HORSA II, CONJUNTO 1003, CERQUEIRA CÉSAR, SÃO PAULO, SP, CEP 01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3103** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN TOP SPONSOR SAE BRASIL 2014 EVENT DATED: 07/14/2014 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3104** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 12/20/2013 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II; SET 1.003, CERQUEIRA CESAR NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3105** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT SAE BRAZIL SYMPOSIUM OF TRENDS 2013 - MINAS GERAIS SECTION DATED: 12/20/2013 | SAE BRASIL STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II; SET 1.003, , CERQUEIRA CESAR NEIGHBORHOOD; CEP-01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3106** | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 04/19/2013 | SAE BRASIL STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR, CEP 01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3107 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT – SAE BRASIL FORUM ON MOBILITY TRENDS AND TECHNOLOGY DATED: 11/10/2011 | SAE BRASIL AVENIDA PAULISTA, 2073, HORSA II, CONJUNTO 1003, CERQUEIRA CÉSAR, SÃO PAULO, SP, CEP 01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3108 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 05/10/2012 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, CERQUEIRA CESAR  NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3109 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 10/25/2011 | SAE BRASIL STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, CERQUEIRA CESAR  NEIGHBORHOOD, CEP 01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3110 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 04/19/2013 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3111 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 05/10/2012 | SAE BRASIL CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, CERQUEIRA CESAR NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3112 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 05/10/2012 | SAE BRASIL STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, CERQUEIRA CESAR NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3113 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 02/18/2014 | SAE BRASIL SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, CERQUEIRA CESAR  NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3114 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT IN EVENT DATED: 07/14/2014 | SAE BRASIL<br>STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003,  BAIRRO CERQUEIRA CESAR, CEP 01311-940, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3115 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SPONSORSHIP AGREEMENT DATED: 07/03/2015 | SAE BRASIL<br>STATE OF SAO PAULO, AT AVENIDA PAULISTA N°. 2.073, ED. HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR, CEP 01311-940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3116 | State what the contract or lease is for and the nature of the debtor's interest | SPONSORSHIP CONTRACT DATED: 02/18/2014 | SAE BRASIL<br>CAPITAL OF THE STATE OF SAO PAULO, AT AVENIDA PAULISTA, 2.073, HORSA II, CONJUNTO 1.003, BAIRRO CERQUEIRA CESAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3117 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SPONSORSHIP AGREEMENT DATED: 08/18/2014 | SAE BRASIL<br>AVENIDA DA EMANCIPAÇÃO, 801, JD. SANTA RITA DE CÁSSIA, HORTOLÂNDIA, SP, CEP 13184-654 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3118 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM FOR MAGNETI MARELLI DATED: 05/01/2022 | SALESFORCE TECNOLOGIA LTDA<br>AV. JOURNALIST ROBERTO MARINHO, 85 - 14 SALESFORCE L WALK CITY ONSOONS SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3119 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 02 TO THE EDUCATIONAL AGREEMENT FOR THE GRANTING OF DISCOUNTS DATED: 01/01/2014 | SALESIAN UNIVERSITY CENTER OF SAO PAULO DOM BOSCO CAMPUS<br>RUA DOM BOSCO, 100 - JARDIM SANTA CATARINA AMERICANA, SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3120 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL ASSISTANCE AGREEMENT DATED: 08/28/2013 | SANKEI GIKEN KOGY CO., LTD<br>5-1<br>AKABANE MINAMI2-CHOME<br>KITA-KU, TOKYO,<br>JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3121 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL ASSISTANCE AGREEMENT DATED: 05/28/2014 | SANKEI GIKEN KOGY CO., LTD 5-1 AKABANE MINAMI 2-CHOME KITA-KU, TOKYO, JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3122 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL ASSISTANCE AGREEMENT DATED: 06/25/2014 | SANKEI GIKEN KOGY CO., LTD 5-1 AKABANE MINAMI 2-CHOME KITA-KU TOKYO, JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3123 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL ASSISTANCE AGREEMENT DATED: 09/04/2012 | SANKEI GIKEN KOGYO CO., LTD, ("SANKEI") 5-1 AKABANE MINAMI 2-CHOME KITA-KU, TOKYO, JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3124 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT KNOWHOW/SERVICES AND TECHNOLOGY SUPPLY AGREEMENT DATED: 03/31/2020 | SANKEI GIKEN KOGYO CO., LTD. PRINCIPAL OFFICE AT 5-1 AKABANE MINAMI 2-CHOME KITA-KU TOKYO, JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3125 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT KNOWHOW/SERVICES AND TECHNOLOGY SUPPLY AGREEMENT DATED: 03/31/2021 | SANKEI GIKEN KOGYO CO., LTD. 5-1 AKABANE MINAMI 2-CHOME KITA-KU TOKYO, JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3126 | **State what the contract or lease is for and the nature of the debtor's interest** | DEVELOPMENT KNOW-HOW/SERVICES AND TECHNOLOGY SUPPLY AGREEMENT DATED: 03/31/2020 | SANKEI GIKEN KOGYO CO., LTD. 5-1 AKABANE MINAMI 2-CHOME KITA-KU TOKYO, JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3127 | **State what the contract or lease is for and the nature of the debtor's interest** | TECHNICAL ASSISTANCE AGREEMENT | SANKEI GIKEN KOGYOCO LTD 5-1 AKABANE MINAMI2-CHOME KITA-KU, TOKYO, JAPAN |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known)   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3128**
State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 06/30/2010

State the term remaining: Undetermined

List the contract number of any government contract:

SANTA GABRIELA ENERGETICA S/A
AVENIDA MARECHAL  MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA NEIGHBORHOOD, IN  THE CITY OF RECIFE, STATE OF PERNAMBUCO

---

**2.3129**
State what the contract or lease is for and the nature of the debtor's interest: FIRST AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 06/30/2010

State the term remaining: Undetermined

List the contract number of any government contract:

SANTA GABRIELA ENERGETICA S/A
VENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA NEIGHBORHOOD, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO,

---

**2.3130**
State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/01/2016

State the term remaining: Undetermined

List the contract number of any government contract:

SANTA GABRIELA ENERGETICA S/A
AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801,  PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO

---

**2.3131**
State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF ASSIGNMENT OF PURCHASE AND SALE CONTRACT OF ENERGY ELECTRIC DATED: 08/25/2011

State the term remaining: Undetermined

List the contract number of any government contract:

SANTA GABRIELA ENERGETICA S/A
AVENIDA ENGENHEIRO DOMINGOS FERREIRA, N° 2.589, 8TH FLOOR (PART), BOA VIAGEM NEIGHBORHOOD, CEP 51.020-031, RECIFE, PERNAMBUCO

---

**2.3132**
State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014

State the term remaining: Undetermined

List the contract number of any government contract:

SANTA GABRIELA ENERGETICA S/A
AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801,  PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO

---

**2.3133**
State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF ASSIGNMENT DATED: 08/25/2011

State the term remaining: Undetermined

List the contract number of any government contract:

SANTA GABRIELA ENERGETICA S/A
AVENIDA ENGENHEIRO DOMINGOS FERREIRA, N°  2.589, 8TH FLOOR (PART), BOA VIAGEM NEIGHBORHOOD, CEP 51.020-031

---

**2.3134**
State what the contract or lease is for and the nature of the debtor's interest: SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014

State the term remaining: Undetermined

List the contract number of any government contract:

SANTA GABRIELA ENERGETICA S/A
AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801, PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3135 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/04/2010 | SANTA GABRIELA ENERGETICA S/A VENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA NEIGHBORHOOD, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3136 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF ' PURCHASE AND SALE CONTRACT DATED: 08/25/2011 | SANTA GABRIELA ENERGETICA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, N° 2.589, 8TH FLOOR (PART), BOA VIAGEM NEIGHBORHOOD, CEP 51.020-031, IN THE CITY OF RECIFE, STATE OF. PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3137 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 10/01/2014 | SANTA GABRIELA ENERGETICA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, NO. 2.589, ROOM 801, PART, BAIRRO DE BOA VIAGEM, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3138 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF ' PURCHASE AND SALE CONTRACT OF ENERGY ELECTRIC DATED: 08/25/2011 | SANTA GABRIELA ENERGETICA S/A AVENIDA ENGENHEIRO DOMINGOS FERREIRA, N° 2.589, 8TH FLOOR (PART), BOA VIAGEM NEIGHBORHOOD, CEP 51.020-031 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3139 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/04/2010 | SANTA GABRIELA ENERGETICA S/A AVENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA NEIGHBORHOOD, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3140 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 06/30/2010 | SANTA GABRIELA ENERGÉTICA S/A AVENIDA MARECHAL MASCARENHAS DE MORAIS, N° 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA, RECIFE – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3141 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/04/2010 | SANTA GABRIELA ENERGÉTICA S/A AVENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA, RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known)    25-11062

Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3142 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/04/2010 | SANTA GABRIELA ENERGÉTICA S/A AVENIDA MARECHAL MASCARENHAS DE MORAIS, Nº 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA, RECIFE – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3143 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 06/30/2010 | SANTA GABRIELA ENERGÉTICA S/A AVENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA, RECIFE, PE — CNPJ: 07.835.806/0001-49 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3144 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 06/30/2010 | SANTA GABRIELA ENERGÉTICA S/A AVENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA, RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3145 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT. DATED: 01/01/2016 | SANTA GABRIELA ENERGÉTICA S/A AV. ENG. DOMINGOS FERREIRA, Nº 2.589, SALA 801, BOA VIAGEM, RECIFE – PE   RODOVIA MS 213, KM 41, FAZENDA SANTA GABRIELA, SONORA – MS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3146 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF PURCHASE AND SALE CONTRACT OF ELECTRIC ENERGY DATED: 12/31/2015 | SANTA GABRIELA ENERGÉTICA S/A AVENIDA ENG. DOMINGOS FERREIRA, Nº 2.589, 8TH FLOOR (PART), BOA VIAGEM, RECIFE – PE, CEP 51.020-031 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3147 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 06/30/2010 | SANTA GABRIELA ENERGÉTICA S/A AVENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA, RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3148 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY PURCHASE AND SALE AGREEMENT DATED: 01/04/2010 | SANTA GABRIELA ENERGETICA S/A, AVENIDA MARECHAL MASCARENHAS DE MORAIS, NO. 3905, 1ST FLOOR, ROOM 38, IMBIRIBEIRA NEIGHBORHOOD, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3149** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/01/2008 | SANTOS & OLIVEIRA CONSULTORIA MADRID STREET, NO. 71, JD. SERVILHA, SALTO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3150** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/28/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA RUA MADRID, N° 71, JD. SERVILHA, SALTO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3151** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/28/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA RUA MADRID, N° 71, JD. SERVILHA, SALTO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3152** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 04/07/2010 | SANTOS & OLIVEIRA CONSULTORIA LTDA RUA MADRID, N° 71, JD.  SERVILHA, SALTO-SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3153** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/29/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA CITY OF SALTO, STATE OF SAO PAULO, AT RUA MADRID, N° 71, JD. SERVILHA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3154** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT TABLE DATED: 05/28/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA CITY OF SALTO, STATE OF SAO PAULO, AT RUA MADRID, N° 71, JD. SERVILHA |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3155** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/01/2013 | SANTOS & OLIVEIRA CONSULTORIA LTDA RUA MADRID, N° 71, JD. SERVILHA, SALTO, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3156** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/28/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA RUA MADRID, N° 71, JD. SERVILHA, SALTO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3157** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2008 | SANTOS & OLIVEIRA CONSULTORIA LTDA SALTO, STATE OF SAO PAULO, AT MADRID STREET, NO. 71, JD. SERVILHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3158** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/06/2013 | SANTOS & OLIVEIRA CONSULTORIA LTDA CITY OF SALTO, STATE OF SAO PAULO, A' RUA MADRID, N° 71, JD. SERVILHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3159** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/04/2008 | SANTOS & OLIVEIRA CONSULTORIA LTDA CITY OF SALTO, STATE OF SAO PAULO, AT MADRID STREET, NO. 71, JD. SERVILHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3160** | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I DATED: 04/07/2010 | SANTOS & OLIVEIRA CONSULTORIA LTDA RUA MADRID, N° 71, JD. SERVILHA, SALTO-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3161** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/01/2013 | SANTOS & OLIVEIRA CONSULTORIA LTDA CITY OF SALTO, STATE OF SAO PAULO, A' RUA MADRID, N° 71, JD. SERVILHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3162** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 04/07/2010 | SANTOS & OLIVEIRA CONSULTORIA LTDA RUA MADRID, 71, JARDIM SERVILHA, SALTO – SP CNPJ: 07.078.745/0001-12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3163 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 04/07/2010 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, N° 71, JD.  SERVILHA, SALTO-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3164 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/23/2008 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, Nº 71, JARDIM SERVILHA, SALTO – SP CNPJ: 07.078.745/0001-12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3165 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SUMMARY TABLE DATED: 05/28/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, Nº 71, JARDIM SERVILHA, SALTO – SP CNPJ: 07.078.745/0001-12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3166 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/28/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, Nº 71, JD. SERVILHA, SALTO, SÃO PAULO CNPJ: 07.078.745/0001-12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3167 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/29/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA. SALTO, SAO PAULO, RUA MADRID, N° 71, JD. SERVILHA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3168 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/23/2008 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, 71, JARDIM SERVILHA, SALTO – SP CNPJ: 07.078.745/0001-12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3169 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SERVICE PROVISION AGREEMENT DATED: 04/07/2010 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, Nº 71, JARDIM SERVILHA, SALTO – SP CNPJ: 07.078.745/0001-12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda            Case number (if known)   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3170 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/28/2014 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, N° 71, JD. SERVILHA, SALTO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3171 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SUMMARY TABLE DATED: 06/01/2013 | SANTOS & OLIVEIRA CONSULTORIA LTDA. RUA MADRID, N° 71, JARDIM SERVILHA, SALTO – SP CNPJ: 07.078.745/0001-12 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3172 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3173 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A AV ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3174 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE HEADQUARTERS IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3175 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3176 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known): 25-11062



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3177 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3178 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3179 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE F CAMPINAS, SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3180 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3181 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3182 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3183 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3184** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE HEADQUARTERS IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3185** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV.  GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3186** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 09/05/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3187** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, WITH ADMINISTRATIVE HEADQUARTERS IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3188** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3189** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3190** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | SAPORE S.A MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3191 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3192 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3193 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3194 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 07/22/2013 | SAPORE S.A AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3195 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3196 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2016 | SAPORE S.A SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3197 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 10/02/2016 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP CNPJ: 67.945.071/0001-38 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3198 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3199 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS, SÃO PAULO CNPJ: 67.945.071/0001-38 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3200 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3201 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO, SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3202 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY TABLE DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3203 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA, OSASCO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3204 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AVENIDA GENERAL PEDRO PINHO, 480 – SALA 03, QUITAÚNA, OSASCO – SP   AVENIDA ANTONIO ARTIOLI, 570 – SWISS PARK OFFICE, CAMPINAS – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3205** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480 ROOM 03 QUITAUNA OSASCO, SP, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3206** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3207** State what the contract or lease is for and the nature of the debtor's interest | MEAL SUPPLY AND RESTAURANT MANAGEMENT AGREEMENT DATED: 09/02/2013 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3208** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/10/2016 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, MUNICIPALITY OF CAMPINAS, STATE OF SÃO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3209** State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013 | SAPORE S.A. AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO – SP ADMINISTRATIVE HQ: AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP CNPJ: 67.945.071/0001-38 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3210** State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT SUMMARY DATED: 09/02/2013 | SAPORE S.A. MUNICIPALITY OF OSASCO, STATE OF SAO PAULO, AT AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAUNA MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3211** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF MEALS DATED: 02/09/2013 | SAPORE S.A. AV. ANTONIO ARTIOLI, 570 ED. ALTDORF SWISS PARK OFFICE CAMPINAS, SP, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3212**
State what the contract or lease is for and the nature of the debtor's interest: 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013

State the term remaining: Undetermined

List the contract number of any government contract:

SAPORE S.A.
AV. GENERAL PEDRO PINHO, 480
ROOM 03
QUITAUNA
OSASCO, SP,
BRAZIL

---

**2.3213**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013

State the term remaining: Undetermined

List the contract number of any government contract:

SAPORE S.A.
SAO PAULO, AT AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE

---

**2.3214**
State what the contract or lease is for and the nature of the debtor's interest: 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013

State the term remaining: Undetermined

List the contract number of any government contract:

SAPORE S.A.
AVENIDA GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO-SP, ADMINISTRATIVE HQ: AVENIDA ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS-SP, CNPJ 67.945.071/0001-38

---

**2.3215**
State what the contract or lease is for and the nature of the debtor's interest: CONTRACT FOR THE SUPPLY OF MEALS DATED: 09/02/2013

State the term remaining: Undetermined

List the contract number of any government contract:

SAPORE S.A.
MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO, AT AV. ANTONIO ARTIOLI, 570

---

**2.3216**
State what the contract or lease is for and the nature of the debtor's interest: 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 09/02/2013

State the term remaining: Undetermined

List the contract number of any government contract:

SAPORE S.A.
AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO - SP

---

**2.3217**
State what the contract or lease is for and the nature of the debtor's interest: 2ND AMENDMENT TO THE MEAL SUPPLY CONTRACT DATED: 07/22/2013

State the term remaining: Undetermined

List the contract number of any government contract:

SAPORE S.A.
AV. GENERAL PEDRO PINHO, 480, ROOM 03, QUITAÚNA, OSASCO – SP ADMINISTRATIVE HQ: AV. ANTONIO ARTIOLI, 570, ED. ALTDORF, SWISS PARK OFFICE, CAMPINAS – SP CNPJ: 67.945.071/0001-38

---

**2.3218**
State what the contract or lease is for and the nature of the debtor's interest: PROJECT SPECIFIC SUPPLEMENT TO QUALITY ASSURANCE AGREEMENT DATED: 02/25/2014

State the term remaining: Undetermined

List the contract number of any government contract:

SAS AUTOMOTIVE DO BRASIL LTDA
AV. CARLOS PEDROSO DA SILVEIRA, 10000
TAUBATE, SAO PAULO,
BRAZIL

---

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):    25-11062

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3219 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 11/14/2006 | SATEC INDUSTRIAL LTDA RUA ANTONIO ALEIXO NETO, 650, PEDREIRA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3220 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 04/11/2006 | SATEC INDUSTRIAL LTDA CITY OF PEDREIRA, STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, NO. 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3221 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 11/14/2006 | SATEC INDUSTRIAL LTDA CITY OF PEDREIRA, STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3222 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/20/2007 | SATEC INDUSTRIAL LTDA. RUA ANTONIO ALEIXO NETO, NO. 650, PEDREIRA, STATE OF SÃO PAULO CNPJ: 68.868.017/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3223 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 04/02/2007 | SATEC INDUSTRIAL LTDA. CITY OF PEDREIRA, STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3224 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 06/20/2006 | SATEC INDUSTRIAL LTDA. PEDREIRA, STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, NO. 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3225 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 06/20/2006 | SATEC INDUSTRIAL LTDA. RUA ANTONIO ALEIXO NETO, NO. 650, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3226 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/29/2006 | SATEC INDUSTRIAL LTDA. PEDREIRA, STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3227 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/24/2006 | SATEC INDUSTRIAL LTDA. PEDREIRA, STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, NO. 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3228 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 08/20/2007 | SATEC INDUSTRIAL LTDA. PEDREIRA,  STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3229 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 04/11/2006 | SATEC INDUSTRIAL LTDA. RUA ANTONIO ALEIXO NETO, NO. 650, PEDREIRA, STATE OF SÃO PAULO CNPJ: 68.868.017/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3230 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 11/14/2006 | SATEC INDUSTRIAL LTDA. RUA ANTONIO ALEIXO NETO, 650, PEDREIRA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3231 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 04/02/2007 | SATEC INDUSTRIAL LTDA. RUA ANTONIO ALEIXO NETO, 650, PEDREIRA – SP CNPJ: 68.868.017/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3232 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/24/2006 | SATEC INDUSTRIAL LTDA. PEDREIRA, SAO PAULO, RUA ANTONIO  ALEIXO NETO, NO. 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3233 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 07/24/2006 | SATEC INDUSTRIAL LTDA. RUA ANTONIO ALEIXO NETO, NO. 650, PEDREIRA, STATE OF SÃO PAULO CNPJ: 68.868.017/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3234 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 04/11/2006 | SATEC INDUSTRIAL LTDA. RUA ANTONIO ALEIXO NETO, NO. 650, PEDREIRA – SP CNPJ: 68.868.017/0001-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3235 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF LENDING AGREEMENT DATED: 04/11/2006 | SATEC INDUSTRIAL LTDA. CITY OF PEDREIRA, STATE OF SAO PAULO, RUA ANTONIO ALEIXO NETO, NO. 650 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3236 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/09/2010 | SBV AUTOMOTORES DO BRASIL LTDA BLOCK 01, MODULE 33, PART OF THE MINING-INDUSTRIAL DISTRICT OF CATALAO - DIMIC, CATALAO/GO, CEP 75701-970 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3237 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 06/16/2010 | SCE FUNDO DE INVESTIMENTO EM DIREITOS CREDITORIOS CITY OF RIO DE JANEIRO - RJ, AV. PRESIDENTE WILSON, N° 231 - 11TH FLOOR, 13TH FLOOR AND 17TH   FLOOR (PARTS) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3238 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/26/2010 | SCE FUNDO DE INVESTIMENTO EM DIREITOS CREDITORIOS CITY OF RIO DE JANEIRO - RJ, AV. PRESIDENTE WILSON, N° 231 - 11TH FLOOR, 13TH  FLOOR AND 17TH FLOOR (PARTS) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3239 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MAIN AGREEMENT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/30/2010 | SCE FUNDO DE INVESTIMENTO EM DIREITOS CREDITORIOS CITY OF RIO DE JANEIRO - RJ, AV. PRESIDENTE WILSON, N° 231 - 11TH FLOOR, 13TH FLOOR AND 17TH FLOOR (PARTS) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

▊   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3240 | State what the contract or lease is for and the nature of the debtor's interest | MAIN CONTRACT FOR CONTINUED ASSIGNMENT OF CREDIT RIGHTS DATED: 03/25/2010 | SCE FUNDO DE INVESTIMENTO EM DIREITOS CREDITORIOS CITY OF RIO DE JANEIRO - RJ, AV. PRESIDENTE WILSON, N° 231 - 11TH FLOOR, 13TH FLOOR AND 17TH FLOOR (PARTS) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3241 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASE CONTRACT DATED: 04/16/2013 | SCKAR. MACHINING AND MECHANICS LTD RUA. SWITZERLAND, 123 .- BAIRRO_SILVESTRE .- AMPARO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3242 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASE CONTRACT DATED: 04/16/2013 | SCKAR. MACHINING AND MECHANICS LTD RUA. SWITZERLAND, 123 .- BAIRRO_SILVESTRE .- AMPARO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3243 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | SDP COMUNICACAO LTDA AV. DUQUESA DE GOIAS, N°. 53, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3244 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | SDP COMUNICACAO LTDA AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3245 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS DATED: 07/05/2007 | SDP COMUNICACAO LTDA AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3246 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICACAO LTDA AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2008<br><br>Undetermined | SDP COMUNICACAO LTDA<br>AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| 2.3248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS<br><br>Undetermined | SDP COMUNICACAO LTDA<br>AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| 2.3249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS/PUBLIC RELATIONS SERVICES DATED: 01/01/2011<br><br>Undetermined | SDP COMUNICAÇÃO LTDA<br>AV. DUQUESA DE GOIÁS, 53, SÃO PAULO – SP |
| 2.3250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS/PUBLIC RELATIONS SERVICES DATED: 04/30/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA<br>AV. DUQUESA DE GOIÁS, 53, SÃO PAULO – SP CNPJ: 05.275.908/0001-21 |
| 2.3251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS/PUBLIC RELATIONS SERVICES DATED:<br><br>Undetermined | SDP COMUNICAÇÃO LTDA<br>AVENIDA DUQUESA DE GOIÁS, 53, SÃO PAULO – SP |
| 2.3252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES – SUP 411/07 DATED: 07/05/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA<br>AV. DUQUESA DE GOIÁS, 53<br>SÃO PAULO, SP,<br>BRAZIL |
| 2.3253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007<br><br>Undetermined | SDP COMUNICACAO LTDA.<br>AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

| ▉ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 04/30/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA.<br>AV. DUQUESA DE GOIÁS 53<br>MUNICIPALITY OF SÃO PAULO, STATE OF SÃO PAULO, BRAZIL |
| 2.3255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 04/30/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA.<br>AV. DUQUESA DE GOIÁS 53<br>MUNICIPALITY OF SÃO PAULO, STATE OF SÃO PAULO, BRAZIL |
| 2.3256 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA.<br>AV. DUQUESA DE GOIÁS, 53, SÃO PAULO - SP, 05366-070 |
| 2.3257 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA.<br>AV. DUQUESA DE GOIÁS, 53, SÃO PAULO – SP CNPJ: 05.275.908/0001-21 |
| 2.3258 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR CONSULTING AND PUBLIC RELATIONS SERVICES DATED: 04/30/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA.<br>AVENIDA DUQUESA DE GOIÁS, 53, SÃO PAULO, SP CNPJ: 05.275.908/0001-21 |
| 2.3259 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 04/30/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA.<br>AV. DUQUESA DE GOIÁS, 53<br>SÃO PAULO, SP,<br>BRAZIL |
| 2.3260 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS/PUBLIC RELATIONS SERVICES DATED: 07/05/2007<br><br>Undetermined | SDP COMUNICAÇÃO LTDA.<br>AV. DUQUESA DE GOIÁS, 53, SÃO PAULO – SP |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3261 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/01/2014 | SDP COMUNICAQAO LTDA<br>AV. DUQUESA DE GOIAS, 53, SAO PAULO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3262 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PUBLIC RELATIONS SERVICES ENTERED INTO | SDP COMUNICAQAO LTDA<br>AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3263 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICAQAO LTDA<br>AV. DUQUESA DE GOIAS, 53, MUNICIPALITY OF SAO PAULO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3264 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | SDP COMUNICAQAO LTDA<br>AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3265 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICAQAO LTDA<br>AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3266 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST PRIVATE INSTRUMENT OF AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS | SDP COMUNICAQAO LTDA<br>AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3267 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICAQAO LTDA<br>AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3268 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS DATED: 01/01/2011 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS, N°. 53, IN THE MUNICIPALITY OF  SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3269 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF  SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3270 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF  SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3271 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS DATED: 07/05/2007 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF  SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3272 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CONSULTING AND PRESS RELATIONS AND PUBLIC RELATIONS SERVICES DATED: 07/05/2007 | SDP COMUNICAQAO LTDA AV. DUQUESA DE GOIAS 53, MUNICIPALITY OF SAO PAULO, STATE OF  SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3273 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 10/21/2013 | SEGULA DO BRASIL ENGENHARIA E TECNOLOGIA LTDA RUA ÁSIA 85, PINHAIS, PARANÁ, CNPJ 06.984.368/0002-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3274 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT NO. 088/2013 DATED: 01/15/2014 | SEGULA DO BRASIL ENGENHARIA E TECNOLOGIA LTDA RUA ASIA 85, PINHAIS,PARANA - CEP: 83.323-850 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3275** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 01/22/2014 | SEGULA DO BRASIL ENGENHARIA E TECNOLOGIA LTDA RUA ÁSIA 85, PINHAIS, PARANÁ, CEP 83.323-850, CNPJ 06.984.368/0002-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3276** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF CONTRACTUAL ASSIGNMENT OF PROJECT DEVELOPMENT SERVICES, SIGNED IN MARCH/2015 BETWEEN SEGULA SUDESTE ENGENHARIA E TECNOLOGIA LTDA AND MAGNETI MARELLI SISTEMAS AUTOMOTIVOS INDUSTRIA E COMERCIO LTDA DATED: 10/05/2017 | SEGULA DO BRASIL ENGENHARIA E TECNOLOGIA LTDA. RUA SETE DE SETEMBRO, 605, CENTRO, IN THE CITY OF PINHAIS, STATE OF PARANA, CEP 83323-270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3277** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT NO. 088/2013 DATED: 10/21/2013 | SEGULA DO BRASIL ENGENHARIAE TECNOLOGIA LTDA RUA ASIA 85, PINHAIS / PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3278** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/01/2015 | SEGULA SUDESTE ENGENHARIA E TECNOLOGIA LTDA RUA JUSCELINO KUBITSCHEK, 474 - ROOM 201. BETIM - MGA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3279** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/01/2015 | SEGULA SUDESTE ENGENHARIA E TECNOLOGIA LTDA. RUA JUSCELINO KUBITSCHEK, 474 - ROOM 201. BETIM - MGA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3280** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF CONTRACTUAL ASSIGNMENT OF PROJECT DEVELOPMENT SERVICES, SIGNED IN MARCH/2015 BETWEEN SEGULA SUDESTE ENGENHARIA E TECNOLOGIA LTDA AND MAGNETI MARELLI SISTEMAS AUTOMOTIVOS INDUSTRIA E COMERCIO LTDA DATED: 10/05/2017 | SEGULA SUDESTE ENGENHARIA E TECNOLOGIA LTDA. RUA FELIPE DOS SANTOS, 794, SALA 01 E 02, CENTRO, CEP 32600-214, IN THE CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3281** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT | SEGULA SUDESTE ENGENHARIA E TECNOLOGIA LTDA. RUA JUSCELINO KUBITSCHEK, 474 - ROOM 201. BETIM - MGA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3282** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF TEMPORARY LABOR DATED: 05/01/2011 | SELECAO DE PESSOAL LTDA AV. ANDRE CAVALCANTI, N°. 41, GUTIERREZ NEIGHBORHOOD - CEP: 30.430-110 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3283** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE ASSIGNMENT OF TEMPORARY LABOR DATED: 05/02/2011 | SELPE - SELEÇÃO DE PESSOAL LTDA AV. ANDRE CAVALCANTI N° 41 GUTIERREZ BELO HORIZONTE, MG, 30.430-110 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3284** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PREDICTIVE MAINTENANCE SERVICES DATED: 05/12/2008 | SEMEQ BRASIL SERVICOS INDUSTRIAIS EPP RUA JOSE EMIDIO, C 710, MUNICIPALITY OF IRACEMAPOLIS, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3285** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PREDICTIVE MAINTENANCE SERVICES DATED: 05/12/2008 | SEMEQ BRASIL SERVIÇOS INDUSTRIAIS EPP RUA JOSÉ EMÍDIO C 710 IRACEMÁPOLIS, STATE OF SÃO PAULO, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3286** State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF PREDICTIVE MAINTENANCE SERVICES DATED: 08/12/2009 | SEMEQ BRAZIL SERVICOS INDUSTRIAIS EPP RUA JOSE EMIDIO, C 710, MUNICIPALITY OF IRACEMAPOLIS, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3287** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF PREDICTIVE MAINTENANCE SERVICES DATED: 08/12/2009 | SEMEQ BRAZIL SERVIÇOS INDUSTRIAIS EPP HORTOLÂNDIA, SÃO PAULO, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3288** State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE I FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES OF SURVEILLANCE DATED: 09/17/2008 | SEMPRE - EMPRESA DE SEGURANCA LTDA HORTOLANDIA. STATE OF SAO PAULO, AT RUA VITORIA REGIA, 131 - JD. SAO SEBASTIAO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

       Name

Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES OF SURVEILLANCE DATED: 09/30/2006<br>Undetermined | SEMPRE – EMPRESA DE SEGURANÇA LTDA.<br>AVENIDA DA EMANCIPAÇÃO, Nº 801, GALPÃO 01, HORTOLÂNDIA, SÃO PAULO |
| **2.3290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM 1 FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING & CONSERVATION SERVICES DATED: 09/17/2008<br>Undetermined | SEMPRE - SERVICOS OUTSOURCED E COMERCIO LTDA.<br>CAMPINAS, STATE OF SAO PAULO, AT RUA VITORIA REGIA, N.° 131 - SALA A - BAIRRO JD. SAO SEBASTIAO |
| **2.3291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM 1 DATED: 09/17/2008<br><br>Undetermined | SEMPRE - SERVIQOS OUTSOURCED E COMERCIO LTDA.<br>RUA VITÓRIA RÉGIA, 131<br>SALA A<br>BAIRRO JARDIM SÃO SEBASTIÃO<br>CAMPINAS, SÃO PAULO,<br>BRAZIL |
| **2.3292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING & CONSERVATION SERVICES NO. 001/2005 DATED:<br>Undetermined | SEMPRE - SERVIQOS OUTSOURCED E COMERCIO LTDA.<br>RUA VITÓRIA RÉGIA, 131<br>SALA A<br>BAIRRO JARDIM SÃO SEBASTIÃO<br>CAMPINAS, SÃO PAULO,<br>BRAZIL |
| **2.3293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING & CONSERVATION SERVICES DATED: 09/17/2008<br>Undetermined | SEMPRE - SERVIQOS OUTSOURCED E COMERCIO LTDA.<br>RUA VITÓRIA RÉGIA, 131<br>SALA A<br>BAIRRO JARDIM SÃO SEBASTIÃO<br>CAMPINAS, SÃO PAULO,<br>BRAZIL |
| **2.3294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM 1 DATED: 09/17/2008<br><br>Undetermined | SEMPRE - SERVIQOS OUTSOURCED E COMERCIO LTDA.<br>RUA VITÓRIA RÉGIA, 131<br>SALA A<br>BAIRRO JARDIM SÃO SEBASTIÃO<br>CAMPINAS, SÃO PAULO,<br>BRAZIL |
| **2.3295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM OF ADHESION TO THE CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORTATION SERVICES UNDER A CONTINUOUS CHARTER REGIME DATED:<br>Undetermined | SEMPRE EMPRESA DE TRANSPORTES LTDA.<br>RUA ANTONIO CARLOS NEVES, N°. 137, CHACARAS CAMPOS ELISEOS, CEP 13.050173, CAMPINAS - SP |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3296 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORTATION SERVICES DATED: 04/20/2009 | SEMPRE EMPRESA DE TRANSPORTES LTDA. - EPP RUA ANTONIO CARLOS NEVES, N°. 137, CHACARAS CAMPOS ELISEOS, CEP 13.050173, CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3297 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORT SERVICES UNDER A CONTINUOUS CHARTER REGIME DATED: 04/20/2009 | SEMPRE EMPRESA DE TRANSPORTES LTDA-EPP RUA ANTONIO CARLOS NEVES, 137, CHACARAS CAMPOS ELISEOS, CEP: 13.050-173, CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3298 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORT SERVICES UNDER A CONTINUOUS CHARTER REGIME DATED: 04/20/2009 | SEMPRE EMPRESA DE TRANSPORTES LTDA-EPP RUA ANTONIO CARLOS"NEVES, 137, CHACARAS CAMPOS ELISEOS, CEP: 13.050-173, CAMPINAS-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3299 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORT SERVICES UNDER A CONTINUOUS CHARTER REGIME DATED: 04/20/2009 | SEMPRE EMPRESA DE TRANSPORTES LTDA-EPP RUA ANTONIO CARLOS NEVES, 137 CHÁCARAS CAMPOS ELÍSEOS CAMPINAS, SP, 13.050-137 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3300 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PASSENGER TRANSPORT SERVICES UNDER A CONTINUOUS CHARTER REGIME DATED: 04/20/2009 | SEMPRE EMPRESA DE TRANSPORTES LTDA-EPP RUA ANTONIO CARLOS NEVES, 137 CHÁCARAS CAMPOS ELÍSEOS CAMPINAS, SP, 13.050-173 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3301 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FROM PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | SEMPRE SERVICOS OUTSOURCING E COMERCIO LTDA RUA VITORIA REGIA, 131, IN THE MUNICIPALITY OF HORTOLANDIA, STATE OF  SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3302 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | SEMPRE SERVICOS OUTSOURCING E COMERCIO LTDA. RUA VITORIA  REGIA, 131, IN THE MUNICIPALITY OF HORTOLANDIA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

| ▉ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3303 | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL INSTRUMENT OF CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | SEMPRE SERVIÇOS OUTSOURCING E COMÉRCIO LTDA. ATTN: LUIZA YARA BORGES FINANCIAL DIRECTOR RUA VITÓRIA RÉGIA, 131, HORTOLÂNDIA – SP, 13.181-280 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3304 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | SEMPRE SERVIÇOS OUTSOURCING E COMÉRCIO LTDA. ATTN: LUIZA YARA BORGES FINANCIAL DIRECTOR RUA VITÓRIA RÉGIA, 131, HORTOLÂNDIA - SP – 13184-260 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3305 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF CONTRACT FROM PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 06/21/2007 | SEMPRE SERVIQOS TERCERIZAQAO E COMERCIO LTDA. RUA JOÃO BORGES, 31 SALA B – CHÁCARAS CAMPOS ELÍSEOS, CAMPINAS, SP, CEP 13050-174 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3306 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT DATED: 02/16/2009 | SENIOR DO BRASIL LTDA ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3307 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT DATED: 02/10/2009 | SENIOR DO BRASIL LTDA ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3308 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT SUPPLY CONTRACT DATED: 02/15/2008 | SENIOR DO BRASIL LTDA ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3309 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT SUPPLY DATED: 02/15/2008 | SENIOR DO BRASIL LTDA ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3310 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT DATED: 02/16/2010 | SENIOR DO BRASIL LTDA ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3311 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT SUPPLY CONTRACT DATED: 02/15/2008 | SENIOR DO BRASIL LTDA ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3312 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT DATED: 02/10/2009 | SENIOR DO BRASIL LTDA. ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3313 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT DATED: 03/17/2010 | SENIOR DO BRASIL LTDA. ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3314 | State what the contract or lease is for and the nature of the debtor's interest | SECOND 'AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT DATED: 03/17/2010 | SENIOR DO. BRASIL LTDA ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3315 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT DATED: 02/10/2009 | SENIOR DO. BRASIL LTDA . ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3316 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT SUPPLY CONTRACT DATED: 02/15/2008 | SENIOR DO. BRASIL LTDA . ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3317 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM II' SECOND 'AMENDMENT TO THE PRIVATE INSTRUMENT OF SUPPLY CONTRACT' DATED: 03/17/2010 | SENIOR DO. BRASIL LTDA . ARACARIGUAMA, AT PRACA FAUSTINO RONCORONI, 1, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3318 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE, AND TECHNICAL SUPPORT DATED: 05/03/2012 | SENIOR SISTEMAS S/A RUA LUIZ SACHTLEBEN, 115 BAIRRO ITOUPAVA SECA BLUMENAU, SC, 89.012-530 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3319 | **State what the contract or lease is for and the nature of the debtor's interest** | 12TH AMENDMENT TO THE LICENSE AGREEMENT FOR USE, SOFTWARE UPDATE AND TECHNICAL SUPPORT DATED: 11/01/2015 | SENIOR SISTEMAS S/A RUA SAO PAULO, N° 825 - VICTOR KONDER -  BLUMENAU / SC - CEP 89012-001 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3320 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE AGREEMENT FOR THE PROVISION OF SOFTWARE UPDATE AND SUPPORT SERVICES AND EQUIPMENT MAINTENANCE DATED: | SENIOR SISTEMAS S/A RUA LUIZ SACHTLEBEN, 115, ITOUPAVA SECA NEIGHBORHOOD, CEP 89.012-530 - BLUMENAU - SC |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3321 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE MAINTENANCE SERVICES AGREEMENT DATED: 03/27/2009 | SER INFORMATICA LTDA RUA LUIZ GAMA, N.° 962, BAIRRO CASTELO, IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3322 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE MAINTENANCE SERVICES AGREEMENT DATED: 03/27/2009 | SER INFORMATICA LTDA RUA LUIZ GAMA, N.° 962, BAIRRO CASTELO, IN THE MUNICIPALITY OF CAMPINAS, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3323 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 11/22/2013 | SERIS SERVICOS TECNICOS INDUSTRIAIS LTDA RUA PIAUI, 2019 MUNICIPALITY OF BELO HORIZONTE, STATE OF MG, 30:150-321 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3324 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/22/2013 | SERIS SERVICOS TECNICOS INDUSTRIAIS LTDA RUA PLAUF, 2019, MUNICIPALITY OF BELO HORIZONTE, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3325 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/22/2013 | SERIS SERVICOS TECNICOS INDUSTRIAIS LTDA RUA PLAUF, 2019, MUNICIPALITY OF BELO HORIZONTE, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3326 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/25/2014 | SERIS SERVICOS TECNICOS INDUSTRIAIS LTDA RUA PIAUI, 2019, MUNICIPALITY OF BELO HORIZONTE, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3327 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANTS SERVICES DATED: 03/01/2023 | SERIS SERVIÇOS TÉCNICOS INDUSTRIAIS LTDA RUA PIAUÍ, Nº 2019, BAIRRO EMPLOYEES, BELO HORIZONTE MG, ZIP CODE: 31.150-321 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3328 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/25/2014 | SERIS SERVIQOS TECNICOS INDUSTRIAIS LTDA RUA  PIAUI, 2019, MUNICIPALITY OF BELO HORIZONTE, STATE OF MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3329 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/22/2013 | SERIS SERVIQOS TECNICOS INDUSTRIAIS LTDA RUA PIAUI, 2019, MUNICIPALITY OF BELO HORIZONTE, STATE OF MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3330 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION FOR COLLECTIVE ATTENDANCE FOR USE OF SESI-SP LEISURE AND SPORTS CENTER: 01/16/2015 | SERVIÇO SOCIAL DA INDÚSTRIA - SESI DEPARTAMENTO REGIONAL DE SÃO PAULO AVENIDA PAULISTA, Nº 1313, 3º ANDAR, BAIRRO BELA VISTA, SÃO PAULO, SP --- AV. ARY RODRIGUEZ, Nº 200, BAIRRO BACURI, CAMPINAS, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3331 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AUTHORIZATION FOR COLLECTIVE ATTENDANCE FOR USE OF SESI-SP LEISURE AND SPORTS CENTER: 1/16/2015 <br><br> Undetermined | SERVIÇO SOCIAL DA INDÚSTRIA - SESI DEPARTAMENTO REGIONAL DE SÃO PAULO <br> AVENIDA PAULISTA, Nº 1313, 3º ANDAR, BAIRRO BELA VISTA, SÃO PAULO, CAPITAL --- AV. ARY RODRIGUEZ, Nº 200, BAIRRO BACURI, CAMPINAS |
| 2.3332 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 12/01/2009 <br><br> Undetermined | SETTER COMERCIO E SERVICOS GERAIS LTDA <br> AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE SAO BERNARDO DO CAMPO - CEP: 09607-020 - SP |
| 2.3333 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/14/2010 <br><br> Undetermined | SETTER COMERCIO E SERVICOS GERAIS LTDA <br> AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE  SAO BERNARDO DO CAMPO - CEP: 09607-020 - SP |
| 2.3334 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/04/2010 <br><br> Undetermined | SETTER COMERCIO E SERVICOS GERAIS LTDA <br> AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE  SAO BERNARDO DO CAMPO - CEP: 09607-020 - SP |
| 2.3335 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/04/2010 <br><br> Undetermined | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA <br> AVENIDA 11 DE AGOSTO, Nº 108, JARDIM SILVESTRE, SÃO BERNARDO DO CAMPO – SP, 09607-020 |
| 2.3336 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT <br><br> Undetermined | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA <br> AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE  SAO BERNARDO DO CAMPO - CEP: 09607-020 - SP |
| 2.3337 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT <br><br> Undetermined | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA <br> AV. 11 DE AGOSTO, 108, JARDIM SILVESTRE, SÃO BERNARDO DO CAMPO, SP, CEP 09607-020 CNPJ: 74.401.084/0001-01 |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3338** | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE, SÃO BERNARDO DO CAMPO, SP, CEP: 09607-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3339** | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA AV. 11 DE AGOSTO, Nº 108, JARDIM SILVESTRE, SÃO BERNARDO DO CAMPO, SP, CEP 09607-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3340** | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA AV. 11 DE AGOSTO, 108, JARDIM SILVESTRE, SÃO BERNARDO DO CAMPO, SP, CEP: 09607-020 CNPJ: 74.401.084/0001-01 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3341** | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 12/01/2009 | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA AVENIDA 11 DE AGOSTO, Nº 108, JD. SILVESTRE, SÃO BERNARDO DO CAMPO – SP, 09607-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3342** | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/14/2010 | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA. AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE, SÃO BERNARDO DO CAMPO - SP, 09607-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3343** | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 12/01/2009 | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA. AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE, SÃO BERNARDO DO CAMPO - SP, 09607-020 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3344** | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT DATED: 04/14/2010 | SETTER COMÉRCIO E SERVIÇOS GERAIS LTDA AV. 11 DE AGOSTO, Nº 108 - JD. SILVESTRE  SAO BERNARDO DO CAMPO - CEP: 09607-020 - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.3345 | State what the contract or lease is for and the nature of the debtor's interest | CIVIL FIREFIGHTER SERVICE PROVISION CONTRACT | SETTER COMERCIO E SERVIQOS GERAIS LTDA AV. 11 DE AGOSTO, N° 108 - JD. SILVESTRE  SAO BERNARDO DO CAMPO - CEP: 09607-020 - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3346 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF OUTSOURCED SERVICES DATED: 09/18/2008 | SG LOGISTICA LTDA PRACA MONSENHOR SILVA BARROS, N°  254, SALA 43, CENTRO, TAUBATE-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3347 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/26/2009 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO, 2.635, ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3348 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 11/27/2009 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO. 2.635, ALA C - CIDADE INDUSTRIAL CURITIBA CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3349 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/26/2009 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO, 2.635,  ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3350 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO. 2.635, ALA C - CIDADE INDUSTRIAL CURITIBA CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3351 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO. 2.635, ALA C - CIDADE INDUSTRIAL CURITIBA CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor |  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3352** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 07/01/2013 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO, 2.635, ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3353** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/26/2009 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO, 2.635,  ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3354** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO. 2.635, ALA C - CIDADE INDUSTRIAL CURITIBA CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3355** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO. 2.635, ALA C - CIDADE INDUSTRIAL CURITIBA CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3356** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO, 2.635. WING C - INDUSTRIAL CITY. CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3357** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO, 2.635,  ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3358** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 11/27/2009 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO. 2.635, ALA  CIDADE INDUSTRIAL CURITIBA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3359** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/20/2008 | SIEMENS ENTERPRISE COMMUNICATIONS R. PEDRO GUSSO, 2.635. WING C - INDUSTRIAL CITY. CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3360** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 11/27/2009 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMA^AO E COMUNICASOES CORPORATIVAS LTDA. RUA PEDRO GUSSO, 2635 ALA C CICADE INDUSTIAL CURITIBA, PARANÁ, 81310-900 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3361** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/20/2008 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA R. PEDRO GUSSO, 2.635. WING C - INDUSTRIAL CITY. CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3362** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/20/2008 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA R. PEDRO GUSSO, 2.635. WING C - INDUSTRIAL CITY. CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3363** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 07/01/2013 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA R. PEDRO GUSSO, 2.635, ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3364** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/20/2008 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA. RUA PEDRO GUSSO, 2635 BLOCO 1 PAVIMENTO 02 CURITIBA, PARANÁ, 81310-900 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3365** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 07/01/2013 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA. RUA PEDRO GUSSO, 2635 BLOCO 1 PAVIMENTO 02 CURITIBA, PARANÁ, 81310-900 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

<table>
<tr><td colspan="2" style="background:#ddd">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td>List all contracts and unexpired leases</td><td>State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease</td></tr>
<tr>
<td>
2.3366<br>
State what the contract or lease is for and the nature of the debtor's interest<br><br>
State the term remaining<br><br>
List the contract number of any government contract
</td>
<td>
ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/20/2008<br><br><br>
Undetermined
</td>
</tr>
<tr><td></td><td>SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA.<br>R. PEDRO GUSSO, 2.635. WING C - INDUSTRIAL CITY. CURITIBA, CEP 81310-900</td></tr>
<tr>
<td>
2.3367<br>
State what the contract or lease is for and the nature of the debtor's interest<br><br>
State the term remaining<br><br>
List the contract number of any government contract
</td>
<td>
ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/26/2009<br><br><br>
Undetermined
</td>
</tr>
<tr><td></td><td>SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA.<br>RUA PEDRO GUSSO, 2635<br>BLOCO 1<br>PAVIMENTO 02<br>CURITIBA, PARANÁ, 81310-900<br>BRAZIL</td></tr>
<tr>
<td>
2.3368<br>
State what the contract or lease is for and the nature of the debtor's interest<br><br>
State the term remaining<br><br>
List the contract number of any government contract
</td>
<td>
LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008<br><br><br>
Undetermined
</td>
</tr>
<tr><td></td><td>SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA.<br>RUA PEDRO GUSSO, 2635<br>BLOCO 1<br>PAVIMENTO 02<br>CURITIBA, PARANÁ, 81310-900<br>BRAZIL</td></tr>
<tr>
<td>
2.3369<br>
State what the contract or lease is for and the nature of the debtor's interest<br><br>
State the term remaining<br><br>
List the contract number of any government contract
</td>
<td>
ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 11/27/2009<br><br><br>
Undetermined
</td>
</tr>
<tr><td></td><td>SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICACOES CORPORATIVAS LTDA.<br>RUA PEDRO GUSSO, 2635<br>BLOCO 1<br>PAVIMENTO 02<br>CURITIBA, PARANÁ, 81310-900<br>BRAZIL</td></tr>
<tr>
<td>
2.3370<br>
State what the contract or lease is for and the nature of the debtor's interest<br><br>
State the term remaining<br><br>
List the contract number of any government contract
</td>
<td>
SIEMENS ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/20/2008<br><br><br>
Undetermined
</td>
</tr>
<tr><td></td><td>SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMAÇÃO E COMUNICAÇÕES CORPORATIVAS LTDA.<br>RUA PEDRO GUSSO, 2635, WING C, CIDADE INDUSTRIAL, CURITIBA, PR, CEP 81310-900 — CNPJ: 67.071.001/0003-60</td></tr>
<tr>
<td>
2.3371<br>
State what the contract or lease is for and the nature of the debtor's interest<br><br>
State the term remaining<br><br>
List the contract number of any government contract
</td>
<td>
ADDENDUM NO. 03 TO EQUIPMENT RENTAL AGREEMENT DATED: 11/27/2009<br><br><br>
Undetermined
</td>
</tr>
<tr><td></td><td>SIEMENS ENTERPRISE COMMUNICATIONS – TECNOLOGIA DA INFORMAÇÃO E COMUNICAÇÕES CORPORATIVAS LTDA.<br>RUA PEDRO GUSSO, 2635, ALA A, CURITIBA – PR CNPJ: 67.071.001/0003-60 STATE REGISTRATION: 901.394.79-26 MUNICIPAL REGISTRATION: 01060350948-8</td></tr>
<tr>
<td>
2.3372<br>
State what the contract or lease is for and the nature of the debtor's interest<br><br>
State the term remaining<br><br>
List the contract number of any government contract
</td>
<td>
ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 11/27/2009<br><br><br>
Undetermined
</td>
</tr>
<tr><td></td><td>SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMACAO E COMUNICASOES CORPORATIVAS LTDA.<br>R. PEDRO GUSSO. 2.635, ALA C-CIDADE INDUSTRIAL CURIBA CEP 81310-900</td></tr>
</table>

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                    Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3373 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/26/2009 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMAFAO E COMUNICAFOES CORPORATIVAS LTDA R. PEDRO GUSSO, 2.635, ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3374 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/26/2009 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMAFAO E COMUNICAFOES CORPORATIVAS LTDA R. PEDRO GUSSO, 2.635, ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3375 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 01/26/2009 | SIEMENS ENTERPRISE COMMUNICATIONS - TECNOLOGIA DA INFORMAFAO E COMUNICAFOES CORPORATIVAS LTDA R. PEDRO GUSSO, 2.635, ALA C - CIDADE INDUSTRIAL, CURITIBA, CEP 81310-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3376 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT OF EQUIPMENT DATED: 01/02/2008 | SIEMENS ENTERPRISE COMMUNICATIONS – TECNOLOGIA DE INFORMAÇÃO E COMUNICAÇÕES CORPORATIVAS LTDA RUA PEDRO GUSSO, 2635, ALA C, CIDADE INDUSTRIAL, CURITIBA, PR, CEP: 81310-9000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3377 | State what the contract or lease is for and the nature of the debtor's interest | SIEMENS ADDENDUM TO THE EQUIPMENT RENTAL AGREEMENT DATED: 06/20/2008 | SIEMENS ENTERPRISE COMMUNICATIONS TECNOLOGIA DA INFORMAÇÃO E COMUNICAÇÕES CORPORATIVAS LTDA R. PEDRO GUSSO, 2635, WING C – INDUSTRIAL CITY, CURITIBA – PR, CEP 81310-900 CNPJ: 67.071.001/0003-60 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3378 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 03 TO EQUIPMENT RENTAL AGREEMENT DATED: 11/27/2009 | SIEMENS ENTERPRISE COMMUNICATIONS TECNOLOGIA DA INFORMAÇÃO E COMUNICAÇÕES CORPORATIVAS LTDA. CNPJ 67.071.001/0003-60, RUA PEDRO GUSSO, 2635, CURITIBA - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3379 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | SIGNATURE TECHNOLOGIES SERVICOS DE TECNOLOGIA LTDA RUA LIBERO BADARO, 293 CONJUNTO 27-D, CENTRO , IN THE DAY AND STATE OF SAO  PAULO-SP CNPJ: 11.643.219/0001-25 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3380 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | SIGNATURE TECHNOLOGIES SERVIÇOS DE TECNOLOGIA LTDA RUA LIBERO BADARO, 293 CONJUNTO 27-D, CENTRO , IN THE DAY AND STATE OF SAO  PAULO-SP CNPJ: 11.643.219/0001-25 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3381 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 02/08/2010 | SIGNATURE TECHNOLOGIES SERVIQOS DE TECNOLOGIA LTDA RUA LIBERO BADARO, 293 CONJUNTO 27-D, CENTRO , IN THE DAY AND STATE OF SAO  PAULO-SP CNPJ: 11.643.219/0001-25 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3382 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF WASTE TREATMENT SERVICES DATED: 05/16/2012 | SILCON AMBIENTAL LTDA PAUHNIA - SP, AT ESTRADAPLN 190 * PLN 040 - CEP: 13140-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3383 | State what the contract or lease is for and the nature of the debtor's interest | FIRST CONTRACTUAL AMENDMENT DATED: 07/01/2012 | SILCON AMBIENTAL LTDA PAULINIA- SP AT ESTRADA OLN 190 X PLN 040 - CEP: 13.140-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3384 | State what the contract or lease is for and the nature of the debtor's interest | FIRST CONTRACTUAL AMENDMENT TO WASTE SERVICES CONTRACT NO. 16214 DATED: 05/16/2012 | SILCON AMBIENTAL LTDA ESTRADA OLN 190 X PLN 040 PAULÍNIA, SP, 13140-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3385 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF WASTE TREATMENT SERVICES NO. 16214 DATED: 05/16/2012 | SILCON AMBIENTAL LTDA ESTRADA OLN 190 X PLN 040 PAULÍNIA, SP, 13140-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3386 | State what the contract or lease is for and the nature of the debtor's interest | LEASING OF COMPUTER EQUIPMENT DATED: 07/26/2023 | SIMPRESS ALAMEDA ASIA, 201– CJTO. 01 - 1ST AND 2ND FLOORS CENTRO EMPRESARIAL TAMBORÉ SANTANA DE PARNAÍBA - SP 06543-312 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known)    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3387 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS OF CONTRACT N. 12.444 DATED: 07/26/2023 | SIMPRESS COMÉRCIO, LOCAÇÃO E SERVIÇOS LTDA. MUNICIPALITY OF SANTANA DE PARNAÍBA, STATE OF SÃO PAULO, AT ALAMEDA ASIA, N. 201, CONJ. 1, 1ST AND 2ND FLOOR – POLO EMPRESARIAL DE TAMBORÉ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3388 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS OF CONTRACT N. 12.444 DATED: 07/26/2023 | SIMPRESS COMÉRCIO, LOCAÇÃO E SERVIÇOS LTDA. MUNICIPALITY OF SANTANA DE PARNAÍBA, STATE OF SÃO PAULO, AT ALAMEDA ASIA, N. 201, CONJ. 1, 1ST AND 2ND FLOOR – POLO EMPRESARIAL DE TAMBORÉ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3389 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS OF CONTRACT N. 12.444 | SIMPRESS COMÉRCIO, LOCAÇÃO E SERVIÇOS LTDA. MUNICIPALITY OF SANTANA DE PARNAÍBA, STATE OF SÃO PAULO, AT ALAMEDA ASIA, N. 201, CONJ. 1, 1º AND 2° ANDAR - POLO EMPRESARIAL DE TAMBORÉ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3390 | State what the contract or lease is for and the nature of the debtor's interest | LEASING OF COMPUTER EQUIPMENT DATED: 07/26/2023 | SIMPRESS COMÉRCIO, LOCAÇÃO E SERVIÇOS LTDA. MUNICIPALITY OF SANTANA DE PARNAÍBA, STATE OF SÃO PAULO, AT ALAMEDA ASIA, N. 201, CONJ. 1, 1ST AND 2ND FLOOR – POLO EMPRESARIAL DE TAMBORÉ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3391 | State what the contract or lease is for and the nature of the debtor's interest | SPECIFIC CONDITIONS OF CONTRACT DATED: 07/26/2023 | SIMPRESS COMÉRCIO, LOCAÇÃO E SERVIÇOS LTDA. MUNICIPALITY OF SANTANA DE PARNAÍBA, STATE OF SÃO PAULO ALAMEDA ASIA, 201– CJTO. 01 - 1ST AND 2ND FLOORS CENTRO EMPRESARIAL TAMBORÉ SANTANA DE PARNAÍBA - SP 06543-312 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3392 | State what the contract or lease is for and the nature of the debtor's interest | LEASING OF COMPUTER EQUIPMENT DATED: 07/26/2023 | SIMPRESS COMÉRCIO, LOCAÇÃO E SERVIÇOS LTDA. ALAMEDA ASIA, 201– CJTO. 01 - 1ST AND 2ND FLOORS CENTRO EMPRESARIAL TAMBORÉ SANTANA DE PARNAÍBA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3393 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/13/2013 | SINTEL TECNOLOGIA E INFORMACAO LTDA. RUA AMAZONAS, N° 521 - SALA 87, - CENTRO IN THE MUNICIPALITY OF  SAO CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3394 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPOSAL ACCEPTANCE: 06/20/2024 | SINTEL TECNOLOGIA E INFORMAÇÃO S.A. RUA MANOEL COELHO, Nº 676, SALAS 905, 906, 907 E 908, BAIRRO CENTRO, SÃO CAETANO DO SUL, SP, CEP: 09.510-101 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3395 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/13/2013 | SINTEL TECNOLOGIA E INFORMAQAO LTDA. RUA AMAZONAS, N° 521 - SALA 87, - CENTRO IN THE MUNICIPALITY OF SAO CAETANO DO SUL, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3396 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/13/2013 | SINTEL TECNOLOGIA E INFORMAQAO LTDA. RUA VERGUEIRO, N.° 2.016 - 4° ANDAR - VILA MARIANA, CEP 04102-000, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3397 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 11/13/2013 | SINTEL TECNOLOGIA E INFORMAQAO LTDA. RUA VERGUEIRO, N.° 2.016 - 4° ANDAR - VILA MARIANA, CEP 04102-000, SAO PAULO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3398 | State what the contract or lease is for and the nature of the debtor's interest | TRADE AGREEMENT DATED: 03/14/2016 | SN TOOLING EIRELI EPP RUA ITAPECHINGA, 02, JARDIM SANTA LUZIA, BRAGANÇA PAULISTA – SP, CEP: 12919-514 CNPJ: 03.987.612/0001-09 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3399 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION OF COLLECTIVE SERVICE DATED: 02/14/2012 | SOCIAL SERVICE OF INDUSTRY - SESI THE CITY OF SAO PAULO, CAPITAL, AT AVENIDA PAULISTA, N° 1313, 3RD FLOOR, BELA VISTA NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3400 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION OF COLLECTIVE SERVICE DATED: 01/30/2013 | SOCIAL SERVICE OF INDUSTRY - SESI CITY OF SAO PAULO, CAPITAL, AT AVENIDA PAULISTA, N° 1313, 3RD FLOOR, BELA VISTA NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3401** State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION OF COLLECTIVE SERVICE FOR THE USE OF SESI-SP LEISURE AND SPORTS CENTER DATED: 01/31/2014 | SOCIAL SERVICE OF INDUSTRY - SESI CITY OF SAO PAULO, CAPITAL, AT AVENIDA PAULISTA, N° 1313, 3RD FLOOR, BELA VISTA NEIGHBORHOOD |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3401** | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION OF COLLECTIVE SERVICE FOR THE USE OF SESI-SP LEISURE AND SPORTS CENTER DATED: 01/31/2014 | SOCIAL SERVICE OF INDUSTRY - SESI CITY OF SAO PAULO, CAPITAL, AT AVENIDA PAULISTA, N° 1313, 3RD FLOOR, BELA VISTA NEIGHBORHOOD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3402** | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION OF COLLECTIVE SERVICE FOR THE USE OF SESI-SP LEISURE AND SPORTS CENTER DATED: 02/14/2012 | SOCIAL SERVICE OF INDUSTRY – SESI (REGIONAL DEPARTMENT OF SÃO PAULO) AVENIDA PAULISTA, Nº 1313, 3RD FLOOR, BELA VISTA, SÃO PAULO – SP, 01311-923 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | AV. ARY RODRIGUEZ, Nº 200, BAIRRO BACURI, CAMPINAS – SP, 13050-870 |
| **2.3403** | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION OF COLLECTIVE SERVICE FOR THE USE OF SESI-SP LEISURE AND SPORTS CENTER DATED: 01/30/2013 | SOCIAL SERVICE OF INDUSTRY – SESI, REGIONAL DEPARTMENT OF SÃO PAULO AVENIDA PAULISTA, N° 1313, 3RD FLOOR, BELA VISTA, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | AV. ARY RODRIGUEZ, N° 200, BAIRRO BACURI, CAMPINAS – SP |
| **2.3404** | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZATION OF COLLECTIVE SERVICE FOR THE USE OF SESI-SP LEISURE AND SPORTS CENTER DATED: 01/31/2014 | SOCIAL SERVICE OF INDUSTRY – SESI, REGIONAL DEPARTMENT OF SÃO PAULO AVENIDA PAULISTA, N° 1313, 3RD FLOOR, BELA VISTA, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | AV. ARY RODRIGUEZ, N° 200, BAIRRO BACURI, CAMPINAS – SP |
| **2.3405** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LICENSE AGREEMENT DATED: 12/07/2009 | SOFTEXPERT S/A RUA TIJUCAS, 151 CENTRO JOINVILLE, SANTA CATARINA, 89204-1020 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3406** | State what the contract or lease is for and the nature of the debtor's interest | ADDITIVE FIRST AMENDMENT TO THE LICENSE AGREEMENT FOR THE USE OF COMPUTER PROGRAMS CUMULATED WITH SUPPORT SERVICES DATED: 12/07/2009 | SOFTEXPERT S/A. TIJUCAS STREET, N°151 CENTER JOINVILLE SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3407** | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM LICENSE AGREEMENT CUMULATED WITH SUPPORT SERVICES DATED: 08/13/2009 | SOFTEXPERT SOFTWARE S.A. TIJUCAS STREET, N°151 CENTER JOINVILLE SC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3408 | State what the contract or lease is for and the nature of the debtor's interest | COMPUTER PROGRAM LICENSE AGREEMENT CUMULATED WITH SUPPORT SERVICES DATED: 08/13/2009 | SOFTEXPERT SOFTWARE S.A. RUA TIJUCAS, 151 CENTRO JOINVILLE, SANTA CATARINA, 89204-1020 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3409 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 02/18/2013 | SOLDER INDUSTRIAL E COMERCIAL LTDA-ME RUA DOM ANDRES LAMAS, 111 - SALA 01 TATUAPE - CEP 03084-030 - SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3410 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 03/01/2013 | SOLDER INDUSTRIAL E COMERCIAL LTDA-ME RUA DOM ANDRES LAMAS, 111 - SALA 01 TATUAPE - CEP 03084-030 - SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3411 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT FOR TECHNICAL ADVISORY SERVICES DATED: 09/22/2009 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO, MARILIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3412 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/23/2009 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO, MARILIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3413 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM III THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/20/2009 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | ATTN: CLAUDIA REGINA DUARTE, ADMINISTRATIVE MANAGEMENT |
| 2.3414 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/11/2008 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | ATTN: CLAUDIA REGINA DUARTE, ADMINISTRATIVE MANAGEMENT |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known)   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3415 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIVE I FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/30/2008 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | ATTN: CLAUDIA REGINA DUARTE, ADMINISTRATIVE MANAGEMENT |
| 2.3416 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 04/23/2009 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO, MARILIA, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3417 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIVE II SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/11/2008 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | ATTN: CLAUDIA REGINA DUARTE, ADMINISTRATIVE MANAGEMENT |
| 2.3418 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM III THIRD AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 03/20/2009 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | ATTN: CLAUDIA REGINA DUARTE, ADMINISTRATIVE MANAGEMENT |
| 2.3419 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/11/2008 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO, MARILIA, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3420 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIVE I FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/30/2008 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | ATTN: CLAUDIA REGINA DUARTE, ADMINISTRATIVE MANAGEMENT |
| 2.3421 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/22/2007 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA .- ME RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO, MARILIA, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3422 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF AGREEMENT DATED: 09/22/2009 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA. MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO |
| | State the term remaining | Undetermined | ATTN: CLAUDIA REGINA DUARTE, ADMINISTRATIVE MANAGEMENT |
| | List the contract number of any government contract | | |
| 2.3423 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/22/2007 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA. - ME RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO, MARILIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3424 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/11/2008 | SOLIDTEC BRASIL - ASSESSORIA TECNICA DE PROJETOS EM ENGENHARIA LTDA. - ME RUA QUATRO DE ABRIL, 316, SALA 3, CENTRO, MARILIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3425 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM IV FOURTH AMENDMENT TO THE PRIVATE INSTRUMENT OF PROVISION AGREEMENT OF SERVICES DATED: 12/21/2010 | SOLIDTEC BRASIL - SOLUCOES TECNOLOGICAS LTDA.- ME CAMPINAS, SAO PAULO, AT RUA GUAPURUVU, N° 377, SALA 03, CEP: 13.098-322 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3426 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM IV FOURTH AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/21/2010 | SOLIDTEC BRASIL - SOLUCOES TECNOLOGICAS LTDA.- ME CAMPINAS, SAO PAULO, AT RUA GUAPURUVU, N° 377, SALA 03, CEP: 13.098-322 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3427 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/21/2010 | SOLIDTEC BRASIL - SOLUQOES TECNOLOGICAS LTDA.- ME RUA GUAPURUVU, N° 377, SALA 03, CEP: 13.098-322, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3428 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE PRIVATE INSTRUMENT OF PROVISION AGREEMENT OF SERVICES DATED: 04/23/2010 | SOLIDTEC BRASIL - SOLUQOES TECNOLOGICAS LTDA.- ME RUA GUAPURUVU, N° 377, SALA 03, CEP: 13.098-322, CAMPINAS, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3429 | State what the contract or lease is for and the nature of the debtor's interest | FIRST TERM OF AGREEMENT DATED: 09/30/2008 | SOLIDTEC BRASIL - TECHNICAL ADVISORY OF ENGINEERING PROJECTS LTDA. MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, N° 316, SALA 03, CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3430 | State what the contract or lease is for and the nature of the debtor's interest | FIRST TERM OF AGREEMENT DATED: 09/30/2008 | SOLIDTEC BRASIL - TECHNICAL ADVISORY OF ENGINEERING PROJECTS LTDA. - ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, N° 316, SALA 03, CENTRO |
| | State the term remaining | Undetermined | ATTN: CLAUDIA REGINA DUARTE - QUOTAHOLDER |
| | List the contract number of any government contract | | |
| 2.3431 | State what the contract or lease is for and the nature of the debtor's interest | FIRST TERM OF AGREEMENT DATED: 09/30/2008 | SOLIDTEC BRASIL - TECHNICAL ADVISORY OF ENGINEERING PROJECTS LTDA. - ME RUA QUATRO DE ABRIL, N° 316, SALA 03, CENTRO, MARILIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3432 | State what the contract or lease is for and the nature of the debtor's interest | FIRST TERM OF AGREEMENT DATED: 09/30/2008 | SOLIDTEC BRASIL - TECHNICAL ADVISORY OF ENGINEERING PROJECTS LTDA. - ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, N° 316, SALA 03, CENTRO |
| | State the term remaining | Undetermined | ATTN: CLAUDIA REGINA DUARTE - QUOTAHOLDER |
| | List the contract number of any government contract | | |
| 2.3433 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/22/2007 | SOLIDTEC BRASIL - TECHNICAL ADVISORY OF PROJECTS IN ENGINEERING LTDA. - ME MARILIA, SAO PAULO, AT RUA QUATRO DE ABRIL, N° 316, SALA 03, CEP: 17500-011 |
| | State the term remaining | Undetermined | ATTN: ROBERTO CLAUDIANO SOARES, ENGINEERING |
| | List the contract number of any government contract | | |
| 2.3434 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/22/2007 | SOLIDTEC BRASIL - TECHNICAL ADVISORY OF PROJECTS IN ENGINEERING LTDA. - ME RUA QUATRO DE ABRIL, N° 316, SALA 03, CEP: 17500-011, MARILIA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3435 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/15/2011 | SOLIDTEC BRASIL SOLUCOES TECNOLOGICAS LTDA. EPP CAMPINAS, SAO PAULO, AT RUA GUAPURUVU, N° 377, SALA 03, CEP: 13098-322  ATTN: ROBERTO CLAUDIANO SOARES, ADMINISTRATIVE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3436 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/15/2011 | SOLIDTEC BRASIL SOLUCOES TECNOLOGICAS LTDA. EPP CAMPINAS, SAO PAULO, AT RUA GUAPURUVU, N° 377, SALA 03, CEP: 13098-322 ATTN: ROBERTO CLAUDIANO SOARES, ADMINISTRATIVE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3437 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 08/03/2011 | SOLIDTEC BRASIL SOLUÇÕES TECNOLÓGICAS LTDA. EPP RUA GUAPURUVU, N° 377, SALA 03, CAMPINAS – SP, CEP: 13098-322 (CNPJ: 07.310.822/0001-18) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3438 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/11/2011 | SOLIDTEC BRASIL SOLUQOES TECNOLOGICAS LTDA CAMPINAS, SAO PAULO, AT RUA GUAPURUVU, N° 377, SALA 03, CEP: 13098-322 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3439 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 04/01/2019 | SOROCAMP EQUIPMENT TECHNOLOGY A. MARECHAL CARMONA, 634 - SALA 03/04 NEIGHBORHOOD:VILA JOAO JORGE - CAMPINAS - SP ZIP CODE: 13.041-31 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3440 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 04/01/2019 | SOROCAMP EQUIPMENT TECHNOLOGY A. MARECHAL CARMONA, 634 - SALA 03/04 NEIGHBORHOOD:VILA JOAO JORGE - CAMPINAS - SP ZIP CODE: 13.041-31 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3441 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 04/01/2019 | SOROCAMP EQUIPMENT TECHNOLOGY CNPJ 18.304.771/0001-38 I.E. 795.382.064.113 A. MARECHAL CARMONA, 634 - SALA 03/04 NEIGHBORHOOD: VILA JOAO JORGE - CAMPINAS -SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3442 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/01/2024 | SOROCAMP EQUIPMENT TECHNOLOGY A. MARECHAL CARMONA, 634 - SALA 03/04 NEIGHBORHOOD:VILA JOAO JORGE - CAMPINAS - SP ZIP CODE: 13.041-31 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):  25-11062

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3443** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT | SOROCAMP EQUIPMENT TECHNOLOGY LTDA AV. MARECHAL CARMONA, 634 - SALA 03/04, VILA JOÃO JORGE, CAMPINAS - SP, CEP: 13041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3444** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AGREEMENT: 04/01/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA A. MARECHAL CARMONA, 634 - SALA 03/04 BAIRRO: VILA JOÃO JORGE - CAMPINAS - SP CEP: 13.041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3445** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT SUMMARY FRAMEWORK: 02/03/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA AVENIDA MARECHAL CARMONA, Nº 634, SALA 03/04, VILA JOÃO JORGE, CAMPINAS/SP, CEP: 13041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3446** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT: 02/03/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA AVENIDA MARECHAL CARMONA, Nº 634, SALA 03/04, VILA JOÃO JORGE, CAMPINAS/SP, CEP: 13041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3447** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT DATED: 04/01/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA AV. MARECHAL CARMONA, 634 – SALA 03/04, BAIRRO: VILA JOÃO JORGE, CAMPINAS/SP, CEP: 13.041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3448** | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE EQUIPMENT LEASE AGREEMENT: 08/01/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA. AV. MARECHAL CARMONA, 634 SL03/04 CNPJ/MF: 18.304.771/0001-20 CAMPINAS, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3449** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II TO THE EQUIPMENT LEASE AGREEMENT: 08/01/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA. AV. MARECHAL CARMONA, 634 SL03/04 CAMPINAS, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3450** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO EQUIPMENT LEASE AGREEMENT: 02/03/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA. AVENIDA MARECHAL CARMONA, Nº 634, SALA 03/04, VILA JOÃO JORGE, CAMPINAS/SP, CEP: 13041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3451** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II TO EQUIPMENT LEASE AGREEMENT: 08/01/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA. AV. MARECHAL CARMONA, 634 - SL03/04, CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3452** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II TO THE EQUIPMENT LEASE AGREEMENT: 08/01/2021. | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA. AV. MARECHAL CARMONA, 634 SL03/04 CNPJ/MF: 18.304.771/0001-20 CAMPINAS, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3453** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO EQUIPMENT LEASE AGREEMENT: 02/03/2021 | SOROCAMP TECNOLOGIA EM EQUIPAMENTOS LTDA. AVENIDA MARECHAL CARMONA, Nº 634, SALA 03/04, VILA JOÃO JORGE, CAMPINAS/SP, CEP: 13041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3454** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AGREEMENT DATED: 03/01/2024 | SOROCAMP TECNOLOGIA LTDA CNPJ AV. MARECHAL CARMONA, 634 – SALA 03/04 VILA JOÃO JORGE – CAMPINAS – SP ZIP CODE: 13.041-311 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3455** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS RUA PADRE GUILHERME POMPEU, Nº 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3456** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA RUA PADRE GUILHERME POMPEU, Nº 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3457 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3458 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, SANTANA DE  PARNAIBA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3459 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA.–ME<br>RUA PADRE GUILHERME POMPEU, 01, CENTRO, SANTANA DE PARNAÍBA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3460 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3461 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE  PARNAIBA, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3462 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3463 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES – SUP 442/08 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME<br>CNPJ: 07.099.350/0001-04 ADDRESS: RUA PADRE GUILHERME POMPEU, 01, SANTANA DE PARNAÍBA, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known): 25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3464 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3465 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3466 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES - SUP 442/08 DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE  PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3467 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3468 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES - SUP 442/08 DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE  PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3469 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE  PARNAIBA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3470 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3471 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3472 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES DATED: 06/01/2009 | SP DIGITAL PROCESSAMENTO E MONITORAMENTO DE DADOS LTDA-ME RUA PADRE GUILHERME POMPEU, N° 01, - CENTRO, MUNICIPALITY OF SANTANA DE PARNA^BA, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3473 | State what the contract or lease is for and the nature of the debtor's interest | INSTRUMENT PRIVATE CONTRACT FOR THE PROVISION OF PUBLIC TRANSPORT SERVICES DATED: 08/01/2005 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, N.° 156, CENTRO, JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3474 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3475 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3476 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3477 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AV. MARGINAL, 156 JAGUARIÚNA, SP, 13820-000 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3478 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3479 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3480 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AV MARGINAL, 156, CENTRO, JAGUARIUNA - CEP 13820-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3481 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3482 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3483 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3484 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, MUNICIPALITY OF JAGUARIUNA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.3485 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3486 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3487 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES DATED: 10/14/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMATICA S/A MUNICIPALITY OF  JAGUARIUNA-SP, AT AVENIDA MARGINAL, 156 - CENTRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3488 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMÁTICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIÚNA – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3489 | State what the contract or lease is for and the nature of the debtor's interest | MASTER CONTRACT FOR THE PROVISION OF SPECIALIZED TECHNICAL SERVICES IN INFORMATION TECHNOLOGY DATED: 02/01/2015 | STEFANINI CONSULTORIA E ASSESSORIA EM INFORMÁTICA S/A AVENIDA MARGINAL, 156 - CENTRO, JAGUARIÚNA - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3490 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT GTC DATED: 04/04/2025 | STELLANTIS AUTOMOVEIS BRASIL LTDA BETIM, STATE OF MINAS GERAIS, AT AV. CONTORNO, N° 3455, PAULO CAMILO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3491 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF  BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3492** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD - SUP DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3493** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD - SUP DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3494** State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3495** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3496** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3497** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3498** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known): 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3499 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF BELO HORIZONTE - MG, CEP: 30730-610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3500 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF BELO HORIZONTE - MG, CEP: 30730-610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3501 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3502 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF BELO HORIZONTE - MG, CEP: 30730-610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3503 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3504 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3505 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTACAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda        Case number (if known):  25-11062
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3506** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 06/15/2009 | STILLUS ALIMENTAÇÃO LTDA. RUA DONA VIRGÍNIA MURTA, 97, BAIRRO PADRE EUSTÁQUIO, BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3507** State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAÇÃO LTDA. RUA DONA VIRGINIA MURTA Nº 97 BAIRRO PADRE EUSTÁQUIO BELO HORIZONTE, MG, 30730-610 BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3508** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 11/07/2008 | STILLUS ALIMENTAÇÃO LTDA. RUA DONA VIRGÍNIA MURTA, 97, BAIRRO PADRE EUSTÁQUIO, BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3509** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTAÇÃO LTDA. RUA DONA VIRGÍNIA MURTA, 97, BAIRRO PADRE EUSTÁQUIO, BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3510** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/01/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY OF  BELO HORIZONTE - MG, CEP: 30730-610, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3511** State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3512** State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):  25-11062 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3513** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3514** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3515** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3516** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3517** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3518** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3519** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3520 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3521 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3522 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3523 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3524 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3525 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. AT RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO,  MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3526 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda            Case number (if known):   25-11062

Name

| | | |
|---|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3527** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3528** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3529** | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF FOOD DATED: 10/13/2009 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3530** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3531** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. AT RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO,  MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3532** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3533** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE MANAGEMENT CONTRACT FOR THE SUPPLY OF POWER DATED: 08/01/2008 | STILLUS ALIMENTAQAO LTDA. RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3534 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA. C RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3535 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT CONTRACT FOR FOOD SUPPLY DATED: 12/01/2007 | STILLUS ALIMENTAQAO LTDA. C RUA DONA VIRGINIA MURTA N° 97, BAIRRO PADRE EUSTAQUIO, MUNICIPALITY BELO HORIZONTE - MG, CEP: 30730-610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3536 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF COMMITMENT DATED: 01/09/2014 | SUL AMERICA COMPANHIA DE SEGURO SAUDE RUA BEATRIZ LARRAGOITI LUCAS, 121  (PARTE), BAIRRO CIDADE NOVA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3537 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF COMMITMENT, DISCHARGE AND OTHER AGREEMENTS DATED: 12/25/2013 | SUL AMERICA COMPANHIA DE SEGURO SAUDE RUA BEATRIZ LARRAGOITI LUCAS, 121  (PARTE), BAIRRO CIDADE NOVA, IN THE CITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3538 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 09/12/2006 | SUL AMERICA SEGURO SAUDE S.A RUA DA QUITANDA, 86, PARTE, CENTRO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3539 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT FOR THE EXTENSION OF ASSISTANCE COVERAGE DATED: 11/28/2013 | SUL AMERICA SEGURO SAUDE S.A. RUA DA QUITANDA, 86, PARTE, CENTRO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3540 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT FOR THE RENEWAL OF GROUP INSURANCE FOR MEDICAL AND/OR HOSPITAL ASSISTANCE DATED: 08/01/2006 | SUL AMERICA SEGURO SAUDE S.A. RUA DA QUITANDA, 86, PARTE, CENTRO, RIO DE JANEIRO, RIO DE JANEIRO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3541 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL AMENDMENT FOR THE RENEWAL OF GROUP INSURANCE FOR MEDICAL AND/OR HOSPITAL ASSISTANCE DATED: 08/31/2006 | SUL AMERICA SEGURO SAUDE S.A. RUA DA QUITANDA, 86, PARTE, CENTRO, IN THE CITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3542 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL AMENDMENT DATED: 09/12/2006 | SUL AMERICA SEGURO SAUDE S.A. RUA DA QUITANDA, 86, PARTE, CENTRO, IN THE CITY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3543 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/07/2015 | SVB AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NA^DES UNIDAS, 19.667 - MEZZANINE - VILAALMEIDA, SAO PAULO/SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3544 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT: OF A CONTRACT FOR THE PROVISION OF SERVICES DATED: 06/17/2013 | SVB AUTOMOTORES DO BRASIL LTDA EXPRESSO JULIO BORGES DE SOUZA, 1478 - SETOR MOSSA SENHORA DA SAUDE; ITUMBIARA/GO, CEP 75520-375 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3545 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/23/2010 | SVB AUTOMOTORES DO BRASIL LTDA BLOCK 01, MODULE 33, PART OF THE MINING-INDUSTRIAL DISTRICT OF CATALAO - DIMIC, CATALAO/GO, CEP 75701-970 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3546 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 12/05/2013 | SVB AUTOMOTORES DO BRASIL LTDA RODOVIA BR-153, S/N, KM 694, DIAGRI II, SETOR BURITIS, ITUMBIARA/GO, CEP 75516-410 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3547 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/03/2013 | SVB AUTOMOTORES DO BRASIL LTDA ITUMBIARA, STATE OF GOIAS ON RODOVIA BR-153, S/N, KM 694, DIAGRI II, SETOR BURITIS, CEP 75.516-410 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3548 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/18/2014 | SVB AUTOMOTORES DO BRASIL LTDA UNITED NATIONS AVENUE; 19.667 - MEZZANINE - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3549 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/21/2015 | SVB AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.667 - MEZZANINE - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3550 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT DATED: 12/12/2013 | SVB AUTOMOTORES DO BRASIL LTDA RODOVIA BR-153, S/N, KM 694, DIAGRI IL, SETOR BURITIS, ITUMBIARA/GO, CEP, 75516-410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3551 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/21/2015 | SVB AUTOMOTORES DO BRASIL LTDA RODOVIA BR-153, S/N, KM 694, DIAGRI II, SETOR BURITIS, ITUMBIARA/GO, CEP 75516-410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3552 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT - CONTRACT FOR THE PROVISION OF DATED: 08/30/2014 | SVB AUTOMOTORES DO BRASIL LTDA AVENIDA / PRESIDENTE JUSCELINO KUBITSCHEK N° 1600, 6TH FLOOR, PART - VILA NOVA CONCEIQAO, SAO PAULO/SP; CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3553 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES | SVB AUTOMOTORES DO BRASIL LTDA STATE OF GOIAS ON RODOVIA BR-153, S/N, KM 694, DIAGRI II, SETOR BURITIS, CEP 75.516-410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3554 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/07/2015 | SVB AUTOMOTORES DO BRASIL LTDA RODOVIA BR-153, S/N, KM 694, DIAGRI II, SETOR BURITIS, ITUMBIARA/GO, CEP 75516-410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3555** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT - CONTRACT FOR THE PROVISION OF SERVICES DATED: 08/08/2014 | SVB AUTOMOTORES DO BRASIL LTDA PRESIDENTE JUSCELINO KUBITSCHEK N° 1600, 6TH FLOOR, PART - VILA NOVA CONCEIQAO, SAO PAULO/SP; CEP 04543-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3556** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT | SVB AUTOMOTORES DO BRASIL LTDA BR-153 HIGHWAY; S/N, KM. 694 ,, DIAGRI II, SETOR BURITIS, RTUMBIARA/GO, CEP 75516-410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3557** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 12/31/2015 | SVB AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.667 - MEZZANINE - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3558** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF VEHICLE LENDING AGREEMENT | SVB AUTOMOTORES DO BRASIL LTDA RODOVIA BR-153, S/N, KM 694, DIAGRI IL, SETOR BURITIS, ITUMBIARA/GO, CEP, 75516-410 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3559** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/07/2015 | SVB AUTOMOTORES DO BRASIL LTDA AVENIDA DAS NACOES UNIDAS, 19.667 - MEZZANINE - VILAALMEIDA, SAO PAULO/SP, CEP 04795-100 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3560** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT: OF A CONTRACT FOR THE PROVISION OF SERVICES | SVB AUTOMOTORES DO BRASIL LTDA. VIA EXPRESSO JULIO BORGES DE SOUZA, 1478 - SETOR MOSSA SENHORA DA SAUDE; ITUMBIARA/GO, CEP 75520-375 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3561** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 10/18/2010 | SVB AUTOMOTORES DO BRASIL LTDA. VIA EXPRESSO JULIO BORGES DE SOUZA, 1478 - SETOR MOSSA SENHORA DA SAUDE; ITUMBIARA/GO, CEP 75520-375 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3562** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES | SVB AUTOMOTORES DO BRASIL LTDA. AVERNDA DAS NAQOES UNIDAS, 19.667 - MEZZANINE - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100 |

**2.3562**

State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES

SVB AUTOMOTORES DO BRASIL LTDA. AVERNDA DAS NAQOES UNIDAS, 19.667 - MEZZANINE - VILA ALMEIDA, SAO PAULO/SP, CEP 04795-100

State the term remaining: Undetermined

List the contract number of any government contract:

---

**2.3563**

State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/21/2015

SVB AUTOMOTORES DO BRASIL'LTDA AVENIDA DAS NAGOES UNIDAS, 19.667 - MEZZANINE - VILA ALMEIDA, SAO PAULO/SP

State the term remaining: Undetermined

List the contract number of any government contract:

---

**2.3564**

State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF CONFESSION OF DEBT DATED: 01/23/2012

SWISSBRAS BH PLASTICOS IND E COMERCIO LTDA ROD. FERNAO DIAS, S/ NO ., CEP  31067050, BETIM, MINAS GERAIS

State the term remaining: Undetermined

List the contract number of any government contract:

---

**2.3565**

State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF CONFESSION OF DEBT DATED: 01/23/2012

SWISSBRAS BH PLASTICOS IND E COMERCIO LTDA MUNICIPALITY OF BETIM, STATE OF MINAS GERAIS, IN ROD. FERNAO DIAS, S/ NO

State the term remaining: Undetermined

List the contract number of any government contract:

---

**2.3566**

State what the contract or lease is for and the nature of the debtor's interest: SERVICE PROVISION AGREEMENT DATED: 07/04/2007

T COUTO CONSULTORIA AUTOMOTIVA LTDA. RUA PEDRA AZUL, N°  596, SALA 01, BAIRRO ACLIMAGAO, SAO PAULO, CAPITAL

State the term remaining: Undetermined

List the contract number of any government contract:

---

**2.3567**

State what the contract or lease is for and the nature of the debtor's interest: SOFTWARE LICENSE AGREEMENTS DATED: 01/26/2012

T&T ELETTRONICA S.R.L VIA ANTONELLI N. 11 , 10099 SAN MAURO TORINESE(TO)

State the term remaining: Undetermined

List the contract number of any government contract:

---

**2.3568**

State what the contract or lease is for and the nature of the debtor's interest: SOFTWARE LICENSE AGREEMENTS DATED: 01/26/2012

T&T ELETTRONICA S.R.L. VIA ANTONELLI N. 11 , 10099 SAN MAURO TORINESE(TO)

State the term remaining: Undetermined

List the contract number of any government contract:

---

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3569 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 02/26/2008 | TADEU TRANSPORTES E LOG^STICA LTDA RUA DOM AFONSO HENRIQUE, N° 985 A E B, JARDIM DAS ALTEROSAS, BETIM, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3570 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL HANDLING SERVICE AGREEMENT DATED: 02/26/2008 | TADEU TRANSPORTES E LOGISTICA LTDA RUA DOM AFONSO HENRIQUE, N° 985 A E B, JARDIM DAS ALTEROSAS, IN THE CITY OF BETIM, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3571 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION DATED: 05/21/2010 | TALBERG EMPREENDIMENTOS LTDA RUA COMENDADOR JOSE DE MATOS, 83, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3572 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/21/2010 | TALBERG EMPREENDIMENTOS LTDA. RUA COMENDADOR JOSE DE MATOS, 83, IN THE MUNICIPALITY OF SAO PAULO, CAPITAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3573 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF SERVICES DATED: 05/30/2010 | TALBERG EMPREENDIMENTOS LTDA. RUA COMENDADOR JOSÉ DE MATOS, 83 CNPJ: 06.790.341/0001-94 SÃO PAULO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3574 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT AND LICENSE TO USE DATED: 08/11/2011 | TBX DESENVOLVIMENTO DE SISTEMAS LTDA RUA PROFESSOR AYRTON ROBERTO DE OLIVEIRA, N° 32, SALA 903, BAIRRO ITACORUBI, FLORIANOPOLIS/SC, CEP 88034-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3575 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT AND LICENSE TO USE DATED: 08/11/2011 | TBX DESENVOLVIMENTO DE SISTEMAS LTDA ME RUA PROFESSOR AYRTON ROBERTO DE OLIVEIRA, N° 32, SALA 903, BAIRRO ITACORUB |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
Name

Case number (if known):   25-11062



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3576 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/18/2010 | TECHMAKER CONSULTING AND ADVISORY IN AUTOMATION LTD. AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3577 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/20/2008 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMACAO LTDA. RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDINI, AMERICANA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3578 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/19/2007 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMACAO LTDA. RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDINI, AMERICANA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3579 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/20/2009 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMACAO LTDA. RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDINI, AMERICANA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3580 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 07/19/2007 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3581 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/13/2008 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3582 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/18/2010 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDINI, AMERICANA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3583 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 06/27/2006 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3584 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/20/2009 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3585 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 06/23/2005 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3586 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 07/20/2010 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDINI, AMERICANA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3587 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 08/18/2010 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3588 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 06/27/2006 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA AMERICANA, STATE OF SAO PAULO, AT RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3589 | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 06/27/2006 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA. RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDINI, AMERICANA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3590** | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE SERVICE AGREEMENT DATED: 08/18/2010 | TECHMAKER CONSULTORIA E ASSESSORIA EM AUTOMAQAO LTDA. RUA LEOPOLDO DETREGIA, N° 336, BAIRRO PARQUE RESIDENCIAL NARDINI, AMERICANA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3591** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/12/2007 | TECHNICAL ADVISORY OF ENGINEERING PROJECTS LTDA. - ME MARILIA, STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, N° 316, SALA 03,- CEP: 17500-011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3592** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 02/12/2007 | TECHNICAL ADVISORY OF ENGINEERING PROJECTS LTDA. - ME SOLIDTEC BRASIL MARILIA,  STATE OF SAO PAULO, AT RUA QUATRO DE ABRIL, N° 316, SALA 03,- CEP: 17500-011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3593** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3594** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32280620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3595** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 05/30/2014 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3596** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3597 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE SERVICE PROVISION CONTRACT. DATED: 05/30/2014 | TECLIGHT LTDA<br>RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280-620 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3598 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 05/30/2014 | TECLIGHT LTDA<br>RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280-620 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3599 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA<br>RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280620 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3600 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA<br>RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280620 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3601 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST AMENDMENT TO THE SERVICE PROVISION CONTRACT. DATED: 05/30/2014 | TECLIGHT LTDA<br>RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3602 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 05/30/2014 | TECLIGHT LTDA<br>RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG  CEP: 32.280-620 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3603 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA<br>RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280620 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3604 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32280620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3605 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3606 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 05/21/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA Nº 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP 32280-620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3607 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 05/30/2014 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280-620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3608 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 05/30/2014 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280-620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3609 | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 05/30/2014 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM MG, CEP: 32.280-620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3610 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT DATED: 05/21/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3611 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE PROVISION CONTRACT. DATED: 05/30/2013 | TECLIGHT LTDA RUA RIO MANTIQUEIRA N° 793, BAIRRO NOVO RIACHO, CONTAGEM - MG, CEP: 32.280-620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3612 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE SERVICE PROVISION AGREEMENT DATED: 05/30/2014 | TECLIGHT LTDA. RUA RIO MANTIQUEIRA, NO. 793, BAIRRO NOVO RIACHO, CONTAGEM – MG, CEP 32280-620 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3613 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT SUMMARY DATED: 11/01/2013 | TECMECANIC MECANICA DE PRECISAO LTDA FERREIRA VIANA, 300, VILA SOCORRO, SAO PAULO, CAPITAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3614 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CONTRACT SUMMARY DATED: 11/01/2013 | TECMECANIC MECANICA DE PRECISAO LTDA FERREIRA VIANA, 300, VILA SOCORRO, SAO PAULO, CAPITAL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3615 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUOUS SERVICES AGREEMENT DATED: 04/13/2009 | TECMES TECHNOLOGY METHODOLOGY SERVICES AND IT COMMERCE ITDA AV.  JABAQUARA, NO. 2940, CONJ. 95, SAO PAULO/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3616 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUOUS SERVICES AGREEMENT DATED: 12/03/2009 | TECMES TECHNOLOGY METHODOLOGY SERVICES AND IT COMMERCE ITDA. AV. JABAQUARA, NO. 2940, CONJ. 95, SAO PAULO/S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3617 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUOUS SERVICES AGREEMENT DATED: 04/13/2009 | TECMES TECNOLOGIA METODOLOGIA SERVIÇO E COMÉRCIO DE INFORMÁTICA LTDA AV. JABAQUARA, 2940 CONJ. 95 SÃO PAULO, SP, 04046-500 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known):   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3618** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE LENDING AGREEMENT DATED: 03/08/2017 | TEKNIA BRASIL LTDA ESTRADA MUNICIPAL SAO BENEDITO DO FOGIO, N° 20, ESPERANFA, JACAREI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3619** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE LENDING AGREEMENT DATED: 03/08/2017 | TEKNIA BRASIL LTDA ESTRADA MUNICIPAL SAO BENEDITO DO FOGIO, N° 20, ESPERANFA, JACAREI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3620** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 02/13/2017 | TEKNIA BRASIL LTDA ESTRADA MUNICIPAL SAO  BENEDITO DO FOGIO, N° 20, ESPERANZA, JACAREI/SP, CEP 12320-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3621** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 03/08/2017 | TEKNIA BRASIL LTDA ESTRADA MUNICIPAL SAO BENEDITODO FOGIO, N° 20, ESPERANPA, JACAREI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3622** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 02/08/2017 | TEKNIA BRASIL LTDA ESTRADA MUNICIPAL SAO BENEDITO DO FOGIO, N° 20, ESPERANFA, JACAREI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3623** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE LENDING AGREEMENT DATED: 03/08/2017 | TEKNIA BRASIL LTDA. ESTRADA MUNICIPAL SAO BENEDITO DO FOGIO, N° 20, ESPERANFA, JACAREI/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3624** | State what the contract or lease is for and the nature of the debtor's interest | 1ST AMENDMENT TO THE PRIVATE INSTRUMENT OF ASSIGNMENT OF RIGHTS AND ASSUMPTION OF OBLIGATIONS AND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/01/2006 | TELEXIS DO BRASIL LTDA SENADOR, MILTON CAMPOS STREET. 175. MEZZANINE, NOVA LIMA. MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda |
|---|---|
| | Name |

Case number (if known): 25-11062

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3625 | State what the contract or lease is for and the nature of the debtor's interest: TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 09/01/2005 | TELEXIS DO BRASIL LTDA RUA SENADOR  MILTON CAMPOS, 175, NOVA LIMA, MINAS GERAIS |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.3626 | State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF ASSIGNMENT OF RIGHTS AND ASSUMPTION OF OBLIGATIONS AND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES | TELEXIS DO BRASIL LTDA RUA SENADOR, MILTON CAMPOS STREET. 175. MEZZANINE, NOVA LIMA. MG |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.3627 | State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF ASSIGNMENT OF RIGHTS AND ASSUMPTION OF OBLIGATIONS AND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES | TELEXIS DO BRASIL LTDA NOVA LIMA. STATE OF MG. ON SENADOR MILTON CAMPOS STREET. 175. MEZZANINE |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.3628 | State what the contract or lease is for and the nature of the debtor's interest: TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 09/01/2005 | TELEXIS DO BRASIL LTDA NOVA LIMA, MINAS GERAIS, AT RUA SENADOR MILTON CAMPOS, 175 |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.3629 | State what the contract or lease is for and the nature of the debtor's interest: TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 10/30/2006 | TELEXIS DO BRASIL LTDA NOVA LIMA, MINAS GERAIS, AT RUA SENADOR  MILTON CAMPOS, 175 |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.3630 | State what the contract or lease is for and the nature of the debtor's interest: TELECOMMUNICATIONS SERVICES AGREEMENT DATED: 09/01/2005 | TELEXIS DO BRASIL LTDA RUA SENADOR MILTON CAMPOS, 175 VILA DA SERRA - NOVA LIMA - MG |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |
| 2.3631 | State what the contract or lease is for and the nature of the debtor's interest: 1ST AMENDMENT TO THE PRIVATE INSTRUMENT OF ASSIGNMENT OF RIGHTS AND ASSUMPTION OF OBLIGATIONS AND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 11/16/2006 | TELEXIS DO BRASIL LTDA. NOVA LIMA. STATE OF MG. ON SENADOR MILTON CAMPOS STREET. 175. MEZZANINE |
| | State the term remaining: Undetermined | |
| | List the contract number of any government contract | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3632 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND DEVELOPMENT AGREEMENT AND OTHER COVENANTS DATED: 03/05/2009 | TEMPLAR BRASIL INVESTIMENTOS LTDA RUA GENERAL GARZON, 22, ROOM 407, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3633 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND DEVELOPMENT AGREEMENT AND OTHER COVENANTS DATED: 03/05/2009 | TEMPLAR BRASIL INVESTIMENTOS LTDA. RUA GENERAL GARZON, 22, ROOM 407, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3634 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND DEVELOPMENT AGREEMENT AND OTHER COVENANTS DATED: 03/05/2009 | TEMPLAR BRASIL INVESTIMENTOS LTDA. RUA GENERAL GARZON, 22, ROOM 407, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3635 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AND DEVELOPMENT AGREEMENT AND OTHER COVENANTS DATED: 03/05/2009 | TEMPLAR BRASIL INVESTIMENTOS LTDA. RUA GENERAL GARZON, 22, ROOM 407, STATE OF RIO DE JANEIRO  ATTN: SERGIO.ROCHA VILLELA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3636 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF EQUIPMENT RENTAL AND TECHNICAL ASSISTANCE AGREEMENT DATED: 06/16/2009 | TERMOV OUTSOURCING OF MATERIAL MOVEMENT LTDA AVENIDA DAS AMERICAS, N.° 570, SOBRELOJA 06 CONTAGEM/ MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3637 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT RENTAL AND TECHNICAL ASSISTANCE CONTRACT DATED: 12/27/2007 | TERMOV OUTSOURCING OF MATERIAL MOVEMENT LTDA AVENIDA DAS AMERICAS, N.° 570, SOBRELOJA 06 CONTAGEM/ MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3638 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF EQUIPMENT RENTAL AND TECHNICAL ASSISTANCE AGREEMENT DATED: 06/16/2009 | TERMOV OUTSOURCING OF MATERIAL MOVEMENT LTDA. AVENIDA DAS AMERICAS, N.° 570, SOBRELOJA 06 CONTAGEM/ MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3639 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL AND TECHNICAL ASSISTANCE CONTRACT DATED: 12/27/2007 | TERMOV OUTSOURCING OF MATERIAL MOVEMENT LTDA. AVENIDA DAS AMERICAS, N.º 570, SOBRELOJA 06 CONTAGEM/ MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3640 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES FOR THE COLLECTION AND DISPOSAL OF CLASS IIA HOUSEHOLD SOLID WASTE ENTERED DATED: 04/29/2008 | THE AUTONOMOUS WATER AND SEWAGE SERVICE OF AMPARO - SAAE RUA JOSE BONIFACIO, N° 300, DOWNTOWN. MUNICIPALITY OF AMPARO, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3641 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF APPRENTICES DATED: 06/13/2007 | THE INSTITUTE FOR THE PROMOTION OF MINORS OF SUMARE SUMARE, SAO PAULO, AT RUA  MARCO LIACHI, N° 210, VILA MENUZZO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3642 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF APPRENTICES DATED: 06/13/2007 | THE INSTITUTE FOR THE PROMOTION OF MINORS OF SUMARE SUMARE, SAO PAULO, AT RUA  MARCO LIACHI, N° 210, VILA MENUZZO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3643 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR THE SUPPORT AND PROFESSIONALIZATION OF NEEDY MINORS DATED: 02/23/2006 | THE INSTITUTE FOR THE PROMOTION OF MINORS OF SUMARE RUA MARCO LIACHI N° 210 VILA MENUZZO, SUMARE, SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3644 | **State what the contract or lease is for and the nature of the debtor's interest** | REQUEST FORM FOR ACCESS TO TEMPORARY USE LICENSE AND UPDATE OF THE ONESOURCE TAX ONE SUBSCRIPTION SOLUTION DATED: 03/12/2021 | THOMSON REUTERS BRASIL CONTEÚDO E TECNOLOGIA LTDA. AVENIDA CARDOSO DE MELO, 1855 - 8TH AND 13TH FLOORS, SETS 82 AND 132 BAIRRO VILA OLÍMPIA CEP: 04.548-005. CITY: SÃO PAULO STATE: SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3645 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICULAR INSTRUMENT OF COMMODATUM DATED: 02/05/2007 | TIM CELULAR S.A AV. GIOVANNI GRONCHI, N°7.143, SAO PAULO, SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3646 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF TRANSFER OF OWNERSHIP OF ACCESS TO THE PERSONAL MOBILE SERVICE DATED: 10/29/2009 | TIM CELULAR S.A AVENIDA GIOVANNI GRONCHI, , 7143 - - SAO PAULO / SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3647 | State what the contract or lease is for and the nature of the debtor's interest | BLACKBERRY SERVICE MEMBERSHIP AGREEMENT DATED: 02/05/2007 | TIM CELULAR S.A AV. GIOVANNI GRONCHI, N°7.143, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3648 | State what the contract or lease is for and the nature of the debtor's interest | BLACKBERRY SERVICE MEMBERSHIP AGREEMENT DATED: 02/05/2007 | TIM CELULAR S.A. AVENIDA GIOVANNI GRONCHI. NO. 7143. SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3649 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 02/05/2007 | TIM CELULAR S.A. AV. GIOVANNI GRONCHI, N°7.143, SAO PAULO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3650 | State what the contract or lease is for and the nature of the debtor's interest | PARTICULAR INSTRUMENT OF COMMODATUM CONTRACT DATED: 02/05/2007 | TIM SUL S.A RUA COMENDADOR ARAUJO.  N°299, CURITIBA, PA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3651 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL LEASE PROPOSAL DATED: 01/28/2015 | TOPIC LEASES OF SHEDS AND EQUIPMENT FOR INDUSTRIES LTD. AVENIDA JOAO PAULO I, N° 1779, JARDIM SANTA BARBARA, CEP 06817-000, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3652 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF AMENDMENT TO THE EXTENSION OF THE COVERAGE LEASE AGREEMENT DATED: 03/03/2010 | TOPIC LEASES OF WAREHOUSES AND EQUIPMENT FOR INDUSTRIES AVENIDA JOAO PAULO I, N° 1779, JARDIM SANTA BARBARA, CEP 06817-000, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3653 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MOVABLE PROPERTY DATED: 12/07/2007 | TOPICO COBERTURA ALTERNATIVAS LTDA AVENIDA JOAO PAULO I, N° 700, JARDIM DAS OLIVEIRAS, CEP 06816600, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3654 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 10/23/2007 | TOPICO COBERTURA ALTERNATIVAS LTDA AVENIDA JOAO PAULO I, N° 700, JARDIM DAS OLIVEIRAS, CEP 06816600, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3655 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MOVABLE PROPERTY DATED: 12/07/2007 | TOPICO COBERTURA ALTERNATIVAS LTDA. AVENIDA JOAO PAULO I, N° 700, JARDIM DAS OLIVEIRAS, CEP 06816600, EMBU, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3656 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR MOVABLE PROPERTY NO. 0175/07 DATED: 12/07/2007 | TÓPICO COBERTURA ALTERNATIVAS LTDA. AVENIDA JOÃO PAULO I N° 700 JARDIM DAS OLIVEIRAS EMBU, SP, 06816-600 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3657 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX 1- GENERAL INFORMATION DATED: 08/18/2010 | TOTAL FLEET S.A BELO HORIZONTE/MG,  AT AVENIDA BEMARDOMONTEIRO, 1563 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3658 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/01/2010 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3659 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3660 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3661 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/01/2010 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3662 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/01/2010 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3663 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3664 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/01/2010 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3665 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/01/2010 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3666 | State what the contract or lease is for and the nature of the debtor's interest | APPLICATION, CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 02/28/2008 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3667** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT AND FLEET MANAGEMENT DATED: 10/22/2013 | TOTAL FLEET S.A. BELO HORIZONTE/MG,  AT AVENIDA BERNARDO MONTEIRO, 1563, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3668** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3669** | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR CARS AND ACTIVITIES ANNEXURES DATED: 08/18/2010 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3670** | State what the contract or lease is for and the nature of the debtor's interest | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 12/07/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3671** | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT AND FLEET MANAGEMENT DATED: 10/22/2013 | TOTAL FLEET S.A. BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3672** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 05/18/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3673** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/01/2010 | TOTAL FLEET S.A. BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3674** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION, CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 02/28/2008<br><br>Undetermined | TOTAL FLEET S.A.<br>RUA GOIÁS, 187<br>CENTRO<br>BELO HORIZONTE, MG, 30190-030<br>BRAZIL |
| **2.3675** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 12/20/2007<br><br>Undetermined | TOTAL FLEET S.A.<br>RUA GOIÁS, 187<br>CENTRO<br>BELO HORIZONTE, MG, 30190-030<br>BRAZIL |
| **2.3676** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO SERVICE AGREEMENT DATED: 12/03/2013<br><br>Undetermined | TOTAL FLEET S.A.<br>BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| **2.3677** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTUAL AMENDMENT DATED: 12/01/2010<br><br>Undetermined | TOTAL FLEET S.A.<br>BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| **2.3678** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 12/07/2007<br><br>Undetermined | TOTAL FLEET S.A.<br>RUA GOIÁS, 187<br>CENTRO<br>BELO HORIZONTE, MG, 30190-030<br>BRAZIL |
| **2.3679** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR CARS AND CAR MANAGEMENT ACTIVITIES DATED: 08/18/2010<br><br>Undetermined | TOTAL FLEET S.A.<br>RUA GOIÁS, 187<br>CENTRO<br>BELO HORIZONTE, MG, 30190-030<br>BRAZIL |
| **2.3680** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACTUAL AMENDMENT DATED: 12/01/2010<br><br>Undetermined | TOTAL FLEET S.A.<br>RUA GOIÁS, 187<br>CENTRO<br>BELO HORIZONTE, MG, 30190-030<br>BRAZIL |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.3681** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO SERVICE AGREEMENT DATED: 12/01/2010 | TOTAL FLEET S.A. BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.3682** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 12/12/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.3683** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL AMENDMENT DATED: 07/06/2009 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.3684** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 10/23/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.3685** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 10/23/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.3686** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| **2.3687** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3688 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/01/2010 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3689 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 12/03/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3690 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 05/18/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3691 | State what the contract or lease is for and the nature of the debtor's interest | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 12/12/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3692 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AGREEMENT DATED: 10/22/2013 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3693 | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR CARS AND SERVICES ANNEX 1 - GENERAL INFORMATION DATED: 10/25/2006 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3694 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTUAL AMENDMENT DATED: 05/18/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known)   25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3695 | State what the contract or lease is for and the nature of the debtor's interest | REQUEST FOR CARS AND SERVICES ANNEX 1 - GENERAL INFORMATION DATED: 10/15/2004 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3696 | State what the contract or lease is for and the nature of the debtor's interest | ORDERING CARS AND FLEET MANAGEMENT ACTIVITIES DATED: 12/20/2007 | TOTAL FLEET S.A. RUA GOIÁS, 187 CENTRO BELO HORIZONTE, MG, 30190-030 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3697 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICE CONTRACT DATED: 10/22/2013 | TOTAL FLEET S.A. BELO HORIZONTE/MG, AT AVENIDA BERNARDO MONTEIRO, 1563 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3698 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/08/2010 | TOULOUZAS & CALLEGARI SISTEMAS DE INFORMACAO E CONSULTORIA EM INFORMATICA S/C LTDA. RUA DOS ESTUDANTES, N.° 248, SL. 02, JD. STA AMELIA, CEP: 13.186-220, IN THE CITY OF HORTOLANDIA, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3699 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/08/2010 | TOULOUZAS & CALLEGARI SISTEMAS DE INFORMAQAO E CONSULTORIA EM INFORMATICA S/C LTDA RUA DOS ESTUDANTES, N.° 248, SL. 02, JD. STA AMELIA, CEP: 13.186-220, HORTOLANDIA, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3700 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRADE VIGILÂNCIA E SEGURANÇA LTDA. CNPJ: 12.817.114/0001-08  ADDRESS: AVENIDA SÃO JOSÉ, 535 A, CENTRO, VARGINHA - MG, CEP 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3701 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRADE VIGILÂNCIA E SEGURANÇA LTDA. CNPJ: 12.817.114/0001-08  ADDRESS: AVENIDA SÃO JOSÉ, 535 A, CENTRO, VARGINHA - MG, CEP 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3702 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 05/09/2015 | TRADE VIGILANCIA E SEGURANQA LTDA. AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3703 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMISSION AGREEMENT DATED: 08/01/2007 | TRADENER LTDA CITY OF CURITIBA, STATE OF PARANA, AT AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3704 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMISSION AGREEMENT DATED: 06/01/2007 | TRADENER LTDA CITY OF CURITIBA, STATE OF  PARANA, AT AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3705 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF PRICE ADJUSTMENT, LINKED TO THE COMMISSION AGREEMENT FOR THE PURCHASE AND SALE OF ELECTRICITY DATED: 06/01/2007 | TRADENER LTDA AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, CURITIBA, STATE OF PARANA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3706 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF PRICE ADJUSTMENT, LINKED TO THE COMMISSION AGREEMENT FOR THE PURCHASE AND SALE OF ELECTRICITY DATED: 04/01/2007 | TRADENER LTDA AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, CURITIBA, PARANA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3707 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF PRICE ADJUSTMENT DATED: 07/01/2007 | TRADENER LTDA AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, CURITIBA, PARANA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3708 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMISSION AGREEMENT FOR THE PURCHASE AND SALE OF ELECTRICITY IN THE ENVIRONMENT OF FREE CONTRACTING AND OTHER COVENANTS DATED: | TRADENER LTDA CURITIBA, STATE OF PARANA, AT AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR ATTN: COMMERCIAL AREA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3709** State what the contract or lease is for and the nature of the debtor's interest: PRIVATE INSTRUMENT OF PRICE ADJUSTMENT, LINKED TO THE COMMISSION AGREEMENT DATED: 04/01/2007 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | TRADENER LTDA <br> AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, CURITIBA PARANA |
| **2.3710** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT NO. 01 TO THE COMMISSION AGREEMENT FOR THE PURCHASE AND SALE OF ELECTRICITY DATED: 08/01/2007 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | TRADENER LTDA <br> AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, CURITIBA, PARANA |
| **2.3711** State what the contract or lease is for and the nature of the debtor's interest: COMMISSION AGREEMENT FOR THE PURCHASE AND SALE OF ELECTRICITY IN THE ENVIRONMENT OF FREE CONTRACTING AND OTHER COVENANTS DATED: <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | TRADENER LTDA <br> AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, CURITIBA, PARANA |
| **2.3712** State what the contract or lease is for and the nature of the debtor's interest: COMMISSION AGREEMENT FOR THE PURCHASE AND SALE OF ELECTRICITY IN THE ENVIRONMENT OF FREE CONTRACTING AND OTHER COVENANTS <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | TRADENER LTDA <br> ALAMEDA DR. CARLOS DE CARVALHO, NO. 603 <br> 8TH FLOOR <br> CNPJ: 02.691.745/0001-70 <br> CURITIBA, PR, <br> BRAZIL |
| **2.3713** State what the contract or lease is for and the nature of the debtor's interest: INSTRUMENT OF PRICE ADJUSTMENT, LINKED TO THE COMMISSION AGREEMENT FOR THE PURCHASE AND SALE DATED: 06/01/2007 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | TRADENER LTDA <br> CURITIBA, STATE OF PARANA, AT RUA VISCONDE  DO RIO BRANCO. NO. 1,680, 3RD FLOOR |
| **2.3714** State what the contract or lease is for and the nature of the debtor's interest: COMMISSION AGREEMENT DATED: 06/01/2007 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | TRADENER LTDA <br> AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, CURITIBA, PARANA |
| **2.3715** State what the contract or lease is for and the nature of the debtor's interest: AMENDMENT NO. 01 TO THE COMMISSION AGREEMENT FOR THE PURCHASE AND SALE OF ELECTRICITY DATED: 06/01/2007 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | TRADENER LTDA. <br> AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR, HEBRITIBE, STATE OF PARANA |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3716 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PRICE ADJUSTMENT, LINKED TO THE COMMISSION AGREEMENT DATED: 06/01/2007 | TRADENER LTDA. CITY OF CURITIBA, STATE OF PARANA, AT AL. DR. CARLOS DE CARVALHO, NO. 603, 8TH FLOOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3717 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/09/2007 | TRAJANO DESIGN LTDA RUA DELFIM, N° 210, BAIRRO MIRAMAR, MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3718 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 10/01/2006 | TRAJANO DESIGN LTDA. RUA DELFIM, N° 210, BAIRRO MIRAMAR, MUNICIPALITY OF BELO HORIZONTE, STATE OF MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3719 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS FOR THE PROVISION OF SERVICES DATED: 06/12/2018 | TRANSPORTADORA CAPELA LTDA RUA SÃO FRANCISCO, 319 AO 331, CENTRO, 11013-203, SANTOS SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3720 | State what the contract or lease is for and the nature of the debtor's interest | PLAN OF ACCOUNT SETTLEMENT AND DEBT CONFESSION: 11/13/2013 | TRANSPORTADORA PIGATTO LTDA (PIEX) AV DAS INDUSTRIAS, 275, BAIRRO: ANCHIETA, PORTO ALEGRE - RS, CEP: 90.200-290 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3721 | State what the contract or lease is for and the nature of the debtor's interest | PLAN OF RECKONING AND CONFESSION OF DEBT DATED: 11/13/2013 | TRANSPORTADORA PIGATTO LTDA (PIEX) AV DAS INDUSTRIAS, 275, BAIRRO: ANCHIETA, PORTO ALEGRE - RS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3722 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES DATED: 08/12/2009 | TRANSPORTADORA SENIUR CARGO LTDA RUA ESTRELA D'OESTE, 701, GALPÃO 14, CONDOMÍNIO GLOBAL CUMBICA, VILA BARROS, GUARULHOS - SP, CEP 07140-030 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3723** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ROAD TRANSPORT SERVICES DATED: 08/12/2009 | TRANSPORTADORA SENIUR CARGO LTDA, RUA ESTRELA D'OESTE, N.° 701, GALPAO 14, CONDOMFNIO GLOBAL CUMBICA, VILA BARROS, MUNICIPALITY OF GUARULHOS, STATE OF SAO PAULO CEP: 07140-030 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3724** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL AGREEMENT DATED: 05/16/2008 | TRBR INDUSTRIA E COMERCIO LTDA RUA (STREET) PROJETADA ESTRADA MUNICIPAL DA SANTA CRUZ Nº132 TRIANGULO PINDAMONHANGABA, SAO PAULO, 12413180 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3725** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GENERAL AGREEMENT DATED: 05/26/2008 | TRBR INDÚSTRIA E COMÉRCIO LTDA. RUA (STREET) PROJETADA ESTRADA MUNICIPAL DA SANTA CRUZ Nº132 TRIANGULO PINDAMONHANGABA, SAO PAULO, 12413180 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3726** | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GENERAL AGREEMENT | TRBR INDUSTRY AND COMMERCE LTDA. RUA (STREET) PROJETADA ESTRADA MUNICIPAL DA SANTA CRUZ Nº132 TRIANGULO PINDAMONHANGABA, SAO PAULO, 12413180 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3727** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/05/2015 | TRIADE VIGILANCIA E SEGURANCA LTDA AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3728** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRIADE VIGILANCIA E SEGURANQA LTDA. AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3729** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2017 | TRIADE VIGILANCIA E SEGURANQA LTDA. AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3730 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/09/2015 | TRIADE VIGILANCIA E SEGURANQA LTDA. AVENIDA SAO JOSE, 535 A, CENTRO, VARGINHA - MG, CEP: 37002-135 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3731 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE COMPONENTS SORTING, INSPECTION AND REWORK SERVICES AGREEMENT DATED: 01/01/2012 | TRIGO EXPERTIZA KACHESTVA 8-TH TEKSTILCHIKOF STR., BLD. 11 OFFICE 310 TEL./FAX: (499) 179 10 29 INN 7723576254, KPP 772301001 MOSCOW, 109129 RUSSIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3732 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF THE PROVING GROUND DATED: 02/16/2007 | TRW AUTOMOTIVE LTDA RODOVIA ANHANGUERA, KM 147, S/N – PAVILHÃO A, BAIRRO DOS PIRES LIMEIRA – SP, CEP: 13486□915 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3733 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE DATED: 02/16/2007 | TRW AUTOMOTIVE LTDA VIA ANHANGUERA, KM 147, LIMEIRA, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3734 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF THE PROVING GROUND DATED: 02/16/2007 | TRW AUTOMOTIVE LTDA CITY OF LIMEIRA, STATE OF  SAO PAULO, AT VIA ANHANGUERA, KM 147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3735 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 04/09/2008 | TRW AUTOMOTIVE LTDA LIMEIRA, STATE OF SAO PAULO,  AT VIA ANHANGUERA, KM 147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3736 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 04/09/2008 | TRW AUTOMOTIVE LTDA LIMEIRA, STATE OF SAO PAULO, AT VIA ANHANGUERA, KM 147 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3737** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT OF THE PROVING GROUND DATED: 04/09/2008 | TRW AUTOMOTIVE LTDA. CNPJ: 60.857.349/0001-76 ADDRESS: VIA ANHANGUERA, KM 147, LIMEIRA - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3738** State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE LEASE OF THE PROVING GROUND DATED: 02/16/2007 | TRW AUTOMOTIVE LTDA. LIMEIRA, STATE OF SAO PAULO, AT VIA ANHANGUERA, KM 147 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3739** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE PRIVATE INSTRUMENT OF LEASE AGREEMENT DATED: 04/09/2008 | TRW AUTOMOTIVE LTDA. CITY OF LIMEIRA, STATE OF SAO PAULO, AT VIA ANHANGUERA, KM 147 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3740** State what the contract or lease is for and the nature of the debtor's interest | TERM OF REQUEST FOR ASSIGNMENT OF THE RIGHT TO USE THE E-COLLABORATION SOLUTION AND PROVISION OF SERVICES DATED: 02/25/2013 | T-SYSTEMS DO BRASIL LTDA RUA BAFFIN, N°32/60 - 1ST, 7TH, 8TH AND 9TH FLOORS, JARDIM DO MAR, CEP: 09750-620 SAO BERNARDO DO CAMPO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3741** State what the contract or lease is for and the nature of the debtor's interest | TERM OF REQUEST FOR ASSIGNMENT OF THE RIGHT TO USE THE E-COLLABORATION SOLUTION AND PROVISION OF SERVICES DATED: 02/25/2013 | T-SYSTEMS DO BRASIL LTDA RUA BAFFIN, N°32/60 - 1ST, 7TH, 8TH AND 9TH FLOORS, JARDIM DO MAR, CEP: 09750-620 SAO BERNARDO DO CAMPO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3742** State what the contract or lease is for and the nature of the debtor's interest | TERM OF REQUEST FOR ASSIGNMENT OF THE RIGHT TO USE THE E-COLLABORATION SOLUTION AND PROVISION OF SERVICES DATED: 02/25/2013 | T-SYSTEMS DO BRASIL LTDA RUA BAFFIN, N°32/60 - 1ST, 7TH, 8TH AND 9TH FLOORS, JARDIM DO MAR, CEP: 09750-620 SAO BERNARDO DO CAMPO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3743** State what the contract or lease is for and the nature of the debtor's interest | TERM OF REQUEST FOR ASSIGNMENT OF THE RIGHT TO USE THE E-COLLABORATION SOLUTION AND PROVISION OF SERVICES DATED: 02/25/2013 | T-SYSTEMS DO BRASIL LTDA RUA BAFFIN, N°32/60 - 1ST, 7TH, 8TH AND 9THFLOORS, JARDIM DO MAR, CEP: 09750-620  SAO BERNARDO DO CAMPO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3744 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOM WAREHOUSE AGREEMENT DATED: 07/01/2007 | TURKER ULUSLARARASI NAKUYAT ITH. IHR. TUR. TIC. A.S |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3745 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOM WAREHOUSE AGREEMENT DATED: 07/01/2007 | TURKER ULUSLARARASL NAKLLYAT ITH. IHR. TUR. TIC. A.S. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3746 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF CREDIT AND ASSUMPTION OF RIGHTS ENTERED DATED: 03/16/2006 | TUTELA LUBRIFICANTES S.A RODOVIA FERNAO DIAS - BR 381, KM 429, GALPAO 53 - COLUMNS 52 AO TO 54 AQ PLUS 58 AR, DISTRITO INDUSTRIAL PAULO CAMILO, BETIM, MINAS GERAIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3747 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF CREDIT AND ASSUMPTION OF RIGHTS DATED: 03/16/2006 | TUTELA LUBRIFICANTES S.A. RODOVIA FERNAO DIAS - BR 381, KM 429, GALPAO 53 BETIM, STATE OF MINAS GERAIS COLUMNS 52 AO TO 54 AQ PLUS 58 AR, DISTRITO INDUSTRIAL PAULO CAMILO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3748 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF CREDIT AND ASSUMPTION OF RIGHTS DATED: 03/16/2006 | TUTELA LUBRIFICANTES S.A. RODOVIA FERNÃO DIAS – BR 381, KM 429, GALPÃO 53, COLUNAS 52 A 54 AQ E 58 AR DISTRITO INDUSTRIAL PAULO CAMILO PENA BETIM – MINAS GERAIS, CEP: 32.530☐000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3749 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF OBJECTION DATED: 11/12/2012 | TYCO ELECTRONICS BRASIL LTDA. RUA ADO BENATTI, 53 LAPA SAO PAULO, SP, 05037-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3750 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF OBJECTION DATED: 10/05/2012 | TYCO ELECTRONICS BRASIL LTDA. RUA ADO BENATTI, 53 LAPA SAO PAULO, SP, 05037-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3751** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF ' PURCHASE AND SALE CONTRACT OF ENERGY ELECTRIC DATED: 08/25/2011 | UNA^ BAIXO ENERGETICA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA 801, PARTE, BAIRRO DE BOA VIAGEM, CEP. NO. 51.020-031, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3752** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF ASSIGNMENT OF ' PURCHASE AND SALE CONTRACT DATED: 08/25/2011 | UNAI BAIXO ENERGETICA S/A AV. ENGENHEIRO DOMINGOS FERREIRA, N.° 2.589, SALA 801, PARTE, BAIRRO DE BOA VIAGEM, CEP. NO. 51.020-031, IN THE CITY OF RECIFE, STATE OF PERNAMBUCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3753** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT CONTRACT DATED: 12/18/2007 | UNI SAL LICEU CORAGAO DE JESUS CNPJ (MF): 60.430.072/0007-92 RUA DOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3754** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3755** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3756** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3757** | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3758 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3759 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3760 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A. AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3761 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM – ADHESION CONTRACT DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDÊNCIA S.A. AVENIDA EUSÉBIO MATOSO, 1375, 8TH FLOOR, SÃO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3762 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENTARY PENSION PROGRAM DATED: 08/01/2007 | UNIBANCO AIG VIDA E PREVIDENCIA S.A. COM AVENIDA EUSEBIO MATOSO, 1375, 8TH FLOOR, SAO PAULO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3763 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 09/01/2013 | UNIMED AMPARO COOPERATIVA DE TRABALHO MEDICO AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3764 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 04/30/2008 | UNIMED AMPARO COOPERATIVA DE TRABALHO MEDICO AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                          Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3765 | State what the contract or lease is for and the nature of the debtor's interest | DISTRACT DATED: 04/30/2008 | UNIMED AMPARO COOPERATIVA DE TRABALHO MÉDICO AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3766 | State what the contract or lease is for and the nature of the debtor's interest | THE CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES WITHOUT CO-PARTICIPATION, DATED: 04/30/2008 | UNIMED AMPARO COOPERATIVA DE TRABALHO MÉDICO AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3767 | State what the contract or lease is for and the nature of the debtor's interest | DISTRACT DATED: 04/30/2008 | UNIMED AMPARO COOPERATIVA DE TRABALHO MÉDICO AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3768 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPOSAL SOU - OCCUPATIONAL HEALTH UNIMED DATED: 01/01/2017 | UNIMED AMPARO COOPERATIVA DE TRABALHO MÉDICO AVENIDA DA SAUDADE, NO. 369, IN THE CITY OF AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3769 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERV DATED: 05/01/2025 | UNIMED AMPARO COOPERATIVA DE TRABALHO MÉDICO AV. DA SAUDADE, NO. 369, IN THE CITY OF AMPARO, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3770 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES (CARE SEGMENTATION - OUTPATIENT, HOSPITAL WITH OBSTETRICS) | UNIMED AMPARO COOPERATIVA DE TRABALHO MÉDICO AV. DA SAUDADE, NO. 369, IN THE CITY OF AMPARO, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3771 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES (CARE SEGMENTATION - OUTPATIENT, HOSPITAL WITH OBSTETRICS) | UNIMED AMPARO COOPERATIVA DE TRABALHO MÉDICO AV. DA SAUDADE, NO. 369, IN THE CITY OF AMPARO, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3772** State what the contract or lease is for and the nature of the debtor's interest | DISTRACT DATED: 04/30/2008 | UNIMED AMPARO COOPERATIVA DE TRABALHO MEDICO, AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |

| 2.3772 | State what the contract or lease is for and the nature of the debtor's interest | DISTRACT DATED: 04/30/2008 | UNIMED AMPARO COOPERATIVA DE TRABALHO MEDICO, AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3773 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF  AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3774 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF MEDICAL SERVICES AND HOSPITALS DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3775 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3776 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES. DATED: 07/01/2007 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AVENIDA SAUDADE, N°. 369, IN THE CITY OF AMPARO, STATE OF SÃO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3777 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES (CARE SEGMENTATION - OUTPATIENT, HOSPITAL WITH OBSTETRICS) DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3778 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT MEDICAL AND HOSPITAL (CARE SEGMENTATION - OUTPATIENT, HOSPITAL WITH OBSTETRICS) DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3779 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL PROPOSAL SOU - OCCUPATIONAL HEALTH UNIMED DATED: 01/19/2017 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AVENIDA DA SAUDADE, NO. 369, IN THE CITY OF AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3780 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3781 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF MEDICAL SERVICES AND HOSPITALS DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3782 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3783 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE SERVICE AGREEMENT DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3784 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AVENIDA DA SAUDADE, 369 CNPJ: 65.422.339/0001-21 AMPARO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3785 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3786** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PROVISION AGREEMENT • OF MEDICAL AND HOSPITAL SERVICES DATED: 03/01/2007 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, N.° 369 IN  AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3787** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3788** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3789** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE PROVISION AGREEMENT OF MEDICAL AND HOSPITAL SERVICES OUTPATIENT AND HOSPITAL PLAN WITH OBSTETRICS WITHOUT CO-PARTICIPATION . CORPORATE COLLECTIVE DATED: 03/01/2007 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, N.° 369 IN AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3790** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR A CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES DATED: 06/01/2021 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3791** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF MEDICAL AND HOSPITAL SERVICES (CARE SEGMENTATION - OUTPATIENT, HOSPITAL WITH OBSTETRICS) DATED: 05/01/2008 | UNIMED AMPARO MEDICAL WORK COOPERATIVE AV. DA SAUDADE, 369 IN THE CITY OF AMPARO SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3792** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF HEALTH SERVICES DATED: 05/01/2015 | UNIMED BELO HORIZONTE ' COOPERATIVA DE TRABALHO MEDICO AVENIDA FRANCISCO SALES, N° 1483, BAIRRO SANTA EFIGENIA, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3793 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF HEALTH SERVICE DATED: 05/01/2015 | UNIMED BELO HORIZONTE ' COOPERATIVA DE TRABALHO MEDICO 9 AV. FRANCISCO SALES. 1483 . BAIRRO SANIA EFIGENIA - BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3794 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF HEALTH SERVICE DATED: 05/01/2015 | UNIMED BELO HORIZONTE ' COOPERATIVA DE TRABALHO MEDICO 9 AV. FRANCISCO SALES. 1483 . BAIRRO SANIA EFIGENIA - CEP 30.150-221^ BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3795 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF ' HEALTH SERVICES DATED: 03/01/2015 | UNIMED BELO HORIZONTE COOPERATIVA DE TRABALHO MEDICO AVENIDA FRANCISCO SALES, N° 1483, BAIRRO SANTA EFIGENIA, BELO HORIZONTE/MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3796 | State what the contract or lease is for and the nature of the debtor's interest | ADDITIONAL TERM TO THE HEALTH PLAN CONTRACT ENTERED INTO BETWEEN UNIMED BELO HORIZONTE MEDICAL WORK COOPERATIVE AND MARELLI AUTOMOTIVE SYSTEMS INDUSTRY AND COMMERCE BRAZIL LTDA. DATED: 04/19/2023 | UNIMED BELO HORIZONTE COOPERATIVA DE TRABALHO MEDICO, CNPJ RUA DOS INCONFIDENTES, N° 44, EMPLOYEES, CEP 30.140-120, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3797 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE HEALTH PLAN CONTRACT DATED: 05/02/2025 | UNIMED BELO HORIZONTE COOPERATIVA DE TRABALHO MEDICO, CNPJ RUA DOS INCONFIDENTES, N° 44, EMPLOYEES, CEP 30.140-120, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3798 | State what the contract or lease is for and the nature of the debtor's interest | UNIFACIL FLEX CO-PARTICIPATORY - COLLECTIVE BARGAINING , FORMER EMPLOYEE DATED: 01/28/2013 | UNIMED BELO HORIZONTE MEDICAL WORK COOPERATIVE AV. FRANCISCO SALES, 1483 BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3799 | State what the contract or lease is for and the nature of the debtor's interest | UNIFACIL FLEX CO-PARTICIPATORY - COLLECTIVE BARGAINING , DATED: 01/28/2013 | UNIMED BELO HORIZONTE MEDICAL WORK COOPERATIVE AV. FRANCISCO SALES, 1483 BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3800** State what the contract or lease is for and the nature of the debtor's interest<br>UNIFACIL FLEX CO-PARTICIPATORY - COLLECTIVE BARGAINING , EX-EMPLOYEE DATED: 01/28/2013<br><br>State the term remaining    Undetermined<br><br>List the contract number of any government contract | UNIMED BELO HORIZONTE MEDICAL WORK COOPERATIVE AV. FRANCISCO SALES, 1483 BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |
| **2.3801** State what the contract or lease is for and the nature of the debtor's interest<br>UNIPART FLEX CO-PARTICIPATORY - COLLECTIVE BARGAINING DATED: 01/28/2013<br><br>State the term remaining    Undetermined<br><br>List the contract number of any government contract | UNIMED BH - MEDICAL WORK COOPERATIVE 9 AV. FRANCISCO SALES. 1483 . BAIRRO SANIA EFIGENIA - CEP 30.150-221^ BELO HORIZONTE - MG |
| **2.3802** State what the contract or lease is for and the nature of the debtor's interest<br>UNIFACIL FLEX CO-PARTICIPATORY - COLLECTIVE BARGAINING DATED: 01/28/2013<br><br>State the term remaining    Undetermined<br><br>List the contract number of any government contract | UNIMED BH - MEDICAL WORK COOPERATIVE 9 AV. FRANCISCO SALES. 1483 . BAIRRO SANIA EFIGENIA - CEP 30.150-221^ BELO HORIZONTE - MG |
| **2.3803** State what the contract or lease is for and the nature of the debtor's interest<br>UNIPART CO-PARTICIPATORY - COLLECTIVE BARGAINING EX EMPLOYEE DATED: 01/28/2013<br><br>State the term remaining    Undetermined<br><br>List the contract number of any government contract | UNIMED BH - MEDICAL WORK COOPERATIVE 9 AV. FRANCISCO SALES. 1483 . BAIRRO SANIA EFIGENIA - CEP 30.150-221^ BELO HORIZONTE - MG |
| **2.3804** State what the contract or lease is for and the nature of the debtor's interest<br>CORPORATE GROUP HEALTH INSURANCE AGREEMENT DATED: 01/28/2013<br><br>State the term remaining    Undetermined<br><br>List the contract number of any government contract | UNIMED BH - MEDICAL WORK COOPERATIVE. AV. FRANCISCO SALES, 1483 - BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |
| **2.3805** State what the contract or lease is for and the nature of the debtor's interest<br>CORPORATE GROUP HEALTH INSURANCE AGREEMENT DATED: 01/28/2013<br><br>State the term remaining    Undetermined<br><br>List the contract number of any government contract | UNIMED BH - MEDICAL WORK COOPERATIVE. AV. FRANCISCO SALES, 1483 - BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |
| **2.3806** State what the contract or lease is for and the nature of the debtor's interest<br>CORPORATE GROUP HEALTH INSURANCE AGREEMENT DATED: 01/28/2013<br><br>State the term remaining    Undetermined<br><br>List the contract number of any government contract | UNIMED BH - MEDICAL WORK COOPERATIVE. AV. FRANCISCO SALES, 1483 - BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3807 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE GROUP HEALTH INSURANCE AGREEMENT DATED: 01/28/2013 | UNIMED BH - MEDICAL WORK COOPERATIVE. AV. FRANCISCO SALES, 1483 - BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3808 | State what the contract or lease is for and the nature of the debtor's interest | UNIPART FLEX NATIONAL CO-PARTICIPATORY - COLLECTIVE BARGAINING DATED: 01/28/2013 | UNIMED BH -MEDICAL WORK COOPERATIVE 9 AV. FRANCISCO SALES, 1483 BAIRRO SANTA EFIGENIA - CEP 30.150-221 - BELO HORIZONTE - MG. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3809 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 08/07/2013 | UNIMED CAMPINAS AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3810 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 09/30/2013 | UNIMED CAMPINAS AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3811 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 08/07/2013 | UNIMED CAMPINAS AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3812 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP COMMITMENT OF CONTINUING EDUCATION IN COMPANIES DATED: 04/03/2023 | UNIMED CAMPINAS AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3813 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMERCIAL AGREEMENT DATED: 10/24/2013 | UNIMED CAMPINAS COOPERATIVA DE TRABALHO MEDICO AVENIDA BARAO DE ITAPURA, N°. 1.123, GUANABARA, CAMPINAS/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):   25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3814 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE HEALTH CARE CONTRACT DATED: 11/17/2008 | UNIMED CAMPINAS MEDICAL WORK AV. BARA DE ITAPURA, 1123 - GUANABARA CAMPINAS / SP - CEP 13020-901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3815 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 08/07/2013 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV: BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3816 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 09/30/2013 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3817 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO CORPORATE CODE DATED: 09/30/2013 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV: BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3818 | State what the contract or lease is for and the nature of the debtor's interest | PARTNERSHIP AGREEMENT DATED: 09/01/2013 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV: BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3819 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF HEALTH SERVICES DATED: 03/23/2011 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AVENIDA BARÃO DE ITAPURA, 1123 – BAIRRO BOTAFOGO, CAMPINAS/SP – CEP 13020□901 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3820 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM CHANGE OF VALUES DATED: 03/23/2011 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV. BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3821 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 09/30/2013 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV: BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3822 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTNERSHIP COMMITMENT OF CONTINUING EDUCATION IN COMPANIES DATED: 04/03/2023 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3823 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO CORPORATE CODE | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV. BARA DE IRAPURA, 1123 - GUANABARA CAMPINAS / SP - CEP 13020-901 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3824 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF ' SERVICES IN OCCUPATIONAL HEALTH DATED: 06/17/2009 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV: BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3825 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 08/07/2013 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3826 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT FAMILY BENEFIT - LEGAL ENTITY DATED: 11/17/2008 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV: BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3827 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF SERVICES IN OCCUPATIONAL HEALTH DATED: 06/17/2009 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE CITY OF AVENIDA BARAO DE ITAPURA N0. 1123 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3828** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMERCIAL AGREEMENT DATED: 09/24/2013 | UNIMED CAMPINAS MEDICAL WORK COOPERATIVE AV: BARAO DE ITAPURA, N° 1.123, IN THE CITY OF CAMPINAS, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3829** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF COMMITMENT AND RESPONSIBILITY DATED: 09/30/2013 | UNIMED CAMPINAS, AV. BARAO DE ITAPURA, 1.123 13020-901 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3830** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE PROVISION OF COMPLEMENTARY SERVICES FOR THE EXECUTION OF THE OCCUPATIONAL HEALTH AND MEDICAL CONTROL PROGRAM | UNIMED DE AMPARO - COOPERATIVA DE TRABALHO MEDICO AVENIDA SAUDADE, N. 369, AMPARO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3831** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE PROVISION OF COMPLEMENTARY SERVICES DATED: 07/01/2008 | UNIMED DE AMPARO - COOPERATIVA DE TRABALHO MEDICO AVENIDA SAUDADE, N. 369, IN THE CITY OF AMPARO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3832** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE PROVISION OF COMPLEMENTARY SERVICES FOR THE EXECUTION OF THE OCCUPATIONAL HEALTH AND MEDICAL CONTROL PROGRAM (PCMSO) DATED: 07/01/2008 | UNIMED DE AMPARO - COOPERATIVA DE TRABALHO MEDICO AVENIDA SAUDADE, N. 369, IN THE CITY OF AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3833** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE PROVISION OF COMPLEMENTARY SERVICES DATED: 07/01/2008 | UNIMED DE AMPARO - COOPERATIVA DE TRABALHO MEDICO AVENIDA SAUDADE, N. 369, IN THE CITY OF AMPARO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3834** | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT FOR THE PROVISION OF COMPLEMENTARY SERVICES DATED: 07/01/2008 | UNIMED DE AMPARO - COOPERATIVA DE TRABALHO MEDICO AVENIDA SAUDADE, N. 369, IN THE CITY OF AMPARO, STATE OF SAO PAULO. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (if known): 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3835 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT FOR THE PROVISION OF SERVICES COMPLEMENTARY TO THE EXECUTION OF THE MEDICAL CONTROL PROGRAM AND | UNIMED DE AMPARO COOPERATIVA DE TRABALHO MEDICO AVENIDA.SAUDADE, N'. 369, IN THE CITY, OF AMPARO; STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3836 | **State what the contract or lease is for and the nature of the debtor's interest** | DRAFT CORPORATE COLLECTIVE BARGAINING AGREEMENT DATED: 05/01/2023 | UNIMED LAVRA RUA DESEMBARGADOR ALBERTO LUZ Nº 211, CENTRO, LAVRAS MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3837 | **State what the contract or lease is for and the nature of the debtor's interest** | DRAFT CORPORATE COLLECTIVE BARGAINING AGREEMENT DATED: 05/05/2023 | UNIMED LAVRA RUA DESEMBARGADOR ALBERTO LUZ Nº 211, CENTRO, LAVRAS MG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3838 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIVE INSTRUMENT OF CONTRACTING COMPANY DATED: 01/01/2014 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGIC CAMPINAS - SP, AT AVENIDA BRASIL, 200 - VILA ITAPURA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3839 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIVE INSTRUMENT OF CONTRACTING COMPANY DATED: 01/01/2014 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGIC CITY OF CAMPINAS - SP, AT AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3840 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT REPLACEMENT INSTRUMENT NO. 1539 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 - TEL .: 3322-4000 - CAMPINAS - SP CNPJ N°  51.304.798/0001-04 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.3841 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT REPLACEMENT INSTRUMENT NO. 427 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-07 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3842 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR ADHESION AND CONTRACT N° 296 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3843 | State what the contract or lease is for and the nature of the debtor's interest | ADHESION PROPOSAL AND CONTRACT NO. 427" DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3844 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR ADHESION AND CONTRACT N° 296 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3845 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT REPLACEMENT INSTRUMENT NO. 1539 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3846 | State what the contract or lease is for and the nature of the debtor's interest | ADHESION PROPOSAL AND CONTRACT NO. 427 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 CAMPINAS - SP CNPJ N° 51.304.798/0001-04 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3847 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR ADHESION AND CONTRACT NO. 149 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3848 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR ADHESION AND CONTRACT N° 296 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3849 | State what the contract or lease is for and the nature of the debtor's interest | ADHESION PROPOSAL AND CONTRACT DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 - PHONE .: 3322-4000 - CAMPINAS - SP CNPJ N° 51.304.798/0001-04 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3850 | State what the contract or lease is for and the nature of the debtor's interest | HESION PROPOSAL AND CONTRACT N° 382 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3851 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR ADHESION AND CONTRACT N° 1539 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3852 | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR ADHESION AND CONTRACT N° 1539 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 - PHONE .: 3322-4000 - CAMPINAS - SP CNPJ N° 51-304.798/0001-04 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3853 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT REPLACEMENT INSTRUMENT NO. 382 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS COOPERATIVA ODONTOLOGICA AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-07 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3854 | State what the contract or lease is for and the nature of the debtor's interest | DENTAL PLANS AMENDMENT TO CONTRACT NO. 427 DATED: 09/19/2006 | UNIODONTO DE CAMPINAS DENTAL COOPERATIVE AV. BRASIL, 200 - VILA ITAPURA - CEP 13020-460 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3855 | State what the contract or lease is for and the nature of the debtor's interest | DENTAL PLANS AMENDMENT TO CONTRACT NO. 149 DATED: 04/01/2006 | UNIODONTO DE CAMPINAS DENTAL COOPERATIVE AV. BRASIL, 200 - VILA ITAPURA - CEP 13020-460 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3856 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT REPLACEMENT INSTRUMENT NO. 296 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS DENTAL COOPERATIVE AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3857 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CONTRACT NO. 296 DATED: 09/19/2006 | UNIODONTO DE CAMPINAS DENTAL COOPERATIVE AV. BRASIL, 200 - VILA ITAPURA - CEP 13020-460 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3858 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT REPLACEMENT INSTRUMENT NO. 296 DATED: 04/01/2016 | UNIODONTO DE CAMPINAS DENTAL COOPERATIVE AVENIDA BRASIL, 200 - VILA ITAPURA - CEP 13023-075 CAMPINAS - SP CNPJ N° 51.304.798/0001-04 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3859 | State what the contract or lease is for and the nature of the debtor's interest | DENTAL PLANS AMENDMENT TO CONTRACT NO. 382 DATED: 04/01/2006 | UNIODONTO DECAMPINAS DENTAL COOPERATIVE AV. BRASIL,200 - VILA ITAPURA - CEP 13020-460 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3860 | State what the contract or lease is for and the nature of the debtor's interest | DENTAL PLANS AMENDMENT TO CONTRACT NO. 382 DATED: 04/01/2006 | UNIODONTO DECAMPINAS DENTAL COOPERATIVE AV. BRASIL,200 - VILA ITAPURA - CEP 13020-460 - CAMPINAS - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3861 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT  DATED: 02/08/2007 | UNISAL LICEU CORAGAO DE JESUS CNPJ (MF): 60.430.072/0007-92 RUA DOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3862 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS DATED: 01/06/2014 | UNISYS BRASIL LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.3863 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION DATED: 01/06/2014 | UNISYS BRASIL LTDA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3864 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS DATED: 01/06/2014 | UNISYS BRASIL LTDA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3865 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION DATED: 01/06/2014 | UNISYS BRASIL LTDA |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3866 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS A | UNISYS BRASIL LTDA. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3867 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: | UNISYS BRASIL LTDA. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3868 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING AND ELECTRONIC SERVICE INVOICE DATED: | UNISYS BRASIL LTDA. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.3869 | **State what the contract or lease is for and the nature of the debtor's interest** | ERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES FOR THE IMPLEMENTATION AND SUPPORT OF ELECTRONIC INVOICE SOLUTIONS AND THEIR EVENTS, ELECTRONIC BILL OF LADING, AND ELECTRONIC SERVICE INVOICE DATED: | UNISYS BRASIL LTDA. |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3870** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/06/2014 | UNISYS BRASIL LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3871** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 01/06/2014 | UNISYS BRASIL LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3872** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION CONTRACT: 03/01/2024 | UNITECH MANUTENÇÃO E SERVIÇOS LTDA RUA ARTHUR CORRADI, 177 - VILÁ DUSI, SÃO BERNARDO DO CAMPO, SP, CEP 09725-240 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3873** | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER END-USE AND EXPORT COMPLIANCE (EUC) CERTIFICATION DATED: 01/13/2014 | UNITED STATES DEPARTMENT OF COMMERCE, INDUSTRY AND SECURITY UNIT (BIS) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3874** | State what the contract or lease is for and the nature of the debtor's interest | INTERNSHIP AGREEMENT DATED: 08/18/2008 | UNIVERSIDADE PAULISTA AVENIDA COMENDADOR ENZO FERRARI, 280 – SWIFT – CAMPINAS/SP, CEP: 13043-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3875** | State what the contract or lease is for and the nature of the debtor's interest | INTERNSHIP AGREEMENT DATED: 08/18/2008 | UNIVERSIDADE PAULISTAUNIP AVENIDA COMENDADOR ENZO FERRARI, N°. 280 - SWIFT - CAMPINAS/SP , CEP: 13043-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3876** | State what the contract or lease is for and the nature of the debtor's interest | INTERNSHIP AGREEMENT (COOPERATION) DATED: 08/18/2008 | UNIVERSIDADE PAULISTAUNIP AVENIDA COMENDADOR ENZO FERRARI, N°. 280 - SWIFT - CAMPINAS/SP , CEP: 13043-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3877 | State what the contract or lease is for and the nature of the debtor's interest | INTERNSHIP AGREEMENT DATED: 08/18/2008 | UNIVERSIDADE PAULISTAUNIP C/O SSUPERO ASSOCIAQAO UNIFICADO PAULISTA DE ENSINO RENOVADO OBJETIVO AVENIDA COMENDADOR ENZO FERRARI, N°. 280 - SWIFT - CAMPINAS/SP , CEP: 13043-900 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3878 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE RENTAL AGREEMENT DATED: 05/24/2023 | USECAR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3879 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE RENTAL CONTRACT ADDENDUM NO. PRP-3796: 10/24/2024 | USECAR LOCADORA DE VEÍCULOS S/A RODOVIA PAPA JOÃO PAULO II, N.º 1.990, MEZANINO 1, BAIRRO JAQUELINE, CEP 31748-028, BELO HORIZONTE/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3880 | State what the contract or lease is for and the nature of the debtor's interest | VEHICLE RENTAL AGREEMENT DATED: 05/24/2023 | USECAR LOCADORA DE VEÍCULOS S/A. AVENIDA MAJOR DELFINO DE PAULA, NO. 1.225, SÃO FRANCISCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3881 | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE SOFTWARE LICENSE AGREEMENT DATED: 06/01/2013 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAPOES UNIDAS, 11.633, SALA 143 - BROOKLIN, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3882 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LICENSE AGREEMENT DATED: 05/10/2010 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAGOES UNIDAS, 11.633, SALA 143, BROOKLIN, CEP 04578-000, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3883 | State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE SOFTWARE LICENSE AGREEMENT DATED: 06/01/2013 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAPOES UNIDAS, 11.633, SALA 143 - BROOKLIN, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda          Case number (if known)    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3884** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING DATED: 05/10/2010 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAGOES  UNIDAS, 11.633, SALA 143, BROOKLIN, CEP 04578-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3885** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LICENSE AGREEMENT FOR THE USE OF SOFTWARE AS SERVICES - IN THE SAAS MODALITY. DATED: 05/10/2010 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAGOES UNIDAS, 11.633, SALA 143, BROOKLIN, CEP 04578-000, IN THE MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3886** State what the contract or lease is for and the nature of the debtor's interest | SECOND ADDENDUM TO THE SOFTWARE LICENSE AGREEMENT DATED: 06/01/2013 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAPOES UNIDAS, 11.633, SALA 143 - BROOKLIN, MUNICIPALITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3887** State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE LICENSE AGREEMENT DATED: 05/10/2010 | VAGAS TECNOLOGIA DE SOFTWARE LTDA AVENIDA DAS NAGOES  UNIDAS, 11.633, SALA 143, BROOKLIN, CEP 04578-000 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3888** State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSING PROPOSAL DATED: 05/10/2010 | VAGAS TECNOLOGIA DE SOFTWARE LTDA. RUA CATEQUESE, 88, BAIRRO DO BUTANTA, SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3889** State what the contract or lease is for and the nature of the debtor's interest | VACANCIES E-PARTNER SOFTWARE LICENSING PROPOSAL DATED: 05/10/2010 | VAGAS TECNOLOGIA DE SOFTWARE LTDA. RUA CATEQUESE, 88, BAIRRO DO BUTANTA, IN THE CITY OF SAO PAULO, STATE OF SAO PAULO |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.3890** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LEASE AGREEMENT DATED: 12/04/2012 | VALORE INVESTIMENTOS IMOBILIARIOS LTDA AVENIDA BANDEIRANTES, 505 - SION |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3891** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE LEASE AGREEMENT DATED: 12/04/2012 | VALORE INVESTIMENTOS IMOBILIARIOS LTDA AVENIDA BANDEIRANTES, 505 - SION |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3892** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 11/30/2010 | VAZ & CIA LTDA RUA JOAO ANATOLIO LIMA, NR.310, BAIRRO INGA ALTO, MUNICIPALITY OF BETIM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3893** | State what the contract or lease is for and the nature of the debtor's interest | FIRST. AMENDMENT TO THE SERVICE PROVISION CONTRACT DATED: 12/08/2010 | VAZ & CIA LTDA RUA JOAO ANATOLIO LIMA, NR.310, BAIRRO INGA ALTO, MUNICIPALITY OF BETIM/MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3894** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE RESIDENTIAL LEASE AGREEMENT DATED: 12/10/2014 | VENTURA E. SALGADO AGROPECUÁRIA LTDA RUA SÃO PAULO, 2010, CENTRO, BELO HORIZONTE - MG, CEP 30170-132 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3895** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE RESIDENTIAL LEASE AGREEMENT DATED: 12/10/2014 | VENTURA:E.SALGADO AGROPECUARIA LTDA RUA SAO PAULO, N° 2.610 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3896** | State what the contract or lease is for and the nature of the debtor's interest | PUBLIC FUNDING AGREEMENT DATED: 05/21/2010 | VENTURUS RUA ODILA MAIA ROCHA BRITO N° 527/10°, NOVA CAMPINAS, CEP 13092-123, CAMPINAS, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3897** | State what the contract or lease is for and the nature of the debtor's interest | PUBLIC CALL MCT/FINEP/MC/FUNTTEL PRIORITY THEMATIC AREAS 01/2009 DATED: 05/21/2010 | VENTURUS - CENTER FOR RESEARCH, DEVELOPMENT AND TECHNOLOGICAL INNOVATION CAMPINAS, SP, AT RUA ODILA MAIA ROCHA BRITO N° 527/10°, NOVA CAMPINAS, CEP 13092-123 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3898 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3899 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3900 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3901 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO  INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3902 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/12/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3903 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3904 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3905 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3906 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3907 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3908 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3909 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3910 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL DIONˆSIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3911 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3912 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3913 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2023 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3914 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3915 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3916 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3917 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 07/15/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3918 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315, GUTIERREZ, BELO HORIZONTE – MG, 30430-130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Name

Case number (if known):    25-11062

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3919 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 – GUTIERREZ, BELO HORIZONTE – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3920 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 – GUTIERREZ, BELO HORIZONTE – MG CNPJ: 03.175.428/0001-63 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3921 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 GUTIERREZ DISTRICT BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3922 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315 BAIRRO GUTIERREZ BELO HORIZONTE, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3923 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - M |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3924 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3925 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3926 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3927 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3928 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3929 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3930 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3931 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3932 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3933 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE PROVISION OF CONSULTING SERVICES AND LICENSE FOR THE USE OF COMPUTER PROGRAM DATED: 03/26/2008 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, N°. 88, BAIRRO VALE DO SERENO, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3934 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | ATTENTION: MR. LILIAN CAVALCANTE PEDROZA - COMMERCIAL MANAGER |
| | List the contract number of any government contract | | |
| 2.3935 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3936 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCACAO AMBIENTAL LTDA. ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3937 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3938 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3939 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.3940 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3941 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/13/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3942 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA T RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3943 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO  INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3944 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3945 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICE DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - M |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3946 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.3947** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3948** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3949** | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3950** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3951** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3952** | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N°  88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3953** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 07/15/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3954 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3955 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3956 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3957 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N°   88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3958 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3959 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 07/15/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3960 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3961 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3962 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3963 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3964 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3965 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3966 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3967 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3968** State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA NO. 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.3969** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.3970** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.3971** State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.3972** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE PROVISION OF CONSULTING SERVICES AND LICENSE FOR THE USE OF COMPUTER PROGRAM DATED: 03/26/2008 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, N°. 88, BAIRRO VALE DO SERENO, NOVA LIMA - MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.3973** State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIONISIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| **2.3974** State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3975 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3976 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA, 88, 6TH AND 7TH FLOORS - VALE DO SERRANO NEIGHBORHOOD, MUNICIPALITY OF NOVA LIMA - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3977 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3978 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA AT RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3979 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIONISIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3980 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3981 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3982 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3983 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3984 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3985 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3986 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3987 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.3988 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3989 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3990 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3991 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3992 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/24/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3993 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3994 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA RUA GENERAL  DIOMSIO CERQUEIRA, 315 - GUTIERREZ DISTRICT, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3995 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.3996 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3997 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3998 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3999 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4000 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4001 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 06/15/2009 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. RUA GENERAL DION^SIO  CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4002 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
Name
Case number (if known):   25-11062

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4003 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. RUA GENERAL DIONˆSIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4004 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. RUA GENERAL DIONˆSIO CERQUEIRA, 315 - BAIRRO GUTIERREZ, MUNICIPALITY OF BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4005 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4006 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES. DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4007 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/30/2010 | VERDE GAIA CONSULTORIA E EDUCAQAO AMBIENTAL LTDA. ALAMEDA DO INGA N° 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERENO, NOVA LIMA, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4008 | State what the contract or lease is for and the nature of the debtor's interest | 5TH ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 05/09/2014 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315, BAIRRO GUTIERREZ, BELO HORIZONTE – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4009 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 04/17/2013 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA RUA GENERAL DIONÍSIO CERQUEIRA, 315, BAIRRO GUTIERREZ, BELO HORIZONTE – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda            Case number (if known): 25-11062

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4010 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA ALAMEDA DO INGÁ, 88, 6TH AND 7TH FLOORS, BAIRRO VALE DO SERRANO, NOVA LIMA – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4011 | State what the contract or lease is for and the nature of the debtor's interest | 3RD AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING SERVICES DATED: 09/21/2012 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA ALAMEDA DO INGÁ, 88, 6º E 7º ANDARES – VALE DO SERRANO, NOVA LIMA – MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4012 | State what the contract or lease is for and the nature of the debtor's interest | 5TH AMENDMENT TO THE CONTRACT FOR THE PROVISION OF CONSULTING DATED: 05/09/2014 | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA. RUA GENERAL DIONÍSIO CERQUEIRA, 315, BAIRRO GUTIERREZ, BELO HORIZONTE - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4013 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CONSULTING SERVICES | VERDE GHAIA CONSULTORIA E EDUCAÇÃO AMBIENTAL LTDA. ATTN: MR. LILIAN CAVALCANTE PEDROZA       COMMERCIAL MANAGER ALAMEDA DO INGA Nº 88, 6TH AND 7TH FLOORS, VALE DO SERENO, NOVA LIMA – MG, CEP 34.000-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4014 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 07/01/2014 | VERTEX INDÚSTRIA E COMÉRCIO DE EMBALAGENS LTDA RUA VEREADOR JURANDINO DE ANDRADE, Nº 300, JARDIM PIEMONT, BETIM - MG, CEP 32689-342 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4015 | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 07/01/2014 | VERTEX INDUSTRIA E COMERCIO DE EMBALAGENS LTDA. RUA VEREADOR JURANDINO DE ANDRADE Nº 300 BAIRRO JARDIM PIEMONT, BETIM-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4016 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 06/01/2009 | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, Nº. 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4017 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, ISANTO ANDRE, SAO PAULO |
| 2.4018 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, ISANTO ANDRE, SAO PAULO |
| 2.4019 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.4020 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA MARINA , 487 - BAIRRO CAMPESTRE - SANTO ANDRE - SP |
| 2.4021 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, MUNICIPALITY OF SANTO ANDRE, SAO PAULO |
| 2.4022 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, ISANTO ANDRE, SAO PAULO |
| 2.4023 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, ISANTO ANDRE, SAO PAULO |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4024 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, ISANTO ANDRE, SAO PAULO |
| 2.4025 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.4026 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOÃO RIBEIRO, 583, BAIRRO CAMPESTRE, SANTO ANDRÉ – SP |
| 2.4027 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOÃO RIBEIRO, 583, BAIRRO CAMPESTRE, SANTO ANDRÉ - SP |
| 2.4028 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| 2.4029 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA MARINA , 487 - BAIRRO CAMPESTRE - SANTO ANDRE - SP |
| 2.4030 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED:<br>Undetermined | VERZANI & SANDRINI LTDA<br>RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known): 25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4031 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: | VERZANI & SANDRINI LTDA RUA MARINA , 487 - BAIRRO CAMPESTRE - SANTO ANDRE - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4032 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING DATED: 02/25/2010 | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE,SANTO ANDRE, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4033 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, ISANTO ANDRE, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4034 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4035 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: 02/15/2010 | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583,  BAIRRO: CAMPESTRE, IN THE MUNICIPALITY OF SANTO ANDRE, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4036 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES. DATED: | VERZANI & SANDRINI LTDA RUA JOAO RIBEIRO, N°. 583, BAIRRO: CAMPESTRE, SANTO ANDRE, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4037 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF CONTRACT FOR THE PROVISION OF CLEANING, CONSERVATION, GARDENING AND OTHER COVENANT SERVICES DATED: | VERZANI & SANDRINI LTDA RUA JOÃO RIBEIRO N° 583 BAIRRO CAMPESTRE SANTO ANDRÉ, SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4038 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE AGREEMENT OF PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 07/01/2011 | VIA MINAS EMPREENDIMENTOS IMOBILIARIOS LTDA AVENIDA  SOCRATES MARIANI BITTENCOURT, 1050, BAIRRO CINCO, CONTAGEM, MINAS GERAIS, ZIP CODE .: 32.010-010 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4039 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE INSTRUMENT OF LEASE AGREEMENT OF PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 11/27/2009 | VIA MINAS EMPREENDIMENTOS IMOBILIÁRIOS LTDA AVENIDA SOCRATES MARIANI BITTENCOURT, 1050, BAIRRO CINCO, CONTAGEM - MG, CEP: 32.010-010 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4040 | **State what the contract or lease is for and the nature of the debtor's interest** | RENDERING OF SERVICES AGREEMENT NO. 0011/2014 DATED: 07/15/2014 | VIDEK CORPORATION S.A. JOSÉ PEDRO VARELA 532 COLONIA DEL SACRAMENTO, URUGUAY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4041 | **State what the contract or lease is for and the nature of the debtor's interest** | RENDERING OF SERVICES AGREEMENT DATED: 07/15/2014 | VIDEK CORPORATION S.A. JOSE PEDRO VARELA 532 COLONIA DEL SACRAMENTO, URUGUAY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4042 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES – TEMPORARY LABOR DATED: 04/01/2006 | VISAO CAMPINAS ASSESSORIA RECURSOS HUMANOS SOCIEDADE LIMITADA RUA JOSE PAULINO, 1544, 3RD FLOOR, DOWNTOWN – CAMPINAS – SP CNPJ: 73.078.115/0001-72 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4043 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 09/12/2006 | VISAO CAMPINAS ASSESSORIA RECURSOS HUMANOS SOCIEDADE LIMITADA RUA JOSE PAULINO, 1544, 3RD FLOOR, DOWNTOWN IN THE CITY OF CAMPINAS IN THE STATE OF SAO PAULO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4044 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CONTRACT FOR THE PROVISION OF SERVICES – TEMPORARY LABOR DATED: 04/01/2004 | VISAO CAMPINAS ASSESSORIA RECURSOS HUMANOS SOCIEDADE LIMITADA RUA JOSE PAULINO, 1544, 3RD FLOOR, CENTRO – CAMPINAS – SP CNPJ: 73.078.115/0001-72 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4045 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM DATED: 02/10/2006 | VISAO JUNDIAI ASSESSORIA RECURSOS HUMANOS SOCIEDADE LTDA RUA DR. ALMEIDA, 364, CENTRO, CEP 13.201-040, IN THE CITY OF JUNDIAL IN THE STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4046 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM I – NOTICE ON CORPORATE TRANSACTION IN THE MAGNETI MARELLI GROUP DATED: 10/02/2006 | VISAO JUNDIAÍ ASSESSORIA RECURSOS HUMANOS SOCIEDADE LTDA. RUA DR. ALMEIDA, 364, CENTRO, CEP 13201-040, JUNDIAÍ – SP |
| | State the term remaining | Undetermined | CNPJ: 06.066.240/0001-75 |
| | List the contract number of any government contract | | |
| 2.4047 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 | VIVO - S.A. AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4048 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 | VIVO -S.A AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4049 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 | VIVO -S.A AVENIDA HIGIENÓPOLIS, 1365 CENTRO LONDRINA, PR, 86015-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4050 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012 | VIVO -S.A AVENIDA HIGIENÓPOLIS, 1365 CENTRO LONDRINA, PR, 86015-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4051 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012 | VIVO -S.A AVENIDA HIGIENÓPOLIS, 1365 CENTRO LONDRINA, PR, 86015-010 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4052** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012<br><br>Undetermined | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| **2.4053** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012<br><br>Undetermined | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| **2.4054** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012<br><br>Undetermined | VIVO -S.A<br>AVENIDA HIGIENÓPOLIS, 1365<br>CENTRO<br>LONDRINA, PR, 86015-010<br>BRAZIL |
| **2.4055** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012<br><br>Undetermined | VIVO S.A.<br>AV. HIGIENÓPOLIS, 1365, LONDRINA – PR<br><br>CNPJ: 02.449.992/0001-64 |
| **2.4056** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM OF ADHESION TO THE MAIN AGREEMENT FOR THE PROVISION OF MOBILE TELEPHONY SERVICES DATED: 08/07/2012<br><br>Undetermined | VIVO S.A.<br>AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| **2.4057** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERM OF ADHESION TO THE MAIN AGREEMENT DATED: 08/07/2012<br><br>Undetermined | VIVO -S.A.<br>AV. HIGIENOPOLIS, 1365 - LONDRINA - PR |
| **2.4058** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VEREINBARUNG / USER AGREEMENT DATED: 01/09/2008<br><br>Undetermined | VOLKSWAGEN AG<br>BERLINER RING 2, 38436 WOLFSBURG |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4059 | **State what the contract or lease is for and the nature of the debtor's interest** | USER AGREEMENT DATED: 03/09/2007 | VOLKSWAGEN AG BERLINER RING 2 <br><br> 38436 WOLFSBURG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4060 | **State what the contract or lease is for and the nature of the debtor's interest** | VEREINBARUNG / USER AGREEMENT DATED: 01/09/2008 | VOLKSWAGEN AG BERLINER RING 2, 38436 WOLFSBURG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4061 | **State what the contract or lease is for and the nature of the debtor's interest** | USER AGREEMENT ON THE USE OF THE VOLKSWAGEN GROUP B2B SUPPLIER PLATFORM DATED: 09/03/2007 | VOLKSWAGEN AG BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4062 | **State what the contract or lease is for and the nature of the debtor's interest** | VEREINBARUNG / USER AGREEMENT DATED: 01/09/2008 | VOLKSWAGEN AG BERLINER RING 2, 38436 WOLFSBURG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4063 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF COMFORT | VOLKSWAGEN AG RISIKOMANAGEMENT KONZERNBESCHAFFUNG K-BG-A BRIEFFACH 1338/0 38440 WOLFSBURG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4064 | **State what the contract or lease is for and the nature of the debtor's interest** | VEREINBARUNG / USER AGREEMENT DATED: 01/09/2008 | VOLKSWAGEN AG BERLINER RING 2, 38436 WOLFSBURG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4065 | **State what the contract or lease is for and the nature of the debtor's interest** | B2B NUTZUNGSVEREINBARUNG / B2B USER AGREEMENT DATED: 01/14/2009 | VOLKSWAGEN AKTIENGESELLSCHAFT 38436 WOLFSBURG |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4066**
State what the contract or lease is for and the nature of the debtor's interest

B2B USER AGREEMENT

VOLKSWAGEN AKTIENGESELLSCHAFT
38436 WOLFSBURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.4067**
State what the contract or lease is for and the nature of the debtor's interest

B2B USER AGREEMENT FOR THE SUPPLIER PLATFORM DATED: 01/14/2009

VOLKSWAGEN AKTIENGESELLSCHAFT
BERLINER RING 2
WOLFSBURG, 38436
GERMANY

State the term remaining — Undetermined

List the contract number of any government contract

**2.4068**
State what the contract or lease is for and the nature of the debtor's interest

USER AGREEMENT ON THE USE OF THE B2B SUPPLIER PLATFORM DATED: 09/03/2007

VOLKSWAGEN AKTIENGESELLSCHAFT
BERLINER RING 2
WOLFSBURG, 38436
GERMANY

State the term remaining — Undetermined

List the contract number of any government contract

**2.4069**
State what the contract or lease is for and the nature of the debtor's interest

B2B NUTZUNGSVEREINBARUNG / B2B USER AGREEMENT DATED: 01/14/2009

VOLKSWAGEN AKTIENGESELLSCHAFT
38436 WOLFSBURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.4070**
State what the contract or lease is for and the nature of the debtor's interest

B2B NUTZUNGSVEREINBARUNG / B2B USER AGREEMENT DATED: 01/14/2009

VOLKSWAGEN AKTIENGESELLSCHAFT
38436 WOLFSBURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.4071**
State what the contract or lease is for and the nature of the debtor's interest

USER AGREEMENT DATED: 01/09/2008

VOLKSWAGEN AKTIENGESELLSCHAFT
BERLINER RING 2

38436 WOLFSBURG

State the term remaining — Undetermined

List the contract number of any government contract

**2.4072**
State what the contract or lease is for and the nature of the debtor's interest

B2B USER AGREEMENT ON THE USE

VOLKSWAGEN AKTIENGESELLSCHAFT
BERLINER RING 2
WOLFSBURG, 38436
GERMANY

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4073 | **State what the contract or lease is for and the nature of the debtor's interest** | B2B USER AGREEMENT ON THE USE OF B2B SUPPLIER PLATFORM DATED: 01/14/2009 | VOLKSWAGEN AKTIENGESELLSCHAFT (VOLKSWAGEN AG) BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4074 | **State what the contract or lease is for and the nature of the debtor's interest** | USER AGREEMENT ON THE USE OF B2B SUPPLIER PLATFORM DATED: 01/09/2008 | VOLKSWAGEN AKTIENGESELLSCHAFT (VOLKSWAGEN AG) BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4075 | **State what the contract or lease is for and the nature of the debtor's interest** | USER AGREEMENT ON THE USE OF B2B SUPPLIER PLATFORM DATED: 01/09/2008 | VOLKSWAGEN AKTIENGESELLSCHAFT (VOLKSWAGEN AG) BERLINER RING 2 WOLFSBURG, 38436 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4076 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT DECLARATION TO CONTRACT FOR THE SUPPLY OF CERTAIN PRODUCTS DATED: 06/25/2012 | VOLKSWAGEN ARGENTINA S.A. DELCASSE Y AV HENRY FORD 0 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4077 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT ON DESIGN RESPONSIBILITY DATED: 12/15/2010 | VOLKSWAGEN DO BRASIL VIA ANCHIETA, KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4078 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT ON DESIGN RESPONSIBILITY DATED: 10/20/2009 | VOLKSWAGEN DO BRASIL MARG. VIA ANCHIETA, KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4079 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL VIA ANCHIETA, KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4080 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT ON DESIGN RESPONSIBILITY DATED: 08/27/2009 | VOLKSWAGEN DO BRASIL MARG. VIA ANCHIETA KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4081 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX 1: PROJECT RESPONSIBILITY QUOTAS AGREEMENT DATED: 12/15/2010 | VOLKSWAGEN DO BRASIL VIA ANCHIETA, KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4082 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT RESPONSIBILITY QUOTAS AGREEMENT DATED: 12/15/2010 | VOLKSWAGEN DO BRASIL VIA ANCHIETA, KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4083 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED: 08/27/2009 | VOLKSWAGEN DO BRASIL MARG. VIA ANCHIETA KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4084 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX 1: DESIGN RESPONSIBILITY QUOTA AGREEMENT DATED: 08/27/2009 | VOLKSWAGEN DO BRASIL VIA ANCHIETA, KM 23,5 SAO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4085 | **State what the contract or lease is for and the nature of the debtor's interest** | LENDING AGREEMENT DATED: 09/11/2007 | VOLKSWAGEN DO BRASIL AUTOMOTIVE VEHICLE INDUSTRY DEAL AV. CARLOS PEDROSO DA SILVEIRA |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.4086 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL AUTOMOTIVE VEHICLE INDUSTRY. LIMITED LIABILITY COMPANY ESTR. MARGINAL VIA ANCHIETA KM. 23, SÃO BERNARDO DO CAMPO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4087 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 09/18/2012 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES VIA ANCHIETA, KM 23.5,  SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4088 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 09/18/2012 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES VIA ANCHIETA, KM 23.5,  SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4089 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5,  SAO BEMARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4090 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 01/15/2013 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5,  SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4091 | State what the contract or lease is for and the nature of the debtor's interest | INTERMEDIATION AGREEMENT DATED: 02/09/2007 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA ESTRADA MARGINAL VIA  ANCHIETA, KM 23.5, ALA 17, DEMARCHI NEIGHBORHOOD, IN SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4092 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5,  SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4093 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 10/15/2009 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4094 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 06/07/2010 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4095 | State what the contract or lease is for and the nature of the debtor's interest | INTERMEDIATION AGREEMENT FOR THE SUPPLY OF PRODUCTS AND LICENSE TO USE THE TRADEMARK DATED: 02/09/2007 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA. ESTRADA MARGINAL VIA ANCHIETA, KM 23.5, ALA 17, DEMARCHI NEIGHBORHOOD, IN SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4096 | State what the contract or lease is for and the nature of the debtor's interest | INTERMEDIATION AGREEMENT FOR THE SUPPLY OF PRODUCTS AND LICENSE TO USE THE TRADEMARK. DATED: 02/09/2007 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA. ESTRADA MARGINAL VIA ANCHIETA, KM 23.5, ALA 17, DEMARCHI NEIGHBORHOOD, IN SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4097 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF MARKETING AUTHORIZATION DATED: 10/01/2010 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA. ESTRADA MARGINAL VIA ANCHIETA, KM 23.5, ALA 17, IN THE MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4098 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 01/15/2013 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VE^CULOS AUTOMOTORES LTDA. VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4099 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 02/02/2011 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4100 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 12/08/2009 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4101 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 10/19/2009 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM  23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4102 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 03/10/2011 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4103 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 06/23/2008 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA AV. CARDOSO PEDROSO DA SILVEIRA, 10.000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4104 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 12/14/2010 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5,  SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4105 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA ESTR MARGINAL VIA ANCHIETA KM. 23., 5 SAO BERNARDO DO CAMPO (11) 43 47 - 2355 (PABX) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4106 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM  23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4107 | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA ESTR. MARGINAL VIA ANCHIETA KM 23,5 SAO BERNARDO DO CAMPO (11) 43 4 7 - 2355 (PABX) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                     Case number (if known):   25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4108** State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA ESTR. MARGINAL VIA ANCHIETA KM .23.5, SAO BERNARDO DO CAMPO (11) 4347 - 2355 (PABX) |

| | | |
|---|---|---|
| **2.4108** State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA ESTR. MARGINAL VIA ANCHIETA KM .23.5, SAO BERNARDO DO CAMPO (11) 4347 - 2355 (PABX) |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.4109** State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 06/07/2010 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.4110** State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 12/14/2010 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.4111** State what the contract or lease is for and the nature of the debtor's interest | APPENDIX 1 – DESIGN RESPONSIBILITY DATED: 08/27/2009 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA VIA ANCHIETA KM 23.5 SÃO BERNARDO DO CAMPO, SP, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.4112** State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT ON DESIGN RESPONSIBILITY DATED: 08/27/2009 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA ESTRADA MARGINAL VIA ANCHIETA KM 23.5 SÃO BERNARDO DO CAMPO, SP, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.4113** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT – PURCHASE ORDER NO. S 09 931765 (VOLKSWAGEN ARGENTINA) DATED: 06/25/2012 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA CNPJ: 59.104.422/0057-04 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.4114** State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 09/20/2010 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA VIA ANCHIETA KM 23.5 SÃO BERNARDO DO CAMPO, SÃO PAULO, BRAZIL |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4115 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 06/23/2008 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA AV. CARLOS PEDROSO DA SILVEIRA, 10.000 TAUBATÉ, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4116 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT - NO.: A600 DATED: 11/13/2009 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. SÃO BERNARDO DO CAMPO SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4117 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 10/06/2010 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA VIA ANCHIETA, KM 23.5 SÃO BERNARDO DO CAMPO, SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4118 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 11/13/2009 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA VIA ANCHIETA SÃO BERNARDO DO CAMPO SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4119 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 10/06/2010 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA VIA ANCHIETA SÃO BERNARDO DO CAMPO SÃO PAULO, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4120 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING CONTRACT DATED: 09/08/2011 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA. VIA ANCHIETA, KM 23.5, SAO  BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4121 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA. VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4122 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT DATED: 02/16/2009 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA. AV. CARLOS PEDROSO DA SILVEIRA, 10.000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4123 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF MARKETING AUTHORIZATION DATED: 10/01/2010 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA. ESTRADA MARGINAL VIA ANCHIETA, KM 23.5, ALA 17, IN THE MUNICIPALITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAUL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4124 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 11/20/2009 | VOLKSWAGEN DO BRASIL INDUSTRIA DE VEICULOS AUTOMOTORES LTDA. VIA ANCHIETA, KM 23.5, SAO BERNARDO DO CAMPO - SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4125 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 10/19/2009 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23.5, SÃO BERNARDO DO CAMPO - SP, 09682-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4126 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 09/18/2012 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23.5, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4127 | State what the contract or lease is for and the nature of the debtor's interest | INTERMEDIATION AGREEMENT FOR THE SUPPLY OF PRODUCTS AND LICENSE TO USE THE TRADEMARK DATED: 02/09/2007 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ESTRADA MARGINAL VIA ANCHIETA, KM 23.5, ALA 17, BAIRRO DEMARCHI, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4128 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT ON DESIGN RESPONSIBILITY DATED: 12/15/2010 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23.5 SÃO BERNARDO DO CAMPO, SP, 09823-901 BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda                Case number (if known):   25-11062
           Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4129 | State what the contract or lease is for and the nature of the debtor's interest | TAUBATÉ PRE-ASSEMBLY AND SEQUENCING CENTER – LENDING AGREEMENT DATED: 09/11/2007 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. AVENIDA CARLOS PEDROSO DA SILVEIRA, 10.000, TAUBATÉ – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4130 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF MARKETING AUTHORIZATION DATED: 10/01/2010 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ESTRADA MARGINAL VIA ANCHIETA, KM 23.5, ALA 17, SÃO BERNARDO DO CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4131 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 01/25/2013 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23.5, SÃO BERNARDO DO CAMPO - SP, 09682-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4132 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 11/30/2009 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23.5, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4133 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 02/02/2011 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23.5, SÃO BERNARDO DO CAMPO - SP, 09682-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4134 | State what the contract or lease is for and the nature of the debtor's interest | TAUBATÉ PRE-ASSEMBLY AND SEQUENCING CENTER – LOAN AGREEMENT DATED: 02/16/2009 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. AVENIDA CARLOS PEDROSO DA SILVEIRA, 10.000, TAUBATÉ – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4135 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 01/15/2013 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23.5, SÃO BERNARDO DO CAMPO - SP, 09682-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
　　　　　　Name

Case number (if known):　25-11062

　**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4136 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 09/18/2012 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23,5, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4137 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING CONTRACT | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23,5, SÃO BERNARDO DO CAMPO - SP, 09682-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4138 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23,5, SÃO BERNARDO DO CAMPO - SP, 09682-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4139 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 02/08/2011 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ANCHIETA, KM 23,5, SÃO BERNARDO DO CAMPO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4140 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF MARKETING AUTHORIZATION DATED: 10/01/2010 | VOLKSWAGEN DO BRASIL INDÚSTRIA DE VEÍCULOS AUTOMOTORES LTDA. ESTRADA MARGINAL VIA ANCHIETA, KM 23,5, ALA 17, SÃO BERNARDO DO CAMPO - SP, 09682-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4141 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 05/21/2008 | VOLKSWAGEN DO BRASIL LTDA ESTRADA MARGINAL – VIA ANCHIETA KM 23.5 SÃO BERNARDO DO CAMPO, SP, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4142 | State what the contract or lease is for and the nature of the debtor's interest | B2B USER AGREEMENT DATED: 01/14/2009 | VOLKSWAGEN DO BRASIL LTDA ESTRADA MARGINAL DA VIA ANCHIETA, KM. 23.5, IN THE CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.4143** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE DEVELOPMENT OF A SPECIFIC PART(S), WITH A COMMITMENT TO FUTURE SUPPLY | VOLKSWAGEN DO BRASIL LTDA ESTRADA MARGINAL DA VIA ANCHIETA, KM. 23.5, IN THE CITY OF SAO BERNARDO DO  CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4144** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE DEVELOPMENT OF A SPECIFIC PART(S) DATED: 08/31/2006 | VOLKSWAGEN DO BRASIL LTDA ESTRADA MARGINAL DA VIA ANCHIETA, KM. 23.5, IN THE CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4145** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT DATED: 05/21/2008 | VOLKSWAGEN DO BRASIL LTDA. EST. MARG. - VIA ANCHIETA- S/N KM 23.5', S.S. CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4146** | State what the contract or lease is for and the nature of the debtor's interest | LOAN CONTRACT DATED: 01/19/2007 | VOLKSWAGEN DO BRASIL LTDA. ESTRADA MARGINAL DA VIA ANCHIETA, KM. 23.5, IN THE CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4147** | State what the contract or lease is for and the nature of the debtor's interest | TOOLING LENDING AGREEMENT | VOLKSWAGEN DO BRASIL LTDA. ESTRADA MARGINAL DA VIA ANCHIETA, KM. 23.5, IN THE CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4148** | State what the contract or lease is for and the nature of the debtor's interest | LENDING AGREEMENT | VOLKSWAGEN DO BRASIL LTDA.. ESTRADA MARGINAL DA VIA ANCHIETA, KM  23.5, IN THE CITY OF SAO BERNARDO DO CAMPO, STATE OF SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4149** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/11/2013 | VOLVO CARS BRASIL IMPORTAÇÃO E COMÉRCIO DE VEÍCULOS LTDA. ATTN: MARCIA ROCHA RUA SURUBIM, 577, CONJUNTOS 101, 102 E 103, SÃO PAULO - SP, 04571-050 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4150 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/11/2013 | VOLVO CARS BRASIL IMPORTAQAO E COMERCIO DE VEICULOS LTDA. RUA SURUBIM, 577, SETS 101, 102 AND 103, CEP 04571-050, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4151 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO THE PRIVATE INSTRUMENT OF NON-RESIDENTIAL LEASE AGREEMENT DATED: 01/03/2019 | VORTX DISTRIBUIDORA DE T^TULOS E VALORES LTDA AV. BRIGADEIRO FARIA LIMA, 2.277, CONJUNTO 202, JARDIM PAULISTANO, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4152 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE MANAGEMENT, INTERMEDIATION AND DELIVERY OF TRANSPORTATION VOUCHER CARDS DATED: 10/13/2009 | VTR LTDA AVENIDA JOSE CANDIDO DA  SILVEIRA, NO. 535, CIDADE NOVA, BELO HORIZONTE-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4153 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE MANAGEMENT, INTERMEDIATION AND DELIVERY OF TRANSPORTATION VOUCHER CARDS DATED: 10/13/2009 | VTR LTDA. AVENIDA JOSE CANDIDO DA SILVEIRA, NO. 535, CIDADE NOVA, BELO HORIZONTE-MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4154 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROVISION AGREEMENT DATED: 08/03/2006 | W EXPRESS TRANSPORTES ESPECIALIZADOS LTDA. LO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4155 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT FOR INSTALLATION AND MAINTENANCE OF CCTV CAMERAS DATED: 03/14/2012 | WASHELIS EQUIPAMENTOS PARA INFORMATICA LTDA RUA PARANA N. 247 - SALA 04 - CENTRO -  JAGUARIUNA/SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4156 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT FOR INSTALLATION AND MAINTENANCE OF CCTV CAMERAS DATED: 03/14/2012 | WASHELIS EQUIPAMENTOS PARA INFORMÁTICA LTDA RUA PARANÁ, Nº 247, SALA 04, CENTRO, JAGUARIÚNA - SP, 13910-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known):    25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4157 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR MONITORING, SIGNAL EMISSION AND MAINTENANCE OF CCTV PLANT CAMERAS DATED: 04/12/2013 | WASHELIS SUPRIMENTOS PARA INFORMATICA LTDA RUA  PARANA N 247 - SALA NR 04 - CENTRO JAGUARIUNA-SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4158 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR MONITORING, SIGNAL EMISSION AND MAINTENANCE OF CCTV PLANT CAMERAS DATED: 04/12/2013 | WASHELIS SUPRIMENTOS PARA INFORMÁTICA LTDA RUA PARANÁ, Nº 247, SALA Nº 04, CENTRO, JAGUARIÚNA - SP, 13910-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4159 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ACCESS SERVICE DATED: 10/01/2007 | WEC DESENVOLVIMENTO EMPRESARIAL LTDA RUA PADRE ANCHIETA, 2.454 CJ. 1801, CURITIBA/PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4160 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ACCESS SERVICE TO THE BD-WEC INFORMATION DATABASE DATED: 10/01/2007 | WEC DESENVOLVIMENTO EMPRESARIAL LTDA RUA PADRE ANCHIETA, 2.454, CJ. 1801, CURITIBA - PR, 80730-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4161 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ACCESS SERVICE TO THE BD-WEC INFORMATION DATABASE DATED: 10/01/2007 | WEC DESENVOLVIMENTO EMPRESARIAL LTDA RUA PADRE ANCHIETA, 2454, CONJ. 1801, CURITIBA - PR, 80730-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4162 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ACCESS SERVICE DATED: 10/01/2007 | WEC DESENVOLVIMENTO EMPRESARIAL LTDA RUA PADRE ANCHIETA, 2.454 CJ. 1801, CURITIBA/PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4163 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ACCESS SERVICE DATED: 10/01/2007 | WEC DESENVOLVIMENTO EMPRESARIAL LTDA RUA PADRE ANCHIETA, 2.454 CJ. 1801, CURITIBA/PR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4164 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS RIO DE JANEIRO AND WITH   BRANCH / STORE LOCATED IN: CONTAGEM STATE: MG ON STREET / AV. CRISTIANO  TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4165 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT SIGNED DATED: 12/10/2015 | WHITE MARTINS GASES INDUSTRIAIS AV. CRISTIANOTEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO, CONTAGEM, MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4166 | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4167 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT DATED: 12/31/2022 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA BR 101 SUL, KM 17, BLOCO 3, JABOATÃO DOS GUARARAPES – |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4168 | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4169 | State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPE - PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4170 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT DATED: 05/08/2025 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA AT RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4171 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019 DATED: 11/30/2023 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4172 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019 DATED: 05/08/2025 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4173 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER INDUSTRIAL PACTS CONTRACT NO. GEMPAXF01032019 DATED: 01/01/2025 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATAO DOS GUARARAPES PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4174 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 05/20/2020 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4175 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019, ENTERED INTO ON 03/01/2019 ("CONTRACT"). DATED: 01/01/2025 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA. AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ UNDER Nº 35.820.448/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4176 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019, ENTERED INTO ON 03/01/2019 ("CONTRACT"). DATED: 01/01/2023 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA. RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE, REGISTERED WITH THE CNPJ/MF UNDER NUMBER 24.380.578/0001-89, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4177 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT DATED: 01/03/2019 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA. T RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE, R |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4178 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS DATED: 01/01/2025 | WHITE MARTINS GASES INDUSTRIAIS DO NORDESTE LTDA. RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARAPES – PE CNPJ: 24.380.578/0001-89 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4179 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 05/20/2020 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4180 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT DATED: 12/31/2022 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE J |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4181 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS DATED: 01/01/2023 | WHITE MARTINS GASES INDUSTRIAIS LTDA HEADQUARTERED AT AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4182 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA CONTAGEM STATE: MG ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4183 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT DATED: 05/08/2025 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4184 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. DATED: 12/31/2022 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ 35.820.448/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.4185 | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 10/02/2006 | WHITE MARTINS GASES INDUSTRIAIS LTDA CAMPINAS  NA RUA / AV. RUA LUIZ FERNANDO RODRIGUES, 1951 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4186 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4187 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GAS SUPPLY CONTRACTS AND OTHER PACTS DATED: 01/01/2013 | WHITE MARTINS GASES INDUSTRIAIS LTDA AVENIDA CASA GRANDE, 2422, DIADEMA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4188 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GAS SUPPLY CONTRACTS AND OTHER PACTS NO. 1-417ENS DATED: 01/01/2013 | WHITE MARTINS GASES INDUSTRIAIS LTDA RIO DE JANEIRO, AND A BRANCH IN DIADEMA, LOCATED AT AVENIDA CASA GRANDE, 2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4189 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE SUPPLY OF PRODUCTS AND OTHER INDUSTRIAL PACTS CONTRACT NO. GEMPAXF01032019 DATED: 03/01/2019 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ UNDER Nº 35.820.448/0001-3 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4190 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GAS SUPPLY CONTRACTS DATED: 01/01/2013 | WHITE MARTINS GASES INDUSTRIAIS LTDA RIO DE JANEIRO, AND A BRANCH IN DIADEMA, LOCATED AT AVENIDA CASA GRANDE, 2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4191 | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 | WHITE MARTINS GASES INDUSTRIAIS LTDA RODOVIA BR 101 SUL, KM 17, BLOCO 3, PRAZERES, JABOATÃO DOS GUARARA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4192 | State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | WHITE MARTINS GASES INDUSTRIAIS LTDA RUA DO PARAÍSO, 148 - 4º ANDAR, SÃO PAULO – SP, CEP 04103-000 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4193 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT DATED: 01/03/2019 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4194 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO THE GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 01/01/2020 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4195 | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4196 | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER INDUSTRIAL PACTS CONTRACT NO. GEMPAXF01032019 DATED: 01/01/2025 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4197 | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 11/17/2021 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4198 | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE GAS SUPPLY AND OTHER AGREEMENTS CONTRACT: 05/15/2024 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.4199** | State what the contract or lease is for and the nature of the debtor's interest | SECOND TERM ADDITIVE TO CONTRACT FROM DATED: 01/01/2021 | WHITE MARTINS GASES INDUSTRIAIS LTDA AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ UNDER Nº 35.820.448/0001-3 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4200** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE GAS SUPPLY CONTRACTS DATED: 01/01/2013 | WHITE MARTINS GASES INDUSTRIAIS LTDA, RIO DE JANEIRO, AND A BRANCH IN DIADEMA, LOCATED AT AVENIDA CASA GRANDE, 2422 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4201** | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 11/10/2006 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO  WITH BRANCH / STORE LOCATED AT: CAMPINAS NA RUA / AV., SP RUA LUIZ FERNANDO RODRIGUES |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4202** | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO  CONTAGEM, MG STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4203** | State what the contract or lease is for and the nature of the debtor's interest | FIFTH AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019 DATED: 05/08/2025 | WHITE MARTINS GASES INDUSTRIAIS LTDA. AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4204** | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT DATED: 10/02/2006 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO AND ☐ WITH BRANCH / STORE LOCATED AT: CAMPINAS NA RUA / AV. STATE: SP RUA LUIZ FERNANDO RODRIGUES, 1951 REGISTRATION WITH NEIGHBORHOOD: BOA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4205** | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT DATED: 11/10/2006 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO AND WITH BRANCH / STORE LOCATED AT: CAMPINAS NA RUA / AV. STATE: SP RUA LUIZ FERNANDO RODRIGUES, 1951 REGISTRATION WITH NEIGHBORHOOD: BOA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4206 | State what the contract or lease is for and the nature of the debtor's interest | FISPQ DELIVERY PROTOCOL DATED: 03/01/2019 | WHITE MARTINS GASES INDUSTRIAIS LTDA. AVENIDA PASTOR MARTIN LUTHER KING JR., 126, BLOCK 10, WING A, ROOM 401, DEL CASTILHO, RIO DE JANEIRO - RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4207 | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 10/02/2006 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO CAMPINAS NA RUA / AV. STATE: SP RUA LUIZ FERNANDO RODRIGUES, 1951 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4208 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BAIRRO: CINCO CONTAGEM, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4209 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT - GAS SUPPLY CONTRACT AND OTHER PACTS - CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. CONTAGEM BRANCH ADDRESS: RUA CRISTIANO TEIXEIRA F. GUIMARÃES, 50, BAIRRO CINCO, CONTAGEM - MG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4210 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 01/11/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RUA CRISTIANO TEIXEIRA F. GUIMARÃES, 50, BAIRRO CINCO, CONTAGEM - MG, 32041-350 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4211 | State what the contract or lease is for and the nature of the debtor's interest | GAS SUPPLY CONTRACT AND OTHER PACTS DATED: 10/01/2000 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RUA LUIZ FERNANDO RODRIGUES, 1951, BAIRRO BOA VISTA, CAMPINAS - SP, 13064-798 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4212 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. RIO DE JANEIRO  CONTAGEM STATE: MG ON STREET / AV. CRISTIANO TEIXEIRA  F. GUIMARAES, 50 BAIRRO: CINCO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4213 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019 DATED: 11/30/2023 | WHITE MARTINS GASES INDUSTRIAIS LTDA. AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4214 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO THE GAS SUPPLY AGREEMENT AND OTHER PACTS - INDUSTRIAL CONTRACT NO. GEMPAXF01032019, ENTERED INTO ON 03/01/2019 ("CONTRACT"). DATED: 01/01/2023 | WHITE MARTINS GASES INDUSTRIAIS LTDA. AV. PASTOR MARTIN LUTHER KING, Nº 126, BLOCO 10, ALA A, SALA 401, DEL CASTILHO, RIO DE JANEIRO/RJ, REGISTERED WITH THE CNPJ UNDER Nº 35.820.448/0001-36 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4215 | State what the contract or lease is for and the nature of the debtor's interest | TERM OF ADHESION TO THE MAIN CONTRACT DATED: 11/01/2015 | WHITE MARTINS GASES INDUSTRIAIS LTDA. ON STREET / AV. CRISTIANO TEIXEIRA F. GUIMARAES, 50 BRANCH / STORE LOCATED IN: CONTAGEM BAIRRO: CINCO CONTAGEM, MG, BRAZIL |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4216 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/27/2012 | WORLD CLIENT SERVICE VIA PADANIA, 17 SAN VENDEMIANO, TV, 31020 ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4217 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4218 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4219 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.4220** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4221** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4222** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4223** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4224** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4225** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4226** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): 25-11062 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.4227** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4228** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4229** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES IN DOCUMENT PROCESSING DATED: 04/01/2007 | XEROX COMERCIO E INDUSTRIA LTDA AV. PAULISTA, N.° 1776, CERQUEIRA CESAR SAO PAULO, CAPITAL, CNPJ N.° 02.773.629/0013-33 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4230** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4231** | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/08/2021 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4232** | State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 12/19/2024 | XEROX COMÉRCIO E INDÚSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4233** | State what the contract or lease is for and the nature of the debtor's interest | 2ND AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICE DATED: 04/11/2023 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):  25-11062

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4234 | State what the contract or lease is for and the nature of the debtor's interest | 1 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/08/2021 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4235 | State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 12/19/2024 | XEROX COMÉRCIO E INDÚSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4236 | State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 12/19/2024 | XEROX COMÉRCIO E INDÚSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4237 | State what the contract or lease is for and the nature of the debtor's interest | 3 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 12/19/2024 | XEROX COMÉRCIO E INDÚSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4238 | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/11/2023 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4239 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 01 TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 11/26/2020 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4240 | State what the contract or lease is for and the nature of the debtor's interest | 1 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 04/08/2021 | XEROX COMÉRCIO E INDÚSTRIA LTDA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

Case number (if known): 25-11062

Name

████  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4241 | State what the contract or lease is for and the nature of the debtor's interest | 1 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT DATED: 04/08/2021 | XEROX COMÉRCIO E INDÚSTRIA LTDA RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4242 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4243 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT INCLUSION LETTER DATED: 06/06/2012 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4244 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4245 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4246 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMÉRCIO E INDÚSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4247 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO  ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda
Case number (if known): 25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4248 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT INCLUSION LETTER DATED: 04/12/2013 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4249 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 01/01/2016 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4250 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 03/01/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4251 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4252 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4253 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4254 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.4255** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE AGREEMENT DATED: 01/01/2016 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD,  IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4256** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 - SERVICE DATED: 03/23/2015 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4257** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT INCLUSION LETTER DATED: 04/12/2013 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, IN THE MUNICIPALITY OF ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4258** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2011 | XEROX COMERCIO E INDUSTRIA LTDA. AV. PAULISTA, 1776 - 4TH AND 5TH FLOOR AND BASEMENT - CEP 01310-921 -  BELA VISTA - SAO PAULO - SP. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4259** | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT INCLUSION LETTER DATED: 06/06/2012 | XEROX COMERCIO E INDUSTRIA LTDA. RODOVIA PRESIDENTE DUTRA KM316 - LADO ODD, ITATIAIA, STATE OF RIO DE JANEIRO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4260** | State what the contract or lease is for and the nature of the debtor's interest | 2 AMENDMENT TO THE EQUIPMENT RENTAL AGREEMENT ADDED TO THE PROVISION OF SERVICES DATED: 04/11/2023 | XEROX COMÉRCIO E INDÚSTRIA LTDA. |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4261** | State what the contract or lease is for and the nature of the debtor's interest | FOURTH AMENDMENT TO THE LEASE AGREEMENT OF PROPERTY FOR NON-RESIDENTIAL PURPOSES DATED: 03/28/2024 | XP INVESTIMENTOS CORRETORA DE CÂMBIO, TÍTULOS E VALORES MOBILIÁRIOS S.A. RIO DE JANEIRO, STATE OF RIO DE JANEIRO, AT AVENIDA ATAULFO DE PAIVA, N.º 135, 5TH AND 8TH FLOORS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4262 | State what the contract or lease is for and the nature of the debtor's interest | ENGINEERS EXCHANGE AGREEMENT DATED: 07/15/2020 | YUTAKA GIKEN CO., LTD. 508-1 YUTAKA-CHO HAMAMATSU-SHI, SHIZUOKA-KEN, 431-3194 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4263 | State what the contract or lease is for and the nature of the debtor's interest | TECHNOLOGY SUPPLY AGREEMENT DATED: 08/18/2020 | YUTAKA GIKEN CO., LTD. 508'1 YUTAKA-CHO HAMAMATSU'SHI, SHIZUOKA'KEN, 431'93194 JAPAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4264 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/11/2011 | ZETA2 ORGANIZACAO DE EVENTOS LTDA STATE OF SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4265 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES DATED: 04/27/2009 | ZETA2 ORGANIZACAO DE EVENTOS LTDA STATE OF SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4266 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/11/2011 | ZETA2 ORGANIZACAO DE EVENTOS LTDA SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4267 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/27/2009 | ZETA2 ORGANIZACAO DE EVENTOS LTDA CAPITAL OF THE STATE OF SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4268 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, DATED: 04/11/2011 | ZETA2 ORGANIZACAO DE EVENTOS LTDA CAPITAL OF THE STATE OF SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda    Case number (if known):    25-11062

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4269 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/11/2011 | ZETA2 ORGANIZACAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4270 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE CUSTODY OF MOVABLE PROPERTY, AND PROVISION OF ASSEMBLY, DISASSEMBLY, AND LOGISTICS SERVICES DATED: 04/27/2009 | ZETA2 ORGANIZAÇÃO DE EVENTOS LTDA RUA SEBASTIÃO DE ANDRADE BONANI, 172, SÃO PAULO – SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4271 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/27/2009 | ZETA2 ORGANIZACAO DE EVENTOS LTDA, SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4272 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES DATED: 04/27/2009 | ZETA2 ORGANIZAÇÃO DE EVENTOS LTDA. RUA SEBASTIÃO DE ANDRADE BONANI, Nº 172, SÃO PAULO - SP, CEP 04671-300 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4273 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, FREE CUSTODY, AND PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES – | ZETA2 ORGANIZAÇÃO DE EVENTOS LTDA. RUA SEBASTIÃO DE ANDRADE BONANI, 172, SÃO PAULO – SP CNPJ: 05.974.804/0001-05 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4274 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES_____ _____ BOOTH_____ PROMOTIONAL. | ZETA2 ORGANIZAQAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4275 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE DATED: 04/27/2009 | ZETA2 ORGANIZAQAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172, SAO PAULO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (if known): | 25-11062 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4276 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES OF A PROMOTIONAL STAND AND OTHER COVENANTS DATED: 04/11/2011 | ZETA2 ORGANIZAQAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.4277 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES OF A PROMOTIONAL STAND AND OTHER COVENANTS DATED: 04/11/2011 | ZETA2 ORGANIZAQAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.4278 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY AND THE PROVISION OF ASSEMBLY, DISASSEMBLY AND LOGISTICS SERVICES_____ _____ BOOTH_____ PROMOTIONAL. | ZETA2 ORGANIZAQAO DE EVENTOS LTDA RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.4279 | State what the contract or lease is for and the nature of the debtor's interest | PRIVATE INSTRUMENT OF PURCHASE AND SALE, VOLUNTARY AND FREE DEPOSIT OF MOVABLE PROPERTY DATED: 04/11/2011 | ZETA2 ORGANIZAQAO DE EVENTOS LTDA SAO PAULO, AT RUA SEBASTIAO DE ANDRADE BONANI, N.° 172 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

United States Bankruptcy Court for the:     District of Delaware

Case number (If known):     25-11062

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (If known): | 25-11062 |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known): | 25-11062 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (If known) | 25-11062 |
|--------|------|--|--|--|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|--|--|--|--|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known): | 25-11062 |
|---|---|---|---|
| Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.31 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | Case number (If known): | 25-11062 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.39 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.40 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.41 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.42 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.43 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.44 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.45 | Marelli Sosnowiec Poland Sp. z. o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | | Case number (If known): | 25-11062 |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.51 | | | | ☐ D ☐ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11062

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
　　　　　　　MM / DD / YYYY

X /s/ Alanna Abrahamson
Signature of individual signing on behalf of debtor

Alanna Abrahamson
Printed name

Executive Vice President, Chief Financial Officer
Position or relationship to debtor