## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### GLOBAL NOTES AND STATEMENTS OF
### LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
### REGARDING THE DEBTORS' SCHEDULES OF ASSETS
### AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Marelli Automotive Lighting USA LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"),[2] are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[3]

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2]    A detailed description of the Debtors and their business, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the Declaration of *David Slump, Chief Executive Officer, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 20] (the "First Day Declaration"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

[3]    These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with the international financial reporting standards ("IFRS") issued by the International Accounting Standards Board. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis. The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 11, and is presented on a preliminary and unaudited basis. As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with IFRS, generally accepted accounting principles utilized in the United States of America ("GAAP"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards. Upon the application of such standards, the financial information could be subject to changes, which could be material. These Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS or GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices but which has not been adjusted, audited, or reconciled as information presented in the Debtors' consolidated financial statements is adjusted, audited, or reconciled. The Schedules and Statements generally reflect operations and financial information of the Debtors in a form not maintained by the Debtors in the ordinary course of their business and are not intended to reconcile to the consolidated financial statements prepared by the Debtors. Accordingly, the amounts set forth in the Schedules and Statements may materially differ from the Debtors' historical consolidated financial statements. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Alanna Abrahamson, Chief Financial Officer of parent Debtor Marelli Holdings Co., Ltd. ("Marelli Holdings") and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Abrahamson has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, Ms. Abrahamson has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend, modify, or supplement the Schedules and Statements from time to time as may be necessary or appropriate; provided that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, or supplement the information provided herein or to notify any third party should the information be amended, modified, or supplemented in any way, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## **Global Notes and Overview of Methodology**

4.   **Description of the Debtors' Chapter 11 Cases**. The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on June 11, 2025 (the "Petition Date"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 12, 2025, the Bankruptcy Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 102]. On June 25, 2025, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 184]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of May 31, 2025, the date of the Debtors' fiscal-month-end closure to their balance sheet, and the liability data of the Debtors is as

of the close of business on the Petition Date.  No trustee or examiner has been appointed in these chapter 11 cases.

5.  **Global Notes Control**.  In the event that any portion of the Schedules or Statements differs from any portion of the Global Notes, the Global Notes shall control.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

6.  **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend, modify, or supplement the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except as required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a.  **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   b.  **Claims Listing and Descriptions**.  The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.  Any failure to designate a claim set forth on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

   c.  **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' businesses, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as

necessary or appropriate, including, without limitation, whether contracts or leases included in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

d.    **Classifications**.  The (i) listing of a claim on Schedule D as "secured," (ii) listing of a claim on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.    **Estimates and Assumptions**.  To prepare these Schedules and Statements and report information on a legal entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities and the amount of contingent assets and contingent liabilities as of the Petition Date.  The reported amounts of revenues are as of the latest available prepetition month-end close, which is May 31, 2025.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.    **Causes of Action**.  Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims

5

pursuant to sections 362 or chapter 5 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.    **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property described as owned by one Debtor may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

h.    **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider" within the meaning of such term in the Bankruptcy Code.  As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.  The Debtors have also considered the requirements of IFRS and other reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The inclusion or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes and is not intended to be nor should be construed as an admission that those parties are insiders within the meaning of section 101(31) of the Bankruptcy Code.  Information regarding the individuals or entities included as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that they are not an insider under applicable law, including the Bankruptcy Code and other governing laws, or with respect to any theories of liability or (ii) any other purpose.

6

Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date (if at all), but the Debtors have included them herein out of an abundance of caution.  The Debtors reserve all rights with respect thereto.

7.   **Methodology**.

a.   **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under IFRS.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with IFRS nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.  Accordingly, the Debtors reserve all rights to amend, modify, and/or supplement the Schedules and Statements in these regards, and in any case, the actual terms governing ownership of assets, obligations under liabilities, and amounts of cash disbursements govern the assets, liabilities, disbursements, and other transactions included in the Schedules and Statements.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

b.   **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records (i) for asset data as of May 31, 2025, which follows the Debtors' last available fiscal month preceding the commencement of

these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and (ii) for liability data as of close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.     **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.  The Debtors are authorized or required to redact certain information from the public record pursuant to orders of the Bankruptcy Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.[4]

d.     **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 15] (the "<u>Cash Management Motion</u>"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "<u>Cash Management System</u>").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.   The Cash Management System is supported by approximately 500 bank accounts, all of which are owned and controlled by the Debtors.

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "<u>Intercompany Transactions</u>") in the ordinary course of business, which resulted in intercompany receivables and payables (the "<u>Intercompany Claims</u>").  The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Third Interim Order*

---

[4]     *See, e.g.*, *Final Order (I) Authorizing the Debtors to (A) Redact Certain Confidential Information of Customers, (B) Redact Certain Personally Identifiable Information of Individuals, and (C) Serve Certain Parties in Interest by Email, (II) Approving the Form and Manner of Service of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 279].

*(I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 332] (the "<u>Cash Management Order</u>"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein. Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account. The Debtors take no position in the Schedules and Statements as to whether such account would be allowed as a claim or as an interest or not allowed at all. The Debtors reserve all rights with respect to such accounts.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.    **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, unless otherwise indicated, net book values as of May 31, 2025 are presented for all assets. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. Amounts ultimately

realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, modify, or supplement the asset values set forth in the Schedules and Statements. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are set forth with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date or any time prior to the Petition Date.

g.    **Language Translation**. The Debtors conduct business in multiple languages, including languages that do not use Roman characters. Solely for the purpose of preparing the Schedules and Statements, and in an effort to promote English-language legibility of certain disclosures, the Debtors have translated (or Romanized, as the case may be) certain parties' names, certain terms, conditions, and descriptions of documents or transactions, and certain other terms. Such translations are provided for illustrative purposes only and inadvertently may contain errors or omissions. In other cases, the Debtors have presented certain parties' names or addresses, certain terms, conditions, and descriptions of documents or transactions, and certain other terms in their original language. In any case, the original-language names, terms, and conditions of any transaction described in the Schedules and Statements govern such transaction in all respects.

h.    **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In any case, the original currency of any transaction described in the Schedules and Statements shall control.

i.    **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing the Debtors to, among other things, pay certain prepetition: (i) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (ii) taxes and assessments; (iii) customer program obligations; (iv) service fees and charges assessed by the Debtors' banks; (v) insurance obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding prepetition liabilities may have been reduced by certain Court-approved postpetition payments made on prepetition

liabilities.  Where and to the extent these liabilities have been satisfied in full, they are not included in the Schedules and Statements, unless otherwise indicated.  The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

j.  **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts set forth in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval.  To the extent the Debtors pay any of the claims set forth in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend, modify, and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

k.  **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

l.  **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent there was an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

m.  **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories,

property, and equipment, and the Debtors reserve all of their rights with respect to such liens (if any).

n.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records in the Schedules and Statements.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for IFRS reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial or de minimis assets and liabilities may also have been excluded.

o.  **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

p.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

q.  **Guarantees and Other Secondary Liability Claims**.  The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements.  Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors.  The Debtors have reflected the obligations under the

Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted. The Debtors reserve the right but are not required, to amend, modify, or supplement the Schedules and Statements if additional Guarantees are identified.

r.    **Executory Contract Counterparties**. Although the Debtors made diligent efforts to attribute each executory contract or unexpired lease to the Debtor or Debtors that are the legal counterparty or counterparties to such contract or lease, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend Schedule G.

s.    **Umbrella or Master Agreements**. Contracts and leases included in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, the Debtors have made commercially reasonable efforts to include such agreements in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with the listed Debtor on account of such agreements, and the Debtors reserve the right to amend, modify, or supplement the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

Underlying contract or lease schedules, award letters, purchase orders, individual leases, and other ancillary agreements may not be individually listed. The general terms and conditions, master service agreements, or other documents under which such agreements may have been entered into by the Debtors and counterparties may have been included in Schedule G, but such inclusion does not reflect any admission or decision by the Debtors as to whether or not such agreements are executory in nature.

t.    **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

u.    **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

v.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable. The Debtors reserve all of their rights with regard to such

credits, allowances, or other adjustments, including but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such other allowances in the ordinary course of business on a postpetition basis.

w.    **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

<u>**Specific Schedules Disclosures**</u>

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules.  Those Schedule-specific notes are incorporated herein by reference.  Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of May 31, 2025.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

**Part 1 –**  <u>**Cash and Cash Equivalents**</u>

**Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances at net book value as of the Petition Date. Further details with respect to the Debtors' cash management system and bank accounts are also provided in the Cash Management Motion and Cash Management Order.

**Part 2 –**  <u>**Deposits and Prepayments**</u>

a.    **Schedule A/B 7 – Deposits**.  The Debtors maintain certain deposits in the ordinary course of business.  These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close.  The Debtors have made commercially reasonable efforts to report the current value of any deposits.  The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.  The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if deposits are incorrectly identified.  Certain prepaid assets are not included in Part 2 in accordance with the Debtors' accounting policies.  The amounts set forth in Part 2 do not necessarily reflect values that the Debtors would be able to collect or realize.

b.    **Schedule A/B 8 – Prepayments**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business.  The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date.  The

Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding. The Debtors reserve the right, but are not required, to amend, modify, or supplement the Schedules and Statements if prepayments are incorrectly identified.

**Part 3 – <u>Accounts Receivable</u>**

**Schedule A/B 11 – Accounts Receivable**. The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 – <u>Investments</u>**

**Schedule A/B 15 – Investments**. Schedule A/B 15 includes the Debtors' wholly-owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 5 – <u>Inventory, Excluding Agricultural Assets</u>**

a.  **Schedule A/B 19 – Raw Materials; Schedule A/B 21 – Finished Goods, Including Goods Held for Resale**. Amounts are valued as of May 31, 2025, and include goods in the Debtors' possession, goods in transit and not yet received in the Debtors' facilities, and capitalized freight. Amounts are shown net of reserves and other adjustments.

b.  **Schedule A/B 25 – Goods Purchased Within 20 Days Prior to Filing Date**. The value of any goods purchased within 20 days prior to the Petition Date has been set forth at undetermined amounts because the Debtors' accounting systems, policies, and practices do not maintain records of such amounts, and deriving any such value would be unduly burdensome, costly, and inefficient.

**Part 7 – <u>Office Furniture, Fixtures, and Equipment; and Collectibles</u>**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment."

**Part 8 – Machinery, Equipment, and Vehicles**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment, plant and machinery, industrial equipment, and tangible assets in progress. All of these items are included in Schedule A/B 50 as "other equipment." Dollar amounts are presented net of accumulated depreciation and other adjustments. Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 – Real Property**

Because of the large number of the Debtors' executory contracts and unexpired leases, as well as the size of such documents, and in the interest of avoiding voluminous duplication, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have included a description of each such agreement on Schedule G.

**Part 10 – Intangibles and Intellectual Property**

Part 10 of Schedule A/B identifies the various copyrights, industrial designs, patents, trademarks, internet domain names, websites, customer lists, and goodwill owned and maintained by the Debtors. The Schedules may not set forth the value of such intangible assets as no recent appraisals have been performed. Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included. Various intellectual property licenses granted to the Debtors by customers in connection with the Debtors' production operations are not included. The license agreements or other agreements for such licenses are included in Schedule G.

**Part 11 – All Other Assets**

a.   **Schedule A/B 72 – Tax Refunds and Unused Net Operating Losses (NOLs)**. The Debtors estimate that, as of December 31, 2024, certain Debtors had approximately $26.97 million of U.S. federal net operating losses, approximately $15.3 million of business interest expense carryforwards under section 163(j) of the United States Internal Revenue Code, and approximately $26 million of U.S. federal research and development credit carryforwards. The Debtors more fully describe their U.S. tax attributes in the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief* [Docket No. 6]. In addition, certain of the Debtors have tax attributes in non-U.S. jurisdictions. The actual value of such tax attributes remains uncertain, including because such value may be affected by these chapter 11 cases and the Debtors' proposed restructuring. Accordingly, the Debtors have set forth the value of non-U.S. tax attributes as undetermined.

b.   **Schedule A/B 73 – Interests in Insurance Policies or Annuities**. The Debtors maintain various insurance policies administered by multiple third-party insurance

carriers and various surety bonds provided by multiple third-party sureties.  The Insurance Policies provide coverage for losses related to, among other things, property and casualty, environmental liability, marine cargo and inland shipping, directors' and officers' liability, cybersecurity and data loss, crime, employment practices liability, kidnapping and ransom liability, accident liability, employer's liability, product liability, product recall, fidelity, auto liability, and general liability (including tail coverage).  The Debtors more fully describe such policies in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Maintain, Renew, or Supplement the Surety Bonds, and (D) Pay Brokerage Fees and (II) Granting Related Relief* [Docket No. 11] (the "Insurance Motion").  Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

c.    **Schedule A/B 75 – Other Contingent and Unliquidated Claims**.  The Debtors have attempted to list known contingent and unliquidated claims and causes of action as of the Petition Date.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be included in Schedule A/B 75.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtors are continuing to review potential causes of action, and, accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  The Debtors reserve all rights with respect to any claims, causes of action, or avoidance actions they may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

**Specific Notes Regarding Schedule D**

A detailed description of the Debtors' capital structure and secured debt obligations is set forth in the First Day Declaration.

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor included in Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

Although there are multiple parties that hold portions of the debt included in the Debtors' prepetition funded debt obligations, only the administrative agents have been included for purposes of Schedule D.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2025. The Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain the right to dispute any purported obligation.

Schedule D does not include beneficiaries of letters of credit. Although the claims of certain parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, not to the beneficiaries thereof. The Debtors have not included any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

## Specific Notes Regarding Schedule E/F

a. **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 321] (the "Wages Order"), the Debtors received authority to pay

certain prepetition obligations, including, without limitation, obligations related to employee wages and other benefits, in the ordinary course of business. Accordingly, the Debtors have not included on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have been granted authority to pay that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during these chapter 11 cases.

b.    **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

Trade payables scheduled on Schedule E/F, Part 2 include the prepetition liability information reasonably available to the Debtors as of the Petition Date. Certain claims set forth in Schedule E/F, Part 2 may include prepetition balances that were paid subsequent to the Petition Date under authority granted by certain First Day Orders. In addition, certain claims set forth in Schedule E/F, Part 2 may exclude trade payables for goods shipped prepetition and not yet invoiced or goods shipped prepetition for which an invoice has not yet been processed and/or validated by the Debtors, including where there may be discrepancies between or among a shipment and the purportedly corresponding invoice or purchase order. In instances where the Debtors have been unable to validate or process any invoice for a vendor, such vendor may have been included with a contingent and unliquidated claim in an undetermined amount.

Customer claims scheduled on Schedule E/F, Part 2 include, among other things, claims arising from prepayments for the Debtors' products, prepayments for dedicated capital expenditures, and other commitments made by the Debtors. Certain claims set forth in Schedule E/F, Part 2 may include prepetition amounts

that the Debtors have satisfied or are in the process of satisfying in the ordinary course of business under authority granted by the Bankruptcy Code and certain First Day Orders (e.g., capital expenditures funded by customers prepetition) and may have been designated contingent. Customer claims scheduled on Schedules E/F, Part 2 do not include all of the Debtors' commitments or obligations to customers and may exclude, among other things, contingent warranty obligations, certain non-conformance claims, and price indexing. The Debtors more fully describe certain of their customer obligations in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Existing Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 14].

As noted above, certain accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities have been excluded.

## Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. Schedule G may be amended, modified, or supplemented at any time to add any omitted Agreements.

The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend, modify, or supplement Schedule G as necessary.

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G. Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not independently set forth on Schedule G. Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements,

award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G.  Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease.  Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

Certain of the agreements set forth in Schedule G may have been entered into by or on behalf of more than one of the Debtors.  Additionally, the specific Debtor party or parties to certain of the agreements could not be specifically ascertained in every circumstance.  In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to include the agreement, but any such agreements may have been included instead on a different Debtor's Schedule G.  In instances where the Debtor party to a contract or lease could not be determined, the contract or lease is included on the Schedules of Marelli Holdings.

In some cases, the same party appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.  In other cases, a party may be listed only once even though such party may be a counterparty to multiple distinct agreements with one or more Debtors.  In any case, Schedule G shall be deemed to include every distinct agreement between any party and one or more Debtors.

In some cases, the Debtors may have inadvertently named the incorrect Debtor party.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## Specific Notes Regarding Schedule H

**Co-Debtors.**  In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth

on Schedule H.  However, some such claims may be included elsewhere in the Schedules and Statements.

## Specific Notes Regarding Statements

a.   **Question 1 – Gross Revenue from Business; Question 2 – Non-Business Revenue**.  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationships with such vendors.  Consistent with IFRS, the Debtors have historically accounted for such payments not as revenue but as a reduction to the Debtors' costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue in Statements Question 1 or Statements Question 2.

The values reflected in Statements Question 1 and Statements Question 2 reflect revenue through May 31, 2025, and are presented on an accrual basis, not a cash basis.

Non-business revenue in Statements Question 2 includes such items as interest income.

b.   **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

The payments disclosed in Statements Question 3 are based on payments made by the Debtors with payment dates from March 12, 2024, through June 10, 2025.  Prepetition amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

The response to Statements Question 3 excludes regular salary payments and intercompany disbursements or transfers for this period, which are set forth, to the extent required, on Statement 4.  The response to Statements Question 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services to the Debtors, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are included in the Debtors' response to Statements Question 11.

c.   **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For

the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included in the Debtors' response to Statements Question 4.

As described more fully in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue the Compensation and Benefits Programs and (II) Granting Related Relief* [Docket No. 12] (the "Wages Motion"), the Debtors historically have offered (and continue to offer in the ordinary course of business) certain benefits, including health and welfare benefits, to their employees, including the insiders in the Debtors' response to Statements Question 4. Certain of these benefits are funded through a combination of employer contributions and deductions from employees' ordinary salary or wages. The Debtors do not track employer contributions to health and welfare benefit programs on a per-employee basis, and so such contributions have not been included in Statements Question 4. In addition, any deductions from an employee's salary are not indicated in the Debtors' response to Statements Question 4, and the amounts of such deductions have been included in such employee's salary, to avoid duplication.

Due to administrative and tax considerations, among other things, certain insiders of parent Debtor Marelli Holdings are paid by Debtors in such insiders' home jurisdictions, which Debtors have the capabilities and systems necessary to comply with regulations and requirements in such insiders' home jurisdictions (e.g., remitting payroll tax deductions in the U.S.). Any payment made by a subsidiary Debtor results in an intercompany charge and a liability to such Debtor owed by Marelli Holdings. Insider transfers are included in the response to Statements Question 4 of Marelli Holdings.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature. Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources. Net quarterly intercompany positions are included in the response to Statements Question 4 of Marelli Holdings. In addition, intercompany receivables and payables are included, respectively, on each Debtors' schedules of assets and liabilities.

d.   **Question 9 – Gifts or Charitable Contributions**. For the avoidance of doubt, Statements Question 9 excludes de minimis charitable contributions, including donations as may have been made at the local operational level.

e.     **Question 10 – Certain Losses**.  The Debtors have made commercially reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is included in the Statements and Schedules of Marelli Holdings.  Given the scale of the Debtors' operational footprint, certain losses cannot be tracked by the Debtors with complete accuracy.  Accordingly, such losses are accounted for elsewhere on the Debtors' Schedules based on general ledger accounts that capture such losses.

f.     **Question 11 – Payments Related to Bankruptcy**.  All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are included in the response to Statements Question 11 of Marelli Holdings even where, for administrative convenience, certain payments were made by subsidiary Debtors.  Any such payment made by a subsidiary Debtor may result in an intercompany charge and a liability to such Debtor owed by Marelli Holdings.  All payments were made for the benefit of all Debtors.

Due to the nature of certain professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult.  Accordingly, the Debtors' response to Statements Question 11 may include some payments related to non-bankruptcy-related services.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

The Debtors' response to Statements Question 11 includes payments made to professionals retained by the Debtors but not payments made to advisors of any of their prepetition secured lenders or other parties.

g.     **Question 16 – Personally Identifiable Information**.  The Debtors collect a limited amount of information from individuals in the ordinary course of business.  A full list of information collected and the applicable privacy policies are available on the Debtors' website at https://marelli.com/en/policy/privacy-policy.html.

h.     **Question 20 – Off-Premises Storage**.  The Debtors' response to Statements Question 20 does not include owned in-transit goods.  The collection of this specific information would be a time-consuming exercise, as the in-transit goods may be handled by different shipping vendors at any given point in time.  Further, such in-transit goods are accounted for on the Debtors' Schedule of Assets in Schedule A/B Part 5 (inventory, excluding agriculture assets).  The Debtors' response to Statements Question 20 likewise does not include cloud-based storage of electronic information.

i.     **Question 25 – Other Businesses in which the Debtor Has or Has Had an Interest**.  The Debtors' response to Statements Question 25 includes legal entities

(including operating businesses) in which the Debtors currently have or historically have had an interest.

j.      **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.    The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26.

k.      **Question 27 – Inventories of the Debtors' Property**.  The Debtors perform full, "wall-to-wall" physical inventories on an annual basis.  In addition, the Debtors perform targeted cycle counts on a periodic basis throughout the year at frequencies determined in accordance with the Debtors' policies.  The Debtors' response to Statements Question 27 sets forth information regarding the Debtors' most recent wall-to-wall inventories, conducted in December 2024.

l.      **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Refer to the Methodology section regarding all payments to insiders.

m.      **Question 31 – Consolidated Tax Groups.**  The Debtors conduct business in multiple countries.  Certain Debtors have been members of consolidated group for tax purposes with other Debtors in the same country.  The Debtors' response to Statements Question 31 sets forth information regarding these tax groups, including the parent Debtor entity in each applicable country and such Debtor's tax identification number, even where such identification number is not a U.S. federal Employer Identification Number (EIN).

n.      **Question 32 – Pension Fund Contributions.**  Certain Debtors have made (and continue to make) contributions to pension funds outside the United States.  Applicable laws, regulations, and practices governing pension contributions vary significantly in different countries.  Accordingly, "pension funds" within the meaning under U.S. law may differ, may not exist in the same form, or may not exist at all in certain countries.  In some countries, contributions are made not to private pension plans but to national public welfare funds.  Out of an abundance of caution and in the interest of full disclosure, the Debtors' response to Statements Question 32 includes certain such contributions even where they may not strictly align with the definition of contribution to "pension funds" under applicable U.S. law.

**Fill in this information to identify the case:**

Debtor name _____Marelli Sosnowiec Poland Sp. z. o.o._____

United States Bankruptcy Court for the: _____District of Delaware_____

Case number (If known): _____25-11075_____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

      Copy line 88 from *Schedule A/B* ...................................................................................

      $ _____35,203,191.69*_

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* ...............................................................................

      $ _____188,394,894.22*_

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* .................................................................................

      $ _____223,598,085.91*_

---

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $ _____Undetermined_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................

      $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .....................................................

      **+** $ _____135,647,783.54*_

4. **Total liabilities** ..................................................................................................................

   Lines 2 + 3a + 3b

   $ _____135,647,783.54*_

---

*Plus Undetermined Amounts

---

**Fill in this information to identify the case:**

Debtor name   Marelli Sosnowiec Poland Sp. z. o.o.

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  25-11075

☐ Check if this is an
amended filing

---

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐   No. Go to Part 2.
   ☑   Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | | $ 399,712.74 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1 None | | | $ 0.00 |
| 4.2 | | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 399,712.74

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐   No. Go to Part 3.
   ☑   Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1 GUARANTEE DEPOSITS | $ 2,718,233.42 |
| 7.2 | $ |

Debtor   Marelli Sosnowiec Poland Sp Z o o          Case number (if known) 25-11075
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 ADVANCES TO SUPPLIERS FOR GOODS AND SERVICES _____  $ _____ 55,810.53

   8.2 COMMERCIAL AND OTHER PREPAID EXPENSES _____  $ _____ 656,235.96

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $ _____ 3,430,279.91

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 11. **Accounts receivable** |  |  |
| 11a. 90 days old or less: 21,516,069.33 — 0.00 = ..... → | | $ 21,516,069.33 |
| face amount / doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: 4,642,662.88 — 547,204.44 = ..... → | | $ 4,095,458.44 |
| face amount / doubtful or uncollectible accounts | | |

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ _____ 25,611,527.77

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 _____ | _____ | $ _____ |
| 14.2 _____ | _____ | $ _____ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1 _____ ____% | _____ | $ _____ |
| 15.2 _____ ____% | _____ | $ _____ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1 _____ | _____ | $ _____ |
| 16.2 _____ | _____ | $ _____ |

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.   $ _____ 0.00

---

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| RAW MATERIALS | UNDETERMINED<br>MM / DD / YYYY | $ 17,526,817.92 | NET BOOK VALUE | $ 17,526,817.92 |
| 20. **Work in progress** | | | | |
| WORK IN PROGRESS | UNDETERMINED<br>MM / DD / YYYY | $ 7,149,312.34 | NET BOOK VALUE | $ 7,149,312.34 |
| 21. **Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | UNDETERMINED<br>MM / DD / YYYY | $ 2,341,586.26 | NET BOOK VALUE | $ 2,341,586.26 |
| 22. **Other inventory or supplies** | | | | |
| TOOLING OR SUPPLIES | UNDETERMINED<br>MM / DD / YYYY | $ 15,486,971.05 | NET BOOK VALUE | $ 15,486,971.05 |

23. **Total of Part 5.**

   Add lines 19 through 22. Copy the total to line 84.

   $ 42,504,687.57

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes. Book value $ ___Undetermined___ Valuation method ___N/A___      Current value $ ___Undetermined___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops-either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

| Debtor | Marelli Sosnowiec Poland sp z.o.o. | | Case number (if known) 25-11075 |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (If known) 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 LEASED VEHICLES | $ 301,883.55 | NET BOOK VALUE | $ 301,883.55 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $ 95,979,505.73* | | $ 95,979,505.73* |
| **51. Total of Part 8.** | | | $ 96,281,389.28* |
| Add lines 47 through 50. Copy the total to line 87. | | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

*Plus Undetermined Amounts

Debtor  Marelli Sosnowiec Poland Sp. z o.o.                                    Case number (if known) 25-11075
        Name

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.
☑  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $  35,203,191.69* | | $  35,203,191.69* |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $  35,203,191.69*

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐  No
☑  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No
☐  Yes

## Part 10:  Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.
☑  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>None | $ | | $  0.00 |
| 61.  **Internet domain names and websites**<br>None | $ | | $  0.00 |
| 62.  **Licenses, franchises, and royalties**<br>None | $ | | $  0.00 |
| 63.  **Customer lists, mailing lists, or other compilations**<br>CUSTOMER LISTS | $  Undetermined | N/A | $  Undetermined |
| 64.  **Other intangibles, or intellectual property**<br>None | $ | | $  0.00 |
| 65.  **Goodwill**<br>None | $ | | $  0.00 |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $  Undetermined

*Plus Undetermined Amounts

Debtor    Marelli Sosnowiec Poland Sp z o.o.                                          Case number (if known) 25-11075
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | | | | | | **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

None _____     _____ — _____ = → $ _____ 0.00
                                    Total Face Amount    Doubtful or uncollectible Amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____     Tax Year _____     $ _____ 0.00

_____     Tax Year _____     $ _____

_____     Tax Year _____     $ _____

73. **Interests in insurance policies or annuities**

See Attached Rider _____                                $  Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____                                              $ _____ 0.00

**Nature of Claim** _____

**Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See Attached Rider _____                                $  Undetermined

**Nature of Claim** _____

**Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

None _____                                              $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider                                                                $  20,167,296.95

                                                                                  $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                               $  20,167,296.95*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**\*Plus Undetermined Amounts**

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                Case number (If known)   25-11075
         Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 399,712.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,430,279.91 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 25,611,527.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 42,504,687.57 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 96,281,389.28* | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................. → | | $35,203,191.69* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 20,167,296.95* | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 188,394,894.22* | + 91b. $35,203,191.69* |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................................   $   223,598,085.91*

*Plus Undetermined Amounts

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                                          Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3004 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3012 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3039 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3040 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3228 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3236 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **3244 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7009 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7033 | $398,712.74 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7035 | $0.00 |
| CITIBANK | CASH POOLING - OPERATING ACCOUNT | **7036 | $0.00 |
| CITIBANK | CASH POOLING - TAX ACCOUNT | **9016 | $0.00 |
| CITIBANK | OPERATING ACCOUNT | **7500 | $0.00 |
| CITIZENS BANK | OPERATING ACCOUNT | **1333 | $1,000.00 |
| | | **TOTAL** | **$399,712.74** |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                              Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| OWNED ASSETS | $183,326.24 | NET BOOK VALUE | $183,326.24 |
| OWNED INDUSTRIAL EQUIPMENT | $7,014,118.01 | NET BOOK VALUE | $7,014,118.01 |
| OWNED PLANT AND MACHINERY | $60,744,041.98 | NET BOOK VALUE | $60,744,041.98 |
| TANGIBLE ASSETS IN PROGRESS | $28,038,019.50 | NET BOOK VALUE | $28,038,019.50 |
| EMPLOYEE COMPANY CAR LEASE: 022403_151062311 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151228111 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151400011 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151502111 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151580011 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151580211 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151580411 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151580511 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151582011 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151589111 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151596511 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151596811 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151632611 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151633411 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151638711 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151639011 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151639411 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151639511 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151639611 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 022403_151641311 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151654911 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151663511 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151713111 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151767111 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151781911 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151904211 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151972111 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151997911 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_151998411 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152021611 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152056711 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152056811 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152087711 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152087911 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152088111 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152163611 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152269411 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152328811 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152509711 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152534911 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152738911 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_152944311 | Undetermined | NET BOOK VALUE | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| EMPLOYEE COMPANY CAR LEASE: 022403_153191011 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_153220711 | Undetermined | NET BOOK VALUE | Undetermined |
| EMPLOYEE COMPANY CAR LEASE: 022403_153265811 | Undetermined | NET BOOK VALUE | Undetermined |
| FORK LIFT LEASE AGREEMENT - JUNGHEINRICH POLSKA SP. Z O.O. - FDL_4610018 | Undetermined | NET BOOK VALUE | Undetermined |
| | | **TOTAL** | **$95,979,505.73** <br> + Undetermined Amounts |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| VARIOUS | OWNED INDUSTRIAL BUILDINGS | $34,493,178.64 | NET BOOK VALUE | $34,493,178.64 |
| VARIOUS | OWNED LAND | $710,013.05 | NET BOOK VALUE | $710,013.05 |
| SEIFERT MYSŁOWICE WAREHOUSE , UL. KOSZTOWSKA 21, MYSŁOWICE, 41-409, POLAND | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SKODA KVASINY WAREHOUSE, LIPOVKA 130, RYCHNOV NAD KNĚŽNOU, KVASINY, 516 01, CZECHIA | 3RD PARTY REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SOSNOWIEC PLANT, UL. MIKOŁAJCZYKA 80, SOSNOWIEC, 41-208, POLAND | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| SOSNOWIEC PLANT, UL.GENERAŁA MARIUSZA ZARUSKIEGO 11, SOSNOWIEC , 41-200, POLAND | OWNED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| KATOWICE OES PLANT, KRAKOWSKA 175, KATOWICE, 40-391, POLAND | RENTED/LEASED REAL PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | TOTAL | $35,203,191.69<br>+ Undetermined Amounts |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                        Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000140 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000146 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000134 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000137 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000131 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000135 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000132 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000141 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000144 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000130 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000136 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000025 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000143 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000142 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.139.000028 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.128.131.000458 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000138 | Undetermined |
| HDI SEGUROS | AUTO LIABILITY | 01.122.131.000139 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011822.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013935.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013933.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011823.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013943.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013934.28 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011828.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013941.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.21.0011824.28 | Undetermined |
| CHUBB SEGUROS | OCEAN & INLAND LIABILITY | 17.22.0013936.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044168.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044164.28 | Undetermined |
| CHUBB SEGUROS | GENERAL LIABILITY | 17.51.0044165.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004508.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004510.28 | Undetermined |
| CHUBB SEGUROS | ENVIRONMENTAL IMPAIRMENT LIABILITY | 17.13.0004509.28 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | | Undetermined |
| COFACE | TRADE CREDIT LIABILITY | 062004057 | Undetermined |
| ALLIANZ | D&O | 5177202453100000194 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | PROPERTY LIABILITY | 612587 | Undetermined |
| HDI SEGUROS | PROPERTY LIABILITY | 1.180.109.630 | Undetermined |
| ESSOR | PROPERTY LIABILITY | 1007100470827 | Undetermined |
| FAIRFAX | PROPERTY LIABILITY | 1007100007739 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131562 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131565 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131564 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131566 | Undetermined |
| HUATAI | OCEAN & INLAND LIABILITY | | Undetermined |
| PINGAN | D&O | 10526003902632752453 | Undetermined |
| HUATAI | GENERAL LIABILITY | 0625CB128824001487 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                             Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| HUATAI | ENVIRONMENTAL IMPAIRMENT LIABILITY | 0625CB121024000104 | Undetermined |
| PINGAN | GENERAL LIABILITY | 10234013902567561548 | Undetermined |
| PINGAN | GENERAL LIABILITY | '10234016600806004162 | Undetermined |
| PINGAN | ACCIDENT LIABILITY | '10234013902915396689 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | GENERAL LIABILITY | CZCANA32545-124 | Undetermined |
| CHUBB EUROPEAN GROUP SE, | ENVIRONMENTAL IMPAIRMENT LIABILITY | CZENVA32584-124 | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57124 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 9600131563 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104210220250002G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104310020250006J | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104320020250003W | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101044440020250003G | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500067 | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 2101043100202500068 | Undetermined |
| PINGAN SHANGHAI | PROPERTY LIABILITY | | Undetermined |
| CHUBB EUROPEAN GROUP | ENVIRONMENTAL IMPAIRMENT LIABILITY | FRENVA57126 | Undetermined |
| CHUBB EUROPEAN GROUP | GENERAL LIABILITY | FRCANA60863 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39480 | Undetermined |
| CHUBB | GENERAL LIABILITY | DECANA39488 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-04.275.701-0 | Undetermined |
| DIALOG | ACCIDENT LIABILITY | 2-GK-11.907.281-9 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | DEENVA40003 | Undetermined |
| HDI | GENERAL LIABILITY | 70808301-04032 | Undetermined |
| MS&AD | AUTO LIABILITY | 1427Y-0.029.827 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | DEF008988240/1 | Undetermined |
| ASSICURAZIONI GENERALI S.P.A. | AUTO LIABILITY | | Undetermined |
| SOM PO INSUR ANCE CHINA CO., LTD. | PROPERTY LIABILITY | 210104440020250003M | Undetermined |
| SI INSURANCE EUROPE SA | PROPERTY LIABILITY | Y0497 | Undetermined |
| SI INSURANCE EUROPE SA | CYBER LIABILITY | FSXCE2400509 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70443612/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2124/70412142/01/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | 2121/61460907/04/000 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                          Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| BAJAJ ALLIANZ GENERAL INSURANCE COMPANY LIMITED | D&O | OG-25-1113-3315-00000182 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220383/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/302736567/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4010/360325982/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/299945634/01/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352220736/00/000 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4092/300106655/01/000 | Undetermined |
| TATA AIG GENERAL INSURANCE COMPANY LIMITED | AUTO LIABILITY | 6202960862 | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | GENERAL LIABILITY | 4066/A/352222200/00/000 | Undetermined |
| GO DIGIT GENERAL INSURANCE LIMITED | AUTO LIABILITY | | Undetermined |
| GENERALI ITALIA S.P.A. | AUTO LIABILITY | 28303885 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25047 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25056 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | ITENVC25057 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24352 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24356 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24357 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC24358 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | ITCANC31235 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | OCEAN & INLAND LIABILITY | 2002/383653966/00/000 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | OCEAN & INLAND LIABILITY | ITCGIC21830 | Undetermined |
| UNIVERSAL SOMPO GENERAL INSURANCE COMPANY LIMITED | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125618 | Undetermined |
| AIG | CRIME LIABILITY | 25J7044524 | Undetermined |
| CHUBB | CRIME LIABILITY | 931FG 767471-4 | Undetermined |
| CHUBB | GENERAL LIABILITY | 934CGL700482-2 | Undetermined |
| ALLIANZ | GENERAL LIABILITY | JPL0004171241 | Undetermined |
| SOMPO | GENERAL LIABILITY | R005795666 | Undetermined |
| AIG | GENERAL LIABILITY | 24J7109691 | Undetermined |
| HDI | GENERAL LIABILITY | 01291352-14000-110 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 931LG706752-4 | Undetermined |
| ALLIANZ | D&O | JPF0002470241 | Undetermined |
| SOMPO | D&O | R005790503 | Undetermined |
| STARR | D&O | R24D10000212 | Undetermined |
| SWISSRE | D&O | P64367.01-03 | Undetermined |
| CHUBB | D&O | 931DO741671-5 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126700-GFG-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | 2292125619 | Undetermined |
| CHUBB | CRIME LIABILITY | HQ-G0126699-GMY-R002 | Undetermined |
| CHUBB | GENERAL LIABILITY | HQ-W0946969-WEL-R002 | Undetermined |
| SOMPO | D&O | R005790633 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | M0775 | Undetermined |
| CHUBB | GENERAL LIABILITY | 2CN-883227/24 | Undetermined |
| ALLIANZ | D&O | 24LMT0000175-00 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                   Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 2CR-883229/24 | Undetermined |
| SOMPO | CYBER LIABILITY | R006078338 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | 2MC-800132/24 | Undetermined |
| BERJAYA SOMPO | PROPERTY LIABILITY | 2024-HG-F0518948-FIA | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR-R002 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147232024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147422024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147252024 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147272024 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66291 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65890 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65891 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65892 | Undetermined |
| CHUBB | GENERAL LIABILITY | 65987 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66290 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66554 | Undetermined |
| CHUBB | GENERAL LIABILITY | 66292 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147282024 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIANZ | D&O | RCIP 00001252 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908076 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908146 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908144 | Undetermined |
| HESTIA | AUTO LIABILITY | 430-002908145 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14939124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14938124 | Undetermined |
| CHUBB | GENERAL LIABILITY | PLCANA14940125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14841124 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | PLENVA14842125 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001000 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001004 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | 4439001001 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001005 | Undetermined |
| CHUBB | GENERAL LIABILITY | 4439001003 | Undetermined |
| ACE | GENERAL LIABILITY | 50GD241717 | Undetermined |
| ACE | ENVIRONMENTAL IMPAIRMENT LIABILITY | 89GD240017 | Undetermined |
| SOMPO | PROPERTY LIABILITY | CP147292024 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240267 | Undetermined |
| CHUBB | GENERAL LIABILITY | ESCAN240269 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | ESENV240525 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                   Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | OCEAN & INLAND LIABILITY | HH2025/26 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| ACE | BUSINESS TRAVEL INSURANCE | OTAM001068 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | | Undetermined |
| CHUBB | BUSINESS TRAVEL INSURANCE | APAGRM0096 | Undetermined |
| SAMSUNG FIRE & MARINE INSURANCE CO.,LTD, | PROPERTY LIABILITY | 82504785137000 | Undetermined |
| SOMPO | PROPERTY LIABILITY | LPR301432606 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040273 PL-31512 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040272 PL-31511 | Undetermined |
| CHUBB | GENERAL LIABILITY | CPL0040271 PL-31510 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31540 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | CPL0040394 PL-31539 | Undetermined |
| ALLIANZ | D&O | 24-001-4204-MP-013354 | Undetermined |
| SOMPO | PROPERTY LIABILITY | HQ-SPO-0000036-00000-2024-07 | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| SOMPO | PROPERTY LIABILITY | | Undetermined |
| CHUBB | GENERAL LIABILITY | TRCANA44423 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946051 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946078 | Undetermined |
| SOMPO | CRIME LIABILITY | 200200032946093 | Undetermined |
| SOMPO | ENVIRONMENTAL IMPAIRMENT LIABILITY | 200200032961495 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| VHV | ENVIRONMENTAL IMPAIRMENT LIABILITY | 7643500 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | CS/29221076 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NV/29219032 | Undetermined |
| ALLIANZ INSURANCE PLC | CONSTRUCTION LIABILITY | NZ17349119 | Undetermined |
| CHUBB | ENVIRONMENTAL IMPAIRMENT LIABILITY | TRENVA44450 | Undetermined |
| ALLIANZ | D&O | 1131000883539 | Undetermined |
| CHUBB | OCEAN & INLAND LIABILITY | TRCGNA43693 | Undetermined |
| ZURICH INSURANCE COMPANY LTD | PENSION TRUSTEE LIABILITY | GM060311 | Undetermined |
| CHUBB EUROPEAN GROUP SE | GENERAL LIABILITY | UKCAND25902 | Undetermined |
| PROTECTOR FORSIKRING ASA | GENERAL LIABILITY | 2537566 | Undetermined |
| PROTECTOR INSURANCE UK | AUTO LIABILITY | 3226507 | Undetermined |
| FARMINGTON CASUALTY COMPANY (TRAVELERS) | GENERAL LIABILITY | UB-5P191960-24-51-K | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | GENERAL LIABILITY | AAL30021132902 | Undetermined |
| CHUBB EUROPEAN GROUP SE | ENVIRONMENTAL IMPAIRMENT LIABILITY | UKENVD26571 | Undetermined |
| ALLIANZ GLOBAL CORPORATE & SPECIALTY SE | D&O | GBF013413210 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | CRL G46665168 | Undetermined |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (CHUBB) | GENERAL LIABILITY | XOO G4666520A | Undetermined |
| SOMPO | PROPERTY LIABILITY | 112/ 200200033481886 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910387 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910385 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | OCEAN & INLAND LIABILITY | 7910389 | Undetermined |
| ILLINOIS UNION INSURANCE COMPANY (CHUBB) | ENVIRONMENTAL IMPAIRMENT LIABILITY | PPL G46665685 005 | Undetermined |
| SI INSURANCE (EUROPE) | CYBER LIABILITY | | Undetermined |
| SI INSURANCE (EUROPE) | PROPERTY LIABILITY | LPR300943701 | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| FEDERAL INSURANCE COMPANY | GENERAL LIABILITY | J06549949 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | GENERAL LIABILITY | 01-375-62-80 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | MPL 4218665 - 03 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | CRIME LIABILITY | 01-277-27-46 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | CRIME LIABILITY | USF00953125 | Undetermined |
| STARR INDEMNITY & LIABILITY COMPANY | CRIME LIABILITY | 1000623339251 | Undetermined |
| SYNDICATE 2623/623 AT LLOYD'S (BEAZLEY) | CRIME LIABILITY | W34C70250301 | Undetermined |
| NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA | D&O | 077665535 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00961624 | Undetermined |
| MARKEL AMERICAN INSURANCE COMPANY | D&O | MKLM1MXM001321 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | CYBER LIABILITY | CNV30085836100 | Undetermined |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY | D&O | USF00964224 | Undetermined |
| ACE AMERICAN INSURANCE COMPANY (CHUBB) | BUSINESS TRAVEL INSURANCE | ADDN18211117 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1316824 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858326 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702606 | Undetermined |
| ZURICH ASEGURADORA ARGENTINA S.A. (EX-QBE) | AUTO LIABILITY | 1317206 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | GENERAL LIABILITY | 858325 | Undetermined |
| ALLIANZ ARGENTINA COMPAÑIA DE SEGUROS SOCIEDAD ANONIMA | D&O | 240070784448 | Undetermined |
| SOMPO AMERICA INSURANCE COMPANY | PROPERTY LIABILITY | HPR40138M0 | Undetermined |
| CHUBB SEGUROS ARGENTINA SA | OCEAN & INLAND LIABILITY | 702706 | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126702-GAR | Undetermined |
| CHUBB | PROPERTY LIABILITY | HQ-G0126701-GAR | Undetermined |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                    Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                      Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of  every nature, including counterclaims of the debtor and rights to set off claims

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| LITIGATION CLAIM | APPEAL | Undetermined | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  Marelli Sosnowiec Poland Sp. z. o.o.                                                      Case Number:  25-11075

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples:* Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| ADVANCES PAID TO EMPLOYEES | $129,673.37 |
| INTERCOMPANY RECEIVABLE FROM HEFEI MARELLI EXHAUST SYSTEMS CO.LTD. | $1,328.00 |
| INTERCOMPANY RECEIVABLE FROM MAGNETI MARELLI CONJUNTOS DE ESCAPE S.A. | $30,930.00 |
| INTERCOMPANY RECEIVABLE FROM MAGNETI MARELLI SOUTH AFRICA (PROPRIETARY) LIMITED | $12,871.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET ITALY S.P.A. | $1,980,394.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AFTERMARKET POLAND SP. Z O.O. | $252,724.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING (FOSHAN) CO., LTD. | $60,802.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE LIGHTING USA LLC | $777,239.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI AUTOMOTIVE SYSTEMS UK LIMITED | $12,256.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O. | $35,309.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI HOLDINGS CO., LTD. | $890,597.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI INTERNATIONAL TRADING (SHANGHAI) CO., LTD | $47,974.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI | $38,283.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOROCCO LLC | $3,347,030.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI MOTHERSON AUTOMOTIVE LIGHTING INDIA PRIVATE LIMITED | $65,993.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA | $204,768.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI SKH EXHAUST SYSTEMS PRIVATE LIMITED | $11,310.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI STUTTGART (GERMANY) GMBH | $457,218.00 |
| INTERCOMPANY RECEIVABLE FROM MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. | $1,080,823.00 |
| INTERCOMPANY RECEIVABLE FROM MATAY OTOMOTIV YAN SANAY VE TICARET A.S. | $388.00 |
| INTERCOMPANY RECEIVABLE FROM SKH MARELLI EXHAUST SYSTEMS PRIVATE LIMITED | $94,412.00 |
| RECEIVABLES FROM SALE OF INVESTMENTS, PROPERTY, PLANT AND EQUIPMENT, OR INTANGIBLE ASSETS | $91,501.23 |
| REFUNDS DUE FROM TAX AUTHORITIES FOR INDIRECT TAXES | $10,543,473.35 |
| **TOTAL** | **$20,167,296.95** |

Fill in this information to identify the case:

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Marelli Sosnowiec Poland Sp. z. o.o. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 25-11075 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of Claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| **Creditor's name**<br>MIZUHO BANK, LTD. | **Describe debtor's property that is subject to a lien**<br>SEE NOTES ON SCHEDULE D | | |
|---|---|---|---|

$ ___Undetermined    $ ___Undetermined

**Creditor's mailing address**
1-5-5 OTEMACHI CHIYODA-KU
TOKYO, 100-8176
JAPAN

**Describe the lien**
GUARANTOR OF SENIOR FINANCING AGREEMENT

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**       UNDETERMINED

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|

$ _____    $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ _____

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (If known): | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="3"><strong>List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| MIZUHO BANK, LTD.<br>ATTN: TIMOTHY GRAULICH<br>DAVIS POLK & WARDWELL LLP<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | Line 2. ___1___ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known) | 25-11075 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ | $ |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br>**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11035 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>3D-TOOL GMBH & CO KG<br>IM STEILES 23/1<br>WEINHEIM, 69469<br>GERMANY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 69.54 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>3M POLAND SP Z O.O.<br>AL.KATOWICKA 117<br>NADARZYN, 05-830<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 137,176.31 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>4 SAFETY SP. Z O.O.<br>KONOPNICKIEJ 16A<br>RADZYMIN, 05-250<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 1,981.53 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>A.S.M. ATTILIO STRIDI<br>UL. ALTANOWA, 27<br>BIELSKO-BIALA, 43-300<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 7,340.99 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>AA HERKULES SPÃ"ÅKA Z OGRANICZONÃ„<br>UL. WOÃ°NIAKA KAROLA 18<br>KATOWICE, 40-389<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 3,491.58 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>ACCIAI SPECIALI TERNI SPA<br>VIALE B. BRIN 218<br>TERNI, 05100<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | $ 21,583.71 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**   **Nonpriority creditor's name and mailing address**

ACCIAI SPECIALI TERNI SPA
VIALE B.BRIN 218
TERNI, 05100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 48,428.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**

ACCORNERO MOLLIFICIO SPA
VIA TORINO 72/A
DRUENTO, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,648.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**

ADAC AUTOMOTIVE INC.
5920 TAHOE DRIVE SE
GRAND RAPIDS, 49546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,134.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**

ADR SERWIS SP. Z O.O.
UL. PSZCZYNSKA 306
GLIWICE, 44-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 263.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**

ADVATECH SP. Z O.O.
UL. KLECINSKA 123
WROCLAW, 54-413
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 34,673.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

AGENCJA CELNA SADI POLSKA (DOT
UL.KONWOJOWA 51
BIELSKO-BIALA, 43-346
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,505.24

---

**3.13** | **Nonpriority creditor's name and mailing address**

AGILITY LOGISTICS GMBH
HEIDENKAMPSWEG 82
HAMBURG, 20097
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 994.47

---

**3.14** | **Nonpriority creditor's name and mailing address**

AGIT SAS DI BROLO RAG LUIGI E C
VIA MONTANARI 25
MILANO, 20161
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,887.27

---

**3.15** | **Nonpriority creditor's name and mailing address**

AGORA S.A
UL.CZERSKA 8/10
WARSZAWA, 00-732
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 77.08

---

**3.16** | **Nonpriority creditor's name and mailing address**

AIKI -SCM  SRL
VIA DELL Â´OLMO 35
VARMO, 33030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,737.83

---

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.17 Nonpriority creditor's name and mailing address

AIRCLEAN SP. Z O. O.
ul. Dluga 1-3
Chorzów, 41-506
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,611.52

---

### 3.18 Nonpriority creditor's name and mailing address

AIR-COM PNEUMATYKA AUTOMATYKA S.C.
UL. WROCLAWSKA 41
DLUGOLEKA, 55-095
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85.14

---

### 3.19 Nonpriority creditor's name and mailing address

AIRPLUS INTERNATIONAL GMBH
DORNHOFSTR 10
NEU ISENBURG, 63263
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,199.11

---

### 3.20 Nonpriority creditor's name and mailing address

AKMA SPOLKA Z OGRANICZONA
UL. TOWAROWA 21
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 163.75

---

### 3.21 Nonpriority creditor's name and mailing address

ALBECO SP ZOO
UL. POLUDNIOWA 72
PLEWISKA K/POZNANIA, 62-064
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 205.14

---

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.22** | **Nonpriority creditor's name and mailing address**

ALFA POLAND SP. Z O.O.
UL.GRAZYNSKIEGO 141
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    11,458.38

---

**3.23** | **Nonpriority creditor's name and mailing address**

ALPHABET POLSKA FLEET MANAGEMENT
UL. WOА,OSKA 22 A
WARSZAWA, 002675
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    70,554.27

---

**3.24** | **Nonpriority creditor's name and mailing address**

ALTEN POLSKA SP. Z O.O.
UL. PANSKA 73
WARSZAWA, 00-834
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    14,506.42

---

**3.25** | **Nonpriority creditor's name and mailing address**

ALTIS SP. Z O.O
UL.BALTYCKA 1
BIELSKO-BIALA, 43-309
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,073.60

---

**3.26** | **Nonpriority creditor's name and mailing address**

ALTUGLAS S.R.L.
63, VIA PREGNANA
RHO, 20017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    494,751.11

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

ALW INDUSTRY S.R.O.
PANELARNT 594/6
OLOMOUC -REP.CHECA-,
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,868.13

---

**3.28** | **Nonpriority creditor's name and mailing address**

AMAZON BUSINESS EU S.À.R.L
38 avenue John F. Kennedy
Luxembourg,
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,762.13

---

**3.29** | **Nonpriority creditor's name and mailing address**

AMC ASSOCIATES IN MANAGEMENT AND
CHLINGEWEG 9
STEIN AM RHEIN, 8260
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,084.86

---

**3.30** | **Nonpriority creditor's name and mailing address**

AMERIGAS POLSKA SP ZOO
UL. MODLINSKA 344
WARSZAWA, 03-152
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,571.41

---

**3.31** | **Nonpriority creditor's name and mailing address**

AMS-OSRAM AG
TOBELBADERSTRASSE 30
PREMSTÄ=TTEN 8141, AUSTRIA,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,275.20

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 159.96 |
|---|---|---|---|

ANVIS EPINAL S.A.S
ROUTE DARCHETTES
EPINAL, 88026
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 110,493.42 |
|---|---|---|---|

AON S.P.A. INSURANCE & REINSURANCE
VIA E.CALINDRI 6
MILANO, 20143
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 6,804.95 |
|---|---|---|---|

AP TELEMATICS AUTOMATYKA PRZEM
JOZEFOWSKA 2
SOSNOWIEC, 41-219
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 3,024.20 |
|---|---|---|---|

APE GROUP SP.Z.O.O.
ROAºDZIEÅ,SKIEGO 188D
KATOWICE, 40-203
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 1,021.12 |
|---|---|---|---|

APENA REMONT SP. Z O.O.
UL. PARTYZANTÃªW 61A
BIELSKO-BIAÅA, 43-300
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | | Case number (if known) | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37**

**Nonpriority creditor's name and mailing address**

ARCHIDOC S.A
UL.NIEDZWIEDZINIEC 10
CHORZOW, 41-506
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136.72

---

**3.38**

**Nonpriority creditor's name and mailing address**

ARGO HYTOS POLSKA SP.Z O.O.
UL. WLADYSLAWA GRABSKIEGO 27
ZATOR, 32-640
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,462.62

---

**3.39**

**Nonpriority creditor's name and mailing address**

ARKEMA FRANCE
420 RUE D'ESTIENNE D'ORVES
92705 COLOMBES CEDEX,
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.21

---

**3.40**

**Nonpriority creditor's name and mailing address**

ARROW CENTRAL EUROPE GMBH
FRANKFURTER STRASSE 211
63 263 NEU ISENBURG DE,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,268.50

---

**3.41**

**Nonpriority creditor's name and mailing address**

AS LÜBNITZ GROUP GMBH
Schultheiß-Seeber-Str. 6
Bad Friedrichshall, 74177
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,015.97

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

ASLAM LAMEC  SRL
STRADA BARBANIA 130
ROCCA CANAVESE (TO), 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    39,083.67

---

**3.43** | **Nonpriority creditor's name and mailing address**

AUDI AG
ETTINGER STRASSE, TOR 10
INGOLSTADT, 85045
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,246.66

---

**3.44** | **Nonpriority creditor's name and mailing address**

AUDI BRUSSELS SA NV
BD DE LA 2EME ARMEE BRITANNIQUE
BRUSSEL, 1190
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    59,339.63

---

**3.45** | **Nonpriority creditor's name and mailing address**

AUDI HUNGARIA MOTOR KFT.
KARDAN U.1
GYOR, 9027
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    99.21

---

**3.46** | **Nonpriority creditor's name and mailing address**

AURES SP. Z O.O.
UL.MIKOLAJCZYKA 50
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    118,499.14

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number *(if known)* | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,561.33 |
|---|---|---|---|

AUTOMATIK
UL.PLONOW 17
SOSNOWIEC, 41-200
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,539.98 |
|---|---|---|---|

AUTOMOBILE DACIA SA
STR. UZINEI 1
MIOVENI ARGES, 115400
ROMANIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,773.71 |
|---|---|---|---|

AVIENT COLORANTS POLAND SP. Z O.O.
UL. LANGIEWICZA 50
KONSTANTYNOW LODZKI, 95-050
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 533.33 |
|---|---|---|---|

AVON ENGINEERED RUBBER LTD
MAERDY FERNDALE NORTON CANES
MID GLAMORGAN, CF434FP
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,059.06 |
|---|---|---|---|

B K KUNSTSTOFFWERKE GMBH CO KG
SCHWARZER WEG 44
BONN, 53227
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** | **Nonpriority creditor's name and mailing address**

BAIER & MICHELS S.R.L.
EUGENIO MONTALE, 6
SELVAZZANO DENTRO, 35030
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,444.65

---

**3.53** | **Nonpriority creditor's name and mailing address**

BALLUFF SP Z O.O.
UL GRANICZNA 21A
WROCLAW, 54-516
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,810.94

---

**3.54** | **Nonpriority creditor's name and mailing address**

BASF CATALYSTS GERMANY GMBH
SELLGMANNALLEE 1
HANNOVER, 30173
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 417,499.57

---

**3.55** | **Nonpriority creditor's name and mailing address**

BASF CATALYSTS POLSKA SP. Z O.O.
INNOWACJI 1
AŚWIĄ™TE, 55-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,063,466.77

---

**3.56** | **Nonpriority creditor's name and mailing address**

BASF POLSKA SP Z O O
ALEJE JEROZOLIMSKIE 142B
WARSZAWA, 02-305
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 215,637.27

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 880.29 |
|---|---|---|---|

BAUMANN GMBH
FRIEDRICH-LIST-STR. 131
LICHTENSTEIN, 72805
GERMANY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,477.16 |
|---|---|---|---|

BBP KUNSTSTOFFWERK MARBACH BAIER GM
ERDMANNHAUSER STR. 59
MARBACH, 71672
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 125.95 |
|---|---|---|---|

BECCARIA SRL
STRADA BRANDIZZO 432/434
VOLPIANO, 10088
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,120.54 |
|---|---|---|---|

BEN SP. Z O.O.
UL. RUNOWA 21
TYCHY, 43-100
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,630.39 |
|---|---|---|---|

BEWE TOOLS POLSKA SP.Z O.O
UL. NOWOPOGOŃSKA 1
SOSNOWIEC, 41-205
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|--------|-------------------------------------|------------------------|----------|
|        | Name                                |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,647.22 |
|---|---|---|---|---|

BIANCHIN E POLI SRL
VIA VITTORIO VENETO 71
ANGIARI, 37050
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 56.49 |
|---|---|---|---|---|

BIELSIN SPOLDZIELNIA
UL.STRAZACKA 35
BIELSKO-BIALA, 43-382
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,540.94 |
|---|---|---|---|---|

BIESTERFELD POLSKA SP ZOO
UL. KLONOWA 4
WARSZAWA, 00-591
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 499,478.79 |
|---|---|---|---|---|

BILPLAST S.A.
UL. OBYWATELSKA 117
LODZ, 94-104
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 6,129,893.13 |
|---|---|---|---|---|

BITRON POLAND SP. Z O.O.
JEDNOSCI 46
SOSNOWIEC, 41-218
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 1,574.49 |
|---|---|---|---|

BMB SPA
VIA ENRICO ROSELLI, 12
BRESCIA, 25125
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 3,509.38 |
|---|---|---|---|

BMW AG
PETUELRING 130
MUNCHEN, 80788
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 320,398.31 |
|---|---|---|---|

BOELLHOFF VERBINUNGSTECHNIK GM
ARCHIMEDESSTR 1 4
BIELEFELD, 33849
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 85,127.57 |
|---|---|---|---|

BÖHM PLAST-TECHNIK, A.S.
Březová 2054
CESKA TREBOVA, 560 02
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 225.29 |
|---|---|---|---|

BOLLHOFF UNIFAST SRL
STR.CAFFADIO 12
SETTIMO TORINESE (TO), 10036
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

BOSAL INDUSTRIAL ZARAGOZA, SA
PIRINEOS 3
PEDROLA, 50690
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 174.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**

BOSCH ROBERT GMBH
POSFACH 410960
KARLSRUHE, 76225
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 187.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

BOSMAL OSR.BAD.ROZW.
UL.SARNI SKOK 93
BIELSKO BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,482.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**

BOUDIN S.A.S
ZI - ROUTE DE MALAY
SENS CEDEX, 89102
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,377.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

BP EUROPA SE ODDZIAL W POLSCE
UL. JASNOGORSKA 1
KRAKOW, 31-358
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 749.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 25-11034-CTG    Doc 656    Filed 08/11/25    Page 72 of 259

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | BPP PROFESSIONAL EDUCATION SP. Z O.<br>UL. CHMIELNA 132/134<br>WARSZAWA, 00-805<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | $ 580.98 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | BRENNTAG POLSKA SP.ZO.O.<br>UL. J. BEMA 21<br>KEDZIERZYN-KOZLE, 47-224<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | $ 2,883.22 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | BS MODELSHOP GMBH<br>GUTHEIL SCHODER GASSE 8<br>WIEN, 1100<br>AUSTRIA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | $ 1,032.65 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | BT&A PODATKI SP. Z O.O.<br>UL. PIÄ…TKOWSKA 122/6<br>POZNAÅ„, 60-649<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | $ 7,447.11 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|
| | BUDCHEM ADAM SZLACHCIC SP Z OO<br>UL OBRZEZNA POLNOCNA 19<br>MYSLOWICE, 41-400<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  TRADE PAYABLE | $ 4,640.84 |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ | 1,432.06 |
|---|---|---|---|---|

BUECHNER KUNSTSTOFFPRODUKTE GMBH
HOHLEBORNER STR. 1
FLOH-SELIGENTHAL, 98593
GERMANY

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ | 24,046.17 |
|---|---|---|---|---|

BUECHNER KUNSTSTOFFPRODUKTE GMBH
HOHLEBORNER STR. 1
FLOH-SELIGENTHAL, 98593
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ | 7,970.26 |
|---|---|---|---|---|

C.F. ITALIA SRL
C.SO NOVARA 11
VENARIA REALE, 10078
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ | 99,104.24 |
|---|---|---|---|---|

C.P. SERVICE SAS
VIA NUOVA DELLE BRECCE 214
NAPOLI, 80147
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ | 378.80 |
|---|---|---|---|---|

CAFE+CO DELIKOMAT SP. Z O.O.
ALEJA GEN. ANDERSA 588
BIELSKO-BIALA, 43-300
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

CASAGRANDE SRL
VIA SERENISSIMA 18
SANTA LUCIA DI PIAVE TRESVISO, 31025
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,239.00

**3.88** **Nonpriority creditor's name and mailing address**

CATERING SLASK SPOLKA CYWILNA
UL. ARMII KRAJOWEJ 86A
JASTRZĘBIE ZDRÓJ, 44-335
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 257.48

**3.89** **Nonpriority creditor's name and mailing address**

CBG AUTOMATION S.R.O.
Zeleznicniho vojska 1367
Valasske Mezirici, 757 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 155,989.87

**3.90** **Nonpriority creditor's name and mailing address**

CELANESE SALES GERMANY GMBH
VIA CALDERA 21
MILANO, 20153
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,166.18

**3.91** **Nonpriority creditor's name and mailing address**

CEMM THOME SK S.R.O.
BUDOVATELSKA 38
PRESOV, 080 01
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74,558.51

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** | **Nonpriority creditor's name and mailing address**

CENTROTECNICA SRL
VIA FEDERICO CONFALONIERI 23
MASATE, 20060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 90,713.68

---

**3.93** | **Nonpriority creditor's name and mailing address**

CENTRUM BADAN I DOZORU GORNICTWA
UL. LEDZINSKA 8
LEDZINY, 43-143
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,968.83

---

**3.94** | **Nonpriority creditor's name and mailing address**

CEVA GROUND LOGISTICS POLAND SP. Z
POLECZKI 33 STREET,
WARSAW, 02-822
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 357,389.55

---

**3.95** | **Nonpriority creditor's name and mailing address**

CEVA LOGISTICS POLAND SP.ZOO
UL. DWORKOWA 4
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 74,372.77

---

**3.96** | **Nonpriority creditor's name and mailing address**

CEZ POLSKA SP. Z O.O.
AL. JEROZOLIMSKIE  63
WARSZAWA, 00-697
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,911.39

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.97** | **Nonpriority creditor's name and mailing address**

CFIK KLIMA MALKIEWICZ I WSPOLNICY S
UL. PILSUDSKIEGO 74
DABROWA GORNICZA, 41-303
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 263.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

CHAPMAN FREEBORN AIRCHARTERING
UL. SALSY 2
WARSZAWA, 02-823
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 10,650.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**

CHINA AUTOMOTIVE TECHNOLOGY
NO. 68 XIANFENG EAST ROAD, DONGLI D
TIANJING,
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 2,667.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**

CHUBB EUROPEAN GROUP SE SPÓŁKA
Królewska 16
Warszawa, 00-103
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 16,990.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**

CIGNA HEALTH & LIFE INSURANCE COMPA
13680 COLLECTIONS CENTER DRIVE CHIC
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,812.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|--------|-------------------------------------|------------------------|----------|
|        | Name                                |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

CIGNA LIFE INSURANCE COMPANY OF EUR
AVENUE DE CORTEN, 52
BRUSELAS, 1000
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 14,443.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**

CLAMASON SLOVAKIA, SRO
RASTISLAVOVA 12
NITRA, 949 01
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 777.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

CLAMP S.R.L.
VIA DELLÂ€™ARTIGIANATO, 1
CERRO AL LAMBRO, 20070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,226.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** **Nonpriority creditor's name and mailing address**

CLAR SERWIS SP. Z O.O.
UL. JANICKIEGO 20B
POZNAN, 60-542
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 849.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** **Nonpriority creditor's name and mailing address**

CLAR SYSTEM S.A.
UL. JANICKIEGO 20B
POZNAN, 60-542
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 66,494.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** Nonpriority creditor's name and mailing address

CLASS PLASTICS S.L.
Calle Can Fenosa n°1
Martorelles, 08107
SPAIN

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 14,794.90

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

COACHHUB GMBH
Alexanderstr. 36
Berlin, 10179
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 29,223.13

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

COCKPIT AUTOMOTIVE SYSTEMS RENNES S
233 FAURECIA GBS,ZONA INDUSTRIAL DO
ESPARGO, SANTA MARIA DA FEIRA,PORTU, 45201
FRANCE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 32.70

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

COKO- WERK POLSKA SP. Z O.O.
ul. Lodowa 93D
Łódź, 93-232
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 10,465.74

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

COKO-WERK GMBH & CO. KG
PORSCHESTRASSE 5
BAD SALZUFLEN, 32107
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

$ 3,033.15

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | | Case number *(if known)* | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

COLOREX SYSTEM SP Z O.O.
UL.LUCZANOWICKA 30
KRAKOW, 31-766
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 47,876.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**

COMPASS GROUP POLAND SP. Z O.O.
UL. JANA OLBRACHTA 94
WARSZAWA, 01-102
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,803.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

COMPUTER SERVICE SUPPORT
MIESZKA I 46
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 312.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**

COMTEC 3D SP.Z O.O.
UL.KONDRATOWICZA 4/73
WARSZAWA, 03-242
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,350.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**

CONTAINEX CONTAINER
IZ NO-SUD STRASSE 14, POSTFACH 36
WIENER NEUDORF, 2355
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,017.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

COSMA GROUP S.R.L.
VIA LUIGI GALVANI 15
PORCIA, 33080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,295.63

---

**3.118** **Nonpriority creditor's name and mailing address**

COSTRUZIONI MECCANICHE FIN SRL
VIALE DELLA REPUBBLICA, 46
GASMBASSI TERME, 50050
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,055.72

---

**3.119** **Nonpriority creditor's name and mailing address**

COVESTRO DEUTSCHLAND AG
KAISER-WILHELM-ALLEE 60
LEVERKUSEN (GERMANY), 51-373
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 173,360.16

---

**3.120** **Nonpriority creditor's name and mailing address**

CREATIVE RUBBER PRODUCTS SDN.
MAKMUR 1511 & 1512, KAWASAN INDUSTR
LUNAS, KEDAH DARUL AMAN, 09600
MALAYSIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,304.09

---

**3.121** **Nonpriority creditor's name and mailing address**

CROMAPLAST S.P.A.
VIA GASDOTTO 37
VALDAGNO, 36078
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 477.52

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

CT-CARD SP ZOO
UL. FARYSA 15B
WARSZAWA, 01-971
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,022.41

---

**3.123** **Nonpriority creditor's name and mailing address**

CTP TAU POLAND SP. Z O.O
RONDO ONZ 1
WARSZAWA, 00-124
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 392,671.69

---

**3.124** **Nonpriority creditor's name and mailing address**

CULLIGAN POLSKA SP. Z O.O.
UL. DZIAŁKOWA 56 A,
WARSZAWA, 02-234
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,572.23

---

**3.125** **Nonpriority creditor's name and mailing address**

CWT POLSKA SP. Z O.O.
UL. POSTEPU 18 A
WARSZAWA, 02-676
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,780.38

---

**3.126** **Nonpriority creditor's name and mailing address**

DALIAN RUITAI LONG PROPERTY MANAGEMENT CO., LTD
AD, DAL 301-1, 3RD FLOOR, NO. 1, TA
DALIAN, 116000
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,282.02

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127** | **Nonpriority creditor's name and mailing address**

DAMATIC S.C.
UL. KOSCIUSZKI 49
TURZA SLASKA, 44-351
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,250.75

---

**3.128** | **Nonpriority creditor's name and mailing address**

DATA ELEKTRONIK GMBH
EDISON STRASSE 10
MANNHEIM, 68309
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 965.40

---

**3.129** | **Nonpriority creditor's name and mailing address**

DATAMATIC CNC ENGINEERING CO., LTD.
U. 1,11/F., HOPEFUL FACTORY CENTRE
FOTAN, SHATIN, NT HONG KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,058.10

---

**3.130** | **Nonpriority creditor's name and mailing address**

DA-TOR S.P.A.
VIA PROVINCIALE 2
VERDERIO, 23879
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,605.58

---

**3.131** | **Nonpriority creditor's name and mailing address**

DATRIN INDUSTRY CO. LTD.
UNIT B 9/F., FUNG YIP IND, BLDG
KOWLOON, HON KONG,
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72,958.03

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address**<br><br>DBI PLASTICS SP.Z O.O.<br>TOWAROWA 30<br>SWIDNICA, 58-100<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 206.25 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address**<br><br>DBW METALLVERARBEITUNG<br>AM GEWERBEPARK<br>UECKERMŒNDE, 17373<br>GERMANY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 2,500.49 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address**<br><br>DEK - ALL MEBLE BIUROWE<br>UL. 1 MAJA 28<br>KATOWICE, 40-228<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 271.09 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address**<br><br>DELOITTE GLOBAL TAX CENTER<br>GATEWAY BUILDING, LUCHTHAVEN NAT. 1<br>ZAVENTEM, B1930,<br>BELGIUM | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 6,455.49 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address**<br><br>DELOITTE TOHMATSU TAX CO.<br>Marunouchi Nijyubashi Building, 3-2<br>Tokyo, 1008362<br>JAPAN | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 322.88 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

DELOITTE TOUCHE
ALEJA JANA PAWLA II 19
WARSZAWA, 00-854
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,826.40

---

**3.138** | **Nonpriority creditor's name and mailing address**

DENTEC SP. Z O.O. SP. K.
À»YRARDOWSKA 1E
GRODZISK MAZOWIECKI, 05-825
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11.15

---

**3.139** | **Nonpriority creditor's name and mailing address**

DESPOL TECHNIKI MONTAZOWE SP. ZOO
UL. PODGORSKA 3
WARSZAWA, 02-921
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 180,975.86

---

**3.140** | **Nonpriority creditor's name and mailing address**

DHL EXPRESS/POLAND /SP Z O.O.
UL. WIRAÅ»OWA 37
WARSZAWA, 02-158
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,584.15

---

**3.141** | **Nonpriority creditor's name and mailing address**

DHL GLOBAL FORWARDING SP. ZOO
UL. KRAKOWIAKÃ³V 44
WARSZAWA, 02-255
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,394.52

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.142** **Nonpriority creditor's name and mailing address**

DHM SERWIS
MAĀ,OBĀ...DZKA 9 23
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,235.93

---

**3.143** **Nonpriority creditor's name and mailing address**

DLG PLAST OTOMOTIV PLASTIK IMA LAT
KAYAPA MAH. KAYAPA YOLU CD.
NILUEFER / BURSA,
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               11,012.93

---

**3.144** **Nonpriority creditor's name and mailing address**

DNV GL BUSINESS ASSURANCE ITALIA
VIA ENERGY PARK 14
VIMERCATE, 20871
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               14,869.47

---

**3.145** **Nonpriority creditor's name and mailing address**

DOCTER OPTICS SE
MITTELWEG 29
NEUSTADT AN DER ORLA, 07806
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               81,157.24

---

**3.146** **Nonpriority creditor's name and mailing address**

DONATI S.R.L.   A SOCIO UNICO
VIA PROVINCIALE FRANCESCA NORD 50
VICOPISANO, 56010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               54,827.49

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

DOSKAM SP Z OO
UL.WINCENTEGO POLA 16
GLIWICE, 44-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12.05

---

**3.148** **Nonpriority creditor's name and mailing address**

DRAWIN VERTRIEBS GMBH
RUDOLF DIESEL STRASSE 15
OTTOBRUNN / RIEMERLING, 85521
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.59

---

**3.149** **Nonpriority creditor's name and mailing address**

DREWNEX PPHU S.C.
UL.KONSTYTUCJI 43
DABROWA GORNICZA, 42-520
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 119.62

---

**3.150** **Nonpriority creditor's name and mailing address**

DRP GROUP PRZEMYSLAW MISKIEWICZ I
CHEMICZNA 6
DABROWA GORNICZA, 42-520
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,361.02

---

**3.151** **Nonpriority creditor's name and mailing address**

DRUKARNIA  BWG S.C. GEBSKI
KOSCIUSZKI 46
BEDZIN, 42-500
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,006.01

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** **Nonpriority creditor's name and mailing address**

DRUKARNIA W W BEATA WLOSZCZOWSKA,
UL. KLIMONTOWSKA 72
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,232.36

---

**3.153** **Nonpriority creditor's name and mailing address**

DS SMITH POLSKA SP Z OO
UL.KOMITETU OBRONY ROBOTNIKĀ"W 45D
WARSZAWA, 02-146
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,219.62

---

**3.154** **Nonpriority creditor's name and mailing address**

DS SMITH POLSKA SP. Z O.O.
UL. 17 STYCZNIA 45 D
WARSZAWA, 02-146
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,449.33

---

**3.155** **Nonpriority creditor's name and mailing address**

DSV ROAD GMBH
GRUENER DEICH 1
HAMBURG, 20097
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 376.17

---

**3.156** **Nonpriority creditor's name and mailing address**

DWR-TECHNIK SP. Z O.O.
UL.STRZELCĀ"W BYTOMSKICH 390
BYTOM, 41-935
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,769.50

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

EAS POLAND SP. Z O.O.
GRZYBOWSKA 5A,
WARSAW, 00-132
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 9,445.55

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

ECOMS CONSULTING SP. ZOO
UL. KILINSKIEGO 24
WROCLAW, 50-264
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   223.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

EDO BOX SP. ZOO
UL. LIPOWA 11
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 8,992.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

EHLEBRACHT BERLIN GMBH + CO. KG
MOTZENER STR. 14 A
BERLIN, 12277
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                   585.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

EHS GROUP LESZEK RYBAK
UL.WARSZAWSKA 40/2A
KATOWICE, 40-008
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                 2,239.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.162** | **Nonpriority creditor's name and mailing address**

EJOT POLSKA SP. Z O.O. SP.K
UL. JEZOWSKA 9
CIASNA, 42-793
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    77,481.38

---

**3.163** | **Nonpriority creditor's name and mailing address**

ELECTRICAL COMPONENTS INTERNATIONAL
UL. MIEDZYRZECKA 222
BIELSKO-BIALA, 43-382
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,792.51

---

**3.164** | **Nonpriority creditor's name and mailing address**

ELIS TEXTILE SERVICE SP ZOO
UL. DUNSKA 1
ZUKOWO, 83-330
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    424.32

---

**3.165** | **Nonpriority creditor's name and mailing address**

ELVAC A.S.
HASIÄSKÄj 930/53
OSTRAVA, 700 30
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,284,659.56

---

**3.166** | **Nonpriority creditor's name and mailing address**

EMC-FORTO SP. Z O.O.
UL. BERDYCZOWSKA 11
SIEDLCE, 08-110
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    18,146.90

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

EMTOR SP. Z O.O.
WLOCLAWSKA 147-157
TORUN, 87-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 666.36

---

**3.168** **Nonpriority creditor's name and mailing address**

EMT-SYSTEMS
UL. KONARSKIEGO 18C
GLIWICE, 44-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 230.58

---

**3.169** **Nonpriority creditor's name and mailing address**

ENDURANCE S.P.A.
VIA REGIONE POZZO, 26
CHIVASSO, 10034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,805.31

---

**3.170** **Nonpriority creditor's name and mailing address**

ENEFIT SP. Z O.O
MOKOTOWSKA 1
WARSZAWA, 00-640
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,245.86

---

**3.171** **Nonpriority creditor's name and mailing address**

ENGEL POLSKA SP Z O.O.
UL. OSTRODZKA 50B
WARSZAWA, 03-289
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,210.35

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172** | **Nonpriority creditor's name and mailing address**

EN-POL PRZEDSIEBIORSTWO S.C.
UL. WARSZAWSKA 40/2A
KATOWICE, 40-008
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,564.07

---

**3.173** | **Nonpriority creditor's name and mailing address**

ENVIRO-TECH S.C.
ROZDZIENSKIEGO 11F
DABROWA GORNICZA, 41-308
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  482.58

---

**3.174** | **Nonpriority creditor's name and mailing address**

EPP SP. Z O.O.
UL. POLNA 22
LEG, JELCZ LASKOWICE, 55-220
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  8,744.70

---

**3.175** | **Nonpriority creditor's name and mailing address**

ESAB POLSKA SP. ZOO
UL. JOHNA BAILDONA 65
KATOWICE, 40-114
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  15,951.96

---

**3.176** | **Nonpriority creditor's name and mailing address**

ESSENTRA SP Z O O
Maratonska 104A
Lodz, 94-007
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  380.66

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

ETABLISSEMENTS CAILLAU
1 AVENUE GUSTAVE EIFFEL
ROMOTANTIN-LANTHENAY, 41200
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,762.27

---

**3.178** **Nonpriority creditor's name and mailing address**

ETISOFT SP. Z O.O.
SZARA 21
GLIWICE, 44-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,217.76

---

**3.179** **Nonpriority creditor's name and mailing address**

EUROFIX POLSKA SP. ZOO
UL. FABRYCZNA 41
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 614.31

---

**3.180** **Nonpriority creditor's name and mailing address**

EUROSTAMPAGGI SRL UNIPERSONALE
VIA AVIGLIANA 37
RIVALTA, 10040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,267.15

---

**3.181** **Nonpriority creditor's name and mailing address**

EXACT SYSTEMS SA
UL.FOCHA 53/5
CZESTOCHOWA, 42-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,135.20

---

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182** Nonpriority creditor's name and mailing address

EYE SERVICOS LTDA
RUA PROGRESSO, 191, SALA 102
BETIN,
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,436.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address

F.G.I. FUSTELLATURA GUARNIZIONI
Via Albenga 63
Rivoli, 10098
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,280.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184** Nonpriority creditor's name and mailing address

F.H.U TECHNIKA NARZEDZIOWA
UL.ZYWIECKA 45
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 259.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185** Nonpriority creditor's name and mailing address

FABBRO, S.R.O.
TUÁ™ANKA 1521/92B
BRNO - SLATINA, 627 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 167.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186** Nonpriority creditor's name and mailing address

FABRYKA NARZEDZI SKRAWPOL
UL. BOCIANIA 4
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 691.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.187** **Nonpriority creditor's name and mailing address**

FACTORY 4D SRL UNIPERSONALE
VIA GIACOMO 75
POTENZA PICENA, 62018
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 45,004.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

FADA QUALITY SERVICE SP. Z O.O.
UL. SZKOLNA 72
GOCZAĂKOWICE-ZDRĂ"J, 43-230
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 59.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

FADA QUALITY SERVICE SRL
VIA ROBERTO WENNER 83
SALERNO, 84131
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,743.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

FAKT CERTIFICATION SERVICES SRL
VIA LITHOS 53
REZZANO, 25086
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 419.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

FAKT SRL  SOCIO UNICO
VIA LITHOS 53
REZZATO -BS, 25086
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,333.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

FALLIMENTO G. FURLAN SRL
VIA PERRONE N.14
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 267.60

---

**3.193** **Nonpriority creditor's name and mailing address**

FAMA SRL
VIA DELLA FOSSA 6
ZOPPOLA, 33080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,320.19

---

**3.194** **Nonpriority creditor's name and mailing address**

FARO TECHNOLOGIES POLSKA SP. Z
UL GORKI  7
POZNAN, 60-204
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,201,659.23

---

**3.195** **Nonpriority creditor's name and mailing address**

FASSINO FRATELLI SRL
VIA VOLTA NR. 2
BRUINO, 10090
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,908.18

---

**3.196** **Nonpriority creditor's name and mailing address**

FAURECIA EXHAUST SYSTEMS PRODU
PRUMYSLOVA 466
PISEK, 397 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,886.09

---

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

FAURECIA EXHAUST SYSTEMS S.R.O
HORKA 34
BAKOV NAD JIZEROU, 294 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  4,941.56

---

**3.198** **Nonpriority creditor's name and mailing address**

FCA POLAND SP. Z O.O.
UL.GRAZYNSKIEGO 141
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  27,699.20

---

**3.199** **Nonpriority creditor's name and mailing address**

FCA SERVICES POLSKA SPOLKA Z
UL. WEGLOWA 72
BIELSKO BIALA, 43-346
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  7,929.17

---

**3.200** **Nonpriority creditor's name and mailing address**

FEDEX EXPRESS POLAND SP. Z O.O.
UL. ANNOPOL 19
WARSZAWA, 03-236
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  146.11

---

**3.201** **Nonpriority creditor's name and mailing address**

FERROX ELECTRIC ELEKTROAUTOMAT.
SIENNA 10
KATOWICE, 40-544
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,668.12

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,094.20 |
|---|---|---|---|

FESTO SP.Z.O.O
UL.MSZCZONOWSKA 7
RASZYN, 05-090
POLAND

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
□ Yes

**Last 4 digits of account number**

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 958.08 |
|---|---|---|---|

FIERA SRL
STRADA GORETTA 94L
CASELLE TORINESE, 10072
ITALY

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
□ Yes

**Last 4 digits of account number**

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 83,460.18 |
|---|---|---|---|

FILOSTAMP  SRL
VIA VAL DELLA TORRE 273
ALPIGNANO, 10091
ITALY

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
□ Yes

**Last 4 digits of account number**

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 514.68 |
|---|---|---|---|

FILTRAKON LESZEK SKRZYPIEC
UL. LAKOWA 11
LAZISKA GORNE, 43-173
POLAND

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
□ Yes

**Last 4 digits of account number**

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 99,556.04 |
|---|---|---|---|

FIRMA ART SP ZOO SP.K
UL.SIKORNIK 3
BIELSKO BIALA, 43-300
POLAND

□ Contingent
□ Unliquidated
□ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
□ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sosnowiec Poland Sp. Z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.207**

**Nonpriority creditor's name and mailing address**

FIRMA HANDLOWA ABM
UL.GROTA ROWECKIEGO 7
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48.75

---

**3.208**

**Nonpriority creditor's name and mailing address**

FIRMA OK MACIEJ BILNIK
UL.BR. MIEROSZEWSKICH 48
SOSNOWIEC, 41-219
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,382.66

---

**3.209**

**Nonpriority creditor's name and mailing address**

FISCHER HYDROFORMING GMBH
KEPLERSTRASE 2
MENDEN, 77855
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,341.65

---

**3.210**

**Nonpriority creditor's name and mailing address**

FITECH SP. Z O.O.
UL. KOSCIELNA 5
SUCHA BESKIDZKA, 34-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,784.22

---

**3.211**

**Nonpriority creditor's name and mailing address**

FLEXIDER POLAND SP Z.O.O
UL. STREFOWA 6
BIERUN, 43-150
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 41,308.03

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| **3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 327,947.98 |
|---|---|---|---|

FLEXTRONICS INTERNATIONAL KFT.
ZRINYI MIKLOS UT 38
ZALAGERSZEG, 8900
HUNGARY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.213** | **Nonpriority creditor's name and mailing address** | | $ 3,336.77 |
|---|---|---|---|

FOCUS SERVICE WIOLETTA KMIECIK
UL. WIEJSKA 84
SOSNOWIEC, 41-216
POLAND

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.214** | **Nonpriority creditor's name and mailing address** | | $ 1,311.53 |
|---|---|---|---|

FONDERIA BENINI DI LUIGI BENINI E C
STRADA DEI VERNE 7
ROSTA, 10090
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.215** | **Nonpriority creditor's name and mailing address** | | $ 32,916.75 |
|---|---|---|---|

FOREZ SRO
OSTROV 2
OSTROV, 561 22
CZECH REPUBLIC

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.216** | **Nonpriority creditor's name and mailing address** | | $ 1,573.16 |
|---|---|---|---|

FORTEST ITALIA SRL
VIA SIBILLA ALERAMO 7
MODENA, 41123
ITALY

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.217** | **Nonpriority creditor's name and mailing address**

FPHU DABFLEX BOGDAN DABROWSKI
UL. KUZNICY KOLLATAJOWSKIEJ 13
KRAKOW, 31-234
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                                923.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**

FRONIUS POLSKA SP. Z O.O.
UL. GUSTAWA EIFFEL'A 8
GLIWICE, 44-109
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                             19,127.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address**

FUJICHEM SONNEBORN LIMITED
9 AVENUE DU QUEBEC
VILLEBON SUR YVETTE, 91140
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                             16,234.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address**

FUJICHEM SONNEBORN LTD
91-951 PEREGRINE ROAD
HAINAULT JIFORD ESSEX, 1663
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                             16,897.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address**

FUNDACJA CALA NAPRZOD
KOSCIUSZKI 35
GLIWICE, 44-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                                  47.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 13,289.28 |
|---|---|---|---|---|

FUNDICIONES Y MATRICERIA S.L.
TENERIFE 32
HUMANES (MADRID), 28970
SPAIN

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 622.92 |
|---|---|---|---|---|

GAM CONSULTING & SERVICES SRL
Via Sant'Angelo snc
Cassino, 03043
ITALY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 14.99 |
|---|---|---|---|---|

GAM PLAST S.R.L.
VIA G.DI VITTORIO,76
RIVOLI, 10098
ITALY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 2,728.67 |
|---|---|---|---|---|

GAM-PLAST S.R.L
VIA G DI VITTORIO 76
RIVOLI - TORINO, 10098
ITALY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 527.03 |
|---|---|---|---|---|

GAZ-PIP LUKASZ PIWCZYK
UL.KS.AUGUSTYNA KORDECKIEGO 3A/7
KATOWICE, 40-061
POLAND

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** | **Nonpriority creditor's name and mailing address**

GE POWER CONTROLS SP Z O.O.
LESZCZYNSKA 6
BIELSKO BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                     6,015.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**

GERGONNE SLOVENSKO SRO
ZA MOSTOM 1010/21
LIPTOVSKY MIKULAS, 031 04
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                     2,212.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address**

GESTIN POLSKA SP Z O.O.
UL.GRAZYNSKIEGO 141
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                     1,124.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address**

GG TECH POLSKA SP. Z O.O. SP.KOMAND
POKRZYWNICA 62
PIĄTEK, 99-120
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                       772.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address**

GLOBAN FIRMA HANDLOWO USLUGOWA
MIKOLOWSKA 12/2
MYSLOWICE, 41-400
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    54,837.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | Amount of claim |
|---|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

GOTEC PLASTICS GMBH
NUERNBERGER STR. 1
BREITUNGEN, 98597
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,330.86

---

**3.233** **Nonpriority creditor's name and mailing address**

GP ELEKTRO-AUTOMATIC SP Z OO
UL.INWALIDOW WOJENNYCH 10
JAWORZNO, 43-603
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    10,919.53

---

**3.234** **Nonpriority creditor's name and mailing address**

GRUPA HANDLOWA YES JANUSZ KAMIAŹSKI
UL. MONIUSZKI 55
MYSLOWICE, 41-400
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    306.34

---

**3.235** **Nonpriority creditor's name and mailing address**

GRUPA PRACUJ SP.Z O.O.
UL. PROSTA 68
WARSZAWA, 00-838
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    720.65

---

**3.236** **Nonpriority creditor's name and mailing address**

GSA ENGINEERING SKÓRA GRZEGORZ
Słowiańska 20
Będzin, 42-500
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    16,107.37

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.237**  **Nonpriority creditor's name and mailing address**

GUANGDONG KAIDAXING PLASTIC MOLD
TIANKENG HIGH-TECH INDUSTRY PARK,
GUANGDONG, 523460
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 163,997.84

---

**3.238**  **Nonpriority creditor's name and mailing address**

GVS SPA
VIA ROMA 50
ZOLA PREDOSA, 40069
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13,169.70

---

**3.239**  **Nonpriority creditor's name and mailing address**

HANGZHOU YUSEI IMPORT AND EXPORT CO
335 HONGXING ROAD, XIAOSHAN ECONOMY
ZHEJIANG, 311231
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 183,411.19

---

**3.240**  **Nonpriority creditor's name and mailing address**

HARISPAL PRZEDSIEBIORSTWO USLUGOWE
UL. BRACI MIEROSZEWSKICH 122 B
SOSNOWIEC, 41-219
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,139.54

---

**3.241**  **Nonpriority creditor's name and mailing address**

HASELTAL WERZEUGBAU UND KUNSTS
BREITER FAHRWEG 6
SCHWEINA, 36448
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,027.87

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                1,767.93 |
|---|---|---|---|
| | HD TECH S.C. MONIKA KUCZERSKA,<br>UL. LACZNA 41<br>DABROWA GORNICZA, 41-303<br>POLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                2,966.27 |
|---|---|---|---|
| | HENKEL POLSKA SP Z OO<br>UL. DOMANIEWSKA 41<br>WARSZAWA, 02-672<br>POLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              13,997.68 |
|---|---|---|---|
| | HEWLETT PACKARD ENTERPRISE POLSKA<br>SZTURMOWA 2A<br>WARSZAWA, 02-678<br>POLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                   30.89 |
|---|---|---|---|
| | HOLOPHANE SAS<br>8 RUE EUGENE-CLARY<br>LES ANDELYS, 27700<br>FRANCE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                   77.27 |
|---|---|---|---|
| | HRS GMBH<br>SCHWANHEIMER UFER 302<br>FRANKFURT AM MAIN, 60529<br>GERMANY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.247** **Nonpriority creditor's name and mailing address**

HSL SRL A SOCIO UNICO
VIA DEI MASADORI 46 LOC.SPINI
TRENLO, 38100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,120.99

---

**3.248** **Nonpriority creditor's name and mailing address**

HUBEI ZHONGWEI SUPPLY CHAIN MANAGEM
NO. 81 JINGGUANGDA ROAD, XIAOGAN CI

CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 105.41

---

**3.249** **Nonpriority creditor's name and mailing address**

IBCS POLAND SP. Z O.O.
AL. J. PILSUDSKIEGO 46
NOWY SACZ, 33-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,427.90

---

**3.250** **Nonpriority creditor's name and mailing address**

IDI COMPOSITES INTERNAZIONAL
ZONE INDUSTRIALLE DE VINEUIL BLOIS
VINEUIL CEDEX B.P.19, 41353
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 270,650.10

---

**3.251** **Nonpriority creditor's name and mailing address**

IGLA TRADE SP. Z O.O.
UL. BOCIANA 22A LOKAL L2
KRAKOW, 31-231
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72.60

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

IGOPAK SP. Z O.O. S.K.
WITOSZOW DOLNY 136F
SWIDNICA, 58-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 26,428.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253** **Nonpriority creditor's name and mailing address**

IL.MAS, S.R.L.
VIA BASILIO DI RONCO N 4
SUTRIO UD, 33020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 16,929.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

IMPEX READY S.C.
WOLNOSCI 135A
MIERZECICE, 42-460
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 59.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**

INDUSET SP.Z O.O. SP.K.
UL. KIELECKA 3
ZAGNANSK, 26-050
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 296.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**

INDUSTRIAS SANLO SA
CALLE ARENAL 4
SAN ADRIAN (NAVARRA), 31570
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 22,877.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.257** **Nonpriority creditor's name and mailing address**

INDUSTRIE
INDUSTRIESTRASSE 3
89423 GUNDELFINGEN A.D. DONAU,
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 56,607.29

---

**3.258** **Nonpriority creditor's name and mailing address**

INDUSTRIEELEKTRIK GMBH HS
INDUSTRIESTRASSE 3
GUNDELFINGEN, 89423
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,685.36

---

**3.259** **Nonpriority creditor's name and mailing address**

INEE SP. ZOO
UL. RYBNICKA 1A
KUZNIA NIEBOROWSKA, 44-144
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,858.68

---

**3.260** **Nonpriority creditor's name and mailing address**

INEOS STYROLUTION EUROPE GMBH
ERLENSTRASSE 2
FRANKFURT AM MAIN, 60325
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 843,952.15

---

**3.261** **Nonpriority creditor's name and mailing address**

INFIND SRL
VIA E.FERMI N 21
SETTIMO DI PESCANTINA, 37026
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 304,099.93

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.262** **Nonpriority creditor's name and mailing address**

INSTALATOR PHU I.KRASNODEBSKA
UL. PASTEWNA 8
SOSNOWIEC, 41-208
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                 5,647.89

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.263** **Nonpriority creditor's name and mailing address**

INTEGRATED MICRO-ELECTRONICS
INDUSTRIAL ZONE MIKROELECTRONIKA
2140 BOTEVGRAD BG,
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$               116,042.44

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.264** **Nonpriority creditor's name and mailing address**

INTEGRATED MICRO-ELECTRONICS D.O.O.
IMI 1
NIS, 18205
SERBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$              1,612,567.29

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.265** **Nonpriority creditor's name and mailing address**

INTEGRATED MICRO-ELEKTRONICS
IND. Z. MICROELEKTRONICA PO BOX66
BOTEVGRAD, 2140
BULGARIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$               184,238.96

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.266** **Nonpriority creditor's name and mailing address**

INTER TRADE SP. Z O.O.
UL. LEGIONOW 243 A
CZECHOWICE-DZIEDZICE, 43-502
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$                    46.89

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267** | **Nonpriority creditor's name and mailing address**

INTERBOX KAJZER SPOLKA  JAWNA
UL.CHEMICZNA 12
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89,718.60

---

**3.268** | **Nonpriority creditor's name and mailing address**

INTERNETOWE CENTRUM DYSTRYBUCJI
TATRZANSKA 19
SOPOT, 81-814
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 518.77

---

**3.269** | **Nonpriority creditor's name and mailing address**

INTEROBAL K.S.
HOROMYSKICKA C. 315
DYSINA, 330 02
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 380.66

---

**3.270** | **Nonpriority creditor's name and mailing address**

INVENIO SP Z O.O.
UL. FABRYCZNA 2
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 320,335.30

---

**3.271** | **Nonpriority creditor's name and mailing address**

IPG PLASTY S.R.O.
MILOTICE  NAD BECVOU 96
MILOTICE NAD BECVOU, 753 67
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 165,579.09

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 120,437.99 |
|---|---|---|---|

ISOLIT BRAVO SRO
JABLONSKE NABREZI 305
JABLONNE NAD ORLICI, 561 64
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 309.63 |
|---|---|---|---|

ITA SPOLKA Z OGRANICZONA
UL. POZNANSKA 104
POZNAN, 60-185
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,153.94 |
|---|---|---|---|

ITURRI POLAND SP. Z O.O.
UL. JOZEFA LONDZINA 107
BIELSKO BIALA, 43-382
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 144,891.39 |
|---|---|---|---|

ITW FASTENER PRODUCTS GMBH
AM PULVERHAEUSCHEN 7
ENKENBACH-ALSENBORN, 67677
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 156.93 |
|---|---|---|---|

IVICT EUROPE GMBH
KENNEDYDAMM 19
40476 DUSSELDORF,
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** | **Nonpriority creditor's name and mailing address**

JOHNSON ELECTRIC PVT LTD EEFC
NO:88 & 90, MEPPUR THANGAL ROAD,
CHENNAI, 600103
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,684.96

**3.278** | **Nonpriority creditor's name and mailing address**

JOHNSON MATTHEY PLC
ORCHARD ROAD - ROYSTON
HERTFORDSHIRE SG8 5HE,
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85,401.80

**3.279** | **Nonpriority creditor's name and mailing address**

JOHNSON MATTHEY POLAND SP. Z O. O
ALBERTA EINSTEINA 6
GLIWICE, 44-109
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 504,823.01

**3.280** | **Nonpriority creditor's name and mailing address**

KAB-LEM S.P.A
VIA TRIBERTI 5
CAMBIANO,ITALY, 10020
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 190,475.33

**3.281** | **Nonpriority creditor's name and mailing address**

KAB-LEM SPA
VIA TRIBERTI N5
CAMBIANO, 10020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,736.24

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known) | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282** | **Nonpriority creditor's name and mailing address**

KANTAROS SERWIS S.C. J. LEGAWIEC
UL. MAÅOBÅ„DZKA 141
BÄ˜DZIN, 42-500
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 31,089.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address**

KARCZ SP Z O.O. BIURO HANDLOWE
UL.GEN.DABROWSKIEGO 54A
ANDRYCHOW, 34-120
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 408.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address**

KBM CORPORATION
2-5F, IT CASTLE, 550-1
SEOUL, 153768
SOUTH KOREA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 19,792.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address**

KENDRION AUTOMOTIVE (SIBIU) SRL
Str. Lyon Nr. 2
Sibiu, 550018
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 8,100.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address**

KENDROLAB SP.Z O.O.
UL. CIESIELSKA 18
WARSZAWA, 04-653
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 5,356.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,711.41 |
| --- | --- | --- | --- |

KEYENCE INTERNATIONAL BELGIUM NV/SA
BEDRIJVENLAAN 5
MECHELEN, 2800
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 676.96 |
| --- | --- | --- | --- |

KIMBRO MECHANICAL, LLC.
1877 AIRLANE DRIVE
NASHVILLE, 37210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,843.87 |
| --- | --- | --- | --- |

KLASTER SILESIA AUTOMOTIVE & ADVANC
UL.WOJEWODZKA 42
KATOWICE, 40-026
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 206.09 |
| --- | --- | --- | --- |

KLIMATEST TRZYNADLOWSKI I WSPOLNICY
UL. OBRONCOW POCZTY GDANSKIEJ 5C
WROCLAW, 52-204
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 144.27 |
| --- | --- | --- | --- |

KLKOMPRESOR KRZYSZTOF LIPINSKI
AL. J PILSUDSKIEGO 34/251
DABROWA GORNICZA, 41-303
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.292 Nonpriority creditor's name and mailing address**

KNOFLIKARSKY PRUMYSL ZIROVNICE A.S.
TYRSOVA 707
ZIROVNICE, 394 68
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,290.09

---

**3.293 Nonpriority creditor's name and mailing address**

KOH-I-NOOR FORMEX S.R.O.
À VĂ©DSKĂ© VALY 1230/4
BRNO, 627 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.16

---

**3.294 Nonpriority creditor's name and mailing address**

KOH-I-NOOR PONAS S. R. O.
NA VYSEHRADE 1091
POLICKA, 572 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 488.22

---

**3.295 Nonpriority creditor's name and mailing address**

KOMORNIK SĂ…DOWY PRZY SĂ…DZIE REJONOW
UL. STALOWA 3/4
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.75

---

**3.296 Nonpriority creditor's name and mailing address**

KOMPUTRONIK S.A.
WOLCZYNSKA 37
POZNAN, 60-003
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59.00

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.297** **Nonpriority creditor's name and mailing address**

KONIG METAL GT S.R.L.
VIA LUIGI CASALE 6
TERNI, 05100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 62,221.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** **Nonpriority creditor's name and mailing address**

KPMG TAX M. MICHNA SP.K.
INFLANCKA 4A
WARSZAWA, 00-189
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 20,524.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** **Nonpriority creditor's name and mailing address**

KRAGUM  SP. Z O.O
UL.LELEWELA 10
SOSNOWIEC, 41-219
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,479.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** **Nonpriority creditor's name and mailing address**

KROMBERG & SCHUBERT AUSTRIA GMBH
UNGARGASSE 111
7350 OBERPULLENDORF AT,
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 110,620.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301** **Nonpriority creditor's name and mailing address**

KSW RESIDENT-SERVICE GMBH
SCHOBERSTRASSE 3
INGOLSTADT, 85055
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 111.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|--------|--------------------------------------|------------------------|----------|
|        | Name                                 |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** **Nonpriority creditor's name and mailing address**

KUKA CEE GMBH SP. Z O.O.
MYSLOWICKA 1
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,227.08

---

**3.303** **Nonpriority creditor's name and mailing address**

KUKA POLSKA SP. Z O.O.
MYSŁOWICKA 1
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 166,164.90

---

**3.304** **Nonpriority creditor's name and mailing address**

KUZNIA POLSKA SA
UL. GÃªRECKA 32
SKOCZÃªW, 43-430
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 86,840.31

---

**3.305** **Nonpriority creditor's name and mailing address**

KYNDRYL POLAND SP. Z O.O.
UL. PROSTA 67
WARSZAWA, 00-838
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,390.26

---

**3.306** **Nonpriority creditor's name and mailing address**

KYOCERA AVX COMPONENTS (WERNE) GMBH
FELDMARK 50
WERNE, 59368
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 764.22

---

| Debtor | Marelli Sosnowiec Poland Sp. Z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.307** Nonpriority creditor's name and mailing address

L&T TECHNOLOGY SERVICES LIMITED
DLF IT PARK, SEZ CAMPUS, BLOCK 3
CHENNAI, 600089
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,464.13

---

**3.308** Nonpriority creditor's name and mailing address

LA.M.PLAST DI ALDO RADAELLI & C. S
FRAZIONE MOLINO PRINCIPE SNC
GIUSSANO, 20833
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 322,779.48

---

**3.309** Nonpriority creditor's name and mailing address

LACROIX ELECTRONICS SP. Z O.O.
UL. LOTNICZA 2
KWIDZYN, 82-500
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 214,270.44

---

**3.310** Nonpriority creditor's name and mailing address

LAGUS SRO
HRUÃ¡KOVÃ© DVORY 116
JIHLAVA, 586 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,564.03

---

**3.311** Nonpriority creditor's name and mailing address

LANZI S.R.L.
Zlota 59
Warszawa, 00-120
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 46,082.43

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.312** **Nonpriority creditor's name and mailing address**

LANZI SRL
VIA GIULIO NATTA 27/A
TORINO, 10148
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,517.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**

LAPENA NAGORKA SP. J.
UL.WOLCZYNSKA 157
WARSZAWA, 01-919
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,065.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

LEASYS RENT S.P.A.
VIALE DELLE ARTI, 123
FIUMICINO, 00054
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 134.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**

LENSO SP. Z O.O.
UL. MADALIA,SKIEGO 3
POZNAN, 61-509
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 626.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**

LEONI WIRING SYSTEMS LTD
LOWER MILEHOUSE LANE
ST59BT STAFFORDSHIRE UK,
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,524.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317** | **Nonpriority creditor's name and mailing address**

LEXONA S.R.O.
Ą½IHLA 991
JABLUNKOV, 739 91
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,210.25

---

**3.318** | **Nonpriority creditor's name and mailing address**

LGAI TECHNOLOGICAL CENTER, S.A.
CAMPUS DE LA UAB. RONDA DE LA FONT
BELLATERRA, 08193
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,663.74

---

**3.319** | **Nonpriority creditor's name and mailing address**

LIDER SEO SERWIS
UL GEN L OKULICKIEGO 2 II 8
PIEKARY SLASKIE, 41-943
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,638.17

---

**3.320** | **Nonpriority creditor's name and mailing address**

LIKUM SRL
VIA A. DALLA TORRE 6/A LEVADA
PONTE DI PIAVE, 31047
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,510.02

---

**3.321** | **Nonpriority creditor's name and mailing address**

LINASET, A.S.
CESKOSLOVENSKE ARMADY 362
BUDISOV NAD BUDISOVKOU, 747 87
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 131,007.09

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.322** **Nonpriority creditor's name and mailing address**

LISOVNA PLASTU SPOL SRO
KARLOV 139
VELKE MEZIRICI, 594 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,648.20

---

**3.323** **Nonpriority creditor's name and mailing address**

LMS SRL
ZONA INDUSTRIALE LOC.PASCAROLA
CAIVANO, 80023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,248.34

---

**3.324** **Nonpriority creditor's name and mailing address**

LOGISTIC SERVICES PROVIDER D.O.O.
SKLADISNI CENTAR BB
KRAGUJEVAC SERBIA, 34000
SERBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,916.97

---

**3.325** **Nonpriority creditor's name and mailing address**

LOTTE ADVANCED MATERIALS
UVEGGYAR U. 2
KORNYE, 2851
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,988.40

---

**3.326** **Nonpriority creditor's name and mailing address**

LPH VRANOV N/T SRO
POD DOLAMI 838
VRANOV NAD TOPLOU, 093 02
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,864.74

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|--------|--------------------------------------|-------------------------|----------|
|        | Name                                 |                         |          |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,970.17 |
|---|---|---|---|
| | LUMILEDS AACHEN GMBH<br>Philipsstrasse 8<br>Aachen, 52068<br>GERMANY | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,570.89 |
|---|---|---|---|
| | LYRECO POLSKA SA<br>SOKOLOWSKA 33<br>KOMOROW, 05-806<br>POLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69,448.99 |
|---|---|---|---|
| | M&T INSIEME, S.R.O.<br>OBCHODNA 169/21<br>SECOVCE, 078 01<br>SLOVAK REPUBLIC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 54,514.13 |
|---|---|---|---|
| | M.C.E. SRL<br>VIA TETTI DELL OLEO 29/31<br>BORGARO TORINESE, 10071<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,744.35 |
|---|---|---|---|
| | M.PREYMESSER LOGISTIKA, SPOL.S.R.O.<br>REPOR 174<br>MLADA BOLESLAV, 293 01<br>CZECH REPUBLIC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.332** | **Nonpriority creditor's name and mailing address**

M.S.AMBROGIO SPA
VIA TRE FONTANE 20
CISANO BERGAMASCO, 24034
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                6,181.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address**

M.V.O.MECCANICA S.R.L.
VIA ROMA 125
PRAMAGGIORE(VE), 30020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  663.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address**

MAAG SP  ZOO
UL. ÅŚW. WOJCIECHA 98 LOKAL NUMER 5
JAWORZNO, 43-600
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                    69.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address**

MAGYAR SUZUKI ZRT.
SCHWEIDEL J. UT 52/A
ESZTERGON, 2500
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                  606.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address**

MAIER COOP
POL IND ARABIETAN APARTADO 103
AJANGIZ,
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$               65,040.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 295,709.33 |
|---|---|---|---|

MANIX AUTOMATYKA I BUDOWA MASZYN
DĄ...BROWA 349A
MASÃÃ"W, 26-001
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,298.29 |
|---|---|---|---|

MAPRO POLSKA SPOLKA AKCYJNA
UL. LEGIONÃ"W 94N
CZÃ™STOCHOWA, 42-202
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15.25 |
|---|---|---|---|

MARCEGAGLIA SPA
VIA BRESCIANI 16 - GAZOLDO IPPOLITI
MANTOVA, 46040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 471,062.67 |
|---|---|---|---|

MARCEGAGLIA SPECIALITIES SPA
VIA DEI BRESCIANI 6
46040 GAZOLDO DEGLI IPPOLITI MN,
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,864.00 |
|---|---|---|---|

MARELLI AUTOMOTIVE COMPONENTS (WUHU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

**Date or dates debt was incurred**        UNDETERMINED

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE ELECTRONICS (GUANGZHOU) CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 4,065,994.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.343** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 741,515.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.344** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 18,893,731.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.345** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 4,231,960.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.346** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

$ 786,730.00

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING RUS O.O.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 461.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.348** **Nonpriority creditor's name and mailing address**

MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 15,636.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.349** **Nonpriority creditor's name and mailing address**

MARELLI CLUJ ROMANIA S.R.L.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 82,581.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.350** **Nonpriority creditor's name and mailing address**

MARELLI ESPAÑA S.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 1,600,275.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.351** **Nonpriority creditor's name and mailing address**

MARELLI EUROPE S.P.A.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 9,952,340.00

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352**

**Nonpriority creditor's name and mailing address**

MARELLI FRANCE
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 468,979.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353**

**Nonpriority creditor's name and mailing address**

MARELLI GERMANY GMBH
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 19,771,698.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354**

**Nonpriority creditor's name and mailing address**

MARELLI KECHNEC SLOVAKIA S.R.O.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 14,675,247.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355**

**Nonpriority creditor's name and mailing address**

MARELLI NORTH AMERICA, INC.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 45,482.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356**

**Nonpriority creditor's name and mailing address**

MARELLI TENNESSEE USA LLC
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$ 84,238.00

**Date or dates debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.357** **Nonpriority creditor's name and mailing address**

MARELLI YOKOHAMA CO., LTD.
26555 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  INTERCOMPANY PAYABLE

$                              31,714.00

**Date or dates debt was incurred**          UNDETERMINED

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.358** **Nonpriority creditor's name and mailing address**

MARFRAN
VIA G PASTORE 33/35 NIGOLINE
CORTEFRANCA, 25040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                   152.99

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.359** **Nonpriority creditor's name and mailing address**

MARGO SPOLKA Z OGRANICZONA
UL. STUDZIENNA 60
TORUN, 87-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                2,051.41

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.360** **Nonpriority creditor's name and mailing address**

MARKET STADIO DI MENTIL L
VIA DIV ODOPPO 33-35
TOLMEZZO, 33028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                   154.64

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.361** **Nonpriority creditor's name and mailing address**

MASKLOGIK SP. ZOO
UL. PARTYZANTOW 14
CHRZANOW, 32-500
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$                                     30.79

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.362 | **Nonpriority creditor's name and mailing address**<br><br>MASTER COLORS SP. ZOO<br>WEDKARZY 5<br>WROCLAW, 51-050<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 4,418.96 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.363 | **Nonpriority creditor's name and mailing address**<br><br>MAVITA SRL<br>VIA ENRICO DE NICOLA 14<br>CESANO BOSCONE -MI, 20090<br>ITALY | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 587.69 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>MD POLAND<br>KRAKOWSKA 116<br>BALICE, 32-083<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 10,646.63 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>MEDICOVER BENEFITS SP. Z O.O<br>AL. JEROZOLIMSKIE 96<br>WARSZAWA, 00-807<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 813.58 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>MEDICOVER SPORT SP. Z O.O.<br>ALEJE JEROZOLIMSKIE 96<br>WARSZAWA, 00-807<br>POLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 42.32 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 320.19 |
|---|---|---|---|

MEPAC CZ., S. R. O.
NEBORY 547
TRINEC, 739 61
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,502.48 |
|---|---|---|---|

MERCEDES BENZ AG
MERCEDESSTRASSE 120
STUTTGART, 70372
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 847.15 |
|---|---|---|---|

METAL WORK POLSKA SP. Z O.O.
UL.SZAMOTULSKA 1
PRZEZMIEROWO, 62-081
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,303.81 |
|---|---|---|---|

METALOSKRAW ZBIGNIEW DUBAS
GORNICZA 15
CHORZOW, 41-506
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13.23 |
|---|---|---|---|

METALSERVICE  SPA
VIA MAZZINI,75
CITTADELLA PADOVA, 35013
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|--------|--------------------------------------|------------------------|----------|
|        | Name                                 |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.372** | **Nonpriority creditor's name and mailing address**

METALSOLUTION SP.ZO.O.
UL. PIEKARNICZA 8
ZABRZE, 41-807
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 134,894.34

---

**3.373** | **Nonpriority creditor's name and mailing address**

METALURGICAS PABUR SL
POL.INDUSTRIAL ALESVES S/N
VILLAFRANCA, 31330
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 179,196.96

---

**3.374** | **Nonpriority creditor's name and mailing address**

METALWELD FIPROM POLSKA SPOLKA ZOO
UL. MIKOLAJCZYKA 57
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,261.00

---

**3.375** | **Nonpriority creditor's name and mailing address**

MEUSBURGER GEORG GMBH & CO KG
KESSELSTR.42
WOLFURT, 6960
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 122.33

---

**3.376** | **Nonpriority creditor's name and mailing address**

MEVIS SLOVAKIA S.R.O.
ULICA VICENZY 32
SAMORIN, 931 01
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,075.44

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.377** | **Nonpriority creditor's name and mailing address**

MJD AGENCJA ENERGETYCZNA
UL. WALOWA 17
KOZY, 43-340
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,075.45

---

**3.378** | **Nonpriority creditor's name and mailing address**

MOBIS SLOVAKIA SRO
MOBIS ULICA 1
GBEL'ANY, 013 02
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.57

---

**3.379** | **Nonpriority creditor's name and mailing address**

MOBISYS  GMBH
ALTROTTSTRASSE 26
WALLDORF, 69190
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 265.84

---

**3.380** | **Nonpriority creditor's name and mailing address**

MOFER AUTOMATION SRL
VIA FASANO 14
CHIERI, 10023
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,994.69

---

**3.381** | **Nonpriority creditor's name and mailing address**

MOLO SP. Z O.O.
UL. KLONOWA 16
SMARDZEWICE, 97-213
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,974.25

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.382  Nonpriority creditor's name and mailing address**

MOMENTIVE PERFORMANCE MATERIALS
CHEMIEPARK LEVERKUSEN BUILDING V7
51368 LEVERKUSEN DE,
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69,872.76

---

**3.383  Nonpriority creditor's name and mailing address**

MONDIAL COLOR SRL
VIA ROMA 68
POVOLETTO, 33040
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.70

---

**3.384  Nonpriority creditor's name and mailing address**

MONTIX A.S
DRUÅ¾STEVNÃ- 1393/30
MOHELNICE, 789 85
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125,270.65

---

**3.385  Nonpriority creditor's name and mailing address**

MOPS PRESS SRO
STROJARSKA 4410
SNINA, 069 01
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,519.88

---

**3.386  Nonpriority creditor's name and mailing address**

MOS ELECTRONIC GMBH
HERMANN-LOENS-STR 44
NEUWEILER, 75389
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 756.34

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.387** | **Nonpriority creditor's name and mailing address**

MOTHERSON SUMI SYSTEMS LTD.
C14 A&B, SECTOR 1 GAUTAM BUDHA
NOIDA, 201301
INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,030,633.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address**

MOUSER ELECTRONICS
1000 NORTH MAIN STREET
MANSFIELD, 76063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 42.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address**

MPE BALKAN DOO
ISE SEKICKOG 30
KULA, 25 230
SERBIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,359.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address**

MPE SRL
VIA DELL'INDUSTRIA 15
VILLANOVA CANAVESE /TO/, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 920.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address**

MSTECH MARCIN SZWED
BYDGOSKA 5A
GLIWICE, 44-164
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,711.91

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.392** | **Nonpriority creditor's name and mailing address**

MUHR UND BENDER KG
IN DEN SCHLACHTWIESEN 4
ATTENDORN, 57439
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 584.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address**

MURRELEKTRONIK SP. Z O.O.
ALEJA ROZDZIENSKIEGO 188H
KATOWICE, 40-203
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 1,217.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address**

MUSTAD SPA
VIA SANT ANNA 59/21
BALANGERO, 10070
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 16,436.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address**

NACH-TECH SRL
VIA PIETRO MICCA 20
TORINO, 10122
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 95,530.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 46,172.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 823.49 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 918.81 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 36.77 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 176.23 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,086.02 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.402** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  15,514,887.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  1,051.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  28,518.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  659.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$  2,472.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.407** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,847.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,356.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.409** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 6,966.68

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.410** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 416.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.411** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 106.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.412 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 118,771.70 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.413 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 30,090.41 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.414 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 10.71 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.415 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 16,214.53 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.416 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  TRADE PAYABLE | $ 334.42 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 274,023.79

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.418** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 630.33

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.419** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  FACTORING CLAIM

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.420** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  FACTORING CLAIM

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.421** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  LITIGATION CLAIM

$ Undetermined

Date or dates debt was incurred          UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.422** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.423** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  LITIGATION CLAIM

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$                Undetermined

---

**3.424** **Nonpriority creditor's name and mailing address**

NANTONG DOCHARM AMPHENOL
NO.599, HEHAI WEST ROAD
JIANGSU, 226100
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                193.23

---

**3.425** **Nonpriority creditor's name and mailing address**

NAPRAWA I OSTRZENIE NARZEDZI
UL.KOKOSZYCKA 2
WODZISLAW, 44-313
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                15,058.85

---

**3.426** **Nonpriority creditor's name and mailing address**

NATIONAL MOLDING ITALIA SRL
VIA UMBERTO TERRACINI 16 16
TROFARELLO TURIN, 10028
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                22,045.93

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 14,554.79 |
|---|---|---|---|---|

NBTA SP ZOO
UL. PRZYTULNA 2
DRZONKOW, 66-004
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,831.44 |
|---|---|---|---|---|

NCH POLSKA SP. Z O.O.
UL. PRZEDPOLE 1
WARSZAWA, 02-241
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 115,626.82 |
|---|---|---|---|---|

NGK EUROPE GMBH
WESTERBACHSTRASSE 32
61476 KRONEBERG IM TAUNUS,
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 980.28 |
|---|---|---|---|---|

NGPLAST SP. Z O.O.
UL. ZAKLADOWA 3
PIEKARY SLASKIE, 41-940
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 8,223.81 |
|---|---|---|---|---|

NINGBO ASIAWAY AUTOMOTIVE COMPONENT
Nà°99 SHENGYUAN ROAD, FENGHUA ECONOM
FENGHUA ZHEJIANG PROVINCE, 315500
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.432**  **Nonpriority creditor's name and mailing address**

NIRA SPA UNIPERSONALE
VIA COMOZZI 16 BERGAMO
VILLONGO (BG), 24060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          18,237.86

---

**3.433**  **Nonpriority creditor's name and mailing address**

NITTO EUROPE NV
IP GENK ZUID ZONE 12 A EIKELAARSTRA
GENK, 3600
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          15,580.45

---

**3.434**  **Nonpriority creditor's name and mailing address**

NMB MINEBEA GMBH
SIEMENSSTRASSE 30
LANGEN, 63225
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                            4,271.53

---

**3.435**  **Nonpriority creditor's name and mailing address**

NOBUD SP. ZOO
UL. WOJSKA POLSKIEGO 23A
SOSNOWIEC, 41-208
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          15,105.53

---

**3.436**  **Nonpriority creditor's name and mailing address**

NORAUTO POLSKA SP. Z O.O.
UL.JUBILERSKA 10
WARSZAWA, 04-190
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                               396.29

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,249.93 |
|---|---|---|---|

NORDSON POLSKA SP Z O.O.
NAKIELSKA 3
WARSZAWA, 01-106
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,697.50 |
|---|---|---|---|

NORDSON XALOY EUROPE GMBH
RICHARD WAGNER STR. 21
NECKARSULM, 74172
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,998.15 |
|---|---|---|---|

NORMA CZECH, S.R.O.
HAVLICKOVA 1375/28
HUSTOPECE, 693 01
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 137.00 |
|---|---|---|---|

NOVAMETAL EUROPE SRL
CORSO GARIBALDI 49
MILANO, 20121
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,493.88 |
|---|---|---|---|

NOVAMETAL SA
VIA PRA MAG 11
RANCATE, 6862
SWITZERLAND

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.442 Nonpriority creditor's name and mailing address**
NUVIA A.S.
MODRINOVA 1094,
TREBIC, 674 01
CZECH REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 715,374.52

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.443 Nonpriority creditor's name and mailing address**
ODCZYNNIKI SP. ZOO SP.K
UL. KOSCIUSZKI 227
KATOWICE, 40-600
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,219.87

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.444 Nonpriority creditor's name and mailing address**
OFFICINE AIOLFI S.A.S. DI AIOLFI
V.ROSSINI 34
MADIGNANO, 26020
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,013.92

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.445 Nonpriority creditor's name and mailing address**
OFFICINE MOLLO DI MOLLO A. & C. SAS
VIA CALATAFIMI 5
NICHELINO, 10042
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,936.56

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.446 Nonpriority creditor's name and mailing address**
OKREGOWY URZAD MIAR
UL.KRUPNICZA 11
KRAKOW, 31-123
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 46.04

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.447** **Nonpriority creditor's name and mailing address**

OKREGOWY URZAD MIAR
PL.LOTNIKOW 4/5
SZCZECIN, 70-414
POLAND

$ 51.32

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.448** **Nonpriority creditor's name and mailing address**

OKREGOWY URZAD MIAR W GDANSKU
UL. POLANSKI 124 C
GDANSK-OLIWA, 80-308
POLAND

$ 8.03

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.449** **Nonpriority creditor's name and mailing address**

OKREGOWY URZAD MIAR W WARSZAWIE
ELEKTORALNA 4/6
WARSZAWA, 00-139
POLAND

$ 170.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.450** **Nonpriority creditor's name and mailing address**

OLSA SPA
CORSO ALLAMANO 70
RIVOLI, 10098
ITALY

$ 7,949.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.451** **Nonpriority creditor's name and mailing address**

OMLER 2000 S.R.L.
STR MONTA DELLA RADICE 15
BANDITO IBRA, 12040
ITALY

$ 26,978.03

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** **Nonpriority creditor's name and mailing address**

OPEL MANUFACTURING POLAND SP.Z O.O.
UL.ADAMA OPLA 1
GLIWICE, 44-121
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,166.00

---

**3.453** **Nonpriority creditor's name and mailing address**

OPENONE MAREK GORECKI
UL. ZYGLINSKA 67
MIASTECZKO SLASKIE, 42-610
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,357.57

---

**3.454** **Nonpriority creditor's name and mailing address**

OPSEC SECURITY LTD
40 PHOENIX ROAD CROWTHER TYNE AND W
AD WASHINGTON, NE38O
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66.55

---

**3.455** **Nonpriority creditor's name and mailing address**

OPTOTOM INSTRUMENTS TOMASZ SYKUŁA,
ul. Jarzębinowa 11
Końskie, 26-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 494.87

---

**3.456** **Nonpriority creditor's name and mailing address**

OPTOTOM RENATA WLECIAL-SYKULA
UL. GLEBOCKA 54C/30
WARSZAWA, 03-287
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,018.08

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.457** **Nonpriority creditor's name and mailing address**

ORANGE POLSKA S.A.
ALEJE JEROZOLIMSKIE 160
WARSZAWA, 02-326
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89.99

---

**3.458** **Nonpriority creditor's name and mailing address**

ORLECCY BEZPIECZEŃSTWO I EDUKACJA
Towarowa 23
Tychy, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,712.84

---

**3.459** **Nonpriority creditor's name and mailing address**

OSKAR RUEGG AG
BUECHSTRASSE 18
JONA SG, 8645
SWITZERLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,712.36

---

**3.460** **Nonpriority creditor's name and mailing address**

OSRAM GMBH
MARCEL-BREUER-STR. 6
MUNCHEN, 80920
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 143,217.62

---

**3.461** **Nonpriority creditor's name and mailing address**

P.H.EWMAR NESS SP Z O.O.
ZARUSKIEGO 3
SOSNOWIEC, 41-219
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 714.13

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|--------|--------------------------------------|------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.462** | **Nonpriority creditor's name and mailing address**

P.H.U. INSTRO MICHAL MYSLOWSKI
LAZY 141B
LAZY, 32-048
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 626,943.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address**

P.H.U. METAL ZBYT S.C.
AL.J.PILSUDSKIEGO, 6
DABROWA GORNICZA, 41-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,391.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address**

P.U.H. FREZTECH ADAM JANKOWICZ
DZIALOWA 21
KRZECIN, 32-051
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 238.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address**

P.U.H. RELOTEC S.C.
UL. DZIAŁOWA 21
KRZĘCIN, 32-051
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 535.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address**

PAMET, SPOL. S.R.O.
Komenského 231
Suchdol nad Odrou, 742 01
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 8,146.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|--------|--------------------------------------|------------------------|----------|
| | Name | | |

---

| Part 2: | Additional Page | |
|---------|-----------------|--|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.467** **Nonpriority creditor's name and mailing address**

PARTNER 2000 SP. Z O.O.
ZELIWNA 36
KATOWICE, 50-499
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,399.35

---

**3.468** **Nonpriority creditor's name and mailing address**

PAS KATOWICE SP Z.O.O
KAROLINKI 32
IMIELIN, 41-407
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,819.23

---

**3.469** **Nonpriority creditor's name and mailing address**

PCM SRL
ZONA INDUSTRIALE VILLA ZACCHEO
CASTELLATO, 64020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 173,662.77

---

**3.470** **Nonpriority creditor's name and mailing address**

PERFILES DE LA RIOJA SA
ADV DE ARAGON 17-19
LOGRONO, 26006
SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 57,913.70

---

**3.471** **Nonpriority creditor's name and mailing address**

PERSCHMANN SP. Z O.O.
UL. W.MICHALA 43
POZNAN, 61-119
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,328.31

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.472** | **Nonpriority creditor's name and mailing address**

PESSOT F LLI SRL
VIA PER SACILE 111
FRANCENIGO DI GAIARINE, 31010
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 101,021.08

---

**3.473** | **Nonpriority creditor's name and mailing address**

PETECH
UL. KOPALNIANA 71
LAZISKA GORNE, 43-170
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 236.95

---

**3.474** | **Nonpriority creditor's name and mailing address**

PETRONAS LUBRICANTS POLAND SP.
LUBICZ 17 H
KRAKOW, 31-503
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,260.38

---

**3.475** | **Nonpriority creditor's name and mailing address**

PF PLASTY CZ S.R.O.
MASARYKOVA 144
CHUCHELNA', 747 24
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,406.40

---

**3.476** | **Nonpriority creditor's name and mailing address**

PHU "ETOLL" SP.J.
UL. ZABKOWICKA 32
STRZELIN, 57-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26.24

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.477** | **Nonpriority creditor's name and mailing address**

PHU BEST CENTRUM JEZYKOW OBCYCH
UL. KOPERNIKA 1B
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,550.06

**3.478** | **Nonpriority creditor's name and mailing address**

PILZ POLSKA SP ZOO
UL. RUCHLIWA 15
WARSZAWA, 02-182
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 66,831.89

**3.479** | **Nonpriority creditor's name and mailing address**

PL&TL SRL
VIA TORINO 53
TORINO, 10060
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 152,121.39

**3.480** | **Nonpriority creditor's name and mailing address**

PLASMATREAT  GMBH
QUELLER STR. 76-80
STEINHAGEN, 33803
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 82,388.52

**3.481** | **Nonpriority creditor's name and mailing address**

PLAST MET AUTOMOTIVE SYSTEMS SP Z O
BARTOSZA GLOWACKIEGO 21
OLKUSZ, 32-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111,255.00

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.482** | **Nonpriority creditor's name and mailing address**

PLASTIKA, A.S.
NOVOZÃ¡MOCKÃ¡ 222 C
NITRA, 949 05
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    32,675.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address**

PLASTOPLAN POLSKA SP. ZO.O.
JOZEFA PONIATOWSKIEGO 1
WARSZAWA, 03-901
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    59,648.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address**

POCZTA POLSKA PPUP
UL.PL. MALACHOWSKIEGO 2
WARSZAWA, 00-940
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    6.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address**

POIMEC SRL
VIA F.LLI CEIRANO, 20
MONCALIERI TORINO, 10024
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    3,891.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address**

POLMET P.P.H. LACH HENRYK
UL.PIOTROWICKA 28
JEDLNIA LETNISKO, 26-630
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$    275.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 237.75 |
|---|---|---|---|

POLPACK ZEUS SP. Z O.O.
BUKOWIECKA 75
WARSAW, 03-893
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,115.54 |
|---|---|---|---|

POLYONE S.A.R.L. - POLAND BRANCH
UL. WSCHODNIA 6
KUTNO, 99-300
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,736.41 |
|---|---|---|---|

POPPELMANN GMBH & CO. KG
BAKUMER STRASSE 73
LOHNE, 49393
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21,047.76 |
|---|---|---|---|

POREXI
HORYMIROVA 416/75
OSTRAVA, 700 30
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 29,504.97 |
|---|---|---|---|

PPHU PAWEL BIEGUN
LACZNA 28
ZYWIEC, 34-300
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.492** Nonpriority creditor's name and mailing address

PREMIER FARNELL UK LIMITED
CANAL ROAD
LEEDS, LS12 2TU
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3.02

**3.493** Nonpriority creditor's name and mailing address

PREMIER FARNELL UK LIMITED
150 ARMLEY ROAD
CANAL ROAD, UNITED KINGDOM, LS122TU,
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,914.03

**3.494** Nonpriority creditor's name and mailing address

PREMIUM FILTERS SP. Z O.O.
UL. GRUNWALDZKA 43
PRUSZKÃ³W, 05-800
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,542.93

**3.495** Nonpriority creditor's name and mailing address

PRESTIGE EUROPEJSKIE CENTRUM
UL. WYZWOLENIA 27
MIKOLOW, 43-190
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 147.29

**3.496** Nonpriority creditor's name and mailing address

PRETTL ADION POLSKA SP. ZOO
UL. GLINKI 146
BYDGOSZCZ, 85-861
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 68,965.77

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.497** Nonpriority creditor's name and mailing address

PRINTILION POLAND ANDRZEJ RUDZKI
AL. PIĄ,SUDSKIEGO 36/616
DABROWA GORNICZA, 41-303
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,209.69

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.498** Nonpriority creditor's name and mailing address

PRIOR S.C., SAMBURSKI MAREK, SAMBUR
ZIELONOGĄ"RSKA 11A
SOSNOWIEC, 41-219
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,620.16

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.499** Nonpriority creditor's name and mailing address

PRO AUTOMATIC SP Z OO
KOSCIUSZKI 227
KATOWICE, 40-600
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 98,002.17

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.500** Nonpriority creditor's name and mailing address

PRO-CARS SP. Z O.O. S.K.
PODLESKA 16
TYCHY, 43-100
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 607,958.78

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.501** Nonpriority creditor's name and mailing address

PRODREX SP Z O.O.
UL.WOLNOSCI 92D
RUDOLTOWICE, 43-229
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 102,590.40

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.502** **Nonpriority creditor's name and mailing address**

PROIMP CONSULTING LUKASZ PETRUS
UL. JULIUSZOWSKA 72
SOSNOWIEC, 41-215
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,703.44

---

**3.503** **Nonpriority creditor's name and mailing address**

PROOPTIMUM LUZYNSKI ANDRZEJ SP. J.
UL. PTASIA 3
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,546.22

---

**3.504** **Nonpriority creditor's name and mailing address**

PRO-SERWIS TOMASZ KRAWCZYK
UL. MILA 4/16
CZELADZ, 41-250
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 321.36

---

**3.505** **Nonpriority creditor's name and mailing address**

PROWELD SP. Z O.O.
UL. REYMONTA 46
GLIWICE, 44-103
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110.35

---

**3.506** **Nonpriority creditor's name and mailing address**

PRZEDSIEBIORSTWO TURYSTYCZNO USLUGO
UL. STAWOWA 5/7
KATOWICE, 40-095
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 134.89

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,127.28 |
|---|---|---|---|

Q4NET SP. ZO.O.
AL. KARKONOSKA 59
WROCĂAW, 53-015
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account number**
☐ Yes

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,289.47 |
|---|---|---|---|

R.I.C.O. SRL
VIA ADRIATICA 17
CASTELFIDARDO, 60022
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account number**
☐ Yes

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,293.87 |
|---|---|---|---|

RADICI NOVACIPS SPA
VIA BEDESCHI 20
CHIGNOLO D'ISOLA, 24040
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account number**
☐ Yes

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.12 |
|---|---|---|---|

RADWAG WAGI ELEKTRONICZNE
BRACKA 28
RADOM, 26-600
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account number**
☐ Yes

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,785.32 |
|---|---|---|---|

RADWELL INTERNATIONAL POLAND SP. Z.
UL. UNII EUROPEJSKIEJ
OĂ»WIĂ™CIM, 32-600
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No

**Last 4 digits of account number**
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.512** **Nonpriority creditor's name and mailing address**

RAINBOW PRECISION TOOLING (JIANG SU
TONGXIN EAST ROAD,WANPING DEVELOPME
HENGSHAN TOWN, 215233
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,737.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.513** **Nonpriority creditor's name and mailing address**

REMARKPLAST COMPOUNDING A.S.
BOHUSLAVICE 123
BOHUSLAVICE, 798 56
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 923.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.514** **Nonpriority creditor's name and mailing address**

REMIKS PW ROBERT KRZYMINSKI
UL. KUKULEK 41
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 10,854.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.515** **Nonpriority creditor's name and mailing address**

REMSTAL M. I K. SIEGEL SP J.
UL. ZAGORSKA 75
TARNOWSKIE GORY, 42-680
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,481.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.516** **Nonpriority creditor's name and mailing address**

RENEX SP. Z O.O. SP.K
AL.KAZIMIERZA WIELKIEGO 6E
WLOCLAWEK, 87-800
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 509.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.517** | **Nonpriority creditor's name and mailing address**

REPKA-DONFLEX GMBH
PHILIPP-REIS-STR. 1
GREVENBROICH, 41516
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,919.47

---

**3.518** | **Nonpriority creditor's name and mailing address**

REPLY SPA
CORSO FRANCIA 110
TORINO, 10143
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31,593.85

---

**3.519** | **Nonpriority creditor's name and mailing address**

RESTAURACJA TATIANA SP. Z O.O.
UL.STAROMIEJSKA 5
KATOWICE, 43-013
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 237.54

---

**3.520** | **Nonpriority creditor's name and mailing address**

RGB ELEKTRONIKA SP. Z O.O. SP. K.
UL. JANA DLUGOSZA 2-6
WROCLAW, 51-162
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,034.52

---

**3.521** | **Nonpriority creditor's name and mailing address**

ROBERT HOFMANN GMBH
AN DER ZEIL 6
LICHTENFELS, 96215
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,338.69

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.522** **Nonpriority creditor's name and mailing address**

ROBERT KALKA BIURO USŁUG KOMPUTEROW
UL. WODNA 5
ZĄOTÃ³W, 77-400
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$                    214.24

---

**3.523** **Nonpriority creditor's name and mailing address**

ROBERTS EUROPE SP ZOO
UL. JANA PAWLA II 66
PIASECZNO, 05-500
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$                    430.34

---

**3.524** **Nonpriority creditor's name and mailing address**

ROBOLUTION SP Z.O.O.
SKOWRONIA 3C/3
KRAKOW, 30-650
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$                    296.45

---

**3.525** **Nonpriority creditor's name and mailing address**

RODASTAL SP. Z O.O.
LEONARDA DA VINCI 5
44100, GLIWICE,
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$                    125,732.65

---

**3.526** **Nonpriority creditor's name and mailing address**

ROHDE & SCHWARZ POLSKA SP. Z O. O.
UL. ALEJE JEROZOLIMSKIE 44
WARSZAWA, 00-024
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

$                    7,432.17

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 151,303.33 |
|---|---|---|---|---|

ROHM GMBH
DEUTSCHE-TELEKOM-ALLEE 9
DARMSTADT, 64295
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 654,252.68 |
|---|---|---|---|---|

ROHM GMBH SP. ZOO ODDZIAL W POLSCE
UL. PULAWSKA 145
WARSZAWA, 02-715
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 214.58 |
|---|---|---|---|---|

ROLEX RINGS PVT. LTD
GONDAL ROAD VILLAGE KOTHARIA
RAJKOT (GUJARAT), 360004
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,912.01 |
|---|---|---|---|---|

ROMWELL GMBH & CO. KG
MARIENTHALER STRASSE 15
BREITSCHEIDT, 57539
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 371.70 |
|---|---|---|---|---|

RS COMPONENTS SP. Z O. O.
DOMANIEWSKA 48
WARSZAWA, 02-672
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.532** **Nonpriority creditor's name and mailing address**

RSB AUTOMOTIVE CONSULTING SP. Z O.
UL. SAMUELA LINDEGO 1C
KRAKÃ"W, 30-148
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 21,344.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.533** **Nonpriority creditor's name and mailing address**

SACEL SRL
LOCALITA RISERA
OZEGNA, 10080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 132,234.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.534** **Nonpriority creditor's name and mailing address**

SACELEST SRO
JUZNA TRIEDA 125
KOSICE, 040 01
SLOVAK REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 544.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.535** **Nonpriority creditor's name and mailing address**

SAIC GM (SHEN YANG) NORSOM MOTORS
16 XUANSHENG ROAD
SHENYANG, 110044
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 741.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.536** **Nonpriority creditor's name and mailing address**

SAMSIC POLSKA SP. Z O. O.
UL. KS. W. SIWKA
KATOWICE, 40-306
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,993.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 233,423.90 |
|---|---|---|---|

SANVITO AND  SOMASCHINI SPA
VIA DEL VALA 21
CARATE BRIANCA, 20041
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 23.30 |
|---|---|---|---|

SAPE BOHEMIA S.R.O.
PRAZSKA BRANA 108
MLADA BOLESLAV, 293 01
CZECH REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 612.86 |
|---|---|---|---|

SATER SRL
VIA CALATAFIMI 15
NICHELINO, 10042
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,198.45 |
|---|---|---|---|

SCHEUERMANN + HEILIG GMBH
BUCHENER STRASSE 29
BUCHEN-HAINSTADT, 74722
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,728.98 |
|---|---|---|---|

SCHOELLER ALLIBERT GMBH
SACKTANNEN
SCHWERIN, 19057
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.542** | **Nonpriority creditor's name and mailing address**

SEALANTS EUROPE SAS
84-116 RUE SALVADOR ALLENDE
BEZONS, 95870
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 904.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address**

SECO TOOLS SP. Z O.O.
UL. KRAKOWIAKOW, THE PARK, BUD. 50
WARSZAWA, 02-255
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 816.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address**

SECURITAS POLSKA SP Z.O.O
UL. POSTĄ™PU 6
WARSZAWA, 02-676
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 34,412.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address**

SECURITAS SERVICES SP. ZOO
UL. POSTĄ™PU 6
WARSZAWA, 02-676
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 48,273.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address**

SGP SORTING GROUP POLAND SP ZOO
UL.LEGIONOW 92
CZESTOCHOWA, 42-202
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 10,459.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 99,318.97 |
|---|---|---|---|

SGS FRANCE SAS
29 AVENUE ARISTIDE BRIAND
ARCUEIL, 94110
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 144.93 |
|---|---|---|---|

SIEĆ BADAWCZA ŁUKASIEWICZ
UL. LEOPOLDA 31
KATOWICE, 40-189
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 112,027.35 |
|---|---|---|---|

SII POLSKA SP. Z O.O.
ALEJA NIEPODLEGĹOĹЪCI 69
WARSZAWA, 02-626
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 59.39 |
|---|---|---|---|

SILAN SRL
VIA PONTICELLO, 62
MOLVENA, 36060
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,075.35 |
|---|---|---|---|

SILMA TOOLS SP. Z O.O.
UL. BRACI MIEROSZEWSKICH 132
SOSNOWIEC, 41-219
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

|  | Name | Case number *(if known)* 25-11075 |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.552** | **Nonpriority creditor's name and mailing address**

SIV GMBH CO KG STANZ BIEGETECHNIK
AM LANGEN STREIF 1
BAD SATZUNGEN /OT LANGENFELD, 36433
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  7,026.84

---

**3.553** | **Nonpriority creditor's name and mailing address**

SLASKIE CENTRUM OCHRONY PRACY
UL. WOJKOWICKA 21
CZELADZ, 41-250
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  954.78

---

**3.554** | **Nonpriority creditor's name and mailing address**

SŁAWOMIR DEC DSP AUTOMATYKA
Ul. Spacerowa 2
Ozorowice, 55-114
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  14,794.55

---

**3.555** | **Nonpriority creditor's name and mailing address**

SMR PLAST MET AUTOMOTIVE TEC TURKEY
ANADOLU YAKASI ORGANIZE SANAYI
ISTANBUL, 34953
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  11,155.69

---

**3.556** | **Nonpriority creditor's name and mailing address**

SO LA IS SOCIETA LAVORAZIONE ISOLAN
VIA.CREVADA 69
REFRONTOLO, 31020
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  26,335.91

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.557** **Nonpriority creditor's name and mailing address**

SODEXO BENEFITS AND REWARDS SERVICE
UL. KLOBUCKA 25
WARSZAWA, 02-699
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 16,565.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.558** **Nonpriority creditor's name and mailing address**

SOLVERA GAWEL TECHNOLOGY
LAKA 260 E
LAKA, 36-004
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 17,748.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.559** **Nonpriority creditor's name and mailing address**

SOMAX MAREK SOBCZYK
DABIE UL. POCZTOWA 13
BEDZIN, 42-504
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 321.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.560** **Nonpriority creditor's name and mailing address**

SOSNOWIECKIE WODOCIAGI SPOLKA AKCYJ
OSTROGORSKA 43
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 35.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.561** **Nonpriority creditor's name and mailing address**

SPCG  SPOLKA KOMANDYTOWA
UL.JABLONOWSKICH 8
KRAKOW, 31-114
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 7,043.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.562** **Nonpriority creditor's name and mailing address**

SPESSO GASKETS SRL
STRADA DEL FRANCESE 133
TORINO, 10156
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 5,363.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.563** **Nonpriority creditor's name and mailing address**

SPG PRE-SERIES
TITANIUMSTRAAT 3
TV NEDERWEERT, 6031 NL
NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 13,661.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.564** **Nonpriority creditor's name and mailing address**

SPLAST KROSNO SP. Z O.O.
LOTNIKOW 13
KROSNO, 38-400
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.565** **Nonpriority creditor's name and mailing address**

SPLAST SP. Z O.O.
UL. LOTNIKOW 13
KROSNO, 38-400
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 9,618.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.566** **Nonpriority creditor's name and mailing address**

SPM POLAND SP. ZOO
UL. TURYNSKA 100
TYCHY, 43-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 4,208.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.567** | **Nonpriority creditor's name and mailing address**

STALMAX SPOLKA Z.O.O.
PIATKOWIEC 55B
WADOWICE GORNE, 39-308
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 136,699.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address**

STAN PLAST PPUH S.C.
PUSZKINA 41
DABROWA GORNICZA, 42-530
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 319.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address**

STEAM WORKFORCE SP. Z O.O.
UL. MARSZAŁKA FERDYNANDA FOCHA 53/5
CZĘSTOCHOWA, 42-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 11,309.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**

STELLANTIS AUTO SAS
2-10 BOULEVARD DE L`EUROPE
POISSY, 78300
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 73,819.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A.
C.SO G.AGNELLI 200
TORINO, 10135
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

$ 189.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|

Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572 Nonpriority creditor's name and mailing address**

STELLANTIS EUROPE S.P.A.
CORSO G AGNELLI 200
TORINO, 10135
ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 47,511.33

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.573 Nonpriority creditor's name and mailing address**

STEPANOVSKY A.S.
Lazenska 125
Moravske Budejovice, 676 02
CZECH REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,113.52

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.574 Nonpriority creditor's name and mailing address**

STILL POLSKA SP ZOO
UL. SKLADOWA 11 ZERNIKI
GADKI, 62-023
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 8,338.89

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.575 Nonpriority creditor's name and mailing address**

STOKVIS TAPES POLSKA SP.Z O.O.
UL.ENERGETYCZNA 6
KOWALE, 80-180
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 4,218.55

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.576 Nonpriority creditor's name and mailing address**

SUMARIS SUCHECKI SPÓŁKA JAWNA
UL. GRANICZNA 22
ZLOTNIKI, 62-002
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 1,497.83

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known) | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,507.08 |
|---|---|---|---|

SUMITOMO (SHI) DEMAG
UL. LEGIONÃ²W 136,
CZÃ™STOCHOWA, 42-202
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,523.10 |
|---|---|---|---|

SUPERIOR FASTENING (SHANGHAI) LTD
NO 1051, XING WEN ROAD, JIADING IND
SHANGHAI,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,000.78 |
|---|---|---|---|

SUZHOU GOODTIME
NO. 2009, ZUANSHI ROAD
WEITANG TOWN, 215134
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,053.27 |
|---|---|---|---|

SWORD SP.Z O.O. SP.K.
JERZEGO WASZYNGTONA 7
GDYNIA, 81-342
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 179,729.33 |
|---|---|---|---|

SZP PLAST INDUSTRIES SP. Z O.O.
UL.BEMA 2
ELK, 19-300
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.582** **Nonpriority creditor's name and mailing address**

T.ERRE POLSKA SP. Z O.O.
ELIZY ORZESZKOWEJ 32
BIELSKO-BIALA, 43-300
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,260.39

---

**3.583** **Nonpriority creditor's name and mailing address**

TAKSI ENGINEERING
BOKSERSKA 17
WARSZAWA, 02-690
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 197.85

---

**3.584** **Nonpriority creditor's name and mailing address**

TART PL. SP. Z O.O.
FILOMATOW 30/32
CZESTOCHOWA, 42-217
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 174.42

---

**3.585** **Nonpriority creditor's name and mailing address**

TATRA CYCLING EVENTS
Wiosenna 12
Miedzybrodzie Bialskie, 34-312
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38.83

---

**3.586** **Nonpriority creditor's name and mailing address**

TAURON DYSTRYBUCJA SPOLKA AKCYJNA
UL. JASNOGORSKA 11
KRAKOW, 31-358
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 169.94

---

| Debtor | Marelli Sosnowiec Poland Sp. z o.o. | | Case number (if known) | 25-11075 |
| | Name | | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.587** **Nonpriority creditor's name and mailing address**

TECHBIG DARIUSZ BIGAJ
BIALEJ PRZEMSZY 48
DABROWA GORNICZA, 42-524
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                629.14

---

**3.588** **Nonpriority creditor's name and mailing address**

TECHNICAL SEALING SYSTEM
UL. WIEJSKA 49
CZELADZ, 41-250
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             221,817.48

---

**3.589** **Nonpriority creditor's name and mailing address**

TECHNIKA FILTRACJI RUDFIL S.C.
UL. MONIUSZKI 5
RUDA SLASKA, 41-707
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               7,976.27

---

**3.590** **Nonpriority creditor's name and mailing address**

TECHNIPLAST SP Z O.O.
GORECKA 34
SKOCZOW, 43-430
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$           1,083,619.64

---

**3.591** **Nonpriority creditor's name and mailing address**

TECNOPLAST SPA
VIA GALVANI 15
PORCIA (PORDENONE), 33080
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 30.30

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.592** **Nonpriority creditor's name and mailing address**

TELCO POLAND SP.Z O.O.
UL.MAKOWA 8
POZNAN, 61-464
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 575.62

---

**3.593** **Nonpriority creditor's name and mailing address**

TEMI S.R.L.
VIA SOTTI, 43 TER
GARINO VINOVO, 10048
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,768.99

---

**3.594** **Nonpriority creditor's name and mailing address**

THT SP ZOO
UL. METALOWCOW 6
SWIDNICA, 58-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,721.41

---

**3.595** **Nonpriority creditor's name and mailing address**

THYSSENKRUPP MATERIALS POLAND S.A.
GRUDZIADZKA 159
TORUN, 87-100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 684,150.00

---

**3.596** **Nonpriority creditor's name and mailing address**

TOPS SC KRZYSZTOF ZIOMEK,
UL. LEGIONOW 239A
CZECHOWICE-DZIEDZICE, 43-502
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 434.80

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|--------|--------------------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.597** | **Nonpriority creditor's name and mailing address**

TORNERIA SERRA SRL
VIA MAROCCHI 118
POIRINO, 10046
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 119,047.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.598** | **Nonpriority creditor's name and mailing address**

TOSHIBA LIGHTING PRODUCTS FRANCE
42 RUE SAINT-DIZIER
NANCY, 54000
FRANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 63,223.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.599** | **Nonpriority creditor's name and mailing address**

TOYOTA PEUGEOT CITROEN AUTOMOBILE
NA HRADBACH 126
KOLIN, 280 02
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 559.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.600** | **Nonpriority creditor's name and mailing address**

TPROFILE MARCIN KOSCIELAK
UL.KROTKA 13
BISKUPICE, 62-007
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 3,063.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.601** | **Nonpriority creditor's name and mailing address**

TR ITALY S.P.A.
VIA GIUSEPPE COSTANTINI 19
FOSSATO DI VICO, 06022
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,241.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.602** | **Nonpriority creditor's name and mailing address**

TRAFIME SPA
VIA RICCARDO COFFA 21
MISTERBIANCO, 95045
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 25,845.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.603** | **Nonpriority creditor's name and mailing address**

TRICOR PACKAGING & LOGISTICS AG
JAKOB-MUELLER.STR. 1
BAD WOERISHOFEN, 84152
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,569.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address**

TRIGO COZUM SAN. VE TIC. A.S
NISBETIYE MAH. AYDIN SK.  BESIKTAS
ISTANBUL, 34340
TURKEY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 17,377.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address**

TRILOGIQ POLAND SP. ZOO
BONIFRATERSKA 17
WARSZAWA, 00-203
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 647.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address**

TRI-WALL POLSKA SP. Z O.O.
OFIAR KATYNIA 5, KOPANKA
SKAWINA, 32-050
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 23,642.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.607** **Nonpriority creditor's name and mailing address**

TRW AUTOMOTIVE ELECTRONICS &
AM PULVERHAUSCHEN 7
ENKENBACH-ALSENBORN, 67677
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 875.21

---

**3.608** **Nonpriority creditor's name and mailing address**

T-SYSTEMS INTERNATIONAL GMBH
ALESSANDRO VOLTA STR. 11
WOLFSBURG, 38440
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23.68

---

**3.609** **Nonpriority creditor's name and mailing address**

TTE INTERNATIONAL
RUE DU LAC LOCHNESS
LES BERGES DU LAC – TUNISIA, 1053
TUNISIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,635.76

---

**3.610** **Nonpriority creditor's name and mailing address**

TUBES INTERNATIONAL SP. Z O.O.
UL.BYSTRA 15 A
POZNAN, 61-366
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,317.11

---

**3.611** **Nonpriority creditor's name and mailing address**

TUBIFICIO DI TERNI S.R.L.
VIALE BENEDETTO BRIN 218
TERNI, 05100
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 409,355.58

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.612** **Nonpriority creditor's name and mailing address**

TUBIFICIO DI TERNI SPA
STRADA DI SABBIONE  91/A
TERNI, 05100
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21.99

---

**3.613** **Nonpriority creditor's name and mailing address**

TUS24 SP. ZOO
UL. TADEUSZA BOYA ZELENSKIEGO 75
KATOWICE, 40-750
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125,968.28

---

**3.614** **Nonpriority creditor's name and mailing address**

TÜV SÜD RAIL GMBH
Barthstrasse 16
Munich, 80339
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 748.98

---

**3.615** **Nonpriority creditor's name and mailing address**

ULBRICHTS GMBH
KAUFING 34
SCHWANENSTADT, 4690
AUSTRIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,744.96

---

**3.616** **Nonpriority creditor's name and mailing address**

ULTER SPORT SP. Z O.O.
WYZWOLENIA 24
WEGIERSKA GORKA, 34-350
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,704.20

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.617 Nonpriority creditor's name and mailing address**

ULTINON MOTION POLAND SA
UL. PARTYZANCKA 66/72
PABIANICE, 95-200
POLAND

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 32,649.12

**3.618 Nonpriority creditor's name and mailing address**

UMICORE AG & CO KG
TROTTAECKER 48
BAD SACKINGEN, 79713
GERMANY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,325.94

**3.619 Nonpriority creditor's name and mailing address**

UNIFRAX EMISSION CONTROL
UNIT 34, GREENFIELD BUSINESS PARK
HOLLYWELL FLINTSHIRE, CH87HJ
UNITED KINGDOM

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 615,994.65

**3.620 Nonpriority creditor's name and mailing address**

UNIFRAX EMISSION CONTROL EUROPE LIM
UNIT 3, GREENFIELD BUSINESS PARK
HOLYWELL FLINTSHIRE, CH8 7HJ
UNITED KINGDOM

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,058.69

**3.621 Nonpriority creditor's name and mailing address**

UNIMET AUTOMOTIVE SP. Z O.O.
UL. MURARSKA 17 A
TYCHY, 43-300
POLAND

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,181.87

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,356.00 |
|---|---|---|---|
| | UNIWAR SP. Z O.O.<br>POLNOCNA 20A<br>JASTRZEBIE-ZDROJ, 44-335<br>POLAND | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 41.15 |
|---|---|---|---|
| | UPS POLSKA SP. ZOO<br>UL. PRADZYNSKIEGO 1/3<br>WARSZAWA, 01-222<br>POLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 65.38 |
|---|---|---|---|
| | URZAD DOZORU TECHNICZNEGO<br>UL.SZCZESLIWICKA34<br>WARSZAWA, 02-353<br>POLAND | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48,569.21 |
|---|---|---|---|
| | UTIL INDUSTRIES SPA<br>VIA GIOVANNI XXIII, 10-14019<br>VILLANOVA D'ASTI, 14019<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,840.08 |
|---|---|---|---|
| | VALE SRL<br>VIA PIAVE 10<br>LUSCIANO, 81030<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** TRADE PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.627** Nonpriority creditor's name and mailing address

VAT COMPLIANCE EUROPE LIMITED
First Floor, Omni House, 252 Belsiz
London, NW6 4BT
UNITED KINGDOM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 2,636.62

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.628** Nonpriority creditor's name and mailing address

VDL NEDCAR BV
DR HUB VAN DOORNEWEG 1
BORN, 6121 RD
NETHERLANDS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,687.22

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.629** Nonpriority creditor's name and mailing address

VEGUM AS
GURNARENSKA 337
DOLNE VESTENICE, 972 23
SLOVAK REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 7,384.49

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.630** Nonpriority creditor's name and mailing address

VICTORA AUTO PRIVATE LIMITED
PLOT NO.42, 7TH AND 8TH FLOOR, SECT
HARYANA, 121001
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 104,857.76

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.631** Nonpriority creditor's name and mailing address

VICTORA AUTOMOTIVE PRIVATE LIMITED
PLOT NO. 4 AND 17,UNIT 1,SECTOR 1B,
HARIDWAR, SIDCUL, 249403
INDIA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$ 5,079.70

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.632** | **Nonpriority creditor's name and mailing address**

VIMI FASTENERS SPA
VIA LABRIOLA 19
NOVELLARA, 42017
ITALY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  22,858.92

---

**3.633** | **Nonpriority creditor's name and mailing address**

VOLKSWAGEN AG
NIEDERSACHSENSTRASSE
EMDEN, 26723
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                185,241.76

---

**3.634** | **Nonpriority creditor's name and mailing address**

VOLKSWAGEN AG
BERLINER RING 2
WOLFSBURG, 38440
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  4,812.01

---

**3.635** | **Nonpriority creditor's name and mailing address**

VOLKSWAGEN BRUXELLES SA
BD.DE LA 2 ARMEE BRITANIQUE 201
BRUXELLES, 1190
BELGIUM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                  7,372.26

---

**3.636** | **Nonpriority creditor's name and mailing address**

VOLKSWAGEN POZNAN SP. Z O.O.
WARSZAWSKA 349
POZNAN, 61-060
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                    203.34

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.637** Nonpriority creditor's name and mailing address

VOLKSWAGEN SLOVAKIA AS
JONASA 1 DEVINSKA NOVA VES
BRATISLAVA 49, 843 02
SLOVAK REPUBLIC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    1,359.23

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.638** Nonpriority creditor's name and mailing address

VOLKSWAGEN ZUBEHOER GMBH
AN DER TRIFT 67
DREIEICH, 63303
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    513.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.639** Nonpriority creditor's name and mailing address

W.L. GORE & ASSOCIATES GMBH
HERMANN-OBERTH-STRASSE 26
PUTZBRUNN, 85640
GERMANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    57,868.95

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.640** Nonpriority creditor's name and mailing address

WAMEX SP ZOO
UL. POZARYSKIEGO 28
WARSZAWA, 04-703
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    795.90

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.641** Nonpriority creditor's name and mailing address

WASKO SA
BERBECKIEGO 6
GLIWICE, 44-100
POLAND

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  TRADE PAYABLE

$                    2,098.24

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.642** **Nonpriority creditor's name and mailing address**

WEBER AUTOMATION SRO
SMIDKOWA C.P.1123, C.O 5
BRNO, 616 00
CZECH REPUBLIC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 576.24

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.643** **Nonpriority creditor's name and mailing address**

WELDCUT SPAWANIE I CIECIE S.C.
UL.KOPALNIANA 5
MYSLOWICE, 41-400
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 1,791.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.644** **Nonpriority creditor's name and mailing address**

WILHELM PLASTIC GMBH CO. KG
KOERLER STRASSE 5
FLOH SELIGENTHAL, 98593
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 7,156.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.645** **Nonpriority creditor's name and mailing address**

WIOLETTA GAWRON UNIACHEM
UL WOPISTOW 8
SOSNOWIEC, 41-215
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 2,808.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**

WITTE AUTOMOTIVE BULGARIA EOOD
UL. "INDUSTRIALEN PARK" 19
RUSE, 7009
BULGARIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

$ 11,739.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.647** **Nonpriority creditor's name and mailing address**

WPPHU HATRON SC HENRYK HAJDZINSKI
RADZIKOWSKIEGO 51
KRAKOW, 31-305
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80.45

---

**3.648** **Nonpriority creditor's name and mailing address**

WRAZIDLO P.H.U.
KOLEJOWA 5A
SUMINA, 44-295
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 978.30

---

**3.649** **Nonpriority creditor's name and mailing address**

WRAZIDLO SP. Z O.O.
UL. KOLEJOWA 5A
SUMINA, 44-295
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15,852.41

---

**3.650** **Nonpriority creditor's name and mailing address**

WSP POLSKA SP. Z O.O.
Rondo Daszyńskiego 2b
Warszawa, 00-843
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,151.71

---

**3.651** **Nonpriority creditor's name and mailing address**

WURTH POLSKA SP Z O.O.
UL. POSAG 7 PANIEN 1
WARSZAWA, 02-495
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 954.36

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,614.03 |
|---|---|---|---|

WYDAWNICTWO WAG-TECH HAHN KATARZYNA
UL. GLOWNA 12
CZERWIECICE, 47-415
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,767.71 |
|---|---|---|---|

X MACHINE S.R.L.
C.SO PIERA CILLARIO FERRERO,8
ALBA, 12051
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,616.81 |
|---|---|---|---|

XIXIA INTAKE & EXHAUST
XIXIA COUNTY INDUSTRY ROAD
HENAN PROVINCE 474500,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 559.85 |
|---|---|---|---|

XRAY-LAB SLOVENSKO K.S.
CEMENTARSKA 15
STUPAVA, 900 31
SLOVAK REPUBLIC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 16.47 |
|---|---|---|---|

YUSEN LOGISTICS (POLSKA) SP. Z O.O.
UL.DOMANIEWSKA 34A
WARSZAWA, 02-672
POLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.657** | **Nonpriority creditor's name and mailing address**

Z + M SERVICE, SP ZOO
UL. STAWOWA 67
CIESZYN, 43-400
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,430.88

---

**3.658** | **Nonpriority creditor's name and mailing address**

ZAKLAD DOSKONALENIA ZAWODOWEGO
UL.KRASINSKIEGO 2
KATOWICE, 40-952
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,463.31

---

**3.659** | **Nonpriority creditor's name and mailing address**

ZAKLAD OPTYCZNY BARBARA MAREK
UL.3 MAJA 21
SOSNOWIEC, 41-200
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 192.81

---

**3.660** | **Nonpriority creditor's name and mailing address**

ZAKLAD PRODUKCJI ELEKTRYCZNYCH
UL. STASZICA 34
NOWA SLUPIA, 26-006
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 185.12

---

**3.661** | **Nonpriority creditor's name and mailing address**

ZAKLAD REMONTOWO-BUDOWLANY BUDOMAT
UL. TYSIACLECIA 4/189
DABROWA GORNICZA, 41-303
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22.76

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.662 Nonpriority creditor's name and mailing address**

ZAKLAD USLUG ELEKTRO-INSTALACYJNYCH
MAZANCOWICE 513
MAZANCOWICE, 43-391
POLAND

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,712.85

**3.663 Nonpriority creditor's name and mailing address**

ZALESI A.S.
UHERSKOBRODSKA 119
LUHACOVICE, 763 26
CZECH REPUBLIC

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,554.32

**3.664 Nonpriority creditor's name and mailing address**

ZAPAMET SP. Z O.O.
UL. RYBNICKA 86
RZUCHOW, 44-285
POLAND

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 31,247.54

**3.665 Nonpriority creditor's name and mailing address**

ZATORCAL, S.L.
CAMI VELL A SANT CELONI, S/N
STA.MARIA DE PALAUTORDERA, 08460
SPAIN

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,453.82

**3.666 Nonpriority creditor's name and mailing address**

ZEIBINA KUNSTSTOFF-TECHNIK GMBH
AM PUSCHWITZER PARK 15
PUSCHWITZ, 02699
GERMANY

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE PAYABLE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,614.94

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|--------|--------------------------------------|------------------------|----------|
|        | Name                                 |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.667** **Nonpriority creditor's name and mailing address**

ZEMED ZAKLAD ELEKTROMECHANIKI
UL.LABEDZIA 10
SOSNOWIEC, 41-208
POLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,455.63

---

**3.668** **Nonpriority creditor's name and mailing address**

ZES ZOLLNER ELECTRONIC SRL
PARC INDUSTRIAL SUD - FN
SATU MARE, 440247
ROMANIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 126,580.03

---

**3.669** **Nonpriority creditor's name and mailing address**

ZHEJIANG SIMTEK AUTO ELECTRONIC
Zhejiang No.6, XingMei Road, ChengT
XINCHANG, 312560
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,703.38

---

**3.670** **Nonpriority creditor's name and mailing address**

ZOLLNER ELEKTRONIK AG
MANFRED-ZOLLNER STRASSE 1
ZANDT, 93499
GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 452,291.08

---

**3.671** **Nonpriority creditor's name and mailing address**

ZOLLNER ELEKTRONIK GYARTO ES
DEAKVARI FASOR 16-18
VAC, 2600
HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,287,393.40

---

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): | 25-11075 |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ☐ Not listed.  Explain | |
| 4.2 | | Line ☐ Not listed.  Explain | |
| 4.3 | | Line ☐ Not listed.  Explain | |
| 4.4 | | Line ☐ Not listed.  Explain | |
| 4.5 | | Line ☐ Not listed.  Explain | |
| 4.6 | | Line ☐ Not listed.  Explain | |
| 4.7 | | Line ☐ Not listed.  Explain | |
| 4.8 | | Line ☐ Not listed.  Explain | |
| 4.9 | | Line ☐ Not listed.  Explain | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known) | 25-11075 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 4:</strong></td><td><strong>Total Amounts of the Priority and Nonpriority Unsecured Claims</strong></td></tr>
</table>

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  |  | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ | 135,647,783.54 |
| | | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 135,647,783.54 |
| | | | | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name            Marelli Sosnowiec Poland Sp. z. o.o.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    25-11075

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE AGREEMENT | ADECCO POLAND SP. Z O.O.<br>00-844 WARSAW, PL. EUROPEJSKI 2 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED:<br>03/01/2017 | ADECCO POLAND SP. Z O.O.<br>00-844 WARSZAWA, PL. EUROPEJSKI 2 REPRESENTED BY JADWIGA KOWALSKA - OFFICE MANAGER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED:<br>03/20/2015 | ADECCO POLAND SP. Z O.O.<br>REPRESENTED BY: MACIEJ PUSTOL - REGIONAL DIRECTOR<br>00-854 WARSAW, AL. JANA PAWLA II NR 13 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED:<br>04/01/2003 | ADECCO POLAND SP. Z O.O.<br>UL. 3 MAJA 22/3<br>BIURO KATOWICE<br>TEL.<br>KATOWICE, 40-097<br>POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED:<br>02/22/2017 | ADECCO POLAND SP. Z O.O.<br>00-844 WARSZAWA, PL. EUROPEJSKI 2 REPRESENTED BY MARTA KOZIARSKA - SALES AND RECRUITMENT CONSULTANT |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 01/01/2014 | AKTRION FRANCE SAS<br>58, BOULEVARD JACQUARD<br>CALAIS, F-62100<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 09/01/2013 | AKTRION FRANCE SAS<br>58, BOULEVARD JACQUARD<br>CALAIS, F-62100<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE CONTRACT DATED: 09/01/2013 | AKTRION FRANCE SAS<br>58, BOULEVARD JACQUARD<br>CALAIS, F-62100<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT CONTRACT DATED: 09/20/2013 | AKTRION FRANCE SAS - CAPITAL<br>58, BOULEVARD JACQUARD<br>CALAIS, 62100<br>FRANCE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS OF OPERATING LEASE OF VEHICLES DATED: 05/02/2022 | ALPHABET POLSKA FLEET MANAGEMENT SP. Z O.O.<br>WOLOSKA 22 A, 02\|675 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | DETAILED LEASING TERMS: 05/17/2022 | ALPHABET POLSKA FLEET MANAGEMENT SP. Z O.O.<br>UL. WOŁOSKA 22A, 02-675 WARSZAWA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE SUPPLY OF GAS IN CYLINDERS DATED: 03/21/2022 | AMERIGAS POLSKA SP. Z O.O.<br>WARSAW (03-152), 344 MODLINSKA STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known): 25-11075 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT REGARDING SPORTS AND RECREATIONAL EVENT DATED: 05/27/2018 | ANDRZEJ FILIPIAK SPORTS AND ADVERTISING AGENCY BIELSKO-BIALA AT UL. ZEGADLOWICZA3/2, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 03/28/2019 | ANDRZEJ FILIPIAK SPORTS AND ADVERTISING AGENCY BIELSKO-BIALA AT UL. ZEGADLOWICZA3/2 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR SPORTS AND RECREATIONAL EVENT | ANDRZEJ FILIPIAK SPORTS AND ADVERTISING AGENCY BIELSKO-BIALA AT UL. ZEGADLOWICZA3/2 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | WORK COMMISSIONING AGREEMENT | AQS CO., LTD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 07/27/2022 | ARCHE CONSULTING SP. Z O.O. MORELOWA STREET NO 25 KATOWICE, 40-112 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 07/28/2022 | ARCHE CONSULTING SP. Z O.O. MORELOWA STREET NO 25 KATOWICE, 40-112 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 09/30/2008 | ATMOTERM SP. Z O.O. 45-061 OPOLE, 35 KATOWICKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE AGREEMENT DATED: 11/03/2013 | AUCHAN POLSKA SP. Z O. PIASECZNO AT 46 PUTAWSKA STREET; REPRESENTED BY ARTUR PAPIERNIAK - DIRECTOR OF THE HYPERMARKET; WOJCIECH BUCZEK - MANAGEMENT CONTROLLER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 04/05/2016 | AUCHAN POLSKA SP. Z O. O PULAWSKA 46 05- 500 PIASECZNO SHOPPING CENTER UL. ZUZANNY 20, 41-207 SOSNOWIEC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 01/07/2013 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT Ul. PULAWSKA 46; |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 01/15/2014 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 07/15/2013 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA REPRESENTED BY ARTUR PAPIERNIAK - DIRECTOR OF THE HYPERMARKET; WOJCIECH BUCZEK - MANAGEMENT CONTROLLER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 09/03/2015 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA STREET; REPRESENTED BY DARIUSZ KUBARSKI - DIRECTOR OF THE HYPERMARKET; WOJCIECH BUCZEK - MANAGEMENT CONTROLLER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 10/28/2014 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                           Case number (if known):   25-11075

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 01/14/2015 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA STREET; REPRESENTED BY DARIUSZ KUBARSKI - DIRECTOR OF THE HYPERMARKET; WOJCIECH BUCZEK - MANAGEMENT CONTROLLER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 12/11/2013 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA REPRESENTED BY ARTUR PAPIERNIAK - DIRECTOR OF THE HYPERMARKET; WOJCIECH BUCZEK - MANAGEMENT CONTROLLER A |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 03/14/2011 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 02/10/2012 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 2 TECHNIKA STREET; REPRESENTED BY ARTUR PAPIERNIAK - DIRECTOR OF THE HYPERMARKET; WOJCIECH BUCZEK - MANAGEMENT CONTROLLER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 03/06/2014 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA STREET; |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 06/11/2015 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PUTAWSKA STREET; REPRESENTED BY DARIUSZ KUBARSKI - DIRECTOR OF THE HYPERMARKET; WOJCIECH BUCZEK - MANAGEMENT CONTROLLER |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 07/12/2015 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PULAWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 01/01/2015 | AUCHAN POLSKA SP. Z O. O. PIASECZNO AT 46 PULAWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | PREMISES LEASE AGREEMENT DATED: 02/29/2016 | AUTOMOBILE DACIA S.A STR. UZINEI NR. 1 MIOVENI, JUD. ARGES, ROMANIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY AGREEMENT DATED: 03/01/2014 | AUTOMOTIVE LIGHTING LLC 3900, AUTOMATION AVENUE AUBURN HILLS, MI 48326 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | APPLICATION FORM DATED: 07/29/1998 | AVIS |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | BANK LETTER DATED: 12/21/2007 | BANK POLSKA KASA OPIEKI S.A. WARSAW AT 53/57 GRZYBOWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 11/02/2011 | BCS POLSKA SP. Z O.O. NOWY SACZ, 33-300 NOWY SACZ, AL. J. PITSUDSKIEGO 46, REPRESENTED BY: JAROSTAW CWIKTA - PRESIDENT OF THE MANAGEMENT BOARD, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE OF ZEBRA PRINTER DEVICES DATED: 12/01/2005 | BCS POLSKA SP.Z O.O. NOWY SACZ,ADDRESS 33-300 NOWY SACZ GRUNWALDZKA 174 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): | 25-11075 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | PROPOSAL FOR THE MANAGEMENT OF EXCISE DUTIES DATED: 10/28/2022 | BDO SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ SP.K. UL. POSTĘPU 12 WARSZAWA, 02-676 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | SALE AGREEMENT DATED: 06/01/1999 | BEDZINSKI ZAKTAD ELEKTROENERGETYCZNY SA BEDZIN AT 141 MATOBADZKA STREET, BANK HANDLOWY O/KATOWICE FILIA SOSNOWIEC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 01/02/2018 | BENEFIT SYSTEMS SPOLKA AKCYJNA WARSAW, ADDRESS: PLAC EUROPEJSKI 2, 00-844 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/01/2017 | BENEFIT SYSTEMS SPOTKA AKCYJNA WARSAW 00-844, PLAC EUROPEJSKI 2 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/04/2013 | BENEFIT SYSTEMS SPOTKA AKCYJNA WARSAW 00-097, 6 FREDRY STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/29/2015 | BERENDSEN TEXTILE SERVICE SP. Z O.O. ZUKOWO, 1 DUNSKA STREET, 83-330 ZUKOWO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO INCREASE THE SCOPE OF THE RENTAL AND SERVICE DATED: 03/29/2019 | BERENDSEN TEXTILE SERVICE SP. Z O.O. ZUKOWO, DUNSKA 1, 83-330 ZUKOWO, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known):   25-11075
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.48 **State what the contract or lease is for and the nature of the debtor's interest** | TRIPARTITE AGREEMENT | BIURO TURYSTYCZN "JAWORZYNA" TOUR KRAKOW, RYNEK PODGORSKI 7, |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| 2.49 **State what the contract or lease is for and the nature of the debtor's interest** | TRIPARTITE AGREEMENT DATED: 04/22/2015 | BIURO TURYSTYKI "JAWORZYNA" TOUR - KACZMARCZYK KRAKOW, RYNEK PODGORSKI 7, |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| 2.50 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | BP EUROPA SE 1 JASNOGORSKA STREET, 31-358 KRAKOW |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| 2.51 **State what the contract or lease is for and the nature of the debtor's interest** | BANK LETTER DATED: 08/09/2007 | BRE BANK SPOTKA AKCYJNA CORPORATE BRANCH LODZ BRE BANK SA, 18 SENATORSKA STREET, 00-950 WARSAW |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| 2.52 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 05/01/2016 | BT POLAND SP. Z O.O. AL. ARMII LUDOWEJ 14 00-638 WARSAW, |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| 2.53 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 10/28/2011 | BTHU COME - WEATHER 43-600 JAWORZNO, 18/19 URZEDNICZA STREET ATTN: JACEK ORZECHOWSKI |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest** | SALE AGREEMENT DATED: 01/31/2023 | CANON POLSKA SP. Z O.O. GOTTLIEBA DAIMLERA 2, 02-460 WARSZAWA, 022 500 21 00, 022 500 21 10 |
| **State the term remaining** | Undetermined | |
| **List the contract number of any government contract** | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): | 25-11075 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 01/17/2020 | CANON POLSKA SP. Z O.O. HIVE. GOTTLIEBA DAIMLERA 2, 02-460 WARSAW |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.56** | **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX TO THE SERVICE, CONSUMABLES, SUPPORT AGREEMENT DATED: 01/17/2020 | CANON POLSKA SP. Z O.O. GOTTLIEBA DAIMLERA 2, 02-460 WARSZAWA, 022 500 21 00, 022 500 21 10 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.57** | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX TO THE LEASE AGREEMENT DATED: 02/22/2023 | CANON POLSKA SP. Z O.O. HIVE. GOTTLIEBA DAIMLERA 2, 02-460 WARSAW, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.58** | **State what the contract or lease is for and the nature of the debtor's interest** | PLOTTERS SERVICE AGREEMENT DATED: 01/17/2020 | CANON POLSKA SP. Z O.O. UI. GOTTLIEBA DAIMLERA 2, 02-460 WARSAW |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest** | ELECTRICITY SALES AGREEMENT DATED: 04/18/2018 | CEZ TRADE POLSKA JEROZOLIMSKIE 63, 00-697 WARSAW |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OF MANDATE DATED: 09/26/2010 | CITY LANGUAGE SCHOOL KATOWICKA 107, 41-500 CHORZOW |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT OF MANDATE | CITYLANGUAGE SCHOOL 41-500 CHORZOW, UL. KATOWICKA 107 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/06/2017 | CLAR SERWIS LIMITED LIABILITY COMPANY JANICKIEGO 20B, 60-542 POZNAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES DATED: 02/06/2017 | CLAR SERWIS LIMITED LIABILITY COMPANY JANICKIEGO 20B, 60-542 POZNAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE AGREEMENT DATED: 01/01/2022 | CLAR SERWIS SP. Z O. O. 20B JANICKIEGO STREET, 60-542 POZNAŃ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT DATED: 06/02/2017 | CLAR SERWIS SP. Z O. O. 20B JANICKIEGO STREET, 60-542 POZNAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX NO. 1 TO AGREEMENT NO DATED: 06/02/2017 | CLAR SERWIS SP. Z O.O JANICKIEGO 20B, 60-542 POZNAN REPRESENTED BY: MANAGEMENT BOARD, TOMASZ STRABURZYNSKI - PRESIDENT OF THE MANAGEMENT BOARD, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO AGREEMENT DATED: 01/01/2022 | CLAR SERWIS SP. Z O.O 20B JANICKIEGO STREET, 60-542 POZNAŃ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX NO. 3 TO AGREEMENT DATED: 03/01/2019 | CLAR SERWIS SP. Z O.O UL. JANICKIEGO 20B, 60-542 POZNAN, ATTN: TOMASZ STRABURZYNSKI - PRESIDENT OF THE MANAGEMENT BOARD, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known): 25-11075
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX NO. 9 TO THE AGREEMENT DATED: 01/01/2024 | CLAR SERWIS SP. Z O.O. UL. JANICKIEGO 20B, 60-542 POZNAŃ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX NO. 2 TO AGREEMENT DATED: 06/02/2017 | CLAR SERWIS SP. Z O.O. UL. JANICKIEGO 20B, 60-542 POZNAN ATTN: TOMASZ STRABURZYNSKI - PRESIDENT OF THE MANAGEMENT BOARD, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICE DATED: 06/02/2017 | CLAR SERWIS SPÓŁKA Z OGRANICZONĄ ODPOWIEDZIALNOŚCIĄ UL. JANICKIEGO 20B, 60-542 POZNAŃ |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.72** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT DATED: 06/02/2017 | CLAR SERWISSP. Z O. O. 20B JANICKIEGO STREET, 60-542 POZNAN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.73** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE COLLECTION AND NEUTRALIZATION OF PLASTIC WASTE DATED: 12/01/2011 | CO-INSTILATOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.74** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PRINTER SERVICE AND SUPPLIES DATED: 09/05/2006 | COLEMAN INTERNATIONAL SP. Z O.O. 02-954 WARSAW UL. KROLOWEJ MARYSIENKI 76 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.75** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION LETTER DATED: 10/25/2022 | COMPASS GROUP POLAND SP. Z O. O. JANA OLBRACHTA 94 01-102 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known)    25-11075
            Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 11/01/2013 | CONPERIO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 08/15/2024 | CTP TAU POLAND SP. Z O.O. UL. RONDO ONZ 1 WARSAW, 00-124 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 07/05/2024 | CTP TAU POLAND SP. Z O.O. RONDO ONZ 1 WARSAW, 00-124 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 07/05/2024 | CTP TAU SP. Z O.O. ATTN: WOJCIECH KAMIŃSKI – PEŁNOMOCNIK, REGIONAL CONSTRUCTION DIRECTOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY VALUATION OF LAND PROPERTY LOCATED IN SOSNOWIEC DATED: 04/24/2013 | CUSHMAN & WAKEFIELD POLSKA SP. Z O.O. PLAC PIŁSUDSKIEGO 1 WARSAW, 00-078 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 03/08/2016 | CY MIG OBROT DETALICZNY SPOLKA Z OGRANICZONA ODPOWIEDZIALNOSCIA WARSAW AT UL MAR: - SOBIERZEKA 250 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT REGARDING LANGUAGE COURSE DATED: 09/29/2014 | DAMAR UL. KILINSKIEGO 38-46/L.III 41-200 SOSNOWIEC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known): | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/15/2009 | DELIKOMAT POLSKA SP. Z 0.0<br>43-300 BIELSKO-BIATA, 10 LELEWELA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 06/26/2013 | DHL EXPRESS (POLAND) SP. Z O.O.<br>WARSAW 02-823, 2 OSMAHSKA STREET, REPRESENTED BY: 1. AGNIESZKA GRADZKA - SALES REPRESENTATIVE FOR TELESALES 2. MONIKA JABLOHSKA - TELESALES COORDINATOR |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF MANDATE DATED: 01/19/2022 | DISTRICT OFFICE OF MEASURES IN SZCZECIN<br>PLAC LOTNIKÓW 4/5, 70-414 SZCZECIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR WATER SUPPLY AND SEWAGE DISPOSAL DATED: 10/27/2009 | DISTRICT WATER AND SEWERAGE COMPANY<br>41-200 SOSNOWIEC, 43 OSTROGORSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE COLLECTION AND NEUTRALIZATION OF PLASTIC WASTE DATED: 12/01/2011 | DREWNEX RECYCLING PLASTICS PRZEMYSLAW MISKIEWICZ I S-KA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE COLLECTION OF PLASTIC WASTE | DRP GROUP PRZEMYSLAW MISKIEWICZ I WSPOLNICY SPOLKA JAWNA<br>42-520 DABROWA GORNICZA, 6 CHEMICZNA STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE COLLECTION AND NEUTRALIZATION OF PLASTIC WASTE DATED: 05/24/2018 | DRP GROUP PRZEMYSTAW MISKIEWICZ I WSPOLNICY SPOTKA JAWNA<br>CHEMICZNA 6 42-520 DABROWA GORNICZA NIP: 629-20-67-696 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): | 25-11075 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SALE AGREEMENT DATED: 12/02/2016 | EDF POLSKA S.A. WARSAW, ZLOTA 59 STREET, POSTAL CODE: 00-120 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | COMPREHENSIVE AGREEMENT FOR THE SUPPLY OF GASEOUS FUEL DATED: 01/01/2025 | ELENGER LIMITED LIABILITY COMPANY SKARYSZEWSKA 7, 03-802 WARSAW 0000931475 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | COMPREHENSIVE AGREEMENT FOR THE SUPPLY OF GASEOUS FUEL DATED: 01/01/2025 | ELENGER LIMITED LIABILITY COMPANY SKARYSZEWSKA 7, 03-802 WARSAW 0000931475 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | GAS FUEL SUPPLY OFFER DATED: 01/01/2025 | ELENGER SP. Z O.O. SKARYSZEWSKA 7, 03-802 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE RENTAL AND SERVICE AGREEMENT DATED: 03/22/2022 | ELIS TEXTILE SERVICE SP. Z O.O DUŃSKA 1, 83-330 ŻUKOWO |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SALE AGREEMENT DATED: 12/02/2019 | ENEFIT MOKOTOWSKA 1, 00-640 WARSAW, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SALE OFFER DATED: 01/01/2023 | ENEFIT SP. Z O.O MOKOTOWSKA 1 WARSZAWA, 00-640 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): | 25-11075 |
|---|---|---|---|
| | Name | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.97** | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SALE OFFER DATED: 01/01/2020 | ENEFIT SP. Z O.O MOKOTOWSKA 1 WARSZAWA, 00-640 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.98** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ENGLISH LANGUAGE COURSE DATED: 01/10/2013 | ENGLISH 360 POTOMSKA 45A, 44-330, JASTRZEBIE ZDROJ, NIP: 633-204-92-64, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.99** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 09/29/2014 | ENGLISH 360 ROBERT STENCEL POLOMSKA 45A, 44-330, JASTRZEBIE ZDROJ, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.100** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTOR FOR THE CONDUCTED CLASSES DATED: 10/04/2010 | -ENGLISH SKI LANGUAGE AGNIESZKA DAROCZYNSKA-NANKIEWICZ 41-200 SOSNOWIEC, VI. : + TOWA 61D/31 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.101** | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE PRODUCT MAINTENANCE AGREEMENT DATED: 01/01/1996 | ENIAC S.R.L. TURIN C.SO UNITED STATES NO. 15 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF ELECTRICITY DISTRIBUTION SERVICES DATED: 12/20/2010 | ENION S.A. 141 MALOBQDZKA STREET, 42-500 BEDZIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 12/10/2006 | ESTRADA SLASKA KATOWICE AT 88 KOSCIUSZKI STREET REPRESENTED BY: DIRECTOR - DOROTA POCIASK-FRACEK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                                   Case number (if known)   25-11075
         Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/09/2017 | EUREST POLAND SP. Z O.O. WARSAW, ADDRESS: 94 OLBRACHTA STREET, 01-102 WARSAW REPRESENTED BY KLEBERT 1606/ . MANAGER FINANSOU |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR THE PROVISION OF TELECOMMUNICATIONS SERVICES | EXATEL S.A. UL. PERKUNA 47 WARSZAWA, 04-164 POLAND |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest — TRANSPORTATION SERVICE AGREEMENT DATED: 01/02/2018 | EXHAUST SYSTEMS 41 - 200 SOSNOWIEC, 80 MIKOLAJCZYKA STREET |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest — DATA PROCESSING AGREEMENT DATED: 05/06/2019 | FCA SERVICES POLSKA SP. Z O.O. 72 WĘGLOWA STREET BIELSKO-BIAŁA, 43-346 POLAND |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest — PURCHASE ORDER AGREEMENT DATED: 01/02/2017 | FCA SERVICES POLSKA SP. Z O.O. BIELSKO-BIALA, UL, WEGLOWA 72, REPRESENTED BY ETTORE ACTIS GORETTA, VICE-PRESIDENT OF THE MANAGEMENT BOARD, |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest — APPENDIX TO THE AGREEMENT DATED: 02/18/2019 | FCA SERVICES POLSKA SP. Z O.O. BIELSKO-BIATA, UL, WEGLOWA 72, |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest — APPENDIX TO THE AGREEMENT DATED: 02/01/2019 | FCA SERVICES POLSKA SP. Z O.O. BIELSKO-BIALA, UL, WEGLOWA 72, |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | FIAMM ENERGY TECHNOLOGY SPA VIALE EUROPA 75, MONTECCHIO MAGGIORE, 36075 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION LETTER DATED: 10/04/2012 | FIAT AUTOMOBILI SRBIJA DOO KOSOVSKA 4 KRAGUJEVAC, 34000 SRBIJA |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION LETTER DATED: 10/04/2012 | FIAT GROUP PURCHASING S.R.L FIAT GROUP AUTOMOBILES S.P.A. CORSO GIOVANNI AGNELLI, 200 TORINO, 10135 ITALY |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENTS DATED: 06/01/2001 | FIAT SERVICES POLSKA SP. Z O.O. BIELSKO-BIATA, CODE 43-346, 72 WEGLOWA STREET, REPRESENTED BY ETTORE ACTIS GORETTA - VICE-PRESIDENT OF THE MANAGEMENT BOARD, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE OF ACCOUNTING DOCUMENTS DATED: 10/02/2012 | FIAT SERVICES POLSKA SP. Z O.O. BIELSKO-BIALA, 72 WEGLOWA STREET, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING USAGE AGREEMENT DATED: 01/01/2012 | FORD ESPANA S.L POLIGONO INDUSTRIAL S/N ALMUSSAFES, VALENCIA, 46440 SPAIN |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | TOOLING USAGE AGREEMENT DATED: 01/01/2012 | FORD MOTOR COMPANY LIMITED ROOM GA-A03 ARTERIAL ROAD LAINDON, ESSEX, SS15 6EE UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): | 25-11075 |
| | Name | | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | TOOLING USAGE AGREEMENT DATED: 01/01/2012 | FORD-WERKE GMBH HENRY-FORD-STR. 1 KDLN, 50735 GERMANY |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER AGREEMENT DATED: 11/22/2016 | GESTIN POLSKA SP. Z O.O BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX TO THE AGREEMENT DATED: 02/18/2019 | GESTIN POLSKA SP. Z O.O BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR PREPARING GIFTS | GESTIN POLSKA SP. Z O.O BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | STORAGE OF ACCOUNTING DOCUMENTS DATED: 10/02/2012 | GESTIN POLSKA SP. Z O.O BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX TO THE AGREEMENT DATED: 02/01/2019 | GESTIN POLSKA SP. Z O.O BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER AGREEMENT DATED: 10/28/2013 | GESTIN POLSKA SP. Z O.O BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                                              Case number (if known):   25-11075
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.125** **State what the contract or lease is for and the nature of the debtor's interest** — TRIPARTITE AGREEMENT DATED: 04/22/2015 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.126** **State what the contract or lease is for and the nature of the debtor's interest** — TRIPARTITE AGREEMENT | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.127** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT DATED: 10/21/2014 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.128** **State what the contract or lease is for and the nature of the debtor's interest** — TRIPARTITE AGREEMENT DATED: 04/25/2016 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.129** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT DATED: 11/12/2015 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.130** **State what the contract or lease is for and the nature of the debtor's interest** — TRIPARTITE AGREEMENT DATED: 04/17/2013 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** — TRIPARTITE AGREEMENT DATED: 04/16/2014 | GESTIN POLSKA SP. Z O.O. BIELSKO-BIATA, UL. GRAZYHSKIEGO 141 |
| **State the term remaining** — Undetermined | |
| **List the contract number of any government contract** | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                                Case number (if known):   25-11075
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.132** State what the contract or lease is for and the nature of the debtor's interest: PURCHASE ORDER AGREEMENT DATED: 01/22/2020 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | GEZET SP. Z O. O. USTOWO 57 LIMITED PARTNERSHIP SZCZECIN MR. P. WAGNER REF.: PROCUREMENT AND ADMINISTRATION WARSAW SZCZECIN, 70-001 POLAND |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest: ANNEX TO THE CONTRACT ON THE USE OF TEMPORARY WORKERS DATED: 01/20/2022 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | GI GROUP SP. Z O.O. KATOWICE AT 11 JANA III SOBIESKIEGO STREET |
| **2.134** State what the contract or lease is for and the nature of the debtor's interest: ANNEX TO THE CONTRACT ON THE USE OF TEMPORARY WORKERS <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | GI GROUP SP. Z O.O. KATOWICE, JANA LIL SOBIESKIEGO 11 |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest: ANNEX TO THE CONTRACT ON THE USE OF TEMPORARY WORKERS DATED: 01/07/2016 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | GI GROUP SP. Z O.O. KATOWICE, JANA III SOBIESKIEGO 11 |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest: ANNEX TO THE CONTRACT ON THE USE OF TEMPORARY WORKERS DATED: 02/15/2012 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | GI GROUP SP. Z O.O. KATOWICE, JANA III SOBIESKIEGO 11 |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest: APPENDIX DATED: 01/01/2020 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | GI GROUP SP. Z O.O. KATOWICE AT 11 JANA III SOBIESKIEGO STREET |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest: ANNEX TO THE CONTRACT ON THE USE OF TEMPORARY WORKERS DATED: 01/01/2022 <br><br> State the term remaining: Undetermined <br><br> List the contract number of any government contract | GI GROUP SP. Z O.O. KATOWICE AT 11 JANA III SOBIESKIEGO STREET |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                          Case number (if known):  25-11075

Name

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.139** State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT ON THE USE OF TEMPORARY WORKERS DATED: 01/03/2015 — GI GROUP SP. Z O.O. KATOWICE, 11 JANA III SOBIESKIEGO STREET, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.140** State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE CONTRACT ON THE USE OF TEMPORARY WORKERS DATED: 10/31/2022 — GI GROUP SP. Z O.O. KATOWICE AT 11 JANA III SOBIESKIEGO STREET |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.141** State what the contract or lease is for and the nature of the debtor's interest | TRAVEL AGENCY AGREEMENT DATED: 04/21/2018 — GRAL TRAVEL AGENCY ATTN: ALINA ZGORZELSKA WISTA, 2 FIEDOROWSKA STREET, SILESIAN VOIVODESHIP OFFICE IN KATOWICE |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.142** State what the contract or lease is for and the nature of the debtor's interest | TRIPARTITE AGREEMENT DATED: 04/25/2016 — GRAMADA TRAVEL AGENCY ZYWIEC, 3/1 MATA STREET |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.143** State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED: 01/26/2012 — GREEN TEC CORPORATION 4F MEIFFICE MEIEKI BLDG 4-26-25 MEIEKI NAKAMURA-KU NAGOYA-CITY, 450-0002 JAPAN |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.144** State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT — GREEN TEC CORPORATION 4F MEIFFICE MEIEKI BLDG 4-26-25 MEIEKI NAKAMURA-KU NAGOYA-CITY, 450-0002 JAPAN |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.145** State what the contract or lease is for and the nature of the debtor's interest | SUBCONTRACT AGREEMENT DATED: 01/26/2012 — GREENTECCORPORATION 4F MEIFFICE MEIEKI BLDG 4-26-25 MEIEKI NAKAMURA-KU NAGOYA-CITY, 450-0002 JAPAN |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

---

Debtor   Marelli Sosnowiec Poland Sp. z. o.o. _____   Case number (if known): 25-11075 _____

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.146** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF THE LEASE AGREEMENT DATED: 10/28/2012 | HANDEL GASTRONOMIA MARIOLA WLOKA KATOWICE, AL. KORFANTEGO 48/36 |

State the term remaining — Undetermined

List the contract number of any government contract

| **2.147** State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | HAYNESPRO B.V. FLANKEMENT 6 LEUSDEN, THE NETHERLANDS |
|---|---|---|

State the term remaining — Undetermined

List the contract number of any government contract

| **2.148** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT ADDENDUM | HEWLETT PACKARD ENTERPRISE POLSKA SP Z O O. UI. SZTURMOWA 2A ATTN: OPERATIONS MANAGER WARSZAWA, 02-678 POLAND |
|---|---|---|

State the term remaining — Undetermined

List the contract number of any government contract

| **2.149** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/30/2020 | HEWLETT PACKARD ENTERPRISE POLSKA SP. Z O.O. UI. SZTURMOWA 2A ATTN: OPERATIONS MANAGER WARSZAWA, 02-678 POLAND |
|---|---|---|

State the term remaining — Undetermined

List the contract number of any government contract

| **2.150** State what the contract or lease is for and the nature of the debtor's interest | GLOBAL MASTER LEASE AND FINANCING AGREEMENT DATED: 01/30/2020 | HEWLETT-PACKARD ENTERPRISE POLSKA SP. Z O.O. UL. SZTURMOWA 2A UNIVERSITY BUSINESS CENTER II WARSAW, 02-678 POLAND |
|---|---|---|

State the term remaining — Undetermined

List the contract number of any government contract

| **2.151** State what the contract or lease is for and the nature of the debtor's interest | HOTEL SERVICE AGREEMENT DATED: 05/10/2017 | HOLIDAY INN DABROWA GORNICZA ALEJA ROZ 1A DABROWA GORNICZA, 41-300 POLAND |
|---|---|---|

State the term remaining — Undetermined

List the contract number of any government contract

| **2.152** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE DISPLAY OF ADVERTISING DATED: 07/08/2019 | HOUSING COOPERATIVE SOSNOWIEC, 1E GWIAZDA STREET |
|---|---|---|

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.153** | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SALE AGREEMENT DATED: 12/05/2024 | IGNITIS POLSKA SP. Z O.O. WARSAW, PUŁAWSKA 2, BUILDING A, 02-566 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.154** | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SALE AGREEMENT DATED: 01/01/2025 | IGNITIS POLSKA SP. Z O.O. WARSAW, PUŁAWSKA 2, BUILDING A, 02-566 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.155** | State what the contract or lease is for and the nature of the debtor's interest | OUT-OF-COURT SETTLEMENT AGREEMENT DATED: 06/17/2011 | INDUSTRIAS ARTEB S.A. AVENIDA PIRAPORINHA, N° 1221 (ROOM 01)-VILA OLGA, SAO BERNARDO DO CAMPO, SP |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.156** | State what the contract or lease is for and the nature of the debtor's interest | TRANE RENTAL SERVICES AGREEMENT DATED: 07/04/2017 | INGERSOLL-RAND POLSKA SP. Z O O KOLEJOWA 5/7 WARSAW, 01-217 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.157** | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT DATED: 11/02/2009 | INVENIO SP Z O.O. BIELSKO BIALA 43-300, 3B MONTAZA STREET, REPRESENTED BY ANDRZEJ MARONSKI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.158** | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE COOPERATION AGREEMENT DATED: 04/09/2015 | INVENIO SP. Z O.O. BIELSKO BIATA 43-300, 3B MONTAZA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.159** | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE CONTRACT DATED: 01/04/2014 | JAN BORONOWSKI IMPERIAL NET UL. KEMPY 86, 42-506 BEDZIN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | TRIPARTITE AGREEMENT DATED: 04/17/2013 | JAWORZYNA TOUR KACZMARCZYK, WILK SPOLKA JAWNA KRAKOW, RYNEK PODGORSKI 7, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE CONSTRUCTION OF A PRODUCTION AND WAREHOUSE HALL DATED: 07/27/2007 | JOKA SP. Z O.O. 97-200 TOMASZOW MAZ ., 128/130 WARSZAWSKA STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE CONTRACT FOR THE CONSTRUCTION OF A PRODUCTION AND WAREHOUSE HALL WITH A SOCIAL AND OFFICE BUILDING DATED: 03/12/2008 | JOKA SP. Z O.O. 97-200 TOMASZOW MAZ ., 128/130 WARSZAWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE CONSTRUCTION OF A PRODUCTION AND WAREHOUSE HALL DATED: 07/27/2007 | JOKA SP. Z O.O. 97-200 TOMASZOW MAZ ., 128/130 WARSZAWSKA STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE CONSTRUCTION OF A PRODUCTION AND STORAGE HOOK DATED: 10/23/2007 | JOKA SP. Z O.O. WARSZAWSKA 128/130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE CONSTRUCTION OF A PRODUCTION AND WAREHOUSE DATED: 07/27/2007 | JOKA SP. Z O.O. 97-200 TOMASZOW MAZ ., 128/130 WARSZAWSKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE CONTRACT FOR THE CONSTRUCTION OF A PRODUCTION AND WAREHOUSE HALL WITH A SOCIAL AND OFFICE BUILDING DATED: 04/07/2008 | JOKA SP. Z O.O. 97-200 TOMASZOW MAZ., WARSZAWSKA 128/130 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): | 25-11075 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE CONSTRUCTION OF A PRODUCTION AND WAREHOUSE HALL DATED: 04/23/2008 | JOKA SP. Z O.O. 97-200 TOMASZOW MAZ ., 128/130 WARSZAWSKA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | LONG-TERM LEASE DATED: 01/06/2019 | JUNGHEINRICH POLSKA SP. Z O.O. BRONISZE, UL. SWIERKOWA 3 - 05-850 OZAROW MAZOWIECKI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | LONG-TERM LEASE AGREEMENT DATED: 01/06/2019 | JUNGHEINRICH POLSKA SP. Z O.O. UL. ŚWIERKOWA 3 OŻARÓW MAZOWIECKI, 05-850 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | LONG-TERM LEASE AGREEMENT DATED: 01/06/2019 | JUNGHEINRICH POLSKA SP. Z O.O. BRONISZE, UL. ^WIERKOWA 3 - 05-850 OZAROW MAZOWIECKI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX 1 TO THE LONG-TERM LEASE AGREEMENT DATED: 07/01/2024 | JUNGHEINRICH POLSKA SP. Z O.O. UL. ŚWIERKOWA 3, 05-850 OŻARÓW MAZOWIECKI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE LONG-TERM LEASE AGREEMENT DATED: 10/30/2000 | JUNGHEINRICH POLSKA SPOTKA Z OGRANICZONA ODPOWIEDZIALNOSCIA BRONISZE NEAR WARSAW, AT 3 SWIERKOWA STREET, 05-850 OZAROW MAZOWIECKI, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 08/01/2008 | KLIMATEST COMPANY ATTN: PRZEMYSLAW TRZYNADLOWSKI 54-144 WROCLAW, UL. PILCZYCKA 198F RECON 005924690 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known):  25-11075
         _____
         Name

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX ADVISORY SERVICES AGREEMENT DATED: 03/11/2019 | KPMG TAX M.MICHNA SP.K. UL. FRANCUSKA 36 KATOWICE OFFICE KATOWICE, 40-028 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX SERVICES AGREEMENT DATED: 01/18/2013 | KPMG TAX M.MICHNA SP.K. UL. FRANCUSKA 34 KATOWICE OFFICE KATOWICE, 40-028 POLAND |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX TO THE PROPERTY PROTECTION MANDATE AGREEMENT DATED: 01/01/2021 | KRZYSZT OF BARFUSZEL POSTEPU 6 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED: 05/01/2015 | LANDSTER BUSINESS DEVELOPMENT CENTER TOMASZ BTASZCZYK BIELSKO-BIALA, 43-300, AT  26/28 LEGIONOW STREET |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR THE PROVISION OF TRAINING SERVICES DATED: 02/12/2013 | LANDSTER BUSINESS DEVELOPMENT CENTER TOMASZ BTASZCZYK BIELSKO-BIATA, 43-300, AT 153 WARSZAWSKA STREET, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT | LAWBERRY PIETRZYK & PARTNERS UL. JASNOGORSKA 9, 31-358 KRAKOW REPRESENTED BY PRZEMYSFAW PIETRZYK |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT | LAWBERRY PIETRZYK & PARTNERS PRAWNI SP. P ., UL. JASNOGORSKA 9, 31-358 KRAKO REPRESENTED BY PRZEMYSFAW PIETRZYK |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES AGREEMENT | LAWBERRY PIETRZYK & PARTNERS ATTORNEYS-AT-LAW PRAWNI SP. P ., UL. JASNOGORSKA 9, 31-358 KRAKOW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | TENDER CONTRACT DATED: 07/23/2015 | LOGISTIC SERVICES PROVIDER D.O.O. SKLADISNI CETAR BB, 34 000 KRAGUJEVAC, MAT. BR LEGAL REPRESENTATIVE PRO - TEMPORE MR. NICANDRO ROSSI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | COMPANY ACCOUNT CONTRACT. DATED: 08/05/2013 | LUFTHANSA AIRPLUS SERVICEKARTEN GMBH HANS-BOCKLER-STRABE 7 NEU-ISENBURG, 63263 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR LOGISTIC SERVICES DATED: 01/14/2016 | M. PREYMESSER LOGISTIKA REPOV 174, 293 01 MLADA BOLESLAV |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 5 TO CONTRACT FOR LOGISTIC SERVICES DATED: 01/14/2016 | M. PREYMESSER LOGISTIKA, SPOL. S R.O REPOV 174, 293 01 MLADA BOLESLAV |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | TECHNICAL SERVICES MASTER AGREEMENT DATED: 01/01/2025 | MARELLI (INDIA) PRIVATE LIMITED 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI (THAILAND) CO., LTD 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known): 25-11075 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AND TECHNICAL ASSISTANCE AGREEMENT DATED: 01/01/2020 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING JIHLAVA (CZECH REPUBLIC) S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING MALAYSIA SDN. BHD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING TEPOTZOTLÁN MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE LIGHTING USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                                         Case number (if known):   25-11075
         Name



| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 04/22/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | FRAMEWORK AGREEMENT DATED: 04/24/2024 | MARELLI AUTOMOTIVE SYSTEMS UK LIMITED<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI BIELSKO-BIAŁA POLAND SP. Z O.O.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CLUJ ROMANIA S.R.L.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI CORPORATION<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI DO BRASIL INDÚSTRIA E COMÉRCIO LTDA.<br>26555 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Marelli Sosnowiec Poland Sp. z. o.o.                                   Case number (if known): 25-11075
_____
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.202** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI ENGINEERING YANGON CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.203** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI ESPAÑA S.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.204** | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION SERVICE AGREEMENT DATED: 01/01/2024 |
| | | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.205** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI EUROPE S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.206** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI FRANCE 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.207** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO ESTABLISH THE CAPACITY AS MANUFACTURER DATED: 11/29/2020 |
| | | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| **2.208** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 |
| | | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined |
| | List the contract number of any government contract | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known):  25-11075

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO ESTABLISH THE CAPACITY AS MANUFACTURER DATED: 11/29/2020 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GERMANY GMBH 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI GLOBAL BUSINESS SERVICES AMERICA, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | SUPPORT SERVICES AGREEMENT DATED: 01/01/2022 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL DATA TRANSFER AGREEMENT DATED: 06/01/2023 | MARELLI HOLDINGS CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI INDÚSTRIA E COMÉRCIO DE COMPONENTES AUTOMOTIVOS BRASIL LTDA. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI KECHNEC SLOVAKIA S.R.O. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known): 25-11075 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.216** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MAKO TURKEY ELEKTRIK SANAYI VE TICARET ANONIM SIRKETI 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.217** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI MOROCCO LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.218** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI NORTH AMERICA, INC. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.219** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI PLOIESTI ROMANIA S.R.L. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.220** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI RIDE DYNAMICS MÉXICO, S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.221** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SISTEMAS AUTOMOTIVOS INDÚSTRIA E COMÉRCIO BRASIL LTDA 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.222** | State what the contract or lease is for and the nature of the debtor's interest | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI SUSPENSION SYSTEMS ITALY S.P.A. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known)  25-11075

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TENNESSEE USA LLC 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI TOLUCA MÉXICO S. DE R.L. DE C.V. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | R&D SUPPORT SERVICES AGREEMENT DATED: 01/01/2024 | MARELLI YOKOHAMA CO., LTD. 26555 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48033 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT DATED: 03/25/2015 | MARTA MILINSKA-DAWID CLIMATE SYSTEM SOSNOWIEC AT 22 JEDRYCZKI STREET REPRESENTED BY: MARTA MILINSKA-DAWID |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 08/21/2015 | MATERIAL HANDLING POLSKA SP. Z O O 313 JAKTOROW, 1A POTOCKIEGO STREET |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | CAFETERIA PROGRAM AGREEMENT DATED: 02/07/2019 | MEDICOVER BENEFITS LIMITED LIABILITY COMPANY WARSAW (00-807), AL. JEROZOLIMSKIE 96, |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL CARE CONTRACT DATED: 07/01/2022 | MEDICOVER SP. Z O.O. AL. JEROZOLIMSKIE 96, 00-807 WARSAW |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                              Case number (if known)  25-11075

        Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.230** **State what the contract or lease is for and the nature of the debtor's interest** CONTRACT FOR THE PROVISION OF HEALTH CARE DATED: 07/01/2022 | MEDICOVER SP. Z O.O. AL. JEROZOLIMSKIE 96, 00-807 WARSAW |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.231** **State what the contract or lease is for and the nature of the debtor's interest** ANNEX TO THE MULTI-PACK PURCHASE AGREEMENT DATED: 01/05/2022 | MEDICOVER SPORT SP. Z O.O WARSAW (00-807), AL. JEROZOLIMSKIE 96 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.232** **State what the contract or lease is for and the nature of the debtor's interest** ANNEX TO THE AGREEMENT FOR THE OPERATION OF AN OUTPATIENT POINT DATED: 01/04/2016 | MED-MAX 41-208 SOSNOWIEC, 155/14 KALINOWA STREET ATTN: CHMIELEWSKA GRAZYNA |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.233** **State what the contract or lease is for and the nature of the debtor's interest** APPENDIX DATED: 03/28/2019 | METALLURGICAL REPAIR COMPANY DABROWA GORNICZA SP. Z O. O. 41-308 DABROWA MIXCZA, NL. RORDZIENSKIEGO 11 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.234** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM DATED: 06/20/2019 | METALLURGICAL REPAIR COMPANY DABROWA GORNICZA SP. Z O. O. 41-308 DABROWA MIXCZA, NL. RORDZIENSKIEGO 11 |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.235** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FOR MINDGRAM SERVICES DATED: 07/15/2024 | MINDGRAM SP. Z O.O. KRAKOWSKIE PRZEDMIESCIE 13, 00-071 WARSAW SR |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |
| **2.236** **State what the contract or lease is for and the nature of the debtor's interest** INVESTOR'S SUPERVISION AGREEMENT DATED: 11/17/2016 | ML ARCHITEKCI MAGDALENA LISTOS ZABRZE, 16 OKULICKIEGO STREET, REPRESENTED IN THIS AGREEMENT BY MAGDALENA LISTOS - THE OWNER |
| **State the term remaining** Undetermined | |
| **List the contract number of any government contract** | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.    Case number (if known): 25-11075

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENT / AMENDMENT TO THE RENTAL AGREEMENT DATED: 01/01/2021<br><br>Undetermined | MONTES GMBH & CO. KG<br>PASCALSTR. 2, D-85047 INGOLSTADT |
| **2.238** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DATED: 05/25/2020<br><br>Undetermined | NAME ON FILE<br>ADDRESS ON FILE |
| **2.239** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER AGREEMENT DATED: 12/02/2012<br><br>Undetermined | NAME ON FILE<br>ADDRESS ON FILE |
| **2.240** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 03/02/2015<br><br>Undetermined | NAME ON FILE<br>ADDRESS ON FILE |
| **2.241** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 02/01/2012<br><br>Undetermined | NAME ON FILE<br>ADDRESS ON FILE |
| **2.242** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 10/13/2010<br><br>Undetermined | NAME ON FILE<br>ADDRESS ON FILE |
| **2.243** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER AGREEMENT DATED: 07/15/2015<br><br>Undetermined | NAME ON FILE<br>ADDRESS ON FILE |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                      Case number (if known): 25-11075
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | ANNEX TO THE AGREEMENT FOR PREVENTIVE BENEFITS DATED: 09/15/2015 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER AGREEMENT DATED: 10/29/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 10/30/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 04/08/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 10/30/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 02/01/2012 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 07/25/2016 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.          Case number (if known):  25-11075

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT DATED: 06/01/2011 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | COOPERATION AGREEMENT DATED: 11/27/2000 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 10/01/2021 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 04/08/2011 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 08/31/2011 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT NO DATED: 09/25/2009 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF THE LEASE AGREEMENT DATED: 09/18/2013 | NAME ON FILE<br>ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                          Case number (if known):  25-11075
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.258** **State what the contract or lease is for and the nature of the debtor's interest** — CONTRACT FOR THE COLLECTION AND NEUTRALIZATION OF PLASTIC WASTE DATED: 12/01/2011 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| **2.259** **State what the contract or lease is for and the nature of the debtor's interest** — ADMINISTRATIVE DECISION DATED: 06/12/2020 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| **2.260** **State what the contract or lease is for and the nature of the debtor's interest** — LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 06/04/2014 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| **2.261** **State what the contract or lease is for and the nature of the debtor's interest** — OUT-OF-COURT SETTLEMENT AGREEMENT DATED: 06/17/2011 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| **2.262** **State what the contract or lease is for and the nature of the debtor's interest** — LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 03/02/2015 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| **2.263** **State what the contract or lease is for and the nature of the debtor's interest** — LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 09/03/2010 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** — Undetermined **List the contract number of any government contract** | |
| **2.264** **State what the contract or lease is for and the nature of the debtor's interest** — ANEX'S OFFER TO THE CONTRACT FOR PREVENTIVE SERVICES. DATED: 01/10/2019 | NAME ON FILE ADDRESS ON FILE |
| **State the term remaining** — Undetermined **List the contract number of any government contract** | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.
         Name

Case number (if known):   25-11075

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO THE LEASE AND SERVICE AGREEMENT DATED: 06/24/2013 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 05/25/2020 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION OF THE LEASE AGREEMENT DATED: 09/18/2013 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 01/17/2022 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 04/08/2011 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 07/22/2011 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 10/30/2013 | NAME ON FILE<br>ADDRESS ON FILE |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known):   25-11075

Name

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 10/13/2010 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 08/24/2012 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 05/14/2020 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 06/04/2014 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 08/01/2016 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 02/01/2013 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL SERVICES AGREEMENT DATED: 06/16/2011 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                    Case number (if known):    25-11075

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 10/15/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 02/10/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 10/17/2022 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 08/31/2010 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES AGREEMENT DATED: 06/16/2011 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 12/20/2013 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 08/01/2002 | NAME ON FILE ADDRESS ON FILE |
|---|---|---|---|
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known): 25-11075 |
|---|---|---|---|
| | Name | | |

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.286** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AND COMPREHENSIVE SERVICE AGREEMENT DATED: 06/24/2013 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.287** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/02/2012 | NAME ON FILE ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.288** | State what the contract or lease is for and the nature of the debtor's interest | ELECTRICITY SALE AGREEMENT DATED: 11/24/2010 | NION ENERGIA SPOTKA Z O. O 60 LAGIEWNICKA STREET, 30-417 KRAKOW, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.289** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF LEGAL REPRESENTATION DATED: 07/01/2013 | NP AUTOMOTIVE HUNGARY KFT. FŐ ÚT 161 TÁT, 2534 HUNGARY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.290** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF LEGAL REPRESENTATION DATED: 01/07/2013 | NP AUTOMOTIVE HUNGARY KFT. FŐ ÚT 161 TÁT, 2534 HUNGARY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.291** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT OF LEGAL REPRESENTATION DATED: 01/13/2013 | NP AUTOMOTIVE S.R.O. (ING TIBOR KISS) IPEĽSKÝ SOKOLEC 104 935 75 SLOVAKIA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.292** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR RUNNING AN OUTPATIENT CLINIC DATED: 02/25/2011 | NURSING SERVICES A "MED - MAX" ATTN: GRAZYNA GOSEK MED-MAX HIVE. KALINOWA 155/ 14 41-200 SOSNOWIEC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known)   25-11075
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR MULTIPACKS DATED: 01/02/2017 | OK SYSTEM POLSKA S.A WARSAW (02-676), 14 POSTEPU STREET, |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/12/2013 | OOO AUTOMOTIVE LIGHTING VOSTOCHNAJAOKRUZHNAJAROAD.18 RYAZAN, 390048 RUSSIA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE AGREEMENT FOR THE PROVISION OF TQM SERVICE. DATED: 01/05/2014 | OPENONE MAREK GORECKI MIASTECZKO SLQSKIE ZYGLINSKA 67 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE AGREEMENT FOR THE PROVISION OF TQM SERVICE DATED: 12/16/2011 | OPENONE MAREK GORECKI MIASTECZKO SLQSKIE UL. ZYGLINSKA 67 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES. SYSTEM ONSITE DATED: 01/01/2012 | OPENONE MAREK GORECKI MIASTECZKO SLQSKIE, 67 ZYGLINSKA STREET |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest | OPENONE AGREEMENT DATED: 12/16/2011 | OPENONE MAREK GORECKI MIASTECZKO SLQSKIE, 67 ZYGLINSKA STREET NIP 626-100-61-34 REPRESENTED BY: MAREK GORECKI |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest | OFFER FOR THE PROVISION OF TELECOMMUNICATIONS SERVICES DATED: 07/22/2019 | ORANGE POLSKA S.A 02- 326 WARSAW, AL. JEROZOLIMSKIE 160 |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                        Case number (if known):  25-11075
_____
Name

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DATED: 03/16/2022 | ORANGE POLSKA S.A AL. JEROZOLIMSKIE NR 160 WARSAW, 02-326 POLAND |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest | BUSINESS CUSTOMER STATEMENT DATED: 07/19/2019 | ORANGE POLSKA S.A. WARSAW (02-26) AT AL. JEROZOLIMSKIE 160, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest | OFFER FOR THE PROVISION OF TELECOMMUNICATIONS SERVICES DATED: 11/01/2018 | ORANGE POLSKA S.A. WARSAW, ADDRESS: 02- 326 WARSAW, AL. JEROZOLIMSKIE 160, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest | OFFER FOR THE PROVISION OF TELECOMMUNICATIONS SERVICES DATED: 03/25/2022 | ORANGE POLSKA S.A. 02-326 WARSAW, AL. JEROZOLIMSKIE 160, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE PROVISION OF TELECOMMUNICATIONS SERVICES DATED: 07/01/2014 | ORANGE POLSKA S.A. WARSAW, ADDRESS: 02- 326 WARSAW, AL. JEROZOLIMSKIE 160, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest | POWER OF ATTORNEY DATED: 09/10/2019 | ORANGE POLSKA S.A. 02-326 WARSAW, AL. JEROZOLIMSKIE 160 |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest | PROVISION OF TELECOMMUNICATIONS SERVICES DATED: 03/17/2022 | ORANGE POLSKA SPOLKA AKCYJN WARSAW (02-326) AT AL. JEROZOLIMSKIE 160, |
| State the term remaining | Undetermined | |
| List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                     Case number (if known):    25-11075
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.307** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ON THE PROVISION OF THE INFORMATION SECURITY ADMINISTRATOR SERVICE | ORLECCY - SECURITY AND EDUCATION MICHAL GEILKE ATTN: MICHAL GEILKE SIEMIANOWICE SLASKIE, (41-103) AT 12A/12 WYZWOLENIA STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.308** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 01/01/2016 | P.U.H. MEGA SERVICE SP. Z O.O. KATOWICE, 375 PANEWNICKA STREET REPRESENTED BY: 1. KRZYSZTOF KRUPA - PRESIDENT OF THE MANAGEMENT BOARD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.309** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED: 10/25/2013 | P.U.H. MEGA-SERVICE SP. Z O.O. 40-773 KATOWICE AT 375 PANEWNICKA STREET, REPRESENTED BY THE THROUGH: 1. KRZYSZTOF KRUPA - PRESIDENT OF THE MANAGEMENT BOARD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.310** | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 11/28/2011 | P.W. EMERES PRODUCT R. MALMAN, J. ORZECHOWSKI GENERAL PARTNERSHIP 41-200 SOSNOWIEC HIVE. CROPS 24 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.311** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/03/2015 | PANASONIC ELECTRIC WORKS EUROPE AG RUDOLF-DIESEL-RING 2 HOLZKIRCHEN, 83607 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.312** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 03/03/2015 | PANASONIC ELECTRIC WORKS EUROPE AG RUDOLF-DIESEL-RING 2 HOLZKIRCHEN, 83607 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.313** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 09/30/2016 | PANASONIC ELECTRIC WORKS EUROPE AG ROBERT-KOCH-STRASSE 100 OTTOBRUNN, 85521 GERMANY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known): | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | FOREIGN LANGUAGE LEARNING CONTRACT DATED: 07/01/2019 | PFU "BEST" FOREIGN LANGUAGE CENTER 43-100 TYCHY, 1B KOPERNIKA STREET REPRESENTED BY: A: DARIUSZ WISNIEWSKI - OWNER / DIRECTOR |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | RETAIL TRADING AGREEMENT DATED: 07/01/2017 | PGNIG OBROT 25C Marcina Kasprzaka Street Represented on the basis of the power of attorney granted by: Alchsande Depoisha Director is Clients Strategy Michata Blagremio Director Birra Controlling Warsaw, 01-224 POLAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | RETAIL TRADING AGREEMENT DATED: 12/14/2016 | PGNIG OBROT WARSAW AT 25C MARCINA KASPRZAKA STREET, 01-224 WARSAW, |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT DATED: 01/26/2016 | PGNIG OBROT DETALICZNY WARSAW AT 25C MARCINA KASPRZAKA STREET, 01-224 WARSAW, REPRESENTED ON THE BASIS OF THE GRANTED POWER OF ATTORNEY BY: MARCIAL NIESTROJ - DIRECTOR OF BUSINESS CLIENTS |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT REGARDING TRANCHE PRODUCT DATED: 01/10/2008 | PGNIG OBROT DETALICZNY SPOLKA Z OGRANICZONAI ODPOWIEDZIALNOSCIAI WARSAW AT 25C MARCINA KASPRZAKA STREET, 01-224 WARSAW |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX DATED: 11/13/2015 | PGNIG OBROT DETALICZNY SPOTKA Z OGRANICZONQ ODPOWIEDZIALNOSCIQ WARSAW AT 25C MARCINA KASPRZAKA STREET, 01-224 WARSAW |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | OFFER FOR INDIVIDUAL PRICING OF GAS FUEL DATED: 12/27/2016 | PGNIG OBROT DETALLCZNY LIMITED LIABILITY COMPANY WARSAW AT 25C MARCINA KASPRZAKA STREET |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.321** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE FOREIGN LANGUAGE LEARNING AGREEMENT DATED: 09/01/2022 | PHU "BEST" FOREIGN LANGUAGE CENTER DARIUSZ WISNIEWSKI 43-100 TYCHY, 1B KOPERNIKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.322** | State what the contract or lease is for and the nature of the debtor's interest | FOREIGN LANGUAGE LEARNING AGREEMENT DATED: 01/04/2016 | PHU "BEST" FOREIGN LANGUAGE CENTER DARIUSZ WISNIEWSKI 43-100 TYCHY, 1B KOPERNIKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.323** | State what the contract or lease is for and the nature of the debtor's interest | FOREIGN LANGUAGE LEARNING AGREEMENT DATED: 04/01/2016 | PHU "BEST" FOREIGN LANGUAGE CENTER - DARIUSZ WISNIEWSKI 43-100 TYCHY, 18 KOPERNIKA STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.324** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR POSTAL SERVICES DATED: 04/14/2008 | POCZTA POLSKA WARSAW, POSTAL SERVICES CENTRE, REGIONAL BRANCH IN KATOWICE, PL. ODDZIALOW MLODZIEZY POWSTANCZEJ 7, 40-949 KATOWICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.325** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX DATED: 09/11/2020 | POCZTA POLSKA S.A RODZINY HISZPANYCH 8, 00-940 WARSAW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.326** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT DATED: 03/11/2020 | POCZTA POLSKA SPOLKA AKCYJNA 8 RODZINY HISZPANSKICH STREET, 00-940 WARSAW, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.327** | State what the contract or lease is for and the nature of the debtor's interest | COMPREHENSIVE AGREEMENT DATED: 01/10/2008 | POLSKIE GORNICTWO NAFTOWE I GAZOWNICTWO S.A. WARSAW, 25 MARCINA KASPRZAKA STREET, 01-224 WARSAW, UPPER SILESIAN BRANCH OF GAS TRADING IN ZABRZE, ZABRZANSKA GASWORKS, 5 MIKULCZYCKA STREET, 41-800 ZABRZE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                     Case number (if known):    25-11075

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.328** State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/12/2017 | PPHU ROCH SP. Z O.O. UL. KOPALNIANA 72 TAMOWSKIE GORY, 42-605 POLAND |

| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT DATED: 06/12/2017 | PPHU ROCH SP. Z O.O. UL. KOPALNIANA 72 TAMOWSKIE GORY, 42-605 POLAND |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | POST-PRODUCTION WASTE AGREEMENT DATED: 09/01/2015 | PPU PRODREX SP. Z O.O. 43 - 229 RUDOLTOWICE, 92 D WOLNOSCI STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 01/09/2015 | PPU PRODREX SP. Z O.O. 43 - 229 RUDOLTOWICE, 92 D WOLNOSCI STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | PRICE OFFER DOCUMENT DATED: 07/29/2021 | PRO AUTOMATIC SP. Z O.O KOŚCIUSZKI 227 40-600 KATOWICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE PROVISION OF WASTE MANAGEMENT SERVICES DATED: 01/03/2019 | PRODREX LIMITED LIABILITY COMPANY 43 - 229 RUDOLTOWICE, 92D WOLNOSCI STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE AGREEMENT DATED: 01/03/2019 | PRODREX LIMITED LIABILITY COMPANY 43 - 229 RUDOLTOWICE, 92D WOLNOSCI STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION SERVICE AGREEMENT DATED: 01/02/2018 | PRODUCTION AND SERVICE COMPANY 43 - 229 RUDOTTOWICE, 92D WOLNOSCI STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | TRAINING SERVICES AGREEMENT | PROIMP CONSULTING LUKASZ PETRUS 41-303 DABROWA GORNICZA, AL. JOZEFA PITSUDSKIEGO 22/80 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR THE TRANSFER OF COPYRIGHTS | PROOPTIMUM ANDRZEJ LUZYNSKI SPOLKA JAWNA 4 MALINOWSKA STREET 43-170 LAZISKA GORNE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 03/22/2012 | PROXIMA CONSULTING ATTN: TOMASZ OSTROWSKI DROBNIAKA 8, 32-626 JAWISZOWICE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT DATED: 10/01/2013 | PTU DAMAR JERZY MARZEC UL. KILINSKIEGO 38-46/L.III, 41-200 SOSNOWIEC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL PURCHASING AGREEMENT DATED: 09/01/2012 | QUASER SRL VIA GRADISCA NO 65 PASIANO DI PORDENONE, PN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORT SERVICES AGREEMENT DATED: 10/01/2004 | REPAIR AND CONSTRUCTION PLANT AND TRANSPORT SERVICES WOJCIECH JASINSKI LITEWSKA 21/70 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION DATED: 03/01/2023 | S&S S.R.L. VIA MONTELLO, N. 1 20831 - SEREGNO (MB) |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.342** | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ABOUT CUSTOMS ACTIVITIES DATED: 04/27/2001 | SADI POLSKA 43-300 BIELSKO - BIALA GRAZYHSKIEGO 141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.343** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE ACTIVITY OF GOODS STORAGE DATED: 01/03/2006 | SADI POLSKA - AGENCJA CELNA SP. Z O.O. 43-300 BIELSKO - BIALA GRAZYHSKIEGO 141 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.344** | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR THE PROVISION OF SERVICES IN THE FIELD OF MASS CATERING ORGANIZATION | SAMSIC POLSKA SP. Z O.O. 40-045 KATOWICE, 10 ASTROW STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.345** | State what the contract or lease is for and the nature of the debtor's interest | NOMINATION LETTER | SANVITO & SOMASCHINI S.P.A VIA DEL VALA 21 I-20041 CARATE BRIANCA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.346** | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION DATED: 03/01/2023 | SANVITO & SOMASCHINI S.P.A. VIA DEL VALA, N. 21 20841 - CARATE BRIANZA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.347** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION MANDATE AGREEMENT DATED: 01/30/2020 | SECURALIS POSTEPU 6, ATTN: - KRZYSZTOF BARTUSZEK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.348** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION MANDATE AGREEMENT DATED: 01/02/2020 | SECURILAS POSTEPU 6 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.349** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION AGREEMENT DATED: 01/30/2020 | SECURILAS POSTEPU 6, ATTN: KRZYSZTOF BARTUSZEK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.350** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION CONTRACT DATED: 12/13/2021 | SECURITAS POLSKA SP. Z O.O WARSAW AT 6 POSTĘPU STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.351** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION CONTRACT DATED: 03/13/2021 | SECURITAS SERVICES SP. Z O.O. WARSAW AT 6 POSTĘPU STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.352** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION CONTRACT DATED: 03/29/2020 | SECURITAS SERVICES SP. Z O.O. POSTEPU 6, WARSAW, REPRESENTED BY: - KRZYSZTOF BARTUSZEK - PRESIDENT OF THE MANAGEMENT BOARD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.353** | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY PROTECTION MANDATE AGREEMENT DATED: 05/01/2020 | SECURITAS SERVICES SP. Z O.O. POSTEPU 6, WARSAW, REPRESENTED BY: - KRZYSZTOF BARTUSZEK - PRESIDENT OF THE MANAGEMENT BOARD |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.354** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION CONTRACT DATED: 12/13/2021 | SECURITAS SERVICES SP. Z O.O. WARSAW AT 6 POSTĘPU STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.355** | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE PROPERTY PROTECTION CONTRACT DATED: 11/23/2022 | SECURITAS SERVICES SP. Z O.O. WARSAW AT 6 POSTĘPU STREET |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known):   25-11075
_____                                _____
Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.356** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY PROTECTION MANDATE AGREEMENT DATED: 09/30/2012<br><br><br>Undetermined | SECURITAS SERVICES SPDTKA Z O. O WARSAW AT 21 CYBERNETYKI STREET REPRESENTED BY: _ MR. KRZYSZTOF TOCZYSKI - PRESIDENT OF THE MANAGEMENT BOARD |
| **2.357** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APPENDIX NO. 2 TO THE PROPERTY PROTECTION MANDATE AGREEMENT DATED: 12/18/2009<br><br>Undetermined | SECURITAS SERVICES SPDTKA Z O. O. WARSAW AT 21 CYBERNETYKI STREET |
| **2.358** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY PROTECTION CONTRACT DATED: 12/18/2009<br><br><br>Undetermined | SECURITAS SERVICES SPOFKA Z O. O. WARSAW AT 21 CYBERNETYKI STREET, REPRESENTED BY: - MR. KRZYSZTOF TOCZYSKI - PRESIDENT OF THE MANAGEMENT BOARD, |
| **2.359** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY PROTECTION MANDATE AGREEMENT DATED: 03/21/2012<br><br><br>Undetermined | SECURITAS SERVICES SPOLKA Z O. O. WARSAW AT 21 CYBERNETYKI STREET, REPRESENTED BY: . - MR. KRZYSZTOF TOCZYSKI - PRESIDENT OF THE MANAGEMENT BOARD |
| **2.360** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT PROPERTY PROTECTION DATED: 01/29/2010<br><br><br>Undetermined | SECURITAS SERVICES SPOTKA Z O. O WARSAW AT 21 CYBERNETYKI STREET |
| **2.361** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPERTY PROTECTION MANDATE AGREEMENT DATED: 11/27/2014<br><br><br>Undetermined | SECURITAS SERVICES SPOTKA Z O. O. WARSAW AT 21 CYBERNETYKI STREET, REPRESENTED BY: - MR. TOMASZ PASZEK - PRESIDENT OF THE MANAGEMENT BOARD |
| **2.362** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION LETTER DATED: 01/29/2025<br><br><br>Undetermined | SEIFERT POLSKA SP. Z O.O. UL. KOSZTOWSKA 21 41 - 409 MYSLOWICE |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                  Case number (if known): 25-11075

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR LOGISTICS SERVICES DATED: 07/27/2022 | SEIFERT POLSKA SP. Z O.O. UL. KOSZTOWSKA 21 MYSŁOWICE, 41-409 POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 01/21/2015 | SERVICE PROVIDER: PROIMP CONSULTING LUKASZ PETRUS 41-303 DABROWA GORNICZA, AL. JOZEFA PITSUDSKIEGO 22/80 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | ADOPTION AGREEMENT DATED: 06/06/2019 | SIEMENS INDUSTRY SOFTWARE SP. Z O.O. VIA WERNER VON SIEMENS 1 MILAN, ITALY |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ABOUT THE TRANSFER OF OWNERSHIP RIGHTS DATED: 02/15/2024 | SKODA AUTO A.S. TŘ. VÁCLAVA KLEMENTA 869, 293 60 MLADÁ BOLESLAV |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT ABOUT THE TRANSFER OF OWNERSHIP RIGHTS DATED: 02/15/2024 | SKODA AUTO A.S. TŘ. VÁCLAVA KLEMENTA 869, 293 60 MLADÁ BOLESLAV |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 12/21/2009 | SOLID SECURITY SP. Z 0.0. SOLID SECURITY SP. Z 0.0. 02-676 WARSAW, 17 POSTEPU STREET, 40-186 KATOWCDE^ KAROLINY 2 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACT FOR WATER SUPPLY AND INDUSTRIAL WASTEWATER DISPOSAL DATED: 06/03/2019 | SOSNOWIEC WATERWORKS JOINT STOCK COMPANY 41-200 SOSNOWIEC, 43 OSTROGORSKA STREET, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Marelli Sosnowiec Poland Sp. z. o.o.                                    Case number (if known):   25-11075
         Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** State what the contract or lease is for and the nature of the debtor's interest | WATER SUPPLY AND INDUSTRIAL WASTEWATER DISPOSAL AGREEMENT DATED: 08/19/2019 | SOSNOWIEC WATERWORKS JOINT STOCK COMPANY 41-200 SOSNOWIEC, 43 OSTROGORSKA STREET |

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.371** State what the contract or lease is for and the nature of the debtor's interest — CONTRACT FOR WATER SUPPLY AND INDUSTRIAL WASTEWATER DISPOSAL DATED: 06/03/2019 — SOSNOWIEC WATERWORKS JOINT STOCK COMPANY 41-200 SOSNOWIEC, 43 OSTROGORSKA STREET

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.372** State what the contract or lease is for and the nature of the debtor's interest — OFFER LETTER DATED: 09/18/2019 — SPECIALIST MEDICAL PRACTICE GRZEGORZ MENDREK 41-219 SOSNOWIEC RYDZA SMIGLEGO 7

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.373** State what the contract or lease is for and the nature of the debtor's interest — TRADE COOPERATION AGREEMENT DATED: 10/01/2009 — STRAUSS CAFE POLAND SP. Z O.O. SWADZIM, 50 POZNANSKA STREET, 62-080 TARNOWO PODGORNE,

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.374** State what the contract or lease is for and the nature of the debtor's interest — ANNEX TO THE AGREEMENT FOR THE PROVISION OF ELECTRICITY DISTRIBUTION SERVICES DATED: 04/30/2013 — TAURON DYSTRYBUCI, S.A. DISTRIBUTION SERVICES SALES DEPARTMENT 141 MALOBQDZKA STREET, 42-500 BIDZIN TEL. 32 766

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.375** State what the contract or lease is for and the nature of the debtor's interest — EXTENSION OF THE TERM OF THE ELECTRICITY SALE AGREEMENT DATED: 01/01/2014 — TAURON DYSTRYBUCJA S.A. MATOBQDZKA 141,42-500 BIDZIN

State the term remaining — Undetermined

List the contract number of any government contract

---

**2.376** State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT FOR THE PROVISION OF ELECTRICITY DISTRIBUTION DATED: 12/29/2023 — TAURON DYSTRYBUCJA S.A. BRANCH IN BIDZIN, 141 MATOBQDZKA STREET, 42-500 BIDZIN

State the term remaining — Undetermined

List the contract number of any government contract

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | Case number (if known): 25-11075 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE AGREEMENT FOR THE PROVISION OF ELECTRICITY DISTRIBUTION SERVICES DATED: 01/04/2014 | TAURON DYSTRYBUCJA S.A. 11 JASNOGORSKA STREET, 31-358 KRAKOW, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | DECLARATION OF ACCEPTANCE OF THE OFFER DATED: 11/22/2013 | TAURON POLSKA ENERGIA UL. LAGIEWNICKA 60 30-417 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | APPENDIX TO THE ELECTRICITY SALE AGREEMENT DATED: 01/12/2013 | TAURON SPRZEDAZ SP. Z O. O. Z O. ZTAGIEWNICKA 60, POSTAL CODE: 30-417 KRAKOW |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | LANGUAGE COURSE AGREEMENT | TEACHERSTEAM.PL BRZEZINSKI, WALENCIK S.C. "IL. NOWOWIEJSKA 72A/9, 50 - 315 WROCLAW PIN 886-280-45-22 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT DATED: 09/17/2014 | TEACHERSTEAM.PL S.C. WROCLAW, 50-315 WROCLAW, NOWOWIEJSKA 72A/9, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | QUALITY ENGINEERING SERVICES AGREEMENT DATED: 04/27/2015 | TEAM PREVENT POLAND SP. Z O.O. UL. BATOREGO 19 43-200 PSZCZYNA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTOR AGREEMENT DATED: 09/14/2016 | TEAM&PERSONAL PAWEL TARNAWSKI KRAKOW, OS. 2 PULKU LOTNICZEGO 1F/46, 31-867 KRAKOW REPRESENTED BY PAWEL TARNAWSKI |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                                          Case number (if known)   25-11075
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.384** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AND PRICE LIST DATED: 03/01/2006 | TECHNICAL AND SERVICE COMPANY JERZY MARZEC, 41-200 SOSNOWIEC, 38-46 KILINSKIEGO STREET/L.III |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.385** State what the contract or lease is for and the nature of the debtor's interest — CRANE SERVICE AND MAINTENANCE AGREEMENT DATED: 07/30/2008 | TEREX MATERIAL HANDLING SP. Z O.O. 03-808 WARSAW, 63A MINSKA STREET, REPRESENTED BY: 1. ARKADIUSZ BOJAS - MANAGER SERWISU |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.386** State what the contract or lease is for and the nature of the debtor's interest — ANNEX TO THE CRANE SERVICE AND MAINTENANCE AGREEMENT DATED: 01/01/2015 | TEREX MATERIAL HANDLING SP. Z O.O. 03-808 WARSAW, 63A MINSKA STREET, |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.387** State what the contract or lease is for and the nature of the debtor's interest — PURCHASE ORDER AGREEMENT DATED: 07/09/2015 | THE LINK SCHOOL OF FOREIGN LANGUAGES AND INTERCULTURAL COMMUNICATION LTD. 5 ZOLNIERSKA STREET, 40-697 KATOWICE NIP REPRESENTED BY: RENATA SEKUDEWICZ- VICE-PRESIDENT OF THE MANAGEMENT BOARD, |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.388** State what the contract or lease is for and the nature of the debtor's interest — RENTAL AND MAINTENANCE CONTRACT DATED: 01/19/2009 | TOOLMEX SERWIS ADOLF BADURAK 41-219 SOSNOWIEC, 73 LENARTOWICZA STREET; |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.389** State what the contract or lease is for and the nature of the debtor's interest — LEASE AGREEMENT DATED: 06/20/2015 | TOYOTA MATERIAL HANDLING POLSKA SP. Z O.O. POTOCKIEGO 1A 96313 JAKTOROW |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |
| **2.390** State what the contract or lease is for and the nature of the debtor's interest — LEASE AGREEMENT DATED: 09/03/2014 | TOYOTA MATERIAL HANDLING POLSKA SP. Z O.O. POTOCKIEGO 1A 96313 JAKTOROW |
| State the term remaining — Undetermined | |
| List the contract number of any government contract | |

Debtor     Marelli Sosnowiec Poland Sp. z. o.o.                                                Case number (if known):  25-11075
           Name

████     **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.391** State what the contract or lease is for and the nature of the debtor's interest | ANNEX NO. TO THE LEASE AGREEMENT DATED: 01/09/2015 — TOYOTA MATERIAL HANDLING POLSKA SP. Z O.O. POTOCKIEGO 1A 96313 JAKTOROW |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.392** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT — TOYOTA MATERIAL HANDLING POLSKA SP. Z O.O. POTOCKIEGO 1A 96313 JAKTOROW |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.393** State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE LEASE AGREEMENT DATED: 03/09/2014 — TOYOTA MATERIAL HANDLING POLSKA SP. Z O.O. POTOCKIEGO 1A 96313 JAKTOROW |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.394** State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED: 09/03/2014 — TOYOTA MATERIAL HANDLING POLSKA SP. Z O.O. POTOCKIEGO 1A 96313 JAKTOROW |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.395** State what the contract or lease is for and the nature of the debtor's interest | LEASE AND SUPPLY AGREEMENT DATED: 04/26/2011 — TREECO S.C. UL. CYRANOWSKA 89E 39-300 MIELEC |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.396** State what the contract or lease is for and the nature of the debtor's interest | TERMINATION AGREEMENT DATED: 04/18/2012 — UNIVER-SAL M.VIOLA I SPOLKA SP. JAWNA UL. ZYWIECKA 158 43-300 BIELSKO-BIALA |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |
| **2.397** State what the contract or lease is for and the nature of the debtor's interest | PURCHASE ORDER AGREEMENT DATED: 01/01/2007 — UPS POLSKA SP Z OO WARSAW, PRADZYNSKIEGO 1/3, 01-222 WARSAW |
| State the term remaining | Undetermined |
| List the contract number of any government contract | |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.                    Case number (if known): 25-11075

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 07/24/2020 | VOLKSWAGEN AG<br>BERLINER RING 2 38440 WOLFSBURG |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WENZHOU HUAQIANG AUTO PARTS<br>THIRD FLOOR, 40,LIMING INDUSTRIAL<br>WENZHOU, 325000<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | GTCS AND MPAS, AS APPLICABLE, AND ANY AWARD LETTER, ENGINEERING, LICENSE, OR SERVICE AGREEMENT, OR OTHER ANCILLARY AGREEMENTS ISSUED THEREUNDER, INCLUDING AS MAY BE AMENDED, MODIFIED, OR SUPPLEMENTED | WENZHOU HUIRUN IMPORT &<br>NO. 368, 5TH AVENUE,<br>BINHAI INDUSTRIAL AREA ECONOMIC TEC, 325025<br>CHINA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | COOPERATION AGREEMENT | WORLD CLASS ENGINEERING TEAM SP Z O.O.<br>UL. KŁODNICKA 97<br>312<br>RUDA ŚLĄSKA, 41–706<br>POLAND |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | TRADE COOPERATION AGREEMENT DATED: 05/22/2017 | Z+M SERVICE SP. Z O.O.<br>67 STAWOWA STREET, 43-400 CIESZYN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | PRINTER RENTAL AGREEMENT WITH SERVICE SUPPORT DATED: 04/01/2020 | Z+M SERVICE SP. Z O.O.<br>CIESZYN, HEADQUARTERS: 67 STAWOWA STREET, 43-400 CIESZYN, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | TRADE COOPERATION AGREEMENT DATED: 12/19/2014 | Z+M SERVICE SP. Z O.O.<br>67 STAWOWA STREET, 43-400 CIESZYN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (if known): | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | PRINTER RENTAL AGREEMENT WITH SERVICE SUPPORT DATED: 04/01/2020 | Z+M SERVICE SP. Z O.O. CIESZYN, HEADQUARTERS: 67 STAWOWA STREET, 43-400 CIESZYN, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE COMMERCIAL COOPERATION AGREEMENT DATED: 04/30/2018 | Z+M SERVICE SP. Z O.O. 67STAWOWA STREET, 43-400 CTESZYN |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | ANNEX TO THE CONTRACT FOR THE PROVISION OF SERVICES DATED: 01/02/2011 | ZAKLAD OPTYCZNY S.C. BARBARA I MAREK SZCZECHLA 41-200 SOSNOWIEC |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR PREMISES DATED: 02/27/2012 | ZAKLADEM USLUG GOSPODARCZYCH SP. Z O.O . UL. KOKSOWNICZA 1,42-523 DABROWA GORNICZA REPRESENTED ' BY: JERZY PRUSACZYK - PRESIDENT OF THE MANAGEMENT BOARD, |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT FOR PREMISES DATED: 03/19/2013 | ZAKLADEM USTUG GOSPODARCZYCH SP. Z O.O . UL. KOKSOWNICZA 1,42-523 DABROWA GORNICZA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Marelli Sosnowiec Poland Sp. z. o.o.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number (If known):</td><td>25-11075</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.**

**1. Does the debtor have any codebtors?**

    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Calsonic Kansei (Shanghai) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | CK Trading de México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Magneti Marelli do Brasil Indústria e Comércio S.A | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Marelli (China) Holding Company | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Marelli (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Marelli (Xiang Yang) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Marelli Sosnowiec Poland Sp. z. o.o.
Name                                              Case number (If known):    25-11075

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Marelli Aftermarket Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.8 | Marelli Aftermarket Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.9 | Marelli Aftermarket Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.10 | Marelli Aftermarket Spain S.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.11 | Marelli Argentan France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.12 | Marelli Automotive Components (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.13 | Marelli Automotive Components (Wuxi) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.14 | Marelli Automotive Lighting France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (If known): | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Marelli Automotive Lighting Italy S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | Marelli Automotive Lighting Jihlava (Czech Republic) s.r.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | Marelli Automotive Lighting Juárez Mexico, S.A de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | Marelli Automotive Lighting Tepotzotlán México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | Marelli Automotive Lighting USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 | Marelli Automotive Systems Europe PLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 | Marelli Automotive Systems UK Limited | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |
| 2.22 | Marelli Bielsko-Biała Poland Sp. z o.o. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (If known): | 25-11075 |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Marelli Cluj Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.24 | Marelli Cofap do Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.25 | Marelli Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.26 | Marelli Engineering (Shanghai) Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.27 | Marelli España S.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.28 | Marelli Europe S.p.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.29 | Marelli France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.30 | Marelli Fukushima Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (If known): | 25-11075 |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | Marelli Germany GmbH | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.32 | Marelli Global Business Services America, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.33 | Marelli Holding USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.34 | Marelli Holdings Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.35 | Marelli Indústria e Comércio de Componentes Automotivos Brasil Ltda. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.36 | Marelli Kyushu Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.37 | Marelli Mexicana, S.A. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.38 | Marelli Morocco LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | | Case number (If known): | 25-11075 |
| | Name | | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | Marelli North America, Inc. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.40 | Marelli North Carolina USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.41 | Marelli Ploiesti Romania S.R.L. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.42 | Marelli R&D Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.43 | Marelli Ride Dynamics México, S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.44 | Marelli Sistemas Automotivos Indústria e Comércio Brasil Ltda | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.45 | Marelli Sophia Antipolis France | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |
| 2.46 | Marelli Suspension Systems Italy S.P.A. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☑ D ☐ E/F ☐ G |

| Debtor | Marelli Sosnowiec Poland Sp. z. o.o. | | Case number (If known): | 25-11075 |
| --- | --- | --- | --- | --- |
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.47 | Marelli Tennessee USA LLC | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.48 | Marelli Toluca México S. de R.L. de C.V. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.49 | Marelli Tooling (Guangzhou) Corporation | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.50 | Marelli Yokohama Co., Ltd. | 26555 Northwestern Highway Southfield, MI 48033 | MIZUHO BANK, LTD. | ☒ D ☐ E/F ☐ G |
| 2.51 | | | | ☐ D ☐ E/F ☐ G |
| 2.52 | | | | ☐ D ☐ E/F ☐ G |
| 2.53 | | | | ☐ D ☐ E/F ☐ G |
| 2.54 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Marelli Sosnowiec Poland Sp. z. o.o.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  25-11075

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule  _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2025
　　　　　　　MM / DD / YYYY

X  /s/ Alanna Abrahamson
Signature of individual signing on behalf of debtor

Alanna Abrahamson
Printed name

Executive Vice President, Chief Financial Officer
Position or relationship to debtor