IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) | Case No. 25-11034 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 21, 2025 AT 3:00 P.M. EASTERN TIME**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING
HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER**

1. **PJT Retention Application** – Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Filed: 7/11/25] (Docket No. 259).

    Response Deadline:  July 31, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:

    a) Informal comments from the Office of the United States Trustee (the "U.S. Trustee").

    b) [SEALED] Objection of the Official Committee of Unsecured Creditors to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Filed: 8/6/25] (Docket No. 490).

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

c) [REDACTED] Objection of the Official Committee of Unsecured Creditors to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Filed: 8/6/25] (Docket No. 493).

d) Certification of Counsel Regarding Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Filed: 8/15/25] (Docket No. 687).

e) [Signed] Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Filed: 8/18/25] (Docket No. 696).

Related Documents:  None as of the date hereof.

Status:  The Court has entered an order on this matter.  No hearing is necessary.

**MATTER UNDER CNO**

2. **Committee's Motion to File Under Seal** – Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Under Seal the Objection of the Official Committee of Unsecured Creditors to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Filed: 8/6/25] (Docket No. 494).

Response Deadline:  At or prior to the hearing.

Responses Received:  None as of the date hereof.

Related Documents:

a) Certification of No Objection Regarding Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to File Under Seal the Objection of the Official Committee of Unsecured Creditors to Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Filed: 8/19/25] (Docket No. 709).

Status:  The Committee has filed a Certification of No Objection and respectfully requests entry of the order.  No hearing will be necessary.

Dated: August 19, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | Evan Swager (admitted *pro hac vice*) |
| P.O. Box 8705 | 601 Lexington Avenue |
| Wilmington, Delaware 19899 (Courier 19801) | New York, New York 10022 |
| Telephone:   (302) 652-4100 | Telephone:   (212) 446-4800 |
| Facsimile:   (302) 652-4400 | Facsimile:   (212) 446-4900 |
| Email:   ljones@pszjlaw.com | Email:   joshua.sussberg@kirkland.com |
|         tcairns@pszjlaw.com |         nicholas.adzima@kirkland.com |
|         ecorma@pszjlaw.com |         evan.swager@kirkland.com |
| | |
| | -and- |
| | |
| | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| | Spencer A. Winters, P.C. (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| | Email:   ross.kwasteniet@kirkland.com |
| |         spencer.winters@kirkland.com |
| | |
| *Co-Counsel for the Debtors* | *Co-Counsel for the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |