# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | Case No. 25-11034 (CTG) |
| Debtors. | (Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 25, 2025 AT 1:00 P.M. EASTERN TIME

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## RESOLVED MATTERS

1. **Paul Hastings Retention Application** – Application of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Sections 328, 330, and 1103 of the Bankruptcy Code, Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Committee, Effective as of June 26, 2025 [Filed: 7/24/25] (Docket No. 338).

    Response Deadline: August 7, 2025 at 4:00 p.m. Eastern Time.

    Responses Received: Informal comments from the Office of the United States Trustee (the "U.S. Trustee").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] **Amended items appear in bold.**

Related Documents:

a) Supplemental Declaration of Gabriel Sasson in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Sections 328, 330, and 1103 of the Bankruptcy Code, Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Committee, Effective as of June 26, 2025 [Filed: 8/7/25] (Docket No. 497).

b) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Sections 328, 330, and 1103 of the Bankruptcy Code, Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Committee, Effective as of June 26, 2025 [Filed: 8/8/25] (Docket No. 498).

c) [Signed] Order Authorizing and Approving the Retention and Employment of Paul Hastings LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of June 26, 2025 [Filed: 8/11/25] (Docket No. 577).

Status:  The order has been entered.  No hearing will be necessary.

2. **Morris James Retention Application** – Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of June 26, 2025 [Filed: 7/24/25] (Docket No. 339).

Response Deadline:  August 7, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the U.S. Trustee.

Related Documents:

a) Certification of Counsel Regarding Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of June 26, 2025 [Filed: 8/8/25] (Docket No. 499).

b) [Signed] Order Authorizing the Retention and Employment of Morris James LLP as Co-Counsel to the Official Committee of Unsecured Creditors Effective as of June 26, 2025 [Filed: 8/11/25] (Docket No. 576).

Status:  The order has been entered.  No hearing will be necessary.

3. **FTI Retention Application** – Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 27, 2025 [Filed: 7/24/25] (Docket No. 341).

Response Deadline:  August 7, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the U.S. Trustee.

Related Documents:

a) Certification of Counsel Regarding Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 27, 2025 [Filed: 8/8/25] (Docket No. 500).

b) [Signed] Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors [Filed: 8/11/25] (Docket No. 574).

Status:  The order has been entered.  No hearing will be necessary.

4. **Debtors' Motion to Seal** – Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal Certain Commercially Sensitive and Confidential Information Related to the Arbitration and (II) Granting Related Relief [Filed: 7/25/25] (Docket No. 354).

Response Deadline:  August 11, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal Certain Commercially Sensitive and Confidential Information Related to the Arbitration and (II) Granting Related Relief [Filed: 8/15/25] (Docket No. 686).

b) [Signed] Order (I) Authorizing the Debtors to Redact and File Under Seal Certain Commercially Sensitive and Confidential Information Related to Arbitration and (III) Granting Related Relief [Filed: 8/18/25] (Docket No. 695).

Status:  The order has been entered.  No hearing will be necessary.

5. **Mizuho's Motion to Seal** – Motion for Entry of an Order Authorizing Mizuho Bank, Ltd. to Seal Confidential Information in the Exhibit to Mizuho Bank, Ltd.'s (I) Objection and Reservation of Rights with Respect to the DIP Motion and (II) Emergency Cross Motion for Adjournment of Final DIP Hearing [Filed: 7/25/25] (Docket No. 360).

Response Deadline:  August 8, 2025 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certificate of No Objection [Filed: 8/13/25] (Docket No. 674).

b) [Signed] Order Authorizing Mizuho Bank, Ltd. to Seal Confidential Information in the Exhibit to Mizuho Bank, Ltd.'s (I) Objection and Reservation of Rights with Respect to the DIP Motion and (II) Emergency Cross Motion for Adjournment of Final DIP Hearing [Filed: 8/13/25] (Docket No. 676).

Status: The order has been entered. No hearing will be necessary.

**MATTERS GOING FORWARD**

6. **Debtors' Stay Motion** – [SEALED] Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 7/24/25] (Docket No. 352).

    Response Deadline: August 11, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:

    a) [SEALED] Objection of First Brands Group, LLC to Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 8/11/25] (Docket No. 540).

    b) [REDACTED] Objection of First Brands Group, LLC to Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 8/11/25] (Docket No. 542).

    Replies Filed:

    a) [SEALED] Reply in Support of the Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 8/20/25] (Docket No. 718).

    b) [REDACTED] Reply in Support of the Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 8/20/25] (Docket No. 719).

    Related Documents:

    a) [REDACTED] Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 7/25/25] (Docket No. 353).

    b) **Joinder of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 8/24/25] (Docket No. 731).**

    Status: This matter will go forward.

7. **FBG's Motion to Seal** – Motion for Leave to File, Under Seal, the Objection of First Brands Group, LLC to Motion of Debtors for Entry of an Order Granting Relief from the Automatic Stay [Filed: 8/11/25] (Docket No. 546).

    Response Deadline: August 18, 2025 at 4:00 p.m. Eastern Time.

    Responses Received: None as of the date hereof.

Related Documents:  None as of the date hereof.

Status:  This matter will go forward.

*[Remainder of Page Intentionally Blank]*

Dated: August 25, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:     ljones@pszjlaw.com
           tcairns@pszjlaw.com
           ecorma@pszjlaw.com

*Co-Counsel for the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:     joshua.sussberg@kirkland.com
           nicholas.adzima@kirkland.com
           evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     ross.kwasteniet@kirkland.com
           spencer.winters@kirkland.com

*Co-Counsel for the Debtors
and Debtors in Possession*