# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) | Case No. 25-11034 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On September 10, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Agenda of Matters Scheduled for Hearing on September 16, 2025 at 11:30 a.m. Eastern Time** [Docket No. 923]

Dated: September 17, 2025

> */s/ Esmeralda Aguayo*
> Esmeralda Aguayo
> Verita
> 222 N. Pacific Coast Highway, Suite 300
> El Segundo, CA 90245
> Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Ally Bank | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Counsel to the Ad Hoc Group of Senior Lenders | Akin Gump Strauss Hauer & Feld LLP | Ira S. Dizengoff and Anna Kordas | idizengoff@akingump.com; akordas@akingump.com |
| Counsel to the Ad Hoc Group of Senior Lenders | Akin Gump Strauss Hauer & Feld LLP | Scott Alberino, Kate Doorley and Alexander F. Antypas | salberino@akingump.com; kdoorley@akingump.com; aantypas@akingump.com |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Counsel to Granges AB | Alston & Bird LLP | R. Braden Copeland | braden.copeland@alston.com |
| Counsel to Granges AB | Alston & Bird LLP | William Hao | william.hao@alston.com |
| Arizona Attorney General - CSS | Arizona Attorney General - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to Nissan North America, Inc. | Ashby & Geddes, P.A. | Gregory A. Taylor | GTaylor@ashbygeddes.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Avnet, Inc. | Michael Walker, Dennis Losik and Rayna Jones | Michael.Walker@AVNET.COM; Rayna.Jones@AVNET.COM; Dennis.Losik@Avnet.com |
| Counsel to Wipro Limited | Ballard Spahr LLP | Craig Solomon Ganz | ganzc@ballardspahr.com |
| Counsel to Wipro Limited | Ballard Spahr LLP | Nicholas J. Brannick and Margaret A. Vesper | brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| Counsel to Deutsche Bank AG, London Branch | Bayard P.A. | Ericka F. Johnson and Steven D. Adler | ejohnson@bayardlaw.com; sadler@bayardlaw.com |
| Counsel to GEON Performance Solutions, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Elliot M. Smith | esmith@beneschlaw.com |
| Counsel to GEON Performance Solutions, LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Steven L. Walsh | swalsh@beneschlaw.com |
| Counsel to Visteon Corporation, Kostal Kontakt Systeme GmbH, and Boellhoff Verbindungstechnik GmbH | Brooks Wilkins Sharkey & Turco PLLC | Matthew E. Wilkins | wilkins@bwst-law.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to Mazda Motor Corporation, Kintetsu World Express, Inc. and its subsidiaries and affiliates, including APL Logistics Ltd. and its subsidiaries and affiliates | Burr & Forman LLP | Derek F. Meek | dmeek@burr.com |
| Counsel to Piolax Corporation | Burr & Forman LLP | Erich N. Durlacher | edurlacher@burr.com |
| Counsel to Lexicon Relocation, LLC, Motor Corporation, Kintetsu World Express, Inc. and its subsidiaries and affiliates, including APL Logistics Ltd. and its subsidiaries and affiliates | Burr & Forman LLP | J. Cory Falgowski and Shannon D. Humiston | jfalgowski@burr.com; shumiston@burr.com |
| Counsel to Lexicon Relocation, LLC | Burr & Forman LLP | J. Ellsworth Summers, Jr. and Dana L. Robbins-Boehner | esummers@burr.com; drobbins-boehner@burr.com |
| Counsel to the Ad Hoc Group of Senior Lenders | Cole Schotz P.C | Justin R. Alberto, Stacy L. Newman, Jack M. Dougherty and Elazar A. Kosman | jalberto@coleschotz.com; snewman@coleschotz.com; jdougherty@coleschotz.com; ekosman@coleschotz.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Counsel to Mizuho Bank, Ltd., in all Capacities Other than as Prepetition Agent | Davis Polk & Wardwell LLP | Timothy Graulich, Richard J. Steinberg and Kevin L. Winiarski | timothy.graulich@davispolk.com; richard.steinberg@davispolk.com; kevin.winiarski@davispolk.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury |  | statetreasurer@state.de.us |
| Counsel to FCA US LLC | Dickinson Wright PLLC | Doron Yitzchaki | dyitzchaki@dickinsonwright.com |
| Counsel to FCA US LLC and Sumitomo Electric U.S.A. Holdings, Inc. | Dickinson Wright PLLC | James A. Plemmons | jplemmons@dickinsonwright.com |
| Counsel to FCA US LLC | Dickinson Wright PLLC | M. Kimberly Stagg | kstagg@dickinsonwright.com |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Avnet, Inc.; Avnet Kabushiki Kaisha; Avnet Technology Hong Kong Limited; Avnet Europe BV; Avnet EMG Italy S.r.l.; Avnet Iberia S.L.U.; Avnet Supply Chain Solutions Limited; Avnet EMG France S.A.S.; EBV Elektronik S.r.l.; Farnell GmbH; Premier Farnell UK LTD; Farnell Components SL; Farnell (France) SAS; Farnell Italia Srl; and Element14. S. de R.L. de C.V. | Dorsey & Whitney (Delaware) LLP | Alessandra Glorioso | glorioso.alessandra@dorsey.com |
| Counsel to Avnet, Inc.; Avnet Kabushiki Kaisha; Avnet Technology Hong Kong Limited; Avnet Europe BV; Avnet EMG Italy S.r.l.; Avnet Iberia S.L.U.; Avnet Supply Chain Solutions Limited; Avnet EMG France S.A.S.; EBV Elektronik S.r.l.; Farnell GmbH; Premier Farnell UK LTD; Farnell Components SL; Farnell (France) SAS; Farnell Italia Srl; and Element14. S. de R.L. de C.V. | Dorsey & Whitney LLP | Michael Galen | galen.michael@dorsey.com |
| Counsel to Robert Bosch LLC | Dykema Gossett PLLC | Sheryl L. Toby | stoby@dykema.com |
| Counsel to Infineon Technologies Americas Corporation | Faegre Drinker Biddle & Reath LLP | Jaclyn C. Marasco | jaclyn.marasco@faegredrinker.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Nissan North America, Inc. | Foley & Lardner LLP | Mary M. Rofaeil, Esq. | mary.rofaeil@foley.com |
| Counsel to Nissan North America, Inc. | Foley & Lardner LLP | Michael J. Small, Esq. | msmall@foley.com |
| Counsel to Arrow Electronics, Inc. in all capacities | Galen & Davis, LLP | Jeffrey M. Galen and Glenn D. Davis | jeffrey.galen@galendavislaw.com; glenn.davis@galendavislaw.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Guam Attorney General | Guam Attorney General | Attn Bankruptcy Department | civillitigation@oagguam.org |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | bankruptcy@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | bankruptcy_notices@ilag.gov |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to Murata Electronics North America, Inc. | Jackson Walker LLP | Michael S. Held and J. Machir Stull | mheld@jw.com; mstull@jw.com |
| Counsel to Donlen Trust and Wheels Topco LLC (f/k/a Donlen Corporation) | K&L Gates LLP | David S. Catuogno | David.catuogno@klgates.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to City of el Paso | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Counsel to Atlantic Specialty Insurance Company | Manier & Herod, P.C. | Scott C. Williams and S. Marc Buchman | swilliams@manierherod.com; mbuchman@manierherod.com |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Counsel to the DIP Agent | Mayer Brown | Jason Elder | jason.elder@mayerbrown.com |
| Top 30 Creditor and Committee of Unsecured Creditors | Mazda North American Operations | Attn: Christopher Wilson | cwilso70@mazdausa.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Jason S. Levin and Siena B. Cerra | emonzo@morrisjames.com; jlevin@morrisjames.com; scerra@morrisjames.com |
| Counsel to the Sponsors, Certain Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. ("KKR") | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Sr., Brenna A. Dolphin and Echo Yi Qian | rdehney@morrisnichols.com; bdolphin@morrisnichols.com; eqian@morrisnichols.com |
| Counsel to Texas Instruments Incorporated | Munsch Hardt Kopf & Harr, P.C. | Deborah M. Perry | dperry@munsch.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | nvagbk@ag.nv.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | letitia.james@ag.ny.gov |
| Top 30 Creditor and Committee of Unsecured Creditors | Nissan North America, Inc. | Attn: Joseph Hession | joseph.hession@nissan-usa.com |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy and Timothy Jay Fox, Jr. | jane.m.leamy@usdoj.gov; timothy.fox@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us; benjamin.gutman@doj.state.or.us |
| Counsel to Granges AB | Pashman Stein Walder Hayden, P.C. | John W. Weiss | jweiss@pashmanstein.com |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Kristopher M. Hansen, Jonathan D. Canfield, Gabriel E. Sasson, Marcella Leonard, Daniel Ginsberg, Rasha El Mouatassim Bih, Kristin Catalano and Xue Yu | krishansen@paulhastings.com; joncanfield@paulhastings.com; gabesasson@paulhastings.com; marcellaleonard@paulhastings.com; danielginsberg@paulhastings.com; rashaelmouatassimbih@paulhastings.com; kristincatalano@paulhastings.com; xueyu@paulhastings.com |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Reed Rogan | reedrogan@paulhastings.com |
| Counsel to the Sponsors, Certain Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. ("KKR") | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Jacob Adlerstein, Karen R. Zeituni and Tyler Zelinger | bhermann@paulweiss.com; jadlerstein@paulweiss.com; kzeituni@paulweiss.com; tzelinger@paulweiss.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Pension Benefit Guaranty Corporation (PBGC) | Pension Benefit Guaranty Corporation | Desiree M. Amador and Colin B. Albaugh | Amador.Desiree@pbgc.gov; efile@pbgc.gov; Albaugh.Colin@pbgc.gov |
| Puerto Rico Attorney General | Puerto Rico Attorney General | | omar.andino@justicia.pr.gov |
| Counsel to Unifrax Holding LLC | Reid and Riege, P.C. | Jon P. Newton | jnewton@rrlawpc.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Counsel for Mizuho Bank, Ltd., in all Capacities Other than as Prepetition Agent | Richards, Layton & Finger, P.A. | Mark D. Collins, Michael J. Merchant and Brendan J. Schlauch | collins@rlf.com; merchant@rlf.com; schlauch@rlf.com |
| Counsel to STMicroelectronics, Inc. | Rochelle Mccullough, LLP | J.Mark Chevallier | mchevallier@romclaw.com |
| Counsel to Unifrax Holding LLC | Santoro Law Group LLC | Richard A. Barkasy | rbarkasy@santorolg.com |
| Counsel to Johnson Matthey Plc and its affiliates | Saul Ewing LLP | Lucian B. Murley | luke.murley@saul.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Counsel to LyondellBasell Advanced Polymers Inc. and certain affiliated entities | Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C. | Mark S. Finkelstein | mfinkelstein@smfadlaw.com |
| Counsel to Sharp Devices Europe GMBH | Sheppard Mullin Richter & Hampton LLP | Edward H. Tillinghast, III | etillinghast@sheppardmullin.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Counsel to LyondellBasell Advanced Polymers Inc. and certain affiliated entities | Stevens & Lee, P.C. | Joseph H. Huston, Jr. and Gregory T. Donilon | joseph.huston@stevenslee.com; gregory.donilon@stevenslee.com |
| Counsel to Lex Lewisburg LLC | Stradley, Ronon, Stevens & Young, LLP | Daniel M. Pereira | dpereira@stradley.com |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Top 30 Creditor and Committee of Unsecured Creditors | Tesla, Inc | Vaibhav Taneja, Chief Financial Officer and Keith Porapaiboon | vtaneja@tesla.com; contractnotices@tesla.com |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel to Infineon Technologies Americas Corporation | Trost Legal PC | Glenn W. Trost | glenn@trostlegal.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Faurecia USA Holdings, Inc. | Troutman Pepper Locke LLP | Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to Faurecia USA Holdings, Inc. | Troutman Pepper Locke LLP | Tori L. Remington | tori.remington@troutman.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Counsel to Alps Alpine North America, Inc. | Vectis Law | Patrick M. Costello | pcostello@vectislawgroup.com |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virgin Islands Attorney General | Virgin Islands Attorney General | Attn Bankruptcy Department | info@usvidoj.com |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Deutsche Bank AG, London Branch | Willkie Farr & Gallagher LLP | Jennifer J. Hardy | jhardy2@willkie.com |
| Counsel to Deutsche Bank AG, London Branch | Willkie Farr & Gallagher LLP | Joseph Minias and Christine Thain | jminias@willkie.com; cthain@willkie.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Counsel to Vitesco Technologies USA, LLC | Wolfson Bolton Kochis PLLC | Scott A. Wolfson | swolfson@wolfsonbolton.com |
| Counsel to FCA US LLC, Sumitomo Electric U.S.A. Holdings, Inc., Murata Electronics North America, Inc., Plásticos Técnicos Mexicanos, S.A. DE C.V, and Atlantic Specialty Insurance Company | Womble Bond Dickinson (US) LLP | Matthew P. Ward and Lisa Bittle Tancredi | matthew.ward@wbd-us.com; lisa.tancredi@wbd-us.com |
| Counsel to Plásticos Técnicos Mexicanos, S.A. DE C.V | Womble Bond Dickinson (US) LLP | Wojciech Jung | Wojciech.Jung@wbd-us.com |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | ag.webmaster@wyo.gov |
| Counsel to Mizuho Bank, Ltd., in its capacity as Prepetition Agent | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady and Andrew L. Magaziner | rbrady@ycst.com; amagaziner@ycst.com |

# Exhibit B

**Exhibit B**
**Objecting & Responding Party Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Adam Bowden | Joyce, LLC | Michael J. Joyce | mjoyce@mjlawoffices.com |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Arizona Attorney General - CSS | Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| Top 30 Creditor and Committee of Unsecured Creditors | Avnet, Inc. | Michael Walker, Dennis Losik and Rayna Jones | 2211 South 47th Street | | | Phoenix | AZ | 85034 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Guam Attorney General | Guam Attorney General | Attn Bankruptcy Department | ITC Bldg | 590 S Marine Corps Dr, Suite 901 | | Tamuning | Guam | 96913 |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Top 30 Creditor and Committee of Unsecured Creditors | Mazda North American Operations | Attn: Christopher Wilson | 200 Spectrum Center Drive, Suite 100 | | | Irvine | CA | 92618 |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| Top 30 Creditor and Committee of Unsecured Creditors | Nissan North America, Inc. | Attn: Joseph Hession | 1 Nissan Way | | | Franklin | TN | 37067 |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy and Timothy Jay Fox, Jr. | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Puerto Rico Attorney General | Puerto Rico Attorney General | | PO Box 9020192 | | | San Juan | PR | 00902-0192 |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| Top 30 Creditor and Committee of Unsecured Creditors | Tesla, Inc | Vaibhav Taneja, Chief Financial Officer and Keith Porapaiboon | Giga Texas | 1 Tesla Road | | Austin | TX | 78725 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| Virgin Islands Attorney General | Virgin Islands Attorney General | Attn Bankruptcy Department | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | | St. Thomas | VI | 00802 |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |

# Exhibit D

**Exhibit D**
**Objecting & Responding Party Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel to Adam Bowden | Joyce, LLC | Michael J. Joyce | 1225 King Street, Suite 800 | Wilmington | DE | 19801 |

In re Marelli Automotive Lighting USA LLC, et al.,
Case No. 25-11034 (CTG)

Page 1 of 1