IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.,*[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 764** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 27, 2025 THROUGH JULY 31, 2025 [DOCKET NO. 764]**

The undersigned hereby certifies as follows:

On August 27, 2025, FTI Consulting, Inc. ("FTI"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases, filed the *First Monthly Fee Statement of FTI Consulting, Inc. for Interim Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Creditors for the Period from June 27, 2025 Through July 31, 2025* (the "Application") [Docket No. 764] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was September 17, 2025, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 477],

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

17539333/1

-2-

no further order is required, and FTI is entitled to receive 80% of its fees ($1,422,603.84) and 100% of its expenses ($19,551.87).

| | |
|---|---|
| Dated: September 18, 2025 | **MORRIS JAMES LLP** |

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
Siena B. Cerra (DE Bar No. 7290)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
          jlevin@morrisjames.com
          scerra@morrisjames.com

-and-

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Jonathan D. Canfield (admitted *pro hac vice*)
Gabriel E. Sasson (admitted *pro hac vice*)
Marcella Leonard (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-2665
E-mail: krishansen@paulhastings.com
          joncanfield@paulhastings.com
          gabesasson@paulhastings.com
          marcellaleonard@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*