# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) Case No. 25-11034 (CTG) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On September 11, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **First Monthly Fee Application of Greenberg Traurig Studio Legale Associato for Compensation and Reimbursement of Expenses as Special Counsel to Debtors and Debtors in Possession for the Period from June 11, 2025 Through and Including June 30, 2025** [Docket No. 925]

Dated: September 18, 2025

/s/ *Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

# Exhibit A

Exhibit A
**Fee Application Notice Parties**
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to the Ad Hoc Group of Senior Lenders | Akin Gump Strauss Hauer & Feld LLP | Ira S. Dizengoff and Anna Kordas | idizengoff@akingump.com; akordas@akingump.com |
| Counsel to the Ad Hoc Group of Senior Lenders | Akin Gump Strauss Hauer & Feld LLP | Scott Alberino, Kate Doorley and Alexander F. Antypas | salberino@akingump.com; kdoorley@akingump.com; aantypas@akingump.com |
| Counsel to Deutsche Bank AG, London Branch | Bayard P.A. | Ericka F. Johnson and Steven D. Adler | ejohnson@bayardlaw.com; sadler@bayardlaw.com |
| Counsel to the Ad Hoc Group of Senior Lenders | Cole Schotz P.C | Justin R. Alberto, Stacy L. Newman, Jack M. Dougherty and Elazar A. Kosman | jalberto@coleschotz.com; snewman@coleschotz.com; jdougherty@coleschotz.com; ekosman@coleschotz.com |
| Counsel to Mizuho Bank, Ltd., in all Capacities Other than as Prepetition Agent | Davis Polk & Wardwell LLP | Timothy Graulich, Richard J. Steinberg and Kevin L. Winiarski | timothy.graulich@davispolk.com; richard.steinberg@davispolk.com; kevin.winiarski@davispolk.com |
| Counsel to the Debtors and Debtors in Possession | Kirkland & Ellis LLP | Joshua A. Sussberg, Nicholas M. Adzima and Evan Swager | joshua.sussberg@kirkland.com; nicholas.adzima@kirkland.com; evan.swager@kirkland.com |
| Counsel to the Debtors and Debtors in Possession | Kirkland & Ellis LLP | Ross M. Kwasteniet and Spencer A. Winters | ross.kwasteniet@kirkland.com; spencer.winters@kirkland.com |
| Debtors and Debtors in Possession | Marelli Automotive Lighting USA LLC | Marisa Iasenza | marisa.iasenza@marelli.com |
| Counsel to the DIP Agent | Mayer Brown | Jason Elder | jason.elder@mayerbrown.com |
| Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Jason S. Levin and Siena B. Cerra | emonzo@morrisjames.com; jlevin@morrisjames.com; scerra@morrisjames.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy and Timothy Jay Fox, Jr. | jane.m.leamy@usdoj.gov; timothy.fox@usdoj.gov |
| Counsel to the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones, Timothy P. Cairns, and Edward A. Corma | ljones@pszjlaw.com; tcairns@pszjlaw.com; ecorma@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Kristopher M. Hansen, Jonathan D. Canfield, Gabriel E. Sasson, Marcella Leonard, Daniel Ginsberg, Rasha El Mouatassim Bih, Kristin Catalano and Xue Yu | krishansen@paulhastings.com; joncanfield@paulhastings.com; gabesasson@paulhastings.com; marcellaleonard@paulhastings.com; danielginsberg@paulhastings.com; rashaelmouatassimbih@paulhastings.com; kristincatalano@paulhastings.com; xueyu@paulhastings.com |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Reed Rogan | reedrogan@paulhastings.com |
| Counsel to the Sponsors, Certain Funds and Accounts Managed by Kohlberg Kravis Roberts & Co. L.P. ("KKR") | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Brian S. Hermann, Jacob Adlerstein, Karen R. Zeituni and Tyler Zelinger | bhermann@paulweiss.com; jadlerstein@paulweiss.com; kzeituni@paulweiss.com; tzelinger@paulweiss.com |
| Counsel for Mizuho Bank, Ltd., in all Capacities Other than as Prepetition Agent | Richards, Layton & Finger, P.A. | Mark D. Collins, Michael J. Merchant and Brendan J. Schlauch | collins@rlf.com; merchant@rlf.com; schlauch@rlf.com |
| Counsel to Deutsche Bank AG, London Branch | Willkie Farr & Gallagher LLP | Jennifer J. Hardy | jhardy2@willkie.com |
| Counsel to Deutsche Bank AG, London Branch | Willkie Farr & Gallagher LLP | Joseph Minias and Christine Thain | jminias@willkie.com; cthain@willkie.com |
| Counsel to Mizuho Bank, Ltd., in its capacity as Prepetition Agent | Young Conaway Stargatt & Taylor, LLP | Robert S. Brady and Andrew L. Magaziner | rbrady@ycst.com; amagaziner@ycst.com |