# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 574** |

## NOTICE OF REVISED RATES BY FTI CONSULTING, INC.

1. On August 11, 2025, the Court entered the *Order Authorizing Retention of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* [Docket No. 574] (the "Retention Order"), which authorized the Official Committee of Unsecured Creditors of the above captioned debtors and debtors in possession (the "Committee") to retain FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Committee, for the specific purposes detailed in the *Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 27, 2025* [Docket No. 341] (the "Application").

2. Paragraph 15 of the Application disclosed the range of hourly rates charged by FTI for professional services and stated that FTI's hourly rates are subject to periodic adjustments. *See* Application ¶ 15. In the ordinary course of business, FTI has adjusted the hourly rates charged by its professionals and, therefore, submits this notice of revised rates. This notice shall constitute notice that, as of October 1, 2025, the hourly rates charged for FTI professionals anticipated to be assigned to this case will be as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

|   |    |                                                        |                    |
|---|----|--------------------------------------------------------|--------------------|
|   | a. | Senior Managing Directors:                             | $1,210 to $1,580   |
|   | b. | Directors, Senior Directors, Managing Directors:       | $700 to $1,195     |
|   | c. | Consultants, Senior Consultants:                       | $530 to $850       |
|   | d. | Administrative, Paraprofessionals:                     | $195 to $395       |

3.  As set forth in the Application, these rates are, and will continue to be, based on FTI's standard and customary billing arrangements. These rates continue to be subject to periodic adjustment.

Dated: September 19, 2025

*/s/ Matthew Diaz*
Matthew Diaz
Senior Managing Director
FTI Consulting, Inc.
1166 Avenue of the Americas
New York, NY 10036
Telephone: (646) 279-8951
E-mail: matt.diaz@fticonsulting.com

*Financial Advisor for the
Official Committee of Unsecured
Creditors*