## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) Case No. 25-11034 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 899** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF SELENDY GAY PLLC, ATTORNEYS FOR THE SPECIAL COMMITTEE OF MARELLI HOLDINGS CO., LTD., FOR THE PERIOD FROM JUNE 11, 2025, THROUGH AND INCLUDING JULY 31, 2025**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *First Monthly Fee Application of Selendy Gay PLLC, Attorneys for the Special Committee of Marelli Holdings Co., Ltd., for the Period from June 11, 2025, Through and Including July 31, 2025* [Docket No. 899] (the "Application") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on September 5, 2025. Pursuant to the Application, objections to the Application were to be filed and served no later than 4:00 p.m. (prevailing Eastern Time) on September 26, 2025.

The undersigned further certifies that the Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 477], the Debtors are now authorized to pay 80% ($1,185,148.80) of requested fees

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

4907-7439-0381.3 54509.00001

($1,481,436.00) and 100% of requested expenses ($3,356.45) on an interim basis without further order of the Court.

Dated: September 29, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Edward A. Corma* | |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | Evan Swager (admitted *pro hac vice*) |
| P.O. Box 8705 | 601 Lexington Avenue |
| Wilmington, Delaware 19899 (Courier 19801) | New York, New York 10022 |
| Telephone:   (302) 652-4100 | Telephone:   (212) 446-4800 |
| Facsimile:   (302) 652-4400 | Facsimile:   (212) 446-4900 |
| Email:   ljones@pszjlaw.com | Email:   joshua.sussberg@kirkland.com |
|              tcairns@pszjlaw.com |              nicholas.adzima@kirkland.com |
|              ecorma@pszjlaw.com |              evan.swager@kirkland.com |
| | -and- |
| | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| | Spencer A. Winters, P.C. (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| | Email:   ross.kwasteniet@kirkland.com |
| |              spencer.winters@kirkland.com |
| *Co-Counsel for the Debtors* | *Co-Counsel for the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |