# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:

**MARELLI AUTOMOTIVE LIGHTING USA LLC, *et. al.*,**

    Debtors.

_____/

Chapter 11

Case No. 25-11034 (CTG)
(Jointly Administered)

## NOTICE OF APPEARANCE
## AND REQUEST FOR ELECTRONIC NOTICE

Please take notice that Sara Gorman Rajan of the law firm Brown Borkowski & Morrow hereby enters her appearance on behalf of Creditor, **VAYAN GROUP, LLC f/k/a ATCO INDUSTRIES, LLC,** and requests notice and service of all pleadings filed in this matter be served upon:

SARA GORMAN RAJAN
BROWN BORKOWSKI & MORROW
37887 West Twelve Mile Road
Farmington Hills, Michigan 48331
(248) 987-4040 / Fax (248) 987-4214
srajan@bbmlawpc.com

**BROWN BORKOWSKI & MORROW**

By: /s/ *Sara Gorman Rajan*
Attorney for Creditor, Vayan Group, LLC
a/k/a ATCO Industries, LLC
37887 West Twelve Mile Road
Farmington Hills, Michigan 48331
(248) 987-4040
srajan@bbmlawpc.com
(P66203)

Dated: October 6, 2025

1

**CERTIFICATE OF SERVICE**

    I, Sara Gorman Rajan, certify that on October 6, 2025, I filed this *Notice of Appearance and Request for Electronic Notice,* and *Certificate of Service*, with the Clerk of the Court using the ECF filing system to serve all parties and/or counsel of record in this matter.

    /s/ *Sara Gorman Rajan*
Sara Gorman Rajan
Brown Borkowski & Morrow
37887 West Twelve Mile Road
Farmington Hills, Michigan 48331
(248) 987-4040

2