**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, et al.,[1] | Case No. 25-11034 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Pashman Stein Walder Hayden, P.C. hereby enters its appearance (the "Notice of Appearance") in the above-captioned cases as counsel to SKF Industrie, S.p.A. and SKF de México S.A. de C.V. (together, the "SKF Entities"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of of the United States Bankruptcy Court for the District of Delaware, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

{00558697;1 }

**PASHMAN STEIN WALDER HAYDEN, P.C.**
Henry J. Jaffe (DE No. 2987)
Michael J. Custer (DE No. 4843)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Email: hjaffe@pashmanstein.com
mcuster@pashmanstein.com

  **PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

  **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of either or both SKF Entities: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to

object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the SKF Entities are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 6, 2025
      Wilmington, Delaware

Respectfully submitted,

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Michael J. Custer*
Henry J. Jaffe (DE No. 2987)
Michael J. Custer (DE No. 4843)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6497
Email:  hjaffe@pashmanstein.com
        mcuster@pashmanstein.com

*Counsel to SKF Industrie, S.p.A. and*
*SKF de México S.A. de C.V.*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. Custer, hereby certify that on October 6, 2025, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

Dated: October 6, 2025
    Wilmington, Delaware

*/s/ Michael J. Custer*
Michael J. Custer (No. 4843)
