# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) Case No. 25-11034 (CTG) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF GREENBERG TRAURIG STUDIO LEGALE ASSOCIATO FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JULY 1, 2025 THROUGH AND INCLUDING JULY 31, 2025 [DOCKET NO. 929]**

I, Dennis A. Meloro, hereby certify that:

1. On August 5, 2025, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 477] (the "**Interim Compensation Order**").

2. On August 26, 2025, the Court entered the *Order Authorizing the Employment and Retention of Greenberg Traurig Studio Legale Associato as Special Counsel for the Debtors Effective as of the Petition Date* [Docket No. 752] (the "**Retention Order**").

3. In accordance with the Retention Order and Interim Compensation Order, on September 12, 2025, Greenberg Traurig, LLP ("**GT**") filed the *Second Monthly Fee Application of Greenberg Traurig Studio Legale Associato for Compensation and Reimbursement of Expenses as Special Counsel for the Debtors and Debtors in Possession for the Period from July 1, 2025 Through and Including July 31, 2025* [Docket No. 929] (the "**Application**") with the Court.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

4. Pursuant to the Notice of Application, responses to the Application were due to be filed on or by October 3, 2025. As of the date hereof, the undersigned counsel has not received any answers, objections or other responsive pleadings to the Application.

5. Accordingly, pursuant to the Interim Compensation Order and the Application, the Debtors are authorized to pay GT $532,673.03, representing 80% of the fees requested in the Application, $665,841.29, and 100% of the expenses requested in the Application, or $1,059.92, plus certain charges in the aggregate amount of $130,549.59, on an interim basis without further Court order.

Dated: October 7, 2025  
Wilmington, Delaware

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ *Dennis A. Meloro*  
Dennis A. Meloro (DE Bar No. 4435)  
222 Delaware Avenue, Suite 1600  
Wilmington, Delaware 19801  
Telephone: (302) 661-7000  
Facsimile: (302) 661-7360  
Email: dennis.meloro@gtlaw.com

*Counsel for Greenberg Traurig Studio Legale Associato*