# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) Case No. 25-11034 (CTG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Esmeralda Aguayo, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtors in the above-captioned case.

On or before October 7, 2025, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Final Order (I) Authorizing Debtors to Pay Prepetition Claims of (A) Foreign Vendors, (B) Lien Claimants, (C) 503(b)(9) Claimants, and (D) Critical Vendors, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief** [Docket No. 266]

Dated: October 8, 2025

/s/ *Esmeralda Aguayo*
Esmeralda Aguayo
Verita
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245
Tel 310.823.9000

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

# Exhibit A

**Exhibit A**
**Critical Vendors Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email | Service Date |
|---|---|---|---|
| Foundry Alfe Chem s.r.l | Attn Gianni Rizzuto | gianni.rizzuto@foundrychem.it | 9/30/2025 |
| Foundry Alfe Chem S.R.L. | Generalfinance S.P.S. | a.maxia@generalfinance.it | 9/30/2025 |
| FOUNDRY ALFE CHEM S.R.L. | GIOVANNI RIZZUTO | d.mina@foundrychem.it | 9/30/2025 |
| MITSUBISHI ELECTRIC EUROPE | | automotive-sales@meuk.mee.com | 10/7/2025 |
| MITSUBISHI ELECTRIC EUROPE B.V | | Filip.Dusek@mpl.mee.com | 10/7/2025 |
| MITSUBISHI ELECTRIC EUROPE B.V. | | AUTO-SCM@meg.mee.com | 10/7/2025 |
| MITSUBISHI ELECTRIC EUROPE B.V. | | bjoern.andrzejczak@meq.mee.com | 10/7/2025 |
| MITSUBISHI ELECTRIC EUROPE B.V. | | Heinke.Richter@meg.mee.com | 10/7/2025 |
| MITSUBISHI ELECTRIC EUROPE B.V. | | Ilenia.Pierobon@it.mee.com | 10/7/2025 |

# Exhibit B

**Exhibit B**
**Critical Vendors Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country | Service Date |
|---|---|---|---|---|---|---|---|---|
| Foundry Alfe Chem s.r.l | Attn Gianni Rizzuto | Via Palazzetto n.9 | | Mappano | TO | 10079 | Italy | 9/30/2025 |
| Foundry Alfe Chem S.R.L. | Generalfinance S.P.S. | 43a via Giorgio Stephenson | | Milano | Milano | 20157 | Italy | 9/30/2025 |
| FOUNDRY ALFE CHEM S.R.L. | GIOVANNI RIZZUTO | 77 CORSO BRESCIA | | TORINO | TORINO | 10152 | ITALIA | 9/30/2025 |
| MITSUBISHI ELECTRIC EUROPE | | TRAVELLERS LANE, HATFIELD | | HERTFORDSHIRE | | AL108XB | UNITED KINGDOM | 10/7/2025 |
| MITSUBISHI ELECTRIC EUROPE B.V | | AVDA CASTILLA 2 ESC. A, PLANTA 1, P.E.SAN FERNANDO H.EDIFICIO EUROPA | SAN FERNANDO DE HENARES | MADRID | | 28830 | SPAIN | 10/7/2025 |
| MITSUBISHI ELECTRIC EUROPE B.V. | | ISARSTRASSE 4 | | KELSTERBACH | | 65451 | GERMANY | 10/7/2025 |