

**Slovenská pošta, a.s.**
Partizánska cesta 9
975 99 Banská Bystrica 1
Slovak Republic

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
U.S.A

| YOUR REF / DATE: | OUR REF.: 4234/2025/ÚF<br>INFORMATION CLASSIFICATION: Public | CONTACT / PHONE<br>Ing. Jana Hajková/+421259 39 35 31 | DATE:<br>29.09.2025 |
|---|---|---|---|

SUBJECT:

**Slovenská pošta´s statement of non-existence of claims - In re Marelli Automotive Lighting USA LLC, Case No. 25-11034 (CTG)**

**Dear Mr. Craig T. Goldblatt,**

On behalf of Slovenská pošta, a. s., we acknowledge receipt of the Court´s Final Order (I) Authorizing Debtors to Pay Prepetition Claims of (A) Foreign Vendors, (B) Lien Claimants, (C) 503(b)(9) Claimants, and (D) Critical Vendors, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief entered in the above-captioned proceedings.

Following an internal review of our accounting records, we hereby confirm that Marelli Automotive Lighting USA LLC is not registered as a customer of Slovenská pošta, a. s. and, accordingly, we do not maintain or record any receivables or outstanding claims against the Debtor.

We submit this statement for the Court´s record and to clarify that Slovenská pošta, a. s. is not a creditor in these Chapter 11 proceedings.

Sincerely yours,

...................................
**Mr. Vladislav KUPKA**
*Chairman of the Board of Directors and Chief Executive Officer of Slovenská pošta, a.s.*

Phone: 0850 122 413    BANKING CONNECTION    Account No: 3001130011/6500    Company ID No.: 36 631 124
                       365.bank, a. s.       IBAN: SK9765000000003001130011   Registartion ID No.: 2021879959
www.posta.sk           Bratislava            BIC: POBNSKBA                    VAT Reg. No.: SK2021879959

Registered with the Commercial register maintained by the District Court in Banská Bystrica, Section SA, File No.: 803/S

SLOVENSKÁ POŠTA, a. s.
Námestie SNP 35
814 20 Bratislava
- 850 -

DOPORUČENE

č j. 4234/2025/MF



SLOVENSKÁ POŠTA / SLOVAK POST
COLNÉ VYHLÁSENIE / CUSTOMS DECLARATION — CN 22

Zásielka môže byť úradne otvorená / May be opened officially

- [ ] Obchodná vzorka / Commercial sample
- [ ] Darček / Gift
- [x] Dokumenty / Documents
- [ ] Vrátený tovar / Returned goods
- [ ] Predaj tovaru / Sale of goods
- [ ] Iné / Other (please specify)

DÔLEŽITÉ! / IMPORTANT!
Pozri pokyny na zadnej strane / See instructions on the back

Množstvo a podrobný popis obsahu (1) / Quantity and detailed description of contents (1): DOKUMENTY

Váha netto v kg (2) / Net weight in kg (2)
Hodnota a mena (3) / Value and currency (3): 100 EUR
Váha celkom (4) / Total weight
Hodnota celkom (7) / Total value
Tarifné č. tovaru (4) / HS tariff number (4)
Krajina pôvodu (5) / Country of origin (5)

Dátum a podpis odosielateľa (6) / Date and sender's signature (6): 10 09 2025

United States Bank r
Court
District of Delau
824 Market Street
Wilmington, D
USA

