

Slovenská pošta, a.s.
Partizánska cesta 9
975 99 Banská Bystrica 1
Slovak Republic

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801
U.S.A

| YOUR REF / DATE: | OUR REF.: 4234/2025/ÚF | CONTACT / PHONE Ing. Jana Hajková/+421259 39 35 31 | DATE: 29.09.2025 |
|---|---|---|---|
| | INFORMATION CLASSIFICATION: Public | | |

SUBJECT:

**Slovenská pošta´s statement of non-existence of claims - In re Marelli Automotive Lighting USA LLC, Case No. 25-11034 (CTG)**

**Dear Mr. Craig T. Goldblatt,**

On behalf of Slovenská pošta, a. s., we acknowledge receipt of the Court´s Final Order (I) Authorizing Debtors to Pay Prepetition Claims of (A) Foreign Vendors, (B) Lien Claimants, (C) 503(b)(9) Claimants, and (D) Critical Vendors, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief entered in the above-captioned proceedings.

Following an internal review of our accounting records, we hereby confirm that Marelli Automotive Lighting USA LLC is not registered as a customer of Slovenská pošta, a. s. and, accordingly, we do not maintain or record any receivables or outstanding claims against the Debtor.

We submit this statement for the Court´s record and to clarify that Slovenská pošta, a. s. is not a creditor in these Chapter 11 proceedings.

Sincerely yours,

..................................................
**Mr. Vladislav KUPKA**
*Chairman of the Board of Directors and Chief Executive Officer of Slovenská pošta, a.s.*

Phone: 0850 122 413
www.posta.sk

BANKING CONNECTION
365.bank, a. s.
Bratislava

Account No: 3001130011/6500
IBAN: SK9765000000003001130011
BIC: POBNSKBA

Company ID No.: 36 631 124
Registartion ID No.: 2021879959
VAT Reg. No.: SK2021879959

Registered with the Commercial register maintained by the District Court in Banská Bystrica, Section SA, File No.: 803/S

SLOVENSKÁ POŠTA, a. s.
Námestie SNP 35
814 20 Bratislava

DOPORUČENE

č: 4234/2025/MF



COLNÉ VYHLÁSENIE / CUSTOMS DECLARATION
SLOVENSKÁ POŠTA / SLOVAK POST    CN 22

Zásielka môže byť úradne otvorená / May be opened officially

DÔLEŽITÉ! / IMPORTANT!
Pozri pokyny na zadnej strane / See instructions on the back

[X] Dokumenty / Documents
Obchodná vzorka / Commercial sample
Dárček / Gift
Vrátený tovar / Returned goods
Predaj tovaru / Sale of goods
Iné / Other (please specify)

DOKUMENTY

Množstvo a podrobný popis obsahu (1) / Quantity and detailed description of contents (1)
Váha netto v kg (2) / Net weight in kg (2)
Hodnota a mena (3) / Value and currency (3)
Tarifné č. tovaru (4) / HS tariff number (4)
Krajina pôvodu / Country of origin (5)

Celková hmotnosť v kg (6) / Total weight in kg (6)    Hodnota celkom (7) / Total value (7)    400 EUR

Dátum a podpis odosielateľa (8) / Date and sender's signature (8)    10 09 2025

UNITED STATES BANKR COURT
DISTRICT OF DELA
824 MARKET STREET
WILMINGTON, D
MSA

