# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-11034 (CTG) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101-1532, et seq. (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Fox Rothschild LLP enters its appearance as counsel to 700 Credit, LLC in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033..

178135568.1

<table>
<tr><td>

Stephanie Slater Ward, Esq.
Fox Rothschild LLP
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 654-7444
Email: sward@foxrothschild.com

</td><td>

Howard A. Cohen, Esq.
Fox Rothschild LLP
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Phone: (302) 654-7444
Email: hcohen@foxrothschild.com

</td></tr>
<tr><td>

Michael R. Herz, Esq.
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07860-5122
Phone: (973) 548-3330
Email: mherz@foxrothschild.com

</td><td>

Agostino A. Zammiello, Esq.
Fox Rothschild LLP
49 Market Street
Morristown, NJ 07860-5122
Phone (973) 548-3330
Email: azammiello@foxrothschild.com

</td></tr>
</table>

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders, notices of any application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

*(Signature page follows)*

Dated: October 15, 2025
      Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Stephanie Slater Ward*
Howard A. Cohen (No. 4802)
Stephanie Slater Ward (No. 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE  19801
Phone: (302) 654-7444
Facsimile: (302) 656-8920
Emails: hcohen@foxrothschild.com
       sward@foxrothschild.com


-and-

Michael R. Herz, Esq.
Agostino A. Zammiello, Esq
**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07860-5122
Phone: (973) 548-3330
Facsimile: (973) 992-9125
Emails: mherz@foxrothschild.com
       azammiello@foxrothschild.com

*Counsel to 700 Credit, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case on this 15th day of October, 2025.

                                                  */s/ Stephanie Slater Ward*
                                                  Stephanie Slater Ward (DE No. 6922)