## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) Case No. 25-11034 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### SECOND SUPPLEMENTAL DECLARATION OF KPMG LLP
### IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
### AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY KPMG LLP
### TO PROVIDE TAX CONSULTING AND TAX COMPLIANCE SERVICES
### EFFECTIVE AS OF JUNE 11, 2025

I, Olayinka Kukoyi, under penalty of perjury, declares as follows, to the best of my knowledge, information, and belief:

1.      I am a Certified Public Accountant and a partner of KPMG LLP, a professional services firm ("KPMG").  KPMG is a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company [limited by guarantee].  I submit this second supplemental declaration (the "Second Supplemental Declaration") on behalf of KPMG in support of the application (the "Application")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order, pursuant to sections 327(a) and 328 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Rules of the United States Bankruptcy Court for the District

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2]      Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

of Delaware (the "Local Rules"), authorizing the Debtors to retain and employ KPMG to provide

tax consulting and tax compliance services to the Debtors effective as of the Petition Date. I am

authorized to make this declaration on behalf of KPMG. I make this declaration based on my own

knowledge, review of KPMG business records, and discussions with other professionals at KPMG.

2.    This Second Supplemental Declaration amends and otherwise supplements my

Declaration, dated July 10, 2025 (the "Initial Declaration"), which is attached as Exhibit B to the

Application, as set forth herein.

3.    Since filing the Initial Declaration, the Debtors provided KPMG with a list of

additional parties in interest and KPMG is filing this Supplemental Declaration pursuant to

paragraph 42 of the Initial Declaration. The additional parties searched are reflected on Schedule

1 annexed hereto. A summary of those current potential relationships[3] that KPMG was able to

identify using its reasonable efforts is reflected on Schedule 2 annexed hereto.

4.    Based on the searches discussed above, KPMG has determined that certain

connections should be disclosed as follows:

a.    Law firms identified on Schedule 2, including Alston & Bird LLP, Ballard
Spahr LLP, Bradley Arant Boult Cummings LLP, Faegre Drinker Biddle &
Reath LLP, Foley & Lardner LLP, Greenberg Traurig LLP, Hogan Lovells
Horitsu Jimusho, Khaitan & Co, Nelson Mullins Riley & Scarborough LLP,
Paul Weiss Rifkind Wharton & Garrison LLP, and Willkie Farr & Gallagher
LLP have provided, currently provide and may in the future provide legal
services to KPMG or KPMG professionals in matters unrelated to the
Debtors or their estates, and/or KPMG has provided, currently provide and
may in the future provide services to such firms or their clients in matters
unrelated to the Debtors or their estates; and

b.    Certain financial institutions or their respective affiliates (including J.P.
Morgan Chase) listed on Schedule 2 (i) are lenders to KPMG and/or (ii)
have financed a portion of the capital and/or capital loan requirements of
various managing partners and principals, respectively, of KPMG.    In

---

[3] For clarification purposes, the connections listed on Schedule 2 involve only services that are unrelated to these chapter 11 cases.

addition, certain institutions or their respective affiliates, provide asset management services, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by KPMG.

5.     To the best of my knowledge and based upon the results of the search described above and subject to the supplemental disclosures herein and in prior declarations, KPMG neither holds nor represents an interest adverse to the Debtors' estates in accordance with section 327 of the Bankruptcy Code.

Dated:  October 17, 2025          _/s/ Olayinka Kukoyi_____
Houston, Texas                    Olayinka Kukoyi
                                  KPMG LLP
                                  811 Main Street
                                  Houston, TX 77002

**SCHEDULE 1**

**MARELLI AUTOMOTIVE LIGHTING USA LLC,** *et al.*
**PARTIES IN INTEREST**

**SCHEDULE 1(a)**
**Ad Hoc Group of Senior Lenders**
Fortress Credit Advisors LLC
█████████████████████████

**SCHEDULE 1(b)**
**Adverse Party**
MBK Partners

**SCHEDULE 1(c)**
**Banks-Lender-UCC Lien Parties-Administrative Agents**
Atco Industries LLC
Bank of Yokohama Ltd., The
Beverly Bank & Trust Co. NA
Burdock Godo Kaisha
CT Corporation System
Dell Financial Services LLC
Deutsche Bank AG
Engel Machinery Inc.
Essex Group Inc.
First Commercial Bank Ltd.
Fuyo General Lease USA Inc.
Joyo Bank Ltd., The
Kroll Trustee Services Ltd.
MB Financial Bank NA
Mega International Commercial Bank Co. Ltd.
Nec Capital Solutions Ltd.
Proper Group International LLC
Proper Tooling LLC
Summit Funding Group Inc.
Tokyo Century USA Inc.
Wells Fargo Bank NA

**SCHEDULE 1(d)**

**Core 2002 Parties**

AIS Portfolio Services LLC
Alston & Bird LLP
Ashby & Geddes PA
Ballard Spahr LLP
Benesch Friedlander Coplan & Aronoff LLP
Brooks Wilkins Sharkey & Turco PLLC
Buchalter, A Professional Corp.
Burr & Forman LLP
Dickinson Wright PLLC
Dorsey & Whitney (Delaware) LLP
Dorsey & Whitney LLP
Dykema Gossett PLLC
Faegre Drinker Biddle & Reath LLP
Foley & Lardner LLP
Galen & Davis LLP
Jackson Walker LLP
Johnson Matthey PLC
K&L Gates LLP
Linebarger Goggan Blair & Sampson LP
Manier & Herod PC
Morris James LLP
Munsch Hardt Kopf & Harr PC
Nissan North America Inc.
Pashman Stein Walder Hayden PC
Reid & Riege PC
Rochelle McCullough LLP
Santoro Law Group LLC
Saul Ewing LLP
Shannon, Martin, Finkelstein, Alvarado & Dunne PC
Sheppard Mullin Richter & Hampton LLP
Stevens & Lee PC
Stradley, Ronon, Stevens & Young LLP
Trost Legal PC
Troutman Pepper Locke LLP
Vectis Law
Wolfson Bolton Kochis PLLC
Womble Bond Dickinson US LLP

**SCHEDULE 1(e)**

**Customers**

Mazda Motor Logistics Europe SV
Stellantis Mexico SA de CV
Tesla (Shanghai) Co. Ltd.
Tesla Motors Netherlands BV

**SCHEDULE 1(f)**
**Known Affiliates - JV**
CK Adjustments
Components Adjustments
Mew
Statutory Adjustments
Total Group Elimination
Total Group Manual Journals

**SCHEDULE 1(g)**
**Litigation**
Adam Bowden
Advanex Inc.
Amparo
Argenta Employee LLP
Associação dos Moradores do Jardim Cristal e Jardim Marambaia
Asti, City of (Italy)
███████
Bari, City of (Italy)
Beacon Navigation GmbH
Blutec SRL
Bologna, City of (Italy)
Bologna, City of (Italy), Public Prosecutor
Bowden, Adam
Brazil, Government of, Ministério Público Do Trabalho
C&L Locação De Veículos E Transporte Ltda.
Caivano, Municipality of (Italy)
Cofap Do Brasil Ltda.
Collecte Valorisation Energie Dechets
Conselho Regional Dos Representantes Comerciais No Estado De Minas Gerais
Contagem, City of (Brazil)
Curitiba, City of (Brazil), Public Legal Prosecutor
Denso San Salvo
Diciassette Realestate SRL

DSV Air & Sea

Eco-Rom Ambalaje

Elis Textil Servis SRO

First Brands Group LLC

Fukushima

Gereso SAS

Grinbold-Jodag GmbH

Harpa Factoring Sociedade De Fomento Mercantil Ltda.

Indumyll Indústria e Comércio Ltda.

Istituto Figlie Di S. Anna

Ivrea, Town of (Italy), Public Prosecutor

Jordan Phalo

Jungheinrich Vertrieb Deutschland Ag & Co. Kg

Kostal Kontakt Systeme Gmbh & Co. Kg

Lavras Gold Corp.

Le Mesnil

Maciel & Maciel Ltda.

Mauà Capital

Mecânica Auto Center Roma Eirelli

Melfi Ute1

Melfi Ute2

Milano Crescenzago

Modugno, Town of (Italy)

Nickaros Indústria E Comércio De Plásticos Ltda.

Novacel SAS

Phalo, Jordan

Protector Insurance

RMA + Ultimat

Robert Wolf Gmbh

Sao Bernardo Do Campo, City of (Brazil)

SAS LHH Recruitment Solutions

Sección Sindical De La UGT

Sete Interlagos

SG Logística Ltda.

SI Express Servizi Integrati SRL

Siemens AG

Sindicato Dos Trabaldhores Nas Industrias Metalúrgicas Mecanicas e de Matrial Eletrico de Piracicaba e Regiao

Spain, Government of, Instituto Nacional de Seguridad Social

Sulmona, Town of (Italy), Public Prosecutor

T.Mac's SA de CV

Techsus Indústria De Auto Peças Çtda
Tecnomeccanica Crevalcore SRL
Tianjin Qianhai Enterprise Management Consulting Co. Ltd.
Topdear Logística E Distribuidora Ltda.
Torchlight Technologies LLC
Tuper SA
Usifluors Indústria e Comércio Importação e Exportação de Polímeros Ltda.
Venaria Reale
Via Optronics (Suzhou) Co. Ltd.
Wuxi Branch of Jiangsu Bank Co. Ltd.
ZF Lemforder Shanghai Chassistech Co. Ltd.
Zhejiang Jishan Technology Co. Ltd.

**SCHEDULE 1(h)**
**Ordinary Course Professionals**
Ader Jolibois
Advocacia José Eduardo Duarte
Advokat Dr Dubravka Kosic
Advokatska Kancelaria Vasil
Amendolito & Associati
Anhui Lingxing Law Firm
Ariboni Fabbri e Schmidt Sociedade de Advogados
Asafo & Co.
Ass. Prof. Avv. Ti Dirutigliano Ropolo
Atsumi & Sakai
Auren International Advisory GmbH Wirtschaftsprüfungsgesellschaft
Ayres Ribeiro Oliveira Jayme e Assocciados
B&P Avvocati - Butti & Partners
Baer & Karrer AG
Bailly Pommery Cauro
Bass Berry Sims plc
Benito Ivan Guerra Silla
Bennani & Associes LLP
Bomchil
Botelho Spagnol Carvalho Ibraim Advogados
Bowmans Kenya
Bradley Arant Boult Cummings LLP
BRP Renaud & Partner mdB
Bufete Escura SLP
Burges Salmon
Buzzi Notaro & Antonielli d'Oulx

Cerrahoğlu Avukatlik Ortakliği
Chance Bridge / Beijing Zhuowei (Shanghai) Law Firm
China Patent Agent HK Ltd.
Clark Hill PLC
Daiichi Hoki Co. Ltd.
Daiichi-Chuo Law Office
De Carvalho Dias Pime, Isabella
Decroix, Mgr. Eva
Del Ama Salgado, Juan Carlos
Demirkan, Okan
Dennemeyer Co. Ltd.
Dentons Europe-Zizzi-Caradja Si Aso
Dentons López Velarde SC
Dentons UK & Middle East LLP
Dr. Meier & Schmidt GmbH
Dreiss Patentanwaelte
Dumeau, Anne-Laure
Elexi Studio Legale
Esin Avukatlik Ortakligi
Eva Morcillo Villanueva
Eversheds Sutherland Ltd.
Fairway Avocats
Fasken Martineau DuMoulin LLP
Faycal Elkhatib Et Associes SCPA
Federazione Impiegati Operai Metallurgici
Foshan Dacheng Certified Public Accountants Co. Ltd.
Frost Brown Todd LLC
Frus e Associati Studio Legale
Galaz Yamazaki Ruiz Urquiza SC
Galicia Abogados SC
Gide Loyrette Nouel
Gleiss Lutz
Gómez-Acebo & Pombo Abogados SLP
Greenberg Traurig LLP
Havel Holásek & Partners SRO
Hengeler Mueller Partnerschaft von Rechtsanwälten mbB
Herrmann Patentanwaelte
Hibiya General Law Office
Hopfgarten Rechtsanwaelte
Howard & Howard Attorneys PLLC
Iuristico SRO

Japan Patent Attorneys Association
Jessica P Leite Gomes de SA
Judr. Tomáš Banič Advokát SR
Kerr Russell & Weber PLC Attorneys & Counselors
Khaitan & Co.
Kim & Chang
Kimura Judicial Scrivener Office
King & Wood Mallesons
Kioisaka Themis Patent Corp.
Kohler Schmid Moebus Patentanwaelte
Lawberry Pietrzyk I Partnerzy Radcowie Prawni sp. p.
LawLinguists SRL
Legal Management Advisory SL
Lynch, Pat
Malvano, Massimo
Martinez Estebanez Y Asociados
Marval & O'Farrell
Mason Hayes & Curran LLP
Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados
Militerni & Associati
Militerni, Massimo
Moraes Pitombo Advogados
Musat & Asociatii
Nagashima Ohno Tsunematsu Law
Nelson Mullins Riley & Scarborough LLP
NGB Co. Ltd.
Nishimura & Asahi LLP
Notaria SZ CB
Oldham Li & Nie Solicitors
Pactech Law PC
Pendl Mair Rechtsanwälte OG
Pinheiro Neto Advogados
PRK Partners S.R.O Attorneys
PTG Notai Pene Vidari-Tardivo
Quorum Law & Tax Studio Legale e Tributario Associato
Ra Klaus Diepenbruck
Reinhart Boerner Van Deuren SC
Ricardo Energy & Environment
Ricci Avvocati Associati
Rödl Gmbh Rechtsanwaltsgesells
Rodontini & Associati Avvocati

Rodrigues Da Silva, Joao Paulo
Rodriguez Hernandez, Juan Ramon
Rolim Viotti Goulart Cardos Advogados
Schoenherr Rechtsanwälte GmbH
Shanghai Allbright Law Offices
Sitár & Saloka Advokátska kancelária
Slomian Ezrah, Katarzyna
SPCG Spolka Komandytowa
SSW Group
Steptoe & Johnson LLP
Studio Associato Servizi Studio
Studio Benessia-Cavalli-Fubini-Jori
Studio Legale Associato Avv. Toffoli
Studio Legale Chiodo
Studio Legale Jacobacci & Associati
Studio Legale Tributario Bolzoni & Bobbio
Studio Notarile Morone
Sugimura International Patent & Trademark Office
Thomas Mauser Rechtsanwälte
Thomson Reuters Brasil Conteúdo e Tecnologia Ltda.
TMI Associates
Tsar & Tsai Law Firm
V. Fatma Banu Vardar Tosunoğlu
Valko & Volný SRO
Vanguard Tokyo Law Office
Vera Abogados SC
Veritas Legal
Volpe & Koenig PC
Weerawong Chinnavat & Partners Ltd.
Weil Gotshal Manges LLP

**SCHEDULE 1(i)**
**Potential M&A  Counterparties**





**SCHEDULE 1(j)**
**Taxing Authority-Governmental-Regulatory Agencies**
Italy, Government of , Ministry of the Economy and Finance
Morocco, Government of, Ministry of Industry, Trade, Investment, and the Digital Economy

**SCHEDULE 1(k)**
**Third Party Professionals**
Baker & McKenzie LLP
Bayard PA
Cole Schotz PC
GLAS USA LLC
Milbank LLP
Morris Nichols Arsht & Tunnell LLP
Nagashima Ohno & Tsunematsu
Pachulski Stang Ziehl & Jones LLP
Paul Weiss Rifkind Wharton & Garrison LLP
Richards Layton & Finger PA
Selendy & Gay pllc
White & Case LLP
Willkie Farr & Gallagher LLP
Young Conway Stargatt & Taylor LLP

**SCHEDULE 1(l)**

**Top 30 Creditors**

Arrow Electronics Inc.
Bitron Industrie SpA
Pension Benefit Guaranty Corp.
Pension Protection Fund
Tiberina Group, The
Valeo SE
Visteon Corp.

**SCHEDULE 1(m)**

**UCC Members**

Tesla Inc.

**SCHEDULE 1(n)**

**Vendors**

(K.K.) Kintetsu Express Port Forwarding Sales Office
3GI Ricambi SRL
3M Brasil Ltda.
3M Mexico SA de CV
A. Raymond Brasil Ltd.
A2Mac1 GmbH
AARPI Castaldi Partners
ABC Technologies California LLC
AC Rolcar Srl
Accenture do Brasil Ltda.
Acciaierie Bertoli Safau SpA
ACCIONA Green Energy Developments SL
Accu Jiangsu Co. Ltd.
Ace Expresso Embalagens Ltda.
Active Industrial Solutions Inc.
AD Device Co. Ltd.
Ad Parts SL
Additiva SRL
Advanced Molding Technology Inc.
Advanced Plastic Injection Co.
AEA SRL Applicazioni Elettroniche Avanzate
Afore XXI Banorte SA de CV
Agenzia Delle Dogane E Dei Monopoli
Ahead Lighting Technology Co. Ltd.
Air Plus SRL

Airgas Inc.

Ajustes Ctas Provee. Inmovilizado

Akkodis Italy SRL

ALD Autoleasing D Gmbh

Aldi Sp Zoo

Alfamation SpA

Algar SpA

Algo SpA

Algo SpA A Socio Unico

Alit-Venaria

Allied Security Inc.

Alpha (Guangzhou) Auto Parts Co. Ltd.

Alpha Assembly Solutions Inc.

Alpha Corp.

Alpha Industry Queretaro SA CV

Alpha Industry Thailand Co. Ltd.

Alphabet Polska Fleet Management

Alphametal Mexico SA De CV

Alphatec (Aichi)

Alpine Electronics Inc.

Alps Alpine Asia Co. Ltd.

Alps Alpine North America Inc.

ALSOK Soei Co. Ltd.

Altas Ambarli Liman Tesisleri Ticaret AS

Altia Acquisition Corp.

AMAG Rolling Gmbh

Amata B.Grimm Power 2 Ltd.

Amazon Business Eu Sarl, Sucursal E

AMS - Machines Speciales Createur de Process

Anaya Huerta, Lizbeth Yamell

Angel4Future SRL

Angstrom Electric LLC

Anhui Encortich Auto Parts Co.. Ltd.

Anhui Kaiwei Human Resources Consulting Co. Ltd.

Anhui Ruiteng Auto Lights Manufacturing Co. Ltd.

Anhui Zhenghang Human Resources Service Co. Ltd.

Anhui Zhuoran Automotive Electronics Co. Ltd.

APL Logistics Americas Ltd.

APL Logistics WMS de Mexico SA

Apollo Global Funding LLC

Aptiv Services US LLC

Arai Axon Co. Ltd.

Archer Trans - Parts Co. Ltd.

Armco Do Brasil SA

Arnecom SA De CV

Arquitrama Feiras e Exposicoes Ltda.

Arrendadora Inmobiliaria Satte

Arrow-Iberia Electronica SLU

Asahi Industrial Co. Ltd.

Ascend Performance Materials

Asian Stanley International Co. Ltd.

Aslam Lamec SRL

Associacão Beneficente Recreativa e de Moradia de Lavras do Sul

Astolfi SpA

Atco Industries Inc.

Atop SpA

ATR International AG

Audes Group SRL

Audi Mexico SA De CV

Autodis Italia SRL

Autoliv (Thailand) Ltd.

Automaq Iasi SA de CV

Automatizacion Rusemi S de RL de CV

Automobiles Peugeot SA

Averna AS

Aviva plc

Avl List GmbH

Avnet Europe BV

Avvale SpA

Avx Ltd.

Azcom Technology SRL

Åžengãœzel Tur Otomotä°V Tä°C.San.Ltd.Åž

Banca Del Fucino SpA

Banca IFIS SpA

Banco Nacional De Desenvolvimento Desenvolvimento Economico e Social

Band It Idex Inc.

Bank of China Ltd.

BASF Mobile Emissions Catalysts LLC

BASF Polyrethanes Gmbh

Baxter Rehmann LLC

Bdtronic Italy Srl

Belgo Bekaert Arames Ltda.

Bend Steel Indústria e Comércio de Estampados de Metais Ltda.
Beppu Pension Office
Ber-Nak Turizm Tekstil Nakliyat Gida Sanayi Ticaret
Berufsgenossenschaft Energie Textil Elektro Medienerzeugnisse
Bestex Kyoei Co. Ltd.
BGZ BNP Paribas Faktoring Sp. Zoo
BH EVS Co. Ltd.
Bibby Financial Services AS
Biuro Inzynierskie A&D Oktawiec
Bizzcom SRO
BNP Paribas Factor Sp. Zoo
Boellhoff Verbinungstechnik GmbH
BOGE Elastmetall Slovakia AS
Bois Technology Ltd.
Bollhoff SA
Bosch Automotive Components (Suzhou) Co. Ltd.
Bosch Ltd.
Bradford de Mexico S de RL de CV
Brain Technologies SRL
Branif Despachos Aduanales SA
Brazil, Government of, Ministerio Da Fazenda, Secretaria Da
Brazil, Government of, Ministerio Do Trabalhoe Emprego
Brenta Pcm Spa
Brilho Terceirizações Ltda.
BT Business Communications
Bulk Asset Trading
Bulmec Di Bulfon Giovanni-Maria & C. SNC
Bursa
Bursa Ihtisas
Bursa Organize Sanayi Bolgesi Muduru
Bushu Industry Co. Ltd.
Business Logistics Managers SA
C.H. Robinson Co. Inc.
CA Shea & Co. Inc.
Cablerias Tanger SARL
Cabrera Llamas Y Asociados SA
Campania Autoricambi Formia Srl
Capote, Roberto Garcia
Cargo Handling Transportes Express
CBG Impex SRO
CEAM Di Cane & C. SNC

Celay SA de CV

Celikel Aluminyum Dokum Imalat Sanayi Ve Ticaret Anonim Sirketi

Cemas do Brasil Industria de Maquinas para Uso Industrial Ltda.

Cemas Elettra SRL

Centrum Inzynieryjne Sp. Zoo Sp. K.

Century Mold Co. Inc.

CETL Cargo SRO

Ceva Freight Italy SRL

Ceva Logistics Slovakia SRO

CFE Calificados SA de CV

CH Radiators Co. Ltd.

Chandco Manufacturing Inc.

Changchun Fudi Zhuangbei Jishukaifa

Chemnitz, City of (Germany), South Tax Office

Chesini Meccanica SRL

China Tool Projects UK Ltd.

China, People's Republic of, National Taxation Bureau Wuxi High-Tech Industrial Development Zone (Xinwu District, Wuxi City) Taxation Bureau

China, People's Republic of, Wuhu Economic And Technological Development Zone Tax Bureau, State Taxation Administration

Chinatool UK Ltd.

Chongqing Chaoli Electric Appliance Co. Ltd.

Chrome Industries LLC

Cida Auto Components SPA

Ciem SAS

Clar Serwis Sp. Zoo

Clarion Electronics Corp.

Clessidra Factoring SpA

Clid Systemes

Climalife Dehon Service Belgium SA

Cloture Technique

CMI SRL

CMK America Corp.

Codico Gmbh

Coface Italia Srl

Columbus Stainless (Pty) Ltd.

Comau Automatizacion S de RL de CV

Comau Romania SRL

Comco Corp.

Commodity Components International Inc.

Compact Solutions SRO

Companhia Brasileira de Distribuica

Compelma
Compo de Mexico SA de CV
Concessionaria Do Aeroporto
Consmevi SL
Consorzio Dei Comuni Dei Navigli
Consorzio di Sviluppo Economico Locale di Tolmezzo
Constellium Neuf Brisach
Construction Rubber Co. Ltd.
Continental Automotive Inc.
Controller Technologies Corp.
Cooper Standard Automotive
Coset International Inc.
Costal Japan Co. Ltd.
Costruzioni Meccaniche Fin SRL
Courier Network Inc.
CP Service SAS
CR Ricambi SRL
Cryoinfra SA de CV
CTP Tau Poland Sp. Zoo
CVB SRL
CVB SRL Advanced Form Parts
Daejung High Polymer Industry Co. Ltd.
Daiichi Jitsugyo Co. Ltd.
Daimaru Industries (Co.) Ltd.
Daimaru Kogyo (Thailand) Co. Ltd.
Dalian Aibike Air Conditioning Parts Co. Ltd.
Dalian Demaishi Precision Technology Co. Ltd.
Dalian Fusai Automotive Parts Co. Ltd.
Dalian Han Dao New Moon Precision Machinery Co. Ltd.
Dalian Ritong Plastic Processing Co. Ltd.
Danyang Rongfei Automation Equipment Co. Ltd.
Datamatic CNC Engineering Co. Ltd.
Datrin Industry Co. Ltd.
Datwyler do Brasil Ltda.
DBM Optix SA De CV
DBM Reflex Inc.
DBW Fiber Corp.
Deloitte & Touche SpA
Deloitte Haskins & Sells LLP
Deloitte Tax LLP
Delta

Delta Automation SRL

Denso Thermal Systems SpA

Derince Port

Deshazo LLC

Design Plastic (Dong Guan) Co. Ltd.

Despol Techniki Montazowe Sp Zoo

Dexiang Plastic Trade Co. Ltd.

Dexter Stamping Co. LLC

DHL Express Spain SLU

DHL Logistics Morocco

Di.Pa. Sport Srl

Dianjing Mould Co. Ltd.

Digital China Cloud Technology Co. Ltd.

Digital Process Co. Ltd.

Digital Technologies SRL

Dilovasi, Region of (Turkey)

Dimac Red Spa

Dinamica Termoplastica SA de CV

Discharge Precision Processing Laboratory

DL Invest Group Xxix Sp.Zoo

DNV Gl Business Assurance Italia

Dogane (Sadi)

Doiter Castings LLC

Dongguan Bangda Hardware Co. Ltd.

Dongguan Guangze Automotive Accessories Co. Ltd.

Dongguan Takeda Moriyasu Precision

Dorna Sports SL

DREWAG - Stadtwerke Dresden Gmbh

DS Smith Packaging Italia SpA

Dspace GmbH

Ease Inc.

Ecindia Pvt Ltd.

Edenred Cz SRO

Edison Next SpA

Effort Especialización y Facilitador de Ingeniería SA de CV

EFI Technology SRL

EFS Poland - Engineering & Facility Service Sp. zoo

EI Co. SNC

Ekol Transport AS

Electronica Clarion SA de CV

Elektromet Robotik Makina Sanayi Ticaret Ltd.

Elenger Sp. Zoo
Elevated Resonance LLC
Elke SRL
Ellsworth Adhesives
Ellsworth Adhesives S De Rl De Cv
Elmann SRLU
Elmos Semiconductor SE
El-Sy SRL
Eltecc SAS Di Zavagno Angelo & Co.
Embba Corrugados SA De CV
Embrepar Do Brasil Eireli Me
Empaques Maquilas Y Servicios
Empaques Y Reciclados Mexicanos S de RL de CV
EMTB Engineering Machinery Tool
Enel Energia SA De CV
Engel Austria Gmbh
Engel de Mexico SA de CV
Engemet Metalurgica e Comercio Ltda.
Enlaces Terrestres Del Bosque SA de CV
Entaveo Sp ZOO
Envalior SA De CV
Eos France SAS
Equipos y Servicios de Chihuahua SA
Eraquimicos SA De CV
Ernst & Young LLP
Ertugrulgazı
Estampados Industriales SA De CV
Eurocir (Shanghai) Co. Ltd.
European Confederation of Medical Mycology
Excellent Fastening Systems (Shanghai) Co. Ltd.
Exide Technologies SLU
Exo-S Industrias SA De CV
Experis SRL
Factofrance
Factoring KB AS
Factory 4D SRL Unipersonale
Faist Mekatronic SRL
Falcon, Jorge Luis
Fallim Lares SpA
Far East Seiki Co. Ltd.
Faro Technologies Polska

Faurecia Emissions Control Systems NA LLC
Faurecia Sistemas Automotrices de Mexico SA de CV
Fawn Mexico Inc.
Fawn Plastics Co. Inc.
FC Group DOO
FCA Item SPA
FCA Services SCPA
Fcar SRL
FCC Ceska Republika SRO
FCI USA LLC
Federal Express Holdings Mexico
Feeders Y Maquinas De Mexico
Fema SRL
Fematic SRL
Fenugursan Gida San. Tic. Ltd. Sti.
Ferrari SpA
Fertinger Tubes Gmbh
FGI Worldwide LLC
FI Automazione SRL
Fib Srl
Finalbion SV SA
Fiori
First Brands Group LLC
Flexible Warehousing Solutions S. de RL de CV
Flextronics International Europe BV
Flextronics International Kft.
Flexus Industries
Florez, Guillermo
FMTC Wire Settlements
Fores Elastomech India Pte. Ltd.
Foresight Mexico Co. Ltd. S de RL de CV
Fortune Land International Trade (Shanghai) Co. Ltd.
Foshan Chuangheying Co. Ltd.
Foshan Dinghe Sheng Auto Parts Co. Ltd.
Foshan Dongyang Auto Parts Co. Ltd.
Foshan Nanhai Huada Gaomu Mould Co. Ltd.
Foshan Nanhai, District of (China), First Taxation Branch of The State Taxation Administration
Foshan Nanhai, District of (China), Taxation Bureau, State Taxation Administration
Foxconn Interconnect Technology
Freudenberg FST Gmbh

Freudenberg Nok Sealing Technologie
Frio Express SA de CV
FriTech SRL
Fuji Industries Manila Corp.
Fujikawa Co. Ltd.
Fulling & Corp. Ltd.
Fundacao Parque Tecnologico Da Paraiba
Furukawa Automotive Systems
Fusion Trade Inc.
Future Electronics (US) LLC
Gastronomia Industrial SA de CV
Gauss (Jiaxing) Co. Ltd.
Geartec SRL
Geatek SRL
Gefit (Dalian) Industrial Technology
Generalfinance SpA
Genova Ricambi SRL
Genpact (Dalian) Co. Ltd.
GEON Performance Solutions LLC
Gergonne Plasticos Industriales SA
Germanetti SRL
Getica 95 Com SRL
GG Profits Sp. Zoo
Giken Precision Engineering (S) Pte. Ltd.
Global Risk Consultants Ltd.
Global Technology Ventures Inc.
Glosel America Inc.
GMG Proingen SA de CV
GNE Corp.
GÖPEL Electronic GmbH
Gordon Brothers Group LLC
Grace Blessing Commerce (Shanghai) Co. Ltd.
Graf SpA
Granges International Inc.
Greatcom Industrial Equipment (Jiangsu) Co. Ltd.
Green Hills Software Inc.
Greenberg Traurig Studio Legale Ass
Grupo ABC de Mexico SA de CV
Grupo Antolin Saltillo S de RL
Grupo Eduardo Diaz SC
Grupo Ind. FH&H SA de CV

Grupo Maquirental Express SA de CV

Gsp Nanjing Co. Ltd.

Gtekt Europe Manufacturing Ltd.

Guangdong East Asia Electrical Co. Ltd.

Guangdong Huahai Construction Group Co. Ltd.

Guangdong Masuda Sheng'An Auto Parts Manufacturing Co. Ltd.

Guangdong Yejia Optoelectronics Technology Co. Ltd.

Guangdong Zhida Precision Pipe Industry Manufacturing Co. Ltd.

Guangqian Electronics Co. Ltd.

Guangzhou Auto Spring Co. Ltd.

Guangzhou Brilliant Technology Co.

Guangzhou Hongli Display Electronics Co. Ltd.

Guangzhou Huadu, District of (China), Tax Bureau, State Taxation Administration, First Tax Office

Guangzhou Jiaxin Intelligent Technology Co. Ltd.

Guangzhou Light Chemical Material

Guangzhou Nansha Pingqian Automobile Industrial Park Co. Ltd.

Guangzhou Power Supply Bureau, Guangdong Power Grid Co. Ltd.

Guangzhou Xinhao Precision Technology Co. Ltd.

Guangzhou Yize Co. Ltd.

Gultech Wuxi Electronics Co. (HK)

H.A. Automotive Systems Inc.

H.I. Giken Co. Ltd.

Hahntel Ltda.

Haitian MM Italy SRL

Han Yale Industry Co. Ltd.

Hankuk Rotec Co. Ltd.

Hannover Automotive Parts (Dalian) Co. Ltd.

Hannstar Display (Nanjing) Corp.

Harada Industry Co. Ltd.

Harada Trading Co. Ltd.

Haynes Service Co.

Health & Safety de Mexico SA

Hedge Desenvolvimento Logistico Fundo De Investimento Imobiliario

Hefei, District of (China), State Taxation Administration, High-Tech Industrial Development Zone Taxation Bureau

Heidrick & Struggles Inc.

Helbako Gmbh

Helium Technology SRL

Henkel Capital SA de CV

Heri Automotive HK Co. Ltd.

Heshan Anbai Circuit Board Factory Co. Ltd.

Hewlett Packard Enterprise Co.
Hexing Automotive Electronics (Taicang) Co. Ltd.
Hidria D O O
Hidrobus SA de CV
High Guide (Shanghai) Trading Co. Ltd.
High Tech Moldes De Precisao Ltda.
Hiruta Mexico SA de CV
Hitachi Astemo Indiana Inc.
Hitachi High-System 21 Co. Ltd.
Hoe Co. Ltd.
Hogan Lovells Horitsu Jimusho
Hohe Co. Ltd.
███████████
Honda Trading De Mexico SA De CV
Hong Kong Holder Co. Ltd.
Hongfa Europe GmbH
Huanhong Electronics (Kunshan) Co. Ltd.
Huizhou Huayang Multimedia Electronics Co. Ltd.
Huizhou Sumitomo Electric Wiring Systems Co. Ltd.
Husa Krzysztof Zapert
Hutchinson SRL
Hyperion Automation Industry SA de CV
Hyundai Assem Gida Otomotiv Sanayi Ve Ticaret Ltd.
Iberfluid Systems S De RL De CV
Ibiden Co. Ltd.
Ibiden Corp.
Idemia Group SAS
I-Fast Container Logistic SPA
IFE Global Logistics LLP
IFIS Finance Sp. Zoo
Ifitalia SpA
IFS Itasca
Ignitis Polska Sp. Zoo
Igpecograph Industria Metalurgica Ltda.
Igus Srl Con Socio Unico
Ihui Ingenieria Y Soporte Integral
Impr. Edi.Va SRL
Impresa Lavermicocca & C Srl
In.Te.S.A. Spa
Industrial Manufacturing Machines SR
Industrial Manufacturing Technologies Ltd.

Industrias B.M. De Mexico SA de CV
Industrie Elektrik GmbH
Ineos Styrolution Mexicana SA de CV
Infind SRL
Infonacot
Infor Mexico Softwares SA de CV
Infra SA de CV
ING Commercial Finance Polska SA
Ingenieria En Manufacturas Y Service
Ingenieria Y Tecnologia Aplicada
Inglass SpA
INOAC de Mexico SA de CV
InSiCon SRL
Institute of the National Fund for Workers' Consumption
Instituto Nacional de la Seguridad Social
Integradora Aduanal Woodward
Inter Land Sp. Zoo Sp. K.
Interbox Kajzer Spolka Jawna
International SOS Italy Srl
Inventec Performance Chemicals
Irfan Plastik Ve Kalip Sanayi Ticaret AS
Iriso (Shanghai)Trading Co. Ltd.
Iriso USA Inc.
Ishihara Manufacturing Co. Ltd.
Ishitech Thailand Co. Ltd.
Istanbul Havalimani
ITD Solutions SPA ASU
Itochu Marubeni Special Steel Corp.
ITW Drawform
Iwata Bolt Mexicana SA de CV
Iwatani Corp.
J. Łabuz, Z. Rojek, J. Skawiński, R. Skawiński PH Motogama Spółka Jawna
Jacobacci & Partners SpA
Jangsu Jazhirui Electronic Technology Co. Ltd.
Japan Densan Sankyo Corp.
Japan Plast Corp.
Japan Plastics Technologies Inc.
Japan, Government of, Ministry of Finance, Chihouzei
JDI Display America Inc.
Jenner & Block LLP
Jet Air Service SpA

JFE Shoji Corp.
Jian Mankun Technology Co. Ltd.
Jiangsu Desen Industrial Components (Group) Co. Ltd.
Jiangsu Easyland Automotive Corp.
Jiangsu Fanya Micro Vent Technology Co. Ltd.
Jiangsu Jiayang Electrical Machinery
Jiangsu Tengchi Technology Co. Ltd.
Jiangsu Tonglian Polytron Tech
Jiangsu Wenguang Vehicle Accessories Co. Ltd.
Jiangsu Xinhua Auto Parts Co. Ltd.
Jingdian (Heyuan) Display Technology Co. Ltd.
Jinzhou Dongpeng Auto Suspension System Co. Ltd.
Joao De Deus & Filho AA
Job Aid Co. Ltd.
Johnson Electric Industrial Manufacturing
Joinhands Auto Spare Parts Co. Ltd.
JP Morgan Securities Japan Co. Ltd.
J's Factory Co. Ltd.
JTEKT Column Systems (Thailand) Co. Ltd.
Kaga Fei Corp.
Kaidefu International Trade (Shanghai) Co. Ltd.
Kaifeng Guangjia Automotive Accessories Co. Ltd.
Kanto Yakin Kogyo Co. Ltd.
Kaplam Otomotiv Plastik Sanayi ve Ticaret AS
Karitsu Co. Ltd.
Kawasaki Seiko Co. Ltd.
KCE (Thailand) Co. Ltd.
Kendrion Automotive (Sibiu) SRL
Kern Liebers USA Inc.
Keyence (China) Co. Ltd.
Keyence Corp. of America
Keyence Mexico Sa De Cv
Ki Mexico S de RL de CV
Kiyomizuho
Knoflikarsky Prumysl Zirovnice AS
Koh-I-Noor Ponas SRO
Kompunet Informatica Srl
KPMG LLP
Kraussmaffei Group Italia SRL
Kraussmaffei Machinery (China) Co.
Kuka Polska Sp ZOO

Kunshan Cadic Auto Electric Parts Co.
Kunshan Hyd Precision Electronics
Kunshan Shangda Precision Parts Co. Ltd.
Kyuyo Mizuho Bank
La.M.Plast Di Aldo Radaelli
Laster Tech Automotive (Shanghai)
Lawrence Surface Technologies Inc.
Lazpiur Intelligent Machine (Tianjin) Co. Ltd.
LCM Engineering & Consultancy Ltd.
Lear Automotive Interior Materials (Yangzhou) Co. Ltd.
Lear Corp. Holding Spain SL
Leasys France SAS
Ledlink Optics (Dong Guan) Co. Ltd.
Ledlink Optics (Yang Zhou) Co. Ltd.
Lee Manufacturing Solutions LLC
Lee SRL
Lejian Technology (Zhuhai) Co. Ltd.
Leoni Electrical Systems Shanghai
Leoni Wiring Systems Ltd.
Lexicon Relocation LLC
Liase Group Ltd.
Likajia Electric (Zhuhai) Co. Ltd.
Likum SRL
Limited Company Ishikawa Press Industry
Limpieza Integral De La Frontera SA
Linde Gas AS
Linkit SRL
LLR Group Pension Scheme
LMS SRL
Lofty Success Group Ltd.
Logicom Co. Ltd.
Logixred SA de CV
Lohmann Nordic AB
Longyi Auto Parts Manufacturing (Wuxi) Co. Ltd.
LS Automotive Technologies (Qingdao) Co. Ltd.
LS Automotive Technologies Co. Ltd.
Lubricantes Fuchs de Mexico SA de CV
Luxit Tennessee LLC
Luxlite Lamp SARL
M A P Motorad Automotive Parts Ltd.
M&G Assessoria Logistica Aduaneira

MA Aluminum Co. Ltd
Ma Aluminum Corp.
Macdermid Alpha Italy SRL
Macnica Americas Inc.
Macnica Cytech -Thailand- Co. Ltd.
Macnica Inc.
Magna Kansei Life Pension Scheme
Mahle Metal Leve SA
Manix Automatyka I Budowa Maszyn
Mankiewicz Mexico y Compania S EN CA de CV
Manpower Group Inc.
Manufacturas Industriales Cej SA de CV
Manufactured Home Communities Inc.
Maosen Jingyi Metal (Suzhou) Co. Ltd.
Maosheng Auto Parts (Dalian) Co. Ltd.
Map Europe SRL
Marcegaglia Carbon Steel SPA
Markdom Componentes de Mexico
Marubeni Mexico SA de CV
Marubeni Plax Co. Ltd.
Marubeni Thailand Co. Ltd.
Marubun/Arrow USA LLC
Maruwa (Malaysia) Sdn. Bhd.
Masmec SpA
Massola SRL
Mathworks SRL, The
Maxell Asia Ltd.
M-D-J Spol. SRO
Mecalor I C Refrig Ltda.
Meccanica Baudano SRL
Meccanica Finnord SpA
Mectron Srls
Melchiorre SRL
Menway Conseil SAS
Mercer Italia SRL Socio Unico
Metelli SpA
Methodos SpA
Mevis SpA
Mexico, Government of, Comision Federal De Electricidad
Mexproud Shipping SA de CV
Mi Metal Processing Mexicana SA DE

Mitoyo Co. Ltd.

Mitoyo Plastics Thailand Co. Ltd.

Mitoyo Precision Engineering Co. Ltd.

Mitsubishi Electric Mobility Co. Ltd.

Mitsumi Automotive De Mexico SA de CV

Miyako Sangyo Co. Ltd.

Mizuho Bank Europe NV

MKB Metall-U.Kunststoff

Moccia Car Service

Model Resin SRL

Mohlis SRO

Molex LLC

Monotype Ltd.

Motorol Automotive Sp Zoo

Moulding Technology SA de CV

Mountain Sect Co. Ltd.

MP Di Padovan Daniel & C SAS

MPE SRL

Mudanya, Municipality of (Turkey)

Murata Manufacturing Co. Ltd.

Mustad SpA

Mustang Vacuum Systems Inc.

Mycronic S De RL De CV

Nach-Tech Srl

Nagase Sangyo Co. Ltd.

Nakagawa Machinery Works Co. Ltd.

Nakata Coating Co. Ltd.

Nakatsu Express

Nakayama Forest Industrial Co. Ltd.

Nanchino Automazioni Industriali Sr

N-And Embedded SRL

Nanjing Hanyu Caixin Technology Co. Ltd.

Nanogate North America LLC

Nantong Dongchen Amphenol Automotive Electronics Co. Ltd.

Nantong Sanxin Auto Lamp Accessories Co. Ltd.

NCI Manufacturing Inc.

NDK Electronics Shanghai Co. Ltd.

Negri Bossi Spa

Netcom Engineering SpA

New Concept Technology

Nexi Payments SpA

Nexity Property Management
Nexperia USA Inc.
Nexus Automotive Brasil SA
Nexus Automotive International SA
Nifast Mexicana SA de CV
Nifco America Corp.
Nifco Inc.
Nihon Custody Bank
Nihon Plast (Thailand) Co. Ltd.
Nihon Plast Mexicana SA de CV
Nikken Total Sourcing Co. Ltd.
Ningbo Aidexin Mechanical Parts Co. Ltd.
Ningbo Jinhui Optical Technology Co. Ltd.
Ningbo Promise Electrical Appliances Co. Ltd.
Ningbo Sanhuan Magsound Industry Trade Co.
Ningbo Xinke Shaft Industry Manufacturing Co. Ltd.
Ningbo Xusheng Group Co. Ltd.
Ningbo Yinzhou Chinaust
Ningbo Yinzhou Chinaust Automobile Fittings Corp. Ltd.
Nippon CMK Co. Ltd.
Nippon Express Co., Ltd. Tokyo International Transport Branch
Nippon Light Metal Co. Ltd.
Nippon Plastics Co. Ltd.
Nippon Seiki De Mexico SA de CV
Nishi Trading Co. Ltd.
Nissan Creative Service Co. Ltd.
Nissan Formula E Team
Nissan Mexicana SA de CV
Nissan Motor Health Insurance Society
Nissan Trading (Thailand) Co. Ltd.
Nissan Trading Co. Ltd.
Nissan Trading Co. Ltd. Chemical Products Division
Nissan Trading Co. USA
Nissan Trading Corp.
Nissha PMX Technologies SA de CV
Nisshinbo Mechatronics (Shanghai) Co. Ltd.
Nisshinbo Precision Machinery (Shanghai) Co. Ltd.
NKA Enterprise (Hong Kong)
NNG Software Developing & Commercial LLC
Norma Manufacturing NA SW LLC
Norma Mi Inc.

Novalux America Inc.
Novalux Thailand Co. Ltd.
Novatec Diseño e Industrialización SL
Novatek Microelectronics Corp.
NPC Moltek-Japan Co. Ltd.
Nugar SA de CV
Ochiai Co. Ltd.
Ochiai USA Inc.
OEB SRL
Officine Granzotto Srl
Okaya & Co. Ltd.
Olsa Parts SRL
Omiya Social Insurance Office
Ompak Oluklu Muk.Ambalaj Ltd.Sti.
On Semiconductor Components
On Semiconductor Ltd.
One Tech Molding & Assembling
Onpress Printed Circuits Co. Ltd.
Oracle Italia SRL
Organizacion Aduanal Siglo XXI SC
Orhan Automotive
Orienta Czech SRO
Osaka Vacuum Chemical Co. Ltd.
OSRAM Comercio De Solucoes De Iluminacao
OSRAM Teknolojileri A.S.
Other Suppliers
P & I Corp.
Pacific Fame International Ltd.
Pack Inside SRL
Packaging Corp. of America
Pack-In Automotive Specialized Packaging S de RL de CV
Packmaster Systems SA de CV
Pal Wiping Systems SRO
Parametric Technology Italia SRL
Parker Hannifin GmbH
Parker Hannifin Italy SRL
Pavesio Mario SRL
Pawotec De Mexico SA De CV
Pecha, Zdenek
Pegaso Srl
Pessot F LLI SRL

PGL Express Service Ltda.

PHU Instro Michal Myslowski

Pierburg Huayu Pump Technology Co. Ltd.

Pioneerax Co. Ltd.

Plasfil Plásticos Da Figueira SA

Plastic Forming SpA

Plastic Molding Technology Inc.

Plasticos Tecnicos Mexicanos

Plastikon Industries Inc.

Ploiesti, City of (Romania), Primaria Municipiului

Poppe + Potthoff France

Praxair Mexico S de RL de CV

Precision Micro Ltd.

Price F(X) Emea GmbH

Pridgeon & Clay Inc.

Principal Manufacturing Corp.

Pro Metal Industrial Ltda.

Procars Group Spolka Z Ograniczona

Procemec SA de CV

Procesos Industriales Del Sur SL

Procsmetalic SA de CV

Prodotti Baumann SRL Unipersonal

Prodrex Sp Zoo

Progility Technologies Pvt. Ltd.

Promatik SP Zoo

Property Management Centric Services LLC

PT Tech

PW Industria e Comercio de Componentes Ltda.

PXI Automotive Mexico S de CV

Pymasa - Piezas Y Mecanismos

Qingdao Biqin Elite Electronics Co. Ltd.

Quickparts Italy SRL

R. Bourgeois SA

RA Joachim Exner W./ Erbsloh Alumini

Radar Custom & Logistics Sapi

Raiffeisen Bank SA Romania

Randstad HR Solution SRL

Real Mecanica De Precisao Ltda.

Rebound Electronics (UK) Ltd.

Reed Smith LLP

Rejoin (Anhui) Supply Chain Technology

Renault SAS
Renesas Electronics America Inc.
Resistor Srl
Rexim, Spol SRO
Reymond Solucoes Tecnologicas Eireli
Rhythm Vietnam (Saigon) Co. Ltd.
RIE Mpp Industrieservice Elektrotechnik GmbH
RK Transport Inc.
Robert Bosch Automotive Technologies (Thailand) Co. Ltd.
Rodacciai SpA
Rodastal Sp zoo
Rohm Co. Ltd., North Kanto First Sales Office
Rohm Semiconductor (Thailand) Co. Ltd.
Rohm Semiconductor Hong Kong Co. Ltd.
Rohm Semiconductor USA LLC
Roncalli Viaggi Di Oroviaggi S Ben
Ruian Hongke Xinde Electric Co. Ltd.
Rusemi LLC
Rutronik Electronics Asia HK Ltd.
Rutronik Elektronische Bauelemente GmbH
Ryosan Thailand Co. Ltd.
S&T Corp.
S.Heaton Elecronictechnology
S.I.C.A. SAS
Sacelest SRO
Sachsenenergie AG
Sailian Die Casting (Kunshan) Co. Ltd.
Saito Seiki Co. Ltd.
Sakaiya - Thai Techno Plate Co. Ltd.
Sakaiya De Mexico SA de CV
Saltillo Lamination SA de CV
Samsung Electro-Mechanics Gmbh
Samu Korea Corp.
San Ye Shilin Electric Machinery (Wuhan) Co. Ltd.
Sango Auto Parts Mexico Sa De
Sankei Giken Kogyo Co. Ltd.
Sanko Electronics America Inc.
Sanko Industrial Automation
Sanvito & Somaschini SpA
Sanwa Screen Nameplate Co. Ltd.
SAP Italia SpA

Sarrel PNA SAS
Sas Automotive Amiens
SAS Groupauto International
Savia Financiacion SA
Schaeffler Mexico S de RL de CV
Schaeffler Technologies AG & Co. Kg
Scholar Fab
Scorpios Industria Metalurgica Ltda.
Sebemar I C Isolantes Ltda.
Secret De Est Negocios Da Fazenda
Secretaria Da Fazenda Do Est Do Amazonas
Secretaria Fazenda Estado Sao Paolo
Securitas Security Services USA Inc.
Segucen Servicios Integrales S de RI
Seica Electronics (Suzhou) Co. Ltd.
Select Arc Inc.
Semblex Corp.
Semos Software LLC
Senguzel Tur Otomotiv Ticaret Sanayi Ltd.
Sensata Technologies (Changzhou) Co. Ltd.
Sensata Technologies de Mexico S de RL de CV
Sepema S De RL De CV
Sequoia Automatic Inc.
Seris Service Tech Indis Ltda.
Seris Servicos Tecnicos Industriai
Serveo Industrial SLU
Servicios Industriales 3I S de RL M
Servicios Integrales De Inspeccion
Servico Nacional De Aprendizagem
Sews Mexico SA de CV
SGK
Shandong Jinggong Electronic Technology Co. Ltd.
Shanghai Bondit Fluid Equipment Co.
Shanghai Cat Culture Communication Co. Ltd.
Shanghai Changning, District of (China), State Taxation Administration, Taxation Bureau
19Th Taxation Office
Shanghai Chenlan Optoelectronic Devices Co. Ltd.
Shanghai Chugai Co. Ltd.
Shanghai Huazhi Construction & Installation Co. Ltd.
Shanghai Jiuqian Industry Co. Ltd.
Shanghai Li An Import & Export Corp.

Shanghai New Leap United Electronic Technology Co. Ltd.

Shanghai Nlo Logistics Co. Ltd.

Shanghai Pengchi Precision Machinery Co. Ltd.

Shanghai Siasun Robot Co. Ltd.

Shanghai Victory Auto Heat-Transfer

Shanghai Waigaoqiao New Four Economic Development Co. Ltd.

Shanghai Xinding Trading Co. Ltd.

Shanghai Xiudro Automation Equipment Co. Ltd.

Shanghai Yinlun Heat Exchange System Co. Ltd.

Shanghai Yuwei Information Technology Co. Ltd.

Shanghai Ziming Intelligence Technology

Shanghai, City of (China), Pudong New Area Tax Bureau, Municipal Tax Service, State Taxation Administration, Tax Division Of The Free Trade Zone, First Tax Office

Shantou Gaowei Electronic Technology Co. Ltd.

Shantou Goworld Display

Shantou Ultrasonic Printed Circuit Board Co.

Shen Zhen Cosco Precision Plastic Mould Co. Ltd.

Shenlu (Shanghai) Materials Technology Co. Ltd.

Shenzhen Baikang Optical Co. Ltd.

Shenzhen Beijida Electronics Tech

Shenzhen First Barde Precision Moul

Shenzhen Fu Zhao Da Electronic

Shenzhen Liande Automation Equipment

Shenzhen Syncript Technology Co. Ltd.

Shenzhen Wei Chuangxin Technology

Shenzhen Zhuolida Electronics Co.

Sherwin Williams Do Brasil Industries

Shimamura Co. Ltd.

Shin Etsu Polymer Singapore Pte. Ltd.

Shoji Manufacturing

Shoyo Mizuho

Sichuan Chuannan Absorber Group Ltd.

Sichuan Fusheng Auto Parts Co.

Sichuan Hongji Optical Glass New

Simerx Com E Assessoria Empresarial

Simerx HK Ltd.

Simple Burt (Dalian) Co Ltd.

Sitronic Gmbh & Co Kg

SJ Plastic Tooling (International)

SKF Seals Italy SPA

Skyworth Microelectronics Co. Ltd.

Slovenska Sporitelna AS

SMA di Perissinotti SRL

Smart AE SA De CV

Smat Ltd.

SMRC Automotive Interiors Japan Ltd.

SMRC Automotive Smart Interior Tech Thailand Ltd.

Sofra Yemek Üretim ve Hizmet

Sohbi Craft (Changshu) Co. Ltd.

Solalva Mecanica De Precisao SA

Soluciones & Tecnologias Aplicadas

Soluciones Integrales De Ingenieria

Solvay Fluor Mexico SA de CV

Solvay Gmbh

Sonplas Gmbh

Sopra Steria Group SpA

Souhatsu Cebu Manufacturing Inc.

Specialty Products Poland Sp. Zoo

Spectrum-Plastics

Spitai Electronics (Jiaxing) Co. Ltd.

Springfix Befestigungstechnick Gmb

SRG Global Liria SLU

Stalmax Spolka ZOO

Stamplast Group Srl

Standgreen Srl

Stanley Electric Sales of America Inc.

Steel & Trucks SA de CV

Stellantis Auto SAS

Stellantis Europe SPA

STMicroelectronics International

Studio Torta SpA

Sumica Comercializadora SA de CV

Sumiriko Automotive Hose Poland Sp.

Sumiriko AVS Spain SAU

Sumisho Metalex Corp.

Summit Logistics Group LLC

Sunderland, City of, England

Sunlit Industries Inc.

Suntec Co. Ltd.

Sunway Precision Industries USA

Surface Mount Technology Europe

Surtec North East Ltd.

Suzhou Elcom Automation Technology
Suzhou Ruigao New Material Co. Ltd.
Suzhou Tegore Electronic Co. Ltd.
Suzhou Tuoya Electronics Co. Ltd.
Suzuyo & Co. Ltd.
Taiko Electronics Japan LLC
Tanaka Paper Industry Co. Ltd.
Tanger Med Utilities
Tata Consultancy Services Japan
Tata Elxsi Ltd.
Tauron Dystrybucja SA
Tazzetti SPA
TDK Corp.
TDK Corp. of America
TDK Hongkong Co. Ltd.
TDM Transformation Decoupage De Metaux SRL
TE.DAS SRL
Techlnsights USA Inc.
Technical Sealing System
Technical Sealing System Foam Mexico
Techniques Surfaces Andrezieux
Techno Associe de Mexico SA de CV
Technoglas Produktions Gesellschaft
Technopro Inc.
Techpol Srl
Tecnometal Srl
Tecnopresse SRL
Tekno Alfa SRL
Teksid Iron Poland Spolka ZOO
Telos GS SPA
Testing Technologies SRL
Texin (Hongkong) Electronics Co. Ltd.
Textape Inc.
TGK Co.
Thai Marujun Co. Ltd.
Thai Mitsuwa Public Co. Ltd.
Thai Murata Electronics Trading Ltd.
Thai Nissin Mold Co. Ltd.
Thermalex Inc.
Thyssenkrupp Springs & Stabilizers
TI Group Automotive Systems

Tigerpoly Industria De Mexico SA De CV
Time Glory Trading Ltd.
TMC C.H. Robinson Co. Inc.
TNL Express SA de CV
Tokai Kogyo Corp.
Tokyo Braze Co. Ltd.
Tokyo Byoken Co. Ltd.
Tokyo Sangyo Machinery SA de CV
Tongling Onbole PCB Co. Ltd.
Topura Co. Ltd.
Torch Auto Parts Co. Ltd.
Toshiba Electronics Europe Gmbh
Toshiba Europe Gmbh
Toyo Tanso Mexico SA de CV
Toyota Material Handling
Toyota Tsusho Mexico SA De CV
Toyota Tsusho Nexty
Toyota Tsusho Nexty Electronic
Toyota Tsusho Nexty Electronics America Inc.
Toyoyo Seiko Co. Ltd.
TQ-1 de Mexico SA de CV
Traca Aguascalientes SA de CV
Trale SRL
Transformaciones Metalurg Norma SA
Transmec De Bortoli Group Espana SA
Transportadora Nuevo Milenio SA de CV
Transportation Solutions Group LLC
Trauen Plasticos Industria e Comercio
Travelers Indemnity Co., The
Treasure (Shantou) Electronic Technology
Treck Automotive de Mexico S de RL
TRI Electronics (Shenzhen) Co. Ltd.
Trico Ltd.
Trigo Quality Solutions US Inc.
Trinity Shipping Co.
Trumpf SRL
TTE International
TTI Inc.
Tus24 Sp Zoo
Tyco Electronics Mexico S de RL de CV
UACJ Elval Heat Exchanger Materials GmbH

UIHJ Dongyang Sunshine (Shaoguan) Aluminum Sales Co. Ltd.
Ultinon Motion Italy SRL
Ultinon Motion Poland SA
UMC Electronics (Thailand) Ltd.
Umicore Shokubai USA Inc.
Un Mondo Di Avventure Srl
Uni Trade Brokers SC
Uniadex Inc.
UniCredit Factoring SpA
Unifloor Krzysztof Bak
Unipres Inc.
Unipres Mexicana SA de CV
Unipres Thailand Co. Ltd.
United Kingdom, Government of the, HMRC Vat
United States, Government of the, Department of the Treasury, Bureau of the Fiscal Service, Central Treasury
Unitehnica SRL
Universal Co. Ltd.
University of Nottingham
Usinas Siderurgicas Minas Gerais
Usuki Transport Co. Ltd.
Utac Italy SRL
Uvet Global Businesstravel SPA
Vacuum Process Material de Mexico
Valeo Comfort & Driving Assistance System (Thailand) Ltd.
Valeo Japan Co. Ltd.
Valeo Niles America Wintechinc
Valeo North America (Rio Bravo)
Valeo Schalter Und Sensoren Gmbh
Valfsan Dis Ticaret Ltd. Sti.
Vallourec Tubos Industriais Ltda.
Valor Hong Kong Co. Ltd.
Vantec Corp.
Vantec Logistics Mexico SA de CV
Var Industries SRL
Varitronix Ltd.
Vector Automotive Technology
Vector Informatik Gmbh
Ventana Serra SA De CV
Venture Express Inc.
Veritiv Packaging Solutions

Victora Auto Private Ltd.
Victory Giant Technology
Victory Giant Technology (Hui Zhou)
Vimos Technologies Gmbh
Visteon Japan KK
Vitesco Technologies USA LLC
Volkswagen De Mexico SA de CV
Wachtell Lipton Rosen & Katz
Wally International Inc.
Watanabe Trading Co. Ltd.
Watanabe Trading Co., West Branch, Fukuoka Sales Office
Weizhi Optoelectronics (Shenzhen) Co. Ltd.
Wellfar Engine Parts Co. Ltd.
Wenzhou Huirun Import & Export Co. Ltd.
Weppler Filter Gmbh
West Side Viagens E Turismo Ltda.
White Martins Gases Industriais Do
Wise Harmony Technology Co. Ltd.
Witte Automotive Bulgaria Eood
Witzenmann Gmbh
WL Gore & Associates Gmbh
Woori M-Tech Co. Ltd.
WSP Italia Srl
Wuhan Boaosi Precision Automation Co. Ltd.
Wuhan East Asia Synthetic Automotive Components Co. Ltd.
Wuhan Huaxing Optoelectronics Technology Co. Ltd.
Wuhan Mingke Jingji Auto Parts Co. Ltd.
Wuhu Bokang Automobile Components
Wuhu Changxiang Rubber & Plastic Co. Ltd.
Wuhu Fusai Technology Co. Ltd.
Wuhu Housing Provident Fund Management Center
Wuhu Huaxia Construction
Wuhu Jingfu Industry Trade Co. Ltd.
Wuhu Sepstar Electronics Co. Ltd.
Wuhu Silver Lake Industrial Co. Ltd.
Wuhu Xinquan Automotive Trim System Co., Ltd. Dalian Branch
Wuxi Talqi Heat Exchanger Technology Co. Ltd.
Wuxi Xinli Labor Dispatch Co. Ltd.
Wuxi Zhongzhuo Intelligent Technology Co. Ltd.
WW Grainger Inc.
Xiamen Fultong Automotive Parts Co.

Xiamen Oudelang Auto Parts Co. Ltd.

Xiangyang Guangjia Automotive Accessories Co. Ltd.

Yageo Europe BV

Yamaha Corp. of America

Yamauchi Seiki Co. Ltd.

Yanfeng Visteon Automotive Electronics Co. Ltd.

Yangzhou Focus Shock Absorber Co. Ltd.

Yangzhou Yangjie Electronic Technology

Yantai Dongxing Air Conditioner Tube Co. Ltd.

Yantai Runfuxiang Oil Seal Co. Ltd.

Yantai Shijie Auto Parts Co. Ltd.

Yantai Winhere Auto-Part Manufacturing

Yantai Zhenghai Magnetic Material

Yaskawa Mexico SA de CV

Yaskawa UK Ltd.

Yinbang Clad Material Co. Ltd.

Youke Advertising Graphic (Shenzhen) Co. Ltd.

Zentralverband Elektrotechnik

ZF Automotive Brasil Ltda.

ZF Sachs Espana SA

Zhangjiakou Powsea New Energy-Tech

Zhangjiang Longyuan Import & Export Co. Ltd.

Zhejiang Baikang Optical Co. Ltd.

Zhejiang Dadongwu Auto Electric Motor Co. Ltd.

Zhejiang Debang Automotive Lighting Co. Ltd.

Zhejiang Deming Automobile Parts

Zhejiang Deye Automobile Parts Co.

Zhejiang Gold Intelligent Suspension Corp.

Zhejiang Ruitai Suspension System Technology Co. Ltd.

Zhejiang Saihao Industrial Co. Ltd.

Zhejiang Wanfeng

Zhejiang Winsafe Automotive

Zhejiang Ya Zhi Xing Automobile

Zhenyu (Wuhu) Industry Co. Ltd.

Zhuang Xin Wan Feng (China) Trading Co. Ltd.

Zhuo Neng Electronics (Taicang) Co. Ltd.

ZKW Slovakia SRO

Zlin Precision SRO

## SCHEDULE 2

## MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al*.
## KPMG CONNECTIONS

**SCHEDULE 2(a)**
**Ad Hoc Group of Senior Lenders**
Fortress Credit Advisors LLC
█████████████████

**SCHEDULE 2(b)**
**Adverse Party**
MBK Partners

**SCHEDULE 2(c)**
**Banks-Lender-UCC Lien Parties-Administrative Agents**
Atco Industries LLC
Bank of Yokohama Ltd., The
Beverly Bank & Trust Co. NA
Burdock Godo Kaisha
CT Corporation System
Dell Financial Services LLC
Deutsche Bank AG
Engel Machinery Inc.
Essex Group Inc.
First Commercial Bank Ltd.
Fuyo General Lease USA Inc.
Joyo Bank Ltd., The
Kroll Trustee Services Ltd.
MB Financial Bank NA
Mega International Commercial Bank Co. Ltd.
Nec Capital Solutions Ltd.
Proper Group International LLC
Proper Tooling LLC
Summit Funding Group Inc.
Tokyo Century USA Inc.
Wells Fargo Bank NA

**SCHEDULE 2(d)**
**Core 2002 Parties**
Alston & Bird LLP
Ashby & Geddes PA
Ballard Spahr LLP
Benesch Friedlander Coplan & Aronoff LLP
Buchalter, A Professional Corp.
Burr & Forman LLP

Dickinson Wright PLLC
Dorsey & Whitney (Delaware) LLP
Dorsey & Whitney LLP
Dykema Gossett PLLC
Faegre Drinker Biddle & Reath LLP
Foley & Lardner LLP
Jackson Walker LLP
Johnson Matthey PLC
K&L Gates LLP
Linebarger Goggan Blair & Sampson LP
Morris James LLP
Munsch Hardt Kopf & Harr PC
Nissan North America Inc.
Pashman Stein Walder Hayden PC
Saul Ewing LLP
Sheppard Mullin Richter & Hampton LLP
Stevens & Lee PC
Stradley, Ronon, Stevens & Young LLP
Troutman Pepper Locke LLP
Wolfson Bolton Kochis PLLC
Womble Bond Dickinson US LLP

**SCHEDULE 2(e)**
**Customers**
Mazda Motor Logistics Europe SV
Stellantis Mexico SA de CV
Tesla (Shanghai) Co. Ltd.
Tesla Motors Netherlands BV

**SCHEDULE 2(f)**
**Known Affiliates – JV**
Mew
Statutory Adjustments

**SCHEDULE 2(g)**
**Litigation**
Advanex Inc.
██████

Beacon Navigation GmbH
Blutec SRL
Brazil, Government of, Ministério Público Do Trabalho
Collecte Valorisation Energie Dechets
DSV Air & Sea
Eco-Rom Ambalaje
Elis Textil Servis SRO
First Brands Group LLC

Fukushima
Gereso SAS
Indumyll Indústria e Comércio Ltda.
Jungheinrich Vertrieb Deutschland Ag & Co. Kg
Kostal Kontakt Systeme Gmbh & Co. Kg
Le Mesnil
Mauà Capital
Modugno, Town of (Italy)
Novacel SAS
Protector Insurance
SAS LHH Recruitment Solutions
SG Logística Ltda.
SI Express Servizi Integrati SRL
Siemens AG
Spain, Government of, Instituto Nacional de Seguridad Social
Tecnomeccanica Crevalcore SRL
Torchlight Technologies LLC
Tuper SA
Via Optronics (Suzhou) Co. Ltd.
ZF Lemforder Shanghai Chassistech Co. Ltd.

**SCHEDULE 2(h)**
**Ordinary Course Professionals**
Asafo & Co.
Atsumi & Sakai
Baer & Karrer AG
Bass Berry Sims plc
Benito Ivan Guerra Silla
Botelho Spagnol Carvalho Ibraim Advogados
Bradley Arant Boult Cummings LLP
Bufete Escura SLP
Burges Salmon
Chance Bridge / Beijing Zhuowei (Shanghai) Law Firm
China Patent Agent HK Ltd.
Clark Hill PLC
Daiichi Hoki Co. Ltd.
Dennemeyer Co. Ltd.
Dentons Europe-Zizzi-Caradja Si Aso
Dentons UK & Middle East LLP
Elexi Studio Legale
Esin Avukatlik Ortakligi
Eversheds Sutherland Ltd.
Fasken Martineau DuMoulin LLP
Frost Brown Todd LLC
Galaz Yamazaki Ruiz Urquiza SC
Galicia Abogados SC

Gide Loyrette Nouel
Gleiss Lutz
Gómez-Acebo & Pombo Abogados SLP
Greenberg Traurig LLP
Havel Holásek & Partners SRO
Hengeler Mueller Partnerschaft von Rechtsanwälten mbB
Hopfgarten Rechtsanwaelte
Howard & Howard Attorneys PLLC
Kerr Russell & Weber PLC Attorneys & Counselors
Khaitan & Co.
Kim & Chang
King & Wood Mallesons
LawLinguists SRL
Legal Management Advisory SL
Marval & O'Farrell
Mason Hayes & Curran LLP
Mattos Filho, Veiga Filho, Marrey Jr. e Quiroga Advogados
Militerni & Associati
Moraes Pitombo Advogados
Musat & Asociatii
Nagashima Ohno Tsunematsu Law
Nelson Mullins Riley & Scarborough LLP
NGB Co. Ltd.
Nishimura & Asahi LLP
Notaria SZ CB
Oldham Li & Nie Solicitors
Pactech Law PC
Pendl Mair Rechtsanwälte OG
Pinheiro Neto Advogados
PRK Partners S.R.O Attorneys
Reinhart Boerner Van Deuren SC
Ricardo Energy & Environment
Rolim Viotti Goulart Cardos Advogados
Schoenherr Rechtsanwälte GmbH
Shanghai Allbright Law Offices
SPCG Spolka Komandytowa
SSW Group
Steptoe & Johnson LLP
Studio Legale Associato Avv. Toffoli
Studio Legale Tributario Bolzoni & Bobbio
Thomson Reuters Brasil Conteúdo e Tecnologia Ltda.
TMI Associates
Tsar & Tsai Law Firm
Veritas Legal
Weerawong Chinnavat & Partners Ltd.
Weil Gotshal Manges LLP

**SCHEDULE 2(i)**
**Potential M&A Counterparties**



**SCHEDULE 2(j)**
**Taxing Authority-Governmental-Regulatory Agencies**
Italy, Government of , Ministry of the Economy and Finance

**SCHEDULE 2(k)**
**Third Party Professionals**
Baker & McKenzie LLP
Bayard PA
Cole Schotz PC
GLAS USA LLC
Milbank LLP
Morris Nichols Arsht & Tunnell LLP
Nagashima Ohno & Tsunematsu
Pachulski Stang Ziehl & Jones LLP
Paul Weiss Rifkind Wharton & Garrison LLP
Richards Layton & Finger PA
Selendy & Gay pllc
White & Case LLP
Willkie Farr & Gallagher LLP
Young Conway Stargatt & Taylor LLP

**SCHEDULE 2(l)**
**Top 30 Creditors**
Arrow Electronics Inc.
Bitron Industrie SpA
Pension Benefit Guaranty Corp.
Pension Protection Fund
Valeo SE
Visteon Corp.


**SCHEDULE 2(m)**
**UCC Members**
Tesla Inc.


**SCHEDULE 2(n)**
**Vendors**
3M Brasil Ltda.
3M Mexico SA de CV
A. Raymond Brasil Ltd.
A2Mac1 GmbH
ABC Technologies California LLC
Accenture do Brasil Ltda.
Acciaierie Bertoli Safau SpA
ACCIONA Green Energy Developments SL
Accu Jiangsu Co. Ltd.
Active Industrial Solutions Inc.
AD Device Co. Ltd.
Ad Parts SL
Afore XXI Banorte SA de CV
Agenzia Delle Dogane E Dei Monopoli
Air Plus SRL
Airgas Inc.
Akkodis Italy SRL
ALD Autoleasing D Gmbh
Aldi Sp Zoo
Algar SpA
Algo SpA
Allied Security Inc.
Alpha (Guangzhou) Auto Parts Co. Ltd.
Alpha Assembly Solutions Inc.
Alpha Corp.
Alpha Industry Queretaro SA CV
Alpha Industry Thailand Co. Ltd.
Alphabet Polska Fleet Management
Alphametal Mexico SA De CV

Alphatec (Aichi)
Alpine Electronics Inc.
Alps Alpine Asia Co. Ltd.
Alps Alpine North America Inc.
ALSOK Soei Co. Ltd.
Altas Ambarli Liman Tesisleri Ticaret AS
Altia Acquisition Corp.
AMAG Rolling Gmbh
Amata B.Grimm Power 2 Ltd.
Amazon Business Eu Sarl, Sucursal E
AMS - Machines Speciales Createur de Process
Angel4Future SRL
APL Logistics Americas Ltd.
APL Logistics WMS de Mexico SA
Apollo Global Funding LLC
Aptiv Services US LLC
Armco Do Brasil SA
Arnecom SA De CV
Arrow-Iberia Electronica SLU
Asahi Industrial Co. Ltd.
Ascend Performance Materials
Asian Stanley International Co. Ltd.
Astolfi SpA
Atco Industries Inc.
Atop SpA
ATR International AG
Audi Mexico SA De CV
Autodis Italia SRL
Autoliv (Thailand) Ltd.
Automobiles Peugeot SA
Averna AS
Aviva plc
Avl List GmbH
Avnet Europe BV
Avvale SpA
Avx Ltd.
Banca Del Fucino SpA
Banca IFIS SpA
Banco Nacional De Desenvolvimento Desenvolvimento Economico e Social
Band It Idex Inc.
Bank of China Ltd.
BASF Mobile Emissions Catalysts LLC
Bdtronic Italy Srl
Belgo Bekaert Arames Ltda.
Beppu Pension Office
Berufsgenossenschaft Energie Textil Elektro Medienerzeugnisse

Bestex Kyoei Co. Ltd.
BH EVS Co. Ltd.
Bibby Financial Services AS
BNP Paribas Factor Sp. Zoo
BOGE Elastmetall Slovakia AS
Bois Technology Ltd.
Bollhoff SA
Bosch Automotive Components (Suzhou) Co. Ltd.
Bosch Ltd.
Brazil, Government of, Ministerio Da Fazenda, Secretaria Da
Brazil, Government of, Ministerio Do Trabalhoe Emprego
Brenta Pcm Spa
Bursa
Business Logistics Managers SA
C.H. Robinson Co. Inc.
Cablerias Tanger SARL
Celikel Aluminyum Dokum Imalat Sanayi Ve Ticaret Anonim Sirketi
Century Mold Co. Inc.
Ceva Freight Italy SRL
Ceva Logistics Slovakia SRO
CFE Calificados SA de CV
Chemnitz, City of (Germany), South Tax Office
China Tool Projects UK Ltd.
China, People's Republic of, National Taxation Bureau Wuxi High-Tech Industrial Development
Zone (Xinwu District, Wuxi City) Taxation Bureau
China, People's Republic of, Wuhu Economic And Technological Development Zone Tax
Bureau, State Taxation Administration
Chinatool UK Ltd.
Chongqing Chaoli Electric Appliance Co. Ltd.
Cida Auto Components SPA
Clar Serwis Sp. Zoo
Clessidra Factoring SpA
Clid Systemes
CMK America Corp.
Codico Gmbh
Coface Italia Srl
Columbus Stainless (Pty) Ltd.
Comau Automatizacion S de RL de CV
Comau Romania SRL
Comco Corp.
Commodity Components International Inc.
Compelma
Concessionaria Do Aeroporto
Constellium Neuf Brisach
Continental Automotive Inc.
Cooper Standard Automotive

Courier Network Inc.
Cryoinfra SA de CV
CTP Tau Poland Sp. Zoo
CVB SRL
Daejung High Polymer Industry Co. Ltd.
Daiichi Jitsugyo Co. Ltd.
Daimaru Kogyo (Thailand) Co. Ltd.
Datwyler do Brasil Ltda.
Deloitte & Touche SpA
Deloitte Haskins & Sells LLP
Deloitte Tax LLP
Delta
Denso Thermal Systems SpA
Deshazo LLC
DHL Express Spain SLU
DHL Logistics Morocco
Digital China Cloud Technology Co. Ltd.
Digital Technologies SRL
Dimac Red Spa
DL Invest Group Xxix Sp.Zoo
DNV Gl Business Assurance Italia
Dongguan Guangze Automotive Accessories Co. Ltd.
Dorna Sports SL
DREWAG - Stadtwerke Dresden Gmbh
DS Smith Packaging Italia SpA
Dspace GmbH
Ease Inc.
Edenred Cz SRO
Edison Next SpA
Ekol Transport AS
Electronica Clarion SA de CV
Elenger Sp. Zoo
Ellsworth Adhesives
Ellsworth Adhesives S De Rl De Cv
Elmann SRLU
Elmos Semiconductor SE
Empaques Maquilas Y Servicios
Enel Energia SA De CV
Engel Austria Gmbh
Engel de Mexico SA de CV
Eos France SAS
Ernst & Young LLP
Exide Technologies SLU
Exo-S Industrias SA De CV
Experis SRL
Factofrance

Factoring KB AS
Faist Mekatronic SRL
Faro Technologies Polska
Faurecia Emissions Control Systems NA LLC
Faurecia Sistemas Automotrices de Mexico SA de CV
Fawn Plastics Co. Inc.
FC Group DOO
FCA Services SCPA
Fcar SRL
FCC Ceska Republika SRO
FCI USA LLC
Federal Express Holdings Mexico
Fema SRL
Ferrari SpA
Fertinger Tubes Gmbh
FGI Worldwide LLC
Fib Srl
Finalbion SV SA
Fiori
First Brands Group LLC
Flextronics International Europe BV
Flextronics International Kft.
Foshan Nanhai, District of (China), First Taxation Branch of The State Taxation Administration
Foshan Nanhai, District of (China), Taxation Bureau, State Taxation Administration
Foxconn Interconnect Technology
Freudenberg FST Gmbh
Freudenberg Nok Sealing Technologie
FriTech SRL
Fuji Industries Manila Corp.
Fundacao Parque Tecnologico Da Paraiba
Furukawa Automotive Systems
Fusion Trade Inc.
Future Electronics (US) LLC
Gauss (Jiaxing) Co. Ltd.
Gefit (Dalian) Industrial Technology
Generalfinance SpA
Genpact (Dalian) Co. Ltd.
GEON Performance Solutions LLC
Gergonne Plasticos Industriales SA
Giken Precision Engineering (S) Pte. Ltd.
Global Risk Consultants Ltd.
Global Technology Ventures Inc.
Gordon Brothers Group LLC
Granges International Inc.
Green Hills Software Inc.
Greenberg Traurig Studio Legale Ass

Grupo ABC de Mexico SA de CV
Grupo Antolin Saltillo S de RL
Gtekt Europe Manufacturing Ltd.
Guangdong East Asia Electrical Co. Ltd.
Guangdong Yejia Optoelectronics Technology Co. Ltd.
Guangzhou Auto Spring Co. Ltd.
Guangzhou Hongli Display Electronics Co. Ltd.
Guangzhou Huadu, District of (China), Tax Bureau, State Taxation Administration, First Tax Office
Guangzhou Jiaxin Intelligent Technology Co. Ltd.
Guangzhou Power Supply Bureau, Guangdong Power Grid Co. Ltd.
Guangzhou Xinhao Precision Technology Co. Ltd.
Gultech Wuxi Electronics Co. (HK)
Han Yale Industry Co. Ltd.
Hannstar Display (Nanjing) Corp.
Harada Industry Co. Ltd.
Hedge Desenvolvimento Logistico Fundo De Investimento Imobiliario
Heidrick & Struggles Inc.
Helbako Gmbh
Helium Technology SRL
Henkel Capital SA de CV
Hewlett Packard Enterprise Co.
Hidria D O O
Hidrobus SA de CV
Hiruta Mexico SA de CV
Hitachi Astemo Indiana Inc.
Hitachi High-System 21 Co. Ltd.
Hoe Co. Ltd.
Hogan Lovells Horitsu Jimusho
███████████
Honda Trading De Mexico SA De CV
Hongfa Europe GmbH
Huanhong Electronics (Kunshan) Co. Ltd.
Huizhou Sumitomo Electric Wiring Systems Co. Ltd.
Hutchinson SRL
Ibiden Co. Ltd.
Ibiden Corp.
Idemia Group SAS
I-Fast Container Logistic SPA
IFE Global Logistics LLP
IFIS Finance Sp. Zoo
Ignitis Polska Sp. Zoo
In.Te.S.A. Spa
Industrias B.M. De Mexico SA de CV
Industrie Elektrik GmbH
Ineos Styrolution Mexicana SA de CV

Infind SRL
Infonacot
Infor Mexico Softwares SA de CV
Infra SA de CV
ING Commercial Finance Polska SA
Inglass SpA
INOAC de Mexico SA de CV
InSiCon SRL
Instituto Nacional de la Seguridad Social
International SOS Italy Srl
Inventec Performance Chemicals
Iriso (Shanghai)Trading Co. Ltd.
Iriso USA Inc.
Ishihara Manufacturing Co. Ltd.
Itochu Marubeni Special Steel Corp.
ITW Drawform
Iwata Bolt Mexicana SA de CV
Iwatani Corp.
J. Łabuz, Z. Rojek, J. Skawiński, R. Skawiński PH Motogama Spółka Jawna
Jacobacci & Partners SpA
Jangsu Jazhirui Electronic Technology Co. Ltd.
JDI Display America Inc.
Jenner & Block LLP
Jet Air Service SpA
JFE Shoji Corp.
Jian Mankun Technology Co. Ltd.
Jiangsu Jiayang Electrical Machinery
Joao De Deus & Filho AA
Johnson Electric Industrial Manufacturing
JP Morgan Securities Japan Co. Ltd.
J's Factory Co. Ltd.
JTEKT Column Systems (Thailand) Co. Ltd.
Kaga Fei Corp.
Kaidefu International Trade (Shanghai) Co. Ltd.
KCE (Thailand) Co. Ltd.
Kendrion Automotive (Sibiu) SRL
Kern Liebers USA Inc.
Keyence (China) Co. Ltd.
Keyence Corp. of America
Keyence Mexico Sa De Cv
Ki Mexico S de RL de CV
Knoflikarsky Prumysl Zirovnice AS
KPMG LLP
Kraussmaffei Group Italia SRL
Kraussmaffei Machinery (China) Co.
Kuka Polska Sp ZOO

Kyuyo Mizuho Bank
Laster Tech Automotive (Shanghai)
Lear Automotive Interior Materials (Yangzhou) Co. Ltd.
Lear Corp. Holding Spain SL
Leasys France SAS
Ledlink Optics (Dong Guan) Co. Ltd.
Ledlink Optics (Yang Zhou) Co. Ltd.
Leoni Electrical Systems Shanghai
Leoni Wiring Systems Ltd.
Likum SRL
Limpieza Integral De La Frontera SA
Linde Gas AS
Linkit SRL
LMS SRL
Lofty Success Group Ltd.
Logicom Co. Ltd.
LS Automotive Technologies (Qingdao) Co. Ltd.
LS Automotive Technologies Co. Ltd.
Lubricantes Fuchs de Mexico SA de CV
Luxlite Lamp SARL
M A P Motorad Automotive Parts Ltd.
M&G Assessoria Logistica Aduaneira
MA Aluminum Co. Ltd
Ma Aluminum Corp.
Macdermid Alpha Italy SRL
Macnica Americas Inc.
Macnica Cytech -Thailand- Co. Ltd.
Macnica Inc.
Mahle Metal Leve SA
Manpower Group Inc.
Manufactured Home Communities Inc.
Map Europe SRL
Marcegaglia Carbon Steel SPA
Marubeni Mexico SA de CV
Marubeni Plax Co. Ltd.
Marubeni Thailand Co. Ltd.
Marubun/Arrow USA LLC
Maruwa (Malaysia) Sdn. Bhd.
Mathworks SRL, The
Maxell Asia Ltd.
M-D-J Spol. SRO
Meccanica Finnord SpA
Mectron Srls
Menway Conseil SAS
Metelli SpA
Methodos SpA

Mevis SpA
Mexico, Government of, Comision Federal De Electricidad
Mi Metal Processing Mexicana SA DE
Mitoyo Co. Ltd.
Mitoyo Plastics Thailand Co. Ltd.
Mitoyo Precision Engineering Co. Ltd.
Mitsubishi Electric Mobility Co. Ltd.
Mitsumi Automotive De Mexico SA de CV
Mizuho Bank Europe NV
MKB Metall-U.Kunststoff
Model Resin SRL
Molex LLC
Monotype Ltd.
Motorol Automotive Sp Zoo
MPE SRL
Murata Manufacturing Co. Ltd.
Mustad SpA
Mycronic S De RL De CV
Nagase Sangyo Co. Ltd.
Nakagawa Machinery Works Co. Ltd.
Nakata Coating Co. Ltd.
Nanogate North America LLC
Nantong Dongchen Amphenol Automotive Electronics Co. Ltd.
Nantong Sanxin Auto Lamp Accessories Co. Ltd.
NDK Electronics Shanghai Co. Ltd.
Negri Bossi Spa
Netcom Engineering SpA
New Concept Technology
Nexi Payments SpA
Nexity Property Management
Nexperia USA Inc.
Nexus Automotive Brasil SA
Nexus Automotive International SA
Nifast Mexicana SA de CV
Nifco America Corp.
Nifco Inc.
Nihon Plast (Thailand) Co. Ltd.
Nihon Plast Mexicana SA de CV
Nikken Total Sourcing Co. Ltd.
Ningbo Sanhuan Magsound Industry Trade Co.
Nippon Express Co., Ltd. Tokyo International Transport Branch
Nippon Light Metal Co. Ltd.
Nippon Plastics Co. Ltd.
Nippon Seiki De Mexico SA de CV
Nissan Creative Service Co. Ltd.
Nissan Formula E Team

Nissan Mexicana SA de CV
Nissan Motor Health Insurance Society
Nissan Trading (Thailand) Co. Ltd.
Nissan Trading Co. Ltd.
Nissan Trading Co. Ltd. Chemical Products Division
Nissan Trading Co. USA
Nissan Trading Corp.
Nissha PMX Technologies SA de CV
Nisshinbo Mechatronics (Shanghai) Co. Ltd.
Nisshinbo Precision Machinery (Shanghai) Co. Ltd.
NNG Software Developing & Commercial LLC
Norma Manufacturing NA SW LLC
Novalux America Inc.
Novalux Thailand Co. Ltd.
Novatek Microelectronics Corp.
NPC Moltek-Japan Co. Ltd.
Nugar SA de CV
Ochiai Co. Ltd.
Ochiai USA Inc.
OEB SRL
Okaya & Co. Ltd.
Olsa Parts SRL
On Semiconductor Components
On Semiconductor Ltd.
Onpress Printed Circuits Co. Ltd.
Oracle Italia SRL
Orhan Automotive
Orienta Czech SRO
Osaka Vacuum Chemical Co. Ltd.
OSRAM Comercio De Solucoes De Iluminacao
OSRAM Teknolojileri A.S.
Packaging Corp. of America
Pal Wiping Systems SRO
Parametric Technology Italia SRL
Parker Hannifin GmbH
Parker Hannifin Italy SRL
Pegaso Srl
PGL Express Service Ltda.
Pierburg Huayu Pump Technology Co. Ltd.
Plasfil Plásticos Da Figueira SA
Plasticos Tecnicos Mexicanos
Plastikon Industries Inc.
Poppe + Potthoff France
Praxair Mexico S de RL de CV
Precision Micro Ltd.
Price F(X) Emea GmbH

Pridgeon & Clay Inc.
Procars Group Spolka Z Ograniczona
Procemec SA de CV
Procesos Industriales Del Sur SL
Progility Technologies Pvt. Ltd.
PT Tech
PXI Automotive Mexico S de CV
Quickparts Italy SRL
R. Bourgeois SA
RA Joachim Exner W./ Erbsloh Alumini
Radar Custom & Logistics Sapi
Raiffeisen Bank SA Romania
Randstad HR Solution SRL
Rebound Electronics (UK) Ltd.
Reed Smith LLP
Renault SAS
Renesas Electronics America Inc.
Resistor Srl
Robert Bosch Automotive Technologies (Thailand) Co. Ltd.
Rodacciai SpA
Rodastal Sp zoo
Rohm Semiconductor (Thailand) Co. Ltd.
Rohm Semiconductor Hong Kong Co. Ltd.
Rohm Semiconductor USA LLC
Rutronik Electronics Asia HK Ltd.
Rutronik Elektronische Bauelemente GmbH
Ryosan Thailand Co. Ltd.
S&T Corp.
S.I.C.A. SAS
Sachsenenergie AG
Sakaiya - Thai Techno Plate Co. Ltd.
Saltillo Lamination SA de CV
Samsung Electro-Mechanics Gmbh
Samu Korea Corp.
Sankei Giken Kogyo Co. Ltd.
Sanko Electronics America Inc.
Sanko Industrial Automation
Sanwa Screen Nameplate Co. Ltd.
SAP Italia SpA
Sarrel PNA SAS
Sas Automotive Amiens
SAS Groupauto International
Savia Financiacion SA
Schaeffler Mexico S de RL de CV
Schaeffler Technologies AG & Co. Kg
Scholar Fab

Scorpios Industria Metalurgica Ltda.
Secretaria Da Fazenda Do Est Do Amazonas
Secretaria Fazenda Estado Sao Paolo
Securitas Security Services USA Inc.
Select Arc Inc.
Sensata Technologies (Changzhou) Co. Ltd.
Sensata Technologies de Mexico S de RL de CV
Sequoia Automatic Inc.
Servicios Industriales 3I S de RL M
Servicios Integrales De Inspeccion
Servico Nacional De Aprendizagem
Sews Mexico SA de CV
SGK
Shanghai Changning, District of (China), State Taxation Administration, Taxation Bureau 19Th Taxation Office
Shanghai Chugai Co. Ltd.
Shanghai Siasun Robot Co. Ltd.
Shanghai Waigaoqiao New Four Economic Development Co. Ltd.
Shanghai Xinding Trading Co. Ltd.
Shanghai Yinlun Heat Exchange System Co. Ltd.
Shanghai Yuwei Information Technology Co. Ltd.
Shanghai Ziming Intelligence Technology
Shanghai, City of (China), Pudong New Area Tax Bureau, Municipal Tax Service, State Taxation Administration, Tax Division Of The Free Trade Zone, First Tax Office
Shantou Goworld Display
Shen Zhen Cosco Precision Plastic Mould Co. Ltd.
Shenlu (Shanghai) Materials Technology Co. Ltd.
Shenzhen Wei Chuangxin Technology
Shenzhen Zhuolida Electronics Co.
Sherwin Williams Do Brasil Industries
Shimamura Co. Ltd.
Shin Etsu Polymer Singapore Pte. Ltd.
Sichuan Chuannan Absorber Group Ltd.
Sichuan Fusheng Auto Parts Co.
SKF Seals Italy SPA
Skyworth Microelectronics Co. Ltd.
Slovenska Sporitelna AS
Smat Ltd.
SMRC Automotive Interiors Japan Ltd.
SMRC Automotive Smart Interior Tech Thailand Ltd.
Sofra Yemek Üretim ve Hizmet
Sohbi Craft (Changshu) Co. Ltd.
Soluciones & Tecnologias Aplicadas
Soluciones Integrales De Ingenieria
Solvay Fluor Mexico SA de CV
Solvay Gmbh

Sopra Steria Group SpA
Specialty Products Poland Sp. Zoo
Spectrum-Plastics
Springfix Befestigungstechnick Gmb
SRG Global Liria SLU
Stalmax Spolka ZOO
Stanley Electric Sales of America Inc.
Stellantis Auto SAS
Stellantis Europe SPA
STMicroelectronics International
Sumica Comercializadora SA de CV
Sumiriko Automotive Hose Poland Sp.
Sumiriko AVS Spain SAU
Sumisho Metalex Corp.
Summit Logistics Group LLC
Sunderland, City of, England
Suntec Co. Ltd.
Surface Mount Technology Europe
Suzuyo & Co. Ltd.
Taiko Electronics Japan LLC
Tanger Med Utilities
Tata Consultancy Services Japan
Tata Elxsi Ltd.
Tauron Dystrybucja SA
Tazzetti SPA
TDK Corp.
TDK Corp. of America
TDK Hongkong Co. Ltd.
Techlnsights USA Inc.
Technical Sealing System
Technical Sealing System Foam Mexico
Techniques Surfaces Andrezieux
Techno Associe de Mexico SA de CV
Technoglas Produktions Gesellschaft
Technopro Inc.
Techpol Srl
Tecnometal Srl
Tecnopresse SRL
Teksid Iron Poland Spolka ZOO
Telos GS SPA
Texin (Hongkong) Electronics Co. Ltd.
TGK Co.
Thai Marujun Co. Ltd.
Thai Mitsuwa Public Co. Ltd.
Thai Murata Electronics Trading Ltd.
Thermalex Inc.

Thyssenkrupp Springs & Stabilizers
TI Group Automotive Systems
Tigerpoly Industria De Mexico SA De CV
Time Glory Trading Ltd.
TMC C.H. Robinson Co. Inc.
Tokai Kogyo Corp.
Tokyo Byoken Co. Ltd.
Tokyo Sangyo Machinery SA de CV
Topura Co. Ltd.
Torch Auto Parts Co. Ltd.
Toshiba Electronics Europe Gmbh
Toshiba Europe Gmbh
Toyo Tanso Mexico SA de CV
Toyota Material Handling
Toyota Tsusho Mexico SA De CV
Toyota Tsusho Nexty
Toyota Tsusho Nexty Electronic
Toyota Tsusho Nexty Electronics America Inc.
Toyoyo Seiko Co. Ltd.
Trale SRL
Transformaciones Metalurg Norma SA
Transportation Solutions Group LLC
Trauen Plasticos Industria e Comercio
Travelers Indemnity Co., The
Treasure (Shantou) Electronic Technology
TRI Electronics (Shenzhen) Co. Ltd.
Trico Ltd.
Trigo Quality Solutions US Inc.
Trinity Shipping Co.
Trumpf SRL
TTE International
TTI Inc.
Tyco Electronics Mexico S de RL de CV
Ultinon Motion Italy SRL
Ultinon Motion Poland SA
UMC Electronics (Thailand) Ltd.
Umicore Shokubai USA Inc.
Uni Trade Brokers SC
Uniadex Inc.
UniCredit Factoring SpA
Unifloor Krzysztof Bak
Unipres Inc.
Unipres Mexicana SA de CV
Unipres Thailand Co. Ltd.
United Kingdom, Government of the, HMRC Vat

United States, Government of the, Department of the Treasury, Bureau of the Fiscal Service, Central Treasury
Universal Co. Ltd.
University of Nottingham
Usinas Siderurgicas Minas Gerais
Utac Italy SRL
Uvet Global Businesstravel SPA
Vacuum Process Material de Mexico
Valeo Comfort & Driving Assistance System (Thailand) Ltd.
Valeo Japan Co. Ltd.
Valeo Niles America Wintechinc
Valeo North America (Rio Bravo)
Valeo Schalter Und Sensoren Gmbh
Vallourec Tubos Industriais Ltda.
Vantec Corp.
Vantec Logistics Mexico SA de CV
Var Industries SRL
Varitronix Ltd.
Vector Automotive Technology
Vector Informatik Gmbh
Ventana Serra SA De CV
Venture Express Inc.
Victora Auto Private Ltd.
Victory Giant Technology
Victory Giant Technology (Hui Zhou)
Vimos Technologies Gmbh
Visteon Japan KK
Vitesco Technologies USA LLC
Volkswagen De Mexico SA de CV
Wachtell Lipton Rosen & Katz
Watanabe Trading Co. Ltd.
Watanabe Trading Co., West Branch, Fukuoka Sales Office
Witte Automotive Bulgaria Eood
Witzenmann Gmbh
WL Gore & Associates Gmbh
Woori M-Tech Co. Ltd.
WSP Italia Srl
Wuhan Boaosi Precision Automation Co. Ltd.
Wuhan Huaxing Optoelectronics Technology Co. Ltd.
Wuhu Huaxia Construction
Wuhu Jingfu Industry Trade Co. Ltd.
Wuhu Sepstar Electronics Co. Ltd.
Wuhu Xinquan Automotive Trim System Co., Ltd. Dalian Branch
Wuxi Talqi Heat Exchanger Technology Co. Ltd.
Wuxi Zhongzhuo Intelligent Technology Co. Ltd.
WW Grainger Inc.

Xiamen Fultong Automotive Parts Co.
Yageo Europe BV
Yamaha Corp. of America
Yamauchi Seiki Co. Ltd.
Yanfeng Visteon Automotive Electronics Co. Ltd.
Yangzhou Yangjie Electronic Technology
Yantai Winhere Auto-Part Manufacturing
Yantai Zhenghai Magnetic Material
Yaskawa Mexico SA de CV
Yaskawa UK Ltd.
Yinbang Clad Material Co. Ltd.
Zentralverband Elektrotechnik
ZF Automotive Brasil Ltda.
ZF Sachs Espana SA
Zhangjiang Longyuan Import & Export Co. Ltd.
Zhejiang Ruitai Suspension System Technology Co. Ltd.
Zhejiang Wanfeng
Zhenyu (Wuhu) Industry Co. Ltd.
ZKW Slovakia SRO