IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.,*[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1036** |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF PAUL HASTINGS LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025 [DOCKET NO. 1036]**

The undersigned hereby certifies as follows:

On September 30, 2025, Paul Hastings LLP ("Paul Hastings"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases, filed the *Second Monthly Application of Paul Hastings LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025* (the "Application") [Docket No. 1036] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was October 21, 2025, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 477],

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

17592698/1

no further order is required, and Paul Hastings is entitled to receive 80% of its fees ($776,034.00) and 100% of its expenses ($863.12).

| | |
|---|---|
| Dated: October 22, 2025 | **MORRIS JAMES LLP** |
| | */s/ Eric J. Monzo* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Jason S. Levin (DE Bar No. 6434) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 3205 Avenue North Blvd., Suite 100 |
| | Wilmington, DE 19803 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | jlevin@morrisjames.com |
| | scerra@morrisjames.com |
| | -and- |
| | **PAUL HASTINGS LLP** |
| | Kristopher M. Hansen (admitted *pro hac vice*) |
| | Jonathan D. Canfield (admitted *pro hac vice*) |
| | Gabriel E. Sasson (admitted *pro hac vice*) |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 318-6000 |
| | Facsimile: (212) 319-2665 |
| | E-mail: krishansen@paulhastings.com |
| | joncanfield@paulhastings.com |
| | gabesasson@paulhastings.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |