# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.,*[1] | Case No. 25-11034 (CTG) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 1037** |

## CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF MORRIS JAMES LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025 [DOCKET NO. 1037]

The undersigned hereby certifies as follows:

On September 30, 2025, Morris James LLP ("Morris James"), co-counsel to the Official Committee of Unsecured Creditors (the "Committee"), appointed in the above-referenced bankruptcy cases, filed the *Second Monthly Application of Morris James LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2025 through August 31, 2025* (the "Application") [Docket No. 1037] with the United States Bankruptcy Court for the District of Delaware (the "Court").

The deadline to object to the Application was October 21, 2025, at 4:00 p.m. (ET).

The undersigned further certifies that after reviewing the Court's docket in this case, no formal answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 477],

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

-2-

no further order is required, and Morris James is entitled to receive 80% of its fees ($53,317.20) and 100% of its expenses ($745.27).

| | |
|---|---|
| Dated: October 22, 2025 | **MORRIS JAMES LLP** |
| | */s/ Eric J. Monzo* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Jason S. Levin (DE Bar No. 6434) |
| | Siena B. Cerra (DE Bar No. 7290) |
| | 3205 Avenue North Blvd., Suite 100 |
| | Wilmington, DE 19803 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| |         jlevin@morrisjames.com |
| |         scerra@morrisjames.com |
| | -and- |
| | **PAUL HASTINGS LLP** |
| | Kristopher M. Hansen (admitted *pro hac vice*) |
| | Jonathan D. Canfield (admitted *pro hac vice*) |
| | Gabriel E. Sasson (admitted *pro hac vice*) |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: (212) 318-6000 |
| | Facsimile: (212) 319-2665 |
| | E-mail: krishansen@paulhastings.com |
| |         joncanfield@paulhastings.com |
| |         gabesasson@paulhastings.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |