# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) Case No. 25-11034 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 1338** |

**ORDER SHORTENING NOTICE AND EXPEDITING
HEARING ON THE MOTION OF DEBTORS FOR ENTRY
OF AN ORDER (I) APPROVING THE DEBTORS' ENTRY INTO
THE NEW AR FACILITY TERM SHEET, (II) AUTHORIZING PAYMENT
OF FEES AND EXPENSES THEREUNDER, AND (III) GRANTING RELATED RELIEF**

Upon the *Motion of Debtors for Entry of and Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Approving the Debtors' Entry into the New AR Facility Term Sheet, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief* (the "Motion to Shorten Notice"),[2] all as more fully set forth in the Motion to Shorten Notice; and upon the First Day Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten Notice.

Motion to Shorten Notice in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found cause for the relief requested in the Motion to Shorten Notice pursuant to Local Rule 9006-1(e); and this Court having found that the Debtors' notice of the Motion to Shorten Notice and opportunity for a hearing on the Motion to Shorten Notice were appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten Notice; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten Notice establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion to Shorten Notice is GRANTED as set forth herein.

2. A hearing on the New AR Facility Term Sheet Motion will be held on December 17, 2025, at 10:00 a.m. (prevailing Eastern Time).

3. Objections or responses to the New AR Facility Term Sheet Motion, if any, must be filed on or before **December 15, 2025, at 12:00 p.m. (prevailing Eastern Time)**.

4. The Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

Dated: December 11th, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE