**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) ) | Case No. 25-11034 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 17, 2025 AT 10:00 A.M. EASTERN TIME**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTER GOING FORWARD

1. Motion of Debtors for Entry of an Order (I) Approving the Debtors' Entry Into the New AR Facility Term Sheet, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed: 12/10/25] (Docket No. 1337).

    Response Deadline:  December 15, 2025 at 12:00 p.m. Eastern Time.

    Responses Received:  None as of the date hereof.

    Related Documents:

    a) Motion of Debtors for Entry of an Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Approving the Debtors' Entry Into the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

    New AR Facility Term Sheet, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed: 12/10/25] ([Docket No. 1338](#)).

b) [Signed] Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Approving the Debtors' Entry Into the New AR Facility Term Sheet, (II) Authorizing Payment of Fees and Expenses Thereunder, and (Iii) Granting Related Relief [Filed: 12/11/25] ([Docket No. 1339](#)).

c) Notice of Hearing Regarding Motion of Debtors for Entry of an Order (I) Approving the Debtors' Entry Into the New AR Facility Term Sheet, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed: 12/11/25] ([Docket No. 1340](#)).

d) Declaration of Nicholas Grossi in Support of the Motion of Debtors for Entry of an Order (I) Approving the Debtors' Entry Into the New AR Facility Term Sheet, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed: 12/12/25] ([Docket No. 1344](#)).

e) Declaration of John Singh in Support of the Motion of Debtors for Entry of an Order (I) Approving the Debtors' Entry Into the New AR Facility Term Sheet, (II) Authorizing Payment of Fees and Expenses Thereunder, and (III) Granting Related Relief [Filed: 12/12/25] ([Docket No. 1345](#)).

<u>Status</u>:  This matter will go forward.

*[Remainder of Page Intentionally Blank]*

Dated: December 15, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | Evan Swager (admitted *pro hac vice*) |
| P.O. Box 8705 | 601 Lexington Avenue |
| Wilmington, Delaware 19899 (Courier 19801) | New York, New York 10022 |
| Telephone: (302) 652-4100 | Telephone: (212) 446-4800 |
| Facsimile: (302) 652-4400 | Facsimile: (212) 446-4900 |
| Email: ljones@pszjlaw.com | Email: joshua.sussberg@kirkland.com |
|        tcairns@pszjlaw.com |        nicholas.adzima@kirkland.com |
|        ecorma@pszjlaw.com |        evan.swager@kirkland.com |

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  ross.kwasteniet@kirkland.com
        spencer.winters@kirkland.com

*Co-Counsel for the Debtors*                *Co-Counsel for the Debtors*
*and Debtors in Possession*                 *and Debtors in Possession*