**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) ) | Case No. 25-11034 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 7, 2026 AT 11:30 A.M. EASTERN TIME**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE COURT'S PERMISSION.**

**MATTER FOR WHICH CNO HAS BEEN FILED**

1. Second Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 12/11/25] (Docket No. 1341).

   Response Deadline: December 31, 2025 at 4:00 p.m. Eastern Time.

   Responses Received: None.

   Related Documents:

   a) Certification of No Objection Regarding Second Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 1/2/26] (Docket No. 1485).

   Status: A certification of no objection has been filed. The Debtors request entry of the order attached to the certification of no objection. No hearing will be necessary unless the Court has any questions.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] **Amended items appear in bold.**

4900-6281-1267.2 54509.00001

**MATTER FOR WHICH COC WILL BE FILED**

2.  Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases, (II) Authorizing the Assumption Notice Related Thereto, and (III) Granting Related Relief [Filed: 12/23/25] (Docket No. 1434).

    Response Deadline:  December 31, 2025 at 4:00 p.m. Eastern Time.

    Responses Received:

    a) PW Fund B, LP's Limited Objection and Reservation of Rights to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale [Filed: 1/2/26] (Docket No. 1484).

    b) **Informal limited objection from WeWork.**

    Related Documents:

    a) Declaration of Tony Simion in Support of the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases, (II) Authorizing the Assumption Notice Related Thereto, and (III) Granting Related Relief [Filed: 12/24/25] (Docket No. 1467).

    b) Certification of Counsel Regarding Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases, (II) Authorizing the Assumption Notice Related Thereto, and (III) Granting Related Relief [To Be Filed]

    Status:  A revised proposed order will be filed under certification of counsel.  The Debtors request entry of the revised proposed order that will be attached to the certification of counsel.  No hearing will be necessary.

Dated: January 5, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
    tcairns@pszjlaw.com
    ecorma@pszjlaw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
    nicholas.adzima@kirkland.com
    evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    ross.kwasteniet@kirkland.com
    spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

4900-6281-1267.2 54509.00001