IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) ) | Case No. 25-11034 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |
|   | ) | **Re: Docket No. 1480** |

**ORDER GRANTING
FIRST INTERIM FEE APPLICATION
OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION, FOR THE INTERIM FEE PERIOD FROM JUNE 11, 2025**

Upon consideration of the *First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from June 11, 2025 Through September 30, 2025* [Docket No. 1480] (the "Interim Fee Application") filed by Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland"), co-counsel to the above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Interim Fee

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Interim Fee Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that notice of the Interim Fee Application and opportunity for a hearing thereon were appropriate and no other notice need be provided; and the Court having reviewed the Interim Fee Application and having determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Interim Fee Application is GRANTED.

2. Kirkland is allowed, on an interim basis, compensation in the amount of $21,014,159.5$^{2}$ and actual and necessary expenses in the amount of $195,931.81$^{3}$ for the period from June 11, 2025 through and including September 30, 2025.

3. The Debtors are authorized to make payment to Kirkland on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid in connection with any monthly fee statements previously filed by Kirkland.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 29th, 2026
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[2] Includes a reduction of $7,857.00 in fees, as requested by, and agreed with the Office of the United States Trustee.

[3] Includes a reduction of $14,397.07 in expenses, as requested by, and agreed with the Office of the United States Trustee.