**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) ) | Case No. 25-11034 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket No. 1641** |

**CERTIFICATION OF NO OBJECTION REGARDING SIXTH MONTHLY FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2025 THROUGH DECEMBER 31, 2025**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Sixth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Debtors for the Period from December 1, 2025 Through December 31, 2025* (the "Application") [Docket No. 1641], filed on February 3, 2026. The undersigned further certifies that the Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the notice of the Application, objections to the Application were to be filed and served no later than **February 24, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[Docket No. 477] (the "Interim Compensation Order"), the Debtors are authorized to pay A&M $3,352,320.00, which represents 80% of the fees ($4,190,400.00), and $23,369.66, which represents 100% of the expenses requested in the Application, for the period from December 1, 2025 through December 31, 2025, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: February 25, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| Laura Davis Jones (DE Bar No. 2436) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Timothy P. Cairns (DE Bar No. 4228) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Nicholas M. Adzima (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | Evan Swager (admitted *pro hac vice*) |
| P.O. Box 8705 | 601 Lexington Avenue |
| Wilmington, Delaware 19899 (Courier 19801) | New York, New York 10022 |
| Telephone: (302) 652-4100 | Telephone: (212) 446-4800 |
| Facsimile: (302) 652-4400 | Facsimile: (212) 446-4900 |
| Email: ljones@pszjlaw.com | Email: joshua.sussberg@kirkland.com |
| tcairns@pszjlaw.com | nicholas.adzima@kirkland.com |
| ecorma@pszjlaw.com | evan.swager@kirkland.com |

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ross.kwasteniet@kirkland.com
spencer.winters@kirkland.com

*Co-Counsel for the Debtors*　　*Co-Counsel for the Debtors*
*and Debtors in Possession*　　*and Debtors in Possession*

4905-4535-7970.1 54509.00001　　2