**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 25-11034 (CTG) |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.,* | : | |
| | : | Jointly Administered |
| | : | |
| | : | **THIRD AMENDED**[1] NOTICE OF |
| Debtors. | : | APPOINTMENT OF COMMITTEE |
| | : | OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Nissan North America, Inc.**, Attn: Joseph Hession, 1 Nissan Way, Franklin, TN 37067, Phone: 615-725-1000, Email: joseph.hession@nissan-usa.com

2. **Mazda North American Operations,** Attn: Christopher Wilson, 200 Spectrum Center Drive, Suite 100, Irvine, CA 92618, Email: cwilso70@mazdausa.com

3. **Avnet, Inc.**, Attn: Dennis Losik, 2211 S. 47th Street, Phoenix, AZ 85034, Phone: 847-396-7401, Email: dennis.losik@avnet.com


ANDREW R. VARA
United States Trustee, Region 3

*/s/ Timothy J. Fox* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: March 5, 2026

Attorneys assigned to this Case: Timothy J. Fox, Esq. and Jane M. Leamy, Esq., Phone: (302) 573-6491
Debtors' Counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100

---

[1] **Amended to reflect the resignation of Tesla, Inc. as of February 19, 2025.**