<u>**Exhibit A**</u>

**Amended Proposed Assumption Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 1434, 1498** |

## ORDER (I) AUTHORIZING THE DEBTORS TO ASSUME CERTAIN UNEXPIRED LEASES, (II) AUTHORIZING THE ASSUMPTION NOTICE RELATED THERETO, AND (III) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the Debtors to assume certain unexpired leased properties, set forth in **Exhibit 1A** and **Exhibit 1C** attached hereto (collectively, the "Leases"), (b) authorizing the form and manner of the Assumption Notice served upon the Lease counterparties, and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and upon the *Declaration of Tony Simion in Support of the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief;* and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted on a basis as set forth herein.

2. The Debtors are authorized, pursuant to section 365 of the Bankruptcy Code, to assume the Leases identified on **Exhibit 1A** attached hereto as of the assumption date reflected in such schedule, as such date may be amended with the consent of the landlord from time to time.

3. The deadline for assumption and/or rejection of such Leases shall be the date agreed to by the parties and listed on **Exhibit 1B** and the extension of the date to assume or reject such Leases shall be authorized pursuant to this Order, *provided* that such date may be amended from time to time as agreed to by the parties. At the appropriate time, the Debtors shall submit an agreed form of order or schedule a hearing, or, if such lease is not assumed, file a notice indicating such lease shall not be assumed, each as may be required for each Lease on **Exhibit 1B**. The rights of the Debtors and applicable landlords for the Leases identified on **Exhibit 1B** are expressly preserved.

4.      The Debtors are authorized, pursuant to section 365 of the Bankruptcy Code, to assume the Leases identified on **Exhibit 1C** attached hereto as of the assumption date reflected in such schedule, which date may be extended from time to time, *provided* that the Debtors and the applicable landlords are in discussions regarding the commercial terms, the date of assumption of such lease, the cure amount, and/or whether such lease shall be assumed or rejected.  At the appropriate time, the Debtors shall submit an agreed form of order or schedule a hearing, or, if such lease is not assumed, file a notice indicating such lease shall not be assumed, each as may be required for each Lease on **Exhibit 1C**.

5.      The Assumption Notice served upon the Lease counterparties shall be deemed good and sufficient notice of such assumption.

6.      The Debtors have demonstrated adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1)(C) of the Bankruptcy Code.

7.      The Debtors are authorized to pay in full any Cure Costs identified on **Exhibit 1A** and **Exhibit 1C**  and the Debtors will not make any modifications to the Cure Costs as identified on **Exhibit 1A** or **Exhibit 1C** without the prior written consent (email being sufficient) of the Ad Hoc Group of Senior Lenders, which consent shall not unreasonably be withheld.

8.      Notwithstanding anything herein to the contrary, assumption of the Leases shall be effective notwithstanding any dispute over Cure Costs.  The Debtors shall pay the proposed Cure Costs either (a) within thirty days after the Order has been entered and for which there is no dispute as to the appropriate amount or (b) on the date set forth in the Court's order resolving a dispute regarding the Cure Cost associated with a particular Lease; *provided* that the Debtors and the Lease counterparty may modify the date that the Cure Cost must be paid upon mutual agreement and without further notice or the Court's approval.  To the extent the Debtors, the Ad Hoc Group of

Senior Lenders, and the applicable Lease counterparty are not able to agree to the amount of any disputed Cure Costs for which an objection was timely filed, the parties may seek a ruling of this Court by timely noticing such objection for hearing for the next scheduled omnibus hearing date.

9. If the parties are unable to agree on a disputed Cure Cost for which an objection was timely filed or an order of the Court determines a Cure Cost under a Lease to be greater than the amount listed in **Exhibit 1A** and **Exhibit 1C** attached hereto, the Debtors are authorized to amend **Exhibit 1A** and **Exhibit 1C** to remove such Lease; *provided* that the rejection date for such Lease shall be the same as the date of this Order unless the Debtors, the Ad Hoc Group of Senior Lenders, and the applicable Lease counterparty agree otherwise.

10. Upon the entry of this Order, the Lease counterparties set forth on **Exhibit 1A** attached hereto shall be forever barred and enjoined from asserting against the Debtors any defaults, claims, interest, or other default penalties under the Leases arising before the date of this Order.

11. To the extent any executory contract or unexpired lease to which the Debtors are a party to is not listed on **Exhibit 1A**, **Exhibit 1B**, and **Exhibit 1C** attached to this Order and is later determined by the Court to constitute a lease of non-residential real property subject to the time period set forth in section 365(d)(4) of the Bankruptcy Code, such lease of non-residential real property shall be deemed assumed effective as of January 7, 2026, subject to the payment of any undisputed Cure Costs in accordance with paragraphs 4 and 5 of this Order. To the extent the Debtors, the Ad Hoc Group of Senior Lenders, and the applicable counterparty to such lease of non-residential real property are unable to agree to the amount of any Cure Costs, (a) the parties may seek a ruling of this Court by timely noticing such dispute for hearing for the next scheduled omnibus hearing date or (b) the Debtors are authorized to treat such lease of non-residential real

property as rejected effective January 7, 2026 in accordance with section 365(d)(4) of the Bankruptcy Code.

12. Nothing contained in the Motion or this Order, and no action taken pursuant to the relief requested or granted (including any payment made in accordance with this Order), is intended as or shall be construed or deemed to be:  (a) an admission as to the amount, validity, or priority of, or basis for, any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim, or otherwise of a type specified or defined in the Motion or this Order; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code except for the Leases identified on **Exhibit 1A**, **Exhibit 1B**, and **Exhibit 1C** attached hereto; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (g) a waiver or limitation of any claims, causes of action, or other rights of the Debtors or any other party in interest against any person or entity under the Bankruptcy Code or any other applicable law.

13. To the extent applicable, the Debtors may assign each Lease in accordance with sections 363 and 365 of the Bankruptcy Code and with the consent of the Ad Hoc Group of Senior Lenders (which consent shall not unreasonably be withheld), and any provisions in any Lease that prohibit or condition the assignment of such Lease or allow the party to such Lease to terminate, recapture, impose any penalty, condition renewal or extension, or modify any term or condition

upon the assignment of such Lease, constitute unenforceable anti-assignment provisions which are void and of no force and effect.

14. The numerosity requirements of Bankruptcy Rule 6006(f)(6) are waived for the Motion, and the assumption of the Leases authorized by this Order complies with the requirements of Bankruptcy Rule 6006(f).

15. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

16. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

17. This Order shall be deemed to constitute a separate order with respect to each contract and lease governed hereby.

18. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

<u>**Exhibit 1A**</u>

**Assumed Leases**

**Marelli Holdings Co., Ltd.**
Master Lease Assumption Schedule
*($ in actuals)*

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1 | Administradora de Bens Sul S/A - Paraná | Marelli Cofap do Brasil Ltda | Curitiba Office | BRCU-O | Rua Sta Catarina 65, Agua Verde - salas 302 and 303a, Curitiba, Brazil, 80610-090 | $0 | 1/7/2026 |
| 2 | ALITRANS | Marelli Aftermarket Italy S.p.a. | Lodi San Martin in Strada (Alitrans) Warehouse | ITSS-3W | Strada Provinciale 17, San Martino in Strada, Italy, 26817 | $0 | 1/7/2026 |
| 3 | ANJI ZHIXING LOGISTICS (FUJIAN) CO., LTD. | Marelli Automotive Electronics (Guangzhou) Co. Ltd | Anji Fuzhou Warehouse | CNFZ-3W | No.2 Jianshe Road Saic industrial district, Ningde City, Fuzhou, China, 352100 | $0 | 1/7/2026 |
| 4 | ANJI ZHIXING LOGISTICS (FUJIAN) CO., LTD. | Marelli Automotive Electronics (Guangzhou) Co. Ltd | Anji-CEVA Shanghai Warehouse | CNSH-3W4 | NO.388 YITIAN RD, NANHUI XINCHENG Town, PUDONG District, Shanghai, China, 201306 | $0 | 1/7/2026 |
| 5 | ANTUNEZ S.R.L. | Magneti Marelli Conjuntos de Escape S.A. | Cordoba Plant | ARCO-P | Avenida Velez Sarsfield 4889, Cordoba, CP Argentina, 5016 | $0 | 1/7/2026 |
| 6 | Atrium Starohájska s.r.o. | Marelli Global Business Services Europe s.r.o. | GBS - Atrium | SKTR-O1 | Starohájská ulica 1, Trnava, Slovakia, 91701 | $0 | 1/7/2026 |
| 7 | BANCO ACTINVER, S.A. INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCER ACTINVER, AS TRUSTEE OF TRUST 2304 | Marelli Toluca Mexico S. de R.L. de C.V. | Toluca Plant | MXTO-P | Av. De la industria Automotriz 7 MZ-4 LT-3, Col. Emiliano Zapata Lerma, Toluca, Lerma, Mexico Mexico, 52004 | $0 | 1/7/2026 |
| 8 | BANCO ACTINVER, S.A. INSTITUCION DE BANCA MULTIPLE, GRUPO FINANCER ACTINVER, AS TRUSTEE OF TRUST 2304 | Marelli Toluca Mexico S. de R.L. de C.V. | Toluca Plant | MXTO-P | Av. De la industria Automotriz 7 MZ-4 LT-3, Col. Emiliano Zapata Lerma, Toluca, Lerma, Mexico Mexico, 52004 | $0 | 1/7/2026 |
| 9 | Banco Activer , Institucion de Banca Multiple, Grupo Financiero Actinver | Marelli Toluca Mexico S. de R.L. de C.V. | Toluca Toolshop | MXTO-E | AV. INDUSTRIA AUTOMOTRIZ - MZ. 4, LT. 2 Y 3, PARQUE INDUSTRIAL EX – HACIENDA DOÑA ROSA, Toluca, Lerma, Mexico, 52004 | $0 | 1/7/2026 |
| 10 | Banco Popolare di Milano | Marelli Europe S.p.A. | Corbetta Plant, Offices, Warehouse & R&D | ITCO-P | Viale Aldo Borletti 61/63, Corbetta, MI Italy, 20011 | $0 | 1/7/2026 |
| 11 | Banco Popolare di Milano | Marelli Suspension Systems Italy S.p.A. | Rivalta Plant | ITRV-P | via Enrico Mattei 12, Rivalta, TO Italy, 10040 | $0 | 1/7/2026 |
| 12 | BIELSKO LOGISTICS SP. Z O.O | Marelli Bielsko-Biala Poland Sp.zo.o. | Panattoni Bielsko Plant | POBB-P4 | Panattoni Park Bielsko-Biala III, - ul. Szklana 164, Bielsko-Biała,  Poland, 43-300 | $0 | 1/7/2026 |
| 13 | Bienes e Inmuebles Anber S.L. | Marelli España S.A. | Bienes e Inmuebles Anber Llinars Warehouse | ESLL-W3 | Polígono Industrial Collsabadell, Ronda Collsabadell 8, Llinars del Vallés, 08450 | $0 | 1/7/2026 |
| 14 | BIENES E INMUEBLES ANBER, S.L. | Marelli España S.A., Marelli Aftermarket Spain S.L.U | Llinars del Valles Plant & Office | ESLL-P | Polígono Industrial G-2 Collsabadell, Ronda de, Carrer Collsabadell, 1-3, 6,  Llinars del Vallés, , Spain, 08450 | $0 | 1/7/2026 |
| 15 | BISITE GLASSES CO.,LTD | Marelli Automotive Lighting (Foshan) Co. Ltd | Foshan Plant | CNFO-P | 16, Phoenix Avenue, Nanhai National Ecological Industrial Park, Danzao Town, Nanhai District, Foshan, Guangdong China, 528200 | $0 | 1/7/2026 |
| 16 | CETL Cargo s.r.o. | Marelli Automotive Lighting Jihlava (Czeck Republic) S.R.O. | Jihlava Hall Cetl | CZZD-3W | Piliska 659, Zdirec nad Doubravou, Zdirec nad Doubravou, Czechia, 58263 | $0 | 1/7/2026 |
| 17 | CEVA | Marelli Aftermarket Italy S.p.a. | Mosezzo Warehouse | ITSP-3W1 | Via Rossini 10/C, Impianto 1, San Pietro Mosezzo, Italy, 28060 | $0 | 1/7/2026 |
| 18 | CEVA | Marelli Aftermarket Poland Sp. z o.o. | Sosnowiec Warehouse | POSS-3W | ul. Inwestycyjna 11, Sosnowiec, Poland, 41-208 | $0 | 1/7/2026 |
| 19 | CEVA | Marelli Kechnec Slovakia s.r.o. | GEFCO Kechnec Warehouse | SKKN-3W | PRIEMYSELNÝ PARK, PERÍNSKA CESTA 291 / 292, Kechnec, Slovakia, 044 58 | $0 | 1/7/2026 |
| 20 | CEVA | Marelli Aftermarket Spain S.L.U | Ceva Ontigola Warehouse | ESOG-3W | Poligono Industrial Dehesa de la Plata, Nave 1, Ontigola, Spain, 45340 | $0 | 1/7/2026 |
| 21 | CEVA | Magneti Marelli REPUESTOS S.A. | Ceva Logistics ElPato | AREP-3W | RUTA 36 KM 37,5, El Pato, Argentina, C1893 | $0 | 1/7/2026 |

**Marelli Holdings Co., Ltd.**
Master Lease Assumption Schedule
*($ in actuals)*

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 22 | CEVA | Marelli Aftermarket Italy S.p.a. | Pero Warehouse | ITPR-3W | 24, via G. d'Annunzio, Pero, Italy, 20016 | $0 | 1/7/2026 |
| 23 | CEVA | Marelli Aftermarket Italy S.p.a. | Padova Warehouse | ITPV-3W | Via Nuova Zelanda 8, Padova, Italy, 35127 | $0 | 1/7/2026 |
| 24 | CEVA | Marelli Aftermarket Germany GmbH | CEVA Pohlheim Warehouse | DEPH-3W | Am Pfahlgraben 4-10, Pohlheim, Germany, 35415 | $0 | 1/7/2026 |
| 25 | CEVA | Marelli Aftermarket Italy S.p.a. | Lazzate Warehouse | ITLZ-3W | Via S. Lorenzo KM 133, Lazzate, Italy, 20824 | $0 | 1/7/2026 |
| 26 | Changchun Xincheng Architectural Design Consulting Co., LTD | Marelli Automotive Components (WUHU) Co Ltd | Changchun Plant | CNCC-P | No.231 Haian Rd., New Industries Park, Changchun Economic and Technological Development Zone, Changchun, Jilin China, 130102 | $0 | 1/7/2026 |
| 27 | CHINA POST WUHU BRANCH, ANHUI BRANCH OF CHINA POST EXPRESS LOGISTICS CO., LTD | Marelli International Trading (Shanghai) Co., Ltd | China Post Wuhu Warehouse | CNWU-3W | Intersection of Hongxing Road and Dongliang Road, Qiaobei Industrial Park, Wuhu Economic and Technological Dev. Zone, Wuhu, China, 241008 | $0 | 1/7/2026 |
| 28 | CHRONO EXPRESS SRL | Marelli Automotive Lighting Italy S.p.A. | Multilog Venaria Warehouse | ITVR-3W | Viale Carlo Emanuele II, 190, Venaria Reale, Italy, 10078 | $0 | 1/7/2026 |
| 29 | CMF ADMINISTRAÇÃO DE IMÓVEIS E EMPREENDIMENTOS LTDA. | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Contagem Riacho Warehouse | BRCG-W | Rua Sagitário 410 - do Distrito Industrial Riacho das Pedras, Contagem, Brazil, 32242-210 | $0 | 1/7/2026 |
| 30 | Comprensorio Montano della Carnia | Marelli Automotive Lighting Italy S.p.A. | Tolmezzo Plant (A, B, C and D) | ITTM-P | Via dell'Industria 17, Tolmezzo, UD, Italy, 33028 | $0 | 1/7/2026 |
| 31 | Comprensorio Montano della Carnia | Marelli Automotive Lighting Italy S.p.A. | Tolmezzo Plant (A, B, C and D) | ITTM-P | Via dell'Industria 17, Tolmezzo, UD, Italy, 33028 | $0 | 1/7/2026 |
| 32 | CONE S.A. | Marelli Industria e Comercio de Componentes Automotivos Brasil Ltda | Cabo de Santo Agostinho Plant | BRCB-P | Rodovia BR 101 SUL - 2.220 - Condominio Logistico Plug & Play 3.2 - Galpao 03, Cabo de Santo Agostinho, PE Brazil, 54590-000 | $0 | 1/7/2026 |
| 33 | Consorzio di Sviluppo Economico Locale di Tolmezzo | Marelli Automotive Lighting Italy S.p.A. | CIP Tolmezzo Warehouse 2 | ITTM-3W | Via del Pioppeto, 1, Tolmezzo, Italy, 33028 | $0 | 1/7/2026 |
| 34 | CORSAR ACCIONES S.A. DE C.V. | Marelli Automotive Lighting Juarez Mexico S.A de C.V. | Juarez Plant 2A and 2B | MXCJ-P2A | Ave. del Charro 1620 and1750, Col. Partido Romero Escobedo (2A) / Calle Omega No. 1651, Parque Industrial Magnaplex (2B), Ciudad de Juarez, Chihuahua, Mexico, 32330 | $0 | 1/7/2026 |
| 35 | COSINT Consorzio per lo Sviluppo Industriale di Tolmezzo | Marelli Automotive Lighting Italy S.p.A. | Tolmezzo CSAT Toolshop & Warehouse | ITTM-RD | Via Candoni, 2 (T3-Edificio CSAT), Tolmezzo, UD Italy, 33028 | $0 | 1/7/2026 |
| 36 | Cosma Group | Marelli Automotive Lighting Italy S.p.A. | Prato Carnico Warehouse | ITPC-3W | Zona Artig. Chiampeas, Prato Carnico, Italy, 33020 | $0 | 1/7/2026 |
| 37 | CTP Property II, a.s. | Marelli Automotive Lighting Jihlava (Czeck Republic) S.R.O. | Jihlava CTP Warehouse | CZJL-3W2 | Červený Kříž 311, Jihlava, Jihlava, Czechia, 586 01 | $0 | 1/7/2026 |
| 38 | CTPark Katowice | Marelli Sosnowiec Poland Sp.z.o.o. | Katowice OES Plant | POKW-P | Krakowska 175, Katowice, Poland, 40-391 | $0 | 1/7/2026 |
| 39 | CVR Immobiliare 2020 s.r.l. | Marelli Europe S.p.A. | Caivano Plant | ITCV-P | Zona Industriale ASI, Agglomerato Asi Pascarola, Caivano, NA Italy, 80023 | $0 | 1/7/2026 |
| 40 | Dacheng storage and transportation Co., LTD | Marelli Powertrain (Hefei) Co Ltd | Wuhu Dacheng storage and transportation Co., LTD | CNWU-3W1 | 19 Changchun Road, Economic and Technological Development Zone, Wuhu City, Anhui Province, Wuhu, China, 241000 | $0 | 1/7/2026 |
| 41 | Dalian Software Park Co. LTD | Marelli Business Service (Dalian) Co., Ltd | GBS Dalian | CNDL-O1 | Rm 601, Buidling 16, No. 269 Wu Yi Rd., Shahekou District, Dalian, China, 116023 | $0 | 1/7/2026 |

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 42 | Davisa Desarrollos Immobiliarios S.A. de CV | Marelli Toluca Mexico S. de R.L. de C.V. | Ramos Arizpe Plant | MXST-P2 | Av. Omicron #151-C, Parque Industrial Santa Maria, Ramos Arizpe, Saltillo, Coahuila Mexico, 25903 | $0 | 1/7/2026 |
| 43 | Davisa Desarrollos Immobiliarios S.A. de CV | Marelli Ride Dynamics Mexico S. de R.L. de C.V., Marelli Toluca Mexico S. de R.L. de C.V. | Derramadero Plant | MXST-P1 | Carretera Estatal 105 Derramadero Gral Cepeda Parras No. 895, Parque Industrial Sta Monica, Saltillo, Coahuila Mexico, 25300 | $0 | 1/7/2026 |
| 44 | DB schenker | Marelli Automotive Lighting Jihlava (Czeck Republic) S.R.O. | Schenker Bremen Warehouse | DEBR-3W | Wesser Ems-Strasse 2-4, Bremen, Germany, 28309 | $0 | 1/7/2026 |
| 45 | Dissay Chaveneau Bernis | Marelli Kechnec Slovakia s.r.o., Marelli Ploiesti Romania S.R.L. | Dissay Chaveneau Bernis Warehouse | FRFO-3W | Geodis Automotive Est, ZI DE L'AEROPARC, Fontaine, France, 90150 | $0 | 1/7/2026 |
| 46 | DL Invest | Marelli Bielsko-Biala Poland Sp.zo.o. | Bielsko Plant Consortium Bldg 3d | POBB-P1 | ul. Michała Grażyńskiego 141, Bielsko-Biała,  Poland, 43-346 | $0 | 1/7/2026 |
| 47 | DL Invest | Marelli Bielsko-Biala Poland Sp.zo.o. | Bielsko Plant Bldg 41 | POBB-P2 | Węglowa 85, Bielsko-Biała,  Poland, 43-346 | $0 | 1/7/2026 |
| 48 | DMT | Marelli Toluca Mexico S. de R.L. de C.V. | Toluca DMT WH | MXTO-3W | Reforma No. 203, Colonia de Reforma, San Mateo Atenco, Toluca, Lerma, Mexico, 52120 | $0 | 1/7/2026 |
| 49 | Ekol | Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi | Ekol Bursa Warehouse | TRBR-3W | MINARELIÇAVUS MAHALLESI, ALKANLAR SOKAK NO:14, 16140 NILÜFER, Bursa, Türkiye, 16140 | $0 | 1/7/2026 |
| 50 | Eternity Grand Logistic Public Company Limited | Marelli (Thailand) Co., Ltd | Chonburi Warehouse | THCB-3W | A.Panthong 700/616 M.4 T Ban Kao, Phan Thong District, Chonburi, Thailand, 20160 | $0 | 1/7/2026 |
| 51 | Fausto Jose Passaglia  /  Ana Denise Carvalho Passagua | Marelli Cofap do Brasil Ltda | Goiana Office | BRGO-O | Av. Pires Fernandes,39 - salas 102 & 104 - Setor Aeroporto, Goiana, Brazil, 74070-030 | $0 | 1/7/2026 |
| 52 | FBM Inc. | Marelli Corporation | Atsugi Office | JPAS-O | 3-1-1 Kotobuki-cho, Atsugi, Japan, 243-0003 | $0 | 1/7/2026 |
| 53 | Feiliks Logistics (Asia) Limited | Marelli Automotive Electronics (Guangzhou) Co. Ltd | Feiliks Hongkong Warehouse | CNHK-3W | No.59 Ha Mei San Tsuen Road, Tin Shui Wei, NT, HongKong, China, 0 | $0 | 1/7/2026 |
| 54 | Fergusons | Marelli Automotive Systems UK Limited | Ferguson Warehouse | GBFE-3W | Fergusons Unit 4B, Northumberland Business Park West, Cramlington Northumberland, Dudley, Annitsford, United Kingdom, NE23 7RH | $0 | 1/7/2026 |
| 55 | FGVM Adm. Bens Próprios Ltda | Marelli Cofap do Brasil Ltda | Rio de Janeiro Office | BRRJ-O | Sala 102, Av. Bruxelas,185, Bonsucesso, Rio de Janeiro, Brazil, 21041-000 | $0 | 1/7/2026 |
| 56 | FLEXIBLE WAREHOUSING SOLUTIONS, S. DE R.L. DE C.V | Marelli Automotive Lighting Juarez Mexico S.A de C.V. | K+N Juarez External Warehouse 2 | MXCJ-3W2 | Boulevard Independencia #8851, Colonia Lote Bravo, Ciudad de Juarez, Mexico, 32575 | $0 | 1/7/2026 |
| 57 | Forum AutoVision der Wolfsburg AG (bldg. 5, rooms 027 and 033) | Marelli Germany GmbH | Wolfsburg Office (New 2024) | DEWB-O1 | Major-Hirst-Strasse 11, Wolfsburg, Germany, 38442 | $0 | 1/7/2026 |
| 58 | FOSHAN RUITONG LOGISTICS CO., LTD. | Marelli Automotive Lighting (Foshan) Co. Ltd | Foshan Warehouse | CNFO-W | NO. 2, YINHAI AVENUE, NANHAI NATIONAL ECOLOGICAL INDUSTRY MODEL PARK, DANZAO TOWN, NANHAI DISTRICT, Foshan, China, 528200 | $0 | 1/7/2026 |
| 59 | Futian-Rikun Storage & Transportation (Guangzhou) Co., Ltd. | Marelli Automotive Lighting (Foshan) Co. Ltd | FuTian-RiKun Guangzhou Warehouse | CNGZ-3W4 | No. 90, Shaning Road, Ning West Street, Zengcheng District, Guangzhou, China, 511130 | $0 | 1/7/2026 |
| 60 | GBL Logistic | Marelli Automotive Lighting (Foshan) Co. Ltd | Warehouse (GBL LOGISTICS) | CNGZ-3W3 | No.81, Donglong Avenue, Hualong Town, Panyu District Guangzhou City, Guangzhou, China, 511300 | $0 | 1/7/2026 |
| 61 | GEODIS | Marelli France S.a.s. | Dissay Chaveneau Bernis Warehouse | FRDY-3W | 10 rue des Erables, Dissay, France, 86130 | $0 | 1/7/2026 |
| 62 | GP Günter Papenburg AG (Anderter Str. 99 C, 30559 Hannover) | Marelli Germany GmbH | Hannover Plant | DEHA-P | Springrad 8, Hannover,  Germany, 30419 | $0 | 1/7/2026 |

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 63 | Guangzhou Fengshen Automobile Co., Ltd | Marelli (Guangzhou) Corporation | Guangzhou MGZ, DFL Plant1 & Plant 2 and Warehouses, On/In-site | CNGZ-P4 | No. 8 Fengshen Road, Xin Hua Zhen, Dongfeng Nissan Passenger Vehicle Company (Huadu Plant), Huadu District, Guangzhou, Guangdong China, 510812 | $0 | 1/7/2026 |
| 64 | Guangzhou Fengshen Automobile Co., Ltd. Zhengzhou Branch | Marelli (Guangzhou) Corporation | Zhengzhou DongFeng Nissan Plant - On/In site | CNZZ-P | Dongfeng Nissan Passenger Vehicle Company (Zhengzhou Plant) - 369 8th Avenue, Zhengzhou Economic and Technical Development Zone, Zhengzhou, Henan China, 450016 | $0 | 1/7/2026 |
| 65 | GUANGZHOU HAITIAN PLASTIC CO., LTD. XIANGYANG BRANCH | Marelli (Xiang Yang) Corporation | Xiangyang Haitian 3PL Warehouse | CNXY-3W1 | No.11 Xinxing Rd. Automotive Industry Development Area, Xiangyang, China, 441004 | $0 | 1/7/2026 |
| 66 | Guangzhou Nansha Plainvim Automobile Industrial Park Co., Ltd | Marelli Automotive Chassis System (Guangzhou) Co.,Ltd. | Nansha Plant B (MCG) | CNGZ-P3 | Bldg. B, Land #9, Nanjiang 3rd Road, Nansha District, Guangzhou, Guangdong China, 511462 | $0 | 1/7/2026 |
| 67 | Guangzhou Yimeng Logistics Co., LTD | Marelli Automotive Components (WUHU) Co Ltd | Guangzhou Yimeng logistics Co., LTD _ AL | CNSH-3W7 | No. 818 Haijie Road, Lingang New Area, Shanghai, Shanghai, China, 0 | $0 | 1/7/2026 |
| 68 | Guangzhoug Wei Da Property Co., Ltd. and Guangzhou Heng Shang Property Co., Ltd. | Marelli Automotive Electronics (Guangzhou) Co. Ltd, Marelli Automotive Components (WUHU) Co Ltd, Marelli Automotive Lighting (Foshan) Co. Ltd | Huadu Guangzhou Plant (MEG) | CNGZ-P2 | No. 2, Yong Li Road, Xin Ya Street, Huadu District, Guangzhou, Guangdong China, 510800 | $0 | 1/7/2026 |
| 69 | HAUS- UND GRUNDSTUCKSVERWALTUNG FRITZ BENDER GMBH | Marelli Germany GmbH | Munich Office (Ismanning) | DEMU-O1 | Carl-Zeiss-Ring 11, Ismanning, Germany, 85737 | $0 | 1/7/2026 |
| 70 | Hefei Gensho Logistics Co., LTD | Marelli Automotive Electronics (Guangzhou) Co. Ltd | GenSho Hefei Warehouse | CNHF-3W1 | NO.7210, YUNGU ROAD, JINGKAI DISTRICT, Hefei, China, 230601 | $0 | 1/7/2026 |
| 71 | Hefei STIP Co.Ltd | Marelli Powertrain (Hefei) Co Ltd | Hefei Plant | CNHF-P2 | No.108, Ningxi Road, Baiyan Science and Technology Park, High-tech Zone, Hefei, Anhui China, 231200 | $0 | 1/7/2026 |
| 72 | Hi Logistic Inc. | Marelli Corporation | Shimotsuke Tochigi Warehouse | JPST-W1 | 144-1 Shimokoyama Shimotsuki-shi, Shimotsuke, Japan, 329-0502 | $0 | 1/7/2026 |
| 73 | Highly Marelli | Marelli España S.A. | HMSP Monjos Barcelona (Marelli IT Hardware in Office) | ESEM-3P | C./Illes Balears, 5-7 Poligon Industrial Casa Nova, Sta Margarida els Monjos, Barcelona, Spain, 08730 | $0 | 1/7/2026 |
| 74 | HRE Varginha Empreendimentos | Marelli Cofap do Brasil Ltda | Varginha Logistic Hub | BRVG-W | Avenida Porto Seco, 1540 = Condomínio Industrial e Tecnologico – Aeroporto – Varginha MG, Varginha, Brazil, 37031-090 | $0 | 1/7/2026 |
| 75 | Ilmed Logistics and Technologies S.r.l. | Marelli Aftermarket Italy S.p.a. | LMED Avigliana Warehouse | ITAV-3W | Viale dei Mareschi 15, Avigliana, Italy, 10051 | $0 | 1/7/2026 |
| 76 | Immobiliaria Cuernavaca 2000 S.A. de C.V. | Marelli Mexicana, S.A. de C.V. | PIVA Warehouse | MXAG-W | Calle Cto Aguascalientes Nte 138, Aguascalientes, Mexico, 20906 | $0 | 1/7/2026 |
| 77 | Immobiliaria Rocal, S.A. de C.V. e La Poderosa Rocl del Norte | Marelli Automotive Lighting Juarez Mexico S.A de C.V. | Juarez 'Cuartel' Warehouse 2 | MXCJ-W | Av. Del Charro 1620, Col. Partido Escobedo, Ciudad de Juarez, Mexico, 32330 | $0 | 1/7/2026 |
| 78 | INMOBILIARIA Z.C.5, S.A. DE C.V | Marelli Automotive Lighting Tepotzotlan Mexico S.de r.l. de C.v. | Tepotzotlan Ext Warehouse | MXTP-W | Av. 16 de Julio s/n, Colonia el Trebol, Tepotzotlan, Mexico, 54605 | $0 | 1/7/2026 |
| 79 | INVERSIONES CABOET S.A | Marelli España S.A. | Barbera Plant and Warehouse | ESBV-P | Carrer Basilea 23, Barberá del Vallés, , Spain, 08210 | $0 | 1/7/2026 |
| 80 | INVERSIONES CABOET S.A | Marelli España S.A. | Barbera Plant and Warehouse | ESBV-P | Carrer Basilea 23, Barberá del Vallés, , Spain, 08210 | $0 | 1/7/2026 |
| 81 | Iulius Mall Cluj S.r.l. | Marelli Cluj Romania S.r.l. | Cluj Tech Center - New 2025 | ROCL-O1 | 53B Alexandru Vaida Voevod Str. (United Business Center – Iulius building, 4th floor, shopping center Iulius Mall), Cluj-Napoca, Romania, 400436 | $0 | 1/7/2026 |
| 82 | Jilin Jingheng Logistics Co., LTD | Marelli Automotive Electronics (Guangzhou) Co. Ltd | Jilin Jingheng Logistics Co., Ltd | CNCC-3W2 | No. 666 Jiedada Road, Luyuan District, Changchun City, Jilin Province, Changchun, China, 130013 | $0 | 1/7/2026 |

**Marelli Holdings Co., Ltd.**
Master Lease Assumption Schedule
*($ in actuals)*

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 83 | Jipocar | Marelli Automotive Lighting Jihlava (Czech Republic) S.R.O. | Jihlava Jipocar Hall I 3W | CZJL-3W3 | Hall I, Střítěž u Jihlavy 3, Jihlava, Czechia, 588 11 | $0 | 1/7/2026 |
| 84 | JOSEF POHANKA | Marelli Automotive Lighting Jihlava (Czech Republic) S.R.O. | Jihlava -Tchibo Warehouse | CZJL-W1 | Pávovská 75, Jihlava, Czechia, 586 01 | $0 | 1/7/2026 |
| 85 | Kugel Nagel | Marelli Sosnowiec Poland Sp.z o.o. | K+N Kecskemét Warehouse | HUKK-3W1 | Daimler út 6, Kecskemét , Hungary, 6000 | $0 | 1/7/2026 |
| 86 | Lahser Holdings LLC | Marelli North America, Inc. | Southfield Office & Eng | USSF-O | 26555 Northwestern Highway, Southfield, USA, 48033 | $0 | 1/7/2026 |
| 87 | Lcj Invest, Uzavřený Investiční Fond, A.S., Hvězdova 1716/2b, Nusle, 14000 Praha 4 | Marelli Automotive Lighting Jihlava (Czech Republic) S.R.O. | Jihlava Jipocar Hall D Plant ('OES') | CZJL-P3 | Hall D, Střítěž u Jihlavy 3, Jihlava, Czechia, 588 11 | $0 | 1/7/2026 |
| 88 | Lcj Invest, Uzavřený Investiční Fond, A.S., Hvězdova 1716/2b, Nusle, 14000 Praha 4 | Marelli Automotive Lighting Jihlava (Czech Republic) S.R.O. | Jihlava Jipocar Hall F Module Plant | CZJL-P2 | Hall F, Střítěž u Jihlavy 3, Jihlava, Czechia, 588 11 | $0 | 1/7/2026 |
| 89 | Le Cygne Sportif Group a.s. | Marelli Automotive Lighting Jihlava (Czech Republic) S.R.O. | Jihlava Hruskove Dvory Warehouse III | CZJL-3W6 | Hruskove Dvory 47, Jihlava, Czechia, 586 01 | $0 | 1/7/2026 |
| 90 | Lessors of Carrer Edison,  28-36, Sant Esteve Sesrovires, Spain, 08635 | Marelli España S.A. | Seat BERGE Warehouse | ESSE-3W | Carrer Edison,  28-36, Sant Esteve Sesrovires, Spain, 08635 | $0 | 1/7/2026 |
| 91 | Lex Lewisburg, LLC | Marelli North America, Inc. | Lewisburg DC lease and January 2026 amendment | USLB-P | 201/633 Garrett Pkwy,  Lewisburg, TN, USA, 37091 | $0 | 1/7/2026 |
| 92 | M. PREYMESSER LOGISTIKA | Marelli Sosnowiec Poland Sp.z o.o. | Skoda Kvasiny Warehouse | CZKV-3W | Lipovka 130, Rychnov nad Kněžnou, Kvasiny, Czechia, 516 01 | $0 | 1/7/2026 |
| 93 | MA.GI.CAR 3000 S.r.l | Marelli Aftermarket Italy S.p.a. | Cagliari Warehouse | ITCG-3W | Via del Fangario 3, Cagliari, Italy, 09028 | $0 | 1/7/2026 |
| 94 | Magenta Participações S.A. | Marelli Cofap do Brasil Ltda | Sao Paulo Office | BRSP-O | Av. Brigadeiro Faria Lima, 201 - 10° Andar  - salas 101 & 102, Sao Paulo, Brazil, 05426-100 | $0 | 1/7/2026 |
| 95 | Maksimum Sp. Z.o.o. Holding S.K. | Marelli Aftermarket Poland Sp. z o o. | Katowice Office | POKW-O | plac Pod Lipami 5, Katowice, Poland, 40-476 | $0 | 1/7/2026 |
| 96 | Marcelo and Maria Eduarda Goncalves Fonseca  /  Josè Higino de Sousa | Marelli Cofap do Brasil Ltda | Recife Office | BRRC-O | Rua Ribeiro de Brito 573 - Salas 204 & 205, Recife, Brazil, 51021-310 | $0 | 1/7/2026 |
| 97 | Merai | Marelli España S.A. | MERAI Warehouse | ESLL-W2 | America 13 / Polígono Industrial CanTàpies,CarreteraC-251,Km11,5, Llinars del Vallés, Spain, 08450 | $0 | 1/7/2026 |
| 98 | Millbrook Proving Ground Limited | Marelli Automotive Systems UK Limited | Millbrook - Technology Centre | GBMB-E | Ground Floor VEC, Millbrook Proving Ground, Millbrook, United Kingdom, MK45 2JQ | $0 | 1/7/2026 |
| 99 | Mitsubishi UFJ Trust and Banking Corporation | Marelli Corporation | Tokai Plant | JPTK-P | 3-32 Aza-iwata, Makihira-cho, Okazaki-city, Aichi Japan, 444-3624 | $0 | 1/7/2026 |
| 100 | Mitsubishi UFJ Trust and Banking Corporation | Marelli Corporation | Tokai Plant | JPTK-P | 3-32 Aza-iwata, Makihira-cho, Okazaki-city, Aichi Japan, 444-3624 | $0 | 1/7/2026 |
| 101 | Miyako sangyo | Marelli Kyushu Corporation | Miyako Sangyo (Shiraishi) | JPFK-3W | 2220-19 Yohara, Kanda-machi, Miyako-gun, Japan, 800-0323 | $0 | 1/7/2026 |
| 102 | Miyako sangyo | Marelli Kyushu Corporation | Miyako Sangyo (Tagawa) | JPTA-3W | 4003-1 Natsuyoshi, Tagawa-shi, Japan, 825-0004 | $0 | 1/7/2026 |
| 103 | MR. MICHAEL STOLL | Marelli Germany GmbH | ELT Reutlingen Warehouse | DERE-W2 | Tübinger Strasse 77, Reutlingen, Germany, 72762 | $0 | 1/7/2026 |

**Marelli Holdings Co., Ltd.**
Master Lease Assumption Schedule
*($ in actuals)*

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 104 | NBV Neckarsulmer Bürovermietungs GmbH | Marelli Aftermarket Germany GmbH | Neckarsulm Office | DENU-O | Heinz-Nixdorf-Strasse 4, Neckarsulm, Germany, 74172 | $0 | 1/7/2026 |
| 105 | Nignbo Yuantian Supply Chain Management Co., LTD | Marelli Automotive Components (WUHU) Co Ltd | Sinotrans Logistics Ningbo CO.,Ltd. | CNNB-3W1 | Zhongyi Ecological Park, Yuyao City, Ningbo, Zhejiang Province, Ningbo, China, 315402 | $0 | 1/7/2026 |
| 106 | NLO Shanghai | Marelli International Trading (Shanghai) Co., Ltd | NLO 1 Shanghai (Bonded warehouse , for imported products) | CNSH-3W1 | No.58, Fasai Road,  Waigaoqiao Free Trade Zone,Pudong District, Shanghai, China, 201208 | $0 | 1/7/2026 |
| 107 | Obec Kechnec | Marelli Kechnec Slovakia s.r.o., Marelli Kechnec Slovakia s.r.o. | Kechnec Land/Parking | SKKN-L | Parcel 508/143 and 508/145, Priemyselný Park Kechnec, Perínska cesta 275 / 292, Kechnec, Slovakia, 04458 | $0 | 1/7/2026 |
| 108 | Ohio Logistics Ltd. | Marelli North America, Inc. | Bowling Green Plant | USBG-P | 2371 Woodstream Drive, Bowling Green, OH USA, 43402 | $0 | 1/7/2026 |
| 109 | Orix JREIT Inc. | Marelli Corporation, Marelli Yokohama K.K. | Hamamatsu Office | JPHM-O1 | Hamamatsu Act Tower 20F, 111-2, Itaya-machi, Naka-ku, Hammamatsu, Japan, 430-7790 | $0 | 1/7/2026 |
| 110 | PALAUSA | Marelli España S.A. | Palencia Plant | ESPL-P | Av. De la comunidad Europea 43, Palencia,  Spain, 34004 | $0 | 1/7/2026 |
| 111 | PECEF TECHINCA | Marelli Ploiesti Romania S.R.L. | Pecef Ploiesti Warehouse | ROPL-3W1 | Pompelor street nr. 4, Prahova, Ploiesti, Romania, 100410 | $0 | 1/7/2026 |
| 112 | PIEMONTE LOCATIVA S/A | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Contagem Plant 1 | BRCG-P | Av. João Cesar de Oliveira, 6261 - Galpao 2, Contagem, MG Brazil, 32040-000 | $0 | 1/7/2026 |
| 113 | PUJOL-BACHS | Marelli España S.A. | Pujol Bachs Martin, Llinars Warehouse | ESLL-W1 | Poligono Industrial G-2 Collsabadell, Ronda de Collsabadell, n 4, Llinars del Vallés, Spain, 08450 | $0 | 1/7/2026 |
| 114 | PW Fund B, LP | Marelli Automotive Lighting USA LLC | El Paso Warehouse | USEP-3W | 12112-12124 Rojas Drive, Suite 200 and 900, El Paso,Texas, USA, 79936 | $0 | 1/7/2026 |
| 115 | Red Car Group S.r.l. | Marelli Aftermarket Italy S.p.a. | Calenzano Firense Warehouse | ITCZ-3W | Via di Prato, 80, Calenzano, Italy, 50041 | $0 | 1/7/2026 |
| 116 | Red Car S.r.l. | Marelli Aftermarket Italy S.p.a. | Redcar Roma Warehouse | ITRO-3W | Via Taurianova 92B, Roma, Italy, 00178 | $0 | 1/7/2026 |
| 117 | Redwood (Light Industrial) Propco S.A.R.L. | Marelli Automotive Systems UK Limited | Washington - Plant, Warehouse & Office | GBWS-P | Bentall Business Park, Glover Road, Washington, Tyne and Wear United Kingdom, NE37 3JD | $0 | 1/7/2026 |
| 118 | Redwood (Light Industrial) Propco S.A.R.L. | Marelli Automotive Systems UK Limited | Washington - Plant, Warehouse & Office | GBWS-P | Bentall Business Park, Glover Road, Washington, Tyne and Wear United Kingdom, NE37 3JD | $0 | 1/7/2026 |
| 119 | Robert Bosch GmbH | Marelli Germany GmbH | Reutlingen Welle 2 - Office & Eng. | DERE-O | Ludwig-Erhard-Straße 4, Reutlingen, Germany, 72760 | $0 | 1/7/2026 |
| 120 | Rota Empreendimentos Imobiliaros ltda | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Contagem Land 1 (Parking) | BRCG-L1 | Avenue João Cesar de Oliveira, 6261, Contagem, Brazil, 32040 | $0 | 1/7/2026 |
| 121 | Rota Empreendimentos Imobiliaros ltda | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Contagem Land 2 (Parking) | BRCG-L2 | Avenue João Cesar de Oliveira, 6261, Contagem, Brazil, 32040 | $0 | 1/7/2026 |
| 122 | RYDER CAPITAL, S. DE R.L. DE C.V. | Marelli Toluca Mexico S. de R.L. de C.V. | Tepotzlan Ryder Warehouse | MXTP-3W | Av. Circunvalacion # 10 Barrio Texcacoa, Tepotzotlan, Mexico, 54605 | $0 | 1/7/2026 |
| 123 | SEIBU PROPERTIES CO., LTD. | Marelli Yokohama K.K. | Yokohama Office | JPYH-O | Shinyokohama Square Building 13F, 2-3-12, Shinyokohama, Kohoku-ku, Yokohama, Japan, 222-0033 | $0 | 1/7/2026 |
| 124 | Servicios de Ingeniera y Proyectos Integrales S.A. de C.V. | Marelli Mexicana, S.A. de C.V. | PIVA Eng | MXAG-E | Circuito AG Oriente 134 C Parque industrial de Valle AG, Aguascalientes, Mexico, 20340 | $0 | 1/7/2026 |

**Marelli Holdings Co., Ltd.**
Master Lease Assumption Schedule
*($ in actuals)*

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 125 | Sevket Guvenc  San.Tic. A.S. | Marelli Mako Turkey Elektrik Sanayi Ve Ticaret Anonim Sirketi | Mako Plant 2 | TRBR-P2 | Organize Sanayi Bölgesi Kırmızı Cadde 1.Sokak No.3, Nilüfer, Bursa,  Türkiye, 16140 | $0 | 1/7/2026 |
| 126 | SHANDONG FULU LOGISTICS CO., LTD. | Marelli Automotive Components (WUHU) Co Ltd | Shandong Fulu logistics Co., LTD | CNJH-3W1 | Room 270, Warehouse U3, Floor 1, A01, Proshijinyi International Logistics Park, Dongxiao Street, Jindong District, Jinhua City, Zhejiang Province, Jinhua, China, 321002 | $0 | 1/7/2026 |
| 127 | Shanghai NLO Logistic Co., Ltd. | Marelli International Trading (Shanghai) Co., Ltd | NLO 2 Shanghai (non bonded warehouse, for domestic buy) | CNSH-3W2 | 1-15 ,No.1126 Logistics Ave. Pudong District, Shanghai, China, 201201 | $0 | 1/7/2026 |
| 128 | Shimizu Warehouse | Marelli Yokohama K.K. | Shimizu Warehouse | JPSM-3W | 1836 Iwai, Iwata, Shizuoka, Japan, 438-0016 | $0 | 1/7/2026 |
| 129 | Shinkai Kogyo | Marelli Yokohama K.K. | Shinkai Kogyo Shizuoka Warehouse | JPSZ-3W | 176-1, Nakase, Hamakita-ku, Shizuoka, Japan, 434-0012 | $0 | 1/7/2026 |
| 130 | Siam Auto Parts | Marelli (Thailand) Co., Ltd | Bangplee Plant (SCAL) | THBP-P | 61/2 Moo 1 Bangna-Tard., Km21, Srisajarakea-yai Bangsaothong,  SamutPrakan, , Thailand, 10540 | $0 | 1/7/2026 |
| 131 | SIT Logistic | Marelli Automotive Lighting Italy S.p.A. | SIT Log. Melfi Warehouse | ITMF-3W1 | Zona Industriale San Nicola di Melfi, Melfi, Italy, 85025 | $0 | 1/7/2026 |
| 132 | SK HOUSING CORPORATION | Marelli Corporation | Hiroshima Office | JPHS-O1 | 7F Sankyo Hiroshima Bldg., 3-25 Komachi, Naka-ku, Hiroshima, Japan, 730-0041 | $0 | 1/7/2026 |
| 133 | Suzuka Inter | Marelli Yokohama K.K. | Suzuka Inter Mie Warehouse | JPME-3W | 1506-3,Kaishita Kokubu-cho, Suzuka, Japan, 5130836 | $0 | 1/7/2026 |
| 134 | Suzuyio | Marelli Corporation | Suzuyo Higashimatsuyama Warehouse | JPST-3W | 296-1, Shingou, Higashimatsuyama-shi, Saitama, Japan, 355-0071 | $0 | 1/7/2026 |
| 135 | Tanger Automotive City TAC | MARELLI MOROCCO LLC SARL | Tanger Plant | MATG-P | Lot N°146/147/148, Zone Franche Tanger Automotive City, La Ville Nouvelle Cherafate, Jouamaa, Tangier, Fahs-Anjra Morocco, 90000 | $0 | 1/7/2026 |
| 136 | TFY | Marelli Automotive Lighting France SAS | Cuy Warehouse | FRCY-3W | 4 rue de Bourggne, ZA du Parc, Cuy, France, 89140 | $0 | 1/7/2026 |
| 137 | thyssenkrupp Supply Chain Services NA, Inc., | Marelli Toluca Mexico S. de R.L. de C.V. | Toledo 3P Warehouse | USTO-3W | 1212 E Alexis Rd., Toledo, USA, 43623 | $0 | 1/7/2026 |
| 138 | TOFAŞ TURK OTOMOBIL FABRIKASI A.Ş. | Marelli Aftermarket Italy S.p.A. | Istanbul Office | TRIS-O | Esentepe Mah. Büyükdere Cad. No: 145 IC Kapi No: 14 Sisli (Tofas Han), Istanbul, Türkiye, 34394 | $0 | 1/7/2026 |
| 139 | VIMADES S.R.L. | Magneti Marelli Argentina S.A., Magneti Marelli Conjuntos de Escape S.A., Magneti Marelli Repuestos S.A. | Buenos Aires Office | ARBA-O2 | Calle Manuela Sáenz, nº. 323, oficina 412, Piso 4, CABA, Buenos Aires, Argentina | $0 | 1/7/2026 |
| 140 | WUHU YINHU INDUSTRIAL CO., LTD. | Marelli Automotive Components (Wuhu) Co Ltd, Marelli Automotive Lighting (Foshan) Co. Ltd | Wuhu Plant | CNWU-P1 | No. 5 Shangzha Road, Qiaobei Industrial Zone, Wuhu Economic & Technological Development Area, Wuhu, Anhui China, 241008 | $0 | 1/7/2026 |
| 141 | WUHU YINHU INDUSTRIAL CO., LTD. | Marelli Automotive Components (WUHU) Co Ltd | Wuhu Plant 2 (SMT) | CNWU-P2 | Baoshun road and Yongfeng road crossing of Daqiao Town, Qiaobei Industrial Park, Jiujiang District, Wuhu, Anhui China, 241008 | $0 | 1/7/2026 |
| 142 | Xinjin Industry Co.,LTD | Marelli Powertrain (Hefei) Co Ltd | Xinjin 2 Shanghai Warehouse | CNSH-3W5 | No.1378, xingxian road, jiading district, Shanghai, China, 200000 | $0 | 1/7/2026 |
| 143 | Yichang Guangxun Logistics Co., LTD | Marelli Automotive Components (WUHU) Co Ltd | GaC Yichang Warehouse | CNYC-3W | 99 Xianfeng Road, Xiaoting District, Yichang, China, 443007 | $0 | 1/7/2026 |
| 144 | Yizheng Saic Saike Logistics Co., LTD | Marelli Automotive Electronics (Guangzhou) Co. Ltd | Yizheng Saic Zhengzhou Warehouse | CNZZ-3W | No. 139 Longfei Nan Street Jiulong Town Zhongmou Xian, Zhengzhou, China, 0 | $0 | 1/7/2026 |

<u>**Exhibit 1B**</u>

**Extended Leases**

**Marelli Holdings Co., Ltd.**
Nissan & STLA Lease Supplemental Schedule
*($ in actuals)*

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1 | Donfeng Nissan Dalian Branch of Donfeng Automobile Co., Ltd | Marelli (Guangzhou) Corporation | Dalian DongFeng Nissan Plant - On/In site | CNDL-P | Dongfeng Nissan Passenger Vehicle Company (Dalian Plant) - No. 8-23, Ruigang Road, Dalian Free Trade Zone, Jinzhou District, Dalian, Liaoning China, 116620 | $0 | - |
| 2 | Donfeng Nissan Dalian Branch of Donfeng Automobile Co., Ltd | Marelli (Guangzhou) Corporation | Dalian DongFeng Nissan Plant - On/In site | CNDL-P | Dongfeng Nissan Passenger Vehicle Company (Dalian Plant) - No. 8-23, Ruigang Road, Dalian Free Trade Zone, Jinzhou District, Dalian, Liaoning China, 116620 | $0 | - |
| 3 | DongFeng Nissan | Marelli (Xiang Yang) Corporation | DongFeng Nissan (DFL) Xiangyang - On/In site | CNXY-P2 | Dongfeng Nissan Passenger Vehicle Company (Xiangyang Plant), No. 5, Dongfeng Automobile Avenue, Xiangyang High-tech Zone, Xiangyang, Hubei China, 441058 | $0 | - |
| 4 | EPFIF | Marelli Automotive Lighting France SAS | Trappes Office & Eng | FRTR-O | Rue Albert Einstein 5/7, Trappes, France, 78190 | $0 | - |
| 5 | FCA FIAT Chrysler Automoveis Brasil LTDA | Marelli Industria e Comercio de Componentes Automotivos Brasil Ltda, Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda | Fiat Betim Warehouse/Sequencing | BRBT-W | Rod Fernão Dias, KM 429,GA 53,Paulo Camilo Pena, Betim, Brazil, 55900-000 | $0 | - |
| 6 | FIAT AUTOMOVEIS LTDA | Marelli Industria e Comercio de Componentes Automotivos Brasil Ltda | Goiana Plant Warehouse SP3 | BRGO-P3 | Rodovia BR101 Km 13 ao 15 , Galpão SP3, Goiana, PE Brazil, 55900-000 | $0 | - |
| 7 | FIAT AUTOMOVEIS LTDA - SUPPLY PARK | Marelli Sistemas Automotivos Industria e Comercio Brasil Ltda, Marelli Industria e Comercio de Componentes Automotivos Brasil Ltda | Goiana Plant SP4 | BRGO-P4 | Rodovia BR101 Km 13 ao 15 , Galpão SP4, Goiana, PE Brazil, 55900-000 | $0 | - |
| 8 | Nissan | Marelli Mexicana, S.A. de C.V. | CIVAC Nissan- On-/In site | MXCV-P | Av. Centenario, Civac, Jiutepec, Cuernavaca, Morelos Mexico, 62500 | $0 | - |
| 9 | Nissan | Marelli Mexicana, S.A. de C.V. | Nissan Plant A2 - On/In site | MXAG-P5 | Carretera Panamericana Sur Km. 112, Aguascalientes, Aguascalients Mexico, 20290 | $0 | - |
| 10 | Nissan | Marelli Mexicana, S.A. de C.V. | Nissan Plant A1 - On/In site | MXAG-P4 | KM 75, Carretera Federal a Lagos de Moreno, Aguascalientes, Aguascalients Mexico, 20290 | $0 | - |
| 11 | Nissan | Marelli Mexicana, S.A. de C.V. | CIVAC Nissan- On-/In site | MXCV-P | Av. Centenario, Civac, Jiutepec, Cuernavaca, Morelos Mexico, 62500 | $0 | - |
| 12 | NISSAN | Marelli North America, Inc. | Nissan Smyrna Plant - On/In site | USSM-P | 983 Nissan Drive, Smyrna, TN USA, 37167 | $0 | - |
| 13 | NISSAN | Marelli Automotive Systems UK Limited | Nissan Sunderland Plant - On/In site | GBSL-P1 | Washington Road, Nissan Motor Manufacturing UK Sunderland Plant, Sunderland, Tyne and Wear United Kingdom, SR5 3NS | $0 | - |
| 14 | NISSAN DO BRASIL AUTOMOVEIS LTDA | Marelli do Brasil Industria e Comercio Ltda | Resende Plant - On/In site | BRRS-P | Av. Nissan 1500 – Polo Industrial Resende, Resende, RJ Brazil, 27537-800 | $0 | - |
| 15 | Nissan Motor Co., Ltd. | Marelli Corporation | Tochigi Nissan Plant - On/In site | JPTC-P | 2500 Kamikamou, Kaminokawa, Tochigi Japan, 329-0692 | $0 | - |
| 16 | Nissan Motor Co., Ltd. | Marelli Corporation | Nissan Oppama Plant - On/In site | JPOP-P2 | 1, Natsushima-cho, Yokosuka, Kanagawa Japan, 237-0061 | $0 | - |
| 17 | Nissan Motor Co., Ltd. / Nissan Shatai Co., Ltd. | Marelli Kyushu Corporation, Marelli Corporation | Kanda Nissan Plant - On/In site | JPKA-P | Nissan Motor Kyusyu, 1-3, Shinhama-cho, Kanda-machi, Kanda, Fukuoka Japan, 800-0395 | $0 | - |
| 18 | Nissan Motor Co., Ltd. / Nissan Shatai Co., Ltd. | Marelli Kyushu Corporation, Marelli Corporation | Kanda Nissan Plant - On/In site | JPKA-P | Nissan Motor Kyusyu, 1-3, Shinhama-cho, Kanda-machi, Kanda, Fukuoka Japan, 800-0395 | $0 | - |
| 19 | Nissan North America | Marelli North America, Inc. | Nissan Canton Plant - On/In site | USCT-P | 300 Nissan Drive, Canton, MS USA, 39046 | $0 | - |
| 20 | Nissan Shatai Co., Ltd. | Marelli Corporation | Nissan Shatai Shonan - On/In site | JPSS-P | 1-3, Nagatoro, Hiratsuka-shi, Hiratsuka, Kanagawa Japan, 254-0021 | $0 | - |

**<u>Exhibit 1C</u>**[1]

**Conditionally Assumed Leases**

---

[1] For the avoidance of doubt, assumption of the Leases included in this **<u>Schedule 1C</u>** shall not be effective without a further Court order.

**Marelli Holdings Co., Ltd.**
Master Lease Supplemental Schedule
*($ in actuals)*

| Ref. | Counterparty | Debtor | Description | Site Code | Property Address | Proposed Cure Amount (USD) | Assumption Date |
|---|---|---|---|---|---|---|---|
| 1 | Banco Actinver, S.A. | Marelli Toluca Mexico S. de R.L. de C.V. | Tech Center Mexico City | MXMX-E | Avenida Profesora Eulalia Guzmán 185, Atlampa, Cuauhtemoc, Mexico City, Mexico, 06450 | $0 | 1/7/2026, as may be amended or extended |
| 2 | Banco Popolare di Milano | Marelli Europe S.p.A. | Venaria Reale Offices and R&D | ITVR-P2 | Viale Carlo Emanuele II, 118/150, Venaria Reale, Italy, 10078 | $0 | 1/7/2026, as may be amended or extended |
| 3 | Deutsche Bank México, S. A., | Marelli Automotive Lighting Juarez Mexico S.A de C.V. | Juarez Plant 1A, 1B, 1C and 1D | MXCJ-P1AB | Avenida Hermanos Escobar 6965 (1A, 1B & 1D) & 7151 (1C), Parque Industrial Omega, Ciudad de Juarez, Chihuahua, Mexico, 32315 | $0 | 1/7/2026, as may be amended or extended |
| 4 | Gruppo Constructor PEASA, S.A. C.V. | Marelli Global Business Services America S de RL de CV. | GBS Aguascalientes | MXAG-O | Nave 52, Desarrollo Especial Talleres F.F.C.C., Aguascalientes, Mexico, 20270 | $0 | 1/7/2026, as may be amended or extended |
| 5 | Jipocar | Marelli Automotive Lighting Jihlava (Czeck Republic) S.R.O. | Jihlava Jipocar Hall E 3W | CZJL-3W1S | Hall E, Střítěž u Jihlavy 3, Jihlava, Czechia, 588 11 | $0 | 1/7/2026, as may be amended or extended |
| 6 | Robert Bosch GmbH, Reutlingen, Germany - Container: Grinbold-Jodag GmbH | Marelli Germany GmbH | Reutlingen Office & Eng | DERE-P | Tübinger Strasse 123, Reutlingen, Germany, 72762 | $0 | 1/7/2026, as may be amended or extended |
| 7 | Shanghai Waigaoqiao Free Trade Zone Xin Development Co., ltd. | Marelli International Trading (Shanghai) Co., Ltd, Marelli (China) Co., Ltd, Marelli Automotive Components (WUHU) Co Ltd, Marelli R&D Co., Limited, Marelli China Holding Company, Marelli Engineering (Shanghai) Co., Limited | Jujin Shanghai Office | CNSH-O1 | JuJin Road, 685, Pudong, Shanghai, China, 200128 | $0 | 1/7/2026, as may be amended or extended |
| 8 | Shimamura Corporation | Marelli Corporation, Marelli Holdings Co., Ltd. | New Saitama HQ | JPST-O2 | 2-19-4 Miyahara-cho, Kita-ku, Saitama, Japan, 331-0812 | $0 | 1/7/2026, as may be amended or extended |
| 9 | WeWork | Marelli Europe S.p.A. | Milan Mgmt. Office | ITML-O | via Meravigli 2, Milano, Italy, 20121 | $415,112 | 1/7/2026, as may be amended or extended |