**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| MARELLI AUTOMOTIVE LIGHTING | ) |
| USA LLC, *et al.*, | ) Case No.: 25-11034 (CTG) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors.[1] | ) |
| | ) |

**SUMMARY COVER SHEET TO THE FIRST INTERIM FEE APPLICATION OF
LORI LAPIN JONES, ESQ., FEE EXAMINER, FOR THE PERIOD FROM
JANUARY 15, 2026 THROUGH APRIL 30, 2026**

| | |
|---|---|
| Name of Applicant: | Lori Lapin Jones, Esq. |
| Role: | Fee Examiner |
| Date of Appointment: | January 15, 2026 |
| Interim Period for which Compensation and Reimbursement of Expenses is Sought: | January 15, 2026 – April 30, 2026 |
| Interim Amount of Compensation Sought as Actual, Reasonable and Necessary: | $26,850.00 |
| Interim Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $7,440.00 |

This is a(n) x interim _ final application

No fees are billed in this Application for preparation of any fee application.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

## Prior Applications

### None.

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant: | Lori Lapin Jones, Esq. |
| Role: | Fee Examiner |
| Time Period Covered by Interim Application: | January 15, 2026 through April 30, 2026 |
| Total Compensation Sought During the Interim Application Period: | $26,850.00 |
| Total Expenses Sought During the Interim Application Period: | $7,440.00 |
| Petition Date: | June 11, 2025 |
| Appointment Date: | January 15, 2026 |
| Date of Order Approving Appointment: | January 15, 2026 |
| Total Compensation Approved by Interim Order to Date: | N/A |
| Total Expenses Approved by Interim Order to Date: | N/A |
| Total Allowed Compensation Paid to Date: | N/A |
| Total Allowed Expenses Paid to Date: | N/A |
| Rate for Fee Examiner: | $500.00 |
| Blended Rate in Interim Application for all Timekeepers: | $500.00 |
| Compensation Sought in Interim Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed: | N/A |
| Expenses Sought in Interim Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed: | N/A |
| Number of Professionals Included in Interim Application: | 1 |
| If Applicable, Number of Professionals in Interim Application not Included in Staffing Plan Approved by Client: | N/A |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought During Interim Application Period: | N/A |
| Number of Professionals Billing Fewer than 15 hours to the Case during Interim Application Period: | N/A |
| Are Any Rates Higher Than Those Approved or Disclosed at Retention? | No |

## Summary of Hours by Professional Billed In Interim Fee Period

Lori Lapin Jones, Esq.: 53.70 hours @ $500.00/hour = $26,850.00

## Interim Compensation By Project Category

| Project Category Description | Total Hours | Total Fees |
|---|---|---|
| General Administration | 2.70 | $ 1,350.00 |
| Fee Application Review/Initial Reports | 41.50 | $20,750.00 |
| Fee Examiner Final Report | 5.30 | $ 2,650.00 |
| Communications with Professionals | 4.20 | $ 2,100.00 |
| Fee Application | 0 | $ 0.00 |
| TOTAL: | 53.70 hours | $26,850.00 |

## Interim Expense Summary

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Database Service Provider | National CRS LLC | $300.00/hour (24.8 hours) | $7,440.00 |
| TOTAL: | | | $7,440.00 |

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING | ) | Case No.: 25-11034 (CTG) |
| USA LLC, *et al.,* | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF LORI LAPIN JONES, ESQ.,
FEE EXAMINER, FOR THE PERIOD FROM
JANUARY 15, 2026 THROUGH APRIL 30, 2026**

Lori Lapin Jones, Esq., Fee Examiner in the above-captioned jointly administered cases,

hereby submits her first interim fee application ("First Interim Application") for allowance of

compensation in the amount of $26,850.00 and reimbursement of expenses in the amount of

$7,440.00 for the period from January 15, 2026 through April 30, 2026 ("Fee Period").

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of Delaware ("Court") has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing

Order of Reference from the United States District Court for the District of Delaware, dated

February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Fee

Examiner confirms her consent pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware to the

entry of a final order by the Court in connection with this Fee Application to the extent that it is

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the
Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli
Automotive Lighting USA LLC's principal place of business and the Debtors' service address is these
chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), and the Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief dated August 5, 2025 [Docket No. 477] ("Interim Compensation Order").

### Background

4.      On June 11, 2025 ("Petition Date"), each of the above captioned debtors ("Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On June 12, 2025, the Court entered an order authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases [Docket No. 102].

6.      On June 25, 2025, the United States Trustee for Region 3 ("U.S. Trustee") appointed an official committee of unsecured creditors ("Creditors' Committee") which appointment was amended [Docket Nos. 230, 922, and 1780].

## Appointment of Fee Examiner

7.      By Order (I) Appointing Fee Examiner and (II) Establishing Procedures For Consideration of Requested Fee Compensation and Reimbursement of Expenses dated January 15, 2026 ("Fee Examiner Order") [Docket No. 1515], Lori Lapin Jones, Esq. was appointed Fee Examiner (Fee Examiner Order at ¶ 1).

8.      In accordance with the Fee Examiner Order, the Fee Examiner's duties and responsibilities include, inter alia, reviewing compensation applications for compliance with applicable standards under section 330 of the Bankruptcy Code and Local Rule 2016-2 and, for attorney applicants, whether the firm has made a reasonable effort to comply with the U.S. Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 By Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 ("U.S. Trustee Guidelines"). See Fee Examiner Order at ¶ 6).

9.      Following review of applications, the Fee Examiner is tasked with providing each professional a report on its respective fee application ("Initial Report") designed to quantify and present factual data and legal issues relevant to whether requested fees, disbursements and expenses comply with applicable standards. Following service of the Initial Report, the Fee Examiner and each professional are then to communicate with the objective of reaching consensual resolution of matters raised in the respective Initial Report. Thereafter, the Fee Examiner is required to file a Final Report (as defined in the Fee Examiner Order).

## Fees and Expenses Incurred During Fee Period

10.      By this Application, Lori Lapin Jones, Esq. seeks fees in the amount of $26,850.00 and expenses in the amount of $7,440.00. The Fee Examiner did not file monthly fee statements, and no portions of the amounts requested in this Application have been paid. A

3

summary of the services rendered by the Fee Examiner is set forth below.

**Summary of Services Rendered By the Fee Examiner During the Fee Period**

11.    In summary, the Fee Examiner reviewed the second interim applications of eight professionals seeking fees and expenses of over $33 million, issued an Initial Report covering each second interim fee application, communicated with professionals, resolved issues raised, and filed a comprehensive First Report with respect to four professionals [Docket No. 1901]. A Second Report covering four professionals was filed just after the close of the Fee Period [Docket No. 2057].

12.    The services of the Fee Examiner have been divided into the five categories described below.

     *a. General Administration: 2.70 hours ($1,350.00)*

13.    The work performed by the Fee Examiner in this category consists of general administration work as well as work that does not fall into the other categories of services. Specific work performed included: reviewing docket entries that preceded the Fee Examiner's appointment; reviewing the Interim Compensation Order; meeting with the Debtor's lead bankruptcy counsel; and transmitting a detailed introductory email to professionals to set forth protocols.

     *b. Fee Application Review/Initial Reports: 41.50 hours ($20,750.00)*

14.    A substantial portion of the work performed by the Fee Examiner fell within this category and generally included: (i) review of second interim fee applications of five professionals retained by the Debtors and three professionals retained by the Creditors' Committee; (ii) analysis of time records for a multitude of issues; (iii) review of expenses and analysis of support for certain expenses; (iv) preparation of eight detailed Initial Reports; and (v)

extraction of time records and preparation of charts on objections or potential objections which were annexed to the Initial Reports.

      c. *Fee Examiner Final Reports: 5.30 hours ($2,650.00)*

15.     The work performed by the Fee Examiner in this category consists of preparation of a First Report setting forth, <u>inter alia</u>, the work performed by the Fee Examiner, a summary of four fee applications, initial findings, communications with the fee applicants, and resolutions reached [Docket No. 1901]. The Fee Examiner also began work on her Second Report.

      d. *Communications With Professionals: 4.20 hours ($2,100.00)*

16.     The work performed by the Fee Examiner in this category consists primarily of: (i) conferring with the professionals on their respective Initial Reports; (ii) vetting with each professional a draft summary of the Fee Examiner's review of the professional's application and the resolution reached for inclusion in the Fee Examiner's First Report; (iii) communications with the U.S. Trustee; and (iv) miscellaneous communications with professionals on specific questions.

      e. *Fee Application: 0.00 hours ($0.00)*

17.     The work that falls under this category consists of preparation of the Fee Examiner's fee applications. No work was billed in this category during the Fee Period.

18.     The above is intended to be a summary of the services provided by the Fee Examiner during the Fee Period. Reference is made to the detailed time records of Lori Lapin Jones, Esq. which are annexed as <u>Exhibit A</u>.

<u>Summary of Expenses</u>

19.     In accordance with the Fee Examiner Order, the Fee Examiner was authorized to retain and charge, as part of the Fee Examiner's expenses, the fees and expenses of National

5

CRS LLC ("NCRS") as Database Service Provider at an hourly rate of $300.00 with such charges to be part of the Fee Examiner's compensation application (Fee Examiner Order at ¶ 13). NCRS' charges during the Fee Period are $7,440.00 representing 24.8 hours of work performed. Annexed as Exhibit B are detailed time records of Michael Newsom of NCRS. Lori Lapin Jones, Esq. does not make any profit from the NCRS charges.

20.     Other than the NCRS charges, no other expenses are requested in this Fee Application.

### The Requested Compensation and Reimbursement of Expenses Should be Allowed

21.     In accordance with the Fee Examiner Order, the Fee Examiner is entitled to compensation from the Debtors' estates for her reasonable and necessary fees and actual and documented expenses which are subject to review pursuant to section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-2, the applicable U.S. Trustee Guidelines and the Interim Compensation Order. The Fee Examiner Order further provides that the Fee Examiner shall charge an hourly rate of $500.00 for this engagement. See Fee Examiner Order at ¶ 13.

22.     The Fee Examiner billed 53.7 hours for services rendered in these cases during the Fee Period. It is respectfully submitted that the services provided by the Fee Examiner for which she seeks compensation in this Fee Application were: (a) in accordance with the work required of the Fee Examiner under the Fee Examiner Order; (b) performed professionally, competently, timely, and efficiently; (c) billed at the hourly rate that is set forth in the Fee Examiner Order; and (d) represent actual and necessary work that benefited the estates. The Fee Examiner further submits that the compensation requested herein is reasonable considering the nature, extent, and value of such services.

23.     Lori Lapin Jones, Esq. respectfully submits that the compensation sought herein is

warranted and should be approved.

## No Prior Request

24.    No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, Lori Lapin Jones, Esq. respectfully requests that the Court enter an order: (a) awarding Lori Lapin Jones, Esq. interim compensation during the Fee Period in the amount of $26,850.00 and reimbursement of expenses incurred during the Fee Period in the amount of $7,440.00; (b) authorizing and directing the Debtors to pay Lori Lapin Jones, Esq. for such fees and expenses; and (c) granting such other relief as is appropriate under the circumstances.

Dated: May 14, 2026
      Great Neck, New York

              */s/ Lori Lapin Jones*
              Lori Lapin Jones, Esq.
              Lori Lapin Jones PLLC
              98 Cutter Mill Road - Suite 255 South
              Great Neck, New York 11021
              Telephone: (516) 466-4110
              Facsimile: (516) 466-4009
              Email: ljones@jonespllc.com

              *Fee Examiner*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*, | Case No.: 25-11034 (CTG) |
| Debtors.[1] | (Jointly Administered) |

Objection Deadline:: **June 8, 2026 at 10:00 a.m.**
Hearing Date: **To be scheduled**

## NOTICE OF FILING OF FIRST INTERIM FEE APPLICATION OF LORI LAPIN JONES, ESQ., FEE EXAMINER, FOR THE PERIOD JANUARY 15, 2026 THROUGH APRIL 30, 2026

**PLEASE TAKE NOTICE** that Lori Lapin Jones, Esq., as Fee Examiner in the above-captioned cases, has filed the First Interim Fee Application of Lori Lapin Jones, Esq., Fee Examiner, For the Period January 15, 2026 through April 30, 2026 ("Fee Application") seeking the allowance of compensation for services rendered in the amount of $26,850.00 and reimbursement of expenses in the amount of $7,440.00 for the period from January 15, 2026 through April 30, 2026.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Fee Application, if any, must be made in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **June 8, 2026 at 4:00 p.m. p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that, at the same time, you must also serve a copy

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

of the response or objection upon: (a) the Fee Examiner, Lori Lapin Jones, Esq, Lori Lapin Jones PLLC, 98 Cutter Mill Road, Suite 255 South, Great Neck, New York 11021 (ljones@jonespllc.com); (b) the Debtors, Marelli Automotive Lighting USA LLC, 26555 Northwestern Highway, Southfield, Michigan 48033, Attn: Marisa Iasenza (marisa.iasenza@marelli.com); (c) counsel to the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Nicholas M. Adzima (nicholas.adzima@kirkland.com), and Evan Swager (evan.swager@kirkland.com), (ii) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn: Spencer A. Winters, P.C. (spencer.winters@kirkland.com), and (iii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19889 (Courier 19801), Attn: Laura Davis Jones (ljones@pszjlaw.com), Timothy P. Cairns (tcairns@pszjlaw.com), and Edward A. Corma (ecorma@pszjlaw.com); (d) United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jane Leamy (Jane.M.Leamy@usdoj.gov); (e) counsel to the DIP Agent, Mayer Brown LLP, 1221 Avenue of the Americas, New York, New York 10020-1001, Attn.: Jason Elder (jason.elder@mayerborwn.com); (f) counsel to Mizuho Bank, Ltd., (i) in all capacities other than as the Prepetition Agent, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Timothy Graulich (timothy.graulich@davispolk.com) and Richard J. Steinberg (richard.steinberg@davispolk.com) and (ii) in its capacity as the Prepetition Agent, Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, Delaware 19801, Attn.: Robert S. Brady (rbrady@ycst.com) and Andrew Magaziner (amagaziner@ycst.com); (g) counsel to the Ad Hoc Group of Senior Lenders, (i) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036, Attn.: Ira S. Dizengoff (idizengoff@akingump.com) and Anna Kordas (akordas@akingump.com), (ii) Akin Gump

Strauss Hauer & Feld LLP, 2001 K Street NY, Washington, D.C., 20006, Attn: Scott L. Alberino (salberino@akingump.com), Kate Doorley (kdoorley@akingump.com) and Alexander F. Antypas (aantypas@akingump.com), and (iii) Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, Delaware 19801, Attn: Justin R. Alberto (jalberto@coleschotz.com) and Stacy L. Newman (snewman@coleschotz.com); (h) counsel to the Initial Tranche A Lender, (i) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Jospeh Minias (jminias@willkie.com) and Christine Thain (cthain@willkie.com), (ii) Willkie Farr & Gallagher LLP, 600 Travis Street, Houston, Texas 77002, Attn.: Jennifer J. Hardy (jhardy2@willkie.com), and (iii) Bayard P.A., 600 N. King St., Suite 400, Wilmington, Delaware 19801, Attn.: Ericka F. Johnson (ejohnson@bayardlaw.com) and Steven D. Adler (sadler@bayardlaw.com); (i) counsel to the Sponsors, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, Attn.: Brian S. Hermann (bhermann@paulweiss.com) and Jacob A. Adlerstein (jadlerstein@paulweiss.com); (j) co-counsel to the Creditors' Committee, (i) Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, Attn.: Krisopher M. Hansen (krishansan@paulhastings.com), Jonathan D. Canfield (joncanfield@paulhastings.com), and Gabriel E. Sasson (gabesasson@paulhastings.com), and (ii) Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801, Attn.: Eric J. Monzo (emonzo@morrisjames.com), Jason S. Levin (jlevin@morrisjames.com), and Siena B. Cerra (scerra@morrisjames.com).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: May 14, 2026
  Great Neck, New York

        */s/ Lori Lapin Jones*
        Lori Lapin Jones, Esq.
        Lori Lapin Jones PLLC
        98 Cutter Mill Road - Suite 255 South
        Great Neck, New York 11021
        Telephone: (516) 466-4110
        Facsimile: (516) 466-4009
        Email: ljones@jonespllc.com

        *Fee Examiner*

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| | ) |
| MARELLI AUTOMOTIVE LIGHTING | ) |
| USA LLC, *et al.*, | )     Case No.: 25-11034 (CTG) |
| | ) |
| | )     (Jointly Administered) |
| | ) |
| Debtors.[1] | ) |
| | ) |

**DECLARATION IN SUPPORT OF THE FIRST INTERIM FEE**
**APPLICATION OF LORI LAPIN JONES, ESQ., FEE EXAMINER, FOR**
**THE PERIOD JANUARY 15, 2026 THROUGH APRIL 30, 2026**

Lori Lapin Jones, being duly sworn, states the following under penalty of perjury:

1.      I was appointed Fee Examiner in the above-captioned cases.

2.      I have read the foregoing First Interim Fee Application of Lori Lapin Jones, Esq.,

Fee Examiner, For the Period January 15, 2026 Through April 30, 2026 ("Fee Application"), and

the statements contained in the Fee Application are true and correct to the best of my knowledge

information and belief.

3.      Except as may be indicated to the contrary in the Fee Application, (a) the Fee

Application complies with applicable local rules and guidelines, (b) the hourly rate charged is the

rate set forth and approved in the Order approving the appointment of the Fee Examiner, (c) Lori

Lapin Jones does not make a profit from the expenses for which reimbursement is sought in the

Fee Application, (d) no agreement exists between Lori Lapin Jones and any other person for the

sharing of compensation to be received in connection with the above cases except as authorized

---

[1]      A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive
Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases
is 26555 Northwestern Highway, Southfield, Michigan 48033.

pursuant to the Bankruptcy Code, Bankruptcy Rules or applicable local rules and guidelines and except that the reimbursement of the expense for National CRS LLC will be paid to National CRS LLC.

Dated: May 14, 2026.

/s/ *Lori Lapin Jones*
Lori Lapin Jones

## EXHIBIT A

Time Records

**Time Records for Lori Lapin Jones**
**January 15, 2026 – April 30, 2026**

**General Administration** *2.70 hours ($1,350.00)*

01/19/26 .30 hours
Zoom N Adzima and E Swager re: introductory call on background, fee application timelines, pending fee applications (.3)

01/25/26 .50 hours
Send out detailed email to professionals on protocols and procedures (.5)

02/17/26 1.80 hours
Review docket entries 1-1660 and select filings (1.6)
Review Interim Compensation Order (.2)

02/23/26 .10 hours
Review data status for Greenberg fee application and email Greenberg requesting fee data (.1)

**Retention/Fee Application**

[No Time]

**Fee Application Review/Memorandum** *41.50 hours ($20,750.00)*

02/17/26 1.80 hours
Review A&M retention application and engagement letter, two supplemental declarations, and retention order (.8)
Review A&M fee application (w/out time records) (.5)
Review A&M expenses and flag for questions (.5)

02/18/26 3.20 hours
Review A&M time records and take notes (1.5)
Continue review of A&M time records and take notes (1.7)

02/19/26 2.90 hours
Continue review of A&M time records and take notes (1.9)
Prepare two charts on A&M issues (1)

02/20/26 4.60 hours
Complete review of A&M time records (1.8)
Prepare A&M fee memorandum (1.3)
Prepare five charts for A&M fee memorandum (1.5)

02/21/26 .40 hours
Review/revise A&M fee memorandum and prepare one chart (.4)

02/24/26 3.40 hours
Review Morris James retention application, order (.2)
Review Morris James fee application (w/out time records) (.2)
Review/analyze Morris James time records (.7)
Prepare Morris James fee memorandum with one exhibit (.3)
Review Paul Hastings retention application, order (.2)
Review Paul Hastings fee application (w/out time records) (.3)
Review/analyze Paul Hastings time records and prepare notes (1.5)

02/25/26 1.00 hours
Prepare Paul Hastings fee memorandum and three exhibits (1)

03/01/26 6.30 hours
Revision to A&M fee memorandum (.3)
Review FTI retention order (.1)
Review FTI fee application (w/out time records) (.5)
Review/analyze/take notes on FTI time records (3)
Prepare FTI fee memorandum with nine charts (2)
Review FTI expense breakdown (.2)
Revise FTI memorandum (.2)

03/07/26 1.00 (no charge)
Quality checked FTI memorandum based on corrected data and updated memorandum (1) (N/C)

03/08/26 .70 hours
Review Greenberg retention application, engagement letter, two supplemental affidavits and
retention order (.4)
Review Greenberg fee application (w/out time records) (.3)

03/17/26 5.10 hours
Review Greenberg time records and take notes (3.2)
Prepare Greenberg fee memorandum and nine exhibits (1.9)

03/22/26 .70 hours
Review/revise Greenberg fee memorandum (.4)
Prepare one exhibit to Greenberg fee memorandum (.3)

04/07/26 3.00 hours
Review Selendy Gay retention application, engagement letter, supplemental disclosure, and
retention order (.4)
Review Selendy Gay fee application (w/out time records) (.2)
Review/analyze/take notes on Selendy Gay time records (1.5)
Prepare Selendy Gay fee memorandum with two exhibits (.9)

04/20/26 .20 hours
Finalize Selendy Gay memorandum and transmit (.2)

04/25/26 6.40 hours
Review PSZJ retention application and order (.2)
Review PSZJ first fee application (.2)
Review/analyze/take notes on PSZJ time records (.9)
Prepare PSZJ fee memorandum with two exhibits (.5)
Review KE retention application and order (.2)
Review KE first interim fee application (w/out time records) (.4)
Review/analyze/take notes on KE time records (4)

04/26/26 1.80 hours
Revise/finalize PSZJ fee memorandum (.2)
Prepare KE fee memorandum and six exhibits (1.3)
Review/revise KE fee memorandum (.3)

**Fee Examiner Final Report** *5.30 hours ($2,650.00)*

03/25/26 3.00 hours
Prepare first report on interim fee applications (2.7)
Review/revise first report (.3)

04/05/26 .40 hours
Review/revise/finalize first report (.4)

04/06/26 .10 hours
Efile first report, email to UST re same; email to Veritas re service (.1)

04/21/26 .80 hours
Begin preparation of second report (.8)

**Communications With Professionals** *4.20 hours ($2,100.00)*

01/21/26 .10 hours
Email from/to L Jones (PSZJ) re monthly fee statements

01/23/26 .10 hours
Review email from K Yerdon (Selendy Gay) with attachments re basis for reduction in first fee request (.1)

02/21/26 .10 hours
Email C Turner, A Shahbain re request for backup for select expenses (.1)

02/25/26 .10 hours
Review email and attachment for Paul Hastings re expense question and reply (.1)

03/01/26 .10 hours
Email FTI re: certain expense backup (.1)

03/08/26 .30 hours (no charge)
Detailed email to M Diaz (FTI) re changes to fee memorandum (.3) (N/C)

03/08/26 .50 hours
Prepared for 3/9 zooms with U.S. Trustee, Paul Hastings, FTI (.5)

03/09/26 1.20 hours
Zoom J Leamy (UST), L Thomas (UST) re protocols going forward, various fee issues, FTI
application (.5)
Zoom M Diaz, E Cheng (FTI) re second fee application and prepare follow up notes (.4)
Zoom with G Sasson, R Bih re second fee application and follow up email to UST re same (.3)

03/16/26 .10 hours
Email to/from UST re A&M resolution and email to A&M re same (.1)

03/25/26 .20 hours
Send emails with report excerpt to three professionals (.2)

03/29/26 .10 hours
Email D Melero re timing on report; email E Monzo re report (.1)

03/30/26 .10 hours
Email from/to S Golden re COC (.1)

04/20/26 .30 hours
Email form/to/from K Yeardon re resolution and report (.2)
Email to A Franklin (Greenberg) re report (.1)

04/21/26 .60 hours
Review response from Greenberg to fee memorandum and reply email to same (.5)
Email to Greenberg re pass-through charges (.1)

04/27/26 .10 hours
Email PSZJ re second interim report; email KE re second interim report (.1)

04/28/26 .50 hours
Email from Selendy Gay re report corrections (.1)
Email from/to A Frankel re Greenberg resolution and revise report excerpt (.3)
Email from/to A Shahbain re A&M expenses (.1)

## EXHIBIT B

Expenses

**National CRS**
4846 Sun City Center Blvd.
#255
Sun City Center, Florida 33573

# Invoice 516
April 30, 2026

**BILL TO:**

Marelli Automotive Lighting

.

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 24.8 | Professional Services: Michael Newsom | $300.00 | $7,440.00 |
| | | **TOTAL DUE** | **$7,440.00** |

*Invoice 516*

**National CRS**
4846 Sun City Center Blvd.
#255
Sun City Center, Florida 33573

# Invoice 516
April 30, 2026

Invoice submitted to:

Marelli Automotive Lighting

### Invoice Total
## $7,440.00

## Professional Services

| Date | Timekeeper | Description | Hours | Fees |
|---|---|---|---|---|
| 1/21/2026 | Michael Newsom | **Data Entry**<br>Clear out former tables and set up files for new client (.4). | 0.4 | $120.00 |
| 1/22/2026 | Michael Newsom | **Data Analysis and Exhibit Generation**<br>Generate first data status spreadsheet with three former months and three current months (.9). | 0.9 | $270.00 |
|  | Michael Newsom | **Data Entry**<br>Begin entry of Alvarez data and discovered missing necessary field (.1). Communicate with firm to request all appropriate fields (.1). | 0.2 | $60.00 |
| 1/27/2026 | Michael Newsom | **Data Entry**<br>Reformat Selendy Nov 2025 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.1) Vet numbers to fee statement (.1). Add three new timekeepers (.1). | 0.5 | $150.00 |
|  | Michael Newsom | **Data Entry**<br>Combine two XL files (.1). Set up new firm (.1). Reformat FTI Oct-Nov 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.2). Add seventeen timekeepers (.2). Add fifteen new codes (.3). | 1.3 | $390.00 |
|  | Michael Newsom | **Data Entry**<br>Set up new firm (.1). Reformat Alvarez Oct 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee statement (.3). Add fifty-two timekeepers (.2). Add twelve new codes (.2). | 1.2 | $360.00 |
| 2/1/2026 | Michael Newsom | **Data Entry**<br>Reformat Alvarez Nov 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.3) Vet numbers to fee statement (.1). Enter one new timekeeper (.1). Enter two new codes (.1). | 0.9 | $270.00 |
|  | Michael Newsom | **Data Entry**<br>Combine two XL files (.1). Reformat Morris James Oct-Nov 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee statement (.1). Add seven new timekeepers (.2). Add eleven new codes (.2). | 1.0 | $300.00 |
| 2/3/2026 | Michael Newsom | **Data Entry**<br>update to version 2 and send to dropbox (.1). | 0.1 | $30.00 |

| | | | Hours | Fees |
|---|---|---|---|---|
| 2/4/2026 | Michael Newsom | Data Entry<br>Combined two text files (.1). Reformat PSZJ Oct-Nov 2026 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter nine new timekeepers (.1). Enter ten codes (.1). Vet numbers to fee statement (.1). | 0.8 | $240.00 |
| | Michael Newsom | Data Entry<br>Reformat Alvarez Dec 2025 ledes text file to extract fees, expenses, codes, and timekeepers (.3). Enter data into database for analysis (.2) Vet numbers to fee statement (.3). | 0.8 | $240.00 |
| | Michael Newsom | Data Entry<br>Set up new firm (.1). Combined two text files (.1). Reformat Paul Hastings Oct-Nov 2025 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter twenty-three new timekeepers (.2). Vet numbers to interim application (.2). Enter sixteen mew codes (.2). | 1.2 | $360.00 |
| 2/14/2026 | Michael Newsom | Data Analysis and Exhibit Generation<br>At the request of L Jones, analyze Alvarez entries in the 2nd interim period that were dated during the 1st interim period, including converting to XL spreadsheets, sorted, filtered, and compared to the data submitted by Alvarez to search out any duplications (.8).<br>Generated an exception report and sent to L Jones (.2). | 1.0 | $300.00 |
| | Michael Newsom | Data Entry<br>Vet Alvarez data to 2nd interim application (.2). | 0.2 | $60.00 |
| 2/16/2026 | Michael Newsom | Data Analysis and Exhibit Generation<br>At the request of L Jones, a report was generated showing the detail of daily time entries on high billing days for Alvarez Oct-Dec 2025 (.3). | 0.3 | $90.00 |
| 2/17/2026 | Michael Newsom | Data Entry<br>Reformat Paul Hastings Dec 2025 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee statement (.1). Enter two new codes (.1). | 0.6 | $180.00 |
| 2/18/2026 | Michael Newsom | Data Entry<br>Vet Paul Hastings to Oct-Dec 2025 interim (.2). | 0.2 | $60.00 |
| | Michael Newsom | Data Entry<br>Reformat Morris James Dec 2025 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee statement (.1). Enter three new codes (.1). Enter one new timekeeper (.1). | 0.7 | $210.00 |
| | Michael Newsom | Data Entry<br>Vet Morris James to Oct-Dec interim (.2). | 0.2 | $60.00 |
| | Michael Newsom | Data Entry<br>Reformat FTI Dec 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee statement (.1). Enter three new timekeepers (.1). Enter two new codes (.1). Generate exception report for potential duplicative entries (.1). | 0.8 | $240.00 |
| | Michael Newsom | Data Entry<br>Vet FTI to Oct-Dec 2025 interim (.2). | 0.2 | $60.00 |

|  |  |  | Hours | Fees |
|---|---|---|---|---|
| 2/22/2026 | Michael Newsom | Data Entry<br>Update dropbox with v4 database (.1). Email copies of exception reports to L Jones. (.1). | 0.2 | $60.00 |
| 2/24/2026 | Michael Newsom | Data Entry<br>Combine three XL files (.2). Link timekeeper name to summary table to retrieve billing rate (.1). Reformat Greenberg Oct-Dec 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee application (.1). Add Twenty-six new timekeepers (.3). Add one code (.1). Generate exception report on potential math error (.2). Generate exception report on comparison between data fees and fee application fees (.2). | 1.6 | $480.00 |
|  | Michael Newsom | Data Entry<br>At the request of L Jones, generated detailed spreadsheet showing disparities of rates, hours and fees between data and fee application for Greenberg Oct-Dec 2025 (1.1). | 1.1 | $330.00 |
|  | Michael Newsom | Data Entry<br>Updated dropbox with v5 of database (.1). Send email to L Jones with exception reports (.1). | 0.2 | $60.00 |
| 3/8/2026 | Michael Newsom | Data Entry<br>Updated dropbox with Marelli V6 database (.1). | 0.1 | $30.00 |
| 3/10/2026 | Michael Newsom | Data Entry<br>Reformat Selendy Dec 2025 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to fee statement (.1). Enter one new timekeeper (.1). | 0.6 | $180.00 |
| 4/1/2026 | Michael Newsom | Data Entry<br>Set up file for Kirkland (.1). Combine three text files (.1). Reformat Kirkland Oct-Dec 2025 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter ninety new timekeepers (.3). Enter twenty-two codes (.2). Vet numbers to monthly fee statements (.2). | 1.3 | $390.00 |
|  | Michael Newsom | Data Entry<br>Vet Selendy to interim application (.1). Generate potential math error report (.1). | 0.2 | $60.00 |
|  | Michael Newsom | Data Entry<br>Update dropbox with database V7 (.1). Email exception reports to L Jones (.1). | 0.2 | $60.00 |
| 4/13/2026 | Michael Newsom | Data Entry<br>Reformat PSZJ Dec 2025 ledes text file to extract fees, expenses, codes, and timekeepers (.2). Enter data into database for analysis (.1) Enter two new timekeepers (.1). Enter one new code (.1). Vet numbers to fee statement (.1). | 0.6 | $180.00 |
| 4/15/2026 | Michael Newsom | Data Entry<br>Vet PSZJ to interim application (.2). | 0.2 | $60.00 |
|  | Michael Newsom | Data Entry<br>Update dropbox with database v8 (.1). | 0.1 | $30.00 |
| 4/22/2026 | Michael Newsom | Data Entry<br>Vet Kirkland to interim application including vetting 90 timekeepers and 21 codes (.3). Generate exception report regarding disparity between the timekeeper table in the interim and the data table (.1) | 0.4 | $120.00 |

|  |  |  | Hours | Fees |
|---|---|---|---|---|
|  | Michael Newsom | Data Entry<br>Update dropbox with database v9 (.1). Send email to L Jones listing exception reports (.1). | 0.2 | $60.00 |
| 4/28/2026 | Michael Newsom | Data Entry<br>Combined three text files (.1). Reformat PSZJ Jan-Mar 2026 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Enter three new timekeepers (.1). Enter one new code (.1). Vet numbers to interim application (.1). | 0.8 | $240.00 |
|  | Michael Newsom | Data Entry<br>Reformat Selendy Jan 2026 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Verify numbers (.1). | 0.5 | $150.00 |
|  | Michael Newsom | Data Entry<br>Reformat Selendy Feb 2026 ledes text file to extract fees, expenses, codes and timekeepers (.2). Enter data into database for analysis (.2) Vet numbers to interim application (.1). | 0.5 | $150.00 |
| 4/29/2026 | Michael Newsom | Data Entry<br>Reformat A&M Jan 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.4). Enter data into database for analysis (.3) Vet numbers to fee statement (.3). Add five new timekeepers (.2). Add one new code (.1). | 1.3 | $390.00 |
|  | Michael Newsom | Data Entry<br>Reformat A&M Feb 2025 spreadsheet to extract fees, expenses, codes, and timekeepers (.4). Enter data into database for analysis (.2) Vet numbers to fee statement (.3). Add twelve new timekeepers (.2). Add one new code (.1). | 1.2 | $360.00 |
|  |  |  | 24.8 | $7,440.00 |

**Total amount of this invoice:**          $7,440.00

## Fee Summary by Professional

| Name | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Michael Newsom | 24.8 | $300.00 | $7,440.00 |

## Fee Summary by Matter

| Matter | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Data Entry | 22.6 | $300.00 | $6,780.00 |
| Data Analysis and Exhibit Generation | 2.2 | $300.00 | $660.00 |