**EXECUTION VERSION**

DEUTSCHE BANK AG, LONDON BRANCH

**CONFIDENTIAL**

**May 29, 2026**

Marelli North America, Inc.
c/o Marelli Corporation
Finance Division
Global Finance Division
2-19-4 Miyahara-Cho, Kita-ku, Saitama-city, Saitama 331-0812 Japan

<u>Marelli Holdings Co., Ltd., et al.</u>
<u>Lender Fee Letter</u>

Ladies and Gentlemen:

This letter agreement (this "**Lender Fee Letter**") sets forth certain fees payable by Marelli North America, Inc., a Tennessee corporation as the borrower and debtor-in-possession (the "**Borrower**"), in connection with the Super-Senior Secured Debtor-in-Possession Credit Facility (the "**Super-Senior DIP Facility**") provided pursuant to (i) that certain DIP Term Sheet (including the annexes thereto, the "**DIP Term Sheet**") attached to that certain Super-Senior Secured Debtor-in-Possession Credit Facility Commitment Letter, dated as of the date hereof, by and between Deutsche Bank AG, London Branch (together with its affiliates, the "**Initial Lender**") and the Borrower (together with the DIP Term Sheet, the "**Commitment Letter**"), and (ii) once executed, the Super-Senior DIP Credit Agreement (as defined in the DIP Term Sheet) (the "**Credit Agreement**") among the Borrower, the several financial institutions or entities from time to time party to the Credit Agreement as Lenders (as defined therein) and GLAS USA LLC, as administrative agent and collateral agent.  Terms defined in the Commitment Letter are used herein as defined therein.  By accepting the Commitment Letter and this Lender Fee Letter, the Borrower agrees to pay the fees set forth in this Lender Fee Letter in accordance with the other terms and conditions set forth herein.

1.    **Fees**

As consideration for Deutsche Bank providing services in respect of structuring and arranging the Super-Senior DIP Facility and the commitments and other agreements of Deutsche Bank under the Commitment Letter, the Borrower agrees to pay to Deutsche Bank, for its own account:

(a) a non-refundable upfront fee in an amount equal to ███████████████ ███████████████ (the "**Structuring Fee**"), which Structuring Fee shall be fully earned upon entry of the Amended DIP Order and due and payable in cash on, and subject to the occurrence of, the Closing Date;

(b) a non-refundable upfront fee in an amount equal to ███████████████ ███████████████ (the "**Backstop**

Fee"), which Backstop Fee shall be fully earned upon entry of the Amended DIP Order and due and payable in cash on, and subject to the occurrence of, the Closing Date; and

(c) a non-refundable upfront fee in an amount equal to

## 2.    Certain Other Terms

## 3.    General

The Borrower agrees that, once paid, the fees or any part thereof payable hereunder and under the Credit Agreement shall not be refundable under any circumstances, regardless of whether the transactions or borrowings contemplated by the Credit Agreement are consummated (except as may be otherwise provided in any other agreement between Deutsche Bank and the Borrower or their respective affiliates). All fees payable hereunder and under the Credit Agreement shall be paid in immediately available funds in U.S. Dollars. Such fees shall not be subject to reduction by way of any withholding or deduction for any applicable taxes, any other withholding, or any other set-off, reserve, claim or counterclaim and shall be in addition to any reimbursement of Deutsche Bank's out-of-pocket expenses to the extent reimbursable pursuant to the Credit Agreement and this Lender Fee Letter. The Borrower agrees that Deutsche Bank may, in its sole discretion, share all or a portion of any of the fees payable to it pursuant to this Lender Fee Letter with any of the other DIP Lenders or its respective affiliates. The agreements in this paragraph shall survive the closing of the Super-Senior DIP Facility.

Please note that this Lender Fee Letter (other than Section 2 hereof) is exclusively for the information of the Borrower and its directors, officers, employees, agents and advisors who are directly involved in the consideration of the Super-Senior DIP Facility and who have been informed by the Borrower of the confidential nature of this Lender Fee Letter and who have agreed to treat such information confidentially, and may not be disclosed to any third party or circulated or referred to publicly without the prior written consent of Deutsche Bank. This Lender Fee Letter may be executed by one or more of the parties to this Lender Fee Letter on any number of separate counterparts, and all of said counterparts taken together shall be deemed to constitute one and the same instrument. Delivery of an executed signature page of this Lender Fee Letter by facsimile transmission shall be effective as delivery of a manually executed counterpart hereof.

In addition, please note that Deutsche Bank and its affiliates do not provide accounting, tax or legal advice.

139086825.v14

THE VALIDITY, CONSTRUCTION, INTERPRETATION AND ENFORCEMENT OF THIS LENDER FEE LETTER AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS LENDER FEE LETTER OR RELATED HERETO AND ANY DISPUTE, CLAIM, COUNTERCLAIM OR CAUSE OF ACTION (WHETHER IN CONTRACT, TORT OR OTHERWISE AND WHETHER AT LAW OR IN EQUITY) ARISING HEREUNDER OR RELATED HERETO SHALL BE DETERMINED UNDER, GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK AND, AS MAY BE APPLICABLE, CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE, 11 U.S.C. §§ 101-1532, AS AMENDED (THE BANKRUPTCY CODE).

[*Remainder of page intentionally left blank*]

3

139086825.v14