**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 5, 2026 AT 10:00 AM. EASTERN TIME**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTERS**

1.    **Amended KEIP Motion** – [SEALED] Motion of Debtors for Entry of an Order (I) Amending the Key Employee Incentive Plan Order and (II) Granting Related Relief [Filed: 5/8/26] (Docket No. 2062).

Response Deadline:  May 22, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a)   [REDACTED] Motion of Debtors for Entry of an Order (I) Amending the Key Employee Incentive Plan Order and (II) Granting Related Relief [Filed: 5/8/26] (Docket No. 2063).

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

b) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Amending the Key Employee Incentive Plan Order and (II) Granting Related Relief [Filed: 5/27/26] (Docket No. 2097).

c) [Signed] Order (I) Amending the Key Employee Incentive Plan Order and (II) Granting Related Relief [Filed: 5/28/26] (Docket No. 2109).

Status:  The order has been entered.  No hearing will be necessary.

2. **Motion to Seal** – Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Motion Amending the Key Employee Incentive Plan Order and (II) Granting Related Relief [Filed: 5/8/26] (Docket No. 2064).

Response Deadline:  May 22, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Motion Amending the Key Employee Incentive Plan Order and (II) Granting Related Relief [Filed: 5/27/26] (Docket No. 2098).

b) [Signed] Order (I) Authorizing the Debtors to File Under Seal Certain Portions of the Debtors' Motion for Entry of an Order (I) Amending the Key Employee Incentive Plan Order and (II) Granting Related Relief [Filed: 5/28/26] (Docket No. 2110).

Status:  The order has been entered.  No hearing will be necessary.

Dated: June 3, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:           ljones@pszjlaw.com
                      tcairns@pszjlaw.com
                      ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           joshua.sussberg@kirkland.com
                      nicholas.adzima@kirkland.com
                      evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           ross.kwasteniet@kirkland.com
                      spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*

4932-5064-0304.1 54509.00001