**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 2117** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION OF DEBTORS FOR ENTRY OF**
**AN ORDER (I) AUTHORIZING THE DEBTORS TO REDACT AND FILE**
**UNDER SEAL THE LENDER FEE LETTER AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Lender Fee Letter and (II) Granting Related Relief* (the "Motion") [Docket No. 2117], filed on May 29, 2026.  The undersigned further certifies that the Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the *Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Lender Fee Letter and (II) Granting Related Relief* [Docket No. 2121], objections to the Motion were to be filed and served no later than **June 4, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

Dated: June 5, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               tcairns@pszjlaw.com
               ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         joshua.sussberg@kirkland.com
               nicholas.adzima@kirkland.com
               evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         ross.kwasteniet@kirkland.com
               spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*

2