**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) | Case No. 25-11034 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 8, 2026 AT 2:00 P.M. EASTERN TIME**

> **THIS HEARING HAS BEEN CHANGED FROM IN-PERSON TO REMOTE ONLY.**

> **This proceeding will be conducted remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of  remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTERS GOING FORWARD**

1. **Motion to Amend DIP Credit Agreements** – Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Amend the DIP Credit Agreements and (II) Granting Related Relief [Filed: 5/29/26] (Docket No. 2114).

   Response Deadline:  June 4, 2026 at 4:00 p.m. Eastern Time.

   Responses Received:  None as of the date hereof.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] **Amended items appear in bold.**

Related Documents:

a) Motion of Debtors for Entry of an Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Amend the DIP Credit Agreements and (II) Granting Related Relief [Filed: 5/29/26] (Docket No. 2115).

b) [Signed] Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Amend the DIP Credit Agreements and (II) Granting Related Relief [Filed: 6/1/26] (Docket No. 2120).

c) Notice of Hearing Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Amend the DIP Credit Agreements and (II) Granting Related Relief [Filed: 6/1/26] (Docket No. 2141).

d) **Certification of Counsel Regarding Order (I) Authorizing the Debtors to Amend the DIP Credit Agreements; and (II) Granting Related Relief [Filed: TBD] (Docket No. TBD).**

Status:  **The Debtors will file a revised proposed order under certification of counsel and request entry of the order attached thereto.**

2.    **Motion to Redact and Seal** – Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Lender Fee Letter and (II) Granting Related Relief [Filed: 5/29/26] (Docket No. 2117).

Response Deadline:  June 4, 2026 at 4:00 p.m. Eastern Time.

Responses Received:  None as of the date hereof.

Related Documents:

a) [SEALED] Lender Fee Letter [Filed: 5/29/26] (Docket No. 2116).

b) Motion of Debtors for Entry of an Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Lender Fee Letter and (II) Granting Related Relief [Filed: 5/29/26] (Docket No. 2118).

c) [REDACTED] Lender Fee Letter [Filed: 5/29/26] (Docket No. 2119).

d) [Signed] Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Lender Fee Letter and (II) Granting Related Relief [Filed: 6/1/26] (Docket No. 2121).

e) Notice of Hearing Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Lender Fee Letter and (II) Granting Related Relief [Filed: 6/1/26] (Docket No. 2143).

    **f) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Redact and File Under Seal the Lender Fee Letter and (II) Granting Related Relief [Filed: 6/5/26] (Docket No. 2210).**

Status:  **A certification of no objection has been filed.  The Debtors request entry of the order attached to the certification of no objection.  No hearing will be necessary unless the Court has any questions.**

**ADDITIONAL MATTER**

3.    **Status conference on status of case.**

    **Response Deadline:  N/A**

    **Responses Received:  N/A**

    **Related Documents:  N/A**

    **Status:  The Debtors will provide an update on the status of the case.**

4899-2134-1617.4 54509.00001

3

Dated: June 5, 2026
Wilmington, Delaware

/s/ Laura Davis Jones

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
            tcairns@pszjlaw.com
            ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    joshua.sussberg@kirkland.com
            nicholas.adzima@kirkland.com
            evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    ross.kwasteniet@kirkland.com
            spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*

4899-2134-1617.4 54509.00001