**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) | Case No. 25-11034 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JUNE 11, 2025 THROUGH SEPTEMBER 30, 2025**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the debtors and debtors in possession (the "Debtors") in the above-captioned cases, filed its *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from June 11, 2025 Through September 30, 2025* (the "First Quarterly Fee Application"). The Court has reviewed the First Quarterly Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Fee Application, and any hearing on the First Quarterly Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Fee Application. Accordingly, IT IS HEREBY ORDERED THAT:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

4928-6342-9756.3 54509.00001

1.      The First Quarterly Fee Application is GRANTED.

2.      The Debtors shall pay to PSZ&J the sum of $916,410.01[2] as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $147,307.47, for the period from June 11, 2025 through September 30, 2025.

3.      The Debtors are authorized to make payment to PSZ&J on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid in connection with any monthly fee statements previously filed by PSZ&J.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: July 9th, 2026**
**Wilmington, Delaware**

---

[2]    This amount includes a reduction of $2,305.99 in fees, as requested by and agreed with the Office of the United States Trustee.