**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING | ) | Case No. 25-11034 (CTG) |
| USA LLC, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 1924** |

**ORDER GRANTING SECOND QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM OCTOBER 1, 2025 THROUGH DECEMBER 31, 2025**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the debtors and debtors

in possession (the "Debtors") in the above-captioned cases, filed its *Second Quarterly Application*

*for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-*

*Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2025 Through*

*December 31, 2025* (the "Second Quarterly Fee Application").  The Court has reviewed the Second

Quarterly Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Quarterly Fee Application, and any hearing

on the Second Quarterly Fee Application, was adequate under the circumstances; and (c) all

persons with standing have been afforded the opportunity to be heard on the Second Quarterly Fee

Application.  Accordingly, IT IS HEREBY ORDERED THAT:

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

4916-8891-2006.3 54509.00001                    1

1.     The Second Quarterly Fee Application is GRANTED.

2.     The Debtors shall pay to PSZ&J the sum of $190,414.50[2] as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $1,847.70, for the period from October 1, 2025 through December 31, 2025.

3.     The Debtors are authorized to make payment to PSZ&J on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid in connection with any monthly fee statements previously filed by PSZ&J.

4.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 9th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2]   PSZ&J has agreed to reduce its requested compensation of $197,444.50 by $7,030.00 as recommended by the fee examiner's report [Docket No. 2057].