**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) ) | Case No. 25-11034 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 1946** |

**ORDER GRANTING THIRD QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
LLP, AS CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM JANUARY 1, 2026 THROUGH MARCH 31, 2026**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the debtors and debtors in possession (the "Debtors") in the above-captioned cases, filed its *Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2026 Through March 31, 2026* (the "Third Quarterly Fee Application"). The Court has reviewed the Third Quarterly Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Quarterly Fee Application, and any hearing on the Third Quarterly Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Quarterly Fee Application. Accordingly, IT IS HEREBY ORDERED THAT:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

1.       The Third Quarterly Fee Application is GRANTED.

2.       The Debtors shall pay to PSZ&J the sum of $161,186.50[2] as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $1,606.49, for the period from January 1, 2026 through March 31, 2026.

3.       The Debtors are authorized to make payment to PSZ&J on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid in connection with any monthly fee statements previously filed by PSZ&J.

4.       This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 9th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2]     PSZ&J has agreed to reduce its requested compensation of $162,249.00 by $1,062.50 as recommended by the fee examiner's report [Docket No. 2254].

4903-8091-9716.3 54509.00001                    2