# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | Case No. 25-11034 (CTG) |
|  | (Jointly Administered) |
| Debtors. |  |
| OPMOBILITY GESTION; OPMOBILITY SE; OPMOBILITY HOLDING USA, INC.; and OPMOBILITY LIGHTING HOLDING, |  |
| Plaintiffs, | Adv. Pro. No. 26-50470 (CTG) |
| v. |  |
| STRATEGIC VALUE PARTNERS, LLC; MARELLI HOLDINGS CO., LTD.; MARELLI CORPORATION; MARELLI NORTH AMERICA, INC.; MARELLI HOLDING USA LLC; MARELLI TENNESSEE USA LLC; MARELLI AUTOMOTIVE LIGHTING USA LLC; and DOE DEFENDANTS 1-20, |  |
| Defendants. |  |

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 20, 2026 AT 11:00 A.M. EASTERN TIME

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2]     **Amended items appear in bold.**

4933-2045-2541.4 54509.00001

**This proceeding will be conducted via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## MATTERS GOING FORWARD

1.  **Commissioner Motion** – Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague Convention Application [Filed 6/23/26] (Adv. Docket No. 18).

    Response Deadline:  July 7, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)  Defendants' (I) Response to Plaintiffs' Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague Convention Application and (II) Cross-Motion to Stay Proceedings on Grounds of International Comity [Filed 7/7/26] (Adv. Docket No. 28).

    Replies Filed:

    a)  Reply in Support of Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague Convention Application and Opposition to Defendants' Cross-Motion for Stay [Filed 7/16/26] (Adv. Docket No. 43).

    Related Documents:  None as of the date hereof.

    Status:  This matter will go forward.

2.  **Stay Motion** – Defendants' (I) Response to Plaintiffs' Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague Convention Application and (II) Cross-Motion to Stay Proceedings on Grounds of International Comity [Filed 7/7/26] (Adv. Docket No. 28).

    Response Deadline:  July 16, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:

    a)  Reply in Support of Motion for Issuance of Request for International Judicial Assistance, Appointment of Commissioner, and Direction of Submission of Hague

Convention Application and Opposition to Defendants' Cross-Motion for Stay [Filed 7/16/26] (Adv. Docket No. 43).

**Replies Filed:**

a) **Defendants' Reply in Further Support of Cross-Motion to Stay Proceedings [Filed 7/17/26] (Adv. Docket No. 47).**

Related Documents:  None as of the date hereof.

Status:  This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 17, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Laura Davis Jones (DE Bar No. 2436) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Nicholas M. Adzima (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | Evan Swager (admitted *pro hac vice*) |
| 919 North Market Street, 17th Floor | 601 Lexington Avenue |
| P.O. Box 8705 | New York, New York 10022 |

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:          ljones@pszjlaw.com
                tcairns@pszjlaw.com
                ecorma@pszjlaw.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          joshua.sussberg@kirkland.com
                nicholas.adzima@kirkland.com
                evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          ross.kwasteniet@kirkland.com
                spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*

4933-2045-2541.4 54509.00001