**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 2414** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
(A) AUTHORIZING THE DEBTORS TO CONSUMMMATE
AN INTERNAL DEMERGER, AND (B) GRANTING RELATED RELIEF**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1.      On July 23, 2026, the Debtors filed the *Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Consummate an Internal Demerger and (B) Granting Related Relief* [Docket No. 2414] (the "Motion"). Attached to the Motion as Exhibit A is a proposed form of order granting the relief requested in the Motion (the "Proposed Order").

2.      Objections to entry of the order granting the relief requested in the Motion were due no later than August 7, 2026 at 4:00 p.m. (prevailing Eastern Time).

3.      The Debtors received informal comments from Mizuho Bank, Ltd. ("Mizuho") with respect to the relief requested in the Motion. Attached hereto as **Exhibit A** is a proposed from of order granting the Motion (the "Revised Proposed Order"), which incorporates comments from Mizuho. The Ad Hoc Group of Senior Lenders, Mizuho, and the Official Committee of Unsecured Creditors do not object to entry of the Revised Proposed Order.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

4.      The Court's docket has been reviewed in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

5.      Attached hereto as **Exhibit B** is a redline of the Revised Proposed Order, showing changes from the Proposed Order.

6.      The Debtors respectfully request entry of the Revised Proposed Order at the Court's earliest convenience.

Dated: August 11, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               tcairns@pszjlaw.com
               ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         joshua.sussberg@kirkland.com
               nicholas.adzima@kirkland.com
               evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         ross.kwasteniet@kirkland.com
               spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*