**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | Case No. 25-11034 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 14, 2026 AT 1:00 P.M. EASTERN TIME**

> **AS NO MATTERS ARE GOING FORWARD, THE HEARING
> HAS BEEN CANCELLED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER**

1.  Motion of Debtors for Entry of an Order (A) Authorizing the Debtors to Consummate an Internal Demerger and (B) Granting Related Relief [Filed: 7/23/26] (Docket No. 2414).

    Response Deadline:  August 7, 2026 at 4:00 p.m. Eastern Time.

    Responses Received:  Informal comments from Mizuho Bank, Ltd.

    Related Documents:

    a)  Certification of Counsel Regarding Order (A) Authorizing the Debtors to Consummate an Internal Demerger, and (B) Granting Related Relief  [Filed: 8/11/26] (Docket No. 2524).

    b)  [Signed] Order (A) Authorizing the Debtors to Consummate an Internal Demerger and (B) Granting Related Relief [Filed: 8/12/26] (Docket No. 2525).

    Status:  The order has been entered.  No hearing will be necessary.

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/Marelli.  The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

Dated: August 12, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              tcairns@pszjlaw.com
              ecorma@pszjlaw.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              nicholas.adzima@kirkland.com
              evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        ross.kwasteniet@kirkland.com
              spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

*Co-Counsel for the Debtors*
*and Debtors in Possession*