# Exhibit A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. __** |

**ORDER EXTENDING THE CHALLENGE PERIOD**

Upon the *Emergency Motion to Extend the Challenge Period* (the "Motion")[2] seeking entry of an order extending the Challenge Period through and including October 16, 2026 for cause shown, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Committee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other or further notice need be provided; and this Court having held a hearing, if necessary, to consider the relief requested in the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that good cause exists to extend the Challenge Period as requested and the relief

1 A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

2 Capitalized terms used herein but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

requested in the Motion is otherwise in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Challenge Period is extended through and including October 16, 2026; *provided*, that the Challenge Period may be further extended by the written consent of Prepetition Senior Lenders in accordance with the Prepetition Senior Loan Documents and the Debtors (which writing may be in the form of e-mail by counsel) without the need for any party to seek further approval or order from the Court for such extension; *provided further*, that the Debtors shall, within two (2) business days after any such further extension of the Challenge Period, file a notice on the Court's docket of such extension.

3. This Challenge Period extension is without prejudice to the right of the Committee to seek further extensions of the Challenge Period for any reason.

4. All references to the Challenge Period in the Final DIP Order shall refer to the Challenge Period as so extended.

5. Except as expressly provided herein, the remaining terms of the Final DIP Order shall remain unchanged and in full force and effect.

6. This Order shall be effective immediately upon entry.

7. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.