# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. ___** |

**ORDER SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND THE CHALLENGE PERIOD**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Shortening the Notice Period with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period* (the "Motion"), filed by the Committee,[2] seeking entry of an order shortening time for notice on the Extension Motion, scheduling the hearing date and time, and establishing the deadline by which parties must file objections to the Extension Motion; and the Court having determined that granting the relief requested in the Motion is in the best interest of the Debtors, the Debtors' creditors, and other parties in interest; and it appearing that due and adequate notice of the Motion and the Extension Motion has been given; and no other or further notice of such Motion is necessary or required; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED**, that:

1. The Motion is granted to the extent set forth herein.

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2. A hearing on the Extension Motion will be held on ____________________, 2026 at ___:___ _.m. (prevailing Eastern Time).

3. Any party may file an objection to the Extension Motion at any time until the hearing.

4. The Committee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.