**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: August 26, 2026 at 3:00 p.m. (ET)**<br>**Obj. Deadline: At the Hearing** |

**NOTICE OF EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND THE CHALLENGE PERIOD**

**PLEASE TAKE NOTICE** that on August 20, 2026, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period* [Docket No. 2547] (the "Motion"), together with the related *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Shortening the Notice Period With Respect to the Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period* [Docket No. 2548] (the "Motion to Shorten"). Copies of the Motion and Motion to Shorten were previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that, on August 20, 2026, the Court entered the *Order Shortening the Notice Period With Respect to the Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period* [Docket No. 2549].

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **AUGUST 26, 2026 AT 3:00 P.M. (ET)** (the "Hearing") BEFORE THE HONORABLE CRAIG T. GOLDBLATT, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the following, at any time until the Hearing. At the same time, you must also serve a copy of the response upon undersigned counsel to the Committee.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Augus 21, 2026

**MORRIS JAMES LLP**

*/s/ Jason S. Levin*

Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
jlevin@morrisjames.com

-and-

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Jonathan D. Canfield (admitted *pro hac vice*)
Gabriel E. Sasson (admitted *pro hac vice*)
Rasha El Mouatassim Bih (admitted *pro hac vice*)
Kristin Catalano (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-2665
E-mail: krishansen@paulhastings.com
joncanfield@paulhastings.com
gabesasson@paulhastings.com
rashaelmouatassimbih@paulhastings.com
kristincatalano@paulhsatings.com

*Counsel to the Official Committee of Unsecured Creditors*