**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 2408** |

**ORDER GRANTING FOURTH**
**INTERIM FEE APPLICATION REQUEST OF KPMG LLP**

Upon consideration of the *Fourth Interim Fee Application Request of KPMG LLP* [Docket No. 2408] (the "Fourth Interim Fee Application") filed by KPMG LLP ("KPMG"), tax consultant to the above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Fourth Interim Fee Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Fourth Interim Fee Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that notice of the Fourth

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

Interim Fee Application and opportunity for a hearing thereon were appropriate and no other notice need be provided; and the Court having reviewed the Fourth Interim Fee Application and having determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Fourth Interim Fee Application is GRANTED.

2. KPMG is allowed, on an interim basis, compensation in the amount of $175,216.39 and actual and necessary expenses in the amount of $0.00 for the period from April 1, 2026 through and including June 30, 2026.

3. The Debtors are authorized to make payment to KPMG on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid in connection with any monthly fee statements previously filed by KPMG.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 24th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**