**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2026 AT 3:00 P.M. EASTERN TIME**

**THIS HEARING HAS BEEN CHANGED FROM IN-PERSON TO ZOOM.**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTER GOING FORWARD**

1. Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period [Filed: 8/20/26] (Docket No. 2547).

   Response Deadline: August 26, 2026 at 3:00 p.m. Eastern Time.

   Responses Received: None as of the date hereof.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] **Amended items appear in bold.**

Related Documents:

a) Motion of the Official Committee of Unsecured Creditors for Entry of an Order Shortening the Notice Period with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period [Filed: 8/20/26] (Docket No. 2548).

b) [Signed] Order Shortening the Notice Period with Respect to the Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period [Filed: 8/20/26] (Docket No. 2549).

c) Notice of Emergency Motion of the Official Committee of Unsecured Creditors to Extend the Challenge Period [Filed: 8/21/26] (Docket No. 2551).

Status: This matter will go forward. **The hearing will proceed by Zoom in the absence of an unresolved objection to the relief sought, in which case a further amended agenda will be filed and the hearing will proceed in person.**

Dated: August 24, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicholas.adzima@kirkland.com
evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ross.kwasteniet@kirkland.com
spencer.winters@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*