**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 2510, 2511, 2512, 2513** |
| | ) | **Hearing Date: To Be Determined** |

**NOTICE OF ADJOURNMENT OF DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE THAT**, on August 3, 2026, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the *Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2510] (as may be subsequently amended, modified, or supplemented, the "Plan"), the *Disclosure Statement for the Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2511] (as may be subsequently amended, modified, or supplemented, the "Disclosure Statement"), and the *Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 2512].

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business is 26555 Northwestern Highway, Southfield, Michigan 48033.

**PLEASE TAKE FURTHER NOTICE THAT**, on August 3, 2026, the Debtors filed the *Notice of Hearing to Consider Approval of Disclosure Statement* [Docket No. 2513], pursuant to which a hearing to consider approval of the Disclosure Statement (the "Disclosure Statement Hearing") was scheduled for September 8, 2026 at 1:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE THAT** the Disclosure Statement Hearing has been adjourned to a date to be determined before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801. The Plan and Disclosure Statement may be amended, modified, or supplemented at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) through the agenda for the Disclosure Statement Hearing, through a notice of adjournment filed with the Bankruptcy Court, and/or at the Disclosure Statement Hearing or any continued hearing(s). For the avoidance of doubt, the Disclosure Statement Hearing may be adjourned by the Debtors without further notice other than by notice served on all parties who have entered an appearance and/or filed an objection.

**You may also find out more information at https://www.veritaglobal.net/Marelli.**

**本通知的中文翻译可在此查看: https://www.veritaglobal.net/Marelli.**

**La traduzione italiana di questo avviso è disponibile qui:**
**https://www.veritaglobal.net/Marelli.**

**この通知の日本語訳はこちらでご覧いただけます:**
**https://www.veritaglobal.net/Marelli.**

**A tradução em português deste aviso está disponível aqui:**
**https://www.veritaglobal.net/Marelli.**

**La traducción al español de este aviso está disponible aquí:**
**https://www.veritaglobal.net/Marelli.**

**Die deutsche Übersetzung dieses Hinweises ist hier verfügbar:**
**https://www.veritaglobal.net/Marelli.**

Dated: August 31, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicholas.adzima@kirkland.com
evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ross.kwasteniet@kirkland.com
spencer.winters@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*