UNIVERSITÀ DI PISA
DIREZIONE LEGALE
Dirigente: avv. Sandra Bernardini

AVVOCATURA DI ATENEO
Coordinatore: avv. Elena Orbini Michelucci

IN SUPREMÆ DIGNITATIS 1343

25-11034

2026 OCT 15 A 9:06

United States Bankruptcy
Court District of Delaware
824 Market Street n. 3rd Floor
WILMINGTON, DE 19801
UNITED STATES

SUBJECT: Marelli Automotive Lighting USA LLC – Debt restructuring proceedings

With reference to your notice received on September 4, 2026, regarding the commencement of voluntary debt restructuring proceedings by Marelli Automotive Lighting USA LLC, we kindly request that you inform us of the amount of the claim of this University as declared by the company.

We also request that you provide us with a copy of the relevant Restructuring Plan.

Please forward any future communications concerning these proceedings promptly to the following email address: avvocaturadiateneo@unipi.it.

We look forward to receiving your prompt reply.

Sincerely,

Avv. Sandra Bernardini

Legal Counsel

*Please note that the English version is given as a matter of courtesy, for the only purpose of information. It cannot be legally used in the event of a dispute arising from the interpretation of this translation and concerning the contents, a possible uncertainty, contradiction or discrepancy. Should this occur, the Italian version of the letter should prevail as the only valid.*

Lungarno Pacinotti, 44 – 56126 Pisa
E-mail. avvocaturadiateneo@unipi.it
P.e.c. protocollo@pec.unipi.it

UNIVERSITÀ DI PISA
DIREZIONE LEGALE
Dirigente: avv. Sandra Bernardini

AVVOCATURA DI ATENEO
Coordinatore: avv. Elena Orbini Michelucci

IN SUPREMÆ DIGNITATIS 1343

Prot. n. 199550
21/9/2026

United States Bankruptcy
Court District of Delaware
824 Market Street n. 3rd Floor
WILMINGTON, DE 19801
UNITED STATES

OGGETTO: Marelli Automotive Lighting USA LLC – Procedura di ristrutturazione dei debiti

Con riferimento alla vostra comunicazione pervenuta il 4 settembre 2026, relativa all'avvio della procedura volontaria di ristrutturazione dei debiti da parte di Marelli Automotive Lighting USA LLC, si chiede cortesemente di comunicare l'importo del credito di questo Ateneo, dichiarato dalla società stessa.

Si richiede altresì l'invio di una copia del relativo Piano di ristrutturazione.

Si prega di voler inoltrare tempestivamente ogni futura comunicazione relativa alla procedura all'indirizzo e-mail avvocaturadiateneo@unipi.it.

Restando in attesa di un cortese riscontro, si porgono distinti saluti

Avv. Sandra Bernardini

Mod. 04210A Ed. 08/13
EP 0810A - EP1893A - St. [ 1H ]

**R**

RC 0274 7831 5 IT

UNIVERSITÀ DI PISA

Prot. n. 198550
21/9/2026

RACCOMANDATA R.R.
ESTERO

*Registered Mail* **Poste**Italiane 29.09.2026 11.00
Euro 010,40

**AR** BQ7Y

56127 Pisa (PI)