**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 2510, 2511, 2512, 2851 & 2852** |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO THE DEBTORS' DISCLOSURE STATEMENT MOTION**

The Official Committee of Unsecured Creditors (the "Committee") of Marelli Automotive Lighting USA LLC and its debtor affiliates as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Chapter 11 Cases"), by and through its undersigned counsel, hereby submits this reservation of rights (this "Reservation of Rights") with respect to the Debtors' motion [Docket No. 2512] (the "Disclosure Statement Motion") seeking, among other things, approval of the *Disclosure Statement for the Amended Joint Plan of Reorganization of Marelli Automative Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2852] (the "Amended Disclosure Statement"), in connection with the Debtors' proposed *Amended Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2851] (the "Amended Plan").[2]

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Amended Disclosure Statement or Amended Plan, as applicable.

**RESERVATION OF RIGHTS**

1. On October 16, 2026, the Debtors filed the Amended Plan and the Amended Disclosure Statement, and a hearing in respect of the Disclosure Statement Motion is currently scheduled for October 20, 2026. Based upon its review of the Amended Disclosure Statement and proposed Solicitation and Voting Procedures, as well as discussions with the Debtors' advisors, the Committee does not object to the level of disclosure contained in the Amended Disclosure Statement or the proposed Solicitation and Voting Procedures and is supportive of the Debtors proceeding with solicitation of the Amended Plan at this stage of the Chapter 11 Cases.

2. The Committee notes, however, that the Amended Plan contains a number of material contingencies and other provisions that operate to preserve the optionality of the Required Plan Sponsors with respect to the Amended Plan, including, among other things, (a) the requirement that the form of treatment afforded to Holders of Allowed General Unsecured Claims – either Reinstatement or such "other treatment" rendering such Claims Unimpaired – be determined at the option of the Debtors with the consent of the Required Plan Sponsors (Amended Plan, Art. III.C.5), (b) the Required Plan Sponsors' right to consent, in their sole discretion, to the Effective Date occurring on a Debtor-by-Debtor basis (Amended Plan, Art. IV. S), (c) the Required Plan Sponsors' approval right, in their sole discretion, over the aggregate amount of Claims filed in accordance with any applicable Claims Bar Date (Amended Plan, Art. IX. A.16), and (d) the condition to the occurrence of the Effective Date that the Debtors shall have obtained the Exit Facility on terms acceptable to the Required Plan Sponsors (Amended Plan, Art. IX.A.13). Accordingly, in order to preserve its rights in the face of such conditionality, and as set forth in the proposed order approving the Disclosure Statement, the Committee has expressly preserved the right to assert any challenges against the prepetition secured claims, including, but not limited to,

the Emergency Loan Claims and Senior Loan Claims, if the Amended Plan is modified to impair the Allowed General Unsecured Claims or an alternative chapter 11 plan is filed that purports to impair such claims.

3. Moreover, while the Committee is supportive of the Chapter 11 Cases proceeding forward at this time, the Committee files this Reservation of Rights without prejudice to, and with a full reservation of, its rights to file one or more supplemental pleadings, including an objection to the confirmation of the Amended Plan or any amended version thereof, raising the issues described herein and any other issues. The Committee further reserves all rights to participate in any discovery, to be heard at the hearing on the Disclosure Statement Motion, and to be heard at, and object in connection with, the hearing to consider confirmation of the Amended Plan. Nothing herein is intended to be a waiver by the Committee of any right, objection, argument, claim, or defense with respect to any matter, including matters involving the Amended Disclosure Statement and the Amended Plan, all of which are hereby expressly reserved.

Dated: October 16, 2026
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jason S. Levin*
Eric J. Monzo (DE Bar No. 5214)
Jason S. Levin (DE Bar No. 6434)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: emonzo@morrisjames.com
jlevin@morrisjames.com

-and-

**PAUL HASTINGS LLP**
Kristopher M. Hansen (admitted *pro hac vice*)
Gabriel Sasson (admitted *pro hac vice*)
Daniel Ginsberg (admitted *pro hac vice*)
Kristin Catalano (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: krishansen@paulhastings.com
gabesasson@paulhastings.com
danielginsberg@paulhastings.com
kristincatalano@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*