**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 20, 2026 AT 1:00 P.M. EASTERN TIME**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTER GOING FORWARD

1. Debtors' Motion for Entry of an Order Approving (I) The Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto [Filed: 8/3/26] (Docket No. 2512).

   Response Deadline: September 1, 2026 at 4:00 p.m. Eastern Time (extended for various parties).

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

[2] **Amended items appear in bold.**

Responses Received:

a) FCA US LLC's Limited Objection to Debtors' Disclosure Statement and Reservation of Rights [Filed: 9/1/26] (Docket No. 2581).

b) Reservation of Rights of Customer BMW Manufacturing Co., LLC as to Debtors' Disclosure Statement for the Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/1/26] (Docket No. 2583).

**c) Reservation of Rights of Japan Bank for International Cooperation Regarding Debtors' Motion for Entry of an Order Approving Adequacy of the Disclosure Statement and Other Relief [Filed: 10/16/26] (Docket No. 2850).**

d) **Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Debtors' Disclosure Statement Motion [Filed: 10/16/26] (Docket No. 2853).**

Related Documents:

a) Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 8/3/26] (Docket No. 2510).

b) Disclosure Statement for the Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 8/3/26] (Docket No. 2511).

c) Notice of Hearing to Consider Approval of Disclosure Statement [Filed: 8/3/26] (Docket No. 2513).

d) Notice of Adjournment of Disclosure Statement Hearing [Filed: 8/31/26] (Docket No. 2580).

e) Notice of Adjournment of Disclosure Statement Hearing [Filed: 9/11/26] (Docket No. 2687).

f) Notice of Adjournment of Disclosure Statement Hearing [Filed: 10/12/26] (Docket No. 2834).

**g) Amended Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/16/26] (Docket No. 2851) (the "Amended Plan").**

**h) Disclosure Statement for the Amended Joint Plan of Reorganization of Marelli Automotive Lighting USA LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/16/26] (Docket No. 2852).**

i) **Notice of Filing of Amended Chapter 11 Plan and Amended Disclosure Statement [Filed: 10/16/26] (Docket No. 2854).**

j) **Notice of Filing of Revised Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 10/16/26] (Docket No. 2855).**

**Status: This matter will go forward. The parties have agreed to adjourn FCA US LLC's limited objection and reservation of rights to the hearing regarding confirmation of the Amended Plan.**

*[Remainder of Page Intentionally Left Blank]*

Dated: October 19, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicholas.adzima@kirkland.com
evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ross.kwasteniet@kirkland.com
spencer.winters@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*