**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11034 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 5, 2026 AT 9:30 A.M. EASTERN TIME**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTERS GOING FORWARD**

1. **9019 Motion with OPmobility** – Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Among Marelli and OPmobility and (II) Granting Related Relief [Filed: 10/27/26] (SEALED Docket No. 2888) (REDACTED Docket No. 2889).

   Response Deadline: November 2, 2026 at 4:00 p.m. Eastern Time.

   Responses Received: None as of the date hereof.

   Related Documents:

   a) Motion of Debtors for Entry of an Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

Settlement Agreement By and Among Marelli and OPmobility and (II) Granting Related Relief [Filed: 10/27/26] (Docket No. 2891).

b) [Signed] Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Among Marelli and OPmobility and (II) Granting Related Relief [Filed: 10/28/26] (Docket No. 2893).

c) Notice of Hearing on (A) Debtors' Motion to Authorize and Approve the Settlement Agreement By and Among Marelli and OPmobility and (B) Motion to Redact and File Under Seal Certain Sensitive Commercial Information Related to the Settlement Agreement [Filed: 10/28/26] (Docket No. 2894).

Status: A proposed order will be submitted under certification of counsel. No hearing will be necessary unless the Court has any questions.

2. **Motion to File Under Seal** – Motion of Debtors for Entry of An Order (I) Authorizing the Debtors to Redact and File Under Seal Certain Sensitive Commercial Information Related to the Settlement Agreement and (II) Granting Related Relief [Filed: 10/27/26] (Docket No. 2890).

Response Deadline: November 2, 2026 at 4:00 p.m. Eastern Time.

Responses Received: None as of the date hereof.

Related Documents:

a) Motion of Debtors for Entry of an Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Among Marelli and OPmobility and (II) Granting Related Relief [Filed: 10/27/26] (Docket No. 2891).

b) [Signed] Order Shortening Notice and Expediting Hearing on the Motion of Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Among Marelli and OPmobility and (II) Granting Related Relief [Filed: 10/28/26] (Docket No. 2893).

c) Notice of Hearing on (A) Debtors' Motion to Authorize and Approve the Settlement Agreement By and Among Marelli and OPmobility and (B) Motion to Redact and File Under Seal Certain Sensitive Commercial Information Related to the Settlement Agreement [Filed: 10/28/26] (Docket No. 2894).

Status: A proposed order will be submitted under certification of counsel. No hearing will be necessary unless the Court has any questions.

Dated: November 3, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
ecorma@pszjlaw.com

*Co-Counsel for the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicholas M. Adzima (admitted *pro hac vice*)
Evan Swager (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
nicholas.adzima@kirkland.com
evan.swager@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ross.kwasteniet@kirkland.com
spencer.winters@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*