**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARELLI AUTOMOTIVE LIGHTING USA LLC, *et al.*,[1] | ) | Case No. 25-11034 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 2892** |

**ORDER GRANTING COMBINED EIGHTH MONTHLY AND FIFTH INTERIM FEE APPLICATION OF PWC ADVISORY LLC AS ADVISORY SERVICES PROVIDER TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2026 THROUGH SEPTEMBER 30, 2026**

Upon consideration of the *Combined Eighth Monthly and Fifth Interim Fee Application of PwC Advisory LLC as Advisory Services Provider to the Debtors for Compensation and Reimbursement of Expenses for the Period from May 1, 2026 Through September 30, 2026* [Docket No. 2892] (the "Interim Fee Application") filed by PwC Advisory LLC ("PwC"), advisory services provider to the above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Interim Fee Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/Marelli. The location of Marelli Automotive Lighting USA LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 26555 Northwestern Highway, Southfield, Michigan 48033.

the Interim Fee Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that notice of the Interim Fee Application and opportunity for a hearing thereon were appropriate and no other notice need be provided; and the Court having reviewed the Interim Fee Application and having determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Interim Fee Application is GRANTED.

2. PwC is allowed, on an interim basis, compensation in the amount of JPY 36,850,000[2] and actual and necessary expenses in the amount of $0.00 for the period from May 1, 2026 through and including September 30, 2026.

*[Remainder of Page Intentionally Left Blank]*

[2] JPY 36,850,000 is the sum of (i) JPY 27,500,000 (the fees requested for the period from September 1, 2026 to September 30, 2026, including consumption tax), plus (ii) JPY 9,350,000 (the 20% of hold back from the Seventh Monthly Fee Application, which includes consumption tax). JPY 36,850,000 is equal to approximately USD 234,534 using the prevailing exchange rate on October 26, 2026 (in Japan).

3. The Debtors are authorized to make payment to PwC on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid in connection with any monthly fee statements previously filed by PwC.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: November 24th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**



4911-3736-1380.1 54509.00001